**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____ Chapter __**11**__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CRESTLLOYD, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4253565** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **4470 W Sunset Blvd #362**<br>**Los Angeles, CA 90027**<br>Number, Street, City, State & ZIP Code | **c/o SierraConstellation Partners LLC**<br>**355 S. Grand Avenue, Suite 1450**<br>**Los Angeles, CA 90071**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>**944 Airole Way Los Angeles, CA 90077**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **CRESTLLOYD, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

——

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **CRESTLLOYD, LLC**                                                    Case number (*if known*)
_____
          Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
|---|---|---|
| | | ☐ Yes. |

|  | List all cases. If more than 1, attach a separate list | Debtor _____ | Relationship _____ |
|---|---|---|---|
| | | District _____ When _____ | Case number, if known _____ |

| 11. | Why is the case filed in *this district?* | Check all that apply: |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☐ No |
|---|---|---|
| | | ■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

      **Why does the property need immediate attention?** (*Check all that apply.*)

      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
         What is the hazard? _____

      ☐ It needs to be physically secured or protected from the weather.

      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

      ☐ Other _____

      **Where is the property?** _____
                                       Number, Street, City, State & ZIP Code

      **Is the property insured?**

      ■ No

      ☐ Yes.    Insurance agency _____
               Contact name _____
               Phone _____

■ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | Check one: |
|---|---|---|---|
| | | | ■ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated Assets | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|

| Debtor | CRESTLLOYD, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | CRESTLLOYD, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 26, 2021**
               MM / DD / YYYY

X _____          **SierraConstellation Partners LLC,as
Signature of authorized representative of debtor**          **Manager,**
                                                Printed name

Title    **by Lawrence R. Perkins, as its
Authorized Signatory**

**18. Signature of attorney**    X _____    Date **October 26, 2021**
Signature of attorney for debtor                              MM / DD / YYYY

**David B. Golubchik 185520**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Avenue
Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**    Email address

**185520 CA**
Bar number and State

Debtor name    **CRESTLLOYD, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Related Filings of Even Date**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 26, 2021**    X _____
Signature of individual signing on behalf of debtor

