DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Proposed Attorneys for Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>    Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327 AND 330**<br><br>[No hearing required unless requested per L.B.R. 2014-1(b)] |

      **PLEASE TAKE NOTICE** that Crestlloyd, LLC, the debtor and debtor in possession herein (the "Debtor"), has submitted an application (the "Application") to employ the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as its bankruptcy counsel, at the expense of the estate, pursuant to 11 U.S.C. §§ 327 and 330.

      On October 26, 2021 (the "Petition Date"), the Debtor, requiring bankruptcy protection to protect the substantial equity it has in a real property project and to address other claims against the

Debtor, filed the instant Chapter 11 bankruptcy case. No trustee has been appointed, and the Debtor continues to manage its financial affairs as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

Prior to the Petition Date, the Debtor, realizing that it needed experienced bankruptcy counsel to satisfy the requirements under the Bankruptcy Code, the Bankruptcy Rules, and the Guidelines of the UST for maintaining and proceeding with its bankruptcy case and to exit its bankruptcy case pursuant to a Chapter 11 plan or other exit strategy, engaged LNBYG as bankruptcy counsel, subject to Court approval.

Therefore, pursuant to the Application, the Debtor is seeking to employ LNBYG as its bankruptcy counsel to render, among others, the following types of professional services:

a. advising the Debtor with regard to the requirements of the Bankruptcy Court, the Bankruptcy Code, the Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor;

b. advising the Debtor with regard to certain rights and remedies of the Debtor's bankruptcy estate and the rights, claims and interests of his creditors;

c. representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving the Debtor's estate, unless the Debtor is represented in such proceeding or hearing by other special counsel;

d. conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond LNBYG's staffing capabilities;

e. preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, monthly operating reports, quarterly reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business;

f. assisting the Debtor in the negotiation, formulation, preparation and confirmation

of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and

    g.    performing any other services which may be appropriate in LNBYG's representation of the Debtor during the Debtor's bankruptcy case.

On October 22, 2021 and October 25, 2021, LNBYG received $20,000 and $80,000, respectively, from Juliami Art Ventures, LLC ("Juliami"). LNBYG is informed that (1) Juliami is ultimately controlled by Nile Niami ("Niami"), who formed the Debtor and still has a beneficial interest in the Debtor and (2) the foregoing payments to LNBYG by Juliami were treated as a capital contributions to the Debtor. The foregoing $100,000 was paid to LNBYG as a retainer in connection with LNBYG's representation of the Debtor in connection with its bankruptcy case.

The unused portion of the retainer remaining on the Petition Date (the "Remaining Retainer") is an advanced fee payment retainer which will be maintained in a segregated trust account. LNBYG requests Court authority to make monthly draws against the Remaining Retainer for all fees and expenses incurred during prior month(s), provided that LNBYG shall submit Professional Fee Statement(s) and comply with the requirements of the United States Trustee in respect thereto before drawing on the Remaining Retainer. LNBYG submits that this relief is necessary and appropriate to assist LNBYG with its cash flow needs as LNBYG is required to pay its operating expenses on a continuous basis.

In addition to the Remaining Retainer, LNBYG will seek Court authority to be paid from the Debtor's estate for any and all fees incurred and expenses advanced by LNBYG in excess of the Remaining Retainer. LNBYG recognizes that the payment of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

The Debtor expects that David B. Golubchik, Esq. and Todd M. Arnold, Esq. will be the primary attorneys at LNBYG responsible for the representation of the Debtor during his Chapter 11 case. The current hourly billing rates for these attorneys are $635 and $605, respectively. The current hourly billing rates for all LNBYG attorneys and paraprofessionals are attached to the Application.

**PLEASE TAKE FURTHER NOTICE** that the Application is based upon this Notice of Application, the Application, the Declaration of David B. Golubchik, Esq. submitted in support of the Application, the entire record of this case, and any other evidence properly presented to the Court in support of the Application.

