United States Bankruptcy Court

Central District of California

In re:                                                                                                    Case No. 21-18205-DS
Crestlloyd, LLC                                                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                              User: admin                                              Page 1 of 3
Date Rcvd: Oct 27, 2021                     Form ID: 309F1                                         Total Noticed: 77

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crestlloyd, LLC, c/o SerraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |
| aty | + | Todd M Arnold, Levene, Neale, Bender, Yoo & Golubchik L, 2818 La Cienega Avenue, Los Angeles, CA 90034-2645 |
| 40999098 | + | Alvandi Law Group, P.C., Gil Alvandi, 2955 Main St. Suite 110, Irvine, CA 92614-2527 |
| 40999099 | + | American Truck & Tool Rentals Inc., Tom Murray, CEO and President, 88 W. Victoria St., Long Beach, CA 90805-2157 |
| 40999101 | + | BMC West LLC, David Filtman, CEO, 4800 Falls of Neuse Rd., Ste. 400, Raleigh, NC 27609-8142 |
| 40999102 | + | BMC West LLC, 3250 N. San Fernando Rd., Los Angeles, CA 90065-1415 |
| 40999100 | + | Biabani & Associates, Inc., 1600 Sawtelle Bl #104, Los Angeles, CA 90025-3197 |
| 40999103 | + | Bradford Sheet Metal, 4164 Sopp Road, Mojave, CA 93501-7196 |
| 40999105 | + | Buchalter, APC, Jeffrey S. Wruble, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017-1730 |
| 40999106 | + | C.G.S. Custom Glass Specialists, 4536 Ish Drive, Simi Valley, CA 93063-7666 |
| 40999107 | + | CAD Stone Works Inc., 4533 Van Nuys Bl. #201, Sherman Oaks, CA 91403-2950 |
| 40999108 | + | Calgrove Rentals Inc., 21627 Roscoe Bl., Canoga Park, CA 91304-4159 |
| 40999109 | + | Calgrove Rentals Inc., Guadalupe Gomez, President, 456 Glenoaks Blvd., San Fernando, CA 91340-1833 |
| 40999110 | + | Caprenos Inc., Cindee Wood Authorized Agent, 4345 Murphy Canyon Road #200, San Diego, CA 92123-4362 |
| 40999111 | + | Centurion Air, LLC, 13932 Arrow Creek Road, Draper, UT 84020-9295 |
| 40999112 | | City of Los Angeles, Mike Feuer, City Attorney, City Hall East, Suite 800, Los Angeles, CA 90012 |
| 40999113 | + | Clerk of the Governing Board,, Mount. Rec. & Cons. Auth., 5750 Ramirez Canyon, Malibu, CA 90265-4474 |
| 40999114 | + | Compass, Aaron Kirman, 9378 Wilshire Blvd. #200, Beverly Hills, CA 90212-3167 |
| 40999115 | + | Conejo Recreation and Park District, 403 W. Hillcrest Drive, Thousand Oaks, CA 91360-4223 |
| 40999118 | + | County of Los Angeles, Local Fire Prevention Measure, 4745 Mangels Blvd., Fairfield, CA 94534-4175 |
| 40999117 | + | County of Los Angeles, Wildlife Corridor and Protection, 4745 Mangels Blvd., Fairfield, CA 94534-4175 |
| 40999116 | + | County of Los Angeles, MRCA-Brush Fire Clear g Dist #1, 200 North Main Street, 16th Fl, Los Angeles, CA 90012-4110 |
| 40999119 | + | Creative Art Partners, 6542 Hayes Dr., Los Angeles, CA 90048-5320 |
| 40999120 | + | Crest Real Estate, 11150 Olympic Bl. #700, Los Angeles, CA 90064-1825 |
| 40999121 | + | Daniel Wiesel, Esq., Wolf, Rifkin, Shapiro, et al., 11400 W. Olympic Blvd., 9th Fl., Los Angeles, CA 90064-1582 |
| 40999122 | + | Davidson Accountancy Corp., William N. Davidson, CPA, 14011 Ventura Blvd., Ste. 302, Sherman Oaks, CA 91423-5226 |
| 40999123 | + | Dennis Palma, 146 Beach Way, Monterey, CA 93940-3436 |
| 40999124 | + | Draken Private Security, Jaime Salanga, 633 West 5th St., Los Angeles, CA 90071-2005 |
| 40999125 | + | Draken Security, 8225 Encino Ave, Northridge, CA 91325-4313 |
| 40999128 | + | Hankey Capital, LLC, Attn: Eugene M. Leydiker, 4751 Wilshire Blvd. #110, Los Angeles, CA 90010-3838 |
| 40999129 | + | Hilldun Corporation, Jeffrey D. Kapelman, CEO, 225 West 35th St., New York, NY 10001-1910 |
| 40999130 | + | Hilton & Hyland Real Estate, 257 North Ca on Drive, Beverly Hills, CA 90210-4361 |
| 40999131 | | Inferno Investment Inc., Julien Remillard, President, 4-95 Kandahar, Mont Tremblant, Quebec J8E 1E2 Canada |
| 40999133 | + | Italian Luxury Design, 4 NE 39 St., Miami, FL 33137-3630 |
| 40999134 | + | J&E Texture, Inc., Francisco Gonzalez, CEO, 181 Exeter Way, Corona, CA 92882-8502 |
| 40999136 | + | JMBM LLP, Neil C. Erickson, 1900 Avenue of the Stars, 7th Fl., Los Angeles, CA 90067-4308 |
| 40999137 | + | JMS Air Conditioning, and Appliance Services, Inc., 7640 Burnet Ave., Van Nuys, CA 91405-1005 |
| 40999135 | + | Jabs Pools and Spas, LLC, 8055 Matilija Ave., Panorma City, CA 91402-6126 |
| 40999138 | + | Jose Napoleon Garcia, 1525 N. Detroit St., #5, Los Angeles, CA 90046-3233 |
| 40999141 | + | KN Coating, 201 E. Tamarack Ave, Inglewood, CA 90301-2714 |
| 40999139 | + | Kennco Plumbing, Inc., Robert L. Kennedy, Jr., CEO, 26575 Ruether Ave., Santa Clarita, CA 91350-2622 |
| 40999140 | + | Kennco Plumbing, Inc., Robert L. Kennedy, Jr., CEO, 21366 Placerita Canyon Rd., Newhall, CA 91321-1846 |
| 40999142 | + | LA DWP, P.O. Box. 30808, Los Angeles, CA 90030-0808 |
| 40999143 | + | Lanes Management Services, Theodore Lanes, 655 Deep Valley Drive 125-P, Palos Verdes Peninsula, CA 90274-3615 |
| 40999146 | + | Made by TSI, Inc., 888 Biscayne Blvd #209, Miami, FL 33132-1588 |

