| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID B. GOLUBCHIK (State Bar No. 185520)<br>TODD M. ARNOLD (State Bar No. 221868)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: dbg@lnbyg.com; tma@lnbyg.com<br><br>Proposed Counsel for Debtor and Debtor in Possession<br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor(s)* (Proposed) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>**(with supporting declaration)**<br>**[FRBP 1007(c), LBR 1007-1(b)]** |
|---|---|

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

   ☒ One or more schedules (A/B – J)    ☐ Chapter 13 Plan    ☒ Statement of Financial Affairs
   ☐ Statement of Current Monthly Income (B 122A, B 122B, B 122C)
   ☐ Debtor's Certification of Employment Income
   ☒ Other (*specify*):
   Other initial filing documents to accompany the Debtor's Schedules and Statement of Financial Affairs ("SOFA"), including, but not limited to List of Equity Holders, Statement of Related Cases, Compensation Statement of Attorney for Debtor, and Corporate Ownership Statement.

**Note**: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed: 10/26/2021
3. Date of § 341(a) meeting of creditors: 11/30/2021
4. Debtor requests extension to and including (extension deadline) (*date*): 11/23/2021

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*    Page 1    **F 1007-1.MOTION.DEC.EXTEND**

5.  Declaration regarding the reason(s) for extension (*explain*):

Before the Petition Date, on 7/2/21, one of the Debtor's secured creditors sought and obtained the appointment of a receiver (the "Receiver") for the Debtor's real property (the "Property"), which is the Debtor's most valuable asset with an estimated value of $325 million.

Since the Petition Date, the Debtor has been/will be dealing with a number of issues, including, among others, the following: (1) taking actions to comply with the operating requirements under the Bankruptcy Code, the Bankruptcy Rules, and the Guidelines of the United States Trustee (the "UST"), (2) preparing the Debtors' 7-Day Package for submission to the UST and gathering documents and information related thereto, (3) dealing with efforts to potentially obtain DIP financing and to provide adequate assurance to utility companies, and (4) reviewing applications to employ professionals.

More importantly, the Debtor has been seeking to obtain turnover of the Property from the Receiver pursuant to § 543 and, at minimum, documents and information related to the Property since the placement of the Receiver, which documents and information are required to prepare complete, accurate Schedules, SOFA, and related documents, including in regard to, among other things, (1) the bank accounts held by the Receiver and the balances thereof as of the Petition Date, (2) any claims against the Debtor incurred by the Receiver, (3) any executory contracts or unexpired leases entered into by the Receiver on behalf of the Debtor, (4) income received by the Receiver on behalf of the Debtor, (5) payments made within 90 days of the Petition Date by the Receiver on behalf of the Debtor, and (6) information regarding any insurance policies placed by the Receiver on behalf of the Debtor and any claims against such policies.

Based on the foregoing, the Debtor needs a short amount of additional time to complete, review, and file its Schedules, SOFA, and related initial filings, which will occur in advance of the Section 341(a) meeting of creditors.

In consideration of the foregoing, the Debtor submits that good cause exists for the short requested extension of time and that it should be granted.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| 11/09/2021 *[signature]* | _____ |
| Date | Date    Signature of Joint Debtor, if applicable |
| SierraConstellation Partners LLC, as Manager, by Lawrence R. Perkins, as its Authorized Signatory | |

Presented by:

/s/ Todd M. Arnold

_____
DAVID B. GOLUBCHIK
TODD M. ARNOLD
LEVENE, NEALE, BENDER, YOO
  & GOLUBCHIK L.L.P.
Proposed Counsel for Debtor and Debtor in Possession

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                      Page 2                        **F 1007-1.MOTION.DEC.EXTEND**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled: **DEBTOR'S APPLICATION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/09/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

The case trustee and U.S. Trustee will be automatically served by the Court at their email address.

**See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.**

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 11/09/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/09/2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/09/2021 | Lourde Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                    Page 3                    F 1007-1.MOTION.DEC.EXTEND

