DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Proposed Attorneys for Debtor and Debtor in Possession

FILED & ENTERED

NOV 09 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re: | Case No. 2:21-bk-18205-DS |
|---|---|
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** |

The court having reviewed and considered the "Motion to Extend Time to File Case Opening Documents" (the "Motion," Docket No. 26), filed by debtor Crestlloyd, LLC (the "Debtor"), and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted.  The deadline for the Debtor to file its case opening documents is extended to November 23, 2021.

# # #

Date: November 9, 2021

Deborah J. Saltzman
United States Bankruptcy Judge