```
Court Name: U.S. District Court
Division: 8
Receipt Number: SA017527
Cashier ID: dvecash
Transaction Date: 11/12/2021
Payer Name: Watt Tieder, Hoffar and F.
--------------------------------------
PRO HAC VICE
 For: Watt Tieder, Hoffar and F.
 Case/Party: D-CAC-2-22-AT-002022-001
 Amount:         $500.00
--------------------------------------
CHECK
 Remitter: Watt, Tieder, Hoffar and F.
 Check/Money Order Num: 357490
 Amt Tendered:   $500.00
--------------------------------------
Total Due:       $500.00
Total Tendered: $500.00
Change Amt:       $0.00

Watt, Tieder, Hoffar, and
Fitzgerald, LLP

1765 Greensboro Station Place,
Suite 1000

McLean Virginia, 22102

Marguerite Lee DeVoll

Virginia Bar No. 93474


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```