| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Marguerite Lee DeVoll (Virginia Bar No. 93474)<br>Watt, Tieder, Hoffar & Fitzgerald, LLP<br>1765 Greensboro Station Place, Suite 1000<br>McLean, Virginia 22102<br>Tel.: (703) 749-1046<br>Fax: (703) 893-8029<br>mdevoll@watttieder.com<br><br>☒ *Attorney for*: J&E Texture, Inc. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 16 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

**CHANGES MADE BY COURT**

In re:

Crestlloyd, LLC

                                              Debtor(s)

                                              Plaintiff(s)

vs.

                                              Defendant(s)

CASE NO.: 2:21-bk-18205-DS
CHAPTER: 11
ADVERSARY NO.:

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**

[No hearing required per LBR 2090-1(b)(6)]

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): **Marguerite Lee DeVoll**

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: November 16, 2021

Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                    F 2090-1.2.ORDER.NONRES.ATTY