| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jennifer L. Kneeland (Virginia Bar No. 71187)<br>Watt, Tieder, Hoffar & Fitzgerald, LLP<br>1765 Greensboro Station Place, Suite 1000<br>McLean, Virginia 22102<br>Tel.: (703) 749-1026<br>Fax: (703) 893-8029<br>jkneeland@watttieder.com<br><br>☒ *Attorney for*: J&E Texture, Inc. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 16 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

**CHANGES MADE BY COURT**

In re:

Crestlloyd, LLC

Debtor(s)

Plaintiff(s)

vs.

Defendant(s)

CASE NO.: 2:21-bk-18205-DS
CHAPTER: 11
ADVERSARY NO.:

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**

[No hearing required per LBR 2090-1(b)(6)]

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): **Jennifer L. Kneeland**

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: November 16, 2021

_____
Deborah J. Saltzman
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                     F 2090-1.2.ORDER.NONRES.ATTY