1   DAVID B. GOLUBCHIK (State Bar No. 185520)
    TODD M. ARNOLD (State Bar No. 221868)
2   LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
    2818 La Cienega Avenue
3   Los Angeles, California 90034
    Telephone: (310) 229-1234
4   Facsimile: (310) 229-1244
    Email: dbg@lnbyg.com; tma@lnbyg.com
5
    Proposed Attorneys for Debtor and Debtor in Possession
6

**FILED & ENTERED**

**NOV 17 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

7

8                  **UNITED STATES BANKRUPTCY COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10                       **LOS ANGELES DIVISION**

11   In re:                                  Case No. 2:21-bk-18205-DS

12   CRESTLLOYD, LLC,                        Chapter 11

13            Debtor and Debtor in Possession.

14                                           **ORDER APPROVING APPLICATION OF
                                             DEBTOR AND DEBTOR IN POSSESSION
                                             TO EMPLOY LEVENE, NEALE, BENDER,
15                                           YOO & & GOLUBCHIK L.L.P. AS
                                             BANKRUPTCY COUNSEL PURSUANT TO
16                                           11 U.S.C. §§ 327 AND 330**

17

18

19

20

21

22

23

24

25

26

27

28

1

1    The court has reviewed and considered the "Application of Debtor and Debtor in Possession

2  to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. As Bankruptcy Counsel Pursuant to 11

3  U.S.C. §§ 327 and 330" (the "Application," Docket No. 3) filed by debtor Crestlloyd, LLC (the

4  "Debtor"), seeking an order authorizing its employment of Levene, Neale, Bender, Yoo &

5  Golubchik L.L.P. ("LNBYG") as bankruptcy counsel.  Based on the Application and the record in

6  this case, and good cause appearing,

7    IT IS HEREBY ORDERED that the Application is approved.  The Debtor is authorized to

8  employ LNBYG on the terms set forth in the Application, effective as of the petition date of

9  October 26, 2021.

10                                        # # #

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: November 17, 2021                    _____

25                                         Deborah J. Saltzman
                                          United States Bankruptcy Judge
26

27

28

                                          2