United States Bankruptcy Court

Central District of California

In re:                                                                                      Case No. 21-18205-DS

Crestlloyd, LLC                                                                       Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021                   Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Seror | on behalf of Interested Party Courtesy (NEF) dseror@bg.law  ecf@bg.law |
| David B Golubchik | on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| James Andrew Hinds, Jr | on behalf of Creditor Interno Investment  Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com |
| Jane G Kearl | on behalf of Interested Party J&E Texture  Inc. jkneeland@watttieder.com;mdevoll@watttieder.com |
| Jessica Wellington | on behalf of Interested Party Courtesy (NEF) jwellington@bg.law  ecf@bg.law |
| Kyra E Andrassy | |

on behalf of Interested Party Inferno Investment  Inc. kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lindsey L Smith

on behalf of Debtor Crestlloyd  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Michael S Kogan

on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com

Noreen A Madoyan

on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Robert B Kaplan

on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com

Ronald N Richards

on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com  morani@ronaldrichards.com

Ryan D O'Dea

on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Thomas M Geher

on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com  bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Todd M Arnold

on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Victor A Sahn

on behalf of Interested Party Courtesy (NEF) vsahn@sulmeyerlaw.com
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inf
oruptcy.com

Zev Shechtman

on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com
danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 17

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jennifer L. Kneeland (Virginia Bar No. 71187)<br>Watt, Tieder, Hoffar & Fitzgerald, LLP<br>1765 Greensboro Station Place, Suite 1000<br>McLean, Virginia 22102<br>Tel.: (703) 749-1026<br>Fax: (703) 893-8029<br>jkneeland@wattieder.com<br><br>☒ *Attorney for*:  J&E Texture, Inc. | **FILED & ENTERED**<br><br>**NOV 16 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell   DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

CHANGES MADE BY COURT

| In re:<br><br>Crestlloyd, LLC<br><br><div align="right">Debtor(s)</div> | CASE NO.:  2:21-bk-18205-DS<br>CHAPTER:  11<br>ADVERSARY NO.: |
|---|---|
| <div align="right">Plaintiff(s)</div><br>vs. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| <div align="right">Defendant(s)</div> | [No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒  The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  **Jennifer L. Kneeland**

☐  Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

<div align="center">###</div>

Date: November 16, 2021

Deborah J. Saltzman
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                   **F 2090-1.2.ORDER.NONRES.ATTY**