DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>    Debtor and Debtor in Possession. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**DECLARATION OF TELEPHONIC NOTICE RE: DEBTOR'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR ENTRY OF AN ORDER SETTING THE AMOUNT OF, AND AUTHORIZING DEBTOR TO PROVIDE, ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANY PURSUANT TO 11 U.S.C. § 366**<br><br>[Related to Docket No. 40]<br><br>Date:    November 23, 2021<br>Time:    11:30 a.m.<br>Location:    Courtroom 1639<br>                255 E. Temple St.<br>                Los Angeles, CA 90012<br>                **VIA ZOOM ONLY** |

1

**DECLARATION OF STEPHANIE REICHERT**

I, Stephanie Reichert, hereby declare as follows:

1. I am over the age of 18 and an employee at Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), bankruptcy counsel to the above-listed Chapter 11 debtor and debtor in possession (the "Debtor").

2. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

3. I make this declaration regarding *Debtor's Notice of Emergency Motion and Emergency Motion for Entry of an Order Setting the Amount of, and Authorizing Debtor to Provide, Adequate Assurance of Future Payment to Utility Company Pursuant to 11 U.S.C. § 366* (the "Utility Motion") [Docket No. 40].

4. On November 19, 2021 between 10:25 a.m. and 10:50 a.m., telephonic notice was given to the parties whose telephone numbers are listed on **Exhibit "A"** attached hereto to inform them either personally, through their assistants, or via voicemail of the hearing on the Utility Motion on November 23, 2021 at 11:30 a.m. via ZoomGov.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 19th day of November 2021 at Los Angeles, California.

*Stephanie Reichert*

STEPHANIE REICHERT

2

# EXHIBIT "A"

**GIVEN TELEPHONIC NOTICE ON NOVEMBER 19, 2021:**

Noreen A. Madoyan
Office of the United States Trustee
Phone: (202) 934-4064
Note: left voicemail at 10:25 a.m.

City of Los Angeles Department of Water and Power
Phone: (213) 367-9797
Note: spoke to Leo at 10:50 a.m. and Nicki at 11:50 a.m.

Kyra Andrassy
Smiley Wang-Ekvall
Phone: (714) 445-1017
Note: left voicemail at 10:32 a.m.

Thomas M. Geher
Jeffer Mangels Butler & Mitchell LLP
Phone: (310) 712-6820
Note: left voicemail at 10:27 a.m.

Elsa M. Horowitz
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
Phone: (310) 478-4100
Note: left voicemail at 10:30 a.m.

Racey Cohn
Brutzkus Gubner Rozansky Seror Weber LLP
Phone: (818) 827-9132
Note: left voicemail at 10:34 a.m.

David Seror
Brutzkus Gubner Rozansky Seror Weber LLP
Phone: (818) 827-9000
Note: left voicemail at 10:38 a.m.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **DECLARATION OF TELEPHONIC NOTICE RE: DEBTOR'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR ENTRY OF AN ORDER SETTING THE AMOUNT OF, AND AUTHORIZING DEBTOR TO PROVIDE, ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANY PURSUANT TO 11 U.S.C. § 366** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 19, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**   tma@lnbyg.com
- **Marguerite Lee DeVoll**   mdevoll@watttieder.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**   dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**   jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**   rbk@jmbm.com
- **Jane G Kearl**   jkearl@watttieder.com
- **Jennifer Larkin Kneeland**   jkneeland@watttieder.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
- **Ryan D O'Dea**   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com
- **Victor A Sahn**   vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **David Seror**   dseror@bg.law, ecf@bg.law
- **Zev Shechtman**   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.law

**2. SERVED BY UNITED STATES MAIL**: On **November 19, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ *Service information continued on attached page*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 19, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 19, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012          **F 9013-3.1.PROOF.SERVICE**