DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>    Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**NOTICE OF HEARING ON OBJECTION TO NOTICE OF INSIDER COMPENSATION**<br><br>Hearing:<br>  Date:    December 13, 2021<br>  Time:    11:30 a.m.<br>  Place:   Courtroom 1639<br>           255 E. Temple St.<br>           Los Angeles, CA 90012<br>           **VIA ZOOM ONLY** |

1

**PLEASE TAKE NOTICE** that a hearing will be held via ZoomGov, at the above-referenced date and time, to consider the *Objection To Notice Of Insider Compensation* (the "Objection") [Dkt. 35] filed by the United States Trustee.

A copy of the Objection is attached hereto as **Exhibit "1."** A copy of the Notice of Setting/Increasing Insider Compensation for SierraConstellation Partners/Lawrence R. Perkins to which the Objection was made is attached to the Objection as **Exhibit "A."**

**PLEASE TAKE FURTHER NOTICE** that any replies to the Objection must be filed and served by no later than seven (7) days before the hearing on the Objection.

Dated: November 19, 2021                    CRESTLLOYD, LLC

*/s/ Todd M. Arnold*
DAVID B. GOLUBCHIK
TODD M. ARNOLD
LEVENE, NEALE, BENDER, YOO
 & GOLUBCHIK L.L.P.
Attorneys for Debtor and
Debtor in Possession

# EXHIBIT "1"

|   |   |
|---|---|
| 1 | PETER C. ANDERSON |
|   | UNITED STATES TRUSTEE |
| 2 | Jill M. Sturtevant |
|   | Assistant United States Trustee |
| 3 | Noreen A. Madoyan, SBN 279227 |
|   | Trial Attorney |
| 4 | Office of the United States Trustee |
|   | 915 Wilshire Blvd, Suite 1850 |
| 5 | Los Angeles, CA  90017 |
|   | Tel:  (202) 934-4064 |
| 6 | Fax:  (213) 894-2603 |
|   | Email:  Noreen.Madoyan@usdoj.gov |
| 7 |   |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re | Case No.    2:21-bk-18205-DS |
|---|---|
| **CRESTLLOYD, LLC,** | Chapter 11 |
|   | OBJECTION TO NOTICE OF INSIDER COMPENSATION |
| Debtor. |   |
|   | <u>Hearing Date</u> |
|   | Date:  HEARING TO BE SET |
|   | Time: |
|   | Place: Courtroom 1639 |
|   |          255 E. Temple St. |
|   |          Los Angeles, CA 90017 |

TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S ATTORNEY OF RECORD, AND OTHER INTERESTED PARTIES:

The United States Trustee, hereby submits his Objection (the "Objection") to the Debtor's Notices of Setting/Increasing Insider Compensation, as set forth below.

In its Notice (the "Notice") of Setting/Incasing Insider Compensation (a copy of which is attached hereto as Exhibit A), the Debtor seeks to pay its insider, SierraConstellation Partners LLC/Lawrence R. Perkins ("SCP") an indeterminate amount. More specifically, the Notice indicates the following information: SCP is a non-member manager who has been working with

the Debtor for only a limited period of period – since October 21, 2021. The total amount of compensation is also not disclosed, but rather the hourly rates for all members of SCP are disclosed in a range from $750/hr for managing partners to $235/hr for associates. SCP anticipates working at minimum 40 hours a week, and fees shall be paid weekly upon receipt of invoice. No anticipated monthly or weekly outlook of fees to be expended has been provided in the Notice.

As to the duties of SCP during the bankruptcy, the Notice reveals that as the manager of the Debtor, SCP will handle the management of the primary asset of the Debtor (a parcel of real property), including the marketing and assist in the bankruptcy case, including assisting bankruptcy counsel. On its face, it appears that SCP will complete the work of a real estate broker and perhaps conduct the same work that bankruptcy counsel is conducting, however there is no disclosure as to how and why SCP is qualified to do such work, and if SCP is perhaps in fact doing such work in lieu of a real estate broker and/or bankruptcy counsel.

The United States Trustee raised concerns about the Notice, notably asking for a budget and prior billing statements from SCP to determine if the compensation sought (a figure for which was not provided) was appropriate. The response was even more concerning as no monthly budget was provided for October – December 2021 – rather just a figure of $414,216. It is unclear why SCP requires such a large amount for the first two (2) months of the case[1]. With respect to the months January-May 2022, again, no basis for the figures used is provided, and monthly figures ranging from $69,840 to $202,450 are proposed. Again, it is unclear why SCP is seeking such excessive figures for the "management and completion of the Debtor's real property and the marketing and sale thereof"; and "directing and assisting bankruptcy counsel in the case." *See* Notice, Question 6.

