DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

NOV 23 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>Debtor. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION ADDRESSING CERTAIN ACCESS AND RELATED ISSUES ON AN INTERIM BASIS** |

The court having reviewed and considered the "Stipulation Addressing Certain Access and Related Issues on an Interim Basis" (the "Stipulation," Docket No. 45), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved.

### # # #

Date: November 23, 2021

_____
Deborah J. Saltzman
United States Bankruptcy Judge