1  DAVID B. GOLUBCHIK (State Bar No. 185520)
   TODD M. ARNOLD (State Bar No. 221868)
2  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
   2818 La Cienega Avenue
3  Los Angeles, California 90034
   Telephone: (310) 229-1234
4  Facsimile: (310) 229-1244
   Email: dbg@lnbyg.com; tma@lnbyg.com
5
6  Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**NOV 23 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

7                **UNITED STATES BANKRUPTCY COURT**

                                        CHANGES MADE BY COURT

8                **CENTRAL DISTRICT OF CALIFORNIA**

9                      **LOS ANGELES DIVISION**

10  In re:                                    Case No. 2:21-bk-18205-DS

11  CRESTLLOYD, LLC,                          Chapter 11

12         Debtor and Debtor in Possession.

                                             **INTERIM ORDER GRANTING DEBTOR'S
13                                            EMERGENCY MOTION FOR ENTRY OF
                                             AN ORDER SETTING THE AMOUNT OF,
14                                           AND AUTHORIZING DEBTOR TO
                                             PROVIDE, ADEQUATE ASSURANCE OF
15                                           FUTURE PAYMENT TO UTILITY
                                             COMPANY PURSUANT TO 11 U.S.C. § 366**
16

17                                           Hearing:
                                               Date:   November 23, 2021
18                                             Time:   11:30 a.m.
                                               Place:  Courtroom 1639
19                                                     255 E. Temple St.
                                                       Los Angeles, CA 90012
20                                                     **VIA ZOOM ONLY**

21

22         A hearing was held at the above time and place on the "Emergency Motion for Entry of an

23  Order Setting the Amount of, and Authorizing Debtor to Provide, Adequate Assurance of Future

24  Payment to Utility Company Pursuant to 11 U.S.C. § 366" (the "Motion," Docket No. 40)[1] filed by

25  debtor Crestlloyd, LLC (the "Debtor").  Appearances were noted on the record.

26  / / /

27

28  _____
    [1] Capitalized terms not defined herein have the same meanings ascribed to them in the Motion.

                                             1

1    The court having considered the Motion, the record in this case, and the arguments of

2    counsel at the hearing, and good cause appearing,

3    IT IS HEREBY ORDERED that the Motion is granted on an interim basis as follows:

4    (1)    The Debtor is authorized to provide adequate "assurance of payment" to the

5    LADWP via a cash deposit in the amount of $8,845.59 as set forth and calculated in Exhibit 1 to the

6    Motion, and the Receiver is directed to immediately pay such deposit;

7    (2)    The cash deposit paid by the Debtor/Receiver to the LADWP in the amount of

8    $8,845.59 as set forth and calculated in Exhibit 1 to the Motion is deemed to constitute adequate

9    "assurance of payment" pursuant to 11 U.S.C. § 366(c);

10    (3)    This order will remain in effect to and including January 13, 2022;

11    (4)    A final hearing on the Motion will be held on January 13, 2022, at 11:30 a.m., via

12    ZoomGov;

13    (5)    Any opposition to the Motion by the LADWP must be filed and served by no later

14    than December 30, 2021;

15    (6)    If no timely opposition to the Motion is filed, the Debtor may immediately lodge an

16    order granting the Motion on a final basis;

17    (7)    Any reply to any opposition to the Motion by the LADWP must be filed and served

18    by no later than January 6, 2022;

19    (8)    Within two days of entry of this order, the Debtor must serve a copy of this order on

20    the LADWP;

21    //

22    //

23    //

24

25

26

27

28

2

1    (9)    The LADWP must return the deposit provided for herein within ten business days if,

2    and when, the LADWP's services are terminated by the Debtor.

3    ###

Date: November 23, 2021

Deborah J. Saltzman
United States Bankruptcy Judge