**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Crestlloyd, LLC, the chapter 11 debtor and debtor in possession herein (the "Debtor"), with the assistance of its advisors and attorneys, is filing its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFA") in the Bankruptcy Court for the Central District of California, Los Angeles Division (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statements of Limitations, Methodology, and Disclaimers regarding the Debtor's Schedules and SOFA (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtor's Schedules and SOFA. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor. *Additionally, and particularly because, as of October 26, 2021 (the "Petition Date"), a state court appointed receiver (the "Receiver") was in control of the Debtor's real property, cash, and certain of the Debtor's books and records regarding, inter alia, claims, contracts, leases, payments made within 90 days of the Petition Date, the Debtor's the Schedules and SOFA contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtor's commercially reasonable efforts to report the assets and liabilities the Debtor.*

The information contained in the Schedules and SOFA was prepared based on the best information available and to the knowledge and belief of the Debtor and its advisors and professionals. The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and financial advisors may update, modify, revise, or re-categorize the information provided herein, and if so, will notify any affected third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtor or its agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against any Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Lawrence R. Perkins has signed each of the Schedules and SOFA.  Mr. Perkins is an authorized signatory for SierraCapital Partners, LLC, the recently appointed, non-member Manger of the

1

Debtor. In reviewing and signing the Schedules and SOFA, Mr. Perkins has relied upon the efforts, statements, and representations of various personnel employed by the Debtor and their advisors, as well as statements and representations made by the Receive and his counsel and documents and information provided by them. Mr. Perkins has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and SOFA, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

**Reservation of Rights.** Reasonable efforts have been made to prepare and file a complete and accurate set of Schedules and SOFA; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to (i) amend or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and SOFA with respect to claim ("Claim") description or designation; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFA as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed. Furthermore, nothing contained in the Schedules and SOFA shall constitute a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and SOFA except as may be required by applicable law.

**2. Description of the Case and "As Of" Information Date.** On the Petition Date of October 26, 2021, the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is operating its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Unless otherwise indicated, the asset information provided herein represents the asset data as of the close of business on October 26, 2021. Unless otherwise indicated, the liability information represents the liability data of the Debtor as of the close of business on October 26, 2021.

**3. Estimated Value of Assets.** Unless otherwise indicated, the asset data contained in the Schedules and SOFA reflect estimates of value as of October 26, 2021. Book values of assets prepared in accordance with GAAP generally do not reflect the current market value of the assets and may differ materially from the actual value of the underlying assets.

**4. Recharacterization.** Notwithstanding the Debtor's commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts,

unexpired leases, and other items reported in the Schedules and SOFA, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity of the project and the Debtor's lack of financial statements and recent turnover in management, as well as the Receiver's control of certain books and records as of the Petition Date. Accordingly, the Debtor reserves all its rights to re-characterize, reclassify, recategorize, re-designate, add, or delete items reported in the Schedules and SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in the Schedules or SOFA, or one or more exhibits or attachments to the Schedules and SOFA, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

**5. Excluded Assets and Liabilities.** The Debtor may have inadvertently excluded certain categories of assets, tax accruals, and liabilities from the Schedules and SOFA, including, without limitation, accrued accounts payable. The Debtor has also excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

**6. Insiders.** For purposes of the Schedules and SOFA, the Debtor defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers or persons in control of the Debtor; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and SOFA, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (a) any insider's influence over the control of the Debtor; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

**7. Classifications**. Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by any Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

**8. Claims Description.** Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by any Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtor reserves all its rights to dispute, or assert offsets or defenses to, any Claim reflected on their Statement and Schedules on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all its rights to subsequently designate such Claims as

3

"disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

**9. Causes of Action.** Despite making commercially reasonable efforts to identify all known assets, the Debtor may not have listed all its causes of action or potential causes of action against third-parties as assets in the Schedules and SOFA, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**10. Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies

- Undetermined Amounts. The description of an amount as "unknown," "unknown, investigating," "cannot allocate," "cannot value," "N/A," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.
- Totals. All totals that are included in the Schedules and SOFA represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total maybe different than the listed total.
- Liens. Property listed in the Schedules and SOFA are presented with our best knowledge of any liens that may attach (or have attached) to such property.

**11. Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

4

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CRESTLLOYD, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:21-bk-18205** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■  Other document that requires a declaration    **Amended List of Creditors Who Have the 20 Largest Unsecured Claims and Related Filings of Even Date**

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **November 23, 2021** | X | *[signature]* |
|---|---|---|---|
| | | | Signature of individual signing on behalf of debtor |

**SierraConstellation Partners LLC, as Manager,**
Printed name

**by Lawrence R. Perkins, as its Authorized Signatory**
Position or relationship to debtor

| Official Form 202 | Declaration Under Penalty of Perjury for Non-Individual Debtors | |
|---|---|---|

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CRESTLLOYD, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | **2:21-bk-18205** |

☒ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Creative Art Partners** 6542 Hayes Dr. Los Angeles, CA 90048 | | **Purchase of Artwork** | **Disputed** | | | $750,000.00 |
| **Vesta (aka Showroom Interiors, LLC)** 8905 Rex Road Pico Rivera, CA 90660 | Julian Buckner hello@vestahome.com 323-348-1551 | **Lease of Furniture and Accessories** | | | | $443,305.00 |
| **Branden Williams** 257 N. Cannon Dr., 2nd Fl. Beverly Hills, CA 90210 | brandenwilliams@mac.com 310-626-4248 | **Loan** | | | | $400,000.00 |
| **C.G.S. Custom Glass Specialists** 4536 Ish Drive Simi Valley, CA 93063 | Tom Yang tomy@custom-glass.com 805-577-8829 | **Windows, Doors, Bath Enclosures, and Mirrors** | | | | $389,904.00 |
| **Dennis Palma** 146 Beach Way Monterey, CA 93940 | (831) 901-9783 | **Project Management** | | | | $364,000.00 |
| **Centurion Air, LLC** 13932 Arrow Creek Road Draper, UT 84020 | Michael T Pyle | **Audio Video and S hades** | | | | $225,000.00 |
| **Made by TSI, Inc.** 888 Biscayne Blvd #209 Miami, FL 33132 | | **Built-ins for Bars and Kitchen, and Lighting Fixtures.** | **Contingent Unliquidated Disputed** | | | $223,028.50 |
| **Italian Luxury Design** 4 NE 39 St. Miami, FL 33137 | (786) 888-2290 | **Kitchen Builtiins. Closests and Wine Room Shelving** | **Disputed** | | | $155,700.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **CRESTLLOYD, LLC**                                          Case number (if known)   **2:21-bk-18205**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **West Valley Green Landscaping, Inc.** 14761 Tupper St. Panorama City, CA 91402 | **(818) 894-5434** | Landscaping Installation and Maintenance | **Unliquidated** | | | $150,000.00 |
| **The Vertex Companies, Inc.** 12100 Wilshire Blvd 8th floor Los Angeles, CA 90025 | | Construction/Engineering Consulting Services Services | **Unliquidated** | | | $89,100.00 |
| **Brutzkus Gubner** David Seror 21650 Oxnard St., Suite 500 Woodland Hills, CA 91367 | | Legal Fees - Counsel to State Court Receiver, Lanes Management Services | **Unliquidated** | | | $59,246.64 |
| **LA DWP** P.O. Box. 30808 Los Angeles, CA 90030 | **1-800-499-8840** | Utilities | | | | $44,990.17 |
| **KN Coating** 201 E. Tamarack Ave Inglewood, CA 90301 | **(310) 418-2530** | Waterproofing and Water Intrusion Repair to Master Pool | | | | $26,800.00 |
| **West Coast Gates** 339 Isis Ave. Inglewood, CA 90301 | **(310) 445-5067** | Drive Gate and Garage Door | | | | $20,270.00 |
| **Bradford Sheet Metal** 4164 Sopp Road Mojave, CA 93501 | bradfordsheetmetal @gmail.com **661-951-6507** | Sheet Metal Work at Skylights and Water Features | | | | $16,132.00 |
| **CAD Stone Works Inc.** 4533 Van Nuys Bl. #201 Sherman Oaks, CA 91403 | Cesar Hernandez **(833) 223-7866** | Interior and Exterior Stone Install | | | | $13,950.00 |
| **Davidson Accountancy Corp.** William N. Davidson, CPA 14011 Ventura Blvd., Ste. 302 Sherman Oaks, CA 91423 | | Accounting Services | | | | $12,495.00 |
| **Jabs Pools and Spas, LLC** 8055 Matilija Ave. Panorma City, CA 91402 | Georgina Rendon **(818) 683-3100** | Construction of Pools and Water Features | | | | $10,900.00 |

Debtor  **CRESTLLOYD, LLC**
_____

Name

Case number *(if known)*    **2:21-bk-18205**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Midland Contractors, Inc. Po Box 8312 Van Nuys, CA 91409 | Bruce Partovi info@midlandinc.com 818-783-3874 | "A" Permit Work Including Sidewalks, Curbs, and Driveway Approach | | | | $10,000.00 |
| Biabani & Associates, Inc. 1600 Sawtelle Bl #104 Los Angeles, CA 90025 | Alex Biabani info@elecPLAN.com (310) 268-1665 | Electrical Engineering | | | | $8,800.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re   **CRESTLLOYD, LLC**

Debtor(s)

Case No.   **2:21-bk-18205**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Southpac Trust Int'l. Inc. as Tee of the Park City Family Settlement** | **Sole Member** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **by Lawrence R. Perkins, as its Authorized Signatory** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 23, 2021**

Signature _____

**SierraConstellation Partners LLC, as Manager,**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles**                        , California.

Date:         **November 23, 2021**

**SierraConstellation Partners LLC, as Manager,**
Signature of Debtor 1

Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CRESTLLOYD, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:21-bk-18205** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ **325,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $ **161,579.15**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................ $ **325,161,579.15**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................................... $ **176,602,733.65**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................. $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **3,491,513.38**

4. **Total liabilities** ..........................................................................
   Lines 2 + 3a + 3b                                                                    $ **180,094,247.03**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **CRESTLLOYD, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:21-bk-18205**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | **Wells Fargo (Recevier Account)**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **Checking** | **9517** |

$161,579.15

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$161,579.15

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

Debtor  **CRESTLLOYD, LLC** _____  Case number *(If known)* **2:21-bk-18205** _____
Name

■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                          % of ownership

| | | | | |
|---|---|---|---|---|
| 15.1. | **Carcassonne Fine Homes, LLC - no operations** | **100** % | **Liquidation** | **$0.00** |

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.**  **Total of Part 4.**     | **$0.00** |
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**  **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No.  Go to Part 6.
□ Yes Fill in the information below.

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
□ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

□ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**  **Office furniture** | | | |
| **40.**  **Office fixtures** | | | |
| **41.**  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.**  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.  **Interior Art.  See Exhibit Schedule B.42.A (list with small pictures of subject art) and Exhibit Schedule B.42.B (list with large pictures of subject art)** | **Unknown** | | **Unknown** |

Debtor    **CRESTLLOYD, LLC**                                    Case number *(if known)* **2:21-bk-18205**
_____
Name

43.    **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                                    | $0.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | (Where available) | | |
| 55.1. **944 Airole Way, Los Angeles, CA 90077** | **100% Owner** | **Unknown** | **Appraisal/Comps** | **$325,000,000.00** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.                                    | $325,000,000.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **CRESTLLOYD, LLC** | | Case number (If known) **2:21-bk-18205** |
|---|---|---|---|
| | Name | | |

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities**<br>**Interest in Current and Prior Insurance Policies,**<br>**Including, But Not Limited to Axis Insurance Co.**<br>**(EAF657376), Lloyds of London (B1230AP11872B21),**<br>**and United Specialty Property Insurance (BTO1517737**<br>**and BUO1513381), Atlantic Casualty Insurance**<br>**Company GL Policy (L358000109-0), Evanston**<br>**Insurance Company Excess GL Policy (EZXS3055243),**<br>**and Navigators Specialty Insurance Company**<br>**(SE14EXC804162IC), and Any Claims Made or to be**<br>**Made Thereon** | Unknown |
| **Building Permits, Variances, Entitlements, Etc.** | Unknown |
| **Claim against United Specialty Property Insurance on**<br>**Policy No. BTO1517737 for covered property**<br>**damage and/or other loss potentially covered under the**<br>**Policy.** | Unknown |
| 74.    **Causes of action against third parties (whether or not a lawsuit**<br>**has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of**<br>**every nature, including counterclaims of the debtor and rights to**<br>**set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** Examples: Season tickets,<br>country club membership<br>**Any claims against Toni Maier-On Location Inc. for**<br>**amounts owed to the Debtor under Location**<br>**Representation Agreement** | Unknown |
| **Any claims against Universal Television, LLC for**<br>**amounts owed to the Debtor under Location Agreement** | Unknown |
| **Any claims against Public Occurrences, LLC for**<br>**amounts owed to the Debtor under Location Agreement** | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **CRESTLLOYD, LLC**
_____    Case number *(If known)* **2:21-bk-18205**
Name

| 78. | **Total of Part 11.** | | **$0.00** |
|-----|----------------------|---|-----------|
|     | Add lines 71 through 77. Copy the total to line 90. | | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **CRESTLLOYD, LLC**
_____    Case number *(if known)* **2:21-bk-18205**
Name                                                                              _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$161,579.15** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | **$325,000,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$161,579.15** + 91b. | **$325,000,000.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$325,161,579.15** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

