United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-18205-DS |
| Crestlloyd, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 25, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Seror | on behalf of Interested Party Courtesy (NEF) dseror@bg.law   ecf@bg.law |
| David B Golubchik | on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| James Andrew Hinds, Jr | on behalf of Creditor Interno Investment  Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com |
| Jane G Kearl | on behalf of Interested Party J&E Texture  Inc. jkearl@watttieder.com |
| Jennifer Larkin Kneeland | on behalf of Interested Party J&E Texture  Inc. jkneeland@watttieder.com |
| Jerrold L Bregman | |

Case 2:21-bk-18205-DS    Doc 55    Filed 11/25/21    Entered 11/25/21 21:17:27    Desc
Imaged Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Interested Party Hilldun Corporation jbregman@bg.law  ecf@bg.law

Jessica Wellington

on behalf of Interested Party Courtesy (NEF) jwellington@bg.law  ecf@bg.law

Kyra E Andrassy

on behalf of Interested Party Inferno Investment  Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lindsey L Smith

on behalf of Debtor Crestlloyd  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Marguerite Lee DeVoll

on behalf of Interested Party J&E Texture  Inc. mdevoll@watttieder.com

Michael S Kogan

on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com

Noreen A Madoyan

on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Robert B Kaplan

on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com

Ronald N Richards

on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com  morani@ronaldrichards.com

Ryan D O'Dea

on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Sharon Oh-Kubisch

on behalf of Interested Party Courtesy (NEF) sokubisch@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Thomas M Geher

on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com  bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Todd M Arnold

on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Victor A Sahn

on behalf of Interested Party Courtesy (NEF) vsahn@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

Zev Shechtman

on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 21

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**NOV 23 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

**CHANGES MADE BY COURT**

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER SETTING THE AMOUNT OF, AND AUTHORIZING DEBTOR TO PROVIDE, ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANY PURSUANT TO 11 U.S.C. § 366** |
| | Hearing:<br>Date:  November 23, 2021<br>Time:  11:30 a.m.<br>Place: Courtroom 1639<br>         255 E. Temple St.<br>         Los Angeles, CA 90012<br>**VIA ZOOM ONLY** |

A hearing was held at the above time and place on the "Emergency Motion for Entry of an Order Setting the Amount of, and Authorizing Debtor to Provide, Adequate Assurance of Future Payment to Utility Company Pursuant to 11 U.S.C. § 366" (the "Motion," Docket No. 40)[1] filed by debtor Crestlloyd, LLC (the "Debtor").  Appearances were noted on the record.

/ / /

---

[1] Capitalized terms not defined herein have the same meanings ascribed to them in the Motion.

1


Imaged Certificate of Notice    Page 4 of 5

The court having considered the Motion, the record in this case, and the arguments of counsel at the hearing, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted on an interim basis as follows:

(1) The Debtor is authorized to provide adequate "assurance of payment" to the LADWP via a cash deposit in the amount of $8,845.59 as set forth and calculated in Exhibit 1 to the Motion, and the Receiver is directed to immediately pay such deposit;

(2) The cash deposit paid by the Debtor/Receiver to the LADWP in the amount of $8,845.59 as set forth and calculated in Exhibit 1 to the Motion is deemed to constitute adequate "assurance of payment" pursuant to 11 U.S.C. § 366(c);

(3) This order will remain in effect to and including January 13, 2022;

(4) A final hearing on the Motion will be held on January 13, 2022, at 11:30 a.m., via ZoomGov;

(5) Any opposition to the Motion by the LADWP must be filed and served by no later than December 30, 2021;

(6) If no timely opposition to the Motion is filed, the Debtor may immediately lodge an order granting the Motion on a final basis;

(7) Any reply to any opposition to the Motion by the LADWP must be filed and served by no later than January 6, 2022;

(8) Within two days of entry of this order, the Debtor must serve a copy of this order on the LADWP;

//

//

//

(9) The LADWP must return the deposit provided for herein within ten business days if, and when, the LADWP's services are terminated by the Debtor.

###

Date: November 23, 2021

Deborah J. Saltzman
United States Bankruptcy Judge

3