Attorney or Professional Name, Address,  Telephone and FAX

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Chapter 11 Case Number

**Professional Fee Statement**

Number:_____
Month of:          _____, 20_____

Debtor

| | |
|---|---|
| 1.  Name of Professional: | |
| 2.  Date of entry of order approving employment of the professional: | |
| 3.  Total amount of pre-petition payments received by the professional: | $ |
| 4.  Less: Total amount of pre-petition services rendered and expenses: | - |
| 5.  Balance of funds remaining on date of filing of petition: | $ |
| 6.  Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | - |
| 7.  Less: Total amount of services and expenses this reporting period: | - |
| 8.  Balance of funds remaining for next reporting period: | $ |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED
DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE.  A COPY OF THE DETAILED
DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST.  FEES AND COSTS
WILL BE WITHDRAWN FROM THE ~~TRUST ACCOUNT~~ FUNDS HELD BY THE RECEIVER IN THE AMOUNT STATED IN
ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE
PROFESSIONAL NAMED ABOVE WITHIN ~~10~~ 7 DAYS (per Doc. 48) FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9.  Total number of pages attached hereto: | |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:

Type Name of Professional                                  Signature of Professional


Type Name of Attorney for Professional (if applicable)          Signature of Attorney for Professional (if applicable)

# BRUTZKUS GUBNER
## YOUR COUNSEL MATTERS®

21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
www.bg.law

Billing Department
billing@bg.law
818-827-1366   Direct
818-936-0468   Fax
FEIN:  75-3102750

---

## Billing Statement Summary

Statement Date:  11/30/2021

Closing Date:  11/30/2021

Billing Statement No.:
107544

tl@lanesmgmt.com

Ted Lanes
CC: tlanes@mac.com
655 Deep Valley Drive, Suite 125-M
Rolling Hills Estates, CA 90274

| Matter ID | Matter Description | Total Current Fees Billed | Total Current Costs Billed | Total Current Billing |
|---|---|---|---|---|
| 3506.006 | Crestlloyd Ch 11 Bankruptcy, 21-18205 | 28,976.00 | 15.56 | 28,991.56 |
| | Total Current Billing: | 28,976.00 | 15.56 | 28,991.56 |

| | |
|---|---|
| Plus Previous Balance Due: | (+) 0.00 |
| Less Payments or Credits Posted: | (-) 0.00 |
| Plus Interest / Tax: | (+) 0.00 |
| **Total Balance Now Due:** | **$28,991.56** |

---

## Summary of Open Billing Statements

| Date | Statement # | Grand Total | Total Payments | Remaining Balance |
|---|---|---|---|---|
| **Totals:** | | | | |

---

## Aged Balances as of 11/30/2021

| 0 - 30 days | 31- 60 days | 61- 90 days | 91 days + |
|---|---|---|---|

**BRUTZKUS GUBNER**

YOUR COUNSEL MATTERS®

21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
www.bg.law

Billing Department
billing@bg.law
(818) 827-1366 Direct
(818) 936-0468 Direct Fax
FEIN: 75-3102750

## BILLING STATEMENT DETAIL

Statement Date: 11/30/2021

Closing Date: 11/30/2021

Statement No.: 107544

Page 1 of 6

tl@lanesmgmt.com
Ted Lanes
CC: tlanes@mac.com
655 Deep Valley Drive, Suite 125-M
Rolling Hills Estates, CA 90274

