Attorney or Professional Name, Address,  Telephone and FAX

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re:

Chapter 11 Case Number

**Professional Fee Statement**

Number:_____
Month of:          _____, 20_____

Debtor

| | |
|---|---|
| 1.  Name of Professional: | |
| 2.  Date of entry of order approving employment of the professional: | |
| 3.  Total amount of pre-petition payments received by the professional: | $ |
| 4.  Less: Total amount of pre-petition services rendered and expenses: | - |
| 5.  Balance of funds remaining on date of filing of petition: | $ |
| 6.  Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | - |
| 7.  Less: Total amount of services and expenses this reporting period: | - |
| 8.  Balance of funds remaining for next reporting period: | $ |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE ~~TRUST ACCOUNT~~ FUNDS HELD BY THE RECEIVER IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN ~~10~~ 7 DAYS (per Doc. 48) FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9.  Total number of pages attached hereto: | |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated:

Type Name of Professional                                    Signature of Professional

Type Name of Attorney for Professional (if applicable)      Signature of Attorney for Professional (if applicable)

**Lanes Management Services**
655 Deep Valley Drive
125-P
Rolling Hills Estates, CA 90274



**944 Airole Way**
Los Angeles, CA

**Invoice 10029**

| | |
|---|---|
| **Date** | Nov 30, 2021 |
| **Terms** | |
| **Service Thru** | Nov 30, 2021 |

**In Reference To: Receivership - Post BK (Labor)**

| Date | By | Services | Hours | Amount |
|---|---|---|---|---|
| 10/26/2021 | TL | **Correspondence:** Significant email and phone correspondence after filing of BK with Counsel and interested parties | 6.00 | $ 2,370.00 |
| 10/28/2021 | TL | **Correspondence:** Significant discussion and emails re access to property, Vesta furniture and other creditors | 3.50 | $ 1,382.50 |
| 10/29/2021 | TL | **Correspondence:** Discussions with Vesta, Mike Fields, and Counsel re: BK filing | 3.30 | $ 1,303.50 |
| 11/01/2021 | TL | **Correspondence:** Correspondence with counsel from JMBM re notice of stay etc. | 1.40 | $ 553.00 |
| 11/02/2021 | TL | **Correspondence:** Correspondence and email with counsel from creditor Kennco plumbing. Review of newly received workers compensation lawsuit against Crestlloyd | 2.80 | $ 1,106.00 |
| 11/02/2021 | TL | **Correspondence:** Various emails, discussion with Counsel and investors re BK | 1.50 | $ 592.50 |
| 11/03/2021 | TL | **Correspondence:** Correspondence, emails and phone calls with various creditors and counsel for same re BK filing. | 2.80 | $ 1,106.00 |
| 11/04/2021 | TL | **Correspondence:** Various emails and discussions with BK counsel re potential filming opportunity, and communication with Bel-Air association | 2.20 | $ 869.00 |
| 11/09/2021 | TL | **Correspondence:** Review of Court filing on behalf of Creditors Review of potential commercial shoot at property Correspondence re utility bills, and document requests by debtor | 2.50 | $ 987.50 |
| 11/16/2021 | TL | **Correspondence:** Various correspondence re pool table and other assets on site Discussion and correspondence re property tax appeals responses to BK counsel re additional document requests | 1.80 | $ 711.00 |

**Lanes Management Services**
655 Deep Valley Drive
125-P
Rolling Hills Estates, CA 90274



**944 Airole Way**
Los Angeles, CA

# Invoice 10029

| | |
|---|---|
| **Date** | Nov 30, 2021 |
| **Terms** | |
| **Service Thru** | Nov 30, 2021 |

