

**FILED & ENTERED**

**DEC 01 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>                              Debtor. | Case No.: 2:21-bk-18205-DS<br><br>Chapter: 11<br><br>**ORDER AND NOTICE OF RESCHEDULED HEARING**<br><br>**OLD DATE:**<br><br>Date:     December 13, 2021<br>Time:    11:30 a.m.<br>Place:   Courtroom 1639 (via ZoomGov)<br><br>**NEW DATE:**<br><br>Date:     December 20, 2021<br>Time:    11:30 a.m.<br>Place:   Courtroom 1639 (via ZoomGov) |

NOTICE IS HEREBY GIVEN that the hearing regarding the "Objection to Notice of Insider Compensation" set for December 13, 2021 at 11:30 a.m. **is hereby rescheduled** to **December 20, 2021 at 11:30 a.m.** in Courtroom 1639 on the 13th floor of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012.

**PLEASE TAKE FURTHER NOTICE** that, the courtroom will be closed to the public and the hearing will be held via ZoomGov, which provides both audio and video access. All parties and members of the public may connect to the hearing free of charge. ZoomGov connection information for this hearing will be posted on the Court's public calendar for Judge Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

###

Date: December 1, 2021

Deborah J. Saltzman
United States Bankruptcy Judge