DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**DEC 03 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>        Debtor and Debtor in Possession. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**SCEHDULING ORDER FOLLOWING CHAPTER 11 CASE STATUS CONFERENCE**<br><br><u>Hearing</u>:<br>  Date:    December 2, 2021<br>  Time:   11:30 a.m.<br>  Place:  Courtroom 1639<br>               255 E. Temple Street<br>               Los Angeles, California  90012<br>               (via Zoom for Government) |

     A status conference was held on December 2, 2021 at 11:30 a.m. Appearances were noted on the record.  Based on the status report filed by debtor Crestlloyd, LLC (the "Debtor"), the record in this case, and the statements and representations of counsel at the status conference, and the rulings of the court on the record,

     IT IS HEREBY ORDERED AS FOLLOWS:

     1.   The deadline for all creditors and parties in interest to submit their proofs of claim is January 14, 2022 (the "Bar Date");

     2.   The Debtor must serve notice of Bar Date no later than December 3, 2021;

     3.   The status conference is continued to January 13, 2022 at 11:30 a.m.; and

/ / /

4. A status conference report is not required in connection with the continued status conference.

# # #

Date: December 3, 2021

Deborah J. Saltzman
United States Bankruptcy Judge

2