United States Bankruptcy Court

Central District of California

In re:  Case No. 21-18205-DS

Crestlloyd, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 03, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Seror | on behalf of Interested Party Courtesy (NEF) dseror@bg.law ecf@bg.law |
| David B Golubchik | on behalf of Debtor Crestlloyd LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| James Andrew Hinds, Jr | on behalf of Creditor Interno Investment Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com |
| Jane G Kearl | on behalf of Interested Party J&E Texture Inc. jkearl@watttieder.com |
| Jennifer Larkin Kneeland | on behalf of Interested Party J&E Texture Inc. jkneeland@watttieder.com |
| Jerrold L Bregman | |

      on behalf of Interested Party Hilldun Corporation jbregman@bg.law  ecf@bg.law

Jessica Wellington
      on behalf of Other Professional Theodore Lanes jwellington@bg.law  ecf@bg.law

Jessica Wellington
      on behalf of Interested Party Courtesy (NEF) jwellington@bg.law  ecf@bg.law

Kyra E Andrassy
      on behalf of Interested Party Inferno Investment  Inc. kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lindsey L Smith
      on behalf of Debtor Crestlloyd  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Marguerite Lee DeVoll
      on behalf of Interested Party J&E Texture  Inc. mdevoll@watttieder.com

Michael S Kogan
      on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com

Noreen A Madoyan
      on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Robert B Kaplan
      on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com

Ronald N Richards
      on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com  morani@ronaldrichards.com

Ryan D O'Dea
      on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Sharon Oh-Kubisch
      on behalf of Interested Party Courtesy (NEF) sokubisch@swelawfirm.com
gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Thomas M Geher
      on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com  bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Todd M Arnold
      on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com

United States Trustee (LA)
      ustpregion16.la.ecf@usdoj.gov

Victor A Sahn
      on behalf of Interested Party Courtesy (NEF) vsahn@sulmeyerlaw.com
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

Zev Shechtman
      on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com
danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 22

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**DEC 03 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **SCEHDULING ORDER FOLLOWING CHAPTER 11 CASE STATUS CONFERENCE** |
| | Hearing: |
| | Date:  December 2, 2021 |
| | Time:  11:30 a.m. |
| | Place: Courtroom 1639 |
| |         255 E. Temple Street |
| |         Los Angeles, California  90012 |
| |         (via Zoom for Government) |

A status conference was held on December 2, 2021 at 11:30 a.m. Appearances were noted on the record. Based on the status report filed by debtor Crestlloyd, LLC (the "Debtor"), the record in this case, and the statements and representations of counsel at the status conference, and the rulings of the court on the record,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The deadline for all creditors and parties in interest to submit their proofs of claim is January 14, 2022 (the "Bar Date");

2. The Debtor must serve notice of Bar Date no later than December 3, 2021;

3. The status conference is continued to January 13, 2022 at 11:30 a.m.; and

/ / /

1

4. A status conference report is not required in connection with the continued status conference.

### #

Date: December 3, 2021

Deborah J. Saltzman
United States Bankruptcy Judge

2