DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**DEC 16 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>    Debtor and Debtor in Possession. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION (1) RESOLVING UST OBJECTION TO NOTICE OF INSIDER COMPENSATION AND (2) VACATING HEARING THEREON** |

    The court having reviewed and considered the "Stipulation (1) Resolving UST Objection to Notice of Insider Compensation and (2) Vacating Hearing Thereon" (the "Stipulation," Docket No. 72)[1], and good cause appearing,

    IT IS HEREBY ORDERED that the Stipulation is approved as follows:

    (1) If SCP anticipates that it will exceed the fees and costs in the Budget attached to the Stipulation as Exhibit 1 by 5% or more for a particular month, the Debtor or SCP must email the UST and advise the UST of such anticipated overage.

    (2) Within ten days after the end of a calendar month, the Debtor or SCP must email the UST and advise the UST as to the fees and costs incurred by SCP during the prior month.

    (3) SCP must file monthly fee statements and serve the UST therewith, and, absent an

---

[1] Capitalized terms not defined herein have the same meanings ascribed to them in the Stipulation.

objection by the UST or some other party in interest within seven days thereafter, the fees and costs may be paid in full. In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the court.

(4) The UST Objection to the Notice of Insider Compensation is deemed resolved, and the hearing on the Notice of Insider Compensation and the UST Objection thereto, currently set for December 20, 2021 at 11:30 a.m. is vacated with no appearances required.

###

Date: December 16, 2021

Deborah J. Saltzman
United States Bankruptcy Judge