United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-18205-DS |
| Crestlloyd, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

**Recip ID          Recipient Name and Address**
db              +    Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

**Name                Email Address**

David Seror
              on behalf of Interested Party Courtesy (NEF) dseror@bg.law  ecf@bg.law

David B Golubchik
              on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com

James Andrew Hinds, Jr
              on behalf of Creditor Interno Investment  Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com

Jane G Kearl
              on behalf of Interested Party J&E Texture  Inc. jkearl@watttieder.com

Jennifer Larkin Kneeland
              on behalf of Interested Party J&E Texture  Inc. jkneeland@watttieder.com

Jerrold L Bregman

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 16, 2021 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Interested Party Hilldun Corporation jbregman@bg.law  ecf@bg.law

Jessica Wellington

on behalf of Other Professional Theodore Lanes jwellington@bg.law  ecf@bg.law

Jessica Wellington

on behalf of Interested Party Courtesy (NEF) jwellington@bg.law  ecf@bg.law

Kyra E Andrassy

on behalf of Interested Party Inferno Investment  Inc. kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lindsey L Smith

on behalf of Debtor Crestlloyd  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Marguerite Lee DeVoll

on behalf of Interested Party J&E Texture  Inc. mdevoll@watttieder.com

Michael S Kogan

on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com

Noreen A Madoyan

on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Robert B Kaplan

on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com

Ronald N Richards

on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com  morani@ronaldrichards.com

Ryan D O'Dea

on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Sharon Oh-Kubisch

on behalf of Interested Party Courtesy (NEF) sokubisch@swelawfirm.com
gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Thomas M Geher

on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com  bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Todd M Arnold

on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Victor A Sahn

on behalf of Interested Party Courtesy (NEF) vsahn@sulmeyerlaw.com
pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

Zev Shechtman

on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com
danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 22

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

DEC 16 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>      Debtor and Debtor in Possession. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION (1) RESOLVING UST OBJECTION TO NOTICE OF INSIDER COMPENSATION AND (2) VACATING HEARING THEREON** |

     The court having reviewed and considered the "Stipulation (1) Resolving UST Objection to Notice of Insider Compensation and (2) Vacating Hearing Thereon" (the "Stipulation," Docket No. 72)[1], and good cause appearing,

     IT IS HEREBY ORDERED that the Stipulation is approved as follows:

     (1) If SCP anticipates that it will exceed the fees and costs in the Budget attached to the Stipulation as Exhibit 1 by 5% or more for a particular month, the Debtor or SCP must email the UST and advise the UST of such anticipated overage.

     (2) Within ten days after the end of a calendar month, the Debtor or SCP must email the UST and advise the UST as to the fees and costs incurred by SCP during the prior month.

     (3) SCP must file monthly fee statements and serve the UST therewith, and, absent an

---

[1] Capitalized terms not defined herein have the same meanings ascribed to them in the Stipulation.

objection by the UST or some other party in interest within seven days thereafter, the fees and costs may be paid in full.  In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the court.

    (4) The UST Objection to the Notice of Insider Compensation is deemed resolved, and the hearing on the Notice of Insider Compensation and the UST Objection thereto, currently set for December 20, 2021 at 11:30 a.m. is vacated with no appearances required.

###

Date: December 16, 2021

Deborah J. Saltzman
United States Bankruptcy Judge