# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In Re. CRESTLLOYD, LLC.

§
§
§
§

Debtor(s)

Case No. 21-18205

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2021

Petition Date: 10/26/2021

Months Pending: 0

Industry Classification: | 5 | 3 | 1 | 3 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                      0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Lawrence R. Perkins
Signature of Responsible Party

12/21/2021
Date

Lawrence R. Perkins
Printed Name of Responsible Party

355 S. Grand Ave. Suite 1450 Los Angeles, CA 90071
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name CRESTLLOYD, LLC.                                          Case No. 21-18205

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $190,129 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $28,550 | $28,550 |
| d. Cash balance end of month (a+b-c) | $161,579 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $28,550 | $28,550 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory   (Book ○  Market ○  Other ◉  (attach explanation)) | $0 | |
| d Total current assets | $161,579 | |
| e. Total assets | $325,161,579 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $0 | |
| k. Prepetition secured debt | $176,602,734 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $3,491,513 | |
| n. Total liabilities (debt) (j+k+l+m) | $180,094,247 | |
| o. Ending equity/net worth (e-n) | $145,067,332 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $28,550 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-28,550 | $-28,550 |

UST Form 11-MOR (06/07/2021)                    2

Debtor's Name CRESTLLOYD, LLC.                                          Case No. 21-18205

## Part 5:  Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $48,031 | $48,031 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | SierraConstellation Partners | Financial Professional | $20,071 | $20,071 | $0 | $0 |
| ii | Levene, Neale, Bender, Yoo & | Lead Counsel | $17,060 | $17,060 | $0 | $0 |
| iii | Ted Lanes | Financial Professional | $5,056 | $5,056 | $0 | $0 |
| iv | Brutzkus Gubner | Lead Counsel | $5,845 | $5,845 | $0 | $0 |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ●

c. Were any payments made to or on behalf of insiders?   Yes ○  No ●

d. Are you current on postpetition tax return filings?   Yes ●  No ○

e. Are you current on postpetition estimated tax payments?   Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ○  N/A ●

| Debtor's Name | CRESTLLOYD, LLC. | | Case No. | 21-18205 |

i. Do you have:

  Worker's compensation insurance?    Yes ○   No ⊙

    If yes, are your premiums current?    Yes ○   No ○   N/A ⊙   (if no, see Instructions)

  Casualty/property insurance?    Yes ⊙   No ○

    If yes, are your premiums current?    Yes ⊙   No ○   N/A ○   (if no, see Instructions)

  General liability insurance?    Yes ⊙   No ○

    If yes, are your premiums current?    Yes ⊙   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○   No ⊙

k. Has a disclosure statement been filed with the court?    Yes ○   No ⊙

l. Are you current with quarterly U.S. Trustee fees as    Yes ⊙   No ○
set forth under 28 U.S.C. § 1930?

## Part 8: Individual Chapter 11 Debtors (Only)

a. Gross income (receipts) from salary and wages    $0

b. Gross income (receipts) from self-employment    $0

c. Gross income from all other sources    $0

d. Total income in the reporting period (a+b+c)    $0

e. Payroll deductions    $0

f. Self-employment related expenses    $0

g. Living expenses    $0

h. All other expenses    $0

i. Total expenses in the reporting period (e+f+g+h)    $0

j. Difference between total income and total expenses (d-i)    $0

k. List the total amount of all postpetition debts that are past due    $0

l. Are you required to pay any Domestic Support Obligations as defined by 11    Yes ○   No ⊙
U.S.C § 101(14A)?

m. If yes, have you made all Domestic Support Obligation payments?    Yes ○   No ○   N/A ⊙

Debtor's Name CRESTLLOYD, LLC.                                                    Case No. 21-18205

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).


**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


| | |
|---|---|
| /s/ Lawrence R. Perkins | SierraConstellation Partners, LLC, as Manager |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Executive Officer of Manager | 12/21/2021 |
| Title | Date |

# Initiate Business Checking℠

October 31, 2021 ■ Page 1 of 5



944 AIROLE WAY
THEODORE LANES - RECEIVER
655 DEEP VALLEY DR STE 125P
ROLLING HILLS ESTATES CA 90274-3615

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

 *En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
   P.O. Box 6995
   Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

# ✔ IMPORTANT ACCOUNT INFORMATION



**Revised USPS service standards effective 10/1/21**

Effective October 1, 2021, the United States Postal Service (USPS) has revised its service standards for certain First-Class Mail items, resulting in a delivery window of up to five days. Please note this may delay your receipt of mail from us and our receipt of mail from you. Please take this change into account when mailing items to us via USPS.

Consider signing into Wells Fargo Online® for quicker access to your account information.

