MARK SHINDERMAN (State Bar No. 136644)
mshinderman@milbank.com
WILLIAM SCHUMACHER (State Bar No. 303862)
wschumacher@milbank.com
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:  (424) 386-4000
Facsimile:   (213) 629-5063

*Attorneys for Yogi Securities Holdings, LLC*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor and Debtor in Possession. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES AND PAPERS, AND RESERVATION OF RIGHTS** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as the proposed attorneys for Yogi Securities Holdings, LLC (the "Yogi Securities"), and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 and 11 U.S.C. § 1109(b), requests that the following names be added to any service list in the chapter 11 case and that all notices given or required to be given in the chapter 11 case and all papers served or required to be served in the chapter 11 case, be given and served upon:

> Mark Shinderman
> William Schumacher
> Milbank LLP
> 2029 Century Park East, 33rd Floor
> Los Angeles, CA 90067
> Telephone:  (424) 386-4000
> Facsimile:   (213) 629-5063
> E-mail:       mshinderman@milbank.com
>                     wschumacher@milbank.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery,

telephone, facsimile transmission, e-mail, or otherwise (1) that affects or seeks to affect in any way any rights or interest of the debtor or any creditor or party-in-interest in the chapter 11 case, including Yogi Securities or (2) that requires or seeks to require any act, delivery, or any property, payment, or other conduct by Yogi Securities.

**PLEASE TAKE FURTHER NOTICE** that Yogi Securities intends that neither this *Notice of Appearance, Request for Service of Notices and Papers, and Reservation of Rights* nor any later appearance, claim, or suit shall waive (1) Yogi Securities' right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (2) Yogi Securities' right to trial by jury in any proceeding so triable in the chapter 11 case or any case, controversy, or proceeding relating to the chapter 11 case; (3) Yogi Securities' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which Yogi Securities is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 28, 2021                    **MILBANK LLP**

                                            */s/  Mark Shinderman*
                                            MARK SHINDERMAN
                                            WILLIAM SCHUMACHER

                                            Attorneys for Yogi Securities Holdings, LLC

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **2029 Century Park E, 33rd Floor, Los Angeles, CA 90067**. A true and correct copy of the foregoing documents entitled: *Notice of Appearance, Request for Service of Notices and Papers, and Reservation of Rights* will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 28, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On December 28, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   None.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 28, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   Chambers of Judge Deborah J. Saltzman
   Edward R. Roybal Federal Building and Courthouse
   255 E. Temple Street, Suite 1634
   Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 28, 2021 | William Schumacher | /s/ *William Schumacher* |
|---|---|---|
| Date | Printed Name | Signature |

# SERVICE LIST
(Via NEF)

- **Kyra E Andrassy**  kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**  tma@lnbyg.com
- **Jerrold L Bregman**  jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**  mdevoll@watttieder.com
- **Thomas M Geher**  tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**  dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**  jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**  rbk@jmbm.com
- **Jane G Kearl**  jkearl@watttieder.com
- **Jennifer Larkin Kneeland**  jkneeland@watttieder.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Noreen A Madoyan**  Noreen.Madoyan@usdoj.gov
- **Ryan D O'Dea**  rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**  sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Ronald N Richards**  ron@ronaldrichards.com, morani@ronaldrichards.com
- **Victor A Sahn**  vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **David Seror**  dseror@bg.law, ecf@bg.law
- **Zev Shechtman**  zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Jessica Wellington**  jwellington@bg.law, ecf@bg.law