DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LINDSEY L, SMITH (State Bar No. 265401)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; lls@lnbyg.com

Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>        Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION OF THEODORE LANES, COURT-APPOINTED RECEIVER, AND BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP FOR ENTRY OF ORDERS ALLOWING AND DIRECTING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 543(c), 503(b)(3)(E), AND 503(b)(4)**<br><br>[No Hearing on Stipulation Required]<br><br><u>Current Hearing Date:</u><br>  Date:    January 13, 2022<br>  Time:   11:30 a.m.<br>  Place:  Courtroom 1639<br>             255 E. Temple St.<br>             Los Angeles, CA 90012<br>             **VIA ZOOM ONLY** |

1

This *Stipulation To Continue Hearing On Motion Of Theodore Lanes, Court-Appointed Receiver, And Brutzus, Gubner, Rozansky, Seror Weber LLP For Entry Of Order Allowing And Directing Immediate Payment Of Administrative Expense Claims Pursuant To 11 U.S.C. §§ 543(c), 503(b)(3)(E), And 503(b)(4)* ("Stipulation") is entered into by and between Crestlloyd, LLC, the Chapter 11 debtor and debtor in possession herein (the "Debtor"), Theodore Lanes, Court-Appointed Receiver (the "Receiver") and the United States Trustee (the "UST" together with the Debtor and the Receiver, the "Parties"), with respect to the following:

## RECITALS

A.  On October 26, 2021, the Debtor commenced this bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code.

B.  On December 23, 2021, the Receiver filed that certain *Motion Of Theodore Lanes, Court-Appointed Receiver, And Brutzus, Gubner, Rozansky, Seror Weber LLP For Entry Of Order Allowing And Directing Immediate Payment Of Administrative Expense Claims Pursuant To 11 U.S.C. §§ 543(c), 503(b)(3)(E), And 503(b)(4)* [Docket No. 84] and *Notice Of Motion For Motion Of Theodore Lanes, Court-Appointed Receiver, And Brutzus, Gubner, Rozansky, Seror Weber LLP For Entry Of Order Allowing And Directing Immediate Payment Of Administrative Expense Claims Pursuant To 11 U.S.C. §§ 543(c), 503(b)(3)(E), And 503(b)(4)* [Docket No. 85] (collectively, the "Motion").

C.  The Hearing on the Motion is currently scheduled for January 13, 2022 at 11:30 a.m. (the "Hearing").

D.  After the filing of the Motion, the Parties engaged in discussions regarding the Motion and as a result of such discussions have agreed to request that the Court continue the Hearing on the Motion and all related pleadings deadlines (including the deadlines to file oppositions to the Motion and replies thereto) in order to allow the Parties time to resolve issues that may affect the outcome and relief sought in the Motion.

**NOW, THEREFORE, BASED ON THE FOREGOING RECITALS OF FACT, WHICH ARE INCORPORATED INTO THE AGREEMENT BELOW, SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES AGREE AS FOLLOWS:**

1. The Hearing on the Motion shall be continued to January 27, 2022 at 11:30 a.m. or to the first available date and time convenient for the Court that is after January 27, 2022.

2. All pleading deadlines, including the deadlines to file oppositions to the Motion and replies thereto shall be continued in conjunction the continued hearing date such that any opposition to the Motion shall be required to be filed by no later than fourteen (14) days prior to the continued hearing date and any replies shall be filed by no later than seven (7) days prior to the continued hearing date.

**IT IS SO STIPULATED.**

DATED: December 30, 2021        LEVENE, NEALE, BENDER, YOO
                                                            & GOLUBCHIK L.L.P.

By: _/s/ Lindsey L. Smith_
       LINDSEY L. SMITH
Attorneys for Debtor and Debtor in Possession

DATED: December 30, 2021        BRUTZKUS GUBNER

By: _____
       DAVID SEROR
Attorneys for Theodore Lanes,
Court-Appointed Receiver

DATED: December 30, 2021        PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
       NOREEN A. MADOYAN
Attorney for the United States Trustee

Case 2:21-bk-18205-DS   Doc 90   Filed 12/30/21   Entered 12/30/21 11:04:27   Desc
Main Document    Page 4 of 6

1. The Hearing on the Motion shall be continued to January 27, 2022 at 11:30 a.m. or to the first available date and time convenient for the Court that is after January 27, 2022.

2. All pleading deadlines, including the deadlines to file oppositions to the Motion and replies thereto shall be continued in conjunction the continued hearing date such that any opposition to the Motion shall be required to be filed by no later than fourteen (14) days prior to the continued hearing date and any replies shall be filed by no later than seven (7) days prior to the continued hearing date.

**IT IS SO STIPULATED.**

DATED: December 30, 2021

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By: /s/ Lindsey L. Smith
LINDSEY L. SMITH
Attorneys for Debtor and Debtor in Possession

DATED: December 30, 2021

BRUTZKUS GUBNER

By: _____
DAVID SEROR
Attorneys for Theodore Lanes,
Court-Appointed Receiver

DATED: December 30, 2021

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
NOREEN A. MADOYAN
Attorney for the United States Trustee

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **Stipulation to Continue Hearing on Motion of Theodore Lanes, Court-Appointed Receiver, and Brutzkus Gubner Rozansky Seror Weber LLP for Entry of Orders Allowing and Directing Immediate Payment of Administrative Expense Claims Pursuant To 11 U.S.C. §§ 543(C), 503(B)(3)(E), and 503(B)(4)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 30, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Todd M Arnold    tma@lnbyg.com
- Jerrold L Bregman    jbregman@bg.law, ecf@bg.law
- Marguerite Lee DeVoll    mdevoll@watttieder.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com
- James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- Robert B Kaplan    rbk@jmbm.com
- Jane G Kearl    jkearl@watttieder.com
- Jennifer Larkin Kneeland    jkneeland@watttieder.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- Sharon Oh-Kubisch    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- David Seror    dseror@bg.law, ecf@bg.law
- Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jessica Wellington    jwellington@bg.law, ecf@bg.law

**2. SERVED BY UNITED STATES MAIL**: On **December 30, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        **F 9013-3.1.PROOF.SERVICE**

Debtor
Crestlloyd, LLC
c/o SierraConstellation Partners LLC
355 S. Grand Avenue Suite 1450
Los Angeles, CA 90071

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 30, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| December 30, 2021 | John Berwick | /s/ John Berwick |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              **F 9013-3.1.PROOF.SERVICE**