DAVID B. GOLUBCHIK (SBN 185520)
TODD M. ARNOLD (SBN 221868)
LINDSEY L, SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com;
lls@lnbyb.com

**FILED & ENTERED**

JAN 03 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION OF THEODORE LANES, COURT-APPOINTED RECEIVER, AND BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP FOR ENTRY OF ORDERS ALLOWING AND DIRECTING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 543(c), 503(b)(3)(E), AND 503(b)(4)** |

The court having reviewed and considered the "Stipulation to Continue Hearing on Motion of Theodore Lanes, Court-Appointed Receiver, and Brutzus Gubner Rozansky Seror Weber LLP for Entry of Order Allowing and Directing Immediate Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 543(c), 503(b)(3)(E), And 503(b)(4)" (the "Stipulation," Docket No. 90), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved.  The hearing on the "Motion of Theodore Lanes, Court-Appointed Receiver, and Brutzkus Gubner Rozansky Seror Weber LLP for Entry of Order Allowing and Directing Immediate Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 543(c), 503(b)(3)(E), and 503(b)(4)" (the "Motion," Docket No. 85) is

continued to January 27, 2022 at 11:30 a.m. (the "Continued Hearing Date").  Any opposition to the Motion must be filed no later than fourteen days prior to the Continued Hearing Date, and any reply to any opposition to the Motion must be filed no later than seven days prior to the Continued Hearing Date.

###

Date: January 3, 2022

Deborah J. Saltzman
United States Bankruptcy Judge