1 | **SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
2 | *kandrassy@swelawfirm.com*
Sharon Oh-Kubisch, State Bar No. 197573
3 | *sokubisch@swelawfirm.com*
3200 Park Center Drive, Suite 250
4 | Costa Mesa, California 92626
Telephone:   714 445-1000
5 | Facsimile:   714 445-1002

6 | Attorneys for Inferno Investment, Inc.

7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **LOS ANGELES DIVISION**

11 | In re

12 | CRESTLLOYD, LLC,

13 | Debtor in Possession.

Case No. 2:21-bk-18205-DS
Chapter 11

**OPPOSITION TO MOTION TO APPROVE AUCTION AND BID PROCEDURES REGARDING THE SALE OF REAL PROPERTY**

Date:    January 6, 2022
Time:    11:30 a.m.
Crtrm.:   1639

17 | **TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY**

18 | **JUDGE, CRESTLLOYD, LLC, AND ALL OTHER PARTIES IN INTEREST:**

19 |     Inferno Investment, Inc. ("Inferno"), the holder of a deed of trust in second priority

20 | against the real property located at 944 Airole Way, Los Angeles, CA 90077 (the

21 | "Property"), objects to the bid procedures proposed by Crestlloyd, LLC (the "Debtor"), to

22 | the extent that they propose an auction without a reserve and a buyer's premium that is

23 | artificially high and which may chill bidding.

24 |     Inferno understands that auctions are often done without a reserve because it is

25 | believed to increase interest in the property being sold and, therefore, to generate a

26 | higher sale price.  The problem is that this is not a typical auction where the winner has

27 | an absolute right to purchase the property at the conclusion of the auction.  Instead, the

28 | Property is simultaneously being listed at $295 million and, after the auction and in order

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1  to convey title to the Property free and clear of liens, the Debtor must return to the Court

2  for approval of the sale of the Property to the winning bidder.  In order to sell the Property

3  free and clear of liens, certain requirements must be met.  As relevant here, a property

4  can be sold free and clear of liens where the price at which the property is to be sold

5  exceeds the aggregate value of the liens against the Property, the lienholders consent, or

6  the lien is in bona fide dispute.  *See* 11 U.S.C. § 363(f).  Inferno is not aware of any basis

7  on which the Debtor could contest its lien, and it does not anticipate consenting to a sale

8  of the Property for an amount that is not enough to pay its lien in full.  Thus, the only way

9  for the Debtor to sell the Property free and clear of liens is if the sale price is sufficient to

10  pay all of the liens in full.  By the Debtor's estimates, this would require a reserve of

11  approximately $191.2 million.[1]  It would be a waste of everyone's time for the Debtor to

12  submit a winning bid to the Court that is in an amount that is not sufficient to do this.

13  Moreover, the Debtor states that it believes that the Property may be worth $325 million

14  and that its purpose in filing this case was to preserve the equity for the Debtor.  In this

15  context, it makes significantly more sense to set a reserve that is equal, at a minimum, to

16  the liens against the Property.

17      It also makes sense because the parties who will be bidding at the auction are

18  likely to be savvy buyers who will understand that the winning bid must still be submitted

19  to the Court and may not be approved if the purchase price is not high enough to pay off

20  the liens against the Property.  Thus, the psychological benefit of conducting an auction

21  with no reserve is not present here.

22      Inferno is also concerned about the amount of the buyer's premium.  Although the

23  bid procedures state that it is 12%, it is actually significantly less because Concierge

24  Auctions has agreed to "rebate" the majority of the premium to the Debtor's bankruptcy

25

26

_____

[1] The Debtor states in its bid procedures motion that the total secured claims as of the petition date were
27  approximately $179.2 million, plus a $12 million postpetition DIP loan that is drawn down.  Inferno does not
take a position on the validity, amount, or priority of the other liens against the Property in connection with
28  this Opposition and reserves all rights in that regard.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1   estate.  Depending on the sale price, the amount of this rebate ranges from 8.5% to 9.5%

2   of the buyer's premium.  It thus is not meant to compensate the auctioneer for its efforts

3   and Inferno is concerned that given the value of the Property, adding a 12% "buyer's

4   premium" to the winning bid may chill bidding and drive the price down, not up.

5         Last, given the interest of the lienholders in the success of the auction and to the

6   extent that the Court approves bid procedures, Inferno requests that the Debtor keep the

7   lienholders apprised of the number of bidders who register and provide proof of sufficient

8   funds and therefore qualify to submit bids on the property.

9         Accordingly, Inferno objects to the bid procedures as proposed and believes that it

10  would be appropriate to condition the approval of the bid procedures on the

11  establishment of a reserve in an amount sufficient to pay all of the liens in full and on a

12  reduction of the buyer's premium to the amount actually being paid to Concierge

13  Auctions.

14

15  DATED:  January 5, 2022          Respectfully submitted,

16                                   SMILEY WANG-EKVALL, LLP

17

18                                   By:      /s/ Kyra E. Andrassy
19                                        KYRA E. ANDRASSY
                                         Attorneys for Inferno Investment, Inc.
20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**3200 Park Center Drive, Suite 250, Costa Mesa, CA. 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Opposition to Motion to Approve Auction and Bid Procedures Regarding the Sale of Real Property** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/5/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/5/2022 | Lynnette Garrett | /s/ Lynnette Garrett |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Todd M Arnold    tma@lnbyg.com
- Jerrold L Bregman    jbregman@bg.law, ecf@bg.law
- Marguerite Lee DeVoll    mdevoll@watttieder.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com
- James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- Robert B Kaplan    rbk@jmbm.com
- Jane G Kearl    jkearl@watttieder.com
- Jennifer Larkin Kneeland    jkneeland@watttieder.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- Sharon Oh-Kubisch    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com; cblair@ecf.inforuptcy.com
- William Schumacher    wschumac@milbank.com, autodocketecf@milbank.com
- David Seror    dseror@bg.law, ecf@bg.law
- Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Mark Shinderman    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jessica Wellington    jwellington@bg.law, ecf@bg.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**