DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**JAN 05 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **FINAL ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER SETTING THE AMOUNT OF, AND AUTHORIZING DEBTOR TO PROVIDE, ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANY PURSUANT TO 11 U.S.C. § 366** |

A hearing was held on November 23, 2021 at 11:30 a.m. on the "Emergency Motion for Entry of an Order Setting the Amount of, and Authorizing Debtor to Provide, Adequate Assurance of Future Payment to Utility Company Pursuant to 11 U.S.C. § 366" (the "Motion," Docket No. 40)[1] debtor Crestlloyd, LLC (the "Debtor"). Appearances were noted on the record. After the hearing, the court entered an order granting the motion on an interim basis (the "Interim Order," Docket No. 51). The Interim Order provided, among other things, that: (1) within two days of the entry of the Interim Order, the Debtor had to serve a copy of the Interim Order on LADWP; (2) a final hearing on the Motion would be held on January 13, 2022 at 11:30 a.m. (the "Final Hearing"); (3) any opposition to the Motion by LADWP had to be filed and served no later than December 30, 2021;

---

[1] Capitalized terms not otherwise defined herein have the same meanings ascribed to them in the Motion.

and (4) if no timely opposition to the Motion were filed, the Debtor could immediately lodge an order granting the Motion on a final basis.

The Debtor has filed a proof of service of the Interim Order on LADWP on November 24, 2021 (Docket No. 53). No opposition to the Motion has been filed. Based on the foregoing,

IT IS HEREBY ORDERED that the Motion is granted on a final basis. The Final Hearing will be vacated.

###

Date: January 5, 2022

Deborah J. Saltzman
United States Bankruptcy Judge