| | |
|---|---|
| 1 | DAVID B. GOLUBCHIK (State Bar No. 185520) |
| | TODD M. ARNOLD (State Bar No. 221868) |
| 2 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. |
| | 2818 La Cienega Avenue |
| 3 | Los Angeles, California 90034 |
| | Telephone: (310) 229-1234 |
| 4 | Facsimile: (310) 229-1244 |
| | Email: dbg@lnbyg.com; tma@lnbyg.com |
| 5 | |
| 6 | Attorneys for Debtor and Debtor in Possession |



**FILED & ENTERED**

JAN 10 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER GRANTING DEBTOR'S MOTION TO:** <br> **(1) APPROVE AUCTION AND BID PROCEDURES REGARDING THE SALE OF REAL PROPERTY AND** <br> **(2) SET SCHEDULING FOR A MOTION TO APPROVE THE SALE OF REAL PROPERTY** |
| | Hearing: <br> Date: January 6, 2022 <br> Time: 11:30 a.m. <br> Place: Courtroom 1639 <br> 255 E. Temple St. <br> Los Angeles, CA 90012 <br> VIA ZOOMGOV ONLY |

A hearing was held on January 6, 2022, at 11:30 a.m., via ZoomGov (the "Hearing"), to consider the "Motion to: (1) Approve Auction and Bid Procedures Regarding the Sale of Real Property and (2) Set Scheduling for a Motion to Approve the Sale of Real Property" (the "Bid Procedures Motion," Docket No. 88)[1] filed by debtor Crestlloyd, LLC (the "Debtor"). Appearances were noted on the record.

The court having considered the Motion, all papers filed in support thereof and in opposition thereto, the testimony at the Hearing, the comments and arguments of counsel at the Hearing, and the record in this case, and good cause appearing,

---

[1] Capitalized terms not otherwise defined herein have the same meanings ascribed to them in the Bid Procedures Motion.

1    IT IS HEREBY ORDERED that the Bid Procedures Motion is granted as set forth herein. The Bid Procedures for the Auction of the Property attached to the Bid Procedures Motion as Exhibit 1 are approved, except that the Back-Up Buyer is required to keep its bid and offer to purchase the Property open, and to allow the Escrow Agent or any other Escrow Company or Title Company holding the Back-Up Buyer's Bidder's Deposit, to maintain any Bidder's Deposit paid by the Back-Up Buyer in connection with the sale of the Property (or any other amounts collected from the Back-Up Buyer) for a period of only 21 days after the Auction End Date, not 45 days.

IT IS FURTHER ORDERED that the following Sale Motion Scheduling is approved:

| | |
|---|---|
| February 15, 2022 | Deadline for the Debtor to file and serve motion to approve the sale of the Property (the "Sale Motion") |
| February 22, 2022, at 12:00 (Pacific) | Deadline for any parties in interest to file and serve any oppositions to the Sale Motion |
| February 23, 2022 | Deadline for any parties in interest to file and serve any replies to any oppositions to the Sale Motion. |
| February 25, 2022, at 11:00 a.m. (Pacific) | Hearing on the Sale Motion |

### # # #

Date: January 10, 2022

Deborah J. Saltzman
United States Bankruptcy Judge