DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**JAN 14 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER FOLLOWING STATUS CONFERENCE AMENDING CERTAIN DATES UNDER ORDER GRANTING DEBTOR'S MOTION TO: (1) APPROVE AUCTION AND BID PROCEDURES REGARDING THE SALE OF REAL PROPERTY AND (2) SET SCHEDULING FOR A MOTION TO APPROVE THE SALE OF REAL PROPERTY**<br><br>Status Conference:<br>Date:    January 13, 2022<br>Time:    11:30 a.m.<br>Place:   Courtroom 1639<br>             255 E. Temple St.<br>             Los Angeles, CA 90012<br>             (via Zoom for Government) |

A continued status conference was held at the above time and place. Appearances were set forth on the record. Based on the proceedings at the status conference relating to the "Order Granting Debtor's Motion to: (1) Approve Auction and Bid Procedures Regarding the Sale of Real Property and (2) Set Scheduling for a Motion to Approve the Sale of Real Property" (the "Bid Procedures Order," Docket No. 105), and for the reasons stated on the record at the status conference,

/ / /

IT IS HEREBY ORDERED that the Bid Procedures Order is modified and amended as follows:

1. The Auction[1] will commence on February 28, 2022 and conclude on March 3, 2022, which will be the new Auction End Date;

2. With respect to the Auction, credit bidding will be permitted only with respect to the post-petition debtor in possession financing extended by Hankey, and no other alleged secured obligations;

3. The closing date of the Sale will be March 21, 2022, unless extended by agreement between the Debtor and the Buyer;

4. The Sale Motion Scheduling is extended as follows:

| | |
|---|---|
| March 8, 2022 | Deadline for the Debtor to file and serve motion to approve the sale of the Property (the "Sale Motion"). |
| March 15, 2022, at 12:00 p.m. (Pacific) | Deadline for any parties in interest to file and serve any oppositions to the Sale Motion. |
| March 16, 2022 | Deadline for any parties in interest to file and serve any replies to any oppositions to the Sale Motion. |
| March 18, 2022, at 11:00 a.m. (Pacific) | Hearing on the Sale Motion |

5. To clarify the application of the Buyer's premium in connection with the Auction to be conducted by Auctioneer, the credit of the Buyer's premium provided for in the Auction Agreement shall be transferred to the Debtor and its bankruptcy estate and not to the Buyer of the Property.

### #

Date: January 14, 2022

Deborah J. Saltzman
United States Bankruptcy Judge

---

[1] All capitalized terms are used as defined in the Bid Procedures Order.