DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>      Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**DEBTOR'S NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, LLC**<br><br>[January 1, 2022 through January 31, 2022]<br><br>[No Hearing Required, Unless Timely Opposition and Request for a Hearing is Filed] |

1

**PLEASE TAKE NOTICE** that, (A) on October 28, 2021, Crestlloyd, LLC, the Chapter 11 debtor and debtor in possession herein (the "Debtor"), filed a *Notice of Setting/Increasing Insider Compensation* (the "Notice of Insider Compensation") for SierraConstellation Partners LLC/Lawrence R. Perkins ("SCP") and served it on the UST and other parties, (B) on November 16, 2021, the United States Trustee (the "UST") filed its *Objection To Notice Of Insider Compensation* (the "Objection") [Dkt. 35] objecting to SCP's Notice of Insider Compensation, (C) on December 13, 2021, the Debtor filed its *Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Stipulation") [Dkt. 72], (D) on December 16, 2021, the Court entered its *Order Approving Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Order") [Dkt. 77].

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation and Insider Compensation Order, "SCP must file monthly fee statements [each a "Fee Statement"] and serve the UST therewith, and, absent an objection by the UST or some other party in interest within seven (7) days thereafter, the fees and costs may be paid in full.  In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court."

**PLEASE FURTHER TAKE NOTICE THAT**, consistent with the foregoing procedure, on December 12, 2021, the Court entered its *Interim Order* [the "DIP Order" [Dkr. 70]] *Granting Motion For Order: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief* [the "DIP Motion") [Dkt. 66]], which, *inter alia*, granted the DIP Motion on an interim basis and approved the terms of the DIP Loan Documents,[1] which provide, among other things, that:

> Loan Proceeds shall be used solely in accordance with the Budget, including for payment of the Facility Fee, Lender's reasonable attorneys' fees and costs incurred in making and documenting the Loan, title insurance premiums, escrow fees, the Extension Fee,

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the DIP Motion.

and the Carve Out and Borrower's working capital needs and to administer the Chapter 11 Case, including insurance, repair, maintenance and construction costs with respect to the Property. With respect to the fees and costs of the Manager of the Debtor [*i.e.*, SCP], Manager [*i.e.*, SCP] shall file monthly fee statements and, absent an objection within seven (7) days thereafter, the fees and costs may be paid in full. In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court.

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation, Insider Compensation Order, DIP Motion, and DIP Order, SCP hereby files its Fee Statement for the period from January 1, 2022 through January 31, 2022.  SCP reserves its right to supplement, amend, or modify the Fee Statement to include fees and/or expenses incurred during the foregoing period not covered in the attached Fee Statement or incurred subsequent to January 31, 2022.

Annexed as **Exhibit "A"** hereto is the name of each professional who performed services for the Debtor in connection with this chapter 11 case during the period covered by this Fee Statement and the hourly rate and total fees for each professional during such period.

Annexed as **Exhibit "B"** hereto is the summary of hours in this Fee Statement broken up by partner and task.

Annexed as **Exhibit "C"** hereto are the detailed time entries for the period covered by this Fee Statement.

Annexed as **Exhibit "D"** hereto is the summary of expenses included in this Fee Statement.

Annexed as **Exhibit "E"** hereto are the detailed entries for the expenses covered by this Fee Statement.

**PLEASE TAKE FURTHER NOTICE that objections, if any, to this Fee Statement must be filed with the Court and served so as to be received by the undersigned counsel to the Debtor no later than seven (7) days after the filing of this Fee Statement.**

**PLEASE TAKE FURTHER NOTICE** that, (A) if no objection is properly and timely filed and served in accordance with the above procedures, the Debtor will pay SCP the fees and expense set forth in this Fee Statement (provided such payment is consistent with the Budget) and (B) if an objection is properly and timely filed and served in accordance with the above procedures, (1) the Debtor will pay SCP the undisputed portion of fees and expenses set forth in this Fee Statement (provided such payment is consistent with the Budget) and (2) any disputed portion of fees and expenses set forth in this Fee Statement shall be subject to review and further order by the Court.

Dated: February 3, 2022                    CRESTLLOYD, LLC

*/s/ Todd M. Arnold*
DAVID B. GOLUBCHIK
TODD M. ARNOLD
LEVENE, NEALE, BENDER, YOO
   & GOLUBCHIK L.L.P.
Attorneys for Debtor and Debtor in Possession

# EXHIBIT "A"

**Summary of SierraConstellation Partners Professional Fees by Consultant**

For the Period January 1st through January 31st

| Consultant | Title | Rate | Hours | Total |
|------------|-------|------|-------|-------|
| Lawrence Perkins | CEO | $790 | 84.40 | $66,676.00 |
| Miles Staglik | Senior Director | $580 | 180.80 | $104,864.00 |
| Colin Moran | Associate | $235 | 99.60 | $22,113.50 |
| | | | **364.8** | **$193,653.50** |

# EXHIBIT "B"

**Summary of SierraConstellation Partners Professional Fees by Activity**
For the Period January 1st through January 31st

| Activity / Consultant | Title | Hours | Rate | Total |
|---|---|---|---|---|
| **Asset Sales/Financing Process Support** | | | | |
| Lawrence Perkins | CEO | 25.10 | $790 | $19,829 |
| Miles Staglik | Senior Director | 3.90 | $580 | $2,262 |
| Colin Moran | Associate | 0.20 | $235 | $47 |
| | *Activity Total* | 29.20 | | $22,138 |
| | | | | |
| **Business Operations, Cash Management & CRO Support** | | | | |
| Lawrence Perkins | CEO | 53.80 | $790 | $42,502 |
| Miles Staglik | Senior Director | 149.00 | $580 | $86,420 |
| Colin Moran | Associate | 57.50 | $235 | $13,513 |
| | *Activity Total* | 260.30 | | $142,435 |
| | | | | |
| **Case Administration** | | | | |
| Miles Staglik | Senior Director | 6.20 | $580 | $3,596 |
| Lawrence Perkins | CEO | 0.00 | $790 | $0 |
| Colin Moran | Associate | 28.90 | $235 | $6,792 |
| | *Activity Total* | 35.10 | | $10,388 |
| | | | | |
| **Court Filings/Pleadings, Plan and Disclosure Statement** | | | | |
| Lawrence Perkins | CEO | 0.00 | $790 | $0 |
| Miles Staglik | Senior Director | 17.90 | $580 | $10,382 |
| Colin Moran | Associate | 0.00 | $235 | $0 |
| | *Activity Total* | 17.90 | | $10,382 |
| | | | | |
| **Court Hearing/341 Meetings/Preparation & Attendance at Hearings** | | | | |
| Lawrence Perkins | CEO | 5.50 | $790 | $4,345 |
| Miles Staglik | Senior Director | 3.80 | $580 | $2,204 |
| Colin Moran | Associate | 2.00 | $235 | $470 |
| | *Activity Total* | 11.30 | | $7,019 |
| | | | | |
| **Non-Working Travel** | | | | |
| Colin Moran | Associate | 11.00 | $118 | $1,293 |
| | *Activity Total* | 11.00 | | $1,293 |

# EXHIBIT "C"

**Summary of SierraConstellation Partners Professional Fees by Professional Service**
For the Period January 1st through January 31st

