1  DAVID SEROR – Bar No. 67488
   JESSICA WELLINGTON – Bar No. 324477
2  BG LAW LLP
   21650 Oxnard Street, Suite 500
3  Woodland Hills, CA  91367
   Telephone:  (818) 827-9000
4  Facsimile:   (818) 827-9099
   Email:       dseror@bg.law
5               jwellington@bg.law

6  Counsel for Court-Appointed
   Receiver, Theodore Lanes

**FILED & ENTERED**

**FEB 09 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION OF THEODORE LANES, COURT-APPOINTED RECEIVER, AND BRUTZKUS GUBNER ROSANSKY SEROR WEBER LLP FOR ENTRY OF ORDERS ALLOWING AND DIRECTING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 543(c), 503(b)(3)(E), AND 503(b)(4)** |
| | Hearing:<br>Date:   January 27, 2022<br>Time:  11:30 a.m.<br>Place:  Courtroom 1639<br>          255 E. Temple Street<br>          Los Angeles, California 90012<br>          (via ZoomGov) |

A hearing was held at the above time and place on the "Motion of Theodore Lanes, Court-Appointed Receiver, and Brutzkus Gubner Rozansky Seror Weber LLP for Entry of Orders Allowing and Directing Immediate Payment of Administrative Claims Pursuant to 11 U.S.C. §§ 543(c), 503(b)(3)(E), and 503(b)(4)" (the "Motion," Docket No. 84).  Appearances were noted on the record.

The court having reviewed and considered the Motion and supporting evidence, the statements and representations of counsel at the hearing on the Motion, and the record in this case,

and for the reasons stated on the record at the hearing,

    IT IS HEREBY ORDERED that the Motion is granted as follows:

1. Theodore Lanes, the superseded court-appointed receiver in the state court action, has an allowed administrative priority claim in the amount of $75,445.15 pursuant to 11 U.S.C. §§ 543(c)(2) and 503(b)(3)(E).

2. BG Law LLP, counsel for the superseded court-appointed receiver, has an allowed administrative priority claim in the amount of $59,704.44 pursuant to 11 U.S.C. §§ 543(c)(2) and 503(b)(4).

3. Based on approval of Hankey Capital, LLC, the DIP lender to Crestlloyd, LLC, the debtor and debtor in possession herein ("Debtor"), within seven days of entry of this order, the Debtor will, from the DIP lender funds received by the Debtor, pay Theodore Lanes $75,445.15 and BG Law LLP $59,704.44 in satisfaction of their allowed claims in this case.

4. Upon payment of the amounts set forth above, Theodore Lanes and BG Law LLP will not hold any further claims against the Debtor or its bankruptcy estate.

###

Date: February 9, 2022

                                        Deborah J. Saltzman
                                        United States Bankruptcy Judge

DAVID SEROR – Bar No. 67488
JESSICA WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:  dseror@bg.law
  jwellington@bg.law

Counsel for Court-Appointed
Receiver, Theodore Lanes

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>            Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF THEODORE LANES, COURT-APPOINTED RECEIVER, AND BRUTZKUS GUBNER ROSANSKY SEROR WEBER LLP FOR ENTRY OF ORDERS ALLOWING AND DIRECTING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 543(c), 503(b)(3)(E), AND 503(b)(4)**<br><br><u>Hearing</u>:<br><br>Date:  January 27, 2022<br>Time:  11:30 a.m.<br>Place:  Courtroom 1639<br>        United States Bankruptcy Court<br>        255 E. Temple Street<br>        Los Angeles, CA 90012<br>        Via ZoomGov only |

On January 27, 2022 at 11:30 a.m., the Court held a hearing on the *Motion of Theodore Lanes, Court-Appointed Receiver, and Brutzkus Gubner Rozansky Seror Weber LLP for Entry of Orders Allowing and Directing Immediate Payment of Administrative Claims Pursuant to 11 U.S.C. §§ 543(c), 503(b)(3)(E), and 503(b)(4)* (the "Motion") [Doc. 84], the Honorable Deborah J. Saltzman, United States Bankruptcy Judge, presiding. David Seror appeared on behalf of movants Theodore Lanes and BG Law LLP, which was formerly known as Brutzkus Gubner Rozansky Seror Weber LLP (together, "Movants"). Other appearances are as noted on the record.

The Court having reviewed and considered the Motion and supporting evidence, no opposition to the Motion having been filed, the statements and representations of counsel at the hearing on the Motion, and having further considered the record in this case, for the reasons stated on the record at the hearing, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is approved.
2. Theodore Lanes, the superseded court-appointed receiver in the state court action, has an allowed administrative priority claim in the amount of $75,445.15 pursuant to 11 U.S.C. §§ 543(c)(2) and 503(b)(3)(E).
3. BG Law LLP, counsel for the superseded court-appointed receiver, has an allowed administrative priority claim in the amount of $59,704.44 pursuant to 11 U.S.C. §§ 543(c)(2) and 503(b)(4).
4. Based on approval of Hankey Capital, LLC, the DIP lender to Crestlloyd, LLC, the debtor and debtor in possession herein ("Debtor"), within seven (7) days of entry of this Order, the Debtor shall, from the DIP lender funds received by the Debtor, pay Theodore Lanes $75,445.15 and BG Law LLP $59,704.44 in satisfaction of their allowed claims in this case.

///
///
///

ORDER RE ADMINISTRATIVE FEES_V3_CLEAN.DOCX

5. Upon payment of the amounts set forth above, Theodore Lanes and BG Law LLP shall not hold any further claims against the Debtor or its bankruptcy estate.

IT IS SO ORDERED.

### #

Approved as to form and content:

_____
Thomas M. Geher,
Jeffer Mangels Butler & Mitchell, LLP
Counsel for Hankey Capital, LLC