United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-18205-DS |
| Crestlloyd, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 09, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Danielle R Gabai | on behalf of Interested Party Courtesy (NEF) dgabai@danninggill.com  dgabai@ecf.courtdrive.com |
| David Seror | on behalf of Interested Party Courtesy (NEF) dseror@bg.law  ecf@bg.law |
| David B Golubchik | on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| James Andrew Hinds, Jr | on behalf of Creditor Interno Investment  Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com |
| Jane G Kearl | on behalf of Interested Party J&E Texture  Inc. jkearl@watttieder.com |
| Jennifer Larkin Kneeland | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 09, 2022 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Interested Party J&E Texture Inc. jkneeland@watttieder.com, zabrams@watttieder.com

Jerrold L Bregman

on behalf of Interested Party Hilldun Corporation jbregman@bg.law ecf@bg.law

Jessica Wellington

on behalf of Other Professional Theodore Lanes jwellington@bg.law ecf@bg.law

Jessica Wellington

on behalf of Interested Party Courtesy (NEF) jwellington@bg.law ecf@bg.law

Kyra E Andrassy

on behalf of Interested Party Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lindsey L Smith

on behalf of Debtor Crestlloyd LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Marguerite Lee DeVoll

on behalf of Interested Party J&E Texture Inc. mdevoll@watttieder.com, zabrams@watttieder.com

Mark Shinderman

on behalf of Creditor Yogi Securities Holdings LLC mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

Michael S Kogan

on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com

Noreen A Madoyan

on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Robert B Kaplan

on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com

Ronald N Richards

on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com morani@ronaldrichards.com

Ryan D O'Dea

on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com lgauthier@shulmanbastian.com

Sharon Oh-Kubisch

on behalf of Interested Party Courtesy (NEF) sokubisch@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Thomas M Geher

on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Todd M Arnold

on behalf of Debtor Crestlloyd LLC tma@lnbyg.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Victor A Sahn

on behalf of Interested Party Courtesy (NEF) vsahn@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

William Schumacher

on behalf of Creditor Yogi Securities Holdings LLC wschumac@milbank.com, autodocketecf@milbank.com

Zev Shechtman

on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 25

```
 1  DAVID SEROR – Bar No. 67488
    JESSICA WELLINGTON – Bar No. 324477
 2  BG LAW LLP
    21650 Oxnard Street, Suite 500
 3  Woodland Hills, CA  91367
    Telephone:  (818) 827-9000
 4  Facsimile:   (818) 827-9099
    Email:       dseror@bg.law
 5               jwellington@bg.law

 6  Counsel for Court-Appointed
    Receiver, Theodore Lanes
 7
```

**FILED & ENTERED**

**FEB 09 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>         Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF THEODORE LANES, COURT-APPOINTED RECEIVER, AND BRUTZKUS GUBNER ROSANSKY SEROR WEBER LLP FOR ENTRY OF ORDERS ALLOWING AND DIRECTING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 543(c), 503(b)(3)(E), AND 503(b)(4)**<br><br>Hearing:<br>Date:  January 27, 2022<br>Time:  11:30 a.m.<br>Place: Courtroom 1639<br>           255 E. Temple Street<br>           Los Angeles, California 90012<br>           (via ZoomGov) |

A hearing was held at the above time and place on the "Motion of Theodore Lanes, Court-Appointed Receiver, and Brutzkus Gubner Rozansky Seror Weber LLP for Entry of Orders Allowing and Directing Immediate Payment of Administrative Claims Pursuant to 11 U.S.C. §§ 543(c), 503(b)(3)(E), and 503(b)(4)" (the "Motion," Docket No. 84).  Appearances were noted on the record.

The court having reviewed and considered the Motion and supporting evidence, the statements and representations of counsel at the hearing on the Motion, and the record in this case,

and for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that the Motion is granted as follows:

1. Theodore Lanes, the superseded court-appointed receiver in the state court action, has an allowed administrative priority claim in the amount of $75,445.15 pursuant to 11 U.S.C. §§ 543(c)(2) and 503(b)(3)(E).

