

*Smith, Andre Mario Law Offices, clp.*

*7938 Broadway No.: 1263*

*Lemon Grove, California [91946]*

*(619) 804-3718*

February 10, 2022

*Registered Mail No.:* **RF 384 358 8614S**

**To**: United States District Court In and For the Central District of California, Clerk Office.

From: Smith, Andre Mario, Sui Juris.

**cc**: Judicial Officer Deborah J. Saltman; whom it may concern.; all interested parties.

**Re**: Bail for United States District Court In and For the Central District of California Case no.: 2:21-bk-18205-DS by way of **REINSURANCE AGREEMENT FOR A BONDS STATUTE PERFORMANCE BOND (STANDARD FORM 273), REINSURANCE AGREEMENT FOR A BONDS STATUTE PAYMENT BOND (STANDARD FORM 274), REINSURANCE AGREEMENT IN FAVOR OF THE UNITED STATES (STANDARD FORM 275)** and their; **Certificate(s) of Appointment**.

Greetings to all these Presents shall come,

Please duly file, record, etc. the attached instruments expediently.  This is a Bail and-or "Demand-Filing" required due to and out of necessity and therefore can **not** be refused or otherwise rejected.  Additionally, please do **not** make these instruments available to the public, and duly file, record, etc. accordingly.  Additionally, expediently, provide a copy of the Instruments to the assigned Magistrate and-or Judicial Officer. I do **not** require the instruments returned. You are ordered to undermine any-all defects with this filing and or the Instruments.  Duly record the Instruments in your firm book expediently. It is so ordered.

Peacefully,

*by: Smith, Andre Mario. esq.*

Smith, Andre Mario.
duly authorized representative.
all rights reserved.
(619) 804-3718.

# Certificate of Appointment

Under authority vested in the undersigned and in conformance with
Subpart 1.6 of the Federal Acquisition Regulation

AnDre MArio Smith.

is appointed

## Contracting Officer

for the

## United States of America

Subject to the limitations contained in the Federal Acquisition Regulation and to the following:

Unless sooner terminated, this appointment is
effective as long as the appointee is assigned to:

AnDre MArio Smith
(Organization)

TrusT
(Agency/Department)

by: SmiTh@m/mc
(Signature and Title)

January 31, 2022
(Date)

SF274
(Number)

**STANDARD FORM 1402** (10-83)
Prescribed by GSA - FAR (48 - CFR) 53.201-1

# REINSURANCE AGREEMENT FOR A BONDS STATUTE PAYMENT BOND
*(See instructions on reverse)*

**OMB Control Number: 9000-0045**
**Expiration Date: 8/31/2022**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| | |
|---|---|
| **1. DIRECT WRITING COMPANY***<br><br>ANDRE MARIO SMITH<br><br>944 AIROLE WAY<br><br>LOS ANGELES, CALIFORNIA 90077 | **1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT**<br><br>01/31/2022<br><br>**1B. STATE OF INCORPORATION**<br><br>CA/42615005 |
| **2. REINSURING COMPANY***<br><br>UNITED STATES DISTRICT COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK, 255 E. TEMPLE STREET, SUITE 1634 LOS ANGELES,CA 90012 | **2A. AMOUNT OF THIS REINSURANCE**<br>$ 999999999<br>**2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT** 01/31/2022<br>**2C. STATE OF INCORPORATION**<br>CALIFORNIA |

| 3. DESCRIPTION OF CONTRACT | 4. DESCRIPTION OF BOND |
|---|---|
| **3A. AMOUNT OF CONTRACT**<br>999,999,999.00 | **4A. PENAL SUM OF BOND**<br>999,999,999.00 |

| 3B. CONTRACT DATE | 3C. CONTRACT NUMBER | 4B. DATE OF BOND | 4C. BOND NUMBER |
|---|---|---|---|
| 01/31/2022 | 2:21-BK-18205-DS | 01/31/2022 | 104-83-344508 |

| 3D. DESCRIPTION OF CONTRACT | 4D. PRINCIPAL* |
|---|---|
| COMMERCIAL LIEN HAS BEEN PLACED ON THE SURETY FOR CHARGES ON BILLS ISSUED BY U.S. DISTRICT COURT IN & FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO:2:21-BK-18205-DS, FOR THE PRESENTED AMOUNT FOR THE FULL SETTLEMENT AND CLOSURE OF ALL ACCOUNTS, CASES & THE LIKES | Andre Mario Smith<br><br>944 Airole Way<br><br>Los Angeles, California [90077] |

| 3E. CONTRACTING AGENCY<br>n/a | 4E. STATE OF INCORPORATION *(If Corporate Principal)*<br>n/a |
|---|---|

AGREEMENT:

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount of this Reinsurance," or for any sum less than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

THEREFORE:

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance;" and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance."

