Smith, Andre Mario.
7938 Broadway No. 1263
Lemon Grove, California, 91946
619-813-2881
Fax Number: N/A
andmarioith@yahoo.com
**Special Appearance**

(ANDRE MARIO SMITH, Pro Se)

FILED

FEB 2 4 2022

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

# UNITED STATES DISTRICT COURT IN AND FOR THE

# THE CENTRAL DISTRICTOF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.: 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | ) Chapter 11 |
| | ) |
| | ) **NOTICE OF MOTION AND** |
| | ) **MOTION FOR EMERGENCY** |
| Debtor. | ) **PROTECTIVE ORDER/SEAL;** |
| | ) **MEMORANDUM OF POINTS AND** |
| | ) **AUTHORTIES;** |
| | ) **DECLARATION/AFFIDAVIT AND;** |
| | ) **ORDER** |
| | ) |
| | ) **F.R.C.P. 5.2D** |
| | ) |
| | ) **DATE: (To Be Assigned)** |

_____

**Greetings to all these presents shall come.**

**Know all men by these presents.**

**Notice to Principal is Notice to Agent.**

**Notice to Agent is Notice to Principal.**

**To all Parties and their Attorneys of Record:**

NOTICE OF MOTION AND MOTION FOR EMERGENCY PROTECTIVE ORDER/SEAL; MEMORANDUM OF
POINTS AND AUTHORTIES; DECLARATION/AFFIDAVIT AND; ORDER



all rights reserved.

NOTICE IS HEREBY GIVEN that on **February 24, 2022**, or as soon there-after as the matter can be heard in Courtroom 1639 on the 13th floor of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012, Special Interested Party Andre Mario Smith will, and by this Motion hereby does, move this court for (emergency) Seal/Protective Order.

**PLEASE TAKE FURTHER NOTICE** that, the courtroom will be closed to the public and the hearing will be held via Zoomgov, which provides both audio and video access. All parties and members of the public may connect to the hearing free of charge.  Zoomgov connection information for this hearing will be posted on the Courts public calendar for Judicial Officer Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx. More information on using Zoomgov to participate in this hearing is available on the Court's website at the following web address: http://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

## MEMORANDUM OF POINTS AND AUTHORITIES
## STATEMENT OF FACTS

Special Interested Party, Andre Mario Smith, referred to herein as interested party, filed instruments, referred to herein as the instruments, on February 16, 2022, for the full settlement and closure of the above-captioned case and to remedy any harm that may, or may not, come to any-all parties effected by the transfer of lands most commonly known as 944 Airole Way, Los Angeles, california [90077].

Due to impending Auction scheduled to begin on or about February 28, 2022, creating an emergency, interested party filed the instruments without *ex-parte,* without redaction, and/nor without a Seal order.  Now, interested party files this (emergency) Motion for Seal to protect, among other things, private, highly sensitive financial information of private non-party individuals.  Pursuant Federal Rules of Civil Procedure 5.2(a), 5.2(d), 5.2(e), and Local Rules, interested party moves this

1  court to Seal the filing and or issue a Protective Order.

2                                    **ARGUMENT**

3      All and-or certain limited portions of interested party's filing, item no.: 128,

4  contain highly commercially sensitive financial and business information, particularly

5  that of private non-party individuals, and trade secrets.  Therefore, interested party

6  seeks Seal and/or protective order(s).

7      While the public generally enjoys the right of access to Court records, the public's

8  right to access Court records "is not absolute," and documents may be filed under

9  Seal where disclosure would harm a party forcing it to disclose trade secrets or other

10  valuable confidential proprietary information, *Nixon v. Warner Commc'ns, Inc.*, 435

11  U.S. 589, 598 (1978); *In re Elec. Arts, Inc.,* 298 Fed. App'x 568, 569-70 (9th Cir.

12  2008).

13      "Where a party shows that its' documents contain sources of business information

14  that might harm its competitive standing, the need for public access to the records is

15  lessened," *Algrain v. Maybelline, LLC,* No.: 12CV300 AJB (DHB), 2014 WL690410,

16  at *3 (S.D. Cal. Feb. 21, 2014).  Courts must ensure that their records are not used "as

17  sources of business information that might harm a litigant's competitive standing,"

18  *Nixon,* 435 U.S. at 598.  See also *Bauer Bros, LLC v. Nike, Inc.,* No.: 1:10-cv-02372-

19  LJO-SKO, 2012 WL 1940677, at *3 (E.D.CAl. MAy 29, 2012) noting that "[g]ood

20  cause to seal is generally found where the disclosure of proprietary information could

21  cause a party a competitive injury."

22      When a party seeks to file documents under seal in connection with a dispositive

23  motion it must present a compelling reason to do so, *Kamakana v, City & Cnty of*

24  *Honolulu,* 447 F.3d 1172, 1178 (9th Cir. 2006).  Publicly filing the information that

25  interested party has filed without Seal puts interested party at a competitive

26  disadvantage because it reveals, among many other things, the scope and reach of

27  certain private finances, property, inventories, and the likes of private individuals

28

NOTICE OF MOTION AND MOTION FOR EMERGENCY PROTECTIVE ORDER/SEAL; MEMORANDUM OF
POINTS AND AUTHORITIES; DECLARATION/AFFIDAVIT AND; ORDER

1  whom are not parties to this Action.  Furthermore, said highly sensitive information
2  could also be used to identify and or harm said private individuals.  Therefore, good-
3  cause exist to seal this information.

4      Interested party has made 2 in-person visits to Crestlloyd, LLC, Debtor, Attorney
5  of Record(s), Levene, Neale, Bender, Yoo & Golubchik Office to deliver an Offer
6  Acceptance Notice(s) as it relates to this matter and a Cease & Desist Notice as it
7  relates to the Auction Scheduled for February 28, 2022. Debtors' Counsel has not
8  agreed to nor opposed this Motion to Seal.

9      For the foregoing reasons, interested party must demand that this Court grant an
10 Order to seal its filing.

11                    **AFFIDAVIT/DECLARATION**

12     I, Andre Mario Smith, Declare/Affirm the following:

13     1.    I am a specially interested party in this matter;

14     2.    I filed instruments with this court on February 16, 2022;

15     3.    these instruments contain sources of business information that will
16           harm my competitive standing;

17     4.    these instruments contain highly commercially sensitive financial and
18           business information, particularly that of private non-party individuals,
19           and trade secrets that will be harmed without seal;

20     5.    I have presented sufficient compelling evidence to support sealing this
21           filing and;

22     6.    I will suffer irreparable harm if this filing is not sealed.

23 DATE:  February 24, 2022

24                                              Peacefully,

25

26

27                                     by: _____

28                                              Andre Mario Smith.

NOTICE OF MOTION AND MOTION FOR EMERGENCY PROTECTIVE ORDER/SEAL; MEMORANDUM OF
POINTS AND AUTHORTIES; DECLARATION/AFFIDAVIT AND; ORDER

1

## **ORDER**

2

It is *so ordered.*

3

4

DATE:  February 24, 2022

5

6

7    –

8

_____

9    Deborah J. Saltzman.

10   Judicial Officer.

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ////

NOTICE OF MOTION AND MOTION FOR EMERGENCY PROTECTIVE ORDER/SEAL; MEMORANDUM OF
POINTS AND AUTHORTIES; DECLARATION/AFFIDAVIT AND; ORDER