

FILED

FEB 23 2022

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CENTRAL CALIFORNIA

Case No.: 2:21-bk-18205

In re : CRESTLLOYD, LLC, debtor

## MOTION FOR ORDER OF CONFIRMATION OF SALE

Coming now, EDWARD ROARK SCHWAGERL, as purchaser/grantee, of certain property included in the bankruptcy estate described as Land surveyed as TRACT NO 22727 & 9745; Latitude 34.088720  Longitude -118.452010; CADASTRAL NO REV. 95040410001002-07; without prescriptive easements nor implied dominant tenement claims by the neighboring city, state, legal address, zip codes commonly known as "944 Airole Way, Los Angeles, CA 90077 by the territory or district or municipal jurisdictions except for and including beneficial express easements but not limited to water, electrical power, security & protection of Article IV Section 4, natural gas, Internet, and Fire Rescue, respectfully moves the court under the rules of equity for an order confirming the sale thereof, for an application for a re-survey under 43 U.S.C. 773, and to be equitably subrogated to and substituted in the shoes of the first-place lien holder. The proposed order is attached hereto and included herewith.

_11_ day of _february_, 2022

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CENTRAL CALIFORNIA

Case No.: 2:21-bk-18205

In re : CRESTLLOYD, LLC, debtor

## MOTION FOR ORDER OF CONFIRMATION OF SALE

Coming now, EDWARD ROARK SCHWAGERL, as purchaser/grantee, of certain property included in the bankruptcy estate described as Land surveyed as TRACT NO 22727 & 9745; Latitude 34.088720 Longitude -118.452010; CADASTRAL NO REV. 95040410001002-07; without prescriptive easements nor implied dominant tenement claims by the neighboring city, state, legal address, zip codes commonly known as "944 Airole Way, Los Angeles, CA 90077 by the territory or district or municipal jurisdictions except for and including beneficial express easements but not limited to water, electrical power, security & protection of Article IV Section 4, natural gas, Internet, and Fire Rescue, respectfully moves the court under the rules of equity for an order confirming the sale thereof, for an application for a re-survey under 43 U.S.C. 773, and to be equitably subrogated to and substituted in the shoes of the first-place lien holder. The proposed order is attached hereto and included herewith.

_11_ day of _February_ , 2022

_Roark_
.........................................................

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CENTRAL CALIFORNIA

Case No.: 21-bk-18205

In re : CRESTLLOYD, LLC

## ORDER [PROPOSED]

This cause coming on to be heard this day, upon the whole record in the cause, including the order of sale of Land surveyed as TRACT NO 22727 & 9745; Latitude 34.088720  Longitude-118.452010; CADASTRAL NO REV. 95040410001002-07; without prescriptive easements nor implied dominant tenement claims by the neighboring city, state, legal address, zip codes commonly known as "944 Airole Way, Los Angeles, CA 90077 by the territory or district or municipal jurisdictions except for and including beneficial express easements but not limited to water, electrical power, security & protection of Article IV Section 4, natural gas, Internet, and Fire Rescue, and the tender for the purchase money, the receipt of which is acknowledged and deposited in court, it is, therefore, ordered, adjudged, and decreed, by the Court that all the right, title and interest, of the debtor, CRESTLLOYD, LLC, and of all other parties to this suit, in and to said tract of land, be divested out of them and each of them, and be vested in the purchaser, EDWARD ROARK SCHWAGERL, grantee, as an indefeasible inheritance in fee simple forever. And said purchase money having been fully paid, the Clerk or Receiver shall make, acknowledge for registration, and deliver to said EDWARD ROARK SCHWAGERL, a deed conveying said tract of land to him, as aforesaid, or will give him a duly certified copy of this decree, as a muniment of title, at his election.

The Court finds that the purchaser has not acted as a volunteer, that payment was made to protect his own interest, that the entire debt is paid for which purchaser was not primarily liable, and where subrogation would not work an injustice on a party hereto, it is further ordered, adjudged, and decreed that purchaser is equitably subrogated to first lien holder position to stand in the shoes of the creditors and shall recover the Transaction Price Amount in escrow at the closing of the transaction.

It is further ordered that the Clerk shall deposit with the Secretary of the Interior, or such officer as he may designate, of the proportionate estimated cost, inclusive of the necessary work, of the resurvey or retracement of all the privately owned lands in said township, the Secretary, or such officer as he may designate, shall be authorized in his discretion to cause to be made a resurvey or retracement of the lines of said township and to set permanent corners and monuments in accordance with the laws and regulations governing surveys and resurveys. 43 U.S.C. 773.

It is further ordered that a writ of possession shall issue to put said purchaser into possession of said tract of land.

So Ordered, _____ day of _____, 2022

.............................................................................
UNITED STATES BANKRUPTCY JUDGE

**Marnie Rae McPherson**, Notary Public
State of Minnesota
Ramsey County

## Notary Attested Copy Certification Certificate

I, Marnie Rae McPherson, am a duly empowered Notary Public for the State of Minnesota, Ramsey County, and I do hereby certify and declare under penalty of perjury as set forth in Mn. Stat. Section 609.48 that on this 1st day of November 2020, that the proffered Copy(ies) in the possession of Edward Roark Schwagerl, a private resident within Minnesota known to me, has been carefully compared by [illegible] nal thereof in my official custody, and per Minn. Stat. [illegible] Copy of which attached hereto and herewith is determin [illegible] full and accurate black and white reproduction of the [illegible] et ink":

Description of origi [illegible]

1. Original Apostilled and Certified by Secretary of State of Minnesota copies totaling 96 pages single sided; proffered copies inspected are double sided 48 sheets.

49 page total.

IN TESTIMONY whereof I hereunto set *my* Hand and Official Seal on this certificate this Day and Year last aforesaid.

[seal]

Marnie Rae McPherson, Notary Public

My commission expires: 1/31/22

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

# State of Minnesota - Secretary of State

This Certificate is not valid for use anywhere within the United States of America, its territories or possessions.

## Apostille

(Convention de La Haye du 5 Octobre 1961)

1. **Country** (Pays)**: United States of America**

   **This public document** (Le présent acte public) **Attached Documents**

2. **has been signed by** (a été signé par) **LaShone DeBerry**

3. **acting in the capacity of** (agissant en qualité de) **Deputy, County of Ramsey, State of Minnesota**

4. **bears the seal / stamp of**  (est revêtu du sceau / timbre de)
   **LaShone DeBerry, Deputy, County of Ramsey, State of Minnesota**

## Certified
## Attesté

5. **at** (á) **St. Paul, Minnesota**

6. **Date** (Date) **07/10/2020**

7. **by** (par) **Secretary of State, State of Minnesota**

8. **File No** (Sous nᵒ) **1166478200037**

9. **Seal / Stamp** (Sceau / Timbre)**:**

10. **Signature** (Signature)**:**

Steve Simon
Secretary of State
State of Minnesota

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
To verify the issuance of this Apostille, see **https://apostille.sos.state.mn.us.**
**This certificate does not constitute an Apostille under the Hague Convention of 5 October 1961, when it is presented in a country which is not a party to the convention. In such cases, the certificate should be presented to the consular section of the mission representing that country.**

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire del ´acte a agi et, le cas échéant, l´identité du sceau ou timbre don't cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Cette Apostille peut être vérifiée à l´adresse suivante:**https://apostille.sos.state.mn.us. Ce certificat ne constitue pas une Apostille en vertu de la Convention de La Haye du 5 Octobre 1961, lorsque présenté dans un pays qui n'est pas partie à cette Convention. Dans ce cas, le certificat doit être présenté `a la section consulaire de la mission qui représente ce pays.**

TO:    Anna Vue, Administrator
       Ramsey County Courthouse - Civil
       15 West Kellogg Blvd, Suite 600
       Saint Paul, Minnesota 55102
       Tel. 651-266-8252

June 18, 2020

**FILED IN DISTRICT COURT**
**STATE OF MINNESOTA**

**JUN 2 2 2020**

FROM:    Schwagerl, Edward Roark
         c/o 525 Main Street  Unit 120353
         New Brighton, Minnesota [55112-0015]
         (612) 720-3784
         rr662692550us29trust@gmail.com

Dear Ms. Anna Vue,

In the group of documents paper clipped together, i am exercising my right to correct records that are on and for the court record, so I request that these enclosed documents be recorded on my docket 62cv173317 for that purpose:

1.  12 signed documents in order. First this Notice of Correction of Status, then Declaration of Status, Affidavit of Non-Taxpayer status itself is 14 pages, which is 7 documents as 14 annexed Exhibits A-N 66 pages (Exhibits contains 5 notarized sheets).

I have paper clipped all the pages for the Declaration of Status in order. Please record and/or file and return. I will also require one certified copy.  please contact me to tell me the cost and i will send payment immediately, please return the certified copy to my address above.

Also enclosed is a USPS Mail envelope to return the documents to me
Tracking No.:

Thank you for your needed attention in this important matter.

Sincerely,

Schwagerl, Edward Roark
(612) 720-3784



*Schwagerl, Edward Roark*

Part I
3 page

**Edward Roark Schwagerl Living Estate Trust**

Edward Roark Schwagerl
Main Street—five two five; Unit one two zero—three five three.
Mounds View Township—New Brighton
Nation Minnesota. [00-00-0]
*[non-domestic without the Territory-District
within Const. Art. IV Sec 3 cause 1]*

Hear Ye! Hear Ye! Hear Ye!                                                      May 30, 2020

<u>In the matter of:</u>                                )    Ramsey County Second Judicial District Special
                                                        )                            Term
                                                        )               Case Number 62cv173317
                                                        )
*Edward Roark Schwagerl*                                )      <u>NOTICE • NOTICE • NOTICE</u>
Edward Roark Schwagerl                                   )      <u>**ACTUAL AND CONSTRUCTIVE**</u>
                                                        )      <u>**NOTICE OF CORRECTION OF**</u>
                                                        )      <u>**STATUS FOR AND ON THE**</u>
                                                        )      <u>**RECORD AFFIDAVIT OF FACT**</u>
                                                        )

PART I
[positive averment]

COMES NOW *Edward Roark Schwagerl*, affiant & declarant, "Affiant" exercising my right to correct my status on and for the record with intent and lawful purpose protection and reliance upon the credit of my good name, within the meaning of this Adult Name Order August 31, 2017, Case Number 62cv173317 exemplified copy annexed herewith as **Annex A** ("Adult Name Order"), now coming *sui juris* capacity solemnly make solemn oath under the laws of Minnesota and the United States of America that:

(1)  I am competent to state the matters set forth herein and of the full age of majority, older than 18 years of age.

(2)  I have first-hand personal knowledge of the facts stated herein except where it's based on information and belief so stated, and when declared, declarant.

(3)  The facts stated herein are true, correct and complete, admissible as evidence to the best of my personal firsthand knowledge and personal election, and, intend to submit them as evidence in support of equitable remedies sought, and if called upon, shall testify same in a judicial evidentiary hearing as to their veracity.

(4)  it is declared that this status correction including residency, domicile, law form, and political election of remedy supersedes any and all previous similar statements on and for the record where there is an irreconcilable conflict of law without comity.

(5)  My day of nativity is May 16, 1968; i am a white native American Free Man, natural born without a country, without a state, and without a territory of the United States, by my parent in holy wedlock, in the unincorporated Franklin township of the Ohio portion of Lands of the 1787 Northwest Treaty Ordinance of the original organic colonies established *circa* a.d.1776.  By my natural birth I am native Ohioan and egressed therefrom, and by my personal election at age of majority i am permanently domiciled as an ingressed <u>National of Nation Minnesota</u> without the STATE—the Territory and District of Columbia—and a private civilian national of the Union State of Minnesota, and private civilian of The United States of America, acting primarily, and not by State authority under the States' constitutions equal to those people who ratified by the *"people"* of the several States circa 1776.

(6)  My declared citizenship status is: <u>National of Nation Minnesota</u>, and a private "<u>U.S. National</u>" or "national of the United States" within the meaning of <u>8 U.S.C. 1408</u>, <u>8 U.S.C. 1101</u>(a)(22)(B), and <u>8 U.S.C. 1452</u>.

**Edward Roark  Schwagerl**, Minnesotan civilian national of the United States of America
Page 1 of 3    *e.r.s.*

Signed and Sealed by ___Edward Roark Schwagerl___ by my own freewill act and Deed under penalty of perjury of the State of Minnesota and in the spirit and intent of the good conscious of Equity under Maxims of Equity and The Constitution of The United States of America under God:

=========================
private witness

=========================
private witness

=========================
Affiant

State of Minnesota
County of Ramsey          } ss
United States of America

Jurat

BE IT KNOWN, that on the __30th__ Day of May Two Thousand Twenty before me, _ _ _ _ _ _ _ __Marnie McPherson__ _ _ _, Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgments, testimony and depositions, came by restricted ministerial visitation Edward Roark Schwagerl, within named, personally known to me, and acknowledged the above "Notice of Correction" dated May 20, 2020 and solemnly affirms that every statement given above was the whole truth to the best of his personal first-hand knowledge and personal belief and those he believes to be true. IN TESTIMONY whereof I have hereunto set my Hand and Seal this Day and Year last aforesaid

_____
Notary Public – signature
My commission expires: __1/31/22__

[seal] MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

declares all said contracts null and void *nunc pro tunc ab initio*. There is no proof to the contrary;

7. Declarant does not reside on any statutory Federal land lawfully ceded to the United States of America, the United States, or any territory possession thereof, and does not reside or domicile within the meaning of the organic written on parchment "constitution for the United State of America" ("constitution") Article IV Section 3 Clause 2 "territory" nor within the meaning at without the District of Columbia of Article I Section 8 clause 17 "District", nor within the meaning of any "emergency" doctrines that merge the two in any way counter to the separation of powers doctrine. There is no proof to the contrary;

8. Declarant is NOT property of, merged with, attached to, volunteer surety for, debtor of/to/for, or joined with, to wit:



hereinafter jointly and severally referred to as "EDWARD   ROARK   SCHWAGERL"; Edward Roark Schwagerl; SCHWAGERL, EDWARD ROARK; Schwagerl, Edward Roark; First SCHWAGERL; SCHWAGERL, First; or any derivation of that name either in spelling or *capitis* and when in public goes only by the name Edward Roark of the family Schwagerl. There is no proof to the contrary;

9. Declarant acknowledges and accepts the United States' adopted Uniform Commercial Code definition of statutory "registered organization" in United States' adopted Article 9-102(a)(71) as "means an organization organized solely under the statutory law of a single State or the United States by the filing of a public organic record with, the issuance of a public organic record by, or the enactment of legislation by the State or the United States" meaning the Union without the District and Territory.  There is no proof to the contrary;

10. Declarant acknowledges and accepts the Ohio Revised Code, chapter 3705 statutory construction of "product of human conception," "fetal death," and "foundling report" to be the balance of biology abandoned by my parents on the day of my nativity whereby its construction the result is that the Fiduciary Doctors in attendance for Account Number 900910203 "Fader, Baby Boy" shown in **Exhibit L** they named said biology on COLB "Edward   Roark   Schwagerl," including but not limited to, amniotic fluid, blood, umbilical cord and placenta, to be the materials required to Title it without an official "death certificate" making the COLB, in fact, a <u>Certificate of Foundling Abandoned Biology from My Mother Karen's womb on Declarant's day of nativity, and not the living newborn Declarant himself</u>.  Truth be told, Declarant has no true private title of birth under the mode and rules of the reformation Christian Church until adult Baptism on the 3rd day of April In the year of our Lord 1994, and the COLB is estate settled and consented to by my natural mother and father now deceased at the time of my nativity. There is no proof to the contrary;

identify the registered statutory organization EDWARD    ROARK    SCHWAGERL.
There is no proof to the contrary;

17. Declarant is not a volunteer surety for any statutory registered organization or artificial
entity *nunc pro tunc ab initio*. **Exhibit H** annexed hereto and made a part hereof. There
is no proof to the contrary;

18. Declarant hereby resigns all assumed, presumed, or express agency with any legal
fiction public and private corporate bodies, governments, associations et. al. **Exhibit I**
annexed hereto and made a part hereof. There is no proof to the contrary;

19. Declarant hereby appoints Edward Roark  Schwagerl to the position of General Executor
for the statutory EDWARD    ROARK    SCHWAGERL, Estate. **Exhibit J** annexed
hereto and made a part hereof. There is no proof to the contrary;

20. Declarant inherits rights and status of his ancestors by bloodline and parentage in
**Exhibit K** on file in the Minnesota Secretary of State office file number 171013 9-21-
2016.  There is no proof to the contrary.

Further Declarant sayeth naught.

I, Edward Roark of the family Schwagerl, affirm under penalty of perjury, under the laws of the United States
of America, that the foregoing is true and correct to the best of my knowledge and belief so help me God. [28
USC 1746(1)]

Executed this _Thirteenth_                day of June two thousand twenty.

BY:......................................................A.R.
Edward Roark Schwagerl
Private American Free Man, Minnesotan.
c/o 525 Main Street  Unit 120353
New Brighton, Minnesota.

**State of Minnesota**                    )
                                          ) ss.
**County of Ramsey**                      )

On the _13th_ day of June 2020, Schwagerl, Edward Roark appeared before me by special restricted
ministerial visitation, known to me, make oath under penalty of perjury, he to be the man who
subscribed to the attached instrument and affirmed the foregoing acknowledgement to be his freewill,
act and deed.

IN WITNESS WHEREOF, I have hereunder set my hand and seal this _13th_ day of June 2020.

Notary

My commission expires _1/31/22_

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

the wounded from the field of battle. No matter what the construction, the construing, the interpretation, and/or the reasoning anything to the contrary of the information stated herein shall be held, deemed void as well as unreasonable, frivolous, meritless, moot, nonsensical.

Not a US "citizen" under federal law pursuant to 8 U.S.C. §1101(a)(21). However, Born without a country and without a state in one of the several states of the Union. A non-statutory civilian national of The Independent nation State and Republic of Ohio, egressed therefrom and ingressed in my declared new nation of domicile NATION MINNESOTA:

"alien" (per 26 U.S.C. 7701(b)(1)(A)); NOT part of the "State" defined in 26 U.S.C. §7701 (a)(1 0), 4 U.S.C. "Individual" (per 26 C.F.R. §1.1441-1(c)(3)).

"citizen of the United States" per 8 U.S.C. §1401 and 26 C.F.R. §1.1-1(c) per Rogers v. Bellei, 401 U.S. 815 (1971). "Stateless Person" as per Newman-Green v. Alfonso Larrain, 490 §11 0(d). 42 U.S.C. §1301(a)(1). or 28 U.S.C. §1332(d) nor part of the geographical sense of "United States" defined in 26 U.S.C. §7701 (a)(9), or 42 U.S.C. §1301 (a)(2). U.S. 826 (1989). Constitutional diversity of citizenship pursuant to U.S. Const. Art. III. Section 2, but NOT statutory diversity pursuant Not a political "alien" pursuant to 8 U.S.C. §11 01 (a)(3)) nor a "resident alien" pursuant to 26 U.S.C. §7701 (b)(1)(A) since a national of the nation to 28 U.S.C. §1332. Rebut the following if you disagree within 30 days or you stipulate it as truth.

United States. A civil sensed, or legal "alien", pursuant to 8 U.S.C. 51101(a)(3) since not domiciled in the geographical sensed "United States" defined in either 26 U.S.C. 57701(a)(9) or 42 U.S.C. 51301(a)(2). No "residence" within the meaning of the I.R.C., because only statutory "aliens" can have a "residence" per 26 C.F.R. §1.871-2. Constitutional citizens or "nationals of the United States*** of America" have a domicile rather than a residence. Only privileged constitutional/ political "aliens" have a "residence".

I am without federal diversity jurisdiction as a "stateless" person held by Pannill v. Roanoke Times Co., 252 F. 910 (W.D.Va. 1918)

i have a religious objection to having an earthly presence Described in 8 U.S.C. §1401. 8 U.S.C. §1 101(a)(2)(B). and 26 C.F.R. §1.1 - 1(c). Born on federal territory and domiciled in the District of Columbia or federal territory or possession. Not a constitutional or Fourteenth Amendment section 1 "citizen of the United States" per Rogers v. Bellei, 401 U.S. 815 (1971). domicile within any existing, Man/Woman-made government. i am a "transient foreigner" but not an "in-habitant" with respect to the Man/Woman made government having jurisdiction in the place where I temporarily live.

"Free Inhabitant" of any Federal territory or possession. Territory/Possession Confederation but not Constitutional "Citizen" or name: "citizen of the United States". Articles of Confederation identify themselves as "perpetual", and therefore this status is perpetual. DIPLOMATIC STATUS, i am of the following statuses which constitute internationally protected persons pursuant to 18 U.S.C. §112 who are immune (not "exempt") from federal income taxation pursuant to 26 U.S.C. §892. Those claiming such status must file I.R.S. OR OTHER KNOWLEDGEABLE GOVERNMENT AGENTS Form W-8EXP to claim immunity from taxation.

i waive any and all aid and protection of Man/Woman-made statutory national laws and became a "stateless person" relative only to the national government pursuant to Newman-Green v. Alfonso Larrain, 490 U.S. 826 (1989), i am not as defined by the Internal Revenue Code, Subtitle A "trade or business" franchise/excise tax. Also called "income tax", "trade or business" is defined in 26 U.S.C. §7701 (al(261 as "the functions of a public office" in the government.

Those not engaged are a "foreign estate" pursuant to 26 U.S.C. §7701(a)(31 ); See and rebut following within 30 days if disagree or be held in default, estoppel, and laches.

Any and all powers of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY does supersede former Attorney In Fact powers, and furthermore current Powers cures all previous signatures given by principal, as i revoke as well as resend via disaffirmance any and all previous contracts and or Powers Of Attorneys entered into during infancy. i Edward Roark Schwagerl, a Natural Man am the principal having attained the age of Majority, acknowledging and accepting the certificate of title of Live Birth being the sole owner of the Instrument and the Holder in Due Course, do hereby exercise the RIGHT OF DISAFFIRMANCE.

| CHILD—NAME | First | Middle | Last |
|---|---|---|---|
| 1. | Edward | Roark | Schwagerl |

"EDWARD ROARK SCHWAGERL", herein reference to as PRINCIPAL, now

serve as a memorial for and to all future generations. i am the official registered owner of the certificate of live birth attached hereto, and the associated interests, trusts, to include the Cestui Que;

As the affiant i **Edward Roark  Schwagerl**, a Natural Man state that i am familiar with the facts as stated in the certificate:

1.  That i was Produced on **May 16, 1968** at 6:51 p.m.;

2.  That my family followed a long tradition of not naming a child until after the eighth day of birth;

3.  The was born in **University Hospital** located at the city of **Columbus** of **Franklin County** of the state and Republic of **Ohio**.

4.  That my mother's name is Mrs. **Karen Layman Schwagerl (born Karen Wave Layman)**

5.  My father's name is **Edward Kenneth Fader, and minor full adoption by George Ernest Schwagerl.**

6.  My mother was born in Licking County and my father was born in Boston;

7.  The birth certificate was created a about fifteen days after the birth event of/on **May 16, 1968** in **Franklin County, Columbus** of the Republic of **Ohio** signed by my mother, the treating Physician, and the local register recorded this event on **May 31, 1968** as stated in the certificate of live birth;

8.  The serial number for the original certificate of live birth is # 134-68-059406 (sealed) and adoption certificate of live birth #134-68-643324 registered with the county of **Franklin, Ohio**;

9.  The Social Security number associated with this certificate of live birth which is evidence of an estate, is – XXXXX-0733.

10. The birth certificate instrument carries the Great Seal of the State of **Ohio** and an official notary stamp of certification as to authenticity of the certificate of live birth;

    (a) According to the law of evidence in the United States self-authenticating documents are that which can be admitted into evidence at a trial without proof being submitted to support the claim that the document is what it appears to be. In short, these are documents those which do not require outside evidence of authenticity in order to be admitted in evidence.

    (b) GOOD FAITH AND CREDIT CLAUSE: The Full Faith and Credit Clause—Article IV, Section 1, of the U.S. Constitution— provides that the various states must recognize legislative acts, public records, and judicial decisions of the other states within the United States. It states that "Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State." The statute that implements the clause, 28 U.S.C.A. § 1738, further specifies that "a state's preclusion rules should control matters originally litigated in that state." The Full Faith and Credit Clause ensures that judicial decisions rendered by the courts in one state are recognized and honored in every other state.

11. I attest that not only of my familiar with the facts as stated in the certificate of live birth attached hereto, but i am the registered owner of said certificate of title, and the party named in said certificate of live birth, having attained the age of the age of majority on the 18th anniversary of my birth:

    (a) "… stating that the party named in said birth certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate." Statement of duress:

This affidavit of duress and void declaration especially includes, but is not limited to, anything relating to government franchises, disclosures of government identifying numbers such as SSN or TIN, tax withholding or reporting forms such as the W-4 contract forms (26 C.F.R. §31 .3401(a)- 3(a) and 26 C.F.R. §31.3402(p)1), tax returns, or any other declarations of status (e.g. "employee", "taxpayer", "individual", "inhabitant", "U.S. citizen") arising out of any tax, citizenship, or licensing forms provided to the government such as driver's license applications, applications for ID cards, voter registration, or benefit applications. An expanded version of this duress statement is contained at the following address and is hereby incorporated into this document by reference.

*e.* Ϛ. Ϛ,

are no other owners of said business.  COST SCHEDULE: 110% of assessed value of the total assessment and costs plus 40% interest at the time of accumulated engagement.

**i, Edward Roark  Schwagerl, hereby Certify, Attest as well as affirm that i was born May 16, 1968, that the Certificate of Live Birth, Registration Number 134-68-643324 formerly 134-68-059406, Assessor's ID No: KENNEY RD ACRES 5.23 R18 T1 1-4T 3 1 TO 5; Address: 1534 N HIGH ST COLUMBUS OH 43201; Property Type: Exempt; LAND USE: 610-EXEMPT PROPERTY; Tax Rate Area (TRA): 010 CITY OF COLUMBUS belongs to Me, I am the true bona fide Owner.**

i further attest, affirm, DECLARE, as well as certify that i have firsthand actual knowledge of all of the events described herein. That the legal document, certificate of title, security instrument noted above carries information of my name as well as other credentials that of no other person, i am the owner. That i have resigned as registered agent for the agency associated with this instrument and did so by sending proper notification to Responsive parties. That i hereby withdraw any and all permissions extended to any and every party at any and every time to oversee my properties with reference to this instrument, my securities, and/or my interest, i am the true bona fide Owner.

i have attained the age of majority, i am competent, and capable of handling my own affairs and require/request that this be reflected in all records associated thereto/hereto immediately! i hereby of my own accord and in compliance with the Age of Majority Act and the associated local act[s] assume, commandeer, seize control of any and all accounts, assets, affairs associated with the minor account[s] and any and all primary account[s], heretofore, forthwith, retroactively, and perpetually.

