1  Smith, Andre Mario.
   7938 Broadway No. 1263
2  Lemon Grove, California, 91946
   619-813-2881
3  Fax Number: N/A
   andmarioith@yahoo.com
4  **Special Appearance**

5  (ANDRE MARIO SMITH, Pro Se)

6

**FILED**

**FEB 28 2022**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

7              UNITED STATES DISTRICT COURT IN AND FOR THE

8                    THE CENTRAL DISTRICT OF CALIFORNIA

9                            BANKRUTCY DIVISION

10

11  In re:                              ) Case No.: 2:21-bk-18205-DS
                                        )
12    CRESTLLOYD, LLC,                  ) Chapter 11
                                        )
13                                      )
                                        ) **SPECIAL INTERESTED PARTY**
14                                      ) **OPPOSITION TO MOTION FOR**
                                        ) **ORDER OF CONFIRMATION OF**
15  Debtor.                             ) **SALE**
                                        )
16                                      )
                                        )
17                                      ) **DATE: (To Be Assigned)**
                                        )
18                                      )
                                        )
19

20  _____

21

22

23

24  **Greetings to all these presents shall come.**

25  **Know all men by these presents.**

26  **Notice to Principal is Notice to Agent.**

27  **Notice to Agent is Notice to Principal.**

28  **To all Parties and their Attorneys of Record:**

NOTICE IS HEREBY GIVEN that on **March 01, 2022**, or as soon there-after as the matter can be heard in Courtroom 1639 on the 13th floor of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012, Special Interested Party Andre Mario Smith will, and by this Notice filing hereby does, move this court to oppose the "Motion for Order of Confirmation of Sale" [Docket No. 133] filed by Edward Roark Schwageri.

**PLEASE TAKE FURTHER NOTICE** that, the courtroom will be closed to the public and the hearing will be held via Zoomgov, which provides both audio and video access. All parties and members of the public may connect to the hearing free of charge.  Zoomgov connection information for this hearing will be posted on the Courts public calendar for Judicial Officer Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx. More information on using Zoomgov to participate in this hearing is available on the Court's website at the following web address: http://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

## MEMORANDUM OF POINTS AND AUTHORITIES
## STATEMENT OF FACTS

Special Interested Party, Andre Mario Smith, referred to herein as the One, filed instruments, referred to herein as the instruments, on February 16, 2022, for redemption including, but not limited to: the full settlement and closure of the above-captioned case and; to remedy any harm that may, or may not, come to any-all parties effected by the transfer of lands most commonly known as 944 Airole Way, Los Angeles, california [90077], referred to herein as the One, Bel-Air.

Due to impending Auction scheduled to begin on or about February 28, 2022, creating an emergency, interested party filed the instruments without *ex-parte,* without redaction, and/nor without a Seal order. Pursuant Federal Rules of Civil Procedure, including but not limited to: 5.2(a), 5.2(d), 5.2(e), and Local Rules, the One has moved this tribunal to Seal the filing and or issue a Protective Order [Docket

1    No.: 128].

2    Having received an Offer for the One, Bel-Air, referred to herein as the offer,

3    available at theonesecrets.com as of 12/27/21, 5:55pm, on or before January 31,

4    2022, referred to herein as the Point of No Return, considering the offer prior to the

5    Point of No Return, evidence by Standard Forms 273, 274, 275 duly executed on or

6    before the Point of No Return, and accepting the Offer prior to the Point of No

7    Return, the One has a lawful contract with Crestlloyd, LLC, referred to herein as

8    debtor and-or debtor without possession.

9    the One has duly conveyed its' interest in the One, Bel-Air.

10    ## ARGUMENT

11    the One received the Offer from debtor and-or debtor without possession, by and-

12    or through its Duly Authorized Representative(s), Nile Niami, referred to herein as

13    the Other One, considered the offer, and accepted the Offer prior to *Deadline for*

14    *objecting to discharge*, the Point of No Return, duly executing a valid lawful

15    objection to discharge, and contract with debtor and-or debtor without possession

16    duly filed with this tribunal [Docket No.: 126].

17    As such, the One must oppose alleged Interested Party Edward Roark Schwagerl,

18    referred to herein as Not the One, Motion For Order of Confirmation of Sale.

19    ## AFFIDAVIT/DECLARATION

20    I, Andre Mario Smith, Declare/Affirm the following:

21    1.    I am a specially interested party in this matter;

22    2.    I received an offer for 944 Airole Way, Los Angeles, california [90077]

23          referred to herein as the One, Bel-Air the One, Bel-Air January 31,

24          2022 from Crestlloyd, LLC, by and through its duly authorized

25          representative(s);

26    3.    this offer is currently available at: theonesecrets.com;

27    .    4.    I considered this offer prior to January 31, 2022;

28    5.    I accepted this offer prior to January 31, 2022.

1       6.     I objected to discharge prior to January 31, 2022.

2       7.     I have a lawful contract with debtor.

3       8.     I have a lawful objection to discharge.

4       9.     I demand lawful transfer of  944 Airole Way, Los Angeles, california [90077].

5       10.    I oppose any-all other known or unknown sale(s), transfer(s), or the likes of my

6             land(s).

7  DATE:  February 25, 2022

8

9                                          Peacefully,

10

11

12                                          Andre Mario Smith.
                                        Duly Authorized Representatives.

13                                          All Rights Reserved.

14                       **ORDER**

15  It is *so ordered.*

16

17  DATE:  March,        2022

18

19  _

20

21  _____

22  Deborah J. Saltzman.

   Judicial Officer.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///