# UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES

| | | |
|---|---|---|
| In Re. CRESTLLOYD, LLC. | § | Case No.  21-18205 |
| | § | |
| _____ | § | |
| Debtor(s) | § | ☐ Jointly Administered |

## Amended Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2022

Petition Date: 10/26/2021

Months Pending: 3

Industry Classification: | 5 | 3 | 1 | 3 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                     0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Lawrence R. Perkins
_____
Signature of Responsible Party

03/02/2022
_____
Date

Lawrence R. Perkins
_____
Printed Name of Responsible Party

355 S. Grand Ave. Suite 1450 Los Angeles, CA 90071
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name CRESTLLOYD, LLC.                                              Case No. 21-18205

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $11,071,453 | |
| b. Total receipts (net of transfers between accounts) | $0 | $11,778,746 |
| c. Total disbursements (net of transfers between accounts) | $5,696,742 | $6,594,163 |
| d. Cash balance end of month (a+b-c) | $5,374,712 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $5,696,742 | $6,594,163 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $0 | |
| d. Total current assets | $5,374,712 | |
| e. Total assets | $330,462,792 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $0 | |
| k. Prepetition secured debt | $196,427,263 | |
| l. Prepetition priority debt | $2,666 | |
| m. Prepetition unsecured debt | $59,265,855 | |
| n. Total liabilities (debt) (j+k+l+m) | $255,695,784 | |
| o. Ending equity/net worth (e-n) | $74,767,008 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $5,608,662 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-5,608,662 | $-6,514,083 |

UST Form 11-MOR (12/01/2021)                                        2

Debtor's Name CRESTLLOYD, LLC.                                                    Case No.  21-18205

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $250,097 | $799,395 | $142,832 | $359,553 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | SierraConstellation Partners, LL | Other | $199,071 | $510,458 | $142,832 | $311,386 |
| ii | Levene, Neale, Bender, Yoo & | Lead Counsel | $51,026 | $240,771 | $0 | $0 |
| iii | Ted Lanes | Other | $0 | $19,175 | $0 | $19,175 |
| iv | Brutzkus Gubner | Lead Counsel | $0 | $28,992 | $0 | $28,992 |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name CRESTLLOYD, LLC.                                    Case No. 21-18205

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name CRESTLLOYD, LLC.    Case No. 21-18205

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name CRESTLLOYD, LLC.                                                    Case No.  21-18205

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                                6

Debtor's Name CRESTLLOYD, LLC.                                      Case No.  21-18205

| | | | | | |
|---------|--|--|--|--|--|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name CRESTLLOYD, LLC.                                          Case No.  21-18205

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

### Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $701,466 | $701,466 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ●  No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ●  No ○  N/A ○ | |
| i. | Do you have:     Worker's compensation insurance? | Yes ○  No ● | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| | General liability insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ | |

Debtor's Name CRESTLLOYD, LLC.                                        Case No. 21-18205

| **Part 8: Individual Chapter 11 Debtors (Only)** |
|---|

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Lawrence R. Perkins
_____          Lawrence R. Perkins
Signature of Responsible Party                              _____
                                                           Printed Name of Responsible Party

Chief Executive Officer of Manager
_____          03/02/2022
Title                                                      _____
                                                           Date

Debtor's Name CRESTLLOYD, LLC.    Case No. 21-18205



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name CRESTLLOYD, LLC.

Case No. 21-18205



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name CRESTLLOYD, LLC.                                        Case No.  21-18205



PageThree



PageFour

**P&L**

| | Month of January 1/31/22 |
|---|---|
| **Total Revenue** | $ - |
| **Operating Expenses:** | |
| Insurance | 4,170,511 |
| Property Taxes | 701,466 |
| Security, Cleaning, and General Carry | 170,071 |
| Utilities | 28,009 |
| Furnishings | 201,488 |
| Repairs & Maintenance | 327,503 |
| Contingency / Other | 1,024 |
| Total Operating Expenses | 5,600,072 |
| | |
| **Restructuring & Professional Expenses:** | |
| Professional and UST Fees | 8,590 |
| Total Restructuring & Professional Expenses | 8,590 |
| | |
| Total Expenses Before Interest | 5,608,662 |
| | |
| **Interest and Fees:** | |
| Interest & Fees (DIP) | - |
| Interest & Fees (Existing debt) | - |
| Total Interest and Fees | - |
| | |
| **Net Income** | $ (5,608,661.75) |

