1  DAVID B. GOLUBCHIK (State Bar No. 185520)
   TODD M. ARNOLD (State Bar No. 221868)
2  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
   Los Angeles, California 90034
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Email: dbg@lnbyg.com; tma@lnbyg.com

6  Attorneys for Debtor and Debtor in Possession

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                 LOS ANGELES DIVISION

11

12 In re:                          Case No.: 2:21-bk-18205-DS

13 CRESTLLOYD, LLC,                Chapter 11 Case

14      Debtor and Debtor in Possession.

15                                 **DEBTOR'S NOTICE OF MONTHLY FEE
                                   STATEMENT OF SIERRACONSTELLATION
16                                 PARTNERS, LLC**

17
                                   [February 1, 2022 through February 28, 2022]
18
                                   [No Hearing Required, Unless Timely Opposition and
19                                 Request for a Hearing is Filed]

20

21

22

23

24

25

26

27

28

1

**PLEASE TAKE NOTICE** that, (A) on October 28, 2021, Crestlloyd, LLC, the Chapter 11 debtor and debtor in possession herein (the "Debtor"), filed a *Notice of Setting/Increasing Insider Compensation* (the "Notice of Insider Compensation") for SierraConstellation Partners LLC/Lawrence R. Perkins ("SCP") and served it on the UST and other parties, (B) on November 16, 2021, the United States Trustee (the "UST") filed its *Objection To Notice Of Insider Compensation* (the "Objection") [Dkt. 35] objecting to SCP's Notice of Insider Compensation, (C) on December 13, 2021, the Debtor filed its *Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Stipulation") [Dkt. 72], (D) on December 16, 2021, the Court entered its *Order Approving Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Order") [Dkt. 77].

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation and Insider Compensation Order, "SCP must file monthly fee statements [each a "Fee Statement"] and serve the UST therewith, and, absent an objection by the UST or some other party in interest within seven (7) days thereafter, the fees and costs may be paid in full.  In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court."

**PLEASE FURTHER TAKE NOTICE THAT**, consistent with the foregoing procedure, on December 12, 2021, the Court entered its *Interim Order* [the "DIP Order" [Dkr. 70]] *Granting Motion For Order: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief* [the "DIP Motion") [Dkt. 66]], which, *inter alia*, granted the DIP Motion on an interim basis and approved the terms of the DIP Loan Documents,[1] which provide, among other things, that:

> Loan Proceeds shall be used solely in accordance with the Budget, including for payment of the Facility Fee, Lender's reasonable attorneys' fees and costs incurred in making and documenting the Loan, title insurance premiums, escrow fees, the Extension Fee,

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the DIP Motion.

and the Carve Out and Borrower's working capital needs and to administer the Chapter 11 Case, including insurance, repair, maintenance and construction costs with respect to the Property. With respect to the fees and costs of the Manager of the Debtor [*i.e.*, SCP], Manager [*i.e.*, SCP] shall file monthly fee statements and, absent an objection within seven (7) days thereafter, the fees and costs may be paid in full. In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court.

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation, Insider Compensation Order, DIP Motion, and DIP Order, SCP hereby files its Fee Statement for the period from February 1, 2022 through February 28, 2022.  SCP reserves its right to supplement, amend, or modify the Fee Statement to include fees and/or expenses incurred during the foregoing period not covered in the attached Fee Statement or incurred subsequent to February 28, 2022.

Annexed as **Exhibit "A"** hereto is the name of each professional who performed services for the Debtor in connection with this chapter 11 case during the period covered by this Fee Statement and the hourly rate and total fees for each professional during such period.

Annexed as **Exhibit "B"** hereto is the summary of hours in this Fee Statement broken up by partner and task.

Annexed as **Exhibit "C"** hereto are the detailed time entries for the period covered by this Fee Statement.

Annexed as **Exhibit "D"** hereto is the summary of expenses included in this Fee Statement.

Annexed as **Exhibit "E"** hereto are the detailed entries for the expenses covered by this Fee Statement.

**PLEASE TAKE FURTHER NOTICE that objections, if any, to this Fee Statement must be filed with the Court and served so as to be received by the undersigned counsel to the Debtor no later than seven (7) days after the filing of this Fee Statement.**

**PLEASE TAKE FURTHER NOTICE** that, (A) if no objection is properly and timely filed and served in accordance with the above procedures, the Debtor will pay SCP the fees and expense set forth in this Fee Statement (provided such payment is consistent with the Budget) and (B) if an objection is properly and timely filed and served in accordance with the above procedures, (1) the Debtor will pay SCP the undisputed portion of fees and expenses set forth in this Fee Statement (provided such payment is consistent with the Budget) and (2) any disputed portion of fees and expenses set forth in this Fee Statement shall be subject to review and further order by the Court.

