1  Jennifer L. Kneeland (admitted *pro hac vice*)
   Marguerite Lee DeVoll (admitted *pro hac vice*)
2  Jane Kearl, Bar No. 156560
   Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
3  4 Park Plaza, Suite 1000
   Irvine, CA 92614
4  Telephone: 949-852-6700
   jkneeland@watttieder.com
5  mdevoll@watttieder.com
   jkearl@watttieder.com
6
   Attorneys for Creditor
7  J & E Texture, Inc.

8                    **UNITED STATES BANKRUPTCY COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10                          **LOS ANGELES DIVISION**

11 | In re:                          | Case No.: 2:21-bk-18205-DS
   |                                 | Chapter 11 Case
12 | CRESTLLOYD, LLC,
13 |          Debtor and Debtor-in-  | **DECLARATION OF REECE HAMILTON IN SUPPORT OF J & E TEXTURE, INC.'S OBJECTION TO MOTION FOR ORDER: (1) APPROVING THE SALE OF THE DEBTOR'S REAL PROEPRTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, WITH THE EXCEPTION OF ENUMERATED EXCLUSIONS; (2) FINDING THAT THE BUYER IS A GOOD FAITH PURCHASER; (3) AUTHORIZING AND APPROVING THE PAYMENT OF CERTAIM CLAIMS FROM SALE PROCEEDS; (4) WAIVING THE FOURTEEN-DAY STAY PERIOD SET FORTH IN BANKRUPTCY RULE 6004(h); AND (5) PROVIDING RELATED RELIEF**
   |          Possession.            |
14 |                                 |
15 |                                 |
16 |                                 |
17 |                                 |
18 |                                 |
19 |                                 |
20 |                                 |
21 |                                 |
22 |                                 | Date:    March 18, 2022
   |                                 | Time:    11:00 A.M. PST
23 |                                 | Place:   Courtroom 1639
   |                                 |          255 E. Temple St.
24 |                                 |          Los Angeles, CA 90012
   |                                 |          **VIA ZOOMGOV ONLY**
25

26         I, REECE HAMILTON, declare as follows:

27         1.      I am over 18 years of age.  I have personal knowledge of the facts set forth below

28 and, if called to testify, would and could competently testify thereto.

Watt, Tieder,
Hoffar &
Fitzgerald, L.L.P.
Attorneys At Law
Irvine
                                              1

2. I am the President and CEO of Hamilton Brothers Construction.

3. I submit this declaration in support of J & E Texture, Inc.'s ("J&E") *Objection* (the "Objection") to the *Motion for an Order: (1) Approving the Sale of the Debtor's Real Property Free and Clear of All Liens, Claims, Encumbrances, and Interests, with the Exception of Enumerated Exclusions; (2) Finding that the Buyer is a Good Faith Purchaser; (3) Authorizing and Approving the Payment of Certain Claims from Sale Proceeds; (4) Waiving the Fourteen-Day Stay Period Set Forth in Bankruptcy Rule 6004(h); and (5) Providing Related Relief* [Dkt. No. 142] (the "Motion") filed by Crestlloyd, LLC (the "Debtor").

4. I was employed by the Debtor as one of the original project managers and supervisors for the construction of the residential home upon the real property located at 944 Airole Way, Los Angeles, CA 90077 (the "Property" or "The One"). I worked for the Debtor for four to five years, and was involved in the project from when constructions started through the drywall phase.

5. Construction of "The One" began as early as March 2, 2014 when United Excavation demolished the existing house and began site grading.

6. On April 23, 2014, the City of Los Angeles conducted the first inspection for grading.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 14, 2022

*Reece Hamilton*
Reece Hamilton

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 2 -