## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor and Debtor in Possession. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**DECLARATION OF YVONNE NIAMI IN OPPOSITION TO SALE MOTION [DOCKET NO. 142]**<br><br>**Hearing:**<br>Date: March 18, 2022<br>Time: 11:00 a.m.<br>Place: Courtroom 1639<br>255 East Temple Street<br>Los Angeles, California 90012<br>(via Zoom for Government) |

I, Yvonne Niami, a member of Crestlloyd LLC, declare as follows:

<u>Concierge Auctions</u>

1. On Monday January 3, 2022 at 5:41 PM, I texted Chad Roffers, Chairman of Concierge Auctions, for a 3-way call with Joseph Englanoff of Yogi Securities, one of the secured creditors, to discuss the auction reserve price for the sale of 944 Airole Way, Los Angeles, CA 90077. Mr. Englanoff and I were concerned with the idea of not having a minimum reserve in place and therefore wanted to discuss putting one in place before the court hearing to determine whether there would or would not be a reserve at the auction.

2. The day before the court hearing, Mr. Englanoff and I had the 3-way call with Mr. Roffers to discuss these concerns relating to the minimum reserve price.

3. During this call it was made clear by both Mr. Englanoff and myself that we were in favor of a reserve price to be set for the upcoming auction of 944 Airole Way.

4. While on the call, Mr. Roffers made it very clear that he had no issue implementing and recommending a minimum reserve price for the auction and said he would support it the following day at the hearing.

5. To my knowledge, the following day, Mr. Roffers was due in court to make his recommendation on the auction with regards to including a reserve or not.

6. It was brought to my attention that after Mr. Roffers had told Mr. Englanoff and myself, he did not have any issue with including a minimum reserve, he then proceeded to tell the court that he recommended having no reserve price included in the auction. Had I known this would have been the case, I would have objected to having no reserve during the court hearing.

7. During the auction process, which started on February 28, 2022 and concluded March 3, 2022, I received an email from Concierge Auctions, advertising the "CURRENT HIGH BID" at $50M. (Exhibit 1) In my opinion, this tactic was detrimental to the outcome of the auction. It gave the impression the house could be purchased for far less than its market value, which according to a previous email sent by Mr. Roffers, was believed to be between $265 - $310M. To quote his exact words, he wrote "As discussed, we believe the final high bid will fall somewhere between $265M and $310M." (Exhibit 2)

8. Following the release of this email, I became concerned with the auction process and reached out to Mario, who I believe to be Mario Vargas, Senior Vice President of Corporate Development at Concierge Auctions. He was the "Day to Day" person from Concierge stationed at 944 Airole. He told me a method Concierge Auctions uses often during the bidding process is called a "Soft Gavel," in which they extend the length of the auction to generate higher bids. He told me that the auction could be extended for 1 to 2 days by using this "Soft Gavel" and with a house like this, most likely would be. This information relating to the "Soft Gavel" method was explained to multiple interested parties, including the realtors and lien holders. To my knowledge, the bidding was extended 3 times by 3 minutes, for a total of 9 additional minutes, leaving almost

1

no additional time to generate higher bids, and not the aforementioned 1 or 2 days as expected.

9. On March 2, 2022 I texted Mr. Roffers "Is it normal that bidding starts so low?" to which he responded "Yes." (Exhibit 3)

10. On March 3, 2022 I tried to call Mr. Roffers as I was becoming increasingly concerned with the handling of the auction. He did not answer and proceeded to text "Can't talk. We all need to be focusing on the bidders right now." I then texted him "If the bids are not high enough Can we push it out until tomorrow?" This was based off the previous conversation I had with Mario relating to the "Soft Gavel." There was no response from Mr. Roffers. I then proceeded to text him the two following texts "We have to extend the auction. 141 won't work. That barely covers Hankey" & "This is a disaster. Everyone wanted a reserve. Why, at the very least did you not push out the auction? Is there anyway to course correct this?" (Exhibit 4)

11. Within 2 hours of closing the bidding, Concierge Auctions sent an email stating "OUR 5TH WORLD RECORD: $141M-Plus Pending Sale of America's Largest Residence," (Exhibit 5) while posting similar sentiments on Instagram and Instagram stories. (Exhibit 6) I believe this shows the true intention of Concierge Auctions, considering they knew the debt on the house far exceeded that amount.

12. Not until after Concierge Auctions had closed the bidding and proceeded to send out a mass marketing email, Instagram post, and Instagram story did Mr. Roffers respond to my previous texts about extending the auction.

13. In my opinion, Concierge Auctions saw an opportunity to be a part of one of the most valuable properties in the United States and intentionally misled the lien holders and myself to generate publicity and advance their company's status without the best interests of the other involved parties. Had a minimum reserve price been implemented, we could have avoided a multitude of problems and potentially have generated a much higher final bid.

14. It has also come to my attention that Concierge Auctions has a similar high-end listing in the same neighborhood, less than half a mile away, at 777 Sarbonne Rd, Los Angeles, CA 90077. This house is listed for $87,777,777 and has a reserve price of $50M. This shows that it is common practice for Concierge Auctions to implement a reserve when dealing with homes of this caliber and price point.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 15th day of March 2022, at Los Angeles, California.

Name: Yvonne Niami

3

Exhibit List

| Exhibit # | Description |
|---|---|
| 1 | Current High Bid Email |
| 2 | Chad Roffers Estimated Sales Price Email |
| 3 | Text Messages with Chad Roffers |
| 4 | Text Messages with Chad Roffers |
| 5 | World Record Email from Concierge Auctions |
| 6 | Instagram Post and Story from Concierge Auctions |
| 7 |  |

4

Exhibit 1



10:42    ..I 5G

[BIDDING OPEN] Ame...



CONCIERGE AUCTIONS

# LAST CHANCE TO REGISTER



## BIDDING NOW OPEN

**THE ONE, BEL AIR, CA**
CURRENT HIGH BID: $50M
BIDDING ENDS MARCH 3

Listed for $295M | Selling No Reserve to
the Highest Bidder
1% Co-broke Commission

Exhibit 2

10:34    ..l LTE ■

944 Airole Way / Con...

**From:** "Chad (conciege Auctions) Roffers"
< >
**Date:** Friday, March 5, 2021 at 4:22 PM
**To:** Yvonne Niami
< >
**Cc:** Aaron Kirman
< >
**Subject:** 944 Airole Way / Concierge Auctions Proposal

Exhibit 3

3:00



Chad (conciege Auctions)

sure. Tomorrow should be a good day.



Yes

Can't talk. We all need to be focusing on the bidders right now.

If the bids are not high enough Can we push it out until tomorrow?

      

Exhibit 4



Chad (conciege Auctions)





Exhibit 5

**New World Record | The One, Bel Air, CA** 🏆



View this email in your browser

CONCIERGE AUCTIONS

#MAKEHISTORY

# OUR 5TH WORLD RECORD:

$141M-Plus Pending Sale of America's Largest Residence



Exhibit 6

