Judge Deborah J. Saltzman at her Chambers
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012



In re : Case No.: 2:21-bk-18205 CRESTLLOYD, LLC, debtor

## SPECIAL – PRIVILEGED - CONFIDENTIAL

## Notice of Mail Matter "Letter of Wishes" in Transit, postmarked March 21, 2022, Saint Paul, Minnesota, intended for Judge Deborah Saltzman, at chambers, courtesy copy attached.

7021 0350 0000 8706 8692



## Letter of Wishes

Whereas notice of equitable conversion from real to personal estate is now entered of record [Case No.: 2:21-bk-18205 CRESTLLOYD, LLC, debtor] and,

Whereas equitable conversion is a fixed principle that the court has full authority to control the acts of the trustees and direct the conversion (and reconversion) upon mere authority of power of sale, and,   e.S.

Whereas, this letter amends the expression of my intent and purpose expressed in the Registered Mail Number RE 637 835 923 US incorporated herein by reference;

It is my wishes to reconvert the said personal (equitable) estate for a purpose of complete settlement including for improvements and year of year maintenance and support of the ("THE ONE") private sacred family homestead, and remainderman to my private uses and enjoyment.   O.S.S

I wish that a) payment issue to the creditors for settlement of the debts in toto via clerk's cheque, b) to order the reconveyance of the note marked "paid in full," deed of trust, to the debtor, c) my full release of the debtor's obligations into the hands of the receiver/court resulting from   O.S.S

(the prior notice of) my election to extend debt forgiveness to the debtor, d) the transfer and conveyance of real estate title to me, my successors or assigns, use and possession to said sacred homestead from the same in redemption thereof, and e) that a full forensic accounting and final distribution of the remainder to me to remain on special deposit and protected at the clerk's office awaiting further fund forwarding instructions by me to the Clerk of Court until the fund is exhausted. e.r.

Testamentary, Transfer on Death. Should at any time my life e.r. cease or irreparably incapacitated prior to the complete and total disbursement of funds while still in your care it is obligatory that the court protect and disburse my remaining personal estate be fully distributed to my surviving wife in succession, if not, then all my children, if not, my nieces and nephews equally or to their respective guardians. In good faith at will this Julian day 2459659.31258 i.1022 year of our lord.

[seal]

Roark. Settlor. Testator. Sui Juris.
Schwagerl, Edward Roark,
c/o #120353 Rural Route C770, Saint Paul, Minnesota
Zip Exempt Postal Rule, ((DMM 602 1.3(e)(2))
Non-commercial First Class.
Tel. +1 (612) 720-3784



Certified Mail #7021 0350 0000 0708 8692
Page 2 of 2                                        3/20/22







FROM THE DESK OF
schwagerl, edward roark
Edward Roark Schwagerl™ Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
*RR662692550us29trust@gmail.com*
tel. +1 612-720-3784
D/B/A EDWARD ROARK SCHWAGERL
*Within Const. Art. IV Sec 3 Cl 1 without the State-Territory-District*



TENDER RR662692550US-32.001 for "THE ONE"
GIVEN FOR PATENT RIGHT IN GOOD FAITH
SELF-LIQUIDATING PAPER
SUBROGEE TO CRESTLLOYD, LLC, BANKRUPT ESTATE
$295000000.00 UNITED STATES DOLLARS
parcel 2131126020140001 & 2160308020100001
Latitude 34.088720 Longitude -118.452010
Land Lot Size: 166826 Sq. Ft, 3.8298 Acres

REGISTERED MAIL
RE 637 835 923 US

Table of Contents









**Receipt 1:**

**UNITED STATES POSTAL SERVICE**

NEW BRIGHTON
525 MAIN ST
SAINT PAUL, MN 55112-9998
(800)275-8777

03/01/2022                                03:48 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| $5 Statue Freedom | 4 | $5.00 | $20.00 |
| $1 Statue Freedom | 10 | $1.00 | $10.00 |
| First-Class Mail® Package | 1 | | $4.80 |

   Los Angeles, CA 90012
   Weight: 0 lb 2.60 oz
   Estimated Delivery Date
      Sat 03/05/2022
   Registered Mail®                       $14.35
      Amount: $1.00
      Tracking #:
         RE637835172US
   Return Receipt                          $3.05
      Tracking #:
         9590 9402 7012 1225 8063 49
   Affixed Postage                       -$22.20
      Affixed Amount: $22.20
Total                                      $0.00

Grand Total:                              $30.00

---

**Receipt 2:**



**UNITED STATES POSTAL SERVICE**

NEW BRIGHTON
525 MAIN ST
SAINT PAUL, MN 55112-9998
(800)275-8777

02/14/2022                                03:34 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| $5 Statue Freedom | 8 | $5.00 | $40.00 |
| $1 Statue Freedom | 10 | $1.00 | $10.00 |
| Priority Mail® 2-Day | 1 | | $17.90 |

   Los Angeles, CA 90012
   Weight: 2 lb 5.40 oz
   Expected Delivery Date
      Thu 02/17/2022
   Registered Mail®                       $14.35
      Amount: $2.75
      Tracking #:
         RE637835923US
   Return Receipt                          $3.05
      Tracking #:
         9590 9402 7012 1225 8063 56
   Affixed Postage                       -$35.30
      Affixed Amount: $35.30
Total                                      $0.00

Grand Total:                              $50.00

Stamp Duty Tax Paid
Two Cents



**UNITED STATES POSTAL SERVICE®**

# Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: **Schwagerl, Edward Roark.**

~~Edward Roark Schwagerl Living Estate Trust~~
c/o #120353 Rural Route C770
Saint Paul, Minnesota. Zip Exempt Postal Rule
(DMM 602 1.3(c)(2)). Official Business -- Office of Beneficiary

To pay fee, affix stamps or meter postage here.

Postmark Here

To: **Judge Deborah J. Saltzman at Chambers**
U.S. Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, suite 1634
~~Los Angeles, CA 90012.    United States of America.~~
Certified Mail # 7021 0350 0000 0708 8692

PS Form **3817**, April 2007  PSN 7530-02-000-9065

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee  $

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)  $
- ☐ Return Receipt (electronic)  $
- ☐ Certified Mail Restricted Delivery  $
- ☐ Adult Signature Required  $
- ☐ Adult Signature Restricted Delivery  $

Postage  $

Total Postage and Fees  $

Sent To: Judge Sheri Bluebond, USBK Crt Clerk
Street and Apt No., or PO Box No.: 255 E. Temple St (TS) Suite 1634
City, State, ZIP+4: Los Angeles, CA 90012

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0350 0000 0708 8692

7021 0350 0000 0708 8692

**CERTIFIED MAIL®**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, April 2015 *(Reverse)* PSN 7530-02-000-9047

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Judge Saltzman, Deborah J.
   Chambers, US Bankruptcy Court
   Central District California
   Edward R. Roybal Building
   255 E. Temple Street, Suite 1634
   Los Angeles, CA 90012

9590 9402 7012 1225 8063 32

2. Article Number (Transfer from service label)

   7021 0350 0000 0768 8692

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☑ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

