Order Number: _____

 

# United States Bankruptcy Court
# Central District of California

## Audio Recording of Court Proceedings Order Form

**Ordering Party:** Name, Address, and Telephone Number

Name  Noreen Madoyan, Esq.
Firm  United States Trustee
Address 915 Wilshire Blvd., Suite 1850
City, State, Zip  Los Angeles, CA 90017
Phone  (202) 934-4064
Person to Contact  Patti Brundige

**Case/Debtor Name:** Crestllyod, LLC

**Case Number:** 21-18205    **Chapter No:** 11

☑ Bankruptcy    ☐ Adversary

**Presiding Judge:** Saltzman

**Hearing Information:** (A separate form must be completed for **each** hearing date requested)

**Date of Hearing:** 3/11/22    **Time of Hearing:** 1:00pm    **Calendar Matter Number:** 1
(Use one form for each hearing date.)

Do you want a recording of the ☑ entire hearing  ☐ ruling, or  ☐ part of the hearing. If you want a recording of only part of the hearing, please indicate which part below:

FILED
MAR 17 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:          Deputy Clerk

**Number of Copies Requested:** 1

**Format:** Please select desired format.

☐ **CD - FTR Gold format** requires *TheRecord Player*™ available as a free download from <www.fortherecord.com>.
☑ **CD - Windows Audio format** will play using standard software installed on most computers.
☐ **CD - MP3 format** can be played on most CD-R and CD-RW MP3 compatible players. **MP3 is the only format which is compatible with Apple/Macintosh ("Mac") computers**.

**Cost**

The cost for one compact disc (CD) or one cassette tape is $30.00. A deposit of $30.00 is required for each hearing date before an audio request may be processed. Audio requests are ordinarily completed within two business days from receipt of the deposit. The ordering party will be notified by telephone when the audio request is ready. If additional fees are required, the ordering party will be notified. Payment of additional fees is required prior to picking up the completed order.

**Signature of Ordering Party:**

_____ Date: 3/17/22
By signing, I certify that I will pay all charges upon completion of the audio recording request.

**Pick-up Verification:** Date:

| # Media Duplicated _____ | Total Cost: $ _____ |
|---|---|

| Order Received | Date | By | Deposit Paid | |
|---|---|---|---|---|
| Deposit Paid | | | Total Charges | |
| Audio Duplicated | | | Less Deposit | |
| Party Notified to Pick-up | | · | Total Due | |

**Cashier Verification:**

Receipt Number _____

Stamp _____

(Seal)

Revised 8/2015