

# United States Bankruptcy Court
## Central District of California

### Audio Recording of Court Proceedings Order Form

**Ordering Party:** Name, Address, and Telephone Number
- Name: Sonny Flores
- Firm: Office of the U.S. Trustee
- Address: 915 Wilshire Street, Suite 1850
- City, State, Zip: Los Angeles, CA 90017
- Phone: (213) 894-4588

**Case/Debtor Name:** Crestlloyd, LLC
**Case Number:** 21-18205 DS    **Chapter No.:** 11.0
☑ Bankruptcy    ☐ Adversary
**Presiding Judge:** Deborah J. Saltzman

**Hearing Information:** (A separate form must be completed for **each** hearing date requested)
**Date of Hearing:** 3/11/2022    **Time of Hearing:** 1:00 pm    **Calendar Matter Number:** 200
(Use one form for each hearing date.)

Do you want a recording of the ☑ entire hearing ☐ ruling, or ☐ part of a hearing. If you want a recording of only part of the hearing, please indicate which part below:

**Number of Copies Requested:** 1

**RECEIVED MAR 21 2022**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**Format:** Please select desired format.
- ☐ **CD - FTR Gold format** requires *TheRecord Player*™ available as a free download from <www.ftrtherecord.com>.
- ☑ **CD - Windows Audio format** will play using standard software installed on most computers.
- ☑ **CD - Audio CD format** (generic format) can be played on most CD-R and CD-RW compatible players designed to play music. **This is the only format which is compatible with Apple or Mac computers.**

**Cost** N/A

The cost for one compact disc (CD) or one cassette tape is $30.00. A deposit of $30.00 is required for each hearing date before an audio request may be processed. Audio requests are ordinarily completed within two business days from receipt of the deposit. The ordering party will be notified by telephone when the audio request is ready. If additional fees are required, the ordering party will be notified. Payment of additional fees is required prior to picking up the completed order.

**Signature of Ordering Party:** Sonny Flores    Date: 3/18/22

By signing, I certify that I will pay all charges upon completion of the audio recording request.

**Pick-up Verification:** _____ Date: _____

| | Date | By | | |
|---|---|---|---|---|
| Order Received | | | Deposit Paid | |
| Deposit Paid | — | | Total Charges | |
| Audio Duplicated | 03/22/22 | AA | Less Deposit | |
| Party Notified to Pick-up | Mailed 03/22/22 | AA | Total Due | |

# Media Duplicated: _____    Total Cost: $_____

**Cashier Verification:**
Receipt Number _____
Stamp _____    (Seal)

Revised 10/11