DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

MAR 23 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>                    Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR AN ORDER: (1) APPROVING THE SALE OF THE DEBTOR'S PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (2) WAIVING THE FOURTEEN-DAY STAY PERIOD SET FORTH IN BANKRUPTCY RULE 6004(h); AND (3) PROVIDING RELATED RELIEF**<br><br>Hearing:<br>  Date:   March 18, 2022<br>  Time:   11:00 a.m.<br>  Place:  Courtroom 1639<br>          255 East Temple Street<br>          Los Angeles, California 90012 |

A hearing was held at the above time and place on the "Motion for an Order: (1) Approving the Sale of the Debtor's Personal Property Free and Clear of All Liens, Claims, Encumbrances, and Interests; (2) Waiving the Fourteen-Day Stay Period set forth in Bankruptcy Rule

/ / /

6004(h); and (3) Providing Related Relief" (the "Motion," Docket No. 144). Appearances were noted on the record.

The court has reviewed and considered the Motion, the record in this case, and the statements of counsel on the record at the hearing. For the reasons stated on the record,

IT IS HEREBY ORDERED that the Motion is granted as follows:

1. Provided there is no stay pending appeal of this order, upon the entry of this order: (a) the sale of the Personal Property[1] free and clear of all Interests to the Buyer for the Purchase Price of $10,000.00 is approved; and (b) the Debtor is authorized to take any and all actions reasonably necessary to consummate the sale of the Personal Property pursuant to this order;

2. Upon the closing of the sale transaction approved by this order, the Debtor is authorized to transfer the Purchase Price of $10,000 to Hankey on account of its lien;

3. The 14-day stay set forth in FRBP 6004(h) is waived to enable the sale of the Personal Property to close as quickly as possible;

4. This order is binding upon and governs the acts of all persons and entities, including, without limitation: the Debtor's bankruptcy estate; the Debtor and its successors and assigns, including, without limitation, any chapter 11 trustee or examiner hereinafter appointed or any chapter 7 trustee appointed; all creditors of the Debtor (whether known or unknown); the Buyer and his successors and assigns; the Personal Property; filing agents; filing officers; title agents; recording agencies; secretaries of state and all other persons and entities who may be required to report or insure any title in or to the Personal Property or who may be required by operation of law, the duties of their office or contract, to accept, file, register, or otherwise record or release any documents or instruments that reflect that the Buyer is the owner of the Personal Property free and clear of all Interests, except as otherwise provided in the Purchase Agreement and this order, and each of the foregoing persons and entities is directed to accept for filing any and all of the documents and instruments necessary and appropriate to consummate the transactions contemplated by the Purchase Agreement; and

/ / /

---

[1] Capitalized terms used but not defined herein are used as defined in the Motion.

5. The court retains exclusive jurisdiction to interpret and enforce the terms of this order, the rights and duties of the parties subject to this order, or any issues relating to this order.

### ###

Date: March 23, 2022

*[Signature]*

Deborah J. Saltzman
United States Bankruptcy Judge