

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 11.00

APPEAL? ☒ Yes ☐ No
APPEAL No. _____ (if known)

(File this form on the related case docket)

**Ordering Party's Name:** Hamid R. Rafatjoo        **Attorney Bar#** 181564
**Law Firm:** Raines Feldman LLP
**Mailing Address:** 1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

**Person to Contact** (**If Judge-ordered: Transcriber to contact Procurement****): Bambi Clark
**Telephone:** ( 805 ) 223-0528        **E-mail:** bclark@raineslaw.com
**Bankruptcy Case #:** 2:21-bk-18205-DS        **Adversary Proceeding #/MP #:** _____
**Date of Hearing** (**complete a SEPARATE form for EACH hearing date**): 3/11/2022    **Time:** 1:00 pm
**Debtor:** Crestlloyd, LLC

**Adversary Proceeding Name:** _____ vs. _____
**Hearing Judge:** D. Saltzman        **Courtroom #:** LA 1639
**TRANSCRIBER:** Ben Hyatt        **ALTERNATE:** Briggs Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ 3 Days    ☐ Entire Hearing
☐ 14 Days    ☒ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days        ☐ Testimony of Witness _____ (name of witness)
        ☐ Other*

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript****: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____    Date Sent to Transcriber: _____    By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ____ ) Time Start (Index #): ____ Time End (Index #): ____ Time Start: ____ Time End: ____
(Tape #: ____ ) Time Start (Index #): ____ Time End (Index #): ____ Time Start: ____ Time End: ____
Court Recorder: _____    Division: _____    Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*