ORDER No. _____



# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 11.00

APPEAL? ☒ Yes ☐ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

**Ordering Party's Name:** Hamid R. Rafatjoo    **Attorney Bar#** 181564
**Law Firm:** Raines Feldman LLP
**Mailing Address:** 1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

**Person to Contact** (**If Judge-ordered: Transcriber to contact Procurement***): Bambi Clark
**Telephone:** (805) 223-0528    **E-mail:** bclark@raineslaw.com
**Bankruptcy Case #:** 2:21-bk-18205-DS    **Adversary Proceeding #/MP #:** _____
**Date of Hearing** (**complete a SEPARATE form for EACH hearing date**): 3/18/2022    **Time:** 11:00 am
**Debtor:** Crestlloyd, LLC

**Adversary Proceeding Name:** _____ vs. _____
**Hearing Judge:** D. Saltzman    **Courtroom #:** LA 1639
**TRANSCRIBER:** Ben Hyatt    **ALTERNATE:** Briggs Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)    ☐ 3 Days    ☐ Entire Hearing
☐ 14 Days    ☒ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days    ☐ Testimony of Witness _____
    ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____
(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____
Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*