Hamid R. Rafatjoo (State Bar No. 181564)
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: 310.440.4100
Facsimile: 310.691.1367
E-mail: hrafatjoo@raineslaw.com

*Attorneys for Appellant Nile Niami*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>        Debtor. | District Court Case No.: 2:22-cv-02091-FLA<br><br>Bankruptcy Case No. 2:21-BK-18205-DS<br><br>Chapter 11<br><br>**APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL**<br><br>[No Hearing Required]<br><br>Date Appeal Filed: 3/28/2022<br><br>Appeal Docket Entry No.: 249 |

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellant Nile Niami hereby designates the following items, including all attachments, exhibits and addenda included therewith and all documents incorporated by reference therein, for inclusion in the record on his appeal from the Bankruptcy Court's order approving the sale of the Debtor's unique real property [Docket No. 247] (the "**Sale Order**") that is currently pending before the District Court as Case No. 2:22-cv-02091-FLA:

**DESIGNATION OF THE RECORD**

| Date Filed | Docket No. | Description |
|---|---|---|
| 11/18/2021 | 37 (15 pgs) | Debtor's First Chapter 11 Case Status Report |
| 11/23/2021 | 52 (95 pgs) | Debtor's Schedules and Statement of Financial Affairs |
| 12/08/2021 | 66 (177 pgs) | Debtor's Notice Of Motion And Motion For Entry Of Interim And Final Orders: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief; Memorandum Of Points And Authorities And Declaration In Support Thereof |
| 12/10/2021 | 70 (7 pgs) | Interim Order Granting Motion For Order: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (Iv) Granting Related Relief |
| 12/14/2021 | 74 (104 pgs) | Application Of Debtor And Debtor In Possession To: (1) Employ The Beverly Hills Estates And Compass As Real Estate Brokers Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, (2) Employ Concierge Auctions, LLC As Auctioneer Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, And (3) Approve The Payment Of Compensation To Real Estate Brokers And Auctioneer From Escrow Upon Closing; Declarations In Support Thereof |

3009225.1

| Date Filed | Docket No. | Description |
|---|---|---|
| 12/16/2021 | 78 (17 pgs) | Errata to Application Of Debtor And Debtor In Possession To: (1) Employ The Beverly Hills Estates And Compass As Real Estate Brokers Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, (2) Employ Concierge Auctions, LLC As Auctioneer Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, And (3) Approve The Payment Of Compensation To Real Estate Brokers And Auctioneer From Escrow Upon Closing |
| 12/21/2021 | 81 (6 pgs) | Supplemental Declaration of Lawrence R. Perkins in Support of Application Of Debtor And Debtor In Possession To: (1) Employ The Beverly Hills Estates And Compass As Real Estate Brokers Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, (2) Employ Concierge Auctions, LLC As Auctioneer Pursuant To 11 U.S.C § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § 328, And (3) Approve The Payment Of Compensation To Real Estate Brokers And Auctioneer From Escrow Upon Closing |
| 12/23/2021 | 84 (367 pgs) | Motion of Theodore Lanes, Court-Appointed Receiver, and Brutzkus Gubner Rozansky Seror Weber LLP for Entry of Orders Allowing and Directing Immediate Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 543(c), 503(b)(3)(E), and 503(b)(4); Memorandum of Points and Authorities and Declarations of Theodore Lanes and David Seror in Support Thereof |
| 12/29/2021 | 88 (131 pgs) | Debtor's Notice Of Motion And Motion To: (1) Approve Auction And Bid Procedures Regarding The Sale Of Real Property And (2) Set Scheduling For A Motion To Approve The Sale Of Real Property; Memorandum Of Points And Authorities And Declaration In Support Thereof |
| 1/05/2022 | 97 (4 pgs) | Limited Objection of Yogi Securities Holdings, LLC to Debtor's Motion to: (1) Approve Auction and Bid Procedures Regarding the Sale of Real Property and (2) Set Scheduling for a Motion to Approve the Sale of Real Property |
| 01/05/2022 | 98 (5 pgs) | Opposition to Motion to Approve Auction and Bid Procedures Regarding the Sale of Real Property filed by Inferno Investment, Inc. |

3

3009225.1

| Date Filed | Docket No. | Description |
|---|---|---|
| 01/10/2022 | 104 (2 pgs) | Order Approving Application Of Debtor And Debtor In Possession To: (1) Employ The Beverly Hills Estates And Compass As Real Estate Brokers Pursuant To 11 U.S.C. §327(a), With Compensation Determined Pursuant To 11 U.S.C. §328, (2) Employ Concierge Auctions, LLC As Auctioneer Pursuant To 11 U.S.C. §327(a), With Compensation Determined Pursuant To 11 U.S.C.§328, and (3) Approve The Payment Of Compensation To Real Estate Brokers And Auctioneer From Escrow Upon Closing |
| 01/10/2022 | 105 (2 pgs) | Order Granting Debtor's Motion To: (1) Approve Auction And Bid Procedures Regarding The Sale Of Real Property and (2) Set Scheduling For A Motion To Approve The Sale Of Real Property. |
| 01/14/2022 | 115 (2 pgs) | Order Following Status Conference Amending Certain Dates Under Order Granting Debtor's Motion To: (1) Approve Auction And Bid Procedures Regarding The Sale Of Real Property And (2) Set Scheduling For A Motion To Approve The Sale Of Real Property |
| 01/27/2022 | 122 (7 pgs) | Final Order: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, and (III) Granting Related Relief |
| 02/09/2022 | 126 (5 pgs) | Order granting motion of Theodore Lanes, court - appointed receiver, and Brutzkus Gubner Rosansky Seror Weber LLP for entry of orders allowing and directing immediate payment of administrative expense claims pursuant to 11 U.S.C. Sections 543(c), 503(B)(3)(e), and 503(b)(4). |
| 02/23/2022 | 130 (19 pgs) | Debtor's Notice Of Motion And Motion To Extend The Exclusivity Periods For The Debtor To File A Plan And Obtain Acceptance Thereof; Memorandum Of Points And Authorities And Declaration In Support Thereof |
| 03/08/2022 | 142 (170 pgs) | Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment |

