DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**APR 21 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>        Debtor and Debtor in Possession. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO ESTABLISH A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE PRIORITY CLAIMS PURSUANT TO 11 U.S.C. § 503** |

      The court has reviewed and considered the "Motion to Establish a Bar Date for Filing Administrative Expense Priority Claims Pursuant to 11 U.S.C. §503" (the "Motion, Docket No. 261") filed by debtor Crestlloyd, LLC (the "Debtor"). Based on the Motion and the record in this case, and good cause appearing,

      IT IS HEREBY ORDERED that the Motion is granted as follows:

      (1)    The deadline for a party, other than the United States Trustee, the Clerk of Court, and professionals employed at the expense of the estate, to file and serve a request (an "Administrative Claim Request") for allowance and payment of an administrative expense priority claim of the kind described in 11 U.S.C. § 503(b), that is entitled to priority under 11 U.S.C. § 507(a)(2), and that was incurred or accrued or arose on or before April 30, 2022 (an "Administrative Claim") is **June 6, 2022** (the "Administrative Claim Deadline").

/ / /

(2) Administrative Claim Requests must not be set for hearing when filed.

(3) Any objection to an Administrative Claim Request must be filed no later than **June 23, 2022**. The objecting party must notice the Administrative Claim Request for hearing on **July 21, 2022 at 11:30 a.m.**

(4) A reply in support of any Administrative Claim Request to which a timely objection is filed must be filed no later than **July 14, 2022**.

(5) If no timely objection to an Administrative Claim Request is filed, the party that filed such Administrative Claim Request may lodge an order allowing and authorizing payment of the Administrative Claim.

IT IS FURTHER ORDERED that the Debtor must serve notice of the Administrative Claim Deadline, attaching a copy of this order on all known or alleged creditors of the estate and all parties that have requested special notice in this case no later than **April 22, 2022**.

IT IS FURTHER ORDERED that, to the extent the Motion requests an order precluding any party, other than the UST, the Clerk of Court, and professionals employed at the expense of the estate, from asserting any Administrative Claim not filed by the Administrative Claim Deadline, the Motion is denied. Pursuant to 11 U.S.C. § 503(a), a party may tardily file a request for payment of an administrative request if permitted by the court for cause.

###

Date: April 21, 2022

Deborah J. Saltzman
United States Bankruptcy Judge