DAVID B. GOLUBCHIK (SBN 185520)
TODD M. ARNOLD (SBN 221868)
JONATHAN D. GOTTLIEB (SBN 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA  90034
Telephone: (310) 229-1234
Fax: (310) 229-1244
Email: dbg@lnbyg.com, tma@lnbyg.com, jdg@lnbyg.com

Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**NOTICE OF DEADLINE TO FILE REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIMS**<br><br>**ADMINISTRATIVE CLAIM DEADLINE: <u>JUNE 6, 2022</u>** |

**PLEASE TAKE NOTICE** that, on March 30, 2022, Crestlloyd, LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case (the "<u>Debtor</u>"), filed its *Motion To Establish A Bar Date For Filing Administrative Expense Priority Claims Pursuant To 11 U.S.C. § 503* (the "<u>Motion</u>") [Dkt. 261], pursuant to which the Debtor sought an order (1) establishing a deadline (the "<u>Administrative Claim Deadline</u>") for any party, other than the United States Trustee (the "<u>UST</u>"), the Clerk of the Court, and professionals employed at the expense of the estate, to file and serve a request (an "<u>Administrative Claim Request</u>") for the allowance and payment of an administrative expense priority claim of the kind described in 11 U.S.C. § 503(b),

1

that is entitled to priority under 11 U.S.C. § 507(a)(2), and that was incurred or accrued or arose on or before April 30, 2022 (an "Administrative Claim") and (2) certain related relief.

**PLEASE TAKE FURTHER NOTICE** that, on April 21, 2022, the Court entered an order (the "Order") [Dkt. 288], a true and correct copy of which is attached hereto as **Exhibit "1,"** granting in part and denying in part the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, the Court established the following dates, deadlines, and procedures regarding the filing of any Administrative Claim Request:

(1)   The deadline for a party, other than the UST, the Clerk of Court, and professionals employed at the expense of the estate, to file and serve an Administrative Claim Request for allowance and payment of an Administrative Claim that was incurred or accrued or arose on or before April 30, 2022 is **June 6, 2022** (the "Administrative Claim Deadline").

(2)   Administrative Claim Requests must not be set for hearing when filed.

(3)   Any objection to an Administrative Claim Request must be filed no later than **June 23, 2022**. The objecting party must notice the Administrative Claim Request for hearing on **July 21, 2022 at 11:30 a.m.**

(4)   A reply in support of any Administrative Claim Request to which a timely objection is filed must be filed no later than **July 14, 2022**.

(5)   If no timely objection to an Administrative Claim Request is filed, the party that filed such Administrative Claim Request may lodge an order allowing and authorizing payment of the Administrative Claim.

Dated: April 22, 2022

                                                       LEVENE, NEALE, BENDER, YOO
                                                          & GOLUBCHIK L.L.P.

                                                          By:   */s/ Todd M. Arnold*
                                                              DAVID B. GOLUBCHIK
                                                              TODD M. ARNOLD
                                                              JONATHAN D. GOTTLIEB
                                                             Attorneys for Chapter 11 Debtor and
                                                              Debtor in Possession

# EXHIBIT "1"

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**APR 21 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>    Debtor and Debtor in Possession. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO ESTABLISH A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE PRIORITY CLAIMS PURSUANT TO 11 U.S.C. § 503** |

The court has reviewed and considered the "Motion to Establish a Bar Date for Filing Administrative Expense Priority Claims Pursuant to 11 U.S.C. §503" (the "Motion, Docket No. 261") filed by debtor Crestlloyd, LLC (the "Debtor"). Based on the Motion and the record in this case, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted as follows:

(1) The deadline for a party, other than the United States Trustee, the Clerk of Court, and professionals employed at the expense of the estate, to file and serve a request (an "Administrative Claim Request") for allowance and payment of an administrative expense priority claim of the kind described in 11 U.S.C. § 503(b), that is entitled to priority under 11 U.S.C. § 507(a)(2), and that was incurred or accrued or arose on or before April 30, 2022 (an "Administrative Claim") is **June 6, 2022** (the "Administrative Claim Deadline").

