United States Bankruptcy Court

Central District of California

In re:  Case No. 21-18205-DS
Crestlloyd, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Apr 21, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Danielle R Gabai | on behalf of Interested Party Courtesy (NEF) dgabai@danninggill.com  dgabai@ecf.courtdrive.com |
| David Seror | on behalf of Interested Party Courtesy (NEF) dseror@bg.law  ecf@bg.law |
| David B Golubchik | on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| Genevieve G Weiner | on behalf of Interested Party Richard Saghian gweiner@sidley.com  laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com |
| Hamid R Rafatjoo | on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| James Andrew Hinds, Jr | on behalf of Creditor Interno Investment  Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com, |

Case 2:21-bk-18205-DS    Doc 292    Filed 04/23/22    Entered 04/23/22 21:14:15    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: pdf042 | Total Noticed: 1 |

mduran@hindslawgroup.com

Jane G Kearl
    on behalf of Interested Party J&E Texture Inc. jkearl@watttieder.com

Jennifer Larkin Kneeland
    on behalf of Interested Party J&E Texture Inc. jkneeland@watttieder.com, zabrams@watttieder.com

Jerrold L Bregman
    on behalf of Interested Party Hilldun Corporation jbregman@bg.law ecf@bg.law

Jessica Wellington
    on behalf of Other Professional Theodore Lanes jwellington@bg.law ecf@bg.law

Jessica Wellington
    on behalf of Interested Party Courtesy (NEF) jwellington@bg.law ecf@bg.law

Kyra E Andrassy
    on behalf of Interested Party Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lindsey L Smith
    on behalf of Debtor Crestlloyd LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Marguerite Lee DeVoll
    on behalf of Interested Party J&E Texture Inc. mdevoll@watttieder.com, zabrams@watttieder.com

Mark Shinderman
    on behalf of Creditor Yogi Securities Holdings LLC mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

Michael S Kogan
    on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com

Noreen A Madoyan
    on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Robert B Kaplan
    on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com

Ronald N Richards
    on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com 7206828420@filings.docketbird.com

Ryan D O'Dea
    on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com lgauthier@shulmanbastian.com

Ryan D O'Dea
    on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com lgauthier@shulmanbastian.com

Samuel A Newman
    on behalf of Interested Party Richard Saghian sam.newman@sidley.com samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com

Sharon Oh-Kubisch
    on behalf of Interested Party Courtesy (NEF) sokubisch@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Thomas M Geher
    on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Todd M Arnold
    on behalf of Debtor Crestlloyd LLC tma@lnbyg.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Victor A Sahn
    on behalf of Interested Party Courtesy (NEF) vsahn@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

William Schumacher
    on behalf of Creditor Yogi Securities Holdings LLC wschumac@milbank.com, autodocketecf@milbank.com

Zev Shechtman
    on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 29

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**APR 21 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

CRESTLLOYD, LLC,

        Debtor and Debtor in Possession.

Case No. 2:21-bk-18205-DS

Chapter 11

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO ESTABLISH A BAR DATE FOR FILING ADMINISTRATIVE EXPENSE PRIORITY CLAIMS PURSUANT TO 11 U.S.C. § 503**

    The court has reviewed and considered the "Motion to Establish a Bar Date for Filing Administrative Expense Priority Claims Pursuant to 11 U.S.C. §503" (the "Motion, Docket No. 261") filed by debtor Crestlloyd, LLC (the "Debtor"). Based on the Motion and the record in this case, and good cause appearing,

    IT IS HEREBY ORDERED that the Motion is granted as follows:

    (1)    The deadline for a party, other than the United States Trustee, the Clerk of Court, and professionals employed at the expense of the estate, to file and serve a request (an "Administrative Claim Request") for allowance and payment of an administrative expense priority claim of the kind described in 11 U.S.C. § 503(b), that is entitled to priority under 11 U.S.C. § 507(a)(2), and that was incurred or accrued or arose on or before April 30, 2022 (an "Administrative Claim") is **June 6, 2022** (the "Administrative Claim Deadline").

/ / /

(2) Administrative Claim Requests must not be set for hearing when filed.

(3) Any objection to an Administrative Claim Request must be filed no later than **June 23, 2022**. The objecting party must notice the Administrative Claim Request for hearing on **July 21, 2022 at 11:30 a.m.**

(4) A reply in support of any Administrative Claim Request to which a timely objection is filed must be filed no later than **July 14, 2022**.

(5) If no timely objection to an Administrative Claim Request is filed, the party that filed such Administrative Claim Request may lodge an order allowing and authorizing payment of the Administrative Claim.

IT IS FURTHER ORDERED that the Debtor must serve notice of the Administrative Claim Deadline, attaching a copy of this order on all known or alleged creditors of the estate and all parties that have requested special notice in this case no later than **April 22, 2022**.

IT IS FURTHER ORDERED that, to the extent the Motion requests an order precluding any party, other than the UST, the Clerk of Court, and professionals employed at the expense of the estate, from asserting any Administrative Claim not filed by the Administrative Claim Deadline, the Motion is denied. Pursuant to 11 U.S.C. § 503(a), a party may tardily file a request for payment of an administrative request if permitted by the court for cause.

### ###

Date: April 21, 2022

Deborah J. Saltzman
United States Bankruptcy Judge