KAROL K. DENNISTON
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Fax: (415) 393-9887
Email: karol.denniston@squirepb.com

CHRISTOPHER J. GIAIMO
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Fax: (202) 457-6315
Email: christopher.giaimo@squirepb.com

*Attorneys for Pacific Union International dba Compass*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>　　　　Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS PURSUANT TO §§ 102(1) AND 342 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 9010 FOR AND ON BEHALF OF PACIFIC UNION INTERNATIONAL DBA COMPASS** |

**PLEASE TAKE NOTICE** that Squire Patton Boggs (US) LLP hereby appears in the above-captioned case (the "Case") pursuant to 11 U.S.C. §§ 102(1) and 342 and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for and on behalf of Pacific Union International dba Compass ("Compass"), and hereby requests, pursuant to Bankruptcy Rules 2002, 3017(a), 4001, 6006(c), 9007, 9010 and 9013, and 11 U.S.C.§§ 102(1) and 342, that all notices given or required to be given in the Case and copies of all papers or

- 1 -
NOTICE OF APPEARANCE

pleadings served or required to be served in the Case be given to and served upon the undersigned at the following address:

KAROL K. DENNISTON
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Fax: (415) 393-9887
Email: karol.denniston@squirepb.com

CHRISTOPHER J. GIAIMO
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Fax: (202) 457-6315
Email: christopher.giaimo@squirepb.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules and the Local Bankruptcy Rules for this District, but also includes, without limitation, orders, and notices of any application, motion, petition, pleading, schedule, plan, disclosure statement, request, complaint, demand, answer, reply, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, facsimile, hand delivery, electronic mail, overnight courier, telephone, telegraphs, telex or otherwise, that affect the above-captioned debtor (the "Debtor") or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed a waiver of Compass's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in the Case or any case, controversy, or proceeding related to the Case, (iii) to have the District Court withdraw the reference in any matter subject to the mandatory or discretionary withdrawal, or (iv) to any other rights, claims, action, defenses setoffs or recoupments, under agreements, in law or in equity, or otherwise, to which Compass is or may be

entitled, all of which rights, claims, actions, defenses, setoffs and recoupments Compass expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers does not constitute an agreement to accept service of initial process under Rule 4 of the Federal Rules of Civil Procedure or Bankruptcy Rule 7004, nor shall it result in the undersigned counsel being deemed the agent of Compass for such purposes.

Dated: May 2, 2022

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Karol K. Denniston*
KAROL K. DENNISTON
SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 954-0200
Fax: (415) 393-9887
Email: karol.denniston@squirepb.com

CHRISTOPHER J. GIAIMO
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Fax: (202) 457-6315
Email: christopher.giaimo@squirepb.com

*Counsel for Pacific Union International dba Compass*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 275 Battery Street, Suite 2600, San Francisco, CA 94111.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS PURSUANT TO §§ 102(1) AND 342 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 9010 FOR AND ON BEHALF OF PACIFIC UNION INTERNATIONAL DBA COMPASS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 2, 2022  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Todd M Arnold tma@lnbyg.com
- Jerrold L Bregman jbregman@bg.law, ecf@bg.law
- Marguerite Lee DeVoll mdevoll@watttieder.com, zabrams@watttieder.com
- Danielle R Gabai dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- Thomas M Geher tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- David B Golubchik dbg@lnbyg.com, stephanie@lnbyb.com
- James Andrew Hinds jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- Robert B Kaplan rbk@jmbm.com
- Jane G Kearl jkearl@watttieder.com
- Jennifer Larkin Kneeland jkneeland@watttieder.com, zabrams@watttieder.com
- Michael S Kogan mkogan@koganlawfirm.com
- Noreen A Madoyan Noreen.Madoyan@usdoj.gov
- Samuel A Newman sam.newman@sidley.com, samuel-newman2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- Sharon Oh-Kubisch sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Hamid R Rafatjoo hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Victor A Sahn vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com; cblair@ecf.inforuptcy.com
- William Schumacher wschumac@milbank.com, autodocketecf@milbank.com
- David Seror dseror@bg.law, ecf@bg.law
- Zev Shechtman zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Mark Shinderman mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- Lindsey L Smith lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner0813@ecf.pacerpro.com
- Jessica Wellington jwellington@bg.law, ecf@bg.law

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 2, 2022_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    Honorable Deborah J. Saltzman
    United States Bankruptcy Court Central District of California
    Edward R. Roybal Federal Building and Courthouse
    255 E. Temple Street, Suite 1634 / Courtroom 1639
    Los Angeles, CA 90012

☐    Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 2, 2022 | Karol K. Denniston | /s/ Karol K. Dennison |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |