United States Bankruptcy Court

Central District of California

In re:     Case No. 21-18205-DS

Crestlloyd, LLC     Chapter 11

    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2

Date Rcvd: May 05, 2022     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Danielle R Gabai
    on behalf of Interested Party Courtesy (NEF) dgabai@danninggill.com  dgabai@ecf.courtdrive.com

David Seror
    on behalf of Interested Party Courtesy (NEF) dseror@bg.law  ecf@bg.law

David B Golubchik
    on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com

Genevieve G Weiner
    on behalf of Interested Party Richard Saghian gweiner@sidley.com  laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Hamid R Rafatjoo
    on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com

James Andrew Hinds, Jr
    on behalf of Creditor Interno Investment  Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com,

| | |
|---|---|
| | mduran@hindslawgroup.com |
| Jane G Kearl | |
| | on behalf of Interested Party J&E Texture  Inc. jkearl@watttieder.com |
| Jennifer Larkin Kneeland | |
| | on behalf of Interested Party J&E Texture  Inc. jkneeland@watttieder.com, zabrams@watttieder.com |
| Jerrold L Bregman | |
| | on behalf of Interested Party Hilldun Corporation jbregman@bg.law  ecf@bg.law |
| Jessica Wellington | |
| | on behalf of Other Professional Theodore Lanes jwellington@bg.law  ecf@bg.law |
| Jessica Wellington | |
| | on behalf of Interested Party Courtesy (NEF) jwellington@bg.law  ecf@bg.law |
| Karol K Denniston | |
| | on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com |
| Kyra E Andrassy | |
| | on behalf of Interested Party Inferno Investment  Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Lindsey L Smith | |
| | on behalf of Debtor Crestlloyd  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com |
| Marguerite Lee DeVoll | |
| | on behalf of Interested Party J&E Texture  Inc. mdevoll@watttieder.com, zabrams@watttieder.com |
| Mark Shinderman | |
| | on behalf of Creditor Yogi Securities Holdings  LLC mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com |
| Michael S Kogan | |
| | on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com |
| Noreen A Madoyan | |
| | on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov |
| Robert B Kaplan | |
| | on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com |
| Ronald N Richards | |
| | on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com  7206828420@filings.docketbird.com |
| Ryan D O'Dea | |
| | on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com  lgauthier@shulmanbastian.com |
| Ryan D O'Dea | |
| | on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com  lgauthier@shulmanbastian.com |
| Samuel A Newman | |
| | on behalf of Interested Party Richard Saghian sam.newman@sidley.com samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com |
| Sharon Oh-Kubisch | |
| | on behalf of Interested Party Courtesy (NEF) sokubisch@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| Thomas M Geher | |
| | on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com  bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Todd M Arnold | |
| | on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com |
| United States Trustee (LA) | |
| | ustpregion16.la.ecf@usdoj.gov |
| Victor A Sahn | |
| | on behalf of Interested Party Courtesy (NEF) vsahn@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com |
| William Schumacher | |
| | on behalf of Creditor Yogi Securities Holdings  LLC wschumac@milbank.com, autodocketecf@milbank.com |
| Zev Shechtman | |
| | on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |

TOTAL: 30

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

MAY 05 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>    Debtor and Debtor in Possession. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION WITH AMERICAN TRUCK & TOOL RENTALS INC. RE: ALLOWANCE AND PAYMENT OF CLAIM** |

The court having reviewed and considered the "Stipulation with American Truck & Tool Rentals Inc. re: Allowance and Payment of Claim" (the "Stipulation," Docket No. 304), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved.

###

Date: May 5, 2022

_____
Deborah J. Saltzman
United States Bankruptcy Judge