**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| Crestlloyd, LLC <br><br> Debtor(s) | CASE NO.: 2:21-bk-18205-DS <br> ADVERSARY NO.: <br> BAP/USDC NO.: 2:22-cv-02677-GW <br> NOTICE OF APPEAL FILED: 04/11/2022 <br> APPEAL DOCKET ENTRY NO.: 279 |
| vs. <br><br> Plaintiff(s) <br><br><br><br> Defendant(s) | **APPEAL DEFICIENCY NOTICE TO:** <br><br> ☐ **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT** <br><br> ☒ **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA** |

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

☐ Statement of Issues
☐ Designation of Record
☒ Notice of Transcript
☐ Transcript(s)
☐ Filing Fee for Notice of Appeal
☐ Other (*specify*):

Kathleen J. Campbell
Clerk of Court

Date: 05/16/2022    By: /s/ Sonny Milano
                                    Deputy Clerk