1 JOHN A. MOE, II (Bar No. 066893)
2 john.moe@dentons.com
DENTONS US LLP
3 601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
4 Tel: (213) 623-9300 / Fax: (213) 623-9924

5 Attorneys for Yogi Securities Holdings, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**TO THE DEBTORS AND THEIR ATTORNEYS, THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") the undersigned attorneys enter their Notice of Appearance and Request for Notice in the above-entitled case on behalf of Yogi Securities Holdings, LLC, and hereby request that all notices given or required to be given, and request that all notices given or required to be given, and all papers served or required to be served in this case be directed to the following:

/ / /

JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

ROBERT F. SCOULAR (Bar No. 85293)
robert.scoular@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

KATHARINE E. DERNIER (MO Bar No. 67616)
katie.dernier@dentons.com
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700
Tel:  (816) 460-2400 / Fax:  (816) 531-7545

This request includes the type of notice referred to in Bankruptcy Rules 2002(i) and 3017(a), 4001, 9007 and Section 1109 of the Bankruptcy Code, and also includes without limitation, all schedules, notices of any orders, applications, complaints, answers, demands, replies, hearings, motions, petitions, pleadings, disclosure statements, plans, requests, memoranda or briefs in support of any of the foregoing, and any other documents brought before the court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile transmission or otherwise.

Dated: May 20, 2022

DENTONS US LLP
JOHN A. MOE, II

By:   */s/ John A. Moe, II*
         JOHN A. MOE, II

Attorneys for Yogi Securities Holdings, LLC

2

US_Active\121557661\V-1