# UNITED STATES BANKRUPTCY COURT

## CENTRAL  DISTRICT OF  CALIFORNIA

### LOS ANGELES

| | | |
|---|---|---|
| In Re. CRESTLLOYD, LLC. | § | Case No.  21-18205 |
| | § | |
| | § | |
| _____ Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2022          Petition Date: 10/26/2021

Months Pending: 6          Industry Classification: 5 3 1 3

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0


**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Lawrence R. Perkins          Lawrence R. Perkins
Signature of Responsible Party          Printed Name of Responsible Party

05/18/2022
Date

          355 S. Grand Ave. Suite 1450 Los Angeles, CA 90071
          Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name CRESTLLOYD, LLC.                                                      Case No.  21-18205

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $123,647,890 | |
| b. Total receipts (net of transfers between accounts) | $40,896 | $150,148,170 |
| c. Total disbursements (net of transfers between accounts) | $39,018 | $26,688,530 |
| d. Cash balance end of month (a+b-c) | $123,649,769 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $39,018 | $26,688,530 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory    (Book ◯  Market ◯  Other ◉  (attach explanation)) | $0 | |
| d. Total current assets | $123,649,769 | |
| e. Total assets | $123,649,769 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $0 | |
| k. Prepetition secured debt | $196,427,263 | |
| l. Prepetition priority debt | $2,666 | |
| m. Prepetition unsecured debt | $59,265,855 | |
| n. Total liabilities (debt) (j+k+l+m) | $255,695,784 | |
| o. Ending equity/net worth (e-n) | $-132,046,015 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $138,328,527 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $18,384,836 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $119,943,691 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $11,317 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $11,317 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $-39,018 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $29,579 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $1,879 | $124,738,124 |

UST Form 11-MOR (12/01/2021)                                2

Debtor's Name CRESTLLOYD, LLC.                                                    Case No. 21-18205

| **Part 5:  Professional Fees and Expenses** | | | | | |
|---|---|---|---|---|---|
| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $92,991 | $4,112,193 | $0 | $3,360,372 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | SierraConstellation Partners, LL | Other | $14,264 | $842,848 | $0 | $657,056 |
| ii | Levene, Neale, Bender, Yoo & | Lead Counsel | $78,727 | $566,029 | $0 | $0 |
| iii | Ted Lanes | Other | $0 | $94,620 | $0 | $94,620 |
| iv | Brutzkus Gubner | Lead Counsel | $0 | $88,696 | $0 | $88,696 |
| v | Compass - Beverly Hills | Other | $0 | $630,000 | $0 | $630,000 |
| vi | The Beverly Hills Estates | Other | $0 | $1,260,000 | $0 | $1,260,000 |
| vii | Hilton & Hyland | Other | $0 | $630,000 | $0 | $630,000 |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

Debtor's Name CRESTLLOYD, LLC.                                          Case No.  21-18205

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name CRESTLLOYD, LLC.                                            Case No.  21-18205

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name CRESTLLOYD, LLC.                                    Case No.  21-18205

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name CRESTLLOYD, LLC.                              Case No.  21-18205

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                              7

Debtor's Name  CRESTLLOYD, LLC.                                    Case No.  21-18205

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $3,328,015 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ●  No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ●  No ○  N/A ○ |
| i. | Do you have:  Worker's compensation insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

Debtor's Name  CRESTLLOYD, LLC.                                    Case No.  21-18205

| **Part 8: Individual Chapter 11 Debtors (Only)** |
|---|

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/ Lawrence R. Perkins                                      Lawrence R. Perkins
_____            _____
Signature of Responsible Party                            Printed Name of Responsible Party

Chief Executive Officer of Manager                   05/18/2022
_____            _____
Title                                                                     Date

Debtor's Name CRESTLLOYD, LLC.                                      Case No.  21-18205



PageOnePartOne

PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name CRESTLLOYD, LLC.                                      Case No. 21-18205



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name CRESTLLOYD, LLC.                                    Case No. 21-18205



PageThree



PageFour



# Account Information Report
**Crestlloyd, LLC**

**December 01, 2021 - April 30, 2022**
Account: *4504 (Crestlloyd, LLC DIP , OPERATIONS)

| | |
|---|---|
| Available Balance | $3,673,209.69 |
| Opening Ledger Balance | $3,681,183.65 |
| Collected Balance | $3,673,209.69 |
| Current Balance | $3,673,209.69 |
| Closing Ledger | $3,673,209.69 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $10,000.00 |
| Last Deposit Date | 04/08/2022 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---|---|
| 04/29/2022 | ACH Debit<br>LADWP CRESTOP<br>PPD 122287250000543<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | | $7,973.96 |
| 04/20/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220420MMQFMP9N000142<br>20220420B1QGC01R043610<br>04201228FT03 | | | $7,307.60 |
| 04/20/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220420MMQFMP9N000140<br>20220420B1QGC01R043604<br>04201228FT03 | | | $2,735.82 |
| 04/20/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220420MMQFMP9N000138<br>20220420B1QGC01R043597<br>04201228FT03 | | | $2,100.00 |
| 04/20/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220420MMQFMP9N000144 | | | $446.92 |

