| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID B. GOLUBCHIK (State Bar No. 185520)<br>TODD M. ARNOLD (State Bar No. 221868)<br>JONATHAN D. GOTTLIEB (State Bar No. 339650)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Crestlloyd, LLC | **FILED & ENTERED**<br><br>**MAY 24 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell   DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Crestlloyd, LLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC, A SENIOR SECURED CREDITOR

   b. *Date of filing of motion:* May 24, 2022

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: May 24, 2022

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                   Page 1                                   **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** May 26, 2022 | **Place:** |
| **Time:** 11:30 a.m. | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| **Courtroom:** 1639 | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| **VIA ZOOM FOR GOVERNMENT ONLY** | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
| Date: May 24, 2022 | Hankey Capital, LLC, Inferno Investments, Inc., Yogi Securities Investments, LLC, Hilldun Corporation, and mechanic's lien creditors. |
| Time: 2 p.m. | |
| | ☐ See attached page |
| | (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery  ☒ Overnight Mail  ☐ First class mail  ☐ Facsimile*  ☒ Email*  ☒ NEF

| | |
|---|---|
| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
| Date: May 24, 2022 | Hankey Capital, LLC, Inferno Investments, Inc., Yogi Securities Investments, LLC, Hilldun Corporation, and mechanic's lien creditors. |
| Time: 5:00 p.m. | |
| | (These parties may be served by email only if express written consent is obtained. The declaration referred to in paragraph 8 must establish that consent was obtained for any such service.) |
| | (D) S_ervice is also required upon_: |
| | -- United States trustee _(electronic service is not permitted)_ |
| | -- ~~Judge's copy personally delivered to chambers (_see Court Manual for address_)~~ |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_                     Page 2                     **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☒ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First class mail ☐ Facsimile* ☒ Email* ☒ NEF

| (B) <u>Deadlines:</u><br>Date: May 24, 2022<br>Time: 5:00 p.m. | (C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u><br>Hankey Capital, LLC, Inferno Investments, Inc., Yogi Securities Investments, LLC, Hilldun Corporation, and mechanic's lien creditors.<br><br>(These parties may be served by email only if express written consent is obtained. The declaration referred to in paragraph 8 must establish that consent was obtained for any such service.)<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(no electronic service permitted)*<br>-- ~~Judge's copy personally delivered to chambers~~<br>  ~~(*see Court Manual for address*)~~ |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First class mail ☐ Facsimile* ☐ Email* ☒ NEF

| (B) <u>Deadlines:</u><br>Date: May 26, 2022<br>Time: 10:00 a.m. | (C) <u>Persons/entities to be served with written opposition to the motion:</u><br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- ~~Judge's copy personally delivered to chambers~~<br>  ~~(*see Court Manual for address*)~~ |

(6) ☐ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                       Page 3                       **F 9075-1.1.ORDER.SHORT.NOTICE**

(B) *Deadlines:*  
    Date:  
    Time:

(C) *Persons/entities to be served with written reply to opposition:*  
    -- All persons/entities who filed a written opposition

(D) *Service is also required upon:*  
    -- United States trustee *(electronic service is not permitted)*  
    -- Judge's Copy personally delivered to chambers  
      (*see Court Manual for address*)

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

☐ at least 2 days before the hearing.  
☒ no later than:    Date: May 25, 2022    Time: 5 p.m.

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: May 24, 2022

_____  
Deborah J. Saltzman  
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**