KAROL K. DENNISTON
SQUIRE PATTON BOGGS (US) LLP
475 Sansome Street, 16th Floor
San Francisco, CA 94111
Telephone: (415) 954-0200
Fax: (415) 393-9887
Email: karol.denniston@squirepb.com

*Attorneys for Pacific Union International dba Compass*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>Debtor | Case No. 21-18205<br><br>Chapter 11<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective May 23, 2022, the address of Squire Patton Boggs (US) LLP's San Francisco office, and Karol K. Denniston, counsel of record for Pacific Union International dba Compass, changed to:

SQUIRE PATTON BOGGS (US) LLP
475 Sansome Street, 16th Floor
San Francisco, CA 94111

Our email addresses, telephone and facsimile numbers remain the same.

Dated: May 24, 2022

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Karol K. Denniston*
KAROL K. DENNISTON
475 Sansome Street, 16th Floor
San Francisco, CA 94111
Telephone: (415) 954-0200
Fax: (415) 393-9887
Email: karol.denniston@squirepb.com

*Attorneys for Pacific Union International dba Compass*