DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>　　　　　　Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON SHORTENED TIME ON DEBTOR'S MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC, A SENIOR SECURED CREDITOR**<br><br><u>Hearing</u>:<br>Date:　May 26, 2022<br>Time:　11:30 a.m.<br>Place:　Courtroom 1639<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA  90012<br>　　　　**VIA ZOOMGOV ONLY**<br><br>Judge: Hon. Deborah J. Saltzman |

**PLEASE TAKE NOTICE** that on May 26, 2022, at 11:30 a.m., in Courtroom 1639 at 255 E. Temple Street, Los Angeles, CA 90012, via ZOOM.GOV, the Honorable Deborah J. Saltzman, United States Bankruptcy Judge, will consider the "*Motion For Authority to Disburse Funds To Hankey Capital, LLC, A Senior Secured Creditor*" (the "Motion") [Dkt. 325] filed by Crestlloyd LLC, the debtor and debtor in possession in the above caption bankruptcy case (the "Debtor"). A copy of the *Order Granting Application And Settling Hearing On Shortened Notice*" (the "Order") [Dkt. 325] setting the hearing on the Motion is attached hereto as **Exhibit "1"**.

**PLEASE TAKE FURTHER NOTICE** that opposition to the Motion, if any, must be in writing, be filed with the Clerk of the Court and served on the Debtors counsel and the United States Trustee via NEF by no later than **May 26, 2022 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the Motion and other papers filed in support of the Motion, were served via the Court's electronic noticing system or overnight mail to the parties required by the Order.

Dated: May 24, 2022

                                  LEVENE, NEALE, BENDER, YOO
                                    & GOLUBCHIK L.L.P.

                                By:  */s/ David B. Golubchik*
                                    DAVID B. GOLUBCHIK
                                    TODD M. ARNOLD
                                    JONATHAN D. GOTTLIEB
                        Attorneys for Debtor and Debtor in Possession

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DAVID B. GOLUBCHIK (State Bar No. 185520)<br>TODD M. ARNOLD (State Bar No. 221868)<br>JONATHAN D. GOTTLIEB (State Bar No. 339650)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Crestlloyd, LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 24 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC<br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Crestlloyd, LLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC, A SENIOR SECURED CREDITOR

    b. *Date of filing of motion:* May 24, 2022

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: May 24, 2022

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** May 26, 2022 | **Place:** |
| **Time:** 11:30 a.m. | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** 1639 | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| **VIA ZOOM FOR GOVERNMENT ONLY** | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
| Date: May 24, 2022 | Hankey Capital, LLC, Inferno Investments, Inc., Yogi Securities Investments, LLC, Hilldun Corporation, and mechanic's lien creditors. |
| Time: 2 p.m. | |
| | ☐ See attached page |
| | (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First class mail ☐ Facsimile* ☒ Email* ☒ NEF

| | |
|---|---|
| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
| Date: May 24, 2022 | Hankey Capital, LLC, Inferno Investments, Inc., Yogi Securities Investments, LLC, Hilldun Corporation, and mechanic's lien creditors. |
| Time: 5:00 p.m. | |
| | (These parties may be served by email only if express written consent is obtained. The declaration referred to in paragraph 8 must establish that consent was obtained for any such service.) |
| | (D) S*ervice is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- ~~Judge's copy personally delivered to chambers~~ ~~(*see Court Manual for address*)~~ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First class mail ☐ Facsimile* ☒ Email* ☒ NEF

(B) *Deadlines:*
Date: May 24, 2022
Time: 5:00 p.m.

(C) *Persons/entities to be served with motion, declarations, supporting documents:*
Hankey Capital, LLC, Inferno Investments, Inc., Yogi Securities Investments, LLC, Hilldun Corporation, and mechanic's lien creditors.

(These parties may be served by email only if express written consent is obtained. The declaration referred to in paragraph 8 must establish that consent was obtained for any such service.)

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- ~~Judge's copy personally delivered to chambers~~
   ~~(*see Court Manual for address*)~~

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First class mail ☐ Facsimile* ☐ Email* ☒ NEF

(B) *Deadlines:*
Date: May 26, 2022
Time: 10:00 a.m.

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee *(electronic service is not permitted)*
-- ~~Judge's copy personally delivered to chambers~~
   ~~(*see Court Manual for address*)~~

(6) ☐ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013            Page 3            F 9075-1.1.ORDER.SHORT.NOTICE

|     |     |
| --- | --- |
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☒ no later than:    Date: May 25, 2022    Time: 5 p.m.

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: May 24, 2022

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON SHORTENED TIME ON DEBTOR'S MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC, A SENIOR SECURED CREDITOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 24, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Jerrold L Bregman**    jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**    mdevoll@watttieder.com, zabrams@watttieder.com
- **Karol K Denniston**    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**    rbk@jmbm.com
- **Jane G Kearl**    jkearl@watttieder.com
- **Jennifer Larkin Kneeland**    jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Samuel A Newman**    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Victor A Sahn**    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **William Schumacher**    wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Mark Shinderman**    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

- **Genevieve G Weiner**   gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.law

**2. SERVED BY UNITED STATES MAIL**: On **May 24, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 24, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ *Service List served by Overnight Mail on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 24, 2022 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**

In re Crestlloyd, LLC
RSN + UST + Lender/Mechanic's
Lien Creds
File No. 9562

Rolls Scaffold, Inc.
Michael Rolls, CEO
11351 County Dr. Ste B
Ventura, CA 93004

American Truck & Tool Rentals
Inc./American Rentals
c/o Caprenos Inc., Cindee Wood,
Authorized Agent
4345 Murphy Canyon Road #200
San Diego, CA 92123

BMC West LLC
David Filtman, CEO
4800 Falls of Neuse Rd., Ste. 400
Raleigh, NC 27609

Calgrove Rentals Inc.
Guadalupe Gomez, President
456 Glenoaks Blvd.
San Fernando, CA 91340

J&E Texture, Inc.
Francisco Gonzalez, CEO
181 Exter Way
Corona, CA 92882

JMS Air Conditioning and Appliance
Services, Inc.
Yosi Hesica, CEO
7640 Burnet Ave.
Van Nuys, CA 91405

Kennco Plumbing, Inc.
Robert L. Kennedy, Jr., CEO
21366 Placerita Canyon Rd.
Newhall, CA 91321

Parquet By Dian
Dima Efros, CEO
16601 S. Main St.
Gardena, CA 90248

Powertek Electric, Inc.
Mike Moshrefi, CEO
28364 S, Western Ave. #414
Rancho Palos Verdes, CA 90275

American Truck & Tool Rentals
Inc./American Rental
Tom Murray, CEO and President
88 W. Victoria St.
Long Beach, CA 90805

Kennco Plumbing, Inc.
Robert L. Kennedy, Jr., CEO
26575 Ruether Ave.
Santa Clarita, CA 91350

Calgrove Rentals Inc.
21627 Roscoe Bl.
Canoga Park, CA 91304

BMC West LLC
3250 N. San Fernando Rd.
Los Angeles, CA 90065

Office of the United States Trustee
Attn: Noreen A Madoyan
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017