United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-18205-DS |
| Crestlloyd, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 24, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle R Gabai | on behalf of Interested Party Courtesy (NEF) dgabai@danninggill.com  dgabai@ecf.courtdrive.com |
| David Seror | on behalf of Interested Party Courtesy (NEF) dseror@bg.law  ecf@bg.law |
| David B Golubchik | on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| Genevieve G Weiner | on behalf of Interested Party Richard Saghian gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com |
| Hamid R Rafatjoo | on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| James Andrew Hinds, Jr | on behalf of Creditor Interno Investment  Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com, |

Case 2:21-bk-18205-DS    Doc 347    Filed 05/26/22    Entered 05/26/22 21:16:24    Desc
Imaged Certificate of Notice    Page 2 of 7

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | mduran@hindslawgroup.com |
| Jane G Kearl | |
| | on behalf of Interested Party J&E Texture Inc. jkearl@watttieder.com |
| Jennifer Larkin Kneeland | |
| | on behalf of Interested Party J&E Texture Inc. jkneeland@watttieder.com, zabrams@watttieder.com |
| Jerrold L Bregman | |
| | on behalf of Interested Party Hilldun Corporation jbregman@bg.law ecf@bg.law |
| Jessica Wellington | |
| | on behalf of Interested Party Courtesy (NEF) jwellington@bg.law ecf@bg.law |
| Jessica Wellington | |
| | on behalf of Other Professional Theodore Lanes jwellington@bg.law ecf@bg.law |
| John A Moe, II | |
| | on behalf of Creditor Yogi Securities Holdings LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| Karol K Denniston | |
| | on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com |
| Kyra E Andrassy | |
| | on behalf of Creditor Interno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Kyra E Andrassy | |
| | on behalf of Interested Party Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Lindsey L Smith | |
| | on behalf of Debtor Crestlloyd LLC lls@lnbyb.com, lls@ecf.inforuptcy.com |
| Marguerite Lee DeVoll | |
| | on behalf of Interested Party J&E Texture Inc. mdevoll@watttieder.com, zabrams@watttieder.com |
| Mark Shinderman | |
| | on behalf of Creditor Yogi Securities Holdings LLC mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com |
| Michael S Kogan | |
| | on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com |
| Noreen A Madoyan | |
| | on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov |
| Oscar Estrada | |
| | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Robert B Kaplan | |
| | on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com |
| Ronald N Richards | |
| | on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Ryan D O'Dea | |
| | on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Ryan D O'Dea | |
| | on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Samuel A Newman | |
| | on behalf of Interested Party Richard Saghian sam.newman@sidley.com samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com |
| Sharon Oh-Kubisch | |
| | on behalf of Interested Party Courtesy (NEF) sokubisch@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| Thomas M Geher | |
| | on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Todd M Arnold | |
| | on behalf of Debtor Crestlloyd LLC tma@lnbyg.com |
| United States Trustee (LA) | |
| | ustpregion16.la.ecf@usdoj.gov |
| Victor A Sahn | |
| | on behalf of Interested Party Courtesy (NEF) vsahn@sulmeyerlaw.com pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inf |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 24, 2022 | Form ID: pdf042 | Total Noticed: 1 |

oruptcy.com

William Schumacher
    on behalf of Creditor Yogi Securities Holdings  LLC wschumac@milbank.com, autodocketecf@milbank.com

Zev Shechtman
    on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 33

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DAVID B. GOLUBCHIK (State Bar No. 185520)<br>TODD M. ARNOLD (State Bar No. 221868)<br>JONATHAN D. GOTTLIEB (State Bar No. 339650)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Crestlloyd, LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 24 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>    **[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): Crestlloyd, LLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC, A SENIOR SECURED CREDITOR

    b. *Date of filing of motion:* May 24, 2022

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: May 24, 2022

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                             **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** May 26, 2022 | **Place:** |
| **Time:** 11:30 a.m. | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** 1639 | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| **VIA ZOOM FOR GOVERNMENT ONLY** | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) <u>Deadlines:</u> | (B) <u>Persons/entities to be provided with telephonic notice:</u> |
|---|---|
| Date: May 24, 2022 | Hankey Capital, LLC, Inferno Investments, Inc., Yogi Securities Investments, LLC, Hilldun Corporation, and mechanic's lien creditors. |
| Time: 2 p.m. | |
| | ☐ See attached page |
| | (C) <u>Telephonic notice is also required upon</u> the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery ☒ Overnight Mail ☐ First class mail ☐ Facsimile* ☒ Email* ☒ NEF

| (B) <u>Deadlines:</u> | (C) <u>Persons/entities to be served with written notice and a copy of this order:</u> |
|---|---|
| Date: May 24, 2022 | Hankey Capital, LLC, Inferno Investments, Inc., Yogi Securities Investments, LLC, Hilldun Corporation, and mechanic's lien creditors. |
| Time: 5:00 p.m. | |
| | (These parties may be served by email only if express written consent is obtained. The declaration referred to in paragraph 8 must establish that consent was obtained for any such service.) |
| | (D) <u>Service is also required upon</u>: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- ~~Judge's copy personally delivered to chambers~~ (~~*see Court Manual for address*~~) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 2                                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery ☒ Overnight Mail ☐ First class mail ☐ Facsimile* ☒ Email* ☒ NEF

| (B) *Deadlines:*<br>Date: May 24, 2022<br>Time: 5:00 p.m. | (C) *Persons/entities to be served with motion, declarations, supporting documents:*<br>Hankey Capital, LLC, Inferno Investments, Inc., Yogi Securities Investments, LLC, Hilldun Corporation, and mechanic's lien creditors.<br><br>(These parties may be served by email only if express written consent is obtained. The declaration referred to in paragraph 8 must establish that consent was obtained for any such service.)<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(no electronic service permitted)*<br>-- ~~Judge's copy personally delivered to chambers~~<br>~~(*see Court Manual for address*)~~ |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery ☐ Overnight Mail ☐ First class mail ☐ Facsimile* ☐ Email* ☒ NEF

| (B) *Deadlines:*<br>Date: May 26, 2022<br>Time: 10:00 a.m. | (C) *Persons/entities to be served with written opposition to the motion:*<br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>(D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- ~~Judge's copy personally delivered to chambers~~<br>~~(*see Court Manual for address*)~~ |

(6) ☐ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 3     **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) <u>Deadlines:</u><br>  Date:<br><br>  Time: | (C) <u>Persons/entities to be served with written reply to opposition:</u><br>  -- All persons/entities who filed a written opposition<br><br>(D) <u>Service is also required upon</u>:<br>  -- United States trustee *(electronic service is not permitted)*<br>  -- Judge's Copy personally delivered to chambers<br>     (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

  ☐ at least 2 days before the hearing.
  ☒ no later than:    Date: May 25, 2022    Time: 5 p.m.

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: May 24, 2022

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                      Page 4                      **F 9075-1.1.ORDER.SHORT.NOTICE**