United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-18205-DS |
| Crestlloyd, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 27, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle R Gabai | on behalf of Interested Party Courtesy (NEF) dgabai@danninggill.com  dgabai@ecf.courtdrive.com |
| David Seror | on behalf of Interested Party Courtesy (NEF) dseror@bg.law  ecf@bg.law |
| David B Golubchik | on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| Genevieve G Weiner | on behalf of Interested Party Richard Saghian gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com |
| Hamid R Rafatjoo | on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| James Andrew Hinds, Jr | on behalf of Creditor Interno Investment  Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com, |

District/off: 0973-2                      User: admin                      Page 2 of 3

Date Rcvd: May 27, 2022              Form ID: pdf042             Total Noticed: 1

                             mduran@hindslawgroup.com

Jane G Kearl
                     on behalf of Interested Party J&E Texture  Inc. jkearl@watttieder.com

Jennifer Larkin Kneeland
                     on behalf of Interested Party J&E Texture  Inc. jkneeland@watttieder.com, zabrams@watttieder.com

Jerrold L Bregman
                     on behalf of Interested Party Hilldun Corporation jbregman@bg.law  ecf@bg.law

Jessica Wellington
                     on behalf of Interested Party Courtesy (NEF) jwellington@bg.law  ecf@bg.law

Jessica Wellington
                     on behalf of Other Professional Theodore Lanes jwellington@bg.law  ecf@bg.law

John A Moe, II
                     on behalf of Creditor Yogi Securities Holdings  LLC john.moe@dentons.com,
                     glenda.spratt@dentons.com;derry.kalve@dentons.com

Jonathan Gottlieb
                     on behalf of Debtor Crestlloyd  LLC jdg@lnbyg.com

Karol K Denniston
                     on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com
                     travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com

Kyra E Andrassy
                     on behalf of Creditor Interno Investment  Inc. kandrassy@swelawfirm.com,
                     lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy
                     on behalf of Interested Party Inferno Investment  Inc. kandrassy@swelawfirm.com,
                     lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lindsey L Smith
                     on behalf of Debtor Crestlloyd  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Marguerite Lee DeVoll
                     on behalf of Interested Party J&E Texture  Inc. mdevoll@watttieder.com, zabrams@watttieder.com

Mark Shinderman
                     on behalf of Creditor Yogi Securities Holdings  LLC mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

Michael S Kogan
                     on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com

Noreen A Madoyan
                     on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Oscar Estrada
                     on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Robert B Kaplan
                     on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com

Ronald N Richards
                     on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com  7206828420@filings.docketbird.com

Ryan D O'Dea
                     on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Ryan D O'Dea
                     on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Samuel A Newman
                     on behalf of Interested Party Richard Saghian sam.newman@sidley.com
                     samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com

Sharon Oh-Kubisch
                     on behalf of Interested Party Courtesy (NEF) sokubisch@swelawfirm.com
                     gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Thomas M Geher
                     on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com  bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Todd M Arnold
                     on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com

United States Trustee (LA)
                     ustpregion16.la.ecf@usdoj.gov

District/off: 0973-2                        User: admin                                    Page 3 of 3
Date Rcvd: May 27, 2022                     Form ID: pdf042                                 Total Noticed: 1

Victor A Sahn
                      on behalf of Interested Party Courtesy (NEF) vsahn@sulmeyerlaw.com
                      pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inf
                      oruptcy.com

William Schumacher
                      on behalf of Creditor Yogi Securities Holdings  LLC wschumac@milbank.com, autodocketecf@milbank.com

Zev Shechtman
                      on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com
                      danninggill@gmail.com;zshechtman@ecf.inforuptcy.com


TOTAL: 34

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

MAY 27 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>                    Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**INTERIM ORDER ON MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC, A SENIOR SECURED CREDITOR**<br><br>Hearing:<br>Date: May 26, 2022<br>Time: 11:30 a.m.<br>Place: Courtroom 1639<br>      255 East Temple Street<br>      Los Angeles, CA  90012<br>      VIA ZOOMGOV ONLY |

A hearing was held at the above time and place on the "Motion for Authority to Disburse Funds to Hankey Capital, LLC, a Senior Secured Creditor" (the "Motion," Docket No. 325), filed by debtor Crestlloyd LLC (the "Debtor").  Appearances were set forth on the record.  Based on the Motion and all documents and evidence in support of the Motion, the objections to the Motion filed by Yogi Securities Holdings, LLC and Inferno Investment, Inc., and the Debtor's response thereto, the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record,

///

1

IT IS HEREBY ORDERED AS FOLLOWS:

1.    The Debtor is authorized to pay to Hankey Capital, LLC ("Hankey") the sum of $82,500,000 (the "Payment") on account of Hankey's asserted secured claim(s) in this case;

2.    The Payment will be without prejudice to any and all parties' rights to assert claims and defenses as may be appropriate, including but not limited to the right to claw back any portion of the monies paid; and

3.    A continued hearing on the Motion to consider payment of any amount in excess of the Payment will be held on June 23, 2022 at 11:30 a.m. with the following briefing schedule:

    a.    Supplemental brief by the Debtor to be filed by June 2, 2022;

    b.    Any oppositions to the Motion to be filed by June 9, 2022; and

    c.    Debtor's response to the oppositions to be filed by June 16, 2022.

### #

Date: May 27, 2022

Deborah J. Saltzman
United States Bankruptcy Judge

2