DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**JUN 02 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>   Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR AUTHORITY TO PAY CERTAIN SENIOR SECURED CREDITORS**<br><br>Hearing:<br>Date:   May 26, 2022<br>Time:  11:30 a.m.<br>Place:  Courtroom 1639<br>            255 East Temple Street<br>            Los Angeles, California 90012<br>            VIA ZOOMGOV ONLY |

A hearing was held at the above time and place on the "Motion for Authority to Pay Certain Senior Secured Creditors" (the "Motion," Docket No. 308) filed by debtor and debtor in possession Crestlloyd, LLC (the "Debtor"). Appearances were noted on the record. The court having considered the Motion, all documents filed in support thereof, the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record,

///

IT IS HEREBY ORDERED that the Motion is granted. The Debtor is authorized to issue payments to the mechanic's lien creditors (the "Creditors") below and in the following amounts:

| Name | Amount |
|---|---|
| J&E Texture, Inc. | $292,300.86 |
| American Truck & Tool Rentals Inc. | $160,000.00 |
| Kennco Plumbing Inc. | $85,560.17 |
| JMS Air Conditioning | $51,290.00 |
| Parquet by Dian | $40,846.00 |
| Powertek Electrical Inc. | $40,480.00 |
| BMC West LLC | $2,399.00 |

The foregoing payments constitute payment in full of the Creditors' secured mechanic's lien claims against the Debtor and its estate.

### 

Date: June 2, 2022

Deborah J. Saltzman
United States Bankruptcy Judge