United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-18205-DS |
| Crestlloyd, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 02, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

**Recip ID        Recipient Name and Address**
db              + Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:

**Name            Email Address**

Danielle R Gabai
                on behalf of Interested Party Courtesy (NEF) dgabai@danninggill.com  dgabai@ecf.courtdrive.com

David Seror
                on behalf of Interested Party Courtesy (NEF) dseror@bg.law  ecf@bg.law

David B Golubchik
                on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com

Genevieve G Weiner
                on behalf of Interested Party Richard Saghian gweiner@sidley.com
                laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Hamid R Rafatjoo
                on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com

James Andrew Hinds, Jr
                on behalf of Creditor Interno Investment  Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com,

Case 2:21-bk-18205-DS    Doc 358    Filed 06/04/22    Entered 06/04/22 21:17:12    Desc
Imaged Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 02, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | mduran@hindslawgroup.com |
| Jane G Kearl | |
| | on behalf of Interested Party J&E Texture Inc. jkearl@watttieder.com |
| Jennifer Larkin Kneeland | |
| | on behalf of Interested Party J&E Texture Inc. jkneeland@watttieder.com, zabrams@watttieder.com |
| Jerrold L Bregman | |
| | on behalf of Interested Party Hilldun Corporation jbregman@bg.law ecf@bg.law |
| Jessica Wellington | |
| | on behalf of Interested Party Courtesy (NEF) jwellington@bg.law ecf@bg.law |
| Jessica Wellington | |
| | on behalf of Other Professional Theodore Lanes jwellington@bg.law ecf@bg.law |
| John A Moe, II | |
| | on behalf of Creditor Yogi Securities Holdings LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| Jonathan Gottlieb | |
| | on behalf of Debtor Crestlloyd LLC jdg@lnbyg.com |
| Karol K Denniston | |
| | on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com |
| Kyra E Andrassy | |
| | on behalf of Creditor Interno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Kyra E Andrassy | |
| | on behalf of Interested Party Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Lindsey L Smith | |
| | on behalf of Debtor Crestlloyd LLC lls@lnbyb.com, lls@ecf.inforuptcy.com |
| Marguerite Lee DeVoll | |
| | on behalf of Interested Party J&E Texture Inc. mdevoll@watttieder.com, zabrams@watttieder.com |
| Mark Shinderman | |
| | on behalf of Creditor Yogi Securities Holdings LLC mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com |
| Michael S Kogan | |
| | on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com |
| Noreen A Madoyan | |
| | on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov |
| Oscar Estrada | |
| | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Robert B Kaplan | |
| | on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com |
| Ronald N Richards | |
| | on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Ryan D O'Dea | |
| | on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Ryan D O'Dea | |
| | on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Samuel A Newman | |
| | on behalf of Interested Party Richard Saghian sam.newman@sidley.com samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com |
| Sharon Oh-Kubisch | |
| | on behalf of Interested Party Courtesy (NEF) sokubisch@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| Thomas M Geher | |
| | on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| Todd M Arnold | |
| | on behalf of Debtor Crestlloyd LLC tma@lnbyg.com |
| United States Trustee (LA) | |
| | ustpregion16.la.ecf@usdoj.gov |

District/off: 0973-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 02, 2022 | Form ID: pdf042 | Total Noticed: 1

Victor A Sahn
    on behalf of Interested Party Courtesy (NEF) vsahn@sulmeyerlaw.com
    pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com

William Schumacher
    on behalf of Creditor Yogi Securities Holdings  LLC wschumac@milbank.com, autodocketecf@milbank.com

Zev Shechtman
    on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com
    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 34

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**JUN 02 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

**CHANGES MADE BY COURT**

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>                Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR AUTHORITY TO PAY CERTAIN SENIOR SECURED CREDITORS**<br><br><u>Hearing</u>:<br>Date:  May 26, 2022<br>Time:  11:30 a.m.<br>Place:  Courtroom 1639<br>         255 East Temple Street<br>         Los Angeles, California 90012<br>         VIA ZOOMGOV ONLY |

A hearing was held at the above time and place on the "Motion for Authority to Pay Certain Senior Secured Creditors" (the "Motion," Docket No. 308) filed by debtor and debtor in possession Crestlloyd, LLC (the "Debtor"). Appearances were noted on the record. The court having considered the Motion, all documents filed in support thereof, the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record,

///

IT IS HEREBY ORDERED that the Motion is granted. The Debtor is authorized to issue payments to the mechanic's lien creditors (the "Creditors") below and in the following amounts:

| Name | Amount |
| --- | --- |
| J&E Texture, Inc. | $292,300.86 |
| American Truck & Tool Rentals Inc. | $160,000.00 |
| Kennco Plumbing Inc. | $85,560.17 |
| JMS Air Conditioning | $51,290.00 |
| Parquet by Dian | $40,846.00 |
| Powertek Electrical Inc. | $40,480.00 |
| BMC West LLC | $2,399.00 |

The foregoing payments constitute payment in full of the Creditors' secured mechanic's lien claims against the Debtor and its estate.

### ###

Date: June 2, 2022

Deborah J. Saltzman
United States Bankruptcy Judge