DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>      Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**DEBTOR'S NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, LLC**<br><br>[May 1, 2022 through May 31, 2022]<br><br>[No Hearing Required, Unless Timely Opposition and Request for a Hearing is Filed] |

1

1    **PLEASE TAKE NOTICE** that, (A) on October 28, 2021, Crestlloyd, LLC, the Chapter 11 debtor and debtor in possession herein (the "Debtor"), filed a *Notice of Setting/Increasing Insider Compensation* (the "Notice of Insider Compensation") for SierraConstellation Partners LLC/Lawrence R. Perkins ("SCP") and served it on the UST and other parties, (B) on November 16, 2021, the United States Trustee (the "UST") filed its *Objection To Notice Of Insider Compensation* (the "Objection") [Dkt. 35] objecting to SCP's Notice of Insider Compensation, (C) on December 13, 2021, the Debtor filed its *Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Stipulation") [Dkt. 72], (D) on December 16, 2021, the Court entered its *Order Approving Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Order") [Dkt. 77].

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation and Insider Compensation Order, "SCP must file monthly fee statements [each a "Fee Statement"] and serve the UST therewith, and, absent an objection by the UST or some other party in interest within seven (7) days thereafter, the fees and costs may be paid in full.  In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court."

**PLEASE FURTHER TAKE NOTICE THAT**, consistent with the foregoing procedure, on December 12, 2021, the Court entered its *Interim Order* [the "DIP Order" [Dkr. 70]] *Granting Motion For Order: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief* [the "DIP Motion") [Dkt. 66]], which, *inter alia*, granted the DIP Motion on an interim basis and approved the terms of the DIP Loan Documents,[1] which provide, among other things, that:

> Loan Proceeds shall be used solely in accordance with the Budget, including for payment of the Facility Fee, Lender's reasonable attorneys' fees and costs incurred in making and documenting the Loan, title insurance premiums, escrow fees, the Extension Fee,

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the DIP Motion.

2

and the Carve Out and Borrower's working capital needs and to administer the Chapter 11 Case, including insurance, repair, maintenance and construction costs with respect to the Property. With respect to the fees and costs of the Manager of the Debtor [*i.e.*, SCP], Manager [*i.e.*, SCP] shall file monthly fee statements and, absent an objection within seven (7) days thereafter, the fees and costs may be paid in full. In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court.

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation, Insider Compensation Order, DIP Motion, and DIP Order, SCP hereby files its Fee Statement for the period from May 1, 2022 through May 31, 2022. SCP reserves its right to supplement, amend, or modify the Fee Statement to include fees and/or expenses incurred during the foregoing period not covered in the attached Fee Statement or incurred subsequent to May 31, 2022.

Annexed as **Exhibit "A"** hereto is the name of each professional who performed services for the Debtor in connection with this chapter 11 case during the period covered by this Fee Statement and the hourly rate and total fees for each professional during such period.

Annexed as **Exhibit "B"** hereto is the summary of hours in this Fee Statement broken up by partner and task.

Annexed as **Exhibit "C"** hereto are the detailed time entries for the period covered by this Fee Statement.

Annexed as **Exhibit "D"** hereto is the summary of expenses included in this Fee Statement.

Annexed as **Exhibit "E"** hereto are the detailed entries for the expenses covered by this Fee Statement.

**PLEASE TAKE FURTHER NOTICE that objections, if any, to this Fee Statement must be filed with the Court and served so as to be received by the undersigned counsel to the Debtor no later than seven (7) days after the filing of this Fee Statement.**

**PLEASE TAKE FURTHER NOTICE** that, (A) if no objection is properly and timely filed and served in accordance with the above procedures, the Debtor will pay SCP the fees and expense set forth in this Fee Statement (provided such payment is consistent with the Budget) and (B) if an objection is properly and timely filed and served in accordance with the above procedures, (1) the Debtor will pay SCP the undisputed portion of fees and expenses set forth in this Fee Statement (provided such payment is consistent with the Budget) and (2) any disputed portion of fees and expenses set forth in this Fee Statement shall be subject to review and further order by the Court.

