DAVID SEROR – Bar No. 67488
JESSICA WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:      dseror@bg.law
            jwellington@bg.law

Counsel for Court-Appointed
Receiver, Theodore Lanes

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | **STIPULATION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY** |
| | [No Hearing Required] |

Theodore Lanes, the state court-appointed receiver (the "Receiver"), the Receiver's counsel, BG Law LLP f/k/a Brutzkus Gubner Rosansky Seror Weber LLP ("BG"), and Crestlloyd, LLC, the chapter 11 debtor and debtor in possession (the "Debtor," and together with the Receiver, and BG, the "Parties"), hereby stipulate and agree as follows:

**RECITALS**

A.      On October 26, 2021 (the "Petition Date"), the Debtor commenced this bankruptcy case by filing a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

1

2786289

Case 2:21-bk-18205-DS    Doc 375    Filed 06/27/22    Entered 06/27/22 15:14:07    Desc
Main Document    Page 2 of 10

B. As identified in its schedules and statement of financial affairs, the Debtor's primary asset was real property located at 944 Airole Way, Los Angeles, California 90077 (the "Airole Property").

C. Prior to the Petition Date, Hankey Capital, LLC ("Hankey") provided certain debt financing to the Debtor for the Debtor's construction of improvements on the Airole Property (the "Loan").

D. Prior to the Petition Date, Hankey asserted a default by the Debtor under the Loan with respect to the obligation due and owing to Hankey, and on June 24, 2021, commenced a state court proceeding against the Debtor for judicial foreclosure of deed of trust and specific performance, commencing the case titled *Hankey Capital, LLC. v. Crestlloyd, LLC*, Case No. 21SMCV01113, pending in the Superior Court of California, County of Los Angeles, West District (the "State Court Action").

E. On July 1, 2021, in the State Court Action, Hankey filed an *Ex Parte* Application seeking an order appointing a receiver, issuing a temporary restraining order, and issuing an order to show cause why the receiver should not be confirmed *pendente lite* and why a preliminary injunction should not be granted in the State Court Action. On July 2, 2021, the state court entered its Order for Appointment of Receiver and other related relief (the "Receivership Order"), appointing the Receiver as the court-appointed receiver.

F. Pursuant to the Receivership Order, the Receiver was appointed as the receiver over and for the Airole Property.

G. On July 23, 2021, the state court entered its Amended (1) Order Confirming Appointment of Receiver *Pendente Lite*; and (2) Preliminary Injunction in Aid of Receiver.

H. During the pendency of the State Court Action, Hankey scheduled a trustee's non-judicial foreclosure sale of the Airole Property for October 27, 2021. However, the foreclosure sale was stayed by the Debtor's bankruptcy filing.

I. On or around November 1, 2021, Hankey filed a *Notice of Stay of Proceedings* in the State Court Action based on the Debtor's bankruptcy filing. Accordingly, the State Court Action is currently stayed.

2786289

J. On February 9, 2022, this Court entered its Order Granting Motion Of Theodore Lanes, Court-Appointed Receiver, And Brutzkus Gubner Rosansky Seror Weber LLP For Entry Of Orders Allowing And Directing Immediate Payment Of Administrative Expense Claims Pursuant To 11 U.S.C. §§ 543(c), 503(b)(3)(E), and 503(b)(4) (the "Receiver Claim Order") [Doc. 126], pursuant to which, inter alia, (1) this Court allowed administrative priority claims in favor of the Receiver and BG (the "Admin Claims") and (2) this Court ordered that upon payment of the Admin Claims, the Receiver and BG would not hold any further claims against the Debtor or its bankruptcy estate.

K. The Admin Claims were paid in full. Therefore, the Receiver and BG do not hold any further claims against the Debtor or its bankruptcy estate.

