DAVID SEROR – Bar No. 67488
JESSICA WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:       dseror@bg.law
             jwellington@bg.law

Counsel for Court-Appointed
Receiver, Theodore Lanes

**FILED & ENTERED**

**JUN 30 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell  **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY** |

The court having reviewed and considered the "Stipulation for Limited Relief from the Automatic Stay" (the "Stipulation," Docket No. 375), entered into by and between Theodore Lanes, the state-court appointed receiver (the "Receiver"), the Receiver's counsel, BG Law LLP f/k/a Brutzkus Gubner Rosansky Seror Weber LLP ("BG"), and debtor Crestlloyd, LLC (the "Debtor," and together with the Receiver and BG, the "Parties"), and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Stipulation is approved as follows:

1. The automatic stay is lifted in this bankruptcy case on a limited basis to allow the Receiver to bring a motion for approval of the Receiver's final account and report, for approval of fees and costs already paid to the Receiver and his professionals and for discharge of the Receiver in the action titled *Hankey Capital, LLC. v. Crestlloyd, LLC*, Case No. 21SMCV01113, pending in the Superior Court of California, County of Los Angeles, West District (the "State Court Action"), for the Debtor to assert any responses thereto, and for the court in the State Court Action to issue a final ruling on

the motion.

2. The automatic stay remains in effect for all other purposes in the State Court Action;

3. To the extent not already turned over to the Debtor, within seven says of the entry this order, the Receiver must turn over to the Debtor all books and records, including, but not limited to, any and all investigations, reports, discovery and responses thereto related to the Airole Property and the Debtor; and

4. This court retains jurisdiction to further modify the automatic stay as appropriate pursuant to further court order.

### 

Date: June 30, 2022

Deborah J. Saltzman
United States Bankruptcy Judge

ORDER#1386755#CB144D47-9C07-4BFC-8DC9-AF53952DC1D9