JOHN A. MOE II (SBN 66893)
john.moe@dentons.com
ROBERT F. SCOULAR (SBN 85293)
robert.scoular@dentons.com
NORMAN M. ASPIS (SBN 313466)
norman.aspis@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:    213 623 9300
Facsimile:    213 623 9924

Attorneys for Defendant,
YOGI SECURITIES HOLDINGS, INC.

Martin D. Singer (SBN 78166)
Paul N. Sorrell (SBN 126346)
LAVELY & SINGER PROFESSIONAL CORPORATION
2040 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:    310 556 3501
Facsimile:    310 556 3615

Kyra E. Andrassy (SBC 207959)
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445 1000

Attorneys for Plaintiff,
INFERNO INVESTMENT, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re,<br><br>CRESTLLOYD, LLC,<br>                        Debtor.<br><br>INFERNO INVESTMENT, INC., a Quebec corporation,<br>                        Plaintiff,<br>    v.<br>CRESTLLOYD, LLC, California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation.<br>                        Defendants. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01125-DS<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT YOGI SECURITIES HOLDINGS, INC., TO RESPOND TO COMPLAINT<br><br>Judge: The Hon. Deborah J. Saltzman<br><br>Current Response Date: July 11, 2022<br><br>New Response Date:    August 10, 2022<br><br>Action Filed: June 9, 2022 |

1

121859462\V-2

This Stipulation is entered into by and between the plaintiff, Inferno Investment, Inc. ("Plaintiff"), on the one hand, and defendant, Yogi Securities Holdings, Inc., ("Defendant" and collectively with Plaintiff, the "Parties"), on the other hand, and is based on the following facts:

1. On June 9, 2022, Plaintiff commenced this adversary proceeding.
2. Defendant's response is currently due July 11, 2022.
3. Defendant's counsel is still investigating the background facts necessary to respond to the Complaint.
4. The Parties have agreed to a thirty (30) day extension of time for Defendant to respond to the Complaint.
5. There have been no prior stipulations regarding the extension of time for Defendant to respond to the Complaint.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

The deadline for Defendant Yogi Securities Holdings, Inc., to answer, move, or otherwise respond to the Complaint shall be extended by thirty (30) days up to and including August 10, 2022.

**IT IS SO STIPULATED**

Dated: July 8, 2022

DENTONS US LLP
JOHN A. MOE, II
ROBERT SCOULAR
NORMAN M. ASPIS

By: /s/*John A. Moe, II*
     JOHN A. MOE, II
*Attorneys for Yogi Securities Holdings, Inc.*

Dated: July 8, 2022

SMILEY WANG-EKVALL, LLP

BY: /s/*Krya E. Andrassy*
     Kyra E Andrassy

*Attorneys for Inferno Investment, Inc.*

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

2

121859462\V-2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*):    **Stipulation To Extend Time For Defendant Yogi Securities Holdings, Inc., To Respond To Complaint**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 8, 2022        , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Todd M Arnold    tma@lnbyg.com
- Jerrold L Bregman    jbregman@bg.law, ecf@bg.law
- Marguerite Lee DeVoll    mdevoll@watttieder.com, zabrams@watttieder.com
- Karol K Denniston    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Danielle R Gabai    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Jonathan Gottlieb    jdg@lnbyg.com
- James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- Robert B Kaplan    rbk@jmbm.com
- Jane G Kearl    jkearl@watttieder.com
- Jennifer Larkin Kneeland    jkneeland@watttieder.com, zabrams@watttieder.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- Samuel A Newman    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- Sharon Oh-Kubisch    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Victor A Sahn    vsahn@sulmeyerlaw.com, pdillamar@sulmeyerlaw.com;pdillamar@ecf.inforuptcy.com;vsahn@ecf.inforuptcy.com;cblair@sulmeyerlaw.com;cblair@ecf.inforuptcy.com
- William Schumacher    wschumac@milbank.com, autodocketecf@milbank.com
- David Seror    dseror@bg.law, ecf@bg.law
- Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Mark Shinderman    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- Jessica Wellington    jwellington@bg.law, ecf@bg.law

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**
121875331\V-1

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 8, 2022       , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

NONE

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 8, 2022       , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NONE

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 8, 2022 | Glenda Spratt | /s/ *Glenda Spratt* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                  **F 9013-3.1.PROOF.SERVICE**
121875331\V-1