1  DAVID B. GOLUBCHIK (State Bar No. 185520)
   TODD M. ARNOLD (State Bar No. 221868)
2  JONATHAN D. GOTTLIEB (State Bar No. 339650)
   LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
   Los Angeles, California 90034
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

6  Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**JUL 20 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| In re: | Case No. 2:21-bk-18205-DS |
|---|---|
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER GRANTING SECOND MOTION TO EXTEND THE EXCLUSIVITY PERIODS FOR THE DEBTOR TO FILE A PLAN AND OBTAIN ACCEPTANCE THEREOF** |
| | Hearing: |
| | Date: July 14, 2022 |
| | Time: 11:30 a.m. |
| | Place: Courtroom 1639 |
| |         255 E. Temple St. |
| |         Los Angeles, CA 90012 |
| |         VIA ZOOMGOV ONLY |

A hearing was held at the above time and place on the "Second Motion to Extend the Exclusivity Periods for the Debtor to File a Plan and Obtain Acceptance Thereof" (the "Motion," Docket No. 371) filed by debtor and debtor in possession Crestlloyd, LLC (the "Debtor"). Appearances at the hearing were excused by the court's tentative ruling. Based on the Motion and the record in this case, and for the reasons set forth in the court's tentative ruling,

///

IT IS HEREBY ORDERED as that the Motion is granted. The exclusive periods for the Debtor to file a plan and obtain acceptance thereof are extended from June 23, 2022 and August 22, 2022, respectively, to October 21, 2022 and December 20, 2022, respectively.

### #

Date: July 20, 2022

Deborah J. Saltzman
United States Bankruptcy Judge