JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>   Debtor and Debtor-in-Possession | Case No. 2:22-cv-02487-FLA<br><br>Chapter 11 Bankr.<br>Case No. 2:21-bk-18205-DS<br><br>**ORDER GRANTING STIPULATION TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023 [DKT. 12]** |
| CRESTLLOYD, LLC, a California Limited Liability Company,<br><br>                    Appellant,<br><br>   v.<br><br>NILE NIAMI; et al.,<br><br>                    Appellees. | |

1

1     The court having reviewed and considered the Stipulation to Dismiss
2 Appeal Pursuant to Fed. R. Bankr. P. 8023 (the "Stipulation"), filed by the
3 Appellant Crestlloyd, LLC ("Appellant") and named Appellees Nile Niami,
4 Richard Saghian, The Beverly Hills Estates Inc., Rayni Williams, Branden
5 Williams, Aaron Kirman, Compass California, Inc., Concierge Auctions LLC,
6 Inferno Investments, Inc., Yogi Securities Holdings, LLC, Hankey Capital, LLC,
7 Hilldun Corporation, Chicago Title Company, and Chartwell Escrow
8 ("Appellees"), and for good cause appearing:
9     IT IS HEREBY ORDERED that the Stipulation is GRANTED in its
10 entirety. The appeal is hereby dismissed without prejudice, with each side to
11 bear its own attorney's fees and costs.

    IT IS SO ORDERED.

Dated: July 20, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

2