United States Bankruptcy Court

Central District of California

In re:  Case No. 21-18205-DS
Crestlloyd, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 3
Date Rcvd: Jul 20, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Goodman | on behalf of Attorney Goodman Law Offices A Professional Corporation agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| Danielle R Gabai | on behalf of Creditor Showroom Interiors LLC dba Vesta dgabai@danninggill.com, dgabai@ecf.courtdrive.com |
| Danielle R Gabai | on behalf of Interested Party Courtesy (NEF) dgabai@danninggill.com dgabai@ecf.courtdrive.com |
| David Seror | on behalf of Interested Party Courtesy (NEF) dseror@bg.law ecf@bg.law |
| David B Golubchik | on behalf of Debtor Crestlloyd LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| David B Golubchik | on behalf of Defendant Crestlloyd LLC dbg@lnbyg.com, stephanie@lnbyb.com |

Case 2:21-bk-18205-DS    Doc 392    Filed 07/22/22    Entered 07/22/22 21:14:41    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Genevieve G Weiner
    on behalf of Interested Party Richard Saghian gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Hamid R Rafatjoo
    on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com bclark@raineslaw.com

Howard Steinberg
    on behalf of Defendant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com

James Andrew Hinds, Jr
    on behalf of Creditor Interno Investment Inc. jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com

Jane G Kearl
    on behalf of Interested Party J&E Texture Inc. jkearl@watttieder.com

Jennifer Larkin Kneeland
    on behalf of Interested Party J&E Texture Inc. jkneeland@watttieder.com, zabrams@watttieder.com

Jerrold L Bregman
    on behalf of Interested Party Hilldun Corporation jbregman@bg.law ecf@bg.law

Jessica Wellington
    on behalf of Interested Party Courtesy (NEF) jwellington@bg.law ecf@bg.law

Jessica Wellington
    on behalf of Other Professional Theodore Lanes jwellington@bg.law ecf@bg.law

John A Moe, II
    on behalf of Creditor Yogi Securities Holdings LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Defendant Yogi Securities Holdings LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

Jonathan Gottlieb
    on behalf of Debtor Crestlloyd LLC jdg@lnbyg.com

Jonathan Gottlieb
    on behalf of Interested Party Courtesy NEF jdg@lnbyg.com

Karol K Denniston
    on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com

Kyra E Andrassy
    on behalf of Creditor Interno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy
    on behalf of Plaintiff Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy
    on behalf of Interested Party Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lindsey L Smith
    on behalf of Debtor Crestlloyd LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Marguerite Lee DeVoll
    on behalf of Interested Party J&E Texture Inc. mdevoll@watttieder.com, zabrams@watttieder.com

Michael S Kogan
    on behalf of Interested Party Courtesy (NEF) mkogan@koganlawfirm.com

Noreen A Madoyan
    on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Oscar Estrada
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Robert B Kaplan
    on behalf of Interested Party Courtesy (NEF) rbk@jmbm.com

Ronald N Richards
    on behalf of Interested Party Courtesy (NEF) ron@ronaldrichards.com 7206828420@filings.docketbird.com

Ryan D O'Dea
    on behalf of Interested Party Courtesy (NEF) rodea@shulmanbastian.com lgauthier@shulmanbastian.com

District/off: 0973-2      User: admin      Page 3 of 3
Date Rcvd: Jul 20, 2022      Form ID: pdf042      Total Noticed: 1

Ryan D O'Dea
     on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com  lgauthier@shulmanbastian.com

Samuel A Newman
     on behalf of Interested Party Richard Saghian sam.newman@sidley.com
     samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com

Sharon Oh-Kubisch
     on behalf of Interested Party Courtesy (NEF) sokubisch@swelawfirm.com
     gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Thomas M Geher
     on behalf of Interested Party Courtesy (NEF) tmg@jmbm.com  bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Thomas M Geher
     on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Todd M Arnold
     on behalf of Interested Party Courtesy NEF tma@lnbyg.com

Todd M Arnold
     on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com

United States Trustee (LA)
     ustpregion16.la.ecf@usdoj.gov

Victor A Sahn
     on behalf of Interested Party Courtesy (NEF) victor.sahn@gmlaw.com
     vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com

William Schumacher
     on behalf of Creditor Yogi Securities Holdings  LLC wschumac@milbank.com, autodocketecf@milbank.com

Zev Shechtman
     on behalf of Interested Party Courtesy (NEF) zshechtman@DanningGill.com
     danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
     on behalf of Creditor Showroom Interiors  LLC dba Vesta zshechtman@DanningGill.com,
     danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 43

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**JUL 20 2022**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

CRESTLLOYD, LLC,

    Debtor and Debtor in Possession.

Case No. 2:21-bk-18205-DS

Chapter 11

**ORDER GRANTING SECOND MOTION TO EXTEND THE EXCLUSIVITY PERIODS FOR THE DEBTOR TO FILE A PLAN AND OBTAIN ACCEPTANCE THEREOF**

Hearing:
Date:   July 14, 2022
Time:  11:30 a.m.
Place:  Courtroom 1639
         255 E. Temple St.
         Los Angeles, CA 90012
         VIA ZOOMGOV ONLY

A hearing was held at the above time and place on the "Second Motion to Extend the Exclusivity Periods for the Debtor to File a Plan and Obtain Acceptance Thereof" (the "Motion," Docket No. 371) filed by debtor and debtor in possession Crestlloyd, LLC (the "Debtor"). Appearances at the hearing were excused by the court's tentative ruling. Based on the Motion and the record in this case, and for the reasons set forth in the court's tentative ruling,

/ / /

IT IS HEREBY ORDERED as that the Motion is granted. The exclusive periods for the Debtor to file a plan and obtain acceptance thereof are extended from June 23, 2022 and August 22, 2022, respectively, to October 21, 2022 and December 20, 2022, respectively.

### #

Date: July 20, 2022

Deborah J. Saltzman
United States Bankruptcy Judge