DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>        Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**EXHIBIT "A" TO STIPULATION RESOLVING REQUEST FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES OF SHOWROOM INTERIORS, LLC DBA VESTA [DKT 357]**<br><br>**[Related to Docket No. 409]**<br><br><u>Continued Hearing</u>:<br>Date:   September 22, 2022<br>Time:   11:30 a.m.<br>Place:   255 E. Temple Street<br>             Los Angeles, CA 90012<br>             **VIA ZOOMGOV ONLY** |

1

# EXHIBIT "A"

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>        Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**ORDER APPROVING STIPULATION RESOLVING REQUEST FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES OF SHOWROOM INTERIORS, LLC DBA VESTA [DKT 357]**<br><br>Continued Hearing:<br>Date:    September 22, 2022<br>Time:    11:30 a.m.<br>Place:   255 E. Temple Street<br>             Los Angeles, CA 90012<br>             **VIA ZOOMGOV ONLY** |

The Court having read and considered: (1) the *Stipulation ("Stipulation") Resolving Request For Payment Of Chapter 11 Administrative Expenses Of Showroom Interiors, LLC dba Vesta* (Dkt 409) submitted on September 13, 2022 by and between Crestlloyd, LLC, the Chapter 11 debtor and debtor in possession herein (the "Debtor"), and Showroom Interiors, LLC dba Vesta ( "Vesta" and together with the Debtor, the "Parties"), (2) the *Request For Payment Of Chapter 11 Administrative Expenses of Showroom Interiors, LLC* (the "Request for Payment") [Dkt 357], (3) the Debtor's preliminary

objection to the Request (the "Preliminary Objection") [Dkt 367], and (4) Vesta's reply to the Preliminary Objection [Dkt 383]; having on July 21, 2022 the Court held a hearing (the "Hearing") to consider the Request for Payment, and setting a continued Hearing for September 22, 2022 at 11:30 a.m., to allow the Parties additional time to resolve any issues with respect to the Request for payment; appearances being as noted at the record at the Hearing; notice being adequate and proper and good cause appearing therefor; it is hereby

ORDERED THAT:

1. The Stipulation is approved in its entirety. Without limiting the generality of the foregoing, it is further

ORDERED THAT:

2. Vesta shall have an allowed and approved chapter 11 administrative expense claim in the amount of $65,000 (the "Allowed Admin Expense Claim").

3. Within five (5) days after the order approving this Stipulation becomes final and non-appealable, the Debtor shall pay to Vesta the amount of the Allowed Admin Expense Claim in full and complete satisfaction of the Allowed Admin Expense Claim.

4. Vesta shall have an allowed and approved general unsecured claim in the amount of $700,000.

### #