1    Samuel A. Newman (SBN 217042)
     sam.newman@sidley.com
2    Genevieve G. Weiner (SBN 254272)
     gweiner@sidley.com
3    SIDLEY AUSTIN LLP
     555 West Fifth Street
4    Los Angeles, CA 90013
     Telephone: 213.896.6000
5    Facsimile: 213.896.6600

6    Amy P. Lally (SBN 198555)
     alally@sidley.com
7    SIDLEY AUSTIN LLP
     1999 Avenue of the Stars
8    17th Floor
     Los Angeles, CA 90067
9    Telephone: 310.595.9500
     Facsimile: 310.595.9501

10

     Attorneys for Party in Interest
11   Richard Saghian, an Individual

12                     **UNITED STATES BANKRUPTCY COURT**

13                     **CENTRAL DISTRICT OF CALIFORNIA**

14                        **LOS ANGELES DIVISION**

15   In re                                  )  Case No. 2:21-bk-18205-DS
                                            )
16   CRESTLLOYD, LLC,                       )  Chapter 11
                                            )
17             Debtor and Debtor-in-Possession.  )  Assigned to:  The Hon. Deborah J. Saltzman
                                            )
18                                          )  **SUPPLEMENT TO BUYER'S AND**
                                            )  **DEBTOR'S JOINT MOTION TO**
19                                          )  **ENFORCE THE SALE ORDER AND**
                                            )  **REQUEST FOR HEARING**
20                                          )
                                            )  Hearing:
21                                          )     Date/Time:  To be determined
                                            )     Place: Courtroom 1639
22                                          )        255 E. Temple St.
                                            )        Los Angeles, CA 90012
23                                          )     **VIA ZOOMGOV ONLY**
                                            )
24                                          )  Dkt. Ref. No. 395
                                            )
25                                          )
                                            )
26                                          )

27

28

1    Mr. Saghian respectfully submits this supplemental brief in further support of *Buyer's and*

2  *Debtor's Notice of Motion and Joint Motion (I) To Enforce the Sale Order, and (II) For Issuance of*

3  *an Order to Show Cause Why Andre Mario Smith Should Not Be Held in Contempt of Court* [Docket

4  No. 395] (the "Motion").[1]  As provided in the *Declaration of Richard Saghian in Further Support of*

5  *Buyer's and Debtor's Joint Motion to Enforce the Sale Order* filed contemporaneously herewith, Mr.

6  Saghian will suffer significant financial injury if the cloud on his title to the Property caused by the

7  Fraudulent Deed is not addressed prior to October 4, 2022.

8    Given the urgency of obtaining relief that nullifies the Fraudulent Deed's effect on Mr.

9  Saghian's title to the Property, Mr. Saghian respectfully requests that this Court set a hearing date for

10  consideration of such relief while this Court separately considers issuing the Proposed OSC.

11    Accordingly, Mr. Saghian respectfully requests that this Court set a hearing to address the

12  following relief requested in the Motion:

13    (i)    enter an order (the "Enforcement Order") (a) authorizing the Los Angeles County

14    Recorder's Office to expunge the Fraudulent Deed from the property records and

15    cooperate with any other actions that are necessary to give full force and effect to the

16    Sale Order, and (b) authorizing Mr. Saghian to file a notice in the Los Angeles County

17    Recorder's Office that the Enforcement Order extinguishes the effect of the Fraudulent

18    Deed; and

19    (ii)    grant such other and further relief as this Court deems just and proper.

20  Dated: September 19, 2022                        Respectfully submitted,

21                                                  SIDLEY AUSTIN LLP

22

23                                                  By: */s/ Genevieve G. Weiner*
                                                       Genevieve G. Weiner

24                                                  Attorneys for Richard Saghian

25

26

27  [1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to such terms in
    the Motion.

