Samuel A. Newman (SBN 217042)
sam.newman@sidley.com
Genevieve G. Weiner (SBN 254272)
gweiner@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Facsimile: 310.595.9501

Attorneys for Party in Interest
Richard Saghian, an Individual

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>      Debtor and Debtor-in-Possession. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Assigned to: The Hon. Deborah J. Saltzman<br><br>**DECLARATION OF RICHARD SAGHIAN IN FURTHER SUPPORT OF BUYER'S AND DEBTOR'S JOINT MOTION TO ENFORCE THE SALE ORDER**<br><br>Hearing:<br>    Date/Time: To be determined<br>    Place: Courtroom 1639<br>           255 E. Temple St.<br>           Los Angeles, CA 90012<br>           **VIA ZOOMGOV ONLY**<br><br>Dkt. Ref. No. 395 |

# DECLARATION OF RICHARD SAGHIAN

I, Richard Saghian, declare as follows:

1. I purchased the real property located at 944 Airole Way, Los Angeles, CA 90077 (the "Property") which was previously owned by Crestlloyd, LLC (the "Debtor"). I make this declaration in further support of *Buyer's and Debtor's Notice of Motion and Joint Motion (I) To Enforce the Sale Order, and (II) For Issuance of an Order to Show Cause Why Andre Mario Smith Should Not Be Held in Contempt of Court* [Docket No. 395] (the "Motion").[1] All statements set forth in this Declaration are based on my personal knowledge and my review of relevant documents. If called upon as a witness, I could competently testify to the facts set forth in this Declaration.

2. I am in the process of obtaining financing that would be secured by the Property. Accordingly, my agents have negotiated a loan transaction that was intended to be closed prior to October 4, 2022 (the "Loan Transaction"). The Loan Transaction has not yet closed due to the fact that Mr. Smith has created a cloud on title to the Property by recording the Fraudulent Deed.

3. In order to retain the benefits of the financing that my agents have negotiated, I must close the Loan Transaction by October 4, 2022.

4. If I am not able to close the Loan Transaction by October 4, 2022, I will suffer significant financial injury. I expect that this financial injury will be worsened over time due in part to the upward movement of interest rates as compared to my negotiated rate for the Loan Transaction.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 19th day of September, 2022 at Los Angeles, California.

Date: 9/19/2022

By: _____
Richard Saghian

---

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to such terms in the Motion.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Sidley Austin LLP, 555 West Fifth Street, Los Angeles, CA 90013

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF RICHARD SAGHIAN IN FURTHER SUPPORT OF BUYER'S AND DEBTOR'S JOINT MOTION TO ENFORCE THE SALE ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 19, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 19, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 19, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 19, 2022 | Pamela Santos | /s/Pamela Santos |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

## SERVICE LIST
### (Via NEF)

| # | |
|---|---|
| 1 | Kyra E Andrassy    kandrassy@swelawfirm.com; lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com |
| 2 | Todd M Arnold    tma@lnbyg.com |
| 3 | Jerrold L Bregman    jbregman@bg.law; ecf@bg.law |
| 4 | Ryan Coy    rcoy@bg.law; ecf@bg.law |
| 5 | Marguerite Lee DeVoll    mdevoll@watttieder.com; zabrams@watttieder.com |
| 6 | Karol K Denniston    karol.denniston@squirepb.com; travis.mcroberts@squirepb.com; sarah.conley@squirepb.com; karol-k-denniston-9025@ecf.pacerpro.com |
| 7 | Oscar Estrada    oestrada@ttc.lacounty.gov |
| 8 | Danielle R Gabai    dgabai@danninggill.com; dgabai@ecf.courtdrive.com |
| 9 | Thomas M Geher    tmg@jmbm.com; bt@jmbm.com; tmg@ecf.courtdrive.com |
| 10 | David B Golubchik    dbg@lnbyg.com; stephanie@lnbyb.com |
| 11 | Andrew Goodman    agoodman@andyglaw.com; Goodman.AndrewR102467@notify.bestcase.com |
| 12 | Jonathan Gottlieb    jdg@lnbyg.com |
| 13 | James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com |
| 14 | Robert B Kaplan    rbk@jmbm.com; rbk@ecf.courtdrive.com |
| 15 | Jane G Kearl    jkearl@watttieder.com |
| 16 | Jennifer Larkin Kneeland    jkneeland@watttieder.com; zabrams@watttieder.com |
| 17 | Michael S Kogan    mkogan@koganlawfirm.com |
| 18 | Noreen A Madoyan    Noreen.Madoyan@usdoj.gov |
| 19 | John A Moe    john.moe@dentons.com; glenda.spratt@dentons.com;derry.kalve@dentons.com |
| 20 | Samuel A Newman    sam.newman@sidley.com; samuel-newman-2492@ecf.pacerpro.com; laefilingnotice@sidley.com |
| 21 | Ryan D O'Dea    rodea@shulmanbastian.com; lgauthier@shulmanbastian.com |
| 22 | Sharon Oh-Kubisch    sokubisch@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com |
| 23 | Hamid R Rafatjoo    hrafatjoo@raineslaw.com; bclark@raineslaw. |
| 24 | Ronald N Richards    ron@ronaldrichards.com; 7206828420@filings.docketbird.com |
| 25 | Joseph M Rothberg    jmr@lnbyg.com |
| 26 | Victor A Sahn    victor.sahn@gmlaw.com; vsahn@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com; patricia.dillamar@gmlaw.com; Karen.Files@gmlaw.com |
| 27 | William Schumacher    wschumac@milbank.com; autodocketecf@milbank.com |
| 28 | Zev Shechtman    zshechtman@DanningGill.com; danninggill@gmail.com; zshechtman@ecf.inforuptcy.com |
| 29 | Lindsey L Smith    lls@lnbyb.com; lls@ecf.inforuptcy.com |
| 30 | Paul Sorrell    psorrell@lavelysinger.com |
| 31 | Howard Steinberg    steinbergh@gtlaw.com; pearsallt@gtlaw.com; lalitdock@gtlaw.com |
| 32 | United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov |
| 33 | Genevieve G Weiner    gweiner@sidley.com; laefilingnotice@sidley.com; genevieve-weiner-0813@ecf.pacerpro.com |
| 34 | Jessica Wellington    jwellington@bg.law; ecf@bg.law |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**SERVICE LIST**
**(Manual Notice)**

Concierge Auctions, LLC
405 Lexington Avenue, 26th Floor
New York, NY 10174

Katharine E Dernier
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700

Christopher Giaimo
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037

Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034

Gregory Morrow
The Morrow Group
10401 Wilshire Blvd., Ste 1102
Los Angeles, CA 90024

Robert F Scoular
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704

Martin D Singer
Lavely & Singer Professional Corporation
2049 Century Park East Ste 2400
Los Angeles, CA 90067-2906

Andre Mario Smith
7938 Broadway #1263
Lemon Grove, CA 91946

The Beverly Hills Estate and Compass
8878 Sunset Boulevard
West Hollywood, CA 90069

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE