DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**SEP 21 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

CRESTLLOYD, LLC,

                Debtor and Debtor in Possession.

Case No. 2:21-bk-18205-DS

Chapter 11

**ORDER APPROVING STIPULATION RESOLVING REQUEST FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES OF SHOWROOM INTERIORS, LLC DBA VESTA [DKT 357]**

The court having reviewed and considered "Stipulation ("Stipulation") Resolving Request for Payment of Chapter 11 Administrative Expenses of Showroom Interiors, LLC dba Vesta" (the "Stipulation," Docket No. 409), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved.  The court will vacate the continued hearing on the "Request for Payment of Chapter 11 Administrative Expenses of Showroom Interiors, LLC" (Docket No. 357), set for September 22, 2022 at 11:30 a.m.

# # #

Date: September 21, 2022

Deborah J. Saltzman
United States Bankruptcy Judge