*Smith, Andre Mario.* Esquire
7938 Broadway No. 1263
Lemon Grove, California, 91946
619-813-2881
Fax Number: N/A
andmarioith@yahoo.com
Attorney in-Fact; Lawful Counselor for:
*Special Interested Party Andre Mario Smith*;
and *andre-mario: smith.*
**Special Appearance Only**
ANDRE MARIO SMITH, Pro Se

```
FILED
SEP 3 0 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:          Deputy Clerk
```

# UNITED STATES DISTRICT COURT IN AND FOR THE
# THE CENTRAL DISTRICT OF CALIFORNIA
# BANKRUTCY DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br><br>Debtor and Debtor without possession. | Case No.: 2:21-bk-18205-DS<br>Chapter 11<br>*Special Interested Party, Andre Mario Smith, by and through its duly authorized representative Notice of Objection and; Objection to Supplement to alleged Buyer and Debtor Without Possession Motion and Joint Motion (I) To Enforce the Sale Order, and (II) Request for Hearing*<br><br>**Date:** To be determined<br>**Time:** To be determined<br>**Place:** Tribunal-room 1639<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

**Greetings to all these Presents shall come.**

**Know all men by these Presents.**

**Notice to Agent is Notice to Principal.**

**Notice to Principal is Notice to Agent.**

**To ach Party and their Attorney(s) of Record.**

**To Each Party and their Counsel.**

- 1 -

Special Interested Party, Andre Mario Smith, Notice of Objection/Demurrer and Objection/Demurrer to alleged Buyer and Debtor Without Possession Motion and Joint Motion



## OBJECTION HEARING NOTICE

(1.) **It appears you are hereby Noticed; Please take Notice that** it appears on September 20, 2022, at 08:30 a.m., or as soon thereafter as possible, in Department 1639 at the UNITED STATES BANKRUPTCY COURT, Central District of California (in and for Los Angeles County), located at 255 E. Temple St., Los Angeles, CA 90012, Special Interested Party, Principal, Andre Mario Smith, ("*the-one*") by and through its duly authorized representative, will, and hereby does, demur, move to set aside the information, and-or otherwise object to (alleged) **BUYER'S,** Mr. Richard Saghian ("Mr. Fashion-Nova.com") **AND DEBTOR'S (without possession)** Crestlloyd, LLC ("Debtor WOP"), together/jointly ("Movant"), **SUPPLEMENT TO (alleged) BUYER'S AND DEBTOR'S JOINT MOTION (I) TO ENFORCE THE SALE ORDER, AND (II) REQUEST FOR A HEARING.**

(2.) Dated: September 24, 2022         Peacefully ordered.

By: *Smith, Andre Mario.*
*Smith, Andre Mario.*
*attorney in-fact; lawful counselor for Andre Mario Smith.* All rights reserved.

## OBJECTION/DEMURRER /MOTION TO SET ASIDE INFORMATION
## TO MOVANT PAPERS AND THE ITEMS CONTAINED THEREIN

(3.) It appears, among many other things, Movant is distressed.

(4.) It appears Movant, perhaps by/through its' Counsel(s), remains incompetent.

(5.) It appears Movant refuses to accept, among many other laws, the Government Code enacted and/or adopted by the California Legislature, including but not limited to, the adoption of the current recording system, adopted September 09, 1850, by which evidence of title or interests in the title could be

collected and maintained in a convenient and safe public place.

(6.) It appears Movant not only seeks to unlawfully undermine the purpose of establishing and adopting this recording system, which was, in relevant part, "…to inform persons planning to purchase or otherwise deal with land about the ownership and condition of the title," but also to unlawfully enjoin this tribunals' enforcement in their egregiously unlawful and otherwise treasonous prayer(s); prayer(s) that are hereby declared and otherwise give rise to moral turpitude.

(7.) It appears Movant counsel failed to include a Memorandum of Points and Authorities with its' Supplement leading any prudent individual to believe the supplement is not based nor rested upon any legitimate nor lawful basis/foundation.

(8.) As such, *the-one* objects/demurs/moves to set aside the information.

## POINTS AND AUTHORITIES MEMERANDUM

### Introduction

(9.) It appears all men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.

(10.) It appears truth as a valid statement of reality is sovereign in commerce.

(11.) It appears an unrebutted affidavit stands as ruth in commerce.

(12.) It appears an unrebutted affidavit is acted upon as the judgment in commerce.

### Lawful Bases for Objection(s)

(13.) It appears, except for a jury, it is also a fatal offense for any person, even a Judge/Judicial Officer to impair or expunge, without a Counter-Affidavit, any Affidavit or commercial process based upon an Affidavit.

