*Smith, Andre Mario*. Esquire
7938 Broadway No. 1263
Lemon Grove, California, 91946
619-813-2881
Fax Number: N/A
andmarioith@yahoo.com
Attorney in-Fact; Lawful Counselor for:
*Special Interested Party Andre Mario Smith*;
and *andre-mario: smith.*
**Special Appearance Only**
ANDRE MARIO SMITH, Pro Se

**FILED**

SEP 3 0 2022

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT IN AND FOR THE

# THE CENTRAL DISTRICT OF CALIFORNIA

# BANKRUTCY DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | ) Chapter 11 |
| | ) *Special Interested Party, Andre Mario Smith, by and through its duly authorized representative Notice of Objection and; Objection to Supplement to alleged Buyer and Debtor Without Possession Motion and Joint Motion (I) To Enforce the Sale Order, and (II) Request for Hearing Declaration* |
| Debtor and Debtor without possession. | ) **Date:** To be determined |
| | ) **Time:** To be determined |
| | ) **Place:** Tribunal-room 1639 |
| | ) 255 E. Temple St. |
| | ) Los Angeles, CA 90012 |

**Greetings to all these Presents shall come.**

**Know all men by these Presents.**

**Notice to Agent is Notice to Principal.**

**Notice to Principal is Notice to Agent.**

**To ach Party and their Attorney(s) of Record.**

**To Each Party and their Counsel.**



## **AFFIDAVIT/DECLARATION**

1. It appears I, Andre Mario Smith, Declare/Affirm the following and make this declaration in support of Special Interested Party Andre Mario Smith Objection-Demurrer to alleged **Buyer and Debtor Without Possession Joint Motion Supplement to alleged Buyer and Debtor Without Possession Motion and Joint Motion (I) To Enforce the Sale Order, and (II) Request for Hearing** filed contemporaneously herewith.

2. All statements set forth in this Declaration are based on my personal, first-hand knowledge, my review of relevant documents, and information obtained by personnel working by/through/with me.

3. If called as a witness I could competently testify to the facts set forth in this Declaration; It appears:

   a. Richard Saghian did not purchase the real property located at 944 Airole Way, Los Angeles, CA 90077.

   b. Richard Saghian made did not make its declaration in further support of Buyer and Debtor Without Possession Joint Motion Supplement to alleged Buyer and Debtor Without Possession Motion and Joint Motion (I) To Enforce the Sale Order, and (II) For issuance of an Order to Show Cause Why Andre Mario Smith  Should Not Be Held in Contempt of Court.

   c. All statements set forth in Richard Saghian declaration are not based on Richard Saghian personal knowledge and review of Richard Saghian review of relevant documents.  If called upon as a witness, Richard Saghian could not competently testify to the facts set forth in its declaration.

   d. Andre Mario Smith, nor "Mr. Smith" have created a cloud on title to the property by recording a fraudulent deed.

   e. Richard Saghian will not suffer financial injury.

   f. Richard Saghian should be ashamed and embarrassed for expecting this

1   tribunal to care about its financial woes when it had no such care for Nile

2   Niami and its very same woes with this very same property.

3   g.  Andre Mario Smith requires written approval from Nile Niami to conduct

4   any future business with Richard Saghian in connection with 944 Airole

5   Way, Los Angeles, California [90077] due to the egregious acts of its

6   agents Jaime Salanga d/b/a DRAKEN PRIVATE SECURITY

7   h.  Andre Mario Smith will see to it that 944 Airole Way, Los Angeles,

8   California [90077] is utilized according to the limited wishes of Nile

9   Niami, and the unlimited wishes of andre-mario: smith.

10   I declare without the penalty perjury without the laws of the United States of

11   America that the foregoing is true and correct.  Executed this 24th day of

12   September 2022 on San Diego, California.

13   *It is so ordered.*

14   DATED: September 24, 2022                    Peacefully ordered,

15

16

17                                                 Smith, Andre Mario.
                                                  *attorney in-fact; lawful*
18                                                *counselor for Andre Mario*
                                                  *Smith.* All rights reserved.

19                                    **ORDER**

20   It is *so ordered.*

21   DATE:   August          , 2022

22

23

24

25

26

27   Deborah J. Saltzman.
     Judicial Officer.
28

