1  Smith, Andre Mario. Esquire
   7938 Broadway No. 1263
2  Lemon Grove, California, 91946
   619-813-2881
3  Fax Number: N/A
   andmarioith@yahoo.com
4  Attorney in-Fact; Lawful Counselor for:
   *Special Interested Party Andre Mario Smith*;
5  and *andre-mario: smith.*
   **Special Appearance Only**
6  ANDRE MARIO SMITH, Pro Se

**FILED**
**SEP 30 2022**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT IN AND FOR THE
# THE CENTRAL DISTRICT OF CALIFORNIA
# BANKRUTCY DIVISION

In re:

CRESTLLOYD, LLC,

Debtor and Debtor without possession.

) Case No.: 2:21-bk-18205-DS
)
) Chapter 11
)
) ***Special Interested Party, Andre Mario Smith, by and through its duly authorized representative Notice of Objection and; Objection to Supplement to alleged Buyer and Debtor Without Possession Motion and Joint Motion (I) To Enforce the Sale Order, and (II) Request for Hearing***
) **PROOF OF SERVICE;MAILING CERTIFICATE**
) **Date:**  To be determined
) **Time:**  To be determined
) **Place:** Tribunal-room 1639
           255 E. Temple St.
           Los Angeles, CA 90012

**Greetings to all these presents shall come.**

**Know all men by these presents.**

**Notice to Principal is Notice to Agent.**

**Notice to Agent is Notice to Principal.**

**To all Party(s) and their Attorney(s) of Record.**

**To each Party and to their Counsel of Record.**

- 1 -



I am over the age of 18 years and not a party to this action.

1. I served a true and correct copy of the following documents:

    a. **Special Interested Party, Andre Mario Smith, by and through its duly authorized representative Notice of Objection and; Objection to Supplement to alleged Buyer and Debtor Without Possession Motion and Joint Motion (I) To Enforce the Sale Order, and (II) Request for Hearing and its.**

    b. **Service Proof and Mailing Certificate.**

2. I served by U.S. Mail:

    a. Debtor; Debtor in Possession

        Crestlloyd, LLC

        c/o Levene, Neale, Bender, Yoo & Golubchik L.L.P.

        2818 La Cienega Ave.

        Los Angeles, CA 90034

    b. Richard Saghain; The One Bel Air, LLC

        c/o SIDLEY AUSTIN, LLP

        555 West Fifth Street                1999 Avenue of the Stars

        Los Angeles, CA 90013              17th Floor

                                            Los Angeles, CA 90067

    c. September 23, 2022, 08:00A.m., or as soon thereafter as possible.

3. I am:

    a. Not a registered process server.

4. I declare under the penalty of perjury without the laws of the State of

5. California that the foregoing is true and correct.

DATED: September 23, 2022

Peacefully,

By: _____
SIGNATURE OF PERSON WHO SERVED THE PAPERS. Earl woods

- 2 -

Andre Mario Smith, by and through its duly authorized representative Notice of Objection/Demurrer; Objection/
Demurrer to alleged Buyer and Debtor Without Possession Motion and Joint Motion, Proof of Service and; Certificate of Mailing.