**MARTIN D. SINGER (BAR NO. 78166)**
**PAUL N. SORRELL (BAR NO. 126346)**
**MAX D. FABRICANT (BAR NO. 333859)**
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
Email: mdsinger@lavelysinger.com
        psorrell@lavelysinger.com
        mfabricant@lavelysinger.com

**KYRA E. ANDRASSY (BAR NO. 207959)**
**SMILEY WANG-EKVALL, LLP**
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone: (714) 445-1000
Email: kandrassy@swelawfirm.com

Attorneys for Plaintiff and Counter-Defendant
INFERNO INVESTMENT, INC.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>            Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>            Plaintiff,<br><br>v.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability Company; and HILLDUN CORPORATION, a New York corporation,<br><br>            Defendants. | **STIPULATION TO EXTEND TIME FOR PLAINTIFF AND COUNTER-DEFENDANT INFERNO INVESTMENT, INC. TO RESPOND TO FIRST AMENDED COUNTERCLAIM AND CROSSCLAIM OF YOGI SECURITIES HOLDINGS, LLC**<br><br>Judge: Hon. Deborah J. Saltzman<br><br>Action Filed: June 9, 2022 |

YOGI SECURITIES HOLDINGS,
LLC, a Nevada limited liability
company,

        Counter/Cross-Complainant,

v.

CRESTLLOYD, LLC, a California
Limited Liability Company;
HANKEY CAPITAL, LLC, a
California limited liability company;
INFERNO INVESTMENT, INC., a
Quebec corporation; and HILLDUN
CORPORATION, a New York
corporation,

        Counter/Cross-Defendants.

AND RELATED CROSS-ACTIONS.

This Stipulation is entered into by and between Counterclaimant Yogi Securities Holdings, LLC ("Counterclaimant"), on the one hand, and Plaintiff and Counter-Defendant Inferno Investment, Inc. ("Plaintiff" or "Counter-Defendant"), on the other hand, and is based on the following facts:

1. On June 9, 2022, Plaintiff commenced this adversary proceeding.

2. On August 10, 2022, Counterclaimant filed a Counter-Complaint containing fifteen causes of action.

3. On August 31, 2022, Counter-Defendant filed an Answer to Counterclaimant's Counter-Complaint.

4. On September 21, Counterclaimant filed an Amended Counter-Complaint containing many new detailed factual allegations.

5. Counter-Defendant's response is currently due on October 5, 2022.

6. The Parties have agreed to a ten (10) day extension of time for Counter-Defendant to respond to the Amended Counter-Complaint.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that the deadline for Counter-Defendant Inferno Investment, Inc. to answer, move or

STIPULATION TO EXTEND TIME

1    otherwise respond to the Amended Counter-Complaint shall be extended by ten (10)

2    days up to and including October 15, 2022.

4    **IT IS SO STIPULATED.**

6    DATE: September 30, 2022      LAVELY & SINGER
7                                   PROFESSIONAL CORPORATION
                                  MARTIN D. SINGER
8                                   PAUL N. SORRELL
                                  MAX D. FABRICANT

10                                   By: _____
                                  PAUL N. SORRELL
11                                   Attorneys for Plaintiff and Counter-
                                  Defendant INFERNO INVESTMENT, INC.

13    DATE: September 30, 2022      DENTONS US LLP
                                  ROBERT F. SCOULAR
14                                   JOHN A. MOE II
                                  NORMAN M. ASPIS

16                                   By: _____
17                                   JOHN A. MOE II
18                                   Attorneys for Defendant and
                                  Counterclaimant YOGI SECURITIES
19                                   HOLDINGS, LLC