

EJ 942 469 845 US

# united states bankruptcy court
# district of central california

case no.: 21-bk-18205

in re : crestlloyd, llc, debtor

### Ex Parte Motion For Final Decree

    Wherefore, Edward Roark Schwagerl, *sui juris*, at all times clothed with prerogative powers, "Interested Party," delivers tenders to this court, including but not limited to, RE637835923US on February 23, 2022 and EJ926146020US August 3, 2022 and wherefore said tenders are accepted in full and not denied;
    Interested Party respectfully moves the court under the rules of equity for a final decree and full accounting.

3rd day of October, 2022

please mail decree to: Schwagerl, Edward Roark
c/o Box #120353 – 525
Rural Route C770 – 78
Saint Paul, Minnesota [55112]

email: RR662692550US29trust@gmail.com
Telephone: +1 (612) 720-3784

✯ § 576. **Final Decrees.**—A final decree is one that (1) decides and disposes of the whole merits of the cause; and (2) reserves on its face no further questions, or directions, for the future judgment of the Court.[5] A final decree, as the term necessarily implies, puts an end to the litigation, leaving none of the issues open for further consideration, or action; and this it may do, (1) by dismissing the bill, or (2) by granting the relief prayed, in whole or in part, and, (3) in either case, adjudging the costs, and awarding final process. A decree may be final without being complete. A complete final decree determines every question properly raised by the pleadings, and leaves no roots of the subject-matter of the litigation, out of which other controversies can arise: it finally and forever closes and bars the doors against any reopening of the matters in dispute, and concludes and ends the controversy. A decree which, though not complete, is final in its nature, reserves nothing for the further action of the Court, adjudges costs, and awards final process, is nevertheless a final decree. When only a part of the relief prayed is granted, or only a part of the issues are determined, and the decree, though final, is silent as to the residue, the effect is the same as though the bill had been expressly dismissed as to the residue of the relief sought, and as though the issues undecided had been expressly adjudged against the party maintaining the affirmative thereof. But a decree is not final which leaves matters undisposed of as to one or more of the defendants.[6]