*Smith, Andre Mario*. Esquire
7938 Broadway No. 1263
Lemon Grove, California, 91946
619-813-2881
Fax Number: N/A
andmarioith@yahoo.com
Attorney in-Fact; Lawful Counselor for:
*Special Interested Party Andre Mario Smith*;
and *andre-mario: smith*.
**Special Appearance Only**
ANDRE MARIO SMITH, Pro Se

**FILED
OCT 11 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy Clerk**

UNITED STATES DISTRICT COURT IN AND FOR THE

THE CENTRAL DISTRICT OF CALIFORNIA

BANKRUTCY DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br><br>Debtor and Debtor without possession. | Case No.: 2:21-bk-18205-DS<br>Chapter 11<br>*Special Interested Party, Andre Mario Smith, by and through its duly authorized representative Notice of and Request for Extension of Time to Comply with Order*<br><br>**Date:**     To be determined<br>**Time:**     To be determined<br>**Place:**    Tribunal-room 1639<br>                   255 E. Temple St.<br>                   Los Angeles, CA 90012 |

**Greetings to all these Presents shall come.**

**Know all men by these Presents.**

**Notice to Agent is Notice to Principal.**

**Notice to Principal is Notice to Agent.**

**To ach Party and their Attorney(s) of Record.**

**To Each Party and their Counsel.**

- 1 -

## REQUEST FOR MORE TIME TO COMPLY NOTICE

(1.) **It appears you are hereby Noticed; Please take Notice that** it appears on October 07, 2022, at 08:30 a.m., or as soon thereafter as possible, in Department 1639 at the UNITED STATES BANKRUPTCY COURT, Central District of California (in and for Los Angeles County), located at 255 E. Temple St., Los Angeles, CA 90012, Special Interested Party-Principal, Andre Mario Smith, (*"the-one"*) by and through its duly authorized representative, will, and hereby does, request more time to comply with the Order dated and/or entered on September 27, 2022, particularly, providing redacted copies.

(2.) Dated: October 11, 2022                    Peacefully ordered,

*[signature]*

Smith, Andre Mario.
attorney in-fact; lawful
counselor for Andre Mario
Smith. All rights reserved.

### Request for More Time to Comply

(3.) It appears, among many other criminal things, Richard Saghian ("not the-one"), by and through its duly authorized representative(s) Jamie Salanga d/b/a DRAKEN PRIVATE SECURITY ("vexatious litigants") have initiated numerous frivolous and otherwise malicious prosecutions, spanning several jurisdictions, against *the-one* involving several different tribunals, including: Superior Court of California (in and for) the County of Los Angeles LAX, Hollywood, and Stanley Mosk Courthouse Branch(es), in addition to its ludicrous and otherwise treasonous Motion and Joint Motion to show cause why *the-one* should not be held in contempt, presumably to aid not the-one in its efforts to borrow currency, or perhaps further other selfish personal interest.

(4.) It appears, among many other treasonous things, *the-one* is currently on trial

by jury, a criminal violation of its Sovereign Immunity, giving rise to *high-treason*, at Superior Court of California, County of Los Angeles, LAX Branch, Department 71; has been "kidnapped" by Los Angeles County Sheriff and falsely imprisoned for a total of seven (7) days; held captive for $50,000.00 ransom and $25,000.00 ransom, fraudulently disguised/referred to as bail, giving rise to *high-treason* and *moral-turpitude* on the part(s) of the authorizing judicial and other officers, at the Los Angeles County Jail-Men's Central, for alleged violation of Penal Code Section 422(a) (Criminal Threat) referring to vexatious-litigants.

(5.) It appears, among many other unconstitutional things, *the-one* has been denied a *speedy-trial*, has been threatened, coerced, and otherwise prejudiced from the bench and on the record by at-least two (2) dishonorable judicial officers appearing in Department 92-LAX Branch.

(6.) It appears not the one, CRESTLLOYD,LLC, can expect a bill/true-bill/-Invoice/demand for payment for the reasonable cost, lawyer fees, and other reasonable fees/cost associated with its' Denied above-mentioned motion.

**(7.)** As such, it appears *the-one* has not been presented with a reasonable opportunity to competently comply with the Order dated September 27, 2022, and Request more time, up to forty-five (45) days, taking into consideration the above hereby declared and affirmed facts, too comply.

### POINTS AND AUTHORITIES MEMERANDUM

#### Introduction

(8.) It appears all men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.

(9.) It appears truth as a valid statement of reality is sovereign in commerce.

(10.) It appears an unrebutted affidavit stands as truth in commerce.

(11.) It appears an unrebutted affidavit is acted upon as the judgment in commerce.

## Lawful Bases for Granting Extension

(12.) It appears, on its own discretion and-or in the furtherance of the interest of justice a tribunal may grant a request for extension of time upon an interested party's request.

## Conclusion

(13.) It appears, *the-one* has presented facts and circumstances that would lead a prudent individual to believe more time to comply is needed, and therefore, its request should be granted.

it is *so ordered.*

DATED: October 11, 2022                                 Peacefully recorded,

By: *Smith, Andre Mario.*
Smith, Andre Mario.
attorney in-fact; lawful
counselor for Andre Mario
Smith. All rights reserved.

## ORDER

It is so Ordered.

_____

Judicial Officer