*Smith, Andre Mario.* Esquire
7938 Broadway No. 1263
Lemon Grove, California, 91946
619-813-2881
Fax Number: N/A
andmarioith@yahoo.com
Attorney in-Fact; Lawful Counselor for:
*Special Interested Party Andre Mario Smith*;
and *andre-mario: smith.*
**Special Appearance Only**
ANDRE MARIO SMITH, Pro Se

**FILED**
OCT 11 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES DISTRICT COURT IN AND FOR THE

# THE CENTRAL DISTRICT OF CALIFORNIA

# BANKRUTCY DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br><br>Debtor and Debtor without possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11<br><br>*Special Interested Party, Andre Mario Smith, by and through its duly authorized representative Notice of and Request for More Time to Comply With Order*<br>**PROOF OF SERVICE; MAILING CERTIFICATE**<br>**Date:** To be determined<br>**Time:** To be determined<br>**Place:** Tribunal-room 1639<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

**Greetings to all these presents shall come.**

**Know all men by these presents.**

**Notice to Principal is Notice to Agent.**

**Notice to Agent is Notice to Principal.**

**To all Party(s) and their Attorney(s) of Record.**

**To each Party and to their Counsel of Record.**

I am over the age of 18 years and not a party to this action.

1. I served a true and correct copy of the following documents:

   a. **Special Interested Party, Andre Mario Smith, by and through its duly authorized representative Notice of and Request for More Time to Comply With Order.**

   b. **Service Proof and Mailing Certificate.**

2. I served by U.S. Mail:

   a. Debtor; Debtor in Possession

   Crestlloyd, LLC

   **c/o** Levene, Neale, Bender, Yoo & Golubchik L.L.P.

   2818 La Cienega Ave.

   Los Angeles, CA 90034

   b. Richard Saghain; The One Bel Air, LLC

   **c/o** SIDLEY AUSTIN, LLP

   | 555 West Fifth Street | 1999 Avenue of the Stars |
   |---|---|
   | Los Angeles, CA 90013 | 17th Floor |
   |  | Los Angeles, CA 90067 |

   c. October 10, 2022, 08:00A.m., or as soon thereafter as possible.

3. I am:

   a. Not a registered process server.

4. I declare under the penalty of perjury without the laws of the State of

5. California that the foregoing is true and correct.

DATED: October 11, 2022

Peacefully,

By.

SIGNATURE OF PERSON WHO SERVED THE PAPERS.

Earl woods

- 2 -