*Smith, Andre Mario*. Esquire
7938 Broadway No. 1263
Lemon Grove, California, 91946
619-813-2881
Fax Number: N/A
andmarioith@yahoo.com
Attorney in-Fact; Lawful Counselor for:
*Special Interested Party Andre Mario Smith*;
and *andre-mario: smith*.
**Special Appearance Only**
ANDRE MARIO SMITH, Pro Se

```
FILED
NOV - 8 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:          Deputy Clerk
```

# UNITED STATES DISTRICT COURT IN AND FOR THE

# THE CENTRAL DISTRICT OF CALIFORNIA

# BANKRUTCY DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br><br><br>Debtor and Debtor without possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11<br><br>***Special Interested Party, Andre Mario Smith, by and through its duly authorized representative Notice of Application and; Application for Cost Taxation***<br><br>**Date:** To be determined<br>**Time:** To be determined<br>**Place:** Tribunal-room 1639<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

**Greetings to all these Presents shall come.**

**Know all men by these Presents.**

**Notice to Agent is Notice to Principal.**

**Notice to Principal is Notice to Agent.**

**To ach Party and their Attorney(s) of Record.**

**To Each Party and their Counsel.**

- 1 -

Special Interested Party, Andre Mario Smith, by and through its duly authorized
representative Notice of Application and; Application for Cost Taxation

# OBJECTION HEARING NOTICE

(1.) **It appears you are hereby Noticed; Please take Notice that** it appears on October 04, 2022, at 08:30 a.m., or as soon thereafter as possible, in Department 1639 at the UNITED STATES BANKRUPTCY COURT, Central District of California (in and for Los Angeles County), located at 255 E. Temple St., Los Angeles, CA 90012, Special Interested Party, Principal, Andre Mario Smith, (*"the-one"*) by and through its duly authorized representative, will, and hereby does, move tax cost arising from (alleged) **BUYER'S**, Mr. Richard Saghian ("not the-one") **AND DEBTOR'S (without possession)** Crestlloyd, LLC ("Debtor WOP"), together/jointly ("Movant"), DENIED motion and **SUPPLEMENT TO (alleged) BUYER'S AND DEBTOR'S JOINT MOTION (I) TO ENFORCE THE SALE ORDER, AND (II) REQUEST FOR A HEARING.** Bill of Cost is attached.

Date:   September 28, 2022               Peacefully,

By: *Smith, Andre Mario*

Smith, Andre Mario
*attorney in-fact; lawful-counselor* for *Special Interested Party Andre Mario Smith.*
all rights reserved.

## Application For taxation of cost

(2.) It appears, *the-one* applies for taxation of service cost under L.R.54.1.b.1. which also allows that "(c)ost for service of subpoenas are taxable as well as service of summonses and complaints." *the-one* requests cost to be taxed for service of process in the amount of $565.99.

(3.) It appears witness fees are taxable under L.R.54.1.b.4.a, which allows "per diem, mileage, subsistence and attendance fees as provided in 28 USC § 1821. *the-one* request cost to be taxed for witness-related fees for $180.99. Cost for each witness

Special Interested Party, Andre Mario Smith, by and through its duly authorized
representative Notice of Application and; Application for Cost Taxation

may exceed the statutorily defined daily fee per witness as it includes mileage cost. *the-one* applies for $3,178.99 mileage, subsistence and attendance fees.

(4.) It appears L.R.54.1.b.6.a allows taxation of costs for copies obtained for use in a case either (1) "Copies were provided either to the court or to the opposing counsel either by court order, rule, or statute;" or (2) "Copies were used as court exhibits, either admitted into evidence, or attached to a motion. *the-one* applies for $332.99.

| *Description* | *Amount(s)* *Requested* | *Amount(s)* *Invoiced* |
|---|---|---|
| Fees for Service | $ 565.99 | $565.99 |
| Witness-related fees for | $180.99 | $180.99 |
| Mileage, Subsistence, Per Diem and Attendance fees | $3,178.99 | $3,178.99 |
| Copies/Exemplification | $ 332.99 | $332.99 |
| **Total:** | ***$4,258.96*** | ***$4,258.96*** |

it is *so ordered.*

Date: September 28, 2022          Peacefully,

*By:* [signature]

Smith, Andre Mario
*attorney in-fact; lawful-counselor* for *Special Interested Party Andre Mario Smith.*
all rights reserved.

### AFFIDAVIT/DECLARATION

I, Andre Mario Smith, Declare/Affirm the following-it appears:

1. I am the Special Interested party in this matter;

2. I am at peace with all men, people(s), person(s) place(s) and thing(s);

3. I am applying for taxation of cost;

Special Interested Party, Andre Mario Smith, by and through its duly authorized representative Notice of Application and; Application for Cost Taxation

4. All cost applied for taxation are true and correct;

5. *Smith, Andre Mario* is my duly authorized representative;

6. I am acting by and through my duly authorized representative at all times;

7. I, by and through my duly authorized representative, am competent, with sound mind, compos mentos, acting by and through my own free-will act and deed;

8. I am in good health, of no mental, physical, or legal disability, not an infant, child, nor minority, not bankrupt, not a pauper, not dead, not lost-beyond-the-sea, not lost on the land, not a casualty of war, not an abandoned infant, not a distressed vessel, not a casualty of war, not a subject, not a vessel in commerce, not a citizen, not a former plantation slave, not a British Territorial subject, not a transmitting utility, not a special purpose vehicle, not a Life Force or Task force member, nor otherwise, and free of all duress or improper consideration;

9. All cost applied for taxation are supported by this declaration/affidavit of support;

10. I am experiencing severe issues with the U.S. Post Office resulting in lost, unreturned, and otherwise undelivered mail, including but not limited to, my original application for taxation of cost mailed September 28, 2022.

