DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JOSEPH M. ROTHBERG (State Bar No. 286363)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jmr@lnbyg.com, jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>        Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**SECOND INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF DAVID B. GOLUBCHIK IN SUPPORT THEREOF**<br><br><u>Hearing</u><br>Date:  December 1, 2022<br>Time: 11:30 a.m.<br>Place:  Courtroom 1639<br>       255 E. Temple Street<br>       Los Angeles, CA  90012<br>       **VIA ZOOMGOV ONLY** |

1

Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), general bankruptcy counsel to Crestlloyd LLC, the debtor and debtor in possession in the above-referenced bankruptcy case (the "Debtor"), hereby submits its Second Interim Application for Approval of Fees and Reimbursement of Expenses (the "Application") for services rendered and expenses incurred during the pendency of the Debtor's chapter 11 bankruptcy case for the period of April 16, 2022 through and including October 31, 2022 (the "Covered Period").

**I.**

**FEES AND EXPENSES INCURRED AND NOTICE**

**A.    REQUEST FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES.**

During the Covered Period, LNBYG incurred fees in the amount of $330,744.00 and expenses in the amount of $23,558.77 for total fees and expenses in the amount of $354,302.77. Accordingly, LNBYG is owed a balance of $354,302.77 for fees and expenses incurred during the Covered Period. Given LNBYG's efforts and the results achieved by LNBYG thus far, LNBYG respectfully submits that its requested fees and expenses are reasonable and should be approved on an interim basis. Accordingly, pursuant to the Application, LNBYG is seeking authority for the Debtor to pay LNBYG the unpaid balance of $354,302.77 for fees and expenses incurred during the Covered Period.

**B.    PROPER NOTICE.**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and the applicable Local Bankruptcy Rules, LNBYG served notice of this Application and the amount of fees and expenses sought herein upon the Debtor, the Office of the United States Trustee (the "OUST"), all creditors, and all parties who have requested special notice.

/ / /

/ / /

/ / /

/ / /

/ / /

2

**II.**

**BRIEF NARRATIVE HISTORY OF THE PRESENT**

**POSTURE OF THE DEBTOR'S CHAPTER 11 CASE, CIRCUMSTANCES**

**THAT LED TO THE FILING OF THE DEBTOR'S CHAPTER 11 CASE, AND**

**SIGNIFICANT EVENTS WHICH OCCURRED DURING THE COVERED PERIOD**

**A.    BACKGROUND**

On October 26, 2021 (the "Petition Date"), the Debtor commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code. The Debtor is operating its estate and managing its financial affairs as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

On the Petition Date, the Debtor's primary asset was a piece of residential real property that it developed located at 944 Airole Way, Los Angeles CA 90077 (the "Property"). Unfortunately, before the Property could be completed and sold (either as a fully completed or nearly completed project), the Debtor's primary secured lender, Hankey Capital, LLC ("Hankey"), as well as a number of other junior secured lenders and mechanic's lien holders (the "Mechanic's Lien Creditors"), initiated a multitude of state court actions against the Debtor seeking, among other things, to recover amounts allegedly owed and to foreclose on the Property. In connection with its action, Hankey sought and obtained the appointment of a receiver (the "Receiver") for the Property.

In order to protect its equity in the Property, to address the myriad of litigation and claims against it, and to regain control of the Property from the Receiver, the Debtor filed its bankruptcy case on the Petition Date of October 26, 2021, which stayed the foreclosure sale. It was imperative for the Debtor to regain possession and control over the Property and to obtain the breathing spell afforded by the automatic stay not only to stop the foreclosure and protect equity in the Property, but also to provide time and a means for the Debtor to sell the Property.

**1.    Alleged Claims Secured by the Property**

**i.    Inferno Investments Inc.**

Pursuant to a Proof of Claim (the "Inferno POC") filed by Inferno Investments, Inc. ("Inferno"), Inferno asserts a claim in the amount of $20,902,106.12, which Inferno asserts is

secured by a Deed of Trust that was recorded on March 13, 2013. (*See* Claim No. 11).

On January 1, 2016, the Debtor and Inferno entered into an agreement (the "Subordination Agreement") whereby the parties agreed that proceeds from the sale of the Property would be distributed in the following manner: "First to repay the loan(s) obtained from a bank or third party parties (excluding [the Debtor] and Inferno) and all other unpaid costs of construction of the [Property]. Second, to [the Debtor] and Inferno, pro rata, in repayment of any loans owing them, together with simple interest thereon at the rate of eight percent (8%) per annum…." [*See* Dkt. 325, Exhibit "5", ¶ 3].

### ii.    The Mechanic's Lien Creditors

After the initial financing from Inferno, the Debtor commenced construction of the Property. In that respect, the following parties provided goods and/or services in order to improve the Property: J&E Texture, Inc., American Truck & Tool Rentals Inc., Kennco Plumbing Inc., JMS Air Conditioning, Parquet by Dian, Powertek Electrical Inc., and BMC West LLC (collectively referred to herein as the "Mechanic's Lien Creditors").

### iii.    Hankey Capital, LLC

Pursuant to Claim No. 20 filed by Hankey ("Hankey POC"), Hankey asserts a claim in the amount of $122,638,623.41, which Hankey asserts is secured by two separate Deeds of Trust dated November 6, 2018 (the "Principal Hankey DOT") and December 10, 2019, respectively. (*See* Claim No. 20). The Principal Hankey DOT stems from a loan Hankey provided to the Debtor in the initial amount of $82,500,000.00 on or around October 31, 2018 (the "Principal Hankey Loan"). (*See* Claim No. 20, Ex. A). The Principal Hankey Loan is evidenced by a promissory note. (*Id.*).

### iv.    Yogi Securities Holdings, LLC

Pursuant to a Proof of Claim ("Yogi POC") filed by Yogi Securities Holdings, LLC ("Yogi"), Yogi asserts a claim in the amount of $24,385,366.77, which Yogi asserts is secured by a Deed of Trust dated August 30, 2019. (*See* Claim No. 27).

### v.    Hilldun Corporation

Pursuant to a Proof of Claim ("Hilldun POC") filed by Hilldun Corporation ("Hilldun"), Hilldun asserts a claim in the amount of $5,000,000, which Hilldun asserts is secured by a Deed of

Trust dated September 4, 2020. (*See* Claim No. 9).

**2.    The Debtor's Efforts to Sell the Property.**

i.    <u>Turnover of Property from Receiver and Negotiations Regarding Access to the Property</u>.

When LNBYG was employed as the Debtor's general bankruptcy counsel, the Property was under the control of a Receiver.  To that end, immediately after the Petition Date, the Debtor, with assistance of LNBYG and its manager, Sierra Constellation Partners, LLC ("<u>SCP</u>"), quickly negotiated an interim stipulation with Hankey and the Receiver regarding access to the Property (the "<u>Receivership Stipulation</u>") to facilitate efforts to employ professionals to assist the Debtor in marketing and selling the Property, and, thereafter, the Receiver voluntarily turned over the Property and all other property of the estate on December 1, 2021.

ii.    <u>The Employment of the Real Estate Brokers and Auctioneer</u>

After resolving the turnover issues, the Debtor then sought to employ certain professionals to assist the Debtor in marketing and selling the Property. Pursuant to this strategy, the Debtor entered into employment agreements with The Beverly Hills Estates and Compass (together, the "<u>Brokers</u>") on or around December 3, 2021, and Concierge Auctions, LLC ("<u>Auctioneer</u>") on or around December 13, 2021. The specific duties of the Brokers and Concierge included: (1) marketing and showing the Property to prospective buyers; (2) assisting the Debtor in obtaining and providing due diligence materials to prospective buyers; (3) notifying prospective buyers of the intended online auction (the "<u>Auction</u>") of the Property and the bid procedures approved by the Court (the "<u>BK Bid Procedures</u>") governing the Auction[1]; (4) receiving bids from prospective buyers; (5) conducting the Auction of the Property pursuant to BK Bid Procedures approved by the Court with the ultimate sale subject to Court approval; (6) consulting with the Debtor and its professional advisors regarding the foregoing; and (7) performing any other services which may be appropriate in connection with the Brokers and Auctioneer's retention by the Debtor. Thereafter,

---

[1] On January 10, 2022, over the objection of Yogi and Inferno, the Court entered an order granting the Debtor's motion to approve the BK Bid Procedures and entered an order granting the Debtor's motion to approve the Debtor's proposed bidding procedures. [Dkts. 88, 97, 98, and 105].

the Debtor filed an application to approve the employment of the Brokers and Auctioneer, which was approved by the Court on January 10, 2022. [Dkts. 74 and 104].

### iii.    Sale of the Property

The Brokers and Auctioneer were successful in selling the Property. On March 28, 2022, the Court entered an order (the "Sale Order"), over the objection of numerous alleged secured creditors, granting the Debtor's March 8, 2022 motion seeking authority to sell the Property (the "Motion to Sell"). [Dkts. 142, 191, 192, 193, 196, 198, 201, 202, 208, and 247]. Pursuant to the Sale Order, the Debtor realized $126 million, plus a rebate of $11.970 million from the Auctioneer, for a total of $137.97 million dollars in consideration (the "Sale Proceeds").

After the Court granted the Motion to Sell, two separate parties, Inferno and Nile Niami, appealed the Sale Order (herein referred to as the "Appeals"). [Dkts 249 and 279]. In response, the Debtor filed its own appeal in order to preserve certain issues on appeal (herein referred to the "Cross-Appeal").  [Dkt. 272]. Since the entry of the Sale Order (and described in greater detail below), the Debtor has been engaged in extensive litigation involving the distribution of the Sale Proceeds to its alleged secured creditors.

## B.    **THE APPEALS**

The appeal filed by Inferno was voluntarily dismissed by Inferno after Inferno filed that certain "*Stipulation to Dismiss Appeal Filed by Inferno Investment, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 8023*" (the "Inferno Stipulation"). A true and correct copy of the Inferno Stipulation is attached hereto as **Exhibit "D".** Shortly thereafter, the Debtor voluntarily dismissed the Cross-Appeal after it filed that certain "*Stipulation to Dismiss Appeal Filed by Crestlloyd, LLC Pursuant to Federal Rule of Bankruptcy Procedure 8023*" (the "Crestlloyd Stipulation"). A true and correct copy of the Crestlloyd Stipulation is attached hereto as **Exhibit "E"**. To date, the appeal filed by Nile Niami, which deals with the compensation paid to the Brokers and the Auctioneer, as opposed to the sale of the Property itself, is still pending in the District Court for the Central District of California; however, that appeal has no bearing on administration of the Debtor's bankruptcy estate.

### 1. The Cross-Appeal

Before dismissing the Cross-Appeal, LNBYG assisted the Debtor by drafting that certain "*Appellant's Statement of Issues to be Presented in Protective Cross-Appeal*" (the "Statement of Issues on Appeal") [Dkt. 297], the Amendment thereto [Dkt. 300], and the "*Appellant's Designation of Items to be Included in the Record on Protective Cross-Appeal*" (the "Designation of Record") [Dkt. 298], amongst other pleadings and forms.

### 2. The Inferno Appeal

Prior to the time that Inferno filed the Inferno Stipulation, LNBYG exerted time and resources researching what LNBYG and the Debtor saw as a mootness issue arising from the close of the sale of the Property warranting dismissal of the Inferno Appeal, which resulted in LNBYG assisting the Debtor in drafting a motion to that effect (the "Motion to Dismiss"). However, once Inferno indicated that it would be dismissing its Appeal, it was unnecessary for the Debtor to file the Motion to Dismiss.

## C. THE ADVERSARY PROCEEDING

On June 9, 2022, Inferno initiated an adversary proceeding titled Inferno v. Crestlloyd LLC, *et al.*, 2:22-ap-01125-DS (the "Adversary Proceeding") when Inferno filed that certain "*Complaint Of Inferno Investment, Inc. For: (1) Declaratory Relief; (2) Unfair Business Practices; (3) Disallowance of Claims; And (4) Recission*" (the "Adversary Complaint") [Adv. Dkt. 1].

### 1. Background – Motion to Pay Hankey Capital

On May 24, 2022, the Debtor, with the assistance of LNBYG, filed that certain "*Motion For Authority To Disburse Funds to Hankey Capital, LLC, A Senior Secured Creditor*" (the "Motion to Pay Hankey") [Dkt. 325], whereby the Debtor sought the Court's authority to disburse $103,837,545.86 to Hankey, which amount represented the principal, interest, and foreclosure fees owed to Hankey in consideration for the Principal Hankey Loan. The Debtor argued that the Motion to Pay Hankey was justified based on the fact that (1) as a result of the Subordination Agreement, the Principal Hankey Loan is senior to the claims asserted by Inferno, Yogi, and Hilldun; and (2) making such a distribution was in the best interest of the estate because if the Debtor did not satisfy the Principal Hankey Loan, then the Principal Hankey Loan would continue to accrue interest at a

rate of approximately $36,666 **_per day_**.

In response, Inferno filed an opposition to the Motion to Pay Hankey (the "Inferno Opposition to the Motion to Pay Hankey") [Dkt. 337] through which Inferno argued that it would be improper for the Court to grant the Motion to Pay Hankey due to alleged issues concerning the enforceability of the Subordination Agreement. (*See* Opposition to Motion to Pay Hankey; 2:2-19). Moreover, Yogi filed its own limited opposition to the Motion to Pay Hankey (the "Yogi Opposition to Motion to Pay Hankey") [Dkt. 338] through which Yogi argued that the Court should not grant the Motion to Pay Hankey to the extent that the Debtor sought authorization to pay Hankey anything over $82.5 million, the principal on the Principal Hankey Loan, because there existed a good faith dispute regarding the priority of the interest on the Principal Hankey Loan.

Thereafter, the Debtor filed its own reply to both the Inferno Opposition to the Motion to Pay Hankey and the Yogi Opposition to Motion to Pay Hankey [*See* Dkt. 340].

After a hearing on the Motion to Pay Hankey was held on May 26, 2022 (the "Hearing on the Motion to Pay Hankey"), the Court entered an order (1) authorizing the Debtor to pay Hankey the sum of $82.5 million on account of Hankey's asserted secured claim(s) in the Debtor's Chapter 11 bankruptcy case; (2) ordering that such payment would be without prejudice to any and all parties' rights to assert claims and defenses as may be appropriate, including but not limited to the right to clawback any portion of the monies paid; and (3) continuing the Hearing on the Motion to Pay Hankey to June 23, 2022 in order for the Court to consider payment of any amounts in excess of the $82.5 million [*See* Dkt. 348]. In response, on June 2, 2022 the Debtor filed its Supplemental Brief in Support of the Motion to Pay Hankey [Dkt. 355] further arguing that it should be authorized to disburse funds to Hankey in the total amount of $103,837,545.86. Thereafter, on June 9, 2022, both Yogi and Inferno filed their own supplemental briefs in opposition to the Motion to Pay Hankey (the "Supplemental Briefs IOT Motion to Pay Hankey") [*See* Dkts. 359, 361]. However, in addition to filing its own supplemental brief in opposition to the Motion to Pay Hankey [Dkt. 361], Inferno initiated the Adversary Proceeding by filing the Adversary Complaint on June 8, 2022 [Adv. Dkt. 1]. Consequently, in its Reply to the Supplemental Briefs IOT Motion to Pay Hankey [Dkt. 365], the Debtor submitted that it could not make the distribution contemplated by the Motion

to Pay Hankey because Inferno's commencement of the Adversary Proceeding included an objection to Hankey's POC and, therefore, precluded the Debtor from making the full distribution contemplated by the Motion to Pay Hankey.

To date (and as described in greater detail below), the material issues concerning the characterization and priority of the secured claims are being resolved through the Adversary Proceeding.

### 2.    The Adversary Complaint

Through the Adversary Complaint, Inferno's argues that the Inferno POC maintains priority over all other secured claims based on the following set of facts: (1) Inferno loaned money to the Debtor in order for the Debtor to acquire the Property; (2) after lending the Debtor money, Inferno and the Debtor entered into a Memorandum of Agreement (the "MOA") whereby the parties agreed that the proceeds from the sale of the Property would be used to repay loans obtained from a bank or third parties, before the Debtor and Inferno receive any proceeds, and that Inferno's written approval was required before its interest in the Property could be subordinated to that of other secured lenders; but (3) the MOA is of no force and effect because the Debtor committed fraud and repudiated the MOA by misappropriating tens of millions of dollars that should have been used for the Property, such that (4) Inferno's secured claims maintain priority over the Debtor's other secured creditors. (*See* Adversary Complaint). On August 10, 2022, the Debtor filed its answer to the Adversary Complaint, denying the material allegations presented in the Adversary Complaint and asserting various affirmative defenses [Adv. Dkt. 26].

### 3.    Debtor's Cross-Claim

In addition to assisting the Debtor in connection with its answer to the Adversary Complaint, in response to the Adversary Complaint, the Debtor, with the assistance of LNBYG, continued to investigate the nature, extent, and validity of each of the secured claims and the alleged liens securing them. Through diligent analysis and investigation, LNBYG determined that misconduct on the part of the Debtor's principals and entities controlled by the Debtor's principals, Inferno, Yogi, Hilldun, and certain principals of the Debtor's secured creditors (collectively, the "Cross-Complaint Defendants"), caused injury to the Debtor. Accordingly, the Debtor filed its own

cross-complaint in the Adversary Proceeding (the "Cross-Complaint") [Adv Dkt. 27] seeking redress for such injuries caused by the Cross-Complaint Defendants pursuant to claims (1) to recharacterize debt as equity, (2) for equitable subordination, (3) for declaratory relief, (4) for breach of fiduciary duties, and (5) to disallow certain claims.

### 4.    Yogi's Counterclaim

In response to the Cross-Complaint, Yogi filed its own first amended counterclaim against, amongst other parties, the Debtor (the "Yogi Counterclaim") [Adv. Dkt. 55], for which the Debtor filed its own Answer to on October 12, 2022 [Adv. Dkt. 68].

## D.    OTHER SIGNIFICANT EVENTS DURING THE BANKRUPTCY CASE.

### 1.    Motion to Pay Certain Secured Creditors

On May 26, 2022, LNBYG assisted the Debtor in filing that certain "*Motion For Authority to Pay Certain Senior Secured Creditors*" (the "Motion to Pay Mechanic's Lien Creditors") [Dkt. 319]. Through the Motion to Pay Mechanic's Lien Creditors, the Debtor requested that the Court authorize the Debtor to pay amounts owed to the Mechanic's Lien Creditors in the following amounts:

> (a)    J&E Texture, Inc. → $292,300.86
>
> (b)    American Truck & Tool Rentals Inc. →$160,000.00[2]
>
> (c)    Kennco Plumbing Inc. → $85,560.17
>
> (d)    JMS Air Conditioning → $51,290.00
>
> (e)    Parquet by Dian → $40,846.00
>
> (f)    Powertek Electrical Inc. → $40,480.00
>
> (g)    BMC West LLC → $2,399.00

After holding a hearing on the Motion to Pay Mechanic's Lien Creditors, the Court entered an order granting the Motion to Pay Mechanic's Lien Creditors [Dkt. 354].

---

[2] This amount is ***reduced*** from the secured claim in the amount of $188,087.09 asserted by American Truck & Tool Rentals Inc. pursuant to that certain "*Stipulation With American Truck & Tool Rentals Inc. Re: Allowance And Payment Of Claim*" (the "American Stipulation") [Dkt. 304] that was approved by the Court on May 5, 2022 [Dkt. 305].

**2.      Vesta Administrative Expense Claim, Related Litigation, and Compromise**

On June 3, 2022, Showroom Interiors, LLC dba Vesta ("Vesta") filed that certain "*Request for Payment of Chapter 11 Administrative Expenses of Showroom Interiors, LLC*" (the "Vesta Admin Expense Request") [Dkt. 357] whereby Vesta requested the allowance and payment of an administrative claim in the amount $320,283.04 as a result of damages allegedly caused by the Debtor to furniture allegedly leased by the Debtor from Vesta. In response, the Debtor filed a limited objection to the Vesta Admin Expense Request (the "Limited Objection to Vesta Admin Expense Request") [Dkt. 367], whereby the Debtor disputed the extent and validity of the Admin Expense Request, and requested additional time to investigate the arguments presented by Vesta in support of the Vesta Admin Expense Request.  One week later, Vesta filed a reply to the Limited Objection to Vesta Admin Expense Request [Dkt. 383].

On July 21, 2022, the Court held a hearing to consider the Vesta Admin Expense Request (the "Hearing on the Vesta Admin Expense Request"), which resulted in the Court entering an Order (the "Continuation Order") continuing the Hearing on the Vesta Admin Expense Request to September 8, 2022 in order for Vesta and the Debtor (1) to attempt to settle the Vesta Admin Expense Request; or, (2) if settlement was not possible, give the parties additional time to draft supplemental briefs in support of, or opposition to, the Vesta Admin Expense Request [Dkt. 391].

After the Court entered the Continuation Order, the Debtor and Vesta entered into settlement negotiations, the terms of which are memorialized in that certain "*Stipulation Resolving Request for Payment of Chapter 11 Administrative Expenses of Showroom Interiors, LLC dba Vesta*" (the "Vesta Stipulation") [Dkt. 409]. On September 21, 2022, the Court entered an order approving the Vesta Stipulation [Dkt. 413].

**3.      Second Motion to Extend Plan Exclusivity Period**

On June 23, 2022, the Debtor filed that certain "*Second Motion to Extend the Exclusivity Periods for the Debtor to File a Plan and Obtain Acceptances Thereof*" (the "Second Motion to Extend Plan Exclusivity Period") [Dkt. 371], whereby the Debtor sough to extend the exclusivity periods for the Debtor to file a plan and obtain acceptance thereof from June 23, 2022 and August 22, 2022 to October 21, 2022 and December 20, 2022, respectively. On July, 2022, the Court

entered an order approving the Second Motion to Extend Plan Exclusivity Period [Dkt. 388].

**4.    Motion to Enforce Sale and OSC**

On August 18, 2022, the Debtor and Richard Saghian, the buyer of the Property (the "Buyer"), filed that certain "*Joint Motion (I) To Enforce the Sale Order, and (II) For Issuance Of An Order to Show Cause Why Andre Mario Smith Should Not Be Held in Contempt of Court*" (the "Motion to Enforce Sale & Issuance of OSC") [Dkt. 395]. On September 27, 2022, the Court entered an order denying the Motion to Enforce Sale & Issuance of OSC [Dkt. 419] but required Andre Mario Smith to follow certain criteria by October 17, 2022. However, on October 13, 2022, the Court entered another order extending the time for Andre Mario Smith to comply with such criteria [*See* Dkt. 434].

**5.    Monthly Operating Reports**

Throughout the Covered Period, LNBYG assisted the Debtor in preparing its Monthly Operating Reports (collectively, the "MORs") for the months of February, March, April, May, June, July, August and September, respectfully [*See* Dkts. 302, 303, 322, 374, 387, 408, 417 and 437].

**6.    SCP's Monthly Fee Statements**.

Throughout the Covered Period, LNBYG assisted SCP in drafting its monthly fee statements (the collectively, the "Monthly Fee Statements" and each a "Monthly Fee Statement") for the months of April, May, June, July, August and September 2022 [*See* Dkts. 315, 364, 393, 400, 418, and 436].

**E.    FEES AND EXPENSES PREVIOUSLY REQUESTED.**

On May 5, 2022, LNBYG filed that certain "*First Interim Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval of Fees and Reimbursement of Expenses*" (the "First Interim Fee App") [Dkt. 306] whereby LNBYG sought the Court's approval to collect the fees incurred by LNBYG and reimbursement of expenses incurred during the pendency of the Debtor's chapter 11 bankruptcy case for the period of the Petition Date of October 26, 2021 through and including April 15, 2022.

Thereafter, Inferno filed a limited opposition to LNBYG's First Interim Fee App (the "Limited Opposition to First Interim Fee App") [Dkt. 314], arguing that the Court should not approve the First Interim Fee Application to the extent that LNBYG sought authorization to pay fees and costs exceeding the amount for restructuring costs for professional and UST fees set forth in the budget (the "Budget") approved by Hankey as lender on the Debtor's debtor in possession loan (the "DIP Loan") and by the Court pursuant to a final order granting the motion to approve the DIP Loan. (*See* Limited Opposition to First Interim Fee App; 1:24-28). In response Inferno's limited objection to First Interim Fee App, LNBYG filed its reply to the Limited Opposition to First Interim Fee App (the "Reply to Limited Opposition to First Interim Fee App") [Dkt. 320] arguing, in short, that there were no Budget restrictions on the amount available to pay LNBYG or UST fees because the DIP Loan was paid in full. (*See* Reply to Limited Opposition to First Interim Fee App 3; 7-13.).

After the hearing on LNBYG's First Interim Fee App on May 26, 2022 (the "Hearing on the First Interim Fee App"), the Court entered an order approving the LNBYG's First Interim Fee App, in full, and authorizing the Debtor to pay the $549,361.47 sought by LNBYG pursuant to its First Interim Fee App [*See* Dkt. 349]. Thereafter, the foregoing amount was paid to LNBYG.

## F.    CASH ON HAND AND ESTIMATED AMOUNT OF OTHER ACCRUED AND UNPAID EXPENSES OF ADMINISTRATION.

LNBYG is informed and believes that, as of the date hereof, the Debtor has approximately $1,749,783.22 in unencumbered cash on hand, which is separate from the approximately $37.5 million in sales proceeds maintained in a segregated account. LNBYG is further informed and believes that (1) the other professionals employed by the estate – the Brokers and the Auctioneer – were paid in full upon the close of escrow for the sale of the Property, (2) SCP/Lawrence R. Perkins, the Debtor's Non-Member Manager, has generally been paid current on a monthly basis pursuant to notice and payment procedures approved by the Court [Dkts. 70 and 77] , and (3) the Debtor is generally current on all other post-petition obligations. As a result, more than sufficient funds exist to pay the fees and costs requested in this Application.

## G.   BRIEF NARRATIVE STATEMENT OF SERVICES RENDERED, TIME EXPENDED, AND FEES CHARGED FOR EACH BILLING CATEGORY.

When recording its time, LNBYG places all time entries for fees into one of fourteen categories. These categories consist of (1) Asset Analysis and Recovery, (2) Asset Disposition, (3) Business Operations, (4) Case Administration, (5) Claims Administration and Objections, (6) Employee Benefits/Pensions, (7) Fee/Employment Applications, (8) Fee/Employment Objections, (9) Financing, (10) Relief from Stay, (11) Meetings of Creditors, (12) Plan and Disclosure Statement, (20) Other Litigation, and (99) Miscellaneous.  Inevitably, certain time entries do not fit neatly into any one category while other time entries cross over into more than one category. LNBYG does its best to place time entries into categories which accurately reflect the work performed. However, it is inevitable that there will be some time entries that have been placed into the incorrect category or where various time entries dealing with the same subject matter have been placed into multiple categories.

### 1.   ASSET ANALYSIS AND RECOVERY (01).

During the Covered Period, LNBYG billed 0.8 hours and incurred $415.00 of fees in this category. Included in this category are fees incurred by LNBYG assisting the Debtor in (1) revising the payment schedule included in the Motion to Pay Mechanic's Lien Creditors, and (2) corresponding with SCP regarding the recovery of unearned property insurance premiums.

### 2.   ASSET DISPOSITION (02).

During the Covered Period, LNBYG billed 76.7 hours and incurred $33,544.00 of fees in this category.  Included in this category are fees incurred by LNBYG drafting, preparing, finalizing, analyzing, reviewing and/or revising documents related to and/or including: (1) the Appeals and related pleadings and exhibits; (2) the Cross-Appeal and related pleadings and exhibits, including but not limited to, the Statement of Issues on Appeal and the Amendment thereto [*See* Dkts. 297 and 300], and the Designation of Record [Dkt. 298]; (3) the Motion to Pay Mechanic's Lien Creditors and related pleadings and exhibits; (4) the alleged damage to property underlying the Vesta Admin Expense Request; (5) the Motion to Pay Hankey and related pleadings and exhibits; and (6) the Motion to Enforce Sale & Issuance of OSC.

14

Moreover, this category also includes fees incurred by LNBYG corresponding with, and analyzing correspondence from, relevant parties regarding: (1) the Appeals and the dismissal thereof; (2) the Cross-Appeal and the dismissal thereof; (3) the Motion to Pay Hankey and related issues thereto; (4) Andre Smith's alleged fraudulent deed as described in the Motion to Enforce Sale & Issuance of OSC; (5) the disposition of the remaining assets located on the Property that were not included as part of the Sale Order; (6) information related to the turnover of the estate from the Receiver; and (7) other miscellaneous issues pertaining to the sale of the Property.

Finally, this category includes fees incurred by LNBYG preparing for and attending the hearings on (1) the Motion to Pay Mechanic's Lien Creditors, and (2) the Motion to Pay Hankey.

### 3.    BUSINESS OPERATIONS (03).

During the Covered Period, LNBYG billed 5.1 hours and incurred $2,106.00 in fees in this category. Included in this category are fees incurred by LNBYG analyzing and preparing documents and correspondence related to the alleged water damage underlying the Vesta Admin Expense Request. However, the majority of the time in this category was spent drafting this Application.

### 4.    CASE ADMINISTRATION (04).

During the Covered Period, LNBYG billed 40.1 hours and incurred $17,457.00 in fees in this category. Included in this category are fees incurred by LNBYG preparing, finalizing, drafting, analyzing, reviewing and/or revising documents and/or pleadings related to and including: (1) the MORs; (2) the SCP Fee Statements; (3) the Motion to Pay Mechanic's Lien Creditors; (4) the Motion to Pay Hankey; (5) the Niami Appeal; (6) the Receivership Action; (7) the Second Motion to Extend Plan Exclusivity Period; and the (8) Objection to Vesta Admin Expense Request.

Moreover, this category includes fees incurred by LNBYG corresponding with, and analyzing correspondence from, relevant parties related to: (1) payment of the quarterly fees owed the United States Trustee (the "UST Quarterly Fees"); (2) insurance claims related to the alleged water damage underling the Vesta Admin Expense Request; (3) issues related to the MORs; (4) issues related to the Monthly Fee Statements; (5) calculation of interest on Principal Hankey Loan relevant for purposes of the Motion to Pay Hankey; and (6) possible settlement of the Vesta Admin

Expense Request.

### 5.    CLAIMS ADMINISTRATION AND OBJECTIONS (05).

The majority of time in this category related to analyzing, researching and resolving issues pertaining to the secured claims asserted against the Debtor's estate.  During the Covered Period, LNBYG billed 143.8 hours and incurred $76,515.00 in fees in this category. Included in this category are fees incurred by LNBYG preparing, finalizing, drafting, analyzing, reviewing and/or revising documents and/or pleadings related to and including: (1) the Motion to Pay Hankey and the Supplement Brief ISO Motion to Pay Hankey; (2) the Yogi POC; (3) the Inferno POC; (4) the Subordination Agreement; (5) relevant escrow statements received from the Debtor's secured lenders; (6) transactions conducted by the Debtor's principal with Yogi and the subsequent impact on the Debtor's estate; and (7) the American Stipulation.

Moreover, this category includes fees incurred by LNBYG corresponding with, and analyzing correspondence from, relevant parties related to: (1) the Receivership Action; (2) the Yogi POC and the accounting related thereto; (3) analysis of the Hankey POC relevant for purposes of both the Motion to Pay Hankey and the Adversary Proceeding; (4) issues relevant to the Hilldun POC; (5) settlement of the Vesta Admin Expense Request; and (6) consent to pay the Mechanic's Lien Creditors relevant for purposes of the Motion to Pay Mechanic's Lien Creditors.

Next, this category includes fees incurred by LNBYG researching issues related to: (1) authority to pay certain secured creditors from Sale Proceeds and the procedure for bringing such a motion; (2) admin expense liability for post-petition damages to property subject to a pre-petition lease; and (3) the characterization of damages caused by post-petition negligence.

Finally, included in this category are fees incurred by LNBYG appearing at the hearing on the Vesta Admin Expense Request.

### 6.    EMPLOYEE BENEFITS/PENSIONS (06).

During the Covered Period, LNBYG did not bill any time in this category.

### 7.    FEE/EMPLOYMENT APPLICATIONS (07).

During the Covered Period, LNBYG billed 71.4 hours and incurred $29,432.00 in fees in this category. Included in this category are fees incurred by LNBYG preparing, finalizing, drafting,

analyzing, reviewing and/or revising documents and/or pleadings related to and including: (1) the First Interim Fee App; (2) the Application; and (3) the Monthly Fee Statement for the month of July 2022. Moreover, this category also includes fees incurred by LNBYG researching the law and procedure required prior to filing the First Interim Fee App. Finally, this category includes fees incurred by LNBYG attending the hearing on the First Interim Fee App.

**8.    FEE/EMPLOYMENT OBJECTIONS (08).**

During the Covered Period, LNBYG billed 1.7 hours and incurred $595.00 in fees in this category. Included in this category are fees incurred by LNBYG (1) analyzing the Inferno Opposition to the First Interim Fee App; and (2) researching the issues presented by Inferno in the Inferno Opposition to the First Interim Fee App.

**9.    FINANCING (09).**

During the Covered Period, LNBYG billed .9 hours and incurred $585.00 in fees in this category. Included in this category are fees incurred by LNBYG (1) corresponding with relevant parties regarding the Debtor's use of cash collateral and analyzing relevant documents related thereto; and (2) analyzing the DIP Loan documents and corresponding with relevant parties regarding such documents.

**10.    RELIEF FROM STAY (10).**

During the Covered Period, LNBYG billed 2.1 hours and incurred $1,335.00 in fees in this category. Included in this category are fees incurred by LNBYG analyzing the Receivership Stipulation and related pleadings, and corresponding with creditor, Jose Napoleon Garcia regarding the Notice of the Automatic Stay.

**11.    MEETING OF CREDITORS (11).**

During the Covered Period, LNBYG did not bill any time in this category.

**12.    PLAN AND DISCLOSURE STATEMENT (12).**

During the Covered Period, LNBYG billed 1.2 hours and incurred $660.00 in fees. Included in this category are fees incurred by LNBYG drafting the Second Motion to Extend Plan Exclusivity Period and researching related issues thereto.

### 13.    OTHER LITIGATION (20).

The majority of time during the Covered Period was devoted to this category.  During the Covered Period During, LNBYG billed 302.4 hours and incurred $167,580.00 in fees. Included in this category are fees incurred by LNBYG drafting, preparing, reviewing, revising, and/or analyzing documents and/or pleadings related to and including: (1) the Crestlloyd Stipulation; (2) the Inferno Stipulation; (3) the Designation of Record; (4) the Designation of Transcripts; (5) the Motion to Dismiss; (6) the Adversary Complaint and related Answer; (7) the Subordination Agreement; (8) the Yogi Counterclaim and related Answer; (9) the Counter-Claim; (10) the Cross-Complaint; (11) multiple stipulations extending the time to respond to relevant pleadings filed in the Adversary Complaint  [*See* Dkts. 6, 9, 11, 38, 40, 41, 51, 53, 57, 59, 72, 73, 84 and 89]; (12) the Yogi POC and underlying documents; (13) the Inferno POC and underlying documents; and (14) the Hankey POC and underlying documents.

Moreover, LNBYG incurred fees in this category corresponding with or analyzing correspondence from relevant parties regarding (1) the Crestlloyd Stipulation; (2) the Inferno Stipulation; (3) the Designation of Record; (4) the Designation of Transcripts; (5) the Motion to Dismiss; (6) the Adversary Complaint and related Answer; (7) the Subordination Agreement; (8) the Yogi Counterclaim and related Answer; (9) the Counter-Claim; (10) the Cross-Complaint; and (11) multiple stipulations extending the time to respond to relevant pleadings filed in the Adversary Complaint  [*See* Dkts. 6, 9, 11, 38, 40, 41, 51, 53, 57, 59, 72, 73, 84 and 89].

Finally, LNBYG incurred fees in this category strategizing as to how it wished to attack the Adversary Proceeding and researching issues pertaining to (1) the procedure for withdrawing an appeal and/or dismissal thereof; (2) the law and procedure necessary to appeal issues decided in the Bankruptcy Court; and (3) the law and procedure the Debtor was required to follow when presenting evidence and claims in the Adversary Proceeding.

### H.    DETAILED LISTING OF ALL TIME SPENT BY THE PROFESSIONAL ON THE MATTER FOR WHICH COMPENSATION IS SOUGHT

Attached hereto as **Exhibit "A"** is a detailed listing of all the time that LNBYG spent during the Covered Period for which LNBYG seeks compensation including the date LNBYG rendered

the service, a description of the service, the amount of time spent and a designation of the person who rendered the service for the period of time for the Covered Period. Also included in **Exhibit "A"** is a breakdown of time entries into the activity codes maintained by LNBYG.

I.    **DETAILED LISTING OF EXPENSES BY CATEGORY**

Attached hereto as **Exhibit "B"** is a summary listing by category and an itemization of all expenses that LNBYG advanced on behalf of the Debtor during the Covered Period.  These include LNBYG's expenses incurred in photocopying, making long distance telephone calls, telecopying, mailing, and hiring messenger services.   LNBYG generally handles regular and routine photocopying in-house for which LNBYG charges clients twenty ($.20) cents per page.  While LNBYG believes that this is less than LNBYG's actual expenses incurred with regard to the photocopying machines, supplies and labor associated with providing photocopying services, this charge reflects the photocopying charge recommended by the OUST in the Central District of California.  LNBYG's photocopy machines automatically record the number of copies made when the person that is photocopying enters the client's account number into a device attached to the photocopy machine.  Whenever feasible, LNBYG sends large copying projects to outside copy services that charge bulk rates for photocopying.  In such instances, LNBYG charges clients the same amount that LNBYG pays the outside service.

LNBYG charges clients $1.00 per page for sending telecopies and $.20 per page for receiving telecopies which LNBYG believes is less than LNBYG's actual expenses incurred with regard to telecopying but again is a decision by LNBYG to comply with the standards set forth by the OUST in the Central District of California.  All expenses that LNBYG advanced on behalf of the Debtor were necessarily incurred and are properly charged as administrative expenses of the Debtor's Chapter 11 estate.

When LNBYG uses Lexis and Westlaw, the user inputs the client account number or case name for the research to be performed.  Each month, LNBYG receives a Lexis and Westlaw invoice which reflects both an aggregate total of charges incurred by LNBYG for the month, as well as a break out of the specific charges incurred on behalf of each client (identified by name or client account number).  The amount(s) reflected on the monthly invoice is then entered by LNBYG staff

to the appropriate client account number as identified on the invoice.  There is no profit or other additional charge added to the amount reflected in the Lexis and Westlaw invoice.

**J.    DESCRIPTION OF PROFESSIONAL EDUCATION AND EXPERIENCE**

LNBYG is comprised of approximately 24 attorneys who specialize in and limit their practice to matters of insolvency, reorganization and bankruptcy law, and commercial litigation matters, and is well qualified to represent the Debtor.  All attorneys comprising or associated with LNBYG are admitted to practice law in the California courts and in the United States District Court for the Central District of California.  Attached hereto as **Exhibit "C"** are copies of the résumés of LNBYG's professionals and paraprofessionals, as well as the current hourly billing rates for each of LNBYG's professionals and paraprofessionals.

**III.**

**STANDARD OF LAW**

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Court should award attorneys' fees in accordance with a "strict rule of economy test."  In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th Cir. 1981), cert. denied, 456 U.S. 977 (1982).  This is no longer the law.  The legislative history to Section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field.  First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); In re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr. S.D. Ohio 1987).  Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy matters.  Id. at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtor and multiply such number by a reasonable hourly rate for the services performed.  See Delaware Valley Citizens' Council for Clear Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. 770.  A reasonable hourly rate is presumptively the

rate the marketplace pays for the services rendered. <u>Missouri v. Jenkins by Agyei</u>, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); <u>Burgess v. Klenske (In re Manoa Finance Co., Inc.)</u> 853 F.2d 687, 691 (9th Cir. 1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> "Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as their experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate." <u>Blum v. Stenson</u>, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by their own attorneys." <u>Missouri v. Jenkins by Agyei</u>, 109 S.Ct. at 2470 (quoting <u>City of Riverside v. Rivera</u>, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. <u>Blum v. Stenson</u>, 465 U.S. at 895 n.11.

LNBYG respectfully submits that the hourly rates for its attorneys and paraprofessionals are reasonable and appropriate in the relevant community and in view of the circumstances of this case, the demands that the case placed on LNBYG, and LNBYG's efforts and the results achieved by LNBYG thus far. Based on all of the foregoing, LNBYG respectfully submits that its requested discounted fees and expenses are reasonable and should be approved on an interim basis.

## IV.

## <u>CONCLUSION</u>

WHEREFORE, LNBYG respectfully requests that the Court enter an order:

(1)     approving the Application;

(2)     approving, on an interim basis, LNBYG's fees incurred during the Covered Period in the amount of $330,744.00 and expenses incurred during the Covered Period in the amount of $23,558.77, for total fees and expenses in the amount of $354,302.77;

(3)     authorizing the Debtor to pay LNBYG the sum of $354,302.77, which is the total of fees and expenses incurred during the Covered Period; and

(4)     granting such other and further relief as the Court deems just and proper.

Dated: November 10, 2022

LEVENE, NEALE, BENDER, YOO
   & GOLUBCHIK L.L.P.

By:    /s/ David B. Golubchik
       DAVID B. GOLUBCHIK
       TODD M. ARNOLD
       JOSEPH M. ROTHBERG
       JONATHAN D. GOTTLIEB
Attorneys for Chapter 11 Debtor and
Debtor in Possession

## DECLARATION OF DAVID B. GOLUBCHIK, ESQ.

I, David B. Golubchik, Esq., hereby declare as follows:

1.    I am over 18 years of age.  Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto.

2.    I am a partner of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), which is serving as bankruptcy counsel to Crestlloyd, LLC, the Chapter 11 debtor and debtor in possession herein (the "Debtor").

3.    I make this Declaration in support of LNBYG's Second Interim Application for Approval of Fees and Reimbursement of Expenses (the "Application") to which this Declaration is attached.  All capitalized terms herein which are not defined herein have the same meanings as in the Application.

4.    In the ordinary course of LNBYG's business, LNBYG creates business books and records (the "Books and Records") regarding, among other things, time recorded by LNBYG attorneys performing particular tasks for clients and expenses incurred for particular clients. LNBYG's Books and Records are made at or near the time by, or from information transmitted by, a person with knowledge, in the ordinary course of the LNBYG's business and as a regular practice of LNBYG's business.  The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on LNBYG's Books and Records.

5.    I am the attorney at LNBYG primarily responsible for the representation of the Debtor as bankruptcy counsel during the Debtor's Chapter 11 case.  I have represented many Chapter 11 debtors throughout my legal career.  I have confirmed numerous Chapter 11 plans of reorganization and closed the sales of numerous companies.

6.    I participated in the drafting of the Application to which this Declaration is attached. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct.

7.    All expenses for outside services such as photocopying services, messenger and express mail services, postage and research services (Lexis and Westlaw) for which LNBYG requests reimbursement are the actual expenses incurred by LNBYG for such services, and

LNBYG does not seek any additional amounts or profits with respect thereto.

8.    I have reviewed the requirements of Local Bankruptcy Rule 2016-1, and I believe that the Application complies with this Rule.

I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of November 2022, at Los Angeles, California.

*/s/ David B. Golubchik*
DAVID B. GOLUBCHIK

# EXHIBIT "A"

## FEE APPLICATION

**Crestlloyd LLC c/o SierraConstellation**
**Larry Perkins, Manager**
**355 S. Grand Avenue, Suite 1450**
**Los Angeles, CA 90071**

**11/8/2022**

**Crestlloyd LLC**
**OUR FILE #: 9562**

**DBG**

**PROFESSIONAL SERVICE RENDERED**    4/16/2022    **THROUGH**    10/31/2022

**TOTAL PROFESSIONAL HOURS**    646.0    **FEES**    $330,744.00

### COSTS

| | |
|---|---:|
| CONFERENCE CALL CHARGES | 17.19 |
| REPRODUCTION COSTS | 6,186.80 |
| OUTSIDE COPY COSTS | 30.25 |
| FEDERAL EXPRESS | 529.20 |
| FILING FEE | 143.44 |
| MESSENGER SERVICE | 430.00 |
| MISCELLANEOUS | 2,336.96 |
| COURT RESEARCH   PACER | 247.20 |
| PARKING | 30.20 |
| POSTAGE | 1,136.08 |
| COURT TRANSCRIPT | 49.50 |
| UCC SEARCH | 82.25 |
| WESTLAW RESEARCH | 12,339.70 |

**TOTAL COSTS**    $23,558.77

**CURRENT PERIOD TOTAL PROFESSIONAL FEES AND COSTS**    $354,302.77

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE  #     9562**

11/8/2022          Page #          1

**From Date        4/16/2022**
**To Date          10/31/2022**

-

7/6/2022    PULL CHAIN OF TITLE ON VARIOUS PROPERTIES

| | | | | |
|---|---|---|---|---|
| 2535375 | TJY | 650.00 | $520.00 | 0.8 |

9/28/2022

| | | | | |
|---|---|---|---|---|
| 2557014 | BG | | | |

|  | **Total** | | **$520.00** | **0.8** |
|---|---|---|---|---|

**01  - ASSET ANALYSIS AND RECOVERY**

6/7/2022    REVISE MECHANIC'S LIEN SCHEDULE

| | | | | |
|---|---|---|---|---|
| 2534996 | JDG | 350.00 | $105.00 | 0.3 |

7/18/2022    EMAILS WITH CLIENT RE RECOVERY OF UNEARNED PROPERTY INSURANCE PREMIUMS

| | | | | |
|---|---|---|---|---|
| 2537608 | TMA | 620.00 | $124.00 | 0.2 |

7/20/2022    EMAILS WITH CLIENT RE RECOVERY OF UNEARNED PROPERTY INSURANCE PREMIUMS

| | | | | |
|---|---|---|---|---|
| 2538212 | TMA | 620.00 | $62.00 | 0.1 |

7/22/2022    FURTHER EMAILS WITH CLIENT RE RECOVERY OF UNEARNED PROPERTY INSURANCE
PREMIUMS

| | | | | |
|---|---|---|---|---|
| 2538877 | TMA | 620.00 | $62.00 | 0.1 |

8/17/2022    EMAIL WITH CLIENT RE RECOVERY OF UNEARNED INSURANCE PREMIUMS

| | | | | |
|---|---|---|---|---|
| 2546157 | TMA | 620.00 | $62.00 | 0.1 |

|  | **Total** | | **$415.00** | **0.8** |
|---|---|---|---|---|

**02  - ASSET DISPOSITION**

4/18/2022    PREPARATION OF CORRESPONDENCE TO K. ANDRASSY RE: APPEAL OF SALE ORDER

| | | | | |
|---|---|---|---|---|
| 2514580 | DBG | 650.00 | $65.00 | 0.1 |

4/18/2022    ANALYSIS OF CORRESPONDENCE FROM BUYER RE: REFERRING INFERNO APPEAL TO
DISTRICT COURT

| | | | | |
|---|---|---|---|---|
| 2514582 | DBG | 650.00 | $65.00 | 0.1 |

**Crestlloyd LLC**

**CASE #    9562**

4/18/2022   PREPARATION OF CORRESPONDENCE TO CLIENT RE: ADR PROGRAM RE: APPEAL OF SALE ORDER

| 2514649 | DBG | 650.00 | $65.00 | 0.1 |

4/18/2022   ANALYSIS OF CORRESPONDENCE FROM KYRA RE: KEEPING APPEAL IN BAP

| 2514650 | DBG | 650.00 | $65.00 | 0.1 |

4/19/2022   PREPARATION OF ELECTION FOR DISTRICT COURT RE: INFERNO APPEAL

| 2514877 | DBG | 650.00 | $65.00 | 0.1 |

4/19/2022   TELEPHONE CONFERENCE W/ CLIENT RE: APPEAL AND JOINTLY ADMINISTERING ALL 3

| 2514878 | DBG | 650.00 | $130.00 | 0.2 |

4/19/2022   TELEPHONE CONF. W/ OPP COUNSEL RE: SALE CLOSING

| 2514922 | DBG | 650.00 | $65.00 | 0.1 |

4/19/2022   ANALYSIS OF CORRESPONDENCE FROM BUYER COUNSEL RE: TRANSFER OF APPEAL BY INFERNO TO DISTRICT COURT

| 2515074 | DBG | 650.00 | $65.00 | 0.1 |

4/19/2022   PREPARATION OF DOCUMENTS FOR APPEAL

| 2519252 | JDG | 350.00 | $175.00 | 0.5 |

4/20/2022   PREPARATION OF NOTICE RE: SALE CONFIRMATION

| 2515062 | DBG | 650.00 | $65.00 | 0.1 |

4/20/2022   TELEPHONE CONFERENCE WITH ATTORNEY FOR J&E TEXTURE RE: SALE REPORT

| 2515239 | DBG | 650.00 | $65.00 | 0.1 |

4/20/2022   REVISION OF NOTICE OF RELATED CASES FOR APPEAL

| 2519254 | JDG | 350.00 | $175.00 | 0.5 |

4/20/2022   DRAFT REPORT RE CLOSING OF SALE OF REAL PROPERTY PER RULE 6004 AND LBR 6004-1

| 2515044 | TMA | 620.00 | $496.00 | 0.8 |

4/21/2022   DRAFT NOTICE OF TRANSCRIPTS

| 2519258 | JDG | 350.00 | $140.00 | 0.4 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #     9562**

11/8/2022          Page #      **3**

**From Date      4/16/2022**
**To Date      10/31/2022**

4/22/2022   TELEPHONE CONFERENCE WITH M. LESNICK RE: APPEAL RE: BROKERS COMMISSIONS ON SALE

| 2515720 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

4/22/2022   PREPARATION OF NOTICE OF RELATED CASES RE: 3 SALE APPEALS

| 2515745 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/22/2022   REVISE NOTICE OF RELATED CASES

| 2519259 | JDG | 350.00 | $350.00 | 1.0 |
|---|---|---|---|---|

4/25/2022   PREPARATION OF DOCS RE: ISSUES ON APPEAL FOR SALE ORDER

| 2515950 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/25/2022   PREPARATION OF SUPPLEMENTAL DESIGNATION OF RECORDS ON APPEAL RE: NIAMI APPEAL

| 2516113 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

4/25/2022   ANALYSIS OF DOCUMENTS RE: INFERNO'S STATEMENT OF ISSUES ON APPEAL

| 2516116 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/25/2022   REVIEW DESIGNATION OF RECORD FOR APPEAL

| 2519263 | JDG | 350.00 | $35.00 | 0.1 |
|---|---|---|---|---|

4/26/2022   ANALYSIS OF CORRESPONDENCE FROM COUNSEL FOR BROKERS RE: APPEAL

| 2516242 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/26/2022   PREPARATION OF DOCS FOR NOREEN RE: SALE CLOSING STATEMENT

| 2516244 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/26/2022   ANALYSIS OF CORRESPONDENCE FROM M. BURKE RE: APPEAL BY INFERNO

| 2516247 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/27/2022   CONFERENCE CALL WITH M. BURKE AND SIDLEY COUNSEL RE: APPEAL ISSUES

| 2516401 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

4/27/2022   ANALYSIS OF DOCUMENTS RE: CERTIFICATION AND READINESS OF APPEAL

| 2516579 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/8/2022** | **Page #** | **4** |
| **CASE #   9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

4/27/2022   PREPARATION OF SUPPLEMENTAL ISSUES ON APPEAL AND DISCUSS

| 2516685 | DBG | 650.00 | $390.00 | 0.6 |
|---|---|---|---|---|

4/28/2022   PREPARATION OF CORRESPONDENCE TO CHRIS RE: APPEAL MEETING

| 2516684 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/28/2022   ANALYSIS OF CORRESPONDENCE FROM T. GEHER RE: CORRECTING STATEMENT OF ISSUES ON APPEAL

| 2516694 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/28/2022   CONFERENCE CALL WITH CAMPASS COUNSEL RE: NIAMI APPEAL

| 2516703 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

4/28/2022   PREPARATION OF REVISIONS TO STATEMENT OF ISSUES ON APPEAL

| 2516707 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

5/3/2022   REVIEW MOTION TO PAY MECHANIC'S LIEN CREDITORS

| 2526585 | JDG | 350.00 | $175.00 | 0.5 |
|---|---|---|---|---|

5/3/2022   REVISE MOTION TO PAY MECHANIC'S LIEN CREDITORS

| 2526586 | JDG | 350.00 | $1,470.00 | 4.2 |
|---|---|---|---|---|

5/4/2022   REVISE MOTION TO PAY MECHANIC'S LIEN CREDITORS

| 2526587 | JDG | 350.00 | $875.00 | 2.5 |
|---|---|---|---|---|

5/4/2022   PREPARATION OF EXHIBITS TO MECHANIC'S LIEN MOTION

| 2526588 | JDG | 350.00 | $245.00 | 0.7 |
|---|---|---|---|---|

5/11/2022   ANALYSIS OF DOCUMENTS FROM BUYER RE: VESTA DEMAND FOR PAYMENT

| 2520558 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/11/2022   EMAILS WITH BUYER COUNSEL AND CLIENT RE BUILT IN BEDS AS PART OF SALE

| 2520112 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

5/12/2022   TELEPHONE CONF. W/ OPP COUNSEL K. ANDRASSY RE: PAYMENT TO YOGI FROM ALE PROCEEDS

| 2520544 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/8/2022** | **Page #** | **5** |
| **CASE  #      9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

5/12/2022    PREPARATION OF CORRESPONDENCE TO ZEV RE: ALLEGED SALE OF BEDS

| 2520557 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/17/2022    ANALYSIS OF OBJECTIONS TO RELATED CASES RE: APPEALS

| 2521470 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/17/2022    ANALYSIS OF DOCUMENTS FROM ZEV RE:L SALE OF BUILT IN BEDS

| 2522164 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/18/2022    ANALYSIS OF CORRESPONDENCE FROM PERKINS RE: PAYMENT TO SECURED FROM SALE
PROCEEDS

| 2521453 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/20/2022    DRAFT MOTION TO PAY HANKEY CAPITAL

| 2526667 | JDG | 350.00 | $2,835.00 | 8.1 |
|---|---|---|---|---|

5/21/2022    DRAFT MOTION TO PAY HANKEY

| 2526669 | JDG | 350.00 | $2,100.00 | 6.0 |
|---|---|---|---|---|

5/23/2022    PREPARATION OF CORRESPONDENCE TO NEWMAN RE: BUYER'S INTENTION WITH FURNITURE

| 2522483 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/23/2022    ANALYSIS OF CORRESPONDENCE FROM ZEV RE: STAGING CONTRACT

| 2522676 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/23/2022    REVIEW MOTION TO PAY HANKEY

| 2526674 | JDG | 350.00 | $105.00 | 0.3 |
|---|---|---|---|---|

5/23/2022    DRAFT DECL RE MOTION TO PAY HANKEY

| 2526675 | JDG | 350.00 | $140.00 | 0.4 |
|---|---|---|---|---|

5/23/2022    DRAFT DECL. OST

| 2526676 | JDG | 350.00 | $175.00 | 0.5 |
|---|---|---|---|---|

5/23/2022    REVIEW MECHANIC'S LIEN MOTION AND SCHEDULES

| 2526677 | JDG | 350.00 | $245.00 | 0.7 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | 11/8/2022 | Page # | 6 |
|---|---|---|---|---|

**Crestlloyd LLC**
**CASE #    9562**

From Date    4/16/2022
To Date    10/31/2022

5/24/2022    ANALYSIS OF NOTICE OF COMPLETE RECORD FOR APPEALS

| 2523004 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/24/2022    TELEPHONE CONF. W/ CREDITORS TELEPHONIC NOTICE TO PAY HANKEY

| 2526683 | JDG | 350.00 | $770.00 | 2.2 |
|---|---|---|---|---|

5/24/2022    DRAFT NOTICE RE MOTION TO PAY HANKEY

| 2526685 | JDG | 350.00 | $350.00 | 1.0 |
|---|---|---|---|---|

5/25/2022    ANALYSIS OF CORRESPONDENCE RE: MOOTNESS OF SALE APPEAL

| 2523926 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/26/2022    APPEARANCE AT HEARING RE FEE APP, MOTION TO PAY MECHANIC'S LIEN CREDITOR &
HANKEY

| 2526697 | JDG | 350.00 | $385.00 | 1.1 |
|---|---|---|---|---|

5/26/2022    ANALYSIS OF INFERNO OPPO TO MOTION TO PAY HANKEY

| 2526699 | JDG | 350.00 | $70.00 | 0.2 |
|---|---|---|---|---|

5/26/2022    ANALYSIS OF YOGI OPPOSITION TO MOTION TO PAY HANKEY

| 2526702 | JDG | 350.00 | $70.00 | 0.2 |
|---|---|---|---|---|

5/26/2022    PREPARATION FOR HEARING

| 2526703 | JDG | 350.00 | $35.00 | 0.1 |
|---|---|---|---|---|

5/26/2022    DRAFT ORDER RE MOTION TO PAY HANKEY

| 2526704 | JDG | 350.00 | $175.00 | 0.5 |
|---|---|---|---|---|

5/27/2022    ANALYSIS OF DOCUMENTS RE: APPELLANT'S OPENING BRIEF (NILE NIAMI)

| 2523973 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

5/27/2022    ANALYSIS OF ORDER TRANSFERRING APPEAL CASES BY DISTRICT COURT JUDGE

| 2523974 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/1/2022    ANALYSIS OF DOCUMENTS AND PREPARE ARGUMENTS RE: MOTION TO DISMISS APPEAL OF
SALE ORDER

| 2529115 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | **Page #** | **7** |
| **CASE #    9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

6/1/2022   REVIEW AND REVISE ORDER RE MECHANIC'S LIEN MOTION

| 2527056 | JDG | 350.00 | $70.00 | 0.2 |
|---|---|---|---|---|

6/1/2022   DRAFT SUPPL. BRIEF RE MOTION TO PAY HANKEY

| 2527057 | JDG | 350.00 | $2,415.00 | 6.9 |
|---|---|---|---|---|

6/2/2022   PREPARATION OF MOTION TO DISMISS INFERNO APPEAL

| 2527415 | DBG | 650.00 | $520.00 | 0.8 |
|---|---|---|---|---|

6/2/2022   PREPARATION OF MECHANIC'S LIEN PAYMENT SCHEDULE

| 2527065 | JDG | 350.00 | $245.00 | 0.7 |
|---|---|---|---|---|

6/2/2022   REVISE SUPPL. BRIEF

| 2527068 | JDG | 350.00 | $1,225.00 | 3.5 |
|---|---|---|---|---|

6/6/2022   PREPARATION OF MOTION TO DISMISS INFERNO APPEAL

| 2525991 | DBG | 650.00 | $390.00 | 0.6 |
|---|---|---|---|---|

6/6/2022   REVISE MTD INFERNO APPEAL

| 2527069 | JDG | 350.00 | $2,695.00 | 7.7 |
|---|---|---|---|---|

6/6/2022   ANALYSIS OF SUPPL. BRIEF

| 2527070 | JDG | 350.00 | $105.00 | 0.3 |
|---|---|---|---|---|

6/7/2022   PREPARATION OF MECHANIC'S LIEN SCHEDULES

| 2527073 | JDG | 350.00 | $280.00 | 0.8 |
|---|---|---|---|---|

6/7/2022   REVISE MTD INFERNO APPEAL

| 2527074 | JDG | 350.00 | $525.00 | 1.5 |
|---|---|---|---|---|

6/7/2022   PREPARATION OF WIRING INSTRUCTIONS FOR MECHANIC'S LIEN CREDITORS

| 2534993 | JDG | 350.00 | $280.00 | 0.8 |
|---|---|---|---|---|

6/9/2022   TELEPHONE CONFERENCE W/ CLIENT RE: SEEKING DISMISSAL OF INFERNO APPEAL

| 2529887 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/8/2022** | **Page #** | **8** |
| **CASE #** **9562** | | **From Date** | | **4/16/2022** |
| | | **To Date** | | **10/31/2022** |

6/10/2022    PREPARATION OF MOTION TO DISMISS INFERNO APPEAL AS MOOT

| 2529668 | DBG | 650.00 | $1,040.00 | 1.6 |
|---|---|---|---|---|

6/13/2022    CONFERENCE CALL WITH MATT LESNICK RE: NIAMI APPEAR AND BROKER RESPONSES

| 2528719 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

6/16/2022    ANALYSIS OF DOCUMENTS FROM KYRA RE: PROPOSAL TO DISMISS APPEAL

| 2529891 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/17/2022    PREPARATION OF STIP TO DISMISS INFERNO APPEAL

| 2529886 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/17/2022    ANALYSIS OF CORRESPONDENCE FROM T. GEHER RE: INFERNO APPEAL

| 2529888 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/17/2022    CONFERENCE CALL WITH CHRIS GIAIMO RE: N. NIAMI APPEAL

| 2530014 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

6/17/2022    PREPARATION OF CORRESPONDENCE TO HAMID RE: EXTENSION OF BRIEFING FOR APPEAL

| 2530028 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/17/2022    TELEPHONE CONFERENCE W/ CLIENT RE: DISMISSAL OF DEBTOR APPEAL OF SALE ORDER

| 2530030 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/17/2022    ANALYSIS OF DOCUMENTS PROPOSED MOTION FROM COMPASS EXTENDING BRIEFING AND
REVISE

| 2530031 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

6/20/2022    PREPARATION OF STIP TO EXTEND APPELLEE DEADLINE

| 2530367 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

6/20/2022    TELEPHONE CONFERENCE WITH ATTY FOR COMPASS RE: EXTENSION OF BRIEFING

| 2530371 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/21/2022    ANALYSIS OF CORRESPONDENCE FROM BUYER COUNSEL RE: DISMISSAL OF DEBTOR'S
APPEAL

| 2530695 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022        Page #        9

**From Date     4/16/2022**
**To Date      10/31/2022**

6/22/2022   ANALYSIS OF CORRESPONDENCE FROM GENEVIEVE RE: APPEAL DISMISSAL

| 2531134 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/24/2022   ANALYSIS OF DOCUMENTS RE: APPELLEE OPENING BRIEF

| 2532711 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

6/27/2022   ANALYSIS OF ORDER EXTENDING BRIEFING SCHEDULE

| 2532620 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/27/2022   ANALYSIS OF INFERNO MOTION TO DISMISS APPEAL

| 2532648 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/28/2022   ANALYSIS OF CORRESPONDENCE FROM NIAMI COUNSEL RE: EXTENSION OF RESPONSE FOR
REPLY BRIEFS

| 2533301 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/29/2022   ANALYSIS OF DOCUMENTS RE: APPEARANCE BY LESNICK FOR COMPASS

| 2533285 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/29/2022   ANALYSIS OF NIAMI MOTION TO EXTEND TIME FOR APPEAL

| 2533533 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/29/2022   ANALYSIS OF DOCUMENTS RE: STIP TO DISMISS INFERNO APPEAL

| 2533544 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/30/2022   ANALYSIS OF DISTRICT COURT ORDER RE: BRIEFING ON APPEAL

| 2535467 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/30/2022   ANALYSIS OF ORDER DISMISSING INFERNO APPEAL

| 2535476 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/30/2022   ANALYSIS OF CORRESPONDENCE FROM HAMID RE: STIP RE: NIAMI APPEAL NO EFFECT ON
SALE

| 2535478 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/6/2022   CONFERENCE CALL WITH H. RAFATJOO RE: APPEAL OF BROKER COMMISSION

| 2535078 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

**Crestlloyd LLC**

**CASE #   9562**

### DETAILED ACTIVITIES

7/7/2022   CONFERENCE CALL WITH CHRIS (COMPASS) RE: RESOLVING NIAMI APPEAL

| 2535896 | DBG | 650.00 | $195.00 | 0.3 |

7/7/2022   PREPARATION OF MOTION TO DISMISS DEBTOR'S APPEAL

| 2535971 | DBG | 650.00 | $260.00 | 0.4 |

7/11/2022   PREPARATION OF STIP TO DISMISS APPEAL RE: 363(F) ISSUES

| 2536348 | DBG | 650.00 | $130.00 | 0.2 |

7/11/2022   PREPARATION OF APPELLATE DOCS RE: STIP TO DISMISS AMONG ALL PARTIES

| 2536394 | DBG | 650.00 | $390.00 | 0.6 |

7/12/2022   ANALYSIS OF CORRESPONDENCE FROM J. MOE RE: CONSENT TO DISMISS APPEAL

| 2536572 | DBG | 650.00 | $65.00 | 0.1 |

7/12/2022   ANALYSIS OF CORRESPONDENCE FROM HAMID RE: NIAMI APPEAL

| 2536680 | DBG | 650.00 | $65.00 | 0.1 |

7/12/2022   ANALYSIS OF CORRESPONDENCE FROM GENEVIEVE RE: STIPULATION TO CLARIFY NIAMI APPEAL

| 2536703 | DBG | 650.00 | $65.00 | 0.1 |

7/13/2022   CONFERENCE CALL WITH WITH BROKERS RE: STIP TO DISMISS APPEAL

| 2536915 | DBG | 650.00 | $130.00 | 0.2 |

7/13/2022   TELEPHONE CONF. W/ OPP COUNSEL TUCHMAN RE: APPEAL AND STIP TO DISMISS

| 2536932 | DBG | 650.00 | $65.00 | 0.1 |

7/13/2022   PREPARATION OF CORRESPONDENCE RAFATJOO RE: STIP RE: CLARIFICATION OF ISSUES IN NIAMI APPEAL

| 2536933 | DBG | 650.00 | $65.00 | 0.1 |

7/13/2022   NUMEROUS DISCUSSIONS WITH PARTIES IN INTEREST RE: APPEAL AND STIP TO DISMISS

| 2537621 | DBG | 650.00 | $260.00 | 0.4 |

7/13/2022   ANALYSIS OF CORRESPONDENCE FROM H. RAFATJOO RE: NIAMI APPEAL

| 2537625 | DBG | 650.00 | $65.00 | 0.1 |

**DETAILED ACTIVITIES**

| Crestlloyd LLC | 11/8/2022 | Page # | 11 |
|---|---|---|---|
| CASE #   9562 | From Date | 4/16/2022 | |
| | To Date | 10/31/2022 | |

7/14/2022   ANALYSIS OF DOCUMENTS FROM LESNICK RE: CONSENT TO DISMISSAL OF APPEAL

| 2537364 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/14/2022   PREPARATION OF CORRESPONDENCE TO J. BREGMAN RE: HILDUM POSITION ON DISMISSAL OF APPEAL

| 2537365 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/15/2022   ANALYSIS OF CORRESPONDENCE FROM ZEV RE: SALE OF HEADBOARDS

| 2537412 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/17/2022   DISCUSSION WITH BREGMAN (HILDUM) RE: STIP TO DISMISS APPEAL

| 2537594 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

7/20/2022   ANALYSIS OF DOCUMENTS FROM D. FROSH RE: NIAMI APPEAL

| 2543121 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/20/2022   ANALYSIS OF DISTRICT COURT ORDER DISMISSING APPEAL

| 2543123 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/20/2022   ANALYSIS OF CORRESPONDENCE FROM GENEVIEVE RE: APPEAL OF SALE ORDER

| 2543127 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/21/2022   ANALYSIS OF CORRESPONDENCE FROM CHRIS RE: COMMISSION TO KIRMAN

| 2539939 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/25/2022   TELEPHONE CONF. W/ OPP COUNSEL RE: SMITH WRONGFUL TRANSFER OF PROPERTY

| 2539491 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

7/25/2022   CONFERENCE CALL WITH ARGENTIC AND HILCO RE: MARKETING AND SALE

| 2539050 | DBG | 650.00 | $390.00 | 0.6 |
|---|---|---|---|---|

7/25/2022   CONFERENCE CALL WITH GENEVIEVE RE: ENFORCEMENT OF SALE ORDER

| 2539812 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

7/26/2022   PREPARATION OF MEMO TO RAFTJOO RE: COMMISSIONS ON SALE OF PROPERTY

| 2539912 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **12** |
| **CASE #** | **9562** | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

7/28/2022   ANALYSIS OF DOCUMENTS RE: JOINDER TO NIAMI APPEAL RE: BROKER COMPENSATION FROM SALE

| 2541178 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/31/2022   ANALYSIS OF CORRESPONDENCE FROM GENEVIEVE RE: MOTION TO EXPUNGE SMITH DEED

| 2542013 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/1/2022   ANALYSIS OF DOCUMENTS RE: PROPOSED MOTION FOR OSC RE: SMITH AND DISCUSS

| 2542015 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

8/2/2022   ANALYSIS OF CORRESPONDENCE FROM BUYER COUNSEL RE: MOTION TO ENFORCE SALE ORDER

| 2542336 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/2/2022   EMAILS WITH BUYER COUNSEL RE MOTION FOR AN ORDER FROM THE COURT ENFORCING THE SALE ORDER IN LIGHT OF THE FRAUDULENT DEED ANDRE SMITH RECORDED

| 2544321 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

8/4/2022   ANALYSIS OF DOCUMENTS RE: PROPOSED STIP RE: NIAMI APPEAL AND DISCUSS

| 2543112 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

8/9/2022   ANALYSIS OF DOCUMENTS RE: MOTION TO ENFORCE SALE AGREEMENT

| 2545645 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/12/2022   ATTEND TO MOTION FOR CONTEMPT RE: SALE ORDER

| 2545650 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

8/12/2022   REVIEW MOTION FOR AN ORDER FROM THE COURT ENFORCING THE SALE ORDER IN LIGHT OF THE FRAUDULENT DEED ANDRE SMITH RECORDED; EMAIL RE SAME

| 2545064 | TMA | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

8/16/2022   ANALYSIS OF SMITH'S OPPOSITION TO MOTION FOR CONTEMPT

| 2545788 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

8/26/2022   ANALYSIS OF A. SMITH OPPOSITION TO JOINT MOTION TO ENFORCE SALE ORDER AND FOR OSC

| 2547805 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/26/2022   REVIEW ORDER DENYING A. SMITH MOTION TO SEAL AND SETTING DEADLINE FOR HIM TO RESPOND TO OSC RE ENFORCEMENT OF SALE ORDER

| 2547915 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/8/2022 | Page # | **13** |
|---|---|---|---|---|

CASE  #  **9562**

**From Date**  **4/16/2022**
**To Date**  **10/31/2022**

9/2/2022   ANALYSIS OF DOCUMENTS RE: RJN FROM BUYER RE: CONTEMPT PROCEEDING TO ENFORCE SALE ORDER

| 2549645 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/7/2022   ANALYSIS OF CORRESPONDENCE FROM BUYER RE: STIP TO LIMIT N. NIAMI APPEAL ISSUES

| 2551176 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/19/2022   ANALYSIS OF DOCUMENTS RE: BUYER'S SUPPLEMENT TO MOTION TO ENFORCE SALE ORDER

| 2554144 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/19/2022    REVIEW *SUPPLEMENT TO BUYER'S AND DEBTOR'S JOINT MOTION TO ENFORCE THE SALE ORDER AND REQUEST FOR HEARING*

| 2555216 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

9/20/2022   ANALYSIS OF CORRESPONDENCE FROM GENEVIEVE RE: STIPULATION TO DISMISS APPEAL

| 2554263 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/25/2022   ANALYSIS OF DOCUMENTS SMITH';S OBJECTION TO MOTION TO ENFORCE SALE ORDER

| 2555140 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/27/2022   ANALYSIS OF SMITH'S OBJECTION TO CONTEMPT MOTION

| 2555856 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/27/2022   ANALYSIS OF DOCUMENTS RE: COURT ORDER RULING ON CONTEMPT MOTION

| 2555857 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/27/2022    REVIEW SUPPLEMENTAL PLEADINGS AND ORDER ON MOTION FOR OSC RE CONTEMPT

| 2558578 | TMA | 620.00 | $558.00 | 0.9 |
|---|---|---|---|---|

10/13/2022   ANALYSIS OF ORDER GRSANTING SMITH MOTION FOR EXTENSION OF TIME TO COMPLY

| 2560410 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/14/2022   ANALYSIS OF DOCUMENTS SMITH'S MOTION TO EXTEND COMPLIANCE DEADLINE

| 2560404 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/25/2022   ANALYSIS OF CORRESPONDENCE FROM GENEVIEVE (BUYER) RE: DISMISSING DEBTOR AND BUYER FROM NILE NIAMI APPEAL

| 2562829 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | 11/8/2022 | Page # | 14 |
|---|---|---|---|
| CASE #    9562 | From Date | 4/16/2022 | |
| | To Date | 10/31/2022 | |

| | | | | |
|---|---|---|---|---|
| 10/27/2022 | ANALYSIS OF DOCUMENTS FROM D. FROSH RE: REVISIONS TO STIP RE: APPEAL OF SALE ORDER | | | |
| 2564478 | DBG | 650.00 | $65.00 | 0.1 |
| 10/31/2022 | ANALYSIS OF CORRESPONDENCE FROM GENEVIEVE RE: APPEAL BY NILE NIAMI | | | |
| 2563999 | DBG | 650.00 | $65.00 | 0.1 |
| | | Total | $33,544.00 | 76.7 |

### 03 - BUSINESS OPERATIONS

| | | | | |
|---|---|---|---|---|
| 4/21/2022 | ANALYSIS OF CORRESPONDENCE FROM ZEV RE: WATER DAMAGE | | | |
| 2515808 | DBG | 650.00 | $65.00 | 0.1 |
| 5/2/2022 | ANALYSIS OF DOCUMENTS FROM ZEV RE: DAMAGE TO FURNITURE AND DISCUSS | | | |
| 2528593 | DBG | 650.00 | $195.00 | 0.3 |
| 5/9/2022 | ANALYSIS OF CORRESPONDENCE FROM UST RE: CENTURION PAYMENTS FOR SOURCE CODE | | | |
| 2519657 | DBG | 650.00 | $65.00 | 0.1 |
| 5/12/2022 | ANALYSIS OF DOCUMENTS FROM MILES RE: FURNITURE COSTS AND DAMAGE | | | |
| 2528603 | DBG | 650.00 | $130.00 | 0.2 |
| 5/17/2022 | ANALYSIS OF CORRESPONDENCE FROM COLIN RE: WATER DAMAGE | | | |
| 2521582 | DBG | 650.00 | $65.00 | 0.1 |
| 10/3/2022 | EMAIL WITH CLIENT RE POST-AUCTION OPERATIONS, STAFFING, ETC. | | | |
| 2556493 | TMA | 620.00 | $62.00 | 0.1 |
| 10/25/2022 | DRAFT 2ND INTERIM FEE APP | | | |
| 2565666 | JDG | 350.00 | $1,400.00 | 4.0 |
| 10/26/2022 | EMAILS RE POTENTIAL CHANGE OF ACCOUNTS TO INCREASE INTEREST ON FUNDS ON DEPOSIT | | | |
| 2565989 | TMA | 620.00 | $124.00 | 0.2 |
| | | Total | $2,106.00 | 5.1 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **15** |
| **CASE #    9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

### 04 – CASE ADMINISTRATION

4/18/2022   ANALYSIS OF CORRESPONDENCE FROM COLIN RE: MOR DETAILS

| 2514431 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/19/2022   CONFERENCE CALL WITH RECEIVER COUNSEL RE: DOCUMENT TURNOVER TO ESTATE

| 2514923 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

4/20/2022   PREPARATION OF STATEMENT OF SALE CLOSING FOR DEBTOR'S REAL PROPERTY; SERVE AND FILE

| 2515106 | LC | 250.00 | $100.00 | 0.4 |
|---|---|---|---|---|

4/22/2022   PREPARATION OF NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS; SERVE AND EFILE; PPO EXHIBITS AND SERVICE LIST

| 2516098 | LC | 250.00 | $225.00 | 0.9 |
|---|---|---|---|---|

4/22/2022   ORDER TRANSCRIPT OF HEARING ON 1/6/22

| 2516722 | SR | 250.00 | $50.00 | 0.2 |
|---|---|---|---|---|

4/22/2022   REVIEW AND FINALIZE MARCH FEE STATEMENT FOR SCP

| 2519581 | TMA | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

4/26/2022   TELEPHONE CONFERENCE WITH UST RE: FUNDS FROM SALE PROCEEDS

| 2516243 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/26/2022   ANALYSIS OF CORRESPONDENCE FROM ZEV RE: INSURANCE CLAIM

| 2516465 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/27/2022   PREPARATION OF CORRESPONDENCE TO JESSICA RE: TURNOVER OF RECORDS BY RECEIVER

| 2516477 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/29/2022   ANALYSIS OF CORRESPONDENCE FROM IRS RE: PARTNERSHIP TAX RETURN

| 2517009 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/29/2022   ANALYSIS OF CORRESPONDENCE FROM CLIENT RE: TAX PREPARATION

| 2517018 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | **Page #** | **16** |
| **CASE #** **9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

5/2/2022   PREPARATION OF CORRESPONDENCE TO CLIENT RE: INSURANCE CLAIM FOR RAIN DAMAGE

| 2517427 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/2/2022   EMAILS WITH CLIENT RE IRS COMPLIANCE ITEMS

| 2517252 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

5/2/2022   EMAILS WITH CLIENT RE VESTA CLAIMS RE DAMAGE TO FURNITURE AND INSURANCE CLAIM

| 2519845 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

5/3/2022   TELEPHONE CONFERENCE WITH MILES RE: INSURANCE CLAIMS AND DAMAGED FURNITURE

| 2517624 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

5/3/2022   ANALYSIS OF CORRESPONDENCE FROM UST RE: MOR FILING

| 2517944 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/3/2022   FURTHER EMAILS WITH CLIENT RE VESTA CLAIMS RE DAMAGE TO FURNITURE AND
INSURANCE CLAIM

| 2517583 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

5/4/2022   ANALYSIS OF DOCUMENTS RE: MOR FOR FEB 2022

| 2517938 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/4/2022   TELEPHONE CONFERENCE W/ CLIENT RE: AMEDNING MARCH MOR

| 2517959 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/4/2022   TELEPHONE CONFERENCE WITH UST RE: MOR'S AFTER SALE

| 2517992 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/4/2022   PREPARATION OF CORRESPONDENCE TO CLIENT RE: SIGNATURE BANK ACCOUNT FOR SALE
PROCEEDS

| 2517994 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/4/2022   REVIEW AND REVISE FEBRUARY AND MARCH MORS AND EMIAL WITH CLIENT AND UST RE
SAME

| 2526710 | TMA | 620.00 | $868.00 | 1.4 |
|---|---|---|---|---|

5/5/2022   ANALYSIS OF CORRESPONDENCE FROM M. BURKE RE: CASE STATUS

| 2519683 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022        Page #     **17**

**From Date     4/16/2022**
**To Date      10/31/2022**

5/5/2022   ANALYSIS OF DOCUMENTS RE: MOR BACKUP FOR MARCH 2022

| 2519690 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/5/2022   ANALYSIS OF DOCUMENTS FROM COLIN RE: INSURANCE AND DEDUCTIBLE ISSUES AND DISCUSS

| 2528600 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

5/5/2022   PREPARATION OF MARCH MOR AND EFILE

| 2521062 | LC | 250.00 | $75.00 | 0.3 |
|---|---|---|---|---|

5/5/2022   EMAILS WITH CLIENT AND UST RE PAYMENT OF INCREASED QUARTERLY FEE

| 2518275 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

5/5/2022   EMAILS WITH CLIENT RE ALLEGED VESTA CLAIM AND SUBMISSION TO INSURANCE

| 2520635 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

5/6/2022   ANALYSIS OF DOCUMENTS RE: QUARTERLY FEE PAYMENT

| 2519620 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/6/2022   PREPARATION OF NOTICE OF SUBMISSION OF SIGNATURE RE MOTION TO PAY MECHANIC'S LIEN CREDITORS; FILE SAME

| 2525915 | SR | 250.00 | $75.00 | 0.3 |
|---|---|---|---|---|

5/9/2022   CONFERENCE CALL WITH WITH UST RE: CERTAIN DISBURSEMENTS FROM ESTATE

| 2519497 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

5/9/2022   PREPARATION OF CORRESPONDENCE TO CLIENT RE: RESPONDING TO UST INQUIRIES

| 2519501 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/9/2022   ANALYSIS OF DOCUMENTS FROM CLIENT RE: EXPLANATION OF CHARGES PER UST

| 2519605 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/10/2022   ANALYSIS OF CORRESPONDENCE FROM COLIN RE: TAX RETURNS

| 2519956 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/10/2022   ANALYSIS OF CORRESPONDENCE FROM ZEV RE: INSURANCE CLAIM

| 2522200 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

DETAILED ACTIVITIES

**Crestlloyd LLC**

**CASE  #      9562**

11/8/2022        Page #        18

From Date        4/16/2022
To Date        10/31/2022

5/10/2022    EMAILS WITH CLIENT AND UST RE TAX COMPLIANCE AND SCP BUDGET ISSUES

| 2519905 | TMA | 620.00 | $62.00 | 0.1 |

5/10/2022    FURTHER EMAILS WITH CLIENT RE ALLEGED VESTA CLAIM AND SUBMISSION TO INSURANCE

| 2520636 | TMA | 620.00 | $62.00 | 0.1 |

5/12/2022    PREPARATION OF CORRESPONDENCE TO ZEV RE: INSURANCE CLAIM RE: ALLEGED WATER DAMAGE

| 2520555 | DBG | 650.00 | $65.00 | 0.1 |

5/12/2022    EMAIL WITH VESTA RE ALLEGED DAMAGES AND INSURANCE CLAIM

| 2520396 | TMA | 620.00 | $62.00 | 0.1 |

5/13/2022    PREPARATION OF APRIL MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, SERVE AND EFILE; PPO EXHIBITS AND SERVICE LISTS

| 2521652 | LC | 250.00 | $150.00 | 0.6 |

5/13/2022    REVIEW AND FINALIZE SIERRACONSTELLATION'S APRIL FEE STATEMENT AND EXHIBITS THERETO

| 2519948 | TMA | 620.00 | $124.00 | 0.2 |

5/13/2022    EMAIL WITH SIERRACONSTELLATION RE APRIL FEE STATEMENT AND EXHIBITS THERETO

| 2519966 | TMA | 620.00 | $62.00 | 0.1 |

5/13/2022    EMAIL WITH CLIENT RE MOR

| 2520694 | TMA | 620.00 | $62.00 | 0.1 |

5/16/2022    ANALYSIS OF CORRESPONDENCE FROM CLIENT RE: INSURANCE CLAIM FOR WATER DAMAGE

| 2521672 | DBG | 650.00 | $65.00 | 0.1 |

5/16/2022    EMAIL WITH VESTA AND CLIENT RE ALLEGED WATER DAMAGE AND INSURANCE CLAIM

| 2521103 | TMA | 620.00 | $62.00 | 0.1 |

5/17/2022    ANALYSIS OF DOCUMENTS FROM ZEV RE: WATER DAMAGE

| 2522163 | DBG | 650.00 | $65.00 | 0.1 |

5/17/2022    PREPARATION OF AND FILE AMENDED MOTION TO PAY

| 2525971 | SR | 250.00 | $275.00 | 1.1 |

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022        Page #        **19**

**From Date        4/16/2022**
**To Date        10/31/2022**

5/18/2022    ANALYSIS OF CORRESPONDENCE FROM COLIN RE: MOR

| | | | | |
|---|---|---|---|---|
| 2521447 | DBG | 650.00 | $65.00 | 0.1 |

5/18/2022    ANALYSIS OF DOCUMENTS MOR DOCUMENTS FROM COLIN

| | | | | |
|---|---|---|---|---|
| 2521601 | DBG | 650.00 | $65.00 | 0.1 |

5/20/2022    ANALYSIS OF DOCUMENTS RE: MOR FOR APRIL 2022

| | | | | |
|---|---|---|---|---|
| 2522072 | DBG | 650.00 | $65.00 | 0.1 |

5/20/2022    REVIEW AND REVISE APRIL MOR

| | | | | |
|---|---|---|---|---|
| 2526815 | TMA | 620.00 | $248.00 | 0.4 |

5/20/2022    EMAILS WITH CLIENT RE APRIL MOR

| | | | | |
|---|---|---|---|---|
| 2526816 | TMA | 620.00 | $62.00 | 0.1 |

5/23/2022    PREPARATION OF AND FILE APRIL MONTHLY OPERATING REPORT

| | | | | |
|---|---|---|---|---|
| 2526006 | SR | 250.00 | $50.00 | 0.2 |

05/24/2022    PREPARATION OF MOTION TO PAY HANKEY CAPITAL; APP FOR OST AND OST; SERVE AND EFILE; PPO EXHIBITS

| | | | | |
|---|---|---|---|---|
| 2522981 | LC | 250.00 | $375.00 | 1.5 |

5/24/2022    PREPARATION OF NOTICE OF HEARING RE MOTION TO DISBURSE FUNDS; FILE AND SERVE SAME

| | | | | |
|---|---|---|---|---|
| 2526019 | SR | 250.00 | $150.00 | 0.6 |

5/25/2022    PREPARATION OF AND FILE PROOF OF SERVICE OF MOTION TO DISBURSE FUNDS

| | | | | |
|---|---|---|---|---|
| 2526028 | SR | 250.00 | $100.00 | 0.4 |

5/26/2022    PREPARATION OF AND FILE REPLY TO OBJECTIONS TO MOTION TO PAY HANKEY CAPITAL; PREPARE AND FILE ERRATA TO REPLY

| | | | | |
|---|---|---|---|---|
| 2526032 | SR | 250.00 | $125.00 | 0.5 |

5/27/2022    PREPARATION OF AND LODGE ORDER RE MOTION TO PAY HANKEY CAPITAL; FILE NOTICE OF LODGMENT OF ORDER

| | | | | |
|---|---|---|---|---|
| 2526037 | SR | 250.00 | $100.00 | 0.4 |

6/1/2022    PREPARATION OF AND LODGE ORDER RE MOTION TO PAY CERTAIN SENIOR CREDITORS

| | | | | |
|---|---|---|---|---|
| 2526040 | SR | 250.00 | $50.00 | 0.2 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**
**CASE #     9562**

11/8/2022     Page #     **20**

**From Date     4/16/2022**
**To Date     10/31/2022**

6/13/2022   ANALYSIS OF CORRESPONDENCE FROM COLIN RE: MOR AND PROVIDE INFO

| 2528619 | DBG | 650.00 | $65.00 | 0.1 |

6/14/2022   ANALYSIS OF DOCUMENTS FROM COLIN RE: MOR

| 2528877 | DBG | 650.00 | $65.00 | 0.1 |

6/14/2022   PREPARATION OF SIERRACONSTELLATION MAY MONTHLY FEE STATEMENT; SERVE AND EFILE;
PPO EXHIBITS

| 2529457 | LC | 250.00 | $175.00 | 0.7 |

6/15/2022   PREPARATION OF AND FILE SUPPLEMENTAL RESPONSE RE MOTION TO PAY HANKEY

| 2534752 | SR | 250.00 | $75.00 | 0.3 |

6/17/2022   REVISION OF STIPULATION TO WITHDRAW NIAMI APPEAL

| 2534756 | SR | 250.00 | $75.00 | 0.3 |

6/20/2022   ANALYSIS OF DOCUMENTS FROM COLIN RE: MOR

| 2530178 | DBG | 650.00 | $65.00 | 0.1 |

6/22/2022   ANALYSIS OF DOCUMENTS RE: BOND TERMINATION IN RECEIVERSHIP ACTION

| 2531131 | DBG | 650.00 | $65.00 | 0.1 |

6/22/2022   EMAIL WITH CLIENT RE PAYMENT OF COMPENSATION TO SIERRACONSTELLATION

| 2530858 | TMA | 620.00 | $62.00 | 0.1 |

6/23/2022   PREPARATION OF CORRESPONDENCE TO CLIENT RE: D&O COVERAGE

| 2531226 | DBG | 650.00 | $65.00 | 0.1 |

6/23/2022   ANALYSIS OF CORRESPONDENCE FROM DOUG RE: INSURANCE

| 2531559 | DBG | 650.00 | $65.00 | 0.1 |

6/23/2022   PREPARATION OF **DECLARATION OF MILES STAGLIK IN SUPPORT PRELIMINARY OBJECTION
TO REQUEST FOR PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES OF SHOWROOM
INTERIORS, LLC DBA VESTA [DKT 357]**

| 2531373 | JK | 250.00 | $100.00 | 0.4 |

6/23/2022   EMAILS WITH BROKER RE D&O COVERAGE ISSUES

| 2531317 | TMA | 620.00 | $62.00 | 0.1 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022        Page #      **21**

**From Date      4/16/2022**
**To Date      10/31/2022**

6/23/2022    DRAFT MOTION TO EXTEND PLAN EXCLUSIVITY AND NOTICE THEREON

| | | | | |
|---|---|---|---|---|
| 2535548 | TMA | 620.00 | $1,922.00 | 3.1 |

6/27/2022    ANALYSIS OF DOCUMENTS RE: MOR DOCS FROM CLIENT

| | | | | |
|---|---|---|---|---|
| 2532607 | DBG | 650.00 | $65.00 | 0.1 |

6/27/2022    PREPARATION OF MAY MOR AND ATTACHMENTS AND EFILE

| | | | | |
|---|---|---|---|---|
| 2532953 | LC | 250.00 | $50.00 | 0.2 |

6/27/2022    REVIEW AND REVISE MAY MOR AND EXHIBITS THERETO

| | | | | |
|---|---|---|---|---|
| 2532542 | TMA | 620.00 | $248.00 | 0.4 |

7/8/2022    PREPARATION OF AND FILE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND
LODGE ORDER APPROVING STIPULATION IN INFERNO ADVERSARY PROCEEDING

| | | | | |
|---|---|---|---|---|
| 2536272 | SR | 250.00 | $100.00 | 0.4 |

7/11/2022    PREPARATION OF DOCS FOR SCP RE: MOR

| | | | | |
|---|---|---|---|---|
| 2536200 | DBG | 650.00 | $65.00 | 0.1 |

7/12/2022    ANALYSIS OF CORRESPONDENCE FROM CLIENT RE: RECEIVER RECORDS RE: BANKING

| | | | | |
|---|---|---|---|---|
| 2536701 | DBG | 650.00 | $65.00 | 0.1 |

7/12/2022    PREPARATION OF AND FILE COURTESY NEF FOR TMA AND JDG IN INFERNO ADVERSARY
PROCEEDING

| | | | | |
|---|---|---|---|---|
| 2536954 | SR | 250.00 | $100.00 | 0.4 |

7/12/2022    EMAILS WITH RECEIVER COUNSEL RE TURNOVER OF ADDITIONAL DOCUMENTS PER RFS
ORDER AND REVIEW DOCUMENT THAT WAS TURNED OVER

| | | | | |
|---|---|---|---|---|
| 2536780 | TMA | 620.00 | $186.00 | 0.3 |

7/13/2022    CONFERENCE CALL WITH ZOOM WITH CLIENT RE VESTA ADMIN CLAIM AND POSSIBLE
SETTLEMENT

| | | | | |
|---|---|---|---|---|
| 2543180 | JDG | 350.00 | $140.00 | 0.4 |

7/18/2022    ANALYSIS OF DOCUMENTS FROM CLIENT RE: MOR PREPARATION

| | | | | |
|---|---|---|---|---|
| 2537592 | DBG | 650.00 | $65.00 | 0.1 |

7/18/2022    PREPARATION OF CORRESPONDENCE TO CLIENT RE: QUARTERLY FEES TO UST

| | | | | |
|---|---|---|---|---|
| 2537593 | DBG | 650.00 | $65.00 | 0.1 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #   9562**

**11/8/2022**     **Page #     22**

**From Date      4/16/2022**
**To Date       10/31/2022**

7/18/2022   PREPARATION OF AND FILE STIPULATION TO WITHDRAW APPEAL; LODGE ORDER RE SAME;
REVISE AND RE-FILE STIPULATION PER COURT AND RE-LODGE ORDER

| 2537914 | SR | 250.00 | $200.00 | 0.8 |

7/18/2022   REVIEW AND REVISE JUNE MOR

| 2537561 | TMA | 620.00 | $372.00 | 0.6 |

7/18/2022   EMAILS WITH CLIENT RE JUNE MOR

| 2537562 | TMA | 620.00 | $62.00 | 0.1 |

7/18/2022   REVIEW AND REVISE SECOND ORDER EXTENDING PLAN EXCLUSIVITY

| 2537607 | TMA | 620.00 | $62.00 | 0.1 |

7/19/2022   ANALYSIS OF DOCUMENTS RE: MOR FROM CLIENT

| 2543113 | DBG | 650.00 | $65.00 | 0.1 |

7/19/2022   ANALYSIS OF CORRESPONDENCE FROM NOREEN (UST) RE: QUARTERLY FEES

| 2543118 | DBG | 650.00 | $65.00 | 0.1 |

7/19/2022   PREPARATION OF JUNE MOR, PPO ATTACHMENTS AND EFILE

| 2538550 | LC | 250.00 | $75.00 | 0.3 |

7/19/2022   EMAIL WITH CLIENT RE JUNE MOR

| 2537909 | TMA | 620.00 | $62.00 | 0.1 |

7/20/2022   ANALYSIS OF CORRESPONDENCE FROM CLIENT RE: CALCULATION OF QUARTERLY FEES

| 2543119 | DBG | 650.00 | $65.00 | 0.1 |

7/20/2022   EMAIL WITH CLIENT AND UST RE QUARTERLY FEE BALANCE AND PAYMENT

| 2538125 | TMA | 620.00 | $62.00 | 0.1 |

7/22/2022   ANALYSIS OF CORRESPONDENCE FROM CLIENT RE: REFUND FROM INSURANCE PREMIUM

| 2539049 | DBG | 650.00 | $65.00 | 0.1 |

7/22/2022   ANALYSIS OF ORDER ON MOTION TO EXTEND EXCLUSIVITY PERIOD

| 2538879 | TMA | 620.00 | $62.00 | 0.1 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **23** |
| **CASE #** | **9562** | **From Date**<br>**To Date** | **4/16/2022**<br>**10/31/2022** | |

7/25/2022   PREPARATION OF NOTICE OF MONTHLY JUNE FEE STATEMENT OF SIERRACONSTELLATION PARTNERS; SERVE AND EFILE; PPO EXHIBITS AND SERVICE LIST

| 2539751 | LC | 250.00 | $150.00 | 0.6 |
|---|---|---|---|---|

8/3/2022   PREPARATION OF DOCS FOR PERKINS RE: GOVERNMENT INQUIRY RE: EQUITY

| 2543098 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/15/2022   ANALYSIS OF DOCUMENTS RE: TRUSTEE'S FINAL ACCOUNTING REPORT

| 2545985 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/17/2022   ANALYSIS OF CORRESPONDENCE FROM COLIN RE: INSURANCE PREMIUM REFUND

| 2546218 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/18/2022   ANALYSIS OF CORRESPONDENCE FROM COLIN RE: MOR'S

| 2546337 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/18/2022   ANALYSIS OF TRUSTEE STATUS REPORT

| 2546370 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/19/2022   ANALYSIS OF DOCUMENTS FROM CLIENT RE: JULY MOR

| 2546642 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/21/2022   REVIEW AND REVISE JULY MOR AND EMAIL CLIENT RE SAME

| 2546734 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

8/22/2022   ANALYSIS OF DOCUMENTS FROM COLIN RE: AMENDED MOR

| 2546768 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/22/2022   PREPARATION OF DEBTOR'S NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, LLC  (JULY), SERVE AND EFILE; PPO EXHIBITS AND SERVICE LISTS

| 2547369 | LC | 250.00 | $125.00 | 0.5 |
|---|---|---|---|---|

8/25/2022   ANALYSIS OF DOCUMENTS RE: SMITH MOTION TO SEAL DOCS

| 2548019 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/26/2022   ANALYSIS OF COURT ORDER DENYING MOTION TO SEAL DOCS

| 2548020 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #  9562**

11/8/2022     Page #     24

From Date     4/16/2022
To Date     10/31/2022

9/8/2022    PREPARATION OF AND FILE REQUEST FOR ALIAS SUMMONS

| 2558689 | SR | 250.00 | $75.00 | 0.3 |

9/12/2022    SERVE ALIAS SUMMONS ON NIAMI PARTIES AND FILE PROOF OF SERVICE IN ADVERSARY PROCEEDING

| 2558697 | SR | 250.00 | $150.00 | 0.6 |

9/13/2022    PREPARATION OF JULY MOR, REVISE AND EFILE

| 2553224 | LC | 250.00 | $75.00 | 0.3 |

9/19/2022    ANALYSIS OF CORRESPONDENCE FROM COLIN RE: MOR

| 2554146 | DBG | 650.00 | $65.00 | 0.1 |

9/20/2022    ANALYSIS OF DOCUMENTS FROM CLIENT RE: AUGUST MOR

| 2554240 | DBG | 650.00 | $65.00 | 0.1 |

9/21/2022    ANALYSIS OF DOCUMENTS RE: DRAFT MOR FROM COLIN

| 2554712 | DBG | 650.00 | $65.00 | 0.1 |

9/22/2022    ANALYSIS OF CORRESPONDENCE FROM PERKINS RE: MOR

| 2554700 | DBG | 650.00 | $65.00 | 0.1 |

9/26/2022    ANALYSIS OF DOCUMENTS RE: MOR FOR AUGUST 2022

| 2555667 | DBG | 650.00 | $65.00 | 0.1 |

9/26/2022    PREPARATION OF AUGUST MOR, REVISE, FINALIZE AND EFILE

| 2556140 | LC | 250.00 | $75.00 | 0.3 |

9/26/2022    PREPARATION OF SCP AUGUST FEE STATEMENT, SERVE AND EFILE; PPO EXHIBITS AND SERVICE LISTS

| 2556149 | LC | 250.00 | $125.00 | 0.5 |

9/26/2022    REVIEW AND REVISE AUGUST MOR

| 2555206 | TMA | 620.00 | $248.00 | 0.4 |

9/26/2022    EMAILS WITH CLIENT RE AUGUST MOR

| 2555207 | TMA | 620.00 | $62.00 | 0.1 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #  9562**

11/8/2022    Page #    25

From Date    4/16/2022
To Date    10/31/2022

9/27/2022    REVIEW STAY LETTER AND PREPARE TO SEND

| 2558270 | JDG | 350.00 | $35.00 | 0.1 |

9/30/2022    EMAIL WITH CLIENT RE UST QUARTERLY FEES AND SIERRA CONSTELLATION FEE STATEMENT

| 2556489 | TMA | 620.00 | $62.00 | 0.1 |

10/5/2022    ANALYSIS OF DOCUMENTS RE: MOTION FOR FINAL DECREE

| 2559114 | DBG | 650.00 | $65.00 | 0.1 |

10/7/2022    PREPARATION OF OPPOSITION TO MOTION FOR FINAL DECREE

| 2559119 | DBG | 650.00 | $195.00 | 0.3 |

10/7/2022    PREPARATION OF AND FILE OPPOSITION TO FINAL DECREE MOTION

| 2565730 | SR | 250.00 | $75.00 | 0.3 |

10/12/2022    ANALYSIS OF DOCUMENTS FROM HANKEY RE: NO BOND RENEWAL

| 2560132 | DBG | 650.00 | $65.00 | 0.1 |

10/12/2022    PREPARATION OF AND FILE ANSWER TO YOGI'S COMPLAINT IN ADVERSARY PROCEEDING

| 2565740 | SR | 250.00 | $150.00 | 0.6 |

10/20/2022    ANALYSIS OF CORRESPONDENCE FROM COLIN RE: MOR AND PROVIDE DETAILS

| 2561532 | DBG | 650.00 | $65.00 | 0.1 |

10/20/2022    ANALYSIS OF DOCUMENTS DRAFT MOR FROM CLIENT AND COMMENT

| 2561555 | DBG | 650.00 | $65.00 | 0.1 |

10/21/2022    PREPARATION OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION, SERVE AND EFILE;
PPO EXHIBITS AND SERVICE LISTS

| 2562129 | LC | 250.00 | $125.00 | 0.5 |

10/21/2022    REVIEW AND REVISE SEPTEMBER MOR

| 2563050 | TMA | 620.00 | $496.00 | 0.8 |

10/21/2022    EMAILS WITH CLIENT RE SEPTEMBER MOR AND UST FEE

| 2563051 | TMA | 620.00 | $62.00 | 0.1 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022        Page #        26

From Date        4/16/2022
To Date        10/31/2022

10/24/2022    ANALYSIS OF FEES IN PREPARATION OF FEE APP

| 2565663 | JDG | 350.00 | $1,890.00 | 5.4 |

10/25/2022    PREPARATION OF SEPTEMBER MOR, REVISE AND EFILE; PPO ATTACHMENTS

| 2562624 | LC | 250.00 | $100.00 | 0.4 |

10/26/2022    ANALYSIS OF ENTERED ORDER APPROVING RECEIVER'S FINAL ACCOUNTING

| 2563253 | DBG | 650.00 | $65.00 | 0.1 |

|  |  | **Total** | **$17,457.00** | **40.1** |

**05  -  CLAIMS ADMIN. AND OBJECTIONS**

4/18/2022    PREPARATION OF DECLARATION RE NON OPPOSITION AND ORDER GRANTING MOTION TO
ESTABLISH ADMIN BAR DATE

| 2515091 | LC | 250.00 | $250.00 | 1.0 |

4/18/2022    DRAFT DECLARATION OF NON-OPPOSITION AND ORDER ON MOTION TO SET ADMINISTRATIVE
CLAIMS BAR DATE

| 2513999 | TMA | 620.00 | $124.00 | 0.2 |

4/19/2022    ANALYSIS OF DOCUMENTS RE: BAR DATE FOR ADMIN CLAIMS

| 2514872 | DBG | 650.00 | $65.00 | 0.1 |

4/19/2022    ANALYSIS OF DOCUMENTS FROM SHINDERMAN RE: LONDONBERRY AND HILLCREST
TRANSACTIONS

| 2514921 | DBG | 650.00 | $260.00 | 0.4 |

4/19/2022    CONFERENCE CALL WITH SHINDERMAN RE: YOGI SECURED CLAIM

| 2515055 | DBG | 650.00 | $260.00 | 0.4 |

4/19/2022    PREPARATION OF CORRESPONDENCE TO CLIENT RE: YOGI CLAIMS ANALYSIS

| 2515057 | DBG | 650.00 | $65.00 | 0.1 |

4/19/2022    ANALYSIS OF DOCUMENTS RE: RECONCILLIATION OF TRANSACTIONS FOR SECURED CLAIMS
ANALYSIS OF YOGI

| 2515058 | DBG | 650.00 | $520.00 | 0.8 |

4/19/2022    TELEPHONE CONFERENCE WITH T. GEHER RE: SECURED CLAIMS ANALYSIS

| 2515059 | DBG | 650.00 | $195.00 | 0.3 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **27** |
| **CASE #** | **9562** | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

4/19/2022  PREPARATION OF DECLARATION RE NON OPPOSITION AND ORDER GRANTING MOTION TO
ESTABLISH ADMIN BAR DATE; PPO EXHIBIT AND EFILE

| | | | | |
|---|---|---|---|---|
| 2515099 | LC | 250.00 | $125.00 | 0.5 |

4/19/2022  REVIEW SUPPLEMENTAL DOCUMENT PRODUCTIONS FROM SECURED CREDITORS RE
POTENTIAL RESOLUTION OF SECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| 2514804 | TMA | 620.00 | $186.00 | 0.3 |

4/19/2022  EMAILS WITH SECURED CREDITORS RE DOCUMENT AND INFORMATION PRODUCTION FOR
POTENTIAL RESOLUTION OF SECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| 2515337 | TMA | 620.00 | $248.00 | 0.4 |

4/20/2022  ANALYSIS OF CORRESPONDENCE FROM COLIN RE: HILLCREST SALE

| | | | | |
|---|---|---|---|---|
| 2515056 | DBG | 650.00 | $65.00 | 0.1 |

4/20/2022  ANALYSIS OF DOCUMENTS FINANCIAL RECORDS AND ESCROW STATEMENTS RE: YOGI
TRANSACTIONS

| | | | | |
|---|---|---|---|---|
| 2515216 | DBG | 650.00 | $1,170.00 | 1.8 |

4/20/2022  CONFERENCE CALL WITH SHINDERMAN AND YOGI RE: SECURED DEBT ACCOUNTING

| | | | | |
|---|---|---|---|---|
| 2515217 | DBG | 650.00 | $455.00 | 0.7 |

4/20/2022  TELEPHONE CONFERENCE W/ CLIENT RE: STRATEGY TO PROCEED RE: SECURED DEBT

| | | | | |
|---|---|---|---|---|
| 2515218 | DBG | 650.00 | $260.00 | 0.4 |

4/20/2022  PREPARATION OF DOCS AND ANALYSIS FOR HANKEY RE: SECURED CLAIMS OF JUNIOR
LIENHOLDERS

| | | | | |
|---|---|---|---|---|
| 2515219 | DBG | 650.00 | $195.00 | 0.3 |

4/20/2022  CONFERENCE CALL WITH T. GEHER RE: YOGI CLAIMS

| | | | | |
|---|---|---|---|---|
| 2515382 | DBG | 650.00 | $260.00 | 0.4 |

4/20/2022  REVIEW OLDER TITLE REPORT AND RESEARCH ISSUES RE YOGI LIEN AND CLAIM

| | | | | |
|---|---|---|---|---|
| 2515047 | TMA | 620.00 | $1,612.00 | 2.6 |

4/20/2022  EMAILS WITH SECURED CREDITORS RE CLAIM DOCUMENTATION AND SETTLEMENT

| | | | | |
|---|---|---|---|---|
| 2515048 | TMA | 620.00 | $186.00 | 0.3 |

4/21/2022  TELEPHONE CONF. W/ OPP COUNSEL RE: INFERNO SECURED CLAIM AND SUBORDINATION

| | | | | |
|---|---|---|---|---|
| 2515422 | DBG | 650.00 | $195.00 | 0.3 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #   9562**

11/8/2022          Page #        28

From Date        4/16/2022
To Date          10/31/2022

4/21/2022    DISCUSSION WITH ZEV RE: ADMIN CLAIM

| 2515591 | DBG | 650.00 | $195.00 | 0.3 |

4/21/2022    ANALYSIS OF DOCUMENTS ENTERED ORDER SETTING ADMIN CLAIM BAR DATE

| 2515592 | DBG | 650.00 | $65.00 | 0.1 |

4/21/2022    CONFERENCE CALL WITH MILES RE: VESTA ADMIN CLAIM ALLEGATION

| 2515662 | DBG | 650.00 | $195.00 | 0.3 |

4/21/2022    ANALYSIS OF CORRESPONDENCE FROM CLIENT RE: VESTA FALSE ALLEGATIONS

| 2515806 | DBG | 650.00 | $65.00 | 0.1 |

4/21/2022    ANALYSIS OF DOCUMENTS FROM VESTA RE: INVENTORY OF MISSING/DAMAGED FURNITURE
AND COST VALUATION

| 2515809 | DBG | 650.00 | $130.00 | 0.2 |

4/21/2022    EMAILS WITH VESTA COUNSEL AND CLIENT RE DAMAGED FURNITURE AND ADMIN CLAIM RE
SAME

| 2515428 | TMA | 620.00 | $62.00 | 0.1 |

4/21/2022    REVIEW ORDER SETTING ADMINISTRATIVE CLAIMS BAR DATE

| 2515451 | TMA | 620.00 | $62.00 | 0.1 |

4/21/2022    DRAFT NOTICE OF ADMINISTRATIVE CLAIMS BAR DATE

| 2515530 | TMA | 620.00 | $434.00 | 0.7 |

4/22/2022    PREPARATION OF ADMIN BAR DATE NOTICE

| 2515664 | DBG | 650.00 | $65.00 | 0.1 |

4/22/2022    PREPARATION OF NOTICE OF DEADLINE TO FILE REQUESTS FOR PAYMENT OF
ADMINISTRATIVE EXPENSE PRIORITY CLAIMS; SERVE AND EFILE; PPO MULTIPLE SERVICE
LISTS AND EXHIBIT

| 2516095 | LC | 250.00 | $275.00 | 1.1 |

4/22/2022    EMAILS WITH NEF SERVICE LIST RE ADMINISTRATIVE CLAIMS BAR DATE

| 2515533 | TMA | 620.00 | $62.00 | 0.1 |

4/23/2022    PREPARATION OF CORRESPONDENCE TO ZEV RE: VESTA ADMIN CLAIM ALLEGATION

| 2515805 | DBG | 650.00 | $65.00 | 0.1 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #   9562**

11/8/2022        Page #        29

From Date        4/16/2022
To Date        10/31/2022

| | | | | |
|---|---|---|---|---|
| 4/25/2022 | ANALYSIS OF CORRESPONDENCE FROM ZEV RE: MEETING WITH VESTA RE: ALLEGED ADMIN CLAIM | | | |
| 2515954 | DBG | 650.00 | $65.00 | 0.1 |
| 4/25/2022 | TELEPHONE CONF. W/ OPP COUNSEL ZEV RE: VESTA ASSERTED CLAIM | | | |
| 2516103 | DBG | 650.00 | $65.00 | 0.1 |
| 4/26/2022 | CONFERENCE CALL WITH ZOOM MEETING WITH VESTA AND COUNSEL RE: ASSERTED ADMINISTRATIVE CLAIM | | | |
| 2516392 | DBG | 650.00 | $325.00 | 0.5 |
| 4/26/2022 | ANALYSIS OF DOCUMENTS RE: MECHANIC'S LIEN CLAIMANTS | | | |
| 2516466 | DBG | 650.00 | $260.00 | 0.4 |
| 4/27/2022 | ANALYSIS OF CORRESPONDENCE FROM T. GEHER RE: CLAIMS ANALYSIS | | | |
| 2516562 | DBG | 650.00 | $65.00 | 0.1 |
| 4/27/2022 | PREPARATION OF CORRESPONDENCE TO SHINDERMAN RE: YOGI SECURED CLAIM | | | |
| 2516563 | DBG | 650.00 | $65.00 | 0.1 |
| 4/28/2022 | DISCUSSIONS WITH MILES RE: CLAIMS ANALYSIS | | | |
| 2516853 | DBG | 650.00 | $195.00 | 0.3 |
| 4/28/2022 | ANALYSIS OF CORRESPONDENCE FROM SHINDERMAN RE: RESPONSES RE: YOGI SECURED CLAIM | | | |
| 2517032 | DBG | 650.00 | $65.00 | 0.1 |
| 4/29/2022 | ANALYSIS OF CORRESPONDENCE FROM K. LINZER RE: STATUS OF NEGOTIATIONS WITH SECURED CREDITORS | | | |
| 2517011 | DBG | 650.00 | $65.00 | 0.1 |
| 4/29/2022 | ANALYSIS OF DOCUMENTS RE: AMENDED CLAIM OF YOGI SECURITIES | | | |
| 2517195 | DBG | 650.00 | $65.00 | 0.1 |
| 4/29/2022 | ANALYSIS OF AMENDED YOGI PROOF OF CLAIM | | | |
| 2516738 | TMA | 620.00 | $124.00 | 0.2 |
| 4/29/2022 | ANALYSIS OF RECEIVER DOCUMENT PRODUCTION | | | |
| 2516740 | TMA | 620.00 | $310.00 | 0.5 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022          Page #          30

From Date          4/16/2022
To Date          10/31/2022

| Date | | | | | |
|---|---|---|---|---|---|
| 4/29/2022 | EMAILS WITH K. LINZER, Y. NIAMI COUNSEL, RE STATUS OF SETTLEMENT OF SECURED CLAIMS | | | | |
| 2517249 | TMA | | 620.00 | $62.00 | 0.1 |
| 5/2/2022 | TELEPHONE CONF. W/ OPP COUNSEL ZEV RE: VESTA ASSERTED SECURED CLAIM AND NEED FOR ACCOUNTING | | | | |
| 2517426 | DBG | | 650.00 | $325.00 | 0.5 |
| 5/2/2022 | PREPARATION OF MOTION FOR AUTHORITY TO PAY MECHANIC'S LIEN CREDITORS | | | | |
| 2517497 | DBG | | 650.00 | $975.00 | 1.5 |
| 5/2/2022 | PREPARATION OF CORRESPONDENCE TO CLIENT RE: MOTION TO PAY MECHANIC'S LIEN CREDITORS | | | | |
| 2517498 | DBG | | 650.00 | $65.00 | 0.1 |
| 5/2/2022 | EMAILS WITH CLIENT RE MOTION TO PAY SECURED MECHANIC'S LIEN CLAIMS | | | | |
| 2517926 | TMA | | 620.00 | $124.00 | 0.2 |
| 5/3/2022 | PREPARATION OF STIP TO PAY AMERICAN SECURED MECHANIC'S LIEN CLAIM | | | | |
| 2517627 | DBG | | 650.00 | $260.00 | 0.4 |
| 5/3/2022 | PREPARATION OF STIP TO PAY J&E SECURED MECHANIC'S LIEN CLAIM | | | | |
| 2517628 | DBG | | 650.00 | $260.00 | 0.4 |
| 5/3/2022 | ANALYSIS OF CORRESPONDENCE FROM GEHER RE: MECHANIC'S LIEN SECURED CREDITORS | | | | |
| 2528594 | DBG | | 650.00 | $65.00 | 0.1 |
| 5/3/2022 | ANALYSIS OF CORRESPONDENCE FROM COLIN RE: EVIDENCE FOR VESTA DISPUTE | | | | |
| 2528595 | DBG | | 650.00 | $65.00 | 0.1 |
| 5/3/2022 | ANALYSIS OF STIPULATION TO RESOLVE AMERICAN SECURED CLAIM AND EMAIL WITH OPPOSING COUNSEL RE SAME | | | | |
| 2517582 | TMA | | 620.00 | $62.00 | 0.1 |
| 5/3/2022 | REVIEW AND REVISE MOTION TO PAY MECHANIC'S LIEN CLAIMS | | | | |
| 2526698 | TMA | | 620.00 | $1,674.00 | 2.7 |
| 5/3/2022 | RESEARCH ISSUES RE MOTION TO PAY MECHANIC'S LIEN CLAIMS | | | | |
| 2526700 | TMA | | 620.00 | $310.00 | 0.5 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/8/2022** | **Page #** | **31** |
| **CASE #   9562** | | **From Date** | | **4/16/2022** |
| | | **To Date** | | **10/31/2022** |

5/4/2022   ANALYSIS OF DOCUMENTS FROM R. O'DAY RE: REVISED STIPULATION WITH AMERICAN FOR PAYMENT OF MECHANIC'S LIEN CLAIM

| 2517970 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/4/2022   PREPARATION OF MOTION TO PAY CERTAIN SECURED CLAIMS OF MECHANIC'S LIEN CREDITORS

| 2519688 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

5/4/2022   EMAIL WITH AMERICAN COUNSEL RE STIPULATION TO RESOLVE SECURED CLAIM

| 2517923 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

5/4/2022   REVIEW AMERICAN STIPULATION TO RESOLVE SECURED CLAIM AND DRAFT ORDER THEREON

| 2518283 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

5/4/2022   REVISE MOTION TO PAY MECHANIC'S LIEN CREDITORS AND EMAIL WITH CLIENT RE SAME

| 2526711 | TMA | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

5/5/2022   PREPARATION OF MOTION TO PAY MECHANIC'S LIEN CREDITORS

| 2519274 | DBG | 650.00 | $975.00 | 1.5 |
|---|---|---|---|---|

5/5/2022   ANALYSIS OF ORDER APPROVING STIP WITH AMERICAN TRUCK & TOOL

| 2519681 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/5/2022   PREPARATION OF CORRESPONDENCE TO COUNSEL FOR J&E RE: STIPULATED PAYMENT

| 2519682 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/5/2022   ANALYSIS OF CORRESPONDENCE FROM SHINDERMAN RE: CLAIMS ANALYSIS STATUS

| 2519684 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/5/2022   PREPARATION OF STIPULATION WITH AMERICAN TRUCK & TOOL RE ALLOWANCE AND PAYMENT OF CLAIM AND ORDER; FILE/UPLOAD

| 2521068 | LC | 250.00 | $125.00 | 0.5 |
|---|---|---|---|---|

5/5/2022   EMAILS WITH J&E COUNSEL RE STIPULATION TO RESOLVE SECURED CLAIM

| 2517925 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

5/5/2022   FINALIZE MOTION TO PAY MECHANIC'S LIEN CREDITORS

| 2526722 | TMA | 620.00 | $1,364.00 | 2.2 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | **Page #** | **32** |
| **CASE #** **9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

5/5/2022   EMAILS WITH CLIENT RE MOTION TO PAY MECHANIC'S LIEN CREDITORS

| 2526723 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

5/6/2022   ANALYSIS OF CORRESPONDENCE FROM KYRA RE: RELEASE OF FUNDS TO HANKEY

| 2519630 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/6/2022   PREPARATION OF CORRESPONDENCE TO KYRA RE: MECHANIC'S LIEN MOTION

| 2519631 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/6/2022   ANALYSIS OF CORRESPONDENCE FROM SHINDERMAN RE: CONSENT TO PAYMENT OF HANKEY
LOAN

| 2519633 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/6/2022   CONFERENCE CALL WITH T. GEHER RE: PAYMENT TO HANKEY

| 2519634 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

5/6/2022   ANALYSIS OF CORRESPONDENCE FROM KYRA RE: INFERNO SECURED CLAIM

| 2528601 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/6/2022   EMAILS WITH SECURED CREDITORS RE POSITION ON MOTION TO PAY MECHANIC'S LIENS AND
SETTLEMENT OF SECURED CLAIMS

| 2518566 | TMA | 620.00 | $372.00 | 0.6 |
|---|---|---|---|---|

5/6/2022   CALL WITH Y. NIAMI COUNSEL RE SECURED CLAIMS AND SETTLEMENT ISSUES

| 2526735 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

5/9/2022   FURTHER RESEARCH RE MECNANIC'S LIEN AND OTHER SECURED CLAIMS IN EFFORTS TO
REACH GLOBAL SETTLEMENT

| 2526737 | TMA | 620.00 | $806.00 | 1.3 |
|---|---|---|---|---|

5/10/2022   ANALYSIS OF CORRESPONDENCE FROM T. GEHER RE: SECURED CLAIM NEGOTIATIONS

| 2520008 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/10/2022   ANALYSIS OF DOCUMENTS WITHDRAWAL OF CLAIM #5 - LA COUNTY TAX COLLECTOR

| 2520559 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/11/2022   TELEPHONE CONF. W/ OPP COUNSEL T. GEHER RE: SECURED CLAIM NEGOTIATION

| 2520521 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | **Page #** | **33** |
| **CASE #    9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

5/11/2022    CONFERENCE CALL WITH WITH CLIENT RE: RESPONSE TO VESTA CLAIM

| 2522194 | DBG | 650.00 | $325.00 | 0.5 |
|---|---|---|---|---|

5/11/2022    TELEPHONE CONF. W/ OPP COUNSEL G. SALOMONS RE: CENTURION CLAIM

| 2522196 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/12/2022    TELEPHONE CONFERENCE WITH T. GEHER RE: SECURED CLAIM NEGOTIATIONS

| 2520542 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

5/12/2022    TELEPHONE CONF. W/ OPP COUNSEL SHINDERMAN RE: YOGI SECURED CLAIM

| 2520543 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

5/12/2022    PREPARATION OF CORRESPONDENCE TO CLIENT RE: ANALYSIS OF YOGI SECURED CLAIM AND PROPOSED DISTRIBUTION

| 2520545 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

5/12/2022    CONFERENCE CALL WITH WITH CLIENT RE: DISPUTES WITH VESTA CLAIM

| 2520554 | DBG | 650.00 | $325.00 | 0.5 |
|---|---|---|---|---|

5/12/2022    PREPARATION OF CORRESPONDENCE TO GEHER AND SHINDERMAN RE: MEDIATION

| 2520560 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/12/2022    ANALYSIS OF DOCUMENTS FROM HANKEY RE: SUPPORT FOR LOAN

| 2520562 | DBG | 650.00 | $390.00 | 0.6 |
|---|---|---|---|---|

5/12/2022    ANALYSIS OF CORRESPONDENCE FROM SHINDERMAN RE: MEDIATION

| 2520563 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/12/2022    ANALYSIS OF CORRESPONDENCE FROM L. PERKINS RE: MEDIATION

| 2520569 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/12/2022    ANALYSIS OF DOCUMENTS FROM MILES RE: DAMAGE TO BEDS

| 2522177 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/12/2022    EMAILS WITH CLIENT RE RESOLUTION OF SECURED CREDITOR DISPUTES OVER SALE PROCEEDS

| 2520197 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022          Page #          **34**

**From Date      4/16/2022**
**To Date      10/31/2022**

5/13/2022   CONFERENCE CALL WITH T. GEHER RE: MEDIATION AND PAYMENT OF SECURED DEBT ON 1ST
TO HANKEY

| 2520762 | DBG | 650.00 | $195.00 | 0.3 |

5/13/2022   ANALYSIS OF CORRESPONDENCE FROM T, GEHER RE: MEDIATION

| 2522174 | DBG | 650.00 | $65.00 | 0.1 |

5/13/2022   ANALYSIS OF DOCUMENTS PRODUCED BY INFERNO RE: SECURED CLAIM AND
SUBORDINATION

| 2522175 | DBG | 650.00 | $325.00 | 0.5 |

5/13/2022   ANALYSIS OF LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR WITHDRAWAL OF
CLAIM

| 2520697 | TMA | 620.00 | $62.00 | 0.1 |

5/16/2022   ANALYSIS OF CORRESPONDENCE FROM SHINDERMAN RE: MEDIATION RE: SECURED CLAIMS

| 2522166 | DBG | 650.00 | $65.00 | 0.1 |

5/16/2022   ANALYSIS OF CORRESPONDENCE FROM ZEV RE: WATER DAMAGE CLAIM

| 2522167 | DBG | 650.00 | $65.00 | 0.1 |

5/17/2022   PREPARATION OF CORRESPONDENCE TO GEHER RE: ACCOUNTING ON 82.5 MM DEBT

| 2521441 | DBG | 650.00 | $65.00 | 0.1 |

5/17/2022   TELEPHONE CONF. W/ OPP COUNSEL M. SHINDERMAN RE: SECURED DEBTS AND YOGI
POSITION

| 2521442 | DBG | 650.00 | $260.00 | 0.4 |

5/17/2022   TELEPHONE CONFERENCE W/ CLIENT PERKINS RE: HANKEY SECURED DEBT ANALYSIS

| 2521454 | DBG | 650.00 | $195.00 | 0.3 |

5/17/2022   ANALYSIS OF CORRESPONDENCE FROM ZEV RE: CLAIM FOR STAGING FURNITURE

| 2528604 | DBG | 650.00 | $65.00 | 0.1 |

5/17/2022   ADDRESS ISSUES RE MOTION TO PAY MECHANIC'S LIEN CLAIMS

| 2521197 | TMA | 620.00 | $124.00 | 0.2 |

5/17/2022   EMAIL WITH HANKEY COUNSEL RE MOTION TO PAY $82.5MM OF CLAIM

| 2521199 | TMA | 620.00 | $62.00 | 0.1 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022    Page #    35

From Date    4/16/2022
To Date    10/31/2022

5/18/2022   ANALYSIS OF CORRESPONDENCE FROM T. GEHER RE: ACCOUNTING FOR HANKEY DEBT

| 2521440 | DBG | 650.00 | $65.00 | 0.1 |

5/18/2022   ANALYSIS OF DOCUMENTS FROM GEHER RE: LOAN ACCOUNTING AND DISCUSS

| 2521491 | DBG | 650.00 | $195.00 | 0.3 |

5/18/2022   TELEPHONE CONF. W/ OPP COUNSEL T. GEHER RE: ACCOUNTING

| 2521495 | DBG | 650.00 | $65.00 | 0.1 |

5/18/2022   ANALYSIS OF CORRESPONDENCE FROM SHINDERMAN RE: PAYMENT TO HANKEY

| 2521644 | DBG | 650.00 | $65.00 | 0.1 |

5/18/2022   ANALYSIS OF CORRESPONDENCE J. BREGMAN RE: HILDUM SECURED CLAIM

| 2521649 | DBG | 650.00 | $65.00 | 0.1 |

5/18/2022   ANALYSIS OF CORRESPONDENCE FROM KYRA RE: DOCUMENT PRODUCTION BY HANKEY

| 2522157 | DBG | 650.00 | $65.00 | 0.1 |

5/18/2022   ANALYSIS OF CORRESPONDENCE FROM JOHN MOE RE: YOGI SECURED DEBT

| 2522325 | DBG | 650.00 | $65.00 | 0.1 |

5/18/2022    REVIEW HANKEY CALCULATION AND DOCUMENTS RE $82.5MM LOAN AMOUNT AND INTEREST
AND FEES THEREON

| 2522045 | TMA | 620.00 | $434.00 | 0.7 |

5/18/2022   EMAILS WITH HANKEY COUNSEL AND CLAINT RE CALCULATION AND DOCUMENTS RE $82.5MM
LOAN AMOUNT AND INTEREST AND FEES THEREON

| 2522047 | TMA | 620.00 | $186.00 | 0.3 |

5/19/2022   ANALYSIS OF DOCUMENTS REVISED SECURED CLAIM ACCOUNTING FROM HANKEY

| 2522076 | DBG | 650.00 | $65.00 | 0.1 |

5/20/2022   PREPARATION OF CORRESPONDENCE TO SECURED CREDS RE: HEARING ON SHORTENED
NOTICE RE: PAYMENT TO HANKEY

| 2522001 | DBG | 650.00 | $65.00 | 0.1 |

5/20/2022   ANALYSIS OF DOCUMENTS RE: ACCOUNTING RE: HANKEY SECURED CLAIM FOR PAYMENT

| 2522002 | DBG | 650.00 | $130.00 | 0.2 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | **Page #** | **36** |
| **CASE #** **9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

5/20/2022   ANALYSIS OF CORRESPONDENCE FROM T. GEHER RE: PAYMENT MOTION ON 1ST LIEN

| 2522070 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/20/2022   ANALYSIS OF CORRESPONDENCE FROM SHINDERMAN RE: PAYMENT TO HANKEY

| 2522153 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/20/2022   EMAILS WITH SECURED CREDITORS RE CONSENT TO HEARING ON SHORTENED NOTICE EON
MOTION TO PAY A PORTION OF HANKEY SECURED CLAIM

| 2522436 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

5/21/2022   ANALYSIS OF DOCUMENTS RE: ALLEGED CLAIM OF VESTA FOR BED CONSTRUCTION AND
EMAIL TO ZEV RE: NEED CONTRACT AND ADDL DOCS

| 2522165 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

5/21/2022   DISCUSSION WITH ZEV RE: ALLEGED CLAIMS OF VESTA AND BASIS FOR CLAIM

| 2522326 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

5/21/2022   ANALYSIS OF DOCUMENTS RE: HANKEY CONSTRUCTION LOAN AGREEMENT RE: PAYMENT
APPLICATION PROVISIONS

| 2522785 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

5/21/2022   ANALYSIS OF INFERNO DOCUMENTS SUPPORTING CLAIM AND REQUEST FOR DOCUMENTS RE
OTHER SECURED CLAIMS

| 2522048 | TMA | 620.00 | $1,054.00 | 1.7 |
|---|---|---|---|---|

5/21/2022   EMAILS WITH VESTA RE STATUS OF BUILT IN BEDS AND CLAIMS PERTAINING TO THE SAME

| 2522049 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

5/22/2022   ANALYSIS OF LOAN DOCUMENTS RE MOTION TO PAY A PORTION OF HANKEY SECURED CLAIM

| 2522050 | TMA | 620.00 | $496.00 | 0.8 |
|---|---|---|---|---|

5/22/2022   REVIEW AND REVISE MOTION TO PAY A PORTION OF HANKEY SECURED CLAIM AND
APPLICAITON FOR ORDER TO SHORTEN TIME RE SAME

| 2522051 | TMA | 620.00 | $682.00 | 1.1 |
|---|---|---|---|---|

5/23/2022   ANALYSIS OF CORRESPONDENCE FROM MARGUERITE RE: J&E AGREED CLAIM AND PAYMENT

| 2522327 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/23/2022   PREPARATION OF MOTION TO PAY HANKEY ON FIRST LOAN

| 2522428 | DBG | 650.00 | $910.00 | 1.4 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **37** |
| **CASE #** **9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

5/23/2022   TELEPHONE CONFERENCE WITH JON MOE RE: MECHANIC'S LIEN PAYMENTS

| 2522429 | DBG | 650.00 | $65.00 | 0.1 |

5/23/2022   TELEPHONE CONFERENCE WITH T. GEHER RE: PAYMENT ON HANKEY LOAN

| 2522430 | DBG | 650.00 | $130.00 | 0.2 |

5/23/2022   ANALYSIS OF CORRESPONDENCE FROM YOGI COUNSEL RE: MOTION TO PAY HANKEY

| 2522497 | DBG | 650.00 | $65.00 | 0.1 |

5/23/2022   PREPARATION OF APP FOR HEARING ON SHORTENED TIME RE: HANKEY PAYMENT

| 2522669 | DBG | 650.00 | $195.00 | 0.3 |

5/23/2022   ANALYSIS OF CORRESPONDENCE FROM J. MOE RE: CALGROVE MECHANIC'S LIEN

| 2522780 | DBG | 650.00 | $65.00 | 0.1 |

5/23/2022   EMIALS WITH AMERICAN COUNSEL RE MOTION TO PAY MECHANIC'S LIENS AND STIP RE CLAIM
AMOUNT  RE SAME

| 2522372 | TMA | 620.00 | $62.00 | 0.1 |

5/23/2022   EMAILS WITH VESTA RE STATUS OF BUILT IN BEDS AND CLAIMS PERTAINING TO THE SAME

| 2522402 | TMA | 620.00 | $124.00 | 0.2 |

5/23/2022   EMAILS WITH CLIENT RE MOTION TO PAY A PORTION OF HANKEY SECURED CLAIM

| 2522403 | TMA | 620.00 | $372.00 | 0.6 |

5/23/2022   REVIEW AND REVISE MOTION TO PAY A PORTION OF HANKEY SECURED CLAIM

| 2522424 | TMA | 620.00 | $2,914.00 | 4.7 |

5/23/2022   REVIEW AND REVISE APPLICATION FOR OST AND OST ON MOTION TO PAY A PORTION OF
HANKEY SECURED CLAIM

| 2522425 | TMA | 620.00 | $806.00 | 1.3 |

5/24/2022   PREPARATION OF MOTION TO PAY HANKEY ON 1ST LIEN CLAIM

| 2522643 | DBG | 650.00 | $65.00 | 0.1 |

5/24/2022   ANALYSIS OF COURT ORDER SETTING HEARING ON MOTION TO PAY HANKEY CLAIM

| 2522759 | DBG | 650.00 | $65.00 | 0.1 |

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/8/2022 | Page # | 38 |
|---|---|---|---|---|
| CASE #   9562 | | From Date | | 4/16/2022 |
| | | To Date | | 10/31/2022 |

5/24/2022   ANALYSIS OF CORRESPONDENCE FROM MARGUERITE RE: MECHANIC'S LIEN CLAIM OF J&E
AND PROPOSED PAYMENT

| 2522771 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/24/2022   PREPARATION OF DOCS FOR J. MOE RE: CALGROVE SECURED CLAIM

| 2522781 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/24/2022   TELEPHONE CONFERENCE W/ CLIENT RE: HEARINGS ON PAYMENT OF SECURED DEBT

| 2523002 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/24/2022   TELEPHONE CONFERENCE WITH MECHANIC'S LIEN CREDITORS RE: HEARING TO APPROVE
PAYMENT OF SECURED CLAIMS

| 2523003 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

5/25/2022   TELEPHONE CONFERENCE WITH T. GEHER RE: RESCHEDULING HEARING ON HANKEY
PAYMENT

| 2522994 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/25/2022   ANALYSIS OF CORRESPONDENCE FROM T. GEHER RE: HEARING ON PAYMENT TO HANKEY

| 2523919 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/25/2022   ANALYSIS OF ENTERED ORDER RE: HEARING ON HANKEY PAYMENT

| 2523927 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/25/2022   REVIEW INFERNO AND YOGI OPPOSITIONS TO MOTION TO PAY PART OF HANKEY CLAIM AND
REVIEW RELATED DOCUMENTS

| 2523210 | TMA | 620.00 | $806.00 | 1.3 |
|---|---|---|---|---|

5/26/2022   ANALYSIS OF INFERNO'S OBJECTION TO MOTION TO PAY HANKEY

| 2523271 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

5/26/2022   ANALYSIS OF YOGI'S OBJECTION TO MOTION TO PAY HANKEY

| 2523272 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

5/26/2022   TELEPHONE CONFERENCE WITH T. GEHER RE: OBJECTIONS TO PAY HANKEY

| 2523273 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/26/2022   PREPARATION OF RESPONSE TO OBJECTIONS TO MOTION TO PAY HANKEY

| 2523274 | DBG | 650.00 | $585.00 | 0.9 |
|---|---|---|---|---|

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022        Page #        **39**

**From Date        4/16/2022**
**To Date        10/31/2022**

| | | | | |
|---|---|---|---|---|
| 5/26/2022 | PREPARE FOR HEARING AND ATTEND HEARING ON MOTION TO PAY MECHANIC'S LIEN CREDITORS | | | |
| 2523321 | DBG | 650.00 | $260.00 | 0.4 |
| 5/26/2022 | TELEPHONE CONFERENCE W/ CLIENT RE: HEARING ON MOTION TO PAY HANKEY | | | |
| 2523323 | DBG | 650.00 | $65.00 | 0.1 |
| 5/26/2022 | PREPARATION OF ORDER TO PAY MECHANIC'S LIEN CREDITORS | | | |
| 2523338 | DBG | 650.00 | $130.00 | 0.2 |
| 5/26/2022 | ANALYSIS OF COMMENTS FROM KYRA TO HANKEY MOTION | | | |
| 2523409 | DBG | 650.00 | $65.00 | 0.1 |
| 5/26/2022 | ANALYSIS OF COMMENT FROM GEHER RE: HANKEY MOTION | | | |
| 2523410 | DBG | 650.00 | $65.00 | 0.1 |
| 5/26/2022 | REVISION OF ORDER ON PAYMENT TO HANKEY | | | |
| 2523411 | DBG | 650.00 | $65.00 | 0.1 |
| 5/26/2022 | REVIEW AND REVISE ORDER ON MOTION TO DISBURSE FUNDS TO HANKEY | | | |
| 2523145 | TMA | 620.00 | $124.00 | 0.2 |
| 5/26/2022 | EMAILS WITH SECURED CREDITOR'S COUNSEL RE ORDER ON MOTION TO DISBURSE FUNDS TO HANKEY | | | |
| 2523146 | TMA | 620.00 | $124.00 | 0.2 |
| 5/26/2022 | EMAIL WITH CLIENT RE ORDER TO DISBURSE FUNDS TO HANKEY AND PAYMENT THEREON | | | |
| 2523215 | TMA | 620.00 | $62.00 | 0.1 |
| 5/26/2022 | PREPARE FOR AND ATTEND (TELEPHONICALLY) HEARING ON MOTION TO DISBURSE FUNDS TO HANKEY | | | |
| 2523432 | TMA | 620.00 | $558.00 | 0.9 |
| 5/26/2022 | REVIEW REPLY TO OPPOSITION TO MOTION TO PAY HANKEY | | | |
| 2527014 | TMA | 620.00 | $248.00 | 0.4 |
| 5/26/2022 | EMAILS WITH OTHER COUNSEL RE INTERIM ORDER ON MOTION TO PAY HANKEY | | | |
| 2527018 | TMA | 620.00 | $186.00 | 0.3 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022        Page #        **40**

**From Date        4/16/2022**
**To Date        10/31/2022**

5/27/2022    PREPARATION OF ORDER TO APPROVE DISBURSEMENT OF PARTIAL FUNDS TO SECURED

| 2523967 | DBG | 650.00 | $130.00 | 0.2 |

5/27/2022    PREPARATION OF CORRESPONDENCE TO CLIENT RE: PAYMENT INSTRUCTIONS

| 2523970 | DBG | 650.00 | $65.00 | 0.1 |

5/27/2022    ANALYSIS OF ENTERED ORDER APPROVING INTERIM DISBURSEMENT TO HANKEY

| 2523971 | DBG | 650.00 | $65.00 | 0.1 |

5/27/2022    ANALYSIS OF DOCUMENTS PROOF OF CLAIM OF FTB

| 2523972 | DBG | 650.00 | $65.00 | 0.1 |

5/27/2022    EMAIL WITH HILLDUN COUNSEL RE HEARING ON MOTION TO DISBURSE FUNDS TO HANKEY
AND CONTINUED HEARING ON OPEN ISSUES

| 2523438 | TMA | 620.00 | $62.00 | 0.1 |

5/27/2022    EMAIL WITH CLIENT RE PAYMENT TO HANKEY PER ORDER ON MOTION TO PAY

| 2523439 | TMA | 620.00 | $62.00 | 0.1 |

5/28/2022    ANALYSIS OF CORRESPONDENCE FROM SHINDERMAN RE: MOE REPRESENTING YOGI

| 2523966 | DBG | 650.00 | $65.00 | 0.1 |

5/30/2022    ANALYSIS OF CORRESPONDENCE FROM COUNSEL FOR J&E RE: PAYMENT OF MECHANIC'S
LIEN CLAIMS

| 2523975 | DBG | 650.00 | $65.00 | 0.1 |

6/1/2022    PREPARATION OF PROPOSED ORDER ON MECHANIC'S LIEN CREDITOR PAYMENTS

| 2523999 | DBG | 650.00 | $65.00 | 0.1 |

6/1/2022    TELEPHONE CONFERENCE W/ CLIENT RE: PAYMENT TO SECURED CREDITORS PER COURT
ORDER

| 2529114 | DBG | 650.00 | $130.00 | 0.2 |

6/1/2022    PREPARATION OF SUPPLEMENTAL BRIEF RE: HANKEY PAYMENTS

| 2529275 | DBG | 650.00 | $195.00 | 0.3 |

6/1/2022    REVIEW AND REVISE ORDER ON MOTION TO PAY MECHANIC'S LIEN CLAIMS

| 2524001 | TMA | 620.00 | $186.00 | 0.3 |

**DETAILED ACTIVITIES**

| | | | | | |
|---|---|---|---|---|---|
| **Crestlloyd LLC** | | | 11/8/2022 | **Page #** | **41** |
| **CASE #** | **9562** | | **From Date** | **4/16/2022** | |
| | | | **To Date** | **10/31/2022** | |

6/1/2022    EMAILS RE SUPPLEMENTAL BRIEF IN SUPPORT OF PAYMENT TO HANKEY

| 2524002 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

6/1/2022    RESEARCH RE SUPPLEMENTAL BRIEF IN SUPPORT OF PAYMENT TO HANKEY

| 2524003 | TMA | 620.00 | $992.00 | 1.6 |
|---|---|---|---|---|

6/2/2022    PREPARATION OF SUPPLEMENTAL BRIEF RE: PAYMENT TO HANKEY

| 2524653 | DBG | 650.00 | $455.00 | 0.7 |
|---|---|---|---|---|

6/2/2022    ANALYSIS OF ENTERED ORDER AUTHORIZING PAYMENTS TO MECHANIC'S LIEN CREDITORS

| 2527420 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/2/2022    EMAILS RE SUPPLEMENTAL BRIEF IN SUPPORT OF PAYMENT TO HANKEY

| 2524378 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

6/2/2022    ANALYSIS OF SCHEDULE OF PAYMENTS PER MOTION TO PAY MECHANICS LIEN CREDITORS

| 2524401 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

6/3/2022    ANALYSIS OF CORRESPONDENCE FROM J&E COUNSEL RE: PAYMENT OF MECHANIC'S LIEN CLAIM

| 2524659 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/3/2022    PREPARATION OF CORRESPONDENCE TO R. O'DAY RE: PAYMENT TO AMERICAN

| 2524661 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/3/2022    PREPARATION OF CORRESPONDENCE TO G. WEIS RE: PAYMENT TO KENNCO

| 2524662 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/3/2022    CONFERENCE CALL WITH SHINDERMAN AND JOHN MOE RE: YOGI SECURED DEBT NEGOTIATION

| 2524730 | DBG | 650.00 | $325.00 | 0.5 |
|---|---|---|---|---|

6/3/2022    TELEPHONE CONF. W/ OPP COUNSEL RE: VESTA ASSERTED CLAIM

| 2525700 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/3/2022    ANALYSIS OF ORDER ON MOTION TO PAY MECHANICS LIEN CREDITORS

| 2524406 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

**Crestlloyd LLC**

**CASE  #      9562**

11/8/2022         Page #       **42**

**From Date      4/16/2022**
**To Date      10/31/2022**

6/3/2022    EMAILS WITH CLIENT AND CREDITORS RE PAYMENTS PER MOTION TO PAY MECHANICS LIEN
CREDITORS

| 2524639 | TMA | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

6/3/2022    ANALYSIS OF VESTA REQUEST FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

| 2530865 | TMA | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

6/6/2022    ANALYSIS OF CORRESPONDENCE FROM COLIN RE: PAYMENTS TO MECHANIC'S LIEN
CREDITORS

| 2525582 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/6/2022    ANALYSIS OF DOCUMENTS RE: VESTA REQUEST FOR PAYMENT OF ADMIN EXPENSE CLAIM

| 2525588 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

6/6/2022    PREPARATION OF CORRESPONDENCE TO CLIENT RE: RESPONDING TO VESTA ADMIN CLAIM
REQUEST

| 2525591 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/6/2022    ANALYSIS OF CORRESPONDENCE FROM CLIENT RE: OBJECTING TO VESTA CLAIM

| 2525637 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/6/2022    ANALYSIS OF ADMIN POC

| 2527071 | JDG | 350.00 | $35.00 | 0.1 |
|---|---|---|---|---|

6/6/2022    EMAILS WITH CLIENT RE ALLEGED VESTA CLAIM AND DISCOVERY RE SAME

| 2524650 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

6/6/2022    EMAILS WITH CLIENT AND CLAIMANT RE PAYMENTS TO MECHANIC'S LIEN CREDITORS

| 2525928 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

6/7/2022    ANALYSIS OF CORRESPONDENCE FROM ROGER RE: DISPUTING VESTA ALLEGED ADMIN CLAIM

| 2527229 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/7/2022    ANALYSIS OF DOCUMENTS FROM G. WEISS RE: MECHANIC'S LIEN PAYMENT TO KENNCO

| 2527236 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/7/2022    EMAILS RE VESTA CLAIM

| 2526962 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #   9562**

11/8/2022   Page #   43

**From Date**   **4/16/2022**
**To Date**   **10/31/2022**

6/8/2022   PREPARATION OF CORRESPONDENCE TO SCP RE: MECHANIC'S LIEN PAYMENTS

| 2527386 | DBG | 650.00 | $65.00 | 0.1 |

6/10/2022   ANALYSIS OF DOCUMENTS RE: YOGI OPPOSITION TO MOTION TO RELEASE FUNDS

| 2529001 | DBG | 650.00 | $130.00 | 0.2 |

6/13/2022   ANALYSIS OF SUPPL. OBJECTION TO MOTION TO PAY HANKEY

| 2535004 | JDG | 350.00 | $175.00 | 0.5 |

6/14/2022   EMAILS RE SUPPLEMENTAL OPPOSITIONS TO MOTION TO PAY HANKEY AND REPLY THERETO
IN LIGHT OF ADVERSARY PROCEEDING

| 2528703 | TMA | 620.00 | $186.00 | 0.3 |

6/15/2022   PREPARATION OF RESPONSE RE: SUPPLEMENTAL OPPOSITIONS RE: PAYMENT TO HANKEY

| 2529299 | DBG | 650.00 | $130.00 | 0.2 |

6/17/2022   CONFERENCE CALL WITH RE: VESTA ADMIN CLAIM DISPUTE

| 2530056 | DBG | 650.00 | $260.00 | 0.4 |

6/17/2022   PREPARATION OF RESPONSE TO VESTA ADMIN EXPENSE CLAIM

| 2530199 | DBG | 650.00 | $260.00 | 0.4 |

6/20/2022   TELEPHONE CONFERENCE W/ CLIENT RE: VESTA OBJECTIONS AND RESPONSE RE: ADMIN
CLAIM

| 2536019 | DBG | 650.00 | $260.00 | 0.4 |

6/20/2022   DRAFT PRELIMINARY OBJECTION TO VESTA ADMIN CLAIM

| 2535031 | JDG | 350.00 | $1,085.00 | 3.1 |

6/20/2022   DRAFT RFPS FOR PRELIMINARY OBJECTION TO VESTA ADMIN CLAIM

| 2535032 | JDG | 350.00 | $560.00 | 1.6 |

6/21/2022   REVISION OF PRELIMINARY OBJECTION TO VESTA ADMIN CLAIM

| 2535037 | JDG | 350.00 | $875.00 | 2.5 |

6/21/2022   DRAFT RFPS FOR OBJECTION TO VESTA ADMIN CLAIM

| 2535038 | JDG | 350.00 | $1,225.00 | 3.5 |

**DETAILED ACTIVITIES**

| Crestlloyd LLC | 11/8/2022 | Page # | 44 |
| CASE #   9562 | From Date | 4/16/2022 |
| | To Date | 10/31/2022 |

6/21/2022   RESEARCH REGARDING POST-PETITION DAMAGE AND PRE-PETITION LEASE

| 2535039 | JDG | 350.00 | $700.00 | 2.0 |

6/21/2022   DRAFT ROGS FOR OBJECTION TO VESTA ADMIN CLAIM

| 2535040 | JDG | 350.00 | $490.00 | 1.4 |

6/22/2022   ANALYSIS OF CORRESPONDENCE FROM GEHER RE: HEARING ON MOTION TO DISBURSE
FUNDS TO HANKEY SECURED DEBT

| 2530990 | DBG | 650.00 | $65.00 | 0.1 |

6/22/2022   TELEPHONE CONFERENCE WITH JOHN MOE RE: HANKEY SECURED DEBT HEARING

| 2530992 | DBG | 650.00 | $65.00 | 0.1 |

6/22/2022   PREPARATION OF CORRESPONDENCE TO INTERESTED PARTIES RE: HEARING ON HANKEY
SECURED DEBT MOTION

| 2530993 | DBG | 650.00 | $65.00 | 0.1 |

6/22/2022   CONFERENCE CALL WITH M. STAGLIK RE: OPPOSING VESTA ADMIN CLAIM MOTION

| 2531221 | DBG | 650.00 | $390.00 | 0.6 |

6/22/2022   PREPARATION OF STAGLIK DECLARATION AND OPPOSITION TO VESTA ADMIN CLAIM MOTION

| 2531222 | DBG | 650.00 | $910.00 | 1.4 |

6/22/2022   ANALYSIS OF DOCUMENTS RE: EVIDENTIARY OBJECTIONS RE: VESTA ADMIN CLAIM

| 2531263 | DBG | 650.00 | $65.00 | 0.1 |

6/22/2022   REVISION OF PRELIMINARY OBJECTION TO VESTA ADMIN CLAIM

| 2535043 | JDG | 350.00 | $1,505.00 | 4.3 |

6/22/2022   REVIEW AND REVISE STAGILY DECLARATION RE PRELIMINARY OBJECTION TO VESTA ADMIN
CLAIM

| 2535044 | JDG | 350.00 | $70.00 | 0.2 |

6/22/2022   RESEARCH REGARDING PROCEDURE AND LAW FOR FILING PRELIMINARY OBJECTION

| 2535045 | JDG | 350.00 | $350.00 | 1.0 |

6/22/2022   ANALYSIS OF STAGLIK EMAILS RE VESTA ADMIN CLAIM

| 2535046 | JDG | 350.00 | $35.00 | 0.1 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/8/2022** | **Page #** | **45** |
| **CASE #    9562** | | **From Date** | | **4/16/2022** |
| | | **To Date** | | **10/31/2022** |

6/22/2022   REVIEW AND REVISE RFPS AND ROGS RE VESTA ADMIN CLAIM OBJECTION

| 2535047 | JDG | 350.00 | $245.00 | 0.7 |
|---|---|---|---|---|

6/22/2022   DRAFT EVIDENTIARY OBJECTIONS TO VESTA ADMIN CLAIM

| 2535057 | JDG | 350.00 | $875.00 | 2.5 |
|---|---|---|---|---|

6/22/2022   REVIEW AND REVISE OPPOSITION TO VESTA REQUEST FOR ALLOWANCE OF ADMINISTRATIVE CLAIM AND RELATED DECLARATIONS AND EVIDENTIARY OBJECTIONS; REVIEW RELATED DOCUMENTS

| 2530864 | TMA | 620.00 | $1,426.00 | 2.3 |
|---|---|---|---|---|

6/23/2022   ANALYSIS OF DOCUMENTS FROM MILES RE: VESTA INVOICES AND COMMUNICATIONS AND REVISE DECLARATION

| 2531261 | DBG | 650.00 | $455.00 | 0.7 |
|---|---|---|---|---|

6/23/2022   ANALYSIS OF CORRESPONDENCE FROM GEHER RE: TENATIVE AND WITHDRAWAL OF MOTION TO PAY HANKEY

| 2531266 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/23/2022   APPEARANCE AT HEARING RE: MOTION TO PAY TO HANKEY ON ACCOUNT OF SECURED CLAIM

| 2531297 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

6/23/2022   RESEARCH REGARDING RE: OPPOSITION TO VESTA ADMIN CLAIM MOTION

| 2531542 | DBG | 650.00 | $520.00 | 0.8 |
|---|---|---|---|---|

6/23/2022   PREPARATION OF OPPOSITION TO VESTA ADMIN CLAIM MOTION

| 2531543 | DBG | 650.00 | $1,820.00 | 2.8 |
|---|---|---|---|---|

6/23/2022   ANALYSIS OF CLIENT EMAIL RE VESTA ADMIN CLAIM

| 2535062 | JDG | 350.00 | $175.00 | 0.5 |
|---|---|---|---|---|

6/23/2022   RESEARCH REGARDING ADMIN EXPENSE POST PETITION DAMAGE RE PREPETITION LEASE

| 2535063 | JDG | 350.00 | $525.00 | 1.5 |
|---|---|---|---|---|

6/23/2022   REVISE PLEADINGS RE OPPOSITION TO VESTA ADMIN CLAIM

| 2535065 | JDG | 350.00 | $840.00 | 2.4 |
|---|---|---|---|---|

6/23/2022   FURTHER REVIEW AND REVISE OPPOSITION TO VESTA REQUEST FOR ALLOWANCE OF ADMINISTRATIVE CLAIM AND RELATED DECLARATIONS AND EVIDENTIARY OBJECTIONS

| 2531315 | TMA | 620.00 | $496.00 | 0.8 |
|---|---|---|---|---|

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022          Page #          46

From Date          4/16/2022
To Date          10/31/2022

6/23/2022    EMAILS WITH CLIENT RE OPPOSITION TO VESTA REQUEST FOR ALLOWANCE OF
ADMINISTRATIVE CLAIM

| | | | | |
|---|---|---|---|---|
| 2531316 | TMA | 620.00 | $124.00 | 0.2 |

6/28/2022    ANALYSIS OF DOCUMENTS RE: KENNCO RELEASE OF MECHANIC'S LIEN

| | | | | |
|---|---|---|---|---|
| 2533283 | DBG | 650.00 | $65.00 | 0.1 |

6/28/2022    ANALYSIS OF KENNCO RELEASE OF LIS PENDENS

| | | | | |
|---|---|---|---|---|
| 2532884 | TMA | 620.00 | $62.00 | 0.1 |

7/12/2022    CONFERENCE CALL WITH ZEV AND DANIELLE RE: VESTA ADMIN CLAIM MOTION

| | | | | |
|---|---|---|---|---|
| 2536749 | DBG | 650.00 | $325.00 | 0.5 |

7/12/2022    ANALYSIS OF CORRESPONDENCE FROM ZEV RE: LEGAL ANALYSIS AND SETTLEMENT
PROPOSAL

| | | | | |
|---|---|---|---|---|
| 2536800 | DBG | 650.00 | $65.00 | 0.1 |

7/12/2022    RESEARCH REGARDING RE: AUTHORITY CITED BY VESTA IN SUPPORT OF ADMIN CLAIM

| | | | | |
|---|---|---|---|---|
| 2536801 | DBG | 650.00 | $455.00 | 0.7 |

7/12/2022    ANALYSIS OF CORRESPONDENCE FROM VESTA RE: SETTLEMENT PROPOSAL

| | | | | |
|---|---|---|---|---|
| 2536908 | DBG | 650.00 | $65.00 | 0.1 |

7/12/2022    ANALYSIS OF CORRESPONDENCE WITH VESTA RE SETTLEMENT OF ADMIN EXPENSE CLAIM

| | | | | |
|---|---|---|---|---|
| 2543172 | JDG | 350.00 | $70.00 | 0.2 |

7/12/2022    EMAILS WITH VESTA AND CLIENT RE ADMINISTRATIVE CLAIM, BASIS FOR ALLEGED
ADMINISTRATIVE PRIORITY, AND SETTLEMENT

| | | | | |
|---|---|---|---|---|
| 2536450 | TMA | 620.00 | $186.00 | 0.3 |

7/12/2022    RESEARCH RE VESTA ADMINISTRATIVE CLAIM AND BASIS FOR ALLEGED ADMINISTRATIVE
PRIORITY

| | | | | |
|---|---|---|---|---|
| 2536777 | TMA | 620.00 | $372.00 | 0.6 |

7/13/2022    ANALYSIS OF CORRESPONDENCE FROM CLIENT RE: ANALYSIS OF VESTA OFFER

| | | | | |
|---|---|---|---|---|
| 2536903 | DBG | 650.00 | $65.00 | 0.1 |

7/13/2022    ANALYSIS OF DOCUMENTS RE: VESTA REPLY RE: ADMIN CLAIM AND DISCUSS WITH CLIENT

| | | | | |
|---|---|---|---|---|
| 2537622 | DBG | 650.00 | $325.00 | 0.5 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **47** |
| **CASE #    9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

7/13/2022   RESEARCH REGARDING POSTPETITION NEGLIGENCE AND ADMIN EXPENSE

| 2543174 | JDG | 350.00 | $1,120.00 | 3.2 |
|---|---|---|---|---|

7/13/2022   ANALYSIS OF CORRESPONDENCE FROM VESTA RE SETTLEMENT

| 2543186 | JDG | 350.00 | $35.00 | 0.1 |
|---|---|---|---|---|

7/13/2022   FURTHER EMAILS WITH VESTA AND CLIENT RE ADMINISTRATIVE CLAIM, BASIS FOR ALLEGED
ADMINISTRATIVE PRIORITY, AND SETTLEMENT

| 2536852 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

7/13/2022   PREP FOR CALL AND CALL WITH CLIENT RE VESTA ADMINISTRATIVE CLAIM AND POSSIBLE
SETTLEMENT THEREOF

| 2536938 | TMA | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

7/13/2022   ANALYSIS OF VESTA REPLY TO DEBTOR OPPOSITION TO MOTION TO ALLOW AND PAY
ADMINISTRATIVE CLAIM

| 2536981 | TMA | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

7/14/2022   ANALYSIS OF DOCUMENTS RE: EVIDENTIARY OBJECTIONS TO STAGLIK DECLARATION

| 2537361 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/14/2022   PREPARATION OF CORRESPONDENCE RE: VESTA POSITION

| 2537362 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/14/2022   ANALYSIS OF VESTA OBJECTION TO STAGLIK DECL. RE OPPO TO VESTA ADMIN CLAIM

| 2543188 | JDG | 350.00 | $70.00 | 0.2 |
|---|---|---|---|---|

7/14/2022   ANALYSIS OF NOTICE OF ERRATA RE VESTA'S REPLY TO MOTION FOR ADMIN EXPENSE

| 2543191 | JDG | 350.00 | $35.00 | 0.1 |
|---|---|---|---|---|

7/15/2022   TELEPHONE CONF. W/ OPP COUNSEL ZEV RE: VESTA ADMIN CLAIM NEGOTIATIONS

| 2537411 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

7/15/2022   CONFERENCE CALL WITH M. STAGLIK RE: RESPONSES TO EVIDENTIARY OBJECTIONS

| 2537442 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

7/15/2022   EMAILS WITH VESTA RE PURPORTED SALE OF HEADBOARDS

| 2538012 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/8/2022** | **Page #** | **48** |
| **CASE #** **9562** | | **From Date** | | **4/16/2022** |
| | | **To Date** | | **10/31/2022** |

7/16/2022    EXCHANGES WITH ZEV RE: VESTA ADMIN CLAIM

| 2537619 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

7/16/2022    FURTHER EMAILS WITH VESTA RE ADMINISTRATIVE CLAIM AND POSSIBLE SETTLEMENT
THEREOF

| 2537991 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

7/17/2022    TELEPHONE CONFERENCE W/ CLIENT RE: VESTA ADMIN CLAIM MOTION

| 2537620 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

7/21/2022    APPEARANCE AT HEARING RE VESTA ADMIN CLAIM

| 2543234 | JDG | 350.00 | $455.00 | 1.3 |
|---|---|---|---|---|

7/21/2022    CALL WITH VESTA COUNSEL RE SETTLEMENT OF ADMIN CLAIM

| 2538589 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

7/23/2022    EMAIL WITH CLIENT RE HEARING ON VESTA ADMINISTRATIVE CLAIM AND PROPOSED
COUNTER OFFER

| 2539014 | TMA | 620.00 | $310.00 | 0.5 |
|---|---|---|---|---|

7/24/2022    ANALYSIS OF CORRESPONDENCE FROM CLIENT RE: COUNTER TO VESTA

| 2539831 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/25/2022    ANALYSIS OF CORRESPONDENCE RE: COUNTER OFFER TO VESTA RE: ADMIN CLAIM
SETTLEMENT

| 2539042 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/25/2022    ANALYSIS OF CORRESPONDENCE FROM ZEV RE: UNSECURED CLAIM

| 2539064 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/25/2022    PREPARATION OF CORRESPONDENCE TO VESTA COUNSEL RE: SETTLEMENT PROPOSAL

| 2539065 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/26/2022    EMAILS WITH CLIENT AND VESTA WE SETTLEMENT OF ADMINISTRATIVE AND GENERAL
UNSECURED CLAIMS

| 2540123 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

7/27/2022    ANALYSIS OF CORRESPONDENCE FROM ZEV RE: FURTHER SETTLEMENT OFFER RE: VESTA

| 2540489 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | 11/8/2022 | **Page #** | **49** |
|---|---|---|---|---|

**Crestlloyd LLC**

**CASE #   9562**

**From Date   4/16/2022**
**To Date   10/31/2022**

7/27/2022   PREPARATION OF CORRESPONDENCE TO ZEV RE: BEST AND FINAL OFFER RE: VESTA

| 2540494 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

7/29/2022   CONFERENCE CALL WITH ZEV RE: FURTHER VESTA NEGOTIATIONS

| 2541897 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

8/1/2022   PREPARATION OF CORRESPONDENCE TO CLIENT RE: VESTA'S COUNTER RE: ADMIN CLAIM
NEGOTIATIONS

| 2541898 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/1/2022   TELEPHONE CONF. W/ OPP COUNSEL ZEV RE: FINAL NEGOTIATIONS RE: VESTA ADMIN CLAIM
DISPUTE

| 2542000 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/9/2022   ANALYSIS OF CORRESPONDENCE FROM ZEV RE: TIMING OF SETTLEMENT WITH VESTA

| 2545644 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/16/2022   ANALYSIS OF CORRESPONDENCE FROM LEV RE: SETTLEMENT

| 2545958 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/16/2022   TELEPHONE CONF. W/ OPP COUNSEL RE: SETTLEMENT AGREEMENT

| 2545959 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

8/16/2022   CONFERENCE CALL WITH ZEV RE: TERMS OF SETTLEMENT AGREEMENT

| 2546022 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

8/16/2022   DRAFT VESTA STIPULATION

| 2551931 | JDG | 350.00 | $315.00 | 0.9 |
|---|---|---|---|---|

8/16/2022   DRAFT VESTA SETTLEMENT MOTION

| 2551932 | JDG | 350.00 | $1,260.00 | 3.6 |
|---|---|---|---|---|

8/16/2022   EMAILS WITH VESTA COUNSEL RE SETTLEMENT OF CLAIM

| 2545266 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/16/2022   BEGIN DRAFTING SETTLEMENT  AGREEMENT RE VESTA CLAIMS

| 2545703 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **50** |
| **CASE #** | **9562** | **From Date** | | **4/16/2022** |
| | | **To Date** | | **10/31/2022** |

8/17/2022   DRAFT VESTA SETTLEMENT AGREEMENT

| 2551934 | JDG | 350.00 | $805.00 | 2.3 |
|---|---|---|---|---|

8/17/2022   DRAFT 9019 MOTION (VESTA)

| 2551935 | JDG | 350.00 | $1,820.00 | 5.2 |
|---|---|---|---|---|

8/22/2022   PREPARATION OF PROPOSED SETTLEMENT AGREEMENT WITH VESTA

| 2546954 | DBG | 650.00 | $455.00 | 0.7 |
|---|---|---|---|---|

8/22/2022   REVIEW VESTA SETTLEMENT AGREEMENT

| 2551967 | JDG | 350.00 | $35.00 | 0.1 |
|---|---|---|---|---|

8/29/2022   EMAILS RE SETTLEMENT OF VESTA CLAIM

| 2548160 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

9/1/2022   ANALYSIS OF CORRESPONDENCE FROM ZEV RE: VESTA SETTLEMENT AGREEMENT DRAFT

| 2549204 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/1/2022   ANALYSIS OF DOCUMENTS RE: REVISED STIP AND AGREEMENT RE: VESTA ADMIN CLAIM AND DISCUSS

| 2553594 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

9/1/2022   EMAILS WITH VESTA COUNSEL RE SETTLEMENT

| 2549523 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

9/2/2022   TELEPHONE CONF. W/ OPP COUNSEL RE: VESTA SETTLEMENT AND RESOLUTION OF MOTION FOR ADMIN CLAIM

| 2551639 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

9/2/2022   REVIEW REVISED VESTA SETTLEMENT AGREEMENT AND EMAIL WITH OPPOSING COUNSEL RE SAME

| 2549528 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

9/7/2022   DISCUSSION OF VESTA SETTLEMENT STIP WITH ZEV

| 2551684 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

9/7/2022   PREPARATION OF STIP RESOLVING VESTA ADMIN CLAIM MOTION

| 2551688 | DBG | 650.00 | $390.00 | 0.6 |
|---|---|---|---|---|

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022        Page #        **51**

**From Date        4/16/2022**
**To Date        10/31/2022**

9/7/2022    REVIEW COMMUNICATIONS WITH VESTA RE POSSIBLE SETTLEMENT OF ADMIN CLAIM

| 2558227 | JDG | 350.00 | $70.00 | 0.2 |

9/8/2022    ANALYSIS OF DOCUMENTS RE: REVISED STIP ON VESTA ADMIN CLAIM DIPUTE AND DISCUSS

| 2553119 | DBG | 650.00 | $130.00 | 0.2 |

9/8/2022    ANALYSIS OF DOCUMENTS RE: PROPOSED ORDER RESOLVING VESTA ADMIN CLAIM

| 2553120 | DBG | 650.00 | $65.00 | 0.1 |

9/9/2022    REVIEW REVISED VESTA SETTLEMENT AGREEMENT AND EMAIL WITH OPPOSING COUNSEL RE SAME

| 2558579 | TMA | 620.00 | $372.00 | 0.6 |

9/12/2022    ANALYSIS OF DOCUMENTS FROM NILE RE: WORKERS COMP CLAIM

| 2552826 | DBG | 650.00 | $65.00 | 0.1 |

9/13/2022    PREPARATION OF CORRESPONDENCE TO ZEV RE: STIP ON VESTA ADMIN CLAIM

| 2553118 | DBG | 650.00 | $65.00 | 0.1 |

9/13/2022    ANALYSIS OF DOCUMENTS FROM ZEV RE: CONSENT TO STIP RE: VESTA ADMIN CLAIM DISPUTE

| 2553573 | DBG | 650.00 | $65.00 | 0.1 |

9/13/2022    REVIEW SETTLEMENT W. VESTA

| 2558240 | JDG | 350.00 | $35.00 | 0.1 |

9/13/2022    PREPARATION OF AND FILE STIPULATION RE VESTA ADMIN CLAIM; LODGE ORDER RE STIPULATION

| 2558722 | SR | 250.00 | $100.00 | 0.4 |

9/13/2022    PREPARATION OF EXHIBIT A TO STIPULATION; RE-FILE STIPULATION, REVISE ORDER AND RE-LODGE

| 2558724 | SR | 250.00 | $75.00 | 0.3 |

9/13/2022    FURTHER EMAILS WITH CLIENT AND VESTA COUNSEL RE SETTLEMENT STIPULATION

| 2555225 | TMA | 620.00 | $124.00 | 0.2 |

9/21/2022    ANALYSIS OF ENTERED ORDER APPROVING SETTLEMENT STIP WITH VESTA

| 2554757 | DBG | 650.00 | $65.00 | 0.1 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **52** |
| **CASE #** | **9562** | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

9/21/2022   ANALYSIS OF DOCUMENTS RE: MEDICAL CLAIM AND PAYMENT DEMAND BY WORKER

| 2554787 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/21/2022   ANALYSIS OF ORDER APPROVING INFERNO SETTLEMENT OF ADMINISTRATIVE CLAIM AND
ALLOWING PAYMENT

| 2555208 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

9/22/2022   PREPARATION OF CORRESPONDENCE TO ZEV RE: SETTLEMENT PAYMENT

| 2554760 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/22/2022   DRAFT LETTER OF AUTOMATIC STAY AND REVIEW DOCKET AND INFORMATION REGARDING
CREDITOR THAT SENT WHAT APPEARED TO BE A COLLECTION LETTER

| 2558251 | JDG | 350.00 | $630.00 | 1.8 |
|---|---|---|---|---|

9/22/2022   ANALYSIS OF DEMAND LETTER FROM ARS RE WORKERS' COMP CLAIM

| 2554644 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

9/22/2022   EMAILS WITH VESTA RE PERFORMANCE ON SETTLEMENT

| 2554868 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

10/14/2022   ANALYSIS OF DOCUMENTS FROM ZEV RE: SETTLEMENT PAYMENT TO VESTA

| 2560487 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/14/2022   EMAIL WITH VESTA AND CLIENT RE CONSUMMATION OF SETTLEMENT

| 2565352 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

| | | **Total** | **$76,515.00** | **143.8** |
|---|---|---|---|---|

**07 - FEE / EMPLOYMENT APPLICATIONS**

4/21/2022   DRAFT FEE APP

| 2519257 | JDG | 350.00 | $2,485.00 | 7.1 |
|---|---|---|---|---|

4/22/2022   PREPARATION OF FIRST INTERIM FEE APPLICATION

| 2517284 | DBG | 650.00 | $520.00 | 0.8 |
|---|---|---|---|---|

4/22/2022   REVIEW DOCUMENTS RE FEE APP

| 2519260 | JDG | 350.00 | $1,120.00 | 3.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/8/2022** | **Page #** | **53** |
| **CASE #** | **9562** | **From Date** | | **4/16/2022** |
| | | **To Date** | | **10/31/2022** |

4/25/2022   DRAFT FEE APP

| 2519262 | JDG | 350.00 | $2,170.00 | 6.2 |
|---|---|---|---|---|

4/26/2022   ANALYSIS OF TIME ENTRIES

| 2519264 | JDG | 350.00 | $1,715.00 | 4.9 |
|---|---|---|---|---|

4/26/2022   DRAFT FEE APP

| 2519265 | JDG | 350.00 | $1,365.00 | 3.9 |
|---|---|---|---|---|

4/26/2022   PREPARATION OF FEE APPLICATION

| 2516723 | SR | 250.00 | $75.00 | 0.3 |
|---|---|---|---|---|

4/27/2022   PREPARATION OF FIRST INTERIM FEE APPLICATION

| 2516577 | DBG | 650.00 | $455.00 | 0.7 |
|---|---|---|---|---|

4/27/2022   DRAFT FEE APP

| 2519266 | JDG | 350.00 | $2,520.00 | 7.2 |
|---|---|---|---|---|

4/28/2022   DRAFT FEE APP

| 2519267 | JDG | 350.00 | $1,225.00 | 3.5 |
|---|---|---|---|---|

4/28/2022   ANALYSIS OF TIME ENTRIES

| 2519268 | JDG | 350.00 | $420.00 | 1.2 |
|---|---|---|---|---|

4/28/2022   RESEARCH REGARDING PROCEDURE FOR FEE APP

| 2519269 | JDG | 350.00 | $455.00 | 1.3 |
|---|---|---|---|---|

4/28/2022   REVISE FEE APPLICATION

| 2519503 | SR | 250.00 | $50.00 | 0.2 |
|---|---|---|---|---|

5/2/2022   PREPARATION OF FIRST INTERIM FEE APP AND DECLARATION IN SUPPORT

| 2517410 | DBG | 650.00 | $1,170.00 | 1.8 |
|---|---|---|---|---|

5/2/2022   REVIEW

| 2526568 | JDG | 350.00 | $175.00 | 0.5 |
|---|---|---|---|---|

DETAILED ACTIVITIES

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022       Page #       54

From Date       4/16/2022
To Date       10/31/2022

5/2/2022   DRAFT NOTICE

| | | | | |
|---|---|---|---|---|
| 2526573 | JDG | 350.00 | $210.00 | 0.6 |

5/2/2022   ANALYSIS OF REVISIONS

| | | | | |
|---|---|---|---|---|
| 2526574 | JDG | 350.00 | $105.00 | 0.3 |

5/4/2022   PREPARATION OF FIRST INTERIM FEE APPLICATION

| | | | | |
|---|---|---|---|---|
| 2519686 | DBG | 650.00 | $975.00 | 1.5 |

5/5/2022   PREPARATION OF FIRST INTERIM FEE APP AND SUPPORTING DOCS

| | | | | |
|---|---|---|---|---|
| 2519273 | DBG | 650.00 | $1,235.00 | 1.9 |

5/5/2022   PREPARATION OF LNBYG FEE APPLICATION AND NOTICE; FILE AND SERVE SAME

| | | | | |
|---|---|---|---|---|
| 2525909 | SR | 250.00 | $275.00 | 1.1 |

5/10/2022   ANALYSIS OF CORRESPONDENCE FROM ROGER RE: SCP FEE STATEMENT

| | | | | |
|---|---|---|---|---|
| 2519955 | DBG | 650.00 | $65.00 | 0.1 |

5/12/2022   ANALYSIS OF DOCUMENTS RE: INFERNO LIMITED OBJECTION TO FEE APP

| | | | | |
|---|---|---|---|---|
| 2520552 | DBG | 650.00 | $65.00 | 0.1 |

5/12/2022   ANALYSIS OF INFERNO OPPOSITION TO LNBYG FEE APPLICATION AND RELATED ISSUES RE
DIP BUDGET FOR FEES

| | | | | |
|---|---|---|---|---|
| 2520698 | TMA | 620.00 | $310.00 | 0.5 |

5/13/2022   ANALYSIS OF DOCUMENTS RE: SCP FEE STATEMENT

| | | | | |
|---|---|---|---|---|
| 2520705 | DBG | 650.00 | $65.00 | 0.1 |

5/16/2022   DRAFT REPLY

| | | | | |
|---|---|---|---|---|
| 2526644 | JDG | 350.00 | $1,225.00 | 3.5 |

5/16/2022   DRAFT REPLY

| | | | | |
|---|---|---|---|---|
| 2526645 | JDG | 350.00 | $560.00 | 1.6 |

5/17/2022   DRAFT REPLY

| | | | | |
|---|---|---|---|---|
| 2526660 | JDG | 350.00 | $560.00 | 1.6 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #     9562**

| | | 11/8/2022 | Page # | 55 |
| --- | --- | --- | --- | --- |
| | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

5/18/2022   TELEPHONE CONFERENCE W/ CLIENT RE: INFERNO OPPOSITION

| 2522156 | DBG | 650.00 | $65.00 | 0.1 |
| --- | --- | --- | --- | --- |

5/18/2022   REVIEW AND REVISE REPLY

| 2526661 | JDG | 350.00 | $980.00 | 2.8 |
| --- | --- | --- | --- | --- |

5/19/2022   PREPARATION OF REPLY TO INFERNO OBJECTION TO FEE APP

| 2522074 | DBG | 650.00 | $260.00 | 0.4 |
| --- | --- | --- | --- | --- |

5/19/2022   DRAFT DECLARATION

| 2526666 | JDG | 350.00 | $140.00 | 0.4 |
| --- | --- | --- | --- | --- |

5/19/2022   REVIEW OPPOSITION TO LNBYG FEE APPLICATION

| 2526812 | TMA | 620.00 | $434.00 | 0.7 |
| --- | --- | --- | --- | --- |

5/19/2022   REVIEW AND REVISE REPLY TO OPPOSITION TO LNBYG FEE APPLICATION

| 2526813 | TMA | 620.00 | $2,046.00 | 3.3 |
| --- | --- | --- | --- | --- |

5/23/2022   PREPARATION OF AND FILE CLIENT DECLARATION RE LNBYG FEE APPLICATION

| 2526003 | SR | 250.00 | $75.00 | 0.3 |
| --- | --- | --- | --- | --- |

5/23/2022   DRAFT CLIENT DECLARATION IN SUPPORT OF LNBYG FEE APPLICATION

| 2522396 | TMA | 620.00 | $124.00 | 0.2 |
| --- | --- | --- | --- | --- |

5/23/2022   EMAIL CLIENT RE DECLARATION IN SUPPORT OF LNBYG FEE APPLICATION

| 2522397 | TMA | 620.00 | $62.00 | 0.1 |
| --- | --- | --- | --- | --- |

5/26/2022   PREPARE FOR HEARING AND ATTEND HEARING ON FIRST INTERIM FEE APP OF LNBYG

| 2523320 | DBG | 650.00 | $260.00 | 0.4 |
| --- | --- | --- | --- | --- |

5/26/2022   PREPARATION OF PROPOSED ORDER ON INTERIM FEE APPLICATION

| 2523322 | DBG | 650.00 | $130.00 | 0.2 |
| --- | --- | --- | --- | --- |

5/26/2022   PREPARATION OF AND LODGE FEE ORDER FOR LNBYG

| 2526033 | SR | 250.00 | $25.00 | 0.1 |
| --- | --- | --- | --- | --- |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **56** |
| **CASE #** | **9562** | **From Date** | | **4/16/2022** |
| | | **To Date** | | **10/31/2022** |

5/26/2022   PREPARE FOR AND ATTEND (TELEPHONICALLY) HEARINGS ON LNBYG FEE APPLICATION AND
MOTION TO PAY MECHANIC'S LIEN CREDITORS

| 2523434 | TMA | 620.00 | $558.00 | 0.9 |
|---|---|---|---|---|

5/26/2022   REVIEW AND REVISE ORDERS ON LNBYG FEE APPLICATION AND MOTION TO PAY MECHANIC'S
LIEN CREDITORS

| 2523435 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

5/27/2022   PREPARATION OF ORDER APPROVING INTERIM FEES OF LNBYG

| 2523968 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/27/2022   ANALYSIS OF ENTERED ORDER APPROVING INTERIM FEE APP

| 2523969 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/27/2022   PREPARATION OF AND LODGE LNBYG FEE ORDER

| 2526038 | SR | 250.00 | $25.00 | 0.1 |
|---|---|---|---|---|

6/10/2022   ANALYSIS OF CORRESPONDENCE FROM COLIN RE: FEE STATEMENT FOR SCP

| 2528556 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/14/2022   DRAFT SIERRACONSTELLATION MAY FEE STATEMENT NOTICE

| 2528835 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

6/14/2022   EMAILS WITH CLIENT RE SIERRACONSTELLATION MAY FEE STATEMENT NOTICE

| 2528836 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

6/21/2022   EMAIL EXCHANGE WITH BAKER TILLY RE EMPLOYMENT APPLICATION

| 2535041 | JDG | 350.00 | $35.00 | 0.1 |
|---|---|---|---|---|

7/6/2022   TELEPHONE CONFERENCE WITH JEFF RE: EMPLOYMENT APP

| 2535136 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/11/2022   ANALYSIS OF DOCUMENTS FROM COLIN RE: SCP FEE STATEMENT

| 2536199 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/13/2022   ANALYSIS OF ISSUES RE BROKER COMMISSIONS AND SALE VALUE USED TO CALCULATE
COMMISSIONS

| 2536939 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **57** |
| **CASE #** **9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

7/23/2022    DRAFT SIERRA CONSTELLATION NOTICE OF FEE STATEMENT FOR JUNE 2022

| 2539012 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

7/23/2022    EMAIL WITH CLIENT RE SIERRA CONSTELLATION NOTICE OF FEE STATEMENT FOR JUNE 2022

| 2539013 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

7/25/2022    ANALYSIS OF DOCUMENTS RE: SCP FEE STATEMENT

| 2539807 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/21/2022    DRAFT SIERRACONSTELLATION JULY FEE STATEMENT

| 2546735 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

9/26/2022    ANALYSIS OF DOCUMENTS RE: SCO MONTHLY FEE STATEMENT

| 2555668 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/26/2022    DRAFT NOTICE OF AUGUST MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION

| 2555209 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

9/26/2022    EMAIL WITH CLIENT RE AUGUST MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION

| 2555215 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

10/11/2022    PREPARATION OF 45 DAY NOTICE RE: INTERIM FEE APPS

| 2559686 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/12/2022    PREPARATION OF AND FILE AND SERVE 45 DAY NOTICE RE HEARING ON FEE APPLICATIONS

| 2565739 | SR | 250.00 | $175.00 | 0.7 |
|---|---|---|---|---|

10/21/2022    DRAFT SEPTEMBER NOTICE OF FEE STATEMENT FOR SIERRA CONSTELLATION

| 2565354 | TMA | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

10/26/2022    DRAFT 2ND INTERIM FEE APP

| 2565669 | JDG | 350.00 | $770.00 | 2.2 |
|---|---|---|---|---|

| | **Total** | **$29,432.00** | **71.4** |
|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **58** |
| **CASE #** 9562 | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

### 08 - FEE / EMPLOYMENT OBJECTIONS

5/12/2022   ANALYSIS OF

| 2526622 | JDG | 350.00 | $35.00 | 0.1 |
|---|---|---|---|---|

5/13/2022   RESEARCH REGARDING ADEQUATE PROTECTION ISSUE

| 2526638 | JDG | 350.00 | $560.00 | 1.6 |
|---|---|---|---|---|
| | | **Total** | **$595.00** | **1.7** |

### 09 - FINANCING

4/22/2022   CONFERENCE CALL WITH ALFONSO AND TED RE: CASH COLLATERAL

| 2515742 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

4/25/2022   ANALYSIS OF DOCUMENTS RE: ARGENTIC'S OPPOSITION TO CASH COLLATERAL

| 2515963 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/12/2022   ANALYSIS OF DOCUMENTS RE; HANKEY DIP LOAN DOCS FOR AUTHORITY PROVISIONS

| 2520553 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

7/5/2022   TELEPHONE CONFERENCE W/ CLIENT RE: NEGOTIATIONS WITH ARGENTIC

| 2535145 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/10/2022   ANALYSIS OF CORRESPONDENCE FROM COLIN RE: DIP PROCEEDS

| 2559400 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|
| | | **Total** | **$585.00** | **0.9** |

### 10 - RELIEF FROM STAY

4/27/2022   ANALYSIS OF DOCUMENTS RE: RFS STIP WITH RECEIVER

| 2516478 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

4/27/2022   EMAILS WITH RECEIVER COUNSEL RE TURNOVER OF DOCUMENTS AND STIPULATION FOR
LIMITED RELIEF FROM STAY MOTION TO FILE FINAL REPORT IN STATE COURT ACTION

| 2517230 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/8/2022 | Page # | 59 |
|---|---|---|---|---|
| CASE #   9562 | | From Date | 4/16/2022 | |
| | | To Date | 10/31/2022 | |

4/27/2022   ANALYSIS OF STIPULATION FOR RELIEF FROM STAY FOR RECEIVER TO FILE FINAL REPORT AND ORDER THEREON

| 2517234 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

5/10/2022   ANALYSIS OF DOCUMENTS FROM JESSICA RE: RFS STIP AND TURNOVER OF RECORDS BY RECEIVER

| 2522199 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/18/2022   PREPARATION OF STIP RE: RFS TO RECEIVER

| 2521529 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/18/2022   ANALYSIS OF CORRESPONDENCE FROM JESSICA RE: RFS STIP RE: RECEIVER

| 2521556 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

5/18/2022   EMAILS WITH RECEIVER COUNSEL RE STIPULATION FOR LIMITED RELIEF FROM STAY TO FILE FINAL RECEIVER REPORT

| 2521415 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

5/18/2022   REVIEW AND REVISE STIPULATION FOR LIMITED RELIEF FROM STAY TO FILE FINAL RECEIVER REPORT

| 2521416 | TMA | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

6/1/2022   ANALYSIS OF CORRESPONDENCE FROM RECEIVER COUNSEL RE: AMENDED RFS AGREEMENT

| 2529122 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/14/2022   ANALYSIS OF DOCUMENTS FROM RECEIVER RE: REVISED STIP

| 2528886 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/23/2022   ANALYSIS OF DOCUMENTS FROM JESSICA RE: RFS STIP

| 2531569 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/24/2022   TELEPHONE CONFERENCE W/ CLIENT RE: RECEIVER RFS STIP

| 2532702 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/27/2022   ANALYSIS OF DOCUMENTS RE: REVISED RFS STIP WITH RECEIVER

| 2532628 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/30/2022   ANALYSIS OF ORDER APPROVING LIMITED RFS TO RECEIVER

| 2535475 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/8/2022 | Page # | **60** |
|---|---|---|---|---|
| CASE #   **9562** | | **From Date**<br>**To Date** | **4/16/2022**<br>**10/31/2022** | |

7/12/2022   ANALYSIS OF DOCUMENTS FROM RECEIVER RECEIVER RE: BANKING RECONCILLIATION

| 2536560 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/26/2022   REVIEW AND REVISE STAY LETTER TO ARS/GARCIA

| 2555205 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|
| | | **Total** | **$1,335.00** | **2.1** |

### 12 ₋ PLAN AND DISCLOSURE STATEMENT

6/23/2022   PREPARATION OF MOTION TO EXTEND EXCLUSIVITY

| 2531223 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

6/23/2022   PREPARATION OF MOTION TO EXTEND EXCLUSIVITY PERIODS

| 2531571 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

6/24/2022   CALENDAR EVENTS REGARDING SECOND MOTION TO EXTEND EXCLUSIVITY PERIODS

| 2532375 | LC | 250.00 | $50.00 | 0.2 |
|---|---|---|---|---|

7/13/2022   RESEARCH REGARDING RULING ON MOTION TO EXTEND PLAN EXCLUSIVITY

| 2537624 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/14/2022   ANALYSIS OF DOCUMENTS DRAFT PROPOSED ORDER ON EXCLUSIVITY

| 2537708 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/18/2022   PREPARATION OF AND LODGE ORDER RE EXCLUSIVITY MOTION

| 2537915 | SR | 250.00 | $25.00 | 0.1 |
|---|---|---|---|---|

7/20/2022   ANALYSIS OF ENTERED SECOND ORDER EXTENDING EXCLUSIVITY

| 2543122 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|
| | | **Total** | **$660.00** | **1.2** |

### 20 ₋ OTHER LITIGATION

4/18/2022   DRAFT NOTICE OF REFERRAL

| 2515082 | JDG | 350.00 | $105.00 | 0.3 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022          Page #          **61**

**From Date**          **4/16/2022**
**To Date**          **10/31/2022**

4/18/2022    EMAILS WITH BUYER COUNSEL RE APPEAL ISSUES

| | | | | |
|---|---|---|---|---|
| 2514472 | TMA | 620.00 | $124.00 | 0.2 |

4/18/2022    EMAIL WITH CLIENT RE POSSIBLE ADR RE SALE ORDER APPEALS

| | | | | |
|---|---|---|---|---|
| 2514802 | TMA | 620.00 | $62.00 | 0.1 |

4/19/2022    DRAFT APPEAL DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2515067 | JDG | 350.00 | $175.00 | 0.5 |

4/19/2022    PREPARATION OF STATEMENT OF ELECTION RE INFERNO APPEAL; FILE SAME

| | | | | |
|---|---|---|---|---|
| 2516721 | SR | 250.00 | $100.00 | 0.4 |

4/20/2022    ANALYSIS OF NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

| | | | | |
|---|---|---|---|---|
| 2515403 | DBG | 650.00 | $65.00 | 0.1 |

4/21/2022    PREPARATION OF MEMO TO SHINDERMAN RE: CLAIMS AGAINST YOGI AND SETTLEMENT
PROPOSAL

| | | | | |
|---|---|---|---|---|
| 2515383 | DBG | 650.00 | $520.00 | 0.8 |

4/21/2022    RESEARCH REGARDING RE: DEFAULT INTEREST AS UNENFORCEABLE PENALTY

| | | | | |
|---|---|---|---|---|
| 2515395 | DBG | 650.00 | $585.00 | 0.9 |

4/21/2022    ANALYSIS OF CORRESPONDENCE FROM A. KIRMAN RE: APPEAL

| | | | | |
|---|---|---|---|---|
| 2515420 | DBG | 650.00 | $65.00 | 0.1 |

4/21/2022    ATTEND TO ISSUES RE: PERFECTING APPEAL

| | | | | |
|---|---|---|---|---|
| 2515605 | DBG | 650.00 | $260.00 | 0.4 |

4/21/2022    ANALYSIS OF CORRESPONDENCE FROM SHINDERMAN RE: RESPONSE TO ALLEGATIONS OF
CLAIMS

| | | | | |
|---|---|---|---|---|
| 2515609 | DBG | 650.00 | $65.00 | 0.1 |

4/21/2022    ADDRESS COMPLIANCE ISSUES RE CRESTLLOYD APPEAL

| | | | | |
|---|---|---|---|---|
| 2515427 | TMA | 620.00 | $124.00 | 0.2 |

4/21/2022    CITI - EMAILS WITH CLIENT AND OPPOSING COUNSEL RE  SETTLEMENT

| | | | | |
|---|---|---|---|---|
| 2515449 | TMA | 620.00 | $62.00 | 0.1 |

DETAILED ACTIVITIES

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022          Page #      62

**From Date     4/16/2022**
**To Date      10/31/2022**

4/21/2022   APPEALS OF SALE ORDERS - ADDRESS ISSUES RE DESIGNATION OF TRANSCRIPTS ACROSS
ALL THREE APPEALS AND PREPARE DESIGNATION FOR DEBTOR APPEAL

| 2515532 | TMA | 620.00 | $310.00 | 0.5 |

4/25/2022   PREPARATION OF APPELLEE'S SUPPLEMENTAL DESIGNATION OF THE RECORD ON APPEAL
(NIAMI); SERVE AND EFILE; PPO SERVICE LIST

| 2516384 | LC | 250.00 | $150.00 | 0.6 |

4/25/2022   NIAMI APPEAL - DRAFT SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

| 2519582 | TMA | 620.00 | $992.00 | 1.6 |

4/27/2022   ANALYSIS OF CORRESPONDENCE FROM JESSICA RE: RECEIVERSHIP TERMINATION HEARING

| 2517051 | DBG | 650.00 | $65.00 | 0.1 |

4/27/2022    DEBTOR CROSS-APPEAL OF SALE ORDER - DRAFT STATEMENT OF ISSUES AND DESIGNATION
OF RECORD ON APPEAL

| 2516185 | TMA | 620.00 | $1,798.00 | 2.9 |

4/28/2022   ANALYSIS OF DOCUMENTS RE: LITIGATION DISCOVERY RECORDS FROM RECEIVER

| 2517028 | DBG | 650.00 | $520.00 | 0.8 |

4/28/2022   DRAFT NOTICE OF APPEAL

| 2519270 | JDG | 350.00 | $700.00 | 2.0 |

4/28/2022   PREPARATION OF SERVICE OF DESIGNATION OF RECORD ON APPEAL RE DOCKET 275 AND
STATEMENT OF ISSUES ON APPEAL; EFILE PROOF OF SERVICE; PPO SERVICE LIST

| 2517206 | LC | 250.00 | $250.00 | 1.0 |

4/28/2022   PREPARATION OF AMENDED STATEMENT OF ISSUES ON APPEAL RE DOCKET 275, SERVE AND
EFILE

| 2517208 | LC | 250.00 | $100.00 | 0.4 |

4/28/2022    SALE ORDER APPEALS - CALL WITH COMPASS COUNSEL RE APPEALS AND RELATED ISSUES

| 2515377 | TMA | 620.00 | $124.00 | 0.2 |

4/28/2022    DEBTOR APPEAL OF SALE ORDER - DRAFT AMENDED STATEMENT OF ISSUES ON APPAL

| 2516697 | TMA | 620.00 | $186.00 | 0.3 |

5/5/2022    CALL WITH BUYER COUNSEL RE PENDING APPEALS

| 2518280 | TMA | 620.00 | $124.00 | 0.2 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

| | 11/8/2022 | Page # | 63 |
|---|---|---|---|
| | From Date | 4/16/2022 | |
| | To Date | 10/31/2022 | |

| | | | | |
|---|---|---|---|---|
| 5/13/2022 | THREE RELATED APPEALS OF SALE ORDER - REVIEW STATEMENTS OF ISSUES AND DESIGNATIONS OF RECORD ON APPEAL, CHECK STATUS OF COMPLETION OF THE RECORD ON APPEAL AND THE SETTING OF BRIEFING SCHEDULES; AND RESEARCH RE THE SAME IN | | | |
| 2520725 | TMA | 620.00 | $992.00 | 1.6 |
| 5/13/2022 | THREE RELATED APPEALS OF SALE ORDER - RESEARCH RE DEFINITION OF RELATED CASES AND NOTICES OF RELATED CASES AND REVIEW AND FINALIZE NOTICES OF RELATED CASES TO BE FILED IN EACH APPEAL. | | | |
| 2520787 | TMA | 620.00 | $1,116.00 | 1.8 |
| 5/16/2022 | PREPARATION OF THREE NOTICES OF RELATED CASES IN DISTRICT COURT, SERVE AND FILE; PPO CONSOLIDATED SERVICE LIST; ANALYSIS OF COURT DOCKETS | | | |
| 2521782 | LC | 250.00 | $625.00 | 2.5 |
| 5/18/2022 | PREPARATION OF CORRESPONDENCE TO FILING MOTION TO DISMISS APPEAL AS MOOT | | | |
| 2521477 | DBG | 650.00 | $65.00 | 0.1 |
| 5/18/2022 | EMAILS RE MOTION TO DISMISS APPEALS AS MOOT | | | |
| 2521414 | TMA | 620.00 | $62.00 | 0.1 |
| 5/18/2022 | ANALYSIS OF RESPONSES TO NOTICES OF RELATED APPEALS | | | |
| 2526801 | TMA | 620.00 | $248.00 | 0.4 |
| 5/25/2022 | REVIEW INFERNO APPEAL | | | |
| 2526688 | JDG | 350.00 | $70.00 | 0.2 |
| 5/25/2022 | RESEARCH REGARDING MOOTNESS ON APPEAL | | | |
| 2526690 | JDG | 350.00 | $1,260.00 | 3.6 |
| 5/25/2022 | DRAFT MOTION TO DISMISS INFERNO APPEAL | | | |
| 2526691 | JDG | 350.00 | $1,295.00 | 3.7 |
| 5/25/2022 | EMAILS RE MOTION TO DISMISS APPEALS AS MOOT | | | |
| 2523142 | TMA | 620.00 | $124.00 | 0.2 |
| 5/26/2022 | DRAFT MTD INFERNO APPEAL | | | |
| 2526695 | JDG | 350.00 | $945.00 | 2.7 |
| 5/27/2022 | DRAFT MTD INFERNO APPEAL | | | |
| 2526713 | JDG | 350.00 | $1,225.00 | 3.5 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **64** |
| **CASE #    9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

5/31/2022    REVIEW NOTES RE MTD INFERNO APPEAL

| 2526719 | JDG | 350.00 | $70.00 | 0.2 |
|---|---|---|---|---|

5/31/2022   DRAFT MTD INFERNO APPEAL

| 2526721 | JDG | 350.00 | $1,820.00 | 5.2 |
|---|---|---|---|---|

6/2/2022   REVISE MTD INFERNO APPEAL

| 2527066 | JDG | 350.00 | $1,155.00 | 3.3 |
|---|---|---|---|---|

6/3/2022   ANALYSIS OF DOCUMENTS RE: STATURE REPORT RE: HANKEY STATE COURT ACTION

| 2524660 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/3/2022   ANALYSIS OF CORRESPONDENCE FROM M. ROSENBLOOM RE: STAYING STATE COURT ACTION

| 2524682 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/7/2022   DRAFT MOTION TO DISMISS INFERNO APPEAL

| 2534994 | JDG | 350.00 | $875.00 | 2.5 |
|---|---|---|---|---|

6/7/2022   DRAFT REVISE MOTION TO DISMISS INFERNO APPEAL

| 2534995 | JDG | 350.00 | $700.00 | 2.0 |
|---|---|---|---|---|

6/7/2022   ANALYSIS OF MOTION TO DISMISS INFERNO APPEAL

| 2527369 | TMA | 620.00 | $372.00 | 0.6 |
|---|---|---|---|---|

6/10/2022   ANALYSIS OF DOCUMENTS RE: INFERNO COMPLAINT VS. DEBTOR AND HANKEY

| 2529002 | DBG | 650.00 | $390.00 | 0.6 |
|---|---|---|---|---|

6/10/2022   TELEPHONE CONFERENCE W/ CLIENT RE: LITIGATION FOR ESTATE TO PURSUE

| 2529281 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

6/13/2022   CONFERENCE CALL WITH T. GEHER RE: LITIGATION COMMENCED BY YOGI

| 2528590 | DBG | 650.00 | $325.00 | 0.5 |
|---|---|---|---|---|

6/13/2022   PREPARATION OF APPELLANT'S EXCEPRT OF RECORD

| 2535007 | JDG | 350.00 | $525.00 | 1.5 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | 11/8/2022 | Page # | **65** |
|---|---|---|---|
| CASE #   **9562** | **From Date** | **4/16/2022** | |
| | **To Date** | **10/31/2022** | |

6/14/2022   ANALYSIS OF DOCUMENTS RE: ASSERTING COUNTERCLAIMS AGAINST INFERNO AND
POTENTIALLY YOGI

| 2528998 | DBG | 650.00 | $845.00 | 1.3 |
|---|---|---|---|---|

6/14/2022   INITIAL REVIEW AND ANALYSIS OF EQUITABLE SUBORDINATION LITIGATION BROUGHT BY
CREDITORS IN ACTION / STRATEGIZE W/ DBG RE: BRINGING CROSS-COMPLAINT IN
CONNECTION WITH SAME.

| 2528916 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

6/14/2022   REVIEW AND ANALYZE COMPLAINT FOR EQUITABLE SUBORDINATION.

| 2529376 | JMR | 620.00 | $434.00 | 0.7 |
|---|---|---|---|---|

6/14/2022   EMAIL WITH COUNSEL TO THE BEVERLY HILLS ESTATES/RAYNI & BRANDEN WILLIAMS RE
APPEALS AND RELATED ISSUES

| 2528702 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

6/15/2022   CONFERENCE CALL WITH J. MOE RE: LITIGATION AND SUGGESTED MEDIATION

| 2529310 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

6/16/2022   ANALYSIS OF CORRESPONDENCE FROM KYRA RE: INFERNO COMPLAINT

| 2529537 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/16/2022   TELEPHONE CONFERENCE W/ CLIENT RE: INFERNO COMPLAINT AND COUNTER AND CROSS
CLAIMS OF ESTATE

| 2529670 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

6/16/2022   ANALYSIS OF CORRESPONDENCE FROM SHINDERMAN RE: YOGI CLAIMS

| 2529671 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/16/2022   ANALYSIS OF CORRESPONDENCE FROM T. GEHER RE: INFERNO COMPLAINT

| 2529800 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/16/2022   FURTHER REVIEW AND ANALYSIS OF COMPLAINT; REVIEW OF SUMMONS OF SERVICE
EXECUTED TO CONFIRM TIMELINE TO RESPOND TO SAME; STRATEGIZE RE: RESPONSE TO
COMPLAINT / BRINGING CROSS-ACTION; CONDUCT RESEARCH RE: STANDING OF ALIEN

| 2529521 | JMR | 620.00 | $2,232.00 | 3.6 |
|---|---|---|---|---|

6/16/2022   INFERNO ACTION - EMAIL WITH PLAINTIFF COUNSEL RE SERVICE OF COMPLAINT

| 2532498 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

6/17/2022   ANALYSIS OF NIAMI APPELLATE BRIEF

| 2535026 | JDG | 350.00 | $525.00 | 1.5 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/8/2022** | **Page #** | **66** |
| **CASE #   9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

6/17/2022   RESEARCH REGARDING MOTION TO VOLUNTARILY WITHDRAW APPEAL (LAW AND
PROCEDURE)

| 2535027 | JDG | 350.00 | $525.00 | 1.5 |
|---|---|---|---|---|

6/17/2022   DRAFT STIPULATION TO WITHDRAW PROTECTIVE CROSS-APPEAL

| 2535029 | JDG | 350.00 | $700.00 | 2.0 |
|---|---|---|---|---|

6/17/2022   REVIEW OF DOCKET AND DEADLINES FOR SCHEDULING CONFERENCE / SUBMISSION OF
STATUS REPORT.

| 2530010 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

6/17/2022   FURTHER REVIEW AND ANALYSIS OF COMPLAINT BY INFERNO / STRATEGIZE RE: AFFIRMATIVE
DEFENSES AND COUNTER-CLAIMS.

| 2530065 | JMR | 620.00 | $372.00 | 0.6 |
|---|---|---|---|---|

6/17/2022   EMAILS RE DISMISSAL OF INFERNO APPEAL AND REPLY BRIEF IN NIAMI APPEAL

| 2529552 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

6/17/2022   REVIEW STIPULATION TO DISMISS INFERNO APPEAL AND EMAIL RE SAME

| 2529913 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

6/20/2022   ANALYSIS OF DOCUMENTS FROM INFERNO RE: COMPLAINT DOCS

| 2530361 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/20/2022   CONDUCT FURTHER REVIEW AND ANALYSIS OF DOCUMENTS ON FILE IN MAIN BK ACTION.

| 2530489 | JMR | 620.00 | $1,054.00 | 1.7 |
|---|---|---|---|---|

6/20/2022   NIAMI APPEAL OF SALE ORDER - REVIEW JOINT MOTION TO EXTEND TIME FOR REPLY BRIEF
AND REVISIONS THERETO FROM OTHER COUNSEL

| 2530867 | TMA | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

6/20/2022   NIAMI APPEAL OF SALE ORDER - EMAILS WITH BROKER AND OTHER COUNSEL RE JOINT
MOTION TO EXTEND TIME FOR REPLY BRIEF

| 2530868 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

6/21/2022   PREPARATION OF CLAIMS AGAINST YOGI RE: ADVERSARY

| 2530914 | DBG | 650.00 | $390.00 | 0.6 |
|---|---|---|---|---|

6/21/2022   CONTINUE DRAFT REVIEW DOCUMENTS FILED IN MAIN BK ACTION AND REVIEW PROOFS OF
CLAIM FILED BY CREDITORS IN PREPARATION FOR DRAFTING ANSWER TO INFERNO
COMPLAINT / EXPLORING COUNTER-CLAIMS.

| 2530708 | JMR | 620.00 | $1,364.00 | 2.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | |
|---|---|---|
| **Crestlloyd LLC** | **11/8/2022** | **Page #** **67** |
| **CASE #** **9562** | **From Date** | **4/16/2022** |
| | **To Date** | **10/31/2022** |

6/21/2022   REVIEW AND ANALYSIS OF SETTLEMENT COMMS TO YOGI AND INCREASE IN LOAN BALANCE
OF APPROXIMATELY $400K / SUPPORTING DOCS RE: SAME IN PREPARATION FOR DRAFTING
CROSS-COMPLAINT AGAINST SAME.

| 2530744 | JMR | 620.00 | $806.00 | 1.3 |
|---|---|---|---|---|

6/21/2022   EMAILS RE DISMISSAL OF INFERNO AND DEBTOR APPEALS OF SALE ORDER

| 2530543 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

6/22/2022   ANALYSIS OF DOCUMENTS RE: NOTICE OF RULING RE: STATE COURT ACTION

| 2531233 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/22/2022   REVIEW AND STRATEGIZE RE: POTENTIAL CROSS-CLAIMS AGAINST YOGI AND HILDUN;
FURTHER REVIEW OF CREDITOR'S CLAIMS SUBMITTED BY SAME.

| 2530936 | JMR | 620.00 | $1,426.00 | 2.3 |
|---|---|---|---|---|

6/22/2022   PREPARE ANSWER TO COMPLAINT BY INFERNO.

| 2531034 | JMR | 620.00 | $1,736.00 | 2.8 |
|---|---|---|---|---|

6/22/2022   STRATEGIZE RE: ADDITIONAL CROSS-CLAIMS WHICH MAYBE BROUGHT AGAINST VARIOUS
SECURED DEBTORS IN ACTION / ISSUES PERTAINING TO D&O INSURANCE AND POSSIBLE
CLAIMS.

| 2531175 | JMR | 620.00 | $372.00 | 0.6 |
|---|---|---|---|---|

6/22/2022   INFERNO APPEAL - EMAIL WITH BUYER COUNSEL RE DISMISSAL OF APPEAL

| 2530877 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

6/23/2022   PREPARATION OF CORRESPONDENCE TO DOUG WITKINS RE: INSURANCE FOR CREDITOR
CLAIMS

| 2531227 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/23/2022   ANALYSIS OF CORRESPONDENCE FROM GEHER RE: COUNTERCLAIMS IN INFERNO LITIGATION

| 2531267 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

6/23/2022   CONFERENCE CALL WITH H. RAFATJOO RE: LITIGATION AND POSSIBLE CLAIMS VS. NILE

| 2531560 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

6/23/2022   CONTINUE DRAFT AND REVISE ANSWER TO INFERNO COMPLAINT.

| 2531212 | JMR | 620.00 | $558.00 | 0.9 |
|---|---|---|---|---|

6/23/2022   CONFERENCE W/ COUNSEL FOR HANKEY (T. GEHER) RE: INFERNO'S COMPLAINT.

| 2531236 | JMR | 620.00 | $620.00 | 1.0 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **68** |
| **CASE #** | **9562** | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

6/23/2022   FURTHER STRATEGIZE W/ DBG RE: POTENTIAL CROSS-COMPLAINTS AGAINST INFERNO AND YOGI.

| 2531412 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

6/23/2022   FURTHER REVISIONS TO ANSWER TO COMPLAINT; FURTHER OUTLINING OF POTENTIAL COUNTER-CLAIMS AGAINST INFERNO, YOGI, AND HILDUN; CONTINUE REVIEW FILE AND DOCKET IN PREPARATION FOR DRAFTING SAME.

| 2531689 | JMR | 620.00 | $1,426.00 | 2.3 |
|---|---|---|---|---|

6/24/2022   CONFERENCE CALL WITH SHINDERMAN RE: CLAIMS VS. YOGI

| 2531546 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

6/24/2022   ATTEND TO COMPLAINT WITH INFERNO AND ALLEGED BREACHES

| 2536028 | DBG | 650.00 | $390.00 | 0.6 |
|---|---|---|---|---|

6/24/2022   PHONE CALL W/ COMMUNICATIONS WITH T. GEHER (COUNSEL FOR HANKEY) RE: INFERNO'S COMPLAINT.

| 2531551 | JMR | 620.00 | $1,302.00 | 2.1 |
|---|---|---|---|---|

6/24/2022   CONTINUE REVIEW DOCUMENTS / STRATEGIZE RE: BRINGING COUNTERCLAIMS IN INFERNO'S ACTION; COMMS W/ DBG RE: POTENTIAL BREACHES OF FIDUCIARY DUTY CLAIMS.

| 2531553 | JMR | 620.00 | $1,116.00 | 1.8 |
|---|---|---|---|---|

6/27/2022   RESEARCH REGARDING MOTION TO DISMISS APPEAL

| 2535081 | JDG | 350.00 | $350.00 | 1.0 |
|---|---|---|---|---|

6/27/2022   DRAFT MOTION TO DISMISS PROTECTIVE CROSS-APPEAL

| 2535083 | JDG | 350.00 | $175.00 | 0.5 |
|---|---|---|---|---|

6/27/2022   CONTINUE REVIEW ALL AVAILABLE LOAN DOCUMENTS AND DEEDS OF TRUST IN PREPARATION FOR DRAFTING CROSS-COMPLAINT / DRAFTING OF SAME / REVISIONS OF ANSWER TO INFERNO COMPLAINT RE: SAME.

| 2532983 | JMR | 620.00 | $2,108.00 | 3.4 |
|---|---|---|---|---|

6/27/2022   REVIEW REVISED STIPULATION WITH RECEIVER FOR RFS TO FILE FINAL REPORT IN STATE COURT AND ORDER THEREON AND REVISE THE SAME

| 2532416 | TMA | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

6/27/2022   EMAILS WITH OPPOSING COUNSEL RE REVISED STIPULATION WITH RECEIVER FOR RFS TO FILE FINAL REPORT IN STATE COURT AND ORDER THEREON

| 2532417 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

6/28/2022   CONTINUE TO COMPILE RECORDS OF DEEDS OF TRUST AND EXAMINE RECORD / FILE IN CONNECTION WITH DRAFTING COMPULSORY CROSS-CLAIMS AGAINST INFERNO AND YOGI.

| 2533099 | JMR | 620.00 | $1,674.00 | 2.7 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | | |
|---|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | | Page # | **69** |
| **CASE #** | **9562** | **From Date** | | **4/16/2022** | |
| | | **To Date** | | **10/31/2022** | |

6/29/2022   CONTINUE PREPARE ANSWER TO COMPLAINT BY INFERNO AND CROSS-COMPLAINT AGAINST INFERNO / YOGI.

| | | | | |
|---|---|---|---|---|
| 2533630 | JMR | 620.00 | $1,736.00 | 2.8 |

6/30/2022   REVISE AND FURTHER DRAFTING OF ANSWER TO COMPLAINT; CONTINUE STRATEGIZE RE: ADDITIONAL AFFIRMATIVE DEFENSES.

| | | | | |
|---|---|---|---|---|
| 2533736 | JMR | 620.00 | $806.00 | 1.3 |

6/30/2022   CONTINUE DRAFT CROSS-COMPLAINT AGAINST BOTH INFERNO AND YOGI FOR RECHARACTERIZATION / EQUITABLE SUBORDINATION.

| | | | | |
|---|---|---|---|---|
| 2533737 | JMR | 620.00 | $1,612.00 | 2.6 |

7/1/2022   ANALYSIS OF DOCUMENTS FROM L. DARMIENTO RE: LITIGATION OVER SECURED POSITIONS

| | | | | |
|---|---|---|---|---|
| 2535633 | DBG | 650.00 | $65.00 | 0.1 |

7/1/2022   CONFERENCE CALL WITH JOHN MOE RE: CLAIMS VS. YOGI

| | | | | |
|---|---|---|---|---|
| 2535700 | DBG | 650.00 | $130.00 | 0.2 |

7/1/2022   CONFERENCE CALL WITH RE: PROPERTY AND TRANSACTION ANALYSIS TO TRACE FUNDS

| | | | | |
|---|---|---|---|---|
| 2536035 | DBG | 650.00 | $195.00 | 0.3 |

7/1/2022   FURTHER REVIEW AND STRATEGIZE RE: CLAIM OBJECTIONS TO CLAIMS OF YOGI, INFERNO, AND HILDUN; REVIEW OF PROOFS OF CLAIM SUBMITTED BY ALL CREDITORS.

| | | | | |
|---|---|---|---|---|
| 2533865 | JMR | 620.00 | $868.00 | 1.4 |

7/1/2022   NIAMI APPEAL - REVIEW OPENING BRIEF AND APPENDIX OF EXHIBITS

| | | | | |
|---|---|---|---|---|
| 2533893 | TMA | 620.00 | $2,170.00 | 3.5 |

7/1/2022   INFERNO APPEAL - REVIEW STIP TO DISMISS APPEAL AND ORDER THEREON

| | | | | |
|---|---|---|---|---|
| 2533896 | TMA | 620.00 | $124.00 | 0.2 |

7/3/2022   FURTHER STRAETGIZE RE: RECHARACTERIZATION CLAIMS AGAINST YOGI.

| | | | | |
|---|---|---|---|---|
| 2534518 | JMR | 620.00 | $434.00 | 0.7 |

7/5/2022   PREPARATION OF DOCS RE: CLAIMS VS. YOGI AND INFERNO

| | | | | |
|---|---|---|---|---|
| 2535210 | DBG | 650.00 | $455.00 | 0.7 |

7/5/2022   RESEARCH REGARDING AUCTIONEER FEES ISSUE

| | | | | |
|---|---|---|---|---|
| 2543133 | JDG | 350.00 | $1,750.00 | 5.0 |

DETAILED ACTIVITIES

| | | | | |
|---|---|---|---|---|
| Crestlloyd LLC | | 11/8/2022 | Page # | 70 |
| CASE #    9562 | | From Date | 4/16/2022 | |
| | | To Date | 10/31/2022 | |

7/5/2022    COORDINATE W/ TJY RE: OBTAINING CHAIN OF TITLE DOCS ON ALL OTHER YOGI PROPERTIES

| 2534521 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

7/5/2022    STRATEGIZE RE: FURTHER AFFIRMATIVE DEFENSES TO ACTION FOR RESCISSION / DECLARATORY RELIEF ACTIONS BROUGHT BY INFERNO; FURTHER REVISIONS TO ANSWER RE: SAME.

| 2534690 | JMR | 620.00 | $744.00 | 1.2 |
|---|---|---|---|---|

7/5/2022    CONTINUE REVIEW OF FILES AND HISTORY OF TRANSACTIONS / DEEDS OF TRUSTS / PROMISSORY NOTES BETWEEN CRESTLLOYD, YOGI, INFERNO, HILDUN, AND HANKEY; CONTINUE STRATEGZIE RE: ADDITIONAL CAUSES OF ACTION TO INCLUDE IN CROSS-

| 2534691 | JMR | 620.00 | $2,728.00 | 4.4 |
|---|---|---|---|---|

7/5/2022    FURTHER REVIEW OF DOCUMENTS AND CONDUCT RESEARCH / ANALYZE POTENTIAL CAUSES OF ACTION AGAINST N. NIAMI AND RELATED ENTITIES (1362 LONDONDERRY / MARBELLA INC / N:PHILANTHROPY LLC) RE: BREACH OF FIDUCIARY DUTY / FRAUDULENT TRANSFER.

| 2535653 | JMR | 620.00 | $992.00 | 1.6 |
|---|---|---|---|---|

7/6/2022    TELEPHONE CONFERENCE W/ CLIENT RE: CLAIMS VS. NILE

| 2535628 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

7/6/2022    PREPARATION OF RESPONSE TO INFERNO AND COUNTER CLAIMS

| 2536005 | DBG | 650.00 | $390.00 | 0.6 |
|---|---|---|---|---|

7/6/2022    RESEARCH REGARDING AUCTIONEER FEE ISSUE ON APPEAL

| 2543136 | JDG | 350.00 | $1,295.00 | 3.7 |
|---|---|---|---|---|

7/6/2022    REVIEW AND REVISE ANSWER TO COMPLAINT; STRATEGIZE W/ DBG RE: ADDITIONAL AFFIRMATIVE DEFENSES / UPCOMING DEADLINES.

| 2535259 | JMR | 620.00 | $806.00 | 1.3 |
|---|---|---|---|---|

7/6/2022    CONTINUE DRAFT COMPREHENSIVE CROSS-COMPLAINT AGAINST ALL INVOLVED PARTIES IN THE INFERNO / YOGI / HILLDUN DISPUTE; CONTINUE PREPARE ALL EXHIBITS TO SAME STRATEGIZE RE: BRINGING IN ADDITIONAL PARTIES / CAUSES OF ACTION; CONDUCT LEGAL

| 2535262 | JMR | 620.00 | $4,154.00 | 6.7 |
|---|---|---|---|---|

7/6/2022    REVIEW OF CHAIN OF TITLE DOCUMENTS FROM TJY RE: HILLCREST PROPERTY; LONDONDERRY PROPERTY; STONE RIDGE PROPERTY; BELLAGIO PROPERTY, AND CARCCASSONNE PROPERTY.

| 2535462 | JMR | 620.00 | $434.00 | 0.7 |
|---|---|---|---|---|

7/6/2022    CONFERENCE W/ DBG RE: ADDITIONAL DEFENDANTS TO BRING IN ADVERSARY CROSS-COMPLAINT.

| 2535598 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

7/7/2022    PREPARATION OF COMPLAINT VS. NIAMI, YOGI AND INFERNO AND DISCUSS

| 2535931 | DBG | 650.00 | $1,040.00 | 1.6 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **71** |
| **CASE #** | **9562** | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

7/7/2022    RESEARCH REGARDING NOTICE RULES FOR MOTION TO WITHDRAW APPEAL

| 2543142 | JDG | 350.00 | $525.00 | 1.5 |
|---|---|---|---|---|

7/7/2022    DRAFT MOTION, ORDER, AND NOTICE OF WITHDRAWAL OF APPEAL

| 2543143 | JDG | 350.00 | $420.00 | 1.2 |
|---|---|---|---|---|

7/7/2022    DRAFT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

| 2543144 | JDG | 350.00 | $210.00 | 0.6 |
|---|---|---|---|---|

7/7/2022    CONTINUE DRAFT COMPREHENSIVE CROSS-COMPLAINT AGAINST ALL INVOLVED PARTIES; CONTINUE PREPARE ALL EXHIBITS TO SAME.

| 2535654 | JMR | 620.00 | $1,736.00 | 2.8 |
|---|---|---|---|---|

7/7/2022    PHONE CALL W/ COUNSEL FOR HANKEY CAPITAL (T. GEHER) RE: CONTEMPLATED CROSS-COMPLAINT AND POTENTIAL CLAIMS FOR DISALLOWANCE OF CLAIMS UNDER SECTION 502(D).

| 2535815 | JMR | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

7/7/2022    COMMS W/ COUNSEL FOR INFERNO (K. ANDRASSY) RE: STIPULATION TO EXTEND TIME TO RESPOND TO INFERNO'S COMPLAINT.

| 2535818 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

7/7/2022    REVIEW AND REVISE PROPOSED STIP FOR EXTENSION OF TIME TO RESPOND TO INFERNO COMPLAINT; FURTHER COMMS W/ COUNSEL FOR INFERNO RE: SAME.

| 2535839 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

7/7/2022    APPEALS OF SALE ORDER - REVIEW AND REVISE MOTION TO DISMISS APPEALS

| 2543458 | TMA | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

7/7/2022    APPEALS OF SALE ORDER - RESEARCH RE PROCEDURE FOR MOTION TO DISMISS APPEALS

| 2543459 | TMA | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

7/7/2022    APPEALS OF SALE ORDER - EMAILS RE MOTION TO DISMISS APPEALS

| 2543460 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

7/8/2022    FURTHER DRAFTING OF CROSS-COMPLAINT AGAINST INFERNO, NIAMI PARTIES, YOGI PARTIES AND PREPARATION FOR ADDITIONAL EXHIBITS TO SAME.

| 2535930 | JMR | 620.00 | $806.00 | 1.3 |
|---|---|---|---|---|

7/8/2022    FOLLOW UP COMMS W/ P. SORRELL, COUNSEL FRO INFERNO RE: STIPULATION FOR ADDITIONAL TIME FOR COMPLAINT / COORDINATE FILING OF SAME / LODGING OF ORDER.

| 2536073 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | 11/8/2022 | | Page # | 72 |
|---|---|---|---|---|
| CASE #     9562 | From Date | | 4/16/2022 | |
| | To Date | | 10/31/2022 | |

| | | | | |
|---|---|---|---|---|
| 7/8/2022 | REVIEW ADDITIONAL CLOSING STATEMENTS, TITLE HISTORY, NOTES AND DEEDS OF TRUST RELATED TO OTHER NIAMI PROPERTIES / STRATEGIZE RE: ADDITIONAL CAUSES OF ACTION TC INCLUDE IN COMPLAINT. | | | |
| 2536074 | JMR | 620.00 | $992.00 | 1.6 |
| 7/9/2022 | INFERNO ACTION - REVIEW STIPULATION TO EXTEND TIME TO RESPOND TO COMPLIANT | | | |
| 2536133 | TMA | 620.00 | $62.00 | 0.1 |
| 7/9/2022 | INFERNO ACTION - RESEARCH RE DEADLINE TO FILE CROSS-CLAIMS | | | |
| 2536134 | TMA | 620.00 | $62.00 | 0.1 |
| 7/10/2022 | EMAIL TO TMA RE: APPEARING IN ACTION / RECEIVING ECF NOTICES / ISSUES PERTAINING TO SAME. | | | |
| 2536151 | JMR | 620.00 | $62.00 | 0.1 |
| 7/11/2022 | CONFERENCE CALL WITH SECURED CRED RE: DECLARATORY RELIEF CLAIMS | | | |
| 2536202 | DBG | 650.00 | $195.00 | 0.3 |
| 7/11/2022 | EMAIL EXCHANGE WITH APPELLEES CIRCULATING STIPULATION TO WITHDRAW APPEAL | | | |
| 2543154 | JDG | 350.00 | $350.00 | 1.0 |
| 7/11/2022 | FURTHER RESPOND TO CAUSES OF ACTION IN CROSS-COMPLIANT VS. MAKING CLAIM OBJECTIONS AND BRINGING ACTIONS AS CONTESTED MATTERS; STRATEGZIE W/ TMA RE: SAME. | | | |
| 2536373 | JMR | 620.00 | $248.00 | 0.4 |
| 7/11/2022 | CONTINUE TO PREPARE CROSS-COMPLAINT WITH EMPHASIS ON POTENTIAL CAUSES OF ACTION AGAINST YOGI PARTIES. | | | |
| 2536494 | JMR | 620.00 | $1,364.00 | 2.2 |
| 7/11/2022 | CRESTLLOYD APPEAL OF SALE ORDER - REVISE STIPULATION TO DISMISS | | | |
| 2536329 | TMA | 620.00 | $434.00 | 0.7 |
| 7/11/2022 | CRESTLLOYD APPEAL OF SALE ORDER - EMAIL WITH APPELLEE COUNSEL RE STIPULATION TC DISMISS APPEAL | | | |
| 2536409 | TMA | 620.00 | $124.00 | 0.2 |
| 7/11/2022 | THREE APPEALS OF SALE ORDER - REVIEW NOTICES OF TRANSFER AND DISMISSALS OF TWO APPEALS | | | |
| 2543452 | TMA | 620.00 | $496.00 | 0.8 |
| 7/12/2022 | REVISE STIPULATION TO WITHDRAW APPEAL | | | |
| 2543164 | JDG | 350.00 | $35.00 | 0.1 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #** **9562**

11/8/2022     Page #    **73**

**From Date**    **4/16/2022**
**To Date**    **10/31/2022**

| Date | Description | ID | | Rate | Amount | Hours |
|------|-------------|-----|--|------|--------|-------|
| 7/12/2022 | EMAIL EXCHANGE WITH APPELLEES RE STIPULATION TO WITHDRAW APPEAL | | | | | |
| | | 2543165 | JDG | 350.00 | $140.00 | 0.4 |
| 7/12/2022 | FURTHER REVIEW OF DEEDS OF TRUST AND PROMISSORY NOTES SIGNED IN FAVOR OF YOGI IN CONNECTION WITH DRAFTING CROSS-COMPLAINT AND PREPARE TIMELINE OF SAME. | | | | | |
| | | 2536791 | JMR | 620.00 | $1,488.00 | 2.4 |
| 7/12/2022 | REVIEW DOCKET / COURT ORDERS ON STIPULATIONS FOR ADDITIONAL TIME FOR YOGI AND CRESTLLOYD TO RESPOND TO INFERNO COMPLAINT. | | | | | |
| | | 2536793 | JMR | 620.00 | $62.00 | 0.1 |
| 7/12/2022 | CRESTLLOYD APPEAL OF SALE ORDER - EMAILS WITH APPELLEES RE STIPULATION TO DISMISS APPEAL | | | | | |
| | | 2536449 | TMA | 620.00 | $124.00 | 0.2 |
| 7/13/2022 | EMAIL EXCHANGE WITH APPELLEES RE STIPULATION TO WITHDRAW APPEAL | | | | | |
| | | 2543176 | JDG | 350.00 | $175.00 | 0.5 |
| 7/13/2022 | EMAIL EXCHANGE WITH CHICAGO TITLE COMPANY RE STIPULATION TO WITHDRAW APPEAL | | | | | |
| | | 2543181 | JDG | 350.00 | $70.00 | 0.2 |
| 7/13/2022 | TELEPHONE CONFERENCE WITH TUCHMAN (TBHE) RE STIPULATION TO WITHDRAW APPEAL | | | | | |
| | | 2543182 | JDG | 350.00 | $140.00 | 0.4 |
| 7/13/2022 | CONDUCT RESEARCH RE: WHETHER CONTESTED MATTERS (SUCH AS CLAIM OBJECTIONS) NEED BE BROUGHT AT THE SAME TIME AS CROSS-COMPLAINTS IN MATTERS CONCERNING CLAIM PAYMENT ORDER. | | | | | |
| | | 2536944 | JMR | 620.00 | $1,426.00 | 2.3 |
| 7/13/2022 | CONTINUE REVIEW CHAIN OF TITLE DOCUMENTS FROM ALL NIAMI RELATED PROPERTIES INVOLED WITH YOGI IN CONNECTION WITH DRAFTING COMPLAINT. | | | | | |
| | | 2539308 | JMR | 620.00 | $744.00 | 1.2 |
| 7/13/2022 | CRESTLLOYD APPEAL OF SALE ORDER - EMAILS WITH APPELLEES RE STIPULATION TO DISMISS APPEAL | | | | | |
| | | 2536853 | TMA | 620.00 | $186.00 | 0.3 |
| 7/14/2022 | EMAIL EXCHANGE WITH TUCHMAN (TBHE) RE STIPULATION TO WITHDRAW APPEAL | | | | | |
| | | 2543190 | JDG | 350.00 | $35.00 | 0.1 |
| 7/14/2022 | FURTHER DRAFTING OF CROSS-COMPLAINT RE: RECHARACTERIZATION OF YOGI'S DEBT AND FRAUDULENT TRANSFER CAUSES OF ACTION. | | | | | |
| | | 2537123 | JMR | 620.00 | $1,116.00 | 1.8 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022          Page #          **74**

**From Date          4/16/2022**
**To Date          10/31/2022**

7/18/2022    PREPARATION OF SIPULATION TO WITHDRAW APPEAL FOR FILING

| | | | | |
|---|---|---|---|---|
| 2543206 | JDG | 350.00 | $35.00 | 0.1 |

7/18/2022    RESEARCH REGARDING PROCEDURE FOR FILING STIP TO WITHDRAW APPEAL

| | | | | |
|---|---|---|---|---|
| 2543208 | JDG | 350.00 | $210.00 | 0.6 |

7/18/2022    REVISE STIP. TO WITHDRAW APPEAL

| | | | | |
|---|---|---|---|---|
| 2543210 | JDG | 350.00 | $35.00 | 0.1 |

7/18/2022    CRESTLLOYD APPEAL OF SALE ORDER - FINALIZE STIPULATION TO DISMISS AND ORDER THEREON

| | | | | |
|---|---|---|---|---|
| 2537563 | TMA | 620.00 | $124.00 | 0.2 |

7/19/2022    FURTHER DRAFTING OF COMPLAINT SECTIONS AGAINST YOGI AND RELATED ENGLANOFF INDIVIDUALS AND ENTITIES.

| | | | | |
|---|---|---|---|---|
| 2538130 | JMR | 620.00 | $1,674.00 | 2.7 |

7/20/2022    CONTINUE REVIEW CHAIN OF TITLE DOCUMENTS ON ALL NIAMI RELATED ENTITIES / DRAFT SECTION OF GENERAL ALLEGATIONS IN COMPLAINT / PREPARE EXHIBITS TO SAME.

| | | | | |
|---|---|---|---|---|
| 2538311 | JMR | 620.00 | $806.00 | 1.3 |

7/20/2022    CRESTLLOYD APPEAL OF SALE ORDER - DISTRICT COURT ORDER DISMISSING APPEAL

| | | | | |
|---|---|---|---|---|
| 2538213 | TMA | 620.00 | $62.00 | 0.1 |

7/21/2022    CONTINUE REVIEW AND ANALYSIS OF DOCUMENTS ON FILE IN MAIN BANKRUPTCY ACTION, INCLUDING PROOFS OF CLAIMS FROM 1) HANKEY; 2) INFERNO; 3) YOGI; AND 4) NIAMI RELATED INDIVIDUALS / ENTITIES TO DETERMINE WHETHER TO BRING ANY FURTHER CAUSES OF

| | | | | |
|---|---|---|---|---|
| 2538764 | JMR | 620.00 | $992.00 | 1.6 |

7/21/2022    NIAMI APPEAL OF SALE ORDER - EMAILS WITH BROKER COUNSEL RE PAYMENTS MADE AND SETTLEMENT

| | | | | |
|---|---|---|---|---|
| 2538587 | TMA | 620.00 | $62.00 | 0.1 |

7/21/2022    NIAMI APPEAL OF SALE ORDER - EMAILS WITH BROKER COUNSEL RE POSSIBLE SETTLEMENT

| | | | | |
|---|---|---|---|---|
| 2538590 | TMA | 620.00 | $186.00 | 0.3 |

7/25/2022    ANALYSIS OF HILDUM'S ANSWER TO INFERNO COMPLAINT

| | | | | |
|---|---|---|---|---|
| 2539063 | DBG | 650.00 | $65.00 | 0.1 |

7/25/2022    ANALYSIS OF CORRESPONDENCE P. SORRELL RE: MEET AND CONFER RE: INFERNO

| | | | | |
|---|---|---|---|---|
| 2539818 | DBG | 650.00 | $65.00 | 0.1 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/8/2022** | **Page #** | **75** |
| **CASE #** | **9562** | **From Date** | | **4/16/2022** |
| | | **To Date** | | **10/31/2022** |

7/25/2022   EMAIL EXCHANGE WITH CHARTWELL RE STIP.

| 2543245 | JDG | 350.00 | $35.00 | 0.1 |
|---|---|---|---|---|

7/25/2022   FURTHER DRAFTING OF COMPLAINT AND SECTIONS PERTAINING TO YOGI / FRAUDULENT TRANSFERS BY YOGI TO RELATED INDIVIDUALS / ENTITIES.

| 2539298 | JMR | 620.00 | $1,116.00 | 1.8 |
|---|---|---|---|---|

7/25/2022   COMMS FROM COUNSEL FOR INFERNO RE: MEET AND CONFER; STRATEGIZE W/ DBG RE: SAME.

| 2539752 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

7/26/2022   TELEPHONE CONF. W/ OPP COUNSEL H. RAFATJOO RE: INFERNO ACTION AND CLAIMS AGAINST NILE

| 2539908 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

7/26/2022   STRATEGIZE W/ DBG RE: CONTENTS OF ANSWER TO INFERNO COMPLAINT AND CONTEMPLATED CROSS-COMPLAINT / ISSUES RE: AMENDING DISCLOSURES ON EMPLOYMENT APPLICATION.

| 2539823 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

7/26/2022   CONTINUE DRAFT CROSS-COMPLAINT AGAINST ALL PARTIES INVOLVED WITH FUNDING / DEVELOPMENT OF ARIOLE PROPERTY; FURTHER ANALYSIS OF POTENTIAL CLAIMS AGAINST HILDUN.

| 2539824 | JMR | 620.00 | $1,116.00 | 1.8 |
|---|---|---|---|---|

7/26/2022   EMAILS W/ COUNSEL FOR INFERNO (P. SORRELL) RE: RULE 26 MEETING OF COUNSEL.

| 2540163 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

7/26/2022   MULTIPLE COMMS W/ COUNSEL FOR HILDUN IN ADVANCE OF RESPONDING TO INFERNO COMPLAINT.

| 2540367 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

7/27/2022   CONTINUE DRAFT, REVIEW, AND REVISE CROSS-COMPLAINT AGAINST ALL PARTIES IN INFERNO ACTION; REVIEW AND REVISE SAME.

| 2540384 | JMR | 620.00 | $3,906.00 | 6.3 |
|---|---|---|---|---|

7/27/2022   COMMS W/ COUNSEL FOR HILDUN (S. GUBNER) RE: POTENTIAL CLAIMS.

| 2540410 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

7/27/2022   COMMS W/ COUNSEL FOR INFERNO RE: ARRANGING RULE 26 CONFERENCE.

| 2540411 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

7/27/2022   FURTHER STRATEGIZE RE: ADDITIONAL CAUSES OF ACTIONS AND CLAIM OBJECTIONS TO BRING AGAINST N. NIAMI AND OTHER PARTIES; FURTHER INVESTIGATION OF BUYERS OF VARIOUS REAL PROPERTIES COLLATERALIZED AS PART OF YOGI AGREEMENTS.

| 2540682 | JMR | 620.00 | $744.00 | 1.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

11/8/2022          Page #          76

From Date          4/16/2022
To Date          10/31/2022

7/28/2022   ANALYSIS OF CORRESPONDENCE FROM K. ANDRASSY RE: MEET AND CONFER

| 2540736 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/28/2022   ANALYSIS OF DOCUMENTS FROM COMPASS COUNSEL RE: APPEAL

| 2540739 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

7/28/2022   ANALYSIS OF CORRESPONDENCE FROM RAFATJOO RE: CLAIMS VS. NILE NIAMI

| 2540756 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/28/2022   PREPARATION OF CORRESPONDENCE TO CLIENT RE: NIAMI INDIVIDUAL CLAIMS TO PURSUE

| 2540758 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/28/2022   ANALYSIS OF CORRESPONDENCE FROM E. ROWEN RE: MEET AND CONFER

| 2541179 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/28/2022   ATTEND TO COMPLAINT RE: SECURED CREDITORS AND N. NIAMI

| 2542361 | DBG | 650.00 | $910.00 | 1.4 |
|---|---|---|---|---|

7/28/2022   FURTHER PREPARATION OF EXHIBITS TO COMPLAINT.

| 2540688 | JMR | 620.00 | $434.00 | 0.7 |
|---|---|---|---|---|

7/28/2022   REVIEW, PROOF, REVISE CROSS-COMPLAINT AND ANSWER TO INFERNO COMPLAINT;
STRATEGIZE W/ CRESTLLOYD TEAM RE: THEORIES OF RECOVERY AND AFFIRMATIVE
DEFENSES TO PURSUE IN ACTION AND WHETHER TO BRING AS PART OF CROSS-COMPLAINT

| 2540689 | JMR | 620.00 | $1,984.00 | 3.2 |
|---|---|---|---|---|

7/28/2022   FOLLOWUP COMMS W/ K. ANDRASSY RE: SCHEDULING OF RULE 26 CONFERENCE OF
COUNSEL.

| 2540699 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

7/28/2022   COMMS W/ CRO / DBG RE: ANTICIPATED BREACH OF FIDUCIARY DUTY CLAIMS AGAINST NILE
AND YVONNE NIAMI.

| 2540775 | JMR | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

7/29/2022   STRATEGIZE RE: ADDITIONAL ALLEGATIONS TO INCLUDE IN CROSS-COMPLAINT RE:
CONSTRUCTIVE FRAUDULENT TRANSFER VS. ACTUAL INTENT FRAUDULENT TRANSFER.

| 2541263 | JMR | 620.00 | $434.00 | 0.7 |
|---|---|---|---|---|

8/1/2022   ANALYSIS OF CORRESPONDENCE FROM KYRA RE: R. 26 MEETING

| 2541752 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| Crestlloyd LLC | | 11/8/2022 | Page # | 77 |
| CASE #    9562 | | From Date | 4/16/2022 | |
| | | To Date | 10/31/2022 | |

8/1/2022    FOLLOW UP W/ DBG RE: CROSS-COMPLAINT AND STRATEGIZE RE: CLAIMS TO BRING IN SAME.

| 2541821 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

8/2/2022    FURTHER STRATEGIZE W/ DBG RE: AIMS FOR CROSS-COMPLAINT AND REVISION OF ALLEGATIONS / CONTEMPLATED CLAIMS.

| 2542190 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

8/2/2022    TELEPHONICALLY ATTEND RULE 26 CONFERENCE OF COUNSEL.

| 2542193 | JMR | 620.00 | $310.00 | 0.5 |
|---|---|---|---|---|

8/2/2022    DRAFT AND PREPARE CRESTLLOYD'S ADDENDUM TO JOINT STATUS REPORT IN ADVANCE OF SCHEDULING CONFERENCE.

| 2542589 | JMR | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

8/3/2022    FOLLOW UP W/ CRO TEAM RE: DRAFT ANSWER AND COMPLAINT.

| 2542673 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/3/2022    REVIEW AND ANALYSIS OF HANKEY CAPITAL'S STATUS CONFERENCE STATEMENT.

| 2542731 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/3/2022    MOISES LOPEZ V. CRESTLLOYD, LLC - EMAILS WITH CLIENT AND DEPARTMENT OF INDUSTRIAL RELATIONS RE ACTION AND EQUITY OWNER OF CRESTLLOYD

| 2538011 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/4/2022    ADVISE RE CROSS-COMPLAINT FOR FRAUDULENT TRANSFER AND RELATED CLAIMS

| 2543297 | BRY | 635.00 | $317.50 | 0.5 |
|---|---|---|---|---|

8/4/2022    PREPARATION OF COUNTERCLAIMS

| 2545641 | DBG | 650.00 | $520.00 | 0.8 |
|---|---|---|---|---|

8/4/2022    STRATEGIZE W/ BRY RE: ACTUAL FRAUDULENT TRANSFER VS. CONSTRUCTIVE FRAUDULENT TRANSFER AND DIFFERENTIATING CAUSES OF ACTION IN COMPLAINT.

| 2543293 | JMR | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

8/4/2022    REVISIONS TO COMPLAINT RE ADDITIONAL CAUSES OF ACTION RE: CONSTRUCTIVE VS. ACTUAL FRAUDULENT TRANSFER; STRATEGIZE RE: POTENTIAL STATUTE OF LIMITATIONS ISSUES POSED BY TRANSACTIONS RELATED TO YOGI 2017 NOTE.

| 2543306 | JMR | 620.00 | $1,674.00 | 2.7 |
|---|---|---|---|---|

8/4/2022    INFERNO ACTION - REVIEW AND REVISE CROSS-COMPLAINT

| 2536137 | TMA | 620.00 | $1,798.00 | 2.9 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/8/2022 | Page # | 78 |
|---|---|---|---|---|
| CASE #     9562 | | From Date | 4/16/2022 | |
| | | To Date | 10/31/2022 | |

8/4/2022    INFERNO ACTION - REVIEW ANSWER

| 2537990 | TMA | 620.00 | $496.00 | 0.8 |

8/4/2022    INFERNO ACTION - EMAILS WITH CLIENT RE ANSWER AND CROSS-COMPLAINT

| 2538009 | TMA | 620.00 | $62.00 | 0.1 |

8/4/2022    INFERNO ACTION - REVIEW LOAN DOCUMENTS AND LIENS RE COUNTER AND CROSS CLAIMS

| 2552213 | TMA | 620.00 | $1,364.00 | 2.2 |

8/5/2022    FURTHER REVISIONS TO DRAFT COMPLAINT TO ADDRESS STATUTE OF RESPONSE FOR
FRAUUDLENT TRANSFERS TO ENGLANOFFS.

| 2544028 | JMR | 620.00 | $248.00 | 0.4 |

8/6/2022    REVIEW DRAFT ANSWER AND CROSS-COMPLAINT AND ADVISE THEREON

| 2544055 | BRY | 635.00 | $3,365.50 | 5.3 |

8/6/2022    FURTHER STRATEGIZE W/ BRY RE: EDITS TO CROSS-COMPLAINT / ADDITIONAL AFFIRMATIVE
DEFENSES TO INCLUDE IN ANSWER.

| 2544080 | JMR | 620.00 | $186.00 | 0.3 |

8/7/2022    REVIEW AND REVISE ANSWER TO INFERNO COMPLAINT.

| 2544082 | JMR | 620.00 | $434.00 | 0.7 |

8/7/2022    REVIEW AND REVISE CROSS-COMPLAINT AGAINST INFERNO, YOGI PARTIES, NIAMI PARTIES,
AND HILLDUN.

| 2544083 | JMR | 620.00 | $806.00 | 1.3 |

8/8/2022    FURTHER REVISIONS TO CROSS-COMPLAINT PER BRY NOTES; BREAK OUT ADDITIONAL
CLAIMS FOR STATE LAW FRAUDULENT TRANSFER VS. BK CODE FRAUDULENT TRANSFER;
REVIEW AND ANALYZE OPERARATING AGREEMENT HISTORY OF DEBTOR CRESTLLOYD /

| 2544103 | JMR | 620.00 | $2,046.00 | 3.3 |

8/8/2022    FURTHER COMMS W/ S. GUBNER (COUNSEL FOR HILLDUN) RE: CONFIRMING NO CONFLICT.

| 2544300 | JMR | 620.00 | $124.00 | 0.2 |

8/9/2022    PREPARATION OF CLAIMS VS. THIRD PARTIES

| 2545647 | DBG | 650.00 | $780.00 | 1.2 |

8/9/2022    FURTHER REVISIONS AND EDITS TO COMPREHENSIVE CROSS COMPLAINT AGAINST ALL
PARTIES (INFERNO, YOGI, NIAMI PARTIES, HILLDUN).

| 2544327 | JMR | 620.00 | $3,906.00 | 6.3 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **79** |
| **CASE #** **9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

8/10/2022   ANALYSIS OF DOCUMENTS RE: HANKEY MOTION TO DISMISS COMPLAINT

| 2545646 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

8/10/2022   REVIEW ANSWER TO INFERNO COMPLAINT AND LNBYG X-COMPLAINT

| 2552099 | JDG | 350.00 | $280.00 | 0.8 |
|---|---|---|---|---|

8/10/2022   FINALIZE ANSWER TO INFERNO COMPLAINT AND COMPREHENSIVE CROSS-COMPLAINT
AGAINST ALL PARTIES; COORDINATE FILING AND SERVICE OF SAME.

| 2544497 | JMR | 620.00 | $1,612.00 | 2.6 |
|---|---|---|---|---|

8/10/2022   INITIAL REVIEW AND ANALSYSIS OF 12(B)(6) MOTION TO DISMISS INFERNO COMPLAINT FILED
BY HANKEY CAPITAL.

| 2544744 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

8/10/2022   INITIAL REVIEW AND ANALYSIS OF ANSWER TO INFERNO COMPLAINT FILED BY YOGI.

| 2544745 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

8/10/2022   PREPARATION OF PLEADING PREPARE, FILE AND SERVE (1) ANSWER TO COMPLAINT, (2)
CROSS-COMPLAINT

| 2545849 | LM | 250.00 | $400.00 | 1.6 |
|---|---|---|---|---|

8/10/2022   INFERNO ACTION - REVIEW DEBTOR ANSWER AND COUNTERCLAIM

| 2544516 | TMA | 620.00 | $1,488.00 | 2.4 |
|---|---|---|---|---|

8/10/2022   INFERNO ACTION - EMAILS WITH CLIENT RE DEBTOR ANSWER AND COUNTERCLAIM

| 2544517 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/11/2022   ANALYSIS OF YOGI'S RESPONSE TO COMPLAINT

| 2545648 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/11/2022   ANALYSIS OF YOGI'S COUNTERCLAIM VS. HANKEY

| 2545649 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/11/2022   REVIEW J. SALTZMAN'S ECF ORDER AND LOCAL RULE REFERENCED IN SAME RE: SERVICE OF
CHAMBER'S COPY OF CROSS-COMPLAINT / COORDINATE SAME.

| 2544820 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

8/11/2022   INFERNO ACTION - REVIEW YOGI COUNTER AND CROSS-CLAIMS

| 2552214 | TMA | 620.00 | $1,674.00 | 2.7 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **80** |
| **CASE #** **9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

8/12/2022    REVIEW CLERK'S DOCKET ENTRY REQUESTING FORM F7004; COMMS W/ TMA RE: SAME.

| 2545272 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

8/12/2022    REVIEW AND ANALYSIS OF MOTION FOR CONTEMPT SANCTIONS.

| 2545277 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

8/15/2022    ANALYSIS OF DOCUMENTS FROM N. EICKSON RE: ACCOUNTING

| 2546054 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/15/2022    PREPARE REQUEST FOR SERVICE OF SUMMONS TO ISSUE TO NEW THIRD-PARTY DEFENDANTS.

| 2545449 | JMR | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

8/15/2022    PREPARATION OF REQUEST THAT THE CLERK ISSUE ANOTHER SUMMONS, REVISE AND EFILE (INFERNO ADV.)

| 2545629 | LC | 250.00 | $125.00 | 0.5 |
|---|---|---|---|---|

8/17/2022    ANALYSIS OF DOCUMENTS YOGI'S CLAIMS VS. DEBTOR

| 2546256 | DBG | 650.00 | $325.00 | 0.5 |
|---|---|---|---|---|

8/17/2022    REVIEW AND ANALYSIS OF CROSS-CLAIMS BROUGHT BY YOGI AGAINST CRESTLLOYD; STRATEGIZE RE: RESPONSE TO SAME RE: CLAIMS FOR ACCOUNTING AND FOR DECL. RELIEF RE: HANKEY'S $12M DIP LOAN.

| 2546165 | JMR | 620.00 | $744.00 | 1.2 |
|---|---|---|---|---|

8/17/2022    REVIEW OF SUMMONS ISSUED BY CLERK; STRATEGIZE RE: SERVICE OF NEW PARTIES / DETERMINING IF COUNSEL WILL ACCEPT SERVICE.

| 2546239 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

8/18/2022    ANALYSIS OF DOCUMENTS FROM CLIENT RE: ACCOUNTING RE: INFERNO

| 2546339 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

8/18/2022    TELEPHONE CONFERENCE W/ CLIENT RE: YOGI CROSS-COMPLAINT

| 2546345 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

8/18/2022    TELEPHONE CONF. W/ OPP COUNSEL M. HOROUPIAN RE: LITIGATION VS. Y. NIAMI

| 2546494 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

8/18/2022    ANALYSIS OF DOCUMENTS FROM CLIENT RE: ACCOUNTING RE: YOGI TRANSACTION

| 2546496 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| Crestlloyd LLC | | 11/8/2022 | Page # | **81** |
| CASE # **9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

8/18/2022 TELEPHONICALLY ATTEND INITIAL SCHEDULING CONFERENCE BEFORE J. SALTZMAN.

| 2546102 | JMR | 620.00 | $372.00 | 0.6 |
|---|---|---|---|---|

8/18/2022 INVESTIGATE RE: WHEREABOUTS OF NEW THIRD PARTY CROSS-DEFENDANTS FOR PURPOSES OF SERVING CROSS-CLAIMS AND SUMMONS; STRATEGIZE W/ DBG RE: SAME; COORDINATE SERVICE OF SAME.

| 2546344 | JMR | 620.00 | $434.00 | 0.7 |
|---|---|---|---|---|

8/18/2022 EMAIL TO JOHN MOE RE: ACCEPTING SERVICE ON YOGI PARTIES.

| 2546420 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/18/2022 EMAIL TO H. RAFATAJOO RE: ACCEPTING SERVICE ON NIAMI PARTIES.

| 2546421 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/18/2022 EMAIL TO M. HAROUPIAN RE: ACCEPTING SERVICE ON NIAMI PARTIES.

| 2546422 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/18/2022 INITIAL REVIEW AND ANALYSIS OF ACCOUNTING DATA RE: PAYMENTS TO INFERNO AND TO YOGI FROM CLIENT.

| 2546429 | JMR | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

8/19/2022 ANALYSIS OF CORRESPONDENCE FROM H. RAFATJOO RE: CLAIMS VS. NILE NIAMI

| 2546559 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/19/2022 ANALYSIS OF CORRESPONDENCE FROM J. MOE RE: YOGI CLAIMS

| 2546695 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/19/2022 FOLLOW UP E-MAILS W/ OPPOSING COUNSELS FOR YOGI PARTIES / NIAMI PARTIES RE: ACCEPTING SERVICE OF CROSS-CLAIMS; PHONE CALL W/ JOHN MOE FOR YOGI RE: SAME.

| 2546567 | JMR | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

8/21/2022 REVIEW ORDER RE STATUS CONFERENCE AND SCHEDULING

| 2546733 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/22/2022 REVIEW OF YOGI'S COUNTER-CLAIMS AGAINST CRESTLLOYD IN PREPARATION FOR DRAFTING ANSWER TO SAME.

| 2547244 | JMR | 620.00 | $806.00 | 1.3 |
|---|---|---|---|---|

8/24/2022 ANALYSIS OF DOCUMENTS FROM GENEVIEVE RE: PROPOSED STIP TO LIMIT ISSUES ON APPEAL

| 2547427 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/8/2022** | **Page #** | **82** |
| **CASE #** | **9562** | **From Date** | | **4/16/2022** |
| | | **To Date** | | **10/31/2022** |

8/24/2022    FOLLOW UP COMMS W/ J. MOE (COUNSEL FOR YOGI) RE: STIP TO EXTEND TIME TO PLEAD TO RESPECTIVE CROSS-COMPLAINTS.

| 2547400 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/24/2022    FURTHER REVIEW OF YOGI'S CROSS-CLAIMS AND STRATEGIZE RE: AFFIRMATIVE DEFENSES TO BRING IN CONNECTION WITH SAME.

| 2547472 | JMR | 620.00 | $372.00 | 0.6 |
|---|---|---|---|---|

8/25/2022    FURTHER REVIEW OF CROSS-COMPLAINT BY YOGI; BEGIN DRAFT ANSWER TO SAME.

| 2547641 | JMR | 620.00 | $496.00 | 0.8 |
|---|---|---|---|---|

8/25/2022    REVIEW AND ANALYSIS OF PROPOSED STIPULATION FROM J. MOE RE: EXTENSION OF TIME TO PLEAD IN RESPONSE TO THE CROSS-COMPLAINT; FOLLOWUP COMMS W/ SAME RE: MUTUAL EXTENSIONS.

| 2547724 | JMR | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

8/26/2022    ANALYSIS OF STIP WITH YOGI TP EXTEND RESPONSE DEADLINE TO COUNTERCLAIM

| 2548025 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/26/2022    PREPARATION OF STIP WITH JOHN MOE

| 2548028 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/26/2022    NIAMI APPEAL - REVIEW STIPULATIONS EXTENDING TIME TO RESPOND TO CROSS-COMPLAINTS T

| 2547916 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/29/2022    ANALYSIS OF CORRESPONDENCE FROM J. MOE RE: COUNTERCLAIMS

| 2548151 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/29/2022    FOLLOW UP COMMS W/ J. MOE RE: STIPULATION TO EXTEND TIME TO PLEAD IN RESPONSE TO COMPLAINT.

| 2548568 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

8/29/2022    CONTINUE DRAFT ANSWER TO CROSS-COMPLAINT FILED BY YOGI.

| 2548569 | JMR | 620.00 | $744.00 | 1.2 |
|---|---|---|---|---|

8/30/2022    ANALYSIS OF CORRESPONDENCE RE: SERVICE OF COMPLAINT TO N. NIAMI AND RELATED ENTITIES

| 2548947 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/30/2022    FOLLOW UP W/ H. RAFATAJOO RE: ACCEPTING SERVICE OF REMAINDER OF NIAMI PARTIES.

| 2548696 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| Crestlloyd LLC | | 11/8/2022 | Page # | 83 |
| CASE #    9562 | | From Date | 4/16/2022 | |
| | | To Date | 10/31/2022 | |

8/31/2022    TELEPHONE CONFERENCE WITH ANDY HAGER RE: DEPO SUBPOENA

| 2548791 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/31/2022    ANALYSIS OF ORDER APPROVING STIP RE: EXTENSION OF RESPONSE DEADLINE

| 2548906 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/31/2022    TELEPHONE CONF. W/ OPP COUNSEL INFERNO CALIFORNIA SUBPOENA AND TIMING

| 2548908 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

8/31/2022    PREPARATION OF CORRESPONDENCE M. KERNAN RE: DOCUMENT PRODUCTION

| 2548910 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/31/2022    PREPARATION OF CORRESPONDENCE TO SEROR RE: DISCOVERY

| 2548917 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/31/2022    ANALYSIS OF CORRESPONDENCE FROM J. WELLINGTON RE: TED LANES RECORDS

| 2548974 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/31/2022    ANALYSIS OF INFERNO'S ANSWER TO COUNTERCLAIM

| 2549019 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

8/31/2022    ANALYSIS OF DOCUMENTS FROM CLIENT (COLIN) RE:  INFERNO CALIFORNIA RECORD SEARCH

| 2549020 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

8/31/2022    REVIEW ORDER FROM COURT APPROVING STIP TO EXTEND TIME TO RESPOND TO THE
COMPLAINT.

| 2548939 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/31/2022    FOLLOW UP COMMS W/ H. RAFATJOO RE: ACCEPTING SERVICE.

| 2549067 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

8/31/2022    INITIAL REVIEW AND ANALYSIS OF INFERNO'S ANSWER TO CRESTLLOY'D CROSS-CLAIMS.

| 2549068 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

9/1/2022    INFERNO ACTION - REVIEW STIPULATIONS EXTENDING RESPONSE TIME AND ORDERS
THEREON

| 2549525 | TMA | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/8/2022** | **Page #** | **84** |
| **CASE #** **9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

9/1/2022    NIAMI APPEAL - REVIEW COMPASS JOINDER IN OPENING BRIEF OF OTHER BROKERS AND EMAIL RE SAME

| 2552402 | TMA | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

9/2/2022    RESEARCH AND STRATEGIZE RE: AFFIRMATIVE DEFENSES TO ALLEGE IN RESPONSE TO YOGI'S DEMAND FOR ACCOUNTING IN CROSS-CLAIMS.

| 2549684 | JMR | 620.00 | $434.00 | 0.7 |
|---|---|---|---|---|

9/5/2022    REVIEW OF NEF'S FROM COURT RE: STIP AND ORDER RE: RESPONSE TO PLEADING DATES.

| 2550571 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

9/6/2022    TELEPHONE CONF. W/ OPP COUNSEL RE: SERVICE OF COUNTERCLAIMS

| 2550890 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/6/2022    FOLLOW UP COMMS TO J. MOE RE: ACCEPTING SERVICE FOR YOGI PARTIES.

| 2550799 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

9/6/2022    FOLLOW UP COMMS TO H. RAFATJOO RE: ACCEPTING SERVICE FOR NIAMI PARTIES.

| 2550800 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

9/6/2022    PHONE CALL W/ J. MOE RE: PROPOSED STIP AND ORDER TO HAVE ENGLANOFF PARTIES ACCEPT SERVICES AND CONFLICTS REPRESENTING SAME; STRATEGIZE W/ DBG RE: SAME AND SERVICE ON NIAMI PARTIES.

| 2550924 | JMR | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

9/6/2022    REVIEW AND ANALYSIS OF PROPOSED STIP FOR ENGLANOFF PARTIES TO ACCEPT SERVICE AND TO EXTEND TIME TO RESPOND TO COMPLAINT; COMMS W/ J. MOE RE; SAME.

| 2551153 | JMR | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

9/7/2022    ANALYSIS OF DOCUMENTS RE: ENGLANOFF STIP RE: SERVICE

| 2551177 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/7/2022    FURTHER COMMS W/ J. MOE RE: PROPOSED STIP FOR ENGLANOFF PARTIES TO EXTEND TIME TO RESPOND TO THE COMPLAINT.

| 2551515 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

9/8/2022    INVESTIGATE AND CONFIRM MAILING ADDRESSES RE: SERVICE OF CROSS-CLAIMS AGAINST NIAMI PARTIES; REVIEW PRIOR SUMMONS RE: SAME; PREPARE REQUEST FOR ALIAS SUMMONS FOR NIAMI PARTIES; COORDINATE MAIL SERVICE RE: SAME.

| 2552072 | JMR | 620.00 | $434.00 | 0.7 |
|---|---|---|---|---|

9/8/2022    REVIEW OF LATEST COURT FILINGS AND LOCAL RULE ON ISSUING ALIAS SUMMONS.

| 2552376 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/8/2022 | | Page # | 85 |
| CASE # | 9562 | From Date | | 4/16/2022 | |
| | | To Date | | 10/31/2022 | |

9/8/2022    FURTHER RESEARCH AND STRATEGIZE RE: ADDITIONAL AFFIRMATIVE DEFENSES TO INCLUDE IN ANSWER TO YOGI'S CROSS-CLAIMS.

| 2552386 | JMR | 620.00 | $248.00 | 0.4 |

9/9/2022    FURTHER COORDINATE RE; MAIL SERVICE OF ALIAS SUMMONS AND CROSS-COMPLAINT ON NIAMI PARTIES.

| 2552531 | JMR | 620.00 | $124.00 | 0.2 |

9/13/2022    FOLLOW UP RE: COORDINATING MAIL SERVICE PER LBR 7004 OF NIAMI PARTIES AND PROOF OF SERVICE.

| 2553256 | JMR | 620.00 | $62.00 | 0.1 |

9/13/2022    CONTINUE DAFT ANSWER TO YOGI'S CROSS-COMPLAINT.

| 2553260 | JMR | 620.00 | $682.00 | 1.1 |

9/14/2022    TELEPHONE CONF. W/ OPP COUNSEL SHINDERMAN RE: YOGI CLAIMS

| 2553418 | DBG | 650.00 | $195.00 | 0.3 |

9/15/2022    ANALYSIS OF CORRESPONDENCE FROM J. MOE RE: CONSENT TO SERVICE

| 2553632 | DBG | 650.00 | $65.00 | 0.1 |

9/15/2022    FOLLOW UP COMMS W/ J. MOE RE: STIPULATION TO RESPOND TO THE COMPLAINT; REVIEW FINAL DRAFT FOR EXECUTION OF SAME.

| 2553620 | JMR | 620.00 | $124.00 | 0.2 |

9/19/2022    ANALYSIS OF DOCUMENTS STIP RE: ENGLENOFF CLAIMS

| 2553961 | DBG | 650.00 | $65.00 | 0.1 |

9/19/2022    COMMS W/ J. MOE (COUNSEL FOR YOGI) RE: NEW STIPULATION TO EXTEND TIME TO PLEAD TO THE COMPLAINT.

| 2553928 | JMR | 620.00 | $62.00 | 0.1 |

9/19/2022    CONTINUE DRAFT ANSWER TO YOGI CROSS-CLAIMS.

| 2554249 | JMR | 620.00 | $744.00 | 1.2 |

9/19/2022    INFERNO ACTION - REVIEW STIPULATIONS EXTENDING RESPONSE DEADLINES

| 2555199 | TMA | 620.00 | $62.00 | 0.1 |

9/20/2022    ANALYSIS OF ORDER APPROVING INFERNO STIP

| 2554239 | DBG | 650.00 | $65.00 | 0.1 |

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/8/2022 | Page # | **86** |
|---|---|---|---|---|
| CASE  #      **9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

9/20/2022    STRATEGZIE RE: WRITTEN DISCOVERY TO DEMAND FROM INFERNO / YOGI.

| 2554414 | JMR | 620.00 | $372.00 | 0.6 |
|---|---|---|---|---|

9/20/2022    CONTINUE DRAFT ANSWER TO YOGI'S CROSS-COMPLAINT.

| 2554428 | JMR | 620.00 | $868.00 | 1.4 |
|---|---|---|---|---|

9/21/2022    ANALYSIS OF YOGI AMENDED COUNTERCLAIMS AGAINST DEBTOR

| 2554786 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

9/21/2022    CONTINUE DRAFT ANSWER TO YOGI'S CROSS-COMPLAINT.

| 2554439 | JMR | 620.00 | $434.00 | 0.7 |
|---|---|---|---|---|

9/21/2022    INITIAL REVIEW AND ANALYSIS OF NEW FIRST AMENDED CROSS-COMPLAINT FILED BY YOGI.

| 2554655 | JMR | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

9/21/2022     INFERNO ACTION - REVIEW COUNTERCLAIM BY YOGI SECURITIES HOLDINGS, LLC AGAINST
CRESTLLOYD, LLC, HANKEY CAPITAL, LLC

| 2555198 | TMA | 620.00 | $2,232.00 | 3.6 |
|---|---|---|---|---|

9/22/2022    TELEPHONE CONF. W/ OPP COUNSEL JOHN MOE RE: ENGLENOFF CHILDREN CLAIMS
RESOLUTION

| 2554808 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

9/22/2022    PREPARATION OF CORRESPONDENCE TO J. MOE RE: DOCUMENTS TO SUPPORT CLAIMS VS.
DAUGHTERS

| 2554852 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/22/2022    ANALYSIS OF CORRESPONDENCE FROM PERKINS RE: RESPONSE TO INFERNO SETTLEMENT
PROPOSAL

| 2555745 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/22/2022     REVIEW AND ANALYSIS OF NEW FIRST AMENDED CROSSCLAIMS FILED BY YOGI.

| 2554759 | JMR | 620.00 | $868.00 | 1.4 |
|---|---|---|---|---|

9/22/2022     STRATEGIZE RE: RECEIPT OF SETTLEMENT COMMS FROM COUNSEL FOR ENGLANOFF; EMAIL
TO CRESTLLOYD TEAM RE: STATUS UPDATE RE: NEW 500+ PAGE FIRST AMENDED CROSS-
CLAIM FROM YOGI.

| 2554815 | JMR | 620.00 | $372.00 | 0.6 |
|---|---|---|---|---|

9/22/2022     RESEARCH / STRATEGIZE RE: ADDITIONAL AFFIRMATIVE DEFENSES TO RAISE IN LIGHT OF
NEW FIRST AMENDED CROSS-COMPLAINT FILED BY YOGI.

| 2555023 | JMR | 620.00 | $744.00 | 1.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/8/2022 | Page # | **87** |
|---|---|---|---|---|
| CASE #    9562 | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

9/23/2022    ANALYSIS OF CORRESPONDENCE FROM J. MOE RE: EVIDENCE RE: TRANSFERS FOR KIDS

| 2555739 | DBG | 650.00 | $65.00 | 0.1 |

9/25/2022    INITIAL REVIEW AND ANALYSIS OF FILING BY THIRD PARTY ANDRE MARIO SMITH; STRATEGIZE
RE: RESPONSE TO SAME.

| 2555301 | JMR | 620.00 | $124.00 | 0.2 |

9/26/2022    ANALYSIS OF CORRESPONDENCE FROM JOHN MOE RE: INFERNO RESPONSE RE: $63K
TRANSFER

| 2555670 | DBG | 650.00 | $65.00 | 0.1 |

9/27/2022    FURTHER REVIEW AND ANALYSIS OF NEW FIRST AMENDED CROSS-COMPLAINT BY  YOGI AND
STRATEGIZE RE: ADDITIONAL AFFIRMATIVE DEFENSES TO RAISE IN CONNECTION WITH
SAMNE.

| 2555762 | JMR | 620.00 | $496.00 | 0.8 |

9/27/2022    REVIEW EMAILS FROM J. MOE RE: STATUS OF PROVIDING BACKUP FOR STATEMENTS RE:
ENGLANOFF FAMILY PAYMENTS ALLEGEDLY RELATED TO A WRIT OF ATTACHMENT OBTAINED
BY NAIMI; INVESTIGATIONS RE: OTHER LITIGATION BETWEEN NIAMI AND ENGLANOFF;

| 2555931 | JMR | 620.00 | $248.00 | 0.4 |

9/28/2022    ANALYSIS OF DOCUMENTS FROM JOHN MOE RE: TRANSFERS TO KIDS AND DISCUSS WITH
CLIENT

| 2557016 | DBG | 650.00 | $195.00 | 0.3 |

9/28/2022    CONFIRM TIMELINE FOR RESPONDING TO FIRST AMENDED CROSS-COMPLAINT BY YOGI PER
FRBP 12(A)(1)(B).

| 2555935 | JMR | 620.00 | $186.00 | 0.3 |

9/28/2022    DRAFT ANSWER TO YOGI'S NEW FIRST AMENDED CROSS-COMPLAINT.

| 2555951 | JMR | 620.00 | $806.00 | 1.3 |

9/29/2022    COMMS W/ J. MOE, COUNSEL FOR YOGI, RE SECOND REQUESTED EXTENSION OF TIME TO
RESPOND TO COUNTERCLAIMS / DISCUSSION OF ACTION AGAINST ENGLANOFF'S DAUGHTERS
FOR FRAUDULENT TRANSFER.

| 2556146 | JMR | 620.00 | $124.00 | 0.2 |

9/29/2022    REVIEW AND ANALYSIS OF EXPLANATION OF $63K PROVIDED TO ENGLANOFF CHILDREN AND
DOCUMENTS FORM STATE COURT ACTION PROVIDED BY JOHN MOE; STRATEGZIE RE:
RESPONSE TO SAME.

| 2556217 | JMR | 620.00 | $434.00 | 0.7 |

9/29/2022    CONTINUE DRAFT ANSWER TO FIRST AMENDED CROSSCLAIMS BY YOGI.

| 2556333 | JMR | 620.00 | $868.00 | 1.4 |

9/30/2022    COMMS W/ J. MOE RE: FURTHER STIPULATION FOR EXTENSION OF TIME / REVIEW LANGUAGE
IN SAME.

| 2556528 | JMR | 620.00 | $124.00 | 0.2 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/8/2022 | Page # | **88** |
| **CASE #   9562** | | **From Date** | **4/16/2022** | |
| | | **To Date** | **10/31/2022** | |

10/3/2022   ANALYSIS OF ORDER APPROVING INFERNO STIPULATION RE: RESPONSE

| 2557679 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/3/2022   REVIEW OF STIP BETWEEN INFERNO / YOGI RE: EXTENSION OF TIME TO PLEAD IN RESPONSE
TO YOGI'S CROSS-COMPLAINT.

| 2557078 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

10/3/2022   CONTINUE DRAFT AND PREPARE ANSWER TO CROSSCLAIMS OF YOGI AGAINST CRESTLLOYD
/ RESEARCH AND ASSERT ADDITIONAL AFFIRMATIVE DEFENSES TO SAME.

| 2557079 | JMR | 620.00 | $1,736.00 | 2.8 |
|---|---|---|---|---|

10/4/2022   PREPARATION OF ANSWER TO COUNTERCLAIMS

| 2559122 | DBG | 650.00 | $520.00 | 0.8 |
|---|---|---|---|---|

10/4/2022   ANALYSIS OF YOGI COUNTER-CLAIM AND DEBTOR'S DRAFT ANSWER THERETO

| 2565566 | JDG | 350.00 | $175.00 | 0.5 |
|---|---|---|---|---|

10/4/2022   REVIEW NOTES AND STRATEGIES RE ADVERSARY PROCEEDING

| 2565571 | JDG | 350.00 | $70.00 | 0.2 |
|---|---|---|---|---|

10/4/2022   CONTINUE DRAFT AND PREPARE ANSWER TO CROSSCLAIMS OF YOGI AGAINST CRESTLLOYD
/ RESEARCH AND ASSERT ADDITIONAL AFFIRMATIVE DEFENSES TO SAME.

| 2557559 | JMR | 620.00 | $2,108.00 | 3.4 |
|---|---|---|---|---|

10/4/2022   REVIEW DOCKET RELATED TO UPCOMING MOTIONS TO DISMISS FILED BY HANKEY AND
REMAINING UPCOMING DEADLINES; COMPREHENSIVE STATUS UPDATE TO DBG AND
CRESTLLOYD TEAM RE: ADVERSARY ACTION.

| 2557728 | JMR | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

10/4/2022   DRAFT STATUS UPDATE TO L. PERKINS AND SPLLC TEAM RE: CRESTLLOYD ADVERSARY
PLEADINGS AND STATUS.

| 2557738 | JMR | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

10/4/2022   FURTHER REVIEW OF DOCUMENTS AND PURPORTED EXPLANATION OF $63K PAYMENTS TO
ENGLANOFF DAUGHTERS MADE BY COUNSEL FOR ENGLANOFF PARTIES; STRATEGIZE RE:
RESPONSE TO SAME / ADDITIONAL DOCUMENTATION NEEDED TO SUBSTANTIATE SAME.

| 2557818 | JMR | 620.00 | $372.00 | 0.6 |
|---|---|---|---|---|

10/5/2022   ANALYSIS OF CORRESPONDENCE RE: STATUS CONFERENCE IN ADVERSARY

| 2559121 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/5/2022   FOLLOW UP COMMS W/ L. PERKINS AND JDG RE: FINALIZING ANSWER TO YOGI
COUNTERCLAIMS.

| 2558002 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

## DETAILED ACTIVITIES

**Crestlloyd LLC**

**CASE #      9562**

| | 11/8/2022 | Page # | **89** |
| | From Date | | **4/16/2022** |
| | To Date | | **10/31/2022** |

---

10/5/2022   COMMS W/ COUNSEL FOR ALL PARTIES IN ADVERSARY RE: WHETHER TO SUBMIT AN
UPDATED STATUS CONFERENCE REPORT.

| 2558121 | JMR | 620.00 | $62.00 | 0.1 |

---

10/6/2022   ANALYSIS OF DOCUMENTS RE: INFERNO OPP TO MOTION TO DISMISS

| 2559089 | DBG | 650.00 | $130.00 | 0.2 |

---

10/7/2022   INITIAL REVIEW AND ANALYSIS TO INFERNO'S OPPOSITION TO HANKEY'S MOTION TO DISMISS
THE COMPLAINT.

| 2559433 | JMR | 620.00 | $124.00 | 0.2 |

---

10/7/2022   INFERNO ACTION - REVIEW HANKEY MOTION TO DISMISS ADVERSARY PROCEEDING *INFERNO
INVESTMENT INC.'S ADVERSARY COMPLAINT*

| 2559054 | TMA | 620.00 | $868.00 | 1.4 |

---

10/10/2022   TELEPHONE CONF. W/ OPP COUNSEL JOHN MOE RE: INFERNO DAUGHTER CLAIMS

| 2559398 | DBG | 650.00 | $65.00 | 0.1 |

---

10/10/2022   ANALYSIS OF YOGI COUNTERCLAIM AND CL ANSWER TO CLAIM, EDIT AND PREPARE FOR
FILING

| 2565581 | JDG | 350.00 | $1,050.00 | 3.0 |

---

10/10/2022   COMMS W/ DBG RE: DEBTOR'S POSITION ON REBATE ENCUMBRANCE / STRATEGIZE RE:
EFFECT ON ALLEGATIONS CONTAINED IN ANSWER TO YOGI'S FIRS AMENDED CROSS-CLAIMS
RE: SAME; FURTHER COMMS W/ JDG RE: CONTENTS OF ANSWER TO YOGI CROSS-CLAIMS AND

| 2559429 | JMR | 620.00 | $186.00 | 0.3 |

---

10/11/2022   REVIEW AND REVISE ANSWER TO YOGI COMPL.

| 2565613 | JDG | 350.00 | $280.00 | 0.8 |

---

10/11/2022   REVIEW AND REVISE FINAL EDITS TO ANSWER TO YOGI'S FIRST AMENDED COUNTERCLAIMS;
COORDIANTE WITH JDG RE: SAME.

| 2559719 | JMR | 620.00 | $248.00 | 0.4 |

---

10/11/2022   INFERNO ACTION - REVIEW AND REVISE ANSWER TO YOGI FIRST AMENDED COUNTER CLAIM

| 2559462 | TMA | 620.00 | $186.00 | 0.3 |

---

10/12/2022   ANALYSIS OF CORRESPONDENCE FROM HAMID RE: EXTENSION OF TIME TO FILE ANSWER

| 2559777 | DBG | 650.00 | $65.00 | 0.1 |

---

10/12/2022   PHONE CALL W/ COUNSEL FOR HILLDUN (R. COY) RE: SUBSTANCE OF CROSS COMPLAINT
AND AGREEMENT TO PROVIDE EXTENSION OF TIME TO PLEAD IN RESPONSE.

| 2559971 | JMR | 620.00 | $124.00 | 0.2 |

**DETAILED ACTIVITIES**

| | | | |
|---|---|---|---|
| **Crestlloyd LLC** | | **11/8/2022** | **Page #** **90** |
| **CASE #** **9562** | | **From Date** **4/16/2022** | |
| | | **To Date** **10/31/2022** | |

10/12/2022   REVIEW COMMS FROM NEW COUNSEL FOR ENGLANOFF PARTIES (WOLF RIFKIN) RE: STIP FOR EXTENSION OF TIME TO PLEAD IN REPOSES TO COMPLAINT.

| 2559972 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

10/13/2022   TELEPHONE CONF. W/ OPP COUNSEL J. WHITE RE: INFERNO POSITION AND RESPONSE TO CLAIMS

| 2560140 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

10/14/2022   ANALYSIS OF DOCUMENTS RE: HANKEY REPLY TO MOTION TO DISMISS

| 2560405 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/14/2022   ANALYSIS OF DOCUMENTS RE: ANSWER TO CROSS COMPLAINT

| 2560773 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/14/2022   ANALYSIS OF CORRESPONDENCE FROM JOHN MOE RE: INFERNO RESPONSE TO CLAIMS

| 2560774 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/15/2022   REVIEW COMMS FROM J. MOE RE: CRESLLOYD ACTION AGAINST ENGLANOFF DAUGHTERS; DRAFT RESPONSE TO SAME RE: FURTHER EVIDENCE REQUIRED.

| 2560649 | JMR | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

10/16/2022   ANALYSIS OF CORRESPONDENCE FROM J. MOE RE: RESOLVING CLAIMS AGAINST KIDS

| 2560750 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/16/2022   FURTHER COMMS W/ J. MOE RE: EXTENSION OF TIME FOR ENGLANOFF DAUGHTERS TO RESPOND TO CROSS-CLAIMS.

| 2560650 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

10/16/2022   REVIEW AND ANALYSIS OF REPLY IN SUPPORT OF MOTION TO DISMISS FILED BY HANKEY CAPITAL.

| 2560653 | JMR | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

10/17/2022   ANALYSIS OF DOCUMENTS FROM J. WHITE RE: DRAFT STIP TO EXTEND RESPONSES

| 2560687 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/17/2022   TELEPHONE CONF. W/ OPP COUNSEL J. WHITE RE: RESPONSE TO CLAIMS

| 2560916 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/18/2022   REVIEW PROPOSED STIPULATION TO EXTEND TIME FOR ENGLANOFF DAUGHTERS AND PROPOSED ORDER RE: SAME; FOLLOW UP COMMS W/ COUNSEL FOR SAME.

| 2560909 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| Crestlloyd LLC | | 11/8/2022 | Page # | 91 |
| CASE #   9562 | | From Date | 4/16/2022 | |
| | | To Date | 10/31/2022 | |

10/18/2022   REVIEW OF DRAFT STIP TO EXTEND TIME TO RESPOND TO CROSSCLAIMS FROM HILLDUN; REVISIONS TO SAME; EMAILS TO COUNSEL RE: SAME.

| 2561109 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

10/18/2022   REVIEW OF J. SALTZMAN CALENDAR / TENATIVES FOR UPCOMING HEARING ON 10/20.

| 2561112 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

10/19/2022   ANALYSIS OF DOCUMENTS RE: HILDUN STIPULATION RE: RESPONSE TO CLAIMS

| 2561231 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/19/2022   REVIEW AND ANALYSIS OF YOGI'S ANSWER TO CROSS-CLAIMS AND INFERNO'S ANSWER TO YOGI'S COUNTERCLAIM.

| 2561267 | JMR | 620.00 | $372.00 | 0.6 |
|---|---|---|---|---|

10/19/2022   REVIEW DOCKET FOR TENTATIVE FILING ON MOTION TO DISMISS FILED BY HANKEY AGAINST INFERNO'S COMPLAINT.

| 2561436 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

10/20/2022   TELEPHONE CONF. W/ OPP COUNSEL M. HOROUPIAN RE: NIAMI LITIGATION

| 2561653 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

10/20/2022   PREPARE FOR AND ATTEND VIA ZOOMGOV CONTINUED SCHEDULING CONFERENCE IN INFERNO ADVERSARY AND (RELATED CROSS-ACTIONS) AND HEARING ON HANKEY CAPITAL'S MOTION TO DISMISS INFERNO'S COMPLAINT.

| 2561543 | JMR | 620.00 | $868.00 | 1.4 |
|---|---|---|---|---|

10/24/2022   MEETING WITH RAFATJOO RE: CLAIMS VS. NILE NIAMI

| 2562318 | DBG | 650.00 | $325.00 | 0.5 |
|---|---|---|---|---|

10/24/2022   ANALYSIS OF OPERATIVE PLEADINGS IN ADVERSARY

| 2565664 | JDG | 350.00 | $945.00 | 2.7 |
|---|---|---|---|---|

10/25/2022   PREPARATION OF CORRESPONDENCE TO H. RAFATJOO RE: NILE NIAMI RESPONSE OR DEFAULT

| 2562822 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/25/2022   ANALYSIS OF DOCUMENTS PROPOSED STIP TO EXTEND NIAMI RESPONSE DEADLINE

| 2562839 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/25/2022   ANALYSIS OF APPELS DOCKET AND ADVERSARY DOCKET AND OPERATIVE PLEADINGS

| 2565668 | JDG | 350.00 | $1,400.00 | 4.0 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | 11/8/2022 | Page # | 92 |
|---|---|---|---|
| CASE #   9562 | From Date | 4/16/2022 | |
| | To Date | 10/31/2022 | |

10/25/2022   FOLLOW UP W/ DBG RE: FAILURE FOR NIAMI PARTIES TO RESPOND / NEXT STEPS RE: SAME.

| 2562820 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

10/25/2022   REVIEW OF PROPOSED STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; E-MAIL TO COUNSEL RE: SAME.

| 2562842 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

10/26/2022   ANALYSIS OF ORDER EXTENDING RESPONSE DEADLINE

| 2563215 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/26/2022   ANALYSIS OF CORRESPONDENCE FROM CLIENT RE: TIMING OF LITIGATION

| 2563252 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/26/2022   STATUS UPDATE TO CRESTLLOYD TEAM RE: TIMELINE FOR ANY POTENTIAL RECOVERY IN CASE IN CONTEXT OF WHETHER TO SEEK NEW FINANCING TO SAVE FUNDS ON INTEREST RATES (AXOS OR SIGNATURE BANK).

| 2563249 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

10/27/2022   REVIEW RE; TENTATIVE RULINGS FOR JUDGE SALTZMAN TO DETERMINE WHETHER ANY ISSUED FOR HANKEY'S MOTION TO DISMISS INFERNO'S COMPLAINT.

| 2563520 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

10/27/2022   COMMS W/ J. WHITE, COUNSEL FOR ENGLANOFF DAUGHTERS RE: FINAL EXTENSION OF TIME TO PLEAD IN RESPONSE.

| 2563562 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

10/27/2022   REVIEW DOCKET / STRATEGIZE RE: NEXT STEPS IN LITIGATION / DISCOERY.

| 2563565 | JMR | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

10/28/2022   ANALYSIS OF CORRESPONDENCE FROM J. WHITE RE: FURTHER EXTENSION FOR RESPONSE REQUEST

| 2563625 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/28/2022   TELEPHONE CONF. W/ OPP COUNSEL RE GLOBAL SETTLEMENT CONFERENCE

| 2563772 | DBG | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

10/28/2022   REVIEW OF COURT RULING GRANTING IN PART HANKEY'S MOTION TO DISMISS PORTION OF INFERNO'S CROSS-COMPLAINT.

| 2563631 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

10/28/2022   REVIEW OF PROPOSED STIPULATION FROM ENGLANOFF DAUGHTERS' ATTORNEY; COMMS W/ COUNSEL RE: SAME.

| 2563807 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

**11/8/2022**     **Page #**     **93**

**From Date**     **4/16/2022**
**To Date**     **10/31/2022**

10/31/2022    ANALYSIS OF CORRESPONDENCE FROM J. MOE RE: CHILDREN REPRESENTATION

| 2563998 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/31/2022    COMMS W/ COUNSEL FOR ENGLANOFF DAUGHTERS RE: ADDITIONAL DOCUMENTS NEEDED
AS PART OF SETTLEMENT DISCUSSIONS AND FILED STIPULATION FOR EXTENSION OF TIME TO
PLEAD IN RESPONSE TO COMPLAINT.

| 2563986 | JMR | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

|  | **Total** | **$167,580.00** | **301.4** |
|---|---|---|---|

# INDIVIDUAL ACTIVITIES

11/8/2022        Page        1

**Crestlloyd LLC**
**CASE  #     9562**

### SERVICE RENDERED FROM    4/16/2022        THROUGH    10/31/2022

-

BG

| | | | |
|---|---|---|---|
| TJY | 0.8 | 650.00 | $520.00 |
| **Total Hours** | **0.8** | **Total Fees** | **$520.00** |

INDIVIDUAL ACTIVITIES

11/8/2022      Page      2

**Crestlloyd LLC**
**CASE  #    9562**

### SERVICE RENDERED FROM    4/16/2022      THROUGH    10/31/2022

### 01  -  ASSET ANALYSIS AND RECOVERY

| | | | |
|---|---|---|---|
| JDG | 0.3 | 350.00 | $105.00 |
| TMA | 0.5 | 620.00 | $310.00 |
| **Total Hours** | **0.8** | **Total Fees** | **$415.00** |

# INDIVIDUAL ACTIVITIES

11/8/2022       **Page**       **3**

**Crestlloyd LLC**
**CASE  #    9562**

**SERVICE RENDERED FROM   4/16/2022       THROUGH   10/31/2022**

### 02 - ASSET DISPOSITION

| | | | |
|---|---|---|---|
| DBG | 19.9 | 650.00 | $12,935.00 |
| JDG | 54.1 | 350.00 | $18,935.00 |
| TMA | 2.7 | 620.00 | $1,674.00 |
| **Total Hours** | **76.7** | **Total Fees** | **$33,544.00** |

# INDIVIDUAL ACTIVITIES

11/8/2022    Page    4

**Crestlloyd LLC**
**CASE  #    9562**

**SERVICE RENDERED FROM    4/16/2022    THROUGH    10/31/2022**

### 03 - BUSINESS OPERATIONS

| | | | |
|---|---|---|---|
| DBG | 0.8 | 650.00 | $520.00 |
| JDG | 4.0 | 350.00 | $1,400.00 |
| TMA | 0.3 | 620.00 | $186.00 |
| **Total Hours** | **5.1** | **Total Fees** | **$2,106.00** |

# INDIVIDUAL ACTIVITIES

11/8/2022      **Page**      **5**

**Crestlloyd LLC**
**CASE  #     9562**

**SERVICE RENDERED FROM   4/16/2022      THROUGH   10/31/2022**

### 04 - CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| DBG | 7.3 | 650.00 | $4,745.00 |
| JDG | 5.9 | 350.00 | $2,065.00 |
| JK | 0.4 | 250.00 | $100.00 |
| LC | 8.0 | 250.00 | $2,000.00 |
| SR | 7.9 | 250.00 | $1,975.00 |
| TMA | 10.6 | 620.00 | $6,572.00 |
| **Total Hours** | **40.1** | **Total Fees** | **$17,457.00** |

# INDIVIDUAL ACTIVITIES

11/8/2022    **Page    6**

**Crestlloyd LLC**
**CASE #    9562**

**SERVICE RENDERED FROM    4/16/2022    THROUGH    10/31/2022**

### 05 - CLAIMS ADMIN. AND OBJECTIONS

| | | | |
|---|---|---|---|
| DBG | 50.3 | 650.00 | $32,695.00 |
| JDG | 47.2 | 350.00 | $16,520.00 |
| LC | 3.1 | 250.00 | $775.00 |
| SR | 0.7 | 250.00 | $175.00 |
| TMA | 42.5 | 620.00 | $26,350.00 |
| **Total Hours** | **143.8** | **Total Fees** | **$76,515.00** |

**INDIVIDUAL ACTIVITIES**

11/8/2022        **Page        7**

**Crestlloyd LLC**
**CASE #      9562**

**SERVICE RENDERED FROM      4/16/2022      THROUGH      10/31/2022**

### 07  - FEE / EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| DBG | 8.9 | 650.00 | $5,785.00 |
| JDG | 52.1 | 350.00 | $18,235.00 |
| SR | 2.8 | 250.00 | $700.00 |
| TMA | 7.6 | 620.00 | $4,712.00 |
| **Total Hours** | **71.4** | **Total Fees** | **$29,432.00** |

# INDIVIDUAL ACTIVITIES

11/8/2022        Page        8

**Crestlloyd LLC**
**CASE  #    9562**

## SERVICE RENDERED FROM    4/16/2022        THROUGH    10/31/2022

### 08  -  FEE / EMPLOYMENT OBJECTIONS

| | | | |
|---|---|---|---|
| JDG | 1.7 | 350.00 | $595.00 |
| **Total Hours** | **1.7** | **Total Fees** | **$595.00** |

# INDIVIDUAL ACTIVITIES

11/8/2022        **Page        9**

**Crestlloyd LLC**
**CASE  #    9562**

**SERVICE RENDERED FROM    4/16/2022        THROUGH    10/31/2022**

### 09 - FINANCING

| DBG | 0.9 | 650.00 | $585.00 |
|---|---|---|---|
| **Total Hours** | **0.9** | **Total Fees** | **$585.00** |

# INDIVIDUAL ACTIVITIES

11/8/2022        Page        10

**Crestlloyd LLC**
**CASE #    9562**

### SERVICE RENDERED FROM    4/16/2022        THROUGH    10/31/2022

#### 10 - RELIEF FROM STAY

| | | | |
|---|---|---|---|
| DBG | 1.1 | 650.00 | $715.00 |
| TMA | 1.0 | 620.00 | $620.00 |
| **Total Hours** | **2.1** | **Total Fees** | **$1,335.00** |

# INDIVIDUAL ACTIVITIES

11/8/2022        **Page**        **11**

**Crestlloyd LLC**
**CASE #    9562**

**SERVICE RENDERED FROM    4/16/2022        THROUGH    10/31/2022**

### 12 - PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| DBG | 0.9 | 650.00 | $585.00 |
| LC | 0.2 | 250.00 | $50.00 |
| SR | 0.1 | 250.00 | $25.00 |
| **Total Hours** | **1.2** | **Total Fees** | **$660.00** |

# INDIVIDUAL ACTIVITIES

11/8/2022    **Page**    **12**

**Crestlloyd LLC**
**CASE  #    9562**

**SERVICE RENDERED FROM    4/16/2022    THROUGH    10/31/2022**

### 20 - OTHER LITIGATION

| | | | |
|---|---|---|---|
| BRY | 5.8 | 635.00 | $3,683.00 |
| DBG | 28.2 | 650.00 | $18,330.00 |
| JDG | 65.3 | 350.00 | $22,855.00 |
| JMR | 156.9 | 620.00 | $97,278.00 |
| LC | 5.0 | 250.00 | $1,250.00 |
| LM | 1.6 | 250.00 | $400.00 |
| SR | 0.4 | 250.00 | $100.00 |
| TMA | 38.2 | 620.00 | $23,684.00 |
| **Total Hours** | **301.4** | **Total Fees** | **$167,580.00** |

# PROFESSIONAL ACTIVITY SUMMARY

**Crestlloyd LLC**                                                    **11/8/2022**

**CASE #  9562**

**From Date**   **4/16/2022**
**To Date**   **10/31/2022**

| | | | | |
|---|---|---|---|---|
| **BG** | | Hours @ | | |
| **BRY** | 5.8 | Hours @ | 635.00 | $3,683.00 |
| **DBG** | 118.3 | Hours @ | 650.00 | $76,895.00 |
| **JDG** | 230.6 | Hours @ | 350.00 | $80,710.00 |
| **JK** | 0.4 | Hours @ | 250.00 | $100.00 |
| **JMR** | 156.9 | Hours @ | 620.00 | $97,278.00 |
| **LC** | 16.3 | Hours @ | 250.00 | $4,075.00 |
| **LM** | 1.6 | Hours @ | 250.00 | $400.00 |
| **SR** | 11.9 | Hours @ | 250.00 | $2,975.00 |
| **TJY** | 0.8 | Hours @ | 650.00 | $520.00 |
| **TMA** | 103.4 | Hours @ | 620.00 | $64,108.00 |

**Total Hours**   **646.0**                 **Total Fees**   **$330,744.00**

# ACTIVITY SUMMARY

**Crestlloyd LLC**

11/8/2022

**CASE # 9562**

From Date 4/16/2022

To Date 10/31/2022

| DESCRIPTION | FEES |
| --- | --- |
| | $520.00 |
| ASSET ANALYSIS AND RECOVERY | $415.00 |
| ASSET DISPOSITION | $33,544.00 |
| BUSINESS OPERATIONS | $2,106.00 |
| CASE ADMINISTRATION | $17,457.00 |
| CLAIMS ADMIN. AND OBJECTIONS | $76,515.00 |
| FEE / EMPLOYMENT | $29,432.00 |
| FEE / EMPLOYMENT OBJECTIONS | $595.00 |
| FINANCING | $585.00 |
| RELIEF FROM STAY | $1,335.00 |
| PLAN AND DISCLOSURE | $660.00 |
| OTHER LITIGATION | $167,580.00 |
| TOTAL FEES | $330,744.00 |

# EXHIBIT "B"

# COSTS BREAKDOWN

**11/8/2022**

**Crestlloyd LLC**
**CASE #   9562**

**From Date**  4/16/2022
**To Date**  10/31/2022

| Date | Description | Amount |
|---|---|---|
| 4/30/2022 | REPRODUCTION COSTS | 641.60 |
| 4/30/2022 | POSTAGE | 342.95 |
| 5/27/2022 | FEDERAL EXPRESS | 28.67 |
| 4/30/2022 | WESTLAW RESEARCH | 1,917.05 |
| 5/31/2022 | REPRODUCTION COSTS | 4,886.40 |
| 5/31/2022 | POSTAGE | 532.02 |
| 5/25/2022 | FILING FEE | 101.25 |
| 6/3/2022 | FEDERAL EXPRESS | 449.76 |
| 4/22/2022 | COURT TRANSCRIPT | 49.50 |
| 5/31/2022 | WESTLAW RESEARCH | 2,777.31 |
| 5/29/2022 | MISCELLANEOUS | 892.40 |
| 5/02/2022 | FILING FEE | 17.19 |
| 5/15/2022 | MISCELLANEOUS | 557.61 |
| 6/30/2022 | REPRODUCTION COSTS | 89.00 |
| 6/30/2022 | POSTAGE | 155.63 |
| 6/30/2022 | WESTLAW RESEARCH | 2,730.85 |
| 6/30/2022 | WESTLAW RESEARCH | 701.96 |
| 6/30/2022 | COURT RESEARCH   PACER | 192.00 |
| 7/31/2022 | POSTAGE | 19.44 |
| 7/31/2022 | REPRODUCTION COSTS | 96.00 |
| 7/31/2022 | WESTLAW RESEARCH | 3,255.64 |
| 7/31/2022 | WESTLAW RESEARCH | 173.89 |
| 7/31/2022 | WESTLAW RESEARCH | 159.95 |
| 8/19/2022 | FEDERAL EXPRESS | 50.77 |
| 7/18/2022 | FILING FEE | 25.00 |
| 7/24/2022 | PARKING | 5.00 |
| 7/26/2022 | MISCELLANEOUS | 886.95 |
| 8/5/2022 | COURT RESEARCH   PACER | 55.20 |
| 8/31/2022 | REPRODUCTION COSTS | 104.00 |

# COSTS BREAKDOWN

**11/8/2022**

**Crestlloyd LLC**

**CASE #   9562**

**From Date** 4/16/2022

**To Date** 10/31/2022

| Date | Description | Amount |
|------|-------------|-------:|
| 8/31/2022 | POSTAGE | 19.44 |
| 8/31/2022 | WESTLAW RESEARCH | 418.21 |
| 9/30/2022 | POSTAGE | 44.88 |
| 9/30/2022 | REPRODUCTION COSTS | 259.00 |
| 9/30/2022 | MESSENGER SERVICE | 430.00 |
| 9/30/2022 | WESTLAW RESEARCH | 204.84 |
| 9/19/2022 | CONFERENCE CALL CHARGES | 17.19 |
| 9/23/2022 | PARKING | 21.00 |
| 8/26/2022 | PARKING | 4.20 |
| 10/12/2022 | OUTSIDE COPY COSTS | 30.25 |
| 10/31/2022 | REPRODUCTION COSTS | 110.80 |
| 10/31/2022 | POSTAGE | 21.72 |
| 10/12/2022 | UCC SEARCH | 30.00 |
| 10/12/2022 | UCC SEARCH | 52.25 |

# COSTS SUMMARY

**11/8/2022**

**Crestlloyd LLC**
**FILEE #  9562**

**From Date**  4/16/2022
**To Date**  10/31/2022

| | |
|---|---:|
| CONFERENCE CALL CHARGES | 17.19 |
| REPRODUCTION COSTS | 6,186.80 |
| OUTSIDE COPY COSTS | 30.25 |
| FEDERAL EXPRESS | 529.20 |
| FILING FEE | 143.44 |
| MESSENGER SERVICE | 430.00 |
| MISCELLANEOUS | 2,336.96 |
| COURT RESEARCH    PACER | 247.20 |
| PARKING | 30.20 |
| POSTAGE | 1,136.08 |
| COURT TRANSCRIPT | 49.50 |
| UCC SEARCH | 82.25 |
| WESTLAW RESEARCH | 12,339.70 |
| **TOTAL COSTS** | **$23,558.77** |

# EXHIBIT "C"

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
LAW OFFICES

L N B Y & B



## Professional Resume

**PROFESSIONAL POSITIONS**
1995 to Present: Co-founder and counsel to Levene, Neale, Bender, Yoo & Brill L.L.P., a nationally recognized business reorganization, commercial litigation and bankruptcy law firm. Also Mr. Levene is the founder of Levene Mediation, an alternative dispute resolution firm specializing in mediation. Mr. Levene has developed over the years a reputation of being a peacemaker, creative problem solver and someone adept at bringing parties and professionals together to reach agreed resolution and thereby avoid or curtailing the time, expense and turmoil associated with litigation.

1983 to 1995: Founder of Levene & Eisenberg, P.C., a law firm also specializing in matters of business reorganization, commercial litigation and bankruptcy.

1974 to 1983: Shareholder with BuchalterNemer, a full service law firm with a commercial law and bankruptcy section.

**HONORS**
Multiple inclusions in the Los Angeles Business Journal listing of "100 Most Prominent Business Attorneys."
Regularly listed as a "Super Lawyer" in the annual peer review surveys.
Designated "AV Preeminent" in Martindale-Hubbell.

**EDUCATION**
Loyola University School of Law, J.D.
University of Southern California, M.B.A., Finance & Marketing
University of Southern California, B.S., Business Administration

**BAR ADMISSIONS**
State Bar of California
United States District Court for the Northern District of California
United States District Court for the Central District of California
United States District Court for the Eastern District of California
United States District Court for the Southern District of California
United States Court of Appeals for the Ninth Circuit



### DAVID W. LEVENE
dwl@lnbyb.com

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067 ■ TEL: 310.229.1234 FAX: 310.229.1244 WWW.LNBYB.COM



LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES

**David W. Levene**
**Professional Resume**
continued from page 1

**MEMBERSHIPS AND AFFILIATIONS**
- Southern California Mediation Association
- American Bar Association (Alternative Dispute Resolution Section)
- Beverly Hills Bar Association (Alternative Dispute Resolution Section and Past Chair of Bankruptcy Section)
- Los Angeles County Bar Association (past member: Executive Committee, Commercial Law and Bankruptcy Section; Bankruptcy Subcommittee)
- Federal Bar Association
- Financial Lawyers Conference
- California Bankruptcy Forum
- American Bankruptcy Institute
- Turnaround Management Association

**GUEST LECTURES**
- Frost & Sullivan, Inc. – "Loan Workouts, LBOs and Bankruptcy"
- The Banking Law Institute – "Loan Workouts, Restructures and Bankruptcy"
- Drexel Burnham Lambert – "Chapter 11"
- Financial Lawyers Conference – "Fraudulent Conveyances"
- Los Angeles Bankruptcy Forum – "Out of Court Reorganizations"
- Orange County Bankruptcy Forum – "Restructuring Financially Troubled Businesses"
- Jewelers Board of Trade – "Consignment Issues in Bankruptcy"
- Turnaround Management Association – "Case Study on Representation of Debtor in Out of Court Workouts and Chapter 11"
- Turnaround Management Association – "Gaining Confidence of Lenders and Creditors in Workouts and Restructurings"
- Young Presidents Organization – "Acquisition and Investment Opportunities in Bankruptcy Reorganization Cases"
- The Counselors of Real Estate Convention – "Chapter 11 and the Role of the Real Estate Advisor"
- Association of Insolvency Accountants Valuation Conference – "Valuation Issues in Chapter 11 Cases
- Orange County Bankruptcy Forum – "Workouts"
- American Society of Appraisers – "Role of Appraisers in Bankruptcy and Reorganization Cases"
- Fulcrum Information Services – "Workouts and Restructuring"

pg 2 of 2

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**DAVID L. NEALE**
dln@lnbyg.com

**DAVID L. NEALE** began his legal career in New York, with the law firm of Kramer, Levin, Nessen, Kamin & Frankel, where he represented creditors and creditors' committees in large, complex cases such as Texaco Inc., LTV Steel and Charter Co. When Mr. Neale relocated to California in 1989, to join the law firm of Levene & Eisenberg, he brought with him an understanding of creditors' rights and remedies that he was able to apply to the representation of debtors and other constituencies in bankruptcy and workout situations.

His broad experience includes handling cases in a variety of areas including: **Manufacturing** (successful Chapter 11 reorganization for companies such as <u>Future Media Productions</u>, a manufacturer of blank CDs and DVDs; <u>California Aircraft & Engines, Inc.</u>, a manufacturer of aircraft engine parts with claimants from around the world; <u>DCC Compact Classics, Inc.</u>, a manufacturer of specialty CDs and recordings; <u>Fernandes Guitars</u>, a manufacturer of electric and acoustic guitars for distribution around the world); **Food and beverage industry** (<u>Chinois Restaurant</u>, successful Chapter 11 reorganization for a Las Vegas restaurant; <u>Café-Melisse Valencia</u>, successful out-of court workout and orderly liquidation; <u>Galletti Brothers Foods</u>, successful Chapter 11 reorganization for one of the nation's largest fresh seafood wholesalers) <u>Crunchies Food Company</u>, successful Chapter 11 sale of assets of retailer of dried fruit snacks); **Construction** (successful Chapter 11 reorganization for <u>Rock & Waterscape, Inc.</u>, builder of water-themed features in Las Vegas and around the world); **Real Estate** (successful Chapter 11 cases for <u>Roosevelt Lofts, LLC</u>, involving a condominium conversion in downtown Los Angeles; <u>North Silver Lake Lodge, LLC</u>, involving one of the last undeveloped parcels of real property in the Deer Valley, Utah ski resort area; <u>IDM Corporation</u> and its affiliates requiring the restructuring of over $1 billion in debt; and <u>Galletti Brothers Investments</u>, a real estate partnership with multiple properties. He has also represented <u>Ritter Ranch Development</u>, the owner of an 11,000-acre development property in Palmdale; and <u>National Enterprises, Inc.</u> and <u>San Diego Investments</u>, real estate management and development companies with properties across the United States); **Energy** (representing the <u>California Independent System Operator Corporation</u> in connection with the bankruptcy cases of California Power Exchange, Pacific Gas & Electric Co., Enron Inc. and Mirant and its affiliates; <u>Evergreen Oil</u>, an oil re-refining company operating throughout California); **Banking and finance** (<u>Imperial Credit Industries,</u>

continued. . .

pg 1 of  4

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

Inc.); **Trucking** (Green Fleet Systems and TKS Leasing, successfully confirming a plan of reorganization for a short-haul trucking company operating out of the ports of Los Angeles and Long Beach; Coast Bridge Logistics, Inc. representing another short-haul trucking company in connection with the sale of its assets; Consolidated Freightways and its affiliates, in which Mr. Neale represented multi-employer pension funds that were the largest creditors and went on to represent the post-confirmation Plan Oversight Committee and serve as special counsel to the Liquidating Trust in certain litigation and appellate matters, and The Penn Traffic Co. and its affiliates, in which Mr. Neale represented certain multi-employer retirement, health and welfare funds); **Health Care** (Solid Landings Behavioral Health and its affiliates, operators of rehab facilities in California, Texas and Nevada); North American Health Care and affiliates (operators of skilled nursing facilities); **Technology and Communication** (WCI Cable, Inc., a fiber optic cable network located in Oregon and Alaska); and **Retail** (successful Chapter 11 cases for Ortho Mattress, Inc., a manufacturer and retailer of bedding products; Britches of Georgetowne, Inc., a clothing retailer with outlets in several states). Mr. Neale has a particular expertise in the **Entertainment Industry**. He has represented clients involved in **publishing** (New Millennium Entertainment, Buzz Magazine); **film exhibition** (Resort Theaters of America); **film production** (Franchise Pictures, LLC and its affiliates); The Samuel Goldwyn Company in connection with its acquisition of Heritage Entertainment); **music** (Even St. Productions, LLC, the owner of rights relating to the catalogue of Sly & the Family Stone) and **artists** (Gladys Knight, Mick Fleetwood, Lynn Redgrave, among others). He has also successfully represented numerous individual Chapter 11 debtors with respect to personal real estate holdings and liabilities and other financial difficulties. Mr. Neale has also represented numerous purchasers, equity interest holders, creditors and official committees in many Chapter 11 cases around the country. This is a small sample of the cases he has handled over his almost 30-year legal career.

Mr. Neale is both an experienced and aggressive litigator whose cases have resulted in over a dozen notable published opinions by the Bankruptcy Court, District Court and Ninth Circuit Court of Appeals. He also brings his negotiating skills to bear as a member of the Mediation Panel for the Bankruptcy Court for the Central District of California. He is a member of the American Bar Association, Association of the Bar of the City of New York, New York County Bar Association, Century City Bar

**DAVID L. NEALE**  ATTORNEY AT LAW          2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320          MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 2



Association, Beverly Hills Bar Association, Financial Lawyers Conference, Turnaround Management Association, and the Commercial Law League of America. He has served on the Board of Directors of the AIDS Project Los Angeles and the Los Angeles division of the American Friends of Hebrew University.

Mr. Neale received his B.A., *summa cum laude* from Princeton University in 1984 and his J.D. from Columbia University School of Law in 1987. He was admitted to the New York Bar in 1988 and the California Bar in 1989. He was admitted to the Ninth Circuit Court of Appeals in 1989, and was admitted to the United States District Court for the Southern and Eastern Districts of New York in 1988. In 1989, he was admitted to the Central, Eastern, Northern and Southern Districts of California. He has also practiced extensively in courts around the country, in venues as diverse as Oregon, Arizona, Nevada, Texas, Arkansas, Utah, Florida, New York, Delaware and Tennessee.

**Mr. Neale is the author of:**

- "Bankruptcy and Contractual Relations in the Entertainment Industry – An Overview," *1990 Entertainment, Publishing and the Arts Handbook*
- "A Survey of Recent Bankruptcy Decisions Impacting upon the Entertainment Industry," *1992–1993 Entertainment, Publishing and the Arts Handbook*
- "SEC Actions and Stays," *National Law Journal,* 2002
- "The Scope and Application of 11 U.S.C. § 1145," American Bankruptcy Institute Bankruptcy Battleground West, 2003
- "Whose Life is it Anyway? Treatment of Unique Assets in Bankruptcy," American Bankruptcy Institute Winter Leadership Conference, 2016

He was featured as a "Mover & Shaker" by *The Deal* magazine in 2006, and has been interviewed several times by, among others, KNX news radio in Los Angeles, *Variety* magazine, *The Hollywood Reporter,* and the *California Real Estate Journal* on bankruptcy topics.

**Mr. Neale has appeared as a speaker on the following topics before the following organizations:**

- "Making the Best Better: Lessons From the Battlefield," Turnaround Management Association 6th Annual Spring Meeting, 1998

**DAVID L. NEALE**  ATTORNEY AT LAW                2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320        MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 3



- "Litigation Issues in Bankruptcy," Business Torts – An Introduction and Primer, Consumer Attorneys Association of Los Angeles, 1998
- "There Must Be Fifty Ways to Leave Your Troubles," Turnaround Management Association, 1998
- "The Impact of State Court Decisions in Bankruptcy Court," Beverly Hills Bar Association, 2001

**Mr. Neale has appeared as a panelist, addressing issues relating to:**

- "Bankruptcy in the Dot-Com Economy" and "Licensing Agreements: How to Draft and Enforce Them" for Law.Com Seminars
- "Public Company Debtors and the SEC," American Bankruptcy Institute Bankruptcy Battleground West, 2003; "The 2005 Amendments to Bankruptcy Code Sections 546(c) and 547 – The Early Returns," Financial Lawyers Conference, 2008
- "Transfers of Intellectual Property," Southwestern Law School, Bankruptcy in the New Millennium, 2010
- "Practicing in the Limelight: Celebrity Bankruptcies," American Bankruptcy Institute Winter Leadership Conference, 2016
- "Shark Tank," American Bankruptcy Institute Bankruptcy Battleground West, 2018

Mr. Neale has consistently been named by *Los Angeles* magazine as one of its 100 "Super Lawyers" in the bankruptcy field, and has been recognized by Chambers & Partners as one of the top practitioners within the bankruptcy/restructuring field in California.

**DAVID L. NEALE**  ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**RON BENDER**
rb@lnbyg.com

**RON BENDER** is a founding and co-managing partner of the firm. With a large and diverse practice, Mr. Bender has successfully reorganized and sold numerous companies and restructured the financial affairs of many individuals. Mr. Bender is widely regarded as a highly creative, results oriented bankruptcy attorney who is able to tackle complex problems and develop and implement creative solutions. Mr. Bender has repeatedly been listed by "Super Lawyers" as one of the top 100 lawyers in Southern California in regional surveys of his peers. Mr. Bender received his undergraduate degree in Finance from the prestigious Wharton School of Business at the University of Pennsylvania in 1986 where he graduated first in his class (B.S., *summa cum laude*), and then obtained his law degree from Stanford University Law School in 1989. During law school, Mr. Bender served as a judicial extern for the Honorable Lloyd King, U.S. Bankruptcy Court, Northern District of California Bankruptcy Court. Since graduating from law school, Mr. Bender has worked solely in the areas of bankruptcy, insolvency and business reorganization, and has developed one of the largest bankruptcy, insolvency and restructuring practices in California, including the representation of debtors, creditors' committees, creditors, purchasers of businesses, and assignees in the context of assignments for the benefit of creditors. Mr. Bender's incredibly broad and diverse Chapter 11 and insolvency debtor experience includes the representation of hundreds of Chapter 11 debtors including Zacky and Sons Poultry (a large grower, processor, packager and seller of chicken and turkey related products that was sold for approximately $40 million); West Coast Distribution (a premier technology driven supply chain management, logistics warehousing, fulfillment and 3PL distribution services provider for the apparel industry that was sold); Tatung Company of America (a manufacturer and distributor of consumer electronics with over $20 million assets that successfully reorganized); NAI Capital (well-known commercial real estate brokerage firm that was successfully sold); Ironclad Performance Wear (a leading, technology-focused developer and manufacturer of high-performance task-specific gloves and apparel for the "industrial athlete" that was sold for $25.25 million); Rdio (a digital music service provider that was sold to Pandora for $75 million); Country Villa (one of the largest owners and operators of skilled nursing facilities with annual revenue of more than $200 million that was sold for $62 million); Pebble ABC in a sale to Fitbit for $20 million; Jawbone ABC in a sale of its Audio/Jambox line; Gamma Medica (a manufacturer of imaging systems in the biotechnology field that was sold); Matterhorn Group (a large manufacturer of novelty

continued. . .                                                                 pg 1 of 4

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**

continued from page 1

ice cream products that was sold); Fat Burger (a well-known chain of hamburger restaurants that were sold); Westcliff Medical Laboratories (an owner and operator of 170 patient service center laboratories and labs throughout California with $95 million of annual revenue and 1,000 employees that was sold for $57.5 million); LifeMasters Supported Selfcare (a national disease management company with annual revenue of $80 million that was sold); Bodies in Motion (a chain of fitness facilities that was sold for approximately $10 million); Max Equipment Rental (an equipment rental company that successfully reorganized); Nelson & Associates (a manufacturers' representative in the electrical industry that successfully restructured its debt); Douglas Furniture (a large furniture manufacturer); Padilla Construction (a plastering company that successfully reorganized); Lamas Beauty (a manufacturer of beauty supply products that was sold); Paramount Scaffolding (a large scaffolding rental company that was sold); Alin Party Supply (a retail chain of party supplies that successfully reorganized); Lake San Marcos Resort & Country Club; Krystal Air (an aircraft leasing company that was sold); Pacific High Reach (a large construction equipment rental company that was sold for $17 million); Krystal Koach (a large manufacturer of limousines and shuttle buses that was sold); Small World Toys (a toy company that was sold for approximately $16 million); Intervisual (a children's book company that was sold for approximately $10 million); LightPointe Communications (a manufacturer of wireless networking equipment that successfully reorganized); Nicola (a large olive importer and distributor that successfully reorganized); Krispy Kreme (an owner and operator of Krispy Kreme Doughnut Stores that successfully reorganized); Pleasant Care (an owner and operator of skilled nursing facilities with annual revenue of approximately $200 million that was sold for approximately $17 million); Aura Systems (a publicly-traded manufacturer of a mobile power generator that successfully reorganized); Sega GameWorks (a retail entertainment based company operating under the name of "GameWorks," with $60 million of annual revenue, that was sold for approximately $8 million); Alliant Protection Services (a commercial and residential alarm services company with 16,000 customers that was sold for $14.5 million); The Walking Company (a national chain of 101 retail stores selling specialty shoes and footwear that successfully reorganized involving $22 million of cash, debt and stock); Shoe Pavilion (a chain of 117 retail stores selling off-price footwear with locations in the Western and Southwestern United States that was sold); Gadzoox Networks (a publicly-traded

**RON BENDER**  ATTORNEY AT LAW          2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
EMAIL: RB@LNBYG.COM  DIRECT: 310.229.3330          MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

LNBY&G

company engaged in the business of providing networking infrastructure for storage and data management, where one division was sold for $8.5 million and the balance of the company successfully reorganized); State Line Hotel, State Line Casino, Jim's Enterprises (two hotels and casinos located in West Wendover, Nevada known as the State Line Hotel and Casino and the Silver Smith Hotel and Casino that were sold for $55 million); Management Action Programs (a management consulting firm that successfully reorganized); Easyrider and Paisano Publications (publicly-traded publishers of thirteen national magazines that were sold for $12.3 million); Clifford Electronics (a manufacturer of automotive aftermarket and original equipment manufacturer security systems and components, primarily for automobiles, with annual sales of $40 million, that was sold for $20 million); Chorus Line Corporation and California Fashions Industries (one of the largest apparel companies in the country with annual sales of $500 million that engaged in a Chapter 11 liquidation); Avus (a distributor of computer systems with sales of in excess of $100 million, that was sold); A.J. Markets (chain of supermarkets sold for $5 million); Trancas Town (owner of 35 acres of raw developable land in Malibu, California that successfully reorganized); Association of Volleyball Professionals (professional beach volleyball league sold in Chapter 11); Louise's Trattoria (chain of 16 Italian food restaurants with $30 million in annual revenue sold in Chapter 11 for $7 million); Westward Ho Markets (a supermarket chain with $50 million of annual revenue and $20 million of debt that was restructured through a confirmed Chapter 11 reorganization plan); Special Effects Unlimited (one of the largest providers of special effects in the movie industry that was restructured through a confirmed Chapter 11 reorganization plan); Santa Barbara Aerospace (a heavy aircraft maintenance facility located at the former Norton Air Force base in San Bernardino, California, that was restructured and sold); Manchester Center (a 1.5 million square foot shopping center in Fresno, California that was sold for $25 million); Marbella Golf and Country Club (a golf and country club located in San Juan Capistrano that successfully reorganized); Southwest Hospital (an acute care hospital located in Riverside that successfully reorganized); Servall Packaging Industries (a contract packaging company that was sold); Polaris Networks (a telecommunications networks and software company that successfully reorganized); and Prestige Products (a distributor of aftermarket automobile accessories that was sold). A sampling of Mr. Bender's representation of creditors' committees includes the representation of the creditors' committee in the Chapter 11

**RON BENDER**  ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM  DIRECT: 310.229.3330

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**
continued from page 3

LNBY&G

bankruptcy case of Trigem America (a wholly-owned subsidiary of one of the largest computer manufacturers in the world located in Korea whose case is currently pending) and Robinson Golf Holdings (the owner of a large golf resort development project). Mr. Bender has also represented numerous real estate related debtors in chapter 11 that have resulted in successful sales or reorganizations. Mr. Bender is also one of California's leading lawyers in the arena of assignments for the benefit of creditors (ABC's), having represented assignees and buyers in more than one hundred assignments.

**RON BENDER**  ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM  DIRECT: 310.229.3330

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TIMOTHY YOO**, a partner of the firm, specializes in commercial litigation and bankruptcy. Known throughout the region as a bankruptcy attorney who resolves difficult issues with creativity and efficiency, he consistently earns the highest rating in peer surveys, including being repeatedly listed as a "Super Lawyer."

Mr. Yoo received his undergraduate degree in business from University of Southern California with honors in 1987. He then obtained his law degree from Loyola Law School with full merit scholarship in 1991. Mr. Yoo completed a one-year clerkship with the Honorable Lisa Hill Fenning, United States Bankruptcy Judge for the Central District of California. In March, 1998, he was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District of California. Besides serving as a Chapter 7 Trustee, Mr. Yoo also serves in numerous cases as a Chapter 11 Trustee, Bankruptcy Ombudsman, Liquidating Trustee, and Chief Restructuring Officer.

Mr. Yoo's wide range of experience includes Taeil Media (represented a multinational Korean corporation in one of the largest Orange County fraud cases); Destination Films (acted as Chapter 7 trustee to liquidate a large film library); Winston Tires (represented the Chapter 7 Trustee); Millennium-Pacific Icon Group (acted as Chapter 11 Trustee of one of the largest Korean American real estate developer); Daewoo Motors (defended creditors in preference actions); Bodies in Motion (acted as the first Consumer Privacy Ombudsman in the Central District of California to advise the court on a sale of a chain of fitness facilities); Small World Toys (represented the creditors' committee); Chorus Line Corporation and California Fashions Industries (acted as a liquidating trustee for one of the largest apparel companies in the country); IT Wheels (successfully defended a Chapter 7 Trustee in a Chapter 15 proceeding); Aoki Pacific Corporation (as Chapter 7 Trustee, completed public works projects); Dick Cepek, Inc. (acted as Chapter 7 Trustee to liquidate a chain of off-road vehicle parts stores); and Phoenix MC, Inc. (acted as the Chief Restructuring Officer for a hybrid automobile manufacturer).

Mr. Yoo has lectured as a panelist in programs sponsored by Lorman Education Services, Office of the United Trustee and the National Asian Pacific American Bar Association. He also frequently writes for the *Korea Times* and California Continuing Education of the Bar.



**TIMOTHY J. YOO**
tjy@lnbyg.com



LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES

## Professional Resume

**MARTIN J. BRILL.** Mr. Brill has devoted his over 35 years of practice exclusively to bankruptcy, insolvency and business reorganizations, with particular emphasis on complex reorganizations of publicly-held companies in a wide range of industries. Mr. Brill's expertise in the interplay between bankruptcy and securities laws has led to the successful reorganization of numerous publicly-held corporations and privately-held corporations desiring to go public, including Prism Entertainment Corporation (involving a reverse merger of the publicly-held film producer, Prism, with a privately-owned video retailer), Geo Petroleum, Inc., (successful Chapter 11 of publicly-held oil and gas company), Video City, Inc., (successful Chapter 11 for video retailer with over 75 locations involving issuance of securities for debt), and American Blood Institute, Inc. (successfully raised over $1.2 million through complex debtor financing, allowing company to emerge as publicly-held plasma company, SeraCare, Inc.). Mr. Brill also has represented debtors, creditors, trustees, plan proponents, asset purchasers and creditors committees in a wide variety of diverse chapter 11 reorganization cases. For example, Mr. Brill was lead counsel in representing the chapter 11 debtor in Gateway Computer Systems (a multi-store retailer of computers and related equipment), the chapter 11 debtor in Primedex Health Systems, Inc. (successful pre-packaged plan confirmed in less than 45 days for diagnostic imaging company), 360 Global Wine Company and 360 Viansa, LLC (publicly held holding company and its operating wholly-owned subsidiary in the winery business in Sonoma, California), Agua Dulce Vineyards, LLC (operating vineyard and winery in Los Angeles County), Copper King Mining Corporation and Western Utah Mining Company (public holding company and its wholly-owned operating subsidiary in the copper mining business), as well as the chapter 11 debtors in the hospital reorganization cases for Chino Valley Medical Center, Canyon Ridge Hospital, Lincoln Hospital Medical Center and the official creditors committees in Fields Aircraft Spares, Inc. (aircraft parts distributor), New Star Media, Inc. (publishing company), Henry Mayo Newhall Memorial Hospital (hospital), Daewoo Motor America, Inc. (Daewoo automobile distributor in the U.S.), Intercare Health Systems, Inc., Vista Hospital Systems, Inc. and Downey Regional Medical Center (hospitals), Ronco Corporation and Ronco Marketing Corporation (consumer products and marketing), and T-Asset



MARTIN J. BRILL
mjb@lnbyb.com

continued...

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067  ■  TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM

LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES



## Martin J. Brill
### PROFESSIONAL RESUME
continued from page 1

Acquisition Corporation and its related entities (the owner of the *Terminator*
film franchise). In addition, Mr. Brill has also handled numerous out-of-
court workouts and restructurings, including the successful out-of-court
debt restructuring for Carolco Pictures, Inc. Mr. Brill was admitted to the
California Bar in 1972. His educational background is as follows: University
of California at Los Angeles (B.A., *cum laude*, 1969; J.D., 1972). Associate
Editor U.C.L.A. Law Review, 1971-1972. Co-Author: "Collective Bargaining
and Politics in Public Employment," 19 U.C.L.A. Law Review 887, 1972.
He is a member of the State Bar of California and a member of the Beverly
Hills, Century City, Los Angeles County (Member, Sections on: Commercial
Law; Bankruptcy) and American Bar Associations. He is currently serving
on the Executive Committee of the Bankruptcy Section of the Beverly Hills
Bar Association (Chairman from 2002-2003) and served on the Board of
Directors of the Los Angeles Bankruptcy Forum. He is a member of the
Financial Lawyers Conference and has lectured to various trade groups and
bar associations on bankruptcy and related topics.

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067  ■  TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DAVID B. GOLUBCHIK**, born Kiev, Ukraine, January 10, 1971; admitted to bar 1996, California. Education: University of California, Los Angeles (B.A. 1992), Pepperdine University School of Law (J.D., 1996). Vice Chairman, Moot Court Board; Vice Magistrate, Phi Delta Phi International Legal Fraternity; American Jurisprudence Award in Business Reorganization in Bankruptcy. In addition to the State Bar of California, admitted to the U.S. District Court, Central, Southern, Eastern and Northern Districts of California. Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1996–1997). Member, American, California and Los Angeles Bar Associations, American Bankruptcy Institute (Board of Advisors), Financial Lawyers Conference, Los Angeles Bankruptcy Forum and Beverly Hills Bar Association (Executive Committee). Practice emphasizes bankruptcy, corporate insolvency and creditors' rights. Language: Russian.



**DAVID B. GOLUBCHIK**
dbg@lnbyg.com

**Articles written by David Golubchik include:**

- "Representing Closely Held Corporations in Bankruptcy: The Ethical Dilemma," Commercial Lawyers' Association Conference, November 1999
- "Bankruptcy Law – A Debtor's Press Release," *National Law Journal,* May 29, 2000
- "Taking a Piece of the Action in Bankruptcy," Bay Area Bankruptcy Forum Conference, June 6, 2000
- "Bankruptcy Law – Unwinding Settlements," *National Law Journal,* October 23, 2000
- "Bankruptcy Law – Involuntary Proceedings," *National Law Journal,* February 2, 2004
- "The Rights Of A Lessee In A Lessor's Bankruptcy: Section 365(h) Of The Bankruptcy Code," Los Angeles County Bar Association, Real Estate Subsection, March 25, 2004
- "Defending Nondischargeability Actions in Bankruptcy," Public Counsel, 2002–2004
- "Outlooks and Strategies For Distressed Commercial Real Estate Loans," Grubb and Ellis presentation, May 14, 2009
- "Chapter 11 Focus: Small Business and Single Asset Real Estate Cases," Los Angeles County Bar Association, Commercial Law and Bankruptcy Subsection, January 27, 2010

**DAVID B. GOLUBCHIK**  ATTORNEY AT LAW
EMAIL: DBG@LNBYG.COM  DIRECT: 310.229.3393

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM



## PROFESSIONAL RÉSUMÉ

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

### EDUCATION

University of Maryland (B.A., 1971)
University of Maryland School of Law (J.D., with Honors, 1974)

### BAR ADMISSIONS

Maryland, 1974, California, 1976
U.S. District Court, 1976
U.S. Court of Appeals for the Ninth Circuit, 1978
U.S. Supreme Court, 1980

**GARY E. KLAUSNER** joined LNBYG as a senior partner in May 2014, from a senior shareholder position at Stutman, Treister & Glatt P.C. Mr. Klausner has exclusively practiced in the field of corporate restructuring and bankruptcy since 1976.

Mr. Klausner represents Chapter 11 debtors, secured and unsecured creditors, creditors' committees, trustees and receivers, licensors and franchisors, purchasers of assets out of bankruptcy cases and parties involved in litigation and appeals in connection with bankruptcy cases. He has handled cases involving a broad range of businesses and industries including manufacturing, retail, real estate development, hospitality and restaurants, aerospace, entertainment, healthcare, financial institutions, and transportation.

Mr. Klausner also has expertise in Chapter 9 of the Bankruptcy Code, which is designed for the reorganization of municipalities. Mr. Klausner was the lead lawyer in the Chapter 9 case of Valley Health System in which he successfully confirmed a Chapter 9 Plan of Adjustment.

Mr. Klausner's significant engagements as debtor's counsel include: Meruelo Maddux Properties, Inc. (Special Reorganization Counsel); Imperial Capital Bancorp, Inc.; Colorep, Inc., International Union of Operating Engineers, Local 501, Mr. Gasket Co.; Prism Entertainment Corporation; Packaging Corporation of America; Super Shops, Inc.; Cannon Pictures; Maguire Thomas Partners, Fifth & Grand, Ltd.; ABC International Traders, Inc.; Maxicare and Watts Health Foundation, Inc., dba UHP Healthcare.



**GARY E. KLAUSNER**
GEK@LNBYG.COM

### Honors and Recognitions

Fellow, American College of Bankruptcy, 2010

Century City Bar Association: Bankruptcy Lawyer of the Year, 2012

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–12

Selected, Southern California's Best Lawyers in America, 2011–12

### Publications/Press

"Section 1111(b) '' Look Before You Leap," 2 *Bankruptcy Study Group Journal* 15 (1986)

"Chapter 11 'The Bank of Last Resort,'" *The Business Lawyer,* November, 1989; Vol. 45, No. 1

"The New Bankruptcy Rules," 4 *Bankruptcy Study Group Journal* 64 (1987).

continued. . .                    pg 1 of 3

# GARY E. KLAUSNER
## PROFESSIONAL RÉSUMÉ

continued from page 1

**LNBY&G**

Mr. Klausner has represented creditors' committees in cases such as Rhythm & Hues, Inc., Nasty Gal, Inc., Consolidated Freightways, New Meatco, Westward Ho Markets, Naki Electronics, Prime Matrix, The Movie Group, American Restaurant Group ("Black Angus"), and Solidus Networks, Inc.

Mr. Klausner has also represented principals involved in significant chapter 11 cases, such as Relativity Media Inc., The Weinstein Company, EZ Lube; Rachel Ashwell Design, Inc. ("Shabby Chic"); and Comic Book Movies LLC.

In addition to client matters, Mr. Klausner has been actively involved and has held prominent positions in local and national professional organizations and bar associations. Mr. Klausner is a member of the Board of Governors of the Financial Lawyers Conference and served as its president from 1993 through 1994. He is a board member of the Los Angeles Bankruptcy Forum (serving as its president in 2003–2004), a member of the American Bar Association, Section on Business Law, where he chaired a task force on The Economics of Chapter 11 Practice, chaired the Subcommittee on Bankruptcy Fraud, Crimes and Abuse of the Bankruptcy Process, and chaired the Chapter 9 and Chapter 11 Subcommittees. He is a member of the Los Angeles County Bar Association, where he has served as a member of the Executive Committee of the Commercial Law and Bankruptcy Section as well as being Vice-Chair of the Section's Bankruptcy Committee.

In 2010, Mr. Klausner was elected as a Fellow of the American College of Bankruptcy, and in 2012, Mr. Klausner was recognized as "Bankruptcy Lawyer of the Year" by the Century City Bar Association.

Mr. Klausner has also served as a Lawyer Representative to The Ninth Circuit Judicial Conference and chaired the United States District Court Standing Committee On Attorney Discipline.

Mr. Klausner speaks frequently on subjects involving bankruptcy and commercial law and has published numerous articles on bankruptcy-related topics.

## Speaking Engagements

Panelist, "Bank Holding Company Bankruptcies," ABI Battleground West, 2012

Panelist, "Municipal Bankruptcies," ABI Battleground West, 2011

Panelist, "Municipal Bankruptcies," ABA Fall Meeting Business Law Section, 2010

## KEY REPRESENTATIONS

### Debtor Representations

Colorep, Inc.

International Union of Operating Engineers, Local 501

St. Tropez Capital, Inc.

Mr. Gasket Co.

Prism Entertainment Corporation

Packaging Corporation of America

Super Shops, Inc.

Maguire Thomas Partners, Fifth & Grand, Ltd.

ABC International Traders, Inc.

Maxicare, HMO

Watts Health Foundation, Inc., dba UHP Healthcare, HMO

Valley Health System, Healthcare District

Imperial Capital Bancorp, Inc.

Mereulo Maddux Properties, Inc

**GARY E. KLAUSNER** ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM  DIRECT: 310.229.3360

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**GARY E. KLAUSNER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

**LNBY&G**

He is a member of the bar of the states of California and Maryland, and is admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Ninth Circuit, and the United States District and Bankruptcy Courts for the Central District of California.

Mr. Klausner received his J.D., with honors, from the University of Maryland School of Law in 1974, where he served on the editorial staff of the University of Maryland Law Review from 1972–73. He received his B.A. from the University of Maryland in 1971.

## PROFESSIONAL AFFILIATIONS

Financial Lawyers Conference (President, 1993–1994; Member of the Board of Governors)

Los Angeles Bankruptcy Forum (President in 2003–2004) Ninth Circuit Judicial Conference (2007–2009)

United States District Court, Central District, Standing Committee on Attorney Discipline, Chair 2011–2013

American Bar Association Section on Business Law, Chair of the Subcommittee on Bankruptcy Crimes, Fraud and Abuse, 2005

Chair of the Subcommittee on Chapter 9, 2011–2016; Chair of Chapter 11 Subcommittee, 2017–2020

## HONORS AND RECOGNITIONS

Fellow of the American College of Bankruptcy Century City Bankruptcy Lawyer of the Year, 2010

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–16 Selected, Southern California's Best Lawyers in America, 2011–12

## KEY REPRESENTATIONS
### Committee Representations

Rhythm & Hues

Nasty Gal

New Meatco

Consolidated Freightway

Westward Ho Markets

Naki Electronics

Prime Matrix Stan Lee Media

American Restaurant Group, Inc

### Significant Creditor/Party In Interest Representations

The Weinstein Company

Relativity Media

Cannon Pictures, Inc.

Georgia Pacific Corporation

Cal Worthington

Columbia Tristar

Fox Family Worldwide

MCI Telecommunications Corporation

Paramount Pictures

Saban Entertainment

Sony Pictures, Inc.

The Walt Disney Company

Victor Valley Community Hospital

Rachel Ashwell Design, Inc

EZ Lube, Inc

Gardens Regional Hospital

**GARY E. KLAUSNER**  ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM  DIRECT: 310.229.3360

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**




**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**EDWARD M. WOLKOWITZ** has focused on the areas of insolvency and commercial law during more than 40 years of practice. He has represented debtors, creditors, trustees, receivers and creditors' committees in a wide variety of cases. He also serves as a chapter 11 and chapter 7 panel trustee in the Central District of California and as a receiver for the Los Angeles Superior Court. He has extensive experience in representing various interests in complex reorganization cases in a number of different and diverse industries and has also operated a number of businesses as a trustee and receiver. He is also AV rated by Martindale-Hubbell.

He has been involved in a number of cases that have made new law or clarified existing law in the Ninth Circuit, including: Wolkowitz v. FDIC, 527 F. 3d 959 (9th Cir. 2008); Wolkowitz v. Beverly, 551 F. 3d 1092 (9th Cir. 2008); In re Sylmar Plaza, LP, 314 F.3d 1070 (9th Cir. 2002); Wolkowitz v. American Research Corporation, 131 F.3d 788 (9th Cir. 1999); In re Moses, 167 F.3d 470 (9th Cir. 1 999); Wolkowitz v. Shearson Lehman Bros., 136 F.3d 655, cert. denied, 525 U.S. 826 (1998); In re Cheng, 943 F.2d 1114 (9th Cir. 1991); In re Qintex Entertainment, 950 F.2d 1492 (9th Cir. 1991); In re WLB_RSK Venture, 296 B.R. 509 (Bankr. C.D. Cal. 2003).

Mr. Wolkowitz was on the faculty of Southwestern University Law School from 1978 to 1994, rejoining the faculty in 2001, teaching courses in bankruptcy, commercial transactions and business reorganization. He has also lectured extensively for the California Continuing Education of the Bar, and as a panelist in programs sponsored by the American Bankruptcy Institute, the Los Angeles Bankruptcy Forum, and the Beverly Hills Bar Association. Between 1994 and 2002, he served as a member of the City Council of Culver City, California, including two one-year terms as Mayor of Culver City.

Mr. Wolkowitz was admitted to the California Bar in 1976. His educational background is as follows: California State University, Northridge (B.A., 1971); Southwestern University Law School (J.D., *cum laude,* 1975); The University of Michigan Law School (LL.M., 1976).



**EDWARD M. WOLKOWITZ**

emw@lnbyg.com

continued. . .

**EDWARD M. WOLKOWITZ**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

**LNBY&G**

**His publications include:**

- "Debtors Have New Weapons Against Involuntary Bankruptcy," *Journal of Corporate Renewal* 12 (December 2007)
- "Bankruptcy and Family Law: A Marriage of Irreconcilable Differences", 24 *B.H. Bar J.* 83 (1990)
- "Insolvency and Bankruptcy," (Chapter 7) *California Family Law Service, Bancroft-Whitney* (1986)
- "Legislative Analysis—Land Use Proposals," 8 *Southwestern University Law Review* 216 (1976)
- "Land Use Controls: Is there a Place For Everything," 6 *Sw.U.L.Rev.* 607 (1974)

He is a member of the State Bar of California, the American Bar Association, Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyers Conference and the National Association of Bankruptcy Trustees. He has served as President and Vice President of the Los Angeles Bankruptcy Forum; the Editorial Board of the California Bankruptcy Journal; and, the Executive Committee of the Board of Governors of the Financial Lawyers Conference.

**EDWARD M. WOLKOWITZ**  ATTORNEY AT LAW
EMAIL: EMW@LNBYG.COM  DIRECT: 310.229.3364

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**BETH ANN R. YOUNG**, born Santa Monica, California, June 30, 1964; Admitted to California State Bar, December, 1989; **Admitted** to the United States District Court, Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit.

**Education:** University of California at Los Angeles (B.A., 1986); Loyola Law School (J.D., 1989).

**Member:** California Bar Association, American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Financial Lawyers' Conference and Los Angeles Bankruptcy Forum.

**Bankruptcy Court Panel Mediator:** United States Bankruptcy Court, Central District of California, January 2014 through the present; Certificated Completion of Mediation Training Program: Straus Institute for Dispute Resolution, Pepperdine School of Law, January 2014.

**Reported Decisions:** <u>San Paolo U.S. Holding Company v. 816 South Figueroa Company</u> (1998) 62 Cal. App. 4th 1010, 1026; and <u>Ziello v. First Federal Bank</u> (1995) 36 Cal. App. 4th 321, 42 Cal. Rptr. 2d 251.



**BETH ANN R. YOUNG**
bry@lnbyg.com

**BETH ANN R. YOUNG**  ATTORNEY AT LAW
EMAIL: BRY@LNBYG.COM  DIRECT: 310.229.3352

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**MONICA YOUNG KIM** was admitted to the California Bar in 1995, after graduating from the University of California at Berkeley (B.A., 1991) and Hastings College of the Law (J.D., 1995). She was a Law Clerk to the Honorable Jane Dickson McKeag, U.S. Bankruptcy Judge, Eastern District of California, 1995–96. Ms. Kim has worked solely in the areas of bankruptcy, insolvency and business reorganization, and commercial and real estate transactions, representing debtors, creditors' committees, creditors, sellers, and purchasers. She joined Levene, Neale, Bender, Yoo & Golubchik L.L.P. in 1996, and became a partner in 2004.

Ms. Kim is also involved in out-of-court restructuring transactions, including assignments for creditors, representing sellers/assignors, assignees and buyers. Her experience has included representation in retail, healthcare, entertainment, manufacturing, real estate, service and technology. Ms. Kim is a member of the American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Women Lawyers Association of Los Angeles, and the Korean American Bar Association, and is admitted to the Central, Eastern, Northern and Southern Districts of California.



**MONICA Y. KIM**
myk@lnbyg.com

**MONICA Y. KIM**  ATTORNEY AT LAW
EMAIL: MYK@LNBYG.COM  DIRECT: 310.229.3397

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**PHILIP A. GASTEIER'S** more than 40 years of practice has included a broad range of bankruptcy and insolvency representation, including Chapter 11 debtors, trustees in Chapter 7 and Chapter 11 cases, creditors, committees, buyers, landlords and parties to executory contracts, with particular emphasis on complex reorganizations and structuring transactions.

In his first decade of practice in Philadelphia, Mr. Gasteier successfully represented landlords and purchasers of leasehold interests in large cases such as Food Fair and Lionel, and participated in preparation of materials for presentation to Congress in connection with hearings leading to the Shopping Center Amendments to the Bankruptcy Code in 1984. He counseled extensively in connection with insolvency and bankruptcy aspects of commercial leases for shopping centers and retail chains, and authored "Shopping Centers As Utilities Under the Bankruptcy Code," *Shopping Center Legal Update,* Summer, 1983. Mr. Gasteier also provided insolvency counseling in connection with bond and other securities transactions. Mr. Gasteier was involved in representation of creditor or equity committees in matters including Franklin Computer, Manson-Billard Industries and Monroe Well Service, Inc. Debtor representation included Motor Freight Express, a multi-state motor carrier, and Dublin Properties.

Mr. Gasteier's practice in Los Angeles has included entertainment and other intellectual property matters, such as Fries Entertainment, Inc., Qintex Entertainment, Inc., and Hal Roach Studios, Inc. where he was primarily responsible for structuring and confirming chapter 11 plans, as well as representation of Carolco Pictures, Inc. and Paramount Studios. He has provided specialized insolvency counseling and litigation support in connection with numerous transactions, licenses and other entertainment contracts. Mr. Gasteier argued In re: Qintex Entertainment, Inc., 950 F.2d 1492 (9th Cir. 1991) to the Ninth Circuit U.S. Court of Appeals, a principal case establishing the executory contract analysis applicable to copyright licenses, and determining that participation rights constitute unsecured claims. Other debtor representation has included Currie Technologies Inc.; Wavien, Inc; Ocean Trails L.P.; Superior Fast Freight, Inc.; and B.U.M. International, Inc. Mr. Gasteier has been involved in creditor committee representation in cases such as House of Fabrics, California Pacific Funding, Ltd., Condor Systems, Inc. and Chase Technologies, Inc.



**PHILIP A. GASTEIER**
pag@lnbyg.com

continued. . .

**PHILIP A. GASTEIER**  ATTORNEY AT LAW
EMAIL: PAG@LNBYG.COM  DIRECT: 310.229.3329

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**PHILIP A. GASTEIER**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

Mr. Gasteier is a graduate of the Law School of the University of Pennsylvania (J.D. 1977) and the Ohio State University (B.A. 1974). He was admitted to the Pennsylvania Bar in 1977 and to the California Bar in 1987. He is also a member of the bar of the United States District Court, Central, Eastern and Northern Districts of California; the U.S. District Court, Eastern District Court of Pennsylvania, and the Ninth and Third Circuit Courts of Appeals. He is a member of the American Bankruptcy Institute, the American Bar Association, the State Bar of California, the Century City Bar Association, the Financial Lawyers Conference and the Los Angeles County Bar Association, where he served as a member of the Bankruptcy Sub-Committee of the Section on Commercial Law and Bankruptcy from (1990–1992). He has been active in civic affairs, and is a past President (2008–2009), Vice President (2006–2008) and Board Member (2004–2009) of the Greater Griffith Park Neighborhood Council, an official body of the City of Los Angeles.

**PHILIP A. GASTEIER**  ATTORNEY AT LAW
EMAIL: PAG@LNBYG.COM  DIRECT: 310.229.3329

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DANIEL H. REISS,** a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has specialized in the area of bankruptcy and insolvency for over thirty years. Before entering the legal field, Mr. Reiss started his professional career at KPMG (then Peat, Marwick and Mitchell) and became a Certified Public Accountant specializing in tax structuring in mid-market and entrepreneurial businesses. Mr. Reiss graduated from California State University, Northridge, *summa cum laude,* B.S., Business Administration in 1984. Mr. Reiss's business education and background is of significant importance in dealing with the complex financial issues facing distressed business situations.



**DANIEL H. REISS**
dhr@lnbyg.com

Armed with practical business knowledge, Mr. Reiss decided to pursue a career in law and graduated in 1990 from Loyola University Law School where he was a staff writer and notes editor of the *Law Review,* president of Phi Delta Phi legal honor fraternity, and was a member of the St. Thomas More Honor Society.

Mr. Reiss joined LNBYG in November 2000. Mr. Reiss is a member of the executive committee of the Bankruptcy Section of the Beverly Hills Bar Association, and is a member of the Los Angeles Bankruptcy Forum, Financial Lawyers Conference and the Los Angeles County Bar Association. Mr. Reiss has been honored as a "Super Lawyer" multiple times since 2006 in a region-wide survey, an honor bestowed on only 5% of Southern California attorneys.

Mr. Reiss's bankruptcy experience extends to cases and distressed situations involving public utilities, healthcare, retail, aviation, hospitality, real estate, bio-tech and general manufacturing. Mr. Reiss regularly represents debtors, creditor committees, secured creditors, bankruptcy trustees and buyers of distressed assets and companies. Mr. Reiss is a frequent speaker before trade and legal groups, and is a nationally published author on bankruptcy issues.

Mr. Reiss is also an experienced bankruptcy litigator, having been lead counsel in more than 100 adversary proceedings in bankruptcy court. When not representing the bankruptcy entity or a trustee, Mr. Reiss has successfully petitioned the Court to confer standing on his clients to file litigation on behalf of the estate. Mr. Reiss also has expertise in removing state court litigation to the bankruptcy court and dealing

continued. . .

**DANIEL H. REISS**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

with complex jurisdictional issues. Litigation targets commonly include company directors, officers and other insiders, recipients of avoidable asset transfers, or creditors holding invalid liens or claims.

**Mr. Reiss's published articles include:**

- "Bankruptcy Battlegrounds in Franchising," *Franchise Law Insider,* 3rd Quarter 2005
- "Assignment of Leases," *National Law Journal,* Winter 2006
- "'Travelers Cas.' Part II," *National Law Journal,* Winter 2007.
- "Single-Asset Real Estate," *National Law Journal,* Summer 2008.
- "D&O Moves to the Forefront in Bankruptcy Cases," *National Law Journal,* Summer 2009.
- "Protecting Interests in the Event of Tenant Bankruptcies," *National Law Journal,* Spring 2010.
- "When Cases In Two Bankruptcy Courts Clash," *National Law Journal,*
- Fall 2010
- "Marshall Case Raises Issue Of Consent To Jurisdiction" *National Law Journal,* Summer 2011
- "Bidders At Bankruptcy Auctions, Beware," *National Law Journal,* Summer 2012
- "What's a Class Action Plaintiff To Do?" *National Law Journal,* Summer 2013

**Mr. Reiss's speaking engagements include:**

- "Franchise Issues in Bankruptcy," Spring, 2004, Franchise Business Network.
- "Hostile Takeovers in Bankruptcy Cases," Credit Managers Association.
- "Directors and Officers Litigation in Bankruptcy," Spring, 2008, Turnaround Management Association and Beverly Hills Bar Association.
- "Healthcare Business Bankruptcies," Spring 2009, Los Angeles County Bar Association, Healthcare Law and Commercial Law And Bankruptcy Sections
- "Bankruptcy Battlegrounds in Franchising," Fall, 2009, Southern California Franchise Business Network.
- "Class-Action Claims Against Bankrupt Defendants An Overview," Summer 2013, State Bar of California, San Francisco, California

**DANIEL H. REISS**  ATTORNEY AT LAW
EMAIL: DHR@LNBYG.COM  DIRECT: 310.229.3338

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**DANIEL H. REISS**

**PROFESSIONAL RÉSUMÉ**

continued from page 2

- "TIC TALK - Issues in Tenant in Common Bankruptcy Cases and Related Considerations," Spring 2015, Beverly Hills Bar Association – Bankruptcy Law and Real Estate Law Sections

- Panelist, Wage and Hour and Other Employment Issues Facing Troubled Companies, AIRA 34th Annual Conference, Nashville, Tenn. 2018.

pg 3 of 3

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TODD A. FREALY**, a partner of the firm, represents Chapter 7 trustees throughout Southern California in all aspects of case administration and litigation. In July 2010, Mr. Frealy was appointed to the panel of Chapter 7 trustees for the Riverside Division of the United States Bankruptcy Court. Mr. Frealy currently serves as a Chapter 11 trustee and Chapter 7 trustee in cases pending in the Central District of California. Mr. Frealy is a graduate of Southwestern University School of Law (J.D. 1998) and the University of California, Los Angeles (B.A. 1995). During law school he was an extern to the Honorable Mitchel R. Goldberg and Honorable Arthur M. Greenwald, U.S. Bankruptcy Judges for the Central District of California. After law school, he clerked for the Honorable David N. Naugle, U.S. Bankruptcy Judge, Central District of California, Riverside Division (1998–2000). Mr. Frealy was a member of the Board of Directors for the Inland Empire Bankruptcy Forum from 2009–2014 and was a member of the Southwestern University School of Law Alumni Board of Directors (September 2006 to June 2009). He is also a member of the Los Angeles County Bar Association and the Los Angeles Bankruptcy Forum. In 2021, Mr. Frealy was recognized as a "Super Lawyer" by *Super Lawyers* magazine. He was admitted to the California Bar in 1998, and is admitted to the Central, Eastern, Northern and Southern Districts of California.



**TODD A. FREALY**
taf@lnbyg.com

**Articles written by Mr. Frealy include:**

- "Dazed and Confused," *California Bankruptcy Court Reporter,* Vol. 4, No. 3, March 2000 (Dischargeability of student loans and the "undue hardship test")
- "Finding the Key," *California Bankruptcy Court Reporter,* Vol. 4, No. 6, June 2000 (How to Set off Mutual Debts in Bankruptcy)

**Mr. Frealy is a frequent speaker on bankruptcy issues, including:**

- Southwestern Law Review's symposium: "Bankruptcy in the New Millennium," February 2010
- Inland Empire Bankruptcy Forum: "Disclosed and Undisclosed Assets In Chapter 7," April 2014
- Inland Empire Bankruptcy Forum: "Hot Topics In Consumer Chapter 7 Proceedings," November 2014
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," April 2015

continued. . .

**TODD A. FREALY**
**PROFESSIONAL RÉSUMÉ**
continued from page 1



- Riverside County Bar Association: "What Every Non-Bankruptcy Lawyer Should Know About Bankruptcy (And Should Be Afraid Not To Ask)," December 2015
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," March 2016

pg 2 of  2

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**RICHARD P. STEELMAN, JR.**
rps@lnbyg.com

**RICKY STEELMAN** is a senior litigator at Levene, Neale, Bender, Yoo & Golubchik L.L.P. Mr. Steelman's client-centered and resolution-driven practice focuses on complex commercial disputes, including litigation connected to bankruptcy, restructuring and insolvency. His extensive business litigation experience includes successful representation of individuals, Fortune 500 companies, hospitals, and emergency physician groups in state and federal courts, private arbitrations, and more than 75 appeals in the various appellate districts of the California Courts of Appeal, as well as the United States Court of Appeals for the Ninth Circuit.

Not only an experienced appellate attorney and litigator, Mr. Steelman also has substantial bankruptcy experience in numerous bankruptcy matters and adversary proceedings. Specifically, he played a critical role in obtaining summary judgment (resulting in a published decision in favor of a Fortune 100 financial institution) where the bankruptcy court granted his plaintiff client's request for substantive consolidation. That judgment forced seven non-debtor entities and three non-debtor individuals involved in a multi-million dollar mortgage-relief fraud scheme into the primary debtor-entity's Chapter 7 bankruptcy and under the purview of the bankruptcy court. This resulted in better protections for vulnerable consumers and members of the community, as well as financial institutions and corporations.

In addition to his significant class action defense work in federal court, Mr. Steelman has appeared numerous times in California probate court. He first chaired a probate trial where he successfully challenged the executor's final accounting of a probate estate and the executor's request for extraordinary fees in connection with that estate. That probate decision after a multiple-day trial resulted in greater financial distributions to Mr. Steelman's client, as well as several other non-profit organizations across the country.

Mr. Steelman is very proud to be a two-time Cooke Scholar after being selected for the 2002 Jack Kent Cooke Foundation Undergraduate Scholarship and the 2006 Jack Kent Cooke Foundation Graduate Scholarship – a rare and coveted accomplishment in today's competitive world. He is also honored to have been named a Southern California Super Lawyers "Rising Star" each year since 2013.

continued. . .

**RICHARD P. STEELMAN, JR.**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

Prior to joining the firm, Mr. Steelman worked more than 8.5 years at Bryan Cave Leighton Paisner LLP as a litigation, appellate, and class action associate. He also worked at Buchalter as special counsel, focusing on complex healthcare litigation relating to provider-payor disputes. Mr. Steelman graduated *magna cum laude* from Pepperdine University with a B.A. in Political Science and a Music Minor in 2003. He graduated *cum laude* from Pepperdine University School of Law in 2009. Mr. Steelman is licensed in all California state and federal courts and the U.S. Court of Appeals for the Ninth Circuit. He is a member of the California Society for Health-care Attorneys, the American Health Lawyers Association, the Los Angeles County Bar Association and its Appellate Courts, Litigation, and Healthcare Law sections.

**RICHARD P. STEELMAN, JR.**  ATTORNEY AT LAW
EMAIL: RPS@LNBYG.COM  DIRECT: 310.229.3339

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JULIET Y. OH** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. representing individuals and corporations in Chapter 11 bankruptcy cases, out-of-court restructuring proceedings and bankruptcy litigation proceedings. She has been voted a "Rising Star" in a poll of her peers in Southern California each year since 2006.

Ms. Oh has recently represented Chapter 11 debtors <u>Anna's Linens, Inc.</u>, <u>Green Fleet Systems, LLC</u>, <u>Belasco Unlimited Corporation</u>, <u>Apex Digital, Inc.</u>, <u>Roosevelt Lofts, LLC</u>, <u>Central Metal, Inc.</u>, <u>Franchise Pictures LLC, et al.</u>, <u>Fatburger Restaurants</u>, and the <u>Official Committee of Unsecured Creditors of Halcyon Holding Group</u>.

Prior to joining the firm in 2003, Ms. Oh specialized in the representation of individuals in Chapter 7 and Chapter 13 cases and worked as an extern with the Office of the U.S. Trustee, Central District of California. Ms. Oh is a graduate of Stanford University and obtained her law degree from University of California, Los Angeles. She was admitted to the California Bar in 2000, is a member of the Korean American Bar Association, California Bankruptcy Forum and Los Angeles Bankruptcy Forum.



**JULIET Y. OH**
jyo@lnbyg.com

**JULIET Y. OH**  ATTORNEY AT LAW
EMAIL: JYO@LNBYG.COM  DIRECT: 310.229.3348

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# PROFESSIONAL RÉSUMÉ

**LNBY&G**

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

**TODD M. ARNOLD** has been with LNBY&G since 2003. Mr. Arnold specializes in corporate and high net worth individual reorganizations and bankruptcy litigation. Mr. Arnold has served as counsel in several major reorganization cases and in hundreds of avoidance actions. Mr. Arnold joined LNBYG after serving as an extern and a law clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Judge. He has been voted a "Rising Star" in a poll of his peers in Southern California each year since 2006. A native of Sacramento, Mr. Arnold graduated from the University of California, Los Angeles with a B.A. in English and Loyola Law School, Los Angeles, *cum laude,* with a Juris Doctor degree and as a member of the Order of the Coif.



**TODD M. ARNOLD**
tma@lnbyg.com

**TODD M. ARNOLD**  ATTORNEY AT LAW
EMAIL: TMA@LNBYG.COM  DIRECT: 310.229.3349

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G
### LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**ANTHONY A. FRIEDMAN** specializes in the representation of debtors in reorganizations and liquidations, Chapter 7 and Chapter 11 Trustees, bankruptcy litigation, State Court litigation, and creditors' committees. Mr. Friedman is admitted to practice before all the Courts of the State of California, the United States District Court, Central, Eastern, Northern and Southern Districts, the Ninth Circuit Court of Appeals and the United States Supreme Court. Mr. Friedman received his Juris Doctor degree from the University of La Verne School of Law in 1999 and his Bachelor of Arts degree from the University of California at San Diego in 1992. Prior to joining Levene, Neale, Bender, Yoo & Golubchik L.L.P., Mr. Friedman was a judicial extern for the Honorable Kathleen Thompson, United States Bankruptcy Judge, Central District of California.  Mr. Friedman is also a member of the American Bankruptcy Institute, the Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the California Bankruptcy Forum, the Financial Lawyer's Conference, the James T. King Bankruptcy Inn of Court (current Board member and past president 2017–2018), and several Southern California Bar Associations. Mr. Friedman is also a volunteer in the Public Counsel Law Center Bankruptcy pro bono project.



**ANTHONY A. FRIEDMAN**
aaf@lnbyg.com

**ANTHONY A. FRIEDMAN**  ATTORNEY AT LAW
EMAIL: AAF@LNBYG.COM  DIRECT: 310.229.3396

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**KURT RAMLO**, a Los Angeles native, provides restructuring advice to business organizations facing financial distress. His practice includes guiding organizations through out-of-court and chapter 11 reorganizations, as well as related transactions and litigation. He routinely provides advice on structuring cutting-edge transactions on behalf of public and private debtors, foreign representatives, receivers, shareholders, plan sponsors, third-party acquirers, secured and unsecured creditors, creditors' committees and post-petition lenders, as well as other restructuring professionals. A former Assistant United States Attorney, Mr. Ramlo also has extensive trial and commercial litigation experience in bankruptcy and federal district courts.



**KURT RAMLO**
kr@lnbyg.com

His representative chapter 11 matters include advising the debtors in NexPrise, Inc.; Hingham Campus; Minor Family Hotels; Delphi Corporation; Refco; Blue Bird Body Company (prepackaged plan); Friedman's Jewelers; First Virtual Communications; Kmart Corporation; ZiLOG, Inc. (prepackaged plan); Stone & Webster; Wilshire Center Marketplace (Ambassador Hotel); Washington Group; and Furr's Supermarkets; the foreign representatives in Flightlease Holdings and SunCal; the receiver in private equity management group; equity stockholders or plan sponsors in Charter Communications; Crescent Jewelers; Oregon Arena Corporation; Old UGC; and Clift Holdings (The Clift Hotel); asset purchasers and bidders in Medical Capital Holdings; Variety Arts Theatre; Chef Solutions Holdings; People's Choice Financial Corporation; Sun World; The Walking Company; Centis; and iSyndicate; estate professionals in General Growth Properties and Leap Wireless; and creditors in Cocopah Nurseries; One Pelican Hill North, L.P.; McMonigle Residential Group; Contessa Premium Foods; LBREP/L-Lehman SunCal Master I, LLC; Phoenix Coyotes; GTS 900 F (Concerto); Cupertino Square; American Home Mortgage; Trump Casinos; Consolidated Freightways; Loral Space & Communications; Leap Wireless; DirecTV Latin American; Northwestern Corporation; Airwalk; Centis; Regal Cinemas; eToys; Excite/At Home Corporation; Paracelsus Healthcare; and the creditors' committee in Hamakua Sugar Company.

Litigation matters include CanAm Capital Holdings (Ponzi scheme fraudulent transfer action); Lyondell Chemical (New York LBO fraudulent transfer action); Linens N Things (preference); patent holder (obtaining stay pending appeal of $112 million judgment); S&W Bach (New York fraudulent transfer action); One Pelican Hill North

continued. . .
pg 1 of 2

**KURT RAMLO**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

**LNBY&G**

(California lender liability); <u>Lost Lakes</u> (Washington lender liability); satellite dish provider (piracy and dischargeability); <u>Prium</u> (lender liability); <u>Spansion, Inc.</u> (transfer pricing dispute); <u>Delphi</u> (Michigan state tax litigation; vendor litigation); <u>Refco</u> (Swiss securities litigation); <u>Old UGC</u> ($3.7 billion breach of merger action); <u>Airwalk</u> (debt recharacterization trial); various actions representing the <u>United States</u> (Medicare fraud and dischargeability; surety bond enforcement; loan and guaranty enforcement; wrongful foreclosure litigation; enforcement of criminal fines and restitution orders).

Published decisions issued in matters litigated by Mr. Ramlo include <u>United States Pac. Ins. Co. v. United States Dep't of Interior</u>, 70 F. Supp. 2d 1089 (C.D. Cal. 1999); <u>Secretary of HUD v. Sky Meadow Assoc.</u>, 117 F. Supp. 2d 970 (C.D. Cal. 2000); <u>Yunis v. United States</u>, 118 F. Supp. 2d 1024 (C.D. Cal. 2000); and <u>United States Dep't of Educ. v. Wallace</u> (In re Wallace), 259 B.R. 170 (C.D. Cal. 2000).

He is a co-author of "American Bankruptcy Reform and Creativity Prompt the In re Blue Bird Body Company One-Day Prepackaged Plan of Reorganization," International Corporate Rescue, Kluwer Law International (London) (December 2006), included in Expedited Debt Restructuring: An International Comparative Analysis, Rodrigo Olivares-Caminal ed., Kluwer Law International (The Netherlands) (2007).

In 1993, Mr. Ramlo obtained his law degree from the University of California, Davis and in 1990 a Bachelor of Music degree, with a concentration on music performance on bassoon, from California State University, Northridge.

**KURT RAMLO**  ATTORNEY AT LAW
EMAIL: KR@LNBYG.COM  DIRECT: 310.229.3378

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**





**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**EVE H. KARASIK** is a business restructuring and bankruptcy attorney who focuses her practice on the representation of business entities in a variety of industries. In addition to representing corporate debtors, Ms. Karasik has represented creditors' committees, equity committees, post-confirmation liquidating trusts and Bankruptcy Code section 524(g) trusts, assignees and assignors for assignments for the benefit of creditors, receivers and creditors in state and federal receiverships, and significant creditors and litigation parties in cases pending around the country. She began her legal career at Stutman, Treister & Glatt P.C., a nationally recognized bankruptcy boutique where she practiced until May 1, 2014 when the firm had to close its doors.



**EVE H. KARASIK**
ehk@lnbyg.com

Ms. Karasik has a breadth of experience representing entities in wide variety of industries,. Some of her debtor representations of note include: Valley Economic Development Corporation (Los Angeles, CA, *Loan Origination and Servicing*), Marshall Broadcasting, Inc. (Houston, TX, *Media*), Cornerstone Apparel, Inc. (Los Angeles, CA, *Retail*), Anna's Linens, Inc. (Los Angeles, CA, *Retail*), Associated Third Party Administrators and Allied Fund Administrators LLC (Los Angeles, CA, *Benefits Administration*), Imperial Capital Bancorp, Inc. (San Diego, CA, *Bank Holding Company*), Utah 7000, LLC, et al (Salt Lake City, UT, *Luxury Real Estate Development*), Resort at Summerlin, et al (Las Vegas Nevada, *Gaming*); Gold River Hotel & Casino, et al (Las Vegas, Nevada, *Gaming*), Falcon Products, Inc., et al (St. Louis, MO, *Furniture Manufacturer*), Clark Retail Group, et al (Chicago, IL, *Gas Station and Convenience Stores*), MJ Research, Inc. (Reno, NV, *Bio Tech*), Cell Pro, (Seattle, Washington, *Bio Tech*); and U.S. Aggregates, Inc., et al (Reno, NV, *Mining*). Her creditor and equity committee representations include PHI, Inc. (Dallas, TX, *Oil and Gas Logistics*), New Meatco Provisions, LLC (Los Angeles, CA, *Food Distribution*), Circus and Eldorado Joint Venture, et al. (Reno, NV, *Gaming*), Riviera Holdings Corporation, et al. (Las Vegas, NV. *Gaming*), Eurofresh, Inc., et al (Phoenix, AZ, *Food Producer and Distributor*), USA Capital First Trust Deed Fund (Las Vegas, NV, *Real Estate Investment Fund*), Aladdin Gaming, Inc. (Las Vegas, NV, *Gaming*), and Amerco (Reno, NV, *Retail/Trucking*).

Ms. Karasik has also served as counsel to the Trustee in the Securities Investor Protection Corporation liquidation proceeding of W.S. Clearing, Inc. (Los Angeles, CA, *Securities Clearinghouse*), counsel to the Examiner in the Fontainebleau Las Vegas Holdings, LLC., et al. (Miami, FL, *Gaming*), and counsel to the J.T. Thorpe

continued. . .                                                                        pg 1 of 4

# EVE H. KARASIK

**PROFESSIONAL RÉSUMÉ**

continued from page 1

**LNBY&G**

Settlement Trust, the <u>Thorpe Insulation Company Settlement Trust</u>, <u>Plant Insulation Settlement Trust</u>, and the <u>Western Asbestos Settlement Trust</u> (Reno, NV, Section 524(g) *Bankruptcy Trusts*).

Ms. Karasik is a fellow in the American College of Bankruptcy. She has been ranked in Chambers USA, Band 3, Bankruptcy and Restructuring, California 2020. Ms. Karasik has received several awards in her field, including the Century City Bar Association Bankruptcy Attorney of the Year for 2015, and the Turnaround Managers Association "2007 Large Company Transaction of the Year" award for her work on the U.S.A. Commercial Mortgage Company Chapter 11 Cases. She is also been named a Southern California States Super Lawyers®, 2012–2020 for Bankruptcy & Creditor/Debtor Rights; Best Lawyers in America®, Bankruptcy and Creditor-Debtor Rights Law, 2007– 2020; and AV/Preeminent Attorney® as rated by Martindale-Hubbell®, 5.0 out of 5.0.

**Ms. Karasik has appeared as a speaker on the following topics before the following organizations:**

- American Bankruptcy Institute, Annual Spring Meeting, 2019, The Continuing Vitality of the Jay Alix Protocol, and other Issues Related to the Retention of Distressed Management Consultant
- American Bankruptcy Institute, Bankruptcy Battleground West, 2019, Crossfire Panel: Jevic Debate
- American Bankruptcy Institute, Annual Spring Meeting, 2018, Life After Jevic: How Will the Supreme Court's Decision Affect Chapter 11 Practice
- California Bankruptcy Forum 2016, Mo Fees Mo Objections – Notoriously B.I.G. Problems for Professionals Seeking to be Employed and Paid
- American Bankruptcy Institute, Winter Leadership Conference 2015, Perfecting the Pitch
- Turnaround Managers Association, 7th Annual Western Regional Conference July 16, 2015: "Successor Liability & Section 363 Sales: Everything You Always Wanted to Know, But Were Afraid Someone Would Tell You"
- American Bankruptcy Institute, Spring Meeting 2015: "Trustee Selection in Commercial Bankruptcy Cases: Who Wins the Battle to Control the Estate?"
- Los Angeles Bankruptcy Forum: "LLCs in Bankruptcy: Tricks and Traps (or Points of Leverage and Lurking Dangers)," April 20, 2015

continued. . .

**EVE H. KARASIK** ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM DIRECT: 310.229.3350

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

**LNBY&G**

- American Bankruptcy Institute, Spring Meeting 2014: "The Ever-Changing Roles of Committees"
- American Bankruptcy Institute, Webinar July 15, 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Spring Meeting 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2011: "Great Debates – Third Party Injunctions in Chapter 11 Plans"
- American Bankruptcy Institute, Spring Meeting 2011: "Ethics and Professional Compensation: Actions to Avoid and Recover Fees"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2009: "Great Debates – Administration of Administratively Insolvent Estate for the Benefit of a Secured Creditor"
- American Bankruptcy Institute, Spring Meeting 2009: "Great Debates – Sale of Assets Free and Clear of Liens Over the Objection of the Secured Creditor"
- CRG Winter Conference, 2009: "Panel Discussion – Guide for Operating in the Zone of Insolvency"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2008: "Claims Trading, Fiduciary Duties and Other Pesky Committee Issues"
- American Bankruptcy Institute, Winter Leadership Meeting, 2006: "Fibermark – New Duties and Beyond – Ethical Problems of Committee Membership and Representation in a Hedge Fund World"
- American Bankruptcy Institute, Spring Meeting 2004: "Successor Liability Revisited – Recent Developments and Trends"

Ms. Karasik received her B.A., with High Honors in History, from the University of California, Berkeley in 1984, and her J.D. from the University of Southern California Law School (Gould School of Law), Order of the Coif, 1991. She was admitted to the California Bar in 1991. She was admitted to the Ninth Circuit Court of Appeals in 1991, the United States District Court for the Central and Northern Districts of California in 1991 and 1992, and the Southern and Eastern Districts of California in 1994. She has also practiced extensively in federal courts throughout the country including in Nevada, Arizona, Utah, Delaware, Washington, Illinois, Missouri, Arizona, Florida and Texas.

continued. . .                                        pg 3 of 4

**EVE H. KARASIK**

**PROFESSIONAL RÉSUMÉ**

continued from page 3

**LNBY&G**

**Ms. Karasik is active in various organizations, including:**

- American College of Bankruptcy, (2019–present)
- American Bankruptcy Institute: Executive Committee of Board of Directors (2019–present), Board of Directors 2015–2019), Bankruptcy Battleground West Conference, Co-Chair, 2012–2015, Ethics and Compensation Subcommittee, Education Director, 2014–15, Newsletter Editor, 2012–2014
- Ninth Circuit Judicial Conference Lawyer Representative, 2015–2018
- Los Angeles Bankruptcy Forum, Incoming President (2020–2021), Executive Committee Member 2017 to 2020, Board Member 2014
- Credit Abuse Resistance Education (CARE), Southern California Chapter, Advisory Committee Member and Volunteer 2018–present
- State Bar of California, Business Law Section, Member
- State Bar of California, Insolvency Law Committee, Member, 2005–2006
- LA County Bar Association, Commercial Law and Bankruptcy Section, Member
- Women Lawyers Association of Los Angeles, Former Executive Committee Member
- Turnaround Managers Association ("TMA") Awards Committee, Member, 2009–2011
- TMA Distressed Investing Conference Planning Committee, Member, 2013–2014

pg 4 of 4

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**CARMELA T. PAGAY**, a partner at LNBY&B, specializes in representation of debtors in reorganizations and liquidations, creditor committees, and Chapter 7 and Chapter 11 trustees, and bankruptcy litigation.

Ms. Pagay received her Bachelor of Arts Degree in Political Science from the University of California, Los Angeles in 1994, and her Juris Doctor from Loyola Law School, Los Angeles in 1997, where she was Senior Production Editor of the *Loyola of Los Angeles International and Comparative Law Journal*. Ms. Pagay is admitted to practice before the United States District Court, Central, Eastern, Northern, and Southern Districts, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

She currently sits on the Women Lawyers Association of Los Angeles Foundation Board of Governors, and is a member of the Los Angeles County Bar Association and the Asian Pacific American Bar Association of Los Angeles County. Ms. Pagay is also a longstanding editorial board member of the *Los Angeles Lawyer* magazine and was its Chair for 2020–2021.



**CARMELA T. PAGAY**
ctp@lnbyg.com

**CARMELA T. PAGAY**  ATTORNEY AT LAW
EMAIL: CTP@LNBYG.COM  DIRECT: 310.229.3362

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOHN-PATRICK M. FRITZ** was named a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. in January 2016.  Mr. Fritz advises clients as chapter 11 debtors in possession, purchasers, post-petition lenders, creditors, committees, and litigants in bankruptcy related matters.  Mr. Fritz is also a Subchapter V Trustee for Chapter 11 Small Business Reorganizations.

Mr. Fritz represents clients in all industries, including start-ups, intellectual property-based companies, hotels and hospitality, commercial real estate, food production, restaurants, retail, manufacturing, construction, and entertainment and film. Combining multi-faceted experience with innovation, Mr. Fritz employs a goal-oriented approach to achieve successful results, whether as counsel to a company reorganizing its affairs, a creditor navigating its best recovery, or as Trustee mediating a reorganization between debtor and creditor parties.

For many years, Mr. Fritz has served on the board of directors for the Los Angeles Bankruptcy Forum, the board of governors and executive committee of the Financial Lawyers Conference, and the advisory board for the American Bankruptcy Institute's annual Bankruptcy Battleground West program.  Mr. Fritz is a regular panel speaker on bankruptcy and restructuring issues for various professional and business organizations, and he has received the honor of being named a "Super Lawyer" and "Rising Star" by *Super Lawyers* magazine.

Mr. Fritz served as a judicial law clerk to the Hon. Maureen A. Tighe for two years, from 2007 to 2009, before joining the firm as an associate in 2009.  Mr. Fritz graduated Tufts University, *cum laude,* with honors, and Southwestern Law School, *magna cum laude,* in the top 5% of his class.  Mr. Fritz studied abroad for one year in Kyoto, worked for the Japanese government in Japan for two years, and is proficient in Japanese.



**JOHN-PATRICK M. FRITZ**
jpf@lnbyg.com

**JOHN-PATRICK M. FRITZ** ATTORNEY AT LAW
EMAIL: JPF@LNBYG.COM  DIRECT: 310.229.3395

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



## PROFESSIONAL RÉSUMÉ



**KRIKOR MESHEFEJIAN** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. He represents clients in all aspects of financial reorganization, corporate restructuring, insolvency and commercial litigation. He has helped businesses and individuals successfully and efficiently confirm chapter 11 plans of reorganization, sell assets, negotiate settlements, and litigate complex legal disputes in bankruptcy courts. His clients include financially distressed technology, healthcare, natural resource, restaurant, food processing, real estate investment and other retail, whole-sale and service businesses, and all types of individuals seeking appropriate debt relief. He also represents creditors seeking to protect their rights and interests in bankruptcy cases, and trustees in connection with administering bankruptcy cases. He applies a "hands-on" approach to all of his cases and provides his clients with personal attention to all aspects of their case, from inception to conclusion, while focusing on obtaining outstanding results in a cost-effective manner. His creative solutions to complex legal and financial problems have helped his clients preserve their assets and businesses, and protect and enforce their legal rights and claims. He has been selected to the "Rising Star" list every year since 2013, an honor reserved for those lawyers who exhibit excellence in practice.

**KRIKOR J. MESHEFEJIAN**

kjm@lnbyg.com

Prior to joining the firm in 2008, Mr. Meshefejian clerked for the Honorable Geraldine Mund and the Honorable Victoria S. Kaufman, United States Bankruptcy Judges. Mr. Meshefejian obtained his J.D. in 2007, *magna cum laude,* from the University of Illinois College of Law, where he served as senior editor for the Illinois Business Law Journal and received the Rickert Award for excellence in legal writing.

**KRIKOR J. MESHEFEJIAN**  ATTORNEY AT LAW
EMAIL: KJM@LNBYG.COM  DIRECT: 310.229.3380

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**LINDSEY L. SMITH** joined LNBYG in February 2010. Ms. Smith obtained her law degree *cum laude* from Loyola Law School, where she was a member of the Alpha Sigma Nu and the St. Thomas More Honor Society, and recipient of the First Honors Award in Election Law. Ms. Smith obtained a B.A. in political science with an emphasis in American Politics from Boston University. Ms. Smith has been named a Super Lawyers Rising Star each year since 2013.

Ms. Smith focuses her practice on the representation of Chapter 11 debtors in possession and Chapter 7 trustees. Ms. Smith has significant experience in successfully representing Chapter 11 debtors from the beginning of a case filing through plan confirmation. Ms. Smith has also represented several Chapter 11 debtors in connection with Section 363 sales of substantially all of their assets.



**LINDSEY L. SMITH**
lls@lnbyg.com

pg 1 of 1

**PROFESSIONAL RÉSUMÉ**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

**JEFFREY S. KWONG (鄺世傑)** joined LNBYG as an associate in 2014. Mr. Kwong represents Chapter 11 debtors, unsecured creditor committees, secured and unsecured creditors, and parties in bankruptcy litigation and appeals from a variety of industries, including hotels and hospitality, lending and banking, commercial real estate, restaurants, retail, and healthcare. Mr. Kwong's prior Chapter 11 debtor engagements include *Cornerstone Apparel, Inc., Anna's Linens, Tala Jewelers, Inc.,* and *Green Fleet Systems, LLC.* Further, he has represented commercial landlords in some of the largest retail bankruptcy cases filed across the country in recent years.



**JEFFREY S. KWONG**
jsk@lnbyg.com

Prior to joining the firm, Mr. Kwong served for two years as law clerk to the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California. Mr. Kwong obtained his J.D. in 2012 from the University of California, Berkeley, Boalt Hall School of Law, where he served as an editor for the *Berkeley Journal of International Law* and a Senior Articles Editor for the *Asian American Law Journal.* He received his undergraduate degree, *summa cum laude,* from the University of California, San Diego.

He is a member of the Beverly Hills Bar Association, Turnaround Management Association, Los Angeles Bankruptcy Forum, Association for Corporate Growth, Southern California Chinese Lawyers Association, and Asian Pacific CPA Association. He also serves as Legal Advisor to the Soo Yuen Fraternal Association of Southern California.

**JEFFREY S. KWONG**  ATTORNEY AT LAW
EMAIL: JSK@LNBYG.COM  DIRECT: 310.229.3337

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOE ROTHBERG** joined LNBYG as a partner in 2021. Mr. Rothberg has broad experience across a variety of commercial litigation matters, including in state courts, federal courts, bankruptcy courts, and in private arbitrations. Mr. Rothberg has conducted litigation across a wide assortment of industries, including the textile and apparel industries, the aerospace industry, tech industry, the lending and banking industries, the vending and laundromat industries, the publishing industry, and in the commercial and residential real estate industries. In addition, Mr. Rothberg serves as outside general counsel for a number of small to medium-sized businesses in California and the New York City area.

Before joining the firm, Mr. Rothberg was an attorney at Brutzkus Gubner LLP for nine years. Prior to that, he served as a judicial extern to the Honorable Maureen A. Tighe, United States Bankruptcy Judge for the Central District of California. Mr. Rothberg obtained his J.D. in 2012 from the University of California, Los Angeles, where he served as the managing editor for the UCLA Journal of International Law and Foreign Affairs. He received a Bachelor of Arts in 2008 from the University of California, Berkeley with High Honors in history and a minor in music.

Mr. Rothberg has authored several legal analysis articles for Forbes online, regarding various commercial and intellectual property issues. Mr. Rothberg is licensed to practice in both California and New York. He is a member of the New York State Bar Association. Mr. Rothberg has been named a "Rising Star" by Southern California Super Lawyers each year since 2016, and has been named to the "Up and Coming 100" each year since 2019.



**JOSEPH M. ROTHBERG**
jmr@lnbyg.com

**JOSEPH M. ROTHBERG**  ATTORNEY AT LAW
EMAIL: JMR@LNBYG.COM  DIRECT: 310.229.3373

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JONATHAN D. GOTTLIEB** joined LNBYG as a Summer Intern in May 2020, and began working as an associate in September 2021. Prior to that, Mr. Gottlieb was a summer extern for Judge Scott C. Clarkson in the Central District of California – Bankruptcy Court located in Santa Ana, CA. In May 2021, Mr. Gottlieb obtained his J.D. from the University of California – Hastings College of the Law. There, Mr. Gottlieb served as a member of the Federalist Society. In 2018, Mr. Gottlieb obtained a B.A. from the University of Wisconsin – Madison where he majored in History, with an emphasis on Empire Building and United States Foreign Policy.



**JONATHAN D. GOTTLIEB**
jdg@lnbyg.com

pg 1 of 1

# EXHIBIT "D"

**SMILEY WANG-EKVALL, LLP**
Kyra E. Andrassy, State Bar No. 207959
kandrassy@swelawfirm.com
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone: 714 445-1000
Facsimile:  714 445-1002

Attorneys for Inferno Investment, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re | Case No. 2:22-cv-2677-FLA |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | Bankr. Case No. 2:21-bk-18205-DS |
| INFERNO INVESTMENT, INC., | **STIPULATION TO DISMISS APPEAL FILED BY INFERNO INVESTMENT, INC. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023** |
| Appellant, | |
| v. | |
| CRESTLLOYD, LLC; YOGI SECURITIES, LLC; J&E TEXTURE, INC.; AMERICAN TRUCK & TOOL RENTALS, INC.; RICHARD SAGHIAN; NILE NIAMI; ITALIAN LUXURY GROUP, LLC; ITALIAN LUXURY DESIGN; YVONNE NIAMI; AND HANKEY CAPITAL, | Judge: Hon. Fernando L. Aenlle-Rocha |
| Appellees. | |

Pursuant to Federal Rule of Bankruptcy Procedure 8023, appellant

Inferno Investment, Inc., and named appellees Crestlloyd, LLC, Yogi

Securities Holdings, LLC, Richard Saghian, Nile Niami, Italian Luxury Group,

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1  LLC, Italian Luxury Design, Yvonne Niami, and Hankey Capital, LLC[1] hereby

2  stipulate to dismiss the appeal filed by Inferno Investment, Inc., with each

3  party to bear its own fees and costs in connection with the appeal.

4

5  DATED:  June 27, 2022          Respectfully submitted,

6                                 SMILEY WANG-EKVALL, LLP

7

8

9                                 By:      /s/ Kyra E. Andrassy
                                          _____
10                                        KYRA E. ANDRASSY
                                          Attorneys for Inferno Investment, Inc.
11

12  DATED:  June 16, 2022         LEVENE NEALE BENDER YOO &
                                  GOLUBCHIK, LLP
13

14

15                                By: _____

16                                    DAVID GOLUBCHIK
                                      Attorneys for Crestlloyd, LLC
17

18  DATED:  June ___, 2022        DENTONS US LLP
19

20

21                                By: _____

22                                    JOHN A. MOE, II
                                      Attorneys for Yogi Securities Holdings,
23                                    LLC

24

25

26  [1] Two parties identified as appellees on the docket for this appeal, J&E Textures, Inc.,
27  and American Truck & Tool Rentals, Inc., have liens that have been paid in full by
    consent of the parties and no longer have any interest in the outcome of the appeal.
28  Therefore, they are not signatories to this Stipulation.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1  LLC, Italian Luxury Design, Yvonne Niami, and Hankey Capital, LLC[1] hereby

2  stipulate to dismiss the appeal filed by Inferno Investment, Inc., with each

3  party to bear its own fees and costs in connection with the appeal.

4

5  DATED:  June 27, 2022          Respectfully submitted,

6                                 SMILEY WANG-EKVALL, LLP

7

8

9                                 By: _____/s/ Kyra E. Andrassy_____

10                                     KYRA E. ANDRASSY
                                       Attorneys for Inferno Investment, Inc.

11

12  DATED:  June ___, 2022         LEVENE NEALE BENDER YOO &
                                   GOLUBCHIK, LLP
13

14

15                                 By: _____

16                                     DAVID GOLUBCHIK
                                       Attorneys for Crestlloyd, LLC
17

18

19  DATED:  June 17, 2022          DENTONS US LLP

20

21

22                                 By: _____

23                                     JOHN A. MOE, II
                                       Attorneys for Yogi Securities Holdings,
                                       LLC
24

25

26  _____
    [1] Two parties identified as appellees on the docket for this appeal, J&E Textures, Inc.,
27  and American Truck & Tool Rentals, Inc., have liens that have been paid in full by
    consent of the parties and no longer have any interest in the outcome of the appeal.
28  Therefore, they are not signatories to this Stipulation.

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2911719.1                          2                          STIPULATION

1 | DATED: June _21_, 2022          SIDLEY AUSTIN LLP

2

3

4 | By: _____

5 | SAMUEL A. NEWMAN

6 | GENEVIEVE G. WEINER
Attorneys for Richard Saghian

7 | DATED:  June ___, 2022          RAINES FELDMAN, LLP

8

9

10 | By: _____

11 | HAMID RAFATJOO
Attorneys for Nile Niami

12 | DATED:  June ___, 2022          MORROW LAW GROUP

13

14

15 | By: _____

16 | GREGORY J. MORROW

17 | Attorneys for Italian Luxury Group, LLC
and Italian Luxury Design

18

19 | DATED:  June ___, 2022          SULMEYERKUPETZ, APC

20

21

22 | By: _____

23 | MARK HOROUPIAN
Attorneys for Yvonne Niami

24

25

26

27

28

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1  DATED:  June ___, 2022        SIDLEY AUSTIN LLP

2

3

4        By: _____

5            SAMUEL A. NEWMAN
             GENEVIEVE G. WEINER
6            Attorneys for Richard Saghian

7  DATED:  June _21_, 2022        RAINES FELDMAN, LLP

8

9

10       By: _____

11           HAMID RAFATJOO
             Attorneys for Nile Niami

12 DATED:  June ___, 2022        MORROW LAW GROUP

13

14

15       By: _____

16           GREGORY J. MORROW
             Attorneys for Italian Luxury Group, LLC
17           and Italian Luxury Design

18

19 DATED:  June ___, 2022        SULMEYERKUPETZ, APC

20

21

22       By: _____

23           MARK HOROUPIAN
             Attorneys for Yvonne Niami

24

25

26

27

28

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

1  DATED:  June ___, 2022          SIDLEY AUSTIN LLP

2

3

4                                  By: _____

5                                      SAMUEL A. NEWMAN
                                       GENEVIEVE G. WEINER
6                                      Attorneys for Richard Saghian

7  DATED:  June ___, 2022          RAINES FELDMAN, LLP

8

9

10                                 By: _____

11                                     HAMID RAFATJOO
                                       Attorneys for Nile Niami
12  DATED:  June _17_, 2022         MORROW LAW GROUP

13

14

15                                 By: _Gregory J. Morrow_____

16                                     GREGORY J. MORROW
                                       Attorneys for Italian Luxury Group, LLC
17                                     and Italian Luxury Design, LLC

18

19  DATED:  June ___, 2022          SULMEYERKUPETZ, APC

20

21

22                                 By: _____

23                                     MARK HOROUPIAN
                                       Attorneys for Yvonne Niami

24

25

26

27

28

2911719.1                              3                              STIPULATION

DATED:  June ___, 2022          SIDLEY AUSTIN LLP

By: _____
    SAMUEL A. NEWMAN
    GENEVIEVE G. WEINER
    Attorneys for Richard Saghian

DATED:  June ___, 2022          RAINES FELDMAN, LLP

By: _____
    HAMID RAFATJOO
    Attorneys for Nile Niami

DATED:  June ___, 2022          MORROW LAW GROUP

By: _____
    GREGORY J. MORROW
    Attorneys for Italian Luxury Group, LLC
    and Italian Luxury Design

DATED:  June 27, 2022          SULMEYERKUPETZ, APC

By: _____
    MARK HOROUPIAN
    Attorneys for Yvonne Niami

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2911719.1

3

STIPULATION

1    DATED:  June 17, 2022         JEFFER MANGELS BUTLER & MITCHELL
2                                  LLP
3
4                                  By:
5                                       THOMAS M. GEHER
6                                       Attorneys for Hankey Capital, LLC
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

2911719.1                              4                          STIPULATION

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 3200 Park Center Drive, Suite 250, Costa Mesa, CA 92626.

On **6/27/2022**, I served true copies of the following document(s) described as

**STIPULATION TO DISMISS APPEAL FILED BY INFERNO INVESTMENT, INC. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**(X) (BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF").** Pursuant to United States District Court, Central District of California, Local Civil Rule 5-3, the foregoing document will be served by the court via NEF and hyperlinked to the document. On **6/27/2022**, I checked the CM/ECF docket for this case and determined that the aforementioned person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

**(X) (BY U.S. MAIL).**  I enclosed the document(s) in a sealed envelope or package and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of  Smiley Wang-Ekvall, LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Costa Mesa, California.

**( ) (BY E-MAIL).** By scanning the document(s) and then e-mailing the resultant pdf to the e-mail address indicated above per agreement. Attached to this declaration is a copy of the e-mail transmission.

**( ) (BY FACSIMILE)**. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission. Executed on _____, at Costa Mesa, California.

**( )  STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 27, 2022, at Costa Mesa, California.

/s/ *Lynnette Garrett*

_____
Lynnette Garrett

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

**BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

**Kyra E Andrassy**
kandrassy@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

**Todd M Arnold**
tma@lnbyg.com

**Marguerite Lee DeVoll**
mdevoll@wattieder.com

**Thomas Michael Geher**
tgeher@jmbm.com,fc3@jmbm.com,bt@jmbm.com,tmg@ecf.inforuptcy.com

**David B Golubchik**
dbg@lnbyg.com

**Mark S Horoupian**
mhoroupian@sulmeyerlaw.com

**Jane G. Kearl**
jkearl@watttieder.com

**Jennifer L. Kneeland**
jkneeland@watttieder.com

**Amy P. Lally**
alally@sidley.com,amy-lally-0501@ecf.pacerpro.com,martha.serrano@sidley.com

**Gregory J Morrow**
gregory.j.morrow@hotmail.com

**Samuel A Newman**
sam.newman@sidley.com,samuel-newman-2492@ecf.pacerpro.com,laefilingnotice@sidley.com

**Ryan Daniel O'Dea**
rodea@shulmanbastian.com,lgauthier@shbllp.com,sswartzell@shbllp.com

**Sharon Oh-Kubisch**
sokubisch@swelawfirm.com,jchung@swelawfirm.com,lgarrett@swelawfirm.com,gcruz@swelawfirm.com

**Hamid R Rafatjoo**
hrafatjoo@raineslaw.com,bclark@raineslaw.com

**William John Schumacher**
wschumac@milbank.com,autodocketecf@milbank.com

**Mark Shinderman**
mshinderman@milbank.com,JWeber@milbank.com,gbray@milbank.com,DODonnell@milbank.com

**Leonard M Shulman**
lshulman@shbllp.com,lshulman@shulmanbastian.com

**Genevieve G Weiner**
gweiner@sidley.com,genevieve-weiner-0813@ecf.pacerpro.com,laefilingnotice@sidley.com

**BY U.S. MAIL:**

John A. Moe II
Dentons US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704

SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Tel 714 445-1000 • Fax 714 445-1002

# EXHIBIT "E"

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244
Email: DBG@LNBYG.COM; TMA@LNBYG.COM; JDG@LNBYG.COM

Attorneys for Crestlloyd, LLC, Appellant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>  Debtor and Debtor-in-Possession | USDC Case No.: 2:22-cv-02487-FLA<br><br>Chapter 11<br><br>Bankr. Case No.: 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, a California Limited Liability Company,<br><br>    Appellant,<br><br>v.<br><br>NILE NIAMI; *et al.*,<br><br>    Appellees. | **STIPULATION TO DISMISS APPEAL FILED BY CRESTLLOYD, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023** |

Pursuant to Federal Rule of Bankruptcy Procedure 8023, Crestlloyd, LLC, the debtor and debtor-in-possession in the above referenced bankruptcy case and the appellant herein (the "Appellant"), and named appellees Nile Niami; Richard Saghian; The Beverly Hills Estates Inc.; Rayni Williams; Branden Williams; Aaron Kirman; Compass California, Inc.; Concierge Auctions LLC; Inferno Investments, Inc.; Yogi Securities Holdings, LLC; Hankey Capital, LLC; Hilldun Corporation; Chicago Title Company; and Chartwell Escrow[1] hereby stipulate to dismiss the appeal filed by the Appellant, with each party to bear its own fees and costs in connection with the appeal.

A proposed form of order approving this Stipulation is attached hereto as **Exhibit "A"**.


Dated:  July 18, 2022                      LEVENE, NEALE, BENDER, YOO
                                                   & GOLUBCHIK L.L.P.

                                           By:    /s/ *Jonathan D. Gottlieb*
                                                   DAVID B. GOLUBCHIK
                                                   TODD M. ARNOLD
                                                   JONATHAN D. GOTTLIEB
                                                   LEVENE, NEALE, BENDER,
                                                   YOO & GOLUBCHIK L.L.P.
                                                   Attorneys for Crestlloyd, LLC

---

[1] Parties identified as American Truck & Tool Rentals, Inc.; J&E Texture, Inc.; JMS Air Conditioning and Appliance Service, Inc.; BMC West, LLC; Parquest by Dian; Powertek Electric, Inc.; and Kennco Plumbing, Inc.; the Los Angeles County Treasurer & Tax Collector; and the City of Los Angeles have liens that have been paid in full by consent of the parties and no longer have any interest in the outcome of the appeal. Therefore, they are not signatories to this Stipulation. Moreover, parties identified as Calgrove Rentals, Inc., Hilton & Hyland Real Estate Inc., and Kazemi and Associates Constructors do not have an interest in the outcome of the appeal.  Therefore, they too, are not signatories to this stipulation.

1

2  Dated: July 13, 2022                    SMILEY WANG-EKVALL, LLP

3

4                                          By: _____

5                                              SHARON OH-KUBISCH
                                               Attorneys for Inferno Investment, Inc.
6

7  Dated: July __, 2022                    MILBANK LLP

8

9                                          By: _____

10                                             MARK SHINDERMAN
                                               WILLIAM JOHN SCHUMACHER
11                                             Attorneys for Yogi Securities
                                               Holdings, LLC
12

13

14  Dated: July __, 2022                   SIDLEY AUSTIN LLP

15

16                                         By: _____

17                                             SAMUEL A. NEWMAN
                                               GENEVIEVE G. WEINER
18                                             Attorneys for Richard Saghian

19  Dated: July __, 2022                   RAINES FELDMAN, LLP

20

21

22                                         By: _____

23                                             HAMID RAFATJOO
                                               Attorneys for Nile Niami

24

25

26

27

28

Dated: July __, 2022                    SMILEY WANG-EKVALL, LLP


                                        By: _____
                                            KYRA E. ANDRASSY
                                            Attorneys for Inferno Investment, Inc.


Dated: July 12, 2022                    DENTONS US LLP


                                        By: _____
                                            JOHN A. MOE II
                                            Attorneys for Yogi Securities
                                            Holdings, LLC


Dated: July __, 2022                    SIDLEY AUSTIN LLP


                                        By: _____
                                            SAMUEL A. NEWMAN
                                            GENEVIEVE G. WEINER
                                            Attorneys for Richard Saghian


Dated: July __, 2022                    RAINES FELDMAN, LLP


                                        By: _____
                                            HAMID RAFATJOO
                                            Attorneys for Nile Niami


Dated: July __, 2022                    JEFFER MANGELS BUTLER &
                                            MITCHELL LLP


                                        By: _____
                                            THOMAS M. GEHER
                                            Attorneys for Hankey Capital, LLC

By: _____

    SAMUEL A. NEWMAN
    GENEVIEVE G. WEINER
    Attorneys for Richard Saghian

Dated: July ___, 2022    RAINES FELDMAN, LLP

By: _____

    HAMID RAFATJOO
    Attorneys for Nile Niami

Dated: July ___, 2022    JEFFER MANGELS BUTLER &
    MITCHELL LLP

By: _____
    THOMAS M. GEHER
    Attorneys for Hankey Capital, LLC

Dated: July ___, 2022    THE BEVERLY HILLS ESTATES
    COMPASS

By: _____

Dated: July ___, 2022    RAYNI WILLIAMS

By: _____

4

1

2  Dated: July ___, 2022                    SMILEY WANG-EKVALL, LLP

3

4                                           By: _____
                                                  KYRA E. ANDRASSY
5                                                 Attorneys for Inferno Investment, Inc.

6

7  Dated: July ___, 2022                    MILBANK LLP

8

9                                           By: _____
                                                  MARK SHINDERMAN
10                                                WILLIAM JOHN SCHUMACHER
11                                                Attorneys for Yogi Securities
                                                  Holdings, LLC
12

13

14  Dated: July ___, 2022                   SIDLEY AUSTIN LLP

15

16                                          By: _____
                                                 SAMUEL A. NEWMAN
17                                                GENEVIEVE G. WEINER
18                                                Attorneys for Richard Saghian

19  Dated: July 12, 2022                    RAINES FELDMAN, LLP

20

21                                          By: _____
22                                                HAMID RAFATJOO
                                                  Attorneys for Nile Niami
23

24

25

26

27

28

3

1

Dated: July 13, 2022

JEFFER MANGELS BUTLER &
  MITCHELL LLP

2

3

By: _____

4

THOMAS M. GEHER
Attorneys for Hankey Capital, LLC

5

6

Dated: July __, 2022

THE BEVERLY HILLS ESTATES
  COMPASS

7

8

9

By: _____

10

11

Dated: July __, 2022

RAYNI WILLIAMS

12

13

By: _____

14

15

16

Dated: July __, 2022

BRANDON WILLIAMS

17

18

By: _____

19

20

21

Dated: July __, 2022

AARON KIRKMAN

22

23

By: _____

24

25

26

27

28

4

DocuSign Envelope ID: 6CE0DE10-0CC5-4F78-AE7...

1    Dated: July 14, 2022                THE BEVERLY HILLS ESTATES

2

3

4                                        By: _Rayni Williams_____

5

6    Dated: July 14, 2022                RAYNI WILLIAMS

7

8                                        By: _Rayni Williams_____

9

10

11   Dated: July 14, 2022                BRANDEN WILLIAMS

12

13                                       By: _Branden Williams_____

14

15

16   Dated: July __, 2022                PACIFIC UNION INTERNATIONAL
                                         DBA COMPASS AARON KIRMAN
17

18

19                                       By: _____
                                             Christopher J. Giaimo
20                                           Squire Patton Boggs (US) LLP
                                             Counsel
21

22

23

24   Dated: July __, 2022                CONCIERGE AUCTIONS

25

26                                       By: _____
                                             CHAD ROFFERS,
27                                           President of Concierge Auctions

28

                                         4

1    Dated: July __, 2022                JEFFER MANGELS BUTLER &
2                                             MITCHELL LLP
3                                        By: _____
4                                           THOMAS M. GEHER
5                                           Attorneys for Hankey Capital, LLC
6
     Dated: July __, 2022                THE BEVERLY HILLS ESTATES
7                                             COMPASS
8
9                                        By: _____
10
11   Dated: July __, 2022                RAYNI WILLIAMS
12
13                                       By: _____
14
15
16
     Dated: July __, 2022                BRANDON WILLIAMS
17
18
19                                       By: _____
20
21   Dated: July __, 2022                PACIFIC UNION INTERNATIONAL
22                                       DBA COMPASS AARON KIRKMAN
23
24                                       By: _____
25                                           Christopher J. Giaimo
26                                           Squire Patton Boggs (US) LLP
                                             Counsel
27
28

_____
4

Dated: July ___, 2022                     BRANDON WILLIAMS


                                          By: _____


Dated: July ___, 2022                     AARON KIRKMAN


                                          By: _____




Dated: July 11, 2022                      CONCIERGE AUCTIONS


                                          By: _____
                                              CHAD ROFFERS, President




Dated: July ___, 2022                     BRUTZKUS GUBNER


                                          By: _____
                                              JERROLD J. BREGMAN
                                              Attorneys for Hilldun Corporation


5

| | |
|---|---|
| Dated: July __, 2022 | CONCIERGE AUCTIONS |
| | By: _____ |
| Dated: July 17, 2022 | BRUTZKUS GUBNER |
| | By: _____ |
| | JERROLD J. BREGMAN |
| | Attorneys for Hilldun Corporation |
| Dated: July __, 2022 | CHICAGO TITLE COMPANY LOS ANGELES |
| | By: _____ |
| Dated: July __, 2022 | CHARTWELL ESCROW |
| | By: _____ |

Dated: July __, 2022          CONCIERGE AUCTIONS

                              By: _____




Dated: July __, 2022          BRUTZKUS GUBNER


                              By: _____
                                  JERROLD J. BREGMAN
                                  Attorneys for Hilldun Corporation


Dated: July 13, 2022          CHICAGO TITLE COMPANY


                              By: _____
                                  KATHLEEN CHIO
                                  UNDERWRITING COUNSEL

Dated: July __, 2022          CHARTWELL ESCROW


                              By: _____

Dated: July __, 2022          CONCIERGE AUCTIONS


                              By: _____




Dated: July __, 2022          BRUTZKUS GUBNER


                              By: _____
                                  JERROLD J. BREGMAN
                                  Attorneys for Hilldun Corporation


Dated: July __, 2022          CHICAGO TITLE COMPANY LOS
                                   ANGELES


                              By: _____


Dated: July __, 2022          CHARTWELL ESCROW


                              By: _____
                                  ANTHONY LEONARD

# EXHIBIT "A"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | USDC Case No.: 2:22-cv-02487-FLA |
| | Chapter 11 |
| CRESTLLOYD, LLC, | Bankr. Case No.: 2:21-bk-18205-DS |
| Debtor and Debtor-in-Possession | **ORDER APPROVING** |
| | **STIPULATION TO DISMISS** |
| CRESTLLOYD, LLC, a California Limited Liability Company, | **APPEAL FILED BY CRESTLLOYD, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023** |
| Appellant, | |
| v. | |
| NILE NIAMI; *et al.*, | |
| Appellees. | |

1

The Court having reviewed and considered *Appellant's Stipulation To Dismiss Appeal Pursuant To Fed. R. Bankr. P. 8023* (the "Stipulation"), filed by the above-captioned appellants, and for good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is APPROVED in its entirety.  The appeal is hereby dismissed without prejudice, with each side to bear its own attorneys' fees and costs.

Dated:  July __, 2022

_____

Honorable Fernando L. Aenlle-Rocha
United States District Court Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **STIPULATION TO DISMISS APPEAL FILED BY CRESTLLOYD, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 18, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy: kandrassy@swelawfirm.com, jchung@swelawfirm.com, lgarrett@swelawfirm.com, gcruz@swelawfirm.com**
- **Todd M Arnold: tma@lnbyg.com**
- **Marguerite Lee DeVoll: mdevoll@wattieder.com**
- **Thomas Michael Geher: tgeher@jmbm.com, fc3@jmbm.com, bt@jmbm.com, tmg@ecf.inforuptcy.com**
- **David B Golubchik: dbg@lnbyg.com**
- **Jonathan Daniel Gottlieb: jdg@lnbyg.com**
- **Jane G. Kearl: jkearl@watttieder.com**
- **Jennifer L. Kneeland: jkneeland@watttieder.com**
- **Amy P. Lally: alally@sidley.com, amy-lally-0501@ecf.pacerpro.com, martha.serrano@sidley.com**
- **Samuel A Newman: sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com, laefilingnotice@sidley.com**
- **Ryan Daniel O'Dea: rodea@shulmanbastian.com, lgauthier@shbllp.com, sswartzell@shbllp.com**
- **Sharon Oh-Kubisch: sokubisch@swelawfirm.com, jchung@swelawfirm.com, lgarrett@swelawfirm.com, gcruz@swelawfirm.com**
- **William John Schumacher: wschumac@milbank.com, autodocketecf@milbank.com**
- **Mark Shinderman: mshinderman@milbank.com, JWeber@milbank.com, gbray@milbank.com, DODonnell@milbank.com**
- **Leonard M Shulman: lshulman@shbllp.com, lshulman@shulmanbastian.com**
- **Gary Arthur Weis: garyweis@sbcglobal.net, gary@garyweisattorney.com**

**2.  SERVED BY UNITED STATES MAIL**: On **July 18, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ *Service information continued on attached page*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

1

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 18, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

2

3

4

*None.*

5

6

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7

| July 18, 2022 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **SECOND INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 10, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Jerrold L Bregman**    jbregman@bg.law, ecf@bg.law
- **Ryan Coy**    rcoy@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**    mdevoll@watttieder.com, zabrams@watttieder.com
- **Karol K Denniston**    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Max Fabricant**    mfabricant@lavelysinger.com
- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Jonathan Gottlieb**    jdg@lnbyg.com
- **Robert B Kaplan**    rbk@jmbm.com, rbk@ecf.courtdrive.com
- **Jane G Kearl**    jkearl@watttieder.com
- **Jennifer Larkin Kneeland**    jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Samuel A Newman**    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Joseph M Rothberg**    jmr@lnbyg.com
- **Victor A Sahn**    victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com, Karen.Files@gmlaw.com
- **William Schumacher**    wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Paul Sorrell**    psorrell@lavelysinger.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **Howard Steinberg   steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com**
- **United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov**
- **Genevieve G Weiner   gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com**
- **Jessica Wellington   jwellington@bg.law, ecf@bg.law**

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **November 10, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Crestlloyd, LLC
c/o SierraConstellation Partners LLC
355 S. Grand Avenue Suite 1450
Los Angeles, CA 90071

☐ *Service information continued on attached page*

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 10, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 10, 2022 | Stephanie Reichert | */s/ Stephanie Reichert* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                              **F 9013-3.1.PROOF.SERVICE**