DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JOSEPH M. ROTHBERG (State Bar No. 286363)
JONATHAN D. GOTTLIEB (State Bar No. 339650)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jmr@lnbyg.com jdg@lnbyg.com

Attorneys for Debtor and Debtor in Possession

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **NOTICE OF HEARING ON SECOND INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES** |
| | Hearing<br>Date:  December 1, 2022<br>Time:  11:30 p.m.<br>Place: Courtroom 1639<br>         255 E. Temple Street<br>         Los Angeles, CA  90012<br>         **VIA ZOOMGOV ONLY** |

1

**PLEASE TAKE NOTICE** that a hearing will be held at the above-referenced date, time, and location for the Court to consider the concurrently filed *Second Interim Application Of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval Of Fees And Reimbursement Of Expenses* (the "Application") filed by Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), bankruptcy counsel to Crestlloyd LLC, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor").

Information regarding the Application is as follows:

| Applicant/Professional | Fees | Expenses | Total Request |
|---|---|---|---|
| **General Bankruptcy Counsel to the Debtor:**<br><br>Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br>Attn: David B. Golubchik, Esq.; Todd M. Arnold, Esq.; and Jonathan D. Gottlieb, Esq<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>Telephone: (310) 229-1234<br>Fax: (310) 229-1244<br>Email: dbg@lnbyg.com, tma@lnbyg.com, jmr@lnbyg.com, jdg@lnbyg.com<br><br>**Covered Period:**<br>4/16/2022 – 10/31/2022<br><br>**Interim or Final:**<br>Second Interim<br><br>**Amount to be Paid:** $354,302.77 | $330,744.00 | $23,558.77 | $354,302.77 |

**PLEASE TAKE FURTHER NOTICE** that the Application is on file with the Court and is available for inspection and copying at the office of the Clerk of the Bankruptcy Court. A copy of the Application can also be obtained by making a request in writing to LNBYG, whose contact information is set forth above.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 2016-1(a)(3), any objections to the Application must be (1) in the form required by LBR 9013-1(f) and (2) filed with the Clerk of the Bankruptcy Court and served on the Office of the United States Trustee

**and LNBYG not later than fourteen (14) days prior to the scheduled hearing date set forth above.**

      **PLEASE TAKE FURTHER NOTICE** that the failure to file and serve a timely written objection to the Application may be deemed by the Court to constitute consent to the granting and payment of the fees and expenses sought in the Application.

Dated: November 10, 2022          LEVENE, NEALE, BENDER, YOO
                                      & GOLUBCHIK L.L.P.

                                  By:   */s/ David B. Golubchik*
                                      DAVID B. GOLUBCHIK
                                      TODD M. ARNOLD
                                      JONATHAN D. GOTTLIEB
                           Attorneys for Chapter 11 Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON SECOND INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 10, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Todd M Arnold    tma@lnbyg.com
- Jerrold L Bregman    jbregman@bg.law, ecf@bg.law
- Ryan Coy    rcoy@bg.law, ecf@bg.law
- Marguerite Lee DeVoll    mdevoll@watttieder.com, zabrams@watttieder.com
- Karol K Denniston    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Max Fabricant    mfabricant@lavelysinger.com
- Danielle R Gabai    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Jonathan Gottlieb    jdg@lnbyg.com
- Robert B Kaplan    rbk@jmbm.com, rbk@ecf.courtdrive.com
- Jane G Kearl    jkearl@watttieder.com
- Jennifer Larkin Kneeland    jkneeland@watttieder.com, zabrams@watttieder.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- Samuel A Newman    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- Sharon Oh-Kubisch    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Joseph M Rothberg    jmr@lnbyg.com
- Victor A Sahn    victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;Karen.Files@gmlaw.com
- William Schumacher    wschumac@milbank.com, autodocketecf@milbank.com
- David Seror    dseror@bg.law, ecf@bg.law
- Zev Shechtman    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **Paul Sorrell**    psorrell@lavelysinger.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

