**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4064
Facsimile No. (213) 894-2603
Email: Noreen.Madoyan@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,,<br><br>      Debtor-in-Possession | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**STIPULATION CONTINUING HEARING DATE ON SECOND INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES [Dkt. No. 439]**<br><br>Date:    December 1, 2022<br>Time:   11:30 a.m.<br>Crtrm.:  Courtroom 1639<br>          255 East Temple Street<br>          Los Angeles, California 90012 |

      Levene, Neale, Bender, Yoo & Golubchik L.L.P., general bankruptcy counsel to the Chapter 11 debtor in possession, ("LNBYG") and the Office of the United States Trustee, hereby stipulate and agree as follows:

      1.     On November 10, 2022, LNBYG filed its second interim fee application for compensation in the above captioned bankruptcy case of Crestlloyd, LLC (the "Second Interim Fee App").

      2.     The hearing on the Second Interim Fee App is currently set for December 1, 2022 at 11:30 a.m. ("Fee App Hearing").

1

3. Shortly thereafter, the Office of the United States Trustee contacted LNBYG to request a continuance of the Fee App Hearing, to allow sufficient time for the UST to review the Second Interim Fee App, given the breadth of such.

4. LNBYG did not object to such request.

WHEREFORE, the parties stipulate and agree and follows:

1. The UST and LNBYG agree to continue the currently scheduled Fee App Hearing from December 1, 2022 at 11:30 a.m. to December 8, 2022 at 11:30 a.m.; and

2. Any objections to the Second Interim Fee App and any replies thereto, shall be automatically extended in accordance with the Local Bankruptcy Rules.

DATED: November 15, 2022

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP,

By: _____
David Golubchik
Attorneys for ~~Chapter 7 Trustee~~ Debtor

DATED: November ___, 2022

OFFICE OF THE UNITED STATES TRUSTEE

By: /s/ Noreen A. Madoyan
NOREEN MADOYAN
Trial Attorney

2

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

| In re:<br>  Crestlloyd, LLC,<br>           Debtor(s). | Case No.: 21-18205<br>Chapter: 11 |
|---|---|

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on November 16, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

| |
|---|
| Notice of Lodgment re: Stip to Continue Hearing |
| Stip to Continue Hearing |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.
November 16, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Crestlloyd, LLC 21-18205**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 5886 | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA, 90027, United States of America | First Class |