| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**PETER C. ANDERSON**<br>**UNITED STATES TRUSTEE**<br>NOREEN A. MADOYAN, State Bar No. 279227<br>TRIAL ATTORNEY<br>**OFFICE OF THE UNITED STATES TRUSTEE**<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, California 90017<br>Telephone No. (202) 934-4064<br>Facsimile No. (213) 894-2603<br>Email: Noreen.Madoyan@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* United States Trustee | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION** ||
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor-in-Possession | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><u>STIPULATION CONTINUING HEARING DATE ON SECOND INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES [Dkt. No. 439]</u> |

PLEASE TAKE NOTE that the order titled: <u>ORDER APPROVING STIPULATION CONTINUING HEARING DATE ON SECOND INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES [Dkt. No. 439]</u>
was lodged on (*date*) <u>November 16, 2022</u> and is attached.  This order relates to the motion which is docket number <u>442</u> .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 1                                **F 9021-1.2.BK.NOTICE.LODGMENT**

**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4064
Facsimile No. (213) 894-2603
Email: Noreen.Madoyan@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,,<br><br>Debtor-in-Possession | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION CONTINUING HEARING DATE ON SECOND INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES [Dkt. No. 439]**<br><br>Date:   December 1, 2022<br>Time:   11:30  a.m.<br>Crtrm.: Courtroom 1639<br>255 East Temple Street<br>Los Angeles, California 90012 |

Levene, Neale, Bender, Yoo & Golubchik L.L.P., general bankruptcy counsel to the Chapter 11 debtor in possession, ("LNBYG"), and the Office of the United States Trustee, having submitted a Stipulation Continuing Hearing Date on Second Interim Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. (the "Stipulation"), and good cause appearing therefore, it is hereby

**ORDERED THAT**:

1. The Stipulation is APPROVED; and

1669774.2  2110056A                                    1

1    2. The Fee App Hearing Date (as that term is defined in the Stipulation) is continued from December 1, 2022 at 11;30 a.m. to December 8, 2022 at 11:30 a.m.

3. Any objections to the Second Interim Fee App (as that term is defined in the Stipulation) and any replies thereto, shall be automatically extended in accordance with the Local Bankruptcy Rules.

# # #

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

| In re:<br>Crestlloyd, LLC,<br>      Debtor(s). | Case No.: 21-18205<br>Chapter: 11 |
|---|---|

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on November 16, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

| |
|---|
| Notice of Lodgment re: Stip to Continue Hearing |
| Stip to Continue Hearing |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

November 16, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Crestlloyd, LLC 21-18205**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 5886 | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA, 90027, United States of America | First Class |