**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4064
Facsimile No. (213) 894-2603
Email: Noreen.Madoyan@usdoj.gov

FILED & ENTERED

NOV 17 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:

CRESTLLOYD, LLC,,

    Debtor-in-Possession

Case No. 2:21-bk-18205-DS

Chapter 11

**ORDER APPROVING STIPULATION CONTINUING HEARING DATE ON FEE APPLICATION**

The court having reviewed and considered the "Stipulation Confinuing Hearing Date on Second Interim Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. for Approval of Fees and Reimbursement of Expenses [Dkt. No. 439]" (the "Stipulation," Docket No. 442), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved. The Fee App Hearing (as that term is defined in the Stipulation) is continued from December 1, 2022 at 11:30 a.m. to December 8, 2022 at 11:30 a.m. Any objections to the Second Interim Fee App (as that term is defined in the Stipulation) and any replies thereto, are extended in accordance with the Local Bankruptcy Rules.

Date: November 17, 2022

_____
Deborah J. Saltzman
United States Bankruptcy Judge

1669774.2   2110056A