**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4064
Facsimile No. (213) 894-2603
Email: Noreen.Madoyan@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC ,<br><br>        Debtor-in-Possession | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**STIPULATION RESOLVING ISSUES RAISED BY UNITED STATES TRUSTEE ON SECOND INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P., DEBTOR'S GENERAL BANKRUPTCY COUNSEL [Dkt. No. 439]**<br><br>Date:    December 8, 2022<br>Time:   11:30 a.m.<br>Crtrm.:  Courtroom 1639<br>           255 East Temple Street<br>           Los Angeles, California 90012 |

     Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), general bankruptcy counsel to the Crestlloyd, LLC, the debtor and debtor-in-possession (the "Debtor"), and the Office of the United States Trustee, hereby stipulate and agree as follows:

     1.     On November 10, 2022, LNBYG filed its second interim fee application for compensation in the above captioned bankruptcy case of the Debtor (Dkt. No. 439) (the "Levene Fee Application").

1

2.    Shortly thereafter, the Office of the United States Trustee contacted LNBYG to discuss certain concerns with the Fee Application, including vague billing entries, duplicative billing, charges related to clerical work, as well as miscellaneous expenses.

3.    The United States Trustee discussed the LNBYG Fee Application with Mr. David Golubchik on November 21 and November 22, 2022.

4.    As such, the parties have agreed to the following, subject to Court approval.

WHEREFORE, the parties stipulate and agree and follows:

1.    LNBYG agrees to reduce its total interim fee request by $30,744.00, and the total requested expenses by $2,336.96. Thus, the adjusted fee request is $300,000 for fees for services rendered and $21,221.81 for reimbursement of out-of-pocket expenses advanced.

DATED: November 27, 2022

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: /s/ David Golubchik
David Golubchik
Attorneys for Chapter 11 Debtor

DATED: November 28, 2022

OFFICE OF THE UNITED STATES TRUSTEE

By: /s/ Noreen A. Madoyan
NOREEN MADOYAN
Trial Attorney

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

In re:
  Crestlloyd, LLC,
        Debtor(s).

Case No.: 21-18205
Chapter: 11

### CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on November 28, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

| |
|---|
| NOL Fee Stip |
| Stip with Levene re: Fees |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.
November 28, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Crestlloyd, LLC 21-18205**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 5990 | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA, 90027, United States of America | **First Class** |
| 5990 | Todd M Arnold, Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, CA, 90034, United States of America, tma@lnbyg.com | **First Class** |