| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**PETER C. ANDERSON**<br>**UNITED STATES TRUSTEE**<br>NOREEN A. MADOYAN, State Bar No. 279227<br>TRIAL ATTORNEY<br>**OFFICE OF THE UNITED STATES TRUSTEE**<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, California 90017<br>Telephone No. (202) 934-4064<br>Facsimile No. (213) 894-2603<br>Email: Noreen.Madoyan@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* United States Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor-in-Possession | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><u>STIPULATION RESOLVING ISSUES RAISED BY UNITED STATES TRUSTEE ON SECOND INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P., DEBTOR'S GENERAL BANKRUPTCY COUNSEL [Dkt. No. 439]</u> |
|---|---|

PLEASE TAKE NOTE that the order titled: <u>ORDER APPROVING STIPULATION RESOLVING ISSUES RAISED BY UNITED STATES TRUSTEE ON SECOND INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P., DEBTOR'S GENERAL BANKRUPTCY COUNSEL [Dkt. No. 439]</u> was lodged on (*date*) <u>November 28, 2022</u> and is attached. This order relates to the motion which is docket number <u>447</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                                    **F 9021-1.2.BK.NOTICE.LODGMENT**

**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4064
Facsimile No. (213) 894-2603
Email: Noreen.Madoyan@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD LLC,<br><br>Debtor-in-Possession | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RESOLVING ISSUES RAISED BY UNITED STATES TRUSTEE ON SECOND INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P., TRUSTEE'S CHAPTER 7 GENERAL BANKRUPTCY COUNSEL [Dkt. No. 439]**<br><br>Date:   December 8, 2022<br>Time:   11:30 a.m.<br>Crtrm.:  Courtroom 1639<br>          255 East Temple Street<br>          Los Angeles, California 90012 |

Levene, Neale, Bender, Yoo & Golubchik L.L.P., general bankruptcy counsel to the Chapter 7 trustee, ("LNBYG"), counsel to the chapter 11 debtor in possession, and the Office of the United States Trustee, having submitted a Stipulation Resolving Issues Raised by United States Trustee on Second Interim Application for Allowance of Fees (the "Stipulation"), and good cause appearing therefore, it is hereby

**ORDERED THAT**:

1. The Stipulation is APPROVED; and

2. LNBYG shall reduce its total interim fee request by $30,744 such that the total interim request is $300,000 for fees for services rendered and $2,336.96 for reimbursement of out-of-pocket expenses advanced.

3. The Trustee may pay on an interim basis LNBYG $300,000 on account of fees and $21,221.81 for reimbursement of out-of-pocket expense advanced.

### #

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

| | |
|---|---|
| In re:<br>  Crestlloyd, LLC,<br>         Debtor(s). | Case No.: 21-18205<br>Chapter: 11 |

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I certify that on November 28, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

| |
|---|
| NOL Fee Stip |
| Stip with Levene re: Fees |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

November 28, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**Crestlloyd, LLC 21-18205**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 5990 | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA, 90027, United States of America | **First Class** |
| 5990 | Todd M Arnold, Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, CA, 90034, United States of America, tma@lnbyg.com | **First Class** |