PETER C. ANDERSON
UNITED STATES TRUSTEE
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4064
Facsimile No. (213) 894-2603
Email: Noreen.Madoyan@usdoj.gov

FILED & ENTERED

NOV 29 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re:

CRESTLLOYD LLC,

　　　　Debtor and Debtor-in-Possession.

Case No. 2:21-bk-18205-DS

Chapter 11

**ORDER APPROVING STIPULATION RESOLVING ISSUES RAISED BY UNITED STATES TRUSTEE ON SECOND INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P., TRUSTEE'S CHAPTER 7 GENERAL BANKRUPTCY COUNSEL**

The court having reviewed and considered the "Stipulation Resolving Issues Raised by United States Trustee on Second Interim Application for Allowance of Fees and Expenses filed by Levene, Neale, Bender, Yoo & Golubchik, L.L.P." (the "Stipulation," Docket No. 448), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved.

Date: November 29, 2022

_____
Deborah J. Saltzman
United States Bankruptcy Judge

1669774.2  2110056A