United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-18205-DS |
| Crestlloyd, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 29, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 01, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Goodman | on behalf of Attorney Goodman Law Offices  A Professional Corporation agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| Danielle R Gabai | on behalf of Creditor Showroom Interiors  LLC dba Vesta dgabai@danninggill.com, dgabai@ecf.courtdrive.com |
| Danielle R Gabai | on behalf of Interested Party Courtesy NEF dgabai@danninggill.com  dgabai@ecf.courtdrive.com |
| David Seror | on behalf of Interested Party Courtesy NEF dseror@bg.law  ecf@bg.law |
| David B Golubchik | on behalf of Defendant Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| David B Golubchik | |

Case 2:21-bk-18205-DS    Doc 455    Filed 12/01/22    Entered 12/01/22 21:20:06    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Debtor Crestlloyd LLC dbg@lnbyg.com, stephanie@lnbyb.com

Genevieve G Weiner

on behalf of Interested Party Richard Saghian gweiner@sidley.com
laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Hamid R Rafatjoo

on behalf of Cross Defendant Nile Niami hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo

on behalf of Cross Defendant Marbella Construction Inc. a California Corporation hrafatjoo@raineslaw.com,
bclark@raineslaw.com

Hamid R Rafatjoo

on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo

on behalf of Cross Defendant 1369 Londonderry Estate LLC a California Limited Liability Company hrafatjoo@raineslaw.com,
bclark@raineslaw.com

Hamid R Rafatjoo

on behalf of Cross Defendant Ground View LLLP a Nevada Limited Liability Limited Partnership hrafatjoo@raineslaw.com,
bclark@raineslaw.com

Howard Steinberg

on behalf of Defendant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com,
pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Jane G Kearl

on behalf of Interested Party J&E Texture Inc. jkearl@watttieder.com

Jennifer Larkin Kneeland

on behalf of Interested Party J&E Texture Inc. jkneeland@watttieder.com, zabrams@watttieder.com

Jerrold L Bregman

on behalf of Interested Party Hilldun Corporation jbregman@bg.law ecf@bg.law

Jessica Wellington

on behalf of Interested Party Courtesy NEF jwellington@bg.law ecf@bg.law

Jessica Wellington

on behalf of Other Professional Theodore Lanes jwellington@bg.law ecf@bg.law

John A Moe, II

on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company john.moe@dentons.com,
glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Counter-Defendant Crestlloyd LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Counter-Claimant Yogi Securities Holdings LLC john.moe@dentons.com,
glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Creditor Yogi Securities Holdings LLC john.moe@dentons.com,
glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Cross Defendant Yogi Securities Holdings LLC john.moe@dentons.com,
glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Defendant Yogi Securities Holdings LLC john.moe@dentons.com,
glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com
glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

Jonathan Gottlieb

on behalf of Interested Party Courtesy NEF jdg@lnbyg.com

Jonathan Gottlieb

Case 2:21-bk-18205-DS    Doc 455    Filed 12/01/22    Entered 12/01/22 21:20:06    Desc
Imaged Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Nov 29, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Crestlloyd LLC jdg@lnbyg.com |
| Joseph M Rothberg | on behalf of Defendant Crestlloyd LLC jmr@lnbyg.com |
| Joseph M Rothberg | on behalf of Cross-Claimant Crestlloyd LLC jmr@lnbyg.com |
| Karol K Denniston | on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com |
| Kyra E Andrassy | on behalf of Creditor Interno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Kyra E Andrassy | on behalf of Plaintiff Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Kyra E Andrassy | on behalf of Interested Party Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Lindsey L Smith | on behalf of Debtor Crestlloyd LLC lls@lnbyb.com, lls@ecf.inforuptcy.com |
| Marguerite Lee DeVoll | on behalf of Interested Party J&E Texture Inc. mdevoll@watttieder.com, zabrams@watttieder.com |
| Max Fabricant | on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com |
| Michael S Kogan | on behalf of Interested Party Courtesy NEF mkogan@koganlawfirm.com |
| Noreen A Madoyan | on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov |
| Oscar Estrada | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Paul Sorrell | on behalf of Counter-Defendant Inferno Investment Inc. psorrell@lavelysinger.com |
| Paul Sorrell | on behalf of Plaintiff Inferno Investment Inc. psorrell@lavelysinger.com |
| Robert B Kaplan | on behalf of Interested Party Courtesy NEF rbk@jmbm.com rbk@ecf.courtdrive.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Ryan Coy | on behalf of Defendant Hilldun Corporation rcoy@bg.law ecf@bg.law |
| Ryan Coy | on behalf of Cross Defendant Hilldun Corporation a New York Corporation rcoy@bg.law, ecf@bg.law |
| Ryan D O'Dea | on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Interested Party Courtesy NEF rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Samuel A Newman | on behalf of Interested Party Richard Saghian sam.newman@sidley.com samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com |
| Sharon Oh-Kubisch | on behalf of Interested Party Courtesy NEF sokubisch@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| Thomas M Geher | on behalf of Interested Party Courtesy NEF tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com |
| Todd M Arnold | on behalf of Debtor Crestlloyd LLC tma@lnbyg.com |
| Todd M Arnold | on behalf of Interested Party Courtesy NEF tma@lnbyg.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 29, 2022 | Form ID: pdf042 | Total Noticed: 1 |

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Victor A Sahn
    on behalf of Interested Party Courtesy NEF victor.sahn@gmlaw.com
    vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

William Schumacher
    on behalf of Creditor Yogi Securities Holdings  LLC wschumac@milbank.com, autodocketecf@milbank.com

Zev Shechtman
    on behalf of Interested Party Courtesy NEF zshechtman@DanningGill.com
    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Creditor Showroom Interiors  LLC dba Vesta zshechtman@DanningGill.com,
    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 60

**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
NOREEN A. MADOYAN, State Bar No. 279227
TRIAL ATTORNEY
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone No. (202) 934-4064
Facsimile No. (213) 894-2603
Email: Noreen.Madoyan@usdoj.gov

**FILED & ENTERED**

NOV 29 2022

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bakchell  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD LLC,<br><br>Debtor and Debtor-in-Possession. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RESOLVING ISSUES RAISED BY UNITED STATES TRUSTEE ON SECOND INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FILED BY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P., TRUSTEE'S CHAPTER 7 GENERAL BANKRUPTCY COUNSEL** |

The court having reviewed and considered the "Stipulation Resolving Issues Raised by United States Trustee on Second Interim Application for Allowance of Fees and Expenses filed by Levene, Neale, Bender, Yoo & Golubchik, L.L.P." (the "Stipulation," Docket No. 448), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved.

Date: November 29, 2022

_____
Deborah J. Saltzman
United States Bankruptcy Judge

1669774.2  2110056A