Samuel A. Newman (SBN 217042)
sam.newman@sidley.com
Genevieve G. Weiner (SBN 254272)
gweiner@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

Amy P. Lally (SBN 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067
Telephone: 310.595.9500
Facsimile: 310.595.9501

Attorneys for Party in Interest
Richard Saghian, an Individual

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | Assigned to: The Hon. Deborah J. Saltzman |
| | **JOINDER OF RICHARD SAGHIAN, AN INDIVIDUAL, IN DEBTOR'S OPPOSITION TO SECOND MOTION FOR ACCEPTANCE TO INCLUDE FULL SETTLEMENT & CLOSURE AND ORDER(S) FOR TRANSFER AND OTHER CONFIRMATION(S) SUPRA PROTEST [DKT. 446]** |
| | Hearing:<br>  Date: December 1, 2022<br>  Time: 11:30 a.m.<br>  Place: Courtroom 1639<br>     255 E. Temple St.<br>     Los Angeles, CA 90012<br>  **VIA ZOOMGOV ONLY** |
| | Dkt. Ref. Nos. 446, 450 |

Mr. Richard Saghian ("Mr. Saghian") hereby files this joinder to the *Opposition to Second Motion for Acceptance to Include Full Settlement & Closure and Order(s) for Transfer and Other Confirmation(s) Supra Protest [Dkt. 446]* [Docket No. 450] (the "Debtor's Opposition") filed by the Debtor in response to the second motion filed by special interested party Andre Mario Smith ("Mr. Smith") at Docket No. 446 (the "Motion"). Mr. Saghian joins in the Debtor's Opposition in all respects, with the sole exception of paragraph (4) at the bottom of page 2 on which Mr. Saghian takes no position.

For the reasons listed in the Debtor's Opposition, Mr. Saghian respectfully requests that the Court deny the Motion, grant the relief requested in the Debtor's Opposition, and grant such other relief as is just and proper.

Dated: December 5, 2022

Respectfully submitted,

SIDLEY AUSTIN LLP

By: */s/ Genevieve G. Weiner*
    Samuel A. Newman
    Amy P. Lally
    Genevieve G. Weiner

    Attorneys for Richard Saghian, an individual

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Sidley Austin LLP, 555 West Fifth Street, Los Angeles, CA 90013

A true and correct copy of the foregoing document entitled (*specify*): **JOINDER OF RICHARD SAGHIAN, AN INDIVIDUAL, IN DEBTOR'S OPPOSITION TO SECOND MOTION FOR ACCEPTANCE TO INCLUDE FULL SETTLEMENT & CLOSURE AND ORDER(S) FOR TRANSFER AND OTHER CONFIRMATION(S) SUPRA PROTEST [DKT. 446]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 5, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 5, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 5, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/5/2022 | Pamela Santos | /s/Pamela Santos |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

## SERVICE LIST
### (Via NEF)

| | | |
|---|---|---|
| 1 | Kyra E Andrassy | kandrassy@swelawfirm.com; lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com |
| 2 | Todd M Arnold | tma@lnbyg.com |
| 3 | Jerrold L Bregman | jbregman@bg.law; ecf@bg.law |
| 4 | Ryan Coy | rcoy@bg.law; ecf@bg.law |
| 5 | Marguerite Lee DeVoll | mdevoll@watttieder.com; zabrams@watttieder.com |
| 6 | Karol K Denniston | karol.denniston@squirepb.com; travis.mcroberts@squirepb.com; sarah.conley@squirepb.com; karol-k-denniston-9025@ecf.pacerpro.com |
| 7 | Oscar Estrada | oestrada@ttc.lacounty.gov |
| 8 | Danielle R Gabai | dgabai@danninggill.com; dgabai@ecf.courtdrive.com |
| 9 | Thomas M Geher | tmg@jmbm.com; bt@jmbm.com; tmg@ecf.courtdrive.com |
| 10 | David B Golubchik | dbg@lnbyg.com; stephanie@lnbyb.com |
| 11 | Andrew Goodman | agoodman@andyglaw.com; Goodman.AndrewR102467@notify.bestcase.com |
| 12 | Jonathan Gottlieb | jdg@lnbyg.com |
| 13 | James Andrew Hinds | jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com |
| 14 | Robert B Kaplan | rbk@jmbm.com; rbk@ecf.courtdrive.com |
| 15 | Jane G Kearl | jkearl@watttieder.com |
| 16 | Jennifer Larkin Kneeland | jkneeland@watttieder.com; zabrams@watttieder.com |
| 17 | Michael S Kogan | mkogan@koganlawfirm.com |
| 18 | Noreen A Madoyan | Noreen.Madoyan@usdoj.gov |
| 19 | John A Moe | john.moe@dentons.com; glenda.spratt@dentons.com;derry.kalve@dentons.com |
| 20 | Samuel A Newman | sam.newman@sidley.com; samuel-newman-2492@ecf.pacerpro.com; laefilingnotice@sidley.com |
| 21 | Ryan D O'Dea | rodea@shulmanbastian.com; lgauthier@shulmanbastian.com |
| 22 | Sharon Oh-Kubisch | sokubisch@swelawfirm.com, gcruz@swelawfirm.com; 1garrett@swelawfirm.com; jchung@swelawfirm.com |
| 23 | Hamid R Rafatjoo | hrafatjoo@raineslaw.com; bclark@raineslaw. |
| 24 | Ronald N Richards | ron@ronaldrichards.com; 7206828420@filings.docketbird.com |
| 25 | Joseph M Rothberg | jmr@lnbyg.com |
| 26 | Victor A Sahn | victor.sahn@gmlaw.com; vsahn@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com; patricia.dillamar@gmlaw.com; Karen.Files@gmlaw.com |
| 27 | William Schumacher | wschumac@milbank.com; autodocketecf@milbank.com |
| 28 | Zev Shechtman | zshechtman@DanningGill.com; danninggill@gmail.com; zshechtman@ecf.inforuptcy.com |
| 29 | Lindsey L Smith | lls@lnbyb.com; lls@ecf.inforuptcy.com |
| 30 | Paul Sorrell | psorrell@lavelysinger.com |
| 31 | Howard Steinberg | steinbergh@gtlaw.com; pearsallt@gtlaw.com; lalitdock@gtlaw.com |
| 32 | United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| 33 | Genevieve G Weiner | gweiner@sidley.com; laefilingnotice@sidley.com; genevieve-weiner-0813@ecf.pacerpro.com |
| 34 | Jessica Wellington | jwellington@bg.law; ecf@bg.law |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

**SERVICE LIST**
**(Manual Notice)**

Concierge Auctions, LLC
405 Lexington Avenue, 26th Floor
New York, NY 10174

Katharine E Dernier
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700

Christopher Giaimo
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037

Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034

Gregory Morrow
The Morrow Group
10401 Wilshire Blvd., Ste 1102
Los Angeles, CA 90024

Robert F Scoular
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704

Martin D Singer
Lavely & Singer Professional Corporation
2049 Century Park East Ste 2400
Los Angeles, CA 90067-2906

Andre Mario Smith
7938 Broadway #1263
Lemon Grove, CA 91946

The Beverly Hills Estate and Compass
8878 Sunset Boulevard
West Hollywood, CA 90069

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**