| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DAVID B. GOLUBCHIK (State Bar No. 185520)<br>TODD M. ARNOLD (State Bar No. 221868)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: dbg@lnbyg.com; tma@lnbyg.com;<br><br>☒ *Attorney for*: Debtor and Debtor in Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 08 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC,<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: December 8, 2022<br>TIME: 11:30 a.m.<br>COURTROOM: 1639<br>PLACE: Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA 90012<br>**VIA ZOOMGOV** |

1. Name of Applicant (*specify*): Levene, Neale, Bender, Yoo & Golubchik L.L.P.

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
   a. ☒ Applicant present ~~in court~~ via ZoomGov.
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): 11/10/2022

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:

   (1) ☒ Total amount allowed: $ 300,000. (This amount reflects a reduction to the fees requested by the Applicant per a stipulation with the UST and the Order thereon [Dkt. 451].)

   (2) ☒ Amount or percentage authorized for payment at this time: See f below.

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:

   ☒ Total amount allowed: $ 21,221.81. (This amount reflects a reduction to the expenses requested by the Applicant per a stipulation with the UST and the Order thereon [Dkt. 451].)

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
   ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
   ☐ in full
   ☐ in part
   ☐ without prejudice
   ☐ with prejudice

   (2) Grounds for denial *(specify)*:

   f. ☒ The court further orders *(specify)*:

   *The Debtor is authorized and instructed to pay to Applicant the allowed fees and costs, in the aggregate amount of $321,221.81 ($300,000.00 plus $21,221.81).*

###

Date: December 8, 2022

Deborah J. Saltzman
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                      Page 2                      F 2016-1.3.ORDER.PAYMENT.FEES