FILED
JAN 26 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

*Smith, Andre Mario el sui-juris*; Esquire
7938 Broadway No. 1263
Lemon Grove, California, 91946
619-813-2881
Fax Number: N/A
andmarioith@yahoo.com
Attorney in-Fact; Lawful Counselor for:
*Special Interested Party Andre Mario Smith el sui-juris*;
and *andre-mario: smith el sui-juris.*
**Special Appearance Only**
ANDRE MARIO SMITH el sui-juris; Pro Se

**UNITED STATES DISTRICT COURT IN AND FOR**

**CENTRAL DISTRICT OF CALIFORNIA**

**BANKRUTCY DIVISION**

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor without Possession. | Case No.: 2:21-bk-18205-DS<br>Chapter 11<br>**SPECIAL INTERESTED PARTY Andre Mario Smith, by and through its duly authorized representative, Notice of Instrument Defect & Cure and; Corrected/Cured Instrument *affidavit***<br>Hearing Date: None<br>Time: None<br>Place: Courtroom 1639<br>255 E. Temple Street<br>Los Angeles, CA 90012<br>**VIA ZOOMGOV ONLY** |

**Greetings to all these presents shall come.**

**Notice to Agent is Notice Principal.**

**Know all men by these presents.**

**To each Parties and their Attorney of Record.**

**Notice to Principal is Notice to Agent.**

## TABLE OF CONTENTS


| | Page(s) |
|---|---|
| TABLE OF AUTHORITIES | 3 |
| NOTICE OF INSTRUMENT DEFECT AND CURE | 4-5 |
| INSTRUMENT DEFECT AND CURE | 5 |
| CERTIFICATE OF COMPLIANCE | 6 |
| EXHIBITS | |
| AFFIDAVIT-DECLARATION OF ANDRE MARIO SMITH | 7-8 |
| ORDER | 9 |
| PROOF OF SERVICE | Required Form(s) |

# TABLE OF AUTHORITIES

## CASES

Page

## OTHER

LOCAL BANKRUPTCY RULE 9013-1(p), (q), or (o)(1) 5

**NOTICE IS HEREBY GIVEN, PLEASE TAKE NOTICE** that on January 26, 2023, or as soon there-after as the matter can be filed in Courtroom 1639 on the 13th floor of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012, it appears Special Interested Party Andre Mario Smith ("the-one") will, and by this Notice filing hereby does, by and through its duly authorized representative, *identify* a defect in its instruments ("Bonds") and cure said defect. No hearing is required.

**NOTICE IS HEREBY GIVEN, PLEASE TAKE FURTHER NOTICE** that it appears the courtroom will be closed to the public and the hearing will be held via Zoomgov, which provides both audio and video access. All parties and members of the public may connect to the hearing free of charge. Zoomgov connection information for this hearing will be posted on the Courts public calendar for Judicial Officer Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx. More information on using Zoomgov to participate in this hearing is available on the Court's website at the following web address: http://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

**NOTICE IS HEREBY GIVEN, PLEASE TAKE FURTHER NOTICE** that it appears the-one has identified a sealed or otherwise unlawfully redacted e-mail file by Richard Saghian ("not-the-one") attached to its failed Motion for the-one to show cause why he should not be held in contempt. Not-the-one has been notified of its unlawful conduct by and through its duly authorized representatives. An unsealed or otherwise unredacted true and correct copy of the e-mail has been duly requested, demanded, the likes and otherwise from not-the-one several times, however, the-one nor its duly authorized representative has received the demanded item(s). Dishonor as it relates to said unlawful conduct will be accepted with exception and all parties and/or their counsel deemed to be in dishonor or otherwise dishonorable will be receive liens for the amount certain

$ 999,999,999,999,999,999.99.

**NOTICE IS HEREBY GIVEN, PLEASE TAKE FURTHER NOTICE** that it appears the-one is a Noticed Party in this matter. Any Party and/or its counsel that

continues to fail to provide lawfully required Notice(s) to the-one in this matter will be deemed or otherwise considered to be in dishonor and/or dishonorable. Liens will follow.

Date: January 10, 2023

Peacefully,

by: Smith, Andre Mario el.

*Smith, Andre Mario el sui-juris.*
*attorney in-fact; lawful counselor for*
Special Interested Party:
*Andre Mario Smith el sui-juris.*
all rights reserved.

