DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **DEBTOR'S NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, LLC** |
| | [November 1, 2022 through November 30, 2022] |
| | [No Hearing Required, Unless Timely Opposition and Request for a Hearing is Filed] |

1

**PLEASE TAKE NOTICE** that, (A) on October 28, 2021, Crestlloyd, LLC, the Chapter 11 debtor and debtor in possession herein (the "Debtor"), filed a *Notice of Setting/Increasing Insider Compensation* (the "Notice of Insider Compensation") for SierraConstellation Partners LLC/Lawrence R. Perkins ("SCP") and served it on the UST and other parties, (B) on November 16, 2021, the United States Trustee (the "UST") filed its *Objection To Notice Of Insider Compensation* (the "Objection") [Dkt. 35] objecting to SCP's Notice of Insider Compensation, (C) on December 13, 2021, the Debtor filed its *Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Stipulation") [Dkt. 72], (D) on December 16, 2021, the Court entered its *Order Approving Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Order") [Dkt. 77].

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation and Insider Compensation Order, "SCP must file monthly fee statements [each a "Fee Statement"] and serve the UST therewith, and, absent an objection by the UST or some other party in interest within seven (7) days thereafter, the fees and costs may be paid in full.  In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court."

**PLEASE FURTHER TAKE NOTICE THAT**, consistent with the foregoing procedure, on December 12, 2021, the Court entered its *Interim Order* [the "DIP Order" [Dkr. 70]] *Granting Motion For Order: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief* [the "DIP Motion") [Dkt. 66]], which, *inter alia*, granted the DIP Motion on an interim basis and approved the terms of the DIP Loan Documents,[1] which provide, among other things, that:

> Loan Proceeds shall be used solely in accordance with the Budget, including for payment of the Facility Fee, Lender's reasonable attorneys' fees and costs incurred in making and documenting the Loan, title insurance premiums, escrow fees, the Extension Fee,

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the DIP Motion.

2

and the Carve Out and Borrower's working capital needs and to administer the Chapter 11 Case, including insurance, repair, maintenance and construction costs with respect to the Property. With respect to the fees and costs of the Manager of the Debtor [*i.e.*, SCP], Manager [*i.e.*, SCP] shall file monthly fee statements and, absent an objection within seven (7) days thereafter, the fees and costs may be paid in full. In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court.

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation, Insider Compensation Order, DIP Motion, and DIP Order, SCP hereby files its Fee Statement for the period from November 1, 2022 through November 30, 2022. SCP reserves its right to supplement, amend, or modify the Fee Statement to include fees and/or expenses incurred during the foregoing period not covered in the attached Fee Statement or incurred subsequent to November 30, 2022.

Annexed as **Exhibit "A"** hereto is the name of each professional who performed services for the Debtor in connection with this chapter 11 case during the period covered by this Fee Statement and the hourly rate and total fees for each professional during such period.

Annexed as **Exhibit "B"** hereto is the summary of hours in this Fee Statement broken up by partner and task.

Annexed as **Exhibit "C"** hereto are the detailed time entries for the period covered by this Fee Statement.

Annexed as **Exhibit "D"** hereto is the summary of expenses included in this Fee Statement.

Annexed as **Exhibit "E"** hereto are the detailed entries for the expenses covered by this Fee Statement.

**PLEASE TAKE FURTHER NOTICE that objections, if any, to this Fee Statement must be filed with the Court and served so as to be received by the undersigned counsel to the Debtor no later than seven (7) days after the filing of this Fee Statement.**

3

**PLEASE TAKE FURTHER NOTICE** that, (A) if no objection is properly and timely filed and served in accordance with the above procedures, the Debtor will pay SCP the fees and expense set forth in this Fee Statement (provided such payment is consistent with the Budget) and (B) if an objection is properly and timely filed and served in accordance with the above procedures, (1) the Debtor will pay SCP the undisputed portion of fees and expenses set forth in this Fee Statement (provided such payment is consistent with the Budget) and (2) any disputed portion of fees and expenses set forth in this Fee Statement shall be subject to review and further order by the Court.

