FormCACB (hrgcnt – van221mz)
(v. 12/2021)

# United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## NOTICE OF RESCHEDULED/CONTINUED HEARING

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Crestlloyd, LLC | **BANKRUPTCY NO.** 2:21–bk–18205–DS<br>**CHAPTER** 11 |

**SSN:** N/A
**EIN:** 27–4253565

c/o SierraConstellation Partners LLC
355 S. Grand Avenue Suite 1450
Los Angeles, CA 90071

---

**NOTICE IS HEREBY GIVEN** that the hearing regarding: Second motion for acceptance to include full settlement & acceptance to include full settlement & closure and etc...

Is hereby rescheduled/continued.

**Current hearing date:**
    **Date:** March 9, 2023
    **Time:** 11:30 AM
    **Hearing Judge:** Deborah J. Saltzman

**New hearing date:**
    **Date:** **April 20, 2023**
    **Time:** **11:30 AM**
    **Hearing Judge:** **Deborah J. Saltzman**

You will not be permitted to be physically present in the courtroom. You may connect to the videoconference by entering the Videoconference URL shown below into an internet browser on a computer, tablet or smartphone, and entering the meeting ID and password, when prompted:

    **Videoconference URL:** https://cacb.zoomgov.com/j/1615847792
    **Meeting ID:** 161 584 7792
    **Password:** 279079

If you are unable to send and receive audio or video through your computer or other device, or do not have a computer or smartphone, you may appear by telephone by dialing the following number and entering the following conference information:

    **Audioconference Tel. No.:** 1 (669) 254 5252 or 1 (646) 828 7666
    **Meeting ID:** 161 584 7792
    **Password:** 279079

**This is regarding the second motion for acceptance to include full settlement & acceptance to include full settlement & closure for transfer and other confirmation(s) supra protest nunc pro tunc filed on 2/17/23, by Andre Mario Smith.**

FOR THE COURT,

Dated: February 28, 2023

**Kathleen J. Campbell**
Clerk of Court