United States Bankruptcy Court

Central District of California

In re:                                                                                                                  Case No. 21-18205-DS
Crestlloyd, LLC                                                                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 21, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Goodman | on behalf of Attorney Goodman Law Offices A Professional Corporation agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| Danielle R Gabai | on behalf of Creditor Showroom Interiors LLC dba Vesta dgabai@danninggill.com, dgabai@ecf.courtdrive.com |
| Danielle R Gabai | on behalf of Interested Party Courtesy NEF dgabai@danninggill.com dgabai@ecf.courtdrive.com |
| David Seror | on behalf of Interested Party Courtesy NEF dseror@bg.law ecf@bg.law |
| David B Golubchik | on behalf of Defendant Crestlloyd LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| David B Golubchik | on behalf of Debtor Crestlloyd LLC dbg@lnbyg.com, stephanie@lnbyb.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Apr 21, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Genevieve G Weiner
    on behalf of Interested Party Richard Saghian gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Hamid R Rafatjoo
    on behalf of Cross Defendant Nile Niami hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Cross Defendant Marbella Construction Inc. a California Corporation hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Cross Defendant 1369 Londonderry Estate LLC a California Limited Liability Company hrafatjoo@raineslaw.com, bclark@raineslaw.com

Hamid R Rafatjoo
    on behalf of Cross Defendant Ground View LLLP a Nevada Limited Liability Limited Partnership hrafatjoo@raineslaw.com, bclark@raineslaw.com

Howard Steinberg
    on behalf of Defendant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Jane G Kearl
    on behalf of Interested Party J&E Texture Inc. jkearl@watttieder.com

Jennifer Larkin Kneeland
    on behalf of Interested Party J&E Texture Inc. jkneeland@watttieder.com

Jerrold L Bregman
    on behalf of Interested Party Hilldun Corporation jbregman@bg.law ecf@bg.law

Jessica Wellington
    on behalf of Interested Party Courtesy NEF jwellington@bg.law ecf@bg.law

Jessica Wellington
    on behalf of Other Professional Theodore Lanes jwellington@bg.law ecf@bg.law

John A Moe, II
    on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Counter-Defendant Crestlloyd LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Counter-Claimant Yogi Securities Holdings LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Creditor Yogi Securities Holdings LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Cross Defendant Yogi Securities Holdings LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Defendant Yogi Securities Holdings LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

Jonathan Gottlieb
    on behalf of Interested Party Courtesy NEF jdg@lnbyg.com

Jonathan Gottlieb
    on behalf of Debtor Crestlloyd LLC jdg@lnbyg.com

| | |
|---|---|
| Joseph M Rothberg | on behalf of Defendant Crestlloyd LLC jmr@lnbyg.com |
| Joseph M Rothberg | on behalf of Counter-Defendant Crestlloyd LLC jmr@lnbyg.com |
| Joseph M Rothberg | on behalf of Cross-Claimant Crestlloyd LLC jmr@lnbyg.com |
| Karol K Denniston | on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com |
| Kyra E Andrassy | on behalf of Creditor Interno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Kyra E Andrassy | on behalf of Plaintiff Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Kyra E Andrassy | on behalf of Interested Party Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Lindsey L Smith | on behalf of Debtor Crestlloyd LLC lls@lnbyb.com, lls@ecf.inforuptcy.com |
| Marguerite Lee DeVoll | on behalf of Interested Party J&E Texture Inc. mdevoll@watttieder.com |
| Max Fabricant | on behalf of Plaintiff Inferno Investment Inc. mfabricant@lavelysinger.com |
| Max Fabricant | on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com |
| Michael S Kogan | on behalf of Interested Party Courtesy NEF mkogan@koganlawfirm.com |
| Noreen A Madoyan | on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov |
| Oscar Estrada | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Paul Sorrell | on behalf of Counter-Defendant Inferno Investment Inc. psorrell@lavelysinger.com |
| Paul Sorrell | on behalf of Plaintiff Inferno Investment Inc. psorrell@lavelysinger.com |
| Robert B Kaplan | on behalf of Interested Party Courtesy NEF rbk@jmbm.com rbk@ecf.courtdrive.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Ryan Coy | on behalf of Defendant Hilldun Corporation rcoy@bg.law ecf@bg.law |
| Ryan Coy | on behalf of Cross Defendant Hilldun Corporation a New York Corporation rcoy@bg.law, ecf@bg.law |
| Ryan D O'Dea | on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Interested Party Courtesy NEF rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Samuel A Newman | on behalf of Interested Party Richard Saghian sam.newman@sidley.com samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com |
| Sharon Oh-Kubisch | on behalf of Interested Party Courtesy NEF sokubisch@swelawfirm.com gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com |
| Thomas M Geher | on behalf of Interested Party Courtesy NEF tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com |
| Todd M Arnold | on behalf of Debtor Crestlloyd LLC tma@lnbyg.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 21, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Todd M Arnold
    on behalf of Interested Party Courtesy NEF tma@lnbyg.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Victor A Sahn
    on behalf of Interested Party Courtesy NEF victor.sahn@gmlaw.com
    vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

William Schumacher
    on behalf of Creditor Yogi Securities Holdings LLC william.schumacher@lathropgpm.com, autodocketecf@milbank.com

Zev Shechtman
    on behalf of Interested Party Courtesy NEF zs@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Creditor Showroom Interiors LLC dba Vesta zs@DanningGill.com,
    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 62

**FILED & ENTERED**

APR 21 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER DENYING MOTION FILED BY ANDRE MARIO SMITH**<br><br>Hearing:<br>Date:  April 20, 2023<br>Time:  11:30 a.m.<br>Place: Courtroom 1639<br>          255 East Temple Street<br>          Los Angeles, California 90012<br>          (via Zoom for Government) |

A hearing was held at the above time and place on the "Special Interested Party Andre Mario Smith, by and through its duly authorized representative, Notice of Second Motion for Acceptance to Include Full Settlement & Closure and Order(s) for Transfer and Other Confirmation(s) Supra Protest nunc pro tunc" (the "Motion," Docket No. 468). Appearances were noted on the record.

/ / /

-1-

1 | Based on the Motion, the record in this case, and the arguments of the parties at
2 | the hearing, and for the reasons stated on the record at the hearing,
3 |     IT IS HEREBY ORDERED that the Motion is denied.
4 | ###

Date: April 21, 2023

Deborah J. Saltzman
United States Bankruptcy Judge