# 2:21-bk-18205-DS CRESTLLOYD, LLC

## CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

**Smith, Andre Mario**
**7983 Broadway No. 1263**
**Lemon Grove, CA 91946**



FILED
APR 24 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Service information continued on attached page

Date:   4/24/23        Signature: _Dawnette Francis_

Deputy Clerk :   Dawnette Francis



FILED & ENTERED

APR 21 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>                         Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER DENYING MOTION FILED BY ANDRE MARIO SMITH**<br><br>Hearing:<br>Date: April 20, 2023<br>Time: 11:30 a.m.<br>Place: Courtroom 1639<br>       255 East Temple Street<br>       Los Angeles, California 90012<br>       (via Zoom for Government) |

A hearing was held at the above time and place on the "Special Interested Party Andre Mario Smith, by and through its duly authorized representative, Notice of Second Motion for Acceptance to Include Full Settlement & Closure and Order(s) for Transfer and Other Confirmation(s) Supra Protest nunc pro tunc" (the "Motion," Docket No. 468). Appearances were noted on the record.

/ / /

Based on the Motion, the record in this case, and the arguments of the parties at the hearing, and for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED that the Motion is denied.

###

Date: April 21, 2023

Deborah J. Saltzman
United States Bankruptcy Judge