Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number
Victor A. Sahn (CA Bar No. 97299)
victor.sahn@gmlaw.com
GREENSPOON MARDER LLP
a Florida limited liability partnership
1875 Century Park East, Ste. 1900
Los Angeles, CA 90067
Telephone: (213) 626-2311
Facimile: (954) 771-9264
☐ *Attorney for*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re

Debtor(s),

CHAPTER

CASE NUMBER

☐ ADVERSARY NUMBER (if applicable)
☑ See attached list for multiple cases that require an update to the attorneys information

Plaintiff(s),

vs.

Debtor(s).

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM

(See page 2 for additional requirements)

The following information must be provided:

I, Victor A. Sahn, 97299, victor.sahn@gmlaw.com
*Name* *Bar ID Number* *E-Mail Address*

❑ am **counsel of record** or
❑ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

______________________________

______________________________

☑ am **counsel of record** or
❑ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to______________________________
New Firm/Government Agency Name______________________________
New Address 1875 Century Park East, Ste. 1900, Los Angeles, CA 90067
New Telephone Number______________________________New Facsimile Number ______________________________
New E-Mail Address______________________________

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**

☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❑ **TO BE TERMINATED FROM THE CASE:****

❑ I am, or

❑ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**

❑ The order relieving me/the aforementioned attorney from my firm was entered on:______________

☒ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.

❑ I am, or

❑ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

****This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 4/28/23

*/s/ Victor A. Sahn*
Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| Case Number | Case Name |
|---|---|
| 1:12-bk-10229-MT | C.M. Meiers Company, Inc. |
| 1:13-bk-10386-GM | Shirley Foose McClure |
| 1:18-bk-12855-MT | PB-1, LLC |
| 1:20-bk-11358-MB | Jaguar Distribution Corp. |
| 2:08-bk-20298-BR | Tower Park Properties, LLC |
| 2:13-bk-14135-RK | Art and Architecture Books of the 21st Century and 400 S. La Brea, LLC, a California limited liabilit |
| 2:14-ap-01771-RK | THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF T v. ACE MUSEUM, a California corporation et al |
| 2:15-ap-01679-RK | THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF T v. Ace Gallery New York Corporation, a California cor |
| 2:19-ap-01009-RK | Vechery v. Shapiro |
| 2:20-bk-10264-ER | 450 S. Western, LLC, a California limited liabilit |
| 2:20-bk-11675-NB | Korean Western Presbyterian Church of Los Angeles |
| 2:21-bk-12222-ER | collab9, LLC, a Delaware limited liability company |
| 2:21-bk-18205-DS | Crestlloyd, LLC |
| 2:22-bk-11471-NB | Cherry Man Industries, Inc. |
| 2:22-bk-14051-VZ | Elizabeth Stauber |