# UNITED STATES BANKRUPTCY COURT

CENTRAL  DISTRICT OF  CALIFORNIA

LOS ANGELES

| Clear All Fields |
| Save |

In Re. CRESTLLOYD, LLC.                     §          Case No. 21-18205
                                            §
_____            §
            Debtor(s)                       §
                                            §          ☐ Jointly Administered

## Monthly Operating Report                              Chapter 11

Reporting Period Ended: 03/31/2023                Petition Date: 10/26/2021

Months Pending: 17                                Industry Classification: 5 3 1 3

Reporting Method:          Accrual Basis ○      Cash Basis ●

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):    0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐     Statement of cash receipts and disbursements
☐     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒     Statement of operations (profit or loss statement)
☐     Accounts receivable aging
☐     Postpetition liabilities aging
☐     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer


_____
Signature of Responsible Party

Lawrence R. Perkins
Printed Name of Responsible Party

04/20/2023
Date

355 S. Grand Ave. Suite 1450 Los Angeles, CA 90071
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.

§ 1320.4(a)(2) applies.

Debtor's Name CRESTLLOYD, LLC.

Case No. 21-18205

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $40,267,226 | |
| b. Total receipts (net of transfers between accounts) | $86,739 | $151,652,954 |
| c. Total disbursements (net of transfers between accounts) | $1,746 | $111,490,862 |
| d. Cash balance end of month (a+b-c) | $40,352,220 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $1,746 | $111,490,862 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory (Book ○ Market ○ Other ● (attach explanation) | $0 |
| d. Total current assets | $40,352,220 |
| e. Total assets | $40,352,220 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $113,254,387 |
| l. Prepetition priority debt | $2,666 |
| m. Prepetition unsecured debt | $59,265,855 |
| n. Total liabilities (debt) (j+k+l+m) | $172,522,908 |
| o. Ending equity/net worth (e-n) | $-132,170,688 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $138,328,527 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $18,384,836 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $119,943,691 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $86,739 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $-1,746 | |
| k. Profit (loss) | $84,993 | $124,613,451 |

Debtor's Name CRESTLLOYD, LLC.                    Save                    Case No. 21-18205

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $26,993 | $4,651,306 | $0 | $4,466,019 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | SierraConstellation Partners, L. | Other | $14,968 | $989,037 | $0 | $954,026 |
| Delete | ii | Levene, Neale, Bender, Yoo & | Lead Counsel | $12,025 | $958,953 | $0 | $808,677 |
| Delete | iii | Ted Lanes | Other | $0 | $94,620 | $0 | $94,620 |
| Delete | iv | Brutzkus Gubner | Lead Counsel | $0 | $88,696 | $0 | $88,696 |
| Delete | v | Compass - Beverly Hills | Other | $0 | $630,000 | $0 | $630,000 |
| Delete | vi | The Beverly Hills Estates | Other | $0 | $1,260,000 | $0 | $1,260,000 |
| Delete | vii | Hilton & Hyland | Other | $0 | $630,000 | $0 | $630,000 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $3,328,015 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ⦿ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⦿ | |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ⦿ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ⦿  No ○  N/A ○ | |

Debtor's Name CRESTLLOYD, LLC.                      [Save]           Case No. 21-18205

| | | | |
|---|---|---|---|
| i. | Do you have: | Worker's compensation insurance? | Yes ○  No ◉ |
| | | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ○  No ◉ |
| | | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | | General liability insurance? | Yes ○  No ◉ |
| | | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ○  No ◉ |
| k. | Has a disclosure statement been filed with the court? | | Yes ○  No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ◉  No ○ |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

Click "Generate PDF"
to Remove Watermark

Debtor's Name CRESTLLOYD, LLC.                           Save          Case No. 21-18205

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

_____          Lawrence R. Perkins
Signature of Responsible Party                    Printed Name of Responsible Party

Chief Executive Officer of Manager                04/20/2023
Title                                             Date

Save

Generate PDF for Court Filing and Remove Watermark

Click "Generate PDF"
to Remove Watermark

UST Form 11-MOR (12/01/2021)                     6



**Account Information
Report**

Crestlloyd LLC

**December 01, 2021 - March 31, 2023**
Account: *4504 (Crestlloyd, LLC DIP , OPERATIONS)

| | |
|---|---|
| Available Balance | $2,383,744.60 |
| Opening Ledger Balance | $2,383,744.60 |
| Collected Balance | $2,383,744.60 |
| Current Balance | $2,383,744.60 |
| Closing Ledger | $2,383,744.60 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $969,803.45 |
| Last Deposit Date | 01/31/2023 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---|---|
| 03/17/2023 | ACH Debit PAYMENT QUARTERLY FEE CCD 041036047490818 CRESTLLOYD, LLC INDIVIDUAL ID #0000 | | | $1,746.23 |
| 02/22/2023 | ACH Debit SCP CRESTOP CCD 122287250000389 CRESTOP INDIVIDUAL ID #2274253565 | | | $20,463.00 |
| 01/31/2023 | ACH Credit ACH DEBIT LOCKTON PACIFIC CCD 121100782995191 CRESTLLOYD, LLC INDIVIDUAL ID #74504 | | $969,803.45 | |
| 12/12/2022 | ACH Debit SCP CRESTOP CCD 122287250000299 CRESTOP INDIVIDUAL ID #2274253565 | | | $19,510.50 |
| 12/09/2022 | Domestic Wire Transfer - DL Domestic Wire Transfer-DL LNBYG Operating Account ███████ UNITED STATES FIRST REPUBLIC BAN 20221209MMQFMP9N000104 20221209MMQFMPRN003327 12091137FT01 | | | $321,221.81 |
| 10/24/2022 | ACH Debit PAYMENT QUARTERLY FEE CCD 041036044719445 CRESTLLOYD, LLC INDIVIDUAL ID #0000 | | | $1,047.11 |
| 10/17/2022 | ACH Debit SCP CRESTOP CCD 122287250000454 CRESTOP INDIVIDUAL ID #2274253565 | | | $17,759.50 |
| 10/14/2022 | Domestic Wire Transfer - DL Domestic Wire Transfer-DL Showroom Interiors LLC | | | $65,000.00 |

