May 26, 2023

Judge Deborah J. Saltzman, Presiding, Suite 1634
United States Bankruptcy Court
Central District of California
255 E Temple Street
Edward R. Roybal Building
Los Angeles, California



RE: Crestlloyd.  Case Number 21-bk-18205, In Rem.  Equity.

Greetings to the Judge and to the Clerk of Court:

Please take notice that Edward Roark Schwagerl, Interested Party, hereby enters an appearance in the above-captioned matter which expires at the conclusion of his business with the court.

Please direct all future communications and correspondences regarding this matter to the undersigned at:

Edward Roark Schwagerl, Interested Party
Attorney In Fact
In Care of: #120353,  RR C770 — 78, Saint Paul, Minnesota, zip exempt.

Respectfully submitted,

Edward Roark Schwagerl, Interested Party
Edward Roark Schwagerl (62cv173317)
Authorized Representative for Edward R. Schwagerl.
Attorney In Fact
In Care of: #120353,  RR C770 — 78, Saint Paul, Minnesota, zip exempt.
Tel. +1 (612) 424-9660
Email:  private9660@docs.simplywise.com

May 26, 2023

Judge Deborah J. Saltzman, Presiding, Suite 1634
United States Bankruptcy Court
Central District of California
255 E Temple Street
Edward R. Roybal Building
Los Angeles, California


RE: Crestlloyd.  Case Number 21-bk-18205, In Rem.  Equity.


Greetings to the Judge and to the Clerk of Court:


PLEASE TAKE NOTICE that on June 22, 2023, at 11:00 a.m., or as soon thereafter as interested party may be heard at the pleasure of the court, Edward Roark Schwagerl, "Interested Party," will move before this court for a special ex parte hearing and a motion for special ex parte in camera evidentiary hearing in support of his motion for confirmation of sale DOC 133 March 28, 2022 herein included by reference. The hearing will be conducted in camera, suite 1634, at the courthouse on 255 E Temple Street, Edward R. Roybal Building, Los Angeles, California or in such other manner as determined by the court.

The ex parte hearing is sought because an immediate order is required to preserve the subject property and protect the interests of the parties.

The moving party's motion for special ex parte in camera evidentiary hearing in support of Motion for Confirmation of Sale is based upon the grounds of pending business before the court or record and confidential personal evidence lodged in camera pending said hearing.

WHEREFORE, the moving party respectfully requests that this Court grant its Motion for Special Ex Parte Hearing and Motion for Special Ex Parte In Camera Evidentiary Hearing in Support of Motion for Confirmation of Sale, and for such further and other relief as the Court deems just and proper.

Respectfully submitted,

Edward Roark Schwagerl, Interested Party
Edward Roark Schwagerl (62cv173317)
Authorized Representative for Edward R. Schwagerl.
Attorney In Fact
In Care of: #120353,  RR C770 – 78, Saint Paul, Minnesota, zip exempt.
Tel. +1 (612) 424-9660
Email:  private9660@docs.simplywise.com