# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CENTRAL CALIFORNIA

Case No.: 2:21-bk-18205

In re : CRESTLLOYD, LLC, debtor

Please take notice that Edward Roark Schwagerl, Interested Party, hereby enters an appearance in the above-captioned matter which expires at the conclusion of his business with the court.

Please direct all future communications and correspondences regarding this matter to the undersigned at:

Edward Roark Schwagerl, Interested Party
Attorney In Fact
In Care of: #120353, RR C770 – 78, Saint Paul, Minnesota, zip exempt.

Respectfully submitted,

*[signature]* ©

Edward Roark Schwagerl, Interested Party
Edward Roark Schwagerl (62cv173317)
Authorized Representative for Edward R. Schwagerl.
Attorney In Fact
In Care of: #120353, RR C770 – 78, Saint Paul, Minnesota, zip exempt.
Tel. +1 (612) 424-9660
Email: private9660@docs.simplywise.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CENTRAL CALIFORNIA

Case No.: 2:21-bk-18205

In re : CRESTLLOYD, LLC, debtor

NOTICE OF HEARING

TAKE NOTICE AND ACKNOWLEGEMENT OF CONFIDENTIAL, PROPRIETARY, TRADE SECRET AND PERSONAL information lodged by "Interested Party" Edward Roark Schwagerl under seal in connection with Motion for Order of Confirmation of Sale DOC 133 February 23, 2022 entered February 24, 2022, herein included by reference.

NOTICE OF HEARING, that on June 22, 2023, at 11:00 a.m., or as soon thereafter at the pleasure of the court, "Interested Party" Edward Roark Schwagerl, moves for an in camera evidentiary hearing to consider confidential, proprietary, trade secret and personal documents in support of his above referenced Motion for Order of Confirmation of Sale.

In accordance with local rules the deadline requires a written response to be filed and served at least 14 days (June 8, 2023) before the hearing.

The hearing will be conducted in camera, suite 1634, at the courthouse on 255 E Temple Street, Edward R. Roybal Building, Los Angeles, California or in such other manner as determined by the court.

The in camera hearing is sought for the relief of specific performance to preserve the subject property and protect the legal and equitable interests of the parties.

Respectfully submitted,

Edward Roark Schwagerl, Interested Party.
Edward Roark Schwagerl (62cv173317).
Authorized Representative for Edward R. Schwagerl, Attorney In Fact.
In Care of: #120353,  RR C770 – 78, Saint Paul, Minnesota, zip exempt.
Tel. +1 (612) 424-9660; Email:  private9660@docs.simplywise.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF CENTRAL CALIFORNIA

Case No.: 2:21-bk-18205

In re : CRESTLLOYD, LLC, debtor

## Motion

***WITHOUT WAIVING any right, remedy, or defense***, whereas I, Edward Roark Schwagerl, "Interested Party", sui juris, pro per, at all times clothed in prerogative powers, am competent with intent and purpose as Grantor/Settlor[1] of trust filed, now coming as the beneficiary in the above named bankruptcy action in good faith at will moves this court of equity for an evidentiary hearing in camera, **suite 1634, at Los Angeles, 255 East Temple Street on June 22, 2023** for the review and determination of confidential, proprietary, trade secret evidence in support of his MOTION FOR ORDER OF CONFIRMATION OF SALE, doc 133 entered February 24, 2023. In a contest of equities, the superior equity shall prevail; all interested parties' claims after February 24, 2023 take their interests subject to this notice of Interested Party's pending interests before this Court prior in time to February 24, 2022.

Respectfully submitted,

*/s/ Edward Roark Schwagerl* ©

Edward Roark Schwagerl, Interested Party. Movant.
Edward Roark Schwagerl (62cv173317).
Authorized Representative for Edward R. Schwagerl, Attorney In Fact.
In Care of: #120353, RR C770 – 78, Saint Paul, Minnesota, zip exempt.
Tel. +1 (612) 424-9660; Email: private9660@docs.simplywise.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CENTRAL CALIFORNIA

Case No.: 21-bk-18205

In re : CRESTLLOYD, LLC

### [PROPOSED] ORDER

    This cause coming on to be heard this day, upon the whole record in the cause, including the order of sale of Land surveyed as TRACT NO 22727 & 9745; Latitude 34.088720 Longitude-118.452010; CADASTRAL NO REV. 95040410001002-07; without prescriptive easements nor implied dominant tenement claims by the neighboring city, state, legal address, zip codes commonly known as "944 Airole Way, Los Angeles, CA 90077 by the territory or district or municipal jurisdictions except for and including beneficial express easements but not limited to water, electrical power, security & protection of Article IV Section 4, natural gas, Internet, and Fire Rescue, and the tender for the purchase money, the receipt of which is acknowledged and deposited in court, it is, therefore, ordered, adjudged, and decreed, by the Court that all the right, title and interest, of the debtor, CRESTLLOYD, LLC, and of all other parties to this suit, in and to said tract of land, be divested out of them and each of them, and be vested in the purchaser, EDWARD ROARK SCHWAGRL, grantee, as an indefeasible inheritance in fee simple forever. And said purchase money having been fully paid, the Clerk or Receiver shall make, acknowledge for registration, and deliver to said EDWARD ROARK SCHWAGRL, a deed conveying said tract of land to him, as aforesaid, or will give him a duly certified copy of this decree, as a muniment of title, at his election.

    The Court finds that the purchaser has not acted as a volunteer, that payment was made to protect his own interest, that the entire debt is paid for which purchaser was not primarily liable, and where subrogation would not work an injustice on a party hereto, it is further ordered, adjudged, and decreed that purchaser is equitably subrogated to first lien holder position to stand in the shoes of the creditors and shall recover the Transaction Price Amount in escrow at the closing of the transaction.

    It is further ordered that the Clerk shall deposit with the Secretary of the Interior, or such officer as he may designate, of the proportionate estimated cost, inclusive of the necessary work, of the resurvey or retracement of all the privately owned lands in said township, the Secretary, or such officer as he may designate, shall be authorized in his discretion to cause to be made a resurvey or retracement of the lines of said township and to set permanent corners and monuments in accordance with the laws and regulations governing surveys and resurveys. 43 U.S.C. 773.

    It is further ordered that a writ of possession shall issue to put said purchaser into possession of said tract of land.

So Ordered, _____ day of _____, 2022

..................................................
UNITED STATES BANKRUPTCY JUDGE

