**FILED & ENTERED**

**JUN 01 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>                Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER SETTING HEARING ON MOTION FOR IN CAMERA EVIDENTIARY HEARING**<br><br>Hearing:<br>Date:  June 22, 2023<br>Time:  11:30 a.m.<br>Place: Courtroom 1639<br>         255 East Temple Street<br>         Los Angeles, California 90012<br>         (via Zoom for Government only) |

       The court has received a document submitted by "Edward Roark Schwagerl, Interested Party" (the "Motion," Docket No. 487). The Motion includes a page titled "Notice of Hearing," which states that Mr. Schwagerl "moves for an in camera evidentiary hearing to consider confidential, proprietary, trade secret and personal documents" in support of a "Motion for Order of Confirmation of Sale." The Motion also includes a page titled "Motion," which states that Mr. Schwagerl moves the court for "an evidentiary hearing in camera … for the review and determination of confidential, proprietary, trade secret evidence" in connection with a "Motion for Order of Confirmation of Sale" filed as Docket No. 133.

The Motion does not identify the "confidential, proprietary, trade secret and personal documents" at issue or set forth a legal basis for *in camera* review of such materials. However, in light of the liberal construction and less stringent standards to be applied to filings by a *pro se* party, the court will interpret the Motion as a notice of motion and motion for the court to review purportedly confidential materials.

Based on the foregoing,

IT IS HEREBY ORDERED that, on June 22, 2023, at 11:30 a.m. Pacific Daylight Time, the court will hold a hearing on the Motion's request for *in camera* review of evidence in support of Docket No. 133 (the "Hearing"). Based on the court's interpretation of the Motion, the Hearing will be on the issue of whether any *in camera* review or evidentiary hearing is warranted; no *in camera* review or other evidentiary hearing will take place at the time of the Hearing.

IT IS FURTHER ORDERED that the Hearing will be held solely via Zoom for Government. The courtroom will be locked. Information regarding connecting via Zoom will be posted on the judge's public calendar for the Hearing, available on the court's website.

IT IS FURTHER ORDERED that, in accordance with Local Bankruptcy Rule 9013-1(f) and (g), any opposition or response to the Motion must be filed and served no later than 14 days before the Hearing, and any reply in support of the Motion must be filed and served no later than 7 days before the Hearing.

###

Date: June 1, 2023

Deborah J. Saltzman
United States Bankruptcy Judge