**FILED & ENTERED**

**JUN 22 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** bakchell **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER DENYING MOTION FOR IN CAMERA EVIDENTIARY HEARING**<br><br>Hearing:<br>Date:  June 22, 2023<br>Time:  11:30 a.m.<br>Place: Courtroom 1639<br>           255 East Temple Street<br>           Los Angeles, California 90012<br>           (via Zoom for Government only) |

A hearing was held at the above time and place on a motion (the "Motion," Docket No. 487), filed by "Edward Roark Schwagerl, Interested Party," "for an in camera evidentiary hearing to consider confidential, proprietary, trade secret and personal documents" in support of a "Motion for Order of Confirmation of Sale".  Appearances were noted on the record.  Based on the Motion, the oppositions to the Motion filed by the

/ / /

debtor and by Richard Saghian, the arguments presented at the hearing, and the record in this case, and for the reasons state on the record at the hearing, the court finds that no cause has been shown for relief, and accordingly,

    IT IS HEREBY ORDERED that the Motion is denied.

###

Date: June 22, 2023

Deborah J. Saltzman
United States Bankruptcy Judge