# MOR NOTES

**Part 7.i** – The Debtor closed the sale of its only operating asset – a piece of real property – and the Debtor has no employees.  Therefore, the Debtor does not currently carry worker's compensation, property, or general liability insurance.