

# Account Information Report

Crestlloyd LLC

## May 01, 2023 - May 31, 2023
### Account: *4504 (Crestlloyd, LLC DIP , OPERATIONS)

| | |
|---|---:|
| Available Balance | $2,348,733.10 |
| Opening Ledger Balance | $2,348,733.10 |
| Collected Balance | $2,348,733.10 |
| Current Balance | $2,348,733.10 |
| Closing Ledger | $2,348,733.10 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $969,803.45 |
| Last Deposit Date | 01/31/2023 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---|---|
| 05/10/2023 | ACH Debit<br>SCP2 CRESTOP<br>CCD 122287250000248<br>CRESTOP<br>INDIVIDUAL ID #2274253565 | | | $35,011.50 |

Report Generated on: 06/21/23 07:47:48 AM