**P&L**

|  | Month of April 5/31/23 |
|---|---:|
| **Total Revenue** | **$0** |
| **Operating Expenses:** | |
| Insurance | - |
| Property Taxes | - |
| Security, Cleaning, and General Carry | - |
| Utilities | - |
| Furnishings | - |
| Repairs & Maintenance | - |
| Contingency / Other | - |
| Total Operating Expenses | - |
| **Selling Expenses:** | |
| Commission | - |
| Other Closing Costs | - |
| Total Selling Expenses | - |
| **Restructuring & Professional Expenses:** | |
| Professional and UST Fees | 35,012 |
| Total Restructuring & Professional Expenses | 35,012 |
| **Interest and Fees:** | |
| Interest Income | (106,704) |
| Interest & Fees (DIP) | - |
| Interest & Fees (Existing debt) | - |
| Total Interest and Fees | (106,704) |
| **Taxes:** | |
| Total Taxes (through April 2022) | - |
| **Total Expenses** | (71,693) |
| **Net Income** | **$ 71,692.94** |

**Balance Sheet**

|  | Month of April 5/31/23 |
|---|---:|
| **Assets** | |
| Current Assets | |
|   Cash and Cash Equivalents | 40,526,896 |
|   Accounts Receivable | - |
|   Prepaid Expenses | - |
|   Inventory | - |
|     Total Current Assets | 40,526,896 |
| | |
| Goodwill | - |
| Property | - |
| **Total Assets** | $ 40,526,896 |
| | |
| **Liabilities** | |
| Current Liabilities | |
|   Accounts Payable | - |
|   Accrued Expenses | - |
|     Total Current Liabilities | - |
| | |
|   Long-Term Debt | 172,522,908 |
| **Total Liabilities** | 172,522,908 |
| | |
| **Shareholder's Equity** | $ (131,996,012) |
| | |
| **Total Liabilities and Equity** | $ 40,526,896 |

**Cash Flow**

|  | Month of April 5/31/23 |
|---|---:|
| **Cash & Cash Equivalents beginning of Period** | $ 40,455,203 |
|  |  |
| Cash Flow From Operating Activities |  |
| Net Income | 71,693 |
| Net Cash Used in Operating Activities | 71,693 |
|  |  |
| Cash Flow from Investing Activities |  |
| Construction / Capital Expenditures | - |
| Net Acquisitions and Sales | - |
| Net Cash Used in Investing Activities | - |
|  |  |
| Cash Flow from Financing Activities |  |
| Debt Issuances / Repayments | - |
| Net Cash Provided by Financing Activities | - |
|  |  |
| Change in Cash & Cash Equivalents | 71,693 |
| **Ending Cash** | $ 40,526,896 |