DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

CRESTLLOYD, LLC,

    Debtor and Debtor in Possession.

Case No.: 2:21-bk-18205-DS

Chapter 11 Case

**DEBTOR'S NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, LLC**

[March 1, 2023 through March 31, 2023]

[No Hearing Required, Unless Timely Opposition and Request for a Hearing is Filed]

1

**PLEASE TAKE NOTICE** that, (A) on October 28, 2021, Crestlloyd, LLC, the Chapter 11 debtor and debtor in possession herein (the "Debtor"), filed a *Notice of Setting/Increasing Insider Compensation* (the "Notice of Insider Compensation") for SierraConstellation Partners LLC/Lawrence R. Perkins ("SCP") and served it on the UST and other parties, (B) on November 16, 2021, the United States Trustee (the "UST") filed its *Objection To Notice Of Insider Compensation* (the "Objection") [Dkt. 35] objecting to SCP's Notice of Insider Compensation, (C) on December 13, 2021, the Debtor filed its *Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Stipulation") [Dkt. 72], (D) on December 16, 2021, the Court entered its *Order Approving Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Order") [Dkt. 77].

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation and Insider Compensation Order, "SCP must file monthly fee statements [each a "Fee Statement"] and serve the UST therewith, and, absent an objection by the UST or some other party in interest within seven (7) days thereafter, the fees and costs may be paid in full. In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court."

**PLEASE FURTHER TAKE NOTICE THAT**, consistent with the foregoing procedure, on December 12, 2021, the Court entered its *Interim Order* [the "DIP Order" [Dkr. 70]] *Granting Motion For Order: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief* [the "DIP Motion") [Dkt. 66]], which, *inter alia*, granted the DIP Motion on an interim basis and approved the terms of the DIP Loan Documents,[1] which provide, among other things, that:

> Loan Proceeds shall be used solely in accordance with the Budget, including for payment of the Facility Fee, Lender's reasonable attorneys' fees and costs incurred in making and documenting the Loan, title insurance premiums, escrow fees, the Extension Fee,

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the DIP Motion.

2

and the Carve Out and Borrower's working capital needs and to administer the Chapter 11 Case, including insurance, repair, maintenance and construction costs with respect to the Property. With respect to the fees and costs of the Manager of the Debtor [*i.e.*, SCP], Manager [*i.e.*, SCP] shall file monthly fee statements and, absent an objection within seven (7) days thereafter, the fees and costs may be paid in full. In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court.

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation, Insider Compensation Order, DIP Motion, and DIP Order, SCP hereby files its Fee Statement for the period from March 1, 2023 through March 31, 2023. SCP reserves its right to supplement, amend, or modify the Fee Statement to include fees and/or expenses incurred during the foregoing period not covered in the attached Fee Statement or incurred subsequent to March 31, 2023.

Annexed as **Exhibit "A"** hereto is the name of each professional who performed services for the Debtor in connection with this chapter 11 case during the period covered by this Fee Statement and the hourly rate and total fees for each professional during such period.

Annexed as **Exhibit "B"** hereto is the summary of hours in this Fee Statement broken up by partner and task.

Annexed as **Exhibit "C"** hereto are the detailed time entries for the period covered by this Fee Statement.

Annexed as **Exhibit "D"** hereto is the summary of expenses included in this Fee Statement.

Annexed as **Exhibit "E"** hereto are the detailed entries for the expenses covered by this Fee Statement.

**PLEASE TAKE FURTHER NOTICE that objections, if any, to this Fee Statement must be filed with the Court and served so as to be received by the undersigned counsel to the Debtor no later than seven (7) days after the filing of this Fee Statement.**

**PLEASE TAKE FURTHER NOTICE** that, (A) if no objection is properly and timely filed and served in accordance with the above procedures, the Debtor will pay SCP the fees and expense set forth in this Fee Statement (provided such payment is consistent with the Budget) and (B) if an objection is properly and timely filed and served in accordance with the above procedures, (1) the Debtor will pay SCP the undisputed portion of fees and expenses set forth in this Fee Statement (provided such payment is consistent with the Budget) and (2) any disputed portion of fees and expenses set forth in this Fee Statement shall be subject to review and further order by the Court.

Dated: July 13, 2023

CRESTLLOYD, LLC

/s/ *Todd M. Arnold*
DAVID B. GOLUBCHIK
TODD M. ARNOLD
LEVENE, NEALE, BENDER, YOO
   & GOLUBCHIK L.L.P.
Attorneys for Debtor and Debtor in Possession

# EXHIBIT "A"

**Summary of SierraConstellation Partners Professional Fees by Consultant**
For the Period March 1st through March 31st

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Lawrence Perkins | CEO | $1,000 | 1.00 | $1,000.00 |
| Roger Gorog | Senior Director | $600 | 17.70 | $10,620.00 |
| Colin Moran | Senior Associate | $360 | 9.30 | $3,348.00 |
| | | | **28** | **$14,968.00** |

*Note: As of March 1st, 2023, Lawrence Perkins' hourly rate has increased to $1000, Roger Gorog's hourly rate has increased to $600, and Colin Moran's hourly rate has increased to $360*

