*Courtesy (copy) sent to redacted Debtor*



Schwagerl, Edward Roark & Family.
Edward Roark Schwagerl Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
*[non-domestic without the Territory-District*

David Golubchik d/b/a Attorney at Law
Attorney for Crestlloyd LLC
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
310.229.1234
310.229.1244 FAX
INFO@LNBYG.COM
www.LNBYG.COM

*June 6, 2023*

Subject: UNITED STATES BANKRUPTCY COURT DISTRICT OF CENTRAL CALIFORNIA Case No.: 2:21-bk-18205 expiration of exclusivity period, request for Motion for Confirmation of Plan and Seal

Dear Mr Golubchik,

    Greetings Sir.  Wherefore, the rule for exclusivity period is expired and the rules allow for any "Interested Party" to bring his Plan for the court's consideration, I, Edward Roark Schwagerl, Interested Party, request and direct that CRESTLLOYD LLC present for the court's consideration a Motion for Confirmation of Plan and Motion for Seal upon the grounds of the "Fund" [confidential envelope in chambers] and its proposed Disbursements, that said Seal extend to include only Edward Roark Schwagerl, Interested Party and DEBTOR binding upon them both (now with proper legal basis), and move for an expedited special emergency Zoom hearing due to exigent special circumstances with notice requested by me thereof, thereby winding up the entire case.
    Please find herewith my SEALED and redacted Schedule of Disbursements central to the consideration for My final plan for confirmation, pending said Motions.  It is critical and essential that you undertake these motions in support my intent to obtain an affirmative defense characterized as "Undisclosed Terms of the Plan are Sealed in Court" in order that protections and safeguards extend to including but not limited to 3rd parties beneficiaries, proprietary methods, modes, intellectual property, and equitable rights that exist—precede— without the District of Columbia, without the Territorial jurisdiction of the United States, and without the political subdivisions of the State.
    My Plan is in good faith, settles <u>all</u> Creditors making them whole, inures such interest to the Debtor in support for exiting Bankruptcy protection, settles the occupancy, possession, entry and control of the real property known as "The One" or "The One Bel Air

*e.r.s.*

LLC" depending, taxes, fees, monthly "bills" and "bank accounts" within the bankrupt estate, and reimburses any such legal interests that may have arisen or may arise in the transfer of the real property "The One" or "The One Bel Air LLC", depending.

Any and all fees associated with your submissions are without recourse to Edward Roark Schwagerl, and is either reimbursed from the Bankrupt Estate, the impending solvent Crestlloyd after exit, or born by the movant, entirely.

I avail myself of this occasion to convey the good faith assurances of my most distinguished consideration.

Respectfully and Sincerely,

*[signature: Roark]*    6-6-23

Edward Roark Schwagerl, Interested Party
rr662692550us29trust@gmail.com
612.720.3784
d/b/a EDWARD R SCHWAGERL
Authorized Representative for Taxpayer Edward R Schwagerl.
In Care of: Post Office Box 120353, New Brighton, Minnesota. 55112. United States of America.

CC: Judge Deborah J. Saltzman, at Chambers.
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

Disbursement Schedule in support of Motion for Confirmation of Plan [redacted pending David Golubchik's motion for seal extending to Edward Roark Schwagerl] in support of Confirmation of Plan. Annex 1.

The recognizes and acknowledges confidential and proprietary direct deposits under the care ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "The Fund" ▮▮▮▮▮▮▮▮▮ February 23, 2022 [Doc 133], see redacted, pending seal, Annex 2.

Said Fund is the good faith Intent of the Interested Party Edward Roark Schwagerl, and it is allocated as follows to complete the intent and purpose of CONFIRMATION OF PLAN ordered by Judge Deborah Saltzman.

**ANNEX 1**

| | Disbursement Action | Amount, United States Dollars converted from Tax Credits in The Fund | Brief Description |
|---|---|---|---|
| 1 | Credit Transfer | $▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 2 | Credit Transfer | $▮▮▮▮▮▮ | To Crestlloyd LLC, to exit Bk as solvent, At the discretion of the Judge under the rules of equity, good reason, complete justice. |
| 3 | Credit Transfer | $▮▮▮▮▮▮ | Reimbursement co-surety under principle of contribution, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, At the discretion of the Judge under the rules of equity, good reason, complete justice. |
| 4 | Credit Transfer | ▮▮▮▮▮▮ | At the discretion of the Judge under the rules of equity, good reason, complete justice. |
| 5 | Credit Transfer | ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 6 | ▮▮▮▮▮▮ | "Bills" coupon bonds and Bank Accounts ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

ANNEX 2



**Master** ▮▮▮▮, **under the sole exclusive administration of this court in chambers.**

- In Confidence, Special, Private, Proprietary: **by the aid and instrumentality of equity equitable conversion transmit the** ▮ ▮ **in real and corporeal possession of the beneficiary**

| | Item | | EFFECTIVE TRANSFER POSTMASTER DATE | Description (Confidential – Proprietary) | |
|---|---|---|---|---|---|
| A | ▮ | ▮ | February 23, 2022 | ▮ Docket 133 | ▮ |
| B | Letter of Wishes | ▮ | March 24, 2022 | Letter of Wishes, Docket 221 | ▮ |
| C | ▮ | ▮ | ▮ | ▮ | ▮ |
| D | Motion for Final Decree | ▮ | October 4, 2022 | Motion for Final Decree, Docket 429 September 7, 2022 | ▮ |
| E | ▮ | ▮ | ▮ | ▮ | ▮ |
| F | ▮ | ▮ | ▮ | ▮ | ▮ |
| G | ▮ | ▮ | ▮ | ▮ | ▮ |
| H | ▮ | ▮ | ▮ | ▮ | ▮ |
| I | ▮ | ▮ | ▮ | ▮ | ▮ |
| J | ▮ | ▮ | ▮ | ▮ | ▮ |
| K | ▮ | ▮ | ▮ | ▮ | ▮ |
| L | ▮ | ▮ | ▮ | ▮ | ▮ |



