EJ 911 541 474 US

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CENTRAL CALIFORNIA

Case No.: 2:21-bk-18205

In re : CRESTLLOYD, LLC, debtor

CERTIFICATE OF SERVICE

Without waiving any right, remedy or defense, I, the below-named Interested Party, Edward Roark Schwagerl, certify that on June 26, 2023, I placed an original version of the attached document in a sealed envelope and deposited it with an official United States Postal Clerk, personally, for mailing no later than June 26, 2023, and delivery for next business day that is not a court-observed holiday, in the United States mail, first class, priority express mail, postage prepaid, and addressed as follows:

David Golubchik d/b/a Attorney at Law
Attorney for Crestlloyd LLC
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034

Signature: /s/Edward Roark Schwagerl, Interested Party.  Date: June 26, 2023.
Edward Roark Schwagerl (62cv173317)
Authorized Representative for Edward R. Schwagerl.
Attorney In Fact
In Care of: #120353, RR C770 – 78, Saint Paul, Minnesota, zip exempt.
Tel. +1 (612) 424-9660
Email: private9660@docs.simplywise.com





Schwagerl, Edward Roark & Family.
Edward Roark Schwagerl Living Estate Trust
Main Street—five two five.
Unit one two zero-three five three.
Mounds View Township—New Brighton.
Nation Minnesota. [00-00-0]
*[non-domestic without the Territory-District*

David Golubchik d/b/a Attorney at Law
Attorney for Crestlloyd LLC
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
310.229.1234
310.229.1244 FAX
INFO@LNBYG.COM
www.LNBYG.COM

June 6, 2023

Subject: UNITED STATES BANKRUPTCY COURT DISTRICT OF CENTRAL CALIFORNIA Case No.: 2:21-bk-18205 expiration of exclusivity period, request for Motion for Confirmation of Plan and Seal

Dear Mr Golubchik,

    Greetings Sir. Wherefore, the rule for exclusivity period is expired and the rules allow for any "Interested Party" to bring his Plan for the court's consideration, I, Edward Roark Schwagerl, Interested Party, request and direct that CRESTLLOYD LLC present for the court's consideration a Motion for Confirmation of Plan and Motion for Seal upon the grounds of the "Fund" [confidential envelope in chambers] and its proposed Disbursements, that said Seal extend to include only Edward Roark Schwagerl, Interested Party and DEBTOR binding upon them both (now with proper legal basis), and move for an expedited special emergency Zoom hearing due to exigent special circumstances with notice requested by me thereof, thereby winding up the entire case.
    Please find herewith my SEALED and redacted Schedule of Disbursements central to the consideration for My final plan for confirmation, pending said Motions. It is critical and essential that you undertake these motions in support my intent to obtain an affirmative defense characterized as "Undisclosed Terms of the Plan are Sealed in Court" in order that protections and safeguards extend to including but not limited to 3rd parties beneficiaries, proprietary methods, modes, intellectual property, and equitable rights that exist—precede— without the District of Columbia, without the Territorial jurisdiction of the United States, and without the political subdivisions of the State.
    My Plan is in good faith, settles <u>all</u> Creditors making them whole, inures such interest to the Debtor in support for exiting Bankruptcy protection, settles the occupancy, possession, entry and control of the real property known as "The One" or "The One Bel Air

*e.r.S.*

LLC" depending, taxes, fees, monthly "bills" and "bank accounts" within the bankrupt estate, and reimburses any such legal interests that may have arisen or may arise in the transfer of the real property "The One" or "The One Bel Air LLC", depending.

Any and all fees associated with your submissions are without recourse to Edward Roark Schwagerl, and is either reimbursed from the Bankrupt Estate, the impending solvent Crestlloyd after exit, or born by the movant, entirely.

I avail myself of this occasion to convey the good faith assurances of my most distinguished consideration.

Respectfully and Sincerely,

*[signature]* 6.6.23

Edward Roark Schwagerl, Interested Party
rr662692550us29trust@gmail.com
612.720.3784
d/b/a EDWARD R SCHWAGERL
Authorized Representative for Taxpayer Edward R Schwagerl.
In Care of: Post Office Box 120353, New Brighton, Minnesota. 55112. United States of America.

CC: Judge Deborah J. Saltzman, at Chambers.
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012
USPS  EJ 810 757 501 US

Disbursement Schedule in support of Motion for Confirmation of Plan [redacted pending David Golubchik's motion for seal extending to Edward Roark Schwagerl] in support of Confirmation of Plan. Annex 1.

The recognizes and acknowledges confidential and proprietary direct deposits under the care ████████████████████████████████ "The Fund" ████████████████████████████ February 23, 2022 [Doc 133], see redacted, pending seal, Annex 2.

Said Fund is the good faith Intent of the Interested Party Edward Roark Schwagerl, and it is allocated as follows to complete the intent and purpose of CONFIRMATION OF PLAN ordered by Judge Deborah Saltzman.

**ANNEX 1**

| | Disbursement Action | Amount, United States Dollars converted from Tax Credits in The Fund | Brief Description |
|---|---|---|---|
| 1 | Credit Transfer | $ ████ | ████████████ |
| 2 | Credit Transfer | $ ████ | To Crestlloyd LLC, to exit Bk as solvent, At the discretion of the Judge under the rules of equity, good reason, complete justice. |
| 3 | Credit Transfer | $ ████ | Reimbursement co-surety under principle of contribution, ████████████ , At the discretion of the Judge under the rules of equity, good reason, complete justice. |
| 4 | Credit Transfer | | At the discretion of the Judge under the rules of equity, good reason, complete justice. |
| 5 | Credit Transfer | ████ | ████ |
| 6 | ████ | "Bills" coupon bonds and Bank Accounts ████ | ████ |



**ANNEX 2**

- Master ▮▮▮▮, u▮▮▮der the sole exclusive administration of this court in chambers.
- In Confidence, Special, Private, Proprietary, by the aid and instrumentality of equity equitable conversion transmit the ▮ ▮ in real and corporeal possession of the beneficiary

| | Item | | | EFFECTIVE TRANSFER POSTMASTER DATE | Description (Confidential – Proprietary) | |
|---|---|---|---|---|---|---|
| A | ▮ | | | February 23, 2022 | Docket 133 | |
| B | Letter of Wishes | | | March 24, 2022 | Letter of Wishes, Docket 221 | |
| C | | | | | | |
| D | Motion for Final Decree | | | October 4, 2022 | Motion for Final Decree, Docket 429 September 7, 2022 | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | | |
| J | | | | | | |
| K | | | | | | |
| L | | | | | | |

Confidential – Proprietary