# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CENTRAL CALIFORNIA

Case No.: 2:21-bk-18205

In re : CRESTLLOYD, LLC, debtor

## NOTICE OF AND MOTION FOR CONFIRMATION OF PLAN

This serves as actual and constructive notice to all persons and to the above Debtor in this matter that Edward Roark Schwagerl, Interested Party, files his confirmation of plan redacted with the court, and files an unredacted copy under seal with the court at Chambers pursuant to rule 9037, to wit:

> "Rule 9037 of the Federal Rules of Bankruptcy Procedure provides for the privacy protection of filings made with the court, including redaction of certain information. The rule allows for the court to require additional redaction or limit remote electronic access to a filing if necessary. Additionally, an entity making a redacted filing may also file an unredacted copy under seal, which will be retained by the court as part of the record."

This notice and motion are in compliance with, including but not limited to, the rules governing exclusivity periods ordered by the court in pursuit of 11 U.S. Code § 1121.

Respectfully submitted,

Edward Roark Schwagerl, Interested Party.
Edward Roark Schwagerl (62cv173317).
Authorized Representative for Edward R. Schwagerl, Attorney In Fact.
In Care of: #120353, RR C770 – 78, Saint Paul, Minnesota, zip exempt.
Tel. +1 (612) 424-9660; Email: private9660@docs.simplywise.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CENTRAL CALIFORNIA

Case No.: 2:21-bk-18205

In re : CRESTLLOYD, LLC, debtor

## Motion For Confirmation of Plan

WITHOUT WAIVING any right, remedy, or defense, whereas I, Edward Roark Schwagerl, "Interested Party", sui juris, pro per, at all times clothed in prerogative powers, am competent to handle my own affairs, with intent and purpose as Grantor/Settlor[1] of a trust filed, now coming as the beneficiary in the above named bankruptcy action in good faith at will respectfully moves this court of equity for and order confirmation his settlement plan, hereinafter "Plan," a redacted version filed with the clerk's office here, and an unredacted version filed under seal with the court at Judge's chamber. The grounds upon which this plan should be confirmed is soundly expounded in the maxim of equity, to wit "In a contest of equities, the superior and prior equity shall prevail."

Pursuant to 11 U.S. Code § 1121 the exclusivity period for the Debtor to file a plan has expired. The Debtor has not filed a plan within the specified timeframe, thereby allowing any interested party to propose an alternative plan.

This proposed Plan is equitable and just as it makes whole all parties according to conscience and rules of equity; the Plan is special, private, proprietary, personal and trade secret therefore this Plan is subject to the above referenced rules of redaction shown here, and filed under seal with the court at Chambers accordingly.

Notice of this Motion for Confirmation of Plan has been duly served to the Debtor in accordance with the applicable rules of this Court.

A hearing for this motion shall be scheduled if necessary.

Edward Roark Schwagerl, Interested Party, requests for Confirmation by emphasizing the positive impact it will have on the Debtor's financial rehabilitation and the fair treatment of all creditors and co-sureties.

Based on the foregoing, I respectfully request this honorable Court to confirm the proposed plan and issue an order to that effect. This plan is in the best interests of all parties involved and will allow for a successful resolution of this bankruptcy case.

Thank you for your attention to this matter. Please let me know if the Court requires any additional information or documentation supporting this Motion for Confirmation of Plan.

Respectfully submitted,

*[signature]*

Edward Roark Schwagerl, Interested Party.
Edward Roark Schwagerl (62cv173317).
Authorized Representative for Edward R. Schwagerl, Attorney In Fact.
d/b/a Edward Roark Schwagerl, Minn. Stat. 333.  File No. 855878600029.
In Care of: #120353,  RR C770 – 78, Saint Paul, Minnesota, [zip exempt].
Tel. +1 (612) 424-9660; Email:  private9660@docs.simplywise.com


Enclosure:   Redacted Plan

                Certificate of Service







8. 












I avail myself of this occasion to convey the good faith assurances of my most distinguished consideration.

Respectfully Submitted,

Edward Roark Schwagerl, Interested Party
rr662692550us29trust@gmail.com
612.720.3784
d/b/a EDWARD R SCHWAGERL
Authorized Representative for Taxpayer
Edward R Schwagerl.
In Care of: Post Office Box 120353, New Brighton, Minnesota. 55112. United States of America.

[seal]





# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CENTRAL CALIFORNIA

Case No.: 2:21-bk-18205

In re : CRESTLLOYD, LLC, debtor

## CERTIFICATE OF SERVICE

Without waiving any right, remedy or defense, I, the below-named Edward Roark Schwagerl, Interested Party, certify that on July 10, 2023, I placed an original version of the attached document in a sealed envelope and deposited it with an official United States Postal Clerk, personally, for mailing no later than July 10, 2023, and delivery for next business day that is not a court-observed holiday, in the United States mail, first class, priority express mail number EI231410540US, postage prepaid, and addressed as follows:

David Golubchik d/b/a Attorney at Law
Attorney for Crestlloyd LLC
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034

Signature: /s/Edward Roark Schwagerl, Interested Party. Date: July 10, 2023.
Edward Roark Schwagerl (62cv173317)
d/b/a file
Authorized Representative for Edward R. Schwagerl.
Attorney In Fact
In Care of: #120353, RR C770 – 78, Saint Paul, Minnesota, zip exempt.
Tel. +1 (612) 424-9660
Email: private9660@docs.simplywise.com