| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Hamid R. Rafatjoo (SBN 181564)<br>Raines Feldman Littrell LLP<br>1900 Avenue of the Stars, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 440-4100<br>Facsimile: (310) 691-1367<br>Email: hrafatjoo@raineslaw.com<br><br>☐ *Attorney for* | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re<br><br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>vs.<br><br><br>Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Hamid R. Rafatjoo_____, __181564_____, __hrafatjoo@raineslaw.com_____
            *Name*                                          *Bar ID Number*                          *E-Mail Address*
   ❏ am **counsel of record** or
      ❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

_____

   ☑ am **counsel of record** or
      ❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

    Attorney Name changed to_____
    New Firm/Government Agency Name _Raines Feldman Littrell LLP_____
    New Address _1900 Avenue of the Stars, 19th Floor, Los Angeles, CA 90067_____
    New Telephone Number_____New Facsimile Number _____
    New E-Mail Address_____

_____

Notice of Change of Address or Law Firm
(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
    ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
    ❏ I am, or
    ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
    ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
    ☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
    ❏ I am, or
    ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 7/19/23

/s/ Hamid R. Rafatjoo
Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| Case Number | Case Title |
| --- | --- |
| 2:22-bk-11295 | In re Beacon Organics, LLC |
| 2:22-bk-11297 | In re Choice Essential Oils, LLC |
| 2:22-bk-11298 | In re Greenerways LLC |
| 2:22-bk-11471 | In re Cherry Man Industries, Inc. |
| 2:22-ap-01199 | Rafatjoo vs. Cherry Man Industries, LLC, et al. |
| 9:21-bk-10634 | In re Cinema Square, LLC |
| 9:21-ap-01029 | Cinema Square, LLC vs. Galaxy Theatres Atascadero, LLC |
| 9:22-bk-11000 | In re Galaxy Theatres Atascadero, LLC |
| 2:21-bk-18205 | In re Crestlloyd, LLC |
| 2:22-ap-01125 | Inferno Investment, Inc. vs. Crestlloyd, LLC, et al. |
| 2:18-bk-12429 | In re Dana Hollister |
| 2:21-bk-11300 | In re GHBW |
| 2:20-bk-12042 | In re Mark Abbey Slotkin |
| 2:20-ap-01672 | Miller vs. Slotkin Defective Trust of December 14, 2012 |
| 2:22-ap-01165 | Miller, Chapter 7 Trustee vs. Southwest Guaranty Investors, Ltd. |
| 2:20-ap-01142 | Southwest Guaranty Investors, Ltd. vs. Slotkin |
| 6:23-bk-10600 | In re Temecula PPF LLC |
| 2:21-bk-15342 | In re Vitaly Ivanovich Smagin |
| 8:17-bk-11996 | In re WJA Asset Management LLC |