United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-18205-DS |
| Crestlloyd, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 21, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 23, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Goodman | on behalf of Attorney Goodman Law Offices  A Professional Corporation agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| Danielle R Gabai | on behalf of Creditor Showroom Interiors  LLC dba Vesta dgabai@danninggill.com, dgabai@ecf.courtdrive.com |
| Danielle R Gabai | on behalf of Interested Party Courtesy NEF dgabai@danninggill.com  dgabai@ecf.courtdrive.com |
| David Seror | on behalf of Interested Party Courtesy NEF dseror@bg.law  ecf@bg.law |
| David B Golubchik | on behalf of Defendant Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| David B Golubchik | on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, stephanie@lnbyb.com |

Case 2:21-bk-18205-DS   Doc 512   Filed 07/23/23   Entered 07/23/23 21:14:28   Desc
Imaged Certificate of Notice   Page 2 of 7

| District/off: 0973-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 21, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Genevieve G Weiner | on behalf of Interested Party Richard Saghian gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com |
| Hamid R Rafatjoo | on behalf of Cross Defendant Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Cross Defendant Marbella Construction Inc.  a California Corporation hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Cross Defendant 1369 Londonderry Estate LLC  a California Limited Liability Company hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Cross Defendant Ground View LLLP  a Nevada Limited Liability Limited Partnership hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Howard Steinberg | on behalf of Defendant Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Jane G Kearl | on behalf of Interested Party J&E Texture  Inc. jkearl@watttieder.com |
| Jennifer Larkin Kneeland | on behalf of Interested Party J&E Texture  Inc. jkneeland@watttieder.com |
| Jerrold L Bregman | on behalf of Interested Party Hilldun Corporation jbregman@bg.law  ecf@bg.law |
| Jessica Wellington | on behalf of Interested Party Courtesy NEF jwellington@bg.law  ecf@bg.law |
| Jessica Wellington | on behalf of Other Professional Theodore Lanes jwellington@bg.law  ecf@bg.law |
| John A Moe, II | on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com  glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Trousdale Estate LLC  a Nevada Limited Liability Company john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Counter-Defendant Crestlloyd  LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Counter-Claimant Yogi Securities Holdings  LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Creditor Yogi Securities Holdings  LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com  glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Yogi Securities Holdings  LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Defendant Yogi Securities Holdings  LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com  glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com  glenda.spratt@dentons.com;derry.kalve@dentons.com |
| Jonathan Gottlieb | on behalf of Interested Party Courtesy NEF jdg@lnbyg.com |
| Jonathan Gottlieb | on behalf of Debtor Crestlloyd  LLC jdg@lnbyg.com |

Case 2:21-bk-18205-DS    Doc 512    Filed 07/23/23    Entered 07/23/23 21:14:28    Desc
Imaged Certificate of Notice    Page 3 of 7

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 21, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Joseph M Rothberg | on behalf of Defendant Crestlloyd LLC jmr@lnbyg.com |
| Joseph M Rothberg | on behalf of Counter-Defendant Crestlloyd LLC jmr@lnbyg.com |
| Joseph M Rothberg | on behalf of Cross-Claimant Crestlloyd LLC jmr@lnbyg.com |
| Karol K Denniston | on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com |
| Kyra E Andrassy | on behalf of Creditor Interno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Kyra E Andrassy | on behalf of Plaintiff Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Kyra E Andrassy | on behalf of Interested Party Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Lindsey L Smith | on behalf of Debtor Crestlloyd LLC lls@lnbyb.com, lls@ecf.inforuptcy.com |
| Marguerite Lee DeVoll | on behalf of Interested Party J&E Texture Inc. mdevoll@watttieder.com |
| Max Fabricant | on behalf of Plaintiff Inferno Investment Inc. mfabricant@lavelysinger.com |
| Max Fabricant | on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com |
| Michael S Kogan | on behalf of Interested Party Courtesy NEF mkogan@koganlawfirm.com |
| Noreen A Madoyan | on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov |
| Oscar Estrada | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Robert B Kaplan | on behalf of Interested Party Courtesy NEF rbk@jmbm.com rbk@ecf.courtdrive.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Ryan Coy | on behalf of Defendant Hilldun Corporation rcoy@bg.law ecf@bg.law |
| Ryan Coy | on behalf of Cross Defendant Hilldun Corporation a New York Corporation rcoy@bg.law, ecf@bg.law |
| Ryan D O'Dea | on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Interested Party Courtesy NEF rodea@shulmanbastian.com lgauthier@shulmanbastian.com |
| Samuel A Newman | on behalf of Interested Party Richard Saghian sam.newman@sidley.com samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com |
| Sharon Oh-Kubisch | on behalf of Interested Party Courtesy NEF sokubisch@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| Thomas M Geher | on behalf of Interested Party Courtesy NEF tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com |
| Todd M Arnold | on behalf of Debtor Crestlloyd LLC tma@lnbyg.com |
| Todd M Arnold | on behalf of Interested Party Courtesy NEF tma@lnbyg.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 21, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Victor A Sahn
    on behalf of Interested Party Courtesy NEF victor.sahn@gmlaw.com
    vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

William Schumacher
    on behalf of Creditor Yogi Securities Holdings LLC william.schumacher@lathropgpm.com, autodocketecf@milbank.com

Zev Shechtman
    on behalf of Interested Party Courtesy NEF zs@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Creditor Showroom Interiors LLC dba Vesta zs@DanningGill.com,
    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 60

**FILED & ENTERED**

**JUL 21 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bakchell DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

CRESTLLOYD, LLC,

Debtor.

