# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CENTRAL CALIFORNIA

Case No.: 2:21-bk-18205

In re : CRESTLLOYD, LLC, debtor

### Notice of Filing Pursuant to ORDER dated July 18, 2023

Pursuant to ORDER dated July 18, 2023 included herein by reference at page 7 (8-11), received on July 29, to wit:

"IF IS FURTHER ORDERED that, within 14 days of entry of this order, Mr. Schwagerl must submit to the court for filing on the public docket versions of pages 3 and 15 of the July 12 Plan and Motion with redaction of only the information protected under FRBP 9037(a)."

Accordingly, please find herewith said "Page 3" and said "Page 15" versions within the meaning of FRBP 9037(a)(4).

Signature: /s/ Edward Roark Schwagerl, Interested Party.  Date: July 18, 2023.
Edward Roark Schwagerl (62cv173317)
Authorized Representative for Edward R. Schwagerl, taxpayer.
Attorney In Fact
d/b/a Minn. SoS File Number File Number 855878600029 Filing Date 11/23/2015
In Care of: #120353, RR C770 – 78, Saint Paul, Minnesota, zip exempt.
Tel. +1 (612) 424-9660
Email: private9660@docs.simplywise.com



8. That the proceeds in toto shown on Deposit Slip 1 and 2 be released as directed herein to Roark deducting the disbursement schedule herein Deposit Slip 2.
9. Reimbursement to co-surety per Doctrine of Contribution in favor of Richard Saghian, Interested Party $146,000,000.00 as co-surety is an approximation that can be adjusted according to specific amounts received by the court in contemplation of his extinguished legal interests dating March 2022; that with said reimbursement a release of collateral assignments be enforced in favor of Roark;
10. That, only as an alternative, the court's receiver Constellation Partners revokes grantor deed, Annex 2 herewith, and reconveys to: Anselm Power and Energy LLC, a New Mexico LLC, and that said Tax Receipts and Recorder's Office Receipts be conveyed.
11. That Roark be granted quiet enjoyment, occupancy, entry, possession of said real property and entry be ordered, that the U.S. Marshalls or local authorities inspect and sweep of any trespassers, squatters, or unauthorized persons or things.
12. that the bills and bank accounts be redeemed as securities within the meaning of Title 31 C.F.R. § 328.5-6 for credit to Treasury Direct Account "Edward Roark Schwagerl". Routing Number **051736158** Account Number ▮▮▮▮▮▮**8494**; completed Form F8888 included herewith; and that any tax debts arising also be tendered according to that same Title 31 C.F.R. § 328.5-6.
13. That Roark's testamentary wishes here take precedence over all prior wills and codicils and is heritable by their immediate family survivors. If there are no immediate family survivors, the assets will be distributed pro rata to nieces and nephews, a codicil to previous testamentary included herein by reference "Letter of Wishes", if there is a conflict this expression shall control.
14. That any other general or special relief in law or equity that can be granted under the circumstances;
15. That the debtor "Crestlloyd LLC" be discharged from bankruptcy;
16. That IF NECESSARY, Notice of Motion and hearing on the motion set for Zoom on 11:30 AM, July 27 in compliance with 14 days advanced notice to parties.

*E.R.S.*

**Master Table of Res, included and made apart herein by reference.**



8. That the proceeds in toto shown on Deposit Slip 1 and 2 be released as directed herein to Roark deducting the disbursement schedule herein Deposit Slip 2.
9. Reimbursement to co-surety per Doctrine of Contribution in favor of Richard Saghian, Interested Party $146,000,000.00 as co-surety is an approximation that can be adjusted according to specific amounts received by the court in contemplation of his extinguished legal interests dating March 2022; that with said reimbursement a release of collateral assignments be enforced in favor of Roark;
10. That, only as an alternative, the court's receiver Constellation Partners revokes grantor deed, Annex 2 herewith, and reconveys to: Anselm Power and Energy LLC, a New Mexico LLC, and that said Tax Receipts and Recorder's Office Receipts be conveyed.
11. That Roark be granted quiet enjoyment, occupancy, entry, possession of said real property and entry be ordered, that the U.S. Marshalls or local authorities inspect and sweep of any trespassers, squatters, or unauthorized persons or things.
12. that the bills and bank accounts be redeemed as securities within the meaning of Title 31 C.F.R. § 328.5-6 for credit to Treasury Direct Account "Edward Roark Schwagerl". Routing Number **051736158** Account Number ▮▮▮▮▮**8494**; completed Form F8888 included herewith; and that any tax debts arising also be tendered according to that same Title 31 C.F.R. § 328.5-6.
13. That Roark's testamentary wishes here take precedence over all prior wills and codicils and is heritable by their immediate family survivors. If there are no immediate family survivors, the assets will be distributed pro rata to nieces and nephews, a codicil to previous testamentary included herein by reference "Letter of Wishes", if there is a conflict this expression shall control.
14. That any other general or special relief in law or equity that can be granted under the circumstances;
15. That the debtor "Crestlloyd LLC" be discharged from bankruptcy;
16. That IF NECESSARY, Notice of Motion and hearing on the motion set for Zoom on 11:30 AM, July 27 in compliance with 14 days advanced notice to parties.

*E.R.S.*

**Master Table of Res, included and made apart herein by reference.**