
STAMP DUTY
TRANSFER TAX PAID
TEN DOLLARS

RR662692550US-32.2.5


Schwagerl

EI231410567US

**FILED**

AUG 16 2023

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                        Deputy Clerk

[-$50,000,000.00]

Notice of Withdrawal
Notice of Fiduciary Assignment
C5000 Treasury Voucher Application


Drawer/Recipient Organization: Edward Roark Schwagerl™
FIDUCIARY : OCCUPANT OF OFFICE OF CLERK OF COURT FEDERAL PROGRAM
AGENCY, "CLERK"
EDWARD ROARK SCHWAGERL TAX PAYMENT DEPOSITARY FUND
***US$144000000000.00***


Kathleen J. Campbell, fiduciary assignee.
Occupant of the Office of Certifying Officer of the Federal Program Agency
U.S. Bankruptcy Court Clerk.
Roybal Federal Bldg.
255 East Temple St., Suite 940
Los Angeles, CA 90012-3332

Application by the undersigned beneficiary to Chief Financial Officer - Clerk of Court for C5000
Treasury Voucher per 12 U.S.C. 391, Treasury Financial Manual, Volume II, Part 4, Chapter
5000, et seq, **Annex 3.**

1. TFM:  Treasury Financial Manual
2. VOLUME II: Federal Reserve Banks and Branches
3. PART 4: Processing Charges To Treasury's General Account
4. CHAPTER 5000: Letter Of Credit - Federal Reserve Bank System Operational
   Requirements

DATA INFORMATION
- STATEMENT OF ACCOUNT Per ORDER (original acceptance on reverse face pages),
  Total US$144,000,000,000.00 Billion (one hundred forty-four billion and 00/100 United
  States Dollars), is hereby withdrawn by this order effective date August 9, 2023, and
  presented in good faith to Officer Agent Kathleen J. Campbell for special processing :
- DEPOSITARY FUND Dollar Limit Available Per Section 5025.40 Letter Of
  Credit:  US$144,000,000,000.00, Sum Certain Amount of One Hundred Forty-Four
  Billion and 00/100 United States Dollars (Tax Credits).  Certifying Officer Campbell
  shall submit 5030.70 TFS FORM 5858 "2-Way Memorandum" Regarding Status of
  Letter of Credit Audit Verifications."
- FACE VALUE of this August 9 ORDER :  US$50,000,000.00 United States Dollars
  (fifty million and 00/100 united states dollars sum certain) in Federal Funds, for final
  credit to beneficiary in lawful money per 12 U.S.C. § 411.
- FRB - FINANCIAL INSTITUTION : Wells Fargo Bank, National Association, c/o
  Owner Trustee Wilmington Trust National Association, who's principal mailing address
  is Rodney Square North, 1100 North Market Street, Wilmington, DE 19890 for letter of
  credit operations.



EI23141056?US

- CREDIT CONFIRMER: Wells Fargo Bank, National Association c/o Owner Trustee Wilmington Trust National Association, for final credit to Edward Roark Schwagerl, Final Beneficiary.
- RECIPIENT ORGANIZATION: EDWARD ROARK SCHWAGERL, a private banking institution and unincorporated business trust organization with a mailing address In Care of 525 Main Street, Unit 120353, Saint Paul, Minnesota 55112, certified copy BNC Certificate Bank Signature Card for Edward Roark Schwagerl™ herewith, a banking institution per Federal Register 515.314.
- SF 1194 signature by *Schwagerl, edward roark©*, a private citizen of the united states, authorized signatory for Recipient Organization, whose name identity is by ORDER at 62cv173317, Authorized Representative for Edward R. Schwagerl, taxpayer, Attorney In Fact, d/b/a Minnesota S.o.S. File Number File Number 855878600029 Filing Date 11/23/2015, who is at all times clothed with ancient prerogative powers devolved from a king.
- FRB, Financial Institution is Wells Fargo Bank, National Association. Local Branch: 2700 39th Ave NE Saint Anthony, MN 55421
- Beneficiary Account Name: Edward Roark Schwagerl
  ABA: 091-000-019
  Account: 3461216396
  Note: demand deposit account endorsed for lawful money account per 12 USC 411 nonreservable (on signature card).
- Wells Fargo Bank, National Association c/o Owner Trustee Wilmington Trust National Association is Financial Institution, credit confirmer, or 5025.10 Checks Paid Technique, authorized to draw on the Letter of Credit on behalf of Recipient Organization.
- Information on the letter of credit and Payment Voucher & Signature Card are verified, valid and full legal effect per Letter of Credit (part 5020) attached herewith Bank Signature Card BNC Certificate of Recipient Organization manual signature "new original" attached matching BNC copy on file. Clerk of Court shall send a certified letter of credit and signature card to the Cash Management Regulations and Compliance Staff (II TFM 5-5095). THIS SIGNATURE FOR 5030.20 SF 1194 "Authorized Signature Card for Payment Vouchers on Letter of Credit," to wit:

