FILED & ENTERED

SEP 15 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

CRESTLLOYD, LLC,

                                    Debtor.

Case No. 2:21-bk-18205-DS

Chapter 11

**ORDER REGARDING "NOTICE OF SPECIAL & GOOD TENDER AND MOTION FOR RELATED RELIEF UNDER SALE ORDER MARCH 28, 2022 NO 247"**

The court has recently received documents from Edward Roark Schwagerl, who has claimed to be an "interested party" in this case.  The first page of the package received by the court is titled "Notice of Special & Good Tender and Motion for Related Relief Under Sale Order March 28, 2022 No 247" (the "Filing," Docket No. 520).  Among other things, the Filing states that it seeks "amendment of above referenced said Sale Order on the grounds of this good 'Tender' …."  The "Sale Order" referred to appears to be the "Order Granting Debtor's Motion: (1) Approving the Sale of the Property Free and Clear of All Liens, Claims, Encumbrances, and Interests with the Exception of Enumerated Exclusions; (2) Finding That the Buyer Is a Good Faith Purchaser; (3) Authorizing and Approving the Payment of Certain Claims from Sale Proceeds; (4) Waiving the Fourteen-Day Stay Period Set Forth in Bankruptcy Rule 6004(h), and (5) Providing Related Relief" entered on March 28, 2022 (the "Sale Order," Docket No. 247).

1    The court will dispense with the Filing without a hearing. Under Local Bankruptcy

2    Rule 9013-1(j), the court, in its discretion, may dispense with oral argument. L. Bankr. R.

3    9013-1(j).  Even construing the Filing liberally based on Mr. Schwagerl's *pro se* status, the

4    court is unable to identify any basis for amendment of the Sale order or any other relief.

5    Therefore, to the extent the Filing seeks amendment of the Sale Order or any other relief,

6    no cause has been shown.

7        For these reasons,

8        IT IS HEREBY ORDERED that to the extent the Filing requests amendment of the

9    Sale Order or any other relief, it is denied.

10                                    ###

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: September 15, 2023

Deborah J. Saltzman
United States Bankruptcy Judge

25

26

27

28