DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JOSEPH M. ROTHBERG (State Bar No. 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYG.COM; TMA@LNBYG.COM; JMR@LNBYG.COM

Attorneys for Crestlloyd, LLC, the debtor and debtor-in-possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re,<br><br>CRESTLLOYD, LLC,<br>        Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br>        Plaintiff,<br> v.<br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br>        Defendants. | **NOTICE OF MOTION OF DEBTOR TO APPROVE COMPROMISE OF CONTROVERSY WITH JUSTINE ENGLANOFF, NICOLE ENGLANOFF, AND JACQUELINE ENGLANOFF**<br><br>[Federal Rule of Bankruptcy Procedure 9019 and Local Bankruptcy Rule 9013-1(o)(1)]<br><br>[No Hearing Required] |
| CRESTLLOYD, LLC, a California limited liability company,<br>        Cross-Claimant,<br> v.<br>INFERNO INVESTMENT, INC., a Quebec Corporation; NILE NIAMI, an individual; YVONNE NIAMI, an individual, GROUND VIEW LLLP, a Nevada limited liability limited partnership; 1369 LONDONDERRY ESTATE LLC, a California limited liability company; MARBELLA CONSTRUCTION INC., a | |

1

California limited liability company; N:PHILANTHROPY LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; TROUSDALE ESTATE, LLC, a Nevada limited liability Company; JOSEPH ENGLANOFF, an individual; JUSTINE ENGLANOFF, an individual; NICOLE ENGLANOFF , an individual; JACQUELINE ENGLANOFF, an individual; HILLDUN CORPORATION, a New York corporation.

Cross-Defendants.

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Crestlloyd, LLC (the "Debtor" or "Plaintiff"), hereby moves (the "Motion") this Bankruptcy Court for an Order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(o)(1), approving that certain Settlement Agreement and Mutual Releases (the "Agreement") entered into by and among the Plaintiff and Justine Englanoff ("Justine"), Nicole Englanoff ("Nicole"), and Jacqueline Englanoff ("Jacqueline") (collectively, the "Settling Defendants") with respect to the resolution of the Plaintiff's cross-claims in the adversary proceeding bearing case number 2:22-ap-01125-DS, against Defendants (the "Adversary Proceeding").

The Agreement relates to the following factual background:

On October 26, 2021 (the "Petition Date"), the Debtor initiated its bankruptcy case by filing a voluntary petition under chapter 11 of title 11 of the United States Code §§ 101, *et seq.* (the "Bankruptcy Code").[1]

At the time of filing, the Debtor's primary asset consisted of residential real property located at 944 Airole Way, Los Angeles, CA 90077 (the "Property"). On March 28, 2022, the Court approved the sale of the Property for $126 million plus the $11.970 million Rebate from the auctioneer, for a total of $137.97 million. (Dkt No. 247). On May 27, 2022, the Court entered an order authorizing the Debtor to pay $82,500,000 of the net proceeds from the sale to Hankey Capital

---

[1] Unless otherwise stated, all Section references herein are to the Bankruptcy Code.

2

"without prejudice to any and all parties' rights to assert claims and defenses as may be appropriate, including but not limited to the right to claw back any portion of the monies paid." (Dkt No. 350).

On June 9, 2022, Inferno Investment, Inc. commenced this Adversary Proceeding against the Debtor; Hankey Capital, LLC; Yogi Securities Holdings, LLC; and Hildun Corporation. Adv. (Dkt. No. 1).

On August 10, 2022, the Debtor filed cross-claims against Inferno Investment, Inc.; Nile Niami; Yvonne Niami; Ground View LLP; 1369 Londonderry Estate, LLC; Marbella Construction Inc.; N:Philanthropy LLC; Yogi Securities Holdings LLC; Trousdale Estate LLC; Joseph Englanoff; Justine; Nicole; Jacqueline, and Hilldun Corporation. (Adv. Dkt No. 27).

On November 18, 2022, the Settling Defendants filed an answer to the Debtor's cross-claims. (Adv. Dkt No. 105). Following lengthy negotiations, the Debtor and the Settling Defendants have agreed to settle the disputes by and among them regarding cross-claims nos. 17, 18, 19, and 20 of the Debtors' cross-complaint.[2]

Under the terms of the Agreement, the Settling Defendants shall pay $40,000 to the Debtor in resolution of the cross-claims asserted against the Settling Defendants in the Debtor's cross-complaint.

Because the Agreement resolves the Debtor's cross-claims (that total $63,000) for $40,000 without the delay and expense of protracted and uncertain litigation, the Debtor submits that the compromise is fair and reasonable and should be approved by the Court.

