DAVID B. GOLUBCHIK (State Bar No. 185520)
JOSEPH M. ROTHBERG (State Bar No. 286363)
ROBERT M. CARRASCO (State Bar No. 334642)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: DBG@LNBYG.COM; JMR@LNBYG.COM; RMC@LNBYG.COM

Attorneys for Crestlloyd, LLC, the debtor and debtor-in-possession

**FILED & ENTERED**

**OCT 23 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re, | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC,<br>            Debtor. | Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE WITH JUSTINE ENGLANOFF, NICOLE ENGLANOFF, AND JACQUELINE ENGLANOFF** |

The Court having reviewed and considered the "Debtor's Motion to Approve Compromise with Justine Englanoff, Nicole Englanoff, and Jacqueline Englanoff" (the "Motion," Docket No. 523) and the record in this case and the related adversary proceeding, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted.  The "Settlement Agreement and Mutual Releases" (the "Agreement"), attached as Exhibit 1 to the Motion is approved, and the parties to the Agreement are authorized to take any and all steps necessary to effectuate the Agreement under the terms and conditions set forth in the Agreement.

Date: October 23, 2023

_____
Deborah J. Saltzman
United States Bankruptcy Judge