EJ 840 758 277 US





Office of Trustee
Edward Roark Schwagerl™ Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota republic.
*"Full Faith and Credit"*

### NON-COMMERCIAL – UNINCORPORATED – PRIVATE BUSINESS TRUST – FIDUCIARY RELATIONS

Kathleen J. Campbell, Addressee/Fiduciary
Certifying Officer Of The Federal Program Agency
U.S. Bankruptcy Court Clerk
Roybal Federal Bldg.
255 East Temple St., Suite 940
Los Angeles, California.

## *Table of Content*

1. Notice of Trustee Special Limited Restricted Ministerial Appearance.......... 1
2. Declaration of Intent................................................................................. 1
3. Abstract of Trust / Trustee Powers and Duties for "ERSLET 7-14-2018" ..... 4
4. Notice of Deed of Assignment and Transfer of Rights ................................. 3
5. Requisition Order for Retitlement .............................................................. 2
6. **Annex 1:**.......... Public Notice of Trust, Affidavit of Trustee, and Certificate: Original Authenticated Copy by Secretary of State of Minnesota File# 171013 Fourth Amendment Dated October 4, 2019, for Trust dated July 14, 2018 in the private.

### NOTICE OF TRUSTEE SPCIAL LIMITED RESTRICTED MINISTERIAL APPEARANCE

Dear Kathleen Campbell,

I hope this letter finds you well. I am writing to formally notify you of my special limited restricted ministerial appearance as a trustee for **Edward Roark Schwagerl Living Estate Trust** ("ERSLET"). As the primary trustee, my role primarily focuses on ministerial and administrative duties rather than practicing law, though I rely upon a court of equity. I am always seeking the aid and assistance of a court of equity in pursuit of the Maxim of Equity "No trust shall fail

for want of a trustee" and "the court is jealous of a trustee." I want to ensure that my involvement is in accordance with the guidelines and regulations governing trusteeship under the rules of equity and law.

My primary responsibilities as a trustee include:

1. Overseeing the proper management and allocation of assets.
2. Facilitating communication with Fiduciaries, Beneficiaries, Co-Trustee, Successor Trustee(s).
3. Ensuring compliance with legal and regulatory requirements.
4. Participating in strategic decision-making processes.

The Affidavit of Trustee and Certificate of Trust are found in **Annex 1** pages 11-12, sec 1.02 and 1.03. Please note that while I possess a law researching background, and ERSLET regards me as the Attorney-in-fact, my engagement as a trustee is limited to these ministerial and non-legal functions. I will refrain from engaging in activities that could be construed at law as "practicing law," I will rely upon a court of equity to aid and assist me, hence why this is a special limited restricted ministerial appearance.

Should you have any questions or require further clarification regarding my role as a trustee, please do not hesitate to reach out to me. I look forward to working collaboratively with you and the rest of the team to fulfill our fiduciary responsibilities.

Thank you for your attention to this matter.

*[OFFICIAL TRUST SEAL]*                                    Sincerely,

RR662692550US-29 Trust
Sec. of St. of Minn File # 171013 10-21-16

Schwagerl, Edward Roark™ - Trustee
private citizen of the United States
Account Owner / Depositor
d/b/a Edward Roark Schwagerl™, Mn Stat. 333, S.o.S. File #855878600029. Authorized Representative for taxpayer Edward R. Schwagerl™. Attorney In Fact. Trustee, Edward Roark Schwagerl™ Living Estate Trust, Mn File #171013.
Telephone Direct (612) 986-6478,
email:simplelogin.hcgla@simplelogin.com

## DECLARATION OF INTENT

THE UNDERSIGNED, **Edward Roark Schwagerl**, hereby declares that as trustee of the **Edward Roark Schwagerl Living Estate Trust,** dated the date first written on my Trust dated July 14, 2018, "ERLSET," (**Annex 1** "Article III," page 5 sec 3.01-3.03) in the private, that I have acquired and will hold in the name of the Edward Roark Schwagerl Living Estate Trust, but without further reference to fiduciary capacity all items listed on "Table of Res" (**Annex 1** page 6 sec 3.03)

attached hereto and incorporated herein as amended to include all interests arising from or established therein, whether of record or not or record, regarding docket reference number 2:21-bk-18205-DS, Los Angeles Central District Bankruptcy Court "CRESTLLOYD LLC" debtor, including but not limited to DOCKET NUMBERs 133, 519, and 520 by Edward Roark Schwagerl. I further declare that, except to the extent of the interest provided to me under the terms and provisions of said Trust, that I have no personal interest in any of the above referenced property, it being intended that this declaration constitutes an affirmation of the ownership by the **Edward Roark Schwagerl Living Estate Trust**. I further declare that Christine Schwagerl is named as Successor Trustee at the death or incapacity of the Grantor.

IN WITNESS WHEREOF, the parties have executed this instrument the 23rd day of October, 2023.