**SierraConstellation Partners LLC,as Manager,**
Printed name

**by Lawrence R. Perkins, as its Authorized Signatory**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **CRESTLLOYD, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Creative Art Partners 6542 Hayes Dr. Los Angeles, CA 90048 | | Purchase of Artwork | Disputed | | | $750,000.00 |
| Branden Williams 257 N. Cannon Dr., 2nd Fl. Beverly Hills, CA 90210 | brandenwilliams@mac.com 310-626-4248 | Loan | | | | $400,000.00 |
| C.G.S. Custom Glass Specialists 4536 Ish Drive Simi Valley, CA 93063 | Tom Yang tomy@custom-glass.com 805-577-8829 | Windows, Doors, Bath Enclosures, and Mirrors | | | | $389,904.00 |
| Dennis Palma 146 Beach Way Monterey, CA 93940 | (831) 901-9783 | Project Management | | | | $364,000.00 |
| Vesta (aka Showroom Interiors, LLC) 8905 Rex Road Pico Rivera, CA 90660 | Julian Buckner hello@vestahome.com 323-348-1551 | Lease of Furniture and Accessories | | | | $275,705.00 |
| Centurion Air, LLC 13932 Arrow Creek Road Draper, UT 84020 | Michael T Pyle | Audio Video and S hades | | | | $225,000.00 |
| Made by TSI, Inc. 888 Biscayne Blvd #209 Miami, FL 33132 | | Built-ins for Bars and Kitchen, and Lighting Fixtures. | Contingent Unliquidated Disputed | | | $223,028.50 |
| Italian Luxury Design 4 NE 39 St. Miami, FL 33137 | (786) 888-2290 | Kitchen Builtlins. Closests and Wine Room Shelving | Disputed | | | $155,700.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **CRESTLLOYD, LLC**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **West Valley Green Landscaping, Inc.** 14761 Tupper St. Panorama City, CA 91402 | (818) 894-5434 | **Landscaping Installation and Maintinance** | **Disputed** | | | $150,000.00 |
| **LA DWP** P.O. Box. 30808 Los Angeles, CA 90030 | 1-800-499-8840 | **Utilities** | | | | $44,990.17 |
| **KN Coating** 201 E. Tamarack Ave Inglewood, CA 90301 | (310) 418-2530 | **Waterproofing and Water Intrusion Repair to Master Pool** | | | | $26,800.00 |
| **West Coast Gates** 339 Isis Ave. Inglewood, CA 90301 | (310) 445-5067 | **Drive Gate and Garage Door** | | | | $20,270.00 |
| **Bradford Sheet Metal** 4164 Sopp Road Mojave, CA 93501 | bradfordsheetmetal @gmail.com 661-951-6507 | **Sheet Metal Work at Skylights and Water Features** | | | | $16,132.00 |
| **CAD Stone Works Inc.** 4533 Van Nuys Bl. #201 Sherman Oaks, CA 91403 | **Cesar Hernandez** (833) 223-7866 | **Interior and Exterior Stone Install** | | | | $13,950.00 |
| **Crest Real Estate** 11150 Olympic Bl. #700 Los Angeles, CA 90064 | **Jason Somers** info@crestrealestat e.com (310) 994-6657 | **Permit Processing** | | | | $13,794.57 |
| Davidson Accountancy Corp. William N. Davidson, CPA 14011 Ventura Blvd., Ste. 302 Sherman Oaks, CA 91423 | | **Accounting Services** | | | | $12,495.00 |
| **Jabs Pools and Spas, LLC** 8055 Matilija Ave. Panorma City, CA 91402 | **Georgina Rendon** (818) 683-3100 | **Construction of Pools and Water Features** | | | | $10,900.00 |
| **Midland Contractors, Inc.** Po Box 8312 Van Nuys, CA 91409 | **Bruce Partovi** info@midlandinc.c om 818-783-3874 | **"A" Permit Work Including Sidewalks, Curbs, and Driveway Approach** | | | | $10,000.00 |

Debtor  **CRESTLLOYD, LLC**                                    Case number *(if known)*
_____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Biabani & Associates, Inc. 1600 Sawtelle Bl #104 Los Angeles, CA 90025** | **Alex Biabani**  **info@elecPLAN.com**  **(310) 268-1665** | **Electrical Engineering** | | | | $8,800.00 |
| **Draken Security 8225 Encino Ave Northridge, CA 91325** | **Jaime Salanga**  **info@drakensecurity.com**  **818-616-9696** | **Security Guard Services** | | | | $8,500.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik 185520**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>(310) 229-1234<br>California State Bar Number: **185520 CA** | |

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

   **CRESTLLOYD, LLC**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

                                          Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**10**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **October 26, 2021** _____

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **October 26, 2021** _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                        **F 1007-1.MAILING.LIST.VERIFICATION**

CRESTLLOYD, LLC
c/o SierraConstellation Partners LLC
355 S. Grand Avenue, Suite 1450
Los Angeles, CA 90071


David B. Golubchik
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034


Alvandi Law Group, P.C.
Gil Alvandi
2955 Main St. Suite 110
Irvine, CA 92614


American Truck & Tool Rentals Inc.
Tom Murray, CEO and President
88 W. Victoria St.
Long Beach, CA 90805


Biabani & Associates, Inc.
1600 Sawtelle Bl #104
Los Angeles, CA 90025


BMC West LLC
David Filtman, CEO
4800 Falls of Neuse Rd., Ste. 400
Raleigh, NC 27609


BMC West LLC
3250 N. San Fernando Rd.
Los Angeles, CA 90065


Bradford Sheet Metal
4164 Sopp Road
Mojave, CA 93501

Branden Williams
257 N. Cannon Dr., 2nd Fl.
Beverly Hills, CA 90210


Buchalter, APC
Jeffrey S. Wruble
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017