**PLEASE TAKE FURTHER NOTICE** that any request for a copy of the Application must be made in writing to proposed counsel for the Debtor as follows: Levene, Neale, Bender, Yoo & Golubchik L.L.P., Attention: Todd M. Arnold, Esq., 2818 La Cienega Avenue, Los Angeles, California 90034.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response to the Application or request for a hearing on the Application must be made in writing and in the form required by Local Bankruptcy Rule 9013-1(f)(1) within fourteen (14) days of the service of this Notice, and be filed with the Clerk of the United States Bankruptcy Court and served upon the United States Trustee as well as proposed counsel for the Debtor as follows: Levene, Neale, Bender, Yoo & Golubchik L.L.P., Attention: Todd M. Arnold, Esq., 2818 La Cienega Avenue, Los Angeles, California 90034.

**PLEASE TAKE FURTHER NOTICE** that failure to file and serve a timely response to the Application or request for a hearing on the Application may be deemed by the Court to be consent to the granting of the relief requested in the Application.

Dated: October 26, 2021　　　　　　　　　　CRESTLLOYD, LLC

　　　　　　　　　　　　　　　　　　　　　　*/s/ David B. Golubchik*
　　　　　　　　　　　　　　　　　　　　　　DAVID B. GOLUBCHIK
　　　　　　　　　　　　　　　　　　　　　　TODD M. ARNOLD
　　　　　　　　　　　　　　　　　　　　　　LEVENE, NEALE, BENDER, YOO
　　　　　　　　　　　　　　　　　　　　　　　　& GOLUBCHIK L.L.P.
　　　　　　　　　　　　　　　　　　　　　　Proposed Attorneys for Debtor and
　　　　　　　　　　　　　　　　　　　　　　Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327 AND 330** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 26, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyg.com
- David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **October 26, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 26, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|
| October 26, 2021 | Lourdes Cruz | /s/ Lourdes Cruz |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                   F 9013-3.1.PROOF.SERVICE

In re Crestlloyd, LLC
20 Largest
File No.: 9562

| | | |
|---|---|---|
| CRESTLLOYD, LLC<br>c/o SierraConstellation Partners LLC<br>355 S. Grand Avenue, Suite 1450<br>Los Angeles, CA 90071 | Biabani & Associates, Inc.<br>Attn: Alex Biabani<br>1600 Sawtelle Bl #104<br>Los Angeles, CA 90025 | Bradford Sheet Metal<br>4164 Sopp Road<br>Mojave, CA 93501 |
| Branden Williams<br>257 N. Cannon Dr., 2nd Fl.<br>Beverly Hills, CA 90210 | C.G.S. Custom Glass Specialists<br>Attn: Tom Yang<br>4536 Ish Drive<br>Simi Valley, CA 93063 | CAD Stone Works Inc.<br>Attn: Cesar Hernandez<br>4533 Van Nuys Bl. #201<br>Sherman Oaks, CA 91403 |
| Centurion Air, LLC<br>Attn: Michael T. Pyle<br>13932 Arrow Creek Road<br>Draper, UT 84020 | Davidson Accountancy Corp.<br>William N. Davidson, CPA<br>14011 Ventura Blvd., Ste. 302<br>Sherman Oaks, CA 91423 | Creative Art Partners<br>6542 Hayes Dr.<br>Los Angeles, CA 90048 |
| Crest Real Estate<br>Attn: Jason Somers<br>11150 Olympic Bl. #700<br>Los Angeles, CA 90064 | Draken Security<br>Attn: Jamie Salanga<br>8225 Encino Ave<br>Northridge, CA 91325 | Dennis Palma<br>146 Beach Way<br>Monterey, CA 93940 |
| Italian Luxury Design<br>4 NE 39 St.<br>Miami, FL 33137 | Jabs Pools and Spas, LLC<br>Attn: Georgina Rendon<br>8055 Matilija Ave.<br>Panorma City, CA 91402 | Vesta (aka Showroom Interiors, LLC)<br>Attn: Julian Buckner<br>8905 Rex Road<br>Pico Rivera, CA 90660 |
| KN Coating<br>201 E. Tamarack Ave<br>Inglewood, CA 90301 | LA DWP<br>P.O. Box. 30808<br>Los Angeles, CA 90030 | West Valley Green Landscaping, Inc.<br>14761 Tupper St.<br>Panorama City, CA 91402 |
| Made by TSI, Inc.<br>888 Biscayne Blvd #209<br>Miami, FL 33132 | Midland Contractors, Inc.<br>Attn: Bruce Partovi<br>Po Box 8312<br>Van Nuys, CA 91409 | West Coast Gates<br>339 Isis Ave.<br>Inglewood, CA 90301 |