Case 2:21-bk-18205-DS   Doc 19   Filed 10/29/21   Entered 10/29/21 21:18:14   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2021 | Form ID: 309F1 | Total Noticed: 77 |

| | | |
|---|---|---|
| 40999147 | + | Made by TSI, Inc., 1840 Jefferson Ave., Apt 303, Miami Beach, FL 33139-2461 |
| 40999148 | + | Martin Aguirre, c/o Nathan D. McMurry, 8050 N. Palm Ave. Ste. 300, Fresno, CA 93711-5510 |
| 40999149 | + | Martin Aguirre, 112 1/2 North 20th St., Montebello, CA 90640-4041 |
| 40999150 | + | Midland Contractors, Inc., Po Box 8312, Van Nuys, CA 91409-8312 |
| 40999151 | + | Moises Lopez, 141 S. Ave. 55 Apt. 40, Los Angeles, CA 90042-4635 |
| 40999152 | + | Nile Niami, c/o Hamid R. Rafatjoo, 1800 Avenue of the Stars, 12th Fl., Los Angeles, CA 90067-4201 |
| 40999153 | + | Parker Resnik, Structural Engineering, 1927 Pontius Ave, Los Angeles, CA 90025-5611 |
| 40999154 | + | Parquet by Dian, Dima Efros, CEO, 16601 S. Main Street, Gardena, CA 90248-2722 |
| 40999155 | + | Powertek Electric Inc., Mike Moshrefi, CEO, 28364 S. Western Ave. # 414, Rancho Palos Verdes, CA 90275-1434 |
| 40999156 | + | Public Insurance Agency Inc., 10941 W. Pico Bl., Los Angeles, CA 90064-2117 |
| 40999157 | + | Rolls Scaffold, Inc., Michael Rolls, CEO, 11351 County Dr. Ste B, Ventura, CA 93004-3559 |
| 40999159 | + | SHULMAN BASTIAN FRIEDMAN & BUI LLP, Ryan D. O'Dea, 100 Spectrum Center Drive, Ste. 600, Irvine, CA 92618-4969 |
| 40999158 | + | Santos Gerardina Garcia, 509 Union Drive Apt. #206, Los Angeles, CA 90017-1526 |
| 40999160 | + | SierraConstellation Partners LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071-3152 |
| 40999162 | + | The Beverly Hills Estates, Inc., Branden Williams, 8878 Sunset Blvd., West, West Hollywood, CA 90069-2108 |
| 40999163 | + | Vesta aka Showroom Interiors, LLC, 8905 Rex Road, Pico Rivera, CA 90660-3799 |
| 40999164 | + | Vista Sotheby's Int'l. Realty, Chris Adlam, 16 Malaga Cove Plaza, Palos Verdes Peninsula, CA 90274-1306 |
| 40999165 | + | West Coast Gates, 339 Isis Ave., Inglewood, CA 90301-2007 |
| 40999166 | + | West Valley Green Landscaping, Inc., 14761 Tupper St., Panorama City, CA 91402-1222 |
| 40999167 | + | Westside Estate Agency, Kurt Rappaport, 210 North Canon Dr., Beverly Hills, CA 90210-5302 |
| 40999168 | + | YOGI Securities Holdings, LLC, Steve Oshins, Auth. Agent, 1645 Village Center Cir., Ste. 170, Las Vegas, NV 89134-6371 |
| 40999169 | + | Yvonne Niami, 301 Copa de Oro Road, Los Angeles, CA 90077-3822 |