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Todd M Arnold    tma@lnbyg.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com
- James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- Robert B Kaplan    rbk@jmbm.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- David Seror    dseror@bg.law, ecf@bg.law
- Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jessica Wellington    jwellington@bg.law, ecf@bg.law

```
Label Matrix for local noticing         Crestlloyd, LLC                          Interno Investment, Inc.
0973-2                                   c/o SierraConstellation Partners LLC     4-95 Kandaher,
Case 2:21-bk-18205-DS                    355 S. Grand Avenue Suite 1450           Mont Tremblant
Central District of California           Los Angeles, CA 90071-3152               Quebec Canada
Los Angeles
Tue Nov  9 10:28:54 PST 2021

Los Angeles Division                     Alvandi Law Group, P.C.                  American Truck & Tool Rentals Inc.
255 East Temple Street,                  Gil Alvandi                              Tom Murray, CEO and President
Los Angeles, CA 90012-3332               2955 Main St. Suite 110                  88 W. Victoria St.
                                         Irvine, CA 92614-2527                    Long Beach, CA 90805-2157


BMC West LLC                             BMC West LLC                             Biabani & Associates, Inc.
3250 N. San Fernando Rd.                 David Filtman, CEO                       1600 Sawtelle Bl #104
Los Angeles, CA 90065-1415               4800 Falls of Neuse Rd., Ste. 400        Los Angeles, CA 90025-3197
                                         Raleigh, NC 27609-8142


Bradford Sheet Metal                     Branden Williams                         Buchalter, APC
4164 Sopp Road                           257 N. Cannon Dr., 2nd Fl.               Jeffrey S. Wruble
Mojave, CA 93501-7196                    Beverly Hills, CA 90210-4361             1000 Wilshire Blvd., Suite 1500
                                                                                  Los Angeles, CA 90017-1730


C.G.S. Custom Glass Specialists          CAD Stone Works Inc.                     Calgrove Rentals Inc.
4536 Ish Drive                           4533 Van Nuys Bl. #201                   21627 Roscoe Bl.
Simi Valley, CA 93063-7666               Sherman Oaks, CA 91403-2950              Canoga Park, CA 91304-4159


Calgrove Rentals Inc.                    Caprenos Inc.                            Centurion Air, LLC
Guadalupe Gomez, President               Cindee Wood  Authorized Agent            13932 Arrow Creek Road
456 Glenoaks Blvd.                       4345 Murphy Canyon Road #200             Draper, UT 84020-9295
San Fernando, CA 91340-1833              San Diego, CA 92123-4362


City of Los Angeles                      Clerk of the Governing Board,            Compass
Mike Feuer, City Attorney                Mount. Rec. & Cons. Auth.                Aaron Kirman
City Hall East, Suite 800                5750 Ramirez Canyon                      9378 Wilshire Blvd. #200
Los Angeles, CA 90012                    Malibu, CA 90265-4474                    Beverly Hills, CA 90212-3167


Conejo Recreation and Park District      County of Los Angeles                    County of Los Angeles
403 W. Hillcrest Drive                   Local Fire Prevention Measure            MRCA-Brush Fire Clear g Dist #1
Thousand Oaks, CA 91360-4223             4745 Mangels Blvd.                       200 North Main Street, 16th Fl
                                         Fairfield, CA 94534-4175                 Los Angeles, CA 90012-4110


County of Los Angeles                    Creative Art Partners                    Crest Real Estate
Wildlife Corridor and Protection         6542 Hayes Dr.                           11150 Olympic Bl. #700
4745 Mangels Blvd.                       Los Angeles, CA 90048-5320               Los Angeles, CA 90064-1825
Fairfield, CA 94534-4175


Daniel Wiesel, Esq.                      Davidson Accountancy Corp.               Dennis Palma
Wolf, Rifkin, Shapiro, et al.            William N. Davidson, CPA                 146 Beach Way
11400 W. Olympic Blvd., 9th Fl.          14011 Ventura Blvd., Ste. 302            Monterey, CA 93940-3436
Los Angeles, CA 90064-1582               Sherman Oaks, CA 91423-5226
```

| | | |
|---|---|---|
| Draken Private Security<br>Jaime Salanga<br>633 West 5th St.<br>Los Angeles, CA 90071-2005 | Draken Security<br>8225 Encino Ave<br>Northridge, CA 91325-4313 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Hankey Capital, LLC<br>Attn: Eugene M. Leydiker<br>4751 Wilshire Blvd. #110<br>Los Angeles, CA 90010-3838 | Hilldun Corporation<br>Jeffrey D. Kapelman, CEO<br>225 West 35th St.<br>New York, NY 10001-1910 |
| Hilton & Hyland Real Estate<br>257 North Ca on Drive<br>Beverly Hills, CA 90210-4361 | Inferno Investment Inc.<br>Julien Remillard, President<br>4-95 Kandahar, Mont Tremblant<br>Quebec J8E 1E2 Canada | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Italian Luxury Design<br>4 NE 39 St.<br>Miami, FL 33137-3630 | J&E Texture, Inc.<br>Francisco Gonzalez, CEO<br>181 Exeter Way<br>Corona, CA 92882-8502 | JMBM LLP<br>Neil C. Erickson<br>1900 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-4308 |
| JMS Air Conditioning<br>and Appliance Services, Inc.<br>7640 Burnet Ave.<br>Van Nuys, CA 91405-1005 | Jabs Pools and Spas, LLC<br>8055 Matilija Ave.<br>Panorma City, CA 91402-6126 | Jose Napoleon Garcia<br>1525 N. Detroit St., #5<br>Los Angeles, CA 90046-3233 |
| KN Coating<br>201 E. Tamarack Ave<br>Inglewood, CA 90301-2714 | Kennco Plumbing, Inc.<br>Robert L. Kennedy, Jr., CEO<br>21366 Placerita Canyon Rd.<br>Newhall, CA 91321-1846 | Kennco Plumbing, Inc.<br>Robert L. Kennedy, Jr., CEO<br>26575 Ruether Ave.<br>Santa Clarita, CA 91350-2622 |
| LA DWP<br>P.O. Box. 30808<br>Los Angeles, CA 90030-0808 | Lanes Management Services<br>Theodore Lanes<br>655 Deep Valley Drive 125-P<br>Palos Verdes Peninsula, CA 90274-3615 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 |
| Made by TSI, Inc.<br>1840 Jefferson Ave., Apt 303<br>Miami Beach, FL 33139-2461 | Made by TSI, Inc.<br>888 Biscayne Blvd #209<br>Miami, FL 33132-1588 | Martin Aguirre<br>112 1/2 North 20th St.<br>Montebello, CA 90640-4041 |
| Martin Aguirre<br>c/o Nathan D. McMurry<br>8050 N. Palm Ave. Ste. 300<br>Fresno, CA 93711-5510 | Midland Contractors, Inc.<br>Po Box 8312<br>Van Nuys, CA 91409-8312 | Moises Lopez<br>141 S. Ave. 55 Apt. 40<br>Los Angeles, CA 90042-4635 |
| Nile Niami<br>c/o Hamid R. Rafatjoo<br>1800 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067-4201 | Parker Resnik<br>Structural Engineering<br>1927 Pontius Ave<br>Los Angeles, CA 90025-5611 | Parquet by Dian<br>Dima Efros, CEO<br>16601 S. Main Street<br>Gardena, CA 90248-2722 |

| | | |
|---|---|---|
| Powertek Electric Inc.<br>Mike Moshrefi, CEO<br>28364 S. Western Ave. # 414<br>Rancho Palos Verdes, CA 90275-1434 | Public Insurance Agency Inc<br>10941 W. Pico Bl.<br>Los Angeles, CA 90064-2117 | Rolls Scaffold, Inc.<br>Michael Rolls, CEO<br>11351 County Dr. Ste B<br>Ventura, CA 93004-3559 |
| SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>Ryan D. O'Dea<br>100 Spectrum Center Drive, Ste. 600<br>Irvine, CA 92618-4969 | Santos Gerardina Garcia<br>509 Union Drive Apt. #206<br>Los Angeles, CA 90017-1526 | SierraConstellation Partners LLC<br>355 S. Grand Avenue, Suite 1450<br>Los Angeles, CA 90071-3152 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | The Beverly Hills Estates, Inc.<br>Branden Williams<br>8878 Sunset Blvd., West<br>West Hollywood, CA 90069-2108 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Vesta  aka Showroom Interiors, LLC<br>8905 Rex Road<br>Pico Rivera, CA 90660-3799 | Vista Sotheby's Int'l. Realty<br>Chris Adlam<br>16 Malaga Cove Plaza<br>Palos Verdes Peninsula, CA 90274-1306 | West Coast Gates<br>339 Isis Ave.<br>Inglewood, CA 90301-2007 |
| West Valley Green Landscaping, Inc.<br>14761 Tupper St.<br>Panorama City, CA 91402-1222 | Westside Estate Agency<br>Kurt Rappaport<br>210 North Canon Dr.<br>Beverly Hills, CA 90210-5302 | YOGI Securities Holdings, LLC<br>Steve Oshins, Auth. Agent<br>1645 Village Center Cir., Ste. 170<br>Las Vegas, NV 89134-6371 |
| Yvonne Niami<br>301 Copa de Oro Road<br>Los Angeles, CA 90077-3822 | David B Golubchik<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2645 | Lindsey L Smith<br>Levene, Neale, Bender, Yoo & Golubchik<br>2818 La Cienega Ave<br>Los Angeles, CA 90034-2645 |
| Todd M Arnold<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2645 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Los Angeles County Tax Collector<br>225 N. Hill Street # 1<br>Los Angeles, CA 90012 | (d)Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles, CA 90054 | State Board of Equalization<br>Acct. Analysis & Control MIC 29<br>POB 942879<br>Sacramento, CA 94279 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.