While the United States Trustee understands the Debtor's primary asset is a unique parcel of real property, there is no information or basis in the Notice for the amounts requested by SCP and the work to be completed.

---

[1] This case was filed on October 26, 2021 (the "Petition Date") and the budget provided by the Debtor is also unclear if the period for October – December 2021, includes pre-Petition Date amounts.

| | |
|---|---|
| 1 | WHEREFORE, for the reasons stated above, the United States Trustee objects to any |
| 2 | payment to the insider and requests the Notice of Insider Compensation to be set for hearing. |
| 3 | |
| 4 | Dated: November 16, 2021         PETER C. ANDERSON |
| 5 |                                                    UNITED STATES TRUSTEE |
| 6 | |
| 7 |                                          By:      /s/ Noreen A. Madoyan |
|   |                                                   Noreen A. Madoyan |
| 8 |                                                   Attorney for the United States Trustee |

-3-

# EXHIBIT A

Case 2:21-bk-18205-DS    Doc 35    Filed 11/10/21    Entered 11/10/21 15:27:37    Desc
Main Document    Page 7 of 15

| Attorney Name, Address, Telephone and FAX | File with U.S. TRUSTEE Only |
|---|---|
| DAVID B. GOLUBCHIK (SBN 185520)<br>TODD M. ARNOLD (SBN 221868)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: dbg@lnbyg.com; tma@lnbyg.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | Chapter 11 Case Number |
|---|---|
| CRESTLLOYD, LLC, | 2:21-bk-18205-DS |
| Debtor(s) | |

**NOTICE OF SETTING/INCREASING INSIDER COMPENSATION**

| | |
|---|---|
| 1. Name of Insider: | SierraConstellation Partners LLC/Lawrence R. Perkins ("SCP") |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Non-Member Manager |
| 3. Date when relationship with Debtor commenced: | October 21, 2021 |
| 4. Position title: | Non-Member Manager |
| 5. Position Description: | Non-Member Manager (see also Item 6) |
| 6. Assigned Duties: | Act as the Manager of the Debtor, including in connection with (1) the operation of the Debtor's business, including the management and completion of the Debtor's real property and the marketing and sale thereof, and (2) the Debtor's bankruptcy case and directing and assisting bankruptcy counsel in the case. Preparing and assisting in the preparation of bankruptcy compliance documents. |
| 7. Date employed in current position: | October 21, 2021 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9. Number of hours worked per week: | 40+ as needed |
| 10. Total amount of compensation and payment interval: | Variable based on hours worked - Lawrence Perkins as Manager: $790/ hr.; Partners: $790/hr. to $865/hr.; Managing Directors: $605/hr. to $685/hr.; Directors: $420/hr. to $525/hr.; Associates: $235/hr. Paid weekly upon receipt of invoice. |
| 11. Breakdown of compensation (specify amount and payment interval. | See Item 10 |
| Salary: | See Item 10 |
| Perquisites (total, detail below): | N/A |

| | |
|---|---|
| Car Allowance: | N/A |
| Medical Insurance: | N/A |
| Life Insurance: | N/A |
| Business Expenses: | See "Other" below |
| Other (Specify): | All reasonable, actual out-of-pocket expenses incurred in connection with or related to services provided, including but not limited to the fees and expenses of counsel retained to advise on services that concern the Debtor, airfare, hotel, car rental, photocopying charges, telephone calls, postage, shipping, meals, report preparation, delivery services, and other costs. |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Debtor's revenue, post-petition financing, and/or post-petition capital contributions. In addition, SCP was paid a $50,000 pre-petition retainer by Juliami Art Ventures, LLC. SCP is informed that (1) Juliami is ultimately controlled by Nile Niami, who formed the Debtor and still has a beneficial interest in the Debtor and (2) the foregoing payment to SCP by Juliami was treated a capital contribution to the Debtor. SCP will draw on such retainer, including any replenishments thereof by Juliami, to pay invoices. |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor=s business and the amount of its claim: | Hankey Capital, LLC; Inferno Investment Inc.; YOGI Securities Holdings, LLC; and Hilldun Corporation; |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | N/A |
| Compensation: | N/A |
| Loans: | N/A |
| Perquisites (Specify): | N/A |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: October 27, 2021

CRESTLLOYD, LLC

_____
SIERRACONSTELLATION PARTNERS LLC, AS MANAGER,
BY LAWRENCE R. PERKINS, AS ITS AUTHORIZED SIGNATORY

---

Attach proof of service on Creditors= Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled **NOTICE OF SEETING/INCREASING INSIDER COMPENSATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 28, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

N/A

**2. SERVED BY UNITED STATES MAIL**: On **October 28, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 28, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 28, 2021 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012      **F 9013-3.1.PROOF.SERVICE**

In re Crestlloyd, LLC
Insider Comp Service List
File No.: 9562

Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Branden Williams
257 N. Cannon Dr., 2nd Fl.
Beverly Hills, CA 90210

Centurion Air, LLC
Attn: Michael T. Pyle
13932 Arrow Creek Road
Draper, UT 84020

Crest Real Estate
Attn: Jason Somers
11150 Olympic Bl. #700
Los Angeles, CA 90064

Italian Luxury Design
4 NE 39 St.
Miami, FL 33137

KN Coating
201 E. Tamarack Ave
Inglewood, CA 90301

Made by TSI, Inc.
888 Biscayne Blvd #209
Miami, FL 33132

Counsel to Hankey Capital
Jeffer Mangels Butler & Mitchell LLP
Thomas M. Geher/Robert Kaplan
Neil Erickson/Benjamin Reznik
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

YOGI Securities Holdings, LLC
c/o Daniel Wiesel, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064-1582

Biabani & Associates, Inc.
Attn: Alex Biabani
1600 Sawtelle Bl #104
Los Angeles, CA 90025

C.G.S. Custom Glass Specialists
Attn: Tom Yang
4536 Ish Drive
Simi Valley, CA 93063

Davidson Accountancy Corp.
William N. Davidson, CPA
14011 Ventura Blvd., Ste. 302
Sherman Oaks, CA 91423

Draken Security
Attn: Jamie Salanga
8225 Encino Ave
Northridge, CA 91325

Jabs Pools and Spas, LLC
Attn: Georgina Rendon
8055 Matilija Ave.
Panorma City, CA 91402

LA DWP
P.O. Box 30808
Los Angeles, CA 90030

Midland Contractors, Inc.
Attn: Bruce Partovi
Po Box 8312
Van Nuys, CA 91409

Inferno Investment Inc.
Attn: Julien Remillard, President
4-95 Kandahar, Mont Tremblant
Quebec J8E 1E2
Canada

Hilldun Corporation
Jeffrey D. Kapelman, CEO
225 West 35th St.
New York, NY 10001

Bradford Sheet Metal
4164 Sopp Road
Mojave, CA 93501

CAD Stone Works Inc.
Attn: Cesar Hernandez
4533 Van Nuys Bl. #201
Sherman Oaks, CA 91403

Creative Art Partners
6542 Hayes Dr.
Los Angeles, CA 90048

Dennis Palma
146 Beach Way
Monterey, CA 93940

Vesta (aka Showroom Interiors, LLC)
Attn: Julian Buckner
8905 Rex Road
Pico Rivera, CA 90660

West Valley Green Landscaping, Inc.
14761 Tupper St.
Panorama City, CA 91402

West Coast Gates
339 Isis Ave.
Inglewood, CA 90301

YOGI Securities Holdings, LLC
Steve Oshins, Authorized Agent
1645 Village Center Circle, Ste. 170
Las Vegas, NV 89131

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017-3560**

A true and correct copy of the foregoing document entitled (*specify*): : **OBJECTION TO DEBTOR'S AMENDED NOTICE OF INSIDER COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 16, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 16, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor**: Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 16, 2021 | Noreen A. Madoyan | /s/ Noreen A. Madoyan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL PARTIES SERVED VIA NEF:**

- **Kyra E Andrassy**   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**   tma@lnbyg.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**   dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**   jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**   rbk@jmbm.com
- **Jane G Kearl**   jkneeland@watttieder.com;mdevoll@watttieder.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
- **Ryan D O'Dea**   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com
- **Victor A Sahn**   vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **David Seror**   dseror@bg.law, ecf@bg.law
- **Zev Shechtman**   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.law

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON OBJECTION TO NOTICE OF INSIDER COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 19, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Marguerite Lee DeVoll**    mdevoll@watttieder.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**    rbk@jmbm.com
- **Jane G Kearl**    jkearl@watttieder.com
- **Jennifer Larkin Kneeland**    jkneeland@watttieder.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

**2. SERVED BY UNITED STATES MAIL**: On **November 19, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ *Service information continued on attached page*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 19, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 19, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                   **F 9013-3.1.PROOF.SERVICE**