DocuSign Envelope ID: 8AD36092-A45A-48F3-8C6F-DC566A9BCD67



# THE ONE



**Petra Cortright**                                                                          $ 155,000.00
*10 year_braxton contractions_divine comedy*, 2018
Digital painting on anodized aluminium
60h x 118w in
152.40h x 299.72w cm
Unique



**Ammon Rost**                                                                             $ 25,000.00
*I'm on your side #1*, 2018
Oil, flashe, pastel, air brush on canvas
96h x 78w in
243.84h x 198.12w cm
Unique



**José Diaz**                                                                                  $ 15,000.00
*P.O.V.*, 2017
Oil on Linen
75.59h x 59.84w in
192h x 152w cm



**Stefan Simchowitz**                                                                     $ 20,000.00
*Palmy Nights*, 2018
Archival pigment print on gloss paper
59h x 87w in
149.86h x 220.98w cm
ED 1 of 5 (+2 AP)



**Marc Horowitz**                                                                          $ 4,500.00
*PSLLL*, 2020
Flashe, gouache, and emulsified gesso on linen/canvas blend over aluminium strainer
99h x 6.50w x 1.50d in
251.46h x 16.51w x 3.81d cm
Unique



**Leif Ritchey**                                                                             $ 18,000.00
*Red Dirt Wine*, 2013
Acrylic on Canvas
83.50h x 72w in
212.09h x 182.88w cm

creativeartpartners.com          info@creativeartpartners.com          @creativeartpartners

DocuSign Envelope ID: 8AD36092-A45A-48E3-8C6F-DC566A9B5D67



**CREATIVE ART PARTNERS**



**Ryan Estep**
*Sterilized Dirt AA13*, 2014
Sterilized dirt on canvas
84h x 60w in
213.36h x 152.40w cm

$ 25,000.00



**CAP Custom Artist Commission**
*To Be Titled*
*[\*Image as reference only]*, 2020
95h x 45w in
241.30h x 114.30w cm

$ 25,000.00



**Matthew Chambers**
*That youthful expectation of expanse*, 2017
Acrylic, enamel based adhesive and nylon flocking on canvas
96h x 48w in
243.84h x 121.92w cm

$ 25,000.00



**Jennifer Boysen**
*Untitled*, 2016
Tempera on canvas
80h x 60w x 9d in
203.20h x 152.40w x 22.86d cm

$ 25,000.00



**Luke Diiorio**
*Untitled*, 2019
Oil on linen
41.50h x 40w in
105.41h x 101.60w cm
Unique

$ 15,700.00

**Kenneth Alme**
*Untitled*, 2014
Oil, acrylic and primer on cotton canvas
78.74h x 62.99w in
200h x 160w cm
Unique

$ 18,500.00



**CREATIVE ART PARTNERS**



**Tiziano Martini**
*Untitled*, 2015
Acrylic, acrylic sediments and dirt from the studio floor on primed cotton, painted artist frame
83.46h x 59.84w in
212h x 152w cm
Unique

$ 17,000.00



**Tiziano Martini**
*Untitled*, 2015
Acrylic, acrylic sediments and dirt from the studio on canvas, artist frame
79.13h x 55.51w in
201h x 141w cm
Unique

$ 12,000.00



**Tiziano Martini**
*Untitled*, 2016
Acrylic, monotype process and dirt from the studio on primer on cotton canvas
84h x 61w in
213.36h x 154.94w cm
Unique

$ 17,000.00



**Morgan-Richard Murphey**
*Untitled (Black Ratchet Clamp #10)*, 2014
Acrylic and ratchet clamp on canvas with customised aluminium stretcher bars
63h x 46w x 2d in
160.02h x 116.84w x 5.08d cm

$ 8,500.00



**Morgan-Richard Murphey**
*Untitled (Black Ratchet Clamp #9)*, 2014
Acrylic and ratchet clamp on canvas with customised aluminium stretcher bars
63h x 46w x 2d in
160.02h x 116.84w x 5.08d cm

$ 8,500.00



**Morgan-Richard Murphey**
*Untitled (Grey Ratchet Clamp #1)*, 2014
Acrylic and ratchet clamp on canvas with customised aluminium stretcher bars
63h x 46w x 2d in
160.02h x 116.84w x 5.08d cm

$ 8,500.00

DocuSign Envelope ID: 8AD36092-A45A-48F3-8C6F-DC566A9B5D67



**CREATIVE ART PARTNERS**



**Morgan-Richard Murphey**
*Untitled (Grey Ratchet Clamp #2)*, **2014**
**Acrylic and ratchet clamp on canvas with customised aluminium stretcher bars**
**63h x 46w x 2d in**
**160.02h x 116.84w x 5.08d cm**

$ 8,500.00



**Morgan-Richard Murphey**
*Untitled (Raw Ratchet Clamp #1)*, **2014**
**Acrylic and ratchet clamp on canvas with customised aluminium stretcher bars**
**63h x 46w x 2d in**
**160.02h x 116.84w x 5.08d cm**

$ 8,500.00



**CAP Custom Artist Commission**
*To Be Titled*
**[*Image as reference only]**, **2020**
**120h x 120w in**
**304.80h x 304.80w cm**

$ 25,000.00



**Cameron Platter**
*Untitled (Grid#19)*, **2018**
**Charcoal on paper**
**37.75h x 27.13w in**
**95.89h x 68.90w cm**
**Unique**

$ 6,500.00



**Cameron Platter**
*Untitled (One Love_02)*, **2017**
**Charcoal on Paper**
**35h x 25w in**
**88.90h x 63.50w cm**

$ 6,000.00



**Cameron Platter**
*Untitled (Private number_10)*, **2017**
**Charcoal on Paper**
**35h x 25w in**
**88.90h x 63.50w cm**

$ 6,000.00

DocuSign Envelope ID: 8AD36092-A45A-49E3-8C6F-DC566A9BCD67



**CREATIVE ART PARTNERS**



**Cameron Platter**
*Untitled (Private number_16)*, 2017
**Charcoal on Paper**
**35h x 25w in**
**88.90h x 63.50w cm**

$ 6,000.00



**Cameron Platter**
*Untitled (Slush_17)*, 2017
**Charcoal on Paper**
**35h x 25w in**
**88.90h x 63.50w cm**

$ 6,000.00

C A
P

Creative
Art Partners



Kenneth Alme
*Untitled*, 2014
Oil, acrylic and primer on cotton canvas
78.74h x 62.99w in
200h x 160w cm
Unique
KAL14MAY.4

CAP   Creative
Art Partners



Jennifer Boysen
*Untitled*, 2016
Tempera on canvas
80h x 60w x 9d in
203.20h x 152.40w x 22.86d cm
JBo18.07.03

C A
P    Creative
Art Partners



Matthew Chambers
*That youthful expectation of expanse*, 2017
Acrylic, enamel based adhesive and nylon flocking on canvas
96h x 48w in
243.84h x 121.92w cm
MCh18.10.15

CAP  Creative
Art Partners



Petra Cortright
*celexa_fujixerox +gifts+government+/jackass*, 2018
Digital triptych painting on anodized aluminum
111h x 180w in
281.94h x 457.20w cm
Unique
PC18.05.71

C A
  P       Creative
          Art Partners



Petra Cortright
*10 year_braxton contractions_divine comedy*, 2018
Digital painting on anodized aluminium
60h x 118w in
152.40h x 299.72w cm
Unique
PC18.05.41

C A
P

Creative
Art Partners



José Diaz
*P.O.V.*, 2017
Oil on Linen
75.59h x 59.84w in
192h x 152w cm
JoD17.12.04

C A
  P   **Creative
Art Partners**



Luke Diiorio
*Untitled*, 2019
Oil on linen
41.50h x 40w in
105.41h x 101.60w cm
Unique
LDi19.11.02

C A
P

Creative
Art Partners



Ryan Estep
*Sterilized Dirt AA13*, 2014
Sterilized dirt on canvas
84h x 60w in
213.36h x 152.40w cm
RE13NOV.13-RE14APR.13



C A
P

Creative
Art Partners



Marc Horowitz
*PSLLL*, 2020
Flashe, gouache, and emulsified gesso on linen/canvas blend over aluminium strainer
99h x 6.50w x 1.50d in
251.46h x 16.51w x 3.81d cm
Unique
MHo20.04a.07

C A
P

Creative
Art Partners



Tiziano Martini
*Untitled*, 2015
Acrylic and acrylic sediments on canvas, artist frame
79.53h x 55.91w in
202h x 142w cm
Unique
TMa15OCT.04



Creative
Art Partners



Tiziano Martini
*Untitled*, 2015
Acrylic, acrylic sediments and dirt from the studio floor on primed cotton, painted artist frame
83.46h x 59.84w in
212h x 152w cm
Unique
TMa15OCT.03



Creative
Art Partners



Tiziano Martini
*Untitled*, 2015
Acrylic, acrylic sediments and dirt from the studio on canvas, artist frame
79.13h x 55.51w in
201h x 141w cm
Unique
TMa15DEC.09

creativeartpartners.com    info@creativeartpartners.com    @creativeartpartners

C A
P   Creative
Art Partners



Tiziano Martini
*Untitled*, 2016
Acrylic, monotype process and dirt from the studio on primer on cotton canvas
84h x 61w in
213.36h x 154.94w cm
Unique
TMa16FEB.07

creativeartpartners.com      info@creativeartpartners.com      @creativeartpartners

C A
P | Creative
Art Partners



Morgan-Richard Murphey
*Untitled (Grey Ratchet Clamp #1)*, 2014
Acrylic and ratchet clamp on canvas with customised aluminium stretcher bars
63h x 46w x 2d in
160.02h x 116.84w x 5.08d cm
MRM13SEP.02-MRM14JAN.02

C A
P

Creative
Art Partners



Morgan-Richard Murphey
*Untitled (Black Ratchet Clamp #10)*, 2014
Acrylic and ratchet clamp on canvas with customised aluminium stretcher bars
63h x 46w x 2d in
160.02h x 116.84w x 5.08d cm
MRM13NOV.23-MRM14JANa.23

creativeartpartners.com        info@creativeartpartners.com        @creativeartpartners

CAP    Creative
Art Partners



Morgan-Richard Murphey
*Untitled (Raw Ratchet Clamp #2)*, 2014
Acrylic and ratchet clamp on canvas with customised aluminium stretcher bars
63h x 46w x 2d in
160.02h x 116.84w x 5.08d cm
MRM13NOV.01-MRM14JANa.01

C A
P

Creative
Art Partners



Morgan-Richard Murphey
*Untitled (Grey Ratchet Clamp #2)*, 2014
Acrylic and ratchet clamp on canvas with customised aluminium stretcher bars
63h x 46w x 2d in
160.02h x 116.84w x 5.08d cm
MRM13SEP.06-MRM14JAN.06

CAP Creative
Art Partners



Morgan-Richard Murphey
*Untitled (Black Ratchet Clamp #9)*, 2014
Acrylic and ratchet clamp on canvas with customised aluminium stretcher bars
63h x 46w x 2d in
160.02h x 116.84w x 5.08d cm
MRM13NOV.21-MRM14JANa.21

C A
  P    Creative
       Art Partners



Cameron Platter
*Untitled (One Love_02)*, 2017
Charcoal on Paper
35h x 25w in
88.90h x 63.50w cm
CP17.06.122

C A
P   Creative
Art Partners



Cameron Platter
*Untitled (Private number_16)*, 2017
Charcoal on Paper
35h x 25w in
88.90h x 63.50w cm
CP17.06.160

CAP | Creative
Art Partners



Cameron Platter
*Untitled (Grid#19)*, 2018
Charcoal on paper
37.75h x 27.13w in
95.89h x 68.90w cm
Unique
CP18.04.188



Creative
Art Partners



Cameron Platter
*Untitled (Grid#19)*, 2018
Charcoal on paper
37.75h x 27.13w in
95.89h x 68.90w cm
Unique
CP18.04.189



C A
P

**Creative
Art Partners**



Cameron Platter
*Untitled (No_1)*, 2017
Charcoal on Paper
35h x 25w in
88.90h x 63.50w cm
CP17.06.097

C A
P
Creative
Art Partners



Leif Ritchey
*Red Dirt Wine*, 2013
Acrylic on Canvas
83.50h x 72w in
212.09h x 182.88w cm
LR13OCT.10-LR14MAR.03

C A
P      Creative
       Art Partners



Ammon Rost
*I'm on your side #1*, 2018
Oil, flashe, pastel, air brush on canvas
96h x 78w in
243.84h x 198.12w cm
Unique
ARo18.09.02

**Fill in this information to identify the case:**

Debtor name  **CRESTLLOYD, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)  **2:21-bk-18205**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims | | |
|---|---|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **American Truck & Tool Rentals Inc.** | | **$97,050.00** | **$325,000,000.00** |
| Creditor's Name | Describe debtor's property that is subject to a lien | | |
| **Tom Murray, CEO and President**<br>**88 W. Victoria St.**<br>**Long Beach, CA 90805** | **944 Airole Way, Los Angeles, CA 90077** | | |
| Creditor's mailing address | Describe the lien<br>**Mechanic's Lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| | ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | ■ No | | |
| **Date debt was incurred** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ☐ No | ☐ Contingent | | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **1. Los Angeles County Tax Collector** | | | |
| **2. County of Los Angeles** | | | |
| **3. County of Los Angeles** | | | |
| **4. County of Los Angeles** | | | |
| **5. Hankey Capital, LLC** | | | |
| **6. Inferno Investment Inc.** | | | |
| **7. YOGI Securities Holdings, LLC** | | | |
| **8. American Truck & Tool Rentals Inc.** | | | |
| **9. J&E Texture, Inc.** | | | |
| **10. Rolls Scaffold, Inc.** | | | |
| **11. Hilldun Corporation** | | | |
| **12. JMS Air Conditioning** | | | |
| **2.2** **BMC West LLC** | Describe debtor's property that is subject to a lien | **$2,399.00** | **$325,000,000.00** |

Debtor **CRESTLLOYD, LLC**
_____    Case number (if known)  **2:21-bk-18205**
Name

| | |
|---|---|
| Creditor's Name | **944 Airole Way, Los Angeles, CA 90077** |
| **David Filtman, CEO** | |
| **4800 Falls of Neuse Rd.,** | |
| **Ste. 400** | |
| **Raleigh, NC 27609** | |
| Creditor's mailing address | **Describe the lien** |
| | **Mechanic's Lien** |
| | Is the creditor an insider or related party? |
| | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☑ No |
| | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an** | **As of the petition filing date, the claim is:** |
| **interest in the same property?** | Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, | ☐ Unliquidated |
| including this creditor and its relative | ☐ Disputed |
| priority. | |
| **Specified on line 2.1** | |

| | | | |
|---|---|---|---|
| 2.3 | **Calgrove Rentals Inc.** | Describe debtor's property that is subject to a lien | **$0.00** | **$325,000,000.00** |
| | Creditor's Name | **944 Airole Way, Los Angeles, CA 90077** | | |
| | **21627 Roscoe Bl.** | | | |
| | **Canoga Park, CA 91304** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Mechanic's Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an** | **As of the petition filing date, the claim is:** | | |
| | **interest in the same property?** | Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ☑ Yes. Specify each creditor, | ☐ Unliquidated | | |
| | including this creditor and its relative | ☐ Disputed | | |
| | priority. | | | |
| | **Specified on line 2.1** | | | |

| | | | |
|---|---|---|---|
| 2.4 | **City of Los Angeles** | Describe debtor's property that is subject to a lien | **$0.00** | **$325,000,000.00** |
| | Creditor's Name | **944 Airole Way, Los Angeles, CA 90077** | | |
| | **Mike Feuer, City Attorney** | | | |
| | **City Hall East, Suite 800** | | | |
| | **Los Angeles, CA 90012** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 10

| Debtor | **CRESTLLOYD, LLC** | | Case number (if known) | **2:21-bk-18205** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **County of Los Angeles** | | Describe debtor's property that is subject to a lien | $0.00 | $325,000,000.00 |
|---|---|---|---|---|---|

Creditor's Name
**(MRCA-Brush Fire Clear'g Dist #1)**
**200 North Main Street, 16th Fl**
**Los Angeles, CA 90054**
Creditor's mailing address

**944 Airole Way, Los Angeles, CA 90077**

**Describe the lien**
**Special Assessment**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **County of Los Angeles** | | Describe debtor's property that is subject to a lien | $0.00 | $325,000,000.00 |
|---|---|---|---|---|---|

Creditor's Name
**(Wildlife Corridor and Protection)**
**4745 Mangels Blvd.**
**Fairfield, CA 94534**
Creditor's mailing address

**944 Airole Way, Los Angeles, CA 90077**

**Describe the lien**
**Special Assessment**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **County of Los Angeles** | | Describe debtor's property that is subject to a lien | $0.00 | $325,000,000.00 |
|---|---|---|---|---|---|

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 10

Debtor    **CRESTLLOYD, LLC**
     Name

Case number (if known)    **2:21-bk-18205**

| | |
|---|---|
| Creditor's Name | **944 Airole Way, Los Angeles, CA 90077** |
| **(Local Fire Prevention Measure)** | |
| **4745 Mangels Blvd.** | |
| **Fairfield, CA 94534** | |
| Creditor's mailing address | Describe the lien |
| | **Special Assessment** |
| | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim? |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.8 | **Hankey Capital, LLC** | Describe debtor's property that is subject to a lien | $123,000,000.00 | $325,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **944 Airole Way, Los Angeles, CA 90077** | | |
| | **Attn: Eugene M. Leydiker** | | | |
| | **4751 Wilshire Blvd. #110** | | | |
| | **Los Angeles, CA 90010** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **2018 - 2020** | | | |
| | **Last 4 digits of account number** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: | | |
| | ☐ No | Check all that apply | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | **Specified on line 2.1** | ■ Disputed | | |

---

| 2.9 | **Hankey Capital, LLC** | Describe debtor's property that is subject to a lien | $827,745.00 | $325,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **944 Airole Way, Los Angeles, CA 90077** | | |
| | **Attn: Eugene M. Leydiker** | | | |
| | **4751 Wilshire Blvd. #110** | | | |
| | **Los Angeles, CA 90010** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Receiver Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **July & August 2021** | | | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 10

Debtor  **CRESTLLOYD, LLC**
_____
Name

Case number (if known)  **2:21-bk-18205**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.10 | **Hilldun Corporation** | **Describe debtor's property that is subject to a lien** | **$5,000,000.00** | **$325,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **944 Airole Way, Los Angeles, CA 90077** | | |
| | **Jeffrey D. Kapelman, CEO** | | | |
| | **225 West 35th St.** | | | |
| | **New York, NY 10001** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Deed of Trust** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☑ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.11 | **Inferno Investment Inc.** | **Describe debtor's property that is subject to a lien** | **$24,040,000.00** | **$325,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **944 Airole Way, Los Angeles, CA 90077** | | |
| | **Julien Remillard, President** | | | |
| | **4-95 Kandahar, Mont** | | | |
| | **Tremblant** | | | |
| | **Quebec J8E 1E2 Canada** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Deed of Trust** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☑ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.12 | **J&E Texture, Inc.** | **Describe debtor's property that is subject to a lien** | **$214,147.50** | **$325,000,000.00** |
|---|---|---|---|---|

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  5 of 10

Debtor    **CRESTLLOYD, LLC**                                    Case number (if known)    **2:21-bk-18205**
_____Name_____

| Creditor's Name | **944 Airole Way, Los Angeles, CA 90077** |
|---|---|

**Francisco Gonzalez, CEO**
**181 Exeter Way**
**Corona, CA 92882**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **JMS Air Conditioning** | **Describe debtor's property that is subject to a lien** | **$51,290.00** | **$325,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**and Appliance Services, Inc.**
**7640 Burnet Ave.**
**Van Nuys, CA 91405**
Creditor's mailing address

**944 Airole Way, Los Angeles, CA 90077**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Kennco Plumbing, Inc.** | **Describe debtor's property that is subject to a lien** | **$23,956.00** | **$325,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**Robert L. Kennedy, Jr., CEO**
**26575 Ruether Ave.**
**Santa Clarita, CA 91350**
Creditor's mailing address

**944 Airole Way, Los Angeles, CA 90077**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **CRESTLLOYD, LLC**
_____          Case number (if known)  **2:21-bk-18205**
Name

|  | Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
|---|---|

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.1 5 | **Los Angeles County Tax Collector** | Describe debtor's property that is subject to a lien | **$1,764,820.15** | **$325,000,000.0 0** |
|---|---|---|---|---|
| | Creditor's Name | **944 Airole Way, Los Angeles, CA 90077** | | |

**PO Box 54018**
**Los Angeles, CA 90054**
Creditor's mailing address

Describe the lien
**Tax Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2019-2021**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.1 6 | **Parquet by Dian** | Describe debtor's property that is subject to a lien | **$40,846.00** | **$325,000,000.0 0** |
|---|---|---|---|---|
| | Creditor's Name | **944 Airole Way, Los Angeles, CA 90077** | | |

**Dima Efros, CEO**
**16601 S. Main Street**
**Gardena, CA 90248**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.1 7 | **Powertek Electric Inc.** | Describe debtor's property that is subject to a lien | **$40,480.00** | **$325,000,000.0 0** |
|---|---|---|---|---|

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 10

Debtor    **CRESTLLOYD, LLC**               Case number (if known)    **2:21-bk-18205**
         Name

| Creditor's Name | **944 Airole Way, Los Angeles, CA 90077** | | |
|---|---|---|---|
| **Mike Moshrefi, CEO** | | | |
| **28364 S. Western Ave. #** | | | |
| **414** | | | |
| **Rancho Palos Verdes, CA** | | | |
| **90275** | | | |

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Rolls Scaffold, Inc.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$325,000,000.0 0** |
|---|---|---|---|---|

Creditor's Name
**944 Airole Way, Los Angeles, CA 90077**

**Michael Rolls, CEO**
**11351 County Dr. Ste B**
**Ventura, CA 93004**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **YOGI Securities Holdings, LLC** | **Describe debtor's property that is subject to a lien** | **$21,500,000.00** | **$325,000,000.0 0** |
|---|---|---|---|---|

Creditor's Name
**944 Airole Way, Los Angeles, CA 90077**

**Steve Oshins, Auth. Agent**
**1645 Village Center Cir.,**
**Ste. 170**
**Las Vegas, NV 89131**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **CRESTLLOYD, LLC**
_____
Name

Case number (if known)    **2:21-bk-18205**
_____

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $176,602,733 .65 |

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BMC West LLC**<br>**3250 N. San Fernando Rd.**<br>**Los Angeles, CA 90065** | Line **2.2** | |
| **Buchalter, APC**<br>**Jeffrey S. Wruble**<br>**1000 Wilshire Blvd., Suite 1500**<br>**Los Angeles, CA 90017** | Line **2.9** | |
| **Calgrove Rentals Inc.**<br>**Guadalupe Gomez, President**<br>**456 Glenoaks Blvd.**<br>**San Fernando, CA 91340** | Line **2.3** | |
| **Caprenos Inc.**<br>**Cindee Wood (Authorized Agent)**<br>**4345 Murphy Canyon Road #200**<br>**San Diego, CA 92123** | Line **2.1** | |
| **Clerk of the Governing Board,**<br>**Mount. Rec. & Cons. Auth.**<br>**5750 Ramirez Canyon**<br>**Malibu, CA 90265** | Line **2.6** | |
| **Conejo Recreation and Park District**<br>**403 W. Hillcrest Drive**<br>**Thousand Oaks, CA 91360** | Line **2.7** | |
| **Daniel Wiesel, Esq.**<br>**Wolf, Rifkin, Shapiro, et al.**<br>**11400 W. Olympic Blvd., 9th Fl.**<br>**Los Angeles, CA 90064** | Line **2.19** | |
| **JMBM LLP**<br>**Neil C. Erickson**<br>**1900 Avenue of the Stars, 7th Fl.**<br>**Los Angeles, CA 90067** | Line **2.8** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **CRESTLLOYD, LLC**
_____
Name

Case number (if known)    **2:21-bk-18205**
_____

| | |
|---|---|
| **Kennco Plumbing, Inc.**<br>**Robert L. Kennedy, Jr., CEO**<br>**21366 Placerita Canyon Rd.**<br>**Newhall, CA 91321** | Line  **2.14** |
| **Los Angeles County Tax Collector**<br>**225 N. Hill Street # 1**<br>**Los Angeles, CA 90012** | Line  **2.15** |
| **SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>**Ryan D. O'Dea**<br>**100 Spectrum Center Drive, Ste. 600**<br>**Irvine, CA 92618** | Line  **2.1** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CRESTLLOYD, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:21-bk-18205** |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Employment Development Dept.** | *Check all that apply.* | | |
| | **Bankruptcy Group MIC 92E** | ☐ Contingent | | |
| | **P.O. Box 826880** | ☐ Unliquidated | | |
| | **Sacramento, CA 94280-0001** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No  ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Franchise Tax Board** | *Check all that apply.* | | |
| | **Bankruptcy Section, MS: A-340** | ☐ Contingent | | |
| | **P.O. Box 2952** | ☐ Unliquidated | | |
| | **Sacramento, CA 95812-2952** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For Notice Purposes Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No  ☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    26717                    Best Case Bankruptcy

Debtor   **CRESTLLOYD, LLC**
Name

Case number (if known)   **2:21-bk-18205**

| 2.3 | Priority creditor's name and mailing address **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address **State Board of Equalization Acct. Analysis & Control MIC 29 POB 942879 Sacramento, CA 94279** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address **Biabani & Associates, Inc. 1600 Sawtelle Bl #104 Los Angeles, CA 90025** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$8,800.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Electrical Engineering**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address **Bradford Sheet Metal 4164 Sopp Road Mojave, CA 93501** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$16,132.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Sheet Metal Work at Skylights and Water Features**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address **Branden Williams 257 N. Cannon Dr., 2nd Fl. Beverly Hills, CA 90210** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$400,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **CRESTLLOYD, LLC**
_____
Name

Case number (if known)    **2:21-bk-18205**

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Brunswick Corp.**
**26125 N. Riverwoods Blvd.**
**Ste 500**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Bowling Goods and Servicies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,246.64** |

**Brutzkus Gubner**
**David Seror**
**21650 Oxnard St., Suite 500**
**Woodland Hills, CA 91367**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees - Counsel to State Court Receiver, Lanes Management Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$389,904.00** |

**C.G.S. Custom Glass Specialists**
**4536 Ish Drive**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Windows, Doors, Bath Enclosures, and Mirrors.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,950.00** |

**CAD Stone Works Inc.**
**4533 Van Nuys Bl. #201**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Interior and Exterior Stone Install**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225,000.00** |

**Centurion Air, LLC**
**13932 Arrow Creek Road**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Audio Video and Shades**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Compass**
**Aaron Kirman**
**9378 Wilshire Blvd. #200**
**Beverly Hills, CA 90212**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Estate Broker Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750,000.00** |

**Creative Art Partners**
**6542 Hayes Dr.**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchase of Artwork**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **CRESTLLOYD, LLC**
　　　　Name

Case number *(if known)*    **2:21-bk-18205**

| | |
|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** |

**Crest Real Estate**
**11150 Olympic Bl. #700**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Permit Processing**

Is the claim subject to offset? ■ No ☐ Yes

**$4,593.47**

---

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |

**Davidson Accountancy Corp.**
**William N. Davidson, CPA**
**14011 Ventura Blvd., Ste. 302**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

**$12,495.00**

---

| | |
|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** |

**Dennis Palma**
**146 Beach Way**
**Monterey, CA 93940**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Project Management**

Is the claim subject to offset? ■ No ☐ Yes

**$364,000.00**

---

| | |
|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** |

**Draken Security**
**8225 Encino Ave**
**Northridge, CA 91325**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Guard Services**

Is the claim subject to offset? ■ No ☐ Yes

**$8,500.00**

---

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** |

**Frontier Communications Corporation**
**401 Merritt 7**
**Norwalk, CT 06851**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** |

**Hilton & Hyland Real Estate**
**257 North Cañon Drive**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Real Estate Broker Services**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** |

**Italian Luxury Design**
**4 NE 39 St.**
**Miami, FL 33137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Kitchen Builtiins. Closests and Wine Room Shelving**

Is the claim subject to offset? ■ No ☐ Yes

**$155,700.00**

---

| Debtor | **CRESTLLOYD, LLC** | Case number (if known) | **2:21-bk-18205** |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,900.00 |
|---|---|---|---|

**Jabs Pools and Spas, LLC**
**8055 Matilija Ave.**
**Panorma City, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Construction of Pools and Water Features**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jesus Agudelo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Maintenance Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Napoleon Garcia**
**1525 N. Detroit St., #5**
**Los Angeles, CA 90046**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Workers' Compensation Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kennco Plumbing, Inc.**
**Robert L. Kennedy, Jr., CEO**
**21366 Placerita Canyon Rd.**
**Newhall, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,800.00 |
|---|---|---|---|

**KN Coating**
**201 E. Tamarack Ave**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Waterproofing and Water Intrusion Repair to Master Pool**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,990.17 |
|---|---|---|---|

**LA DWP**
**P.O. Box 30808**
**Los Angeles, CA 90030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3615**

Basis for the claim: **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,805.60 |
|---|---|---|---|

**Lanes Management Services**
**Theodore Lanes**
**655 Deep Valley Drive 125-P**
**Palos Verdes Peninsula, CA 90274**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Professional Services as Manager of Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **CRESTLLOYD, LLC**                                          Case number (if known)   **2:21-bk-18205**
          Name

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$223,028.50** |
| | **Made by TSI, Inc.** | ■ Contingent |
| | **888 Biscayne Blvd #209** | ☐ Unliquidated |
| | **Miami, FL 33132** | ■ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:  Built-ins for Bars and Kitchen, and Lighting Fixtures.** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| | **Martin Aguirre** | ■ Contingent |
| | **c/o Nathan D. McMurry** | ■ Unliquidated |
| | **8050 N. Palm Ave. Ste. 300** | ■ Disputed |
| | **Fresno, CA 93711** | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Workers' Compensation Claim** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$10,000.00** |
| | **Midland Contractors, Inc.** | ☐ Contingent |
| | **Po Box 8312** | ☐ Unliquidated |
| | **Van Nuys, CA 91409** | ☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:  "A" Permit Work Including Sidewalks, Curbs, and Driveway Approach** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| | **Mike Fields** | ☐ Contingent |
| | **2715 E 36th Ave** | ☐ Unliquidated |
| | **Spokane, WA 99223** | ☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:  "Unity" sculpture in the entry way of the Debtor's real property.  On consignment.** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| | **Moises Lopez** | ■ Contingent |
| | **141 S. Ave. 55 Apt. 40** | ■ Unliquidated |
| | **Los Angeles, CA 90042** | ■ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:  Workers' Compensation Claim** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$2,730.00** |
| | **Parker Resnik** | ☐ Contingent |
| | **Structural Engineering** | ☐ Unliquidated |
| | **1927 Pontius Ave** | ☐ Disputed |
| | **Los Angeles, CA 90025** | **Basis for the claim:  Structural Engineering** |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| | **Plus Development Group** | ☐ Contingent |
| | **743 Seward St.** | ☐ Unliquidated |
| | **Los Angeles, CA 90038** | ☐ Disputed |
| | Date(s) debt was incurred __ | **Basis for the claim:  Construction Services** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

Debtor **CRESTLLOYD, LLC** _____    Case number (if known)  **2:21-bk-18205**
      Name

| | |
|---|---|
| **3.32** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$2,000.00** |
| **Pro-Pest, Inc.** | ☐ Contingent |
| **P.O. Box 3868** | ■ Unliquidated |
| **Valley Village, CA 91617** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Extermination Services** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.33** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$1,263.00** |
| **Public Insurance Agency Inc.** | ☐ Contingent |
| **10941 W. Pico Bl.** | ☐ Unliquidated |
| **Los Angeles, CA 90064** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Insurance Broker** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.34** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Public Occurrences, LLC** | ☐ Contingent |
| **15821 Ventura Blvd. #265** | ☐ Unliquidated |
| **Encino, CA 91436** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **For Notice Purposes Only** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.35** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Santos Gerardina Garcia** | ■ Contingent |
| **509 Union Drive Apt. #206** | ■ Unliquidated |
| **Los Angeles, CA 90017** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Workers' Compensation Claim** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.36** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **SierraConstellation Partners LLC** | ☐ Contingent |
| | ■ Unliquidated |
| **355 S. Grand Avenue, Suite 1450** | ☐ Disputed |
| **Los Angeles, CA 90071** | |
| Date(s) debt was incurred _ | Basis for the claim:  **Entity Management and Services** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.37** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Simone Giovanni Cenedese** | ☐ Contingent |
| **Murano s.a.s** | ☐ Unliquidated |
| **Calle Bertolini, 6, Murano, Venezia** | ☐ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Sculpture Consignment** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.38** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **The Beverly Hills Estates, Inc.** | ■ Contingent |
| **Branden Williams** | ■ Unliquidated |
| **8878 Sunset Blvd., West** | ☐ Disputed |
| **West Hollywood, CA 90069** | |
| Date(s) debt was incurred _ | Basis for the claim:  **Real Estate Broker Services** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **CRESTLLOYD, LLC** | Case number (if known) | **2:21-bk-18205** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $89,100.00 |
|---|---|---|---|

**The Vertex Companies, Inc.**
**12100 Wilshire Blvd 8th floor**
**Los Angeles, CA 90025**

☐ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Construction/Engineering Consulting Services__
__Services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Toni Maier-On Location Inc.**
**8033 West Sunset Blvd. #569**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Location Agency Services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United Specialty Insurance Co.**
**1900 L Don Dodson Drive**
**Bedford, TX 76021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __For Notice Purposes Only__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Universal Television, LLC**
**100 Uiversal City Plaza**
**Universal City, CA 91608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __For Notice Purposes Only__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $443,305.00 |
|---|---|---|---|

**Vesta (aka Showroom Interiors, LLC)**
**8905 Rex Road**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lease of Furniture and Accessories__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vista Sotheby's Int'l. Realty**
**Chris Adlam**
**16 Malaga Cove Plaza**
**Palos Verdes Peninsula, CA 90274**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Real Estate Broker Services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,270.00 |
|---|---|---|---|

**West Coast Gates**
**339 Isis Ave.**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Drive Gate and Garage Door__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **CRESTLLOYD, LLC** | Case number (if known) | **2:21-bk-18205** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**West Valley Green Landscaping, Inc.**
**14761 Tupper St.**
**Panorama City, CA 91402**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Landscaping Installation and Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Westside Estate Agency**
**Kurt Rappaport**
**210 North Canon Dr.**
**Beverly Hills, CA 90210**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Real Estate Broker Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yaly Martinez Arrazola**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Housekeeping Services

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alvandi Law Group, P.C.**<br>**Gil Alvandi**<br>**2955 Main St. Suite 110**<br>**Irvine, CA 92614** | Line  3.29<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Draken Private Security**<br>**Jaime Salanga**<br>**633 West 5th St.**<br>**Los Angeles, CA 90071** | Line  3.14<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Made by TSI, Inc.**<br>**1840 Jefferson Ave., Apt 303**<br>**Miami Beach, FL 33139** | Line  3.25<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Martin Aguirre**<br>**112 1/2 North 20th St.**<br>**Montebello, CA 90640** | Line  3.26<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **The Vertex Companies, Inc.**<br>**147 W. 35th St., 19th Fl.**<br>**Long Island City, NY 11101** | Line  3.39<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |

Debtor   **CRESTLLOYD, LLC**
         <sub>Name</sub>

Case number (if known)   **2:21-bk-18205**

**5b. Total claims from Part 2**

5b.   +   $                3,491,513.38

**5c. Total of Parts 1 and 2**
     Lines 5a + 5b = 5c.

5c.   $                3,491,513.38

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CRESTLLOYD, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:21-bk-18205** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.     State what the contract or lease is for and the nature of the debtor's interest | **Artwork Display Agreement re "White Twirly" sculpture in the entry way of the Debtor's real property. On consignment.** |
|      State the term remaining | |
|      List the contract number of any government contract | **Mike Fields<br>2715 E 36th Ave<br>Spokane, WA 99223** |
| 2.2.     State what the contract or lease is for and the nature of the debtor's interest | **Staging Services and Lease Agreement** |
|      State the term remaining | |
|      List the contract number of any government contract | **Vesta (aka Showroom Interiors, LLC)<br>8905 Rex Road<br>Pico Rivera, CA 90660** |

**Fill in this information to identify the case:**

Debtor name    **CRESTLLOYD, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:21-bk-18205**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **Carcassone Fine Homes, LLC** | **c/o Hamid R. Rafatjoo 1800 Avenue of the Stars, 12th Fl. Los Angeles, CA 90067** | **C.G.S. Custom Glass Specialists** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.2 | **Nile Niami** | **c/o Hamid R. Rafatjoo 1800 Avenue of the Stars, 12th Fl. Los Angeles, CA 90067** | **C.G.S. Custom Glass Specialists** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.3 | **Nile Niami** | **c/o Hamid R. Rafatjoo 1800 Avenue of the Stars, 12th Fl. Los Angeles, CA 90067** | **Branden Williams** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.4 | **Nile Niami** | **c/o Hamid R. Rafatjoo 1800 Avenue of the Stars, 12th Fl. Los Angeles, CA 90067** | **Centurion Air, LLC** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |

| Debtor | **CRESTLLOYD, LLC** | Case number *(if known)* | **2:21-bk-18205** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | Yvonne Niami | 301 Copa de Oro Road<br>Los Angeles, CA 90077 | Hilldun Corporation | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Yvonne Niami | 301 Copa de Oro Road<br>Los Angeles, CA 90077 | Vesta (aka Showroom Interiors, LLC) | ☐ D _____<br>■ E/F __3.43__<br>☐ G _____ |
| 2.7 | Yvonne Niami | 301 Copa de Oro Road<br>Los Angeles, CA 90077 | Centurion Air, LLC | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.8 | Yvonne Niami | 301 Copa de Oro Road<br>Los Angeles, CA 90077 | Vesta (aka Showroom Interiors, LLC) | ☐ D _____<br>☐ E/F _____<br>■ G __2.2__ |

**Fill in this information to identify the case:**

Debtor name  **CRESTLLOYD, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)  **2:21-bk-18205**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other  **Property/Location Rental** | **$346,937.50** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|---|
   | 3.1. | **Parquet by Dian<br>Dima Efros, CEO<br>16601 S. Main Street<br>Gardena, CA 90248** | 9/8/21 | $40,846.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Mechanics' Lien; "Amount Paid" is principal amount of lien.** |

Debtor  **CRESTLLOYD, LLC**                                          Case number *(if known)*  **2:21-bk-18205**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Powertek Electric Inc.**<br>**Mike Moshrefi, CEO**<br>**28364 S. Western Ave. # 414**<br>**Rancho Palos Verdes, CA 90275** | 9/23/21 | **$40,480.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Mechanics' Lien;**<br>**"Amount Paid" is principal**<br>**amount of lien.** |
| 3.3. | **Kennco Plumbing, Inc.**<br>**Robert L. Kennedy, Jr., CEO**<br>**26575 Ruether Ave.**<br>**Santa Clarita, CA 91350** | 10/5/21 | **$85,560.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Mechanics' Lien;**<br>**"Amount Paid" is principal**<br>**amount of lien.** |
| 3.4. | **See Exhibit SOFA 3** | **Additional Information to Follow; Still Investigating ; Much of the Relevant Information is Held by the Receiver** | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List all payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

| Debtor | **CRESTLLOYD, LLC** | | Case number *(if known)* | **2:21-bk-18205** |

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **AMERICAN TRUCK & TOOL RENTALS, INC. v. SKYLINE DEVELOPMENT INC.; CRESTLLOYD, LLC,; HANKEY CAPITAL, LLC, 20SMCV01264** | **1. BREACH OF CONTRACT, 2. QUANTUM MERUIT, 3. UNJUST ENRICHMENT, 4. OPEN BOOK ACCOUNT, 5. FORECLOSURE OF MECHANIC'S LIEN** | **Superior Court County of Los Angeles 1725 Main St. Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Santos Gerardina Garcia v. Crestlloyd LLC** | **Workers' Compensation Claim** | **WCAB** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **YOGI SECURITIES HOLDINGS, LLC v. HANKEY CAPITAL, LLC; INFERNO INVESTMENT, INC.; CRESTLLOYD, LLC 21STCV24076** | **1. TO ENJOIN FORECLOSURE SALE; 2. FOR CANCELATION OF INSTRUMENT [Civil Code §3412 et. seq.]; 3. FOR CANCELATION OF INSTRUMENTS [Civil Code §3412 et. seq.]; 4. TO INVALIDATE INSTRUMENT; 5. TO INVALIDATE INSTRUMENT; 6. FOR UNFAIR BUSINESS PRACTICES [Business & Professions Code §17200 et. seq.]; AND, 7. FOR DECLARATORY RELIEF** | **Superior Court County of Los Angeles 111 N Hill St Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **HANKEY CAPITAL, LLC v. CRESTLLOYD, LLC 21SMCV01113** | **1. JUDICIAL FORECLOSURE OF DEED OF TRUST; AND 2. SPECIFIC PERFORMANCE** | **Superior Court County of Los Angeles 1725 Main St. Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **CRESTLLOYD, LLC**                                        Case number *(if known)*  **2:21-bk-18205**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **J&E TEXTURE, INC. v. CRESTLLOYD, LLC; HANKEY CAPITAL, LLC; INFERNO INVESTMENT INC.; YOGI SECURITIES HOLDINGS, LLC; AMERICAN TRUCK & TOOL RENTALS, INC.**<br>**20SMCV01229** | **BREACH OF CONTRACT AND FORECLOSURE OF MECHANICS' LIEN** | **Superior Court County of Los Angeles 1725 Main St. Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Jose Napoleon Garcia v CrestLloyd LLC**<br>**ADJ14416428** | **Workers' Compensation Claim** | **WCAB 1500 Hughes Way, Ste. C203 Long Beach, CA 90810** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **MADE BY TSI INC. v. CRESTLLOYD, LLC**<br>**21 STCV06523** | **BREACH OF CONTRACT** | **Superior Court County of Los Angeles 111 N. Hill St. Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **MARTIN AGUIRRE V. CARCASSONE FINE HOME, LLC AND SCIF INSURED GLENDALE, DUNFANAGHY BAY VENTURES, LLC, DBA SKYINE DEVELOPMENT; CRESTLLOYD, LLC AND COMPASS PILOT CLOVIS C/O OMNIS BENEFIT PLAN ADMINISTRATORS**<br>**ADJ1152049** | **Workers' Compensation Claim** | **WCAB 300 Oceangate, Rm. 202 Long Beach, CA 90802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Moises Lopez v. Crestlloyd LLC**<br>**ADJ13416050** | **Workers' Compensation Claim** | **WCAB** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Hankey Capital, LLC Attn: Eugene M. Leydiker 4751 Wilshire Blvd. #110 Los Angeles, CA 90010** | **944 Airole Way Los Angeles, CA 90077 (Appointment of a Receiver, Temporary Restraining Order, Order to Show Cause)** | **$325,000,000.00** |
| | Case title<br>**HANKEY CAPITAL, LLC v. CRESTLLOYD, LLC**<br>Case number<br>**21SMCV01113**<br>Date of order or assignment<br>**7/2/2021** | Court name and address<br>**Superior Court - County of Los Angeles 1725 Main St., Dept. M Santa Monica, CA 90401** |

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | **CRESTLLOYD, LLC** | Case number (if known) | **2:21-bk-18205** |
|---|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Levene, Neale, Bender, Yoo & Golubchik L.L.P.**<br>**2818 La Cienega Ave.**<br>**Los Angeles, CA 90034** | | **10/22/2021 - paid as capital contribution to Debtor** | **$20,000.00** |
| | Email or website address<br>**lnbyg.com** | | | |
| | Who made the payment, if not debtor?<br>**Juliami Art Ventures, LLC** | | | |
| 11.2. | **Levene, Neale, Bender, Yoo & Golubchik L.L.P.**<br>**2818 La Cienega Ave.**<br>**Los Angeles, CA 90034** | | **10/25/2021 - paid as capital contribution to Debtor** | **$80,000.00** |
| | Email or website address<br>**lnbyg.com** | | | |
| | Who made the payment, if not debtor?<br>**Juliami Art Ventures, LLC** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **CRESTLLOYD, LLC**    Case number *(if known)* **2:21-bk-18205**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | SierraConstellation Partners LLC 355 S. Grand Avenue, Suite 1450 Los Angeles, CA 90071 | | 10/25/2021 - paid as capital contribution to Debtor | $25,000.00 |
| | Email or website address sierraconstellation.com | | | |
| | Who made the payment, if not debtor? Juliami Art Ventures, LLC | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | **CRESTLLOYD, LLC** | Case number *(if known)* | **2:21-bk-18205** |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☒ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☒ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Republic Bank 1888 Century Park East, # 1600 Los Angeles, CA 90067** | **XXXX-2895** | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **4/15/21** | **$0.00** |
| 18.2. | **First Republic Bank Building 210 Lincoln Blvd. San Francisco, CA 94129** | **XXXX-5092** | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **4/15/21** | **$0.00** |
| 18.3. | **First Republic Bank Building 210 Lincoln Blvd. San Francisco, CA 94129** | **XXXX-7255** | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **4/15/21** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | CRESTLLOYD, LLC | | | Case number (if known) 2:21-bk-18205 |
|---|---|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Vesta (aka Showroom Interiors, LLC)<br>8905 Rex Road<br>Pico Rivera, CA 90660 | 944 Airole Way<br>Los Angeles, CA 90077 | Furniture located at the Debtor's real property and leased for staging.  See Exhibit SOFA 21 | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Mike Fields<br>2715 E 36th Ave<br>Spokane, WA 99223 | 944 Airole Way<br>Los Angeles, CA 90077 | "Unity" sculpture in the entry way of the Debtor's real property.  On consignment. | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| Simone Giovanni Cenedese<br>Murano s.a.s<br>Calle Bertolini, 6, Murano, Venezia | 944 Airole Way<br>Los Angeles, CA 90077 | "Angel" glass sculpture created by Simone Cenedese | Unknown |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

| Debtor | CRESTLLOYD, LLC | Case number *(if known)* | 2:21-bk-18205 |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Carcassonne Fine Homes, LLC<br>8981 W. Sunset Blvd. Suite 303<br>West Hollywood, CA 90069** | **Real Estate Development** | EIN:        **47-4598535**<br><br>From-To   **July 2015 - Present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Tony Camarena<br>1411 N. Highland Ave #508<br>Los Angeles, CA 90028** | **2015 or 2016 - Approximately Mid-2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Theodore Lanes<br>Lanes Management Services<br>655 Deep Valley Drive, Suite 125-P<br>Rolling Hills Estate, CA 90274** | **Court Appointed Receiver July 2021 - Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Davidson Accountancy Corp.<br>William N. Davidson, CPA<br>14011 Ventura Blvd., Ste. 302<br>Sherman Oaks, CA 91423** | **TBD - 2018** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  **Mountain Management, LLC** | **TBD** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.  **SierraConstellation Partners LLC<br>355 S. Grand Avenue, Suite 1450<br>Los Angeles, CA 90071** | **October 2021 - Present** |

| Debtor | **CRESTLLOYD, LLC** | Case number (if known) | **2:21-bk-18205** |
|---|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Theodore Lanes**<br>**Lanes Management Services**<br>**655 Deep Valley Drive, Suite 125-P**<br>**Rolling Hills Estate, CA 90274** | **Court Appointed Receiver July 2021 - Present** |
| 26c.2. **SierraConstellation Partners LLC**<br>**355 S. Grand Avenue, Suite 1450**<br>**Los Angeles, CA 90071** | **Court Appointed Receiver as of July 2021 Has Control Over Certain Books and Records** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **SierraConstellation Partners LLC** | **355 S. Grand Avenue, Suite 1450 Los Angeles, CA 90071** | **Manager** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Southpac Trust Int'l. Inc. as Tee** | **of the Park City Family Settlement Anz House, P.O. Box 11 Maire Nui Rd., Avarua Rarotonga G1** | **Sole Member/Owner** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nile Niami** | **c/o Hamid R. Rafatjoo 1800 Avenue of the Stars, 12th Fl. Los Angeles, CA 90067** | **Beneficiary of Park City Family Settlement (a Trust)** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Yvonne Niami** | **301 Copa de Oro Road Los Angeles, CA 90077** | **Beneficiary of Park City Family Settlement (a Trust)** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Debtor    **CRESTLLOYD, LLC**                                    Case number *(if known)* **2:21-bk-18205**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Mountain Management, LLC** | **ANZ House, 2nd Floor**<br>**Ara Tapu, Avarua District**<br>**Cook Islands** | **Manager** | **7/8/2021 -<br>10/21/2021** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Nile Niami** | **4470 W. Sunset Blvd, Suite 362**<br>**Los Angeles, CA 90027** | **Manager** | **12/14/2010 -<br>~4/7/2021** |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| **Theodore Lanes** | **Lanes Management Services**<br>**655 Deep Valley Drive, Suite 125-P**<br>**Rolling Hills Estate, CA 90274** | **Non-Member Manager** | **~4/7/21 - 7/7/21** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
  Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

  ■ No
  ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ■ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ■ No
  ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **CRESTLLOYD, LLC**                                    Case number *(if known)*  **2:21-bk-18205**

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 23, 2021**

_____    **SierraConstellation Partners LLC, as**
Signature of individual signing on behalf of the debtor    **Manager,**
                                                            Printed name

Position or relationship to debtor    **by Lawrence R. Perkins, as its Authorized**
                                      **Signatory**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

| 90-Day Transfers (Per Receiver and Bank Statements) | | | | |
|---|---|---|---|---|
| Acct. | Date | Check No. | Amount | Recipient |
| Wells XXXX9517 | 7/27/2021 | Electronic | $ 154.87 | Liberty |
| Wells XXXX9517 | 7/27/2021 | Electronic | $ 13,887.50 | Draken |
| Wells XXXX9517 | 7/29/2021 | Cash Withd | $ 48,517.57 | Tony Camarena for return of plans and permits (per Receiver) |
| Wells XXXX9517 | 7/30/2021 | 2008 | $ 1,360.00 | Luis Conreras |
| Wells XXXX9517 | 7/30/2021 | 2010 | $ 1,600.00 | Arrazola Yaly |
| Wells XXXX9517 | 8/2/2021 | 2013 | $ 680.00 | Jesus Agudelo |
| Wells XXXX9517 | 8/2/2021 | 2012 | $ 2,800.00 | Jesus Agudelo |
| Wells XXXX9517 | 8/2/2021 | 2007 | $ 1,400.00 | Melchor Anriano-Perez |
| Wells XXXX9517 | 8/2/2021 | 2027 | $ 1,800.00 | Stone Care Professionals |
| Wells XXXX9517 | 8/2/2021 | 2014 | $ 1,846.15 | Christopher Torrey |
| Wells XXXX9517 | 8/2/2021 | 2009 | $ 2,000.00 | Melchor Anriano-Perez |
| Wells XXXX9517 | 8/2/2021 | 2203 | $ 5,538.45 | Christopher Torrey |
| Wells XXXX9517 | 8/5/2021 | Electronic | $ 710.00 | A-1 Keys |
| Wells XXXX9517 | 8/5/2021 | Electronic | $ 1,782.50 | Vesta |
| Wells XXXX9517 | 8/6/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 8/6/2021 | Electronic | $112,797.50 | Hankey Capital |
| Wells XXXX9517 | 8/12/2021 | Electronic | $ 800.00 | Pro-Pest |
| Wells XXXX9517 | 8/16/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 8/16/2021 | Electronic | $ 40,000.00 | Michael Pyle, LLC/Centurion Air, LLC/Centurion LV |
| Wells XXXX9517 | 8/17/2021 | Electronic | $ 15,500.00 | Plus Development |
| Wells XXXX9517 | 8/18/2021 | Electronic | $ 2,464.41 | Crestlloyd |
| Wells XXXX9517 | 8/18/2021 | 2028 | $ 5,075.00 | Stone Care Professionals |
| Wells XXXX9517 | 8/18/2021 | 2025 | $ 800.00 | Luis Conreras |
| Wells XXXX9517 | 8/18/2021 | 2024 | $ 3,912.70 | Christopher Torrey |
| Wells XXXX9517 | 8/19/2021 | 2026 | $ 1,745.87 | Melchor Anriano-Perez |
| Wells XXXX9517 | 8/20/2021 | 2029 | $ 2,000.00 | Jesus Agudelo |
| Wells XXXX9517 | 8/24/2021 | Cash Withd | $ 35,063.00 | Lanes Management Services (per Receiver) |
| Wells XXXX9517 | 8/30/2021 | Electronic | $ 342.81 | Mike Fields |
| Wells XXXX9517 | 8/30/2021 | Electronic | $ 17,625.00 | Draken |
| Wells XXXX9517 | 8/30/2021 | Electronic | $ 755.26 | Frontier |
| Wells XXXX9517 | 8/31/2021 | Electronic | $ 500.00 | Arrazola Yaly |
| Wells XXXX9517 | 8/31/2021 | 2206 | $ 9,875.00 | KN Coating |
| Wells XXXX9517 | 9/2/2021 | Electronic | $ 100.00 | Arrazola Yaly |
| Wells XXXX9517 | 9/2/2021 | 2204 | $ 960.00 | Luis Conreras |
| Wells XXXX9517 | 9/2/2021 | 2207 | $ 1,800.00 | Jesus Agudelo |
| Wells XXXX9517 | 9/2/2021 | 2208 | $ 1,364.26 | Melchor Anriano-Perez |
| Wells XXXX9517 | 9/3/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 9/3/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 9/3/2021 | Electronic | $ 2,000.00 | Christopher Torrey |
| Wells XXXX9517 | 9/3/2021 | Electronic | $ 17,625.00 | Draken |
| Wells XXXX9517 | 9/3/2021 | Electronic | $ 500.00 | Daniel Sundberg |
| Wells XXXX9517 | 9/7/2021 | Electronic | $ 116.80 | Harland Clarke |
| Wells XXXX9517 | 9/7/2021 | Electronic | $ 800.00 | Arrazola Yaly |
| Wells XXXX9517 | 9/7/2021 | Electronic | $ 19,162.50 | Vesta |
| Wells XXXX9517 | 9/8/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 9/8/2021 | Electronic | $ 20,000.00 | CAD Stone Works Inc. |
| Wells XXXX9517 | 9/8/2021 | Electronic | $ 21,730.37 | LADWP |
| Wells XXXX9517 | 9/9/2021 | Electronic | $ 3.00 | Wells Fargo |
| Wells XXXX9517 | 9/9/2021 | Electronic | $ 10.00 | Wells Fargo |
| Wells XXXX9517 | 9/13/2021 | Electronic | $ 15.00 | Wells Fargo |
| Wells XXXX9517 | 9/13/2021 | Electronic | $ 400.00 | Pro-Pest |
| Wells XXXX9517 | 9/13/2021 | Electronic | $ 42,518.34 | Lanes Management Services (per Receiver) |
| Wells XXXX9517 | 9/16/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 9/16/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 9/16/2021 | Electronic | $ 500.00 | Luis Conreras |
| Wells XXXX9517 | 9/16/2021 | Electronic | $ 1,200.00 | Melchor Anriano-Perez |
| Wells XXXX9517 | 9/16/2021 | Electronic | $ 700.00 | Luis Conreras |

| | | | | |
|---|---|---|---|---|
| Wells XXXX9517 | 9/17/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 9/17/2021 | Electronic | $ 2,400.00 | Jesus Agudelo |
| Wells XXXX9517 | 9/20/2021 | Electronic | $ 15.00 | Wells Fargo |
| Wells XXXX9517 | 9/20/2021 | Electronic | $ 250.00 | Luis Contreras |
| Wells XXXX9517 | 9/20/2021 | Electronic | $ 250.00 | Jesus Agudelo |
| Wells XXXX9517 | 9/20/2021 | Electronic | $ 437.87 | Frontier |
| Wells XXXX9517 | 9/21/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 9/21/2021 | Electronic | $ 342.81 | Mike Fields |
| Wells XXXX9517 | 9/21/2021 | Electronic | $ 694.20 | First Republic |
| Wells XXXX9517 | 9/21/2021 | Electronic | $ 700.00 | Luis Contreras |
| Wells XXXX9517 | 9/21/2021 | Electronic | $ 3,000.00 | Daniel Sundberg |
| Wells XXXX9517 | 9/21/2021 | Electronic | $ 250.00 | Jesus Agudelo |
| Wells XXXX9517 | 9/23/2021 | Electronic | $ 1,225.00 | Arrazola Yaly |
| Wells XXXX9517 | 9/24/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 9/24/2021 | Electronic | $ 25,000.00 | Vesta |
| Wells XXXX9517 | 9/29/2021 | Electronic | $ 26,300.00 | Draken |
| Wells XXXX9517 | 9/30/2021 | Electronic | $ 600.00 | Pacific Bowling |
| Wells XXXX9517 | 9/30/2021 | Electronic | $ 2,730.00 | Parker Resnick |
| Wells XXXX9517 | 9/30/2021 | Electronic | $ 15,747.25 | Valid8/Theodore Lanes |
| Wells XXXX9517 | 10/1/2021 | 3001 | $ 400.00 | Pro-Pest |
| Wells XXXX9517 | 10/4/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 10/4/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 10/4/2021 | Electronic | $ 25,000.00 | Brutzkus Gubner |
| Wells XXXX9517 | 10/4/2021 | Electronic | $ 1,800.81 | Daniel Sundberg |
| Wells XXXX9517 | 10/4/2021 | Electronic | $ 25,000.00 | Brutzkus Gubner |
| Wells XXXX9517 | 10/4/2021 | Electronic | $ 2,900.00 | Luis Conreras & Melchor Perez ($1,200 & $1,700) |
| Wells XXXX9517 | 10/5/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 10/6/2021 | Electronic | $ 8,942.30 | Centurion |
| Wells XXXX9517 | 10/6/2021 | Electronic | $ 2,400.00 | Unknown |
| Wells XXXX9517 | 10/6/2021 | 3003 | $ 18,000.00 | West Valley Green Gardeners |
| Wells XXXX9517 | 10/7/2021 | 3004 | $ 5,240.00 | Jesus Agudelo |
| Wells XXXX9517 | 10/8/2021 | Electronic | $ 3.00 | Wells Fargo |
| Wells XXXX9517 | 10/8/2021 | Electronic | $ 10.00 | Wells Fargo |
| Wells XXXX9517 | 10/12/2021 | Electronic | $ 30.00 | Wells Fargo |
| Wells XXXX9517 | 10/12/2021 | Electronic | $ 4,948.00 | Vertex |
| Wells XXXX9517 | 10/12/2021 | Electronic | $ 71,545.05 | Lanes Management Services |
| Wells XXXX9517 | 10/12/2021 | 3002 | $ 38,163.52 | Brutzkus Gubner |
| Wells XXXX9517 | 10/13/2021 | Electronic | $ 1,450.00 | Arrazola Yaly |
| Wells XXXX9517 | 10/14/2021 | 3005 | $ 665.00 | Toal Engineering |
| Wells XXXX9517 | 10/19/2021 | Electronic | $ 400.00 | Pro-Pest |
| Wells XXXX9517 | 10/20/2021 | Electronic | $ 434.52 | Frontier |
| Wells XXXX9517 | 10/21/2021 | Electronic | $ 159.72 | Spectrum/Theodore Lanes |
| Wells XXXX9517 | 10/22/2021 | 3006 | $ 5,000.00 | Vesta |
| Wells XXXX9517 | 10/25/2021 | Electronic | $ 4,000.00 | Luis Conreras & Melchor Perez ($1,600 & $2,400) |
| Wells XXXX9517 | 10/26/2021 | Electronic | $ 28,550.00 | Draken |
| | | | | |

$790,212.91

| Piece Name | Quantity | Location |
|---|---|---|
| Eastern King \| Wall Panel V Channel BED - White | 1 | Bedroom 1 |
| Eastern King Box | 2 | Bedroom 1 |
| Eastern King Mattress | 1 | Bedroom 1 |
| Jane Lounge Chair \| Sienna Fabric | 2 | Bedroom 1 |
| Jane Sofa | 1 | Bedroom 1 |
| 2 Drawer Nightstand Large | 2 | Bedroom 1 |
| Bench \| Jenga Domino | 1 | Bedroom 1 |
| Shell Table Lamp | 2 | Bedroom 1 |
| Coral Chair \| Black Coating | 4 | Bedroom 1 |
| Coffee Table | 1 | Bedroom 1 |
| | | |
| Eastern King \| Chevron BED \| Grey | 1 | Bedroom 2 - MASTER |
| Eastern King Box | 2 | Bedroom 2 - MASTER |
| Eastern King Mattress | 1 | Bedroom 2 - MASTER |
| Winston Nightstand \| Charcoal | 2 | Bedroom 2 - MASTER |
| Alta Bench \| Dresden Glacier | 1 | Bedroom 2 - MASTER |
| Glass Bowl \| Small \| Black | 1 | Bedroom 2 - MASTER |
| Glass Bowl \| Large \| Black | 1 | Bedroom 2 - MASTER |
| Keaton Sectional Sofa | 2 | Bedroom 2 - MASTER |
| Petrified Wood Orb \| Medium | 4 | Bedroom 2 - MASTER |
| Jordan Coffee Table | 1 | Bedroom 2 - MASTER |
| | | |
| Aluminum Coffee Table \| Light Gray | 2 | Master Bed Outdoor |
| Outdoor U SIde Table \| Light Gray | 2 | Master Bed Outdoor |
| BITE Outdoor Lounger | 2 | Master Bed Outdoor |
| BITE Outdoor 2 SEATER \| RIGHT END | 1 | Master Bed Outdoor |
| BITE Outdoor 3 SEATER \| RIGHT END | 1 | Master Bed Outdoor |
| | | |
| Eastern King Wall Panel BED \| Vertcal Channel \| Dark Grey | 1 | Bedroom 3 |
| Eastern King Box | 2 | Bedroom 3 |
| Eastern King Mattress | 1 | Bedroom 3 |
| Tufted Bench - Grey | 1 | Bedroom 3 |
| 2 Drawer Nighstand | 2 | Bedroom 3 |
| 14" Jar Lamp \| Silver | 2 | Bedroom 3 |
| Floating Plank Mirror \| Black | 1 | Bedroom 3 |
| Sofa \| Dresden Glacier | 1 | Bedroom 3 |
| 5.5' \| XXX Console \| Black | 1 | Bedroom 3 |
| Leather Shagreen Tray \| LARGE \| Grey | 1 | Bedroom 3 |
| Leather Shagreen Tray \| SMALL \| Grey | 1 | Bedroom 3 |
| BY1495 \| 37" x 55" \| Dark Wood | 1 | Bedroom 3 |
| | | |
| Swanson Dining Chair \| Black \| Black Chrome | 20 | Formal Dining |
| Hauser Table Base | 1 | Formal Dining |
| 12' Dining Table Top | 1 | Formal Dining |
| | | |
| Eastern King \| Wall Panel Tufted BED - White | 1 | Bedroom 4 |
| Eastern King Box | 2 | Bedroom 4 |
| Eastern King Mattress | 1 | Bedroom 4 |
| McCartney Nighstand in Black | 1 | Bedroom 4 |
| 7011 Table Lamp | 2 | Bedroom 4 |
| Bench \| Sienna 900 \| Brushed Silver | 1 | Bedroom 4 |

| Piece Name | Quantity | Location |
|---|---|---|
| BY1601-2 \| 37" x 55" \| Balck Frame | 1 | Bedroom 4 |
| 5.5' \| Sybil Console \| Antique Brass and Black | 1 | Bedroom 4 |
| Leather Tray \| SMALL \| Creamy White | 1 | Bedroom 4 |
| Abstract Ceramic Spiral Decor \| Black \| Small | 1 | Bedroom 4 |
| Abstract Ceramic Spiral Decor \| Black \| Large | 1 | Bedroom 4 |
| | | |
| Eastern King \| Winged \| Velvet Grey | 1 | Bedroom 5 |
| Eastern King Box | 2 | Bedroom 5 |
| Eastern King Mattress | 1 | Bedroom 5 |
| Tri-Leg Side Table \| Black \| SMALL | 1 | Bedroom 5 |
| Tri-Leg Side Table \| Black \| MEDIUM | 1 | Bedroom 5 |
| Mini Sofa \| Pied De Poule/LP911-4 | 2 | Bedroom 5 |
| BY1576 \| 37" x 55" \| Black Frame | 1 | Bedroom 5 |
| Brass Frame Nightstand | 2 | Bedroom 5 |
| Abstract Sculpture Table Lamp | 2 | Bedroom 5 |
| Disk Decoration \| Small \| Smokey | 1 | Bedroom 5 |
| Disk Decoration \| Large \| Smokey | 1 | Bedroom 5 |
| HEXAGON SIDE TABLE | 1 | Bedroom 5 |
| Rea Bench \| Black Chrome \| Light Tan Leather | 1 | Bedroom 5 |
| Coral Chair \| Natte Nature \| Silver Coating | 2 | Bedroom 5 |
| Outdoor U Side Table \| White | 2 | Bedroom 5 |
| Hover Mirror | 1 | Bedroom 5 |
| | | |
| Rectangular Mirror \| Brushed Silver \| 32" x 76" | 1 | Bedroom 6 |
| Cal King \| Waterfall-Lexi \| Wilmer Morocco | 1 | Bedroom 6 |
| Regular Cal King Mattress | 1 | Bedroom 6 |
| Regular Cal King Boxspring | 2 | Bedroom 6 |
| Bibiana Side Table \| Black | 2 | Bedroom 6 |
| 7011 Table Lamp | 2 | Bedroom 6 |
| Ardent Lounge Chair \| Black Leather \| Black Frame | 2 | Bedroom 6 |
| 6' Elden Console | 1 | Bedroom 6 |
| Abstract Stone Loop Sculpture \| White | 1 | Bedroom 6 |
| Lexie Bench \| Black | 1 | Bedroom 6 |
| 60" Round Mirror \| Matte Black | 1 | Bedroom 6 |
| Coral Chair \| Natte Nature \| Silver Coating | 2 | Bedroom 6 |
| Outdoor U Side Table \| White | 1 | Bedroom 6 |
| BY1801 \| 48" x 72" \| Dark Wood | 1 | Bedroom 6 |
| | | |
| Swanson Bench \| Black PU \| Brass | 1 | Bedroom 7 |
| 60" Round Mirror \| Matte Black | 1 | Bedroom 7 |
| BY1668-2 \| 37" 55" \| Black Frame | 1 | Bedroom 7 |
| Tower Glass Table Lamp \| Silver | 2 | Bedroom 7 |
| Nightstand \| Walnut \| Brushed Brass | 2 | Bedroom 7 |
| Custom Cal King Bed \| Panama White | 1 | Bedroom 7 |
| Regular Cal King Mattress | 1 | Bedroom 7 |
| Amelia Tufted Tier Sofa \| Sapphire 102 | 1 | Bedroom 7 |
| X Stool \| Brushed Brass \| Black PU | 2 | Bedroom 7 |
| Credenza \| Oak Veneer + Bronze \| Small | 1 | Bedroom 7 |
| Abstract Decorative Sculpture \| Large \| Black | 1 | Bedroom 7 |
| Abstract Decorative Sculpture \| Medium \| Black | 1 | Bedroom 7 |
| Abstract Decorative Sculpture \| Small \| Black | 1 | Bedroom 7 |
| Coral Chair \| Natte Nature \| Silver Coating | 2 | Bedroom 7 |
| Outdoor U Side Table \| White | 1 | Bedroom 7 |
| | | |
| Tower Glass Table Lamp \| Silver | 2 | Bedroom 8 |
| Zelline Nightstand \| Oak Veneer | 2 | Bedroom 8 |
| Cal King \| Waterfall-Lexi \| Wilmer Silver | 1 | Bedroom 8 |
| Regular Cal King Mattress | 1 | Bedroom 8 |

| Piece Name | Quantity | Location |
| --- | --- | --- |
| Regular Cal King Boxspring | 2 | Bedroom 8 |
| Curved Lounge Chair | Iron Base | Grey | 2 | Bedroom 8 |
| SIDE TABLE | 1 | Bedroom 8 |
| Zelline Credenza | Oak Venner | 1 | Bedroom 8 |
| Rectangular Mirror | Brushed | 32" x 76" | 2 | Bedroom 8 |
| | | |
| Felix Lounge Chair | Cuddle Fur | 1 | Downstairs Lounge - LL Family Room |
| Yves Coffee Tabel | Smoked Glass | Black Frame | 1 | Downstairs Lounge - LL Family Room |
| Kliff Faux Marble Side Table | White | 1 | Downstairs Lounge - LL Family Room |
| Alix Shelf Arm Sectional | Left | Vanquish | 1 | Downstairs Lounge - LL Family Room |
| Alix Shelf Arm Sectional | Armless | Vanquish | 4 | Downstairs Lounge - LL Family Room |
| Alix Shelf Arm Sectional | Right| Vanquish | 2 | Downstairs Lounge - LL Family Room |
| | | |
| 60" Round Mirror | Matte Black | 1 | Entry Bedroom |
| Alwin Metal Console | Anti-Copper | 1 | Entry Bedroom |
| Eastern King Wall Panel Bed | White | 1 | Entry Bedroom |
| Eastern King Box | 2 | Entry Bedroom |
| Eastern King Mattress | 1 | Entry Bedroom |
| Tristan Nightstand | 2 | Entry Bedroom |
| Laslow Oak Veneer Bench | Black Leather | 1 | Entry Bedroom |
| Dashian Lounge Chair | Monument 902 | Chalk | 4 | Entry Bedroom |
| Coffee Table | tempered Smoked Glass | 1 | Entry Bedroom |
| Abstract Stone Lopp Sculpture | Black | 2 | Entry Bedroom |
| BY1435 | 40" x 60" | White Frame | 1 | Entry Bedroom |
| BY1669 frame color 3 dark wood | 1 | Entry Bedroom |
| | | |
| Severa Lounge Chair | Black Velvet | 8 | BAR/Game Room |
| CREED COFFEE TABLE | 2 | BAR/Game Room |
| Alexius Stool IV | 2 | BAR/Game Room |
| Alexius Stool I | 2 | BAR/Game Room |
| Alexius Stool II | 2 | BAR/Game Room |
| Alexius Stool III | 2 | BAR/Game Room |
| Lexie Lounge Chair | Velvet | Black | 2 | BAR/Game Room |
| Hexagon Top SIde Table | 2 | BAR/Game Room |
| | | |
| KIOSS Dining Chair | 8 | Guest House |
| Hand Dining Table Base | Gold | 3 | Guest House |
| 60" Round Mirror | Matte Black | 1 | Guest House |
| Dimitri Credenza | 1 | Guest House |
| Mozart Coffee Table | 1 | Guest House |
| Lenox Counter Stool | 3 | Guest House |
| Tall Shade Table | 2 | Guest House |
| 5' | Zora Console | 1 | Guest House |
| Round Glass Table Lamp | 2 | Guest House |
| Credenza | Oak Veneer | 1 | Guest House |
| Black Plate Side Table | 1 | Guest House |
| Bench | Dresden Glacier | Brushed brass | 1 | Guest House |
| Petrified Slab Plate | 1 | Guest House |
| Walnut Nightstand | Brushed Brass Handles | 2 | Guest House |
| Herst Table Lamp | 2 | Guest House |
| Resin Decoration | White | HIGH | 1 | Guest House |
| Resin Decoration | White | LOW | 1 | Guest House |
| Custom Cal King Pillow Back Bed | Panama White | 1 | Guest House |
| Regular Cal King Mattress | 1 | Guest House |
| Rectangular Mirror | Brushed Brass | 32" x 76" | 1 | Guest House |
| Alpine Lounge Chair | Sheep Skin | 2 | Guest House |
| Marisa Side Table | High Gloss White | 1 | Guest House |
| Queen | Vertical Channel | Como Grey Cloud | 1 | Guest House |

| Piece Name | Quantity | Location |
|---|---|---|
| Regular Queen Mattress | 1 | Guest House |
| Regular Queen Boxspring | 1 | Guest House |
| RUG - Gladstone Viscose Knotted Rug | 1 | Guest House |
| Black Oak 3 Drawer Nightstand | 2 | Guest House |
| Rive Modern Brass Table Lamp | 2 | Guest House |
| LARGE Crystal Decoration | 1 | Guest House |
| Cal King | 6" Vertical Channel Michelle | Como Dark Grey | 1 | Guest House |
| Regular Cal King Mattress | 1 | Guest House |
| Regular Cal King Boxspring | 2 | Guest House |
| Oak Veneer Nightstand | Black Walnut | Brushed Brass | 2 | Guest House |
| Glass Cube Table Lamp | 2 | Guest House |
| RUG - Encore | Ash | 8x11 | 1 | Guest House |
| Swanson Bench | Miles Cobble Stone | Brushed Silver Legs | 1 | Guest House |
| Jacob Right Arm Chaise | 1 | Guest House |
| Jacob Left Arm | 1 | Guest House |
| Jacob One Seater Armless | 1 | Guest House |
| Felix Lounge Chair | Cuddle Fur | 1 | Guest House |
| White Marble End Table | Brass Top | 1 | Guest House |
| | | |
| Rope Woven Sofa | 3 | GuestHouse Outdoor |
| Iron Coffee Table | Black Frame | 1 | GuestHouse Outdoor |
| Rope Arm Chair | 2 | GuestHouse Outdoor |
| Rope Chaise Lounger | 6 | GuestHouse Outdoor |
| | | |
| Plank Mirror in White | 1 | Her Closet |
| X Bench | Pink Velvet | 1 | Her Closet |
| Cara Stool | White | 1 | Her Closet |
| Square Stool | Cuddle Fur Fabric | 2 | Her Closet |
| Coral Chair | Natte Nature | Silver Coating | 2 | Her Closet |
| Luxury Bathroom Set | Towels | Bathrobe | 1 | Her Closet |
| | | |
| Coral Chair | Black Coating | 2 | His Closet |
| Luxury Bathroom Set | Towels | Bathrobe | 1 | His Closet |
| Floating Plank Mirror | Black | 1 | His Closet |
| Cara Stool | Blue | 2 | His Closet |
| | 0 | 0 |
| Nero Magus Coffee Table | Black Marble | Brass | 1 | Lounge 2 - Family Room Off Kitchen |
| Sette Leather Barstool | Cream | 5 | Lounge 2 - Family Room Off Kitchen |
| Channel Tufted Sectional | Armless V1 | 1 | Lounge 2 - Family Room Off Kitchen |
| Abstract Stone Loop Sculpture | White | 1 | Lounge 2 - Family Room Off Kitchen |
| Channel Tufted Sectional | Ottoman | 1 | Lounge 2 - Family Room Off Kitchen |
| Kennedy Modular Sofa Sectional | Right Arm | 1 | Lounge 2 - Family Room Off Kitchen |
| Kennedy Modular Sofa Sectional | Left Arm | 1 | Lounge 2 - Family Room Off Kitchen |
| Kennedy Modular Sofa Sectional | Armless | 4 | Lounge 2 - Family Room Off Kitchen |
| Edge Coffee Table | Black | 2 | Lounge 2 - Family Room Off Kitchen |
| Tic Tac Toe Ball | 1 | Lounge 2 - Family Room Off Kitchen |
| HEXAGON TOP SIDE TABLE | 1 | Lounge 2 - Family Room Off Kitchen |
| Corset Counter Stool | Black Chrome | 8 | Lounge 2 - Family Room Off Kitchen |
| | | |
| Severa Lounge Chair | Black Leather | 2 | Main Family Room |
| Cloud 2.0 Corner | Zuma White | 4 | Main Family Room |
| Cloud 2.0 Armless | Zuma White | 10 | Main Family Room |
| Vero Marble Side Table | Black Metal | 1 | Main Family Room |
| Calvin Marble Coffee Table | White | Large | 2 | Main Family Room |
| Corset Counterstool | Brushed Gold | White Leather | 5 | Main Family Room |
| | | |
| 6' Calvin Seater Sofa | LEFT | 3 | Main Living Room |
| 6' Calvin Seater Sofa | RIGHT | 3 | Main Living Room |

| Piece Name | Quantity | Location |
|---|---|---|
| Alta Sofa Chair | 2 | Main Living Room |
| Calvin Marble Coffee Table \| Small \| White | 2 | Main Living Room |
| Trevor Iron Dining Table | 1 | Main Living Room |
| Erin Ottoman \| Yellow | 1 | Main Living Room |
| Daphnes Lounge Chair \| Sienna 900 | 2 | Main Living Room |
| Marbella Coffee Table | 1 | Main Living Room |
| Prague Coffee | 2 | Main Living Room |
| Rein Lounge Chair \| Blue | 2 | Main Living Room |
| Sylvan Coffee Table \| Grey | 1 | Main Living Room |
| Sylvan Side Table \| Grey | 1 | Main Living Room |
| Glass Bowl \| Small \| Black | 1 | Main Living Room |
| Glass Bowl \| Large \| Black | 1 | Main Living Room |
| Greystone Piece \| Dresden Glacier Part 2 | 2 | Main Living Room |
| Greystone Piece \| Dresden Glacier Part 1 | 2 | Main Living Room |
| James Outdoor Coffee Table | 1 | Front Outdoor Area |
| James Outdoor Sofa | 2 | Front Outdoor Area |
| James Outdoor Armchair | 4 | Front Outdoor Area |
| Outdoor U Side Table | 2 | Front Outdoor Area |
| Elden DESK \| Iron + Oak Veneer \| White | 1 | Main Office |
| Lounge Chair \| Black PU | 2 | Main Office |
| Mclaren Wingbach Chair \| Black Leather | 1 | Main Office |
| Harpyx Side Table \| Brushed Nickel | 1 | Main Office |
| Minimal Wire Small Armchair \| Black Frame \| Black | 2 | Main Office |
| Damian End Table \| Black Chrome | 1 | Main Office |
| Tic Tac Toe Ball | 1 | Main Office |
| Dome Table Lamp \| Brushed Brass | 1 | Main Office |
| Transparent Crystle Orb \| Gray | 1 | Main Office |
| Marianne Leather \| Satin Grey \| White Leather | 3 | Gallery |
| PETRIFIED WOOD STAND | 3 | Second Office |
| PETRIFIED WOOD DISK STAND | 3 | Second Office |
| PETRIFIED WOOD BOOKEND | 6 | Second Office |
| PETRIFIED WOOD STAND | 1 | Second Office |
| Helios Desk Chair \| Black Leather | 1 | Second Office |
| Desk - Stainless Steel + Dark Blue Shagreen | 1 | Second Office |
| Lórien Lounge Chair \| Miles Feather | 2 | Second Office |
| Sofa \| LP9128-34 | 2 | Cigar Room |
| Marvin Marble Coffee Table \| Back \| Brushed Brass | 2 | Cigar Room |
| Firenze Leather Lounge Chair \| Black | 2 | Cigar Room |
| Brett Bar Cart \| Brushed Gold \| Smoked Glass | 1 | Cigar Room |
| PETRIFIED WOOD \| ASHTRAY | 3 | Cigar Room |
| PETRIFIED WOOD STAND | 2 | Cigar Room |
| Pea Sofa \| Belvedere Marshmallow Fabric | 2 | Spa Lounge |
| Sylvan Side Table \| Grey | 1 | Spa Lounge |
| Mongolian Fur Pouf | 2 | Spa Lounge |
| Iron Antique Rectangular Mirror | 2 | Spa Lounge |
| Brando Bench Silver | 1 | Spa Lounge |
| Portable Message Table \| Cream | 2 | Spa Lounge |
| Petrified Wood Disk Stand | 1 | Spa Lounge |
| 7' Bernadette 3 Seater Sofa \| Dresden feather | 2 | Upstairs Lounge |
| Bella Coffee Table \| Polished Nickel | 1 | Upstairs Lounge |
| Corset Barstool \| White Leather \| Black Chrome | 4 | Upstairs Lounge |

| Piece Name | Quantity | Location |
|---|---|---|
| Marble Abstract Bench | 2 | Bridge |
| | | |
| Gamond Sectional \| 3 Seater Right Arm \| Grey | 1 | Upstairs Family |
| Gamond Sectional \| 3 Seater Armless \| Grey | 1 | Upstairs Family |
| Gamond Sectional \| Modular Table \| Dark Grey | 1 | Upstairs Family |
| Elden Coffee Table \| Black | 1 | Upstairs Family |
| Lounge Chair \| Corsica 800 | 2 | Upstairs Family |
| Mongolian Fur Pouf \| Black | 2 | Upstairs Family |
| | | |
| Bar Table Charcoal | 1 | Roofdeck |
| Cali Bar Chair | 12 | Roofdeck |
| 84" ALUMINUM FRAME SOFA \| charcoal | 2 | Roofdeck |
| Iron Coffee Table \| Black Frame | 1 | Roofdeck |
| Outdoor U Side Table \| charcoal | 6 | Roofdeck |
| Outdoor Yun Armless \| Sunbrella White | 0 | Roofdeck |
| Outdoor Yun Corner \| Sunbrella White | 10 | Roofdeck |
| 12'x 7' \| Cabana \| Natural | 5 | Roofdeck |
| Outdoor U Side Table \| White | 5 | Roofdeck |
| | | |
| Titus Outdoor \| Right End \| Light Grey | 2 | Outdoor Living |
| Titus Outdoor \| Left End \| Light Grey | 2 | Outdoor Living |
| Titus Outdoor \| Ottoman \| Light Grey | 2 | Outdoor Living |
| Titus Outdoor \| Armless \| Light Grey | 5 | Outdoor Living |
| | | |
| Wen Dining Chair \| Charcoal | 8 | Outdoor Pool |
| Eloise Aluminus Outdoor Table | 1 | Outdoor Pool |
| Aston Chaise | 8 | Outdoor Pool |
| Double Aston Cord Daybed \| Khaki | 4 | Outdoor Pool |
| | | |
| Titus Outdoor \| Right End \| Light Grey | 2 | Covered BBQ |
| Titus Outdoor \| Left End \| Light Grey | 2 | Covered BBQ |
| Titus Outdoor \| Ottoman \| Light Grey | 2 | Covered BBQ |
| Titus Outdoor \| Armless \| Light Grey | 5 | Covered BBQ |
| Fox Dining Chairs | 12 | Covered BBQ |
| 15' Aluminum Outdoor Bar Table | 1 | Covered BBQ |
| Fox Dining Chairs | 6 | Covered BBQ |
| | | |
| Mini Sofa \| Pied De Poule/LP911-4 | 3 | Car Viewing Entrance |
| Barrera Metal Console \| Matte Black \| White | 2 | Car Viewing Entrance |
| Entry Table \| Stainless | 1 | Car Viewing Entrance |
| | | |
| Zielle Dining Chairs | 10 | Lower Level Dining |
| Jonna Ceramic Table | 1 | Lower Level Dining |
| | | |
| Accessories | Accessories | Gym |
| | | |
| Liana Chaise,White | 6 | Indoor Pool |
| Aluminum Coffee Table | 4 | Indoor Pool |
| | | |
| Eomer Hive Coffee Table \| Black Lacquer | 2 | Bowling Alley Viewing |
| | | |
| Sophus Stool | 20 | Nightclub |
| Greystone Piece \| Dresden Charcoal #1 | 10 | Nightclub |
| Greystone Piece \| Dresden Charcoal #2 | 5 | Nightclub |
| Greystone Piece \| Dresden Charcoal #3 | 8 | Nightclub |
| Greystone Piece \| Dresden Charcoal #4 | 9 | Nightclub |

| Piece Name | Quantity | Location |
| --- | --- | --- |
| Greystone Piece \| Dresden Glacier #1 | 9 | Nightclub |
| Greystone Piece \| Dresden Glacier #2 | 6 | Nightclub |
| Greystone Piece \| Dresden Glacier #3 | 7 | Nightclub |
| Greystone Piece \| Dresden Glacier #4 | 8 | Nightclub |
| Sylvan Side Table \| Grey | 2 | Nightclub |
| Sylvan Side Table \| Blue | 4 | Nightclub |
| Sylvan Side Table \| Pink | 4 | Nightclub |
| Sylvan Side Table \| Yellow | 4 | Nightclub |
| Sylvan Coffee Table \| Pink | 2 | Nightclub |
| Sylvan Coffee Table \| Yellow | 2 | Nightclub |
| Sylvan Coffee Table \| Grey | 1 | Nightclub |
| Sylvan Coffee Table \| Blue | 2 | Nightclub |
| | | |
| Mini Sofa \| Pied De Poule/LP911-4 | 1 | Other |
| X Bench \| Pink Velvet | 1 | Other |
| Plank Mirror \| Black (Recolor) | 1 | Other |
| BY1759 \| 40" x 60" \| Black | 1 | Other |
| BY1665 \| 50" x 50" \| Dark Wood | 1 | Other |
| All real and fake plants in property | TBD | Other |
| Art books | 150 | Other |
| Crystals | 35 | |
| All small items / accessories in property | TBD | Other |
| Cigar boxes | TBD | Other |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re   **CRESTLLOYD, LLC**                                                                 Case No.   **2:21-bk-18205**

                                                        Debtor(s)              Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... [1]  $              **100,000.00**

    Prior to the filing of this statement I have received ....................................... [1]  $              **100,000.00**

    Balance Due .................................................................................................... [1]  $                      **0.00**

2.  $ __1,738__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor          ☑ Other (specify):   **Juliami Art Ventures, LLC; paid as
                                             capital contribution to Debtor**

4.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy
        Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to
        certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;
        representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the
        Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of
        witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the
        extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond
        LNBYG's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications,
        pleadings and orders including, but not limited to, applications to employ professionals, interim statements and
        operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash
        collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of
        property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor
        in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy
        Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing
        any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the
        Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the
        preparation and approval of a disclosure statement in respect of the plan; and performing any other services
        which may be appropriate in LNBYG's representation of the Debtor during its bankruptcy case.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Matters which are outside of LNBYG's specialization**


**[1] Pre-petition retainer, including filing fee.  Any unpaid balance in excess of retainer to be paid from the estate.**

In re    **CRESTLLOYD, LLC** _____    Case No.    **2:21-bk-18205** _____
                              Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November 23, 2021 _____    /s/ David B. Golubchik _____
_Date_    **David B. Golubchik 185520**
    _Signature of Attorney_
    **Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
    **2818 La Cienega Avenue**
    **Los Angeles, CA 90034**
    **(310) 229-1234**
    _Name of law firm_

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address
**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
**David B. Golubchik 185520**
**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
**(310) 229-1234**
California State Bar Number: **185520 CA**

FOR COURT USE ONLY

☑ *Attorney for:  the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

    **CRESTLLOYD, LLC**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    **11**

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO  FRBP 1007(a)(1)
and 7007.1, and LBR 1007-4**

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Lawrence R. Perkins**    , the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:
    - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
    - ☐ I am a party to an adversary proceeding
    - ☐ I am a party to a contested matter
    - ☐ I am the attorney for the Debtor corporation

2.a. ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

**Southpac Trust Int'l. Inc. as Tee of the Park City Family Settlement**

b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____     By: _____
Date                                          Signature of Debtor, or attorney for Debtor

                                              Name:  **SierraConstellation Partners LLC,as**
                                                     **Manager, by Lawrence R. Perkins, as its**
                                                     **Authorized Signatory**
                                                     _____
                                                     Printed name of Debtor, or attorney for
                                                     Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    F 1007-4.CORP.OWNERSHIP.STMT