### RE:  Matter ID 3506.006 Crestlloyd Ch 11 Bankruptcy, 21-18205

#### Fees for Professional Services Rendered

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/2021 | JSW | Review correspondence from LNBYG re Crestlloyd's bankruptcy filing [.1], review Crestlloyd's bankruptcy petition [.1] and email to the Receiver re the same [.1] | 0.3 | 395.00 | 118.50 |
| 10/26/2021 | JSW | Review and analysis of turnover demand letter sent by LNBYG re demand for Receiver to turnover Crestlloyd's property in his possession | 0.2 | 395.00 | 79.00 |
| 10/26/2021 | JSW | Strategize re Crestlloyd's bankruptcy filing and request for turnover | 0.5 | 395.00 | 197.50 |
| 10/26/2021 | JSW | Email to Mel Aranoff re request for First Republic Bank to stop work on the subpoena | 0.1 | 395.00 | 39.50 |
| 10/26/2021 | DS | Receive and review correspondence re Chapter 11 filing [.3]; email and telephone exchange with Receiver [1.5] Telephone call and email exchange with Hankey counsel [.3] Telephone call and email with David Golubchik [.6] | 2.7 | 695.00 | 1,876.50 |
| 10/27/2021 | JSW | Review and respond to email from Receiver re status of subpoena to First Republic Bank | 0.1 | 395.00 | 39.50 |
| 10/27/2021 | JSW | Call with Receiver re Crestlloyd's bankruptcy filing and next steps | 0.3 | 395.00 | 118.50 |
| 10/27/2021 | DS | Telephone call and email exchange with Tom Geher re motion to excuse compliance | 0.9 | 695.00 | 625.50 |
| 10/27/2021 | DS | Telephone call and email with Receiver re completion of inspection [.4] and Telephone call with Golubchik re results of inspection [.2] | 0.6 | 695.00 | 417.00 |
| 10/27/2021 | DS | Receive and review Geher letter re excusing Receiver from compliance | 0.2 | 695.00 | 139.00 |
| 10/28/2021 | JSW | Review and analysis of water intrusion investigation | 0.1 | 395.00 | 39.50 |
| 10/28/2021 | DS | Telephone call with Receiver [.3] and email exchange with Todd Arnold [.7] all re purported stay violation and threats | 1.0 | 695.00 | 695.00 |
| 10/28/2021 | DS | Email exchange with Receiver and Golubchik re broker wanting to show property (5) | 0.7 | 695.00 | 486.50 |
| 10/28/2021 | DS | Receive and review Bumgardner report and Telephone call with Receiver re report | 1.0 | 695.00 | 695.00 |
| 10/29/2021 | DS | Telephone call with Tom Geher re motion to excuse Receiver | 0.2 | 695.00 | 139.00 |
| 10/29/2021 | DS | Email exchange with Golubchik and Receiver re visit to property | 0.2 | 695.00 | 139.00 |
| 11/01/2021 | JSW | Review notice of stay of proceedings because of Crestlloyd's bankruptcy filing | 0.1 | 395.00 | 39.50 |

**BRUTZKUS GUBNER**

YOUR COUNSEL MATTERS®

21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
www.bg.law

Billing Department
billing@bg.law
(818) 827-1366 Direct
(818) 936-0468 Direct Fax
FEIN: 75-3102750

## BILLING STATEMENT DETAIL

Statement Date: 11/30/2021
Closing Date: 11/30/2021
Statement No.: 107544

Page 2 of 6

### Fees for Professional Services Rendered

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2021 | JSW | Strategize re next steps in case in light of Crestlloyd's bankruptcy filing | 0.6 | 395.00 | 237.00 |
| 11/01/2021 | DS | Email exchange with Receiver re insurance issues and pool and maintenance services | 0.4 | 695.00 | 278.00 |
| 11/01/2021 | DS | Email exchange with David Golubchik re insurance issues [.2] receive and review documents re insurance [.7] | 0.9 | 695.00 | 625.50 |
| 11/01/2021 | DS | Telephone call with Tom Geher re status of negotiations with Debtor and status of receiver | 0.4 | 695.00 | 278.00 |
| 11/01/2021 | DS | Telephone calls (2) with Receiver re continued operations, insurance and defects | 0.7 | 695.00 | 486.50 |
| 11/02/2021 | JSW | Strategize re next steps going forward in light of Crestlloyd's bankruptcy filing | 0.1 | 395.00 | 39.50 |
| 11/02/2021 | DS | Email exchange with Golubchik and Receiver re access (3) | 0.4 | 695.00 | 278.00 |
| 11/02/2021 | DS | Receive and review complaint by Kennco Plumbing and email exchange with Gary Weis | 0.6 | 695.00 | 417.00 |
| 11/03/2021 | JSW | Call with Receiver re next steps in light of bankruptcy filing | 0.1 | 395.00 | 39.50 |
| 11/03/2021 | JSW | Strategize re next steps in light of bankruptcy filing | 0.1 | 395.00 | 39.50 |
| 11/03/2021 | JSW | Review notice of related cases sent by counsel for Hankey | 0.1 | 395.00 | 39.50 |
| 11/03/2021 | DS | Email exchange with Receiver re regular expenses and budget | 0.6 | 695.00 | 417.00 |
| 11/03/2021 | DS | Telephone call with Receiver re commercials and unpaid bills | 0.6 | 695.00 | 417.00 |
| 11/03/2021 | DS | Telephone call with Tom Geher re status of negotiations and report to Receiver | 0.6 | 695.00 | 417.00 |
| 11/03/2021 | DS | Telephone call with Receiver re Hankey position re funding construction | 0.4 | 695.00 | 278.00 |
| 11/03/2021 | DS | Email exchange with Receiver and Golubchik re filming opportunity | 0.3 | 695.00 | 208.50 |
| 11/04/2021 | JSW | Strategize re motion for further instructions in light of Crestlloyd's bankruptcy filing | 0.3 | 395.00 | 118.50 |
| 11/04/2021 | JSW | Draft notice of withdrawal of Receiver's application for further instructions in light of Crestlloyd's bankruptcy filing | 0.2 | 395.00 | 79.00 |
| 11/04/2021 | DS | Receive and review letter from Bel-Air HOA and response[.9] Telephone call with Receiver [.4] review email exchange with Golubchik [.3] | 1.6 | 695.00 | 1,112.00 |
| 11/04/2021 | DS | Email exchange re maintenance issues [.3] and filming issues [.4] | 0.7 | 695.00 | 486.50 |
| 11/05/2021 | DS | Email exchange with Arnold and Receiver re utility bills | 0.2 | 695.00 | 139.00 |
| 11/08/2021 | JSW | Multiple correspondence with the Receiver re hearing in the state court on Receiver's application for further instructions | 0.2 | 395.00 | 79.00 |
| 11/08/2021 | JSW | Review correspondence from Crestlloyd's bankruptcy counsel re request for information and documents | 0.1 | 395.00 | 39.50 |
| 11/08/2021 | DS | Telephone call with Receiver re lack of stipulation re status and condition of property | 0.6 | 695.00 | 417.00 |

**BRUTZKUS GUBNER**

YOUR COUNSEL MATTERS®

21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
www.bg.law

Billing Department
billing@bg.law
(818) 827-1366 Direct
(818) 936-0468 Direct Fax
FEIN: 75-3102750

BILLING STATEMENT DETAIL

Statement Date: 11/30/2021
Closing Date: 11/30/2021
Statement No.: 107544

Page 3 of 6

## Fees for Professional Services Rendered

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 11/08/2021 | DS | Telephone call with Tom Geher re status of stipulation and status of case | 0.3 | 695.00 | 208.50 |
| 11/08/2021 | DS | Receive and review email re utilities | 0.3 | 695.00 | 208.50 |
| 11/08/2021 | DS | Email exchange with Todd Arnold re utilities [.3] and email and Telephone call with Receiver re utility issues (30 [.6] | 0.9 | 695.00 | 625.50 |
| 11/09/2021 | JSW | Review notice of ruling at case management conference in the state court | 0.1 | 395.00 | 39.50 |
| 11/09/2021 | JSW | Call with Receiver re Crestlloyd's bankruptcy counsel's requests for documents | 0.2 | 395.00 | 79.00 |
| 11/09/2021 | DS | Email exchange with Receiver re potential Armani event on site | 0.2 | 695.00 | 139.00 |
| 11/09/2021 | DS | Telephone call with Receiver re ongoing responsibilities and status of stipulation (2) | 0.6 | 695.00 | 417.00 |
| 11/09/2021 | DS | Receive and review Notice of Ruling and bankruptcy filing | 0.3 | 695.00 | 208.50 |
| 11/11/2021 | JSW | Review mutliple correspondence from Debtor's counsel regarding information requested from Receiver for the utltiy motion and schedules [.2] and correspondence from the Receiver re the same [.1] | 0.3 | 395.00 | 118.50 |
| 11/11/2021 | JSW | Multiple emails to Todd Arnold re utilities bills | 0.2 | 395.00 | 79.00 |
| 11/11/2021 | DS | Telephone call with Receiver re payment of expenses | 0.8 | 695.00 | 556.00 |
| 11/11/2021 | DS | Email exchange with Receiver re utilities and insurance issue | 0.4 | 695.00 | 278.00 |
| 11/11/2021 | DS | Receive and review draft of stipulation re receiver [.4] and email exchange and Telephone call with Receiver re same [.4] | 0.8 | 695.00 | 556.00 |
| 11/11/2021 | DS | Email exchange with Receiver re table and 11 Ravens | 0.8 | 695.00 | 556.00 |
| 11/12/2021 | JLB | Review and revise draft interim stipulation re preservation of property | 0.3 | 525.00 | 157.50 |
| 11/12/2021 | DS | Email exchange with David G re revisions to stipulation | 0.3 | 695.00 | 208.50 |
| 11/12/2021 | DS | Email exchange with Fred Rosen and Eugene Leydiker | 0.3 | 695.00 | 208.50 |
| 11/15/2021 | JSW | Call with Receiver re next steps in light of proposed interim stipulation | 0.5 | 395.00 | 197.50 |
| 11/15/2021 | DS | Email and Telephone call with Receiver re property tax appeal [.3] and review email exchange re 11 Ravens Billiard Table [.2] | 0.5 | 695.00 | 347.50 |
| 11/16/2021 | JSW | Call with Receiver re request for information [.1] and strategize re the same [.1] | 0.2 | 395.00 | 79.00 |
| 11/16/2021 | JSW | Conference call with Receiver re Crestlloyd's request for information | 0.5 | 395.00 | 197.50 |
| 11/16/2021 | JSW | Review information sent by Receiver [.2] and email to Todd Arnold re the same [.2] | 0.4 | 395.00 | 158.00 |
| 11/16/2021 | DS | Email exchange with Receiver re status of stipulation | 0.2 | 695.00 | 139.00 |
| 11/16/2021 | DS | Receive and review Arnold email re deadline to file schedules and additional information [.2] and responses to Arnold(2) [.4] | 0.6 | 695.00 | 417.00 |

**BRUTZKUS GUBNER**
YOUR COUNSEL MATTERS®

21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
www.bg.law

Billing Department
billing@bg.law
(818) 827-1366 Direct
(818) 936-0468 Direct Fax
FEIN: 75-3102750

_____ BILLING STATEMENT DETAIL _____

Statement Date: 11/30/2021

Closing Date: 11/30/2021

Statement No.: 107544

Page 4 of 6

## Fees for Professional Services Rendered

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/2021 | DS | Telephone call and email exchange with Receiver re interest by government [.4] email exchange and Telephone call with Receiver re insurance issues [.3] | 0.7 | 695.00 | 486.50 |
| 11/16/2021 | DS | Receive and review revises stipulation with Golubchik email | 0.6 | 695.00 | 417.00 |
| 11/17/2021 | JSW | Multiple correspondence with Todd Arnold re utilities and requests for documents [.3] call with Receiver re the same [.2] and strategize re the same [.2] | 0.7 | 395.00 | 276.50 |
| 11/17/2021 | JSW | Review and analysis of US Trustee's objection to Notice of Insider Compensation | 0.2 | 395.00 | 79.00 |
| 11/17/2021 | JSW | Call with Receiver re next steps in the bankruptcy case in light of potential stipulation | 0.5 | 395.00 | 197.50 |
| 11/17/2021 | DS | Email exchange with Arnold re utility issues | 0.2 | 695.00 | 139.00 |
| 11/17/2021 | DS | Receive and review UST objection to insider compensation | 0.3 | 695.00 | 208.50 |
| 11/17/2021 | DS | Email exchange with Golubchik re stipulation and agreement to use cash collateral to fund utility deposit | 0.3 | 695.00 | 208.50 |
| 11/18/2021 | JSW | Multiple correspondence with Receiver re quest for information [.2] and gather information for Receiver re Crestlloyd bankruptcy case [.3] | 0.5 | 395.00 | 197.50 |
| 11/18/2021 | DS | Email exchange with Debtor's counsel re revisions to stipulation; revise and transmit [.6] Telephone call with Receiver re revisions to stipulation and items to be included [.3] | 0.9 | 695.00 | 625.50 |
| 11/18/2021 | DS | Email exchange with Receiver re insurance issues [.3] Telephone call with receiver re insurance and response to Golubchik [.3] | 0.6 | 695.00 | 417.00 |
| 11/18/2021 | DS | Email exchange with Receiver re unpaid expenses and potential claims | 0.6 | 695.00 | 417.00 |
| 11/19/2021 | JSW | Review and analysis of Debtor's initial status report [.2] and review correspondence from Receiver re the same [.1] | 0.3 | 395.00 | 118.50 |
| 11/19/2021 | JSW | Review and respond to correspondence from Debtor's counsel re insurance policies on the property [.1] and email to Receiver re the same [.1] | 0.2 | 395.00 | 79.00 |
| 11/19/2021 | JSW | Call with Receiver re Debtor's status report [.2] and strategize re the same [.1] | 0.3 | 395.00 | 118.50 |
| 11/19/2021 | DS | Receive and review Debtor status report | 0.4 | 695.00 | 278.00 |
| 11/19/2021 | DS | Telephone call with Receiver re issues with status report and scheduling meeting | 0.4 | 695.00 | 278.00 |
| 11/19/2021 | JSW | Review correspondence from Receiver re offers on Airole | 0.1 | 395.00 | 39.50 |
| 11/19/2021 | DS | Receive and review notice re ex parte hearing on utility deposit motion | 0.2 | 695.00 | 139.00 |
| 11/19/2021 | DS | Email with all parties re meeting [.2] and Telephone call with Receiver re meeting and issues to be addressed [.3] | 0.5 | 695.00 | 347.50 |
| 11/19/2021 | DS | Email exchange with Receiver re insurance issues | 0.5 | 695.00 | 347.50 |

**BRUTZKUS GUBNER**
YOUR COUNSEL MATTERS®

21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
www.bg.law

Billing Department
billing@bg.law
(818) 827-1366 Direct
(818) 936-0468 Direct Fax
FEIN: 75-3102750

_____
BILLING STATEMENT DETAIL
_____

Statement Date: 11/30/2021

Closing Date: 11/30/2021

Statement No.: 107544

Page 5 of 6

## Fees for Professional Services Rendered

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/2021 | JSW | Review correspondence from Debtor's counsel re 90 day transfers and request for information [.1] and email to Receiver re the same [.1] | 0.2 | 395.00 | 79.00 |
| 11/22/2021 | JSW | Email to US Trustee re information regarding the historical offers received and Receiver's interim reports | 0.1 | 395.00 | 39.50 |
| 11/22/2021 | DS | Telephone call Office of the U.S. Trustee re pending stipulation and issues of case (4) [.6]; meeting at property with Lanes and Larry Perkins [3] | 3.6 | 695.00 | 2,502.00 |
| 11/23/2021 | JSW | Email to Todd Arnold re 90 days transfers and request for information from Receiver | 0.1 | 395.00 | 39.50 |
| 11/23/2021 | JSW | Review and respond to email from Receiver re SCP's request for information | 0.1 | 395.00 | 39.50 |
| 11/23/2021 | JSW | Multiple correspondence to SPC re request for information from the Receiver | 0.2 | 395.00 | 79.00 |
| 11/23/2021 | JSW | Review and respond to multiple correspondence from Todd Arnold re utility deposit [.2] and multiple emails to the Receiver re the same [.2] | 0.4 | 395.00 | 158.00 |
| 11/23/2021 | JSW | Review and respond to email from Todd Arnold re request for information re creditors [.1] and email to the Receiver re the same [.1] | 0.2 | 395.00 | 79.00 |
| 11/23/2021 | DS | Receive and review Arnold email re 90 day transfers | 0.2 | 695.00 | 139.00 |
| 11/23/2021 | DS | Receive and review emails re order on utility deposit and Telephone call with receiver re payment | 0.4 | 695.00 | 278.00 |
| 11/24/2021 | JSW | Review Court's entered order approving stipulation addressing certain access and related issues on an interim basis | 0.1 | 395.00 | 39.50 |
| 11/24/2021 | JSW | Review Court's entered order re utility deposit | 0.1 | 395.00 | 39.50 |
| 11/24/2021 | JSW | Review and analysis of Debtor's schedules | 0.3 | 395.00 | 118.50 |
| 11/24/2021 | JSW | Review and respond to correspondence from Debtor's counsel re utility deposit [.1] and email to the Receiver re the same [.1] | 0.2 | 395.00 | 79.00 |
| 11/24/2021 | JSW | Email to Todd Arnold re addresses for certain creditors of Crestlloyd | 0.1 | 395.00 | 39.50 |
| 11/24/2021 | JSW | Review and respond to email from Receiver re inaccuracy in Debtor's schedules regarding unsecured creditors | 0.1 | 395.00 | 39.50 |
| 11/24/2021 | JSW | Call with Receiver re Debtor's schedules and next steps | 0.2 | 395.00 | 79.00 |
| 11/24/2021 | DS | Email exchange with Eugene Leydiker re requested documents (2) | 0.4 | 695.00 | 278.00 |
| 11/24/2021 | DS | Receive and review Pyle promissory note | 0.3 | 695.00 | 208.50 |
| 11/29/2021 | JSW | Review and respond to email from the Receiver re initial 341(a) meeting of creditors | 0.1 | 395.00 | 39.50 |
| 11/29/2021 | DS | Receive and review email exchange re potential buyers | 0.2 | 695.00 | 139.00 |
| | | Sub-total Fees: | 46.6 | | $28,976.00 |

**BRUTZKUS GUBNER**
YOUR COUNSEL MATTERS®

21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
www.bg.law

Billing Department
billing@bg.law
(818) 827-1366 Direct
(818) 936-0468 Direct Fax
FEIN: 75-3102750

## BILLING STATEMENT DETAIL

Statement Date: 11/30/2021

Closing Date: 11/30/2021

Statement No.: 107544

Page 6 of 6

**Costs Advanced**

| | | Units | Price | Amount |
|---|---|---|---|---|
| | Postage | 2.0 | 0.53 | 1.06 |
| 11/29/2021 | Client Cost Advanced to: David Seror, A Professional Corporation - Mileage | 1.0 | 14.50 | 14.50 |
| | Sub-total Costs Advanced: | | | $15.56 |

### Professional Rate Summary for This Billing Statement

| | | | | |
|---|---|---|---|---|
| JLB | Jessica L. Bagdanov | Partner | 0.3 hours at $525.00/hr | $157.50 |
| DS | David Seror | Equity Partner | 35.1 hours at $695.00/hr | $24,394.50 |
| JSW | Jessica S. Wellington | Associate | 11.2 hours at $395.00/hr | $4,424.00 |
| | | Total hours: | 46.6 | $28,976.00 |

### BILLING STATEMENT SUMMARY

| | Fees | Costs | Total Fees + Costs |
|---|---|---|---|
| Total Current Billing on This Statement | $28,976.00 | $15.56 | $28,991.56 |
| **Total Now Due:** | | | **$28,991.56** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document entitled: **PROFESSIONAL FEE STATEMENT NUMBER 1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 30, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **November 30, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY IS SUSPENDED IF LESS THAN 25 PAGES (GENERAL ORDER 21-05).**

Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 30, 2021 | JESSICA STUDLEY | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Jerrold L Bregman**    jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**    mdevoll@watttieder.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**    rbk@jmbm.com
- **Jane G Kearl**    jkearl@watttieder.com
- **Jennifer Larkin Kneeland**    jkneeland@watttieder.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**    sokubisch@swelawfirm.com,
  gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com,
  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**:

**20 Largest Creditors:**

Creative Art Partners
6542 Hayes Drive
Los Angeles, CA 90048

Dennis Palma
146 Beach Way
Monterey, CA 93940

Made by TSI, Inc.
888 Biscayne Blvd, #209
Miami FL 33132

LA DWP
PO Box 30808
Los Angeles, CA 90030

Bradford Sheet Metal
4164 Sopp Road
Mojave, CA 93501

Davidson Accountancy Corp.
William N. Davidson, CPA
14011 Ventura Blvd., Ste 302
Sherman Oaks, CA 91423

Biabani & Associates, Inc.
c/o Alex Biabani
1600 Sawtelle Blvd., #104
Los Angeles, CA 90025

Branden Williams
257 N. Cannon Drive, 2nd Floor
Beverly Hills, CA 90210

Vesta aka Showroom Interiors,
LLC
c/o Julian Buckner
8905 Rex Road
Pico Rivera, CA 90660

Italian Luxury Design
4 NE 39 Street
Miami, FL 33137

KN Coating
201 E. Tamarack Ave
Inglewood, CA 90301

CAD Stone Works Inc.
c/o Cesar Hernandez
4533 Van Nuys Blvd. #201
Sherman Oaks, CA 91403

Jobs Pools and Spas, LLC
c/o Georgina Rendon
8055 Matilija Ave.
Panorama City, CA 91402

Draken Security
c/o Jaime Salanga
8225 Encino Ave
Northride, CA 91325

C.G.S. Custom Glass Specialists
c/o Tom Yang
4536 Ish Drive
Simi Valley, CA 93063

Centurion Air, LLC
c/o Michael T Pyle
13932 Arrow Creek Road
Draper, UT 84020

West Valley Green Landscaping,
Inc.
14761 Tupper Street
Panorama City, CA 91402

West Coast Gates
339 Isis Avenue
Inglewood, CA 90301

Crest Real Estate
c/o Jason Somers
11150 Olympic Blvd., #700
Los Angeles, CA 90064

Midland Contractors, Inc.
c/o Bruce Partovi
PO Box 8312
Van Nuys, CA 91409

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.