| Date | By | | | Amount |
|---|---|---|---|---|
| 11/18/2021 | TL | **Correspondence:** Significant communication and correspondence re utility deposits, stipulation, collection of relevant documents | 5.00 | $ 1,975.00 |
| 11/19/2021 | TL | **Phone Call:** Discussion with LADBS inspector, insurance document request from Debtor Counsel | 1.45 | $ 572.75 |
| 11/22/2021 | TL | **Correspondence:** Varioius emails, payment of bills, discussion with Designer re claims<br>Onsite meeting with Counsel, BK Counsel and representatives<br>Discussions with Security re attempted access | 5.90 | $ 2,330.50 |
| 11/23/2021 | TL | **Correspondence:** Various emails, questions from Constellation / Counsel re receivership financials | 1.50 | $ 592.50 |
| 11/24/2021 | TL | **Documentation:** Various emails and responses to Debtors counsel<br>Summary of outreach from various buyers<br>DWP Payment<br>Discussion with Insurance brokers about BOR change | 2.00 | $ 790.00 |
| 11/29/2021 | TL | **Documentation:** Various emails<br>Outreach from interested buyer<br>Listing of interested parties<br>Brief discussion with Larry Perkins re potential buyers | 2.80 | $ 1,106.00 |
| 11/30/2021 | TL | **Correspondence:** Various emails, brief discussion with Jin re security and access | 0.50 | $ 197.50 |
| 11/30/2021 | TL | **Correspondence:** Discussion with receivership counsel re open issues and document requests.<br>various emails re same | 1.30 | $ 513.50 |

**In Reference To: Receivership - Post BK (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 11/25/2021 | TL | **Miscellaneous:** Vanguard Security | $ 116.00 |

**Lanes Management Services**
655 Deep Valley Drive
125-P
Rolling Hills Estates, CA 90274



**944 Airole Way**
Los Angeles, CA

**Invoice 10029**

| | |
|---|---|
| **Date** | Nov 30, 2021 |
| **Terms** | |
| **Service Thru** | Nov 30, 2021 |

| | |
|---|---|
| **Total Hours** | 48.25 hrs |
| **Total Labor** | $ 19,058.75 |
| **Total Expenses** | $ 116.00 |
| **Total Invoice Amount** | $ 19,174.75 |
| **Previous Balance** | **$ 0.00** |
| **Balance (Amount Due)** | **$ 19,174.75** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document entitled: **PROFESSIONAL FEE STATEMENT NUMBER 1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 30, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **November 30, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY IS SUSPENDED IF LESS THAN 25 PAGES (GENERAL ORDER 21-05).**

Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 30, 2021 | JESSICA STUDLEY | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Jerrold L Bregman**    jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**    mdevoll@watttieder.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**    rbk@jmbm.com
- **Jane G Kearl**    jkearl@watttieder.com
- **Jennifer Larkin Kneeland**    jkneeland@watttieder.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Ronald N Richards**    ron@ronaldrichards.com, morani@ronaldrichards.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**:

**20 Largest Creditors:**

Creative Art Partners
6542 Hayes Drive
Los Angeles, CA 90048

Branden Williams
257 N. Cannon Drive, 2nd Floor
Beverly Hills, CA 90210

C.G.S. Custom Glass Specialists
c/o Tom Yang
4536 Ish Drive
Simi Valley, CA 93063

Dennis Palma
146 Beach Way
Monterey, CA 93940

Vesta aka Showroom Interiors,
LLC
c/o Julian Buckner
8905 Rex Road
Pico Rivera, CA 90660

Centurion Air, LLC
c/o Michael T Pyle
13932 Arrow Creek Road
Draper, UT 84020

Made by TSI, Inc.
888 Biscayne Blvd, #209
Miami FL 33132

Italian Luxury Design
4 NE 39 Street
Miami, FL 33137

West Valley Green Landscaping,
Inc.
14761 Tupper Street
Panorama City, CA 91402

LA DWP
PO Box 30808
Los Angeles, CA 90030

KN Coating
201 E. Tamarack Ave
Inglewood, CA 90301

West Coast Gates
339 Isis Avenue
Inglewood, CA 90301

Bradford Sheet Metal
4164 Sopp Road
Mojave, CA 93501

CAD Stone Works Inc.
c/o Cesar Hernandez
4533 Van Nuys Blvd. #201
Sherman Oaks, CA 91403

Crest Real Estate
c/o Jason Somers
11150 Olympic Blvd., #700
Los Angeles, CA 90064

Davidson Accountancy Corp.
William N. Davidson, CPA
14011 Ventura Blvd., Ste 302
Sherman Oaks, CA 91423

Jobs Pools and Spas, LLC
c/o Georgina Rendon
8055 Matilija Ave.
Panorama City, CA 91402

Midland Contractors, Inc.
c/o Bruce Partovi
PO Box 8312
Van Nuys, CA 91409

Biabani & Associates, Inc.
c/o Alex Biabani
1600 Sawtelle Blvd., #104
Los Angeles, CA 90025

Draken Security
c/o Jaime Salanga
8225 Encino Ave
Northride, CA 91325

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**