We're making important changes to the terms and conditions of some of our accounts. If these changes affect you, they will be included in the Important Account Information section associated with your specific account.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $351,788.57 |
| Deposits/Credits | 54,937.50 |
| Withdrawals/Debits | - 245,146.92 |
| **Ending balance on 10/31** | **$161,579.15** |

Account number: ████ 9517

**944 AIROLE WAY**
**THEODORE LANES - RECEIVER**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████████

For Wire Transfers use
Routing Number (RTN): ████████

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/1 | 3001 | Check | | 400.00 | 351,388.57 |
| 10/4 | | WT Seq196185 WF Return Wires IN Proc /Org= Srf# 2021100400073510 Trn#211004196185 Rfb# | 25,000.00 | | |
| 10/4 | | Wire Trans Svc Charge - Sequence: 211004024470 Srf# Ow00001662688526 Trn#211004024470 Rfb# Ow00001662688526 | | 30.00 | |
| 10/4 | | Wire Trans Svc Charge - Sequence: 211004200348 Srf# Ow00001668487570 Trn#211004200348 Rfb# Ow00001668487570 | | 30.00 | |
| 10/4 | | WT Fed#01828 Pacific Premier Ba /Ftr/Bnf=Brutzkus Gubner Srf# Ow00001662688526 Trn#211004024470 Rfb# Ow00001662688526 | | 25,000.00 | |
| 10/4 | | Zelle to Sundberg Daniel on 10/04 Ref #Rp0Ckbdklp Expense Reimbursement Airole September | | 1,800.81 | |
| 10/4 | | WT Fed#09404 Pacific Premier Ba /Ftr/Bnf=Brutzkus Gubner Srf# Ow00001668487570 Trn#211004200348 Rfb# Ow00001668487570 | | 25,000.00 | |
| 10/4 | | WF Direct Pay-Payment- September Invoices-Tran ID Dp15550734 | | 2,900.00 | 321,627.76 |
| 10/5 | | WT Fed#01302 Jpmorgan Chase Ban /Org=Toni Maier - on Location, Inc. Srf# 3087651278Es Trn#211005017963 Rfb# Bmg of 21/10/05 | 4,937.50 | | |
| 10/5 | | WT Seq#93178 WF Return Wires IN Proc /Org= Srf# 2021100400207704 Trn#211005093178 Rfb# | 25,000.00 | | |
| 10/5 | | Wire Trans Svc Charge - Sequence: 211005017963 Srf# 3087651278Es Trn#211005017963 Rfb# Bmg of 21/10/05 | | 15.00 | 351,550.26 |
| 10/6 | | Wire Trans Svc Charge - Sequence: 211006105061 Srf# Ow00001673619176 Trn#211006105061 Rfb# Ow00001673619176 | | 30.00 | |
| 10/6 | | WT Fed#00533 Jpmorgan Chase Ban /Ftr/Bnf=Centurion Srf# Ow00001673619176 Trn#211006105061 Rfb# Ow00001673619176 | | 8,942.30 | |
| 10/6 | | WF Direct Pay-Payment- Balance of Sept 2021-Tran ID Dp16399992 | | 2,400.00 | |
| 10/6 | 3003 | Check | | 18,000.00 | 322,177.96 |
| 10/7 | 3004 | Cashed Check | | 5,240.00 | 316,937.96 |
| 10/8 | | Direct Pay WF Business Pymt Trans | | 3.00 | |
| 10/8 | | Direct Pay Monthly Base | | 10.00 | 316,924.96 |
| 10/12 | | Wire Trans Svc Charge - Sequence: 211012069605 Srf# Ow00001683236578 Trn#211012069605 Rfb# Ow00001683236578 | | 30.00 | |

October 31, 2021 ■ Page 3 of 5



---

### Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 10/12 | | WT Fed#05777 Village Bank & Tru /Ftr/Bnf=Vertex Srf# Ow00001683236578 Trn#211012069605 Rfb# Ow00001683236578 | | 4,948.00 | |
| 10/12 | | WF Direct Pay-Payment- Lms Sept Invoice-Tran ID Dp17584566 | | 71,545.05 | |
| 10/12 | 3002 | Check | | 38,163.52 | 202,238.39 |
| 10/13 | | Zelle to Arrazola Yaly on 10/13 Ref #Rp0Cm8Wbkr House Cleaning Thru Sept 29 | | 1,450.00 | 200,788.39 |
| 10/14 | 3005 | Check | | 665.00 | 200,123.39 |
| 10/19 | | Bill Pay Pro-Pest on-Line Xxxxxirole on 10-19 | | 400.00 | 199,723.39 |
| 10/20 | < | Business to Business ACH Debit - Frontier Communi Bill Pay 211019 16451819141 Airole Lanes | | 434.52 | 199,288.87 |
| 10/21 | | Spectrum Spectrum 211020 6906170 Theodore Lanes | | 159.72 | 199,129.15 |
| 10/22 | 3006 | Check | | 5,000.00 | 194,129.15 |
| 10/25 | | WF Direct Pay-Payment- Airole Pool Through October 21-Tran ID Dp19343946 | | 4,000.00 | 190,129.15 |
| 10/26 | | WF Direct Pay-Payment- 944 Airole-Tran ID Dp19471790 | | 28,550.00 | 161,579.15 |
| **Ending balance on 10/31** | | | | | **161,579.15** |
| **Totals** | | | **$54,937.50** | **$245,146.92** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

&lt;    *Business to Business ACH:If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 3001 | 10/1 | 400.00 | 3003 | 10/6 | 18,000.00 | 3005 | 10/14 | 665.00 |
| 3002 | 10/12 | 38,163.52 | 3004 | 10/7 | 5,240.00 | 3006 | 10/22 | 5,000.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2021 - 10/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $237,998.00 ☑ |
| · Minimum daily balance | $500.00 | $161,579.15 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 20 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

■ **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your                          $ _____
register or transfers into                                 $ _____
your account which are not                                 $ _____
shown on your statement.                                 + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N A. All rights reserved.  Member FDIC.  NMLSR ID 399801