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| **Asset Sales/Financing Process Support** | | | | |
| *Lawrence Perkins* | | | | |
| 1/3/2022 | Coordination and preparation for call w/ equity holder representative re: financing | 1.50 | $790.00 | $1,185.00 |
| 1/3/2022 | Call w/ brokers re: status | 0.80 | $790.00 | $632.00 |
| 1/3/2022 | Calls w/ various potential buyers re: sale process | 1.30 | $790.00 | $1,027.00 |
| 1/4/2022 | Calls w/ various potential buyers re: sale process | 1.80 | $790.00 | $1,422.00 |
| 1/5/2022 | Call w/ brokers and equity holder representative | 1.00 | $790.00 | $790.00 |
| 1/5/2022 | Launch call re: sale process w/ brokers and auction house | 1.00 | $790.00 | $790.00 |
| 1/5/2022 | Calls w/ brokers re: status and open items | 1.10 | $790.00 | $869.00 |
| 1/7/2022 | Calls w/ various potential buyers re: sale process | 0.80 | $790.00 | $632.00 |
| 1/7/2022 | Calls w/ brokers re: status and open items | 0.70 | $790.00 | $553.00 |
| 1/10/2022 | Correspondence re: stipulation for extension of time | 1.30 | $790.00 | $1,027.00 |
| 1/11/2022 | Working on diligence items and coordinating calls w/ brokers, etc. | 1.30 | $790.00 | $1,027.00 |
| 1/12/2022 | Working on diligence items and coordinating calls w/ brokers, etc. | 1.40 | $790.00 | $1,106.00 |
| 1/12/2022 | Review of offer and correspondence re: same | 1.20 | $790.00 | $948.00 |
| 1/13/2022 | Working on diligence items and coordinating calls w/ brokers, etc. | 1.70 | $790.00 | $1,343.00 |
| 1/14/2022 | Working on diligence items and coordinating calls w/ brokers, etc. | 1.20 | $790.00 | $948.00 |
| 1/18/2022 | Correspondence w/ brokers and media re: sale process | 1.00 | $790.00 | $790.00 |
| 1/19/2022 | Correspondence w/ brokers and media re: sale process | 1.50 | $790.00 | $1,185.00 |
| 1/20/2022 | Correspondence w/ brokers and media re: sale process | 1.10 | $790.00 | $869.00 |
| 1/21/2022 | Correspondence w/ brokers and media re: sale process | 2.30 | $790.00 | $1,817.00 |
| 1/24/2022 | Process update call w/ team | 0.60 | $790.00 | $474.00 |
| 1/26/2022 | Review of NDA and signatures re: same | 0.50 | $790.00 | $395.00 |
| | Lawrence Perkins Total | | | $19,829.00 |
| *Miles Staglik* | | | | |
| 1/4/2022 | Teleconference with A. Kirman on 944 Airole Way and work and preparing for sale | 0.40 | $580.00 | $232.00 |
| 1/4/2022 | Teleconference with L. Perkins on auction and preparing house for sale | 0.10 | $580.00 | $58.00 |
| 1/5/2022 | Teleconference with brokers and lawyers in preparation to market property | 0.90 | $580.00 | $522.00 |
| 1/10/2022 | Teleconference with Brokers Williams team | 0.50 | $580.00 | $290.00 |
| 1/11/2022 | Teleconference with A. Kirman on staging and getting property ready to sell | 0.40 | $580.00 | $232.00 |
| 1/12/2022 | Teleconference with Concierge Auctions and staging company, review timeline for marketing | 0.70 | $580.00 | $406.00 |
| 1/31/2022 | Review DIP and review summary of actual results to projected results of expenses | 0.40 | $580.00 | $232.00 |
| 1/31/2022 | Teleconference with D. Golubchik on disclosures | 0.10 | $580.00 | $58.00 |
| 1/31/2022 | Teleconference with A. Kirman on marketing | 0.40 | $580.00 | $232.00 |
| | Miles Staglik Total | | | $2,262.00 |
| *Colin Moran* | | | | |
| 1/10/2022 | Review Due Diligence checklist from Concierge | 0.20 | $235.00 | $47.00 |
| | Colin Moran Total | | | $47.00 |
| **Business Operations, Cash Management & CRO Support** | | | | |
| *Lawrence Perkins* | | | | |
| 1/3/2022 | Interim manger duties, correspondence and calls re: operational items | 1.80 | $790.00 | $1,422.00 |
| 1/3/2022 | Call w/ counsel to lender and follow up re: same | 1.00 | $790.00 | $790.00 |
| 1/4/2022 | Interim manger duties, correspondence and calls re: operational items | 1.70 | $790.00 | $1,343.00 |
| 1/4/2022 | Call w/ lender re: status | 0.70 | $790.00 | $553.00 |
| 1/5/2022 | Interim manger duties, correspondence and calls re: operational items | 2.20 | $790.00 | $1,738.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/6/2022 | Interim manger duties, correspondence and calls re: operational items | 1.80 | $790.00 | $1,422.00 |
| 1/6/2022 | Meeting at house w/ brokers re: preparation for sale | 2.00 | $790.00 | $1,580.00 |
| 1/6/2022 | Call w/ lender re: status | 0.50 | $790.00 | $395.00 |
| 1/7/2022 | Interim manger duties, correspondence and calls re: operational items | 2.40 | $790.00 | $1,896.00 |
| 1/10/2022 | Weekly all hands progress call and follow up internally re: same | 1.00 | $790.00 | $790.00 |
| 1/10/2022 | Interim manager duties, correspondence, etc. | 2.50 | $790.00 | $1,975.00 |
| 1/11/2022 | Interim manager duties, correspondence, etc. | 2.40 | $790.00 | $1,896.00 |
| 1/12/2022 | Interim manager duties, correspondence, etc. | 2.60 | $790.00 | $2,054.00 |
| 1/13/2022 | Interim manager duties, correspondence, etc. | 2.40 | $790.00 | $1,896.00 |
| 1/14/2022 | Interim manager duties, correspondence, etc. | 1.90 | $790.00 | $1,501.00 |
| 1/17/2022 | Interim manager duties, correspondence and attention to operational items | 1.50 | $790.00 | $1,185.00 |
| 1/18/2022 | Interim manager duties, correspondence and attention to operational items | 2.20 | $790.00 | $1,738.00 |
| 1/19/2022 | Interim manager duties, correspondence and attention to operational items | 2.40 | $790.00 | $1,896.00 |
| 1/20/2022 | Interim manager duties, correspondence and attention to operational items | 2.30 | $790.00 | $1,817.00 |
| 1/21/2022 | Interim manager duties, correspondence and attention to operational items | 0.80 | $790.00 | $632.00 |
| 1/24/2022 | Interim manager work, calls and correspondence w/ team re: operational items | 2.60 | $790.00 | $2,054.00 |
| 1/25/2022 | Interim manager work, calls and correspondence w/ team re: operational items | 2.50 | $790.00 | $1,975.00 |
| 1/26/2022 | Interim manager work, calls and correspondence w/ team re: operational items | 2.40 | $790.00 | $1,896.00 |
| 1/27/2022 | Interim manager work, calls and correspondence w/ team re: operational items | 2.70 | $790.00 | $2,133.00 |
| 1/29/2022 | Interim manager work, calls and correspondence w/ team re: operational items | 2.90 | $790.00 | $2,291.00 |
| 1/31/2022 | Interim manager work, calls and correspondence w/ team re: operational items | 2.30 | $790.00 | $1,817.00 |
| 1/31/2022 | Interim manager work; calls and correspondence with team re: operational items | 2.30 | $790.00 | $1,817.00 |
| | **Lawrence Perkins Total** | | | **$42,502.00** |

*Miles Staglik*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/2/2022 | Email and call with M. Pyle of Centurion LV | 0.20 | $580.00 | $116.00 |
| 1/3/2022 | Work on and review and respond to various emails and calls | 2.00 | $580.00 | $1,160.00 |
| 1/3/2022 | Meet at house with contractor, stone guys, drain guys and concrete guys, discuss repairs and work | 3.70 | $580.00 | $2,146.00 |
| 1/3/2022 | Emails and teleconference with Vesta Home on finalizing staging and payments | 0.60 | $580.00 | $348.00 |
| 1/3/2022 | Teleconference with R. Vasquez of Good Panda Landscaping on some tree trimming, landscaping, interior plants for staging | 0.40 | $580.00 | $232.00 |
| 1/4/2022 | Work on and review and respond to various emails and calls | 1.40 | $580.00 | $812.00 |
| 1/4/2022 | Teleconference with B. Baer on staging of 944 Airole Way | 0.30 | $580.00 | $174.00 |
| 1/4/2022 | Teleconference with A. Kirman on 944 Airole Way | 0.20 | $580.00 | $116.00 |
| 1/4/2022 | Negotiate with landscapers and review invoice, agree on scope of work and prepare for payment | 0.40 | $580.00 | $232.00 |
| 1/4/2022 | Teleconference with electricians and audio visual company on finalizing work at 944 Airole Way | 0.70 | $580.00 | $406.00 |
| 1/4/2022 | Meet with contractors, stagers and landscapers at 944 Airole Way | 3.00 | $580.00 | $1,740.00 |
| 1/4/2022 | Teleconference with M. Austin on preparing 944 Airole way for sale and repairs | 0.40 | $580.00 | $232.00 |
| 1/4/2022 | Teleconference with contractor on work at 944 Airole Way | 0.80 | $580.00 | $464.00 |
| 1/5/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/5/2022 | Meeting on property with stagers, landscapers, tile and stone guys, meet with concrete contractors about driveway, walk house with broker staff, discuss drainage issues with gardener, meet with pool guys | 4.50 | $580.00 | $2,610.00 |
| 1/5/2022 | Calls and emails with A. Kirman and his team regarding repairs and timeline for selling house | 0.70 | $580.00 | $406.00 |
| 1/5/2022 | Teleconference with R. Selby, electrician, and AV team regarding repairs and replacing some lights and breakers | 0.40 | $580.00 | $232.00 |
| 1/6/2022 | Work on and review and respond to various emails and calls | 1.50 | $580.00 | $870.00 |
| 1/6/2022 | Work at property; meet stagers and plant vendors, work on layouts, meet concrete and tile contractors, meet and walk property with brokers, meet with attorneys at house, work with water remediation clean up team, meeting with security and discuss go forward plan, meet and diagnose AV issues and electrical issues | 8.00 | $580.00 | $4,640.00 |
| 1/6/2022 | Teleconference with A. Kirman on work to finalize before showings | 0.40 | $580.00 | $232.00 |
| 1/6/2022 | Teleconference with florist on staging flowers for showings | 0.20 | $580.00 | $116.00 |
| 1/7/2022 | Work on and review and respond to various emails and calls | 1.70 | $580.00 | $986.00 |
| 1/7/2022 | On property work with contractors, meet with drain guys, meet with landscapers and interior plant and flower people, meet and discuss rooms with stagers, meet with HVAC company, meet and consult with AV company, discuss work with electrician, meet with security and agree to have three armed guards for property, discuss remodel of sky view kitchen | 7.00 | $580.00 | $4,060.00 |
| 1/7/2022 | Visit stone yards with contractors to buy materials to fix repairs and safety issues around property | 1.80 | $580.00 | $1,044.00 |
| 1/8/2022 | Walk property with brokers and stager, discuss marketing materials and promotion of house, meet with gardeners and landscapers to finalize outdoor and indoor plants for showings | 3.50 | $580.00 | $2,030.00 |
| 1/8/2022 | Call and email with florist | 0.30 | $580.00 | $174.00 |
| 1/9/2022 | Review contracts from stagers, florist, bids for concrete and paver work | 0.50 | $580.00 | $290.00 |
| 1/9/2022 | Teleconference with general contractor and discuss work to complete | 0.40 | $580.00 | $232.00 |
| 1/9/2022 | Call and emails with security team | 0.30 | $580.00 | $174.00 |
| 1/9/2022 | Work on and review and respond to various emails and calls | 0.80 | $580.00 | $464.00 |
| 1/10/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 1/10/2022 | Work on site at property, work with staging company, electrician, hardwood flooring guys, water remediation and drywall guys, walk property with brokers, work with stone guys and landscapers, review project costs | 9.00 | $580.00 | $5,220.00 |
| 1/10/2022 | Teleconference with Concierge Auctions, Brokers, L. Perkins and C. Moran | 0.40 | $580.00 | $232.00 |
| 1/11/2022 | Work on and review and respond to various emails and calls | 0.80 | $580.00 | $464.00 |
| 1/11/2022 | Work on site at property, work with staging company, handyman, hardwood flooring guys, water remediation and drywall guys, carpet guys, walk property with Concierge Auctions, work with stone guys and landscapers, work with pool guys, discuss driveway with concrete team and masons, review project costs | 10.50 | $580.00 | $6,090.00 |
| 1/12/2022 | Work on and review and respond to various emails and calls | 1.30 | $580.00 | $754.00 |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 1/12/2022 | Work on site at property, work with hardwood flooring guys, water remediation and drywall guys, meet with tape and float guys, meet with painters, walk property with brokers, review work from stone guys and landscapers, work with AV team, discuss cleaning up service kitchen, walk property with window washing company for bid | 8.00 | $580.00 | $4,640.00 |
| 1/12/2022 | Teleconference with R. Selby Electric | 0.30 | $580.00 | $174.00 |
| 1/13/2022 | Work on and review and respond to various emails and calls | 1.50 | $580.00 | $870.00 |
| 1/13/2022 | Work on property with stone and driveway guys, landscapers, drywall and insulation team, discuss painting and timeline, walk with Concierge Auctions, work with Stagers on furniture and artwork, calls and onsite work with Electrician, work with Brunswick on bowling alley, work with pool guys and gardeners, discuss plantings with landscapers | 7.00 | $580.00 | $4,060.00 |
| 1/13/2022 | Teleconference with B. Baer from Vesta Home on staging | 0.10 | $580.00 | $58.00 |
| 1/14/2022 | Work on site at property, work with electricians and AV guys, work Brunswick bowling team, gardeners, with staging company, handyman, hardwood flooring guys, water remediation and drywall guys, carpet guys, walk property with Concierge Auctions, work with stone guys and landscapers, review costs with J. Maba | 5.00 | $580.00 | $2,900.00 |
| 1/14/2022 | Work on and review and respond to various emails and calls | 1.20 | $580.00 | $696.00 |
| 1/15/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 1/16/2022 | Work on and review and respond to various emails and calls | 0.40 | $580.00 | $232.00 |
| 1/17/2022 | Review and respond to various emails | 0.50 | $580.00 | $290.00 |
| 1/19/2022 | Emails and calls with stagers regarding property | 0.30 | $580.00 | $174.00 |
| 1/19/2022 | Video Conference with C. Moran and Plus Development on status of Certificate of Occupancy | 0.60 | $580.00 | $348.00 |
| 1/20/2022 | Teleconference with C. Moran on payments | 0.10 | $580.00 | $58.00 |
| 1/20/2022 | Review and process payments | 0.10 | $580.00 | $58.00 |
| 1/22/2022 | Call with Vesta Home on staging | 0.40 | $580.00 | $232.00 |
| 1/23/2022 | Walk property with general contractor, review work notes, discuss with guards, calls with cleaners and drain people, calls with stagers and flower vendors, call with landscapers | 5.00 | $580.00 | $2,900.00 |
| 1/23/2022 | Teleconference with C. Moran and K. Rotondi on furnishings in the house re Vesta | 0.50 | $580.00 | $290.00 |
| 1/24/2022 | Work on and review and respond to various emails and calls | 1.50 | $580.00 | $870.00 |
| 1/24/2022 | Work on site at property, repairs and cleaning up items, review staging and plants and landscaping | 6.00 | $580.00 | $3,480.00 |
| 1/24/2022 | Call with GC J. Maba to discuss work at site | 0.70 | $580.00 | $406.00 |
| 1/25/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 1/25/2022 | Work on site at property, repairs and cleaning up items, discuss outstanding work with contractors, review work by trades | 5.00 | $580.00 | $2,900.00 |
| 1/25/2022 | Call with GC J. Maba to discuss work at site | 0.40 | $580.00 | $232.00 |
| 1/26/2022 | Work on and review and respond to various emails and calls | 1.20 | $580.00 | $696.00 |
| 1/26/2022 | Work on site at property, repairs and cleaning up items, discuss outstanding work with contractors, review work by trades | 5.50 | $580.00 | $3,190.00 |
| 1/26/2022 | Call with GC J. Maba to discuss work at site | 0.50 | $580.00 | $290.00 |
| 1/27/2022 | Work on and review and respond to various emails and calls | 2.00 | $580.00 | $1,160.00 |
| 1/27/2022 | Work on site at property, repairs and cleaning up items, discuss outstanding work with contractors, review work by trades | 7.00 | $580.00 | $4,060.00 |
| 1/27/2022 | Teleconference with florist T. Rae | 0.30 | $580.00 | $174.00 |

| | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | 1/28/2022 | Work on and review and respond to various emails and calls | 0.80 | $580.00 | $464.00 |
| | 1/28/2022 | Work on site at property, repairs and cleaning up items, discuss outstanding work with contractors, review work by trades | 4.00 | $580.00 | $2,320.00 |
| | 1/28/2022 | Call with GC J. Maba to discuss work at site | 0.30 | $580.00 | $174.00 |
| | 1/29/2022 | Work on and review and respond to various emails and calls | 0.30 | $580.00 | $174.00 |
| | 1/29/2022 | Work on site at property, repairs and cleaning up items, | 1.00 | $580.00 | $580.00 |
| | 1/29/2022 | Teleconference with florist T. Rae | 0.20 | $580.00 | $116.00 |
| | 1/30/2022 | Work on and review and respond to various emails and calls | 0.50 | $580.00 | $290.00 |
| | 1/30/2022 | Visit property to review final landscaping and check on work | 1.40 | $580.00 | $812.00 |
| | 1/31/2022 | Work on site at property, repairs and cleaning up items | 5.00 | $580.00 | $2,900.00 |
| | 1/31/2022 | Teleconference with Vesta Home | 0.60 | $580.00 | $348.00 |
| | 1/31/2022 | Teleconference with T. Lanes regarding Vesta Home | 0.30 | $580.00 | $174.00 |
| | 1/31/2022 | Teleconference with J. Maba on work at house and completion dates | 0.40 | $580.00 | $232.00 |
| | 1/31/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| | | Miles Staglik Total | | | $86,420.00 |
| Colin Moran | | | | | |
| | 1/4/2022 | Emails re Vesta invoices; Send Wire to Vesta | 0.50 | $235.00 | $117.50 |
| | 1/5/2022 | Set up payments for various vendors | 0.30 | $235.00 | $70.50 |
| | 1/5/2022 | Review bank activity for Dec and compile reports re MOR and UST Q Fees | 1.50 | $235.00 | $352.50 |
| | 1/6/2022 | Search and find vendor for water removal | 0.70 | $235.00 | $164.50 |
| | 1/7/2022 | Setup payments for various vendors | 0.20 | $235.00 | $47.00 |
| | 1/7/2022 | Related phone calls and emails to get elevators to work | 1.00 | $235.00 | $235.00 |
| | 1/7/2022 | Outline variance to actuals for month of december for Hankey | 0.80 | $235.00 | $188.00 |
| | 1/8/2022 | Purchase transformers for elevators and setup payments for various vendors | 0.50 | $235.00 | $117.50 |
| | 1/9/2022 | Setup payment for vendor | 0.10 | $235.00 | $23.50 |
| | 1/10/2022 | Teleconference w/ Concierge and Brokers re status update | 0.40 | $235.00 | $94.00 |
| | 1/10/2022 | Emails / texts with vendors to get updated information re Flowers and Elevator | 0.80 | $235.00 | $188.00 |
| | 1/10/2022 | Setup payments for various vendors | 0.40 | $235.00 | $94.00 |
| | 1/10/2022 | Diligence for vendors for re window washing and trash pickup | 1.00 | $235.00 | $235.00 |
| | 1/10/2022 | Emails / review documents with vendor re Vesta | 0.50 | $235.00 | $117.50 |
| | 1/11/2022 | Trash Pickup diligence / signup for electronic access for LADWP | 0.50 | $235.00 | $117.50 |
| | 1/12/2022 | Various Phone calls and emails with Window Washer re Elite Window Cleaning | 1.00 | $235.00 | $235.00 |
| | 1/12/2022 | Phonecall with Trash Pickup re Athens | 0.50 | $235.00 | $117.50 |
| | 1/12/2022 | Setup payments for various vendors | 0.20 | $235.00 | $47.00 |
| | 1/13/2022 | Setup payments for various vendors | 0.20 | $235.00 | $47.00 |
| | 1/13/2022 | Phonecall with Trash Pickup re Athens | 0.70 | $235.00 | $164.50 |
| | 1/14/2022 | Meeing with various vendors at property | 0.80 | $235.00 | $188.00 |
| | 1/14/2022 | Tour of property; creating punchlist with M. Staglik and team for handyman | 3.00 | $235.00 | $705.00 |
| | 1/14/2022 | Tour of Property w/ former interior designer of property | 1.00 | $235.00 | $235.00 |
| | 1/14/2022 | Setup payments for various vendors | 0.20 | $235.00 | $47.00 |
| | 1/15/2022 | Teleconference w/ J. Maba on project timing | 0.50 | $235.00 | $117.50 |
| | 1/17/2022 | Pickup food for contractors working at house | 0.50 | $235.00 | $117.50 |
| | 1/17/2022 | Teleconference w/ Brokers and Concierge re Weekly Status Update Call | 0.50 | $235.00 | $117.50 |
| | 1/17/2022 | Various Conversations and meetings w/ K. Papoui and J. Maba on Project Timeline | 1.50 | $235.00 | $352.50 |
| | 1/17/2022 | Status Update and Tour property with J. Maba | 1.40 | $235.00 | $329.00 |
| | 1/17/2022 | Investigate site plans for due diligence questions from potential buyer | 0.90 | $235.00 | $211.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/17/2022 | Review Crestlloyd insurance docs for worker's insurance re Contractors for J. Maba | 0.40 | $235.00 | $94.00 |
| 1/17/2022 | Revise To Do List for handyman | 0.20 | $235.00 | $47.00 |
| 1/18/2022 | Tour Property with M. Tidwell from Cushman & Wakefield | 2.00 | $235.00 | $470.00 |
| 1/18/2022 | Teleconference w/ J. Maba on items needed for House | 0.20 | $235.00 | $47.00 |
| 1/18/2022 | Various emails and phone calls with vendors re scheduling and payment | 1.20 | $235.00 | $282.00 |
| 1/18/2022 | Video Conference with M. Staglik and Plus Development on status of Certificate of Occupancy and follow up email | 0.70 | $235.00 | $164.50 |
| 1/18/2022 | Teleconference w/ J. Maba on project developments re Driveway and Water drainage | 0.30 | $235.00 | $70.50 |
| 1/18/2022 | Various conversations and status updates w/ J. Maba re Open Projects | 1.50 | $235.00 | $352.50 |
| 1/18/2022 | Setup payments for various vendors | 0.30 | $235.00 | $70.50 |
| 1/18/2022 | Create duplicate keys for the mechanic rooms | 1.00 | $235.00 | $235.00 |
| 1/18/2022 | Meeting w/ K. Papoui on Project Timeline | 0.50 | $235.00 | $117.50 |
| 1/19/2022 | Meeting with City Engineer on power for house and related emails | 0.80 | $235.00 | $188.00 |
| 1/19/2022 | Finalize To Do list for Handyman and discuss projects throughout house | 0.90 | $235.00 | $211.50 |
| 1/19/2022 | Coordinate follow up meeting with Plus development and LNBYG re Certificate of Occupancy | 0.60 | $235.00 | $141.00 |
| 1/19/2022 | Emails and research on liability insurance for the property for Hankey | 0.50 | $235.00 | $117.50 |
| 1/19/2022 | Teleconference w/ K. Rotondi re Doors and Walls Contact Info | 0.20 | $235.00 | $47.00 |
| 1/19/2022 | Meet with contractors and J. Maba re Driveway, Water Drainage, and Paint | 1.50 | $235.00 | $352.50 |
| 1/19/2022 | Teleconference w/ Athen Services re Trash Services | 0.60 | $235.00 | $141.00 |
| 1/19/2022 | Email to Good Panda for updates to landscaping for house and guest house | 0.20 | $235.00 | $47.00 |
| 1/19/2022 | Purchase various furnishings for the house | 1.00 | $235.00 | $235.00 |
| 1/19/2022 | Various emails and payments re vendors | 0.50 | $235.00 | $117.50 |
| 1/20/2022 | Reach out / schedule Plumber for Broken Toilet and plugged drain | 0.50 | $235.00 | $117.50 |
| 1/20/2022 | Setup payments for various vendors | 0.20 | $235.00 | $47.00 |
| 1/20/2022 | Status Updates and Tour property with J. Maba re Drywall, Sealant Work | 1.20 | $235.00 | $282.00 |
| 1/20/2022 | Meeting with Mike from Residential elevators re Elevator and coordination with R. Selby | 0.90 | $235.00 | $211.50 |
| 1/20/2022 | Meeting w/ K. Papoui on Project Timeline | 0.50 | $235.00 | $117.50 |
| 1/20/2022 | Teleconference w/ M. Staglik on case status | 0.20 | $235.00 | $47.00 |
| 1/20/2022 | Meeting w/ R. Selby re City Inspector and temp power | 0.20 | $235.00 | $47.00 |
| 1/20/2022 | Teleconference with M. Staglik on payments | 0.10 | $235.00 | $23.50 |
| 1/20/2022 | Teleconference with M. Staglik on payments | 0.10 | $235.00 | $23.50 |
| 1/21/2022 | Meeting w/ K. Papoui on Project Timeline | 0.50 | $235.00 | $117.50 |
| 1/21/2022 | Setup payments for various vendors | 0.20 | $235.00 | $47.00 |
| 1/21/2022 | Follow up Meeting with Mike re Elevators and follow up emails | 0.80 | $235.00 | $188.00 |
| 1/21/2022 | Follow up phonecall on Trash re Athen Services | 0.30 | $235.00 | $70.50 |
| 1/21/2022 | Meeting with Ricardo and J.Maba at Property re Doors | 1.10 | $235.00 | $258.50 |
| 1/21/2022 | Pickup snacks and food for contractors working at house | 0.50 | $235.00 | $117.50 |
| 1/21/2022 | Meeting w/ J. Maba to create Working List | 1.10 | $235.00 | $258.50 |
| 1/21/2022 | Meet with Cleaning Crew and specify certain key areas of the house to clean | 0.20 | $235.00 | $47.00 |
| 1/21/2022 | Walk property with J. Maba review project status re Drywall and Sealant for front Water areas | 0.70 | $235.00 | $164.50 |
| 1/21/2022 | Teleconference with Art Angels re Fixtures for front room | 0.10 | $235.00 | $23.50 |
| 1/21/2022 | Teleconference with R. Selby on transformer for Elevator | 0.10 | $235.00 | $23.50 |
| 1/23/2022 | Teleconference with M. Staglik and K. Rotondi on furnishings in the house re Vesta | 0.50 | $235.00 | $117.50 |

| | | | | |
|---|---|---|---|---|
| 1/24/2022 | Teleconference with Brokers and Concierge re Weekly Status Update Call | 0.80 | $235.00 | $188.00 |
| 1/24/2022 | Revise Open Projects List | 0.20 | $235.00 | $47.00 |
| 1/24/2022 | Setup Payments for Vendors | 0.10 | $235.00 | $23.50 |
| 1/24/2022 | Emails re Contracts and Phone calls with Vendor for Flowers | 0.30 | $235.00 | $70.50 |
| 1/24/2022 | Zoom call with Development Company re CofO | 0.30 | $235.00 | $70.50 |
| 1/24/2022 | Emails and review of vendor contract for Trash Pickup | 0.20 | $235.00 | $47.00 |
| 1/25/2022 | Setup Payments for Vendors | 0.20 | $235.00 | $47.00 |
| 1/25/2022 | Emails re CofO and coordination of follow-up meeting with development company | 0.50 | $235.00 | $117.50 |
| 1/25/2022 | Create Showing Calendar for Google Sheets to coordinate showings with Brokers | 0.50 | $235.00 | $117.50 |
| 1/25/2022 | Calls and messages with Mike from Residential Elevators to coordinate inspection | 0.20 | $235.00 | $47.00 |
| 1/26/2022 | Review Emails in renderings for the property | 0.20 | $235.00 | $47.00 |
| 1/26/2022 | Setup Payments for Vendors | 0.20 | $235.00 | $47.00 |
| 1/26/2022 | Emails / calls with vendors to coordinate times re Window Cleaners | 0.20 | $235.00 | $47.00 |
| 1/26/2022 | Emails regarding liability / general insurance and additional insureds | 0.20 | $235.00 | $47.00 |
| 1/26/2022 | Review Crestlloyd insurance policies booklet from Lockton | 0.30 | $235.00 | $70.50 |
| 1/26/2022 | Review debt summary re claims on property | 0.50 | $235.00 | $117.50 |
| 1/26/2022 | Review updated appraisal for property | 0.50 | $235.00 | $117.50 |
| 1/27/2022 | Emails and Calls with window cleaners | 0.30 | $235.00 | $70.50 |
| 1/27/2022 | Setup Payments for Vendors | 0.20 | $235.00 | $47.00 |
| 1/27/2022 | Draft up variance to budget materials for week ending 1-21-22 | 1.20 | $235.00 | $282.00 |
| 1/27/2022 | Emails with vendor re payment for services | 0.30 | $235.00 | $70.50 |
| 1/27/2022 | Various phone calls with Frontier re Phone Service in Elevators | 0.40 | $235.00 | $94.00 |
| 1/27/2022 | Emails and review of older invoices from K. Rotondi | 0.30 | $235.00 | $70.50 |
| 1/28/2022 | Setup Payments for Vendors | 0.20 | $235.00 | $47.00 |
| 1/28/2022 | Various follow-up phone calls with Frontier re Phone Service in Elevators | 0.20 | $235.00 | $47.00 |
| 1/28/2022 | Review older invoices for Vertex Companies | 0.20 | $235.00 | $47.00 |
| 1/30/2022 | Emails and calls with window washers and carpet cleaners re scheduling | 0.20 | $235.00 | $47.00 |
| 1/31/2022 | Weekly Progress Update call with Concierge | 0.30 | $235.00 | $70.50 |
| 1/31/2022 | Followup Email regarding Liability Insurance | 0.10 | $235.00 | $23.50 |
| 1/31/2022 | Update Variance to Budget materials for week ending 1-28-22 | 0.80 | $235.00 | $188.00 |
| 1/31/2022 | Setup Payments for Vendors | 0.20 | $235.00 | $47.00 |
| | | Colin Moran Total | | $13,512.50 |

**Case Administration**

*Miles Staglik*

| | | | | |
|---|---|---|---|---|
| 1/6/2022 | Call with C. Moran on case status | 0.30 | $580.00 | $174.00 |
| 1/10/2022 | Teleconference with C. Moran on case status | 0.50 | $580.00 | $290.00 |
| 1/11/2022 | Teleconference with C. Moran on Case Status | 0.40 | $580.00 | $232.00 |
| 1/11/2022 | Teleconference with C. Moran on Case Status | 0.10 | $580.00 | $58.00 |
| 1/13/2022 | Update call with C. Moran on case status and work streams | 0.20 | $580.00 | $116.00 |
| 1/16/2022 | Teleconference w/ C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 1/17/2022 | Update call with J. Maba, general contractor on status on work at house | 0.40 | $580.00 | $232.00 |
| 1/18/2022 | Update call with J. Maba, general contractor on status on work at house | 0.80 | $580.00 | $464.00 |
| 1/19/2022 | Update call with J. Maba, general contractor on status on work at house | 0.30 | $580.00 | $174.00 |
| 1/20/2022 | Teleconference with C. Moran on case status and work progress | 0.20 | $580.00 | $116.00 |
| 1/21/2022 | Update call with J. Maba, general contractor on status on work at house | 0.50 | $580.00 | $290.00 |
| 1/22/2022 | Update call with J. Maba, general contractor on status on work at house | 0.40 | $580.00 | $232.00 |
| 1/23/2022 | Teleconference with C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 1/23/2022 | Teleconference with C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 1/24/2022 | Teleconference with C. Moran on case status | 0.20 | $580.00 | $116.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/24/2022 | Teleconference with C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 1/25/2022 | Various teleconferences with C. Moran on project updates and case status | 0.40 | $580.00 | $232.00 |
| 1/26/2022 | Teleconference with C. Moran on case status | 0.30 | $580.00 | $174.00 |
| 1/28/2022 | Teleconference with C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 1/29/2022 | Teleconference with C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 1/31/2022 | Teleconference with C. Moran on case status | 0.30 | $580.00 | $174.00 |
| 1/31/2022 | Teleconference with L. Perkins on case status | 0.30 | $580.00 | $174.00 |
| | | Miles Staglik Total | | $3,596.00 |

**Colin Moran**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/3/2022 | Review Yogi Opp to DIP motion and related emails | 0.50 | $235.00 | $117.50 |
| 1/4/2022 | Review Yogi's POC documents and related emails | 1.00 | $235.00 | $235.00 |
| 1/4/2022 | Outline Dec MSR and replicate for Oct and Nov | 2.00 | $235.00 | $470.00 |
| 1/4/2022 | Review Insurance documents and track down additonal insureds information | 0.70 | $235.00 | $164.50 |
| 1/4/2022 | Review various emails and docs re MSR Reports and Fee statements | 1.00 | $235.00 | $235.00 |
| 1/5/2022 | Review emails and documents re Application to Employ | 0.70 | $235.00 | $164.50 |
| 1/5/2022 | Review limited objection by Yogi to bidding procedures | 0.50 | $235.00 | $117.50 |
| 1/5/2022 | Teleconference with Concierge and Brokers to review bidding procedures and discuss Yogi Opp | 1.00 | $235.00 | $235.00 |
| 1/5/2022 | Review opp to bidding procedures by Inferno | 0.50 | $235.00 | $117.50 |
| 1/5/2022 | Finalize Dec MORs and related MSRs | 1.00 | $235.00 | $235.00 |
| 1/6/2022 | Review updated language to bidder terms and conditions and related emails | 0.50 | $235.00 | $117.50 |
| 1/6/2022 | Review POC from Centurion and related emails | 0.60 | $235.00 | $141.00 |
| 1/6/2022 | Call with M. Staglik on case status | 0.30 | $235.00 | $70.50 |
| 1/6/2022 | Review written counteroffer document | 0.20 | $235.00 | $47.00 |
| 1/6/2022 | Review Prelim marketing plan for property and related emails in prep for Opp call | 0.50 | $235.00 | $117.50 |
| 1/7/2022 | Review Hilldun POC and related emails | 0.70 | $235.00 | $164.50 |
| 1/7/2022 | Review receiver reports to track down house events prior to October and related emails | 0.70 | $235.00 | $164.50 |
| 1/7/2022 | Review claims register and related emails re Centurion unsecured claim | 1.00 | $235.00 | $235.00 |
| 1/7/2022 | Review Stip to extend dates of Auction / DIP | 0.30 | $235.00 | $70.50 |
| 1/10/2022 | Teleconference w/ M. Staglik on case status | 0.50 | $235.00 | $117.50 |
| 1/10/2022 | Teleconference w/ M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 1/10/2022 | Teleconference w/ M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 1/10/2022 | Teleconference w/ M. Staglik on case status | 0.20 | $235.00 | $47.00 |
| 1/10/2022 | Emails / edits to December MOR | 0.50 | $235.00 | $117.50 |
| 1/11/2022 | Teleconference w/ M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 1/11/2022 | Teleconference w/ M. Staglik on case status | 0.40 | $235.00 | $94.00 |
| 1/11/2022 | Review emails and documents re Hildun POC | 0.50 | $235.00 | $117.50 |
| 1/11/2022 | Review emails and documents re Receiver / Counsel Admin claim | 0.50 | $235.00 | $117.50 |
| 1/11/2022 | Email to UST confriming UST as additional insured | 0.10 | $235.00 | $23.50 |
| 1/12/2022 | Teleconference w/ M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 1/12/2022 | Teleconference w/ M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 1/12/2022 | Review claims list for Snyder Diamond claim | 0.40 | $235.00 | $94.00 |
| 1/12/2022 | Review emails / documents re centurion Claim and promissory note | 0.50 | $235.00 | $117.50 |
| 1/15/2022 | Create list by room / area for handyman w/ pictures | 0.80 | $235.00 | $188.00 |
| 1/15/2022 | review emails re CofO | 0.20 | $235.00 | $47.00 |
| 1/16/2022 | Teleconference w/ M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 1/17/2022 | Teleconference w/ M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 1/17/2022 | Update Vendor List | 0.30 | $235.00 | $70.50 |
| 1/17/2022 | Review Emails and messages re POCs and Claims from 1/14 | 0.70 | $235.00 | $164.50 |
| 1/20/2022 | Pulldown Jan Bank statements for Hankey Reporting | 0.50 | $235.00 | $117.50 |
| 1/20/2022 | Review and Update December MOR and related documents | 1.60 | $235.00 | $376.00 |
| 1/21/2022 | Attempt to setup payment for UST, reach out to M. Staglik and N. Madoyan for account number | 0.40 | $235.00 | $94.00 |
| 1/22/2022 | Review emails / documents re POCs from Hankey, Inferno, Yogi claims | 1.20 | $235.00 | $282.00 |

| | | | | | |
|---|---|---|---|---|---|
| | 1/22/2022 | Review and Organize Jan Payments for DIP Budget Variance to Actuals | 0.50 | $235.00 | $117.50 |
| | 1/23/2022 | Teleconference with M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| | 1/23/2022 | Teleconference with M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| | 1/24/2022 | Teleconference with M. Staglik on case status | 0.20 | $235.00 | $47.00 |
| | 1/24/2022 | Teleconference with M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| | 1/25/2022 | Emails related to paying of Quarterly Fee and payment of UST Quarterly Fee | 0.40 | $235.00 | $94.00 |
| | 1/25/2022 | Various Teleconference calls with M. Staglik on project updates and status | 0.40 | $235.00 | $94.00 |
| | 1/26/2022 | Teleconference with M. Staglik on case status | 0.30 | $235.00 | $70.50 |
| | 1/28/2022 | Teleconference with M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| | 1/28/2022 | Review secured promissory note and other docs re Yogi | 1.10 | $235.00 | $258.50 |
| | 1/29/2022 | Teleconference with M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| | 1/31/2022 | Review Yogi POC and related debt summary documents | 1.50 | $235.00 | $352.50 |
| | 1/31/2022 | Teleconference with M. Staglik on case status | 0.30 | $235.00 | $70.50 |
| | | | **Colin Moran Total** | | **$6,791.50** |

**Court Filings/Pleadings, Plan and Disclosure Statement**

*Miles Staglik*

| | | | | | |
|---|---|---|---|---|---|
| | 1/3/2022 | Review applications and other court filings | 0.60 | $580.00 | $348.00 |
| | 1/4/2022 | Review court filings and proofs of claim on Crestlloyd LLC | 1.70 | $580.00 | $986.00 |
| | 1/5/2022 | Review bid procedures objections by Yogi Securities and Inferno Investment | 0.60 | $580.00 | $348.00 |
| | 1/5/2022 | Review claims filed to date | 1.00 | $580.00 | $580.00 |
| | 1/9/2022 | Review and read claims filed to date, investigate validity of claims | 3.00 | $580.00 | $1,740.00 |
| | 1/14/2022 | Review claims filed and paper work supporting claims | 1.00 | $580.00 | $580.00 |
| | 1/15/2022 | Review claims and liens filed, review Schedules and Statements | 2.50 | $580.00 | $1,450.00 |
| | 1/20/2022 | Review claims filed | 2.00 | $580.00 | $1,160.00 |
| | 1/21/2022 | Review claims | 0.50 | $580.00 | $290.00 |
| | 1/25/2022 | Review claims filed | 1.50 | $580.00 | $870.00 |
| | 1/26/2022 | Review claims filed | 2.00 | $580.00 | $1,160.00 |
| | 1/27/2022 | Review claims filed | 0.50 | $580.00 | $290.00 |
| | 1/28/2022 | Review claims filed | 1.00 | $580.00 | $580.00 |
| | | | **Miles Staglik Total** | | **$10,382.00** |

**Court Hearing/341 Meetings/Preparation & Attendance at Hearings**

*Lawrence Perkins*

| | | | | | |
|---|---|---|---|---|---|
| | 1/3/2022 | Preparation for hearing and responses to objections | 1.00 | $790.00 | $790.00 |
| | 1/4/2022 | Preparation for hearing and responses to objections | 1.20 | $790.00 | $948.00 |
| | 1/6/2022 | Preparation for hearing | 1.30 | $790.00 | $1,027.00 |
| | 1/6/2022 | Hearing re: DIP motion and sale process | 2.00 | $790.00 | $1,580.00 |
| | | | **Lawrence Perkins Total** | | **$4,345.00** |

*Miles Staglik*

| | | | | | |
|---|---|---|---|---|---|
| | 1/6/2022 | Prepare for and attend court hearing on January 6, 2022 regarding limited objections | 2.00 | $580.00 | $1,160.00 |
| | 1/13/2022 | Prepare for and attend court hearing on final DIP order and amended sale dates | 1.10 | $580.00 | $638.00 |
| | 1/18/2022 | Call with flower and plant vendors, negotiate rates and timing | 0.50 | $580.00 | $290.00 |
| | 1/19/2022 | Call with Good Panda Landscaping on finishing work at 944 Airole Way | 0.20 | $580.00 | $116.00 |
| | | | **Miles Staglik Total** | | **$2,204.00** |

*Colin Moran*

| | | | | | |
|---|---|---|---|---|---|
| | 1/6/2022 | Prepare for and attend court hearing on January 6, 2022 regarding limited objections | 2.00 | $235.00 | $470.00 |
| | | | **Colin Moran Total** | | **$470.00** |

**Non-Working Travel**

*Colin Moran*

| | | | | | |
|---|---|---|---|---|---|
| | 1/13/2022 | Flight / Travel from Chicago to LA | 5.50 | $117.50 | $646.25 |
| | 1/22/2022 | Travel from LA to Chicago | 5.50 | $117.50 | $646.25 |
| | | | **Colin Moran Total** | | **$1,292.50** |

# EXHIBIT "D"

**Summary of SierraConstellation Partners Expenses by Category**

For the Period January 1st through January 31st

| Reimbursable Expenses | Amount |
|---|---|
| Miscellaneous (Employee) | $530.56 |
| Airfare | $337.20 |
| Meals | $487.16 |
| Local Transportation (Taxi, Limos, etc.) | $651.88 |
| Lodging | $3,411.01 |
| **Total Expenses** | **$5,417.81** |

# EXHIBIT "E"

**Summary of SierraConstellation Partners Expenses by Detail**

For the Period January 1st through January 31st

| Activity | Date | Description | Amount |
|---|---|---|---|
| **Miscellaneous** | | | |
| *Colin Moran* | | | |
| | 1/24/2022 | Target - Snacks / Lunch food for contractors working at house | $115.56 |
| | 1/24/2022 | Overnight Parking | $15.75 |
| | 1/24/2022 | Overnight Parking | $12.75 |
| | 1/24/2022 | Overnight Parking | $18.75 |
| | 1/24/2022 | Bed Bath and Beyond - Staging materials for the house | $302.20 |
| | 1/24/2022 | Trader Joes - Snacks / Lunch for | $27.30 |
| | 1/19/2022 | Overnight Parking | $17.25 |
| | 1/24/2022 | Overnight Parking | $21.00 |
| | | **Total Miscellaneous** | **$530.56** |
| **Meals** | | | |
| *Colin Moran* | | | |
| | 1/14/2022 | Meals for 1/14 | $33.50 |
| | 1/24/2022 | Meals for 1/13 | $62.20 |
| | 1/24/2022 | Meals for 1/15 | $58.13 |
| | 1/24/2022 | Meals for 1/16 | $63.97 |
| | 1/24/2022 | Meals for 1/17 | $46.38 |
| | 1/24/2022 | Meals for 1/18 | $43.42 |
| | 1/24/2022 | Meals for 1/19 | $29.18 |
| | 1/24/2022 | Meals for 1/20; Dinner w/ general contractor J. Maba | $82.87 |
| | 1/24/2022 | Meals for 1/21 | $49.52 |
| | 1/24/2022 | Meals for 1/22 | $17.99 |
| | | **Total Meals** | **$487.16** |
| **Airfare** | | | |
| *Colin Moran* | | | |
| | 1/24/2022 | Roundtrip Flight to LA from Chicago plus baggage (x2) | $337.20 |
| | | **Total Airfare** | **$337.20** |
| **Local Transportation (Taxi, Limos, etc.)** | | | |
| *Colin Moran* | | | |
| | 1/24/2022 | Uber to O'Hare | $30.75 |
| | 1/24/2022 | Hertz Rental Car for Jan 13th | $568.08 |
| | 1/24/2022 | Taxi from Chicago Airport | $53.05 |
| | | **Total Local Transportation** | **$651.88** |
| **Lodging** | | | |
| *Colin Moran* | | | |
| | 1/24/2022 | Total Lodging for Jan 13th through Jan 22nd | $3,411.01 |
| | | **Total Lodging** | **$3,411.01** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **DEBTOR'S NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, LLC** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 3, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy    kandrassy@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com**
- **Todd M Arnold    tma@lnbyg.com**
- **Jerrold L Bregman    jbregman@bg.law, ecf@bg.law**
- **Marguerite Lee DeVoll    mdevoll@watttieder.com**
- **Thomas M Geher    tmg@jmbm.com,
  bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com**
- **David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com**
- **James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com,
  mduran@hindslawgroup.com**
- **Robert B Kaplan    rbk@jmbm.com**
- **Jane G Kearl    jkearl@watttieder.com**
- **Jennifer Larkin Kneeland    jkneeland@watttieder.com**
- **Michael S Kogan    mkogan@koganlawfirm.com**
- **Noreen A Madoyan    Noreen.Madoyan@usdoj.gov**
- **Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com**
- **Sharon Oh-Kubisch    sokubisch@swelawfirm.com,
  gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com**
- **Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com**
- **Victor A Sahn    vsahn@sulmeyerlaw.com,
  pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;c
  blair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com**
- **David Seror    dseror@bg.law, ecf@bg.law**
- **Zev Shechtman    zshechtman@DanningGill.com,
  danninggill@gmail.com;zshechtman@ecf.inforuptcy.com**
- **Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Jessica Wellington    jwellington@bg.law, ecf@bg.law**

**2.  SERVED BY UNITED STATES MAIL**: On **February 3, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR,

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

on **February 3, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 3, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        **F 9013-3.1.PROOF.SERVICE**

In re Crestlloyd, LLC
D UST Receiver RSN + Amended 20
Largest
File No.: 9562

Counsel For Receiver
Brutzkus Gubner Rozansky Seror
Weber LLP
David Seror/Jessica Wellington
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Branden Williams
257 N. Cannon Dr., 2nd Fl.
Beverly Hills, CA 90210

Centurion Air, LLC
Attn: Michael T. Pyle
13932 Arrow Creek Road
Draper, UT 84020

Italian Luxury Design
4 NE 39 St.
Miami, FL 33137

KN Coating
201 E. Tamarack Ave
Inglewood, CA 90301

Made by TSI, Inc.
888 Biscayne Blvd #209
Miami, FL 33132

The Vertex Companies, Inc.
12100 Wilshire Blvd 8th floor
Los Angeles CA 90025-0000

Debtor
Crestlloyd, LLC
c/o SierraConstellation Partners LLC
355 S. Grand Avenue Suite 1450
Los Angeles, CA 90071

Biabani & Associates, Inc.
Attn: Alex Biabani
1600 Sawtelle Bl #104
Los Angeles, CA 90025

C.G.S. Custom Glass Specialists
Attn: Tom Yang
4536 Ish Drive
Simi Valley, CA 93063

Davidson Accountancy Corp.
William N. Davidson, CPA
14011 Ventura Blvd., Ste. 302
Sherman Oaks, CA 91423

Jabs Pools and Spas, LLC
Attn: Georgina Rendon
8055 Matilija Ave.
Panorma City, CA 91402

LA DWP
P.O. Box. 30808
Los Angeles, CA 90030

Midland Contractors, Inc.
Attn: Bruce Partovi
Po Box 8312
Van Nuys, CA 91409

West Coast Gates
339 Isis Ave.
Inglewood, CA 90301

Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Bradford Sheet Metal
4164 Sopp Road
Mojave, CA 93501

CAD Stone Works Inc.
Attn: Cesar Hernandez
4533 Van Nuys Bl. #201
Sherman Oaks, CA 91403

Creative Art Partners
6542 Hayes Dr.
Los Angeles, CA 90048

Dennis Palma
146 Beach Way
Monterey, CA 93940

Vesta (aka Showroom Interiors, LLC)
Attn: Julian Buckner
8905 Rex Road
Pico Rivera, CA 90660

West Valley Green Landscaping, Inc.
14761 Tupper St.
Panorama City, CA 91402