2. BG Law LLP, counsel for the superseded court-appointed receiver, has an allowed administrative priority claim in the amount of $59,704.44 pursuant to 11 U.S.C. §§ 543(c)(2) and 503(b)(4).

3. Based on approval of Hankey Capital, LLC, the DIP lender to Crestlloyd, LLC, the debtor and debtor in possession herein ("Debtor"), within seven days of entry of this order, the Debtor will, from the DIP lender funds received by the Debtor, pay Theodore Lanes $75,445.15 and BG Law LLP $59,704.44 in satisfaction of their allowed claims in this case.

4. Upon payment of the amounts set forth above, Theodore Lanes and BG Law LLP will not hold any further claims against the Debtor or its bankruptcy estate.

###

Date: February 9, 2022

Deborah J. Saltzman
United States Bankruptcy Judge

|   |   |
|---|---|
| 1 | DAVID SEROR – Bar No. 67488 |
| 2 | JESSICA WELLINGTON – Bar No. 324477<br>BG LAW LLP |
| 3 | 21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 |
| 4 | Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099 |
| 5 | Email:    dseror@bg.law<br>              jwellington@bg.law |
| 6 | Counsel for Court-Appointed |
| 7 | Receiver, Theodore Lanes |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | Case No. 2:21-bk-18205-DS |
|---|---|
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION OF THEODORE LANES, COURT-APPOINTED RECEIVER, AND BRUTZKUS GUBNER ROSANSKY SEROR WEBER LLP FOR ENTRY OF ORDERS ALLOWING AND DIRECTING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 543(c), 503(b)(3)(E), AND 503(b)(4)**<br><br>Hearing:<br><br>Date: January 27, 2022<br>Time: 11:30 a.m.<br>Place: Courtroom 1639<br>       United States Bankruptcy Court<br>       255 E. Temple Street<br>       Los Angeles, CA 90012<br>       Via ZoomGov only |

1

ORDER RE ADMINISTRATIVE FEES_V3_CLEAN.DOCX

On January 27, 2022 at 11:30 a.m., the Court held a hearing on the *Motion of Theodore Lanes, Court-Appointed Receiver, and Brutzkus Gubner Rozansky Seror Weber LLP for Entry of Orders Allowing and Directing Immediate Payment of Administrative Claims Pursuant to 11 U.S.C. §§ 543(c), 503(b)(3)(E), and 503(b)(4)* (the "Motion") [Doc. 84], the Honorable Deborah J. Saltzman, United States Bankruptcy Judge, presiding. David Seror appeared on behalf of movants Theodore Lanes and BG Law LLP, which was formerly known as Brutzkus Gubner Rozansky Seror Weber LLP (together, "Movants"). Other appearances are as noted on the record.

The Court having reviewed and considered the Motion and supporting evidence, no opposition to the Motion having been filed, the statements and representations of counsel at the hearing on the Motion, and having further considered the record in this case, for the reasons stated on the record at the hearing, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is approved.
2. Theodore Lanes, the superseded court-appointed receiver in the state court action, has an allowed administrative priority claim in the amount of $75,445.15 pursuant to 11 U.S.C. §§ 543(c)(2) and 503(b)(3)(E).
3. BG Law LLP, counsel for the superseded court-appointed receiver, has an allowed administrative priority claim in the amount of $59,704.44 pursuant to 11 U.S.C. §§ 543(c)(2) and 503(b)(4).
4. Based on approval of Hankey Capital, LLC, the DIP lender to Crestlloyd, LLC, the debtor and debtor in possession herein ("Debtor"), within seven (7) days of entry of this Order, the Debtor shall, from the DIP lender funds received by the Debtor, pay Theodore Lanes $75,445.15 and BG Law LLP $59,704.44 in satisfaction of their allowed claims in this case.

///
///
///

5. Upon payment of the amounts set forth above, Theodore Lanes and BG Law LLP shall not hold any further claims against the Debtor or its bankruptcy estate.

IT IS SO ORDERED.

# # #

Approved as to form and content:

_____
Thomas M. Geher,
Jeffer Mangels Butler & Mitchell, LLP
Counsel for Hankey Capital, LLC

ORDER RE ADMINISTRATIVE FEES_V3_CLEAN.DOCX