*Items 1, 2 ,4D - furnished legal name, business address and ZIP Code.*          *(Over)*

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 274 (REV. 4/2013)**
Prescribed by GSA - FAR (48 CFR) 53.228(I)

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount of this Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by 40 U.S.C. 3133 may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of the default is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be. The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court. It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A. (1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 5B. (1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |
| ANDRE MARIO SMITH, Contracting Officer. | Andre Mario Smith, Principal. | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A. (1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 6B. (1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute payment bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(i).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

# Certificate of Appointment

Under authority vested in the undersigned and in conformance with
Subpart 1.6 of the Federal Acquisition Regulation

AUDNE MARO SMITH,

is appointed

## Contracting Officer

for the

## United States of America

Subject to the limitations contained in the Federal Acquisition Regulation and to the following:

Unless sooner terminated, this appointment is
effective as long as the appointee is assigned to:

AUDNE MARO SMITH
_____
(Organization)

TRUST
_____
(Agency/Department)

by: Brad Andre Wood
Ondre Hall
_____
(Signature and Title)

January 31, 2022
_____
(Date)

SF 203
_____
(Number)

**STANDARD FORM 1402** (10-83)
Prescribed by GSA - FAR (48 - CFR) 53.201-1

# REINSURANCE AGREEMENT FOR A BONDS STATUTE PERFORMANCE BOND
*(See instructions on reverse)*

OMB Control Number: 9000-0045
Expiration Date: 8/31/2022

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC  20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| ANDRE MARIO SMITH  944 AIROLE WAY  LOS ANGELES, CALIFORNIA 90077 | 01/31/2022 |
| | 1B. STATE OF INCORPORATION  CA/42615005 |

| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE ($)  999999999 |
|---|---|
| UNITED STATES DISTRICT COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK  255 E. TEMPLE STREET, SUITE 1634  LOS ANGELES, CA 90012 | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT  01/31/2022 |
| | 2C. STATE OF INCORPORATION  CALIFORNIA |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| 3A. AMOUNT OF CONTRACT  999999999 | | 4A. PENAL SUM OF BOND  999999999 | |
| 3B. CONTRACT DATE  01/31/2022 | 3C. CONTRACT NUMBER  2:21-BK-48205DS | 4B. DATE OF BOND  01/31/2022 | 4C. BOND NUMBER  104-83-344508 |
| 3D. DESCRIPTION OF CONTRACT  COMMERCIAL LEIN HAS BEEN PLACED ON THE SURETY FOR CHARGES ON BILLS ISSUED BY U.S. DISTRICT COURT IN & FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO:2:21-BK-18205-DS, FOR THE PRESENTED AMOUNT FOR BAIL-FULL SETTLEMENT AND CLOSURE OF ALL ACCOUNTS, CASES & THE LIKES | | 4D. PRINCIPAL*  Andre Mario Smith  944 Airole Way  Los Angeles, California [90077] | |
| 3E. CONTRACTING AGENCY  n/a | | 4E. STATE OF INCORPORATION *(If Corporate Principal)*  n/a | |

AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above.  The contract is for the construction, alteration, or repair of a public building or public work of the United States, and the performance bond was furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute.  The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

TERMS AND CONDITIONS:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance."  If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.
AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

*(Over)*

**STANDARD FORM 273 (REV. 4/2013)**
Prescribed by GSA - FAR (48 CFR) 53.228(h)

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A(1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 5B(1) NAME AND TITLE (Typed)<br>ANDRE MARIO SMITH, Contracting Officer. | (2) NAME AND TITLE (Typed)<br>Andre Mario Smith, Principal | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A(1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 6B(1) NAME AND TITLE (Typed) | (2) NAME AND TITLE (Typed) | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute performance bonds running to the United States.  See FAR (48 CFR) 28.202-1 and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company.  Each Reinsuring Company should use a separate form.

STANDARD FORM 273 (REV. 4/2013) BACK

# Certificate of Appointment

Under authority vested in the undersigned and in conformance with
Subpart 1.6 of the Federal Acquisition Regulation

ANDRE MARIO SMITH

is appointed

## Contracting Officer

for the

## United States of America

Subject to the limitations contained in the Federal Acquisition Regulation and to the following:

Unless sooner terminated, this appointment is
effective as long as the appointee is assigned to:

ANDRE MARIO SMITH

_(Organization)_

Trust

_(Agency/Department)_

By: Sandra De Maria Trustee

_(Signature and Title)_

January 31, 2022

_(Date)_

SF 275

_(Number)_

**STANDARD FORM 1402** (10-83)
Prescribed by GSA - FAR (48 - CFR) 53.201-1

# REINSURANCE AGREEMENT IN FAVOR OF THE UNITED STATES
*(See instructions on reverse)*

OMB Control Number: 9000-0045
Expiration Date: 8/31/2022

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number.  The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions.  Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to:  General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC  20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| ANDRE MARIO SMITH | 01/31/2022 |
| 944 AIROLE WAY | 1B. STATE OF INCORPORATION |
| LOS ANGELES, CALIFORNIA 90077 | CA/42615005 |

| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE ($) |
|---|---|
| UNITED STATES DISTRICT COURT IN AND FOR THE CENTRAL | 99999999 |
| DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT |
| 255 E. TEMPLE STREET, SUITE 1634 | 01312022 |
| LOS ANGELES, CA 90012 | 2C. STATE OF INCORPORATION |
| | CALIFORNIA |

### 3. DESCRIPTION OF BOND

| 3A. DESCRIPTION OF BOND *(Type, purpose etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.)* | 3B. PENAL SUM OF BOND |
|---|---|
| COMMERCIAL LIEN HAS BEEN PLACED ON THE SURETY FOR CHARGES ON BILLS ISSUED BY THE UNITED STATES DISTRICT COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO:2: 21-BK-48205DS, FOR THE PRESENTED $999,999,999.00 TO BE TENDERED WITH ALL ASSOCIATED BONDS, LEINS, ACCOUNTS CREDITS, CURRENCY AND RECORDS FOR BAIL-FULL SETTLEMENT AND CLOSURE OF ALL CHARGES, ACCOUNTS,AND THE LIKES,WITH FULL RECOUPMENT OF ALL SURETYS RELATED PROP. | $ 999999999 |

| 3C. DATE OF BOND | 3D. BOND NUMBER |
|---|---|
| 01/31/2022 | 104-83-344508 |

3E. PRINCIPAL*

Andre Mario Smith

944 Airole Way

Los Angeles, California [90077]

3F. STATE OF INCORPORATION *(If Corporate Principal)*

n/a

### AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal.  The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

### TERMS AND CONDITIONS:

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

### THEREFORE:

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance."  If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

### WITNESS

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

*(Over)*

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 275 (REV. 10/1998)
Prescribed by GSA-FAR (48 CFR) 53.228(j)

| 4A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | Corporate Seal |
| --- | --- | --- |
| 4B.(1). NAME AND TITLE *(Typed)*<br>ANDRE MARIO SMITH, Contracting Officer. | 4B.(2). NAME AND TITLE *(Typed)*<br>Andre Mario Smith, Principal. | |

| | 5. REINSURING COMPANY | |
| --- | --- | --- |
| 5A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | Corporate<br>Seal |
| 5B.(1). NAME AND TITLE *(Typed)* | 5B.(2). NAME AND TITLE *(Typed)* | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds.  See FAR (48 CFR) 28.202-1 and 53.228(j) and 31 CFR 223.11(b)(1).  If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company.  Each Reinsuring Company should use a separate form.

STANDARD FORM 275 (REV. 10/1998) BACK

Official Business
Document entitled to
recording pursuant Government
Code Section 27201.

Recording Requested by:

ANDRE MARIO SMITH,
A Designated & non-
Designated Local Authority
944 Airole Way
Los Angeles, California 90077
Attn:  Lawful Counsel


After recordation mail to
and Mail tax statements to:

andre-mario: smith
944 Airole Way
Los Angeles, California 90077
Attn:  Smith, Andre Mario. Trustee.


AIN: 4369-026-021

---

SPACE ABOVE THIS LINE FOR RECORDER'S USE


## QUITCLAIM DEED

Crestlloyd, LLC (db), a Limited Liability Corporation ("Transferor"), hereby quitclaims to andre-mario: smith, "having been found to be alive" being of full age of majority (over 21/25 years), compos mentos, of sound mind and in good health, of no mental, physical, or legal disability, not an infant, child, nor minority, not bankrupt, not a pauper, not dead, not lost-beyond-the-sea, not lost on the land, not a casualty of war, not an abandoned infant, not a distressed vessel, not a casualty of war, not a subject, not a vessel in commerce, not a citizen, not a former plantation slave, not a British Territorial subject, not a transmitting utility, not a special purpose vehicle, not a Life Force or Task force member, nor otherwise, and free of all duress or improper consideration ("Transferee"), the lands and real property

described as and or Identifiable as 944 Airole Way, Los Angeles, California, more particularly described in Exhibit "A" attached hererto and incorporated herein by this reference (the "Property").

Section 1.    <u>Mandatory Language in All Subsequent Deeds, Leases and Contracts.</u>

(a)    The Transferee covenants and agrees, for itself and its successors and assigns, and all persons claiming under or through them, that there shall be no discrimination against or segregation of, any person or group of persons on account of any basis listed in subdivision (a) and (d) of Section12955 of the Government Code, as those bases are defined in Sections 12926, 12926.1, subdivision (m) and paragraph (1) of subdivision (p) of Section 12955 and Section 12955.2 of the Government Code, in the sale, lease, sublease, transfer, use, occupancy, tenure or enjoyment of the Property, nor shall the Transferee or any person claiming under or through the Transferee, establish or permit any practice or practices of discrimination or segregation with reference to the selection, location, number, use of occupancy of tenants, lessees, subtenants, sublessees, or vendees in the property herein conveyed.  The forgoing covenant shall run with the land.

(b)    Notwithstanding paragraph (a) with respect to familial status, paragraph (a) shall not be construed to apply to housing for older persons, as defined in Section 12955.9 of the Government Code.  With respect to familial status, nothing in paragraph (1) shall be construed to affect Sections 51.2, 51.3, 51.4, 51.10, 51.11, and 799.5 of the Civil Code, relating to housing for senior citizens.  Subdivision (d) of Section 51 and Section 1360 of the Civil Code and Subdivision (n), (o), and (p) of Section 12955 of the Government Code shall apply to paragraph (a).

(c)    All deeds, leases, or contracts made or entered into by the Transferee, its successors or assigns, as to any portion of the Property shall contain therein the following language:

(1)    In Deeds:

"(A)    Transferee herein covenants by and for itself, its successors and assigns, and all persons claiming under or through them, that there shall ne no discrimination against or segregation of, any person or group of persons on account of any basis listed in subdivision (a) and (d) of Sections 12955 of the Government Code, as those bases are defined in Sections 12926, 12926.1, subdivision (m) and paragraph (1) of subdivision (p) of Section 12955 and Section 12955.2 of the Government Code, in the sale, lease, sublease, transfer, use occupancy, tenure or enjoyment of the property herein conveyed, nor shall the grantee or any person claiming under or through the grantee,

establish or permit any practice or practices of discrimination or segregation with reference to the selection, location, number, use or occupancy of tenants, lessees, subtenants, sublessees or vendees in the property herein conveyed.  The forgoing covenant shall run with the land.

(B)    Notwithstanding paragraph (A), with respect to familial status, paragraph (1) shall not be construed to apply to housing for older persons, as defined in Section 12955.9 of the Government Code.  With respect to familial status, nothing in paragraph (A) shall be construed to affect Sections 51.2, 51.3, 51.4, 51.10, 51.11, and 799.5 of the Civil Code, relating to housing for senior citizens.  Subdivision (d) of Section 51 and Section 1360 of the Civil Code and subdivisions (n), (o), and (p) of Sections 12955 of the Government Code shall apply to paragraph (A)."

(2)    In Leases:

"(A)    Lessee herein covenants by and for itself its successors and assigns, and all persons claiming under or through them, that there shall be no discrimination against or segregation of, any person or group of persons on account of any basis listed in subdivision (a) and (d) of Section 12955 of the Government Code, as those bases are defined in Sections 12926, 12926.1, subdivision (m) and paragraph(1) of subdivision (p) of Section 12955 and Section 12955.2 of the Government in the leasing, subleasing, transferring, use, occupancy, tenure or enjoyment of the premises herein leased nor shall the lessee or any person claiming under or through the lessee, establish or permit any such practice or practices of discrimination or segregation with reference to the selection, location, number, use, or occupancy of tenants, lesses, sublessees, subtenants, or vendees in the premises herein leased.

(B)    Notwithstanding paragraph (A), with respect to familial status, paragraph (1) shall not be construed to apply to housing for older persons, as defined in Section 12955.9 of the Government Code.  With respect to familial status, nothing in paragraph (A) shall be construed to affect Sections 51.2, 51.3, 51.4, 51.10, 51.11, and 799.5 of the Civil Code, relating to housing for senior citizens.  Subdivision (d) of Sections 51 and Section 1360 of the Civil Code and subdivisions (n), (o), and (p) of Section 12955 of the Government Code shall apply to paragraph (A)."

(3)    In Contracts with respect to the sale, lease, sublease, transfer, use, occupancy, tenure or enjoyment of the Property:

"(A)    There shall be no discrimination against or segregation of,  any person or group of persons on account of any basis listed in subdivision (a) and (d)

of Sections 12955 of the Government Code, as those bases are defined in Sections 12926, 12929.1, subdivision (m) and paragraph (1) of subdivision (p) of Section 12955 and Section 12955.2 of the Government Code in the sale, lease, sublease, transfer, use, occupancy, tenure or enjoyment of the property nor shall the transferee or any person claiming under or through the transferee establish or permit any such practice or practices of discrimination or segregation with reference to the selection, location, number, use or occupancy of tenants, lessees, subtenants, sublessees, or vendees of the land.

    (B)    Notwithstanding paragraph (A), with respect to familial status, paragraph (1) shall not be construed to apply to housing for older persons, as defined in Section 12955.9 of the Government Code. With respect to familial status, nothing in paragraph (A) shall be construed to affect Sections 51.2, 51.3, 51.4, 51.10, 51.11, and 799.5 of the Civil Code, relating to housing for senior citizens. Subdivision (d) of Section 51 and Section 1360 of the Civil Code and subdivisions (n), (o), and (p) of Section 12955 of the Government Code shall apply to paragraph (A)."

    (4)    Autochthonous Land Grant/Patent/Deed/Space/Lot Transfer

    (A)    This is an indigenous, autochthonous land grant/deed/patent/space/lot transfer exempt from any and all statutory schemes, fictitious practices, and otherwise, deniable by and through God, only. Free of all duress or improper consideration, I, andre-mario: smith, hereby acknowledge, accept, re-venue, and re-convey, all of my properties, including, but not limited to those identifiable as 1816 North Wilton Place, Los Angeles, California, in my given lawful Trade Name, Andre Mario Smith, to the land and soil of california, my nativity state, together with all derivative names, including, but not limited to, Andre Smith, Andre M. Smith, ANDRE MARIO SMITH, ANDRE M. SMITH, ANDRE SMITH, and any or all other derivatives and or variations however styled, punctuated, spelled, ordered, or otherwise represented as pertaining to me, myself, my estate, and hereby declare their permanent domicile on the land and soil of california.

Signature page follows this page

In witness whereof, the Transferor has caused the Quitclaim Deed to be executed by its duly authorized representative.

Page **4** of **5**

Executed as of the ___1___ day of February, 2022

Crestlloyd, LLC (db)
a Limited Liability Corporation

By:_____

Andre Smith
Duly Authorized Representative

APPROVED AS TO FORM

**SEE ATTACHED
NOTARY FORM**

Law Offices- Smith, Andre Mario, clp

By:_____

Smith, Andre M.
AMS/AS Special Counsel

EXHIBIT "A" TO QUITCLAIM DEED

LEGAL DESCRIPTION OF THE SITE

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

POR OF LOTS 1 AND 2 TR=22727 AND POR OF LOT 3 BLK 3 TR= 9745, IN THE CITY OF LOS
ANGELES, COUNTY OF  LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN
BOOK 2, PAGE 73  OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Crestlloyd, LLC

**To**

**andre-mario: smith.**
**people**

**QUITCLAIM DEED**

Date: _January 31_ . **2022**

CERTIFICATE OF ACCEPTANCE

This is to certify that the interest in real property
conveyed by the within deed or grant to andre-mario:
smith, one of the people, is hereby accepted under the
authority of God, pursuant to any and all unalienable
autochthonous religious entitlements, and the grantor
consents to the recordation thereof by its duly
authorized officer, and that grantee consents to the
to the recordation thereof by its duly authorized
officer.

By: _Andre Smith_
Andre Smith, Authorized Officer

Date: _January 31, 2022_

Andre Mario Smith trust
Real Estate/Land Services leaf

**JOB TITLE:** 944 Airole Way
APN: 4369-026-021
Crestlloyd, LLC transfer to a-m:s

STANDARD INSTRUMENT

Checked as to parties, marital status, dates
signature, Acknowledgment and corporate seal.

By: _Andre M Smith_
Andre M. Smith, Authorized Officer

Approved as to Authority _January 31_ ,2022

By: _Smith, Andre Mario._
_Dte. APR._

Approved as to description _01/31_ ,2022

By: _Andre M. Smith._
Andre M. Smith, Authorized Officer

Land File No.: 22-0001

# California All-Purpose Acknowledgment

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of California
County of San Diego

On Feb 14th, 20 22, before me, Elyce M. Dunkleberger , Notary Public, personally appeared _____ Andre Smith _____.

Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

_____
Signature of Notary Public

ELYCE M. DUNKLEBERGER
Commission No. 2342553
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires January 20, 2025

_____ OPTIONAL _____

**Description of Attached Document**

Title or Type of Document Quitclaim Deed
Document Date: 2/14/22    Number of Pages (including this one) _____
Additional Information _____

**Capacity(ies) Claimed by Signer**

☐ Individual
☐ Corporate Officer- Title(s) _____
☐ Partner: __ Limited __ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other

Signer is representing: _____

Right Thumbprint of Signer 1

Right Thumbprint of Signer 2

## Affidavit in Lawful Possession/
## Notice to Parties

california state            )
                           )        affirmed
los angeles county         )

I, *andre-mario: smith,* affiant, over the age of twenty-one (21) years, competent with firsthand knowledge and belief do state the following:

1. Affiant has been in possession of **Latitude: 34.088570, Longitude: -118.451790; DMS Long: 118 27' 6.4440" W, DMS Lat: 34 5' 18.8520" N** also known as *944 Airole Way, los angeles, california state [90077]* beginning February 07, 2022, until the present, exclusive of any and all others, and

2. That no other man or woman has been in possession of said land/property, affiant being in open and notorious and peaceful means, holding, by all means, including, but not limited to, adverse possession, and

3. That the deed to said property, under salvage having been abandoned, has been claimed, certified, authenticated, and recorded along with an Ownership Affidavit in the los angeles county Recorder's Office in los angeles, california, and

4. That affiant, has completed the requirements of the california state Uniform Commercial Code Article 9 to perfect a security interest in said property, and

5. That said property has been listed on a UCC-1 Financing Statement, filing no.: B0424 - 5626, by Addendum, and has been filed with the with California Secretary of State office in los-angeles, california, as collateral of affiant, and

6. That said UCC - 1 Financing Statement, filing no.: B0424 - 5626 received by California Secretary of State September 03, 2021, at 05:00pm, has been filed with the Secretary of State in los angles, california, and

7. That a Notice of Revocation of Deed of Trust no.: 4369 - 026 - 021 by Affiant as Grantor, of Deed of Trust no.: 4369 - 026 - 021, and

8. That Deed of Trust no.: 4369 - 026 - 021 is at present collapsed and non-existent, and

9. That all parties to Deed of Trust no.: 4369 - 026 - 021 are by that Revocation released without consideration, and

further affiant saith naught.

I, *andre-mario: smith,* on my own unlimited commercial liability do state that I have read the above affidavit and do know the contents to be true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth.

by Smith, An & Mario @ Tur/Luc DAR. ARR.

andre-mario: smith, UCC 1-308 'all rights reserved.

## NOTARY/ CALIFORNIA ACKNOWLEGEMENT/JURAT

A notary or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the accuracy, or validity of that document.

california state)
los-angeles county)
San Diego County

On ___Feb 14th, 2022___ before me, ___Elyce M. Dunkleberger, Notary Public___

personally appeared ___Andre-Mario Smith___

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

ELYCE M. DUNKLEBERGER
Commission No. 2342553
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires January 20, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the fore-going paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Elyce___

Place Notary Seal and/or Stamp Above

My Notary Commission Expires: 01/20/2025

2

Official Business
Document entitiled to
recording pursuant Government
Code Section 27201.

Recording Requested by:

*ANDRE MARIO SMITH.*
A Designated & non-Designated
Local Authority
c/o 944 Airole Way
Los Angeles, California 90077

After recordation mail to
and mail tax statements to:

*andre-mario: smith*
c/o 944 Airole Way
Lemon Grove, California 90077
Attn:    Smith, Andre Mario. Trustee.

APN:  4369-026-021

_____

## SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF REVOCATION OF AND COLLAPSE OF
## DEED OF TRUST No.: 4369 - 026 - 021

los angeles county      )
                        ) affirmed
california state        )

I, *andre-mario: smith,* affiant, being over the age of twenty-one (21) years, competent with firsthand knowledge and belief, do state, declare, and affirm the following:

1.  Affiant is the Grantor on Deed of Trust No.: 4369 - 026 - 021, and

2.  That affiant hereby revokes Deed of Trust No.: 4369 - 026 - 021, and

3.  That affiant hereby releases all parties to Deed of Trust No.: 4369 - 026 - 021 without consideration, and

4.  That affiant waives all fees or cost associated with Deed of Trust No.: 4369 - 026 - 021, and

Further saith naught.

I, *andre-mario: smith.* on my own unlimited commercial liability do state that I have read the above affidavit and do know it to be true, correct and complete, and not misleading, the truth, the whole truth, and nothing but the truth.

*andre-mario: smith.*
UCC 1-308 'all rights reserved'

## NOTARY/ CALIFORNIA ACKNOWLEGEMENT/JURAT

A notary or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the accuracy, or validity of that document.

california state)
los angeles county)

On ___Feb, 14th 2022___ before me, ___Elyce M. Dunkleberger, Notary Public___

personally appeared ___Andre Mario Smith,___
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



ELYCE M. DUNKLEBERGER
Commission No. 2342553
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires January 20, 2025

I certify under PENALTY OF PERJURY under the laws of the State of California that the fore-going paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

Place Notary Seal and/or Stamp Above

My Notary Commission Expires: _____

## OWNERSHIP AFFIDAVIT

california state)

     )    SS

los angeles county)

re: 944 Airole Way. Los Angeles. California 90077 Deed/Title Certificate APN: 4369-026-021

_____

I, *andre-mario: smith,* the undersigned, of lawful age and being first duly sworn on oath, depose
and state that I am familiar with the facts recited, and the party named in said deed is the same as
one of the owners named in said deed/ title certificate.

By: Smith, Andre Mario. Tru/Inc DAR. ARR.

NOTARY/ CALIFORNIA ACKNOWLEGEMENT/JURAT

_____

A notary or other officer completing this certificate verifies only the identity of the individual who
signed the document to which this certificate is attached, and not the accuracy, or validity of that
document.
_____

california state)

los angeles county)

Sacando ugo (Caso).

On   Feb. 14th, 2022   before me, Elyce M. Dunkleberger, Notary Public _____

personally appeared   Andre-Mario Smith _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same
in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



> ELYCE M. DUNKLEBERGER
> Commission No. 2342553
> NOTARY PUBLIC - CALIFORNIA
> SAN DIEGO COUNTY
> Commission Expires January 20, 2025

I certify under PENALTY OF PERJURY
under the laws of the State of California that
the fore-going paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

Place Notary Seal and/or Stamp Above

My Notary Commission Expires: 01/20/2025