The record shall reflect the attaining of the age of majority/adulthood, binding upon all jurisdictions, that i am a White Native American, born in North America of the **Northwest Treaty Ordinance 1787** now the Republic of **Ohio** city of **Columbus**, in the Township known as Franklin and in the County known as **Franklin County**, on the date indicated on the certificate of live birth, and this is my will, and i place this information as a Memorial of my will, and do so attesting under the organic Constitution of the United States of America, that the aforementioned information is accurate AND i DO HEREBY ATTEST, DECLARE AS WELL AS AFFIRM THAT i HAVE NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE TO ALL **OHIO**, DISTRICT OF COLUMBIA AND  STATE OF **OHIO** STATE STATUTES, CODES, REGULATIONS, ADMINISTRATIVE ORDERS, EXECUTIVE ORDERS, QUASI-EXECUTIVE/ADMINISTRATOR/LEGISLATIVE ORDERS WHERE  No general law affecting private rights—and all of **Edward Roark  Schwagerl**'s actions are to be forever construed as private actions, done in a private civilian capacity, shall be varied in any particular case, by special legislation, except BY the free consent, in writing of all persons to be affected thereby;
TAKE NOTICE THAT: all agents, representatives, parties principal and or otherwise are hereby estopped, prohibited, and/or ordered to cease and desist any and all further contact, contracts, attempts to impede, infringe upon, intercept, commandeer, seize, prevent, and or otherwise interfere in the life, and/or other experiences and/or affairs of the presenter **Edward Roark  Schwagerl** and/or **his** interest and/or affairs heretofore, henceforth, retroactively and/or perpetually. i hereby disaffirm, disavowal, and forever suspend any and all contracts entered into during infancy. You are hereby commanded an ordered to cease and desist with reference to and/or concerning my affairs, my estate, my trust, my interests, my essence, my property, my accounts, your assistance is not warranted, necessary, and/or needed henceforth;

### DISTRICT OF COLUMBIA ORGANIC ACT OF 1871 FORTY FIRST CONGRESS, Sess III. CH. 62. 1871

Sec. 17.  And be it further enacted, That the legislative assembly shall not pass special laws in any of the following cases, that is to say: … regulating the practice in courts of justices of the peace, police magistrates, or constables; providing for changes of venue in civil or criminal cases, or swearing and impaneling jurors; <u>remitting fines, penalties, or forfeitures; the sale or mortgage of real  estate belonging to minors or others under disability</u>; changing the law of descent; … granting to any corporation, association, or individual, any special or exclusive privilege, immunity, or franchise whatsoever,  The legislative assembly shall have no power to … authorize any company or individual to issue notes for circulation as money or currency.

Sec. 20. And be it further enacted, That the said legislative assembly shall not have power to pass any ex post fact law, nor law impairing the obligation of contracts, nor to tax the property of the United Sates, nor to tax the lands, or other property of nonresidents higher than the lands or other property of residents; …, as hereinafter [herein before] provided.

AND TAKE FURTHER NOTICE THAT i, **Edward Roark  Schwagerl**, did not consent for me or my private property to being a 14th amendment section 1 citizen of the U.S. or state of  or any other state sub-class, minor, infant, incompetent person and/or entity and disaffirm any other obligation entered into knowingly or otherwise any other quasi-consent, especially since this was done while i was considered/construed a baby/infant/incompetent person/minor, as such contracts would have put me under legal disability to contract, and not capable of such a contract, as the above mention August 9, 1857 **Minnesota** Constitution said.

paper that have been named after **his** and used as a means to control and defraud **his** of **his** estate. AND TAKE FURTHER NOTICE THAT **i, Edward Roark Schwagerl**, of the age of Majority, DEMAND, for you to put the name **Edward Roark Schwagerl**, OF THE AGE OF MAJORITY; **Edward Roark Schwagerl** FOUNDATION, ON THE DO NOT STOP, DO NOT DETAIN LIST FOR WASHINGTON D.C., **STATE OF MINNESOTA** and all the OTHER STATES. i reserve as well as retain all rights protected by above said DISTRICT OF COLUMBIA AND STATE OF **MINNESOTA** Constitutions, inalienable as well as alienable rights as i determine at any given time. i do not accept nor do i recognize any rights afforded to any individual, entity, person under the 14th amendment section 1 of the United States Constitution and waive any part of said privileges and/or benefits associated thereto.

8. TAKE NOTICE THAT there will be a charge of USD$12,000.00 and up dollars against you and your agencies or contractors, this shall constitute an ill revocable contract where you agree to pay this amount to me, **Edward Roark Schwagerl**, of the age of Majority in the Name **Edward Roark Schwagerl, FOR THE TRESPASS** of my unalienable rights, protected by the Original August 9, 1857 republican State Constitution and District of Columbia Organic Act of 1871 Forty First Congress, Sess III. CH. 62. 1871.

9. As owner of said certificate, securities, bond, Estate, agency, trust, properties, assets, etc, al., i am lawfully entitled to oversee, manage, and maintain power of attorney in fact were respects the aforementioned properties and shall never consent to the otherwise.

10. AND TAKE FURTHER NOTICE THAT THIS IS A CONTRACT and Estoppel: your failure to answer and rebut this affidavit is  acquiescence as recognized by basic fundamental due process requirements respecting notification, you have 72 hours to answer, then this contract is law.

i declare under penalty of perjury under the Constitution of the United States of America and of the State of Minnesota that the aforegoing is accurate as attested so help me God:

*by: Sh...*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**A SERIOUS EMERGENCY EXISTS/EXTANT!!!!!!!!!*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*"Be it enacted by the Senate and the House of Representative of the United States of America in Congress assembled, That the Congress hereby declares that a serious emergency exists and that it is imperatively necessary speedily to put into effect remedies of uniform national application."*

*"Whereas, under the Act of March 9, 1933, all Proclamations heretofore or hereafter issued by the President pursuant to the authority enforced by section 5(b) of the Act of October 6, 1917, as amended, are approved and confirmed;" [President Roosevelt's Proclamation 2040].*

*"During time of war or during any other period of national emergency declared by the President, the President may, through any agency that he may ... regulate, or prohibit under such rules and regulations ... by means of licensure... any ... transactions of credit between or payments by banking institutions as defined by the President and ... currency, by any person within the United States or anyplace subject to the jurisdiction thereof." [Title 1, Sec. 2, 48 Statute 1, March 9, 1933]*

*"Bank holiday of 1933. Presidential Proclamations No. 2039, issued March 6, 1939, and No. 2040, issued March 9, 1933, temporarily suspended banking transactions by member banks of the Federal Reserve System... The first proclamation, it was held, had no authority in law until the passage on March 9, 1933, of a ratified act (12 U.S.C.A. § 95b). The present law forbids member banks of the Federal Reserve System to transact banking business, except under regulations of the Secretary of the Treasury, **during an emergency proclaimed by the President**. 12 U.S.C.A. § 95." [Black's Law Dictionary, 5th Edition];*

*"The Secretary of the Treasury will issue licenses to banks which are members of the Federal Reserve system whether national bank or state, located in each of the 12 Federal Reserve bank cities, to open Monday morning." [President Roosevelt's papers]*

*"When required to do so by the Secretary of the Treasury, each Federal Reserve agent shall act as agent of the Treasurer of the United States or of the Comptroller of the currency, or both, for the performances of any functions which the Treasurer or the Comptroller may be called upon to perform in carrying out the provisions of this paragraph. [48 Stat. 1]*

*"Whenever in the judgment of the Secretary of the Treasury such action is necessary to protect the currency system of the United State, the Secretary of the Treasury, in his discretion, may regulate any or all individuals, partnerships, associations and corporations to pay and deliver to the Treasurer of the United States any or all gold ... Whoever shall not comply with the provisions of this act shall be fined not more than $10,000 or if a natural person, may in addition to such fine may be imprisoned for a year, not exceeding ten years." [Stat 48, Section 1, Title 1, Subsection N, March 9, 1933]*

*"During this banking holiday it was at first believed that some form of script or emergency  currency would be necessary for the conduct of ordinary business. We knew that it would  be essential when the banks reopened to have an adequate supply of currency to meet all  possible demands ... On March 7, 1933, the Secretary of the Treasury issued a regulation authorizing clearing houses to issue demand certificates ... this authority was not to become effective until March 10th ... after the passage*

mount of collateral that is presented from time to time from exchange for bank notes. Is that not correct?"  (d)
[McPhadin] "Yes, I think that is correct."

## THE EMERGENCY CONTINUES

In 1934 the Supreme Court announced that that banking emergency was still ongoing HOME BLDG. & LOAN ASS'N v. BLAISDELL. (1934) "Appellant contests the validity of chapter 339 of the Laws of Minnesota of 1933, p. 514, approved April 18, 1933, called the Minnesota Mortgage Moratorium Law, [290 U.S. 398, 416] The act provides that, **during the emergency declared to exist**…" The Supreme Court of the United States stated that case that started April 1933 was relevant to the **EMERGENCY DECLARED TO EXIST**, present tense. **The Emergency** was not to end until there was another Executive Order and/or declaration "Recognizing the limitations of the legal authority the President had cited for his declaration of a national bank holiday, the legislation amended § 5(b) of the Trading with the Enemy Act to allow it to be used not only in time of war but also "during any other period of national emergency declared by the President." The banking legislation also declared that "a serious emergency exists," conferred extensive discretionary powers … the President in Proclamation No. 2040 on March 9 extended the national emergency and the bank holiday he had declared on March 6 "**until further proclamation by the President**", In the middle of that decade the Senate created a Special Committee on National Emergencies and Delegated Emergency Powers to conduct an investigation into Presidential use and abuse of emergency powers.  On the basis of that Committee's findings and recommendations, Congress in 1976 enacted the "National Emergencies Act." The Act repealed several statutory delegations of emergency powers and, in addition, imposed a number of controls on the President's exercise of emergency powers, as follows:

 <u>(1) With one pertinent exception, it terminated "all powers and  authorities possessed by the President, any other officer or  employee  of
the Federal Government, or any executive agency, … as a result of  the existence of any declaration of national  emergency in effect on
September 14, 1976." The Senate Special Committee had found  *that not only President Roosevelt's 1933  proclamation of a national
emergency  … were still extant. Technically, the National   Emergencies Act did not repeal or terminate  those four declarations  of national
emergency.*</u>

EXTANT- it's the legalese word. it means still in existence, still active, still binding, still alive, it means that it hasn't been repealed. This was the 1976 Senate stating for a fact, that the declarations issued by President Roosevelt in 1933 respecting the **national emergency**, were still in effect, imagine that we are still in a national emergency after all these years. Government can do anything right?

It must be noted that the **emergency holiday** foresaw the necessity for ordinary business to be conducted, however, this was with the provision that there would be an adequate supply of currency to meet demand, I never received my adequate supply of currency as was promised and as such I cannot operate or conduct ordinary business during the emergency, which means my government has failed to provide me a remedy which it is under obligation to do so.

AND TAKE FURTHER NOTICE THAT **i, Edward Roark  Schwagerl**, of the age of Majority, DEMAND, for you to put the name  EDWARD ROARK SCHWAGERL, OF THE AGE OF MAJORITY; EDWARD ROARK SCHWAGERL FOUNDATION, ON THE DO NOT STOP, DO NOT DETAIN LIST FOR WASHINGTON D.C., MINNESOTA STATE and all the OTHER STATES. i reserve as well as retain all rights protected by above said DISTRICT OF COLUMBIA and STATE OF MINNESOTA STATE Constitutions, inalienable as well as alienable rights as **i** determine at any given time. i do not accept nor do i recognize any rights afforded to any individual, entity, person under the 14th amendment section 1 of the United States Constitution and waive any part of said privileges and/or benefits associated thereto. TAKE NOTICE THAT there will be a charge of USD$12,000.00 [and up to *five-hundred thousand dollars* (U.S.$500,000.00) in lawful gold terms of 23.22 grains gold weight per dollar, measured equivalent (*i.e.*, 23.22 grains of gold x 500,000 in spot rate terms at the time) equivalent exchanged terms of Credit On Account of the United States or "the United States coin of realm"] against you and your agencies or contractors, this shall constitute an ill revocable contract where you agree to pay this amount to me, **Edward Roark  Schwagerl**, of the age of Majority in the Name EDWARD ROARK SCHWAGERL, FOR THE TRESPASS per violation, per occurrence, accruing at the moment of detainment, obstruction, stopping or arrest without fundamental civilian due process mode of acquiring jurisdiction over their persons or their property or their personal possessions without protection of my unalienable rights, protected by the Original handwritten August 8, 1857 Minnesota Republic State Constitution and District of Columbia Organic Act of 1871 Forty First Congress, Sess III. CH. 62. 1871 and as owner of said certificate, securities, bond, Estate, agency, trust, properties, assets, et. al., i am lawfully entitled to oversee, manage, and maintain power of attorney in fact were respects the aforementioned properties and shall never consent to the otherwise.

signature/seal:

6/7/20

**JURAT**

STATE OF MINNESOTA; COUNTY OF RAMSEY;

On June 13th, 2020 before me ___Marnie Matheson___ Notary Public, personally stood Edward Roark  Schwagerl, a natural man and/or woman, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his/her signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of Minnesota that the foregoing paragraph is true and correct.

Witness my hand and the official seal of my office.
Signature ___Marnie X Matheson___ My commission expires ___1/31/2022___

SEAL
MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

## COLLATERAL AGREEMENT

<u>Pledged Collateral RR662692550US-29.330; Assignment of Revisionary Interest in EDWARD ROARK SCHWAGERL (U.S. CITIZEN/OHIO STATE AGENCY) to the United States Government by way of the Office of the District Director of Internal Revenue in the interest of the United States Government</u>

This collateral agreement is executed by **Edward Roark Schwagerl (Power of Attorney & Beneficiary** CAF# **To Be Determined)** on behalf of **Edward Roark Schwagerl** RR662692550US-29.330 **(U.S. CITIZEN/OHIO STATE AGENCY)** and collateral **RR662692550US29.330 (18 U.S. Code § 8 - Obligation or other security of the United States defined)** which will ensure the performance and terms of this agreement. *Please review IRM 5.6.1.1 (10-25-2011) Collateral Agreements (1).*

i, Edward Roark  Schwagerl do pledge, transfer, guaranteed by collateral titled **RR662692550US-29.330** [sequentially 29.330-999]; to the United States "Government" via Registered Mail Account Number RE  637  836  155  US by way of the Office of District Director ["Director"] whose principal mailing location is *Department of Treasury, IRS, 2970 Market Street, Philadelphia, Pennsylvania 19404-5066 of Internal Revenue,* regarding all past, present, and future public debt obligation incurred by **Edward Roark  Schwagerl** within the United States Government as per **31 CFR 225.2 - Government obligation.**  To honor the pledge of **Edward Roark Schwagerl (U.S. CITIZEN/OHIO STATE AGENCY), I fully assign (a) the reversionary interest of RR662692550US-29.330 in Edward Roark  Schwagerl to the United States Government as per 12 U.S. Code § 95 a (2), by way of the Office of the District Director of Internal Revenue in the interest of the United States Government.** *Please review IRM 5.6.1.2 (10-25-2011) Types of Acceptable Securities, 18 U.S. Code § 8 - Obligation or  other security of the United States defined and IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6-1).*

i am aware that the Government obligation refers to a public debt obligation of the United States Government and an obligation whose principal and interest is unconditionally guaranteed by the United States Government. *Please review 31 CFR 225.2, 31 U.S. Code § 3123 - Payment of obligations and interest on the public debt, 12 U.S. Code § 411 -  Issuance to reserve banks; nature of obligation; redemption  and IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6)* .   Under the principles and rules of equity under judicial power of the United States said transference of collateral is an equitable mortgage and deposit of title deeds giving rise to an unalienable right of redemption in favor of mortgagor/transferor **Edward Roark  Schwagerl,** in which case, I fully assign to assignee Director **(b)** all my rights of redemption in said collateral for the extinguishment of debts that occur under this agreement in perpetuity.

The value of said collateral is sufficient to protect the interest of the Government throughout the life of this agreement. Considerations were given regarding possible market fluctuations prior to giving value to said RR662692550US-29.330 collateral. Please utilize pledged collateral  to resolve all public debt obligations including tax liabilities in connection with **Edward Roark Schwagerl.**

Nothing shall affect or impair the priority of any claim of the United States against Government obligations. *Please review IRM 5.6.1.1 (10-25-2011) Collateral Agreements* (6), 31 CFR 225.2, 31 U.S. Code § 3123 and 12 U.S. Code § 411. The District Director of Internal Revenue or assignees will take all reasonable and appropriate steps to ensure that all procedures or transactions conform to the appropriate provisions thereof including precautionary measures taken to safeguard the collateral. *Please review IRM 10.2.13, Information Protection.* Collateral shall be deposited with the district director or, in his/her discretion, with a responsible financial institution acting as escrow agent.

Interest accruing upon Government obligations pledged to the United States by way of the District Director of Internal Revenue in accordance with this part will be remitted to **Edward Roark  Schwagerl.** *Please review 31 U.S. Code § 3123  and IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6-2).* The District Director will return the Government obligations, and any interest retained therefrom, to **Edward Roark  Schwagerl,** without written application from **Edward Roark  Schwagerl,** when the District Director determines that the Government obligations are no longer required under the terms of the collateral agreement.

Please contact me regarding this matter should any questions arise.

Sincerely yours,

By:_____  6/17/20

*Edward Roark  Schwagerl- Power of Attorney & Grantor, Mortgagor, Beneficiary (CAF# To Be Determined) on behalf of* **EDWARD ROARK SCHWAGERL** *(U.S. CITIZEN/OHIO STATE AGENCY) All rights reserved.*





Samole Notarv Seal of Attested Coov

**Marnie Rae McPherson, Notary Public**
**State of Minnesota**
**Ramsey County**

**<u>Notary Copy Certification Certificate</u>**

I, Marnie Rae McPherson, am a duly empowered Notary Public for the State of Minnesota, Ramsey County, and I do hereby certify and declare that on this _30th_ day of _January_ 2020, that the proffered Copy(ies) in my possession on behalf of Edward Roark Schwagerl, a private resident of Ramsey County, Minnesota known personally to me, has been carefully compared by me with a genuine original thereof in my official custody, and I have determined per Minn. Stat. 359.085 subs. 4 the Copy of which attached hereto and herewith is determined by me to be a true, full and accurate black and white reproduction of the genuine originals in "wet ink" both obverse and reverse, and I have embossed each page accordingly.

IN TESTIMONY whereof I have embossed the proffered Copy(ies), or embossed the first page with pages total, inspected by me and hereunto set *my* Hand and Official Seal this Day and Year last aforesaid.

[seal]

Marnie Rae McPherson, Notary Public

My commission expires: _1/31/2022_

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

# EXEMPLIFIED/AUTHENTICATED CERTIFICATE

| | |
|---|---|
| **STATE OF MINNESOTA**<br>**COUNTY OF RAMSEY** | **DISTRICT COURT**<br>**SECOND JUDICIAL DISTRICT**<br>**CIVIL DIVISION**<br>**COURT FILE NO. 62-CV-17-3317** |

**IN RE**

    **In the Matter of the Application of**
    **Edward Roark Schwagerl for a Change**
    **of Name**

I have compared the attached copy of: Order Granting Name Change and Other Relief, with the original, and it is a true and correct copy of the original on file as it appears on record in my office as legal custodian.

    WITNESS MY HAND AND SEAL, of the District Court, Civil Division, at St. Paul, in Ramsey County, State of Minnesota, on September 08, 2017.

    (COURT SEAL)

Sheila Wicklander
DEPUTY COURT CLERK

STATE OF MINNESOTA
COUNTY OF RAMSEY

    I, Shawn M. Bartsh, Judge of District Court for the Second Judicial District, Civil Division, in and for the County of Ramsey, State of Minnesota, do certify the foregoing attestation of Sheila Wicklander, Deputy Court Clerk, is correct, and the signature is genuine.

    IN TESTIMONY WHEREOF, I have set my hand on ____ day of September, 2017.

Shawn M. Bartsh
DISTRICT COURT JUDGE

STATE OF MINNESOTA
COUNTY OF RAMSEY

    I, Michael F. Upton, Court Administrator of the above named Court, do certify, the Honorable Shawn M. Bartsh, is a Judge of the above named Court, duly commissioned and qualified, and was such Judge at the date of the foregoing certificate, and the signature attached is genuine.

    IN TESTIMONY WHEREOF, I have set my hand and the seal of the District Court, Civil Division, at St. Paul, in Ramsey County, State of Minnesota, on ____ day of September, 2017.

    (COURT SEAL)

Michael F. Upton
COURT ADMINISTRATOR

6. This applicant requests:
   ☑ To have his/her name changed to _Edward Roark Schlager_
   ☐ To have his/her name changed on birth records created or maintained by the Minnesota Department of Health to _____
   ☐ To have his/her sex changed on birth records created or maintained by the Minnesota Department of Health to _____.
   ☐ To have the Minnesota Department of Health issue and register a replacement birth record. Applicant further requests the prior birth record be kept confidential and the replacement birth record not to include any reference to Applicant's ☐ former name  ☐ former sex.
   ☐ To have the name of his/her spouse changed to _____
   ☐ To have the name(s) of his/her child (ren) changed to _____
   _____
   _____
   _____
   _____

7. The applicant (and included spouse or child (ren))
   ☑ Has not been convicted of a felony in any state.
   ☐ Has convicted of a felony as follows: _____
   _____
   AND ☐ Proper notice has been given to the prosecuting authority and Minnesota Attorney General
   AND ☐ No objection has been filed.

8. Legal description of lands in the State of Minnesota upon which the following have a claim, interest, or lien: (Provide the legal description and attach additional pages if necessary.)
   ☑ Applicant _See Attached No. 8 included herein by reference_
   ☑ Spouse _____
   ☐ Child (ren) _____
   _____

9. Other: _____
   _____
   _____

**The application is granted and IT IS ORDERED that:**

☑ The legal name of the Applicant shall be _Edward Roark Ehreger_

☐ The legal name of the spouse shall be _____

**Case File No:** _____

The MN. Dept. of Health  shall change the name on the birth record

from _____ to _____


The MN. Dept. of Health  shall change the name on the birth record

from _____ to _____


The MN. Dept. of Health  shall change the name on the birth record

from _____ to _____


The MN. Dept. of Health  shall change the name on the birth record

from _____ to _____


The MN. Dept. of Health  shall change the name on the birth record

from _____ to _____


The MN. Dept. of Health  shall change the name on the birth record

from _____ to _____


The MN. Dept. of Health  shall change the name on the birth record

from _____ to _____


The MN. Dept. of Health  shall change the name on the birth record

from _____ to _____


The MN. Dept. of Health  shall change the name on the birth record

from _____ to _____

62-cv-17-3317

Attached with order August 30, 2012

5. Name of Applicant's spouse and date of birth: CHRISTINE MARIE SCHWAGERL

(NETTLETON) of Saint Louis County, State of Minnesota, Birth No. 981 Nineteenth of June

Nineteen Hundred Sixty-eight (6-19-1968), domicile of origin 4729 West 6th Street, Duluth,

Minnesota. This application does not include spouse.

Q.S.5

5. Name(s) of Applicant's minor children and date(s) of birth. This application does not include the

following minors: CONNOR GEORGE SCHWAGERL of Anoka County, State of Minnesota,

Eighteenth of May Two Thousand Three (5-18-2003), CHLOE MARIE SCHWAGERL, Fourteenth

of July Two Thousand Four (7-14-2004).

6. This Applicant requests to have his name changed to:

Edward Roark Schwagerl  [handwritten]

Edward Roark Schwagerl [electronic or press]

(proper case style of private citizen of the United States and private Minnesotan national)

7. The Applicant has not been convicted of a felony in any State of the Union.

8. Legal description of lands in the State of Minnesota upon which the Applicant has a claim, interest, or

lien: (Provide the legal description and attach additional pages if necessary.)

A) 49 14th Ave Southwest, New Brighton, Minnesota. PID 32.30.23.22.0060, Highcrest Addition Block
3, Lot 22, Land Patent Number 3072, April 9, 1855. Ramsey County Recorder Document #'s
1694362 Warranty Deed, 4301137, 4301140, 4284752, 4354636, 4356901, 4356110, 4354635,
4316183, and Registrar of Titles #2192514, all included herein by reference and made apart hereof
and description provided here:

> That part of the Northwest Quarter of the Northwest Quarter of Section 32,
> Township 30 North, Range 23 West of the 4th Principal Meridian - *1831 MN/WI*,
> Ramsey County, Minnesota, described as follows:
> Commencing at the Northwest corner of said Section 32; thence North 89 degrees
> 43 minutes 56 seconds East, along the north line of said Section 32, a distance of
> 649.87 feet; thence South 00 degrees 18 minutes 34 seconds East a distance of
> 265.58 feet; thence North 89 degrees 52 minutes 15 seconds East a distance of
> 30.00 feet to the point of beginning of the land to be described; thence North 89
> degrees 52 minutes 15 seconds East a distance of 131.60 feet; thence South 00
> degrees 18 minutes 34 seconds East a distance of 76.00 feet; thence South 89
> degrees 52 minutes 15 seconds West a distance of 131.60 feet; thence North 00
> degrees 18 minutes 34 seconds West a distance of 76.00 feet to the point of
> beginning.

Attached to Order

*Exhibit B*
*2 pages*

Marnie Rae McPherson, Notary Public
State of Minnesota
Ramsey County

## Notary Copy Certification Certificate

I, Marnie Rae McPherson, am a duly empowered Notary Public for the State of Minnesota, Ramsey County, and I do hereby certify and declare that on this 13th day of June, 2020, that the proffered Copy(ies) in the possession of Edward Roark Schwagerl, a man known to me, has been carefully compared by me with a genuine original thereof in my official custody, and per Minn. Stat. 359.085 subs. 4 the Copy of which attached hereto and herewith is determined by me to be a true, full and accurate black and white reproduction of the genuine original source document(s).

IN TESTIMONY whereof I have embossed the aforesaid Copy(ies) inspected by me and hereunto set *my* Hand and Official Seal this Day and Year last aforesaid.

[seal]

Marnie Rae McPherson, Notary Public

My commission expires: 1/31/2022

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

*Exhibit C*
*13 Pages*

## Office of the Minnesota Secretary of State
## Certificate of Existence and Registration

I, Steve Simon, Secretary of State of Minnesota, do certify that: The entity listed below was filed under the chapter of Minnesota Statutes listed below with the Office of the Secretary of State on the date listed below and that this entity or filing is registered at the time this certificate has been issued.

| | |
|---|---|
| Name: | Edward Roark Schwagerl |
| Date Filed: | 11/23/2015 |
| File Number: | 855878600029 |
| Minnesota Statutes, Chapter: | 333 |
| Home Jurisdiction: | Minnesota |

This certificate has been issued on:     11/28/2015



*Steve Simon*

Steve Simon
Secretary of State
State of Minnesota



**Work Item 855878600029**
**Original File Number 855878600029**

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
**11/23/2015 11:59 PM**

Steve Simon
Secretary of State

# Affidavit of Publication

## AMENDMENT TO CERTIFICATE OF ASSUMED NAME STATE OF MINNESOTA

Minnesota Statutes Chapter 333
The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable consumers to be able to identify the true owner of a business.

1. List the exact assumed name under which the business is or will be conducted:

Edward Roark Schwagerl

2. Principal Place of Business: N/A

3. List the name and complete street address of all persons conducting business under the above Assumed Name, OR if an entity, provide the legal corporate, LLC, or Limited Partnership name and registered office address:

Edward Roark Schwagerl Tr and Schwagerl, christine marie, in. care of: 525 main street, unit 20353 Saint Paul Minn 55112-8698

4. This certificate is an amendment of Certificate of Assumed Name File Number: ber: 855878600029 Originally filed on: 11-23-3015 under the name Edward Roark Schwagerl.

5. I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes. I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.

Date: January 8, 2015

(Signed) Edward, special agent without recourse; all rights reserved

(January 8, 9, 2016)
10957691

STATE OF MINNESOTA )
                    ) (SS.
COUNTY OF HENNEPIN )

**Description:**
Edward Roark Schwagerl

_____ Bria Mertz _____, being duly sworn on oath say she/he is and during all times herein stated has been the publisher or the publishers designated agent in charge of the newspaper known as

## Finance and Commerce (MN)
### 222 South 9th St, Suite 2300, Minneapolis, MN 55402

and has full knowledge of the facts herein stated as follows:
(A) The newspaper has complied with all of the requirements to constitute a qualified newspaper under Minnesota law, including those requirements found in Minnesota Statute Section 331A.02..
(B) She/He further states on that the printed

New Business Names Entities
10957691

hereto printed as it was printed and published there in the English language; that it was first so published on

January 08, 2016   for        2        time(s):
the subsequent dates of publications being as follows:

Fri, January 8, 2016      Sat, January 9, 2016

And that the following is a printed copy of the lower case alphabet from A to Z, both inclusive, and is hereby acknowledged as being the size and kind of type used in the composition and publication of said notice, to wit:

X      abcdefghijklmnopqrstuvwxyz
       abcdefghijklmnopqrstuvwxyz

Mortgage Foreclosure Notices (effective 7/1/2015). Pursuant to Minnesota Statutes §580.033 relating to the publication of mortgage foreclosure notices: The newspaper's known office of issue is located in Hennepin County. The newspaper complies with the conditions described in §580.033, subd. 1, clause (1) or (2). If the newspaper's known office of issue is located in the county adjoining the county where the mortgaged premises or some part of the mortgaged premises described in the notice are located, a substantial portion of the newspaper's circulation is in the latter county.

Subscribed and
Sworn to before me this  9th   day of January, 2016

(Notarial Seal)   Notary Public, Hennepin County, Minnesota

CASSIE M. JOHNSON
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

RATE INFORMATION

| | | |
|---|---|---|
| 1. Lowest classified rate paid by commercial users for comparable space: | $ | 16.0000 |
| 2. Maximum rate allowed by law for the above matter: | $ | 1.48500 |
| 3. Rate actually charged for the above matter: | $ | 1.3500 |

# Office of the Minnesota Secretary of State
## Certificate of Assumed Name
### *Minnesota Statutes, Chapter 333*



The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the  true owner of a business.

ASSUMED NAME:                    **Edward Roark Schwagerl Tr**

PRINCIPAL PLACE  OF BUSINESS: **RR662692550US-29Trust@gmail.com non-domestic, unincorporated NONRESIDENT CITY NONRESIDENT STATE 99999 United States of America**

NAMEHOLDER(S):

| Name: | Address: |
|---|---|
| **Edward Roark Schwagerl** | **c/o 525 Main Street  Unit 120353 non-domestic New Brighton Minnesota 55112 United States of America** |
| **Schwagerl,  Edward Roark** | **c/o 525 Main Street  Unit 120353 non-domestic, unincorporated New Brighton Minnesota 55112 United States of America** |

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

*By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities.  I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes.  I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.*

SIGNED BY:  by:  **Authorized Representative**

MAILING ADDRESS:                    **c/o 525 Main Street  Unit 120353 non-domestic, unincorporated New Brighton Minnesota [excepted]**

EMAIL FOR OFFICIAL NOTICES:   **RR662692550US29Trust@gmail.com**

# Office of the Minnesota Secretary of State
## Certificate of Assumed Name
### *Minnesota Statutes, Chapter 333*



The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the true owner of a business.

**ASSUMED NAME:**          **Edward Roark Schwagerl Living Estate Trust**

**PRINCIPAL PLACE OF BUSINESS:**  **NONRESIDENT ADDRESS non-domestic, unincorporated NONRESIDENTCITY NONRESIDENTSTATE 99999 Republic of Minnesota**

**NAMEHOLDER(S):**

| Name: | Address: |
|---|---|
| **Edward Roark Schwagerl Tr** | **c/o 525 Main Street Unit 120353 non-domestic, unincorporated New Brighton Minnesota [excepted] United States of America** |

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

*By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes. I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.*

**SIGNED BY:  by: Authorized Representative**

**MAILING ADDRESS:**          **c/o Edward Roark Schwagerl Tr 525 Main Street Unit 120353 New Brighton Minnesota [55112]**

**EMAIL FOR OFFICIAL NOTICES:**   **rr662692550us29trust@gmai.com**

# Ramsey County
## Notice of Equitable Title to the Estate of Edward Kenneth Fader

Notice is hereby given to all persons, third party custodians, bailees and trustees worldwide and the government of the United States proper by Schwagerl, Edward Roark "Beneficiary", a private American/Minnesotan State Citizen, who's mailing location is: c/o p.o. box 120353, new brighton, minnesota, the united states of north America [r.f.d. 55112] residing and domiciling at all times without said jurisdictions, to wit: District of Columbia, Territorial, and Military—that Beneficiary is the true holder in possession of entire legal estate exemplification by the Probate Division of Ashtabula County, Ohio, Case Number 2017 ES 00121 decedent Estate of EDWARD KENNETH FADER "Estate"; and further, that Trust Transfer Grant Deeds ("TTGD") of August 19, 2019 (US57.003 M828974181), February 19, 2019 Office of Secretary of State Deed Poll Certificates 17024556-2 (US57.000 Q57000248F), 19051608-3 (US57.001 D41594070A) and 17008184-1 (US57.002 Y51408337F) "Chattels" are conveyed to Edward Roark Schwagerl Living Estate Trust ("Trust"); and further, Beneficiary, in *esse sui juris*, does now certify and declare that I, am the bona fide sole exclusive priority natural blood heir and equitable title holder to said Estate and Chattels including but not limited to all equitable assets, accounting, rents, interest, property in connection with and derived from said Estate and Chattels; and further, that Beneficiary is bona fide without any adverse notice of record, actual or constructive, of any equal, superior or prior equitable right by nature that can suspend or confuse said rights to same said equitable Estate. If any man, person, legal agency worldwide, foreign or domestic, shall submit an adverse claim they/it shall put forth such claim under oath or affirmation to Notary Public Marnie Rae McPherson, p.o. box 10676, White Bear Lake, Mn 55110, the absence of which, it shall **BE IT RESOLVED**, it shall be Beneficiary's lawful right call for and merge the titles of all legal trustee, custodial and bailment title holders of Estate/Chattel property. // Signed and Sworn on this 19th day of August 2019, Schwagerl, Edward Roark, heir & beneficiary.

# Ramsey County
## Notice of Office of Grantor & Edward Roark Schwagerl Living Estate Trust

I, Edward Roark Schwagerl, in *sui juris in esse* capacity, formerly Fader, Baby Boy Case Number xxx910203 The Ohio State University Hospital, Columbus, Ohio May 16, 1968, first born son of Edward Kenneth Fader and Karen Layman Fader in holy wedlock, adopted by George Ernest Schwagerl and Karen Layman Schwagerl in holy wedlock of 9155 182nd Street N, Forest Lake, Minnesota, May 28, 1976 by Washington County court file under seal, now grantee of special term adult name Order 8-30-2017 Ramsey County Court Case #62cv173317, Edward Roark Schwagerl, certify

# Official Notices

## Ramsey County
### Notice of Equitable Title to the Estate of Edward Kenneth Fader

Notice is hereby given to all persons, third party custodians, bailees and trustees worldwide and the government of the United States proper by Schwagerl, Edward Roark "Beneficiary", a private American/Minnesotan State Citizen, who's mailing location is: c/o p.o. box 120353, new brighton, minnesota, the united states of north America [r.f.d. 55112] residing and domiciling at all times without said jurisdictions, to wit: District of Columbia, Territorial, and Military—that Beneficiary is the true holder in possession of entire legal estate exemplification by the Probate Division of Ashtabula County, Ohio, Case Number 2017 ES 00121 decedent Estate of EDWARD KENNETH FADER "Estate"; and further, that Trust Transfer Grant Deeds ("TTGD") of August 19, 2019 (US57.003 M828974181), February 19, 2019 Office of Secretary of State Deed Poll Certificates 17024556-2 (US57.000 Q57000248F), 19051608-3 (US57.001 D41594070A) and 17008184-1 (US57.002 Y51408337F) "Chattels" are conveyed to Edward Roark Schwagerl Living Estate Trust ("Trust"); and further, Beneficiary, in *esse sui juris*, does now certify and declare that I, am the bona fide sole exclusive priority natural blood heir and equitable title holder to said Estate and Chattels including but not limited to all equitable assets, accounting, rents, interest, property in connection with and derived from said Estate and Chattels; and further, that Beneficiary is bona fide without any adverse notice of record, actual or constructive, of any equal, superior or prior equitable right by nature that can suspend or confuse said rights to same said equitable Estate. If any man, person, legal agency worldwide, foreign or domestic, shall submit an adverse claim they/it shall put forth such claim under oath or affirmation to Notary Public Marnie Rae McPherson, p.o. box 10676, White Bear Lake, Mn 55110, the absence of which, it shall **BE IT RESOLVED**, it shall be Beneficiary's lawful right call for and merge the titles of all legal trustee, custodial and bailment title holders of Estate/Chattel property. // Signed and Sworn on this 19th day of August 2019, Schwagerl, Edward Roark, heir & beneficiary.

## Ramsey County
### Notice of Office of Grantor & Edward Roark Schwagerl Living Estate Trust

I, Edward Roark Schwagerl, in *sui juris in esse* capacity, formerly Fader, Baby Boy Case Number xxx910203 The Ohio State University Hospital, Columbus, Ohio May 16, 1968, first born son of Edward Kenneth Fader and Karen Layman Fader in holy wedlock, adopted by George Ernest Schwagerl and Karen Layman Schwagerl in holy wedlock of 9155 182nd Street N, Forest Lake, Minnesota, May 28, 1976 by Washington County court file under seal, now grantee of special term adult name Order 8-30-2017 Ramsey County Court Case #62cv173317, Edward Roark Schwagerl, certify

# Affidavit of Publication
## in the *Minnesota State Register*

### State of Minnesota
### County of Ramsey
### City of St. Paul

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY SWORN, that I, the undersigned Business Representative, as Authorized Representative of the *State Register*, published by the State of Minnesota Department of Administration, hereby certify that the attached *State Register* magazine is a true and correct copy wherein was printed:

Notice of Equitable Title to the Estate of Edward Kenneth Fader

The above-named notice appeared on page 334, Volume 44, Number 9, on Monday 26 August 2019.

That notice was submitted for publication in the *State Register* by: Edward Roark Schwagerl

as authorized representative of:

Edward Roark Schwagerl Estate
PO Box 120353
New Brighton, MN 55112

and was published in the form authorized by the submitting agency's representative and according to the established format of the editor of the *State Register*.

Dated: Monday 26 August 2019


SEAN RICHARD PLEMMONS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Notary: _____ 8/26/19

*Minnesota State Register*
660 Olive Street
St. Paul, MN 55155

| ID | | Position | A1 | A2 |
|---|---|---|---|---|
| rs4648808 | 1 | 2040936 | C | C |
| rs925905 | 1 | 2044037 | C | C |
| rs3107151 | 1 | 2051513 | G | G |
| rs3107153 | 1 | 2056735 | T | T |
| rs3128291 | 1 | 2058023 | G | G |
| rs3128296 | 1 | 2068906 | T | T |
| rs3753242 | 1 | 2069681 | C | C |
| rs3128297 | 1 | 2070100 | C | C |
| rs424079 | 1 | 2071340 | A | A |
| rs12026349 | 1 | 2074104 | G | G |
| rs377283 | 1 | 2075570 | O | O |
| rs9442619 | 1 | 2082505 | C | C |
| rs2257102 | 1 | 2082566 | T | T |
| rs262643 | 1 | 2100840 | C | C |
| rs3123595 | 1 | 2117558 | C | C |
| rs262685 | 1 | 2118339 | A | A |
| rs2460002 | 1 | 2119833 | A | A |
| rs2503701 | 1 | 2121118 | C | C |
| rs12034613 | 1 | 2126380 | G | G |
| rs12566670 | 1 | 2129525 | G | G |
| rs12754312 | 1 | 2133695 | T | T |
| rs10910026 | 1 | 2133862 | C | C |
| rs7512482 | 1 | 2146966 | T | C |
| rs2460000 | 1 | 2156362 | A | G |
| rs263533 | 1 | 2163568 | C | C |
| rs263532 | 1 | 2164116 | O | O |
| rs263526 | 1 | 2173504 | T | T |
| rs16824947 | 1 | 2185986 | C | C |
| rs12084736 | 1 | 2189580 | C | C |
| rs10797417 | 1 | 2192433 | A | A |
| rs7547453 | 1 | 2195117 | A | C |
| rs11588312 | 1 | 2199057 | C | C |
| rs903908 | 1 | 2202967 | T | C |
| rs7553178 | 1 | 2204755 | A | A |
| rs10910047 | 1 | 2211849 | A | G |
| rs12119470 | 1 | 2218100 | C | C |
| rs2017143 | 1 | 2220649 | T | C |
| rs2643885 | 1 | 2221222 | A | C |
| rs903924 | 1 | 2221534 | A | G |
| rs903919 | 1 | 2222503 | C | C |
| rs884940 | 1 | 2223866 | T | C |
| rs12743493 | 1 | 2224836 | A | G |
| rs11010050 | 1 | 2224876 | C | C |
| rs12562937 | 1 | 2229478 | C | C |
| rs903916 | 1 | 2231463 | T | C |
| rs2279702 | 1 | 2234632 | G | G |
| rs2843159 | 1 | 2239672 | T | C |
| rs2173049 | 1 | 2240006 | T | C |
| rs12082516 | 1 | 2251160 | T | T |
| rs2645075 | 1 | 2254910 | C | C |
| rs2645065 | 1 | 2261222 | A | A |
| rs903904 | 1 | 2263808 | C | C |
| rs2843146 | 1 | 2265969 | G | G |
| rs2843143 | 1 | 2269948 | T | T |
| rs2843142 | 1 | 2270098 | G | G |
| rs2055204 | 1 | 2280661 | G | G |
| rs7527871 | 1 | 2281726 | A | A |
| rs10910053 | 1 | 2282135 | O | O |
| rs4648831 | 1 | 2283117 | C | C |
| rs2840525 | 1 | 2283161 | A | A |
| rs2840528 | 1 | 2289896 | A | A |
| rs2645002 | 1 | 2284003 | T | T |
| rs3795272 | 1 | 2284195 | T | T |
| rs2840531 | 1 | 2286408 | C | C |
| rs903914 | 1 | 2289321 | G | G |
| rs2643091 | 1 | 2292352 | G | G |
| rs2840538 | 1 | 2299651 | T | T |
| rs6665546 | 1 | 2301691 | A | G |
| rs10910061 | 1 | 2303512 | G | G |
| rs2840534 | 1 | 2303566 | A | A |
| rs12031614 | 1 | 2306152 | T | C |
| rs2279703 | 1 | 2306695 | T | C |
| rs7519807 | 1 | 2306972 | A | G |
| rs12070746 | 1 | 2308029 | A | G |
| rs2843160 | 1 | 2309082 | T | G |
| rs903901 | 1 | 2310193 | G | G |
| rs2643901 | 1 | 2314319 | C | C |
| rs2843127 | 1 | 2315717 | A | G |
| rs903903 | 1 | 2319428 | A | G |
| rs16825102 | 1 | 2325371 | A | G |
| rs1123571 | 1 | 2326009 | A | A |
| rs3736330 | 1 | 2327075 | C | C |
| rs2840532 | 1 | 2327915 | T | T |
| rs2645081 | 1 | 2328714 | G | G |
| rs3001344 | 1 | 2329808 | G | G |
| rs6693447 | 1 | 2330190 | G | G |
| rs3001336 | 1 | 2333031 | A | A |
| rs1129332 | 1 | 2336210 | C | C |
| rs2494427 | 1 | 2338569 | C | C |
| rs6671420 | 1 | 2338879 | A | A |
| rs2494428 | 1 | 2339074 | T | T |
| rs11811122 | 1 | 2345966 | T | T |
| rs3935659 | 1 | 2351699 | T | C |
| rs12731309 | 1 | 2352146 | C | C |
| rs2494435 | 1 | 2359280 | C | C |
| rs12022929 | 1 | 2359981 | G | G |
| rs4531246 | 1 | 2362020 | T | G |
| rs2494641 | 1 | 2362827 | T | C |
| rs4648843 | 1 | 2366316 | C | C |
| rs4592207 | 1 | 2369498 | T | C |
| rs6659405 | 1 | 2373089 | T | G |
| rs10449222 | 1 | 2376733 | G | G |
| rs4443036 | 1 | 2377400 | G | G |
| rs11581548 | 1 | 2379248 | A | G |
| rs867810 | 1 | 2381568 | A | G |
| rs4648845 | 1 | 2387101 | T | C |
| rs10910078 | 1 | 2390588 | T | C |
| rs4648636 | 1 | 2394226 | T | G |
| rs2494626 | 1 | 2404256 | T | C |
| rs13376356 | 1 | 2406087 | C | C |
| rs11589930 | 1 | 2408934 | G | G |
| rs12049628 | 1 | 2409276 | G | G |
| rs10797428 | 1 | 2411451 | G | G |
| rs7512269 | 1 | 2418625 | C | C |
| rs10910082 | 1 | 2418935 | T | T |
| rs6660720 | 1 | 2420913 | O | O |
| rs17373634 | 1 | 2424122 | G | G |
| rs2477703 | 1 | 2425992 | T | T |
| rs3762444 | 1 | 2427712 | T | T |
| rs2296442 | 1 | 2430617 | T | T |
| rs1107685 | 1 | 2439191 | A | A |
| rs7535528 | 1 | 2444414 | A | G |
| rs2247308 | 1 | 2445406 | A | A |
| rs3122920 | 1 | 2449711 | G | G |
| rs2494625 | 1 | 2454709 | C | C |
| rs1980789 | 1 | 2455963 | A | C |
| rs3122922 | 1 | 2456203 | G | G |
| rs7511947 | 1 | 2459166 | C | C |
| rs11584295 | 1 | 2465329 | A | A |
| rs2494606 | 1 | 2466633 | G | G |
| rs2495368 | 1 | 2473258 | A | A |
| rs10797430 | 1 | 2480337 | G | G |
| rs11573970 | 1 | 2489167 | C | C |
| rs6667605 | 1 | 2502780 | T | C |
| rs2260965 | 1 | 2504733 | A | A |
| rs4310388 | 1 | 2507415 | G | G |
| rs734999 | 1 | 2513216 | T | C |
| rs10910097 | 1 | 2521430 | T | C |
| rs2296443 | 1 | 2522392 | A | G |
| rs10752747 | 1 | 2524915 | G | G |
| rs3748816 | 1 | 2526746 | A | A |
| rs2843401 | 1 | 2528133 | C | C |
| rs2985859 | 1 | 2532416 | C | C |
| rs10910105 | 1 | 2538209 | G | G |
| rs12138909 | 1 | 2538738 | O | G |
| rs10797437 | 1 | 2539006 | T | T |
| rs10797440 | 1 | 2541269 | A | A |
| rs10752748 | 1 | 2544640 | G | G |
| rs6684865 | 1 | 2546229 | G | G |
| rs12117343 | 1 | 2551785 | T | C |
| rs11590198 | 1 | 2551900 | G | G |
| rs3890745 | 1 | 2553624 | C | T |
| rs6690817 | 1 | 2564183 | C | C |
| rs20690308 | 1 | 2586303 | G | G |
| rs4648390 | 1 | 2700372 | C | C |
| rs2377041 | 1 | 2713327 | C | C |
| rs10909890 | 1 | 2733587 | G | G |
| rs6665757 | 1 | 2739931 | C | C |
| rs12071313 | 1 | 2742491 | A | A |
| rs4609377 | 1 | 2745083 | O | O |
| rs6648482 | 1 | 2749921 | T | C |
| rs4648383 | 1 | 2756397 | T | T |
| rs4648384 | 1 | 2756621 | A | A |
| rs12049543 | 1 | 2761375 | A | A |
| rs1456460 | 1 | 2761863 | T | G |
| rs12409348 | 1 | 2779043 | C | C |
| rs6683974 | 1 | 2785671 | C | C |
| rs16823103 | 1 | 2792801 | C | C |
| rs6676289 | 1 | 2794470 | T | T |
| rs10909793 | 1 | 2794551 | T | T |
| rs10797342 | 1 | 2797056 | C | C |
| rs3100865 | 1 | 2806107 | T | G |
| rs2842910 | 1 | 2817421 | T | T |
| rs880725 | 1 | 2824989 | A | A |
| rs7340016 | 1 | 2033332 | A | A |
| rs897634 | 1 | 2835692 | T | T |
| rs4648432 | 1 | 2839757 | A | A |
| rs2045531 | 1 | 2842270 | G | G |
| rs2045332 | 1 | 2842319 | G | G |
| rs2606411 | 1 | 2847488 | T | T |
| rs12403214 | 1 | 2849190 | T | T |
| rs4648441 | 1 | 2850181 | G | G |
| rs10797368 | 1 | 2852707 | C | C |
| rs16823228 | 1 | 2853759 | A | A |
| rs2842909 | 1 | 2859724 | O | O |
| rs7539511 | 1 | 2862320 | G | G |
| rs7541664 | 1 | 2865901 | C | C |
| rs2842933 | 1 | 2867961 | C | G |
| rs2606418 | 1 | 2870850 | A | A |
| rs10909845 | 1 | 2876525 | C | C |
| rs11583804 | 1 | 2878366 | A | G |
| rs878201 | 1 | 2879640 | A | A |
| rs2485944 | 1 | 2883858 | C | C |
| rs2485945 | 1 | 2883932 | T | T |
| rs4072766 | 1 | 2886988 | O | O |
| rs12044030 | 1 | 2889577 | T | T |
| rs12046150 | 1 | 2891713 | T | T |
| rs6601741 | 1 | 2898960 | T | C |
| rs1572657 | 1 | 2902120 | T | T |
| rs16823022 | 1 | 2902227 | G | G |
| rs11807605 | 1 | 2903380 | G | G |
| rs10909852 | 1 | 2905605 | T | C |
| rs4449496 | 1 | 2909170 | G | G |
| rs12025260 | 1 | 2917377 | T | C |
| rs12022429 | 1 | 2919942 | A | A |
| rs6683516 | 1 | 2921909 | O | O |
| rs12562637 | 1 | 2924666 | C | C |
| rs7534897 | 1 | 2928421 | C | C |
| rs4576609 | 1 | 2938265 | T | C |
| rs3795262 | 1 | 2938697 | T | G |
| rs3795263 | 1 | 2938989 | G | G |
| rs12564513 | 1 | 2939409 | G | G |
| rs7412983 | 1 | 2943183 | A | C |
| rs2142569 | 1 | 2944527 | G | G |
| rs2993510 | 1 | 2956666 | T | C |
| rs717795 | 1 | 2970464 | T | C |
| rs2993480 | 1 | 2973322 | O | O |
| rs1125017 | 1 | 2974742 | A | A |
| rs2297028 | 1 | 2983963 | G | G |
| rs2297029 | 1 | 2984087 | A | A |
| rs1569419 | 1 | 2996602 | C | C |
| rs760567 | 1 | 3000465 | A | G |
| rs6695131 | 1 | 3000924 | T | C |
| rs926244 | 1 | 3006283 | A | A |
| rs7547377 | 1 | 3009969 | A | G |
| rs2817168 | 1 | 3013690 | A | G |
| rs2993493 | 1 | 3020246 | C | C |
| rs1890336 | 1 | 3024265 | A | C |

Exhibit E
5 pages

# Notice

| | |
|---|---|
| Intended Recipients/ Respondents/ Addressees: | Occupant of office of Commissioner, IRS Commissioner Office of the Commissioner. 1111 Constitution Avenue, NW, Washington, DC 20224-0002. Tel: (202) 622-9511 Fax: (202) 622-5756.<br>Occupant of the office of Director, IRS Service Center Director, Department of the Treasury Internal Revenue Service, 2970 Market Street, Philadelphia, PA. 19104-5066 |
| By/ From/ Declarants: | ***schwagerl, edward roark*** and ***christine marie,*** ("**Declarants**") cestui que/heirs, private civilian citizens of the United States/Minnesotan nationals of the unincorporated Union State of Minnesota, without the "United States", within a non-military occupied private estate protected under Hague Treaty IV 1909, Article 23(f-h); Mailing location: c/o 525 main street, unit 120353, saint paul, minnesota [postal code 55112].<br><br>Authorized representatives and private sureties for "EDWARD R SCHWAGERL" and "CHRISTINE M SCHWAGERL" taxpayers |
| In re: | taxpayers Social Security Administration account identification numbers ▮▮▮▮33 "EDWARD R SCHWAGERL" and ▮▮▮▮▮ "CHRISTINE M SCHWAGERL" "Taxpayers" respectively, instruments, and securities, primarily liable principals. |

Take notice and acknowledgement that the attached executed original instrument record dated April 13, 2017 is a second original of similar intent already a matter of record in Annex Nine of Declaration of Trust RR662692550US-29 Trust, registration #171013 October 21, 2016.  One may locate this record by going to <u>page 50</u> of the electronic PDF file located at this Internet address:

<u>https://officialdocuments.sos.state.mn.us/Document/Details/113591</u>

The attached April 13, 2016 is not intended to replace, nor correct, nor alter in substance or fact the October 21, 2016 record.  The April 13, 2017 record herein is intended to put an original executed instrument into the hands of the above addressees according to law.

*Christine Schwagerl 4.13*

**Schwagerl, christine**
*Expressly Reserving All Liberties.*

*Edward Schwagerl 1-13-17*

**Schwagerl, edward**
*Expressly Reserving All Liberties.*

1 of 1

**Revocation of Election**

I/We, _edward-reark_____ and __Christine-marie_____, respectively, jointly and severally, the undersigned, as private sureties by way of original signatures, do make our mark and impression to signify our solemn earnest notice of our deed of termination of any existing record of status as "resident alien individual(s) of the United States", and in accordance with the legislative intent this is considered to be completed by actual and constructive notice to the parties of the testimony contained herein as stated under the United States Title known as "Revocation of Election" and in keeping of good citizenship do wish to be known as a private Minnesotan national(s), private citizen(s) of the United States and private member(s) of one of the perpetual Union member states with the lawful status of a non-Taxpayer and non-Filer. This revocation of election shall become effective immediately as specified in **26 U.S.C. §6013(g)(4)** which addresses Termination of Election with a pertinent section at **26 U.S.C. §6013(g)(4)(A) Revocation by taxpayer**, both included herein by reference and made apart hereof. Said statutory section stipulates that an election under this subsection shall terminate at the earliest of the Internal Revenue Service receipt of this deed of revocation of election.

*edward* and *christine* husband and wife in holy matrimony, are true sole heirs to the written constitution of the United States, and equitable sureties/subrogees/payors as secondarily liable to said "Taxpayers", and do hereby declare, wish and will their intent, otherwise order, that the Internal Revenue Service acknowledge and register for their records our election to Terminate the Election for Taxpayers "EDWARD R SCHWAGERL" and "CHRISTINE M SCHWAGERL", respectively. This act of ours to be undone now was done *ab initio* unknowingly, unavailingly, and unintentionally without being fully availed of true understanding, and in ignorance of law, owing to a mistake of understanding of our intent and what is written on our hearts of said the congressionally created statute(s) in **26 U.S.C. §6013(g)** included herein by reference and made apart hereof. The Election shall terminate immediately as clearly stated to those men and women acting as appropriate or official IRS operational personnel, IRS management, IRS Chief Legal Counsel, and the IRS Commissioner, their agents, subcontractors and assigns and successors.

In accordance with said **26 U.S.C. §6013(g)(4)(A)**, i/we, *edward* & *christine*, jointly and severally do hereby declare forevermore that i/we exercise the option to Terminate the Election for "Edward R Schwagerl" & "Christine M Schwagerl", respectively. Immediately upon receipt of this notice of deed, Edward R Schwagerl & Christine M Schwagerl no longer wishes to be identified, categorized, characterized, or treated as a taxable Resident Alien 'taxpayer'. According to the Internal Revenue Code of 1954 statutes promulgated at **26 U.S.C. §6013(g)(6)**, it states:

*"Only one election, one finds expressed in this particular statute that if any election under this subsection is terminated under paragraph (4) Termination of Election (A) Revocation by taxpayers, that such individual(s) shall be ineligible to make an election under this subsection for any subsequent taxable year."*

Thus, once a Termination of Election occurs, which is the purpose of this recorded Testimony properly submitted to the IRS Commissioner, et al; *edward* & *christine* for "Edward R Schwagerl" & "Christine M Schwagerl", respectively, never again desire to be presumed to be, viewed to be, or changed via 'election' into a Resident Alien 'Taxpayer'.



U.S. Postal Service
CERTIFIED MAIL RECEIPT

WASHINGTON, DC 20224

$3.35

$2.75
$0.00
$0.00
$0.00
$0.00

$1.40

$7.50                    04/15/2017

IRS Commissioner, Internal Revenue Service
1111 Constitution Ave NW
Washington DC 20224-0001

U.S. Postal Service
CERTIFIED MAIL RECEIPT

PHILADELPHIA, PA 19104

$3.35        $2.75       0014
             $0.00        26
             $0.00
             $0.00
             $0.00

$1.40

$7.50                  04/15/2017

Director of IRS Center, PA Dept of Treasury
2970 Market Street
Philadelphia, Penn 19104-5000

200 5TH AVE NW
SAINT PAUL
MN
55112-3388
2683440014
04/15/2017    (800)275-8777    12:59 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Large Envelope | 1 | $1.40 |
| (Domestic) (PHILADELPHIA, PA 19104) (Weight:0 Lb 2.20 Oz) (Expected Delivery Day) (Tuesday 04/18/2017) | | |
| Certified | 1 | $3.35 |
| (@@USPS Certified Mail #) (70123460000272054049) | | |
| Return Receipt | 1 | $2.75 |
| (@@USPS Return Receipt #) (9590940216506053717692) | | |
| Affixed Postage | 1 | ($4.04) |
| (Affixed Amount:$4.04) | | |
| First-Class Mail Large Envelope | 1 | $1.40 |
| (Domestic) (WASHINGTON, DC 20224) (Weight:0 Lb 2.20 Oz) (Expected Delivery Day) (Tuesday 04/18/2017) | | |
| Certified | 1 | $3.35 |
| (@@USPS Certified Mail #) (70110470000022188441) | | |
| Return Receipt | 1 | $2.75 |
| (@@USPS Return Receipt #) (9590952106150059599881) | | |
| Affixed Postage | 1 | ($3.04) |
| (Affixed Amount:$3.04) | | |
| $1 Patriotic Wave | 60 | $60.00 |
| (Unit Price:$1.00) | | |
| Total | | $67.92 |
| Debit Card Remit'd | | $67.92 |
| (Card Name:Debit Card) (Account #:XXXXXXXXXXXX0645) (Approval #:      ) | | |

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Director of IRS Center
Dept of Treasury + IRS
2970 Market Street
Philadelphia, Penn 19104-5000

9590 9402 1650 6053 7176 92

2. Article Number (Transfer from service label)
7012 3460 0002 7205 4079

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                            □ Agent
                                             □ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature                □ Priority Mail Express
□ Adult Signature Restricted Delivery   □ Registered Mail
□ Certified Mail®                □ Registered Mail Restricted Delivery
□ Certified Mail Restricted Delivery   □ Return Receipt for Merchandise
□ Collect on Delivery            □ Signature Confirmation
□ Collect on Delivery Restricted Delivery   □ Signature Confirmation Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
IRS Commissioner, IRS
1111 Constitution Ave NW
Washington, DC. 20224-0001

2. Article Number (Transfer from service label)
7011 0470 0000 2218 8441

PS Form 3811, February 2004

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                            □ Agent
                                             □ Addressee
B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

APR 1 9 2017

3. Service Type
☑ Certified Mail    □ Express Mail
□ Registered        □ Return Receipt for Merchandise
□ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

Domestic Return Receipt                102595-02

## Notice of Acknowledgement and Acceptance *ab initio*

### *for lawful recording in the registry*

**Reference:** Secretary of State John F. Kerry signed Deed Poll Conveyance 15021949-5 & 15023854-1 Franklin county State of Ohio issued registered organizations "EDWARD ROARK SCHWAGERL", STATE OF OHIO CERTIFICATION OF BIRTH, STATE FILE NUMBER 1968643324; "Edward Roark Schwagerl" Franklin county State of Ohio CERTIFICATE OF LIVE BIRTH NO. 134-68-643324, 31 May 1968, respectively, hereinafter "Deed Polls" viewed in attached attested exhibit A&B annexed herewith and made apart hereto;

**Parties:**

| | | |
|---|---|---|
| U.S. Secretary of State John F. Kerry | ) | |
| Franklin county & its Registrar | ) | **Administrators, Escheat** |
| State of Ohio & its C.E.O & Registrar | ) | **Custodians as implied** |
| All there agents, liaisons, and other unknown persons similarly situated | ) | **grantors, "Grantors"** |

**Heir/Grantee:** *Schwagerl, edward roark:* private American Citizen national, heir & grantee, hereinafter "Grantee",

**Be It Known** to all persons, "United States", and men worldwide and to the above referenced Grantors: *i*, the scriber below, *:Schwagerl; edward roark:*, Heir/Grantee herein, a private American Citizen national of a protected class, a covenantee to the Land, with intent and purpose, freewill act, volition and deed do now accept the constitutional oaths of the Grantors and do now execute this notice of My acknowledgment and acceptance *ab initio* 31 May 1968 for the above referenced Deed Polls legal titles to the corpus under my hand-held possession and control along with all right, title and interest thereof. Heir/Grantee orders that the record on file be updated accordingly. This record replaces and previously filed said acknowledgements on record with any record custodian. Heir/Grantee's acceptance is governed by Maxims of Equity: *"Equity will not aid a volunteer. Equity will not complete an imperfect gift; in a conflict of equities the superior equity will prevail; where there are equal equities the first in order of time shall prevail; where there are equal equities the law must prevail; only God can create an Heir."* Note: grantee now assigns his proprietary "Special Deposit" title "RR662692550US-29" to same said joint subject matter now held in equitable fee simple absolute. Done under My hand and seal with intent, special purpose, freewill, volition and Deed:

_____                    _____  2-29-16
private witness-attestor                    :Schwagerl; edward roark:, heir/grantee.
                                            Private American Citizen national of The United States of America.
                                            c/o unit 120353, 525 main street, saint paul, Minnesota.

**Exhibit A:**
Minnesota Secretary of State "Notary Commission Certificate" (1 page);
Notary Public's "Certificate of Attestation";
Secretary of State John F. Kerry signed Deed Poll Conveyance 15023854-1 (1 page);
Secretary of State Ohio Certificate of Authentication (1 page);
Franklin county State of Ohio "Certificate of Live Birth" (1 page);
**Exhibit B:**
Notary Public's "Certificate of Attestation";
Secretary of State John F. Kerry signed Deed Poll Conveyance 15021949-5 (1 page);
Secretary of State Ohio Certificate of Authentication (1 page);
State of Ohio "Certification of Birth" (1 page).

The Declaration of Independence at Large, 4 July, A.D.1776; The United States of America at Large, 15 December, A.D.1791; Herein the State of Minnesota at Large, 11 May, A.D.1858; Herein Ramsey county at Large, 11 May, A.D.1858; This instrument was acknowledged before me on __feb 29, 2016__ by *Schwagerl, edward roark*.
[stamp]

_____, Exp. 01/31/2019
Notary Public Sign



KATELYN HARLEY CHALMERS
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2019

Marnie Rae McPherson, Notary Public
county of Ramsey
state of Minnesota

## Certificate of Attestation

I, Marnie Rae McPherson, am a duly empowered Notary Public for the state of Minnesota, county of Ramsey, and I do hereby certify that on this 4ᵗʰ day of June 2015, that the proffered copy has been carefully compared by me with a genuine original thereof now in my official custody, and the copy of which attached hereto and herewith is determined by me to be a true, full and accurate black and white reproduction of the genuine original "wet ink" source document:

## Description of original document:

1. No. 15023854-1, Secretary of State of the United States of America John F. Kerry, twentieth day of March, 2015 Certificate of Authentication; Secretary of State of State of Ohio Certificate of Commission 3-3-2015; Certified copy of STATE OF OHIO "CERTIFICATE OF LIVE BIRTH, Edward Roark Schwagerl". The three total are permanently bound by a brass riveted ring, bearing original ink autographs (3 bound sheets).

IN TESTIMONY whereof I have hereunto set *my* Hand and Official Seal

this Day and Year last aforesaid.                              [seal]

Marnie Rae McPherson, Notary Public
My commission expires: 1/31/17


MARNIE RAE MCPHERSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2017



United States of America

State of Ohio

Office of the Secretary of State

I, JON HUSTED, Secretary of State, do
hereby certify that pursued and acting Secretary of State of the State of

JUDITH B. NAGY

State Registrar, Vital Statistics Division, Department of Health, for the State of

Ohio. She is the custodian of the records of Vital Statistics, and that she is the proper official to make said

attestation, which is in due form; and that her official acts are entitled to full faith and credit.

This certification certifies only the authenticity of the signature of the official who signed the
document the capacity in which that official acted, and where appropriate, the identity of the seal or stamp,
which the document bears. This certification does not imply that the contents of the document(s) are correct,
or that the laws of the state of this office.

IN TESTIMONY WHEREOF, I have hereunto
subscribed my name and affixed the official
Seal of the Secretary of State of Ohio, at
Columbus, Ohio, this 3rd day of
March, 2015.



Jon Husted
Jon Husted
Secretary of State

SEC-5000 (Rev. 1-11)

*Exhibit G*

*3 Pages*

Marnie Rae McPherson, Notary Public
State of Minnesota
Ramsey County

## Notary Copy Certification Certificate

I, Marnie Rae McPherson, am a duly empowered Notary Public for the State of Minnesota, Ramsey County, and I do hereby certify and declare that on this 13th day of June, 2020, that the proffered Copy(ies) in the possession of Edward Roark  Schwagerl, a man known to me, has been carefully compared by me with a genuine original thereof in my official custody, and per Minn. Stat. 359.085 subs. 4 the Copy of which attached hereto and herewith is determined by me to be a true, full and accurate black and white reproduction of the genuine original source document(s).

IN TESTIMONY whereof I have embossed the aforesaid Copy(ies) inspected by me and hereunto set *my* Hand and Official Seal this Day and Year last aforesaid.

[seal]

Marnie Rae McPherson, Notary Public

My commission expires: ___1/31/22___

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022





Further Declarant Sayeth Naught.

I, Edward Roark of the family Schwagerl, affirm under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief so help me God. [28 USC 1746(1)]

Executed this *thirteenth* day of *June* two thousand twenty.

Without Prejudice

BY: ................................................A.R.
Edward Roark  Schwagerl
Private American Free Man, Minnesotan.
c/o 525 Main Street  Unit 120353
New Brighton, Minnesota.

---

State of Minnesota                )
                                  ) ss.            **JURAT**
County of Ramsey                  )

I, __Marnie McPherson__ a duly authorized notary public in the state of Minnesota do certify that on the __13th__ day of June 2020, Edward Roark  Schwagerl appeared before me by special restricted ministerial visitation, a man known to me, and make oath under penalty of perjury, that he is the man who subscribed to the attached instrument and affirmed the foregoing acknowledgement to be his freewill, act and deed.

IN WITNESS WHEREOF, I have hereunder set my hand and seal this __13th__ day of __June__ 2020.

Notary

My commission expires __1/31/22__

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

**Exhibit H**
**Page 2 of 2**

This disclaimer concerning registered organization/U.S. citizen person "EDWARD ROARK SCHWAGERL" OHIO DEPARTMENT OF HEALTH DIVISION OF VITAL STATISTICS CERTIFICATE OF LIVE BIRTH file No.: 134-68-059406 & 134-68-643324 registered and filed in Columbus, State of Ohio and local file No.: 6283, is retroactive *nunc pro tunc ab initio* to the date of May 31, 1968, which is the date of creation of the registered organization.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Declarant Sayeth Naught.

I, _Edward Roark Schwagerl_, affirm under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief so help me God. [28 USC 1746(1)]

Executed this _thirteenth_ day of June two thousand twenty.

Without Prejudice

BY:_____A.R.
Edward Roark  Schwagerl
Private American Free Man, Minnesotan.
c/o 525 Main Street  Unit 120353
New Brighton, Minnesota.

---

State of Minnesota                    )
                                      ) ss.
County of Ramsey                      )

On the _13th_ day of June 2020, Schwagerl, Edward Roark appeared before me by special restricted ministerial visitation, known to me, make oath under penalty of perjury, he to be the man who subscribed to the attached instrument and affirmed the foregoing acknowledgement to be his freewill, act and deed.

IN  WITNESS  WHEREOF,  I  have  hereunder  set  my  hand  and  seal  this  ___th  day  of
_June_ 2020.

_____
Notary

My commission expires  _1/3/22_

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

**Exhibit I**
**Page 2 of 2**



Schwagerl

# NOTICE
## OF APPOINTMENT OF GENERAL EXECUTOR FOR
### EDWARD   ROARK   SCHWAGERL   Estate

Further Affiant Sayeth Not.

    I, Edward Roark of the family Schwagerl, affirm under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief so help me God. [28 USC 1746(1)]

Executed and Sealed this _13th_ day of June two thousand twenty.

                                BY: _____ Auth. Rep.

Private American Free Man, national of nation Minnesota. c/o 525 Main Street  Unit 120353, New Brighton, nation Minnesota.  00-00-0.

    Mounds View Township—New Brighton, nation Minnesota

State of Minnesota      )
                           ) ss.
County of Ramsey      )

On the _13th_ day of June 2020, Schwagerl, Edward Roark appeared before me by special restricted ministerial visitation, known to me, make oath under penalty of perjury, he to be the man who subscribed to the attached instrument and affirmed the foregoing acknowledgement to be his freewill, act and deed.

IN WITNESS WHEREOF, I have hereunder set my hand and seal this ___ ___ 2020.

_____
Notary

MARNIE FAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

My commission expires _1/31/22_

J
2 of 2

# Affidavit of Publication

State of Minnesota  } SS
County of Ramsey  }

_____ROBIN NISSWANDT_____, being duly sworn, on oath, says that

he/she is the publisher or authorized agent and employee of the publisher of the newspaper known

as _____RAMSEY COUNTY REVIEW_____, and has full knowledge of the facts which are

stated below:

(A)  The newspaper has complied with all of the requirements constituting qualification as a qualified
newspaper, as provided by Minnesota Statute 331.02, 331A.07, and other applicable laws, as amended.

(B)  The printed  PUBLIC NOTICE_____

which is attached was cut from the columns of said newspaper, and was printed and published once each

week, for _3____ successive weeks; it was first published on __WEDNESDAY__, the __5TH____ day of

_DECEMBER_, 20 _18_, and was thereafter printed and published on every __WEDNESDAY__ to and

including _WEDNESDAY_, the _19TH___ day of _DECEMBER___, 20 _18_ ; and printed below is a copy of

the lower case alphabet from A to Z, both inclusive, which is hereby acknowledged as being the size and

kind of type used in the composition and publication of the notice:

*ABCDEFGHIJKLMNOPQRSTUVWXYZ
*ABCDEFGHIJKLMNOPQRSTUVWXYZ
*abcdefghijklmnopqrstuvwxyz

Subscribed and sworn to before me on

this _4TH_ day of _JANUARY_ , 20 _19_.

_____ Notary Public

BY: _Robin Nisswandt_____

TITLE _LEGAL COORDINATOR_____

*Alphabet should be in the same size and kind of type as the notice.

**TONYA R. WHITEHEAD**
Notary Public-Minnesota
My Commission Expires Jan 31, 2023

RATE INFORMATION

(1)  Lowest classified rate paid by
commercial users for comparable space....................................................$25.00 per col. inch

(2)  Maximum rate allowed by law for the above matter.............................................$25.00 per col. inch

(3)  Rate actually charged for the above matter .......................................................$        per col. inch

1/19

Exhibit
K
10 Pages

REDACTED FOR SHORTNESS

### Ancestry, Legacies & Inherited Rights

Maxim: no one is heir to the living. *Haeres est eadem persona cum antecessore:* the heir and his ancestor are one and the same person. That is, one in right, the heir succeeding to the rights of his ancestor, just as the king never dies. [TOA Gibson §64(17), Suits in Chancery Jurisdiction, High Court of Justice, England & Wales, §2.31 part 17 2014.] Bouvier 1856, Heir: one born in lawful matrimony, who succeeds by descent, and right of blood, to lands, tenements or hereditaments, being an estate of inheritance. *Haeres ex asse suus,* an heir to the whole estate; a sole heir. It is an established rule of law, which God alone can make an heir (Bouvier 1856).

5.  *i am* naturally delivered on my day of nativity [separated from My Mother] an American Freeman and sovereign private civilian citizen of the United States/America national [by Birthright] on Sixteen May Nineteen Hundred Sixty Eight year of My Lord and Savior, My domicile of origin grounded upon the soil on/at/near Franklin county, republican unincorporated Union member State of Ohio. My lawful admittance to **said USA** is hereby tendered in full *ab initio* in **Annex Five & Six**. *i am,* and all My bloodline ancestors are, of the White Anglo-European lineage. *i am* a product of a Holy wedlock between Christian mother and father each of whom are heirs and beneficiaries by parentage, bloodline, and Birthright passed to them from the sovereign American People protected by said Constitution; thereby, endowing *Me* as an heir— *haeres* — and beneficiary of that constitution by parentage and Birthright, as witnessed herein below. My bride of holy wedlock consummated Twenty-Four April A.D. 1999 in holy matrimony, *Schwagerl, christine marie* and My offspring sons and daughters also enjoy the same status plane as Mine, as *i* state herein to have and to hold to him and to her and their heirs forever.

*Copy claim, edward roark 4 April 2016*

*only 3 of 3077 total pages shown

This file was generated by AncestryDNA at: 08/12/2017 02:44:46 UTC

| rsid | chromosome | position | allele1 | allele2 |
|---|---|---|---|---|
| rs4477212 | 1 | 92154 | T | T |
| rs3131972 | 1 | 752721 | A | G |
| rs12562034 | 1 | 768448 | A | G |
| rs11240777 | 1 | 798959 | A | G |
| rs6681049 | 1 | 800007 | C | C |
| rs4970383 | 1 | 838555 | A | C |
| rs4475691 | 1 | 846808 | T | C |
| rs7537756 | 1 | 854250 | A | G |
| rs13302982 | 1 | 961808 | G | G |
| rs1110052 | 1 | 973558 | T | G |
| rs17160698 | 1 | 987162 | T | T |
| rs3748597 | 1 | 998659 | C | C |
| rs13303106 | 1 | 891945 | A | G |
| rs28415373 | 1 | 893901 | C | C |
| rs13303010 | 1 | 894573 | A | A |
| rs6696281 | 1 | 903104 | C | C |
| rs28391282 | 1 | 904165 | G | G |
| rs2340592 | 1 | 910935 | 0 | 0 |
| rs13303118 | 1 | 918384 | T | T |
| rs2341354 | 1 | 918573 | G | G |
| rs6665000 | 1 | 924898 | A | A |
| rs2341362 | 1 | 927309 | C | C |
| rs9777703 | 1 | 928836 | T | T |
| rs1891910 | 1 | 932457 | G | G |
| rs9697457 | 1 | 934345 | G | G |
| rs35940137 | 1 | 940203 | A | G |
| rs3128117 | 1 | 944564 | T | T |
| rs2465126 | 1 | 947034 | A | A |
| rs2341365 | 1 | 949692 | A | A |
| rs15842 | 1 | 949921 | C | C |
| rs6657048 | 1 | 957640 | C | C |
| rs2710888 | 1 | 959842 | T | C |
| rs3128126 | 1 | 962210 | A | A |
| rs2710875 | 1 | 977780 | T | T |
| rs2465136 | 1 | 990417 | T | T |
| rs2488991 | 1 | 994391 | T | T |
| rs7526076 | 1 | 998395 | G | G |
| rs3934834 | 1 | 1005806 | C | C |
| rs3766192 | 1 | 1017197 | T | T |
| rs3766191 | 1 | 1017587 | C | C |
| rs9442372 | 1 | 1018704 | G | G |
| rs10907177 | 1 | 1021346 | A | A |
| rs3737728 | 1 | 1021415 | G | G |
| rs10907178 | 1 | 1021583 | A | A |
| rs9442398 | 1 | 1021695 | G | G |
| rs9442400 | 1 | 1023301 | C | C |
| rs6687776 | 1 | 1030565 | C | C |
| rs11579015 | 1 | 1036939 | T | T |
| rs6671356 | 1 | 1040026 | T | T |
| rs7548798 | 1 | 1060174 | C | C |
| rs12757754 | 1 | 1061262 | A | A |
| rs9442373 | 1 | 1062639 | A | A |
| rs2299217 | 1 | 1064979 | C | C |
| rs10907182 | 1 | 1066403 | C | C |
| rs9442380 | 1 | 1087683 | C | C |
| rs6695003 | 1 | 1089699 | G | G |
| rs9442385 | 1 | 1097335 | G | G |
| rs9660710 | 1 | 1099342 | C | C |
| rs1891905 | 1 | 1100217 | T | T |
| rs4442317 | 1 | 1106784 | T | C |
| rs4970421 | 1 | 1108637 | G | G |
| rs11260542 | 1 | 1110019 | A | A |
| rs9442387 | 1 | 1110586 | C | C |
| rs12092254 | 1 | 1113121 | G | G |
| rs3813204 | 1 | 1121014 | G | G |
| rs11260549 | 1 | 1121794 | G | G |
| rs10907175 | 1 | 1130727 | A | A |
| rs3819001 | 1 | 1138913 | T | T |
| rs11466695 | 1 | 1139216 | G | G |
| rs11466694 | 1 | 1139416 | C | C |
| rs11466687 | 1 | 1140870 | C | C |
| rs35222290 | 1 | 1150855 | T | T |
| rs12036216 | 1 | 1153113 | G | G |
| rs2987286 | 1 | 1156131 | T | C |
| rs3813199 | 1 | 1158277 | G | G |
| rs6603781 | 1 | 1158631 | G | G |
| rs7515488 | 1 | 1163804 | C | C |
| rs11260562 | 1 | 1165310 | 0 | 0 |
| rs6697886 | 1 | 1176611 | G | G |
| rs6665798 | 1 | 1176597 | T | T |
| rs11260566 | 1 | 1178245 | C | C |
| rs12093154 | 1 | 1178925 | G | G |
| rs3818646 | 1 | 1191870 | C | C |
| rs6673601 | 1 | 1194471 | G | G |
| rs6704013 | 1 | 1197591 | C | C |
| rs12402622 | 1 | 1201632 | G | G |
| rs4018609 | 1 | 1203938 | T | T |
| rs11260577 | 1 | 1210471 | T | C |
| rs6689813 | 1 | 1210963 | T | C |
| rs6685064 | 1 | 1211292 | 0 | 0 |
| rs28480099 | 1 | 1213305 | C | C |
| rs12077700 | 1 | 1219775 | C | C |
| rs2144440 | 1 | 1220136 | A | A |
| rs3737721 | 1 | 1227897 | A | A |
| rs6669227 | 1 | 1229770 | T | T |
| rs1749951 | 1 | 1231656 | A | G |
| rs1739855 | 1 | 1233941 | T | C |
| rs12410087 | 1 | 1239935 | A | A |
| rs10399878 | 1 | 1239953 | 0 | 0 |
| rs3766182 | 1 | 1240717 | T | T |
| rs3818448 | 1 | 1246972 | C | C |
| rs12142199 | 1 | 1249187 | A | A |
| rs10449893 | 1 | 1255130 | G | G |
| rs1810745 | 1 | 1257593 | A | A |
| rs3845293 | 1 | 1258246 | A | A |
| rs34810828 | 1 | 1269723 | G | G |
| rs35424002 | 1 | 1269986 | G | G |
| rs307380 | 1 | 1271127 | A | A |
| rs34389364 | 1 | 1295323 | A | A |
| rs2765021 | 1 | 1297422 | T | T |
| rs71160669 | 1 | 1305561 | C | C |
| rs2477774 | 1 | 1307872 | G | G |
| rs2765015 | 1 | 1308992 | A | G |
| rs2765036 | 1 | 1309977 | G | G |
| rs2765033 | 1 | 1310924 | T | C |
| rs2664588 | 1 | 1314015 | T | C |
| rs2477777 | 1 | 1314172 | T | C |
| rs35242196 | 1 | 1333598 | C | C |
| rs2291889 | 1 | 1335218 | A | G |
| rs1240707 | 1 | 1335302 | T | C |
| rs1240708 | 1 | 1335790 | A | G |
| rs17160977 | 1 | 1341185 | A | A |
| rs12089360 | 1 | 1356550 | A | G |
| rs12730443 | 1 | 1361463 | C | C |
| rs873927 | 1 | 1366830 | G | G |
| rs35958305 | 1 | 1367193 | T | G |
| rs1312568 | 1 | 1385211 | A | G |
| rs36044796 | 1 | 1388268 | A | C |
| rs1240732 | 1 | 1404309 | A | G |
| rs2862157 | 1 | 1418112 | A | A |
| rs813980 | 1 | 1425700 | T | C |
| rs6696515 | 1 | 1447325 | A | G |
| rs6669795 | 1 | 1450947 | A | A |
| rs10159041 | 1 | 1453921 | T | C |
| rs3737714 | 1 | 1458954 | C | C |
| rs12032637 | 1 | 1465382 | A | A |
| rs3118505 | 1 | 1472047 | C | C |
| rs9782908 | 1 | 1472201 | C | C |
| rs1571149 | 1 | 1474167 | A | G |
| rs7290 | 1 | 1477244 | C | C |
| rs11807706 | 1 | 1477660 | A | A |
| rs3766189 | 1 | 1478153 | C | C |
| rs7533 | 1 | 1479333 | G | G |
| rs2031709 | 1 | 1485984 | C | C |
| rs7531530 | 1 | 1489670 | T | T |
| rs880051 | 1 | 1493727 | A | A |
| rs2296716 | 1 | 1497824 | C | C |
| rs9439468 | 1 | 1499298 | G | G |
| rs7519837 | 1 | 1510801 | T | T |
| rs6687029 | 1 | 1519568 | 0 | 0 |
| rs6604393 | 1 | 1521595 | A | A |
| rs28430972 | 1 | 1549605 | C | C |
| rs12744433 | 1 | 1559971 | T | T |
| rs28635343 | 1 | 1560103 | C | C |
| rs28464684 | 1 | 1566160 | C | C |
| rs28456011 | 1 | 1567206 | G | G |
| rs35154105 | 1 | 1598908 | A | A |
| rs28707307 | 1 | 1610809 | A | A |
| rs22487995 | 1 | 1619541 | A | A |
| rs35261312 | 1 | 1627987 | C | C |
| rs760925 | 1 | 1646574 | C | C |
| rs2294489 | 1 | 1664124 | C | C |
| rs7407 | 1 | 1684472 | T | C |
| rs35672141 | 1 | 1691050 | T | C |
| rs6603811 | 1 | 1706136 | C | C |
| rs7531583 | 1 | 1706160 | A | G |
| rs12041925 | 1 | 1707740 | T | T |
| rs867207 | 1 | 1711414 | A | A |
| rs10367194 | 1 | 1712230 | C | C |
| rs742359 | 1 | 1715011 | C | C |
| rs2272908 | 1 | 1721479 | T | C |
| rs12369909 | 1 | 1727391 | G | G |
| rs10159187 | 1 | 1731756 | A | A |
| rs16825336 | 1 | 1745726 | G | G |
| rs7553640 | 1 | 1762014 | C | C |
| rs11589067 | 1 | 1763774 | G | G |
| rs4648727 | 1 | 1776269 | A | C |
| rs6681938 | 1 | 1781220 | T | T |
| rs10597192 | 1 | 1793111 | G | G |
| rs4648592 | 1 | 1801034 | G | G |
| rs3855951 | 1 | 1804302 | T | T |
| rs7525092 | 1 | 1810090 | C | C |
| rs6603802 | 1 | 1812521 | T | C |
| rs16824526 | 1 | 1818129 | A | A |
| rs12093735 | 1 | 1827212 | C | C |
| rs745910 | 1 | 1829482 | T | C |
| rs2474460 | 1 | 1844046 | T | C |
| rs2748987 | 1 | 1846582 | A | G |
| rs2847560 | 1 | 1846765 | A | A |
| rs2971081 | 1 | 1847531 | C | C |
| rs941532 | 1 | 1848734 | G | G |
| rs28508199 | 1 | 1852484 | A | A |
| rs2144687 | 1 | 1853394 | T | T |
| rs2250833 | 1 | 1854321 | A | G |
| rs2803316 | 1 | 1865298 | A | G |
| rs2803329 | 1 | 1874581 | A | G |
| rs2262190 | 1 | 1875267 | A | A |
| rs2748935 | 1 | 1886519 | C | C |
| rs3829011 | 1 | 1588193 | C | C |
| rs16824508 | 1 | 1900232 | T | C |
| rs6661597 | 1 | 1926087 | C | C |
| rs6605081 | 1 | 1930734 | T | T |
| rs6656398 | 1 | 1941929 | A | A |
| rs13303016 | 1 | 1946591 | A | A |
| rs28603108 | 1 | 1950621 | A | A |
| rs28669111 | 1 | 1954066 | C | C |
| rs28437090 | 1 | 1959022 | C | C |
| rs2376803 | 1 | 1967954 | 0 | 0 |
| rs28706891 | 1 | 1970444 | A | A |
| rs3379527 | 1 | 1981110 | 0 | 0 |
| rs2803309 | 1 | 1987803 | G | G |
| rs1878745 | 1 | 1991014 | A | A |
| rs6605074 | 1 | 1992748 | C | C |
| rs2678939 | 1 | 2000592 | C | C |
| rs6662158 | 1 | 2004098 | G | G |
| rs2254669 | 1 | 2006108 | A | A |
| rs2803310 | 1 | 2017297 | T | T |
| rs2459594 | 1 | 2024064 | C | C |
| rs3128326 | 1 | 2026403 | 0 | 0 |
| rs884080 | 1 | 2026749 | A | A |
| rs7513222 | 1 | 2027901 | G | G |
| rs908742 | 1 | 2033256 | G | G |
| rs10910030 | 1 | 2035684 | T | T |
| rs12410859 | 1 | 2038732 | C | C |
| rs4640807 | 1 | 2040898 | C | C |

| rsID | | position | | | rsID | | position | | |
|---|---|---|---|---|---|---|---|---|---|
| rs4648453 | 1 | 3025712 | G | G | rs6424074 | 1 | 3317780 | A | G |
| rs6690373 | 1 | 3035227 | A | A | rs11570011 | 1 | 3318532 | C | C |
| rs876740 | 1 | 3037613 | C | C | rs12024847 | 1 | 3320799 | T | T |
| rs2817174 | 1 | 3044101 | T | . | rs2483225 | 1 | 3325037 | T | T |
| rs2817178 | 1 | 3047292 | T | T | rs870124 | 1 | 3328358 | C | C |
| rs10909882 | 1 | 3049713 | G | G | rs2493292 | 1 | 3328659 | C | C |
| rs2235176 | 1 | 3054106 | T | C | rs2493285 | 1 | 3333595 | G | G |
| rs10797380 | 1 | 3055076 | A | G | rs1984069 | 1 | 3336200 | T | T |
| rs7538096 | 1 | 3057661 | T | T | rs10492937 | 1 | 3339339 | O | O |
| rs2817185 | 1 | 3062361 | A | A | rs4648500 | 1 | 3340855 | C | C |
| rs731031 | 1 | 3072692 | T | T | rs2244013 | 1 | 3342530 | G | G |
| rs2651902 | 1 | 3074306 | C | C | rs870171 | 1 | 3342804 | G | G |
| rs2742673 | 1 | 3080019 | G | G | rs2493272 | 1 | 3349513 | T | C |
| rs2651899 | 1 | 3083712 | T | T | rs2236518 | 1 | 3352072 | A | A |
| rs7518255 | 1 | 3086464 | G | G | rs2483250 | 1 | 3356405 | C | C |
| rs2651935 | 1 | 3086496 | C | C | rs867014 | 1 | 3362256 | T | T |
| rs17390062 | 1 | 3089849 | T | T | rs2487670 | 1 | 3368143 | G | G |
| rs12733843 | 1 | 3097073 | G | G | rs2487681 | 1 | 3377343 | T | T |
| rs2651927 | 1 | 3101762 | A | C | rs2487680 | 1 | 3377442 | T | T |
| rs4233024 | 1 | 3103826 | T | T | rs12562167 | 1 | 3381698 | G | G |
| rs10752733 | 1 | 3104630 | G | G | rs947351 | 1 | 3383038 | A | A |
| rs5745618 | 1 | 3105493 | T | T | rs2105639 | 1 | 3389727 | T | T |
| rs12139196 | 1 | 3107386 | T | G | rs12124163 | 1 | 3393037 | T | T |
| rs10737190 | 1 | 3108496 | A | A | rs10797395 | 1 | 3395039 | A | A |
| rs7539775 | 1 | 3109151 | A | G | rs2493314 | 1 | 3400294 | G | G |
| rs2651912 | 1 | 3110735 | C | C | rs4648505 | 1 | 3405296 | T | T |
| rs12094678 | 1 | 3111669 | G | G | rs2821040 | 1 | 3406791 | A | A |
| rs4308918 | 1 | 3119729 | G | G | rs2821039 | 1 | 3407007 | G | G |
| rs10909901 | 1 | 3131235 | C | C | rs2821038 | 1 | 3411413 | C | C |
| rs12124117 | 1 | 3134331 | T | T | rs7553399 | 1 | 3416449 | A | A |
| rs2651906 | 1 | 3135175 | C | C | rs947344 | 1 | 3423467 | C | C |
| rs2651897 | 1 | 3137397 | C | C | rs7543634 | 1 | 3431235 | A | A |
| rs2651895 | 1 | 3138111 | G | G | rs12093117 | 1 | 3441264 | G | G |
| rs16823542 | 1 | 3140464 | C | C | rs4648392 | 1 | 3440813 | G | G |
| rs16823551 | 1 | 3141616 | G | G | rs10797400 | 1 | 3450637 | A | C |
| rs1553288 | 1 | 3144745 | C | C | rs2794323 | 1 | 3450985 | O | O |
| rs10157420 | 1 | 3146497 | T | T | rs12119711 | 1 | 3451005 | T | C |
| rs6424069 | 1 | 3147030 | T | T | rs4648524 | 1 | 3456592 | T | G |
| rs10909905 | 1 | 3147699 | G | G | rs10737192 | 1 | 3456871 | A | G |
| rs2817150 | 1 | 3149145 | G | G | rs947341 | 1 | 3457295 | A | A |
| rs12036784 | 1 | 3150345 | G | G | rs6685801 | 1 | 3464451 | T | T |
| rs11807062 | 1 | 3153237 | A | A | rs7516641 | 1 | 3472393 | O | O |
| rs2249336 | 1 | 3155102 | T | T | rs7516644 | 1 | 3472397 | A | A |
| rs905130 | 1 | 3157614 | G | G | rs870063 | 1 | 3472928 | T | T |
| rs2455118 | 1 | 3162209 | A | A | rs9620616 | 1 | 3473345 | C | C |
| rs10797386 | 1 | 3168280 | G | G | rs10909966 | 1 | 3474468 | C | C |
| rs3002685 | 1 | 3177480 | A | A | rs2821063 | 1 | 3474626 | A | G |
| rs3002686 | 1 | 3178111 | C | C | rs2821060 | 1 | 3477902 | T | C |
| rs2455107 | 1 | 3180150 | T | . | rs10909960 | 1 | 3479742 | A | C |
| rs2455102 | 1 | 3180633 | A | A | rs880801 | 1 | 3483361 | A | A |
| rs2455125 | 1 | 3189006 | G | G | rs947354 | 1 | 3487126 | T | C |
| rs16823027 | 1 | 3196600 | G | G | rs7513251 | 1 | 3493819 | C | C |
| rs10492940 | 1 | 3197747 | C | C | rs2021054 | 1 | 3493850 | T | T |
| rs16823002 | 1 | 3199217 | C | C | rs12030677 | 1 | 3494079 | A | A |
| rs905135 | 1 | 3199484 | A | A | rs10909973 | 1 | 3495672 | G | G |
| rs12562988 | 1 | 3199634 | G | G | rs2794341 | 1 | 3495981 | C | C |
| rs13374621 | 1 | 3200376 | C | C | rs2794340 | 1 | 3496479 | C | C |
| rs10909918 | 1 | 3208375 | G | G | rs2821050 | 1 | 3497109 | G | G |
| rs12757342 | 1 | 3208830 | T | T | rs10909974 | 1 | 3499067 | C | C |
| rs1553291 | 1 | 3209923 | G | G | rs2995009 | 1 | 3500375 | A | A |
| rs4648377 | 1 | 3211458 | C | C | rs12139206 | 1 | 3504073 | C | C |
| rs2455144 | 1 | 3214732 | G | G | rs2794320 | 1 | 3506497 | G | G |
| rs2455137 | 1 | 3217151 | T | T | rs4648527 | 1 | 3507861 | A | A |
| rs2455135 | 1 | 3219901 | G | G | rs6697749 | 1 | 3510633 | C | C |
| rs6673393 | 1 | 3220101 | T | T | rs7544357 | 1 | 3511295 | G | G |
| rs7517281 | 1 | 3221371 | G | G | rs2794327 | 1 | 3512341 | C | C |
| rs2500278 | 1 | 3225940 | T | T | rs2821025 | 1 | 3512516 | O | O |
| rs2483260 | 1 | 3227188 | A | A | rs2821023 | 1 | 3512800 | T | C |
| rs12409345 | 1 | 3228915 | O | O | rs35701577 | 1 | 3522561 | T | C |
| rs12743017 | 1 | 3229185 | G | G | rs4648398 | 1 | 3531595 | T | C |
| rs16824089 | 1 | 3230544 | T | T | rs4364818 | 1 | 3536501 | T | C |
| rs2483266 | 1 | 3236041 | T | T | rs10909989 | 1 | 3539082 | G | G |
| rs870665 | 1 | 3240199 | A | A | rs10909990 | 1 | 3539481 | G | G |
| rs1108600 | 1 | 3241135 | T | C | rs12757620 | 1 | 3540024 | T | T |
| rs2500271 | 1 | 3241829 | A | G | rs16823920 | 1 | 3542969 | A | A |
| rs10989930 | 1 | 3243017 | G | G | rs4276857 | 1 | 3544346 | T | T |
| rs2483274 | 1 | 3248098 | A | G | rs1128474 | 1 | 3545612 | A | A |
| rs1110307 | 1 | 3251159 | T | T | rs2821007 | 1 | 3546935 | G | G |
| rs2483278 | 1 | 3252104 | T | T | rs16823940 | 1 | 3548198 | C | C |
| rs2483279 | 1 | 3252169 | A | G | rs7528494 | 1 | 3550228 | C | C |
| rs7516150 | 1 | 3253089 | T | C | rs12408890 | 1 | 3561008 | T | C |
| rs7552331 | 1 | 3253941 | A | G | rs2251098 | 1 | 3566706 | O | O |
| rs882430 | 1 | 3259113 | A | G | rs1004650 | 1 | 3568162 | T | G |
| rs6683273 | 1 | 3259103 | O | O | rs10910003 | 1 | 3575929 | G | G |
| rs4415513 | 1 | 3261682 | T | T | rs2224718 | 1 | 3576060 | T | T |
| rs4648380 | 1 | 3261925 | A | G | rs4648545 | 1 | 3577321 | G | G |
| rs2483289 | 1 | 3264190 | C | C | rs6703610 | 1 | 3577790 | C | C |
| rs2483256 | 1 | 3269820 | A | A | rs7523732 | 1 | 3585041 | T | T |
| rs946758 | 1 | 3273063 | A | G | rs3765695 | 1 | 3587377 | A | C |
| rs12748963 | 1 | 3275149 | C | C | rs3765702 | 1 | 3592187 | T | C |
| rs25000286 | 1 | 3276130 | O | O | rs3765703 | 1 | 3592436 | T | T |
| rs12073172 | 1 | 3276374 | A | G | rs3765705 | 1 | 3597017 | A | A |
| rs17399569 | 1 | 3218959 | T | C | rs3765712 | 1 | 3600799 | A | G |
| rs7524171 | 1 | 3279324 | A | G | rs3765716 | 1 | 3601940 | G | G |
| rs2500262 | 1 | 3280021 | C | C | rs1885872 | 1 | 3605097 | A | A |
| rs4640487 | 1 | 3285304 | T | C | rs3765731 | 1 | 3611092 | A | G |
| rs4648381 | 1 | 3285860 | G | G | rs12032272 | 1 | 3615156 | O | O |
| rs12135987 | 1 | 3289524 | A | G | rs3765736 | 1 | 3616601 | C | C |
| rs1333190 | 1 | 3289729 | T | T | rs6624009 | 1 | 3628663 | G | G |
| rs1333189 | 1 | 3289971 | T | T | rs6624090 | 1 | 3628677 | O | O |
| rs2249860 | 1 | 3291139 | O | O | rs3765761 | 1 | 3630476 | T | C |
| rs2493311 | 1 | 3292984 | C | C | rs3753211 | 1 | 3632608 | T | C |
| rs4640489 | 1 | 3293665 | A | G | rs3019967 | 1 | 3633380 | C | C |
| rs2493310 | 1 | 3294422 | A | A | rs3765764 | 1 | 3633537 | A | A |
| rs1530693 | 1 | 3294972 | A | A | rs3765766 | 1 | 3634660 | C | C |
| rs12085231 | 1 | 3297638 | A | C | rs747827 | 1 | 3636347 | A | A |
| rs808608 | 1 | 3302807 | C | C | rs12731705 | 1 | 3637459 | T | C |
| rs10492938 | 1 | 3304336 | T | T | rs2146658 | 1 | 3637613 | G | G |
| rs17399998 | 1 | 3305016 | C | C | rs12095240 | 1 | 3645052 | A | G |
| rs2493278 | 1 | 3307746 | C | C | rs11509985 | 1 | 3646137 | T | C |
| rs2493275 | 1 | 3309034 | G | G | rs1085965 | 1 | 3646291 | A | G |
| rs17822575 | 1 | 3312256 | T | T | rs1745013 | 1 | 3647962 | C | C |
| rs871822 | 1 | 3312914 | T | G | rs4648553 | 1 | 3648879 | A | G |
| rs7542793 | 1 | 3315818 | A | G | rs9662633 | 1 | 3649562 | A | G |

⊸Kancestry·

# Relationship between norman macleod & edward roark schwagerl (fader).

**norman macleod**
*4th great-grandfather*
ᵛ
kenneth macleod 1812-1890
*Son of norman macleod*
ᵛ
mary ann macleod -1932
*Daughter of kenneth macleod*
ᵛ
rory MacAskill -1976
*Son of mary ann macleod*
ᵛ
mary louise MacAskill 1904-1995
*Daughter of rory MacAskill*
ᵛ
Edward Kenneth Fader 1944-2016
*Son of mary louise MacAskill*
ᵛ
**edward roark schwagerl (fader)**
*You are the son of Edward Kenneth Fade.*



Hold Fast

MacLeod

*Son of james albert Layman*

ᗐ

Karen Layman 1935-2007
*Daughter of dwight carl Layman*

ᗐ

**edward roark schwagerl (fader)**
*You are the son of Karen Layman*



The Ancient Arms of

Lehman

Page 2 of 2

Exhibit L

1 Page

THE OHIO STATE UNIVERSITY HOSPITALS — COLUMBUS, OHIO

SUMMARY
DICTATED

REGISTRATION RECORD

NAME LAST          FIRST          INITIAL    CASE NO        ROOM
FADER, BABY BOY                              900000041    52

ATTENDING PHYSICIAN
Dr. Robertson

STREET OR RFD                                      TELEPHONE
3045 Bellwood Court,    Apt. # 11    231-5?8?

CITY                COUNTY          STATE    ZIP
Columbus        Franklin    Ohio    543215

DATE              TIME              
May 16, 1968    6:51p      NB

SEX    RACE
B      W

parents: Karen & Edward Fader          same

NAME LAST      FIRST              ROOM
Fader, Baby Boy          523

SURGEON          DATE

5-11-68

SIGNATURES

FACE SHEET

*Exodus & Entry*

That Congress within the meaning of Article III, Article I and Article IV, United States House of Representatives and its Speaker of the House thereof, take notice and acknowledgment that the Edward Roark head of household, *sui juris,* (52), Christine Marie (51), Connor George (17), and Chloe Marie (15) of the family Schwagerl, family of civilian nationals of nation Minnesota and de jure residents therein, from the de jure international Territory Article IV Section 3 Clause 2, releasing the same; and, that all property, estate, rights of action, incorporeal rights be debited withdrawn otherwise released from duty over said Estates, respectively.

### III
### Notice of Entry

*e.S.S*

That Congress within the meaning of Article III, Article I and Article IV, United States House of Representatives and its Speaker of the House thereof, take notice and acknowledgment that the Edward Roark head of household (52), *sui juris*, Christine Marie (51), Connor George (17), and Chloe Marie of the family Schwagerl (15), a family of civilian nationals of nation Minnesota and de jure residents therein, do exercise the inherent election and notice thereof of their entry and domicile upon Union body politic settled upon the soil, and deposit the same living estate therein for protections thereof.

### IV
### Notice of Appointment of International Protectors
### Constitution Article IV Section 4

i address these political elections and appointment of international trust protectors to:
United States President Donald John Trump is the 45th and current president; Ohio Congressional Representative; Timothy James Walz an American politician and businessman who is the 41th governor of the State of Minnesota;  and Mike DeWine an American politician and businessman who is the 70th governor of the State of Ohio; Steven Terner Mnuchin, Trustee of the United States Treasury; and, to the Ambassador Jamie McCourt, at Chancery, Embassy of the United States of America, Paris, France, their successors, assigns, agents and contractors, hereinafter jointly/severally "Protectors".

*e.S.S*

Further, i appoint trust Protectors over all corpus of trusts settled in the name of Edward Roark Schwagerl or any derivations thereof: with intent and purpose settle this trust on the exclusive benefit of myself the following:

- Res arising from all equitable assets in connection and derived from the statutory decedent estate Edward Roark Schwagerl Estate, including but not limited to all Instruments of Credit, Chattels, Rights of Action, Incorporeal Assets, their derivations under the custodial, bailment, custodial protectorship of the Treasury of the United States at large.

- the purpose of the Trust is to merge the titles in order to affect the extinguishment of public debt in connection with surety and bonds of circulating currency, enter upon the private ledger of the trust the credit on account, and do the reconversion of trust's private credit into public funds for the beneficiary's use and disposition,
- that further the beneficiary's Res be protected under this as an international protectorship;
- that all property of the trust be marshalled from the Crown, Rome, and Domestic parties in order to render a complete, consolidated, comprehensive account "Fund" to the beneficiaries for the life of the trust.
- that further trust assesses two percent granted to the Court for consideration and value of the reconversion in gold terms credit on account specie, and for the protectorship for the life of the Trust,
- that the life of trust concludes upon the exhaustion of the fund, subject to the testamentary provisions,
- that the settlor now coming as the testator state here a codicil amending a previous will, the last will and testament 7/14/2018 (page 9) included herein by reference, of the fund to be equally divided to my immediate family children Connor & Chloe, then to my siblings and wife's siblings equally, then to all my nieces and nephews.

*e.S.S*

### ARTICLE 23

In addition to the prohibitions provided by special Conventions, it is especially forbidden:

(a) To employ poison or poisoned weapons;

(b) To kill or wound treacherously individuals belonging to the hostile nation or army;

(c) To kill or wound an enemy who, having laid down his arms, or having no longer means of defence, has surrendered at discretion;

(d) To declare that no quarter will be given;

(e) To employ arms, projectiles, or material calculated to cause unnecessary suffering;

(f) To make improper use of a flag of truce, of the national flag, or of the military insignia and uniform of the enemy, as well as the distinctive badges of the Geneva Convention;

(g) To destroy or seize the enemy's property, unless such destruction or seizure be imperatively demanded by the necessities of war;

(h) To declare abolished, suspended, or inadmissible in a Court of law the rights and actions of the nationals of the hostile party.

A belligerent is likewise forbidden to compel the nationals of the hostile party to take part in the operations of war directed against their own country, even if they were in the belligerent's service before the commencement of the war.

(d) In relation to my doing business as registration in the Territorial jurisdiction of Article IV section 3 clause 2 we are a consumer/natural person/private civilians doing business at all times without waiving any right, remedy, defense, in connection with my domicile nationality of nation Minnesota status.

(e) My family bible bears the entry of my name in the book of life inscribed by my decreed father George Ernest Schwagerl, Exhibit N "Family Bible."



(f) As demonstration of the analogy of my writ of entry into the constitutional union compact under international law, and i have annexed herewith endorsements upon the official Admissions Act per Article IV section 3 clause 1, see below graphic "EXODUS, ENTRY & PROTECTION" to be entered upon the journal rolls of congressional record per Art I section 5.

**Constitution Article IV Section 3 & 4**

### Section 3

**Entry**

New States may be admitted by the Congress into this Union: but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.

**Exodus**

The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.

### Section 4

**Protectors**

The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

### "EXODUS, ENTRY & PROTECTION"

Much gratitude to you in advance for dealing, correcting and noticing all State and Federal government officials with this matter. Thank you for your service to Our country and to the office bearing a great responsibility and a rich history.

I avail myself of this occasion to convey the assurances of my most distinguished consideration.

Yours truly,

Schwagerl, Edward Roark
Settlor. Beneficiary. Private American National

Grantor                Executor               Beneficiary              Attorney In Fact

All Rights Reserved.



Schwagerl, Edward Roark                    Page 6 of 6                    6/15/20









I, **Schwagerl, edward roark**, the undersigned ("roark"), do hereby affirm and declare to be a private civilian citizen of the United States, Minnesotan national, and the protected class defined by the Hague Treaty Convention Article 23(g-h). My Citizenship declarations and beneficial/legal rights are a matter of record "RR662692550US-29 Trust" on file #171013 10/21/16 at the Office of the Secretary of State of Minnesota of The United States of America. Mandamus: you are instructed to bestow upon me your highest protections, immunities, privileges, and general relief for my peaceful and safe passage, conveyance, and sojourning to the best of your ability and fullest extent of your authority.

*Fourth Amendment to File #171013 10-21-16.*
*Executed December 16, 2020 at Ramsey County.*

Annex 3

# Office of the Minnesota Secretary of State

## Business Trust | Original Filing

*Minnesota Statutes, Chapter 318*

**NOTE:** Business Trusts are now filed as Official Documents of the State. There is no fee for filing these documents.
Please review Minnesota Statute Chapter 318 prior to filing any documents.
See Page 2 for Minnesota Statutes 318.01-318.06, or, https://www.revisor.mn.gov/statutes/?id=318

1. **Name of Trust:** (Required) Edward Roark Schwagerl Living Estate Trust
2. **Homee Jurisdiction:** (Required) Private Estate, State of Minnesota (Union)
   The united states of North America, 1776
3. **Complete Registered Office Address & Agent in Minnesota** (Required):
   a. Agent Name: *Edward Roark Schwagerl Living Estate Trust.*
   b. Address: *Schwagerl, Edward Roark. Ttee.*
   c. City, State, Zip *Main Street—525. Unit 120353.*
   *New Brighton—town. Minnesota.*
   *00-00-0*
4. **Trustees** (Minimum 2 Required for Minnesota Trusts):
   a.. Trustee: Schwagerl, Edward Roark 62-cv-17-3317
   b. Trustee: Fader, Baby Boy of Franklin county, nation Ohio
   i. Attach additional sheets if necessary.
5. **Declaration of Trust Information** (Required) –
   a. Attach a Copy of the Trust
   b. Attach a Declaration by a Trust Official that the copy submitted is a true copy
6. **Documentation for Non-Minnesota Trusts.**
   a. In addition to the above, attach a Certificate of Existence or Status from the Home State authenticating the prior filing of the trustees.
7. **This Trust is:** ________ Perpetual ___X___ Not Perpetual and expires *by order of beneficiary(ies)*
8. **This Trust has been approved by the Commissioner of Commerce to transact the business of insurance**
   ___X___ No ________ Yes, and a copy of the Approval of the Commissioner of Commerce is attached.

I certify that the documents filed constitute a true and correct copy of the "declaration of trust" in accordance with Minnesota Statutes 318.02.

by: [signature] *All Rights Reserved.* December 16, 2020

Signature Date

List a name, e-mail address, and daytime telephone number of a person who can be contacted about this form:

| Name | e-mail address | Telephone Number |
|---|---|---|
| *Schwagerl, Edward Roark* | *RR662692550US29TRUST@gmail.com* | *+1-612-720-3784* |

All of the information on this form is public. Minnesota law requires certain information to be provided for this type of filing. If that information is not included, your document may be returned unfiled. This document can be made available in alternative formats, such as large print, Braille or audio tape, by calling 651-296-2803/voice. For a TTY/TTD (deaf and hard of hearing) communication, contact the Minnesota Relay Service at 1-800-3529 and ask them to place a call to 651-296-2803. The Secretary of State's Office does not discriminate on the basis of race, creed, color, sex, sexual orientation, national origin, age, marital status, disability, religion, reliance on public assistance or political opinions or affiliations in employment or the provision of service.

4¢
POSTAGE
LONG MAY IT WAVE
UNITED STATES OF AMERICA

Date Filed: December 17, 2020
Document Number: 171013-fourth-amendment
Office of the Minnesota Secretary of State
Steve Simon

*Annex 4*

# Office of the Minnesota Secretary of State
## Minnesota Assumed Name/Annual Renewal
*Minnesota Statutes, Section 5.34*

| | |
|---|---|
| Annual Renewal Year: | **2022** |
| Annual Renewal Filing Date: | **2/4/2022** |
| Assumed Name: | **Edward Roark Schwagerl** |
| Original Filing Number: | **855878600029** |
| Home Jurisdiction: | **Minnesota** |

Filing Party Information:

| Party Type: | Name: | Address: |
|---|---|---|
| **Mailing Address** | | **%Agent, 525 Main Str, Unit 120353  St Paul MN 55112 9999** |
| **Principal Place of Business Address** | | **%CEO State of Ohio, 30th Fl. 77 S High St  Columbus OH 43215** |



### Work Item 1294515200024
### Original File Number 855878600029

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
**02/04/2022 11:59 PM**

Steve Simon
Secretary of State

```
                                          Use for payments
  The IRS address must appear in the window.
             0223474717                        Letter Number: LTR3064C
       BODCD-SB                                Letter Date : 2015-12-15
                                               Tax Period  : 000000
```

```
                    *986079992*

  INTERNAL REVENUE SERVICE           EDWARD ROARK SCHWAGERL TR
                                     EDWARD ROARK SCHWAGERL TTEE
                                     % UNIT 120353
  CINCINNATI  OH  45999-0046         525 MAIN ST
  |l.l.l.l.l..l..l..l..l..l.l.l.l|   SAINT PAUL  MN  55112
```

```
  986079992 CZ SCHW 00 2 000000 670 00000000000
```

| Form **1041-ES** Department of the Treasury Internal Revenue Service | **2021** | **Payment Voucher** **4** | OMB No. 1545-0971 |
|---|---|---|---|

*Money Order - Legal Tender* (handwritten)

File only if the estate or trust is making a payment of estimated tax. Return this voucher with check or money order payable to **"United States Treasury."** Write the estate's or trust's EIN and "2021 Form 1041-ES" on the check or money order. Do not send cash. Enclose, but don't staple or attach, the payment with this voucher.

*(handwritten annotations across voucher)* without recourse for collateral

**Calendar year—Due Jan. 18, 2022**

Amount of estimated tax you are paying by check or money order.

| Dollars | Cents |
|---|---|
| 295,000,000 | 00 |

Fiscal year filers—enter year ending

12/31/2021

(month and year)

Employer identification number
986079992

Name of estate or trust
EDWARD ROARK SCHWAGERL TR

Name and title of fiduciary
EDWARD ROARK SCHWAGERL TTEE

Address of fiduciary (number, street, and room or suite no.)
C/O UNIT 120353, 525 MAIN ST

City, state, and ZIP code
SAINT PAUL, Minnesota 55112

468440733

Pay to the order of any Federal
Reserve Bank or Branch or
General depository fund for
credit to the United states
Treasury

by: Poole, agent for
Edward R. Schwedgerl, taxpayer
per UCC-3-402(b)(1)
2/14/22

*[Handwritten annotations in red ink across the page:]*

Tax Payment /Money Order - Legal Tender - Form 1041-ES

Accepted by Shuzgal, elll Roch 1-11-2022
Pay to the order of United States Treasury
without recourse, for collection
by: Shuzgal/SKR 1-11-2022, Grantee
[-295,000,00.00] Two hundred ninety-five million dollars
Two hundred ninety-five million dollars
Credit Memorial Account no. 274253565
Sherrikel LLC Bankrupt Estate, Case no.
21 BK 18205

Order for Release of Credits

Page 1 of 5 - S.K.R.

RR662692550US - 32001.3

---

2/11/22, 12:44 PM

Parcel Detail - Los Angeles County Assessor Portal

❤ Summary

## AIN: 4369-026-020 ⓘ

**Sites Address:**
944 AIROLE WAY
LOS ANGELES CA 90077-2602

| | |
|---|---|
| Use Type: | Vacant Land |
| Parcel Type: | Regular Fee Parcel |
| Tax Rate Area: | 00067 |

| | |
|---|---|
| Parcel Status: | **DELETED** |
| Create Date: | 09/05/2013 |
| Delete Date: | 04/10/2015 |
| Tax Status: | **CURRENT** |
| Year Defaulted: | |
| Exemption: | None |

**Building & Land Overview**

| | |
|---|---|
| Use Code: | 010V |
| Design Type: | |
| Quality Class: | |

**# of Units:**

| | |
|---|---|
| Beds/Baths: | / |
| Building SqFt: | 0 |

| | |
|---|---|
| Year Built: | |
| Effective Year: | |
| Land SqFt: | 167 664 |

[https://maps.assessor.lacounty.gov/GeoCortex/Essentials/PAIS/REST/sites/PAIS/VirtualDirectory/AssessorMaps/ViewMap.htm?value=4369-026V]
Parcel Map (https://maps.assessor.lacounty.gov/GeoCortex/Essentials/PAIS/REST/sites/PAIS/VirtualDirectory/AssessorMaps/ViewMap.htm?value=4369-026V) Map Index
(https://maps.assessor.lacounty.gov/GeoCortex/Essentials/PAIS/REST/sites/PAIS/VirtualDirectory/AssessorMaps/ViewMap.htm?value=4369-NDX)

| | 2022 Roll Preparation | 2021 Current Roll | RC | Year | 2019 Base Value |
|---|---|---|---|---|---|
| $ | 0 $ | 0 | 0 | | 26,689,099 |
| $ | 0 $ | 0 | 0 | $ | |
| $ | 0 $ | 0 | 0 | $ | 26,689,099 |

**Assessor's Responsible Division**

| | |
|---|---|
| District: | West District Office |
| Region: | 07 |
| Cluster: | 07199 BELAIR/HOLMBY H |

West District Office (https://maps.google.com/?q=500+W+Temple+St.+Room+183-19+Los+Angeles%2C+CA+90012-2770) 📍
500 W. Temple St. Room 183-19
Los Angeles, CA 90012-2770

https://portal.assessor.lacounty.gov/parceldetail/4369026020

1/2

2/11/22, 12:44 PM

Parcel Detail - Los Angeles County Assessor Portal

Phone: (310) 665-5300
Toll Free: 1 (888) 807-2111
M-F 7:30 am to 5:00 pm

Please set a location or search for an address.



https://portal.assessor.lacounty.gov/parceldetail/4369026020

2/5

Page 2 of 5

2/11/22, 12:44 PM                                      Parcel Detail - Los Angeles County Assessor Portal



📋

❤ Building and Land Characteristics

## Land Information

*Use Code* = 010V (Vacant Land)

| | |
|---|---|
| Total SqFt (GIS): | 167,594 |
| Total SqFt (PDB): | 167,776 |
| Usable SqFt: | 0 |
| Acres: | |
| Land W' x D': | 214 x 794 |
| | |
| Sewers: | Yes |
| Flight Path: | No |
| X-Traffic: | No |
| Freeway: | No |
| | |
| Corner Lot: | No |

https://portal.assessor.lacounty.gov/parceldetail/4369026020                                 3/5

Page 3 of 5

2/11/22, 12:44 PM                                                    Parcel Detail - Los Angeles County Assessor Portal

| | |
|---|---|
| **Golf Front:** | No |
| **Horse Lot:** | No |
| **View:** | City |

| | |
|---|---|
| **Zoning:** | (Refer Issuing Agency) |
| **Code Split:** | No |
| **Impairment:** | None |

**Situs Address:**
944 AIROLE WAY LOS ANGELES CA 90077-2602

**Legal Description** *(for assessment purposes)*:
POR OF LOTS 1 AND 2 TR=22727 AND POR OF LOT 3 BLK 3 TR= 9745

**Use Code:** 010V (Vacant Land)
0 = Residential
1 = Single Family Residence
0 = Unused or Unknown Code (No Meaning)
V = Vacant Land

## Building Information

***SUBPART:***
**Design Type:**
**Quality Class:**

| | |
|---|---|
| **# of Units:** | |
| **Beds/Baths:** | / |
| **Building SqFt:** | 0 |

| | |
|---|---|
| **Year Built:** | |
| **Effective Year:** | |
| **Depreciation:** | / / |

| | |
|---|---|
| **RCN Other:** | $ 0 |
| **RCN Other Trended:** | $ 0 |
| **Year Change:** | |

**Design Type:**

| ***SUMMARY:*** | *Total* |
|---|---|
| **# of Units:** | 0 |
| **Beds/Baths:** | 0/0 |
| **Building SqFt:** | 0 |
| **Avg SqFt/Unit:** | |

❤ **Events History**

https://portal.assessor.lacounty.gov/parceldetail/4369026020                                                        4/6

Page 4 of 5

2/11/22, 12:44 PM

Parcel Detail - Los Angeles County Assessor Portal



Ownership ()    Parcel Change ()

Show Re-Assessable Only: ☐

| Recording Date | Seq. # | Re-Assessed | # Parcels | % | Ver. Code | DTT Sale Price | Assessed Value |
|---|---|---|---|---|---|---|---|
| 12/31/2012 | 50 | Yes | 3 | 00%-0 | | $ 28,000,280 | $ 28,000,030 |

♥ Assessment History

Show All: ☐ Hide Inactive Rolls: ☐          Showing 1 to 7 of 7 entries.

| Bill Number | Bill Type | Bill Status | Date to Auditor | Recording Date | Total Value | Land Value | Improvement Value |
|---|---|---|---|---|---|---|---|
| 216-FSEG | S | I | 03/21/2017 | 12/31/2012 | $ 0 | $ 0 | $ 0 |
| 2160000 | R | I | 07/05/2016 | 12/31/2012 | $ 29,126,607 | $ 29,126,607 | $ 0 |
| 2150001 | C | A | 12/06/2015 | 12/31/2012 | $ 28,699,099 | $ 28,699,099 | $ 0 |
| 2150000 | R | I | 06/23/2015 | 12/31/2012 | $ 28,699,099 | $ 22,182,821 | $ 6,596,278 |
| 2140001 | C | A | 12/06/2015 | 12/31/2012 | $ 28,127,120 | $ 28,127,120 | $ 0 |
| 2140000 | R | I | 09/24/2014 | 12/31/2012 | $ 28,127,120 | $ 21,748,291 | $ 6,378,829 |
| 2130000 | W | W | 0 | 12/31/2012 | $ 28,000,000 | $ 28,000,000 | $ 0 |

© 2021 - Los Angeles County Assessor
Contact Us | Disclaimer | FAQ
POB Effective Date: 01/25/2022

https://portal.assessor.lacounty.gov/parceldetail/4369026020

5/6

Page 5 f 5



## ⌂ Property Details ⌃

AUCTION: Bid Feb 28 - Mar 3. Listed for $295M. Representative Onsite Daily. Can be sold before the auction. The One is an exclusive masterpiece that redefines luxury. The 105, 000sf work of art floats above the city of L.A., elevated for maximum panoramic views. 10 years in the making, The One is the largest & grandest house ever built in the urban world. A home of this magnitude will never again be built in L.A., cementing it in a class of its own. 360-degree views of the Pacific Ocean, Downtown L.A., & San Gabriel Mountains await. Every imaginable amenity creates incomparable comfort & appeal: 5 pools, a massive nightclub, full-service salon & spa, 10, 000sf sky deck, 400ft private outdoor running track, & private Dolby Digital theater seating 40+ barely skim the list. Each room is decorated with a neutral palette paying homage to the stunning landscape, keeping the estate cohesive despite its staggering scale. The first & last of its kind, The One allows you to experience L.A. beyond your wildest dreams.

## Property Features

### Bedrooms

- Bedrooms: 21

- Bedroom 1 Features: Dressing Area, Master Bedroom, Master Retreat, Master Suite, Multi-Level Bedroom, WalkInCloset

### Bathrooms

- Total Bathrooms: 49.00
- 1/2 Bathrooms: 7

- Full Bathrooms: 42
- Bathroom 1 Features: Steam Shower, Powder Room, Dual Entry (Jack & Jill) Bath, Double Shower, 2 Master Baths

### Interior Features

- Bar
- Built-Ins
- High Ceilings (9 Feet+)
- Living Room Balcony
- Pre-wired for high speed Data
- Recessed Lighting
- Track Lighting
- Fire Safety Features: Sprinkler System, Sprinkler Timer
- Flooring: Carpet, Marble, Stone

- Basement
- Elevator
- Hot Tub
- Open Floor Plan
- Pre-wired for surround sound
- Storage Space
- Two Story Ceilings
- Furnished Description: Unfurnished

### Other Rooms

Page 2 of 7

- 2nd Story Family Room, Art Studio, Bar, Basement, Bonus Room, Breakfast, Breakfast Area, Breakfast Bar, Center Hall, Dance Studio, Den/Office, Den, Dining Room, Dining Area, Gym, Home Theatre, In-Law Suite, Library, Living Room, Loft, Master Bedroom, Media Room, Office, Pantry, Patio Covered, Patio Enclosed, Patio Open, Powder, Projection, Retreat, Sauna, Separate Maids Qtrs, Separate Family Room, Great Room, Family Room, Entry, Dressing Area, Guest House, Study, Study/Office, Walk-In Closet, Walk-In Pantry, Wine Cellar, Wine Tasting, Utility Room
- Family Room Description: 1

- Den Description: 1

Appliances

- Laundry Facilities: Inside, Laundry Area, Room

Kitchen and Dining

- Counter Top
- Island
- Open to Family Room
- Stone Counters

- Gourmet Kitchen
- Marble Counters
- Pantry
- Dining Room Description: 1

Heating and Cooling

- Cooling Features: Central, Multi/Zone

- Heating Features: Central

- Fireplace Features: FireplaceRooms:Gas, Fire Pit, Living Room, Master Bedroom, Guest House, Family Room, Exterior, Master Retreat

Pool and Spa

- Pool Features: Salt/Saline, Indoor, In Ground, Heated, Negative Edge/Infinity Pool, Private
- Spa Features: Heated, Private, Bath Tub, Hot Tub, In Ground

- Pool Private: Yes

- Spa: Yes

Exterior and Lot Features

- Other Structures: GuestHouse, Pool House

Garage and Parking

- Covered Spaces: 50
- Garage Description: Driveway, Subterranean, Garage, Gated, Parking for Guests, Private, Side By Side

- Garage Spaces: 50
- Parking Total: 50

Land Info

- Lot Size Acres: 3.8298

- Lot Size Square Feet: 166826

Home Features

Page 3 of 7

- View: Mountains, Ocean, Panoramic, City, City Lights

- Security Features: Gated, Fire Sprinklers, Smoke Detector

- Other Equipment: Washer, Range/Oven, Alarm System, Barbeque, Built-Ins, Dishwasher, Dryer, Elevator, Freezer, Microwave, Network Wire, Refrigerator

Homeowners Association

- Calculated Total Monthly Association Fees: 0

Other Property Info

- Source Listing Status: Active
- Directions: From Sunset Blvd, turn North on Bellagio Dr, turn Left on Sarbonne Rd, turn Right on Chalon Rd, turn Left on Sarbonne Rd, turn Left on Stradella Rd, Turn left on Airole Way.
- Area: Bel Air - Holmby Hills
- Parcel Number: 4369-026-021
- Zoning: LARE20
- Source System Name: C2C

- County: Los Angeles
- Source Property Type: Single Family Residence

- Source Neighborhood: Bel Air - Holmby Hills
- Postal Code Plus 4: 2602
- Property Subtype: Single Family Residence

Building and Construction

- Year Built: 2019
- Living Area Source: Developer
- Levels or Stories: 4
- Year Built Source: Builder

- Common Walls: Detached/No Common Walls
- Property Age: 3
- House Style: Modern

**Find out more about this property.**    Contact Agent

SEE LESS ▲

Local Home Services

Advertisement

Page 4 of 7

of 9

1/27/2022, 12:32 PM

## 🏠 Property History ⌃

### Property Price

| Date | Event | Price |
|------|-------|-------|
| 01/10/2022 | Listed | $295,000,000 |
| 01/23/1995 | Sold | $5,000,050 |

### Property Tax

| Year | Taxes | Total assessments |
|------|-------|-------------------|
| 2020 | $1,417,878 | $117,804,112 |
| 2019 | $1,091,518 | $92,605,817 |
| 2018 | $1,087,258 | $90,790,017 |
| 2017 | $980,016 | $82,049,037 |
| 2016 | $348,390 | $29,126,607 |
| 2015 | $343,788 | $28,689,099 |
| 2014 | $344,654 | $28,127,120 |

About History & Taxes Data

The price and tax history data displayed is obtained from public records and/or MLS feeds from the local jurisdiction. Contact your REALTOR® directly in order to obtain the most up-to-date information available.

Want to get comps?    Contact Agent

## 📠 Monthly Payment ⌄

Page 5 of 7

## 🐾 Neighborhood   Noise, Flood     ⌄

## 🎓 Schools     ⌃

**Nearby schools**    Elementary    Middle    High    Private

| Rating | School Name | Grades | Type | Students | Reviews | Distance |
|--------|-------------|--------|------|----------|---------|----------|
| 9/10 | Roscomare Road Elementary School | K - 5 | Public | 455 | ★★★★☆ 25 reviews | 2.3 mi |
| 6/10 | Emerson Community Charter School | 6 - 8 | Public | 573 | ★★★★☆ 78 reviews | 2.5 mi |
| 6/10 | University Senior High School Charter | 9 - 12 | Public | 1511 | ★★★★★ 28 reviews | 3 mi |

To verify enrollment eligibility, contact the school or district directly. School data provided by National Center for Education Statistics, Precisely, and GreatSchools. Intended for reference only. The GreatSchools Rating is based on a variety of school quality indicators, including test scores, college readiness, and equity data.

## 🏠 Home Value     ⌄

## 💲 Nearby Home Values     ⌃

| Address | Estimate | Bed | Bath |
|---------|----------|-----|------|
| This Home | $295,000,000 | 21 | 49 |
| 957 Airole Way, Los Angeles, CA, 90077 | $6,437,100 | 2 | 5 |
| 933 Airole Way, Los Angeles, CA, 90077 | $7,621,200 | 3 | 4 |
| 960 Stradella Rd, Los Angeles, CA, 90077 | $8,195,000 | 5 | 6 |
| 1001 Stradella Rd, Los Angeles, CA, 90077 | $2,648,000 | 3 | 3 |
| 1000 Stradella Rd, Los Angeles, CA, 90077 | $4,198,200 | 4 | 4 |

SEE MORE ⌄

**The better way to buy 944 Airole Way.**

Our realtor.com concierge team can help with this property.

Send us a note below or call (424) 401-0267.

By calling or otherwise proceeding, you agree to the consent paragraph beneath the button further below.

📅 Home tours on your schedule

👥 Dedicated local buyer's agent

Page 6 & 7

Presented by:

Rayni Williams

#01496786

| | |
|---|---|
| Brokered by: | |
| The Beverly Hills Estates Inc. | |
| Phone: (310) 626-4248 | |
| Broker Location: | WEST HOLLYWOOD, CA |
| Data Source: | CLAW |
| Source's Property ID: | 22-116223 |
| Data Source Copyright: | ©1995-2022 The MLS™ All rights reserved. |

Page 7 of 7

Tax Payment    Legal Tender    Form 1041-ES
Money Order

Drawer: Schwagerl, edward roark DBA EDWARD ROARK SCHWAGERL

Drawee: Clerk of Court ex officio Postmaster
United States Bankruptcy Court Central District
of California, 255 E. Temple Street, Suite 1634
Los Angeles, CA 90012.

Payee: Pay to the order of United States Treasury
Two hundred ninety-five million dollars [295,000,000.00]
without recourse, for Collection
Credit Memorial Account no. 27425 3565, Crestlloyd, LLC
Bankrept Estate, Case no. 21BK18205,

Surety-accommodation: by: Schwagerl, edl (seal 1-11-2022)
Issuer Lien Right per 26 CFR 1.157-3(a)(14), UCC 5-117 Subroger
Auth. Rep UCC 3-402(b)(1)
All Rights Reserved

**Your CUSIP Results are as follows:**

**EDWARD ROARK SCHWAGERL (F-68463666)**
**Fidelity Advisor International Growth I Fund**
Symbol:          FIIIX
CUSIP:           315910372

Inception Date:  11/1/2007
Net Assets:      $4,320,000,000.00 as of 10/29/2020
Portfolio Assets: $4,320,000,000.00 as of 10/29/2020

Order for Release of Credits.

Section K
32,1,5

Form 1041-ES  Department of the Treasury Internal Revenue Service  **2021** Payment Voucher **4**  money order - legal tender  OMB No. 1545-0971

pay to the order of United States Treasury without recourse, for collection

by:

Fiscal year filers—enter year ending
12/31/2021
(month and year)

Calendar year—Due Jan. 18, 2022
Amount of estimated tax you are paying by check or money order. Dollars 295000000 Cents 00

Employer identification number    986079992
Name of estate or trust    EDWARD ROARK SCHWAGERL TR
Name and title of fiduciary    EDWARD ROARK SCHWAGERL TTEE
Address of fiduciary    C/O UNIT 120353, 525 MAIN ST
City, state, and ZIP code    SAINT PAUL, Minnesota 55112



Form **8302**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

## Electronic Deposit of Tax Refund of $1 Million or More

▶ Attach to your income tax return (other than Forms 1040, 1120, or 1120S), Form 1045, or Form 1139.
▶ Go to www.irs.gov/Form8302 for the latest information.

OMB No. 1545-1763

Name(s) shown on income tax return
EDWARD ROARK SCHWAGERL TR

Identifying number
986079992

Name and location (city, state) of bank
WELLS FARGO, N.A.    NEW BRIGHTON, MINNESOTA

Taxpayer's phone number
6127203784

**1**  Method of deposit (one box must be checked)    ☐ Direct deposit    ☐ Fedwire

**2**  Routing number (must be nine digits). The first two digits must be between 01 and 12 or 21 through 32.

| 5 | 3 | 0 | 0 | 0 | 0 | 3 | 9 | 2 |
|---|---|---|---|---|---|---|---|---|

**3**  Account number (include hyphens but omit spaces and special symbols):

| 6 | 8 | 4 | 6 | 2 | 7 | 7 | 4 | 0 | 6 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**4**  Type of account (one box must be checked):
☐ Checking    ☐ Savings

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

File Form 8302 to request that the IRS electronically deposit a tax refund of $1 million or more directly into an account at any U.S. bank or other financial institution (such as a mutual fund, credit union, or brokerage firm) that accepts electronic deposits.

The benefits of an electronic deposit include a faster refund, the added security of a paperless payment, and the savings of tax dollars associated with the reduced processing costs.

### Who May File

Form 8302 may be filed with any tax return other than Form 1040, 1120, or 1120S to request an electronic deposit of a refund of $1 million or more. You are not eligible to request an electronic deposit if:

• The receiving financial institution is a foreign bank or a foreign branch of a U.S. bank, or

• You have applied for an employer identification number but are filing your tax return before receiving one.

If Form 8302 is filed with Form 1045, Application for Tentative Refund, or Form 1139, Corporation Application for Tentative Refund, both of which allow for more than one year's reporting, electronic deposits may be made only for a year for which the refund is at least $1 million.

**Note:** Filers of Form 1040 must request a direct deposit of refund by completing the account information on that form. Filers of Forms 1120 or 1120S must request a direct deposit of a refund using Form 8050, Direct Deposit of Corporate Tax Refund. This includes a request for a refund of $1 million or more.

## Conditions Resulting in a Refund by Check

If the IRS is unable to process this request for an electronic deposit, a refund by check will be generated. Reasons for not processing a request include:

• The name on the tax return does not match the name on the account.

• You fail to indicate the method of deposit to be used (direct deposit or Fedwire).

• The financial institution rejects the electronic deposit because of an incorrect routing or account number.

• You fail to indicate the type of account the deposit is to be made to (checking or savings).

• There is an outstanding liability the offset of which reduces the refund to less than $1 million.

• You are subject to the Treasury Offset Program (TOP) and fail to indicate direct deposit as the method of deposit to be used.

## How To File

Attach Form 8302 to the applicable return or application for refund. To ensure that your tax return is correctly

processed, see Assembling the Return in the instructions for the form with which the Form 8302 is filed. For Forms 1045 or 1139, attach a separate Form 8302 for each carryback year.

## Specific Instructions

**Identifying number.** Enter the employer identification number or social security number shown on the tax return to which Form 8302 is attached.

**Line 1.** Direct deposit is an electronic payment alternative that uses the Automated Clearing House (ACH) system. Fedwire is a transaction-by-transaction processing system designed for items that must be received by payees the same day as originated by the IRS.

When there is a verified potential that the tax refund will be applied to a debt owed to a particular agency, a Fedwire deposit will be rejected due to the offset. To receive an electronic deposit, elect to use the direct deposit method of deposit instead of Fedwire.

**Line 2.** Enter the financial institution's routing number and verify that the institution will accept the type of electronic deposit requested. See the

## Sample Check



**Note:** The routing and account numbers may be in different places on your check.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.
Cat. No. 62280S
Form **8302** (Rev. 11-2018)

8080    VOID    CORRECTED

**LENDER'S** name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

*Edward Keork Zhanged Tr*
*585 Main St Unit 120353*
*New Brighton, MN 55112*
*(817) 720 3784*

OMB No. 1545-0877

**2021**

Form **1099-A**

**Acquisition or Abandonment of Secured Property**

| **LENDER'S TIN** *98 6079992* | **BORROWER'S TIN** *274253565* | 1 Date of lender's acquisition or knowledge of abandonment *12-31-2021* | 2 Balance of principal outstanding $ *999,999,999.ca* | **Copy A** |

**BORROWER'S** name

*CRESTLLOYD, LLC*

3

4 Fair market value of property $ *303,850.00*

**For Internal Revenue Service Center**

**File with Form 1096.**

Street address (including apt. no.) *& 555 S. Grand Avenue Ste 150*

5 Check if the borrower was personally liable for repayment of the debt ▶ ☐

City or town, state or province, country, and ZIP or foreign postal code *Los Angeles, CA 90071*

6 Description of property *Landed Estate, Investigate Ledger book entries take asset*

Account number (see instructions) *2:21 BK 18205*

For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

Form **1099-A**    Cat. No. 14412G    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

8080    VOID    CORRECTED

**LENDER'S** name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

OMB No. 1545-0877

**2021**

Form **1099-A**

**Acquisition or Abandonment of Secured Property**

| **LENDER'S TIN** | **BORROWER'S TIN** | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding $ | **Copy A** |

**BORROWER'S** name

3

4 Fair market value of property $

**For Internal Revenue Service Center**

**File with Form 1096.**

Street address (including apt. no.)

5 Check if the borrower was personally liable for repayment of the debt ▶ ☐

City or town, state or province, country, and ZIP or foreign postal code

6 Description of property

Account number (see instructions)

For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

Form **1099-A**    Cat. No. 14412G    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

8080    VOID    CORRECTED

**LENDER'S** name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

OMB No. 1545-0877

**2021**

Form **1099-A**

**Acquisition or Abandonment of Secured Property**

| **LENDER'S TIN** | **BORROWER'S TIN** | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding $ | **Copy A** |

**BORROWER'S** name

3

4 Fair market value of property $

**For Internal Revenue Service Center**

**File with Form 1096.**

Street address (including apt. no.)

5 Check if the borrower was personally liable for repayment of the debt ▶ ☐

City or town, state or province, country, and ZIP or foreign postal code

6 Description of property

Account number (see instructions)

For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

Form **1099-A**    Cat. No. 14412G    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

7979    ☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable checkbox on Form 8949 | OMB No. 1545-0715 20**21** Form **1099-B** | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|

Edward Roark Schwagert Tr
525 Main St.   Unit 30353
New Brighton, MN 55112
(612) 720-3784

| 1a Description of property (Example: 100 sh. XYZ Co.) Investigate Ledger Book Entries | |
|---|---|
| 1b Date acquired 12-31-2021 | 1c Date sold or disposed 3-5-2022 |

| PAYER'S TIN 98 607 9992 | RECIPIENT'S TIN 27 425 3565 | 1d Proceeds $ 978,992,999 | 1e Cost or other basis $ 992,997,889 | Copy A |
|---|---|---|---|---|

| | 1f Accrued market discount $ | 1g Wash sale loss disallowed $ | For Internal Revenue Service Center |
|---|---|---|---|

RECIPIENT'S name
CRESTLLOYD, LLC

| 2 Short-term gain or loss ☐ Long-term gain or loss ☐ Ordinary ☐ | 3 Check if proceeds from: Collectibles ☐ QOF ☐ | File with Form 1096. |
|---|---|---|

Street address (including apt. no.)
4/c 355 S. Grand Avenue, Suite 1450

| 4 Federal income tax withheld $ | 5 Check if noncovered security ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the |
|---|---|---|

City or town, state or province, country, and ZIP or foreign postal code
Los Angeles, CA 90071

| 6 Reported to IRS: Gross proceeds ☐ Net proceeds ☐ | 7 Check if loss is not allowed based on amount in 1d ☐ | **2021 General** |
|---|---|---|

| Account number (see instructions) 2:21 BK 18205  Fee Asset | 2nd TIN not. ☐ | 8 Profit or (loss) realized in 2021 on closed contracts $ | 9 Unrealized profit or (loss) on open contracts—12/31/2020 $ | **Instructions for Certain** |
|---|---|---|---|---|

| CUSIP number 315910372 | FATCA filing requirement ☐ | 10 Unrealized profit or (loss) on open contracts—12/31/2021 $ | 11 Aggregate profit or (loss) on contracts $ | **Information Returns.** |
|---|---|---|---|---|

| 14 State name | 15 State identification no. | 16 State tax withheld $ | 12 Check if basis reported to IRS ☐ | 13 Bartering $ |
|---|---|---|---|---|

Form **1099-B**    Cat. No. 14411V    www.irs.gov/Form1099B    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

7979    ☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable checkbox on Form 8949 | OMB No. 1545-0715 20**21** Form **1099-B** | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|

| | 1a Description of property (Example: 100 sh. XYZ Co.) | |
|---|---|---|

| | 1b Date acquired | 1c Date sold or disposed |
|---|---|---|

| PAYER'S TIN | RECIPIENT'S TIN | 1d Proceeds $ | 1e Cost or other basis $ | Copy A |
|---|---|---|---|---|

| | 1f Accrued market discount $ | 1g Wash sale loss disallowed $ | For Internal Revenue Service Center |
|---|---|---|---|

RECIPIENT'S name

| 2 Short-term gain or loss ☐ Long-term gain or loss ☐ Ordinary ☐ | 3 Check if proceeds from: Collectibles ☐ QOF ☐ | File with Form 1096. |
|---|---|---|

Street address (including apt. no.)

| 4 Federal income tax withheld $ | 5 Check if noncovered security ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the |
|---|---|---|

City or town, state or province, country, and ZIP or foreign postal code

| 6 Reported to IRS: Gross proceeds ☐ Net proceeds ☐ | 7 Check if loss is not allowed based on amount in 1d ☐ | **2021 General** |
|---|---|---|

| Account number (see instructions) | 2nd TIN not. ☐ | 8 Profit or (loss) realized in 2021 on closed contracts $ | 9 Unrealized profit or (loss) on open contracts—12/31/2020 $ | **Instructions for Certain** |
|---|---|---|---|---|

| CUSIP number | FATCA filing requirement ☐ | 10 Unrealized profit or (loss) on open contracts—12/31/2021 $ | 11 Aggregate profit or (loss) on contracts $ | **Information Returns.** |
|---|---|---|---|---|

| 14 State name | 15 State identification no. | 16 State tax withheld $ | 12 Check if basis reported to IRS ☐ | 13 Bartering $ |
|---|---|---|---|---|

Form **1099-B**    Cat. No. 14411V    www.irs.gov/Form1099B    Department of the Treasury - Internal Revenue Service

15039879-9

*[handwritten, top:]* Section R
32.1.6

*[handwritten, top right:]* RM 10/1/SS 221
Tax Payment
TR66262250C532.0106

...es of America

*[handwritten, left margin:]* New
For
Self
Legal

...NT OF STATE

*To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Ohio, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document,the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

*[handwritten across center:]* Pay to: United States Treasury
ont credit memorial Account #
27 4253565 CrestLLOYD, LLC
Bankrupt Estate, Case no: 2:21bk18205

*[handwritten:]* by: Shnlld Rd. agent for
EDWARD TARRY SCHUMACHER
133

In testimony whereof, I, John F. Kerry, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this seventeenth day of June, 2015.

*[signature]* John F. Kerry
_____
                                    Secretary of State
By *[signature]* V.Matthews
_____
                        Assistant Authentication Officer,
                        Department of State

Issued pursuant to CH.XIV, State of
Sept. 15, 1789, 1 Stat. 68-69; 22
USC 2657; 22USC 2651a; 5 USC
301; 28 USC 1733 et. seq.; 8 USC
1443(f); RULE 44 Federal Rules of
Civil Procedure.

**United States of America**

**State of Ohio**

**Office of the Secretary of State**

I, **JON HUSTED**, *Secretary of State, do hereby certify that I am the duly elected, qualified and acting Secretary of State of the State of Ohio, and I further certify that*     *JUDITH B. NAGY*

*is the duly appointed, State Registrar, Vital Statistics Division , Department of Health, for the State of Ohio. She is the custodian of the records of Vital Statistics, and that she is the proper official to make said attestation, which is in due form; and that her official acts are entitled to full faith and credit.*

*This certification certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp, which the document bears. This certification does not imply that the contents of the document(s) are correct, nor that they have the approval of this office.*



*IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the official Seal of the Secretary of State of Ohio, at Columbus, Ohio, this* 3rd *day of* June, 2015.

**Jon Husted**
*Secretary of State*

SEC4000 (Rev. 1/11)

C 046196

**VERIFY   PRESENCE   OF   ODH   WATERMARK        HOLD   TO   LIGHT   TO   VIEW**

# STATE OF OHIO
# OFFICE OF VITAL STATISTICS

## CERTIFICATION OF BIRTH

| | | | |
|---|---|---|---|
| **STATE FILE NUMBER** | 1968643324 | **DATE RECORD FILED** | 05/31/1968 |
| **NAME** | EDWARD ROARK SCHWAGERL | | |
| **DATE OF BIRTH** | 05/16/1968 | **SEX** | Male |
| **BIRTHPLACE** | OHIO | | |
| **MOTHER'S NAME** | KAREN WAVE SCHWAGERL | **FATHER'S NAME** | GEORGE E SCHWAGERL |
| **MAIDEN NAME** | LAYMAN | | |
| **MOTHER'S BIRTHPLACE** | OHIO | **FATHER'S BIRTHPLACE** | MINNESOTA |

**Note:**

This is a true certification of the name and birth facts as recorded in the Office of Vital Statistics, Columbus, Ohio. Witness my signature and seal of the Department of Health this   18 day of

April, 2015

State Registrar of Vital Statistics

H4275639



CENTRAL LOCATION

REV. 6/2009

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**
**VERIFY   PRESENCE   OF   ODH   WATERMARK        HOLD   TO   LIGHT   TO   VIEW**



VERIFY PRESENCE OF ODH WATERMARK          HOLD TO LIGHT TO VIEW



FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
*RR662692550us29trust@gmail.com*
*tel. +1 612-720-3784*
*D/B/A EDWARD ROARK SCHWAGERL*
*Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District*



UBROKGEE TO CRESTLLOYD, LLC
#295000000.00 UNITED STATES DOLLARS
parcel 2l3ll2602014001 & 2l603060201000l
Latitude 34.088720  Longitude -118.452010
Land Lot Size: 166626 Sq. Ft. 3.8298 Acres

RE 637 835 923 US

---

PREROGATIVE PRIORITY TENDER

FOR

"THE ONE"

---

FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
*RR662692550us29trust@gmail.com*
*tel. +1 612-720-3784*
*D/B/A EDWARD ROARK SCHWAGERL*
Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District



TENDER RR662692550US-32.100 for "THE ONE"
GIVEN FOR PATENT RIGHT IN GOOD FAITH AT WILL
SUBROGEE TO CRESTLLOYD, LLC, BANKRUPT ESTATE
#295000000.00 UNITED STATES DOLLARS
parcel 2131126020014001 & 2140308020010001
Latitude 34.088720  Longitude -118.452010
Land Lot Size: 166826 Sq. Ft. 3.8298 Acres

REGISTERED MAIL™

RE 637 835 923 US

## Instrument Elements

...........................ORDER (proposed) .................................................................................

...........................Table of Contents.........................................................................1

Section A .............Cover Letter ...............................................................................2

Section B .............The High Prerogative Proclamation .................................................3

Section C .............The High Prerogative Writ of Scire Facias .........................................8

Section D .............The High Prerogative Writ of Ne Exeat Regno ....................................9

Section E .............The High Prerogative Warrant of Authority to Ryan Miracle......................6

Section F .............Certificate – Warrant of Authority to Ryan Miracle ................................ 11

Section G.............Indemnity Bond 32.1.7................................................................ 12

Section H.............Lawful Coin of the United States, Silver Dollars.............................. 13

Section I ..............Oath of Office of President ........................................................ 14

Section J .............Testimony - THE PEOPLES PREROGATIVE POWERS VESTED BY CROWN OF ENGLAND .15

Section K .............TAX STATEMENT

...........................1.1  Bill of Exchange – Order for Release of Credits...................................

...........................1.2  Tender 1 – Cadastral Land Survey – Redemption (Annex 6 reverse side)

...........................1.3  Tender 2 — TAX ASSESSORS PARCEL ID CREDIT FUND

...........................1.4  Tender 3 — MLS Legal Title Credit Fund Offer & Acceptance

...........................1.5 Tender 4 — CUSIP TES tendered, Order for Release of Tax Credits

...........................1.6 Tender 5 — new original bond legal tender # 15039879-9

...........................1.7 ALLONGE — TAX STATEMENT FOR TAXABLE TERMINATION

Annex 1 ...........Notary Attested Copy of Apostilled certified court clerk's copy of June 22, 2020 court file 62cv173317 yellow tab marked at 'Exodus & Entry to Union' and family legacy, natural heir to DNA title, **Exhibit B** and **Exhibit M** (courtesy marked with tab sticker) therein.

Annex 2 ...........Territorial Identities and Licensed Easements, Minnesota Driver's License

Annex 3 ...........Trust Cover Sheet Minnesota Secretary of State File number #171013

Annex 4 ...........Minnesota Secretary of State Certificate DBA

Annex 5 ...........Deposit Slip

Annex 6 ...........ORIGINAL EXECUTED DEED, reverse side **Annex 1**





FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
*RR662692550us29trust@gmail.com*
tel. +1 612-720-3784
*D/B/A EDWARD ROARK SCHWAGERL*
Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District

## Instrument Elements

............................ORDER (proposed) ....................................................................

............................Table of Contents..............................................................1

Section A.............Cover Letter .............................................................2

Section B .............The High Prerogative Proclamation ...............................3

Section C .............The High Prerogative Writ of Scire Facias .......................8

Section D.............The High Prerogative Writ of Ne Exeat Regno ..................9

Section E .............The High Prerogative Warrant of Authority to Ryan Miracle........6

Section F .............Certificate – Warrant of Authority to Ryan Miracle...................11

Section G.............Indemnity Bond 32.1.7.......................................................12

Section H.............Lawful Coin of the United States, Silver Dollars .....................13

Section I ..............Oath of Office of President ..............................................14

Section J ..............Testimony - THE PEOPLES PREROGATIVE POWERS VESTED BY CROWN OF ENGLAND .15

Section K .............TAX STATEMENT ..............................................

...........................1.1 Bill of Exchange – Order for Release of Credits...................

...........................1.2 Tender 1 — Cadastral Land Survey – Redemption (Annex 6 reverse side)

...........................1.3 Tender 2 — TAX ASSESSORS PARCEL ID CREDIT FUND

...........................1.4 Tender 3 — MLS Legal Title Credit Fund Offer & Acceptance

...........................1.5 Tender 4 — CUSIP TES tendered, Order for Release of Tax Credits

...........................1.6 Tender 5 — new original bond legal tender # 15039879-9

...........................1.7 ALLONGE — TAX STATEMENT FOR TAXABLE TERMINATION

Annex 1 ..........Notary Attested Copy of Apostilled certified court clerk's copy of June 22, 2020 court file 62cv173317 yellow tab marked at 'Exodus & Entry to Union' and family legacy, natural heir to DNA title, **Exhibit B** and **Exhibit M** (courtesy marked with tab sticker) therein.

Annex 2 ..........Territorial Identities and Licensed Easements, Minnesota Driver's License

Annex 3 ..........Trust Cover Sheet Minnesota Secretary of State File number #171013

Annex 4 ..........Minnesota Secretary of State Certificate DBA

Annex 5 ..........Deposit Slip

Annex 6 ..........ORIGINAL EXECUTED DEED, reverse side **Annex 1**





... TENDER for "THE ONE"
GIVEN FOR PATENT RIGHT IN GOOD FAITH AT WILL
SUBROGEE TO CRESTLLOYD, LLC, BANKRUPT ESTATE
9295000000.00 UNITED STATES DOLLARS
parcel 2131126002014001 & 2160030602010001
Latitude 34.088720   Longitude -118.452010
Land Lot Size: 166826 Sq. Ft, 3.8296 Acres

FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
*RR662692550us29trust@gmail.com*
*tel. +1 612-720-3784*
*D/B/A EDWARD ROARK SCHWAGERL*
*Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District*

REGISTERED MAIL™

RE 637 835 923 US

SECTION B

## A HIGH PREROGATIVE PROCLAMATION

♦ Whereas i, Edward Roark of the family Schwagerl, am a direct descendant to traceable ancestors as far back as the year 1150 Gregorian ("iesus" i.150) anno domini, France, a Knight under the duchy of Normandie, then, tracing to my ancestors' arrival year 1640[1] anno domini upon the North American continent British colonies before the United States prior to my people's Declaration of Independence 1783 that is acknowledged by the King of England and Holy Roman Empire circa 1783;

♦ Whereas said Declaration of Independence 1776 and its consequent Treaty of Paris 1783 recognize at all times that the people of the states are vested with the devolved power of a king [see Table of Authorities attached and made apart herein by reference "**Section J**"];

♦ Whereas, my status and standing is a matter of record lodged with the Minnesota Secretary of State, their file number 171013 October 21, 2016, as amended, a digital download is available located here: https://officialdocuments.sos.state.mn.us/Document/Details/113591;

♦ Whereas my status DOING BUSINESS AS  EDWARD ROARK SCHWAGERL is on file with the Minnesota Secretary of State, Mn Stat. 333;

♦ Whereas, i became the guardian and acquired my own inherent prerogative eminent domain, and i terminated the implied statutory *parens patriae* wardship at Ramsey County by operation of law, at special term court docket 62cv173317 on August 30, 2017 (congressional copy included in **Annex 1**);

♦ Whereas Ramsey County Judge Bartsch's adult name order August 30, 2017, 62cv173317, extinguishes the guardian & ward relation, terminates all attachments to any leasee name titles or presumptive easements, and the jurisdiction of said order in special term is rooted in chancery practice and an exemplified-congressional copy of that order is matter of court record and is attached and made apart hereof by reference displayed herein seen in "Exhibit A" in **Annex 2**;

♦ Whereas 1910 Minnesota jurisprudence §3013 states that the nature of eminent domain is an inherent and essential attribute or prerogative of sovereignty; and, §3807 a franchise is defined as a royal privilege or branch of the King's prerogative subsisting in the hands of a subject;

♦ Whereas, after said ward termination i executed my record upon the same docket June 22, 2020 recorded my express exit from the District and Territorial jurisdiction per Const. Art. IV Sect. 3 cl. 2 and Entry into the Union of said Clause 1, "**Exodus & Entry**," and my patent of nativity therein, **Exhibit B** and **Exhibit M**, as a courtesy marked with a tab sticker, a notary attested copy included herewith, labeled **Annex 1**;

♦ Whereas at all times Edward Roark of the family Schwagerl, and his immediate family, are individual People clothed with the devolved powers of a king inducing the common law of the Union established in this country beginning 1776 anno domini, especially found at our country's direct grant of judicial power of equity running in the Bankruptcy courts (see case Tidewater 1949);

♦ Whereas at all times Edward Roark of the Family Schwagerl, is the natural heir to the landed estate The United States of America, does sit upon the throne of his ancient ancestors according to king's maxim " *''Haeres est eadem persona cum antecessore''* ' ''The heir and his ancestor are one and the same person. That is, one in right, the heir succeeding to the rights of his ancestor, just as the king never dies'' and, "only God can create an heir.[2]"

---

[1] William Nichols of Topsfield, B. 1599 North Luffenham, Rutland, D. 2-7-1695 Danvers, Essex, Massachusetts, USA

[2] 1 John 5:1 - Everyone who believes that Jesus is the Christ has been born of God, and everyone who loves the Father loves whoever has been born of him.

*e.ſ̣.S.*





FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR662692550us29trust@gmail.com
tel. +1 612-720-3784
D/B/A EDWARD ROARK SCHWAGERL
*Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District*

- Whereas historically all escheat is to the King as the sovereign Lord, and i, as testator, do will that all my property revert not to the State but to my offspring, spouse, and survivors;

- Whereas at all times said prerogatives are regal and devolve from their nature upon Edward Roark of the family Schwagerl, *ab initio*, at the time of the adoption of the constitution for the United States circa 1776 *anno domini*.

- Whereas residual trusts continue to exist and are charged to the former sovereign of landed estate if not perfected by the new sovereign, according to Chief Justice John Marshall, and that the land offered herein is regarded as imperfect without a current resurvey and retracement issued by the Department of Interior;

- Whereas it is well established in the common law that if any instrument of credit whatever, whether it be a bank note, or a bill of exchange, be taken in exchange for goods, or money, in any transaction, it is a final closing of that transaction, and the receiver has no remedy against the transferor, if the instrument be not paid. The payment is in fact in all respects as valid and final as if it were MONEY. Except only in the case of fraud, where the payer knew that the banker or person, whose note or bill he tendered, was bankrupt or insolvent;

- Whereas the vendor-vendee relation in equity is governed jealously by the maxim 'equity regards as done that which ought to have been done';

- Whereas Edward Roark is the settlor, grantor, executor, executive trustee for the "ERSLET" and has full dispositive powers to effectuate the intent and purpose of the trust including these prerogatives herein delivered to Honorable Deborah Saltzman at chambers;

- Whereas at all times the prerogative is the source of protection of *parens patriae* doctrine and said doctrine is inherent in the supreme power of every state by virtue of the people's inherent prerogatives, and Edward Roark of the Family Schwagerl is <u>alive</u>, not absentee, suffers no minority, i am the <u>issuer natural person, subrogee</u> and enforce my right of subrogation in the protection of my interest in THE ONE that match the decision of the 9th Circuit Court of Appeals 1991 HAN v. US, 944 F. 2d 526, to wit:
    1. Payment is made by me the subrogee to protect my own interest
    2. I am not acting as a volunteer
    3. The debt is paid for which i as subrogee am not primarily liable
    4. The entire debt is paid.
    5. Subrogation is not working an injustice to the rights of others.
  said about the purchase money instruments delivered herewith **Section G, H, K**;

- Whereas President Franklin Delano Roosevelt Proclamation 2040 does still seize "all the homes and other property of the people in the nation" per 73rd congressional record as a form of Tax Title Assessment under spendthrift trust law for which I tender TAX PAYMENT TAXABLE TERMINATIONS in **Section K** herein;

- Whereas, a Tax Statement Section K 32.1.7 are for return of all my interest as a form of Tender for Tax Title of THE ONE;

- Whereas, implied operation of law forms quasi servient and quasi dominant tenements upon all property i hereby disclaim any and all quasi-dominant tenements, in particular the LEGAL ADDRESS "944 Airole Way, Los Angeles, CA 90077," an implied dominant tenement as a quit claim back to the City of Los Angeles, the merger of which leaves me unified without confusion of easement born of prescription upon the landed estate;

- Whereas, if necessary, said Tender for Tax title is the intent and purpose of the WARRANT OF AUTHORITY herein is given to the trustee(s) of the United States, the Bankruptcy Court for the Central District of California to administer the trust estate;

- Whereas, this Protected Purchaser takes the Oath to the Office of President of the republic;

- Whereas the right to call for the legal titles to merge with the equitable titles is ripe and is hereby ordered and demanded to the trustee(s) and mortgagees of the United States in actual and constructive possession of the credit funds here tendered for, i order release;

- Whereas an equity of redemption even lies against a king, i intend to hold tax title and fulfill the law for release from the spendthrift trust of the Amended Act of 1917;



DESC for "THE ONE"
GIVEN FOR PATENT RIGHT IN GOOD FAITH AT WILL
SUBROGEE TO CRESTLLOYD, LLC, BANKRUPT ESTATE
#295000000.00 UNITED STATES DOLLARS
parcel 2131126002014001 & 2160200202010001
Latitude 34.086720  Longitude -118.452010
Land Lot Size: 166826 Sq. Ft; 3.8298 Acres

FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
*RR662692550us29trust@gmail.com*
tel. +1 612-720-3784
*D/B/A EDWARD ROARK SCHWAGERL*
*Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District*



**SECTION C**

**High Prerogative Writ of Scire Facias**

The United States Bankruptcy Court Central District of California 21BK18205 is ordered and commanded take jurisdiction over the credit funds identified herein Section K TAX STATEMENT in order to wind up the transaction for THE ONE.

Further, You are hereby ordered and commanded to issue a special writ of *scire facias* and attach all said property in Section K TAX STATEMENT in connection with the public Records shown in the Bill of Exchange Section K 32.1.1 that all discretionary powers associated with spendthrift are hereby revoked or suspended and that any and all discretionary powers for this purpose of Liquidation Trust[3], including but limited to, any grants of administration, territorial or district power and authority over said Trust property used by the trustee(s) and administrators of the United States, their bailees, agents and assigns, in which funds, credits, CUSIPS, the equitable assets to the Trust are otherwise withheld or clogged, and therefore revoke or suspend their discretionary powers of the emergency war powers spendthrift trust established by Presidential Proclamation 2040 on March 6, 1933 with respect to all matters touching the winding up this Tender RR662692550US-32.000, "Liquidation Trust." The grounds upon which the exercise of your common law powers is requested to vacate and annul the grants of their said discretionary powers for ministerial duties only in connection with winding up this Trust that result of which demands the trustees of the United States to fulfill their ministerial duties to these private prerogative protected purchaser "PROTECTED PURCHASER".

Further, wherefore TENDER is a Liquidation Trust[4] you are hereby ordered and commanded to appoint a Receiver, and perform distributions to said Deposit Account Section K 1.6.

Further, you are hereby ordered and commanded to enforce the Trust, merge the titles in equity, and elect that the now ministerial trustee of the United States to protect all Trust property per our sacred compact written constitution Article IV section 4; the Trust is found in file number 171013 et seq as amended at the office of the Minnesota Secretary of State. An Internet link is provided:
[https://officialdocuments.sos.state.mn.us/Document/Details/113591]

I offer to furnish security satisfactory to the Attorney-General to indemnify the people of California against costs in any action or actions brought upon this application. See Indemnity Bond Section H.

[con't]

---

[3] [26 CFR § 301.7701-4(d)]
[4] [26 CFR § 301.7701-4(d)]





FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR662692550us29trust@gmail.com
tel. +1 612-720-3784
D/B/A EDWARD ROARK SCHWAGERL
*Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District*



IN WITNESS WHEREOF, I have hereunto set my hand this eleventh day of January, in the year of our

Lord two thousand seventeen, and of the Independence of the United States of America the two hundred

and forty-first.

Edward Roark Schwagerl
Schwagerl, edward roark
Edward Roark Schwagerl Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR662692550us29trust@gmail.com
tel. +1 612-720-3784

## SECTION D

## THE HIGH PREROGATIVE WRIT OF NE EXEAT REGNO

**IT IS FURTHER ORDERED THAT IF ANY PERSON LEAVE THE JURISDICTION OF
THE COURT, TO AVOID ITS ATTACHMENTS, ITS REALM OF SEIZURE,
ATTACHMENT, MARSHALING FOR THE PURPOSES OF WINDIN UP SAID
LIQUIDATION TRUST, OR EVADE LIQUIDATION OR TAXABLE TERMINATION
IN THE TRANSFERRING OF TITLE OF THE PREMISES,  THAT THIS WRIT OF NE
EXEAT REGNO LIE AGAINST THEM, THEIR HEIRS AND ASSIGNS FOREVER.**

Edward Roark Schwagerl
Schwagerl, edward roark
Edward Roark Schwagerl Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR662692550us29trust@gmail.com
tel. +1 612-720-3784



*The Great Seal of Family Schwagerl Trust*



FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
*RR662692550us29trust@gmail.com*
tel. +1 612-720-3784
*D/B/A EDWARD ROARK SCHWAGERL*
*Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District*



... r ... for "THE ONE"
GIVEN FOR PATENT RIGHT IN GOOD FAITH AT WILL
SUBROGEE TO CRESTLLOYD, LLC. BANKRUPT ESTATE
#295000000.00 UNITED STATES DOLLARS
parcel 23312&02014001 & 21&03&02010001
Latitude 34.068720  Longitude -118.452010
Land Lot Size: 166826 Sq. Ft: 3.8298 Acres

**SECTION E**

## Declaration of Tax Tender

**Declared:**

First.    that the table of credit funds released to the court shown in TAX STATEMENT Section K is at all times declared to be a tender estimated tax payment as if mailed directly to the mailing address "INTERNAL REVENUE SERVICE, PO BOX 932400, Louisville, KY 4.293-2400, in the care of the Clerk of Court, United States Bankruptcy Court, District of California, Edward R. Royal Federal Building and Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012.

Second.   that the tenderor Schwagerl, edward roark DBA EDWARD ROARK SCHWAGERL — payor of tax is subrogated at all times to said department of the United States Treasury;

Third.    that the tender includes those Tax Payments shown in Section K.

Fourth.   that the tax tender is a tax asset taxable termination included in the Liquidation Trust, that it is attached with prerogative orders that are mandatory and not discretionary.

Fifth.    that the Issuer of the tax payment is the subrogee, an exempt natural person, and that all payment instruments, if any, are issued with OID per Treas. Reg. 1.1275-3, and per Mn. Stat. 336.5-117;

Sixth.    that all letters of credit in Section K are issued per UCC 5-104(a) and 5-117, and 8-501(d);

Seventh.  that Edward Roark Schwagerl is the payor of tax, issuer, or tenderor are vested as the authorized representative of tax payor Edward Roark Schwagerl Tr and Edward R. Schwagerl per Mn. Stat. 336.3-402(b)(1).

Eighth.   that the mandatory standing orders are to investigate the ledger bookkeeping, that the election is made that the primary Beneficiary pays the tax, that the taxable termination is an assessment to short sale equitable assets and release the proceeds and basis.

Ninth.    that additional taxable terminations, assessments, tender, payment are not by compulsion to so do but at my sole discretion and voluntary moral duty to comply with law.

Tenth.    that all proceeds from Section K are released to the Court for accord and satisfaction by all Creditors to the CRESTLLOYD, LLC BANKRUPT ESTATE secured interest in the landed estate called "THE ONE."

Edward Roark Schwagerl
schwagerl, edward roark
Edward Roark Schwagerl Living Estate Trust
Main Street —five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
*RR662692550us29trust@gmail.com*
tel. +1 612-720-3784





FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR662692550us29trust@gmail.com
tel. +1 612-720-3784
D/B/A EDWARD ROARK SCHWAGERL
*Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District*



Notice for "THE ONE"
GIVEN FOR PATENT RIGHT IN GOOD FAITH AT WILL
SUBROGEE TO CRESTLLOYD, LLC, BANKRUPT ESTATE
*295000000.00 UNITED STATES DOLLARS
parcel 2l3312b02014001 & 2l603080201000l
Latitude 34.066720  Longitude -118.452010
Land Lot Size: 1b6826 Sq. Ft, 3.8298 Acres

REGISTERED MAIL

RE 637 835 923 US

SECTION F

## High Prerogative Warrant of Authority

The United States Bankruptcy Court Central District of California, successors and assigns, are hereby warranted to:

First.    to attach, trace, marshal, sequester and disperse all the necessary credit funds and monies to affect the intent of the Protected Purchaser Schwagerl, edward roark DBA EDWARD ROARK SCHWAGERL;

Second.    act on behalf of, and for the benefit of, said Protected Purchaser's Tax Payments including but not limited to all such incorporeal rights, credit funds, CUSIPS, assessments shown herein derived therefrom and thereof.

Third.    act as the Receiver or appoint one for all collected financial monies and credits displayed in Section K.

Fourth.    deposit or transfer all subrogation funds, remainderman, refunds, credit balances, residuum and surplus funds & proceeds to financial depository institution:

EDWARD ROARK SCHWAGERL TR
C/O 525 MAIN ST  UNIT 120353
NEW BRIGHTON, MINNESOTA 55112
WELLS FARGO N.A.
ACCOUNT NUMBER 6846277406

Fifth.    delivery to Edward Roark Schwagerl such other convenient and necessary interim financial relief thru any instrumentality of the United States accordingly in connection with Credits found within the SECTION F in the form of a point of use charge card Hybrid Prepaid-credit Card per Title 12 CRF § 1026.61 in the name of EDWARD ROARK SCHWAGERL.

Sixth.    file any writ of *quo warranto* proceeding against any entity who resists your lawful requests and demands during your faithful execution of your prerogative duties, for dissolution of their existence resulting in a fund that inures to the Protected Purchaser.

IN WITNESS WHEREOF, I have hereunto set my hand this 11th day of January, in the year of our Lord two thousand seventeen, and of the Independence of the United States of America the two hundred and forty-first.

Edward Roark Schwagerl
Schwagerl, edward roark
Edward Roark Schwagerl Living Estate Trust
Main Street—five two five.
Unit one two-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR662692550us29trust@gmail.com
tel. +1 612-720-3784

*The Great Seal of Family Schwagerl Trust*



TENDER RR662609255DUS-32.100 for "THE ONE"
GIVEN FOR PATENT RIGHT IN GOOD FAITH AT WILL
SUBROGEE TO CRESTLLOYD, LLC; BANKRUPT ESTATE
92%500000.00 UNITED STATES DOLLARS
Parcel 2531230240001 & 2530260201001
Latitude 34.084720 Longitude 116.152010
Land Lot Size: 1b662b Sq. Ft: 3.6%6 Acres

REGISTERED MAIL™

RE 637 635 923 US

## SECTION G

FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Nation Minnesota [00-00-0]
RR662609255us29rustr@gmail.com

tel. +1 612-720-3784

D/B/A EDWARD ROARK SCHWAGERL
Within Const. Art. IV Sec 3 C1 i without the State-Territory-District

## Certificate

DATE:       February 11, 2022
TO:         United States Bankruptcy Court District of Central California, successors and
            assigns, ASSIGNEE
SUBJECT:    Edward Roark Schwagerl Living Estate Trust, Account No. RE 637 635 923
            US
FROM:       Schwagerl, edward roark, ASSIGNOR

## Warrant of Authority

This Certificate of Title makes known that I, edward roark of the family Schwagerl, trustee for
Edward Roark Schwagerl Living Estate Trust, Sec. of St. of Minn. File No. 171013 10-21-16, a
Banking Institution per Vol 28 Number 132 Federal Register §515.314, do assign otherwise
warrant, in good faith at will, all necessary authority to enforce, collect and distribute all claims
and is authorized and entitled to so do in the inherent nature of his ASSIGNMENT OF RIGHTS,
on authority of the Edward Roark Schwagerl Living Estate Trust per Mn Stat Chapter 318, and,
that personal indemnity extends to Assignee per its Subdivision 4, here now represented by this
Legal Certificate of Title to Assignee UNITED STATES BANKRUPTCY COURT DISTRICT
OF CENTRAL CALIFORNIA CASE NO. 2:21-BK-18205, Title No. RE 637 635 923 US
and shall be binding upon its delivery to all successors and assigns.

Done at Ramsey County, Minnesota, this _14th_ day of _February_, 2022.



_____
Schwagerl, edward roark, Attorney in Fact.
Edward Roark Schwagerl Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota, [00-00-0]
RR662609255us29rustr@gmail.com

tel. +1 612-720-3784



TENDER RR66269255US~32,100 for "THE ONE"
GIVEN FOR PATENT RIGHT IN GOOD FAITH AT WILL
SUBROGEE TO CRESTLOYD, LLC; BANKRUPT ESTATE
#29500000D-00 UNITED STATES DOLLARS
Parcel 4073-016-007 36100 X 100+3600000001
Latitude 34.086720 Longitude 118.4452010
Land Lot Size: 36682 Sq. Ft. 3.82% Acres

REGISTERED MAIL™

RE 637 835 923 US



FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
tel. +1 612-720-3784
RR662692550us29Trust@gmail.com
D/B/A EDWARD ROARK SCHWAGERL
Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District

**SECTION J**

**Testimony:**

**THE PEOPLES PREROGATIVE POWERS VESTED BY THE CROWN OF ENGLAND**

1) Reports of the Decisions of the Appellate Courts Volume 20 By Illinois. Appellate Court, James Bolesworth Bradwell HUNT v. CHICAGO and DUMMY RY. Co. "The prerogatives which pertain to the crown in England are here vested in the people, and the necessity for the existence of a public officer charged with the protection of public rights and the enforcement of public duties by proper proceedings in the courts of justice, is just as imperative here as there."

2) The New York Supplement PEOPLE v. LONG ISLAND R. R. "The prerogatives pertaining to the crown in England are in this state vested in the people, and the necessity for the existence of a public officer charged with the protection of public rights and the enforcement of public duties by proper proceedings in the courts of justice is just as imperative here as there."

3) Attorney General's Report and Opinions By Illinois. Attorney General's Office. "The prerogatives which pertain to the crown in England are here vested in the people, and the necessity for the existence of a public officer charged with the protection of public rights and the enforcement of public duties by proper proceedings in the courts of justice, is just as imperative here as there."

4) The Northeastern Reporter, Volume 110 FERGUS v. RUSSEL. "Under our form of government all the prerogatives which pertain to the crown of England under the common law are vested in the people, and if the Attorney General is vested by the constitution with all the common-law powers of that officer, and it devolves upon him to perform all the common-law duties which were imposed upon that officer, then he becomes the law officer of the people, as represented in the state government, and its only legal representative in the courts, unless by the Constitution itself or by some constitutional statute he has been divested of some of these powers and duties."

5) The American Law Register, Volume 3 FOUNTAIN v. RAVENEL In Wheeler vs. Smith, this court said, "when this country achieved its independence, the prerogatives of the Crown devolved upon the people of the States."

6) Washington Reports ...: Cases Determined in the Supreme Court of ..., Volume 84 By Washington (State). Supreme Court, Eugene G. Kreider, Arthur Remington, William Henry Anders WEBER v. DOUST "When this country achieved its independence, the prerogatives of the crown devolved upon the people of the states."

7) Bank Treatment of Inactive Checking and Savings Accounts: Hearings Before a ...By United States. Congress. House. Committee on Government Operations. Commerce, Consumer, and Monetary Affairs Subcommittee ESCHEAT OF UNCLAIMED MONEYS IN NATIONAL BANKS TUESDAY, MARCH 25, 1924 UNITED STATES SENATE, SUBCOMMITTEE OF COMMITTEE ON THE JUDICIARY, ESCHEAT OF UNCLAIMED MONEYS IN NATIONAL BANKS Mr. Justice McLean, delivering the opinion of this court in a charity case,

FROM THE DESK OF

schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR6626925550ns29rrust@gmail.com
tel. +1 612-720-3784

D/B/A EDWARD ROARK SCHWAGERL
Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District

said: "When this country achieved its independence, the prerogatives of the Crown devolved upon the peoples of the States."

8) Institutes of American Law, Volume 4 By John Bouvier OF EXCLUSIVE JURISDICTION When this country achieved its independence, the prerogatives of the crown devolved upon the people of the states..."

9) Decisions of the Commissioner of Patents and of the United States Courts in ... By United States. Patent Office. "It appears therefore that the power to cancel a patent in England was in the nature of a royal prerogative, and that the proceeding was by writ of scire facias. It is admitted that this form of chancery proceeding is not in use in this country, and it is equally true that the prerogative rights of the Crown of England have not descended upon the President of the United States. With us the people are the source of power, and each branch of the Federal Government can exercise only those powers which are delegated to it by the people and are found in the Constitution and the statutes."

10) MORMON CHURCH v. UNITED STATES "Mr. Justice McLean, delivering the opinion of this court in a chancery case, said : "When this country achieved its independence, the prerogatives of the crown devolved upon the people of the States.""

11) The Federal Reporter, Volume 228 edited by Peyton Boyle HAMMON v. HILL, Superintendent of Allegheny County Home and Hospital for Insane. (District Court, W. D. Pennsylvania. October 29, 1915.) "When this country achieved its independence, the prerogatives of the crown devolved upon the people of the states."

12) The third and last testament of our Lord Jesus Christ : being the commission of the spirit, agreeing with and explaining the two former commissions of the law and gospel, differing only in point of worship  by Reeve, John, 1608-1658; Muggleton, Lodowick, 1609-1698  Publication date 1854 CHAPTER XXXVII. "The prerogative power of God is above all law."

In testimony whereof i set my hand and seal.  Done at Ramsey County, Minnesota, The United States of America this _____ day of _____, 2022.

_____
Schwagerl, edward roark.
Edward Roark Schwagerl Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR6626925550ns29rrust@gmail.com
tel. +1 612-720-3784



**SECTION K**

Letter of Credit
Order for Release of Tax Credits

STANDBY IRREVOCABLE LETTER OF CREDIT – SIGHT DEMAND DRAFT

LETTER OF CREDIT NO: RE 637 835 923 US
DATE OF DRAFT: 2/11/2022 (-1.1022 ANNO DOMINIJESUS) JULIAN 321

TO: Trustee of the United States, CRESTLLOYD, LLC BANKRUPT ESTATE, c/o Judge
Deborah J. Saltzman, United States Bankruptcy Court Central District of California, in Judge's
Chambers, Case No. 21BK18205

PAY ON DEMAND TO: CRESTLLOYD, LLC BANKTRUPT ESTATE,  THREE HUNDRED
THREE MILLION EIGHT HUNDRED FIFTY THOUSAND DOLLARS USD
(-$303,850,000.00.00).

WE ACKNOWLEDGE THAT UPON YOUR HONORING THE DRAWING HEREIN
REQUESTED THE AMOUNT OF THE LETTER OF CREDIT AVAILABLE FOR DRAWING
SHALL BE AUTOMATICALLY DECREASED BY AN AMOUNT EQUAL TO THIS
DRAWING.

This Letter of Credit expires at our above office or Settlement on or before **March 4, 2022**, but
shall be automatically extended, without written amendment, to March 8th in each succeeding
calendar year, unless we have sent written notice to you at your address above by hand delivery,
that we elect not to extend the expiration date of this Letter of Credit beyond the date specified in
such notice, which date will be March 8, 2022; and Multiple drawings are not permitted under
this Letter of Credit. Instrument reference number: RE637835923US
This Letter of Credit is **Negotiable.**

CHARGE TO THE ACCOUNT OF: EDWARD ROARK SCHWAGERL. TR EIN 986079992.
DRAWN UNDER UNITED STATES TREASURY BILL OF CREDIT NO. RE637835923US.
FUNDS TO BE DRAWN ON DEMAND AT SIGHT UPON THE ORDER OF JUDGE
DEBORAH J. SALTZMAN OF THE FEDERAL BANKRUPTCY COURT AT CHAMBERS.
ENDORSED AND SEALED AND THIS DAY OF February A.D. 2022 (-1.1022 ANNO
DOMIND, 321 JULIAN.  LETTER OF CREDIT ISSUER LIEN RIGHT RETAINS THE
RIGHT OF SUBROGATION.

Given in good faith at will for patent right by issuer natural person entitled subrogee to the
Creditors of the CRESTLLOYD, LLC BANKRUPT ESTATE.

Done at Ramsey County, Minnesota, The United States of America this ____14th____ day of
_____, 2022.

Schwagerl, edward roark
Edward Roark Schwagerl Living Estate Trust
Main Street—five two three.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR662602559us29trust@gmail.com
tel. +1 612-720-3784

FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR662602559us29trust@gmail.com
tel. +1 612-720-3784
DBA EDWARD ROARK SCHWAGERL
Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District



TENDER RR662559US-3B.100 for "THE ONE"
GIVEN FOR PATENT RIGHT IN GOOD FAITH AT WILL
SUBROGEE TO CRESTLLOYD UNITED BANKRUPT ESTATE
#250000.00 UNITED STATES DOLLARS
parcel 233132D0020Is400I & 21A03D60cD1D0001
Latitude 3⁴.086720   Longitude -118.4So010
Land Lot Size: 1A6&E6 Sq. Ft. 3.82⁴6 Acres





TENDER RR662692550US-32-100 for "THE ONE"
GIVEN FOR PATENT RIGHT IN GOOD FAITH AT WILL
SUBROGEE TO CRESTLLOYD, LLC'S BANKRUPT ESTATE
★★295000000.00 UNITED STATES DOLLARS
parcel 213113zb020140D1 & 2b4030b020100D1
Latitude 34-068720 Longitude -118-452010
Land Lot Size: 16b82b Sq. Ft. 3.8298 Acres

RE 637 835 923 US

FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR662692550us29trust@gmail.com
tel. +1 612-720-3784
*D/B/A EDWARD ROARK SCHWAGERL*
*Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District*

US-32.1.1

US | FOREVER | 2016 | GLOBAL | USA | FOREVER | 2016 |

Date: FEB 11 2022

$[-303,850,000.00]

AUTHORIZED REPRESENTATIVE FOR ACCOMODATION ONLY
AUTHENTICATION PER UCC 3-104(A). SIGNER'S TRANSACTION.
PRICE AMOUNT EQUALS FACE VALUE OF PRESENTMENT PER 12
CFR 1-451-3(a)(4). ISSUER IS NATURAL PERSON AND INSTRUMENT
IS ISSUED WITH OID PER 26 CFR 1.1275-3 Without Recourse. All Rights
Reserve.

# BILL OF EXCHANGE

## DEMAND DRAFT

DOLLAR    USA

RR662692550US-32.1.1
EDWARD ROARK SCHWAGERL
Minn. Sec. File # 171013 Oct 21, 2016
Schwagerl, edward. Attorney In Fact.
c/o five two five, main street unit 120333
new brighton, minnesota. Postal code 55112

Pay to:    EDWARD ROARK SCHWAGERL
Order Amount: xxxxxxxx three hundred three million eight hundred fifty thousand dollars xxxxxxxxxxxxxxxxxx

DRAWEE: UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
EDWARD R. ROYBAL FEDERAL BUILDING AND COURTHOUSE
255 E. TEMPLE STREET, SUITE 1634 / COURTROOM 1639
LOS ANGELES, CA 90012

Memo: for credit to CRESTLLOYD, LLC, BANKRUPT ESTATE CASE NO. 2 21-BK-18205

RE637835923US        RR662692550US-32.1.1

[bill of costs]

1) The One ....................................... $295,000,000.00 USD
2) Clerk of Court fee................. three per centum (3%) $8,850,000.00
3) TOTAL COST ........................................$303,850,000.00

TENDER RR662692550US-32.100 for "THE ONE" GIVEN FOR PATENT RIGHT IN GOOD FAITH AT WILL SUBROGEE TO CRESTLLOYD, LLC, BANKRUPT ESTATE *$150000.00.00 UNITED STATES DOLLARS parcel 2331420201+001 & 21+03908201+0001 Latitude 34.084720 Longitude -118.452010 Land Lot Size: 1&6A2& Sq. Ft.x 3.8298 Acres

REGISTERED MAIL
RE L37 835 923 US

FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR662692550us29trust@gmail.com
tel. +1 612-720-3784

D/B/A EDWARD ROARK SCHWAGERL
Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District

ALLONGE 32.1.7
TAX STATEMENT
DEMAND FOR TAXABLE TERMINATION ASSESSMENT OF TRUST & RELEASE OF TAX CREDITS

I DEPOSE AND AFFIRM UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE "TAX PAYMENTS" DELIVERED HEREIN RR662692550US-32 LISTED IN SECTION K Form 1041-ES 2021 ESTIMATED TAX PAYMENTS, SKR# RE63763592US :

RR662692550US-32.1.2
RR662692550US-32.1.3
RR662692550US-32.1.4
RR662692550US-32.1.5
RR662692550US-32.1.6

ENDORSE, INTEND AND WILL SAID TAX PAYMENTS AS FOLLOWS :

(a) ALL TAX PAYMENTS ARE A TAXABLE TERMINATION AND IT IS ORDERED THE LEDGERS BE INVESTIGATED, ORDER SHORT SALE EQUITABLE ASSETS, AND RELEASE PROCEEDS AND BASIS.

(b) PAY TO THE ORDER OF ANY FEDERAL RESERVE BANK OR BRANCH OR GENERAL DEPOSITORY FUND FOR CREDIT TO THE UNITED STATES TREASURY WITHOUT RECOURSE, FOR SURRENDER AND COLLECTION; CREDIT MEMORIAL ACCOUNT 27425356.5 FOR THE SOLVENCY OF CRESTLLOYD, LLC BANKRUPT ESTATE AND TITLE TRANSFER OF SECURED COLLATERAL TO EDWARD ROARK SCHWAGERL, mailing address: c/o P.O. Box 120553, New Brighton, Mn 55112.

(c) TAXPAYER, A TRUST, IS THE SKIP PERSON, AND ELECTS TO BE TREATED AS AN ESTATE AND SECTION K REPRESENTS A TRUE AND ACCURATE RETURN FOR ALL INCOME SOURCES WITHIN THE UNITED STATES AND WAIVES THE CONGRESSIONAL BENEFITS AND DEDUCTIONS TO WHICH BENEFICIARY IS ENTITLED, PER FEDERAL REGISTER 1936 SHOWN BELOW ("1040B).

(d) SAID ENORSEMENT PER ADOPTED UCC 8-501(D) MAKES PAYOR THE ENTITLEMENT HOLDER.

(e) "TAXPAYER" WITHIN THE MEANING OF ESTIMATED TAX PAYMENTS FOR WHICH I AM NOT LEGALLY OBLIGATED BUT MORALLY OBLIGATED IN EQUITY TO PROTECT MY INTEREST IN MY PURSUIT OF QUIET USE AND ENJOYMENT OF PRIVATE PROPERTY (SEE FOLLOWING PAGE "REMOVED FILING REQUIREMENTS").

(f) "EDWARD ROARK SCHWAGERL" IS TRADEMARKED BANKING INSTITUTION PER FEDERAL REGISTER § 515.314 1936-11-17, HEREIN DISPLAYED, AND IS AN EXEMPT BENEFICIAL OWNER WITH RESPECT TO 1041ES TAX PAYMENTS PER TREASURY REGULATIONS 1.1471-6.

(g) PAYOR, CLOTHED AT ALL TIMES IN ORIGINAL PREROGATIVE POWERS APPOINTS THE COURT TO RENDER THE FINAL RETURN, IF NECESSARY, TREATING THE PAYOR AS A NON-RESIDENT ALIEN BENEFICIARY AND THE TAX PAYMENTS AS WITHHELD, PER FEDERAL REGISTER 1936 ARTICLE 142-5, DISPLAYED BELOW.

(h) TAX PAYOR "TAXPAYER" IS SUBROGATED TO CRESTLLOYD, LLC BANKRUPT ESTATE WITHIN THE MEANING OF ADOPTED UCC 5-117.

(i) LETTER OF CREDIT IS WITHIN THE MEANING OF ADOPTED UCC 5-104(A) AND 5-117 SUBROGATION.

(j) CRESTLLOYD, LLC BANKRUPT ESTATE'S CREDITORS ARE SUBROGATED BY EDWARD ROARK SCHWAGERL WITHIN THE MEANING OF HAN V. US, 944 F. 2D 526 1991.

(k) ALL RESULTING TAX CREDITS ARE RELEASED TO THE TRUSTEE OF THE UNITED STATES C/O CRESTLLOYD, LLC BANKRUPT ESTATE.

(l) TAX PAYMENTS' ISSUER, SCHWAGERL, EDWARD ROARK, IS A NATURAL PERSON AND THE INSTRUMENTS OF CREDIT ARE ISSUED WITH O.I.D. PER 26 CFR 1.1275-3.

(m) ALLONGE 31.1.7 IS WITHIN THE MEANING OF "APPLICABLE FINANCIAL STATEMENTS" PER 26 CFR §1.451-3(A)(5)

(n) TRANSACTION PRICE AMOUNT ("TPA") EQUALS TWICE THE FACE VALUE OF THE DEBT PER 26 CFR 1.451-3(A)(14), AN ENFORCEABLE RIGHT, ID. (A)(9)

(o) ALL CREDIT BALANCES THAT ARISES BY INCLUDING BUT NOT LIMITED TO SUBROGATION, REMAINDERMAN, SURPLUSAGES, REVERSIONARY, RESIDUUM SHALL BE DEPOSITED TO A NEW HYBRID PREPAID-CREDIT CARD PER TITLE 12 CRF § 1026.61 IN THE NAME OF EDWARD ROARK SCHWAGERL AND IS A CREDIT CLAIM CONSENT PER 31 U.S.C. § 118(C)(2).

(p) LAWFUL SILVER SPECIE TENDER IS REDEEMED IN LAWFUL MONEY PER 12 U.S.C. § 411, AND IS SELF-LIQUIDATING PAPER GIVEN FOR PATENT RIGHT.

AFFIRMED ON THIS 14th DAY OF 2022, BY: _____ ACCOMMODATING SURETY FOR VALUE PER UCC 3-303(B), AUTHORIZED REP FOR TAXPAYER PER UCC 3-402(B)(1).



TENDER RR6620255US-32-100 for "THE ONE" GIVEN FOR PATENT RIGHT IN GOOD FAITH AT WILL SUBROGEE TO CRESTLLOYD, LLC. BANKRUPT ESTATE @ 2160500000.00 UNITED STATES DOLLARS parcel 2131312602014001 & 2160300201001 Latitude 34.086720  Longitude -118.452010 Land Lot Size: 166626 Sq. Ft.  3.8246 Acres

RE 637 835 923 US

REGISTERED MAIL™

FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three three five five.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR6620255Dus29Trust@gmail.com
tel. +1 612-720-3784
D/B/A EDWARD ROARK SCHWAGERL
Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District

Art. 142-5. Return for nonresident alien beneficiary — (a) United States business or office—If a citizen or resident fiduciary has the distribution of the income of an estate or trust any beneficiary of which is a nonresident alien engaged in trade or business within the United States or having an office or place of business therein at any time within the taxable year, the fiduciary shall make a return on Form 1040 B for each such nonresident alien and pay any tax shown thereon. (See sections 142 and 211.)  Unless such return is a true and accurate return of the nonresident alien beneficiary's income from all sources within the United States, the benefits of the credits and deductions to which the beneficiary is entitled can not be obtained in the return filed by the fiduciary.  (See sections 215 and 251.)  If the beneficiary appoints a person in the United States to act as his agent for the purpose of rendering income tax return, the fiduciary shall be relieved from the necessity of filing Form 1040 B in behalf of the beneficiary and from paying the tax.  In such a case the fiduciary shall make a return on Form 1041 and attach thereto a copy of the notice of appointment of the sole beneficiary of an estate or trust is filed by the fiduciary, the filing of Form 1041 will not be required.  If there are two or more such nonresident alien beneficiaries, the fiduciary shall render a return on Form 1041 and also a return on Form 1040 B for each nonresident alien beneficiary.  (See further article 216-1.)

1041-ES
Department of the Treasury
Internal Revenue Service
2021  Payment Voucher
4 money order - legal tender
OMB No. 1545-0971

Calendar year—Due Jan. 18, 2022
Amount of estimated tax you are paying by check or money order. Do not send cash.

File only if the estate or trust is making a payment of estimated tax. Return this voucher with your check or money order payable to "United States Treasury." Write the estate's or trust's EIN and 2021 Form 1041-ES" on the check or money order. Do not send cash. Enter without recourse for collection

Employer identification number
986079992

Name of estate or trust
EDWARD ROARK SCHWAGERL TR

Name and title of fiduciary
EDWARD ROARK SCHWAGERL TTEE

Address of fiduciary (number, street, and room or suite no.)
C/O UNIT 120353, 525 MAIN ST

City, state, and ZIP code
Saint Paul Mn 55112

Fiscal year filers—enter year ending
12/31/2021
(month and year)





FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
RR66269255bus29trust@gmail.com
tel. +1 612-220-3784
D/B/A EDWARD ROARK SCHWAGERL
*Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District*

SECTION H

## The United States of America

### Private Indemnity Bond.

No. 32.1.7

one dollar
silver coin

## Know All Men By Whom These Presents Come-Greeting:

That I, Schwagerl, Edward Roark, *sui juris*, grantor and settlor to the Edward Roark Schwagerl Living Estate Trust, private citizen of the United States of America, of my own free will and accord, in the presence of Almighty יהוה, in my capacity as *estui que* of the same and in good conscience do deposit in the vessel USPS Registered Mail No. RE 637 835 923 US, delivered to United States Bankruptcy Court Central District of California, together with it attached all redeemed credits funds and/or CUSIP funds attached therewith, on trust special deposit, as assurance and private bond in the guaranteed sum of one ounce silver coin piece of the United States of America.

This bond is payable unto the state of California Attorney General, charitable trust, Rob Bonta, or any other respondent made party to this matter No. 21BK18205, or any other joined hereafter, their heirs, executors, administrators or assigns, and the said United States of America, their heirs, executors, administrators or assigns, do bind themselves firmly by these presents to which payment is well and truly paid in silver coin of the United States of America by order of the payer and beneficiary.

We further bind ourselves, our heirs, legatees, successors and assigns, jointly and severally, to hold the United States and The President in his capacity as Commander-in-Chief, harmless on account of the nature of the aforesaid suit in equity, and do indemnify unconditionally and will promptly pay the United States in said silver coin of the United States of America, in the event of any loss which results from this undertaking, including administrative costs, and penalties. I consent to the non-disclosure of any information regarding this private, restricted matter, including provisions herein, and of the aforesaid suit, to the public or any third parties therein.

The condition of this obligation is such that whereas the said Schwagerl, Edward Roark, on the 2nd day of February A.D. 2022, filed sundry prerogative writs in exclusive equity in the Judge's chambers of the Bankruptcy court of central California office against the respondents named therein;

Now therefore, if the said obligor(s) shall pay all the costs awarded or decreed against him by indemnity bond and specially deposited of my own freewill, act and deed and do set down my hand the court in the said above described cause, then this obligation shall be void.
and seal;

Witnesseth that I, Schwagerl, Edward Roark, hereby make oath and execute this private

Trustee for the Edward Roark Schwagerl Living Estate Trust

Relator and Obligee.

REGISTERED MAIL
RE 637 835 923 US

TENDER RR662692550US-32-182 for "THE ONE"
GIVEN FOR PATENT IN GOD FAITH AT WILL
SURROGEE TO CRESTLOYD, LLC BANKRUPT ESTATE
parcel #2550000000-00 UNITED STATES DOLLARS
Legal Land Lot #231182020110001 & #2503000000001
Legal Land Lot #231182020110002 & #2503000001
Land Lot Size: 1hbbda. Sq. Ft. 3.6216 Acres

FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five five.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]

*D/B/A EDWARD ROARK SCHWAGERL.*

tel. +1 612-720-3784

RR662692550us29msa@gmail.com

*Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District*



SECTION H-2

FOR, AND IN CONSIDERATION OF, THREE DOLLAR LAWFUL SILVER COIN "quarters
minted 1964 or prior" UNITED STATES DOLLARS TENDERED BY, AND RETURNED TO,
EDWARD ROARK SCHWAGERL.

FOR, AND IN CONSIDERATION OF, THREE DOLLAR LAWFUL SILVER COIN "quarters
minted 1964 or prior" UNITED STATES DOLLARS TENDERED BY, AND RETURNED TO,
EDWARD ROARK SCHWAGERL.

:  - - - - - - - - - - - - - -
nation Minnesota.
general post-office.
county Ramsey.
township: New Brighton
The United States of North America.
near. [55112-9998]

*The Great Seal of Family Schwagerl and*



RE 637 835 923 US

TENDER RR662692550US-3E-100 for "THE ONE"
GIVEN FOR PATENT RIGHT IN GOOD FAITH AT WILL
SUBROGEE TO CRESTLLOYD, LLC., BANKRUPT ESTATE
[90-] UNITED STATES DOLLARS
parcel 253300020300001 8 253300020300001
Latitude 34.087280  Longitude -118.452010
Land Lot Size: 146466 Sq. Ft. 3.8298 Acres

Annex S