**Balance Sheet**

| | Month of January 1/31/22 |
|---|---|
| **Assets** | |
| Current Assets | |
| Cash and Cash Equivalents | 5,374,712 |
| Accounts Receivable | - |
| Prepaid Expenses | - |
| Inventory | - |
| Total Current Assets | 5,374,712 |
| | |
| Goodwill | - |
| Property | 325,088,080 |
| **Total Assets** | $          330,462,792 |
| | |
| **Liabilities** | |
| Current Liabilities | |
| Accounts Payable | - |
| Accrued Expenses | - |
| Total Current Liabilities | - |
| | |
| Long-Term Debt [1] | 255,695,784 |
| **Total Liabilities** | 255,695,784 |
| | |
| **Shareholder's Equity** | 74,767,008 |
| | |
| **Total Liabilities and Equity** | $          330,462,792 |

[1] We are investigating the amounts and validity of certain liens and proof of claims submitted. The amount shown reflects all filed claims as of 2-24-22.

**Cash Flow**

| | | Month of January 1/31/22 |
|---|---|---|
| **Cash & Cash Equivalents beginning of Period** | $ | **11,071,453** |
| | | |
| Cash Flow From Operating Activities | | |
| Net Income | | (5,608,662) |
| Net Cash Used in Operating Activities | | (5,608,662) |
| | | |
| Cash Flow from Investing Activities | | |
| Construction / Capital Expenditures | | (88,080) |
| Net Acquisitions and Sales | | - |
| Net Cash Used in Investing Activities | | (88,080) |
| | | |
| Cash Flow from Financing Activities | | |
| Debt Issuances / Repayments | | - |
| Net Cash Provided by Financing Activities | | - |
| | | |
| Change in Cash & Cash Equivalents | | (5,696,742) |
| **Ending Cash** | $ | **5,374,712** |



## Account Information Report
**Crestlloyd, LLC**

### January 01, 2022 - January 31, 2022
#### Account: *4504 (Crestlloyd, LLC DIP , OPERATIONS)

| | |
|---|---|
| Available Balance | $5,374,711.64 |
| Opening Ledger Balance | $5,369,765.64 |
| Collected Balance | $5,374,711.64 |
| Current Balance | $5,374,711.64 |
| Closing Ledger | $5,374,711.64 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $6,450.00 |
| Last Deposit Date | 01/31/2022 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---|---|
| 01/31/2022 | ACH Debit Vertex CRESTOP CCD 122287250000262 CRESTOP INDIVIDUAL ID #2274253565 | | | $1,024.00 |
| 01/31/2022 | ACH Debit Pool CRESTOP PPD 122287250000232 CRESTOP INDIVIDUAL ID #2274253565 | | | $480.00 |
| 01/31/2022 | Credit Back Item RETURN IND ID #Turf | | $6,450.00 | |
| 01/28/2022 | ACH Debit Landscape CRESTOP CCD 122287250000271 CRESTOP INDIVIDUAL ID #2274253565 | | | $9,844.74 |
| 01/28/2022 | ACH Debit Windows CRESTOP PPD 122287250000033 CRESTOP INDIVIDUAL ID #2274253565 | | | $7,762.50 |
| 01/28/2022 | ACH Debit CRE CRESTOP CCD 122287250000275 CRESTOP INDIVIDUAL ID #2274253565 | | | $5,000.00 |
| 01/28/2022 | ACH Debit Cleaning CRESTOP PPD 122287250000255 CRESTOP INDIVIDUAL ID #2274253565 | | | $3,500.00 |
| 01/27/2022 | ACH Debit Turf CRESTOP CCD 122287250000252 CRESTOP INDIVIDUAL ID #2274253565 | | | $6,450.00 |
| 01/27/2022 | ACH Debit Cleaning CRESTOP PPD 122287250000196 CRESTOP INDIVIDUAL ID #2274253565 | | | $300.00 |
| 01/26/2022 | Domestic Wire Transfer - DL | | | $63,840.00 |

Domestic Wire Transfer-DL
Draken Security

UNITED STATES
US BANK, NA
20220126MMQFMP9N000124
20220126L3LF151C002054
01261214FT01

| 01/26/2022 | Domestic Wire Transfer - DL | $30,136.00 |

Domestic Wire Transfer-DL
Jerry Maba Imports

UNITED STATES
JPMORGAN CHASE BAN
20220126MMQFMP9N000129
20220126B1QGC01R040678
01261214FT01

| 01/26/2022 | Domestic Wire Transfer - DL | $27,420.00 |

Domestic Wire Transfer-DL
Jerry Maba Imports

UNITED STATES
JPMORGAN CHASE BAN
20220126MMQFMP9N000133
20220126B1QGC01R040685
01261214FT01

| 01/26/2022 | Domestic Wire Transfer - DL | $20,960.00 |

Domestic Wire Transfer-DL
Jerry Maba Imports

UNITED STATES
JPMORGAN CHASE BAN
20220126MMQFMP9N000131
20220126B1QGC01R040683
01261214FT01

| 01/26/2022 | Domestic Wire Transfer - DL | $11,364.00 |

Domestic Wire Transfer-DL
Jerry Maba Imports

UNITED STATES
JPMORGAN CHASE BAN
20220126MMQFMP9N000127
20220126B1QGC01R040676
01261214FT01

| 01/26/2022 | Domestic Wire Transfer - DL | $9,828.00 |

Domestic Wire Transfer-DL
Taylor Rae

UNITED STATES
CITY NATIONAL BANK
20220126MMQFMP9N000635
20220126L2LFCK1C005564
01261753FT01

| 01/26/2022 | ACH Debit | $3,589.69 |

PAYMENT QUARTERLY FEE
CCD 041036044211103
CRESTLLOYD, LLC
INDIVIDUAL ID #0000

| 01/26/2022 | ACH Debit | $980.00 |

Handyman CRESTOP
PPD 122287250000134
CRESTOP
INDIVIDUAL ID #2274253565

| Date | Description | Amount |
|---|---|---|
| 01/26/2022 | ACH Debit<br>BILL PAY FRONTIER COMMUNI<br>CCD 031101114046188<br>CRESTLLOYD LLC<br>INDIVIDUAL ID #10463815121 | $429.64 |
| 01/26/2022 | ACH Debit<br>SPECTRUM SPECTRUM<br>WEB 021000026270439<br>CRESTLLOYD LLC<br>███████<br>INDIVIDUAL ID #9314378 | $79.74 |
| 01/25/2022 | ACH Debit<br>Electric CRESTOP<br>CCD 122287250000126<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $6,039.65 |
| 01/25/2022 | ACH Debit<br>Cleaning CRESTOP<br>PPD 122287250000190<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $2,000.00 |
| 01/24/2022 | ACH Debit<br>Pool Guys CRESTOP<br>PPD 122287250000265<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $1,180.00 |
| 01/24/2022 | ACH Debit<br>Landscape CRESTOP<br>CCD 122287250000095<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $450.00 |
| 01/21/2022 | ACH Debit<br>GP CRESTOP<br>CCD 122287250000186<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $24,071.46 |
| 01/21/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000189<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $392.63 |
| 01/20/2022 | ACH Debit<br>Landscape CRESTOP<br>CCD 122287250000520<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $43,375.43 |
| 01/19/2022 | ACH Debit<br>Brunswick CRESTOP<br>PPD 122287250000192<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $8,725.24 |
| 01/19/2022 | ACH Debit<br>Selby CRESTOP<br>CCD 122287250000151<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $2,595.20 |
| 01/18/2022 | ACH Debit<br>Pool Guys CRESTOP<br>PPD 122287250000188<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $1,520.00 |
| 01/14/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br>███████<br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220114MMQFMP9N000031 | $44,400.00 |

|            |                                                                                                                       |              |
|------------|-----------------------------------------------------------------------------------------------------------------------|--------------|
|            | 20220114B1QGC01R035237<br>01141038FT01                                                                                |              |
| 01/14/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220114MMQFMP9N000027<br>20220114B1QGC01R035230<br>01141038FT01 | $43,680.00   |
| 01/14/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Miles Staglik<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220114MMQFMP9N000029<br>20220114B1QGC01R035232<br>01141038FT01 | $12,616.50   |
| 01/14/2022 | ACH Debit<br>Electric CRESTOP<br>CCD 122287250000069<br>CRESTOP<br>INDIVIDUAL ID #2274253565                          | $952.65      |
| 01/13/2022 | ACH Debit<br>Cleaning CRESTOP<br>PPD 122287250000052<br>CRESTOP<br>INDIVIDUAL ID #2274253565                          | $2,000.00    |
| 01/12/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220112MMQFMP9N000255<br>20220112B1QGC01R056688<br>01121407FT01 | $84,211.65   |
| 01/12/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Centurion<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220112MMQFMP9N000156<br>20220112B1QGC01R039681<br>01121203FT01 | $10,000.00   |
| 01/11/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Taylor Rae / Thirty One Petal<br><br>UNITED STATES<br>CITY NATIONAL BANK<br>20220111MMQFMP9N000303<br>20220111L2LFCK1C002515<br>01111238FT01 | $63,697.90   |
| 01/11/2022 | ACH Debit<br>Stone CRESTOP<br>CCD 122287250000007<br>CRESTOP<br>INDIVIDUAL ID #2274253565                             | $30,041.74   |
| 01/10/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL                                                              | $4,170,511.38 |

Lockton Insurance

███████████

UNITED STATES
BANK OF THE WEST (
20220110MMQFMP9N000011
20220110L2B7721C000406
01100800FT01

| | | |
|---|---|---|
| 01/10/2022 | Domestic Wire Transfer - DL | $63,697.90 |
| | Domestic Wire Transfer-DL | |
| | Thirty One Petal | |

███████████

UNITED STATES
CITY NATIONAL BANK
20220110MMQFMP9N000251
20220110L2LFCK1C003394
01101411FT01

| | | |
|---|---|---|
| 01/10/2022 | Domestic Wire Transfer - DL | $20,160.00 |
| | Domestic Wire Transfer-DL | |
| | Draken Security | |

███████████

UNITED STATES
US BANK, NA
20220110MMQFMP9N000351
20220110L3LF151C003970
01101510FT01

| | | |
|---|---|---|
| 01/10/2022 | Domestic Wire Transfer - DL | $15,000.00 |
| | Domestic Wire Transfer-DL | |
| | 770 Water Damage & Restoration | |

███████████

UNITED STATES
BANK OF AMERICA, N
20220110MMQFMP9N000349
20220110B6B7HU2R011945
01101510FT01

| | | |
|---|---|---|
| 01/10/2022 | ACH Debit | $3,277.87 |
| | Stone CRESTOP | |
| | CCD 122287250000004 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/10/2022 | ACH Debit | $1,400.00 |
| | Pool Guys CRESTOP | |
| | PPD 122287250000208 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/10/2022 | ACH Debit | $580.00 |
| | Pool CRESTOP | |
| | PPD 122287250000002 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/10/2022 | Wire Transfer Credit | $63,697.90 |
| | Wire Transfer Credit | |
| | CRESTLLOYD, LLC | |
| | 355 S GRAND AVE SUITE 1450 | |
| | LOS ANGELES CA 90071-0000 | |
| | FEDERAL RESERVE BANK ACCT | |
| | FUNDS TRANSFER DEPT | |
| | HOLD DEPT #057 | |
| | 20220110L2LFCK1C003131 | |
| | 20220110MMQFMP9N000286 | |
| | 01101422FT01 | |
| 01/07/2022 | ACH Debit | $701,465.73 |
| | 2139742111 County of Los An | |
| | WEB 242071756431440 | |
| | Crestlloyd, LLC | |

|  |  |  |
|---|---|---|
|  | 3821346485 | |
|  | INDIVIDUAL ID #3821346485 | |
| 01/06/2022 | ACH Debit | $2,000.00 |
|  | Cleaning CRESTOP | |
|  | PPD 122287250000519 | |
|  | CRESTOP | |
|  | INDIVIDUAL ID #2274253565 | |
| 01/05/2022 | Domestic Wire Transfer - DL | $69,738.15 |
|  | Domestic Wire Transfer-DL | |
|  | Good Panda Landscape & Design, | |
|  | UNITED STATES | |
|  | JPMORGAN CHASE BAN | |
|  | 20220105MMQFMP9N000264 | |
|  | 20220105B1QGC01R051456 | |
|  | 01051337FT01 | |
| 01/05/2022 | Domestic Wire Transfer - DL | $6,157.76 |
|  | Domestic Wire Transfer-DL | |
|  | Miles Staglik | |
|  | UNITED STATES | |
|  | JPMORGAN CHASE BAN | |
|  | 20220105MMQFMP9N000266 | |
|  | 20220105B1QGC01R051459 | |
|  | 01051337FT01 | |
| 01/04/2022 | Domestic Wire Transfer - DL | $65,000.00 |
|  | Domestic Wire Transfer-DL | |
|  | Showroom Interiors, LLC | |
|  | UNITED STATES | |
|  | CITY NATIONAL BANK | |
|  | 20220104MMQFMP9N000641 | |
|  | 20220104L2LFCK1C004735 | |
|  | 01041644FT01 | |
| 01/04/2022 | Domestic Wire Transfer - DL | $62,962.50 |
|  | Domestic Wire Transfer-DL | |
|  | Showroom Interiors, LLC | |
|  | UNITED STATES | |
|  | CITY NATIONAL BANK | |
|  | 20220104MMQFMP9N000567 | |
|  | 20220104L2LFCK1C004202 | |
|  | 01041547FT01 | |

Report Generated on: 02/16/22 12:58:02 PM