Dated: March 14, 2022                    CRESTLLOYD, LLC

*/s/ Todd M. Arnold*
DAVID B. GOLUBCHIK
TODD M. ARNOLD
LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.
Attorneys for Debtor and Debtor in Possession

# EXHIBIT "A"

**Summary of SierraConstellation Partners Professional Fees by Consultant**

For the Period February 1st through February 28th

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Lawrence Perkins | CEO | $790 | 71.40 | $56,406.00 |
| Miles Staglik | Senior Director | $580 | 134.80 | $78,184.00 |
| Colin Moran | Associate | $235 | 51.10 | $12,008.50 |
| | | | **257.3** | **$146,598.50** |

# EXHIBIT "B"

**Summary of SierraConstellation Partners Professional Fees by Activity**
For the Period February 1st through February 28th

| Activity / Consultant | Title | Hours | Rate | Total |
|---|---|---|---|---|
| **Asset Sales/Financing Process Support** | | | | |
| Lawrence Perkins | CEO | 23.30 | $790 | $18,407 |
| Miles Staglik | Senior Director | 4.50 | $580 | $2,610 |
| Colin Moran | Associate | 1.10 | $235 | $259 |
| | *Activity Total* | 28.90 | | $21,276 |
| | | | | |
| **Business Operations, Cash Management & CRO Support** | | | | |
| Lawrence Perkins | CEO | 48.10 | $790 | $37,999 |
| Miles Staglik | Senior Director | 105.80 | $580 | $61,364 |
| Colin Moran | Associate | 15.40 | $235 | $3,619 |
| | *Activity Total* | 169.30 | | $102,982 |
| | | | | |
| **Case Administration** | | | | |
| Miles Staglik | Senior Director | 24.50 | $580 | $14,210 |
| Lawrence Perkins | CEO | 0.00 | $790 | $0 |
| Colin Moran | Associate | 34.60 | $235 | $8,131 |
| | *Activity Total* | 59.10 | | $22,341 |

# EXHIBIT "C"

**Summary of SierraConstellation Partners Professional Fees by Professional Service**
For the Period February 1st through February 28th

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| **Asset Sales/Financing Process Support** | | | | |
| *Lawrence Perkins* | | | | |
| 2/1/2022 | Correspondence and calls w/ brokers re: sale process | 0.50 | $790.00 | $395.00 |
| 2/2/2022 | Correspondence and calls w/ brokers re: sale process | 0.50 | $790.00 | $395.00 |
| 2/3/2022 | Review of offer received; correspondence w/ team re: same | 0.40 | $790.00 | $316.00 |
| 2/3/2022 | Correspondence and calls w/ brokers re: sale process | 0.50 | $790.00 | $395.00 |
| 2/4/2022 | Correspondence and calls w/ brokers re: sale process | 0.50 | $790.00 | $395.00 |
| 2/7/2022 | Weekly progress call w/ brokers, auction house, etc; follow up items from call | 1.00 | $790.00 | $790.00 |
| 2/9/2022 | Correspondence re: diligence items for sale | 1.20 | $790.00 | $948.00 |
| 2/11/2022 | Correspondence w/ team re: tours at house | 1.20 | $790.00 | $948.00 |
| 2/14/2022 | Update call w/ brokers, auction house and management | 1.00 | $790.00 | $790.00 |
| 2/14/2022 | Call w/ potential buyer | 0.50 | $790.00 | $395.00 |
| 2/15/2022 | Calls w/ various potential buyers and work on diligence items | 1.00 | $790.00 | $790.00 |
| 2/16/2022 | Calls w/ various potential buyers and work on diligence items | 1.10 | $790.00 | $869.00 |
| 2/18/2022 | Calls w/ various potential buyers and work on diligence items | 1.30 | $790.00 | $1,027.00 |
| 2/21/2022 | Review of materials for distribution to lender; correspondence w/ lender | 1.50 | $790.00 | $1,185.00 |
| 2/22/2022 | Correspondence and calls regarding open issues on sale process | 1.20 | $790.00 | $948.00 |
| 2/23/2022 | Correspondence and calls regarding open issues on sale process | 1.40 | $790.00 | $1,106.00 |
| 2/24/2022 | Correspondence and calls regarding open issues on sale process | 1.50 | $790.00 | $1,185.00 |
| 2/25/2022 | Correspondence and calls regarding open issues on sale process | 1.50 | $790.00 | $1,185.00 |
| 2/27/2022 | Calls and coordination with various parties related to sale process | 2.20 | $790.00 | $1,738.00 |
| 2/28/2022 | Calls and coordination with various parties related to sale process | 2.80 | $790.00 | $2,212.00 |
| 2/28/2022 | Weekly update call w/ brokers, auction house, etc. | 0.50 | $790.00 | $395.00 |
| | | Lawrence Perkins Total | | $18,407.00 |
| *Miles Staglik* | | | | |
| 2/7/2022 | Work on responses to diligence questions | 1.40 | $580.00 | $812.00 |
| 2/10/2022 | Teleconference with T. Remlinger re updated diligence list | 0.40 | $580.00 | $232.00 |
| 2/11/2022 | Teleconference with C. Moran and T. Remlinger re updated diligence list | 0.50 | $580.00 | $290.00 |
| 2/14/2022 | Set up draft flow of funds for sale | 0.50 | $580.00 | $290.00 |
| 2/17/2022 | Work on flow of funds from sale of property | 1.00 | $580.00 | $580.00 |
| 2/21/2022 | Teleconference with A. Kirman on showings | 0.30 | $580.00 | $174.00 |
| 2/23/2022 | Teleconference with R. Williams on showings | 0.20 | $580.00 | $116.00 |
| 2/25/2022 | Teleconference with A. Kirman on filming at property | 0.20 | $580.00 | $116.00 |
| | | Miles Staglik Total | | $2,610.00 |
| *Colin Moran* | | | | |
| 2/3/2022 | Teleconference with A. Kirman, L. Perkins, C. Roffers, and T. Remlinger re potential buyer | 0.40 | $235.00 | $94.00 |
| 2/7/2022 | Review Updated Diligence List from Concierge | 0.20 | $235.00 | $47.00 |
| 2/11/2022 | Teleconference with M. Staglik and T. Remlinger re updated diligence list | 0.50 | $235.00 | $117.50 |
| | | Colin Moran Total | | $258.50 |
| **Business Operations, Cash Management & CRO Support** | | | | |
| *Lawrence Perkins* | | | | |
| 2/1/2022 | Interim Manager Duties - Correspondence and attention to operational items | 2.30 | $790.00 | $1,817.00 |
| 2/2/2022 | Interim Manager Duties - Correspondence and attention to operational items | 2.50 | $790.00 | $1,975.00 |
| 2/3/2022 | Interim Manager Duties - Correspondence and attention to operational items | 2.30 | $790.00 | $1,817.00 |
| 2/4/2022 | Interim Manager Duties - Correspondence and attention to operational items | 2.20 | $790.00 | $1,738.00 |
| 2/7/2022 | Interim manager duties, correspondence and calls re: operational items | 2.50 | $790.00 | $1,975.00 |
| 2/8/2022 | Interim manager duties, correspondence and calls re: operational items | 2.30 | $790.00 | $1,817.00 |
| 2/8/2022 | Tour of house, and review of items needed to prepare for showings, etc. | 3.00 | $790.00 | $2,370.00 |
| 2/9/2022 | Interim manager duties, correspondence and calls re: operational items | 2.20 | $790.00 | $1,738.00 |
| 2/10/2022 | Correspondence w/ media re: various inquiries | 0.70 | $790.00 | $553.00 |
| 2/10/2022 | Interim manager duties, correspondence and calls re: operational items | 2.50 | $790.00 | $1,975.00 |
| 2/11/2022 | Interim manager duties, correspondence and calls re: operational items | 2.40 | $790.00 | $1,896.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/12/2022 | Interim manager duties, correspondence and calls re: operational items | 1.20 | $790.00 | $948.00 |
| 2/14/2022 | Interim management duties; email and correspondence related to operational items | 2.50 | $790.00 | $1,975.00 |
| 2/15/2022 | Interim management duties; email and correspondence related to operational items | 2.50 | $790.00 | $1,975.00 |
| 2/16/2022 | Interim management duties; email and correspondence related to operational items | 2.20 | $790.00 | $1,738.00 |
| 2/18/2022 | Interim management duties.; email and correspondence related to operational items | 2.30 | $790.00 | $1,817.00 |
| 2/21/2022 | Interim manager duties; correspondence and calls re: operational items | 1.20 | $790.00 | $948.00 |
| 2/22/2022 | Interim manager duties; correspondence and calls re: operational items | 2.30 | $790.00 | $1,817.00 |
| 2/23/2022 | Interim manager duties; correspondence and calls re: operational items | 2.10 | $790.00 | $1,659.00 |
| 2/24/2022 | Interim manager duties; correspondence and calls re: operational items | 2.20 | $790.00 | $1,738.00 |
| 2/25/2022 | Interim manager duties; correspondence and calls re: operational items | 2.20 | $790.00 | $1,738.00 |
| 2/28/2022 | Interim Manager duties - Correspondence and calls re: operational items | 2.50 | $790.00 | $1,975.00 |
| | Lawrence Perkins Total | | | $37,999.00 |

**Miles Staglik**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/1/2022 | Work on and review and respond to various emails and calls | 0.60 | $580.00 | $348.00 |
| 2/1/2022 | Work on site at property, repairs and cleaning up items | 6.00 | $580.00 | $3,480.00 |
| 2/2/2022 | Work on and review and respond to various emails and calls | 0.50 | $580.00 | $290.00 |
| 2/2/2022 | Teleconference with florist | 0.20 | $580.00 | $116.00 |
| 2/2/2022 | Update with GC J. Maba on work getting done at property | 0.40 | $580.00 | $232.00 |
| 2/2/2022 | Review DIP budget and actuals vs budget | 1.00 | $580.00 | $580.00 |
| 2/3/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 2/3/2022 | Teleconference with landscapers | 0.60 | $580.00 | $348.00 |
| 2/3/2022 | Update with GC J. Maba on work getting done at property | 0.50 | $580.00 | $290.00 |
| 2/4/2022 | Work on and review and respond to various emails and calls | 0.40 | $580.00 | $232.00 |
| 2/4/2022 | Teleconference with security guards and owner | 0.50 | $580.00 | $290.00 |
| 2/4/2022 | Update with GC J. Maba on work getting done at property | 0.20 | $580.00 | $116.00 |
| 2/4/2022 | Teleconference with insurance brokers | 0.30 | $580.00 | $174.00 |
| 2/5/2022 | Work on and review and respond to various emails and calls | 0.30 | $580.00 | $174.00 |
| 2/6/2022 | Work on and review and respond to various emails and calls | 0.70 | $580.00 | $406.00 |
| 2/6/2022 | Update with GC J. Maba on work getting done at property | 1.00 | $580.00 | $580.00 |
| 2/6/2022 | Visit property and review work getting done and completed, meeting with landscapers and party planners | 3.00 | $580.00 | $1,740.00 |
| 2/7/2022 | Work on site at property, repairs and cleaning up items | 5.50 | $580.00 | $3,190.00 |
| 2/7/2022 | Work on and review and respond to various emails and calls | 1.60 | $580.00 | $928.00 |
| 2/7/2022 | Teleconference with D. Golubchik on COO | 0.10 | $580.00 | $58.00 |
| 2/7/2022 | Teleconference with landscaper about fertilizing and treating plants for bugs | 0.20 | $580.00 | $116.00 |
| 2/7/2022 | Weekly progress call with Concierge Auctions | 0.50 | $580.00 | $290.00 |
| 2/8/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 2/8/2022 | Work on site at property, repairs and cleaning up items | 4.00 | $580.00 | $2,320.00 |
| 2/9/2022 | Work on and review and respond to various emails and calls | 1.50 | $580.00 | $870.00 |
| 2/9/2022 | Work on site at property, repairs and cleaning up items | 5.00 | $580.00 | $2,900.00 |
| 2/9/2022 | Update with GC J. Maba on work getting done at property | 0.50 | $580.00 | $290.00 |
| 2/10/2022 | Work on and review and respond to various emails and calls | 1.20 | $580.00 | $696.00 |
| 2/10/2022 | Work on site at property, repairs and cleaning up items | 3.50 | $580.00 | $2,030.00 |
| 2/10/2022 | Meeting with J. Maba to review final work at property | 1.50 | $580.00 | $870.00 |
| 2/11/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 2/11/2022 | Work on site at property, repairs and cleaning up items | 4.00 | $580.00 | $2,320.00 |
| 2/11/2022 | Update with GC J. Maba on work getting done at property | 0.40 | $580.00 | $232.00 |
| 2/13/2022 | Work on and review and respond to various emails and calls | 0.30 | $580.00 | $174.00 |
| 2/14/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 2/14/2022 | Work on site at property, repairs and cleaning up items | 4.00 | $580.00 | $2,320.00 |
| 2/15/2022 | Work on and review and respond to various emails and calls | 1.50 | $580.00 | $870.00 |
| 2/15/2022 | Work on site at property, repairs and cleaning up items | 3.00 | $580.00 | $1,740.00 |
| 2/16/2022 | Work on and review and respond to various emails and calls | 1.20 | $580.00 | $696.00 |
| 2/16/2022 | Work on site at property, meet stagers and other vendors there | 5.00 | $580.00 | $2,900.00 |
| 2/17/2022 | Work on and review and respond to various emails and calls | 1.40 | $580.00 | $812.00 |
| 2/17/2022 | Work on site at property | 2.00 | $580.00 | $1,160.00 |
| 2/17/2022 | Update meeting in person with J. Maba on finalizing repairs at property | 1.00 | $580.00 | $580.00 |
| 2/18/2022 | Work on and review and respond to various emails and calls | 0.80 | $580.00 | $464.00 |
| 2/18/2022 | Teleconference with J. Maba on repairs and elevators | 0.60 | $580.00 | $348.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/18/2022 | Work on site at property | 2.00 | $580.00 | $1,160.00 |
| 2/19/2022 | Work on and review and respond to various emails and calls | 0.50 | $580.00 | $290.00 |
| 2/19/2022 | Meeting with J. Maba to review final work at property | 1.00 | $580.00 | $580.00 |
| 2/20/2022 | Meet architect at house and walk house, review work and updates to date | 5.00 | $580.00 | $2,900.00 |
| 2/20/2022 | Work on and review and respond to various emails and calls | 0.20 | $580.00 | $116.00 |
| 2/21/2022 | Work on and review and respond to various emails and calls | 2.00 | $580.00 | $1,160.00 |
| 2/21/2022 | Work on site at property, repairs and cleaning up items | 3.50 | $580.00 | $2,030.00 |
| 2/22/2022 | Work on and review and respond to various emails and calls | 1.50 | $580.00 | $870.00 |
| 2/23/2022 | Work on and review and respond to various emails and calls | 1.30 | $580.00 | $754.00 |
| 2/23/2022 | Work on site at property, repairs and cleaning up items | 4.00 | $580.00 | $2,320.00 |
| 2/23/2022 | Weekly Progress Update call with Concierge, Brokers, and broader team | 0.70 | $580.00 | $406.00 |
| 2/24/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 2/24/2022 | Work on site at property, repairs and cleaning up items | 4.50 | $580.00 | $2,610.00 |
| 2/25/2022 | Work on and review and respond to various emails and calls | 0.70 | $580.00 | $406.00 |
| 2/27/2022 | Work on and review and respond to various emails and calls | 0.20 | $580.00 | $116.00 |
| 2/28/2022 | Work on and review and respond to various emails and calls | 1.00 | $580.00 | $580.00 |
| 2/28/2022 | Work on site at property, review plans in preparation for meeting with city, walk through with various parties | 6.00 | $580.00 | $3,480.00 |
| 2/28/2022 | Weekly Progress Update call with Concierge, Brokers, and broader team | 0.20 | $580.00 | $116.00 |

| | Miles Staglik Total | | | $61,364.00 |
|---|---|---|---|---|

**Colin Moran**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/2/2022 | Review emails re financing company requesting information | 0.20 | $235.00 | $47.00 |
| 2/2/2022 | Vertex emails re services prior to Oct 26th | 0.10 | $235.00 | $23.50 |
| 2/2/2022 | Setup Payments for Vendors | 0.20 | $235.00 | $47.00 |
| 2/3/2022 | Setup Payments for Vendors | 0.20 | $235.00 | $47.00 |
| 2/3/2022 | Teleconference with J. Maba on project updates | 0.10 | $235.00 | $23.50 |
| 2/4/2022 | Setup Payments for Vendors | 0.20 | $235.00 | $47.00 |
| 2/4/2022 | Review notes on future payments to facilitate DIP outlook discussion | 0.30 | $235.00 | $70.50 |
| 2/5/2022 | Emails to Window Cleaners regarding scheduling and payment | 0.10 | $235.00 | $23.50 |
| 2/5/2022 | Phone calls / texts with T. Rae from 31 Petal and Draken Security | 0.10 | $235.00 | $23.50 |
| 2/7/2022 | Setup Payments for Vendors | 0.20 | $235.00 | $47.00 |
| 2/7/2022 | Emails with G. Shenusay from Athens servicing re Trash Services | 0.20 | $235.00 | $47.00 |
| 2/7/2022 | Teleconference with Carpet Cleaners | 0.10 | $235.00 | $23.50 |
| 2/7/2022 | Weekly Progress Update call with Concierge | 0.50 | $235.00 | $117.50 |
| 2/7/2022 | Teleconference with T. Rae re payment for Flowers | 0.10 | $235.00 | $23.50 |
| 2/7/2022 | Teleconference with J. Maba re carpet cleaners | 0.10 | $235.00 | $23.50 |
| 2/8/2022 | Update DIP Outlook vs. Actuals for WE 2-4-2022 | 1.00 | $235.00 | $235.00 |
| 2/8/2022 | Teleconference with T. Rae re property access | 0.10 | $235.00 | $23.50 |
| 2/8/2022 | Pull various property documents for K. Papoui's client | 0.50 | $235.00 | $117.50 |
| 2/8/2022 | Develop working project list (both bast and current projects) | 0.40 | $235.00 | $94.00 |
| 2/8/2022 | Setup interest payment for DIP | 0.10 | $235.00 | $23.50 |
| 2/8/2022 | Review POC Notes and related documents to facilitate POC discussion | 1.00 | $235.00 | $235.00 |
| 2/9/2022 | Teleconference with T. Rae re change in billing | 0.10 | $235.00 | $23.50 |
| 2/9/2022 | Teleconference with J. Maba re window washers | 0.20 | $235.00 | $47.00 |
| 2/9/2022 | Setup payments for vendors, previous receiver, and counsel | 0.30 | $235.00 | $70.50 |
| 2/9/2022 | Pull various documents for Concierge diligence list | 0.60 | $235.00 | $141.00 |
| 2/10/2022 | Setup payments for vendors | 0.10 | $235.00 | $23.50 |
| 2/11/2022 | Setup payments for Vendors | 0.20 | $235.00 | $47.00 |
| 2/14/2022 | Setup Payments for various vendors | 0.10 | $235.00 | $23.50 |
| 2/16/2022 | Setup Payments for various vendors | 0.10 | $235.00 | $23.50 |
| 2/16/2022 | Update DIP Outlook vs. Actuals for WE 2-11-2022 | 1.00 | $235.00 | $235.00 |
| 2/17/2022 | Setup Payments for various vendors | 0.10 | $235.00 | $23.50 |
| 2/17/2022 | Teleconference with T. Rae re payment and updated bill | 0.10 | $235.00 | $23.50 |
| 2/18/2022 | Setup Payments for various vendors | 0.20 | $235.00 | $47.00 |
| 2/18/2022 | Generate deilverable that details Auction status and progress | 1.20 | $235.00 | $282.00 |
| 2/18/2022 | Emails / reading through contracts re remaining payments to vendor | 0.40 | $235.00 | $94.00 |
| 2/20/2022 | Review emails re CofO process | 0.20 | $235.00 | $47.00 |
| 2/22/2022 | Emails with Chicago Title to get an updated prelim Title Report to provide to team | 0.20 | $235.00 | $47.00 |
| 2/22/2022 | Update DIP Outlook vs. Actuals for WE 2-18-2022 | 0.60 | $235.00 | $141.00 |
| 2/23/2022 | Setup Payment for Vendor | 0.10 | $235.00 | $23.50 |
| 2/23/2022 | Weekly Progress Update call with Concierge, Brokers, and broader team | 0.70 | $235.00 | $164.50 |
| 2/23/2022 | Follow-up Emails with Chicago Title to get updated report with most recent effectice date | 0.20 | $235.00 | $47.00 |

| | | | | |
|---|---|---|---|---|
| 2/23/2022 | Emails and Teleconference with T. Camarana on Quickbooks Access for Crestlloyd | 0.30 | $235.00 | $70.50 |
| 2/24/2022 | Confirming payment for Liability Insurance for Crestlloyd, LLC | 0.20 | $235.00 | $47.00 |
| 2/25/2022 | Setup Payment for Vendor | 0.10 | $235.00 | $23.50 |
| 2/25/2022 | Coordinate access to VPN & Quickbooks and Teleconference with T. Camarana on user access | 0.40 | $235.00 | $94.00 |
| 2/25/2022 | Review report re steps to receive Certifcate of Occupancy | 1.10 | $235.00 | $258.50 |
| 2/28/2022 | Setup Payments for Vendor and Pay Interest on DIP | 0.20 | $235.00 | $47.00 |
| 2/28/2022 | Weekly Progress Update call with Concierge, Brokers, and broader team | 0.20 | $235.00 | $47.00 |
| 2/28/2022 | Review emails re Auction Process and Amended MOR | 0.40 | $235.00 | $94.00 |
| | Colin Moran Total | | | $3,619.00 |

**Case Administration**

*Miles Staglik*

| | | | | |
|---|---|---|---|---|
| 2/1/2022 | Teleconference with C. Moran on case status | 0.50 | $580.00 | $290.00 |
| 2/1/2022 | Teleconference with C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 2/1/2022 | Review claims filed to date | 2.00 | $580.00 | $1,160.00 |
| 2/3/2022 | Teleconference with C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 2/8/2022 | Teleconference with C. Moran re POCs and Project Lists | 1.00 | $580.00 | $580.00 |
| 2/9/2022 | Teleconference with C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 2/9/2022 | Review filed proof of claims | 2.50 | $580.00 | $1,450.00 |
| 2/10/2022 | Teleconference with C. Moran on case status | 0.20 | $580.00 | $116.00 |
| 2/11/2022 | Teleconference with C. Moran on case status | 0.20 | $580.00 | $116.00 |
| 2/14/2022 | Teleconference with C. Moran on case status | 0.50 | $580.00 | $290.00 |
| 2/15/2022 | Teleconference with C. Moran on case status | 0.30 | $580.00 | $174.00 |
| 2/15/2022 | Review proofs of claim and supporting paperwork | 2.00 | $580.00 | $1,160.00 |
| 2/17/2022 | Teleconference with C. Moran re Hankey, Inferno, and Yogi Proof of Claims | 1.50 | $580.00 | $870.00 |
| 2/17/2022 | Teleconference with L. Perkins on case status | 0.20 | $580.00 | $116.00 |
| 2/17/2022 | Review January MOR | 0.40 | $580.00 | $232.00 |
| 2/18/2022 | Teleconference with C. Moran on case | 0.10 | $580.00 | $58.00 |
| 2/18/2022 | Review proofs of claim and supporting paperwork | 4.50 | $580.00 | $2,610.00 |
| 2/21/2022 | Teleconference with C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 2/21/2022 | Review proofs of claim and supporting paperwork | 1.00 | $580.00 | $580.00 |
| 2/22/2022 | Teleconference with C. Moran on case status | 0.20 | $580.00 | $116.00 |
| 2/22/2022 | Teleconference with C. Moran, T. Arnold and D. Golubchik on secured claims | 1.00 | $580.00 | $580.00 |
| 2/22/2022 | Review proofs of claim and supporting paperwork | 3.00 | $580.00 | $1,740.00 |
| 2/23/2022 | Teleconference with C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 2/24/2022 | Teleconference with C. Moran on case status | 0.20 | $580.00 | $116.00 |
| 2/24/2022 | Discuss January MOR with D. Golubchik | 0.30 | $580.00 | $174.00 |
| 2/25/2022 | Teleconference with C. Moran on case status | 0.10 | $580.00 | $58.00 |
| 2/25/2022 | Review proofs of claim and supporting paperwork | 0.50 | $580.00 | $290.00 |
| 2/27/2022 | Review updated January MOR and statements from C. Moran | 0.20 | $580.00 | $116.00 |
| 2/28/2022 | Review court filings on claims and supporting paperwork | 1.60 | $580.00 | $928.00 |
| | Miles Staglik Total | | | $14,210.00 |

*Colin Moran*

| | | | | |
|---|---|---|---|---|
| 2/1/2022 | Review Yogi POC and related debt summary documents | 1.60 | $235.00 | $376.00 |
| 2/1/2022 | Review Hankey debt documents re POC and credit agreement | 2.00 | $235.00 | $470.00 |
| 2/1/2022 | Teleconference with M. Staglik on case status | 0.50 | $235.00 | $117.50 |
| 2/1/2022 | Organize case files | 0.50 | $235.00 | $117.50 |
| 2/2/2022 | Review Hankey debt documents re POC and credit agreement | 3.00 | $235.00 | $705.00 |
| 2/2/2022 | Prepare Jan MSR exhibits | 0.90 | $235.00 | $211.50 |
| 2/3/2022 | Teleconference with M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 2/3/2022 | Revision to Variance to Actuals documents and emails out to Hankey and Counsel | 0.20 | $235.00 | $47.00 |
| 2/3/2022 | Send Jan MSR exhibits to be filed | 0.10 | $235.00 | $23.50 |
| 2/3/2022 | Review Claims Register and crosscheck with Vertex | 0.50 | $235.00 | $117.50 |
| 2/3/2022 | Review Inferno POC and related debt documents | 3.00 | $235.00 | $705.00 |
| 2/4/2022 | Compile notes re POC materials and debt summaries | 2.50 | $235.00 | $587.50 |
| 2/8/2022 | Teleconference with M. Staglik re POCs and Project Lists | 1.00 | $235.00 | $235.00 |
| 2/9/2022 | Teleconference with M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 2/9/2022 | Search through Title report document and pull down / review files re to Hankey, Yogi, and Inferno | 1.80 | $235.00 | $423.00 |
| 2/10/2022 | Teleconference with M. Staglik on case status | 0.20 | $235.00 | $47.00 |
| 2/10/2022 | Review Title report Files re Hankey, Yogi, and Inferno | 3.00 | $235.00 | $705.00 |
| 2/11/2022 | Teleconference with M. Staglik on case status | 0.20 | $235.00 | $47.00 |
| 2/11/2022 | Review Debt Notes and prepare for Lien discussion | 0.80 | $235.00 | $188.00 |
| 2/15/2022 | Teleconference with M. Staglik on case status | 0.30 | $235.00 | $70.50 |
| 2/15/2022 | Review emails and documents on status of financial transactions with creditors | 1.50 | $235.00 | $352.50 |

| | | | | |
|---|---|---|---|---|
| 2/16/2022 | Teleconference with M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 2/16/2022 | Teleconference with M. Staglik on case status | 0.20 | $235.00 | $47.00 |
| 2/16/2022 | Generate January MOR and related documents | 1.10 | $235.00 | $258.50 |
| 2/17/2022 | Teleconference with M. Staglik re Hankey, Inferno, and Yogi Proof of Claims | 1.50 | $235.00 | $352.50 |
| 2/18/2022 | Teleconference with M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 2/18/2022 | Review and investigate money in/out from provided Bank Accounts | 3.00 | $235.00 | $705.00 |
| 2/21/2022 | Teleconference with M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 2/21/2022 | Email checking on status of filing of MOR | 0.20 | $235.00 | $47.00 |
| 2/21/2022 | Revision to Notes of money in/out from provided Bank Accounts to send out to broader team | 0.30 | $235.00 | $70.50 |
| 2/22/2022 | Summarize notes to provide outline for secured POC discussion with broader team | 0.40 | $235.00 | $94.00 |
| 2/22/2022 | Teleconference with M. Staglik, T. Arnold, and D. Golubchick on secured claims | 1.00 | $235.00 | $235.00 |
| 2/22/2022 | Teleconference with M. Staglik on case status | 0.20 | $235.00 | $47.00 |
| 2/22/2022 | Review unsecured POC claims | 1.00 | $235.00 | $235.00 |
| 2/23/2022 | Teleconference with M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 2/24/2022 | Setup Quarterly Payment to the UST | 0.20 | $235.00 | $47.00 |
| 2/24/2022 | Teleconference with M. Staglik on case status | 0.20 | $235.00 | $47.00 |
| 2/25/2022 | Teleconference with M. Staglik on case status | 0.10 | $235.00 | $23.50 |
| 2/25/2022 | Revise January MOR with updated financial statements and debt figures | 1.00 | $235.00 | $235.00 |

| | |
|---|---|
| Colin Moran Total | $8,131.00 |

# EXHIBIT "D"

**Summary of SierraConstellation Partners Expenses by Category**
For the Period February 1st through February 28th

| Reimbursable Expenses | Amount |
|---|---|
| Miscellaneous (Employee) | $0.00 |
| Airfare | $0.00 |
| Meals | $0.00 |
| Local Transportation (Taxi, Limos, etc.) | $0.00 |
| Lodging | $0.00 |
| **Total Expenses** | **$0.00** |

# EXHIBIT "E"

**Summary of SierraConstellation Partners Expenses by Detail**
For the Period February 1st through February 28th

| Activity | Date | Employee | Description | Amount |
|----------|------|----------|-------------|--------|
| Miscellaneous | | | | |
| | | | Total Miscellaneous | $0.00 |
| Meals | | | | |
| | | | Total Meals | $0.00 |
| Airfare | | | | |
| | | | Total Airfare | $0.00 |
| Local Transportation (Taxi, Limos, etc.) | | | | |
| | | | Total Local Transportation | $0.00 |
| Lodging | | | | |
| | | | Total Lodging | $0.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **DEBTOR'S NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 14, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Jerrold L Bregman**    jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**    mdevoll@watttieder.com, zabrams@watttieder.com
- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**    rbk@jmbm.com
- **Jane G Kearl**    jkearl@watttieder.com
- **Jennifer Larkin Kneeland**    jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **William Schumacher**    wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Mark Shinderman**    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2.  SERVED BY UNITED STATES MAIL**: On **March 14, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 14, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 14, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          **F 9013-3.1.PROOF.SERVICE**

In re Crestlloyd, LLC
D UST Receiver RSN + Amended 20 Largest
File No.: 9562

**Counsel For Receiver**
Brutzkus Gubner Rozansky Seror Weber LLP
David Seror/Jessica Wellington
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Branden Williams
257 N. Cannon Dr., 2nd Fl.
Beverly Hills, CA 90210

Centurion Air, LLC
Attn: Michael T. Pyle
13932 Arrow Creek Road
Draper, UT 84020

Italian Luxury Design
4 NE 39 St.
Miami, FL 33137

KN Coating
201 E. Tamarack Ave
Inglewood, CA 90301

Made by TSI, Inc.
888 Biscayne Blvd #209
Miami, FL 33132

The Vertex Companies, Inc.
12100 Wilshire Blvd 8th floor
Los Angeles CA 90025-0000

**Attorneys for Richard Saghian**
Amy P. Lally, Esq. **RSN**
Sidley Austin LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067

Debtor
Crestlloyd, LLC
c/o SierraConstellation Partners LLC
355 S. Grand Avenue Suite 1450
Los Angeles, CA 90071

Biabani & Associates, Inc.
Attn: Alex Biabani
1600 Sawtelle Bl #104
Los Angeles, CA 90025

C.G.S. Custom Glass Specialists
Attn: Tom Yang
4536 Ish Drive
Simi Valley, CA 93063

Davidson Accountancy Corp.
William N. Davidson, CPA
14011 Ventura Blvd., Ste. 302
Sherman Oaks, CA 91423

Jabs Pools and Spas, LLC
Attn: Georgina Rendon
8055 Matilija Ave.
Panorama City, CA 91402

LA DWP
P.O. Box. 30808
Los Angeles, CA 90030

Midland Contractors, Inc.
Attn: Bruce Partovi
Po Box 8312
Van Nuys, CA 91409

West Coast Gates
339 Isis Ave.
Inglewood, CA 90301

Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Bradford Sheet Metal
4164 Sopp Road
Mojave, CA 93501

CAD Stone Works Inc.
Attn: Cesar Hernandez
4533 Van Nuys Bl. #201
Sherman Oaks, CA 91403

Creative Art Partners
6542 Hayes Dr.
Los Angeles, CA 90048

Dennis Palma
146 Beach Way
Monterey, CA 93940

Vesta (aka Showroom Interiors, LLC)
Attn: Julian Buckner
8905 Rex Road
Pico Rivera, CA 90660

West Valley Green Landscaping, Inc.
14761 Tupper St.
Panorama City, CA 91402

**Attorneys for Richard Saghian**
Samuel A. Newman, Esq. **RSN**
Genevieve G. Weiner, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013