3009225.1

| Date Filed | Docket No. | Description |
|---|---|---|
| | | Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); And (5) Providing Related Relief; Memorandum Of Points And Authorities And Declarations In Support Thereof. |
| 03/15/2022 | 193 (17 pgs; 2 docs) | Objection of Yogi Securities Holdings, LLC to Debtor's Motion to Approve the Sale of Real Property |
| 03/15/2022 | 196 (116 pgs) | Objection Of Nile Niami To Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); and (5) Providing Related Relief; Declaration of Nile Niami in Support Thereof |
| 01/06/2022 | 197 | Transcript of Hearing Held January 6, 2022 – Hearing re Debtor's Motion to (1) Approve Auction And Bid Procedures Regarding The Sale Of Real Property and (2) Set Scheduling For A Motion To Approve The Sale Of Real Property |
| 03/15/2022 | 202 (11 pgs) | Declaration of Yvonne Niami In Opposition To Sale Motion. |
| 03/16/2022 | 208 (35 pgs) | Debtor's Omnibus Reply to Oppositions to Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); And (5) Providing Related Relief; Memorandum Of Points And Authorities In Support Thereof |
| 03/17/2022 | 214 (108 pgs) | Notice Of Errata To Declaration Of Joseph Englanoff In Support Of Objection Of Yogi Securities Holdings, LLC To Debtors Motion To Approve The Sale Of The Debtors Real Property |

3009225.1

| Date Filed | Docket No. | Description |
|---|---|---|
| 03/28/2022 | 247 (31 pgs) | Order Granting Debtor's Motion For An Order: (1) Approving The Sale Of The Debtor's Real Property Free And Clear Of All Liens, Claims Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); and (5) Providing Related Relief |
| 3/21/2022 | 251 | Transcript of Hearing Held March 21, 2022 – continued hearing re Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); And (5) Providing Related Relief |
| 3/30/2022 | 263 | Transcript of Hearing Held March 18, 2022 – Debtor's Motion For An Order: (1) Approving The Sale Of The Debtors Real Property Free And Clear Of All Liens, Claims, Encumbrances, And Interests, With The Exception Of Enumerated Exclusions; (2) Finding That The Buyer Is A Good Faith Purchaser; (3) Authorizing And Approving The Payment Of Certain Claims From Sale Proceeds; (4) Waiving The Fourteen-Day Stay Period Set Forth In Bankruptcy Rule 6004(h); And (5) Providing Related Relief |

Dated: April 11, 2022      **RAINES FELDMAN LLP**

By      /s/ Hamid R. Rafatjoo
     Hamid R. Rafatjoo
*Attorneys for Appellant Nile Niami*

3009225.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):
**APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 11, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**     kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**     tma@lnbyg.com
- **Jerrold L Bregman**     jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**     mdevoll@watttieder.com, zabrams@watttieder.com
- **Danielle R Gabai**     dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**     tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**     dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**     jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**     rbk@jmbm.com
- **Jane G Kearl**     jkearl@watttieder.com
- **Jennifer Larkin Kneeland**     jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan**     mkogan@koganlawfirm.com
- **Noreen A Madoyan**     Noreen.Madoyan@usdoj.gov
- **Ryan D O'Dea**     rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**     sokubisch@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Ronald N Richards**     ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Victor A Sahn**     vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **William Schumacher**     wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror**     dseror@bg.law, ecf@bg.law
- **Zev Shechtman**     zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Mark Shinderman**     mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                     **F 9013-3.1.PROOF.SERVICE**
3002439.1

- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**   gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.law

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 4/11/2022 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/11/2022 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
3002439.1

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY UNITED STATES MAIL**:

<u>Crestlloyd, LLC (Debtor)</u>
David B. Golubchik (SBN 185520)
Todd M. Arnold (SBN 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034

<u>Richard Saghian (Buyer)</u>
Samuel A. Newman (SBN 217042)
Genevieve G. Weiner (SBN 254272)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013

Amy P. Lally (SBN 198555)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067

The Beverly Hills Estates / Compass (Broker)
R. Williams & B. Williams & A. Kirman
8878 Sunset Blvd
West Hollywood CA 90069

Compass (Broker)
Aaron Kirman
9378 Wilshire Blvd #200
Beverly Hills, CA 90212

Concierge Auctions (Auctioneer)
228 Park Avenue S
PMB 70835
New York, NY 10003-1502

Concierge Auctions (Auctioneer)
405 Lexington Avenue, 26th Floor
New York, NY 10174

Hilton & Hyland (Broker)
257 North Cañon Drive
Beverly Hills, CA 90210

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
3002439.1

**F 9013-3.1.PROOF.SERVICE**