///

  (2) Administrative Claim Requests must not be set for hearing when filed.

  (3) Any objection to an Administrative Claim Request must be filed no later than **June 23, 2022**.  The objecting party must notice the Administrative Claim Request for hearing on **July 21, 2022 at 11:30 a.m.**

  (4) A reply in support of any Administrative Claim Request to which a timely objection is filed must be filed no later than **July 14, 2022**.

  (5) If no timely objection to an Administrative Claim Request is filed, the party that filed such Administrative Claim Request may lodge an order allowing and authorizing payment of the Administrative Claim.

  IT IS FURTHER ORDERED that the Debtor must serve notice of the Administrative Claim Deadline, attaching a copy of this order on all known or alleged creditors of the estate and all parties that have requested special notice in this case no later than **April 22, 2022**.

  IT IS FURTHER ORDERED that, to the extent the Motion requests an order precluding any party, other than the UST, the Clerk of Court, and professionals employed at the expense of the estate, from asserting any Administrative Claim not filed by the Administrative Claim Deadline, the Motion is denied.  Pursuant to 11 U.S.C. § 503(a), a party may tardily file a request for payment of an administrative request if permitted by the court for cause.

###

Date: April 21, 2022

                 Deborah J. Saltzman
                 United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **NOTICE OF DEADLINE TO FILE REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 22, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Jerrold L Bregman**    jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**    mdevoll@watttieder.com, zabrams@watttieder.com
- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**    rbk@jmbm.com
- **Jane G Kearl**    jkearl@watttieder.com
- **Jennifer Larkin Kneeland**    jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **Samuel A Newman**    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **William Schumacher**    wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Mark Shinderman**    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

**2. SERVED BY UNITED STATES MAIL**: On **April 22, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                       **F 9013-3.1.PROOF.SERVICE**

addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 22, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SERVED BY EMAIL**

**Buyer Agent**
Hilton & Hyland/Stuart Vetterick
257 North Cañon Drive, 2nd Floor Reception
Beverly Hills, CA 90210
Email: stuart@hiltonhyland.com

**Buyer Advisors & Attorneys**
Michael G. Burke, mgburke@sidley.com
Erica Meierhans, erica.meierhans@fashionnova.com
Melissa Morton, mmorton@grfllp.com
Samuel A. Newman, sam.newman@sidley.com

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 22, 2022 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          **F 9013-3.1.PROOF.SERVICE**

In re Crestlloyd, LLC
File No. 9562

| | | |
|---|---|---|
| Nile Niami<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars, 12th Fl<br>Los Angeles, CA 90067 | Richard Saghian<br>c/o Samuel A. Newman &<br>Genevieve G. Weiner<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013 | Richard Saghian, Purchaser<br>c/o Amy P. Lally<br>Sidley Austin LLP<br>1999 Avenue of the Stars, 17th Fl.<br>Los Angeles, CA 90067 |
| The Beverly Hills Estates / Compass<br>c/o R. Williams, B. Williams,<br>& A. Kirman<br>8878 Sunset Blvd<br>West Hollywood, CA 90069 | The Beverly Hills Estates / Compass<br>c/o Aaron Kirman<br>9378 Wilshire Blvd #200<br>Beverly Hills, CA 90212 | Concierge Auctions<br>405 Lexington Avenue, 26th Floor<br>New York, NY 10174 |
| Hilton & Hyland<br>257 North Canon Drive<br>Beverly Hills, CA 90210 | Inferno Investment Inc.<br>Kyra Andrassy; Sharon Oh-Kubisch<br>Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626 | Yogi Securities Holdings, LLC<br>c/o Mark Shinderman &<br>William Schumacher<br>Milbank LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Hankey Capital, LLC<br>c/o Thomas M. Geher<br>Jeffer Mangels Butler & Mitchell LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | Hilldun Corporation<br>c/o Jerrold L. Bregman<br>Brutzkus Gubner<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 | LA County Treasurer & Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054 |
| American Truck & Tool Rentals Inc.<br>c/o Leonard M. Shulman; Ryan O'Dea<br>Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Dr, Suite 600<br>Irvine, CA 92618 | J&E Texture, Inc.<br>c/o Jennifer L. Kneeland, Marguerite<br>Lee DeVoll, Jane Kearl<br>Watt, Tieder, Hoffar & Fitzgerald LLP<br>4 Park Plaza, Suite 1000<br>Irvine, CA 92614 | JMS Air Conditioning and Appliance<br>Services, Inc.<br>Yosi Hesica, CEO<br>7640 Burnet Ave.<br>Van Nuys, CA 91405 |
| Calgrove Rentals Inc.<br>21627 Roscoe Blvd.<br>Canoga Park, CA 90065 | BMC West LLC<br>3250 N. San Fernando Rd.<br>Los Angeles, CA 90065 | City of Los Angeles<br>c/o Mike Freuer, Esq.<br>City Hall East, Suite 800<br>Los Angeles, CA 90012 |
| Parquet by Dian<br>Dima Efros, CEO<br>16601 S. Main Street<br>Gardena, CA 90248 | Powertek Electric, Inc.<br>Mike Moshrei<br>28364 S. Western Ave, #414<br>Rancho Palos Verdes, CA 90275 | Kennco Plumbing, Inc.<br>c/o Gary A. Weis<br>Law Offices of Gary A. Weis<br>17451 Sarita Ave<br>Canyon Country, CA 91387 |
| Kazemi & Associates Constructors<br>Attn: Mehran Ron Kazemi<br>11901 Santa Monica Blvd #800<br>Los Angeles, CA 90025 | Chicago Title Company / Los Angeles<br>Mike Slinger<br>725 S. Figueroa St., Suite 200<br>Los Angeles, CA 90017 | Chartwell Escrow<br>14140 Ventura Blvd., Suite 110<br>Sherman Oaks, CA 91423 |
| Chartwell Escrow<br>90 Fifth Avenue, 3rd Floor<br>New York, NY 10011 | | |

In re Crestlloyd, LLC
Professionals Service List
File No.: 9562

| | | |
|---|---|---|
| The Beverly Hills Estates<br>GREG LAPLANT<br>Managing Director<br>8878 West Sunset Blvd. West<br>Hollywood, CA 90069 | Compass/Aaron Kirman<br>Attn: Aaron Kirman<br>9378 Wilshire Blvd #200<br>Beverly Hills, CA 90212 | Concierge<br>Chad Roffers, Chairman<br>228 Park Avenue S<br>PMB 70835<br>New York, NY 10003-1502 |
| <u>Concierge Counsel</u><br>Anthony (Nino) Capobianco<br>Capobianco Law Offices, P.C.<br>41990 Cook Street, Bldg. F, Suite 2006<br>Palm Desert, CA 92211 | | |

In re Crestlloyd, LLC
RSN + Secured Creditors
File No. 9562

County of Los Angeles
(MRCA-Brush Fire Clear'g Dist #1)
200 North Main Street, 16th Fl
Los Angeles, CA 90012

County of Los Angeles
(Wildlife Corridor and Open Space Protection)
c/o SCI Consulting Group
4745 Mangels Blvd.
Fairfield, CA 94534

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054

Counsel to Hankey Capital
Jeffer Mangels Butler & Mitchell LLP
Neil C. Erickson
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Inferno Investment Inc.
Attn: Julien Remillard, President
4-95 Kandahar, Mont Tremblant
Quebec J8E 1E2, Canada

County of Los Angeles
(Local Fire Prevention, Water Quality and Open Space Measure )
c/o SCI Consulting Group
4745 Mangels Blvd.
Fairfield, CA 94534

Rolls Scaffold, Inc.
Michael Rolls, CEO
11351 County Dr. Ste B
Ventura, CA 93004

American Truck & Tool Rentals Inc./American Rentals
c/o Caprenos Inc., Cindee Wood, Authorized Agent
4345 Murphy Canyon Road #200
San Diego, CA 92123

YOGI Securities Holdings, LLC
Steve Oshins, Authorized Agent
1645 Village Center Circle, Ste. 170
Las Vegas, NV 89131

Calgrove Rentals Inc.
Guadalupe Gomez, President
456 Glenoaks Blvd.
San Fernando, CA 91340

Hilldun Corporation
Jeffrey D. Kapelman, CEO
225 West 35th St.
New York, NY 10001

J&E Texture, Inc.
Francisco Gonzalez, CEO
181 Exter Way
Corona, CA 92882

City of Los Angeles
Mike Feuer, City Attorney
City Hall East, Suite 800
Los Angeles, CA 90012

BMC West LLC
David Filtman, CEO
4800 Falls of Neuse Rd., Ste. 400
Raleigh, NC 27609

JMS Air Conditioning and Appliance Services, Inc.
Yosi Hesica, CEO
7640 Burnet Ave.
Van Nuys, CA 91405

Kennco Plumbing, Inc.
Robert L. Kennedy, Jr., CEO
21366 Placerita Canyon Rd.
Newhall, CA 91321

Parquet By Dian
Dima Efros, CEO
16601 S. Main St.
Gardena, CA 90248

Powertek Electric, Inc.
Mike Moshrefi, CEO
28364 S, Western Ave. #414
Rancho Palos Verdes, CA 90275

County of Los Angeles (Wildlife Corridor and Open Space Protection)/Clerk of the Governing Board, Mountains Recreation & Conservation Authority
5750 Ramirez Canyon Road
Malibu, CA 90265

County of Los Angeles
(Local Fire Prevention, Water Quality and Open Space Measure )
Conejo Recreation and Park District
403 W Hillcrest Drive
Thousand Oaks, CA 91360

YOGI Securities Holdings, LLC
c/o Daniel Wiesel, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064-1582

American Truck & Tool Rentals Inc./American Rental
Tom Murray, CEO and President
88 W. Victoria St.
Long Beach, CA 90805

Buchalter, APC
Jeffrey S. Wruble
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

Calgrove Rentals Inc.
21627 Roscoe Bl.
Canoga Park, CA 91304

BMC West LLC
3250 N. San Fernando Rd.
Los Angeles, CA 90065

Kennco Plumbing, Inc.
Robert L. Kennedy, Jr., CEO
26575 Ruether Ave.
Santa Clarita, CA 91350

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054

Los Angeles County Tax Collector
225 N. Hill Street # 1
Los Angeles, CA 90012

SHULMAN BASTIAN FRIEDMAN & BUI LLP
Ryan D. O'Dea
100 Spectrum Center Drive, Ste. 600
Irvine, CA 92618

MIKE FIELDS BRONZES LLC
2715 E. 36TH, APT 6203
SPOKANE, WA 99223

Counsel For Receiver
Brutzkus Gubner Rozansky Seror Weber LLP
David Seror/Jessica Wellington
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

**Attorneys for Richard Saghian**
Amy P. Lally, Esq. **RSN**
Sidley Austin LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067

Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

**Attorneys for Richard Saghian**
Samuel A. Newman, Esq. **RSN**
Genevieve G. Weiner, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

Debtor
Crestlloyd, LLC
c/o SierraConstellation Partners LLC
355 S. Grand Avenue Suite 1450
Los Angeles, CA 90071

In re Crestlloyd, LLC
Utility Service List
File No. 9562

| | | |
|---|---|---|
| LA DWP<br>Acct: 742-331-2228<br>Acct: 039-675-3615<br>PO Box 30808<br>Los Angeles, CA 90030 | LA DWP<br>Acct: 742-331-2228<br>Acct: 039-675-3615<br>PO Box 515407<br>Los Angeles, CA 90051-6707 | City of Los Angeles Department of Water and Power<br>111 N. Hope St.<br>Los Angeles CA 90012 |
| City of Los Angeles Department of Water and Power – West LA<br>1394 S. Sepulveda<br>Los Angeles CA 90025 | L.A. DWP – Bankruptcy Unit<br>PO Box 51111<br>Los Angeles, CA 90051 | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:21-bk-18205-DS<br>Central District of California<br>Los Angeles<br>Fri Apr 22 08:29:25 PDT 2022 | Crestlloyd, LLC<br>c/o SierraConstellation Partners LLC<br>355 S. Grand Avenue Suite 1450<br>Los Angeles, CA 90071-3152 | Interno Investment, Inc.<br>4-95 Kandaher,<br>Mont Tremblant<br>Quebec Canada |
| Levene, Neale, Bender, Yoo & Golubchik LLP<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2645 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Alvandi Law Group, P.C.<br>Gil Alvandi<br>2955 Main St. Suite 110<br>Irvine, CA 92614-2527 |
| American Truck & Tool Rentals Inc.<br>Tom Murray, CEO and President<br>88 W. Victoria St.<br>Long Beach, CA 90805-2157 | Amy P. Lally, Esq.<br>Sidley Austin LLP<br>1999 Avenue of the Stars<br>17th Floor<br>Los Angeles, CA 90067-4622 | BMC West LLC<br>3250 N. San Fernando Rd.<br>Los Angeles, CA 90065-1415 |
| BMC West LLC<br>David Filtman, CEO<br>4800 Falls of Neuse Rd., Ste. 400<br>Raleigh, NC 27609-8142 | Biabani & Associates, Inc.<br>1600 Sawtelle Bl #104<br>Los Angeles, CA 90025-3197 | Bradford Sheet Metal<br>4164 Sopp Road<br>Mojave, CA 93501-7196 |
| Branden Williams<br>257 N. Cannon Dr., 2nd Fl.<br>Beverly Hills, CA 90210-4361 | Brunswick Corp.<br>26125 N. Riverwoods Blvd.<br>Ste 500<br>Lake Forest, IL 60045-4811 | Brutzkus Gubner<br>David Seror<br>21650 Oxnard St., Suite 500<br>Woodland Hills, CA 91367-4911 |
| Buchalter, APC<br>Jeffrey S. Wruble<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017-1730 | C.G.S. Custom Glass Specialists<br>4536 Ish Drive<br>Simi Valley, CA 93063-7666 | CAD Stone Works Inc.<br>4533 Van Nuys Bl. #201<br>Sherman Oaks, CA 91403-2950 |
| Calgrove Rentals Inc.<br>21627 Roscoe Bl.<br>Canoga Park, CA 91304-4159 | Calgrove Rentals Inc.<br>Guadalupe Gomez, President<br>456 Glenoaks Blvd.<br>San Fernando, CA 91340-1833 | Caprenos Inc.<br>Cindee Wood  Authorized Agent<br>4345 Murphy Canyon Road #200<br>San Diego, CA 92123-4362 |
| Carcassone Fine Homes, LLC<br>c/o Hamid R. Rafatjoo<br>1800 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067-4201 | Centurion Air, LLC<br>13932 Arrow Creek Road<br>Draper, UT 84020-9295 | City of Los Angeles<br>Mike Feuer, City Attorney<br>City Hall East, Suite 800<br>Los Angeles, CA 90012 |
| Clerk of the Governing Board,<br>Mount. Rec. & Cons. Auth.<br>5750 Ramirez Canyon<br>Malibu, CA 90265-4474 | Compass<br>Aaron Kirman<br>9378 Wilshire Blvd. #200<br>Beverly Hills, CA 90212-3167 | Conejo Recreation and Park District<br>403 W. Hillcrest Drive<br>Thousand Oaks, CA 91360-4223 |
| County of Los Angeles<br>Local Fire Prevention Measure<br>4745 Mangels Blvd.<br>Fairfield, CA 94534-4175 | County of Los Angeles<br>MRCA-Brush Fire Clear g Dist #1<br>200 North Main Street, 16th Fl<br>Los Angeles, CA 90012-4110 | County of Los Angeles<br>Wildlife Corridor and Protection<br>4745 Mangels Blvd.<br>Fairfield, CA 94534-4175 |

```
Creative Art Partners            Crest Real Estate                 Daniel Wiesel, Esq.
6542 Hayes Dr.                   11150 Olympic Bl. #700             Wolf, Rifkin, Shapiro, et al.
Los Angeles, CA 90048-5320       Los Angeles, CA 90064-1825         11400 W. Olympic Blvd., 9th Fl.
                                                                    Los Angeles, CA 90064-1582


Davidson Accountancy Corp.       Dennis Palma                       Department of Water and Power,
William N. Davidson, CPA         146 Beach Way                      City of Los Angeles
14011 Ventura Blvd., Ste. 302    Monterey, CA 93940-3436            Attn: Bankruptcy
Sherman Oaks, CA 91423-5226                                         P. O. Box 51111
                                                                    Los Angeles, CA  90051-5700


Draken Private Security          Draken Security                    Employment Development Dept.
Jaime Salanga                    8225 Encino Ave                    Bankruptcy Group MIC 92E
633 West 5th St.                 Northridge, CA 91325-4313          P.O. Box 826880
Los Angeles, CA 90071-2005                                          Sacramento, CA 94280-0001


FRANCHISE TAX BOARD              Franchise Tax Board                Frontier Communications Corporation
BANKRUPTCY SECTION MS A340       Bankruptcy Section, MS: A-340      401 Merritt 7
PO BOX 2952                      P.O. Box 2952                      Norwalk, CT 06851-1069
SACRAMENTO CA 95812-2952         Sacramento, CA 95812-2952


Hankey Capital, LLC              Hilldun Corporation                Hilldun Corporation
Attn: Eugene M. Leydiker         Jeffrey D. Kapelman, CEO           c/o Brutzkus Gubner
4751 Wilshire Blvd. #110         225 West 35th St.                  Attn: Jerrold L Bregman
Los Angeles, CA 90010-3838       New York, NY 10001-1910            5445 DTC Parkway Ste 825
                                                                    Denver CO 80111-3190


Hilton & Hyland Real Estate      Inferno Investment Inc.            Inferno Investment, Inc.
257 North Ca on Drive            Julien Remillard, President        c/o Smiley Wang-Ekvall, LLP
Beverly Hills, CA 90210-4361     4-95 Kandahar, Mont Tremblant      3200 Park Center Drive, Suite 250
                                 Quebec J8E 1E2 Canada              Costa Mesa, CA 92626-7234


Internal Revenue Service         Italian Luxury Design              Italian Luxury Group, LLC
P.O. Box 7346                    4 NE 39 St.                        c/o Gregory J. Morrow, Esq.
Philadelphia, PA 19101-7346      Miami, FL 33137-3630               10401 Wilshire Boulevard, Suite 1102
                                                                    Los Angeles, CA 90024-4609


J&E Texture, Inc.                JMBM LLP                           JMS Air Conditioning
Francisco Gonzalez, CEO          Neil C. Erickson                   and Appliance Services, Inc.
181 Exeter Way                   1900 Avenue of the Stars, 7th Fl.  7640 Burnet Ave.
Corona, CA 92882-8502            Los Angeles, CA 90067-4308         Van Nuys, CA 91405-1005


JOHN A. BELCHER                  Jabs Pools and Spas, LLC           Jesus Agudelo
150 E. COLORADO BLVD., SUITE 215 8055 Matilija Ave.                 aka Jesus Columbia
PASADENA, CA 91105-3758          Panorma City, CA 91402-6126        944 Airole Way
                                                                    Los Angeles, CA 90077-2602


Jose Napoleon Garcia             KN Coating                         Kazemi & Associates Constructors
1525 N. Detroit St., #5          201 E. Tamarack Ave                11901 Santa Monica Blvd #800
Los Angeles, CA 90046-3233       Inglewood, CA 90301-2714           Los Angeles, CA 90025-2767
```

| | | |
|---|---|---|
| Kennco Plumbing, Inc.<br>Robert L. Kennedy, Jr., CEO<br>21366 Placerita Canyon Rd.<br>Newhall, CA 91321-1846 | Kennco Plumbing, Inc.<br>Robert L. Kennedy, Jr., CEO<br>26575 Ruether Ave.<br>Santa Clarita, CA 91350-2622 | LA DWP<br>P.O. Box. 30808<br>Los Angeles, CA 90030-0808 |
| Lanes Management Services<br>Theodore Lanes<br>655 Deep Valley Drive 125-P<br>Palos Verdes Peninsula, CA 90274-3615 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Made by TSI, Inc.<br>1840 Jefferson Ave., Apt 303<br>Miami Beach, FL 33139-2461 |
| Made by TSI, Inc.<br>888 Biscayne Blvd #209<br>Miami, FL 33132-1588 | Martin Aguirre<br>112 1/2 North 20th St.<br>Montebello, CA 90640-4041 | Martin Aguirre<br>c/o Nathan D. McMurry<br>8050 N. Palm Ave. Ste. 300<br>Fresno, CA 93711-5510 |
| Michael Pyle LLC dba Centurion LV<br>13932 Arrow Creek Rd<br>Draper, UT 84020-9295 | Midland Contractors, Inc.<br>Po Box 8312<br>Van Nuys, CA 91409-8312 | Mike Fields Bronzes LLC<br>2715 E 36th Ave Apt 6203<br>Spokane, WA 99223-4593 |
| Moises Lopez<br>141 S. Ave. 55 Apt. 40<br>Los Angeles, CA 90042-4635 | Nile Niami<br>c/o Hamid R. Rafatjoo<br>1800 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067-4201 | Parker Resnik<br>Structural Engineering<br>1927 Pontius Ave<br>Los Angeles, CA 90025-5611 |
| Parquet by Dian<br>Dima Efros, CEO<br>16601 S. Main Street<br>Gardena, CA 90248-2722 | Plus Development Group<br>743 Seward St.<br>Los Angeles, CA 90038-3566 | Powertek Electric Inc.<br>Mike Moshrefi, CEO<br>28364 S. Western Ave. # 414<br>Rancho Palos Verdes, CA 90275-1434 |
| Powertek Electric, Inc.<br>Hart Kienle Pentecost<br>4 Hutton Centre Drive, Suite 900<br>Santa Ana, CA 92707<br>Santa Ana, CA 92707-8713 | Pro-Pest, Inc.<br>P.O. Box 3868<br>Valley Village, CA 91617-3868 | Public Insurance Agency Inc.<br>10941 W. Pico Bl.<br>Los Angeles, CA 90064-2117 |
| Public Occurrences, LLC<br>15821 Ventura Blvd. #265<br>Encino, CA 91436-2941 | Rolls Scaffold, Inc.<br>Michael Rolls, CEO<br>11351 County Dr. Ste B<br>Ventura, CA 93004-3559 | SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>Ryan D. O'Dea<br>100 Spectrum Center Drive, Ste. 600<br>Irvine, CA 92618-4969 |
| Samuel A. Newman, Esq.<br>Genevieve G. Weiner, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-3000 | Santos Gerardina Garcia<br>509 Union Drive Apt. #206<br>Los Angeles, CA 90017-1526 | Showroom Interiors LLC<br>8905 Rex Road<br>Pico Rivera, CA 90660-3799 |
| SierraConstellation Partners LLC<br>355 S. Grand Avenue, Suite 1450<br>Los Angeles, CA 90071-3152 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | The Beverly Hills Estates, Inc.<br>Branden Williams<br>8878 Sunset Blvd., West<br>West Hollywood, CA 90069-2108 |

| | | |
|---|---|---|
| The Vertex Companies, Inc.<br>12100 Wilshire Blvd 8th floor<br>Los Angeles, CA 90025-7120 | The Vertex Companies, Inc.<br>147 W. 35th St., 19th Fl.<br>Long Island City, NY 11101 | The Vertex Companies, Inc.<br>400 Libbey Parkway<br>Weymouth MA 02189-3134 |
| Toni Maier-On Location Inc.<br>8033 West Sunset Blvd. #569<br>Los Angeles, CA 90046-2401 | United Specialty Insurance Co.<br>1900 L Don Dodson Drive<br>Bedford, TX 76021-5990 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Universal Television, LLC<br>100 Universal City Plaza<br>Universal City, CA 91608-1002 | Vesta aka Showroom Interiors, LLC<br>8905 Rex Road<br>Pico Rivera, CA 90660-3799 | Vista Sotheby's Int'l. Realty<br>Chris Adlam<br>16 Malaga Cove Plaza<br>Palos Verdes Peninsula, CA 90274-1306 |
| West Coast Gates<br>339 Isis Ave.<br>Inglewood, CA 90301-2007 | West Valley Green Landscaping, Inc.<br>14761 Tupper St.<br>Panorama City, CA 91402-1222 | Westcoast Gate & Entry Systems, LLC<br>339 Isis Ave<br>Inglewood CA 90301-2007 |
| Westside Estate Agency<br>Kurt Rappaport<br>210 North Canon Dr.<br>Beverly Hills, CA 90210-5302 | YOGI Securities Holdings, LLC<br>Steve Oshins, Auth. Agent<br>1645 Village Center Cir., Ste. 170<br>Las Vegas, NV 89134-6371 | Yaly Martinez Arrazola<br>11804 Kiowa Avenue<br>Apt 4<br>Los Angeles, CA 90049-6024 |
| Yvonne Niami<br>301 Copa de Oro Road<br>Los Angeles, CA 90077-3822 | David B Golubchik<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2645 | Lindsey L Smith<br>Levene, Neale, Bender, Yoo & Golubchik<br>2818 La Cienega Ave<br>Los Angeles, CA 90034-2645 |
| Nile Niami<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | Todd M Arnold<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2645 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Los Angeles County Tax Collector<br>225 N. Hill Street # 1<br>Los Angeles, CA 90012 | (d)Los Angeles County Treasurer and Tax Colle<br>Attn: Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | State Board of Equalization<br>Acct. Analysis & Control MIC 29<br>POB 942879<br>Sacramento, CA 94279 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Truck and Tool Rental | (u)Concierge Auctions, LLC | (u)Courtesy (NEF) |
| (u)Hilldun Corporation | (u)Inferno Investment, Inc. | (u)Italian Luxury Group, LLC and Italian Luxu |
| (u)J&E Texture, Inc. | (u)The Beverly Hills Estate and Compass | (u)Yogi Securities Holdings, LLC |
| (u)Simone Giovanni Cenedese Murano s.a.s Calle Bertolini, 6, Murano, Venezia | (u)Andre Mario Smith | (u)Edward Roark Schwagerl |
| (u)Richard Saghian | (u)Theodore Lanes | (u)Yvonne Niami |

End of Label Matrix
Mailable recipients   109
Bypassed recipients    15
Total                 124