| | | | |
|---|---|---|---|
| | 20220420B1QGC01R043614 | | |
| | 04201228FT03 | | |
| 04/08/2022 | DDA Regular Deposit | $10,000.00 | |
| 04/05/2022 | ACH Debit | | $8,675.06 |
| | LADWP CRESTOP | | |
| | PPD 122287250000079 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 04/05/2022 | ACH Debit | | $1,298.16 |
| | Pool CRESTOP | | |
| | PPD 122287250000108 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 04/05/2022 | ACH Debit | | $480.00 |
| | Pool CRESTOP | | |
| | PPD 122287250000125 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 04/01/2022 | ACH Debit | | $2,000.00 |
| | Cleaning CRESTOP | | |
| | PPD 122287250000049 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 04/01/2022 | chargeback | | $6,000.00 |
| | RETURN IND ID #1274253565 | | |
| 03/31/2022 | Domestic Wire Transfer - DL | | $2,952.62 |
| | Domestic Wire Transfer-DL | | |
| | Crest Real Estate LLC | | |
| | UNITED STATES | | |
| | BANK OF AMERICA, N | | |
| | 20220331MMQFMP9N000294 | | |
| | 20220331B6B7HU2R015494 | | |
| | 03311418FT01 | | |
| 03/30/2022 | ACH Debit | | $2,475.00 |
| | DSI Tech CRESTOP | | |
| | PPD 122287250000348 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 03/30/2022 | ACH Debit | | $480.00 |
| | Pool CRESTOP | | |
| | PPD 122287250000260 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 03/29/2022 | ACH Debit | | $1,290.39 |
| | Pool CRESTOP | | |
| | PPD 122287250000139 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 03/28/2022 | Domestic Wire Transfer - DL | | $100,000.00 |
| | Domestic Wire Transfer-DL | | |
| | Centurion | | |
| | UNITED STATES | | |
| | JPMORGAN CHASE BAN | | |
| | 20220328MMQFMP9N000252 | | |
| | 20220328B1QGC01R058097 | | |
| | 03281359FT01 | | |
| 03/22/2022 | ACH Debit | | $146,598.50 |
| | SCP CRESTOP | | |
| | CCD 122287250000177 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 03/22/2022 | ACH Debit | | $930.00 |
| | Pool CRESTOP | | |
| | PPD 122287250000261 | | |

|  |  |  |
|---|---|---|
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/21/2022 | ACH Debit | $6,369.62 |
| | Elevators CRESTOP | |
| | PPD 122287250000291 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/21/2022 | ACH Debit | $1,832.44 |
| | Trash CRESTOP | |
| | PPD 122287250000015 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/21/2022 | ACH Debit | $1,261.40 |
| | Electric CRESTOP | |
| | CCD 122287250000377 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/21/2022 | ACH Debit | $480.00 |
| | Pool CRESTOP | |
| | PPD 122287250000397 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/21/2022 | ACH Debit | $431.21 |
| | BILL PAY FRONTIER COMMUNI | |
| | CCD 031101119409875 | |
| | CRESTLLOYD LLC | |
| | INDIVIDUAL ID #13202747201 | |
| 03/18/2022 | ACH Debit | $26,094.34 |
| | LADWP CRESTOP | |
| | PPD 122287250000221 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/18/2022 | ACH Debit | $74.99 |
| | SPECTRUM SPECTRUM | |
| | WEB 021000023620188 | |
| | CRESTLLOYD LLC | |
| | 3483584 | |
| 03/17/2022 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000336 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/15/2022 | ACH Debit | $65,000.00 |
| | Vesta CRESTOP | |
| | CCD 122287250000100 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/15/2022 | ACH Debit | $1,348.60 |
| | Pool CRESTOP | |
| | PPD 122287250000129 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/14/2022 | ACH Debit | $1,103.81 |
| | Electric CRESTOP | |
| | CCD 122287250000267 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/14/2022 | ACH Debit | $480.00 |
| | Pool CRESTOP | |
| | PPD 122287250000263 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/11/2022 | ACH Debit | $84,862.50 |
| | Vesta CRESTOP | |
| | CCD 122287250000555 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/10/2022 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |

| | | |
|---|---|---|
| | PPD 122287250000003<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | |
| 03/08/2022 | ACH Debit<br>Elevators CRESTOP<br>PPD 122287250000028<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $3,914.20 |
| 03/08/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000020<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $930.00 |
| 03/07/2022 | ACH Debit<br>Landscape CRESTOP<br>CCD 122287250000392<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $6,570.00 |
| 03/07/2022 | ACH Debit<br>Cleaning CRESTOP<br>PPD 122287250000457<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $4,000.00 |
| 03/07/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000520<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $480.00 |
| 03/02/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000097<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $480.00 |
| 03/01/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000107<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $920.00 |
| 02/28/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Hankey Capital, LLC<br><br>UNITED STATES<br>COMERICA BANK<br>20220228MMQFMP9N000349<br>20220228G1QG990C001789<br>02281249FT01 | $148,051.08 |
| 02/25/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220225MMQFMP9N000089<br>20220225B1QGC01R042458<br>02251108FT01 | $3,150.00 |
| 02/25/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220225MMQFMP9N000087<br>20220225B1QGC01R042454<br>02251108FT01 | $2,800.00 |
| 02/25/2022 | ACH Debit | $0.31 |

|            |                              |              |
|------------|------------------------------|-------------:|
|            | PAYMENT QUARTERLY FEE        |              |
|            | CCD 041036048854370          |              |
|            | CRESTLLOYD, LLC              |              |
|            | INDIVIDUAL ID #0000          |              |
| 02/24/2022 | ACH Debit                    | $2,000.00    |
|            | Cleaning CRESTOP             |              |
|            | PPD 122287250000255          |              |
|            | CRESTOP                      |              |
|            | INDIVIDUAL ID #2274253565    |              |
| 02/23/2022 | ACH Debit                    | $690.00      |
|            | Pool CRESTOP                 |              |
|            | PPD 122287250000160          |              |
|            | CRESTOP                      |              |
|            | INDIVIDUAL ID #2274253565    |              |
| 02/22/2022 | Domestic Wire Transfer - DL  | $72,430.00   |
|            | Domestic Wire Transfer-DL    |              |
|            | Draken Security              |              |
|            | ██████████                   |              |
|            | UNITED STATES                |              |
|            | US BANK, NA                  |              |
|            | 20220222MMQFMP9N000255       |              |
|            | 20220222L3LF151C003011       |              |
|            | 02221151FT01                 |              |
| 02/22/2022 | ACH Debit                    | $11,656.50   |
|            | Flowers CRESTOP              |              |
|            | CCD 122287250000486          |              |
|            | CRESTOP                      |              |
|            | INDIVIDUAL ID #2274253565    |              |
| 02/22/2022 | ACH Debit                    | $6,589.50    |
|            | Flowers CRESTOP              |              |
|            | CCD 122287250000450          |              |
|            | CRESTOP                      |              |
|            | INDIVIDUAL ID #2274253565    |              |
| 02/22/2022 | ACH Debit                    | $4,885.00    |
|            | Maba CRESTOP                 |              |
|            | CCD 122287250000597          |              |
|            | CRESTOP                      |              |
|            | INDIVIDUAL ID #2274253565    |              |
| 02/22/2022 | ACH Debit                    | $3,400.00    |
|            | Maba CRESTOP                 |              |
|            | CCD 122287250000603          |              |
|            | CRESTOP                      |              |
|            | INDIVIDUAL ID #2274253565    |              |
| 02/22/2022 | ACH Debit                    | $2,000.00    |
|            | Cleaning CRESTOP             |              |
|            | PPD 122287250000502          |              |
|            | CRESTOP                      |              |
|            | INDIVIDUAL ID #2274253565    |              |
| 02/22/2022 | ACH Debit                    | $480.00      |
|            | Pool CRESTOP                 |              |
|            | PPD 122287250000430          |              |
|            | CRESTOP                      |              |
|            | INDIVIDUAL ID #2274253565    |              |
| 02/22/2022 | ACH Debit                    | $431.21      |
|            | BILL PAY FRONTIER COMMUNI    |              |
|            | CCD 031101118986664          |              |
|            | CRESTLLOYD LLC               |              |
|            | INDIVIDUAL ID #10519100611   |              |
| 02/22/2022 | ACH Debit                    | $74.99       |
|            | SPECTRUM SPECTRUM            |              |
|            | WEB 021000021049095          |              |
|            | CRESTLLOYD LLC               |              |
|            | 5572918                      |              |
|            | INDIVIDUAL ID #5572918       |              |
| 02/18/2022 | ACH Debit                    | $9,950.00    |
|            | Maba CRESTOP                 |              |
|            | CCD 122287250000321          |              |

|  |  |  |
|---|---|---|
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/17/2022 | ACH Debit | $4,709.20 |
| | Selby CRESTOP | |
| | CCD 122287250000231 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/17/2022 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000222 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/16/2022 | ACH Debit | $62,962.50 |
| | Vesta CRESTOP | |
| | CCD 122287250000292 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/16/2022 | ACH Debit | $480.00 |
| | Pool CRESTOP | |
| | PPD 122287250000321 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/15/2022 | ACH Debit | $1,381.98 |
| | Pool CRESTOP | |
| | PPD 122287250000129 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/14/2022 | ACH Debit | $199,071.31 |
| | SCP CRESTOP | |
| | CCD 122287250000407 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/14/2022 | ACH Debit | $5,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000258 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/14/2022 | ACH Debit | $1,269.68 |
| | Flowers CRESTOP | |
| | CCD 122287250000073 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/11/2022 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000376 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/09/2022 | Domestic Wire Transfer - DL | $75,445.15 |
| | Domestic Wire Transfer-DL | |
| | Lanes Management Services | |
| | UNITED STATES | |
| | WELLS FARGO BANK, | |
| | 20220209MMQFMP9N000525 | |
| | 20220209I1B7032R021823 | |
| | 02091713FT01 | |
| 02/09/2022 | Domestic Wire Transfer - DL | $59,704.44 |
| | Domestic Wire Transfer-DL | |
| | BG LAW LLP | |
| | UNITED STATES | |
| | PACIFIC PREMIER BA | |
| | 20220209MMQFMP9N000538 | |
| | 20220209MMQFMPLK000473 | |
| | 02091726FT01 | |
| 02/09/2022 | Domestic Wire Transfer - DL | $10,000.00 |
| | Domestic Wire Transfer-DL | |

Crest Real Estate LLC

███████████

UNITED STATES
BANK OF AMERICA, N
20220209MMQFMP9N000308
20220209B6B7HU3R011067
02091453FT01

| Date | Description | Amount |
|---|---|---|
| 02/08/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Hankey Capital, LLC | $88,211.33 |

███████████

COMERICA BANK
20220208MMQFMP9N000301
20220208G1QG990C001329
02081402FT01

| Date | Description | Amount |
|---|---|---|
| 02/08/2022 | ACH Debit<br>AV CRESTOP<br>CCD 122287250000272<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $23,356.93 |
| 02/08/2022 | ACH Debit<br>Windows CRESTOP<br>PPD 122287250000278<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $7,770.00 |
| 02/08/2022 | ACH Debit<br>Cleaning CRESTOP<br>PPD 122287250000067<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $2,000.00 |
| 02/07/2022 | ACH Debit<br>Selby CRESTOP<br>CCD 122287250000283<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $2,208.55 |
| 02/07/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000226<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $930.00 |
| 02/07/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000242<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $480.00 |
| 02/04/2022 | ACH Debit<br>Flowers CRESTOP<br>CCD 122287250000006<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $20,134.97 |
| 02/04/2022 | ACH Debit<br>770 CRESTOP<br>CCD 122287250000003<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $9,950.00 |
| 02/03/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports | $37,800.00 |

███████████

UNITED STATES
JPMORGAN CHASE BAN
20220203MMQFMP9N000039
20220203B1QGC01R027097
02030950FT01

| Date | Description | Amount |
|---|---|---|
| 02/03/2022 | ACH Debit<br>Landscape CRESTOP | $6,631.00 |

| | | |
|---|---|---|
| | CCD 122287250000208 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/03/2022 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000002 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/02/2022 | Domestic Wire Transfer - DL | $37,600.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220202MMQFMP9N000047 | |
| | 20220202B1QGC01R024652 | |
| | 02021005FT01 | |
| 02/02/2022 | Domestic Wire Transfer - DL | $9,960.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220202MMQFMP9N000045 | |
| | 20220202B1QGC01R024649 | |
| | 02021005FT01 | |
| 02/02/2022 | ACH Debit | $142,832.37 |
| | SCP CRESTOP | |
| | CCD 122287250000472 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/01/2022 | Domestic Wire Transfer - DL | $60,792.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220201MMQFMP9N000282 | |
| | 20220201B1QGC01R058559 | |
| | 02011315FT01 | |
| 02/01/2022 | Domestic Wire Transfer - DL | $18,900.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220201MMQFMP9N000439 | |
| | 20220201B1QGC01R077391 | |
| | 02011515FT01 | |
| 02/01/2022 | Domestic Wire Transfer - DL | $12,800.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220201MMQFMP9N000280 | |
| | 20220201B1QGC01R058554 | |
| | 02011315FT01 | |
| 02/01/2022 | Domestic Wire Transfer - DL | $6,450.00 |
| | Domestic Wire Transfer-DL | |
| | Synthetic Dream Lawns | |
| | UNITED STATES | |

JPMORGAN CHASE BAN
20220201MMQFMP9N000274
20220201B1QGC01R058544
02011315FT01

| 02/01/2022 | Domestic Wire Transfer - DL | | $1,050.00 |
|---|---|---|---|

Domestic Wire Transfer-DL
Jerry Maba Imports

UNITED STATES
JPMORGAN CHASE BAN
20220201MMQFMP9N000276
20220201B1QGC01R058545
02011315FT01

| 02/01/2022 | Domestic Wire Transfer - DL | | $624.00 |
|---|---|---|---|

Domestic Wire Transfer-DL
Jerry Maba Imports

UNITED STATES
JPMORGAN CHASE BAN
20220201MMQFMP9N000278
20220201B1QGC01R058551
02011315FT01

| 02/01/2022 | ACH Debit | | $11,395.49 |
|---|---|---|---|

LADWP CRESTOP
PPD 122287250000237
CRESTOP
INDIVIDUAL ID #2274253565

| 02/01/2022 | ACH Debit | | $6,528.00 |
|---|---|---|---|

Flowers CRESTOP
CCD 122287250000330
CRESTOP
INDIVIDUAL ID #2274253565

| 02/01/2022 | ACH Debit | | $3,000.00 |
|---|---|---|---|

Cleaning CRESTOP
PPD 122287250000500
CRESTOP
INDIVIDUAL ID #2274253565

| 02/01/2022 | ACH Debit | | $930.00 |
|---|---|---|---|

Pool CRESTOP
PPD 122287250000245
CRESTOP
INDIVIDUAL ID #2274253565

| 02/01/2022 | ACH Debit | | $177.32 |
|---|---|---|---|

Staglik CRESTOP
PPD 122287250000378
CRESTOP
INDIVIDUAL ID #2274253565

| 01/31/2022 | ACH Debit | | $1,024.00 |
|---|---|---|---|

Vertex CRESTOP
CCD 122287250000262
CRESTOP
INDIVIDUAL ID #2274253565

| 01/31/2022 | ACH Debit | | $480.00 |
|---|---|---|---|

Pool CRESTOP
PPD 122287250000232
CRESTOP
INDIVIDUAL ID #2274253565

| 01/31/2022 | Credit Back Item | $6,450.00 | |
|---|---|---|---|

RETURN IND ID #Turf

| 01/28/2022 | ACH Debit | | $9,844.74 |
|---|---|---|---|

Landscape CRESTOP
CCD 122287250000271
CRESTOP
INDIVIDUAL ID #2274253565

| 01/28/2022 | ACH Debit | | $7,762.50 |
|---|---|---|---|

Windows CRESTOP
PPD 122287250000033

| | | |
|---|---|---|
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/28/2022 | ACH Debit | $5,000.00 |
| | CRE CRESTOP | |
| | CCD 122287250000275 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/28/2022 | ACH Debit | $3,500.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000255 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/27/2022 | ACH Debit | $6,450.00 |
| | Turf CRESTOP | |
| | CCD 122287250000252 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/27/2022 | ACH Debit | $300.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000196 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/26/2022 | Domestic Wire Transfer - DL | $63,840.00 |
| | Domestic Wire Transfer-DL | |
| | Draken Security | |
| | UNITED STATES | |
| | US BANK, NA | |
| | 20220126MMQFMP9N000124 | |
| | 20220126L3LF151C002054 | |
| | 01261214FT01 | |
| 01/26/2022 | Domestic Wire Transfer - DL | $30,136.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220126MMQFMP9N000129 | |
| | 20220126B1QGC01R040678 | |
| | 01261214FT01 | |
| 01/26/2022 | Domestic Wire Transfer - DL | $27,420.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220126MMQFMP9N000133 | |
| | 20220126B1QGC01R040685 | |
| | 01261214FT01 | |
| 01/26/2022 | Domestic Wire Transfer - DL | $20,960.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220126MMQFMP9N000131 | |
| | 20220126B1QGC01R040683 | |
| | 01261214FT01 | |
| 01/26/2022 | Domestic Wire Transfer - DL | $11,364.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |

|            |                                                                                                                                      |             |
|------------|--------------------------------------------------------------------------------------------------------------------------------------|-------------|
|            | 20220126MMQFMP9N000127<br>20220126B1QGC01R040676<br>01261214FT01                                                                     |             |
| 01/26/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Taylor Rae<br>█████<br>UNITED STATES<br>CITY NATIONAL BANK<br>20220126MMQFMP9N000635<br>20220126L2LFCK1C005564<br>01261753FT01 | $9,828.00   |
| 01/26/2022 | ACH Debit<br>PAYMENT QUARTERLY FEE<br>CCD 041036044211103<br>CRESTLLOYD, LLC<br>INDIVIDUAL ID #0000                                   | $3,589.69   |
| 01/26/2022 | ACH Debit<br>Handyman CRESTOP<br>PPD 122287250000134<br>CRESTOP<br>INDIVIDUAL ID #2274253565                                         | $980.00     |
| 01/26/2022 | ACH Debit<br>BILL PAY FRONTIER COMMUNI<br>CCD 031101114046188<br>CRESTLLOYD LLC<br>INDIVIDUAL ID #10463815121                        | $429.64     |
| 01/26/2022 | ACH Debit<br>SPECTRUM SPECTRUM<br>WEB 021000026270439<br>CRESTLLOYD LLC<br>9314378<br>INDIVIDUAL ID #9314378                         | $79.74      |
| 01/25/2022 | ACH Debit<br>Electric CRESTOP<br>CCD 122287250000126<br>CRESTOP<br>INDIVIDUAL ID #2274253565                                        | $6,039.65   |
| 01/25/2022 | ACH Debit<br>Cleaning CRESTOP<br>PPD 122287250000190<br>CRESTOP<br>INDIVIDUAL ID #2274253565                                        | $2,000.00   |
| 01/24/2022 | ACH Debit<br>Pool Guys CRESTOP<br>PPD 122287250000265<br>CRESTOP<br>INDIVIDUAL ID #2274253565                                       | $1,180.00   |
| 01/24/2022 | ACH Debit<br>Landscape CRESTOP<br>CCD 122287250000095<br>CRESTOP<br>INDIVIDUAL ID #2274253565                                       | $450.00     |
| 01/21/2022 | ACH Debit<br>GP CRESTOP<br>CCD 122287250000186<br>CRESTOP<br>INDIVIDUAL ID #2274253565                                              | $24,071.46  |
| 01/21/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000189<br>CRESTOP<br>INDIVIDUAL ID #2274253565                                            | $392.63     |
| 01/20/2022 | ACH Debit<br>Landscape CRESTOP<br>CCD 122287250000520<br>CRESTOP<br>INDIVIDUAL ID #2274253565                                       | $43,375.43  |

| | | |
|---|---|---|
| 01/19/2022 | ACH Debit | $8,725.24 |
| | Brunswick CRESTOP | |
| | PPD 122287250000192 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/19/2022 | ACH Debit | $2,595.20 |
| | Selby CRESTOP | |
| | CCD 122287250000151 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/18/2022 | ACH Debit | $1,520.00 |
| | Pool Guys CRESTOP | |
| | PPD 122287250000188 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/14/2022 | Domestic Wire Transfer - DL | $44,400.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220114MMQFMP9N000031 | |
| | 20220114B1QGC01R035237 | |
| | 01141038FT01 | |
| 01/14/2022 | Domestic Wire Transfer - DL | $43,680.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220114MMQFMP9N000027 | |
| | 20220114B1QGC01R035230 | |
| | 01141038FT01 | |
| 01/14/2022 | Domestic Wire Transfer - DL | $12,616.50 |
| | Domestic Wire Transfer-DL | |
| | Miles Staglik | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220114MMQFMP9N000029 | |
| | 20220114B1QGC01R035232 | |
| | 01141038FT01 | |
| 01/14/2022 | ACH Debit | $952.65 |
| | Electric CRESTOP | |
| | CCD 122287250000069 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/13/2022 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000052 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/12/2022 | Domestic Wire Transfer - DL | $84,211.65 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220112MMQFMP9N000255 | |
| | 20220112B1QGC01R056688 | |
| | 01121407FT01 | |
| 01/12/2022 | Domestic Wire Transfer - DL | $10,000.00 |
| | Domestic Wire Transfer-DL | |
| | Centurion | |
| | 124001545 | |

882342603
UNITED STATES
JPMORGAN CHASE BAN
20220112MMQFMP9N000156
20220112B1QGC01R039681
01121203FT01

| 01/11/2022 | Domestic Wire Transfer - DL | $63,697.90 |

Domestic Wire Transfer-DL
Taylor Rae / Thirty One Petal

UNITED STATES
CITY NATIONAL BANK
20220111MMQFMP9N000303
20220111L2LFCK1C002515
01111238FT01

| 01/11/2022 | ACH Debit | $30,041.74 |

Stone CRESTOP
CCD 122287250000007
CRESTOP
INDIVIDUAL ID #2274253565

| 01/10/2022 | Domestic Wire Transfer - DL | $4,170,511.38 |

Domestic Wire Transfer-DL
Lockton Insurance

UNITED STATES
BANK OF THE WEST (
20220110MMQFMP9N000011
20220110L2B7721C000406
01100800FT01

| 01/10/2022 | Domestic Wire Transfer - DL | $63,697.90 |

Domestic Wire Transfer-DL
Thirty One Petal

UNITED STATES
CITY NATIONAL BANK
20220110MMQFMP9N000251
20220110L2LFCK1C003394
01101411FT01

| 01/10/2022 | Domestic Wire Transfer - DL | $20,160.00 |

Domestic Wire Transfer-DL
Draken Security

UNITED STATES
US BANK, NA
20220110MMQFMP9N000351
20220110L3LF151C003970
01101510FT01

| 01/10/2022 | Domestic Wire Transfer - DL | $15,000.00 |

Domestic Wire Transfer-DL
770 Water Damage & Restoration

UNITED STATES
BANK OF AMERICA, N
20220110MMQFMP9N000349
20220110B6B7HU2R011945
01101510FT01

| 01/10/2022 | ACH Debit | $3,277.87 |

Stone CRESTOP
CCD 122287250000004
CRESTOP
INDIVIDUAL ID #2274253565

| 01/10/2022 | ACH Debit | $1,400.00 |

Pool Guys CRESTOP
PPD 122287250000208

| Date | Description | | Amount |
|---|---|---|---|
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 01/10/2022 | ACH Debit | | $580.00 |
| | Pool CRESTOP | | |
| | PPD 122287250000002 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 01/10/2022 | Wire Transfer Credit | $63,697.90 | |
| | Wire Transfer Credit | | |
| | CRESTLLOYD, LLC | | |
| | 355 S GRAND AVE SUITE 1450 | | |
| | LOS ANGELES CA 90071-0000 | | |
| | FEDERAL RESERVE BANK ACCT | | |
| | FUNDS TRANSFER DEPT | | |
| | HOLD DEPT #057 | | |
| | 20220110L2LFCK1C003131 | | |
| | 20220110MMQFMP9N000286 | | |
| | 01101422FT01 | | |
| 01/07/2022 | ACH Debit | | $701,465.73 |
| | 2139742111 County of Los An | | |
| | WEB 242071756431440 | | |
| | Crestlloyd, LLC | | |
| | 3821346485 | | |
| | INDIVIDUAL ID #3821346485 | | |
| 01/06/2022 | ACH Debit | | $2,000.00 |
| | Cleaning CRESTOP | | |
| | PPD 122287250000519 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 01/05/2022 | Domestic Wire Transfer - DL | | $69,738.15 |
| | Domestic Wire Transfer-DL | | |
| | Good Panda Landscape & Design, | | |
| | ████████ | | |
| | UNITED STATES | | |
| | JPMORGAN CHASE BAN | | |
| | 20220105MMQFMP9N000264 | | |
| | 20220105B1QGC01R051456 | | |
| | 01051337FT01 | | |
| 01/05/2022 | Domestic Wire Transfer - DL | | $6,157.76 |
| | Domestic Wire Transfer-DL | | |
| | Miles Staglik | | |
| | ████████ | | |
| | UNITED STATES | | |
| | JPMORGAN CHASE BAN | | |
| | 20220105MMQFMP9N000266 | | |
| | 20220105B1QGC01R051459 | | |
| | 01051337FT01 | | |
| 01/04/2022 | Domestic Wire Transfer - DL | | $65,000.00 |
| | Domestic Wire Transfer-DL | | |
| | Showroom Interiors, LLC | | |
| | ████████ | | |
| | UNITED STATES | | |
| | CITY NATIONAL BANK | | |
| | 20220104MMQFMP9N000641 | | |
| | 20220104L2LFCK1C004735 | | |
| | 01041644FT01 | | |
| 01/04/2022 | Domestic Wire Transfer - DL | | $62,962.50 |
| | Domestic Wire Transfer-DL | | |
| | Showroom Interiors, LLC | | |
| | ████████ | | |
| | UNITED STATES | | |
| | CITY NATIONAL BANK | | |
| | 20220104MMQFMP9N000567 | | |
| | 20220104L2LFCK1C004202 | | |
| | 01041547FT01 | | |

| Date | Description | | Amount |
|---|---|---|---|
| 12/31/2021 | ACH Debit<br>Landscape CRESTOP<br>CCD 122287250000333<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $6,000.00 |
| 12/31/2021 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000079<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $640.00 |
| 12/31/2021 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000017<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $340.00 |
| 12/30/2021 | ACH Debit<br>Constr. CRESTOP<br>CCD 122287250000129<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $23,288.44 |
| 12/30/2021 | ACH Debit<br>CRE CRESTOP<br>CCD 122287250000124<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $5,000.00 |
| 12/30/2021 | ACH Debit<br>Cleaning CRESTOP<br>PPD 122287250000158<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $2,000.00 |
| 12/28/2021 | ACH Debit<br>Table CRESTOP<br>CCD 122287250000162<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $6,570.00 |
| 12/27/2021 | ACH Debit<br>Water CRESTOP<br>PPD 122287250000236<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $6,540.54 |
| 12/27/2021 | ACH Debit<br>Cleaning CRESTOP<br>PPD 122287250000239<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $2,000.00 |
| 12/27/2021 | ACH Debit<br>BILL PAY FRONTIER COMMUNI<br>CCD 031101116667491<br>CRESTLLOYD LLC<br>INDIVIDUAL ID #10394791691 | | $878.90 |
| 12/24/2021 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Draken Security<br><br>UNITED STATES<br>US BANK, NA<br>20211224MMQFMP9N000102<br>20211224L3LF151C001499<br>12241306FT01 | | $40,400.00 |
| 12/24/2021 | ACH Debit<br>Vesta CRESTOP<br>CCD 122287250000345<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $150,000.00 |
| 12/24/2021 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000424 | | $1,510.00 |

| | | | |
|---|---|---|---|
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 12/24/2021 | ACH Debit | | $640.00 |
| | Pool CRESTOP | | |
| | PPD 122287250000322 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 12/24/2021 | ACH Debit | | $289.89 |
| | Electric CRESTOP | | |
| | CCD 122287250000403 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 12/24/2021 | ACH Debit | | $149.98 |
| | SPECTRUM SPECTRUM | | |
| | WEB 021000027483805 | | |
| | CRESTLLOYD LLC | | |
| | 0595406 | | |
| 12/22/2021 | Wire Transfer Credit | $150,000.00 | |
| | Wire Transfer Credit | | |
| | SHOWROOM INTERIORS LLC | | |
| | DBA VESTA HOME | | |
| | 8905 REX RD | | |
| | PICO RIVERA CA 90660 | | |
| | CASE # 2:21-BK-18205-DS | | |
| | CRESTLLOYD, LLC DEBTOR IN POSS | | |
| | 20211222L2LFCK1C005422 | | |
| | 20211222MMQFMP9N000284 | | |
| | 12221520FT01 | | |
| 12/21/2021 | ACH Debit | | $1,500.00 |
| | Cleaning CRESTOP | | |
| | PPD 122287250000088 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 12/20/2021 | Domestic Wire Transfer - DL | | $195,000.00 |
| | Domestic Wire Transfer-DL | | |
| | Showroom Interiors LLC | | |
| | UNITED STATES | | |
| | CITY NATIONAL BANK | | |
| | 20211220MMQFMP9N000354 | | |
| | 20211220L2LFCK1C004883 | | |
| | 12201440FT01 | | |
| 12/20/2021 | Domestic Wire Transfer - DL | | $150,724.19 |
| | Domestic Wire Transfer-DL | | |
| | Showroom Interiors LLC | | |
| | UNITED STATES | | |
| | CITY NATIONAL BANK | | |
| | 20211220MMQFMP9N000333 | | |
| | 20211220L2LFCK1C004724 | | |
| | 12201427FT01 | | |
| 12/20/2021 | ACH Debit | | $2,500.00 |
| | Cleaning CRESTOP | | |
| | PPD 122287250000119 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 12/20/2021 | ACH Debit | | $1,300.00 |
| | Selby EL CRESTOP | | |
| | CCD 122287250000363 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 12/20/2021 | Wire Transfer Credit | $16,914.50 | |
| | Wire Transfer Credit | | |
| | 944 AIROLE WAY | | |
| | 655 DEEP VALLEY DR STE 125P | | |
| | ROLLING HILLS ESTATES | | |
| | CA 90274 | | |

|            |                                                                                                             |                 |
|------------|-------------------------------------------------------------------------------------------------------------|-----------------|
|            | CASE 221 BK 18205 DS<br>20211220I1B7033R009850<br>20211220MMQFMP9N000160<br>12201148FT01                    |                 |
| 12/17/2021 | ACH Debit<br>A/V CRESTOP<br>CCD 122287250000108<br>CRESTOP<br>INDIVIDUAL ID #2274253565                     | $30,000.00      |
| 12/16/2021 | ACH Debit<br>Centurion CRESTOP<br>CCD 122287250000002<br>CRESTOP<br>INDIVIDUAL ID #2274253565               | $27,415.02      |
| 12/16/2021 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000006<br>CRESTOP<br>INDIVIDUAL ID #2274253565                    | $2,840.00       |
| 12/16/2021 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000049<br>CRESTOP<br>INDIVIDUAL ID #2274253565                    | $1,280.00       |
| 12/15/2021 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>SierraConstellation Partners<br><br>UNITED STATES<br>SILICON VALLEY BAN<br>20211215MMQFMP9N000460<br>20211215MMQFMPK8000451<br>12151510FT01 | $168,730.35 |
| 12/15/2021 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Modelo Corp.<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20211215MMQFMP9N000612<br>20211215B1QGC01R101488<br>12151638FT01 | $31,622.22 |
| 12/15/2021 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Draken Security<br><br>UNITED STATES<br>US BANK, NA<br>20211215MMQFMP9N000490<br>20211215L3LF151C004997<br>12151525FT01 | $27,600.00 |
| 12/15/2021 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Miles Staglik<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20211215MMQFMP9N000513<br>20211215B1QGC01R090657<br>12151543FT01 | $8,845.59 |
| 12/13/2021 | Wire Transfer Credit<br>Wire Transfer Credit<br>HANKEY CAPITAL LLC<br>4751 WILSHIRE BLVD NO 110<br>LOS ANGELES CA 90010 | $11,761,733.17 |

COMERICA BANK
MAIN STREET
FLOOR 2
DALLAS,TX,US
DEBTOR IN POSSESSION CASE # 2:
-18205-DS, OPERATIONS
20211213G1QG990C002292
20211213MMQFMP9N000438
12131757FT01

| | | | |
|---|---|---|---|
| 12/03/2021 | Account Service Fee | | $15.00 |
| | Wire Transfer Fee-Outgoing | | |
| | (Business Domestic) | | |
| 12/03/2021 | Wire Transfer Debit | | $10,000.00 |
| | Wire Transfer Debit | | |
| | DRAKEN PRIVATE SECURITY | | |
| | | | |
| | 7625 HAYVENHURST AVE #14 | | |
| | VAN NUYS CA 91406 | | |
| | BK COMRCE SD | | |
| | SAN DIEGO CA | | |
| | 20211203MMQFMP9N000537 | | |
| | 20211203L3LF151C005466 | | |
| | 12031635FT03 | | |
| 12/01/2021 | Wire Transfer Credit | $48,425.84 | |
| | Wire Transfer Credit | | |
| | 944 AIROLE WAY | | |
| | 655 DEEP VALLEY DR STE 125P | | |
| | ROLLING HILLS ESTATES, CA 9027 | | |
| | CASE NO 2-21-BK-18205-DS OPERA | | |
| | 20211201I1B7031R022537 | | |
| | 20211201MMQFMP9N000464 | | |
| | 12011612FT03 | | |

Report Generated on: 05/18/22 06:06:07 AM

*Signature*

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From April   01, 2022
                                        To   April   30, 2022
                                        Page    1 of     2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        CRESTLLOYD LLC                        8-161
        CASE#2:21-BK-18205
        355 S GRAND AVENUE SUITE 1450
        LOS ANGELES CA  90071          999
                                        See Back for Important Information


                                        Primary Account: ███████        0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ███████ BANKRUPTCY IMMA | | 119,945,662.43 | 119,976,558.92 |
| RELATIONSHIP | TOTAL | | 119,976,558.92 |

SIGNATURE BANK

```
                                          Statement Period
                                          From April    01, 2022
                                          To   April    30, 2022
                                          Page    2 of    2

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017


          CRESTLLOYD LLC                      8-161
          CASE#2:21-BK-18205
          355 S GRAND AVENUE SUITE 1450
          LOS ANGELES CA  90071        999
                                                    See Back for Important Information


                                          Primary Account: ██████████         0


BANKRUPTCY IMMA              ████████


Summary

   Previous Balance as of April    01, 2022                      119,945,662.43
           2 Credits                                                  30,896.49
   Ending Balance as of   April    30, 2022                      119,976,558.92


Deposits and Other Credits
  Apr 01   INCOMING WIRE                                              1,317.00
           REF#  20220401B6B7261F00772104011644FT01
           FROM: CHARTWELL ESCROW  INC.          ABA: ████████
           BANK:
           OBI:  944 AIROLE, REFUND RECORDING FEES
           OBI:
           OBI:
  Apr 29   Interest Paid                                            29,579.49

Daily Balances
  Mar 31     119,945,662.43            Apr 29     119,976,558.92
  Apr 01     119,946,979.43


*================================= Interest Summary =========================================*
*  Year-To-Date Interest            31,551.18                                              *
*  Interest Paid This Period        29,579.49    Annual Percentage Yield Earned   0.30 %   *
*  Avg. Balance this Period     119,946,979.43   Days in Period                   30       *
*==========================================================================================*
```

**P&L**

| | Month of April 4/30/22 |
|---|---|
| **Total Revenue** | **$11,317.00** |
| **Operating Expenses:** | |
| Insurance | - |
| Property Taxes | - |
| Security, Cleaning, and General Carry | (9,778) |
| Utilities | (16,649) |
| Furnishings | - |
| Repairs & Maintenance | (12,590) |
| Contingency / Other | - |
| Total Operating Expenses | (39,018) |
| | |
| **Selling Expenses:** | |
| Commission | - |
| Other Closing Costs | - |
| Total Selling Expenses | - |
| | |
| **Restructuring & Professional Expenses:** | |
| Professional and UST Fees | - |
| Total Restructuring & Professional Expenses | - |
| | |
| **Interest and Fees:** | |
| Interest Income | 29,579 |
| Interest & Fees (DIP) | - |
| Interest & Fees (Existing debt) | - |
| Total Interest and Fees | 29,579 |
| | |
| **Taxes:** | |
| Total Taxes (through April 2022) | - |
| | |
| Total Expenses | (9,438) |
| | |
| **Net Income** | **$      1,878.97** |

**Balance Sheet**

|  | Month of April 4/30/22 |
|---|---|
| **Assets** |  |
| Current Assets |  |
|   Cash and Cash Equivalents | 123,649,769 |
|   Accounts Receivable | - |
|   Prepaid Expenses | - |
|   Inventory | - |
|    Total Current Assets | 123,649,769 |
|  |  |
|   Goodwill | - |
|   Property | - |
| **Total Assets** | 123,649,769 |
|  |  |
| **Liabilities** |  |
| Current Liabilities |  |
|   Accounts Payable | - |
|   Accrued Expenses | - |
|    Total Current Liabilities | - |
|  |  |
|   Long-Term Debt | 255,695,784 |
| **Total Liabilities** | 255,695,784 |
|  |  |
| **Shareholder's Equity** | $ (132,046,015) |
|  |  |
| **Total Liabilities and Equity** | $ 123,649,769 |

**Cash Flow**

| | Month of April 4/30/22 |
|---|---|
| **Cash & Cash Equivalents beginning of Period** | $    123,647,890 |
| | |
| Cash Flow From Operating Activities | |
| Net Income | 1,879 |
| Net Cash Used in Operating Activities | 1,879 |
| | |
| Cash Flow from Investing Activities | |
| Construction / Capital Expenditures | - |
| Net Acquisitions and Sales | - |
| Net Cash Used in Investing Activities | - |
| | |
| Cash Flow from Financing Activities | |
| Debt Issuances / Repayments | - |
| Net Cash Provided by Financing Activities | - |
| | |
| Change in Cash & Cash Equivalents | 1,879 |
| **Ending Cash** | $    123,649,769 |