Dated: June 14, 2022    CRESTLLOYD, LLC

/s/ *Todd M. Arnold*
DAVID B. GOLUBCHIK
TODD M. ARNOLD
LEVENE, NEALE, BENDER, YOO
   & GOLUBCHIK L.L.P.
Attorneys for Debtor and Debtor in Possession

# EXHIBIT "A"

**Summary of SierraConstellation Partners Professional Fees by Consultant**
For the Period May 1st through May 31st

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Lawrence Perkins | CEO | $790 | 9.50 | $7,505.00 |
| Roger Gorog | Director | $525 | 35.10 | $18,427.50 |
| Colin Moran | Associate | $235 | 17.10 | $4,018.50 |
| | | | **61.7** | **$29,951.00** |

# EXHIBIT "B"

**Summary of SierraConstellation Partners Professional Fees by Activity**
For the Period May 1st through May 31st

| Activity / Consultant | Title | Hours | Rate | Total |
|---|---|---|---|---|
| **Business Operations, Cash Management & CRO Support** | | | | |
| Lawrence Perkins | CEO | 8.00 | $790 | $6,320 |
| Roger Gorog | Director | 34.10 | $525 | $17,903 |
| Colin Moran | Associate | 5.90 | $235 | $1,387 |
| | *Activity Total* | 48.00 | | $25,609 |
| | | | | |
| **Case Administration** | | | | |
| Lawrence Perkins | CEO | 0.00 | $790 | $0 |
| Roger Gorog | Director | 0.00 | $525 | $0 |
| Colin Moran | Associate | 9.00 | $235 | $2,115 |
| | *Activity Total* | 9.00 | | $2,115 |
| | | | | |
| **Court Hearing/341 Meetings/Preparation & Attendance at Hearings** | | | | |
| Roger Gorog | Senior Director | 0.00 | $525 | $0 |
| Lawrence Perkins | CEO | 1.50 | $790 | $1,185 |
| Colin Moran | Associate | 1.20 | $235 | $282 |
| | *Activity Total* | 2.70 | | $1,467 |
| | | | | |
| **Invoices, Fees and Retention Applications** | | | | |
| Roger Gorog | Senior Director | 1.00 | $525 | $525 |
| Lawrence Perkins | CEO | 0.00 | $790 | $0 |
| Colin Moran | Associate | 1.00 | $235 | $235 |
| | *Activity Total* | 2.00 | | $760 |

# EXHIBIT "C"

**Summary of SierraConstellation Partners Professional Fees by Professional Service**
For the Period May 1st through May 31st

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| **Business Operations, Cash Management & CRO Support** | | | | |
| *Lawrence Perkins* | | | | |
| 5/2/2022 | Correspondence with team re: various open workstreams to claims | 1.00 | $790.00 | $790.00 |
| 5/2/2022 | Review and signature of filing related to mechanics liens; correspondence re: same | 1.00 | $790.00 | $790.00 |
| 5/5/2022 | Review of MOR and signature of same | 1.50 | $790.00 | $1,185.00 |
| 5/5/2022 | Working with counsel re: motion related to mechanics liens | 1.50 | $790.00 | $1,185.00 |
| 5/9/2022 | Correspondence re: various items related to claims | 1.00 | $790.00 | $790.00 |
| 5/11/2022 | Correspondence and calls re: various claims issues | 1.00 | $790.00 | $790.00 |
| 5/23/2022 | CRO duties - review of correspondence and review and signature of motions | 1.00 | $790.00 | $790.00 |
| | Lawrence Perkins Total | | | $6,320.00 |
| *Colin Moran* | | | | |
| 5/4/2022 | Emails with Lockton to discuss insurance claim | 0.50 | $235.00 | $117.50 |
| 5/5/2022 | Teleconference with R. Gorog and K. Sliwerksi to discuss insurance claim | 0.30 | $235.00 | $70.50 |
| 5/6/2022 | Submit Payment for SCP | 0.10 | $235.00 | $23.50 |
| 5/11/2022 | Review of emails re: Vesta & Tax Returns | 0.30 | $235.00 | $70.50 |
| 5/12/2022 | Teleconference with R. Gorog and D. Golubchik re Insurance claim | 0.30 | $235.00 | $70.50 |
| 5/12/2022 | Emails with Lockton to discuss claim and appraisal request | 0.30 | $235.00 | $70.50 |
| 5/13/2022 | Teleconference with H. Grobstein and K. Boffil re Tax Returns | 0.20 | $235.00 | $47.00 |
| 5/16/2022 | Review emails re: Vesta | 0.50 | $235.00 | $117.50 |
| 5/18/2022 | Review Hankey Accounting emails and supporting documents | 0.70 | $235.00 | $164.50 |
| 5/18/2022 | Review emails re: Hankey payment and Inferno doc request | 0.50 | $235.00 | $117.50 |
| 5/22/2022 | Begin review of Inferno related Docs that support claim | 1.00 | $235.00 | $235.00 |
| 5/24/2022 | Emails re: tax and MSR filing | 0.50 | $235.00 | $117.50 |
| 5/27/2022 | Processes & emails re to Payment to Hankey | 0.70 | $235.00 | $164.50 |
| | Colin Moran Total | | | $1,386.50 |
| *Roger Gorog* | | | | |
| 5/2/2022 | Review changes to operating report | 1.10 | $525.00 | $577.50 |
| 5/2/2022 | Investigate vendor issues; read emails relating to potential claim | 1.70 | $525.00 | $892.50 |
| 5/2/2022 | Work on getting bank account access | 2.20 | $525.00 | $1,155.00 |
| 5/3/2022 | Work on and review and respond to various emails | 2.10 | $525.00 | $1,102.50 |
| 5/3/2022 | Coordinate call with bank for signature cards and account access | 0.30 | $525.00 | $157.50 |
| 5/4/2022 | Review emails from counsel regarding monthly reporting and suggested changes | 1.30 | $525.00 | $682.50 |
| 5/4/2022 | Review revised monthly report | 0.50 | $525.00 | $262.50 |
| 5/5/2022 | Work on bank account access | 0.50 | $525.00 | $262.50 |
| 5/5/2022 | Prepare for and attend call with insurance broker | 2.10 | $525.00 | $1,102.50 |
| 5/6/2022 | Review emails from counsel regarding mechanics liens and timing | 0.60 | $525.00 | $315.00 |
| 5/9/2022 | Review email from counsel regarding disbursements | 0.50 | $525.00 | $262.50 |
| 5/10/2022 | Discuss tax preparation and next steps for moving forward with filing | 1.10 | $525.00 | $577.50 |
| 5/11/2022 | Read and respond to emails from counsel regarding furniture and fixtures | 1.30 | $525.00 | $682.50 |
| 5/12/2022 | Various calls and emails related to vendor issues and potential insurance claim; call with counsel to discuss next steps | 1.70 | $525.00 | $892.50 |
| 5/13/2022 | Work on bank account access; send wet signature documents to bank | 0.60 | $525.00 | $315.00 |
| 5/13/2022 | Various emails to insurance broker regarding appraisals and potential claims | 1.10 | $525.00 | $577.50 |
| 5/16/2022 | Review emails from counsel regarding vendor claim | 1.60 | $525.00 | $840.00 |
| 5/18/2022 | Review draft MOR and cash balances | 1.10 | $525.00 | $577.50 |
| 5/18/2022 | Review lender balance and payoff request; read and review emails from counsel related to same | 1.50 | $525.00 | $787.50 |
| 5/19/2022 | Work on bank account setup and access | 1.80 | $525.00 | $945.00 |
| 5/20/2022 | Review emails from counsel regarding lender payoff and associated timing | 1.10 | $525.00 | $577.50 |
| 5/21/2022 | Review emails from counsel regarding lender payoff and disbursements | 1.20 | $525.00 | $630.00 |
| 5/23/2022 | Review draft motion to pay lender | 0.80 | $525.00 | $420.00 |
| 5/24/2022 | Discuss status of tax filings | 0.60 | $525.00 | $315.00 |
| 5/25/2022 | Review and approve payment | 0.30 | $525.00 | $157.50 |
| 5/26/2022 | Prepare for and attend hearing on distribution | 1.10 | $525.00 | $577.50 |
| 5/26/2022 | Review oppositions to motion to pay lender | 2.10 | $525.00 | $1,102.50 |
| 5/27/2022 | Work with bank to approve wire payment; work on wire limits and approval for distribution | 2.20 | $525.00 | $1,155.00 |
| | Roger Gorog Total | | | $17,902.50 |

**Case Administration**

*Colin Moran*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/2/2022 | Review documents and emails re: Vesta and Mechanics liens | 0.50 | $235.00 | $117.50 |
| 5/3/2022 | Review emails for specific Vesta contracts and information; compile into folders | 1.80 | $235.00 | $423.00 |
| 5/4/2022 | Complete Revised March MOR | 1.70 | $235.00 | $399.50 |
| 5/5/2022 | Meeting prep - review of Insurance documents and Vesta Claims | 1.00 | $235.00 | $235.00 |
| 5/9/2022 | Pull payment and invoice information for UST | 0.80 | $235.00 | $188.00 |
| 5/12/2022 | Review of emails and documents re: creditor claims and funding documents | 1.00 | $235.00 | $235.00 |
| 5/18/2022 | Compile Apr MOR and supporting documents | 1.10 | $235.00 | $258.50 |
| 5/26/2022 | Review Yogi and Inferno Opps to Hankey Pmt | 1.10 | $235.00 | $258.50 |
| | | | Colin Moran Total | $2,115.00 |

**Invoices, Fees and Retention Applications**

*Colin Moran*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/11/2022 | Buildout of Monthly Staffing Report and related emails | 1.00 | $235.00 | $235.00 |
| | | | Colin Moran Total | $235.00 |

*Roger Gorog*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/9/2022 | Review April fees and send email to UST with budget to actual comparison | 0.60 | $525.00 | $315.00 |
| 5/9/2022 | Review April invoice and associated schedules | 0.40 | $525.00 | $210.00 |
| | | | Roger Gorog Total | $525.00 |

**Court Hearing/341 Meetings/Preparation & Attendance at Hearings**

*Colin Moran*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/26/2022 | Court Hearing re: Mechanics liens and LNBYG payment | 0.50 | $235.00 | $117.50 |
| 5/26/2022 | Court Hearing re: Hankey Payment | 0.70 | $235.00 | $164.50 |
| | | | Colin Moran Total | $282.00 |

*Lawrence Perkins*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/25/2022 | Prep for and attendance at court hearings | 1.50 | $790.00 | $1,185.00 |
| | | | Lawrence Perkins Total | $1,185.00 |

# EXHIBIT "D"

**Summary of SierraConstellation Partners Expenses by Category**
For the Period May 1st through May 31st

| **Reimbursable Expenses** | **Amount** |
|---|---|
| NA | $0.00 |
| **Total Expenses** | **$0.00** |

# EXHIBIT "E"

**Summary of SierraConstellation Partners Expenses by Detail**
For the Period May 1st through May 31st

| Activity | Date | Employee | Description | Amount |
|---|---|---|---|---|
| NA | | | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **DEBTOR'S NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, LLC [May 1, 2022 through May 31, 2022]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 14, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**  kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**  tma@lnbyg.com
- **Jerrold L Bregman**  jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**  mdevoll@watttieder.com, zabrams@watttieder.com
- **Karol K Denniston**  karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Oscar Estrada**  oestrada@ttc.lacounty.gov
- **Danielle R Gabai**  dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**  tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**  dbg@lnbyg.com, stephanie@lnbyb.com
- **James Andrew Hinds**  jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**  rbk@jmbm.com
- **Jane G Kearl**  jkearl@watttieder.com
- **Jennifer Larkin Kneeland**  jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Noreen A Madoyan**  Noreen.Madoyan@usdoj.gov
- **John A Moe**  john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Samuel A Newman**  sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**  rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**  sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**  hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Victor A Sahn**  vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **William Schumacher**  wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror**  dseror@bg.law, ecf@bg.law
- **Zev Shechtman**  zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Mark Shinderman**  mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

- **Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com**
- **Jessica Wellington    jwellington@bg.law, ecf@bg.law**

**2. SERVED BY UNITED STATES MAIL**: On **June 14, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 14, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 14, 2022 | Lourdes Cruz | */s/ Lourdes Cruz* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

In re Crestlloyd, LLC
D UST Receiver RSN + Amended 20 Largest
File No.: 9562

Counsel For Receiver
Brutzkus Gubner Rozansky Seror Weber LLP
David Seror/Jessica Wellington
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Branden Williams
257 N. Cannon Dr., 2nd Fl.
Beverly Hills, CA 90210

Centurion Air, LLC
Attn: Michael T. Pyle
13932 Arrow Creek Road
Draper, UT 84020

Italian Luxury Design
4 NE 39 St.
Miami, FL 33137

KN Coating
201 E. Tamarack Ave
Inglewood, CA 90301

Made by TSI, Inc.
888 Biscayne Blvd #209
Miami, FL 33132

The Vertex Companies, Inc.
12100 Wilshire Blvd 8th floor
Los Angeles CA 90025-0000

**Attorneys for Richard Saghian**
Amy P. Lally, Esq. **RSN**
Sidley Austin LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067

Debtor
Crestlloyd, LLC
c/o SierraConstellation Partners LLC
355 S. Grand Avenue Suite 1450
Los Angeles, CA 90071

Biabani & Associates, Inc.
Attn: Alex Biabani
1600 Sawtelle Bl #104
Los Angeles, CA 90025

C.G.S. Custom Glass Specialists
Attn: Tom Yang
4536 Ish Drive
Simi Valley, CA 93063

Davidson Accountancy Corp.
William N. Davidson, CPA
14011 Ventura Blvd., Ste. 302
Sherman Oaks, CA 91423

Jabs Pools and Spas, LLC
Attn: Georgina Rendon
8055 Matilija Ave.
Panorma City, CA 91402

LA DWP
P.O. Box. 30808
Los Angeles, CA 90030

Midland Contractors, Inc.
Attn: Bruce Partovi
Po Box 8312
Van Nuys, CA 91409

West Coast Gates
339 Isis Ave.
Inglewood, CA 90301

Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Bradford Sheet Metal
4164 Sopp Road
Mojave, CA 93501

CAD Stone Works Inc.
Attn: Cesar Hernandez
4533 Van Nuys Bl. #201
Sherman Oaks, CA 91403

Creative Art Partners
6542 Hayes Dr.
Los Angeles, CA 90048

Dennis Palma
146 Beach Way
Monterey, CA 93940

Vesta (aka Showroom Interiors, LLC)
Attn: Julian Buckner
8905 Rex Road
Pico Rivera, CA 90660

West Valley Green Landscaping, Inc.
14761 Tupper St.
Panorama City, CA 91402

**Attorneys for Richard Saghian**
Samuel A. Newman, Esq. **RSN**
Genevieve G. Weiner, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013