L. On March 28, 2022, this Court approved a sale of the Airole Property [Doc. 247].

M. As the Airole Property has been sold, the Receiver believes that he has discharged all his obligations as receiver, such that he should be discharged by the state court as the court-appointed receiver.

N. The Receiver intends to file, on an expedited basis, a motion for approval of the Receiver's final account and report, for approval of fees and costs already paid to the Receiver and his professionals and for discharge of the Receiver (the "Anticipated Motion"). The Anticipated Motion does not include a request for any further payments from the receivership estate and, consistent with the Receiver Claim Order, shall not include a request for any further payments from the Debtor or its bankruptcy estate.

O. In light of the fact that the State Court Action is stayed, it is likely the state court will require a relief from stay order for the Receiver to bring his Anticipated Motion. Therefore, the Parties have agreed to stipulate to limited relief from the automatic stay.

P. By and through this stipulation, the Parties stipulate and agree that the automatic stay shall be lifted for the limited purpose of allowing the Receiver to bring the Anticipated Motion in the State Court Action, and for the Debtor to assert any responses thereto. No arguments are waived by entry into this stipulation, and the Parties reserve all rights.

2786289

**STIPULATION**

**NOW, THEREFORE**, the Parties hereby stipulate and agree, subject to Court approval:

1. The foregoing recitals are incorporated herein by reference;

2. The automatic stay shall be lifted in this bankruptcy case on a limited basis to allow the Receiver to bring the Anticipated Motion in the State Court Action, for the Debtor to assert any responses thereto, and for the court in the State Court Action to issue a final ruling on the motion;

3. The automatic stay shall remain in effect for all other purposes in the State Court Action;

4. To the extent not already turned over to the Debtor, within seven (7) says of the entry of an order approving this Stipulation, the Receiver shall turn over to the Debtor all books and records, including, but not limited to, any and all investigations, reports, discovery and responses thereto related to the Airole Property and the Debtor; and

5. This Court shall retain jurisdiction to further modify the automatic stay as appropriate pursuant to further stipulations or requests by the Parties.

IT IS SO STIPULATED.

DATED: June 27, 2022    BG LAW LLP

By: /s/ Jessica S. Wellington
    David Seror
    Jessica S. Wellington
On its Own Behalf and as Counsel for Court-Appointed Receiver, Theodore Lanes

DATED:    LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By:_____
    David B. Golubchik
    Todd M. Arnold
Counsel for Crestlloyd, LLC, the chapter 11 debtor and debtor in possession

2786289

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document entitled: **STIPULATION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 27, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **June 27, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY IS SUSPENDED IF LESS THAN 25 PAGES (GENERAL ORDER 21-05).**

Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_____**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 27, 2022 | JESSICA STUDLEY | /s/ Jessica Studley |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*        **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy**   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**   tma@lnbyg.com
- **Jerrold L Bregman**   jbregman@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**   mdevoll@watttieder.com, zabrams@watttieder.com
- **Karol K Denniston**   karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Oscar Estrada**   oestrada@ttc.lacounty.gov
- **Danielle R Gabai**   dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**   dbg@lnbyg.com, stephanie@lnbyb.com
- **Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Jonathan Gottlieb**   jdg@lnbyg.com
- **James Andrew Hinds**   jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**   rbk@jmbm.com
- **Jane G Kearl**   jkearl@watttieder.com
- **Jennifer Larkin Kneeland**   jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
- **John A Moe**   john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Samuel A Newman**   sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**   sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Victor A Sahn**   vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- **William Schumacher**   wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror**   dseror@bg.law, ecf@bg.law
- **Zev Shechtman**   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Mark Shinderman**   mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**   gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.law

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL:**

Creative Art Partners
6542 Hayes Drive
Los Angeles, CA 90048

Branden Williams
257 N. Cannon Drive, 2nd Floor
Beverly Hills, CA 90210

C.G.S. Custom Glass Specialists
c/o Tom Yang
4536 Ish Drive
Simi Valley, CA 93063

Dennis Palma
146 Beach Way
Monterey, CA 93940

Vesta aka Showroom Interiors, LLC
c/o Julian Buckner
8905 Rex Road
Pico Rivera, CA 90660

Centurion Air, LLC
c/o Michael T Pyle
13932 Arrow Creek Road
Draper, UT 84020

Made by TSI, Inc.
888 Biscayne Blvd, #209
Miami FL 33132

Italian Luxury Design
4 NE 39 Street
Miami, FL 33137

West Valley Green Landscaping, Inc.
14761 Tupper Street
Panorama City, CA 91402

LA DWP
PO Box 30808
Los Angeles, CA 90030

KN Coating
201 E. Tamarack Ave
Inglewood, CA 90301

West Coast Gates
339 Isis Avenue
Inglewood, CA 90301

Bradford Sheet Metal
4164 Sopp Road
Mojave, CA 93501

CAD Stone Works Inc.
c/o Cesar Hernandez
4533 Van Nuys Blvd. #201
Sherman Oaks, CA 91403

Crest Real Estate
c/o Jason Somers
11150 Olympic Blvd., #700
Los Angeles, CA 90064

Davidson Accountancy Corp.
William N. Davidson, CPA
14011 Ventura Blvd., Ste 302
Sherman Oaks, CA 91423

Inferno Investment, Inc.
c/o Smiley Wang-Ekvall, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626-7234

Midland Contractors, Inc.
c/o Bruce Partovi
PO Box 8312
Van Nuys, CA 91409

Biabani & Associates, Inc.
c/o Alex Biabani
1600 Sawtelle Blvd., #104
Los Angeles, CA 90025

Draken Security
c/o Jaime Salanga
8225 Encino Ave
Northride, CA 91325

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Brunswick Corp.
26125 N. Riverwoods Blvd.
Ste 500
Lake Forest, IL 60045

Carcassone Fine Homes, LLC
c/o Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067

Frontier Communications Corporation
401 Merritt 7
Norwalk, CT 06851

Jesus Agudelo
aka Jesus Columbia
944 Airole Way
Los Angeles, CA 90077

Mike Fields
2715 E 36th Ave
Spokane, WA 99223

Plus Development Group
743 Seward St.
Los Angeles, CA 90038

Pro-Pest, Inc.
P.O. Box 3868
Valley Village, CA 91617

Public Occurrences, LLC
15821 Ventura Blvd. #265
Encino, CA 91436

**Simone Giovanni Cenedese
Murano s.a.s
Calle Bertolini, 6
Murano
Venezia**

The Vertex Companies, Inc.
12100 Wilshire Blvd 8th floor
Los Angeles, CA 90025

The Vertex Companies, Inc.
147 W. 35th St., 19th Fl.
Long Island City, NY 11101

Toni Maier-On Location Inc.
8033 West Sunset Blvd. #569
Los Angeles, CA 90046

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| United Specialty Insurance Co.<br>1900 L Don Dodson Drive<br>Bedford, TX 76021 | Universal Television, LLC<br>100 Uiversal City Plaza<br>Universal City, CA 91608 | Yaly Martinez Arrazola<br>11804 Kiowa Avenue<br>Apt 4<br>Los Angeles 90049 |
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Interno Investment, Inc.**<br>**4-95 Kandaher,**<br>**Mont Tremblant**<br>**Quebec Canada** |
| LOS ANGELES COUNTY<br>TREASURER AND TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | OFFICE OF FINANCE CITY OF<br>LOS ANGELES<br>200 N SPRING ST.,<br>RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 | Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 |
| Alvandi Law Group, P.C.<br>Gil Alvandi<br>2955 Main St. Suite 110<br>Irvine, CA 92614-2527 | American Truck & Tool Rentals Inc.<br>Tom Murray, CEO and President<br>88 W. Victoria St.<br>Long Beach, CA 90805-2157 | BMC West LLC<br>3250 N. San Fernando Rd.<br>Los Angeles, CA 90065-1415 |
| BMC West LLC<br>David Filtman, CEO<br>4800 Falls of Neuse Rd., Ste. 400<br>Raleigh, NC 27609-8142 | Buchalter, APC<br>Jeffrey S. Wruble<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017-1730 | Calgrove Rentals Inc.<br>21627 Roscoe Bl.<br>Canoga Park, CA 91304-4159 |
| Calgrove Rentals Inc.<br>Guadalupe Gomez, President<br>456 Glenoaks Blvd.<br>San Fernando, CA 91340-1833 | Caprenos Inc.<br>Cindee Wood Authorized Agent<br>4345 Murphy Canyon Road #200<br>San Diego, CA 92123-4362 | City of Los Angeles<br>Mike Feuer, City Attorney<br>City Hall East, Suite 800<br>Los Angeles, CA 90012 |
| Clerk of the Governing Board,<br>Mount. Rec. & Cons. Auth.<br>5750 Ramirez Canyon<br>Malibu, CA 90265-4474 | Compass<br>Aaron Kirman<br>9378 Wilshire Blvd. #200<br>Beverly Hills, CA 90212-3167 | Conejo Recreation and Park District<br>403 W. Hillcrest Drive<br>Thousand Oaks, CA 91360-4223 |
| County of Los Angeles<br>Local Fire Prevention Measure<br>4745 Mangels Blvd.<br>Fairfield, CA 94534-4175 | County of Los Angeles<br>MRCA-Brush Fire Clear g Dist #1<br>200 North Main Street, 16th Fl<br>Los Angeles, CA 90012-4110 | County of Los Angeles<br>Wildlife Corridor and Protection<br>4745 Mangels Blvd.<br>Fairfield, CA 94534-4175 |
| Daniel Wiesel, Esq.<br>Wolf, Rifkin, Shapiro, et al.<br>11400 W. Olympic Blvd., 9th Fl.<br>Los Angeles, CA 90064-1582 | Department of Water and Power<br>City of Los Angeles<br>Attn: Bankruptcy<br>P. 0. Box 51111<br>Los Angeles, CA 90051-5700 | Draken Private Security<br>Jaime Salanga<br>633 West 5th St.<br>Los Angeles, CA 90071-2005 |
| Hilldun Corporation<br>Jeffrey D. Kapelman, CEO<br>225 West 35th St.<br>New York, NY 10001-1910 | Hankey Capital, LLC<br>Attn: Eugene M. Leydiker<br>4751 Wilshire Blvd. #110<br>Los Angeles, CA 90010-3838 | Hilton & Hyland Real Estate<br>257 North Ca on Drive<br>Beverly Hills, CA 90210-4361 |
| **Inferno Investment Inc.**<br>**Julien Remillard, President**<br>**4-95 Kandahar, Mont Tremblant**<br>**Quebec J8E 1E2 Canada** | J&E Texture, Inc.<br>Francisco Gonzalez, CEO<br>181 Exeter Way<br>Corona, CA 92882-8502 | JMS Air Conditioning and Appliance<br>Services, Inc.<br>7640 Burnet Ave.<br>Van Nuys, CA 91405-1005 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| JOHN A. BELCHER<br>150 E. COLORADO BLVD., SUITE 215<br>PASADENA, CA 91105-3758 | Jabs Pools and Spas, LLC<br>8055 Matilija Ave.<br>Panorma City, CA 91402-6126 | Jose Napoleon Garcia<br>1525 N. Detroit St., #5<br>Los Angeles, CA 90046-3233 |
| Kennco Plumbing, Inc.<br>Robert L. Kennedy, Jr., CEO<br>21366 Placerita Canyon Rd.<br>Newhall, CA 91321-1846 | Kennco Plumbing, Inc.<br>Robert L. Kennedy, Jr., CEO<br>26575 Ruether Ave.<br>Santa Clarita, CA 91350-2622 | Dennis Palma<br>146 Beach Way<br>Monterey, CA 93940-3436 |
| Made by TSI, Inc.<br>1840 Jefferson Ave., Apt 303<br>Miami Beach, FL 33139-2461 | Martin Aguirre<br>112 1/2 North 20th St.<br>Montebello, CA 90640-4041 | Martin Aguirre<br>c/o Nathan D. McMurry<br>8050 N. Palm Ave. Ste. 300<br>Fresno, CA 93711-5510 |
| Moises Lopez<br>141 S. Ave. 55 Apt. 40<br>Los Angeles, CA 90042-4635 | Nile Niami<br>c/o Hamid R. Rafatjoo<br>1800 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067-4201 | Parker Resnik<br>Structural Engineering<br>1927 Pontius Ave<br>Los Angeles, CA 90025-5611 |
| Parquet by Dian<br>Dima Efros, CEO<br>16601 S. Main Street<br>Gardena, CA 90248-2722 | Powertek Electric Inc.<br>Mike Moshrefi, CEO<br>28364 S. Western Ave. # 414<br>Rancho Palos Verdes, CA 90275-1434 | Centurion Air, LLC<br>13932 Arrow Creek Road<br>Draper, UT 84020-9295 |
| Public Insurance Agency Inc.<br>10941 W. Pico Bl.<br>Los Angeles, CA 90064-2117 | Rolls Scaffold, Inc.<br>Michael Rolls, CEO<br>11351 County Dr. Ste B<br>Ventura, CA 93004-3559 | Santos Gerardina Garcia<br>509 Union Drive Apt. #206<br>Los Angeles, CA 90017-1526 |
| SierraConstellation Partners LLC<br>355 S. Grand Avenue, Suite 1450<br>Los Angeles, CA 90071-3152 | CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | The Beverly Hills Estates, Inc.<br>Branden Williams<br>8878 Sunset Blvd., West<br>West Hollywood, CA 90069-2108 |
| Vista Sotheby's Int'l. Realty<br>Chris Adlam<br>16 Malaga Cove Plaza<br>Palos Verdes Peninsula, CA 90274-1306 | YOGI Securities Holdings, LLC<br>Steve Oshins, Auth. Agent<br>1645 Village Center Cir., Ste. 170<br>Las Vegas, NV 89134-6371 | Westside Estate Agency<br>Kurt Rappaport<br>210 North Canon Dr.<br>Beverly Hills, CA 90210-5302 |
| Italian Luxury Group, LLC<br>c/o Gregory J. Morrow, Esq.<br>10401 Wilshire Boulevard, Suite 1102<br>Los Angeles, CA 90024-4609 | JMBM LLP<br>Neil C. Erickson<br>1900 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-4308 | Kazemi & Associates Constructors<br>11901 Santa Monica Blvd #800<br>Los Angeles, CA 90025-2767 |
| Lanes Management Services<br>Theodore Lanes<br>655 Deep Valley Drive 125-P<br>Palos Verdes Peninsula, CA 90274-3615 | Michael Pyle LLC dba Centurion LV<br>13932 Arrow Creek Rd.<br>Draper, UT 84020-9295 | Powertek Electric, Inc.<br>Hart Kienle Pentecost<br>4 Hutton Centre Drive, Suite 900<br>Santa Ana, CA 92707 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Yvonne Niami<br>301 Copa de Oro Road<br>Los Angeles, CA 90077-3822 | Showroom Interiors LLC<br>8905 Rex Road<br>Pico Rivera, CA 90660-3799 | Vesta aka Showroom Interiors, LLC<br>8905 Rex Road<br>Pico Rivera, CA 90660-3799 |

Westcoast Gate & Entry Systems, LLC
339 Isis Ave
Inglewood CA 90301-2007

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**