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Sidley Austin LLP, 555 West Fifth Street, Los Angeles, CA 90013


A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENT TO BUYER'S AND DEBTOR'S JOINT MOTION TO ENFORCE THE SALE ORDER AND REQUEST FOR HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 19, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 19, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 19, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 19, 2022 | Pamela Santos | */s/Pamela Santos* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST
### (Via NEF)

| | |
|---|---|
| 1 | Kyra E Andrassy    kandrassy@swelawfirm.com; lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com |
| 2 | Todd M Arnold    tma@lnbyg.com |
| 3 | Jerrold L Bregman    jbregman@bg.law; ecf@bg.law |
| 4 | Ryan Coy    rcoy@bg.law; ecf@bg.law |
| 5 | Marguerite Lee DeVoll    mdevoll@watttieder.com; zabrams@watttieder.com |
| 6 | Karol K Denniston    karol.denniston@squirepb.com; travis.mcroberts@squirepb.com; sarah.conley@squirepb.com; karol-k-denniston-9025@ecf.pacerpro.com |
| 7 | Oscar Estrada    oestrada@ttc.lacounty.gov |
| 8 | Danielle R Gabai    dgabai@danninggill.com; dgabai@ecf.courtdrive.com |
| 9 | Thomas M Geher    tmg@jmbm.com; bt@jmbm.com; tmg@ecf.courtdrive.com |
| 10 | David B Golubchik    dbg@lnbyg.com; stephanie@lnbyb.com |
| 11 | Andrew Goodman    agoodman@andyglaw.com; Goodman.AndrewR102467@notify.bestcase.com |
| 12 | Jonathan Gottlieb    jdg@lnbyg.com |
| 13 | James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com |
| 14 | Robert B Kaplan    rbk@jmbm.com; rbk@ecf.courtdrive.com |
| 15 | Jane G Kearl    jkearl@watttieder.com |
| 16 | Jennifer Larkin Kneeland    jkneeland@watttieder.com; zabrams@watttieder.com |
| 17 | Michael S Kogan    mkogan@koganlawfirm.com |
| 18 | Noreen A Madoyan    Noreen.Madoyan@usdoj.gov |
| 19 | John A Moe    john.moe@dentons.com; glenda.spratt@dentons.com;derry.kalve@dentons.com |
| 20 | Samuel A Newman    sam.newman@sidley.com; samuel-newman-2492@ecf.pacerpro.com; laefilingnotice@sidley.com |
| 21 | Ryan D O'Dea    rodea@shulmanbastian.com; lgauthier@shulmanbastian.com |
| 22 | Sharon Oh-Kubisch    sokubisch@swelawfirm.com, gcruz@swelawfirm.com; 1garrett@swelawfirm.com; jchung@swelawfirm.com |
| 23 | Hamid R Rafatjoo    hrafatjoo@raineslaw.com; bclark@raineslaw. |
| 24 | Ronald N Richards    ron@ronaldrichards.com; 7206828420@filings.docketbird.com |
| 25 | Joseph M Rothberg    jmr@lnbyg.com |
| 26 | Victor A Sahn    victor.sahn@gmlaw.com; vsahn@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com; patricia.dillamar@gmlaw.com; Karen.Files@gmlaw.com |
| 27 | William Schumacher    wschumac@milbank.com; autodocketecf@milbank.com |
| 28 | Zev Shechtman    zshechtman@DanningGill.com; danninggill@gmail.com; zshechtman@ecf.inforuptcy.com |
| 29 | Lindsey L Smith    lls@lnbyb.com; lls@ecf.inforuptcy.com |
| 30 | Paul Sorrell    psorrell@lavelysinger.com |
| 31 | Howard Steinberg    steinbergh@gtlaw.com; pearsallt@gtlaw.com; lalitdock@gtlaw.com |
| 32 | United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov |
| 33 | Genevieve G Weiner    gweiner@sidley.com; laefilingnotice@sidley.com; genevieve-weiner-0813@ecf.pacerpro.com |
| 34 | Jessica Wellington    jwellington@bg.law; ecf@bg.law |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SERVICE LIST**
**(Manual Notice)**

Concierge Auctions, LLC
405 Lexington Avenue, 26th Floor
New York, NY 10174

Katharine E Dernier
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700

Christopher Giaimo
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037

Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034

Gregory Morrow
The Morrow Group
10401 Wilshire Blvd., Ste 1102
Los Angeles, CA 90024

Robert F Scoular
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704

Martin D Singer
Lavely & Singer Professional Corporation
2049 Century Park East Ste 2400
Los Angeles, CA 90067-2906

Andre Mario Smith
7938 Broadway #1263
Lemon Grove, CA 91946

The Beverly Hills Estate and Compass
8878 Sunset Boulevard
West Hollywood, CA 90069

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.