(14.) It appears an official who impairs, debauches, voids, or abridges an obligation of contract or the effect of a commercial lien without proper cause, becomes a lien debtor and his/her property becomes forfeited as the

pledge to secure the lien.

(15.) It appears Pound breach (breach of impoundment) and rescue is a felony.

(16.) It appears it is against the law for a judge/judicial officer to summarily remove, dissolve or diminish a Commercial Lien.

(17.) It appears only the Lien Claimant or a Jury can dissolve a commercial lien.

(18.) It appears the California Government Code provides, in relevant part, "…that after being acknowledged, any instrument… affecting the title to or possession of real property may be recorded." (Government Code Section(s): 27201, 27201.5, 27287, and 27288)

(19.) It appears the word instrument means a written paper signed by a person or persons transferring the title to, or giving a lien on real property, or giving a right to a debt or duty. (Government Code Section 27279[a])

(20.) It appears the general purpose of recording statutes is to permit (rather than require) the recordation of any instrument which affects the title to or possession of real property, and to penalize the person who fails to take advantage of recording.

(21.) When properly executed, delivered and accepted, it appears a deed transfers title to real property from one person to another person; transfer may be voluntary or involuntary by act of law, such as a foreclosure sale.

(22.) It appears priority of recordation ordinarily determines the rights of the parties if there are conflicting claims to the same parcel of land/property, i.e., the title thereto or an interest therein.

(23.) It appears the instrument recorded first in the chain of title would generally achieve priority over subsequent recorded instruments.

## Conclusion

(24.) It appears Movant, based on, among many other things, its' "Fraudulent Deed" allegations may be beyond incompetent.

(25.) Simply put, *the-ones'* has 999,999,999 interest, just to name a few, in the

lands commonly known as 944 Airole Way, los Angeles, California [90077], and has conveyed its interest by way of quitclaim deed, and, therefore, no fraud exists.

(26.) *the-ones'* Affidavits lodged/filed/recorded February 16, 2022, stand as truth in commerce and in this matter as;

(27.) No timely rebuttals nor otherwise have been lodged/filed/recorded nor received and;

(28.) Having recorded its' instrument at the this tribunal February 16, 2022, more than thirty (30) days prior to creation and or recordation of any other instruments, *the-ones'* instrument is priority and;

(29.) *The-one* has a paramount claim.

(30.) Mr. Fashion-Nova.com, according to its Declaration filed contemporaneously with this Supplement, appears to declare he may suffer "significant financial injury" including "upward movement of interest rates" due to a "cloud on his deed," when according to the written laws, Mr. Fashion-Nova has created a cloud on *the-ones'* deed, causing significant financial injury.

(31.) It appears *the-one* is behooved to remind Mr. Fashion-Nova.com that Nile Niami lost twelve (12) years of his life in addition to very significant financial injury which is what brought these very lands to this very tribunal and allowed the opportunity for *the-one to* acquire the lands, at a significant financial injury of $ 999,999,999, on January 31, 2022, prior to any jurisdiction of this tribunal.

(32.) As stated during *the-ones'* limited appearances in this matter, it appears crying over money while completely ignoring the losses and interest of Nile Niami is disgraceful, particularly, for those, like Mr. Fashion-Nova.com, whom seem to be interested only in enriching themselves.

(33.) It appears *the-one* is behooved to inform Mr. Fashion-Nova.com that he is going to have to act by with and through honor if he intends to find success with these lands and can take its first step(s) in honor by;

(34.) Contacting Nile Niami and discovering if he would be interested doing business.

(35.) *the-one* has no interest in doing any business with Mr. Fashion-Nova.com due to the egregious conduct of its agents, including, but not limited to: Jaimie Salanga d/b/a DRAKEN PRIVATE SECURITY, however;

(36.) *the-one* is still willing to do business with Nile Niami, whom can do business with Mr. Fashion-Nova.com, and perhaps this arrangement can serve as a means to a favorable end for all parties.

(37.) It appears from the record that there is lack of jurisdiction, among many many other extraordinary things. As shown above *the-one*, by and through its' Counsel, has acted reasonably under the circumstances, Movant has erroneously sued *the-one*, made numerous libelous allegations despite a true and correct record and therefore, demands this tribunal sustain its objection-demurrer to Movant Complaint in its entirety without leave to amend.

it is *so ordered.*

DATED: September 24, 2022                    Peacefully recorded,

By: /s/ Smith, Andre Mario.
Smith, Andre Mario.
attorney in-fact; lawful
counselor for Andre Mario
Smith. All rights reserved.



## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

_114th Street, San Diego, California 92101_

A true and correct copy of the foregoing document entitled (specify): **SUPPLEMENT TO BUYER'S AND DEBTOR'S JOINT MOTION TO ENFORCE THE SALE ORDER AND REQUEST FOR HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 19, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September __, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 19, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 23, 2022    _____    /s/ Earl Woods
Date                    Printed Name                Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

## SERVICE LIST
### (Via NEF)

| | |
|---|---|
| 1 | Kyra E Andrassy    kandrassy@swelawfirm.com; lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com |
| 2 | Todd M Arnold    tma@lnbyg.com |
| 3 | Jerrold L Bregman    jbregman@bg.law; ecf@bg.law |
| 4 | Ryan Coy    rcoy@bg.law; ecf@bg.law |
| 5 | Marguerite Lee DeVoll    mdevoll@watttieder.com; zabrams@watttieder.com |
| 6 | Karol K Denniston    karol.denniston@squirepb.com; travis.mcroberts@squirepb.com; sarah.conley@squirepb.com; karol-k-denniston-9025@ecf.pacerpro.com |
| 7 | Oscar Estrada    oestrada@ttc.lacounty.gov |
| 8 | Danielle R Gabai    dgabai@danninggill.com; dgabai@ecf.courtdrive.com |
| 9 | Thomas M Geher    tmg@jmbm.com; bt@jmbm.com; tmg@ecf.courtdrive.com |
| 10 | David B Golubchik    dbg@lnbyg.com; stephanie@lnbyb.com |
| 11 | Andrew Goodman    agoodman@andyglaw.com; Goodman.AndrewR102467@notify.bestcase.com |
| 12 | Jonathan Gottlieb    jdg@lnbyg.com |
| 13 | James Andrew Hinds    jhinds@hindslawgroup.com; mduran@hindslawgroup.com, mduran@hindslawgroup.com |
| 14 | Robert B Kaplan    rbk@jmbm.com; rbk@ecf.courtdrive.com |
| 15 | Jane G Kearl    jkearl@watttieder.com |
| 16 | Jennifer Larkin Kneeland    jkneeland@watttieder.com; zabrams@watttieder.com |
| 17 | Michael S Kogan    mkogan@koganlawfirm.com |
| 18 | Noreen A Madoyan    Noreen.Madoyan@usdoj.gov |
| 19 | John A Moe    john.moe@dentons.com; glenda.spratt@dentons.com; derry.kalve@dentons.com |
| 20 | Samuel A Newman    sam.newman@sidley.com; samuel-newman-2492@ecf.pacerpro.com; laefilingnotice@sidley.com |
| 21 | Ryan D O'Dea    rodea@shulmanbastian.com; lgauthier@shulmanbastian.com |
| 22 | Sharon Oh-Kubisch    sokubisch@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com |
| 23 | Hamid R Rafatjoo    hrafatjoo@raineslaw.com; bclark@raineslaw. |
| 24 | Ronald N Richards    ron@ronaldrichards.com; 7206828420@filings.docketbird.com |
| 25 | Joseph M Rothberg    jmr@lnbyg.com |
| 26 | Victor A Sahn    victor.sahn@gmlaw.com; vsahn@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com; patricia.dillamar@gmlaw.com; Karen.Files@gmlaw.com |
| 27 | William Schumacher    wschumac@milbank.com; autodocketecf@milbank.com |
| 28 | Zev Shechtman    zshechtman@DanningGill.com; danninggill@gmail.com; zshechtman@ecf.inforuptcy.com |
| 29 | Lindsey L Smith    lls@lnbyb.com; lls@ecf.inforuptcy.com |
| 30 | Paul Sorrell    psorrell@lavelysinger.com |
| 31 | Howard Steinberg    steinbergh@gtlaw.com; pearsallt@gtlaw.com; lalitdock@gtlaw.com |
| 32 | United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov |
| 33 | Genevieve G Weiner    gweiner@sidley.com; laefilingnotice@sidley.com; genevieve-weiner-0813@ecf.pacerpro.com |
| 34 | Jessica Wellington    jwellington@bg.law; ecf@bg.law |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

SERVICE LIST
(Manual Notice)

Concierge Auctions, LLC
405 Lexington Avenue, 26th Floor
New York, NY 10174

Katharine E Dernier
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700

Christopher Giaimo
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037

Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034

Gregory Morrow
The Morrow Group
10401 Wilshire Blvd., Ste 1102
Los Angeles, CA 90024

Robert F Scoular
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704

Martin D Singer
Lavely & Singer Professional Corporation
2049 Century Park East Ste 2400
Los Angeles, CA 90067-2906

Andre Mario Smith
7938 Broadway #1263
Lemon Grove, CA 91946

The Beverly Hills Estate and Compass
8878 Sunset Boulevard
West Hollywood, CA 90069

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              F 9013-3.1.PROOF.SERVICE