I declare and affirm without the penalty of perjury without the United States that foregoing is true and correct. Executed this 28th day of September, 2022.

Peacefully,

By: *Andre Mario Smith.*

*Andre Mario Smith.*
*Affiant/Declarant.*
all rights reserved.

- 4 -

Special Interested Party, Andre Mario Smith, by and through its duly authorized representative Notice of Application and; Application for Cost Taxation

- 5 -

**ORDER**

It is so ordered.

Date:

_____

Judicial Officer

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

*Special Interested Party, Andre Maro Smith, by and through its duly authorized representative*

A true and correct copy of the foregoing document entitled (specify): *Notice of Application and; Application for Cost Taxation*

*Patricia A. Jackson*
*4245 J St, San Diego, CA 92102*

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 19, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On September __, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 19, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*October 04, 2022*    *Patricia A. Jackson*    *By: /s/ Patricia A Jackson ARL. JAR*
Date    Printed Name    Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

## SERVICE LIST
### (Via NEF)

| # | |
|---|---|
| 1 | Kyra E Andrassy  kandrassy@swelawfirm.com; lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com |
| 2 | Todd M Arnold  tma@lnbyg.com |
| 3 | Jerrold L Bregman  jbregman@bg.law; ecf@bg.law |
| 4 | Ryan Coy  rcoy@bg.law; ecf@bg.law |
| 5 | Marguerite Lee DeVoll  mdevoll@watttieder.com; zabrams@watttieder.com |
| 6 | Karol K Denniston  karol.denniston@squirepb.com; travis.mcroberts@squirepb.com; sarah.conley@squirepb.com; karol-k-denniston-9025@ecf.pacerpro.com |
| 7 | Oscar Estrada  oestrada@ttc.lacounty.gov |
| 8 | Danielle R Gabai  dgabai@danninggill.com; dgabai@ecf.courtdrive.com |
| 9 | Thomas M Geher  tmg@jmbm.com; bt@jmbm.com; tmg@ecf.courtdrive.com |
| 10 | David B Golubchik  dbg@lnbyg.com; stephanie@lnbyb.com |
| 11 | Andrew Goodman  agoodman@andyglaw.com; Goodman.AndrewR102467@notify.bestcase.com |
| 12 | Jonathan Gottlieb  jdg@lnbyg.com |
| 13 | James Andrew Hinds  jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com |
| 14 | Robert B Kaplan  rbk@jmbm.com; rbk@ecf.courtdrive.com |
| 15 | Jane G Kearl  jkearl@watttieder.com |
| 16 | Jennifer Larkin Kneeland  jkneeland@watttieder.com; zabrams@watttieder.com |
| 17 | Michael S Kogan  mkogan@koganlawfirm.com |
| 18 | Noreen A Madoyan  Noreen.Madoyan@usdoj.gov |
| 19 | John A Moe  john.moe@dentons.com; glenda.spratt@dentons.com;derry.kalve@dentons.com |
| 20 | Samuel A Newman  sam.newman@sidley.com; samuel-newman-2492@ecf.pacerpro.com; laefilingnotice@sidley.com |
| 21 | Ryan D O'Dea  rodea@shulmanbastian.com; lgauthier@shulmanbastian.com |
| 22 | Sharon Oh-Kubisch  sokubisch@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com |
| 23 | Hamid R Rafatjoo  hrafatjoo@raineslaw.com; bclark@raineslaw. |
| 24 | Ronald N Richards  ron@ronaldrichards.com; 7206828420@filings.docketbird.com |
| 25 | Joseph M Rothberg  jmr@lnbyg.com |
| 26 | Victor A Sahn  victor.sahn@gmlaw.com; vsahn@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com; patricia.dillamar@gmlaw.com; Karen.Files@gmlaw.com |
| 27 | William Schumacher  wschumac@milbank.com; autodocketecf@milbank.com |
| 28 | Zev Shechtman  zshechtman@DanningGill.com; danninggill@gmail.com; zshechtman@ecf.inforuptcy.com |
| 29 | Lindsey L Smith  lls@lnbyb.com; lls@ecf.inforuptcy.com |
| 30 | Paul Sorrell  psorrell@lavelysinger.com |
| 31 | Howard Steinberg  steinbergh@gtlaw.com; pearsallt@gtlaw.com; lalitdock@gtlaw.com |
| 32 | United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov |
| 33 | Genevieve G Weiner  gweiner@sidley.com; laefilingnotice@sidley.com; genevieve-weiner-0813@ecf.pacerpro.com |
| 34 | Jessica Wellington  jwellington@bg.law; ecf@bg.law |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

SERVICE LIST
(Manual Notice)

Concierge Auctions, LLC
405 Lexington Avenue, 26th Floor
New York, NY 10174

Katharine E Dernier
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700

Christopher Giaimo
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037

Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034

Gregory Morrow
The Morrow Group
10401 Wilshire Blvd., Ste 1102
Los Angeles, CA 90024

Robert F Scoular
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704

Martin D Singer
Lavely & Singer Professional Corporation
2049 Century Park East Ste 2400
Los Angeles, CA 90067-2906

Andre Mario Smith
7938 Broadway #1263
Lemon Grove, CA 91946

The Beverly Hills Estate and Compass
8878 Sunset Boulevard
West Hollywood, CA 90069

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**