**2. SERVED BY UNITED STATES MAIL**: On **November 10, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 10, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 10, 2022 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                        **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing        Crestlloyd, LLC                            Goodman Law Offices, A Professional Corporat
0973-2                                 c/o  SierraConstellation Partners LLC      30700 Russell Ranch Rd
Case 2:21-bk-18205-DS                  355 S. Grand Avenue Suite 1450             Ste 250
Central District of California         Los Angeles, CA 90071-3152                 Westlake Village, CA 91362-9507
Los Angeles
Thu Nov 10 14:06:29 PST 2022

Interno Investment, Inc.               (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
4-95 Kandaher,                         ATTN BANKRUPTCY UNIT
Mont Tremblant                         PO BOX 54110
Quebec Canada                          LOS ANGELES CA 90054-0110


                                       Alvandi Law Group, P.C.                    American Truck & Tool Rentals Inc.
                                       Gil Alvandi                                Tom Murray, CEO and President
                                       2955 Main St. Suite 110                    88 W. Victoria St.
                                       Irvine, CA 92614-2527                      Long Beach, CA 90805-2157


Amy P. Lally, Esq.                     BMC West LLC                               BMC West LLC
Sidley Austin LLP                      3250 N. San Fernando Rd.                   David Filtman, CEO
1999 Avenue of the Stars               Los Angeles, CA 90065-1415                 4800 Falls of Neuse Rd., Ste. 400
17th Floor                                                                        Raleigh, NC 27609-8142
Los Angeles, CA 90067-4622


Biabani & Associates, Inc.             Bradford Sheet Metal                       Branden Williams
1600 Sawtelle Bl #104                  4164 Sopp Road                             257 N. Cannon Dr., 2nd Fl.
Los Angeles, CA 90025-3197             Mojave, CA 93501-7196                      Beverly Hills, CA 90210-4361


Brunswick Corp.                        Brutzkus Gubner                            Buchalter, APC
26125 N. Riverwoods Blvd.              David Seror                                Jeffrey S. Wruble
Ste 500                                21650 Oxnard St., Suite 500                1000 Wilshire Blvd., Suite 1500
Lake Forest, IL 60045-4811             Woodland Hills, CA 91367-4911              Los Angeles, CA 90017-1730


C.G.S. Custom Glass Specialists        CAD Stone Works Inc.                       Calgrove Rentals Inc.
4536 Ish Drive                         4533 Van Nuys Bl. #201                     21627 Roscoe Bl.
Simi Valley, CA 93063-7666             Sherman Oaks, CA 91403-2950                Canoga Park, CA 91304-4159


Calgrove Rentals Inc.                  Caprenos Inc.                              Carcassone Fine Homes, LLC
Guadalupe Gomez, President             Cindee Wood  Authorized Agent              c/o Hamid R. Rafatjoo
456 Glenoaks Blvd.                     4345 Murphy Canyon Road #200               1800 Avenue of the Stars, 12th Fl.
San Fernando, CA 91340-1833            San Diego, CA 92123-4362                   Los Angeles, CA 90067-4201


Centurion Air, LLC                     City of Los Angeles                        Clerk of the Governing Board,
13932 Arrow Creek Road                 Mike Feuer, City Attorney                  Mount. Rec. & Cons. Auth.
Draper, UT 84020-9295                  City Hall East, Suite 800                  5750 Ramirez Canyon
                                       Los Angeles, CA 90012                      Malibu, CA 90265-4474


Compass                                Conejo Recreation and Park District        County of Los Angeles
Aaron Kirman                           403 W. Hillcrest Drive                     Local Fire Prevention Measure
9378 Wilshire Blvd. #200               Thousand Oaks, CA 91360-4223               4745 Mangels Blvd.
Beverly Hills, CA 90212-3167                                                      Fairfield, CA 94534-4175
```

County of Los Angeles
MRCA-Brush Fire Clear g Dist #1
200 North Main Street, 16th Fl
Los Angeles, CA 90012-4110

County of Los Angeles
Wildlife Corridor and Protection
4745 Mangels Blvd.
Fairfield, CA 94534-4175

Creative Art Partners
6542 Hayes Dr.
Los Angeles, CA 90048-5320


Crest Real Estate
11150 Olympic Bl. #700
Los Angeles, CA 90064-1825

Daniel Wiesel, Esq.
Wolf, Rifkin, Shapiro, et al.
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064-1582

Davidson Accountancy Corp.
William N. Davidson, CPA
14011 Ventura Blvd., Ste. 302
Sherman Oaks, CA 91423-5226


Dennis Palma
146 Beach Way
Monterey, CA 93940-3436

Department of Water and Power,
City of Los Angeles
Attn:  Bankruptcy
P. 0.  Box 51111
Los Angeles, CA  90051-5700

Draken Private Security
Jaime Salanga
633 West 5th St.
Los Angeles, CA 90071-2005


Draken Security
8225 Encino Ave
Northridge, CA 91325-4313

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Frontier Communications Corporation
401 Merritt 7
Norwalk, CT 06851-1069

Hankey Capital, LLC
Attn: Eugene M. Leydiker
4751 Wilshire Blvd. #110
Los Angeles, CA 90010-3838


Hilldun Corporation
Jeffrey D. Kapelman, CEO
225 West 35th St.
New York, NY 10001-1910

Hilldun Corporation
c/o Brutzkus Gubner
Attn: Jerrold L Bregman
5445 DTC Parkway Ste 825
Denver CO 80111-3190

Hilton & Hyland Real Estate
257 North Ca on Drive
Beverly Hills, CA 90210-4361


Inferno Investment Inc.
Julien Remillard, President
4-95 Kandahar, Mont Tremblant
Quebec J8E 1E2 Canada

Inferno Investment, Inc.
c/o Smiley Wang-Ekvall, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626-7234

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Italian Luxury Design
4 NE 39 St.
Miami, FL 33137-3630

Italian Luxury Group, LLC
c/o Gregory J. Morrow, Esq.
10401 Wilshire Boulevard, Suite 1102
Los Angeles, CA 90024-4609

J&E Texture, Inc.
Francisco Gonzalez, CEO
181 Exeter Way
Corona, CA 92882-8502


JMBM LLP
Neil C. Erickson
1900 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-4308

JMS Air Conditioning
and Appliance Services, Inc.
7640 Burnet Ave.
Van Nuys, CA 91405-1005

JOHN A. BELCHER
150 E. COLORADO BLVD., SUITE 215
PASADENA, CA 91105-3758


Jabs Pools and Spas, LLC
8055 Matilija Ave.
Panorma City, CA 91402-6126

Jesus Agudelo
aka Jesus Columbia
944 Airole Way
Los Angeles, CA 90077-2602

Jose Napoleon Garcia
1525 N. Detroit St., #5
Los Angeles, CA 90046-3233

| | | |
|---|---|---|
| KN Coating<br>201 E. Tamarack Ave<br>Inglewood, CA 90301-2714 | Kazemi & Associates Constructors<br>11901 Santa Monica Blvd #800<br>Los Angeles, CA 90025-2767 | Kennco Plumbing, Inc.<br>Robert L. Kennedy, Jr., CEO<br>21366 Placerita Canyon Rd.<br>Newhall, CA 91321-1846 |
| Kennco Plumbing, Inc.<br>Robert L. Kennedy, Jr., CEO<br>26575 Ruether Ave.<br>Santa Clarita, CA 91350-2622 | LA DWP<br>P.O. Box. 30808<br>Los Angeles, CA 90030-0808 | Lanes Management Services<br>Theodore Lanes<br>655 Deep Valley Drive 125-P<br>Palos Verdes Peninsula, CA 90274-3615 |
| Made by TSI, Inc.<br>1840 Jefferson Ave., Apt 303<br>Miami Beach, FL 33139-2461 | Made by TSI, Inc.<br>888 Biscayne Blvd #209<br>Miami, FL 33132-1588 | Martin Aguirre<br>112 1/2 North 20th St.<br>Montebello, CA 90640-4041 |
| Martin Aguirre<br>c/o Nathan D. McMurry<br>8050 N. Palm Ave. Ste. 300<br>Fresno, CA 93711-5510 | Michael Pyle LLC dba Centurion LV<br>13932 Arrow Creek Rd<br>Draper, UT 84020-9295 | Midland Contractors, Inc.<br>Po Box 8312<br>Van Nuys, CA 91409-8312 |
| Mike Fields Bronzes LLC<br>2715 E 36th Ave Apt 6203<br>Spokane, WA 99223-4593 | Moises Lopez<br>141 S. Ave. 55 Apt. 40<br>Los Angeles, CA 90042-4635 | Nile Niami<br>c/o Hamid R. Rafatjoo<br>1800 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067-4201 |
| Parker Resnik<br>Structural Engineering<br>1927 Pontius Ave<br>Los Angeles, CA 90025-5611 | Parquet by Dian<br>Dima Efros, CEO<br>16601 S. Main Street<br>Gardena, CA 90248-2722 | Plus Development Group<br>743 Seward St.<br>Los Angeles, CA 90038-3566 |
| Powertek Electric Inc.<br>Mike Moshrefi, CEO<br>28364 S. Western Ave. # 414<br>Rancho Palos Verdes, CA 90275-1434 | Powertek Electric, Inc.<br>Hart Kienle Pentecost<br>4 Hutton Centre Drive, Suite 900<br>Santa Ana, CA 92707<br>Santa Ana, CA 92707-8713 | Pro-Pest, Inc.<br>P.O. Box 3868<br>Valley Village, CA 91617-3868 |
| Public Insurance Agency Inc.<br>10941 W. Pico Bl.<br>Los Angeles, CA 90064-2117 | Public Occurrences, LLC<br>15821 Ventura Blvd. #265<br>Encino, CA 91436-2941 | Rolls Scaffold, Inc.<br>Michael Rolls, CEO<br>11351 County Dr. Ste B<br>Ventura, CA 93004-3559 |
| SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>Ryan D. O'Dea<br>100 Spectrum Center Drive, Ste. 600<br>Irvine, CA 92618-4969 | Samuel A. Newman, Esq.<br>Genevieve G. Weiner, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-3000 | Santos Gerardina Garcia<br>509 Union Drive Apt. #206<br>Los Angeles, CA 90017-1526 |
| Showroom Interiors LLC<br>8905 Rex Road<br>Pico Rivera, CA 90660-3799 | SierraConstellation Partners LLC<br>355 S. Grand Avenue, Suite 1450<br>Los Angeles, CA 90071-3152 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |

| | | |
|---|---|---|
| The Beverly Hills Estates, Inc.<br>Branden Williams<br>8878 Sunset Blvd., West<br>West Hollywood, CA 90069-2108 | The Vertex Companies, Inc.<br>12100 Wilshire Blvd 8th floor<br>Los Angeles, CA 90025-7120 | The Vertex Companies, Inc.<br>147 W. 35th St., 19th Fl.<br>Long Island City, NY 11101 |
| The Vertex Companies, Inc.<br>400 Libbey Parkway<br>Weymouth MA 02189-3134 | Toni Maier-On Location Inc.<br>8033 West Sunset Blvd. #569<br>Los Angeles, CA 90046-2401 | United Specialty Insurance Co.<br>1900 L Don Dodson Drive<br>Bedford, TX 76021-5990 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Universal Television, LLC<br>100 Universal City Plaza<br>Universal City, CA 91608-1002 | Vesta aka Showroom Interiors, LLC<br>8905 Rex Road<br>Pico Rivera, CA 90660-3799 |
| Vista Sotheby's Int'l. Realty<br>Chris Adlam<br>16 Malaga Cove Plaza<br>Palos Verdes Peninsula, CA 90274-1306 | West Coast Gates<br>339 Isis Ave.<br>Inglewood, CA 90301-2007 | West Valley Green Landscaping, Inc.<br>14761 Tupper St.<br>Panorama City, CA 91402-1222 |
| Westcoast Gate & Entry Systems, LLC<br>339 Isis Ave<br>Inglewood CA 90301-2007 | Westside Estate Agency<br>Kurt Rappaport<br>210 North Canon Dr.<br>Beverly Hills, CA 90210-5302 | YOGI Securities Holdings, LLC<br>Steve Oshins, Auth. Agent<br>1645 Village Center Cir., Ste. 170<br>Las Vegas, NV 89134-6371 |
| Yaly Martinez Arrazola<br>11804 Kiowa Avenue<br>Apt 4<br>Los Angeles, CA 90049-6024 | Yvonne Niami<br>301 Copa de Oro Road<br>Los Angeles, CA 90077-3822 | Andre Mario Smith<br>7938 Broadway #1263<br>Lemon Grove, CA 91946-7052 |

Nile Niami
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201