**Instrument Defect and Cure**

It appears that during an audit of the *andre mario smith Bank & Trust* ***a national banking association*** ("the-ones' Financial Institution") 2022 records a defect in the bond number was identified on the instruments filed with the above-captioned tribunal on February 16, 2022 [Docket No.: 128 ].

More specifically, it appears the bond numbers are out of order.

It appears the bond number on the instruments filed February 16, 2022, [Docket No.128] read: 104-83-344508.

It appears from the-ones Financial Institution records that the correct bond number is: 104-83-354408.

It appears the-one hereby cures said defect by this Notice filing and a true correct copy of the original/cured instruments are attached to this Notice as **Exhibit I, Exhibit II, and Exhibit III.** It appears the instruction/cover page of Docket 128 authorizes defect curing. Filed pursuant to and in compliance with Local Bankruptcy Rule 9013-1(p), (q), or (o)(1).

Date: January 10, 2023

Peacefully,

by: Smith, Andre Mario el.

*Smith, Andre Mario el sui-juris.*
*attorney in-fact; lawful counselor for*
Special Interested Party:
*Andre Mario Smith el sui-juris.*
all rights reserved.

**COMPLIANCE CERTIFICATE**

Counsel of Record hereby certifies that pursuant to Rule 8.204(c)(1) and/or 8.360(b)(1) of the California Rules of Court, the enclosed Appeal ANDRE MARIO SMITH is produced using 13-point Roman type including footnotes and contains approximately 1274 words, which is less than the total words permitted by the rules of court. Counsel relies on the word count of the computer program used to prepare this writing.

Date: January 10, 2023.

Peacefully,

*Smith, Andre Mario el sui-juris.*
*attorney in-fact; lawful counselor for*
Special Interested Party:
*Andre Mario Smith el sui-juris.*
all rights reserved.

***greetings to all these presents shall come; know all men by these presents:***

I, *Andre Mario Smith*, declare and affirm the following; it appears:

**Affidavit/Declaration/Wishes/Rogatory Letter**

1. Judicial Officer, I am here as the third-party Intervenor to make a Special Appearance as the Authorized Representative for the Special Interested Party *Andre Mario Smith.*
2. As an *american, amurru washitaw de dugdahmoundyah muur, autochthonous, indigenous, muur, original, natural man*, **NOT a 14th Amendment citizen** of the UNITED STATES et al. my authority comes from *jehovah, the most-high-highest*, and *Original Creator of all Trusts*;
3. to do an *Acceptance for Honor* for the debts owed by the Debtor without Possession, to forgive and discharge the Debtor without Possession debt and answer any/all prayer(s).
4. I accept for value/return/honor all charging instruments in this matter and make my exemption as Principal available for discharge of all obligations and charges connected with this case.
5. Special Interested Party *Andre Mario Smith*, by and through its duly authorized representative, has accepted the charges-debts against Debtor without Possession, except, the allegations-charges against Defendant, by declaration.
6. Please use my exemption for offset and adjustment of the Public charges against the court and release the proceeds to I immediately.
7. Please provide an accounting of the total amount of the Bill post settlement and closure of this account/case.
8. I accept your charge(s) for value-honor and consideration in return for Post Settlement and closure of **UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION** et. al. Case No.: 2:21-bk-18205-DS, by-through: **Account No.**: 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, **CUSIP No.**: 561813598CA; and **AUTOTRIS No.:** 561813598, **SID No.**: CA/42615005, **Prepaid Account No.:** F88010273, **Posted Registered Mail No.:** RB723823976US.

9. Use my exemption and/or account information for full settlement and closure of this account/case as the account is prepaid and exempt from levy. (**See Exhibit I**, W-9; **Exhibit II**, UCC 1 Financing Statement; **Exhibit III**, Form 56; **Exhibit IV**; Power of Attorney)

I, the undersigned declare and affirm without penalty of perjury that the foregoing is true and correct.

*it is so ordered*

DATE: January 10, 2023.

Peacefully recorded,

*Smith, Andre Mario el sui-juris attorney in-fact lawful counsel* for:
Andre Mario Smith *el sui-iuris.* all rights reserved.

LODGED
JAN 26 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**ORDER**

It is *so ordered.*

DATE:

Deborah J. Saltzman.

Judicial Officer.

| **REINSURANCE AGREEMENT FOR A BONDS STATUTE PERFORMANCE BOND** *(See instructions on reverse)* | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2025** |
|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | |
|---|---|
| ANDRE MARIO SMITH<br>944 AIROLE WAY<br>LOS ANGELES, CALIFORNIA 90077 | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT<br>01/31/2022<br>1B. STATE OF INCORPORATION<br>CA/4265005 |
| 2. REINSURING COMPANY*<br>UNITED STATES BANKRUPTCY COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK<br>255 E. TEMPLE STREET, SUITE 1634<br>LOS ANGELES, CA 90012 | 2A. AMOUNT OF THIS REINSURANCE ($)<br>999999999<br>2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT<br>01/31/02022<br>2C. STATE OF INCORPORATION<br>CALIFORNIA |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| 3A. AMOUNT OF CONTRACT<br>999999999 | | 4A. PENAL SUM OF BOND<br>999999999 | |
| 3B. CONTRACT DATE<br>01/31/2022 | 3C. CONTRACT NUMBER<br>2:21-BK-18205-DS | 4B. DATE OF BOND<br>01/31/2022 | 4C. BOND NUMBER<br>104-83-354408 |
| 3D. DESCRIPTION OF CONTRACT<br>COMMERCIAL LIEN HAS BEEN PLACED ON THE SURETY FOR CHARGES ON BILLS ISSUED BY U.S. DISTRICT COURT IN & FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO:2:21-BK-18205-DS, FOR THE PRESENTED AMOUNT FOR BAIL-FULL SETTLEMENT AND CLOSURE OF ALL ACCOUNTS, CASES & THE LIKES | | 4D. PRINCIPAL*<br>Andre Mario Smith<br>944 Airole Way<br>Los Angeles, California [90077] | |
| 3E. CONTRACTING AGENCY<br>ANDRE MARIO SMITH trust | | 4E. STATE OF INCORPORATION *(If Corporate Principal)*<br>California | |

AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States, and the performance bond was furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

TERMS AND CONDITIONS:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

**Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.* *(Over)*

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A(1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 5B(1) NAME AND TITLE *(Typed)*<br>ANDRE MARIO SMITH | (2) NAME AND TITLE *(Typed)*<br>Andre Mario Smith PRINCIPAL | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A(1) SIGNATURE | (2) ATTEST: SIGNATURE | *Corporate Seal* |
| 6B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |

## INSTRUCTIONS

**This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute performance bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(h).**

**Execute and file this form as follows:**

**Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.**

**One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.**

**Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.**

**REINSURANCE AGREEMENT FOR A BONDS STATUTE PAYMENT BOND**
*(See instructions on reverse)*

**OMB Control Number: 9000-0045**
**Expiration Date: 8/31/2025**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

1. DIRECT WRITING COMPANY*
ANDRE MARIO SMITH
944 AIROLE WAY
LOS ANGELES, CALIFORNIA 90077

1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT
01/31/2022

1B. STATE OF INCORPORATION
CA/42615005

2. REINSURING COMPANY*
UNITED STATES DISTRICT COURT IN AND
FOR THE CENTRAL DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK
255 E. TEMPLE STREET, SUITE 1634
LOS ANGELES, CA 90012

2A. AMOUNT OF THIS REINSURANCE
$ 99999999[illegible]

2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT 01/31/2022

2C. STATE OF INCORPORATION
CALIFORNIA

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| 3A. AMOUNT OF CONTRACT<br>999,999,999.00 | | 4A. PENAL SUM OF BOND<br>999,999,999.00 | |
| 3B. CONTRACT DATE<br>01/31/2022 | 3C. CONTRACT NUMBER<br>2:21-BK-18205-DS | 4B. DATE OF BOND<br>01/31/2022 | 4C. BOND NUMBER<br>104-83-354408 |
| 3D. DESCRIPTION OF CONTRACT<br>COMMERCIAL LIEN HAS BEEN PLACED ON THE SURETY FOR CHARGES ON BILLS ISSUED BY U.S. DISTRICT COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO:2:21-BK-18205-DS, FOR THE PRESENTED AMOUNT FOR THE FULL SETTLEMENT AND CLOSURE OF ALL ACCOUNTS, CASES & THE LIKES | | 4D. PRINCIPAL*<br>Andre Mario Smith<br>944 Airole Way<br>Los Angeles, California [90077] | |
| 3E. CONTRACTING AGENCY<br>ANDRE MARIO SMITH trust | | 4E. STATE OF INCORPORATION *(If Corporate Principal)*<br>California | |

AGREEMENT:

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount of this Reinsurance," or for any sum less than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

THEREFORE:

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance;" and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance."

*Items 1, 2 ,4D - furnished legal name, business address and ZIP Code.*

*(Over)*

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount of this Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by 40 U.S.C. 3133 may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of the default is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be. The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court. It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A. (1) SIGNATURE ©TM/INC ANDRE MARIO SMITH. | (2) ATTEST: SIGNATURE ©TM/INC. by: Smith, Andre Mario. | Corporate Seal |
| 5B. (1) NAME AND TITLE *(Typed)* ANDRE MARIO SMITH | (2) NAME AND TITLE *(Typed)* Andre Mario Smith PRINCIPAL | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A. (1) SIGNATURE | (2) ATTEST: SIGNATURE | *Corporate Seal* |
| 6B. (1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |

## INSTRUCTIONS

**This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute payment bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(i).**

**Execute and file this form as follows:**

**Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.**

**One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.**

**Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.**

## REINSURANCE AGREEMENT IN FAVOR OF THE UNITED STATES

*(See instructions on reverse)*

**OMB Control Number: 9000-0045**
**Expiration Date: 8/31/2025**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

1. DIRECT WRITING COMPANY*

ANDRE MARIO SMITH
944 AIROLE WAY
LOS ANGELES, CALIFORNIA 90077

1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT
01/31/2022

1B. STATE OF INCORPORATION
CA/42615005

2. REINSURING COMPANY*

UNITED STATES DISTRICT COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK
255 E. TEMPLE STREET, SUITE 1634
LOS ANGELES, CA 90012

2A. AMOUNT OF THIS REINSURANCE ($)
99999999

2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT
01/31/2022

2C. STATE OF INCORPORATION
CALIFORNIA

### 3. DESCRIPTION OF BOND

3A. DESCRIPTION OF BOND *(Type, purpose etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.)*

COMMERCIAL LIEN HAS BEEN PLACED ON THE SURETY FOR CHARGES ON BILLS ISSUED BY THE U.S. DISTRICT COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO;2;21-BK-18205-DS, FOR THE PRESENTED AMOUNT FOR BAIL-FULL SETTLEMENT AND CLOSURE OF ALL ACCOUNTS, CASES & THE LIKES

3B. PENAL SUM OF BOND
$ 99999999

3C. DATE OF BOND
01/31/2022

3D. BOND NUMBER
104-83-354408

3E. PRINCIPAL*
Andre Mario Smith
944 Airole Way
Los Angeles, California [90077]

3F. STATE OF INCORPORATION *(If Corporate Principal)*
California

AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

THEREFORE:

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

WITNESS

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

*(Over)*

**Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.*

**4. DIRECT WRITING COMPANY**

| 4A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | Corporate Seal |
|---|---|---|
| ©TM/MC ANDRE MARIO SMITH | ©TM/MC. | |
| 4B.(1). NAME AND TITLE *(Typed)* dar-orr. | 4B.(2). NAME AND TITLE *(Typed)* | |
| ANDRE MARIO SMITH | Andre Mario Smith PRINCIPAL | |

**5. REINSURING COMPANY**

| 5A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | *Corporate Seal* |
|---|---|---|
| 5B.(1). NAME AND TITLE *(Typed)* | 5B.(2). NAME AND TITLE *(Typed)* | |

## INSTRUCTIONS

**This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds. See FAR (48 CFR) 28.202-1 and 53.228(j) and 31 CFR 223.11(b)(1). If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.**

**Execute and file this form as follows:**

**Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.**

**One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.**

**Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.**

5618135598

**REINSURANCE AGREEMENT FOR A BONDS STATUTE PERFORMANCE BOND**
*(See instructions on reverse)*

**OMB Control Number: 9000-0045**
**Expiration Date: 8/31/2025**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

1. DIRECT WRITING COMPANY*
ANDRE MARIO SMITH
944 AIROLE WAY
LOS ANGELES, CALIFORNIA 90077

1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT
01/31/2022

1B. STATE OF INCORPORATION
CA/4265005

2. REINSURING COMPANY*
UNITED STATES BANKRUPTCY COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK
255 E. TEMPLE STREET, SUITE 1634
LOS ANGELES, CA 90012

2A. AMOUNT OF THIS REINSURANCE ($)
999999999

2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT
01/31/02022

2C. STATE OF INCORPORATION
CALIFORNIA

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| 3A. AMOUNT OF CONTRACT<br>999999999 | | 4A. PENAL SUM OF BOND<br>999999999 | |
| 3B. CONTRACT DATE<br>01/31/2022 | 3C. CONTRACT NUMBER<br>2:21-BK-18205-DS | 4B. DATE OF BOND<br>01/31/2022 | 4C. BOND NUMBER<br>104-83-354408 |
| 3D. DESCRIPTION OF CONTRACT<br>COMMERCIAL LIEN HAS BEEN PLACED ON THE SURETY FOR CHARGES ON BILLS ISSUED BY U.S. DISTRICT COURT IN & FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO:2:21-BK-18205-DS, FOR THE PRESENTED AMOUNT FOR BAIL-FULL SETTLEMENT AND CLOSURE OF ALL ACCOUNTS, CASES & THE LIKES | | 4D. PRINCIPAL*<br>Andre Mario Smith<br>944 Airole Way<br>Los Angeles, California [90077] | |
| 3E. CONTRACTING AGENCY<br>ANDRE MARIO SMITH trust | | 4E. STATE OF INCORPORATION *(If Corporate Principal)*<br>California | |

AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States, and the performance bond was furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

TERMS AND CONDITIONS:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

**Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.* *(Over)*

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A(1) SIGNATURE<br>©Andre Mario Smith. | (2) ATTEST: SIGNATURE<br>By:Smith,Andre Mario.© | Corporate Seal |
| 5B(1) NAME AND TITLE *(Typed)*<br>ANDRE MARIO SMITH | (2) NAME AND TITLE *(Typed)*<br>Andre Mario Smith PRINCIPAL | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A(1) SIGNATURE | (2) ATTEST: SIGNATURE | *Corporate* |
| 6B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | *Seal* |

## INSTRUCTIONS

**This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute performance bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(h).**

**Execute and file this form as follows:**

**Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.**

**One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.**

**Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.**

56181359 8

# REINSURANCE AGREEMENT FOR A BONDS STATUTE PAYMENT BOND

*(See instructions on reverse)*

OMB Control Number: 9000-0045
Expiration Date: 8/31/2025

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

1. DIRECT WRITING COMPANY*
ANDRE MARIO SMITH
944 AIROLE WAY
LOS ANGELES, CALIFORNIA 90077

1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT
01/31/2022

1B. STATE OF INCORPORATION
CA/42615005

2. REINSURING COMPANY*
UNITED STATES DISTRICT COURT IN AND
FOR THE CENTRAL DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK
255 E. TEMPLE STREET, SUITE 1634
LOS ANGELES, CA 90012

2A. AMOUNT OF THIS REINSURANCE
$ 99999999

2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT 01/31/2022

2C. STATE OF INCORPORATION
CALIFORNIA

## 3. DESCRIPTION OF CONTRACT

3A. AMOUNT OF CONTRACT
999,999,999.00

3B. CONTRACT DATE
01/31/2022

3C. CONTRACT NUMBER
2:21-BK-18205-DS

3D. DESCRIPTION OF CONTRACT
COMMERCIAL LIEN HAS BEEN PLACED ON THE SURETY FOR CHARGES ON BILLS ISSUED BY U.S. DISTRICT COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO:2:21-BK-18205-DS, FOR THE PRESENTED AMOUNT FOR THE FULL SETTLEMENT AND CLOSURE OF ALL ACCOUNTS, CASES & THE LIKES

3E. CONTRACTING AGENCY
ANDRE MARIO SMITH trust

## 4. DESCRIPTION OF BOND

4A. PENAL SUM OF BOND
999,999,999.00

4B. DATE OF BOND
01/31/2022

4C. BOND NUMBER
104-83-354408

4D. PRINCIPAL*
Andre Mario Smith
944 Airole Way
Los Angeles, California [90077]

4E. STATE OF INCORPORATION *(If Corporate Principal)*
California

AGREEMENT:

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount of this Reinsurance," or for any sum less than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

THEREFORE:

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance;" and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance."

**Items 1, 2 ,4D - furnished legal name, business address and ZIP Code.*

*(Over)*

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount of this Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by 40 U.S.C. 3133 may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of the default is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be. The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court. It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A. (1) SIGNATURE © Tm/inc ANDRE MARIO SMITH. | (2) ATTEST: SIGNATURE by: Smith Andre Mario. © tm/inc. | Corporate Seal |
| 5B. (1) NAME AND TITLE *(Typed)* Dar. Aer. ANDRE MARIO SMITH | (2) NAME AND TITLE *(Typed)* dar. off. Andre Mario Smith PRINCIPAL | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A. (1) SIGNATURE | (2) ATTEST: SIGNATURE | *Corporate Seal* |
| 6B. (1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |

## INSTRUCTIONS

**This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute payment bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(i).**

**Execute and file this form as follows:**

**Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.**

**One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.**

**Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.**

561813598

# REINSURANCE AGREEMENT IN FAVOR OF THE UNITED STATES

*(See instructions on reverse)*

**OMB Control Number: 9000-0045**
**Expiration Date: 8/31/2025**

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| | |
|---|---|
| 1. DIRECT WRITING COMPANY*<br>ANDRE MARIO SMITH<br>944 AIROLE WAY<br>LOS ANGELES, CALIFORNIA 90077 | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT<br>01/31/2022<br>1B. STATE OF INCORPORATION<br>CA/42615005 |
| 2. REINSURING COMPANY*<br>UNITED STATES DISTRICT COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA, OFFICE OF THE CLERK<br>255 E. TEMPLE STREET, SUITE 1634<br>LOS ANGELES, CA 90012 | 2A. AMOUNT OF THIS REINSURANCE ($)<br>999999999<br>2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT<br>01/31/2022<br>2C. STATE OF INCORPORATION<br>CALIFORNIA |

**3. DESCRIPTION OF BOND**

| | | |
|---|---|---|
| 3A. DESCRIPTION OF BOND *(Type, purpose etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.)*<br>COMMERCIAL LIEN HAS BEEN PLACED ON THE SURETY FOR CHARGES ON BILLS ISSUED BY THE U.S. DISTRICT COURT IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA, CASE NO;2;21-BK-18205-DS, FOR THE PRESENTED AMOUNT FOR BAIL-FULL SETTLEMENT AND CLOSURE OF ALL ACCOUNTS, CASES & THE LIKES | 3B. PENAL SUM OF BOND<br>$ 999999999 | |
| | 3C. DATE OF BOND<br>01/31/2022 | 3D. BOND NUMBER<br>104-83-354408 |
| | 3E. PRINCIPAL*<br>Andre Mario Smith<br>944 Airole Way<br>Los Angeles, California [90077] | |
| | 3F. STATE OF INCORPORATION *(If Corporate Principal)*<br>California | |

AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

THEREFORE:

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

WITNESS

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

(Over)

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.*

**4. DIRECT WRITING COMPANY**

| 4A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | |
|---|---|---|
| ©TM/MC ANDRE MARIO SMITH | ©TM/MC. | Corporate Seal |
| 4B.(1). NAME AND TITLE *(Typed)* | 4B.(2). NAME AND TITLE *(Typed)* | |
| ANDRE MARIO SMITH | Andre Mario Smith PRINCIPAL | |

**5. REINSURING COMPANY**

| 5A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | |
|---|---|---|
| | | *Corporate Seal* |
| 5B.(1). NAME AND TITLE *(Typed)* | 5B.(2). NAME AND TITLE *(Typed)* | |

## INSTRUCTIONS

**This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds. See FAR (48 CFR) 28.202-1 and 53.228(j) and 31 CFR 223.11(b)(1). If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.**

**Execute and file this form as follows:**

**Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.**

**One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.**

**Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*) Special Interested Party-Andre Mario Smith Notice of Defect & Cure will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 19, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On January 10, 2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 19, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

January 10, 2023

*Date* *Printed Name* *Signature*

By: [signature] ©

**SERVICE LIST**
**(Via NEF)**

- Kyra E Andrassy - kandrassy@swelawfirm.com; lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- Todd M Arnold - tma@lnbyg.com
- Jerrold L Bregman - jbregman@bg.law; ecf@bg.law
- Ryan Coy - rcoy@bg.law; ecf@bg.law
- Marguerite Lee DeVoll - mdevoll@watttieder.com; zabrams@watttieder.com
- Karol K Denniston - karol.denniston@squirepb.com; travis.mcroberts@squirepb.com; sarah.conley@squirepb.com; karol-k-denniston-9025@ecf.pacerpro.com
- Oscar Estrada - oestrada@ttc.lacounty.gov
- Danielle R Gabai - dgabai@danninggill.com; dgabai@ecf.courtdrive.com
- Thomas M Geher - tmg@jmbm.com; bt@jmbm.com; fc3@jmbm.com; tmg@ecf.inforuptcy.com
- David B Golubchik - dbg@lnbyg.com; stephanie@lnbyb.com
- Andrew Goodman - agoodman@andyglaw.com; Goodman.AndrewR102467@notify.bestcase.com
- Jonathan Gottlieb - jdg@lnbyg.com
- James Andrew Hinds - jhinds@hindslawgroup.com; mduran@hindslawgroup.com; mduran@hindslawgroup.com
- Robert B Kaplan - rbk@jmbm.com
- Jane G Kearl - jkearl@watttieder.com
- Jennifer Larkin Kneeland - jkneeland@watttieder.com; zabrams@watttieder.com
- Michael S Kogan - mkogan@koganlawfirm.com
- Noreen A Madoyan - Noreen.Madoyan@usdoj.gov
- John A Moe - john.moe@dentons.com; glenda.spratt@dentons.com; derry.kalve@dentons.com
- Samuel A Newman- sam.newman@sidley.com, samuel-newman2492@ecf.pacerpro.com; laefilingnotice@sidley.com
- Ryan D O'Dea - rodea@shulmanbastian.com; lgauthier@shulmanbastian.com
- Sharon Oh-Kubisch - sokubisch@swelawfirm.com, gcruz@swelawfirm.com; lgarrett@swelawfirm.com; jchung@swelawfirm.com
- Hamid R Rafatjoo - hrafatjoo@raineslaw.com; bclark@raineslaw.com
- Ronald N Richards - ron@ronaldrichards.com; 7206828420@filings.docketbird.com
- Joseph M Rothberg - jmr@lnbyg.com
- Victor A Sahn - victor.sahn@gmlaw.com; vsahn@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com; patricia.dillamar@gmlaw.com; Karen.Files@gmlaw.com
- William Schumacher - wschumac@milbank.com, autodocketecf@milbank.com
- David Seror - dseror@bg.law, ecf@bg.law
- Zev Shechtman - zshechtman@DanningGill.com, danninggill@gmail.com; zshechtman@ecf.inforuptcy.com
- Lindsey L Smith - lls@lnbyb.com; lls@ecf.inforuptcy.com
- Paul Sorrell - psorrell@lavelysinger.com
- Howard Steinberg - steinbergh@gtlaw.com; pearsallt@gtlaw.com; lalitdock@gtlaw.com
- United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner - gweiner@sidley.com; laefilingnotice@sidley.com; genevieve-weiner-0813@ecf.pacerpro.com
- Jessica Wellington - jwellington@bg.law; ecf@bg.law

**SERVICE LIST**
**(Manual Notice)**

Concierge Auctions, LLC
405 Lexington Avenue, 26th Floor
New York, NY 10174

Katharine E Dernier
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700

Christopher Giaimo
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037

Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034

Gregory Morrow
The Morrow Group
10401 Wilshire Blvd., Ste 1102
Los Angeles, CA 90024

Robert F Scoular
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704

Martin D Singer
Lavely & Singer Professional Corporation
2049 Century Park East Ste 2400
Los Angeles, CA 90067-2906

Andre Mario Smith
7938 Broadway #1263
Lemon Grove, CA 91946

The Beverly Hills Estate and Compass
8878 Sunset Boulevard
West Hollywood, CA 90069