Dated: January 30, 2023

CRESTLLOYD, LLC

*/s/ Todd M. Arnold*
DAVID B. GOLUBCHIK
TODD M. ARNOLD
LEVENE, NEALE, BENDER, YOO
    & GOLUBCHIK L.L.P.
Attorneys for Debtor and Debtor in Possession

# EXHIBIT "A"

**Summary of SierraConstellation Partners Professional Fees by Consultant**
For the Period November 1st through November 30th

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Lawrence Perkins | CEO | $790 | 2.00 | $1,580.00 |
| Roger Gorog | Senior Director | $580 | 16.20 | $9,396.00 |
| Colin Moran | Senior Associate | $235 | 6.10 | $1,433.50 |
|  |  |  | **24.3** | **$12,409.50** |

*Note: As of August 1st, 2022, Roger Gorog's hourly rate increased to $580*

# EXHIBIT "B"

**Summary of SierraConstellation Partners Professional Fees by Activity**

For the Period November 1st through November 30th

| **Activity / Consultant** | **Title** | **Hours** | **Rate** | **Total** |
|---|---|---|---|---|
| **Business Operations, Cash Management & CRO Support** | | | | |
| Lawrence Perkins | CEO | 2.00 | $790 | $1,580.00 |
| Roger Gorog | Senior Director | 16.20 | $580 | $9,396.00 |
| Colin Moran | Senior Associate | 2.00 | $235 | $470.00 |
| | *Activity Total* | 20.20 | | $11,446.00 |
| **Case Administration** | | | | |
| Lawrence Perkins | CEO | 0.00 | $790 | $0.00 |
| Roger Gorog | Senior Director | 0.00 | $580 | $0.00 |
| Colin Moran | Senior Associate | 3.10 | $235 | $728.50 |
| | *Activity Total* | 3.10 | | $728.50 |
| **Invoices, Fees and Retention Applications** | | | | |
| Roger Gorog | Senior Director | 0.00 | $580 | $0.00 |
| Lawrence Perkins | CEO | 0.00 | $790 | $0.00 |
| Colin Moran | Senior Associate | 1.00 | $235 | $235.00 |
| | *Activity Total* | 1.00 | | $235.00 |

# EXHIBIT "C"

**Summary of SierraConstellation Partners Professional Fees by Professional Service**
For the Period November 1st through November 30th

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| **Business Operations, Cash Management & CRO Support** | | | | |
| *Lawrence Perkins* | | | | |
| 11/4/2022 | Correspondence related to tax authorities | 0.80 | $790.00 | $632.00 |
| 11/7/2022 | CRO duties - correspondence and attention to operational items | 0.50 | $790.00 | $395.00 |
| 11/9/2022 | CRO duties - correspondence and attention to operational items | 0.70 | $790.00 | $553.00 |
| | | Lawrence Perkins Total | | $1,580.00 |
| *Colin Moran* | | | | |
| 11/11/2022 | Analyze disbursements to determine estimated DIP balance and re emails | 2.00 | $235.00 | $470.00 |
| | | Colin Moran Total | | $470.00 |
| *Roger Gorog* | | | | |
| 11/4/2022 | Review insurance premium renewal request | 1.30 | $580.00 | $754.00 |
| 11/7/2022 | Review insurance premium and request cancellation from broker | 1.30 | $580.00 | $754.00 |
| 11/9/2022 | Review cash activity and balances and reconciliation of DIP proceeds and remaining available balance | 2.10 | $580.00 | $1,218.00 |
| 11/9/2022 | Review and discuss timing of fee applications and monthly staffing reports | 1.40 | $580.00 | $812.00 |
| 11/11/2022 | Review docket report and recent filings | 2.20 | $580.00 | $1,276.00 |
| 11/14/2022 | Review and confirm timing of monthly reports | 0.60 | $580.00 | $348.00 |
| 11/16/2022 | Work with bank on increasing interest rate on account | 1.60 | $580.00 | $928.00 |
| 11/17/2022 | Compare rate offers and with work bank to implement changes to the account | 1.10 | $580.00 | $638.00 |
| 11/17/2022 | Review monthly operating reports, bank statements and monthly staffing reports | 2.30 | $580.00 | $1,334.00 |
| 11/21/2022 | Review signed MOR and calendar timing of report filing | 1.20 | $580.00 | $696.00 |
| 11/30/2022 | Review emails from counsel regarding status and timing of monthly operating and staffing reports | 1.10 | $580.00 | $638.00 |
| | | Roger Gorog Total | | $9,396.00 |
| **Case Administration** | | | | |
| *Colin Moran* | | | | |
| 11/17/2022 | Compile October MOR and re emails | 2.80 | $235.00 | $658.00 |
| 11/21/2022 | Follow up Emails re. MOR and MSR | 0.30 | $235.00 | $70.50 |
| | | Colin Moran Total | | $728.50 |
| **Invoices, Fees and Retention Applications** | | | | |
| *Colin Moran* | | | | |
| 11/17/2022 | Compile October MSR | 1.00 | $235.00 | $235.00 |
| | | Colin Moran Total | | $235.00 |

# EXHIBIT "D"

**Summary of SierraConstellation Partners Expenses by Category**
For the Period November 1st through November 30th

| **Reimbursable Expenses** | **Amount** |
|---|---|
| NA | |

# EXHIBIT "E"

## Summary of SierraConstellation Partners Expenses by Detail
For the Period November 1st through November 30th

| Activity | Date | Employee | Description | Amount |
|---|---|---|---|---|
| NA | | | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **DEBTOR'S NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 30, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Jerrold L Bregman**    jbregman@bg.law, ecf@bg.law
- **Ryan Coy**    rcoy@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**    mdevoll@watttieder.com, zabrams@watttieder.com
- **Karol K Denniston**    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **Andrew Goodman**    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Jonathan Gottlieb**    jdg@lnbyg.com
- **James Andrew Hinds**    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- **Robert B Kaplan**    rbk@jmbm.com
- **Jane G Kearl**    jkearl@watttieder.com
- **Jennifer Larkin Kneeland**    jkneeland@watttieder.com, zabrams@watttieder.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Noreen A Madoyan**    Noreen.Madoyan@usdoj.gov
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Samuel A Newman**    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Joseph M Rothberg**    jmr@lnbyg.com
- **Victor A Sahn**    victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com; Karen.Files@gmlaw.com
- **William Schumacher**    wschumac@milbank.com, autodocketecf@milbank.com
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Paul Sorrell**  psorrell@lavelysinger.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**  gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Jessica Wellington**  jwellington@bg.law, ecf@bg.law

**2. SERVED BY UNITED STATES MAIL**: On **January 30, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 30, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 30, 2023 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                         **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| In re Crestlloyd, LLC<br>D UST Receiver RSN + Amended 20 Largest<br>File No.: 9562 | Debtor<br>Crestlloyd, LLC<br>c/o SierraConstellation Partners LLC<br>355 S. Grand Avenue Suite 1450<br>Los Angeles, CA 90071 | Noreen A Madoyan<br>Office of the United States Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017 |
| Counsel For Receiver<br>Brutzkus Gubner Rozansky Seror Weber LLP<br>David Seror/Jessica Wellington<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 | Biabani & Associates, Inc.<br>Attn: Alex Biabani<br>1600 Sawtelle Bl #104<br>Los Angeles, CA 90025 | Bradford Sheet Metal<br>4164 Sopp Road<br>Mojave, CA 93501 |
| Branden Williams<br>257 N. Cannon Dr., 2nd Fl.<br>Beverly Hills, CA 90210 | C.G.S. Custom Glass Specialists<br>Attn: Tom Yang<br>4536 Ish Drive<br>Simi Valley, CA 93063 | CAD Stone Works Inc.<br>Attn: Cesar Hernandez<br>4533 Van Nuys Bl. #201<br>Sherman Oaks, CA 91403 |
| Centurion Air, LLC<br>Attn: Michael T. Pyle<br>13932 Arrow Creek Road<br>Draper, UT 84020 | Davidson Accountancy Corp.<br>William N. Davidson, CPA<br>14011 Ventura Blvd., Ste. 302<br>Sherman Oaks, CA 91423 | Creative Art Partners<br>6542 Hayes Dr.<br>Los Angeles, CA 90048 |
| Italian Luxury Design<br>4 NE 39 St.<br>Miami, FL 33137 | Jabs Pools and Spas, LLC<br>Attn: Georgina Rendon<br>8055 Matilija Ave.<br>Panorma City, CA 91402 | Dennis Palma<br>146 Beach Way<br>Monterey, CA 93940 |
| KN Coating<br>201 E. Tamarack Ave<br>Inglewood, CA 90301 | LA DWP<br>P.O. Box. 30808<br>Los Angeles, CA 90030 | Vesta (aka Showroom Interiors, LLC)<br>Attn: Julian Buckner<br>8905 Rex Road<br>Pico Rivera, CA 90660 |
| Made by TSI, Inc.<br>888 Biscayne Blvd #209<br>Miami, FL 33132 | Midland Contractors, Inc.<br>Attn: Bruce Partovi<br>Po Box 8312<br>Van Nuys, CA 91409 | West Valley Green Landscaping, Inc.<br>14761 Tupper St.<br>Panorama City, CA 91402 |
| The Vertex Companies, Inc.<br>12100 Wilshire Blvd 8th floor<br>Los Angeles CA 90025-0000 | West Coast Gates<br>339 Isis Ave.<br>Inglewood, CA 90301 | **Attorneys for Richard Saghian**<br>Samuel A. Newman, Esq. **RSN**<br>Genevieve G. Weiner, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013 |
| **Attorneys for Richard Saghian**<br>Amy P. Lally, Esq. **RSN**<br>Sidley Austin LLP<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067 | | |