| | | | |
|---|---|---|---|
| | 122016066 | | |
| | 432960633 | | |
| | UNITED STATES | | |
| | CITY NATIONAL BANK | | |
| | 20221014MMQFMP9N000456 | | |
| | 20221014L2LFCK1C005820 | | |
| | 10141630FT03 | | |
| 10/04/2022 | ACH Debit | | $11,716.00 |
| | SCP CRESTOP | | |
| | CCD 122287250000242 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 08/17/2022 | DDA Regular Deposit | $185.18 | |
| 08/05/2022 | ACH Debit | | $11,778.00 |
| | SCP CRESTOP | | |
| | CCD 122287250000359 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 07/21/2022 | ACH Debit | | $250,000.00 |
| | PAYMENT QUARTERLY FEE | | |
| | CCD 041036041349561 | | |
| | CRESTLLOYD, LLC | | |
| | INDIVIDUAL ID #0000 | | |
| 06/29/2022 | ACH Debit | | $29,951.00 |
| | SCP CRESTOP | | |
| | CCD 122287250000530 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 06/08/2022 | Domestic Wire Transfer - DL | | $292,300.86 |
| | Domestic Wire Transfer-DL | | |
| | Watt Tieder Hoffar & Fitzgeral | | |
| | ██████████ | | |
| | UNITED STATES | | |
| | TRUIST BANK | | |
| | 20220608MMQFMP9N000420 | | |
| | 20220608E3QP023C000487 | | |
| | 06081631FT03 | | |
| 06/08/2022 | Domestic Wire Transfer - DL | | $160,000.00 |
| | Domestic Wire Transfer-DL | | |
| | American Truck and Tool Rental | | |
| | ██████████ | | |
| | UNITED STATES | | |
| | AMERICAN BUSINESS | | |
| | 20220608MMQFMP9N000422 | | |
| | 20220608MMQFMPGL000190 | | |
| | 06081631FT03 | | |
| 06/08/2022 | Domestic Wire Transfer - DL | | $85,560.17 |
| | Domestic Wire Transfer-DL | | |
| | Kennco Plumbing, Inc. | | |
| | ██████████ | | |
| | UNITED STATES | | |
| | MUFG UNION BANK, N | | |
| | 20220608MMQFMP9N000424 | | |
| | 20220608B6B77EBC001238 | | |
| | 06081631FT03 | | |
| 06/08/2022 | Domestic Wire Transfer - DL | | $51,290.00 |
| | Domestic Wire Transfer-DL | | |
| | JMS Air Conditioning and Appli | | |
| | ██████████ | | |
| | UNITED STATES | | |
| | HSBC BANK USA, NA | | |
| | 20220608MMQFMP9N000426 | | |
| | 20220608B1Q8981R003297 | | |
| | 06081631FT03 | | |
| 06/08/2022 | Domestic Wire Transfer - DL | | $40,846.00 |

Domestic Wire Transfer-DL
Parquet by Dian

███████

UNITED STATES
CATHAY BANK
20220608MMQFMP9N000428
20220608L2LFCB1C000580
06081631FT03

| Date | Description | Amount |
|---|---|---|
| 06/08/2022 | ACH Debit<br>PAYMENT QUARTERLY FEE<br>CCD 041036044702151<br>CRESTLLOYD, LLC<br>INDIVIDUAL ID #0000 | $55,230.69 |
| 06/07/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>LNBYG Operating Account<br><br>███████<br><br>UNITED STATES<br>FIRST REPUBLIC BAN<br>20220607MMQFMP9N000221<br>20220607MMQFMPRN003512<br>06071301FT03 | $487,455.47 |
| 05/26/2022 | ACH Debit<br>SCP CRESTOP<br>CCD 122287250000314<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $14,264.00 |
| 05/09/2022 | ACH Debit<br>SCP CRESTOP<br>CCD 122287250000547<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $171,527.38 |
| 05/06/2022 | ACH Debit<br>PAYMENT QUARTERLY FEE<br>CCD 041036049887919<br>CRESTLLOYD, LLC<br>INDIVIDUAL ID #0000 | $150,786.00 |
| 04/29/2022 | ACH Debit<br>LADWP CRESTOP<br>PPD 122287250000543<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $7,973.96 |
| 04/20/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>███████<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220420MMQFMP9N000142<br>20220420B1QGC01R043610<br>04201228FT03 | $7,307.60 |
| 04/20/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>███████<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220420MMQFMP9N000140<br>20220420B1QGC01R043604<br>04201228FT03 | $2,735.82 |
| 04/20/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>███████ | $2,100.00 |

UNITED STATES
JPMORGAN CHASE BAN
20220420MMQFMP9N000138
20220420B1QGC01R043597
04201228FT03

| | | | |
|---|---|---|---|
| 04/20/2022 | Domestic Wire Transfer - DL | | $446.92 |
| | Domestic Wire Transfer-DL | | |
| | Jerry Maba Imports | | |

UNITED STATES
JPMORGAN CHASE BAN
20220420MMQFMP9N000144
20220420B1QGC01R043614
04201228FT03

| | | | |
|---|---|---|---|
| 04/08/2022 | DDA Regular Deposit | $10,000.00 | |
| 04/05/2022 | ACH Debit | | $8,675.06 |
| | LADWP CRESTOP | | |
| | PPD 122287250000079 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 04/05/2022 | ACH Debit | | $1,298.16 |
| | Pool CRESTOP | | |
| | PPD 122287250000108 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 04/05/2022 | ACH Debit | | $480.00 |
| | Pool CRESTOP | | |
| | PPD 122287250000125 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 04/01/2022 | ACH Debit | | $2,000.00 |
| | Cleaning CRESTOP | | |
| | PPD 122287250000049 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 04/01/2022 | chargeback | | $6,000.00 |
| | RETURN IND ID #1274253565 | | |
| 03/31/2022 | Domestic Wire Transfer - DL | | $2,952.62 |
| | Domestic Wire Transfer-DL | | |
| | Crest Real Estate LLC | | |

UNITED STATES
BANK OF AMERICA, N
20220331MMQFMP9N000294
20220331B6B7HU2R015494
03311418FT01

| | | | |
|---|---|---|---|
| 03/30/2022 | ACH Debit | | $2,475.00 |
| | DSI Tech CRESTOP | | |
| | PPD 122287250000348 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 03/30/2022 | ACH Debit | | $480.00 |
| | Pool CRESTOP | | |
| | PPD 122287250000260 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 03/29/2022 | ACH Debit | | $1,290.39 |
| | Pool CRESTOP | | |
| | PPD 122287250000139 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 03/28/2022 | Domestic Wire Transfer - DL | | $100,000.00 |
| | Domestic Wire Transfer-DL | | |
| | Centurion | | |

UNITED STATES

JPMORGAN CHASE BAN
20220328MMQFMP9N000252
20220328B1QGC01R058097
03281359FT01

| 03/22/2022 | ACH Debit | $146,598.50 |
| | SCP CRESTOP | |
| | CCD 122287250000177 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/22/2022 | ACH Debit | $930.00 |
| | Pool CRESTOP | |
| | PPD 122287250000261 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/21/2022 | ACH Debit | $6,369.62 |
| | Elevators CRESTOP | |
| | PPD 122287250000291 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/21/2022 | ACH Debit | $1,832.44 |
| | Trash CRESTOP | |
| | PPD 122287250000015 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/21/2022 | ACH Debit | $1,261.40 |
| | Electric CRESTOP | |
| | CCD 122287250000377 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/21/2022 | ACH Debit | $480.00 |
| | Pool CRESTOP | |
| | PPD 122287250000397 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/21/2022 | ACH Debit | $431.21 |
| | BILL PAY FRONTIER COMMUNI | |
| | CCD 031101119409875 | |
| | CRESTLLOYD LLC | |
| | INDIVIDUAL ID #13202747201 | |
| 03/18/2022 | ACH Debit | $26,094.34 |
| | LADWP CRESTOP | |
| | PPD 122287250000221 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/18/2022 | ACH Debit | $74.99 |
| | SPECTRUM SPECTRUM | |
| | WEB 021000023620188 | |
| | CRESTLLOYD LLC | |
| | 3483584 | |
| 03/17/2022 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000336 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/15/2022 | ACH Debit | $65,000.00 |
| | Vesta CRESTOP | |
| | CCD 122287250000100 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/15/2022 | ACH Debit | $1,348.60 |
| | Pool CRESTOP | |
| | PPD 122287250000129 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 03/14/2022 | ACH Debit | $1,103.81 |
| | Electric CRESTOP | |
| | CCD 122287250000267 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |

| Date | Description | Amount |
|---|---|---|
| 03/14/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000263<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $480.00 |
| 03/11/2022 | ACH Debit<br>Vesta CRESTOP<br>CCD 122287250000555<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $84,862.50 |
| 03/10/2022 | ACH Debit<br>Cleaning CRESTOP<br>PPD 122287250000003<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $2,000.00 |
| 03/08/2022 | ACH Debit<br>Elevators CRESTOP<br>PPD 122287250000028<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $3,914.20 |
| 03/08/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000020<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $930.00 |
| 03/07/2022 | ACH Debit<br>Landscape CRESTOP<br>CCD 122287250000392<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $6,570.00 |
| 03/07/2022 | ACH Debit<br>Cleaning CRESTOP<br>PPD 122287250000457<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $4,000.00 |
| 03/07/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000520<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $480.00 |
| 03/02/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000097<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $480.00 |
| 03/01/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000107<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $920.00 |
| 02/28/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Hankey Capital, LLC<br><br>UNITED STATES<br>COMERICA BANK<br>20220228MMQFMP9N000349<br>20220228G1QG990C001789<br>02281249FT01 | $148,051.08 |
| 02/25/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220225MMQFMP9N000089 | $3,150.00 |

| | | |
|---|---|---|
| | 20220225B1QGC01R042458 | |
| | 02251108FT01 | |
| 02/25/2022 | Domestic Wire Transfer - DL | $2,800.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | ██████████ | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220225MMQFMP9N000087 | |
| | 20220225B1QGC01R042454 | |
| | 02251108FT01 | |
| 02/25/2022 | ACH Debit | $0.31 |
| | PAYMENT QUARTERLY FEE | |
| | CCD 041036048854370 | |
| | CRESTLLOYD, LLC | |
| | INDIVIDUAL ID #0000 | |
| 02/24/2022 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000255 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/23/2022 | ACH Debit | $690.00 |
| | Pool CRESTOP | |
| | PPD 122287250000160 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/22/2022 | Domestic Wire Transfer - DL | $72,430.00 |
| | Domestic Wire Transfer-DL | |
| | Draken Security | |
| | ██████████ | |
| | UNITED STATES | |
| | US BANK, NA | |
| | 20220222MMQFMP9N000255 | |
| | 20220222L3LF151C003011 | |
| | 02221151FT01 | |
| 02/22/2022 | ACH Debit | $11,656.50 |
| | Flowers CRESTOP | |
| | CCD 122287250000486 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/22/2022 | ACH Debit | $6,589.50 |
| | Flowers CRESTOP | |
| | CCD 122287250000450 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/22/2022 | ACH Debit | $4,885.00 |
| | Maba CRESTOP | |
| | CCD 122287250000597 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/22/2022 | ACH Debit | $3,400.00 |
| | Maba CRESTOP | |
| | CCD 122287250000603 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/22/2022 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000502 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/22/2022 | ACH Debit | $480.00 |
| | Pool CRESTOP | |
| | PPD 122287250000430 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/22/2022 | ACH Debit | $431.21 |
| | BILL PAY FRONTIER COMMUNI | |

| | | |
|---|---|---:|
| | CCD 031101118986664 | |
| | CRESTLLOYD LLC | |
| | INDIVIDUAL ID #10519100611 | |
| 02/22/2022 | ACH Debit | $74.99 |
| | SPECTRUM SPECTRUM | |
| | WEB 021000021049095 | |
| | CRESTLLOYD LLC | |
| | 5572918 | |
| | INDIVIDUAL ID #5572918 | |
| 02/18/2022 | ACH Debit | $9,950.00 |
| | Maba CRESTOP | |
| | CCD 122287250000321 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/17/2022 | ACH Debit | $4,709.20 |
| | Selby CRESTOP | |
| | CCD 122287250000231 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/17/2022 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000222 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/16/2022 | ACH Debit | $62,962.50 |
| | Vesta CRESTOP | |
| | CCD 122287250000292 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/16/2022 | ACH Debit | $480.00 |
| | Pool CRESTOP | |
| | PPD 122287250000321 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/15/2022 | ACH Debit | $1,381.98 |
| | Pool CRESTOP | |
| | PPD 122287250000129 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/14/2022 | ACH Debit | $199,071.31 |
| | SCP CRESTOP | |
| | CCD 122287250000407 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/14/2022 | ACH Debit | $5,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000258 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/14/2022 | ACH Debit | $1,269.68 |
| | Flowers CRESTOP | |
| | CCD 122287250000073 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/11/2022 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000376 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/09/2022 | Domestic Wire Transfer - DL | $75,445.15 |
| | Domestic Wire Transfer-DL | |
| | Lanes Management Services | |
| | | |
| | ███████ | |
| | UNITED STATES | |
| | WELLS FARGO BANK, | |
| | 20220209MMQFMP9N000525 | |
| | 20220209I1B7032R021823 | |
| | 02091713FT01 | |

| | | |
|---|---|---:|
| 02/09/2022 | Domestic Wire Transfer - DL | $59,704.44 |
| | Domestic Wire Transfer-DL | |
| | BG LAW LLP | |
| | ███████████ | |
| | UNITED STATES | |
| | PACIFIC PREMIER BA | |
| | 20220209MMQFMP9N000538 | |
| | 20220209MMQFMPLK000473 | |
| | 02091726FT01 | |
| 02/09/2022 | Domestic Wire Transfer - DL | $10,000.00 |
| | Domestic Wire Transfer-DL | |
| | Crest Real Estate LLC | |
| | ███████████ | |
| | UNITED STATES | |
| | BANK OF AMERICA, N | |
| | 20220209MMQFMP9N000308 | |
| | 20220209B6B7HU3R011067 | |
| | 02091453FT01 | |
| 02/08/2022 | Domestic Wire Transfer - DL | $88,211.33 |
| | Domestic Wire Transfer-DL | |
| | Hankey Capital, LLC | |
| | ███████████ | |
| | COMERICA BANK | |
| | 20220208MMQFMP9N000301 | |
| | 20220208G1QG990C001329 | |
| | 02081402FT01 | |
| 02/08/2022 | ACH Debit | $23,356.93 |
| | AV CRESTOP | |
| | CCD 122287250000272 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/08/2022 | ACH Debit | $7,770.00 |
| | Windows CRESTOP | |
| | PPD 122287250000278 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/08/2022 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000067 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/07/2022 | ACH Debit | $2,208.55 |
| | Selby CRESTOP | |
| | CCD 122287250000283 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/07/2022 | ACH Debit | $930.00 |
| | Pool CRESTOP | |
| | PPD 122287250000226 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/07/2022 | ACH Debit | $480.00 |
| | Pool CRESTOP | |
| | PPD 122287250000242 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/04/2022 | ACH Debit | $20,134.97 |
| | Flowers CRESTOP | |
| | CCD 122287250000006 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/04/2022 | ACH Debit | $9,950.00 |
| | 770 CRESTOP | |
| | CCD 122287250000003 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |

| Date | Description | Amount |
|---|---|---|
| 02/03/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220203MMQFMP9N000039<br>20220203B1QGC01R027097<br>02030950FT01 | $37,800.00 |
| 02/03/2022 | ACH Debit<br>Landscape CRESTOP<br>CCD 122287250000208<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $6,631.00 |
| 02/03/2022 | ACH Debit<br>Cleaning CRESTOP<br>PPD 122287250000002<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $2,000.00 |
| 02/02/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220202MMQFMP9N000047<br>20220202B1QGC01R024652<br>02021005FT01 | $37,600.00 |
| 02/02/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220202MMQFMP9N000045<br>20220202B1QGC01R024649<br>02021005FT01 | $9,960.00 |
| 02/02/2022 | ACH Debit<br>SCP CRESTOP<br>CCD 122287250000472<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $142,832.37 |
| 02/01/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220201MMQFMP9N000282<br>20220201B1QGC01R058559<br>02011315FT01 | $60,792.00 |
| 02/01/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220201MMQFMP9N000439<br>20220201B1QGC01R077391<br>02011515FT01 | $18,900.00 |
| 02/01/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Jerry Maba Imports | $12,800.00 |

UNITED STATES
JPMORGAN CHASE BAN
20220201MMQFMP9N000280
20220201B1QGC01R058554
02011315FT01

| 02/01/2022 | Domestic Wire Transfer - DL | $6,450.00 |
| | Domestic Wire Transfer-DL | |
| | Synthetic Dream Lawns | |

UNITED STATES
JPMORGAN CHASE BAN
20220201MMQFMP9N000274
20220201B1QGC01R058544
02011315FT01

| 02/01/2022 | Domestic Wire Transfer - DL | $1,050.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |

UNITED STATES
JPMORGAN CHASE BAN
20220201MMQFMP9N000276
20220201B1QGC01R058545
02011315FT01

| 02/01/2022 | Domestic Wire Transfer - DL | $624.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |

UNITED STATES
JPMORGAN CHASE BAN
20220201MMQFMP9N000278
20220201B1QGC01R058551
02011315FT01

| 02/01/2022 | ACH Debit | $11,395.49 |
| | LADWP CRESTOP | |
| | PPD 122287250000237 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/01/2022 | ACH Debit | $6,528.00 |
| | Flowers CRESTOP | |
| | CCD 122287250000330 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/01/2022 | ACH Debit | $3,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000500 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/01/2022 | ACH Debit | $930.00 |
| | Pool CRESTOP | |
| | PPD 122287250000245 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 02/01/2022 | ACH Debit | $177.32 |
| | Staglik CRESTOP | |
| | PPD 122287250000378 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/31/2022 | ACH Debit | $1,024.00 |
| | Vertex CRESTOP | |
| | CCD 122287250000262 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/31/2022 | ACH Debit | $480.00 |
| | Pool CRESTOP | |
| | PPD 122287250000232 | |

| | | | |
|---|---|---|---|
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 01/31/2022 | Credit Back Item | $6,450.00 | |
| | RETURN IND ID #Turf | | |
| 01/28/2022 | ACH Debit | | $9,844.74 |
| | Landscape CRESTOP | | |
| | CCD 122287250000271 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 01/28/2022 | ACH Debit | | $7,762.50 |
| | Windows CRESTOP | | |
| | PPD 122287250000033 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 01/28/2022 | ACH Debit | | $5,000.00 |
| | CRE CRESTOP | | |
| | CCD 122287250000275 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 01/28/2022 | ACH Debit | | $3,500.00 |
| | Cleaning CRESTOP | | |
| | PPD 122287250000255 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 01/27/2022 | ACH Debit | | $6,450.00 |
| | Turf CRESTOP | | |
| | CCD 122287250000252 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 01/27/2022 | ACH Debit | | $300.00 |
| | Cleaning CRESTOP | | |
| | PPD 122287250000196 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 01/26/2022 | Domestic Wire Transfer - DL | | $63,840.00 |
| | Domestic Wire Transfer-DL | | |
| | Draken Security | | |
| | UNITED STATES | | |
| | US BANK, NA | | |
| | 20220126MMQFMP9N000124 | | |
| | 20220126L3LF151C002054 | | |
| | 01261214FT01 | | |
| 01/26/2022 | Domestic Wire Transfer - DL | | $30,136.00 |
| | Domestic Wire Transfer-DL | | |
| | Jerry Maba Imports | | |
| | UNITED STATES | | |
| | JPMORGAN CHASE BAN | | |
| | 20220126MMQFMP9N000129 | | |
| | 20220126B1QGC01R040678 | | |
| | 01261214FT01 | | |
| 01/26/2022 | Domestic Wire Transfer - DL | | $27,420.00 |
| | Domestic Wire Transfer-DL | | |
| | Jerry Maba Imports | | |
| | UNITED STATES | | |
| | JPMORGAN CHASE BAN | | |
| | 20220126MMQFMP9N000133 | | |
| | 20220126B1QGC01R040685 | | |
| | 01261214FT01 | | |
| 01/26/2022 | Domestic Wire Transfer - DL | | $20,960.00 |
| | Domestic Wire Transfer-DL | | |
| | Jerry Maba Imports | | |

UNITED STATES
JPMORGAN CHASE BAN
20220126MMQFMP9N000131
20220126B1QGC01R040683
01261214FT01

| 01/26/2022 | Domestic Wire Transfer - DL | $11,364.00 |

Domestic Wire Transfer-DL
Jerry Maba Imports

UNITED STATES
JPMORGAN CHASE BAN
20220126MMQFMP9N000127
20220126B1QGC01R040676
01261214FT01

| 01/26/2022 | Domestic Wire Transfer - DL | $9,828.00 |

Domestic Wire Transfer-DL
Taylor Rae

UNITED STATES
CITY NATIONAL BANK
20220126MMQFMP9N000635
20220126L2LFCK1C005564
01261753FT01

| 01/26/2022 | ACH Debit | $3,589.69 |

PAYMENT QUARTERLY FEE
CCD 041036044211103
CRESTLLOYD, LLC
INDIVIDUAL ID #0000

| 01/26/2022 | ACH Debit | $980.00 |

Handyman CRESTOP
PPD 122287250000134
CRESTOP
INDIVIDUAL ID #2274253565

| 01/26/2022 | ACH Debit | $429.64 |

BILL PAY FRONTIER COMMUNI
CCD 031101114046188
CRESTLLOYD LLC
INDIVIDUAL ID #10463815121

| 01/26/2022 | ACH Debit | $79.74 |

SPECTRUM SPECTRUM
WEB 021000026270439
CRESTLLOYD LLC
9314378
INDIVIDUAL ID #9314378

| 01/25/2022 | ACH Debit | $6,039.65 |

Electric CRESTOP
CCD 122287250000126
CRESTOP
INDIVIDUAL ID #2274253565

| 01/25/2022 | ACH Debit | $2,000.00 |

Cleaning CRESTOP
PPD 122287250000190
CRESTOP
INDIVIDUAL ID #2274253565

| 01/24/2022 | ACH Debit | $1,180.00 |

Pool Guys CRESTOP
PPD 122287250000265
CRESTOP
INDIVIDUAL ID #2274253565

| 01/24/2022 | ACH Debit | $450.00 |

Landscape CRESTOP
CCD 122287250000095
CRESTOP
INDIVIDUAL ID #2274253565

| 01/21/2022 | ACH Debit | $24,071.46 |

GP CRESTOP
CCD 122287250000186

| | | |
|---|---|---|
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/21/2022 | ACH Debit | $392.63 |
| | Pool CRESTOP | |
| | PPD 122287250000189 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/20/2022 | ACH Debit | $43,375.43 |
| | Landscape CRESTOP | |
| | CCD 122287250000520 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/19/2022 | ACH Debit | $8,725.24 |
| | Brunswick CRESTOP | |
| | PPD 122287250000192 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/19/2022 | ACH Debit | $2,595.20 |
| | Selby CRESTOP | |
| | CCD 122287250000151 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/18/2022 | ACH Debit | $1,520.00 |
| | Pool Guys CRESTOP | |
| | PPD 122287250000188 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/14/2022 | Domestic Wire Transfer - DL | $44,400.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220114MMQFMP9N000031 | |
| | 20220114B1QGC01R035237 | |
| | 01141038FT01 | |
| 01/14/2022 | Domestic Wire Transfer - DL | $43,680.00 |
| | Domestic Wire Transfer-DL | |
| | Jerry Maba Imports | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220114MMQFMP9N000027 | |
| | 20220114B1QGC01R035230 | |
| | 01141038FT01 | |
| 01/14/2022 | Domestic Wire Transfer - DL | $12,616.50 |
| | Domestic Wire Transfer-DL | |
| | Miles Staglik | |
| | UNITED STATES | |
| | JPMORGAN CHASE BAN | |
| | 20220114MMQFMP9N000029 | |
| | 20220114B1QGC01R035232 | |
| | 01141038FT01 | |
| 01/14/2022 | ACH Debit | $952.65 |
| | Electric CRESTOP | |
| | CCD 122287250000069 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/13/2022 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000052 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/12/2022 | Domestic Wire Transfer - DL | $84,211.65 |
| | Domestic Wire Transfer-DL | |

Jerry Maba Imports

UNITED STATES
JPMORGAN CHASE BAN
20220112MMQFMP9N000255
20220112B1QGC01R056688
01121407FT01

| 01/12/2022 | Domestic Wire Transfer - DL | $10,000.00 |
| | Domestic Wire Transfer-DL | |
| | Centurion | |

UNITED STATES
JPMORGAN CHASE BAN
20220112MMQFMP9N000156
20220112B1QGC01R039681
01121203FT01

| 01/11/2022 | Domestic Wire Transfer - DL | $63,697.90 |
| | Domestic Wire Transfer-DL | |
| | Taylor Rae / Thirty One Petal | |

UNITED STATES
CITY NATIONAL BANK
20220111MMQFMP9N000303
20220111L2LFCK1C002515
01111238FT01

| 01/11/2022 | ACH Debit | $30,041.74 |
| | Stone CRESTOP | |
| | CCD 122287250000007 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 01/10/2022 | Domestic Wire Transfer - DL | $4,170,511.38 |
| | Domestic Wire Transfer-DL | |
| | Lockton Insurance | |

UNITED STATES
BANK OF THE WEST (
20220110MMQFMP9N000011
20220110L2B7721C000406
01100800FT01

| 01/10/2022 | Domestic Wire Transfer - DL | $63,697.90 |
| | Domestic Wire Transfer-DL | |
| | Thirty One Petal | |

UNITED STATES
CITY NATIONAL BANK
20220110MMQFMP9N000251
20220110L2LFCK1C003394
01101411FT01

| 01/10/2022 | Domestic Wire Transfer - DL | $20,160.00 |
| | Domestic Wire Transfer-DL | |
| | Draken Security | |

UNITED STATES
US BANK, NA
20220110MMQFMP9N000351
20220110L3LF151C003970
01101510FT01

| 01/10/2022 | Domestic Wire Transfer - DL | $15,000.00 |
| | Domestic Wire Transfer-DL | |
| | 770 Water Damage & Restoration | |



UNITED STATES

BANK OF AMERICA, N
20220110MMQFMP9N000349
20220110B6B7HU2R011945
01101510FT01

| Date | Description | Credit | Debit |
|------|-------------|--------|-------|
| 01/10/2022 | ACH Debit<br>Stone CRESTOP<br>CCD 122287250000004<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $3,277.87 |
| 01/10/2022 | ACH Debit<br>Pool Guys CRESTOP<br>PPD 122287250000208<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $1,400.00 |
| 01/10/2022 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000002<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $580.00 |
| 01/10/2022 | Wire Transfer Credit<br>Wire Transfer Credit<br>CRESTLLOYD, LLC<br>355 S GRAND AVE SUITE 1450<br>LOS ANGELES CA 90071-0000<br>FEDERAL RESERVE BANK ACCT<br>FUNDS TRANSFER DEPT<br>HOLD DEPT #057<br>20220110L2LFCK1C003131<br>20220110MMQFMP9N000286<br>01101422FT01 | $63,697.90 | |
| 01/07/2022 | ACH Debit<br>2139742111 County of Los An<br>WEB 242071756431440<br>Crestlloyd, LLC<br>3821346485<br>INDIVIDUAL ID #3821346485 | | $701,465.73 |
| 01/06/2022 | ACH Debit<br>Cleaning CRESTOP<br>PPD 122287250000519<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | $2,000.00 |
| 01/05/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Good Panda Landscape & Design,<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220105MMQFMP9N000264<br>20220105B1QGC01R051456<br>01051337FT01 | | $69,738.15 |
| 01/05/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Miles Staglik<br><br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20220105MMQFMP9N000266<br>20220105B1QGC01R051459<br>01051337FT01 | | $6,157.76 |
| 01/04/2022 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Showroom Interiors, LLC<br><br>UNITED STATES<br>CITY NATIONAL BANK<br>20220104MMQFMP9N000641 | | $65,000.00 |

| | | |
|---|---|---|
| | 20220104L2LFCK1C004735 | |
| | 01041644FT01 | |
| 01/04/2022 | Domestic Wire Transfer - DL | $62,962.50 |
| | Domestic Wire Transfer-DL | |
| | Showroom Interiors, LLC | |
| | UNITED STATES | |
| | CITY NATIONAL BANK | |
| | 20220104MMQFMP9N000567 | |
| | 20220104L2LFCK1C004202 | |
| | 01041547FT01 | |
| 12/31/2021 | ACH Debit | $6,000.00 |
| | Landscape CRESTOP | |
| | CCD 122287250000333 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 12/31/2021 | ACH Debit | $640.00 |
| | Pool CRESTOP | |
| | PPD 122287250000079 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 12/31/2021 | ACH Debit | $340.00 |
| | Pool CRESTOP | |
| | PPD 122287250000017 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 12/30/2021 | ACH Debit | $23,288.44 |
| | Constr. CRESTOP | |
| | CCD 122287250000129 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 12/30/2021 | ACH Debit | $5,000.00 |
| | CRE CRESTOP | |
| | CCD 122287250000124 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 12/30/2021 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000158 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 12/28/2021 | ACH Debit | $6,570.00 |
| | Table CRESTOP | |
| | CCD 122287250000162 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 12/27/2021 | ACH Debit | $6,540.54 |
| | Water CRESTOP | |
| | PPD 122287250000236 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 12/27/2021 | ACH Debit | $2,000.00 |
| | Cleaning CRESTOP | |
| | PPD 122287250000239 | |
| | CRESTOP | |
| | INDIVIDUAL ID #2274253565 | |
| 12/27/2021 | ACH Debit | $878.90 |
| | BILL PAY FRONTIER COMMUNI | |
| | CCD 031101116667491 | |
| | CRESTLLOYD LLC | |
| | INDIVIDUAL ID #10394791691 | |
| 12/24/2021 | Domestic Wire Transfer - DL | $40,400.00 |
| | Domestic Wire Transfer-DL | |
| | Draken Security | |



UNITED STATES
US BANK, NA

| | | | |
|---|---|---|---|
| | 20211224MMQFMP9N000102 | | |
| | 20211224L3LF151C001499 | | |
| | 12241306FT01 | | |
| 12/24/2021 | ACH Debit | | $150,000.00 |
| | Vesta CRESTOP | | |
| | CCD 122287250000345 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 12/24/2021 | ACH Debit | | $1,510.00 |
| | Pool CRESTOP | | |
| | PPD 122287250000424 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 12/24/2021 | ACH Debit | | $640.00 |
| | Pool CRESTOP | | |
| | PPD 122287250000322 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 12/24/2021 | ACH Debit | | $289.89 |
| | Electric CRESTOP | | |
| | CCD 122287250000403 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 12/24/2021 | ACH Debit | | $149.98 |
| | SPECTRUM SPECTRUM | | |
| | WEB 021000027483805 | | |
| | CRESTLLOYD LLC | | |
| | 0595406 | | |
| 12/22/2021 | Wire Transfer Credit | $150,000.00 | |
| | Wire Transfer Credit | | |
| | SHOWROOM INTERIORS LLC | | |
| | DBA VESTA HOME | | |
| | 8905 REX RD | | |
| | PICO RIVERA CA 90660 | | |
| | CASE # 2:21-BK-18205-DS | | |
| | CRESTLLOYD, LLC DEBTOR IN POSS | | |
| | 20211222L2LFCK1C005422 | | |
| | 20211222MMQFMP9N000284 | | |
| | 12221520FT01 | | |
| 12/21/2021 | ACH Debit | | $1,500.00 |
| | Cleaning CRESTOP | | |
| | PPD 122287250000088 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |
| 12/20/2021 | Domestic Wire Transfer - DL | | $195,000.00 |
| | Domestic Wire Transfer-DL | | |
| | Showroom Interiors LLC | | |
| | UNITED STATES | | |
| | CITY NATIONAL BANK | | |
| | 20211220MMQFMP9N000354 | | |
| | 20211220L2LFCK1C004883 | | |
| | 12201440FT01 | | |
| 12/20/2021 | Domestic Wire Transfer - DL | | $150,724.19 |
| | Domestic Wire Transfer-DL | | |
| | Showroom Interiors LLC | | |
| | UNITED STATES | | |
| | CITY NATIONAL BANK | | |
| | 20211220MMQFMP9N000333 | | |
| | 20211220L2LFCK1C004724 | | |
| | 12201427FT01 | | |
| 12/20/2021 | ACH Debit | | $2,500.00 |
| | Cleaning CRESTOP | | |
| | PPD 122287250000119 | | |
| | CRESTOP | | |
| | INDIVIDUAL ID #2274253565 | | |

| | | |
|---|---|---|
| 12/20/2021 | ACH Debit<br>Selby EL CRESTOP<br>CCD 122287250000363<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $1,300.00 |
| 12/20/2021 | Wire Transfer Credit<br>Wire Transfer Credit<br>944 AIROLE WAY<br>655 DEEP VALLEY DR STE 125P<br>ROLLING HILLS ESTATES<br>CA 90274<br>CASE 221 BK 18205 DS<br>20211220I1B7033R009850<br>20211220MMQFMP9N000160<br>12201148FT01 | $16,914.50 | |
| 12/17/2021 | ACH Debit<br>A/V CRESTOP<br>CCD 122287250000108<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $30,000.00 |
| 12/16/2021 | ACH Debit<br>Centurion CRESTOP<br>CCD 122287250000002<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $27,415.02 |
| 12/16/2021 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000006<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $2,840.00 |
| 12/16/2021 | ACH Debit<br>Pool CRESTOP<br>PPD 122287250000049<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | $1,280.00 |
| 12/15/2021 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>SierraConstellation Partners<br>■■■■■■<br>UNITED STATES<br>SILICON VALLEY BAN<br>20211215MMQFMP9N000460<br>20211215MMQFMPK8000451<br>12151510FT01 | $168,730.35 |
| 12/15/2021 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Modelo Corp.<br>■■■■■■<br>UNITED STATES<br>JPMORGAN CHASE BAN<br>20211215MMQFMP9N000612<br>20211215B1QGC01R101488<br>12151638FT01 | $31,622.22 |
| 12/15/2021 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Draken Security<br>■■■■■■<br>UNITED STATES<br>US BANK, NA<br>20211215MMQFMP9N000490<br>20211215L3LF151C004997<br>12151525FT01 | $27,600.00 |
| 12/15/2021 | Domestic Wire Transfer - DL<br>Domestic Wire Transfer-DL<br>Miles Staglik<br>■■■■■■ | $8,845.59 |

UNITED STATES
JPMORGAN CHASE BAN
20211215MMQFMP9N000513
20211215B1QGC01R090657
12151543FT01

| 12/13/2021 | Wire Transfer Credit | $11,761,733.17 |

Wire Transfer Credit
HANKEY CAPITAL LLC
4751 WILSHIRE BLVD NO 110
LOS ANGELES CA 90010
COMERICA BANK
MAIN STREET
FLOOR 2
DALLAS,TX,US
DEBTOR IN POSSESSION CASE # 2:
-18205-DS, OPERATIONS
20211213G1QG990C002292
20211213MMQFMP9N000438
12131757FT01

| 12/03/2021 | Account Service Fee | $15.00 |

Wire Transfer Fee-Outgoing
(Business Domestic)

| 12/03/2021 | Wire Transfer Debit | $10,000.00 |

Wire Transfer Debit
DRAKEN PRIVATE SECURITY

7625 HAYVENHURST AVE #14
VAN NUYS CA 91406
BK COMRCE SD
SAN DIEGO CA
20211203MMQFMP9N000537
20211203L3LF151C005466
12031635FT03

| 12/01/2021 | Wire Transfer Credit | $48,425.84 |

Wire Transfer Credit
944 AIROLE WAY
655 DEEP VALLEY DR STE 125P
ROLLING HILLS ESTATES, CA 9027
CASE NO 2-21-BK-18205-DS OPERA
20211201I1B7031R022537
20211201MMQFMP9N000464
12011612FT03

Report Generated on: 04/19/23 07:22:37 AM



```
                                              Statement Period
                                         From March    01, 2023
                                         To   March    31, 2023
                                         Page    1 of    2

                                         PRIVATE CLIENT GROUP 161
                                         565 FIFTH AVENUE
                                         NEW YORK, NY 10017


        CRESTLLOYD LLC                         8-161
        CASE#2:21-BK-18205
        355 S GRAND AVENUE SUITE 1450
        LOS ANGELES CA  90071          999
                                                   See Back for Important Information


                                        Primary Account: ▮▮▮▮▮▮▮         0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▮▮▮▮▮▮ | BANKRUPTCY IMMA | 37,881,735.54 | .00 |
| | RELATIONSHIP    TOTAL | | .00 |



```
                                                     Statement Period
                                                     From March    01, 2023
                                                     To   March    31, 2023
                                                     Page    2 of     2

                                                     PRIVATE CLIENT GROUP 161
                                                     565 FIFTH AVENUE
                                                     NEW YORK, NY 10017


                CRESTLLOYD LLC                      8-161
                CASE#2:21-BK-18205
                355 S GRAND AVENUE SUITE 1450
                LOS ANGELES CA  90071        999

                                                         See Back for Important Information


                                            Primary Account: ███████████         0
```

BANKRUPTCY IMMA              ███████████

Interest Paid Previous Year                                          308,443.71

Summary

Previous Balance as of March    01, 2023                          37,881,735.54
        1 Credits                                                     49,016.50
        1 Debits                                                  37,930,752.04
Ending Balance as of    March    31, 2023                                   .00


Deposits and Other Credits
Mar 17  Interest Paid                                                 49,016.50

Withdrawals and Other Debits
Mar 21  OUTGOING WIRE XFER                                        37,930,752.04
        REF#  20230321B6B7261F004913
        BANK: EAST WEST BANK              ACCT# ███████████

Daily Balances
Feb 28      37,881,735.54              Mar 21            .00
Mar 17      37,930,752.04


*==================================== Interest Summary ========================================*
* Year-To-Date Interest         220,179.59                                                    *
* Interest Paid This Period       49,016.50   Annual Percentage Yield Earned     2.81 %       *
* Avg. Balance this Period     23,001,375.73   Days in Period                       31        *
*=============================================================================================*

**EASTWESTBANK** / 50

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page  1  of  1
STARTING DATE: March 16, 2023
ENDING DATE: March 31, 2023
Total days in statement period: 16
53-01220001
( 0 )

CRESTLLOYD, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #21-18205
355 S GRAND AVE SUITE 1450
LOS ANGELES CA 90071-3152

Receive money with Direct Deposits.
Payments are automatically sent to your
bank account so you can save yourself a
trip to the bank. Talk to your payer to see
if you qualify or call 888.895.5650 for
more details.

## Trustee-Vendor Money Market

| | | | | |
|---|---|---|---|---|
| Account number | 53-01220001 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 2 ) | 37,968,474.97 |
| Average balance | $26,077,392.03 | Total subtractions | ( 0 ) | 0.00 |
| Interest paid year to date | $37,722.93 | Ending balance | | $37,968,474.97 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 03-21 | Wire Trans-IN           CRESTLLOYD LLC | 37,930,752.04 |
| | 03-31 | Interest Credit | 37,722.93 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-21 | 37,930,752.04 | 03-31 | 37,968,474.97 | | |

### INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 3.35% | Interest-bearing days | 16 |
| Average balance for APY | $26,077,392.03 | Interest earned | $37,722.93 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement………………........... $_____

**Add** Deposits not shown
on this Statement                    $_____
                                     _____
                                     _____
               **Sub Total**………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks………………………….… $_____

**Balance**…….….........................** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

               **Sub Total** ………… $_____

**Add** Monthly Interest
Earned ……………………………. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____
                                     _____
                                     _____
                                     _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
                                     _____
                                     _____
                                     _____

**Balance**……...................................  $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
   1.   Tell us your name and account number.
   2.   Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
   3.   Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

**P&L**

| | Month of March 3/31/23 |
|---|---|
| **Total Revenue** | $0 |
| **Operating Expenses:** | |
| Insurance | - |
| Property Taxes | - |
| Security, Cleaning, and General Carry | - |
| Utilities | - |
| Furnishings | - |
| Repairs & Maintenance | - |
| Contingency / Other | - |
| Total Operating Expenses | - |
| | |
| **Selling Expenses:** | |
| Commission | - |
| Other Closing Costs | - |
| Total Selling Expenses | - |
| | |
| **Restructuring & Professional Expenses:** | |
| Professional and UST Fees | 1,746 |
| Total Restructuring & Professional Expenses | 1,746 |
| | |
| **Interest and Fees:** | |
| Interest Income | (86,739) |
| Interest & Fees (DIP) | - |
| Interest & Fees (Existing debt) | - |
| Total Interest and Fees | (86,739) |
| | |
| **Taxes:** | |
| Total Taxes (through April 2022) | - |
| | |
| Total Expenses | (84,993) |
| | |
| **Net Income** | $        84,993.20 |

**Balance Sheet**

|  | Month of March 3/31/23 |
|---|---|
| **Assets** | |
| Current Assets | |
| Cash and Cash Equivalents | 40,352,220 |
| Accounts Receivable | - |
| Prepaid Expenses | - |
| Inventory | - |
| Total Current Assets | 40,352,220 |
| | |
| Goodwill | - |
| Property | - |
| **Total Assets** | $    40,352,220 |
| | |
| **Liabilities** | |
| Current Liabilities | |
| Accounts Payable | - |
| Accrued Expenses | - |
| Total Current Liabilities | - |
| | |
| Long-Term Debt | 172,522,908 |
| **Total Liabilities** | 172,522,908 |
| | |
| **Shareholder's Equity** | $    (132,170,688) |
| | |
| **Total Liabilities and Equity** | $    40,352,220 |

**Cash Flow**

|  | Month of March 3/31/23 |
|---|---|
| **Cash & Cash Equivalents beginning of Period** | $ **40,267,226** |
| | |
| Cash Flow From Operating Activities | |
| Net Income | 84,993 |
| Net Cash Used in Operating Activities | 84,993 |
| | |
| Cash Flow from Investing Activities | |
| Construction / Capital Expenditures | - |
| Net Acquisitions and Sales | - |
| Net Cash Used in Investing Activities | - |
| | |
| Cash Flow from Financing Activities | |
| Debt Issuances / Repayments | - |
| Net Cash Provided by Financing Activities | - |
| | |
| Change in Cash & Cash Equivalents | 84,993 |
| **Ending Cash** | $ **40,352,220** |