# EXHIBIT "B"

**Summary of SierraConstellation Partners Professional Fees by Activity**
For the Period March 1st through March 31st

| Activity / Consultant | Title | Hours | Rate | Total |
|---|---|---|---|---|
| **Business Operations, Cash Management & CRO Support** | | | | |
| Lawrence Perkins | CEO | 1.00 | $1,000 | $1,000.00 |
| Roger Gorog | Senior Director | 15.40 | $600 | $9,240.00 |
| Colin Moran | Senior Associate | 4.80 | $360 | $1,728.00 |
| | *Activity Total* | 21.20 | | $11,968.00 |
| **Case Administration** | | | | |
| Lawrence Perkins | CEO | 0.00 | $1,000 | $0.00 |
| Roger Gorog | Senior Director | 0.00 | $600 | $0.00 |
| Colin Moran | Senior Associate | 3.00 | $360 | $1,080.00 |
| | *Activity Total* | 3.00 | | $1,080.00 |
| **Invoices, Fees and Retention Applications** | | | | |
| Roger Gorog | Senior Director | 2.30 | $600 | $1,380.00 |
| Lawrence Perkins | CEO | 0.00 | $1,000 | $0.00 |
| Colin Moran | Senior Associate | 1.50 | $360 | $540.00 |
| | *Activity Total* | 3.80 | | $1,920.00 |

EXHIBIT "C"

**Summary of SierraConstellation Partners Professional Fees by Professional Service**
For the Period March 1st through March 31st

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| **Business Operations, Cash Management & CRO Support** | | | | |
| *Lawrence Perkins* | | | | |
| 3/13/2023 | CRO duties - correspondence and attention to various operational items | 1.00 | $1,000.00 | $1,000.00 |
| | | Lawrence Perkins Total | | $1,000.00 |
| *Colin Moran* | | | | |
| 3/13/2023 | Review emails and bank information re: Signature Bank | 1.30 | $360.00 | $468.00 |
| 3/14/2023 | Review emails re: bank accounts | 0.50 | $360.00 | $180.00 |
| 3/15/2023 | Review emails re: bank accounts | 0.50 | $360.00 | $180.00 |
| 3/15/2023 | Review bank documentation and fill out respective bank forms | 1.30 | $360.00 | $468.00 |
| 3/16/2023 | Review historical banking transactions and pay UST Fee | 0.60 | $360.00 | $216.00 |
| 3/21/2023 | Review emails re: bank accounts | 0.60 | $360.00 | $216.00 |
| | | Colin Moran Total | | $1,728.00 |
| *Roger Gorog* | | | | |
| 3/2/2023 | Email communication with counsel regarding current interest rates on bank accounts | 1.20 | $600.00 | $720.00 |
| 3/12/2023 | Various emails with counsel and team regarding banking situation and our accounts | 1.60 | $600.00 | $960.00 |
| 3/15/2023 | Work on new bank account formation and compare interest rate offers; email communication with counsel regarding same | 2.10 | $600.00 | $1,260.00 |
| 3/15/2023 | Compile required documents for bank | 1.30 | $600.00 | $780.00 |
| 3/16/2023 | Review draft February MOR and bank statements and activity | 1.70 | $600.00 | $1,020.00 |
| 3/16/2023 | Upload questionnaire and documents to online portal for new account | 0.90 | $600.00 | $540.00 |
| 3/17/2023 | Communicate with broker regarding insurance premiums | 0.60 | $600.00 | $360.00 |
| 3/17/2023 | Complete new account setup documents and interface with bank to coordinate | 1.90 | $600.00 | $1,140.00 |
| 3/18/2023 | Work with counsel on account documentation and setup | 0.90 | $600.00 | $540.00 |
| 3/20/2023 | Coordinate bank account access and confirm funds transfers | 1.60 | $600.00 | $960.00 |
| 3/21/2023 | Review new account information and confirm details | 0.90 | $600.00 | $540.00 |
| 3/24/2023 | Review email from counsel regarding asserted claims and distributions | 0.70 | $600.00 | $420.00 |
| | | Roger Gorog Total | | $9,240.00 |
| **Case Administration** | | | | |
| *Colin Moran* | | | | |
| 3/16/2023 | Compile February MOR | 2.50 | $360.00 | $900.00 |
| 3/20/2023 | Follow-up emails re February MOR | 0.50 | $360.00 | $180.00 |
| | | Colin Moran Total | | $1,080.00 |
| **Invoices, Fees and Retention Applications** | | | | |
| *Colin Moran* | | | | |
| 3/15/2023 | Compile February MSR | 1.50 | $360.00 | $540.00 |
| | | Colin Moran Total | | $540.00 |
| *Roger Gorog* | | | | |
| 3/15/2023 | Review February monthly staffing report | 1.10 | $600.00 | $660.00 |
| 3/19/2023 | Detail time entries for previous two weeks | 0.60 | $600.00 | $360.00 |
| 3/31/2023 | Detail time entries for previous week; reconcile March time | 0.60 | $600.00 | $360.00 |
| | | Roger Gorog Total | | $1,380.00 |

# EXHIBIT "D"

## Summary of SierraConstellation Partners Expenses by Category
For the Period March 1st through March 31st

| **Reimbursable Expenses** | **Amount** |
|---|---|
| NA | |

# EXHIBIT "E"

## Summary of SierraConstellation Partners Expenses by Detail
For the Period March 1st through March 31st

| Activity | Date | Employee | Description | Amount |
|---|---|---|---|---|
| NA | | | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **DEBTOR'S NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 13, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy   kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Todd M Arnold   tma@lnbyg.com
- Jerrold L Bregman   jbregman@bg.law, ecf@bg.law
- Ryan Coy   rcoy@bg.law, ecf@bg.law
- Marguerite Lee DeVoll   mdevoll@watttieder.com, zabrams@watttieder.com
- Karol K Denniston   karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Oscar Estrada   oestrada@ttc.lacounty.gov
- Danielle R Gabai   dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- Thomas M Geher   tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- David B Golubchik   dbg@lnbyg.com, stephanie@lnbyb.com
- Andrew Goodman   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Jonathan Gottlieb   jdg@lnbyg.com
- James Andrew Hinds   jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- Robert B Kaplan   rbk@jmbm.com
- Jane G Kearl   jkearl@watttieder.com
- Jennifer Larkin Kneeland   jkneeland@watttieder.com, zabrams@watttieder.com
- Michael S Kogan   mkogan@koganlawfirm.com
- Noreen A Madoyan   Noreen.Madoyan@usdoj.gov
- John A Moe   john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- Samuel A Newman   sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- Ryan D O'Dea   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- Sharon Oh-Kubisch   sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Hamid R Rafatjoo   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Ronald N Richards   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Joseph M Rothberg   jmr@lnbyg.com
- Victor A Sahn   victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;Karen.Files@gmlaw.com
- William Schumacher   wschumac@milbank.com, autodocketecf@milbank.com
- David Seror   dseror@bg.law, ecf@bg.law
- Zev Shechtman   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Paul Sorrell**  psorrell@lavelysinger.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**  gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
- **Jessica Wellington**  jwellington@bg.law, ecf@bg.law

2. **SERVED BY UNITED STATES MAIL**: On **July 13, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 13, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 13, 2023 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                           **F 9013-3.1.PROOF.SERVICE**

In re Crestlloyd, LLC
D UST Receiver RSN + Amended 20 Largest
File No.: 9562

Debtor
Crestlloyd, LLC
c/o SierraConstellation Partners LLC
355 S. Grand Avenue Suite 1450
Los Angeles, CA 90071

Noreen A Madoyan
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Counsel For Receiver
Brutzkus Gubner Rozansky Seror Weber LLP
David Seror/Jessica Wellington
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Biabani & Associates, Inc.
Attn: Alex Biabani
1600 Sawtelle Bl #104
Los Angeles, CA 90025

Bradford Sheet Metal
4164 Sopp Road
Mojave, CA 93501

Branden Williams
257 N. Cannon Dr., 2nd Fl.
Beverly Hills, CA 90210

C.G.S. Custom Glass Specialists
Attn: Tom Yang
4536 Ish Drive
Simi Valley, CA 93063

CAD Stone Works Inc.
Attn: Cesar Hernandez
4533 Van Nuys Bl. #201
Sherman Oaks, CA 91403

Centurion Air, LLC
Attn: Michael T. Pyle
13932 Arrow Creek Road
Draper, UT 84020

Davidson Accountancy Corp.
William N. Davidson, CPA
14011 Ventura Blvd., Ste. 302
Sherman Oaks, CA 91423

Creative Art Partners
6542 Hayes Dr.
Los Angeles, CA 90048

Italian Luxury Design
4 NE 39 St.
Miami, FL 33137

Jabs Pools and Spas, LLC
Attn: Georgina Rendon
8055 Matilija Ave.
Panorma City, CA 91402

Dennis Palma
146 Beach Way
Monterey, CA 93940

KN Coating
201 E. Tamarack Ave
Inglewood, CA 90301

LA DWP
P.O. Box. 30808
Los Angeles, CA 90030

Vesta (aka Showroom Interiors, LLC)
Attn: Julian Buckner
8905 Rex Road
Pico Rivera, CA 90660

Made by TSI, Inc.
888 Biscayne Blvd #209
Miami, FL 33132

Midland Contractors, Inc.
Attn: Bruce Partovi
Po Box 8312
Van Nuys, CA 91409

West Valley Green Landscaping, Inc.
14761 Tupper St.
Panorama City, CA 91402

The Vertex Companies, Inc.
12100 Wilshire Blvd 8th floor
Los Angeles CA 90025-0000

West Coast Gates
339 Isis Ave.
Inglewood, CA 90301

**Attorneys for Richard Saghian**
Samuel A. Newman, Esq. **RSN**
Genevieve G. Weiner, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

**Attorneys for Richard Saghian**
Amy P. Lally, Esq. **RSN**
Sidley Austin LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067