*pending Seal*

====================
EJ 8 4 0 7 5 7 4 9 2 US
====================

Schwagerl, Edward Roark & Family.
Edward Roark Schwagerl Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
[non-domestic without the Territory-District

David Golubchik d/b/a Attorney at Law
Attorney for Crestlloyd LLC
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
310.229.1234
310.229.1244 FAX
INFO@LNBYG.COM
www.LNBYG.COM

*June 26, 2023*

Subject: UNITED STATES BANKRUPTCY COURT DISTRICT OF CENTRAL CALIFORNIA Case No.: 2:21-bk-18205 expiration of exclusivity period, request for Motion for Confirmation of Plan and Seal

Dear Mr Golubchik,

    Greetings Sir. Wherefore, the rule for exclusivity period is expired and the rules allow for any "Interested Party" to bring his Plan for the court's consideration, I, Edward Roark Schwagerl, Interested Party, request and direct that CRESTLLOYD LLC present for the court's consideration a Motion for Confirmation of Plan and Motion for Seal upon the grounds of the "Fund" [confidential envelope in chambers] and its proposed Disbursements, that said Seal extend to include only Edward Roark Schwagerl, Interested Party and DEBTOR binding upon them both (now with proper legal basis), and move for an expedited special emergency Zoom hearing due to exigent special circumstances with notice requested by me thereof, thereby winding up the entire case.
    Please find herewith my SEALED and redacted Schedule of Disbursements central to the consideration for My final plan for confirmation, pending said Motions. It is critical and essential that you undertake these motions in support my intent to obtain an affirmative defense characterized as "Undisclosed Terms of the Plan are Sealed in Court" in order that protections and safeguards extend to including but not limited to 3rd parties beneficiaries, proprietary methods, modes, intellectual property, and equitable rights that exist—precede— without the District of Columbia, without the Territorial jurisdiction of the United States, and without the political subdivisions of the State.
    My Plan is in good faith, settles <u>all</u> Creditors making them whole, inures such interest to the Debtor in support for exiting Bankruptcy protection, settles the occupancy, possession, entry and control of the real property known as "The One" or "The One Bel Air

LLC" depending, taxes, fees, monthly "bills" and "bank accounts" within the bankrupt estate, and reimburses any such legal interests that may have arisen or may arise in the transfer of the real property "The One" or "The One Bel Air LLC", depending.

Any and all fees associated with your submissions are without recourse to Edward Roark Schwagerl, and is either reimbursed from the Bankrupt Estate, the impending solvent Crestlloyd after exit, or born by the movant, entirely.

I avail myself of this occasion to convey the good faith assurances of my most distinguished consideration.

Respectfully and Sincerely,

*[signature]* 6·6-23

Edward Roark Schwagerl, Interested Party
rr662692550us29trust@gmail.com
612.720.3784
d/b/a EDWARD R SCHWAGERL
Authorized Representative for Taxpayer Edward R Schwagerl.
In Care of: Post Office Box 120353, New Brighton, Minnesota. 55112. United States of America.

CC: Judge Deborah J. Saltzman, at Chambers.
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

6/26/23

*Unredacted pending seal*

Disbursement Schedule in support of Motion for Confirmation of Plan [redacted pending David Golubchik's motion for seal extending to Edward Roark Schwagerl] in support of Confirmation of Plan. Annex 1.

The recognizes and acknowledges confidential and proprietary direct deposits under the care of the court on bailment with the United States Treasury, "The Fund" which arises from equitable conversion beginning February 23, 2022 [Doc 133], see redacted, pending seal, Annex 2.

Said Fund is the good faith Intent of the Interested Party Edward Roark Schwagerl, and it is allocated as follows to complete the intent and purpose of CONFIRMATION OF PLAN ordered by Judge Deborah Saltzman.

## ANNEX 1

|   | Disbursement Action | Amount, United States Dollars converted from Tax Credits in The Fund | Brief Description |
|---|---|---|---|
| 1 | Credit Transfer | $300,000,000.00 | For "The One" Estate, possession, control & title of all outstanding interests in "The One Bel Air LLC", or, Receiver-Grantor revokes and reconveys Recorder's Office Deed to Edward Roark Schwagerl's legal title "to be determined at chambers under seal" |
| 2 | Credit Transfer | $100,000,000.00 | To Crestlloyd LLC, to exit Bk as solvent, At the discretion of the Judge under the rules of equity, good reason, complete justice. |
| 3 | Credit Transfer | $146,000,000.00 | Reimbursement co-surety under principle of contribution, Richard Saghian, Confirmation of Auction of record, At the discretion of the Judge under the rules of equity, good reason, complete justice. |
| 4 | Credit Transfer | 3 per centum transaction costs to the court – clerk's office | At the discretion of the Judge under the rules of equity, good reason, complete justice. |
| 5 | Credit Transfer | Balance, remainderman, reversionary, residuum of Fund | to Edward Roark Schwagerl, under the protection of the court, tax credits converted to Federal Funds. |
| 6 | Securities Redemption by Transfer Agent to Treasury Direct | "Bills" coupon bonds and Bank Accounts submitted to TDA per 31 CFR 328.5-6 | See Table of Res 32.2.4 & 32.2.1 |

6/26/23