Case No. 2:21-bk-18205-DS

Chapter 11

**ORDER REGARDING "SETTLEMENT PLAN," "NOTICE OF AND MOTION FOR CONFIRMATION OF PLAN," AND "MOTION FOR CONFIRMATION OF PLAN"**

The court has recently received documents from Edward Roark Schwagerl, who has claimed to be an "interested party" in this case. Among these documents is a document titled "Settlement Plan" (the "Plan," Docket No. 505, pages 1-6[1][2]), a document titled "Notice of and Motion for Confirmation of Plan" (the "Notice," Docket No. 505, page 10), and a document titled "Motion for Confirmation of Plan" (the "Motion," Docket No. 505, pages 11-12)[3].

/ / /

---

[1] Due to the presence of what appears to be personally identifying information within the scope of Fed. R. Bankr. P. 9037, the court has filed page 3 of this document under seal. (The "Seal Order," Docket No. 501). The Seal Order requires Mr. Schwagerl to file a non-sealed version of this page with the personally identifying information redacted.

[2] Docket No. 505, Pages 7, 8, and 9 may also be exhibits or other documents related to the Plan. Like page 3, page 9 has been filed under seal pursuant to the Seal Order.

[3] Substantively identical versions of the Notice and the Motion are also included in a separate document filed by Mr. Schwagerl, Docket No. 506.

-1-

In addition to requests that documents and "the Case" be sealed, which the court has addressed in the Seal Order, the Plan, Notice, and Motion appear to request relief with respect to real property located at 944 Airole Way, Los Angeles, California 90077 (the "Property") formerly owned by debtor Crestlloyd, LLC (the "Debtor") and a "Fund" and/or sums of money (possibly as much as $144 billion, based on "deposit slips" attached to the Plan) as to which Mr. Schwagerl evidently believes the court can exercise control. The Plan also states that a hearing may be held on July 27, 2023 at 11:30 a.m.[4]

The Property was sold by the Debtor pursuant to the March 28, 2022 "Order Granting Debtor's Motion: (1) Approving the Sale of the Property Free and Clear of All Liens, Claims, Encumbrances, and Interests with the Exception of Enumerated Exclusions; (2) Finding That the Buyer Is a Good Faith Purchaser; (3) Authorizing and Approving the Payment of Certain Claims from Sale Proceeds; (4) Waiving the Fourteen-Day Stay Period Set Forth in Bankruptcy Rule 6004(h), and (5) Providing Related Relief" entered on March 28, 2022 (the "Sale Order," Docket No. 247). On April 20, 2022, the Debtor filed a statement of sale (Docket No. 286) stating that the sale of the Property to The One Bel Air, LLC, the approved assignee of Richard Saghian, closed on March 30, 2022. Mr. Schwagerl did not file any timely appeal of the Sale Order. Because the Property was sold by the Debtor pursuant to the Sale Order, the court no longer has jurisdiction over the Property.

There are no funds on deposit with the court relating to this case. While the Debtor holds some proceeds of the sale of the Property, it certainly does not have anything close to the $144 billion referenced in the "deposit slips" attached to the Plan. Moreover, there is no indication in the record that Mr. Schwagerl is a creditor of the Debtor. The Plan does not present accurate facts regarding the Debtor and the bankruptcy estate and does not propose a coherent plan of reorganization for the Debtor. Furthermore, the Plan, the Notice, and the Motion do not comply with the Bankruptcy Code or the Federal Rules of

///

---

[4] The reference to a possible hearing is among the non-confidential matters on the sealed page 3 of the Plan.

Bankruptcy Procedure with respect to plans of reorganization, disclosure statements, and confirmation of plans of reorganization.

Based on its review of the Plan, the Notice, the Motion, and the record in this case, the court will dispense with the Plan, the Notice, and the Motion without a hearing. Under Local Bankruptcy Rule 9013-1(j), the court, in its discretion, may dispense with oral argument. L. Bankr. R. 9013-1(j). Even construing Mr. Schwagerl's filings liberally based on his *pro se* status, the court is unable to identify any relief that can be granted. Therefore, to the extent the Plan, the Notice, and the Motion seek any relief, no cause has been shown.

For these reasons,

IT IS HEREBY ORDERED that to the extent the Plan, the Notice, and/or the Motion purport to propose and/or request confirmation of a plan of reorganization for the Debtor, they are denied.

IT IS FURTHER ORDERED that, to the extent Mr. Schwagerl purported to notice a hearing on July 27, 2023 with respect to the Plan, no such hearing will be held.

###

Date: July 21, 2023

Deborah J. Saltzman
United States Bankruptcy Judge