*[Banker's Signature Card]*

*Sch~/, ~/~ R~/*
*Edward - Roark ; Schwagerl*

(matches favorably to filed Banker's Signature Card on attached BNC certificate **Annex 2**)

Note : Ordinarily, the SF 1193 and/or SF 1194 will be mailed from the Cash Management Regulations and Compliance Staff no later than the next business day under cover of TFS Form 5851.

Affirmative Indentured Instructions to Fiduciary Assignee Agency Officer Kathleen J. Campbell, "Clerk": Clerk is "certifying officer" of the "Federal Program Agency" authorized payments to a Recipient Organization and is fiscal agent of the United States and Agency for the Federal Program within the meaning of 5025.40 Letter of Credit. PAYMENT VOUCHER NUMBER 1 SF 1194 TO BE COMPLETED BY CLERK; and, Clerk is further mandated and directed :

1. to trace and administer the C5000 Program the fund sum certain amount United States Dollars $144 Billion (one hundred forty four billion USD) ("FUND") shown in court ORDER dated July 21, 2023, shown in Annex 1, on reverse bearer indorsed financial instrument pages is the original issued papers, to the Treasury nonreservable tax payment note account on or about February 28, and March 27, 2023 in the name of Edward Roark Schwagerl, or Edward Roark Schwagerl Trust. Indorsed "NONRESERVABLE ALLONGE ENDORSEMENT TAX PAYMENT" [equity tracers RR662692550US-32.1.7 / RE637635923US-32.1.8] Registered Mail No. RE 637 836 190 US ($72 billion) & [equity tracer RR662692550US-29.858], Mailing Account No. EJ926144823US-April 4, 2023 - [Indorsed Certificate H8428113 - $72 billion].
2. to authorize payments to Recipient Organization and deliver up 5030.50 TFS FORM 5401 "Payment Voucher on Letter of Credit" to Recipient Organization to use as needed by same.

*R.S.S.*

EI231410567US

3. to annotate SF1193 to authorize to pay such amounts maximum of FACE VALUE VOUCHER AMOUNT $50,000,000.00 USD (sum certain amount of fifty million united states dollars).
4. to send a certified letter of credit and signature card to the Cash Management Regulations and Compliance Staff (II TFM 5-5095) by submitting 5030.60 -TFS FORM 5851 "Treasury Letter of Credit Transmittal."
5. TO DELIVER PAYMENT VOUCHERS to Recipient Organization per BNC certificate address to wit: 525 Main Street, #120353, St Paul, Mn 55112, with the proper information already completed, amounts and signature left blank, for future use as funds are needed by Recipient Organization.
6. to act in good faith to complete any other necessary and/or requisite procedures and administration in or completion of Letter of Credit within the meaning of C5000 and this payment order for compliance and successful transmittal.
7. to supply sequential numbers starting with 1, 2, 3, ... on Letter of Credit Vouchers SF 1193 and SF 1194.
8. to use the above DATA for forms SF 1193 and SF 1194, and for Form 5401.
9. If everything is in order, a duplicate copy of the transmittal shall be signed, dated, and returned no later than the next business day to:

Cash Management Regulations and Compliance Staff
Administrative Services
Bureau of Government Financial Operations
Department of the Treasury
Treasury Annex No. 1, PB-809
Washington, DC 20226

I, _Edward-Roark; Schwagerl_, Edward Roark Schwagerl, a private citizen of the United States certify and declare that I am duly authorized to sign payment vouchers on behalf of recipient organization Edward Roark Schwagerl™ at including but not limited to Federal Reserve Bank Branch Wells Fargo Bank, National Association Account number 3461216396 (12 USC 411 nonreservable), and only 1 signature is required for SF 1194 and that said SF 1194 shall be annotated to process amounts up to $50,000,000.00 USD (fifty million and no cents, united states dollars).

[sign-manual-seal]

Fund Owner. Subrogee to United States Treasury, a private citizen of the United States.
Settlor/Testator*
Adult Name Order: Edward Roark Schwagerl (62cv173317)
Authorized Representative for Edward R. Schwagerl, taxpayer
Attorney In Fact
Grantor-Trustee of/to/for Edward Roark Schwagerl Living Estate Trust, #171013 amended.
d/b/a Minn. SoS File Number File Number 855878600029 Filing Date 11/23/2015
In Care of: post office box #120353, Saint Paul, Minnesota, 55112
Tel. +1 (612) 720-3784 ; Email: rr662692550us29trust@gmail.com

* *Testamentary Codicil expression : Testamentary, Transfer on Death. Should at any time my life cease or irreparably incapacitated prior to the complete and total disbursement of funds while still in your care it is obligatory that the court protect and disburse my remaining personal estate be fully distributed to my surviving wife in succession, if not, then all my children, if not, my nieces and nephews equally or to their respective guardians. In good faith at will.*

Executed this __9th__ day of August 2023 at Ramsey County, Minnesota by Fund Owner—General Executor—Recipient Organization Authorized Representative.

Annex 1 : original ORDER July 21, bearer endorsement
Annex 2 : true copy of filed BNC filed form "Banker's Signature Card" effaced with favorably matching original signature for SF 1193 purposes
Annex 3: Treasury's C5000 Program courtesy copy (my highlights).

_e.r.s._

EI231410567US

## Certificate of Interested Parties

| 1 | Wells Fargo Bank, National Association<br>c/o Wilmington Trust, National Association, 1100 North Market Street, Wilmington, Delaware 19890-0001<br>telephone number: 302-636-6000 | EI 231 410 575 US |
|---|---|---|
| 2 | Lee Ann Bennett, Deputy Director<br>Administrative Office of the United States Courts<br>One Columbus Circle, NE<br>Washington, D.C. 20544 | EI 231 410 584 US |
| 3 | Cash Management Regulations and Compliance Staff<br>Administrative Services<br>Bureau of Government Financial Operations<br>Department of the Treasury<br>Treasury Annex No. 1, PB-809<br>Washington, DC 20226 | EI 231 410 598 US |
| 4 | Kathleen J. Campbell<br>Occupant Of The Office of Certifying Officer of The Federal Program Agency<br>U.S. Bankruptcy Court Clerk.<br>Roybal Federal Bldg.<br>255 East Temple St., Suite 940<br>Los Angeles, CA 90012-3332 | EI 231 410 567 US |

### Mail Carrier-In-Fact Certificate of Mailing

I certify that a true copy of the:

**Notice of Withdrawal, Notice of Fiduciary Assignment, C5000 Treasury Voucher Application**

was placed in a sealed envelope and placed in the custody hand to hand delivered to an official postal clerk at an official place of business of the U.S. Mail account numbers EI 231 410 575 US, EI 231 410 584 US, and EI 231 410 598 US for collection and mailing on the date and at the place shown above Certificate of Interested Parties following special priority point to point delivery practice. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is privately placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Place of mailing: New Brighton, Minnesota 55112
On Date: August 9, 2023.
by _____, Mail Carrier-In-Fact - Mailer.
Schwagerl, Edward Roark

EI231410567US

TENDER FOR ORDER EXEMPLIFICATION & C5000 VOUCHER

```
===================================
  I  2  4  6  0  9  3  3  4  A
===================================
```

FOR, AND IN CONSIDERATION OF, ONE DOLLAR LAWFUL CURRENCY OF THE UNITED STATES OF AMERICA TENDERED BY EDWARD ROARK SCHWAGERL.

by: *[signature]*
nation Minnesota.
general post-office.
county Ramsey.
united States of America.
near. [55112-9998]

*ers*

**2:21-bk-18205-DS Crestlloyd, LLC**

ACCEPTANCE
For Nonreservable Deposit
$144000000000.00

By: _____, Agent
ROARK SCHWAGERL, Principal
Payable to the bearer

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the on attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

**Edward Roark Schwagerl**
**525 Main Street**
**P.O. Box 120353**
**Saint Paul, MN 55112**

FILED
JUL 21 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

**Edward Roark Schwagerl**
**P.O. Box 120353**
**Saint Paul, MN 55112**

Presentation to the United States Treasury Fiscal Agent of the United States for redemption or in exchange for securities of a new issue, in accordance with written instructions submitted by Kathleen J Campbell, Clerk of Court Certifying Officer of the Federal Program Agency

☐ Service information continued on attached page

Date:   7/21/2023          Signature:   /s/ Mary Bakchellian

                           Deputy Clerk :    Mary Bakchellian

ACCEPTANCE
For Nonreservable Deposit
$1440000000000.00
By: _____, Agent
For: EDWARD ROARK SCHWAGERL, Principal
Payable to the bearer
Without Recourse & Collection

FILED & ENTERED

JUL 21 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

CRESTLLOYD, LLC,

Debtor.

Case No. 2:21-bk-18205-DS

Chapter 11

**ORDER REGARDING "SETTLEMENT PLAN," "NOTICE OF AND MOTION FOR CONFIRMATION OF PLAN," AND "MOTION FOR CONFIRMATION OF PLAN"**

The court has recently received documents from Edward Roark Schwagerl, who has claimed to be an "interested party" in this case. Among these documents is a document titled "Settlement Plan" (the "Plan," Docket No. 505, pages 1-6[1][2]), a document titled "Notice of and Motion for Confirmation of Plan" (the "Notice," Docket No. 505, page 10), and a document titled "Motion for Confirmation of Plan" (the "Motion," Docket No. 505, pages 11-12)[3].

/ / /

---

[1] Due to the presence of what appears to be personally identifying information within the scope of Fed. R. Bankr. P. 9037, the court has filed page 3 of this document under seal. (The "Seal Order," Docket No. 501). The Seal Order requires Mr. Schwagerl to file a non-sealed version of this page with the personally identifying information redacted.

[2] Docket No. 505, Pages 7, 8, and 9 may also be exhibits or other documents related to the Plan. Like page 3, page 9 has been filed under seal pursuant to the Seal Order.

[3] Substantively identical versions of the Notice and the Motion are also included in a separate document filed by Mr. Schwagerl, Docket No. 506.

-1-

(Left margin, vertical text): Presentation to the United States Treasury Fiscal Agent of the United States, for redemption or in exchange for securities of a new issue, in accordance with written instructions submitted by Kathleen H Campbell, Clerk of Court of the federal agency

1    In addition to requests that documents and the Case be sealed, which the court
2    has addressed in the Seal Order, the Plan, Notice, and Motion appear to request relief with
3    respect to real property located at 944 Airole Way, Los Angeles, California 90077 (the
4    "Property") formerly owned by debtor Crestlloyd, LLC (the "Debtor") and a "Fund" and/or
5    sums of money (possibly as much as $144 billion, based on "deposit slips" attached to the
6    Plan) as to which Mr. Schwagerl evidently believes the court can exercise control. The
7    Plan also states that a hearing may be held on July 27, 2023 at 11:30 a.m.[4]
8        The Property was sold by the Debtor pursuant to the March 28, 2022 "Order
9    Granting Debtor's Motion: (1) Approving the Sale of the Property Free and Clear of All
10   Liens, Claims, Encumbrances, and Interests with the Exception of Enumerated Exclusions;
11   (2) Finding That the Buyer Is a Good Faith Purchaser; (3) Authorizing and Approving the
12   Payment of Certain Claims from Sale Proceeds; (4) Waiving the Fourteen-Day Stay Period
13   Set Forth in Bankruptcy Rule 6004(h); and (5) Providing Related Relief" entered on March
14   28, 2022 (the "Sale Order," Docket No. 247). On April 20, 2022, the Debtor filed a
15   statement of sale (Docket No. 286) stating that the sale of the Property to The One Bel Air,
16   LLC, the approved assignee of Richard Saghian, closed on March 30, 2022. Mr.
17   Schwagerl did not file any timely appeal of the Sale Order. Because the Property was sold
18   by the Debtor pursuant to the Sale Order, the court no longer has jurisdiction over the
19   Property.
20       There are no funds on deposit with the court relating to this case. While the Debtor
21   holds some proceeds of the sale of the Property, it certainly does not have anything close
22   to the $144 billion referenced in the "deposit slips" attached to the Plan. Moreover, there is
23   no indication in the record that Mr. Schwagerl is a creditor of the Debtor. The Plan does
24   not present accurate facts regarding the Debtor and the bankruptcy estate and does not
25   propose a coherent plan of reorganization for the Debtor. Furthermore, the Plan, the
26   Notice, and the Motion do not comply with the Bankruptcy Code or the Federal Rules of
27   ///
28   ――――――――
[4] The reference to a possible hearing is among the non-confidential matters on the sealed page 3 of the Plan.

-2-

ACCEPTANCE
For Nonreservable Deposit
$144000000000.00
By: _____ Agent
For: EDWARD ROARK SCHWAGERL, Principal
Payable to the bearer
Without recourse  For Collection

Presentation to the United States Treasury Fiscal Agent of the United States, for redemption or in exchange for securities of a new issue, in accordance with written instructions submitted by Kathleen Campbell, Clerk Certifying Officer of the Federal Program Agency

Bankruptcy Procedure with respect to plans of reorganization, disclosure statements and confirmation of plans of reorganization.

Based on its review of the Plan, the Notice, the Motion, and the record in this case, the court will dispense with the Plan, the Notice, and the Motion without a hearing. Under Local Bankruptcy Rule 9013-1(j), the court, in its discretion, may dispense with oral argument. L. Bankr. R. 9013-1(j). Even construing Mr. Schwagerl's filings liberally based on his *pro se* status, the court is unable to identify any relief that can be granted. Therefore, to the extent the Plan, the Notice, and the Motion seek any relief, no cause has been shown.

For these reasons,

IT IS HEREBY ORDERED that to the extent the Plan, the Notice, and/or the Motion purport to propose and/or request confirmation of a plan of reorganization for the Debtor, they are denied.

IT IS FURTHER ORDERED that, to the extent Mr. Schwagerl purported to notice a hearing on July 27, 2023 with respect to the Plan, no such hearing will be held.

###

Date: July 21, 2023

Deborah J. Saltzman
United States Bankruptcy Judge

-3-

*Banker's Signature Card*

| 6. AUTHORIZATION | |
|---|---|
| **To be completed if subscriber is a public or private entity:** | |
| *I, the undersigned, am a representative of the above-named entity, and I am authorized to give consent on behalf of the named entity. Bankruptcy notices for the above named entity, and any attached entity names (spelling variations) and addresses, should be directed to the named entity. The information submitted on this form is true and correct. Neither the BNC nor the court bears any liability for errors resulting from the information submitted herein or from future amendments to this information.* | |
| Name of Authorized Representative (printed): | Edward-Roark: Schwagerl / Schwagerl, Edward-Roark, 62CV173317 |
| Signature: | By: Roark, Auth. Rep, All Rights Reserved |
| Job Title: | Attorney In Fact, Subrogee |
| Entity: | Edward Roark Schwagerl |
| Date: | July 8, 2022 [245 9789.2 3053 G/an] |
| **To be completed if subscriber is an individual:** | |
| *Bankruptcy notices for my name and addresses provided above, and any attached spelling variations, should be directed to my e-mail address and or preferred mailing address above. The information submitted on this form is true and correct. Neither the BNC nor the court bears any liability for errors resulting from the information submitted herein or from future amendments to this information.* | |
| Name: | Schwagerl: Edward-Roark |
| Signature: | By: Schwagerl, Beneficiary, All Rights Reserved |
| Date: | July 8, 2022 [June 25, 2022 G/an] |

E-mail, mail, or fax the signed form to the BNC at:

BAE SYSTEMS - Attention BNC Dept.
45479 Holiday Drive
Sterling, VA 20166-9411

E-mail: ebn@baesystems.com
Fax: (571) 392-9103



For additional information, go to the program web page at bankruptcynotices.uscourts.gov or call the toll-free help line at 1-877-837-3424.

Rev. 06/11/2018
BNC# 335100

Page 6

Schwagerl

# Chapter 5000

LETTER OF CREDIT - FEDERAL RESERVE BANK SYSTEM OPERATIONAL REQUIREMENTS

This chapter prescribes the operating procedures, forms and format to be followed by Federal Reserve banks and branches (FRBS) for letter-of-credit operations.

**Section 5015 -AUTHORITY**

12 U.S.C. 391 authorizes the Secretary of the Treasury to use Federal Reserve banks and branches as depositaries and fiscal agents of the United States.

**Section 5020 -LETTER OF CREDIT -FEDERAL RESERVE BANK SYSTEM**

Functions of the system are summarized as follows:

- The Federal program agency will obtain the manual signatures of recipient organization officials authorized to sign payment vouchers drawn on the letter of credit.

- The Federal program agency will send a certified letter of credit and signature card to the Cash Management Regulations and Compliance Staff (II TFM 5-5095). This staff will transmit the letter of credit and signature card to the appropriate Federal Reserve bank (FRB) after the signature of the certifying officer of the Federal program agency and information on the letter of credit and signature card are verified. Responsibility for the amount authorized and validity or legal effect of signatures entered on any letter of credit or signature card rests entirely with the certifying officer of the Federal program agency, not the FRB.

- As funds are needed, the recipient organization will submit a properly completed payment voucher to the financial institution for transmission to the appropriate FRB. Payment vouchers are generally considered as noncash items and are credited to the account of a financial institution which has access to services provided by a FRB.

- The FRB will review the payment voucher and, if proper for payment, **credit the account of the financial institution** and **charge the account of the Treasury with the amount of the voucher.**

**Section 5025 -DEFINITIONS**

**5025.10 -Checks Paid Technique.** This term refers to a special technique of payment where by a financial institution or FRB is authorized to draw on the

letter of credit on behalf of the recipient organization.

**5025.20 -Federal Program Agency.** This term refers to an entity of the Federal Government which authorizes payments to a recipient organization.

**5025.30 -Financial Institution.** This term refers to a financial organization having direct or indirect access to Federal Reserve services and having demand deposit accounts.

**5025.40 -Letter of Credit.** This term means a commitment, certified by an authorized certifying officer of a Federal program agency, specifying a dollar limit available to a designated recipient organization.

**5025.50 -Letter of Credit -Federal Reserve Bank System.** This term identifies the system whereby the letters of credit are maintained and serviced by Federal Reserve banks acting for the United States Treasury.

**5025.60 -Recipient Organization.** This term refers to an organization outside the Federal Government receiving payments of Federal funds.

**Section 5030 -FORMS**

The following forms, illustrated in Appendix No. 1 to this chapter, are used under the Letter of Credit -Federal Reserve Bank System:

Form Number Title

SF 1193 Letter of Credit

SF 1194 Authorized Signature Card for Payment Vouchers on Letter of Credit

TFS Form 1207 Statement of Inactive Letters of Credit

TFS Form 1214 Rejected Payment Vouchers on Letters of Credit

TFS Form 5401 Payment Voucher on Letter of Credit

TFS Form 5851 Treasury Letter of Credit Transmittal

TFS Form 5858 2-Way Memorandum Regarding Status of Letter of Credit Audit Verifications

**5030.10 -SF 1193 "Letter of Credit."** This form will be used by Federal program agencies to issue letters of credit under the Letter of Credit-Federal Reserve Bank System.

**5030.20 -SF 1194 "Authorized Signature Card for Payment Vouchers on Letter of Credit."** This form will be used to designate the signatures of the recipient organization officials authorized to sign letter-of-credit payment vouchers.

**5030.30** -**TFS Form 1207 "Statement of Inactive Letters of Credit."** This form will be used to report the status of inactive letters of credit to FRBS.

**5030.40** -**TFS Form 1214 "Rejected Payment Vouchers on Letters of Credit."** This form will be used by FRBs to explain the reason for rejecting a payment voucher.

**5030.50** -**TFS FORM 5401 "Payment Voucher on Letter of Credit."** This form will be used by a recipient organization to withdraw funds on a letter of credit.

**5030.60** -**TFS FORM 5851 "Treasury Letter of Credit Transmittal."** This form will be used by the Bureau of Government Financial Operations (BFGO) to transmit SF 1193, SF 1194, and other letter-of-credit information to the FRBS.

**5030.70** -**TFS FORM 5858 "2-Way Memorandum" Regarding Status of Letter of Credit Audit Verifications.** This form will be used to certify that letter-of-credit balances have been verified and are correct. Furthermore, it will be used by the FRBs to report exceptions to balances.

**5030.80** -**Special Forms.** Upon approval from the Cash Management Regulations and Compliance Staff, Federal program agencies may use special forms to issue letters of credit. When processing these forms, FRBs shall apply the same operational requirements as pertinent to the SF 1193.

**Section 5035** -**ESTABLISHING THE LETTER OF CREDIT**

**5035.10** -**Receipt of Letter-of-Credit Documents.** Cash Management Regulations and Compliance Staff will use TFS Form 5851 to forward letter-of credit documents. Upon receipt of TFS Form 5851, the FRB shall verify the signature of the Cash Management Regulations and Compliance Staff representative appearing on the transmittal against signatures of those individuals authorized to sign a TFS Form 5851 identified in correspondence signed by the Commissioner, BGFO, or an appropriate designee. FRBs will be notified as changes in authorizations occur. If an unauthorized signature appears on the transmittal or the transmittal is unsigned, the FRB must contact the Cash Management Regulations and Compliance Staff before processing any documents. After verifying the signature, the FRBs shall insure that the typed information on the transmittal agrees with the letter-of-credit documents attached.

The Cash Management Regulations and Compliance Staff will examine all letter-of-credit documents for completeness and accuracy prior to transmitting the documents. In the event there is extraneous, missing, or erroneous data, the Cash Management Regulations and Compliance Staff must be notified before any further action is taken. If everything is in order, the duplicate copy of the transmittal shall be signed, dated, and returned no later than the next business day to:

    Cash Management Regulations

and Compliance Staff
Administrative Services
Bureau of Government Financial
Operations
Department of the Treasury
Treasury Annex No. 1, PB-809
Washington, DC 20226

**5035.20 - Receipt of Letter-of-Credit Information by Wire.** The Cash Management Regulations and Compliance Staff will wire letter-of-credit information when circumstances warrant. FRBs will accept and act on wired information received from the Cash Management Regulations and Compliance Staff. A FRB, at its own discretion, may use a callback procedure to verify wired information received from the Cash Management Regulations and Compliance Staff. Occasionally, the Cash Management Regulations and Compliance Staff will telecopy signature cards when a FRB has the means available to receive such information. Ordinarily, the SF 1193 and/or SF 1194 will be mailed from the Cash Management Regulations and Compliance Staff no later than the next business day under cover of TFS Form 5851.

**5035.30 - Examination of Letter-of-Credit Documents.** Federal Reserve banks shall examine for completeness each initial letter of credit and signature card received from the Cash Management Regulations and Compliance Staff. At a minimum, the FRBs shall verify that...

- The correct FRB is indicated on the SF's 1193 and 1194.

- The name of the recipient organization appearing on the SF 1193 agrees with the corresponding SF 1194.

- The letter-of-credit number on the SF 1193 agrees with the SF 1194.

- An amount authorized is indicated on the SF 1193 and a period of availability of funds is checked.

- A block is checked on the SF 1194 indicating the number of signatures required to draw on the letter of credit.

- The SF's 1193 and 1194 are signed.

**5035.40 - Amendments to Letter of Credit.** Amendments to letters of credit will be transmitted to the appropriate FRBs by the Cash Management Regulations and Compliance Staff. FRBs must review all amendments received for completeness by verifying that...

- The Letter of Credit is currently on file.