**PLEASE TAKE FURTHER NOTICE** that this Motion is made pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure on the grounds that the Debtor, in the exercise of its business judgment, has determined that it is in the best interests of the estate to fully resolve the disputes with Settling Defendants concerning the Debtor's cross-claims. The Agreement is the product of the parties' extensive negotiations, and, ultimately, a consensual resolution.

---

[2] The cross-claims allege that Justine, Nicole, and Jacqueline received fraudulent transfers totaling $63,000 in August 2017 from the sale proceeds of Crestlloyd's Hillcrest Property. *See* Cross-Complaint, (Adv. Dkt. 27 at p. 39-43).

1  Accordingly, the Debtor submits that the compromise is fair and reasonable and should, therefore, be approved by the Court.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice of Motion filed concurrently herewith, this Motion, the Memorandum of Points and Authorities and the Declaration of Joseph Rothberg attached hereto, the entire record in this case, and such further evidence as may be made.

**PLEASE TAKE FURTHER NOTICE** that should you wish to obtain a copy of the Motion and the papers filed in support thereof, you may do so by contacting counsel for the Debtor whose name and contact information appears on the top left-hand corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(o)(1) any response and request for a hearing must be filed with the Court and served on the Debtor and its counsel and the Office of the United States Trustee within fourteen (14) days after the date of service of this Notice, plus three (3) additional days if you were served by mail or pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) or (F).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h) failure to timely file and serve a response may be deemed by the Court as consent to the granting of the Motion.

///

///

///

4

1     **WHEREFORE**, the Plaintiff respectfully requests that the Court enter an order:

2     1.    Granting the Motion;

3     2.    Approving the Agreement;

4     3.    Authorizing the Plaintiff and Settling Defendants to take any and all steps necessary to effectuate the Agreement under the terms and conditions set forth in the Agreement; and

6     4.    Granting such other and further relief as the Court deems just and proper.

Dated: October 3, 2023

LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.

By:   /s/    *Joseph M. Rothberg*
    DAVID B. GOLUBCHIK
    TODD M. ARNOLD
    JOSEPH M. ROTHBERG
Attorneys for Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Notice Of Motion Of Debtor To Approve Compromise Of Controversy With Justine Englanoff, Nicole Englanoff, And Jacqueline Englanoff** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 3, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**  kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**  tma@lnbyg.com
- **Jerrold L Bregman**  jbregman@bg.law, ecf@bg.law
- **Ryan Coy**  rcoy@bg.law, ecf@bg.law
- **Marguerite Lee DeVoll**  mdevoll@watttieder.com
- **Karol K Denniston**  karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Oscar Estrada**  oestrada@ttc.lacounty.gov
- **Max Fabricant**  mfabricant@lavelysinger.com
- **Danielle R Gabai**  dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Thomas M Geher**  tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**  dbg@lnbyg.com, dbg@lnbyg.com
- **Andrew Goodman**  agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Jonathan Gottlieb**  jdg@lnbyg.com
- **Robert B Kaplan**  rbk@jmbm.com, rbk@ecf.courtdrive.com
- **Jane G Kearl**  jkearl@watttieder.com
- **Jennifer Larkin Kneeland**  jkneeland@watttieder.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Noreen A Madoyan**  Noreen.Madoyan@usdoj.gov
- **John A Moe**  john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Samuel A Newman**  sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**  rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**  sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**  hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Joseph M Rothberg**  jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Victor A Sahn**  victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com, Karen.Files@gmlaw.com
- **William Schumacher**  wschumacher@winthrop.com, autodocketecf@milbank.com
- **David Seror**  dseror@bg.law, ecf@bg.law
- **Zev Shechtman**  zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**  gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com
- **Jessica Wellington**  jwellington@bg.law, ecf@bg.law

**2. SERVED BY UNITED STATES MAIL**: On **October 3, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Deborah J. Saltzman
United States Bankruptcy Court
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 3, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 3, 2023 | Rebecka Merritt | */s/ Rebecka Merritt* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing        Crestllyod, LLC                          Goodman Law Offices, A Professional Corporat
0973-2                                  c/o SierraConstellation Partners LLC    30700 Russell Ranch Rd
Case 2:21-bk-18205-DS                   355 S. Grand Avenue Suite 1450          Ste 250
Central District of California          Los Angeles, CA 90071-3152              Westlake Village, CA 91362-9507
Los Angeles
Tue Oct  3 09:38:34 PDT 2023

Interno Investment, Inc.                (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE   Levene, Neale, Bender, Yoo & Golubchik LLP
4-95 Kandaher,                          ATTN BANKRUPTCY UNIT                    2818 La Cienega Avenue
Mont Tremblant                          PO BOX 54110                            Los Angeles, CA 90034-2618
Quebec Canada                           LOS ANGELES CA 90054-0110


Los Angeles Division                    Alvandi Law Group, P.C.                 American Truck & Tool Rentals Inc.
255 East Temple Street,                 Gil Alvandi                             Tom Murray, CEO and President
Los Angeles, CA 90012-3332              2955 Main St. Suite 110                 88 W. Victoria St.
                                        Irvine, CA 92614-2527                   Long Beach, CA 90805-2157


Amy P. Lally, Esq.                      BMC West LLC                            BMC West LLC
Sidley Austin LLP                       3250 N. San Fernando Rd.                David Filtman, CEO
1999 Avenue of the Stars                Los Angeles, CA 90065-1415              4800 Falls of Neuse Rd., Ste. 400
17th Floor                                                                      Raleigh, NC 27609-8142
Los Angeles, CA 90067-4622

Biabani & Associates, Inc.              Bradford Sheet Metal                    Branden Williams
1600 Sawtelle Bl #104                   4164 Sopp Road                          257 N. Cannon Dr., 2nd Fl.
Los Angeles, CA 90025-3197              Mojave, CA 93501-7196                   Beverly Hills, CA 90210-4361


Brunswick Corp.                         Brutzkus Gubner                         Buchalter, APC
26125 N. Riverwoods Blvd.               David Seror                             Jeffrey S. Wruble
Ste 500                                 21650 Oxnard St., Suite 500             1000 Wilshire Blvd., Suite 1500
Lake Forest, IL 60045-4811              Woodland Hills, CA 91367-4911           Los Angeles, CA 90017-1730


C.G.S. Custom Glass Specialists         CAD Stone Works Inc.                    Calgrove Rentals Inc.
4536 Ish Drive                          4533 Van Nuys Bl. #201                  21627 Roscoe Bl.
Simi Valley, CA 93063-7666              Sherman Oaks, CA 91403-2950             Canoga Park, CA 91304-4159


Calgrove Rentals Inc.                   Caprenos Inc.                           Carcassone Fine Homes, LLC
Guadalupe Gomez, President              Cindee Wood  Authorized Agent           c/o Hamid R. Rafatjoo
456 Glenoaks Blvd.                      4345 Murphy Canyon Road #200            1800 Avenue of the Stars, 12th Fl.
San Fernando, CA 91340-1833             San Diego, CA 92123-4362                Los Angeles, CA 90067-4201


Centurion Air, LLC                      City of Los Angeles                     Clerk of the Governing Board,
13932 Arrow Creek Road                  Mike Feuer, City Attorney               Mount. Rec. & Cons. Auth.
Draper, UT 84020-9295                   City Hall East, Suite 800               5750 Ramirez Canyon
                                        Los Angeles, CA 90012                   Malibu, CA 90265-4474


Compass                                 Conejo Recreation and Park District     County of Los Angeles
Aaron Kirman                            403 W. Hillcrest Drive                  Local Fire Prevention Measure
9378 Wilshire Blvd. #200                Thousand Oaks, CA 91360-4223            4745 Mangels Blvd.
Beverly Hills, CA 90212-3167                                                    Fairfield, CA 94534-4175
```

| | | |
|---|---|---|
| County of Los Angeles<br>MRCA-Brush Fire Clear g Dist #1<br>200 North Main Street, 16th Fl<br>Los Angeles, CA 90012-4110 | County of Los Angeles<br>Wildlife Corridor and Protection<br>4745 Mangels Blvd.<br>Fairfield, CA 94534-4175 | Creative Art Partners<br>6542 Hayes Dr.<br>Los Angeles, CA 90048-5320 |
| Crest Real Estate<br>11150 Olympic Bl. #700<br>Los Angeles, CA 90064-1825 | Daniel Wiesel, Esq.<br>Wolf, Rifkin, Shapiro, et al.<br>11400 W. Olympic Blvd., 9th Fl.<br>Los Angeles, CA 90064-1582 | Davidson Accountancy Corp.<br>William N. Davidson, CPA<br>14011 Ventura Blvd., Ste. 302<br>Sherman Oaks, CA 91423-5226 |
| Dennis Palma<br>146 Beach Way<br>Monterey, CA 93940-3436 | Department of Water and Power,<br>City of Los Angeles<br>Attn: Bankruptcy<br>P. O. Box 51111<br>Los Angeles, CA 90051-5700 | Draken Private Security<br>Jaime Salanga<br>633 West 5th St.<br>Los Angeles, CA 90071-2005 |
| Draken Security<br>8225 Encino Ave<br>Northridge, CA 91325-4313 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Frontier Communications Corporation<br>401 Merritt 7<br>Norwalk, CT 06851-1069 | Hankey Capital, LLC<br>Attn: Eugene M. Leydiker<br>4751 Wilshire Blvd. #110<br>Los Angeles, CA 90010-3838 |
| Hilldun Corporation<br>Jeffrey D. Kapelman, CEO<br>225 West 35th St.<br>New York, NY 10001-1910 | Hilldun Corporation<br>c/o Brutzkus Gubner<br>Attn: Jerrold L Bregman<br>5445 DTC Parkway Ste 825<br>Denver CO 80111-3190 | Hilton & Hyland Real Estate<br>257 North Ca on Drive<br>Beverly Hills, CA 90210-4361 |
| Inferno Investment Inc.<br>Julien Remillard, President<br>4-95 Kandahar, Mont Tremblant<br>Quebec J8E 1E2 Canada | Inferno Investment, Inc.<br>c/o Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626-7234 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Italian Luxury Design<br>4 NE 39 St.<br>Miami, FL 33137-3630 | Italian Luxury Group, LLC<br>c/o Gregory J. Morrow, Esq.<br>10401 Wilshire Boulevard, Suite 1102<br>Los Angeles, CA 90024-4609 | J&E Texture, Inc.<br>Francisco Gonzalez, CEO<br>181 Exeter Way<br>Corona, CA 92882-8502 |
| JMBM LLP<br>Neil C. Erickson<br>1900 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-4301 | JMS Air Conditioning<br>and Appliance Services, Inc.<br>7640 Burnet Ave.<br>Van Nuys, CA 91405-1005 | JOHN A. BELCHER<br>150 E. COLORADO BLVD., SUITE 215<br>PASADENA, CA 91105-3758 |
| Jabs Pools and Spas, LLC<br>8055 Matilija Ave.<br>Panorma City, CA 91402-6126 | Jesus Agudelo<br>aka Jesus Columbia<br>944 Airole Way<br>Los Angeles, CA 90077-2602 | Jose Napoleon Garcia<br>1525 N. Detroit St., #5<br>Los Angeles, CA 90046-3233 |

KN Coating
201 E. Tamarack Ave
Inglewood, CA 90301-2714

Kazemi & Associates Constructors
11901 Santa Monica Blvd #800
Los Angeles, CA 90025-2767

Kennco Plumbing, Inc.
Robert L. Kennedy, Jr., CEO
21366 Placerita Canyon Rd.
Newhall, CA 91321-1846


Kennco Plumbing, Inc.
Robert L. Kennedy, Jr., CEO
26575 Ruether Ave.
Santa Clarita, CA 91350-2622

LA DWP
P.O. Box. 30808
Los Angeles, CA 90030-0808

Lanes Management Services
Theodore Lanes
655 Deep Valley Drive 125-P
Palos Verdes Peninsula, CA 90274-3615


Made by TSI, Inc.
1840 Jefferson Ave., Apt 303
Miami Beach, FL 33139-2461

Made by TSI, Inc.
888 Biscayne Blvd #209
Miami, FL 33132-1588

Martin Aguirre
112 1/2 North 20th St.
Montebello, CA 90640-4041


Martin Aguirre
c/o Nathan D. McMurry
8050 N. Palm Ave. Ste. 300
Fresno, CA 93711-5510

Michael Pyle LLC dba Centurion LV
13932 Arrow Creek Rd
Draper, UT 84020-9295

Midland Contractors, Inc.
Po Box 8312
Van Nuys, CA 91409-8312


Mike Fields Bronzes LLC
2715 E 36th Ave Apt 6203
Spokane, WA 99223-4593

Moises Lopez
141 S. Ave. 55 Apt. 40
Los Angeles, CA 90042-4635

Nile Niami
c/o Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067-4201


Parker Resnik
Structural Engineering
1927 Pontius Ave
Los Angeles, CA 90025-5611

Parquet by Dian
Dima Efros, CEO
16601 S. Main Street
Gardena, CA 90248-2722

Plus Development Group
743 Seward St.
Los Angeles, CA 90038-3566


Powertek Electric Inc.
Mike Moshrefi, CEO
28364 S. Western Ave. # 414
Rancho Palos Verdes, CA 90275-1434

Powertek Electric, Inc.
Hart Kienle Pentecost
4 Hutton Centre Drive, Suite 900
Santa Ana, CA 92707
Santa Ana, CA 92707-8713

Pro-Pest, Inc.
P.O. Box 3868
Valley Village, CA 91617-3868


Public Insurance Agency Inc.
10941 W. Pico Bl.
Los Angeles, CA 90064-2117

Public Occurrences, LLC
15821 Ventura Blvd. #265
Encino, CA 91436-2941

Rolls Scaffold, Inc.
Michael Rolls, CEO
11351 County Dr. Ste B
Ventura, CA 93004-3559


SHULMAN BASTIAN FRIEDMAN & BUI LLP
Ryan D. O'Dea
100 Spectrum Center Drive, Ste. 600
Irvine, CA 92618-4969

Samuel A. Newman, Esq.
Genevieve G. Weiner, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-3000

Santos Gerardina Garcia
509 Union Drive Apt. #206
Los Angeles, CA 90017-1526


Showroom Interiors LLC
8905 Rex Road
Pico Rivera, CA 90660-3799

SierraConstellation Partners LLC
355 S. Grand Avenue, Suite 1450
Los Angeles, CA 90071-3152

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

| | | |
|---|---|---|
| The Beverly Hills Estates, Inc.<br>Branden Williams<br>8878 Sunset Blvd., West<br>West Hollywood, CA 90069-2108 | The Vertex Companies, Inc.<br>12100 Wilshire Blvd 8th floor<br>Los Angeles, CA 90025-7120 | The Vertex Companies, Inc.<br>147 W. 35th St., 19th Fl.<br>Long Island City, NY 11101 |
| The Vertex Companies, Inc.<br>400 Libbey Parkway<br>Weymouth MA 02189-3134 | Toni Maier-On Location Inc.<br>8033 West Sunset Blvd. #569<br>Los Angeles, CA 90046-2401 | United Specialty Insurance Co.<br>1900 L Don Dodson Drive<br>Bedford, TX 76021-5990 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Universal Television, LLC<br>100 Universal City Plaza<br>Universal City, CA 91608-1002 | Vesta aka Showroom Interiors, LLC<br>8905 Rex Road<br>Pico Rivera, CA 90660-3799 |
| Vista Sotheby's Int'l. Realty<br>Chris Adlam<br>16 Malaga Cove Plaza<br>Palos Verdes Peninsula, CA 90274-1306 | West Coast Gates<br>339 Isis Ave.<br>Inglewood, CA 90301-2007 | West Valley Green Landscaping, Inc.<br>14761 Tupper St.<br>Panorama City, CA 91402-1222 |
| Westcoast Gate & Entry Systems, LLC<br>339 Isis Ave<br>Inglewood CA 90301-2007 | Westside Estate Agency<br>Kurt Rappaport<br>210 North Canon Dr.<br>Beverly Hills, CA 90210-5302 | YOGI Securities Holdings, LLC<br>Steve Oshins, Auth. Agent<br>1645 Village Center Cir., Ste. 170<br>Las Vegas, NV 89134-6371 |
| Yaly Martinez Arrazola<br>11804 Kiowa Avenue<br>Apt 4<br>Los Angeles, CA 90049-6024 | Yvonne Niami<br>301 Copa de Oro Road<br>Los Angeles, CA 90077-3822 | Andre Mario Smith<br>7938 Broadway #1263<br>Lemon Grove, CA 91946-7052 |
| David B Golubchik<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | Jonathan Gottlieb<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Ave<br>Los Angeles, CA 90034-2618 | Lindsey L Smith<br>Levene, Neale, Bender, Yoo & Golubchik<br>2818 La Cienega Ave<br>Los Angeles, CA 90034-2618 |
| Nile Niami<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4201 | Todd M Arnold<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| LOS ANGELES COUNTY TREASURER AND TAX COLLECT<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | (d)Los Angeles County Tax Collector<br>225 N. Hill Street # 1<br>Los Angeles, CA 90012 | (d)Los Angeles County Treasurer and Tax Colle<br>Attn: Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054-0110 |

State Board of Equalization
Acct. Analysis & Control MIC 29
POB 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Truck and Tool Rental

(u)Concierge Auctions, LLC

(u)Courtesy NEF

(u)Hilldun Corporation

(u)Inferno Investment, Inc.

(u)Italian Luxury Group, LLC and Italian Luxu

(u)J&E Texture, Inc.

(u)Pacific Union International dba Compass

(u)Showroom Interiors, LLC dba Vesta

(u)The Beverly Hills Estate and Compass

(u)Yogi Securities Holdings, LLC

(u)Simone Giovanni Cenedese
Murano s.a.s
Calle Bertolini, 6, Murano, Venezia

(u)Edward Roark Schwagerl

(u)Richard Saghian

(u)Theodore Lanes

(u)Yvonne Niami

End of Label Matrix
Mailable recipients    112
Bypassed recipients     16
Total                  128