By Grantor:

_____
Edward Roark Schwagerl, Grantor

By Trustee:

_____
Edward Roark Schwagerl, Trustee

## ABSTRACT OF ERSLET

THIS AGREEMENT "ABSTRACT OF TRUST AGREEMENT" is made and entered into this 23rd day of October 2023, between Edward Roark Schwagerl, of without the political subdivisions of the State, Minnesota republic, hereinafter referred to as the Grantor, and Edward Roark Schwagerl, of without the political subdivisions of the State, Minnesota republic, hereinafter referred to as the Trustee, Edward Roark Schwagerl Living Estate Trust (irrevocable) Agreement dated the 23 day of October 2023.

IT IS AGREED BETWEEN THE PARTIES HERETO AS FOLLOWS:
1. Description of Trust: The parties hereto desire to confirm the establishment of an irrevocable trust on the date first above written, and amendments thereto, for the benefit of Grantor and containing, among others, the following provisions:
2. Initial Trustee. Edward Roark Schwagerl is designated as initial Trustee, to serve until the death, resignation or incompetence of said individuals.
3. Successor Trustees. Upon removal of Edward Roark Schwagerl as Trustees, the Successor Trustee is designated as Christine Schwagerl.
4. Grantor's Right of Withdrawal. The Grantor retains the unlimited right withdraw income and principal from the trust.

5. **Trust Irrevocable Upon Death of Grantor.** Upon the death of the Grantor, the trust becomes irrevocable.
6. **Trustee's Powers.** The Trustee, or the successor Trustee, shall have the power and authority to manage and control the trust property in such manner as the Trustee or successor Trustee may deem advisable, and shall have, enjoy and exercise all powers and rights over and concerning property and the proceeds thereof as fully and amply as though the Trustee were the absolute and unqualified owner of same, including, but not limited to, the following:
    a. **Power to Manage Trust Property.** The powers to grant, exchange, lease, sell and convey real and personal property;
    b. **Power to Borrow.** The power to borrow money and to obligate the trust estate by mortgage, deed of trust, pledge or otherwise;
    c. **Power to Invest.** The power to invest in commodities of every nature, corporate obligations of every kind, precious metals such as gold or silver, stocks, preferred or common, to buy stocks, bonds, commodities and similar investments on margin or other leveraged accounts, to open, operate and maintain a securities brokerage account wherein any securities may be bought and/or sold on margin, and to hypothecate, borrow upon, purchase and/or sell existing securities in such account as the Trustee may deem appropriate or useful, except to the extent that such management would cause includability of any irrevocable trust in the estate of a Trustee;
    d. **Power to Delegate.** To perform or to delegate to any trustee or non-trustee, fiduciary, any nondiscretionary power, including the power to singularly or jointly open, close or transfer any type of bank account and savings and loan association account, sign checks, drafts, withdrawal slips or other documents, give instructions for the receipt or delivery of securities or other property, give instructions for the payment or the receipt of money and, singularly or with others, have access to any safe deposit box or other place containing property of this trust.
    e. **Liability:** No liability in connection from this Trust shall be imputed to Trustee, successor, agents and appointed fiduciary while in good faith service to the Trust. Additional indemnity may or may not be provided under the Trust at Trustee's sole discretion.
7. **Distribution after Death of Grantor.** Following the death of the Grantor, the trust continues or is distributed in whole or in part for the benefit of other named beneficiaries according to the terms of the trust.
8. **Real and Personal Property,** All personal property transferred into the trust shall remain personal property and all real property transferred into the trust shall remain real property.
9. **Trustee's Power to Transfer Assets.** Unless otherwise indicated to a prospective transferee, the Trustee has full power to transfer assets held in

the name of the trust, and subsequent transferees shall be entitled to rely upon such transfers, provided the chain of title is not otherwise deficient.
10. Governing Law. The laws of Minnesota and rules of equity shall govern this trust.
11. Spendthrift Provision. This trust contains a spendthrift provision.
12. Trust Agreement to Govern. The use of this Abstract of Trust Agreement is for convenience only, and the Trust Agreement is solely controlling as to provisions and interpretations, and any conflict between this Abstract and the Trust Agreement shall be decided in favor of the Trust Agreement, IN WITNESS WHEREOF, the parties hereto have executed this Abstract of Trust Agreement the day and year first above written.

**By Grantor**:

*[signature]*

Edward Roark Schwagerl, Grantor

**By Trustee**:

*[signature]*

Edward Roark Schwagerl, Trustee

RR662692550US-29 Trust
Sec. of St. of Minn File # 171013 10-21-16

### Deed of Assignment and Transfer of Rights

KNOW ALL MEN BY THIS PRESENTS:
  This deed, made and entered into this __23rd__ day of __October__, 2023, Minnesota, without its political subdivisions, by and between:
  Edward Roark Schwagerl, grantor, exchanger, settlor, sui juris, in esse, a private citizen of the United States, of legal age, sound mind, under no legal restrictions or limitations, with postal location at 525 Main St, #120353, Saint Paul, Minnesota, Postal Code 55112-9998, hereinafter referred to as the "ASSIGNOR"

-and-

  Edward Roark Schwagerl, trustee to the Edward Roark Schwagerl Living Estate Trust, having both power and authority to be the assignee herein by virtue of the trust instrument dated July 14, 2018, of legal age, sound mind, with a postal location at 525 Main St, #120353, Saint Paul, Minnesota, Postal Code 55112-9998, hereinafter the Trust referred to as the "ASSIGNEE",

**WITNESSETH that —**
  WHEREAS the ASSIGNOR is the creator, beneficiary of certain rights, titles and interests, stated here as **SCHEDULE A**, to wit:
1. Assignment of all rights of action arising in the docket reference number 2:21-bk-18205-DS, Los Angeles Central District Bankruptcy Court "CRESTLLOYD LLC" debtor, including but not limited to DOCKET NUMBERs 133, 519, and 520 by Edward Roark Schwagerl including but not limited to:

   a. All stamp duty transfer tax paid, nominal title tenders, silver coins, proceeds gain by instruments of credit, and $10.00 face value Gold Coin ;
   b. The "Fund" $144 billion, matter of record Order dated July 20, and notice of withdrawal, trust expression fiduciary appointment DOC 519 and Substitute Vouchers No. 1-12 DOC 520, totaling $600 million less the tendered amount of $350 million, balance owing $250 million, overages, remainderman, reversionary proceeds for wire transfer to:
      Wells Fargo Advisors
      Account Name: Edward Roark Schwagerl
      ABA Routing Number: 121000248
      Account#: 3193584442
   c. Any other property in that proceeding that arises by implication of the above.
   d. Proceeds arising from redemption of first funds transferor of certain matured and unmatured coupon securities delivered to Ted Lanes, Receiver, and Noreen Madoyan U.S. Trustee, EJ 926 144 871 US and EJ 911 541 457 US, respectively, subject to redemption and wire per 31 CFR §328.5-6, to wit:
      [securities endorsement for transfer agent]

   **For presentation to the United States Treasury for redemption or in exchange for securities of a new issue, in accordance with written instructions submitted by _____**

   For Wire to:
      TreasuryDirect Account, to wit:
      1. TREASURYDIRECT
      2. ABA **051 736 158**
      3. Account number **D-843-208-494 Edward Roark Schwagerl**

   e. Possession, Entry and Control, muniments of land title, of real property "THE ONE" at 944 Airole Way, Los Angeles, California republic, tendered for DOC 520 ;

WHEREAS, the ASSIGNOR has established his office of grantor for the purpose of transfer of property to the Trust and the ASSIGNEE hereby accepts the assignment in accordance with the terms set forth;

NOW, THEREFORE, as settlor's intent dictates that said property be managed by the office of trustee, Trust Transfer Grant Deed #RR662692550US-29.000 2-19-2019, which the ASSIGNEE hereby acknowledges to have been transferred to the name of the Trust from the Assignor, the ASSIGNOR hereby assigns, transfers and conveys unto the ASSIGNEE, all his rights, title and interest

to the Trust and the ASSIGNEE by these presents hereby accept the assignment and agree to be bound by the terms and conditions of the Absolute Deed of Assignment entered into by all the parties concerned on _____ day of October 2023.

**IN WITNESS WHEREOF,** the parties have hereunto set their hands on the date and place first above written.

**By ASSIGNOR (Grantor):**

_____
Edward Roark Schwagerl, Grantor

**By ASSIGNEE (Trustee):**

_____
Edward Roark Schwagerl, Trustee
RR662692550US-29 Trust
Sec. of St. of Minn File # 171013 10-21-16

### Letter Requisition and Transfer for Retitlement

To Kathleen Campbell, Fiduciary, successors, assigns:

regarding all interests stated and arising by/for/resulting/under DOC 519 and DOC 520

Wherefore the above assignment deed, combined with, ERLSET Trust Transfer Grant Deeds in **Annex 1** page 37.1 sec 1.05g, which establishes rights, titles and interest conveyed to Edward Roark Schwagerl Living Estate Trust (RR662692550US-29 Trust) ("ERLSET") by the Grantor, you are instructed and authorized to **re-title** all of said grantor's interests shown above **SCHEDULE A**.

_____
Edward Roark Schwagerl, Trustee
Edward Roark Schwagerl Living Estate Trust
private citizen of the United States
Account Owner / Depositor
d/b/a Edward Roark Schwagerl™, Mn Stat. 333,
S.o.S. File #855878600029. Authorized
Representative for taxpayer Edward R.
Schwagerl™. Attorney In Fact. Trustee, Edward
Roark Schwagerl™ Living Estate Trust, Mn File
#171013.
Telephone Direct (612) 986-6478,
email:simplelogin.hcgla@simplelogin.comп

RR662692550US-29 Trust
Sec. of St. of Minn File # 171013 10-21-16

e.r.s.