C.G.S. Custom Glass Specialists
4536 Ish Drive
Simi Valley, CA 93063


CAD Stone Works Inc.
4533 Van Nuys Bl. #201
Sherman Oaks, CA 91403


Calgrove Rentals Inc.
21627 Roscoe Bl.
Canoga Park, CA 91304


Calgrove Rentals Inc.
Guadalupe Gomez, President
456 Glenoaks Blvd.
San Fernando, CA 91340


Caprenos Inc.
Cindee Wood  Authorized Agent
4345 Murphy Canyon Road #200
San Diego, CA 92123


Centurion Air, LLC
13932 Arrow Creek Road
Draper, UT 84020

City of Los Angeles
Mike Feuer, City Attorney
City Hall East, Suite 800
Los Angeles, CA 90012


Clerk of the Governing Board,
Mount. Rec. & Cons. Auth.
5750 Ramirez Canyon
Malibu, CA 90265


Compass
Aaron Kirman
9378 Wilshire Blvd. #200
Beverly Hills, CA 90212


Conejo Recreation and Park District
403 W. Hillcrest Drive
Thousand Oaks, CA 91360


County of Los Angeles
 MRCA-Brush Fire Clear'g Dist #1
200 North Main Street, 16th Fl
Los Angeles, CA 90054


County of Los Angeles
 Wildlife Corridor and Protection
4745 Mangels Blvd.
Fairfield, CA 94534


County of Los Angeles
 Local Fire Prevention Measure
4745 Mangels Blvd.
Fairfield, CA 94534


Creative Art Partners
6542 Hayes Dr.
Los Angeles, CA 90048

Crest Real Estate
11150 Olympic Bl. #700
Los Angeles, CA 90064


Daniel Wiesel, Esq.
Wolf, Rifkin, Shapiro, et al.
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064


Davidson Accountancy Corp.
William N. Davidson, CPA
14011 Ventura Blvd., Ste. 302
Sherman Oaks, CA 91423


Dennis Palma
146 Beach Way
Monterey, CA 93940


Draken Private Security
Jaime Salanga
633 West 5th St.
Los Angeles, CA 90071


Draken Security
8225 Encino Ave
Northridge, CA 91325


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Hankey Capital, LLC
Attn: Eugene M. Leydiker
4751 Wilshire Blvd. #110
Los Angeles, CA 90010


Hilldun Corporation
Jeffrey D. Kapelman, CEO
225 West 35th St.
New York, NY 10001


Hilton & Hyland Real Estate
257 North Cañon Drive
Beverly Hills, CA 90210


Inferno Investment Inc.
Julien Remillard, President
4-95 Kandahar, Mont Tremblant
Quebec J8E 1E2 Canada


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Italian Luxury Design
4 NE 39 St.
Miami, FL 33137


J&E Texture, Inc.
Francisco Gonzalez, CEO
181 Exeter Way
Corona, CA 92882


Jabs Pools and Spas, LLC
8055 Matilija Ave.
Panorma City, CA 91402

JMBM LLP
Neil C. Erickson
1900 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067

JMS Air Conditioning
and Appliance Services, Inc.
7640 Burnet Ave.
Van Nuys, CA 91405

Jose Napoleon Garcia
1525 N. Detroit St., #5
Los Angeles, CA 90046

Kennco Plumbing, Inc.
Robert L. Kennedy, Jr., CEO
26575 Ruether Ave.
Santa Clarita, CA 91350

Kennco Plumbing, Inc.
Robert L. Kennedy, Jr., CEO
21366 Placerita Canyon Rd.
Newhall, CA 91321

KN Coating
201 E. Tamarack Ave
Inglewood, CA 90301

LA DWP
P.O. Box. 30808
Los Angeles, CA 90030

Lanes Management Services
Theodore Lanes
655 Deep Valley Drive 125-P
Palos Verdes Peninsula, CA 90274

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054

Los Angeles County Tax Collector
225 N. Hill Street # 1
Los Angeles, CA 90012

Made by TSI, Inc.
888 Biscayne Blvd #209
Miami, FL 33132

Made by TSI, Inc.
1840 Jefferson Ave., Apt 303
Miami Beach, FL 33139

Martin Aguirre
c/o Nathan D. McMurry
8050 N. Palm Ave. Ste. 300
Fresno, CA 93711

Martin Aguirre
112 1/2 North 20th St.
Montebello, CA 90640

Midland Contractors, Inc.
Po Box 8312
Van Nuys, CA 91409

Moises Lopez
141 S. Ave. 55 Apt. 40
Los Angeles, CA 90042

Nile Niami
c/o Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067


Parker Resnik
Structural Engineering
1927 Pontius Ave
Los Angeles, CA 90025


Parquet by Dian
Dima Efros, CEO
16601 S. Main Street
Gardena, CA 90248


Powertek Electric Inc.
Mike Moshrefi, CEO
28364 S. Western Ave. # 414
Rancho Palos Verdes, CA 90275


Public Insurance Agency Inc.
10941 W. Pico Bl.
Los Angeles, CA 90064


Rolls Scaffold, Inc.
Michael Rolls, CEO
11351 County Dr. Ste B
Ventura, CA 93004


Santos Gerardina Garcia
509 Union Drive Apt. #206
Los Angeles, CA 90017


SHULMAN BASTIAN FRIEDMAN & BUI LLP
Ryan D. O'Dea
100 Spectrum Center Drive, Ste. 600
Irvine, CA 92618

SierraConstellation Partners LLC
355 S. Grand Avenue, Suite 1450
Los Angeles, CA 90071

State Board of Equalization
Acct. Analysis & Control MIC 29
POB 942879
Sacramento, CA 94279

The Beverly Hills Estates, Inc.
Branden Williams
8878 Sunset Blvd., West
West Hollywood, CA 90069

Vesta  aka Showroom Interiors, LLC
8905 Rex Road
Pico Rivera, CA 90660

Vista Sotheby's Int'l. Realty
Chris Adlam
16 Malaga Cove Plaza
Palos Verdes Peninsula, CA 90274

West Coast Gates
339 Isis Ave.
Inglewood, CA 90301

West Valley Green Landscaping, Inc.
14761 Tupper St.
Panorama City, CA 91402

Westside Estate Agency
Kurt Rappaport
210 North Canon Dr.
Beverly Hills, CA 90210

YOGI Securities Holdings, LLC
Steve Oshins, Auth. Agent
1645 Village Center Cir., Ste. 170
Las Vegas, NV 89131


Yvonne Niami
301 Copa de Oro Road
Los Angeles, CA 90077

## RESOLUTIONS OF CRESTLLOYD, LLC
## AUTHORIZING FILING OF PETITION UNDER
## <u>CHAPTER 11 OF THE BANKRUPTCY CODE</u>

I, Lawrence R. Perkins, hereby certify as follows:

I am the Authorized Signatory of SierraConstellation Partners LLC, the sole Manager of

Crestlloyd, LLC (the "Company") with power to enter into and execute this resolution.  Based on

recent developments with respect to the Company, the following resolutions were duly enacted,

and the same remain in full force and effect, without modification, as of the date hereof:

> **RESOLVED**, that SierraConstellation Partners LLC, acting by and through Lawrence R. Perkins ("SCP"), is hereby authorized to determine, based upon current and subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

> **FURTHER RESOLVED**, that SCP is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> **FURTHER RESOLVED**, that SCP is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which SCP deems necessary and proper in connection with the Company's bankruptcy case;

> **FURTHER RESOLVED,** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case; and

**FURTHER RESOLVED**, that SCP is hereby authorized and directed on behalf of and in the name of the Company to execute a pre-petition retainer agreement, and is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBYG as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

Dated:  October 26, 2021

**CRESTLLOYD, LLC**

SierraConstellation Partners LLC, as Manager,
by Lawrence R. Perkins, as its Authorized Signatory