TOTAL: 67

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: dbg@lnbyg.com | Oct 27 2021 23:51:00 | David B Golubchik, Levene, Neale, Bender, Yoo & Golubchik L, 2818 La Cienega Avenue, Los Angeles, CA 90034 |
| smg | Email/Text: bankruptcy@ttc.lacounty.gov | Oct 27 2021 23:51:00 | L.A. County Tax Collector, Bankruptcy Unit, P.O. Box 54110, Los Angeles, CA 90051-0110 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Oct 27 2021 23:51:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| smg | + Email/Text: LAROBankruptcy@SEC.gov | Oct 27 2021 23:51:00 | Securities & Exchange Commission, 444 South Flower St., Suite 900, Los Angeles, CA 90071-2934 |
| 40999161 | EDI: CALTAXFEE | Oct 28 2021 03:53:00 | State Board of Equalization, Acct. Analysis & Control MIC 29, POB 942879, Sacramento, CA 94279 |
| 40999126 | EDI: EDD.COM | Oct 28 2021 03:53:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 40999127 | EDI: CALTAX.COM | Oct 28 2021 03:53:00 | Franchise Tax Board, Bankruptcy Section, MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 40999132 | EDI: IRS.COM | Oct 28 2021 03:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 40999145 | Email/Text: bankruptcy@ttc.lacounty.gov | Oct 27 2021 23:51:00 | Los Angeles County Tax Collector, 225 N. Hill Street # 1, Los Angeles, CA 90012 |
| 40999144 | Email/Text: bankruptcy@ttc.lacounty.gov | Oct 27 2021 23:51:00 | Los Angeles County Tax Collector, PO Box 54018, Los Angeles, CA 90054 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 40999104 | ##+ | Branden Williams, 257 N. Cannon Dr., 2nd Fl., Beverly Hills, CA 90210-4361 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David B Golubchik | on behalf of Debtor Crestlloyd LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| Kyra E Andrassy | on behalf of Interested Party Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Noreen A Madoyan | on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov |
| Ronald N Richards | on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com morani@ronaldrichards.com |
| Todd M Arnold | on behalf of Debtor Crestlloyd LLC tma@lnbyg.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Crestlloyd, LLC** <br> Name | EIN | 27–4253565 |
| United States Bankruptcy Court | Central District of California | Date case filed for chapter | 11  10/26/21 |
| Case number: | 2:21–bk–18205–DS | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Crestlloyd, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | c/o SerraConstellation Partners LLC <br> 355 S. Grand Avenue Suite 1450 <br> Los Angeles, CA 90071 | |
| 4. | **Debtor's attorney** <br> Name and address | David B Golubchik <br> Levene, Neale, Bender, Yoo & Golubchik L.L.P. <br> 2818 La Cienega Avenue <br> Los Angeles, CA 90034 | Contact phone 310–229–1234 <br><br> Email _____ |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 255 East Temple Street, <br> Los Angeles, CA 90012 | Hours open: <br> 9:00AM to 4:00 PM <br><br> Contact phone 855–460–9641 <br><br> Dated: 10/27/21 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath by the trustee and creditors. Creditors may attend, but are not required to do so. | **November 30, 2021 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | Location: <br><br> **TELEPHONIC MEETING, CONFERENCE LINE:1–866–811–2961, PARTICIPANT CODE:9609127** |

**7/OVI**

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships)    Notice of Chapter 11 Bankruptcy Case    page 1

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Notice of deadline will be sent at a later time. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**  1/31/22 |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| | | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |