**FILED**

OCT 2 4 2023

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

21-18205-DS

---

# State of Minnesota - Secretary of State

This Certificate is not valid for use anywhere within the United States of America, its territories or possessions.

## Apostille

(Convention de La Haye du 5 Octobre 1961)

1. **Country (Pays): United States of America**
   **This public document** (Le présent acte public) Attached Document

2. **has been signed by** (a été signé par) Steve Simon

3. **acting in the capacity of** (agissant en qualité de) Secretary of State, State of Minnesota

4. **bears the seal / stamp of** (est revêtu du sceau / timbre de)
   **Steve Simon, Secretary of State, State of Minnesota**

### Certified
### Attesté

5. **at** (à) St. Paul, Minnesota

6. **Date** (Date) **10/08/2019**

7. **by** (par) Secretary of State, State of Minnesota

8. **File No** (Sous n°) **1108830200039**

9. **Seal / Stamp** (Sceau / Timbre):

10. **Signature** (Signature):



Jake Spano
Deputy Secretary of State
State of Minnesota

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
To verify the issuance of this Apostille, see https://apostille.sos.state.mn.us.
This certificate does not constitute an Apostille under the Hague Convention of 5 October 1961, when it is presented in a country which is not a party to the convention. In such cases, the certificate should be presented to the consular section of the mission representing that country.

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire del 'acte a agi et, le cas échéant, l 'identité du sceau ou timbre dont l'acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Cette Apostille peut être vérifiée à l'adresse suivante:https://apostille.sos.state.mn.us. Ce certificat ne constitue pas une Apostille en vertu de la Convention de La Haye du 5 Octobre 1961, lorsque présenté dans un pays qui n'est pas partie à cette Convention. Dans ce cas, le certificat doit être présenté 'a la section consulaire de la mission qui représente ce pays.

# Edward Roark Schwagerl Living Estate Trust



October 4, 2019

Nancy Breems
Office of Secretary of State of Minnesota
60 Empire Drive, Suite 100
Saint Paul, Minnesota 55103.

Subject: Third Amendment to File # 171013 October 21, 2016 (Minn. Stat. 318.02)

Dear Nancy,

Greetings and blessing to you and your family.  Please find herewith for filing in your office this Third Amendment to declaration of trust RR662692550US-29 Trust, file # 171013 October 21, 2016, filed pursuant to Minnesota Statute 318.02.

I certify this is a true and correct copy of the original source documents with only two exceptions:
1.     Certain redactions to protect personal data.
2.     Certain Section and page numbers were added.

If you have any questions or would like additional information please do not hesitate to contact this office of trustee directly via email rr662692550us29trust@gmail.com or by telephone (858) 412-0470.

Your cooperation and service is greatly appreciated.

Sincerely,

Schwagerl, edward
Trustee.



*Third Amendment to File #171013 10-21-16.*
*Executed July 14, 2018 at Ramsey County.*

# Office of the Minnesota Secretary of State

## Business Trust | Original Filing

*Minnesota Statutes, Chapter 318*



**NOTE:** Business Trusts are now filed as Official Documents of the State. There is no fee for filing these documents.
Please review Minnesota Statute Chapter 318 prior to filing any documents.
See Page 2 for Minnesota Statutes 318.01-318.06, or, https://www.revisor.mn.gov/statutes/?id=318

1. **Name of Trust:** (Required)    Edward Roark Schwagerl Living Estate Trust

2. **Homee Jurisdiction:** (Required) Private Estate, State of Minnesota (Union)
   The united states of North America, 1776

3. **Complete Registered Office Address & Agent in Minnesota (Required):**
   a. Agent Name:     Edward Roark Schwagerl Living Estate Trust.
      Schwagerl, Edward Roark.  Ttee.
   b. Address:        Main Street—525.  Unit# 120353.
   c. City, State, Zip    New Brighton—town.   Minnesota.   [r.i.d. 55112]

4. **Trustees (Minimum 2 Required for Minnesota Trusts):**
   a.. Trustee:    Schwagerl, Edward Roark of Ramsey county, nation Minnesota
   b.  Trustee:    Fader, Baby Boy of Franklin county, nation Ohio
      i. Attach additional sheets if necessary.

5. **Declaration of Trust Information (Required) –**
   a. Attach a Copy of the Trust
   b. Attach a Declaration by a Trust Official that the copy submitted is a true copy

6. **Documentation for Non-Minnesota Trusts.**
   a. In addition to the above, attach a Certificate of Existence or Status from the Home State
      authenticating the prior filing of the trustees.

7. **This Trust is:** _____ Perpetual    ___X___ Not Perpetual and expires *by order of beneficiary(ies)* _____

8. **This Trust has been approved by the Commissioner of Commerce to transact the business of insurance**
   ___X___ No   _____ Yes, and a copy of the Approval of the Commissioner of Commerce is attached.

I certify that the documents filed constitute a true and correct copy of the "declaration of trust" in accordance
with Minnesota Statutes 318.02.

_____          August 19, 2019
Signature                                      Date

List a name, e-mail address, and daytime telephone number of a person who can be contacted about this form:

Schwagerl, Edward Roark          RR662692550US29TRUST@gmail.com          -(858) 412-0470
Name                             e-mail address                          Telephone Number

All of the information on this form is public. Minnesota law requires certain information to be provided for this type of filing. If that
information is not included, your document may be returned unfiled. This document can be made available in alternative formats, such as
large print, Braille or audio tape, by calling 651-296-2803/voice. For a TTY/TDD (deaf and hard of hearing) communication, contact the
Minnesota Relay Service at 1-800-3529 and ask them to place a call to 651-296-2803. The Secretary of State's Office does not
discriminate on the basis of race, creed, color, sex, sexual orientation, national origin, age, marital status, disability, religion, reliance on
public assistance or political opinions or affiliations in employment or the provision of service.

# redaction



171013-amendment-filed-10-4-2019

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC  20543-0001**

September 25, 2019

Edward Schwagerl
c/o 525 Main Street #120353
New Brighton, MN 55112

RE: Trust papers

Dear Mr. Schwagerl:

The Court recieved your trust papers, postmarked September 11, 2019.  We need to
return these papers to you as they do not comply with the Rules of this Court.  Before
doing so, however, we need to confirm your address.  Please contact me at the number
below if you would like us to use an address other than the one on this letter.

Sincerely,

Scott S. Harris, Clerk

By: _Laurie_

Laurie ███████

(202) ████████

```
                    NEW BRIGHTON CARRIER ANNEX
                         200 5TH AVE NW
                    SAINT PAUL, MN 55112-3388
                          268344-0014
                         (800)275-8777
                     09/11/2019 08:39 AM

Product            Qty    Unit      Price
                          Price

PM 2-Day            1    $13.40     $13.40
  (Domestic)
  (WASHINGTON, DC  20543)
  (Weight:3 Lb 10.80 Oz)
  (Expected Delivery Day)
  (Friday 09/13/2019)
Registered                          $14.95
  (Amount:$250.00)
  (USPS Registered Mail #)
  (RE637635692US)
Return Receipt                       $2.80
  (USPS Return Receipt #)
  (9590940249439063101480)
Affixed Postage                    ($31.15)
  (Affixed Amount:$31.65)

Total:                              $0.00
```



I, Liz Reppe, State Law Librarian,

*do hereby certify* that the attached ___2___ page(s)

are copies reproduced from a volume of

_Minnesota Statutes, 2018, Vol 9_

as the same as appears in the original this

___20th___ day of ___August___, 2019.

This certification is done pursuant to Minn. Stat. § 599.15.

CERTIFICATION

_Liz Reppe_

Liz Reppe, Minnesota State Law Librarian

**Established in 1849**

G25 Minnesota Judicial Center
25 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, Minnesota 55155

http://mn.gov/law-library
651-297-7651

-a1-

354

# CHAPTER 318

# DECLARATION OF TRUST

| | | | | |
|---|---|---|---|---|
| 318.01 | ORGANIZATION; SCOPE OF BUSINESS. | 318.04 | CERTIFICATE OF AUTHORITY TO TRANSACT THE BUSINESS OF INSURANCE. |
| 318.02 | GENERAL PROVISIONS. | | |
| 318.03 | SALE OF SECURITIES; REGISTRATION. | 318.05 | UNLAWFUL TO TRANSACT BUSINESS PRIOR TO COMPLIANCE. |
| | | 318.06 | PENALTIES. |

## 318.01 ORGANIZATION; SCOPE OF BUSINESS.

Two or more natural persons, whether residents of this state or not, or two or more corporations which are now organized or may hereafter be organized, which includes all domestic corporations, national banks and only those foreign corporations which hold a certificate of authority to transact business in this state, may organize and associate themselves together for the purpose of transacting business in this state under what is commonly designated or known as a "declaration of trust" or "business trust"; provided, however, no such association shall ever be permitted or authorized to transact in this state any business of insurance except the kind of business of insurance specified in section 60A.06, subdivision 1(7), and all acts amendatory thereof; and further provided, however, no such association shall ever be permitted or authorized to transact a banking or surety business, of any kind, in this state.

**History:** *1961 c 740 s 2; 1965 c 77 s 1; 1965 c 732 s 1; 1969 c 6 s 40*

## 318.02 GENERAL PROVISIONS.

Subdivision 1. **Definition.** The term "declaration of trust" as used in this section means the declaration of trust, business trust instrument, trust indenture, contract of custodianship, or other instrument pursuant to which such association is organized. Every such association organized after April 20, 1961, for the purpose of transacting business in this state shall, prior to transacting any business in this state, file in the Office of the Secretary of State a true and correct copy of the "declaration of trust" under which the association proposes to conduct its business. The copy shall also contain a statement that the true and correct copy of the "declaration of trust" is being filed in the Office of the Secretary of State of the state of Minnesota pursuant to this chapter and shall also include the full name and street address of an agent of the business trust in this state. That agent shall be the agent for service of process which shall be made pursuant to the provisions of section 543.08. The "declaration of trust" may provide that the duration of such association shall be perpetual. Upon the filing of the copy of the "declaration of trust," the association is authorized to transact business in this state; provided that all other applicable laws have been complied with. The "declaration of trust" may be amended as provided in the "declaration of trust" or in any amendments thereto but a true and correct copy of all amendments to the "declaration of trust," shall be filed in the Office of the Secretary of State and all amendments shall become effective at the time of said filing. When such copy of the "declaration of trust" and any amendments thereto shall have been filed in the Office of the Secretary of State it shall constitute public notice as to the purposes and manner of the business to be engaged in by such association.

Subd. 2. **Type of association.** Any such association heretofore or hereafter organized shall be a business trust and a separate unincorporated association, not a partnership, joint-stock association, agency, or any other relation except a business trust. A business trust is also known as a common law trust and Massachusetts trust for doing business.

Subd. 3. **Powers.** Any such association heretofore or hereafter organized shall have the power in its name:

(1) To continue as a business trust for the time limited in its "declaration of trust" or in any amendments, or if no time limit is specified, then perpetually;

(2) To sue and be sued;

(3) To adopt, use, and, at will, alter a business trust seal, but failure to affix the business trust seal, if any, shall not affect the validity of any instrument;

(4) To conduct in this state and elsewhere the business to be engaged in by such association and to contract and enter into obligations and do any acts necessary and incidental to the transaction of its business or expedient for the attainment of the purposes stated in its "declaration of trust" or in any amendments;

(5) To acquire including by will or gift, purchase, sell, contract for, hold, lease, mortgage, encumber, convey, transfer, or otherwise deal in and dispose of real and personal property within or without the state by and through its officers, agents or trustees in the manner provided in its "declaration of trust" or in any amendments. All deeds, contracts, mortgages and other legal instruments heretofore or hereafter acquired by or executed by any such association, and whether or not recorded in the office of the county recorder in the office of the registrar of titles, shall have the same force and effect as a like instrument would have if executed, or recorded or filed in said offices, as in the case of corporations.

Subd. 4. **Personal liability.** No personal liability for any debt or obligation of any such association heretofore or hereafter organized shall attach to the owners of the shares of beneficial interests, beneficiaries, shareholders, or trustees of any such association heretofore or hereafter organized, or to any person or party to the "declaration of trust."

Subd. 5. [Repealed, 2011 c 106 s 27]

Subd. 6. **Non-Minnesota trusts.** An association organized under the laws of another state may register by using the process described in subdivision 1. The registration must be accompanied by a certificate from a state authenticating the prior registration of the association in that state. The Minnesota registration does not create a new association and the association continues to be governed by the laws of the state of prior registration with respect to internal governance. Amendments to a declaration of trust will also follow the process described in subdivision 1. The fees stated in subdivision 1 apply to these transactions.

*History: 1961 c 740 s 3; 1965 c 77 s 2; 1965 c 732 s 2; 1976 c 181 s 2; 1984 c 618 s 31; 1986 c 444; 1988 c 682 s 36; 1994 c 625 art 8 s 67; 2000 c 395 s 12; 2005 c 4 s 57; 2010 c 379 s 1; 2011 c 106 s 16,17*

### 318.03 SALE OF SECURITIES; REGISTRATION.

Before any such association may offer for sale, barter or sell any security of such association in this state, such association shall register such securities pursuant to the provisions of chapter 80A, and all acts amendatory thereof, which registration shall be applied for and granted under the same conditions as like registrations are applied for and granted to corporations.

*History: 1961 c 740 s 4; 1965 c 732 s 3; 1976 c 2 s 40*

### 318.04 CERTIFICATE OF AUTHORITY TO TRANSACT THE BUSINESS OF INSURANCE.

Any such association permitted by section 318.01 to organize to transact in this state the kind of business of insurance permitted by section 318.01 shall set out in its "declaration of trust" the kind of business of insurance that it shall transact in this state; and before filing with the secretary of state the copy of the "declaration of trust" and any amendments thereto pursuant to section 318.02 there shall be endorsed upon the "declaration of trust" and any amendments thereto the approval of the commissioner of commerce; and it shall be subject to the same insurance laws of this state and rules of the commissioner of commerce that an insurance corporation transacting the same kind of business of insurance is subject to except as otherwise provided by law; and it shall obtain from the commissioner of commerce a certificate of authority as an insurer which certificate of authority shall be issued by the commissioner of commerce upon compliance with all the applicable insurance laws of this state and rules of the commissioner of commerce.

*History: 1961 c 740 s 5; 1983 c 289 s 114 subd 1; 1984 c 655 art 1 s 92; 1985 c 248 s 70*

MINNESOTA STATE LAW LIBRARY

-a3-

# State of Minnesota

# SECRETARY OF STATE

### NOTARY COMMISSION CERTIFICATE

I, Steve Simon, Secretary of State of Minnesota, keeper of the Great Seal of the State, do hereby certify that a due and diligent search has been made of the notary public records of the Minnesota Secretary of State and that the person listed below is a duly commissioned Notary Public in the State of Minnesota whose commission expires on the date listed below.

NAME: Marnie Rae McPherson

DATE COMMISSION EXPIRES: 1/31/2022

This certificate has been issued on: 12/29/2016



_Steve Simon_
Secretary of State

-b1-

## State of Minnesota

# SECRETARY OF STATE

### NOTARY COMMISSION CERTIFICATE

I, Steve Simon, Secretary of State of Minnesota, keeper of the Great Seal of the State, do hereby certify that a due and diligent search has been made of the notary public records of the Minnesota Secretary of State and that the person listed below is a duly commissioned Notary Public in the State of Minnesota whose commission expires on the date listed below.

NAME:  Carol Ann Foss

DATE COMMISSION EXPIRES:  1/31/2022

This certificate has been issued on:  03/15/2017



_____
Secretary of State

-c1-

**Affidavit Under Oath of Allegiance to The United States of America**

| | |
|---|---|
| The United States of America | ) |
| The State of Minnesota | ) s.s. |
| The County of Ramsey | ) |

I, _edward roark Schwagerl_, native born Ohioan ingressed within nation of Minnesota republic (Adult Name Ramsey County Special Term 62-cv-17-3317) the undersigned, being duly affirmed, hereby declare my intention to be a private American National but not a citizen of the United States or "U.S. citizen", and

Further, I do aver that I accept, recognize and acknowledge and as a private American National do declare my allegiance to, the Declaration of Independence of A.D. 1776, Definitive Treaty of Peace A.D. 1783 (Treaty of Paris), Articles of Confederation, Northwest Ordinance organic act A.D. 1787, the Organic Act for Minnesota A.D. 1849, and A.D. 1791 constitution of the United States as said National, and hereby declare my status as a natural born native Ohioan of holy wedlock, egresses therefrom, and now in holy wedlock now ingresses within nation Minnesota domiciled in one of the several states of the political Union, and

Further, I am not an enemy nor ally to an enemy to the United States.

Wherefore the foregoing, being duly sworn, hereby declare my intention to be a private American National but not a "U.S. citizen" and apply my mark of assent and seal below on this 8th day of October, 2019.

Edward Roark Schwagerl

c/o 525 Main Street. #120353. New Brighton, Minnesota. U.S.A. A free inhabitant, covenantee to the law of the land entitled "constitution for the United States of America A.D. 1791, egressed native Ohioan May 16, 1968, ingressed within Minnesota A.D. 1976 without the District of Columbia Organic Act A.D. 1871, without the Territory of the United States (Article IV), and without the military occupation of the United States (Title 50 Appendix 5b); natural heir to the Posterity, blood heir to my direct parentage in holy wedlock *ab initio circa* Philadelphia A.D. 1738 colonial America.

X: _____
Notary Commission

X: 1/3/22
Comm. Exp.

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan.31, 2022

-d1-



**EDWARD ROARK SCHWAGERL LIVING ESTATE TRUST**

c/o Main St—Five Two Five
Unit—One Two Zero Three Five Three
New Brighton—Town.  Nation Minnesota.
The United States of North America.

## *To all to whom these presents shall come, Greetings:*

It is hereby noticed to all men and persons, proclaimed, and declared that the "Edward Roark Schwagerl Living Estate Trust" ("ERSLET") is established and presented as the "Third Amendment" broadened continuation, extension, and merges previously framed instruments and corpus filed in file # 171013 October 21, 2016, Secretary of State of Minnesota "RR662692550US-29 Trust" ("Trust").  On broad authority and in in keeping with the original soul, intent, and purpose of said Trust, including "First Amendment" filed February 28, 2017, and "Second Amendment" filed March 16, 2017 #172527, fully included and made apart herein by reference, and do now hereby give actual and constructive notice to all local, national and international parties, administrators, statutory trustees, known and unknown who would be otherwise bona fide purchasers for value, adverse and antagonistic claimants and adverse holders, resulting trustee(s), to all men, persons, and entities worldwide, and, to interrupt any tolling upon any limitations of actions, laches, pleas in bar, prescription, easements, escheats, abandonments, accruing to all known and unknown guardians, custodians, officers, agents, intermediaries, with or without the United States,  and said fiduciaries in connection with the rights, powers, and duties, with or without sovereign judicial power, or administrative authority, whether arising out of operation of law, state or federal statute, executive action, laws of the United States proper or by acts of foreign alien usurpers, interlopers, and trespassers or their registered agents, assignees, and designees, even whilst they may be operate under foreign and alien modes, processes, authorities, and procedures arising therefrom of said Trust are now merged and now due and owing in good faith to this ERSLET of July 14, 2018, to wit:

Signed on this 1st day of February, 2019.

_____ [Seal]
**Settlor**

_____ [Seal]
**Grantor**

_____ [Seal]
**Testator**

_____ [Seal]
**Executor**

_____ [Seal]
By: Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust

_____ [Seal]
**Trustee (successor)**

_____ PO Box 9293 Saint Paul, Minnesota U.S.A.
Private witness 1.  Address.

_____ PO Box 10626, White Bear Lake, Minnesota U.S.A.
Private witness 2.  Address.

_____ PO Box 251 Driggs, Idaho, U.S.A.
Private Witness 3, Address

///Continued on next page.

Third Amendment ERSLET February 2019                                    - 1 -

CJS.

## Table of Contents

I. ...............The State of Minnesota Authentications

   A. ........State of Minnesota Law Librarian, Minn. Stat. 318.02 ......................................... a1 to a3

   B. ........State of Minnesota Secretary of State Notary Commission Certificate, McPherson.................. b1

   C. ........State of Minnesota Secretary of State Notary Commission Certificate, Foss ........................c1

   D. ........Affidavit Under Oath of Allegiance to The United States of America ......................................... d1

Article I. Sworn Affidavit of the Occupant of the Office of the Grantor ................................................... 4

Section 1.01 ...........Notice of Grantee's Deed of Acceptance & Acknowledgment of Equitable Estate ................... 8-10

Section 1.02 ...........Certificate of Foreign Grantor Trust ............................................................... 11

Section 1.03 ...........Affidavit of Grantor/Trustee ....................................................................... 12

Section 1.04 ...........Grantor's Table of Signatures & Service Marks ................................................... 13

Section 1.05 ..........Grantor's True Identity

   (a) ..................Adult Name Per Court of Record ....................................................... 14-23

   (b) ..................Adult Foot Prints .......................................................................... 24

   (c) ..................Book of Life ............................................................................... 25

   (d) ..................Adoption Decree ......................................................................... 26

   (e) ..................Certificate of Live Birth Book Entry ................................................... 27

   (f) ..................Affidavit: Proof of Identity, Allegiance, Domicile and Claim of Status on Soil of Minnesota as
Identification of Minnesotan Edward Roark Schwagerl Private American National of The United
States of America ................................................................................... 28-37

      (i)  Article I.  Statement of Intent .................................................... 28

      (ii)  Article II.  Notice of Conflict or Variance of Law............................... 28

      (iii)  Article III.  Oath of Allegiance and Personal Covenants, Declarations and Recitals ............. 29

      (iv)  Summary of Sworn Declarations and Recitals of Oath of Allegiance and Personal............... 34

      (v)  Article IV.  Verification.............................................................. 34

      (vi)  Affidavit of Attestation by Justin Merlin McPherson .............................. 35

      (vii)  Affidavit of Attestation by Kevin John Grell.................................... 36

   (g) ..................TTGD, University Hospital, Columbus, Ohio "Fader, Baby Boy" Case No. ██████203.... 37.1-38

   (h) ..................Notice of Settlor's trust settlement of Twenty-One One Ounce Silver Dollars to ERSLET .......... 39

Section 1.06 ...........TTGD of Sec. 1.05a Ramsey County Special Term Adult Name Change File# 62-cv-17-3317 .. 40

Section 1.07 ...........TTGD of Grantor's Case No. ██████203, Resulting, Reversionary and Remainderman Interest 41

Section 1.08 ...........Grantor's TTGD of Above Sections 1.04, 1.05d, 1.05e, 1.05g, 1.05h................................ 42

Section 1.09 ...........Grantor's Living Directive to the Attorney General and Secretary of State on Matters of State... 43

Article II. Sworn Affidavit of The Executor Office to the Edward    Roark   Schwagerl, Estate................................ 4

Section 2.01 ...........Sworn Affidavit of Natural Heir to Testators and Testatrix Intent .................................. 47

Section 2.02 ...........Affidavit of Publication of the Office of The Executor ............................................. 48-49

Section 2.03 ...........Executor's TTGD Certificate of Live Birth Edward Roark Schwagerl....................................... 50-53

Section 2.04 ...........Executor's TTGD Social Security Account Book Entry Numident Record ██████33 ........... 54-58

Section 2.05 ...........Executor's TTGD The Written On Parchment Constitution for The United States of America .. 59

Section 2.06 ...........Executor's Letter of Requisition, Transfer Order & Directive ......................................... 60-61

   (a) ..................Minnesota State Register, Affidavit of Publication "ERLSET" ........................ 61.1 - 61.11

Article III. Notice of Change of Legal Title from RR662692550US-29 Trust to Edward Roark Schwagerl Living
Estate Trust (hereinafter "ERSLET") of July 14, 2018 at Ramsey County.

Section 3.01 ...........Certificate of Trust of ERSLET............................................................................ 62

///Continued on next page.

Third Amendment ERSLET February 2019

E.T.S.

-2-

Section 3.02 ...........Affidavit of Trustee of ERSLET .............................................................................. 63

Section 3.03 ...........Notice of Minutes "Table of Trust Res, Portfolio, Minutes" ......................................... 6-7

Section 3.04 ...........Notice of Prior and Superior Interest to Decedents' Equitable Estates, 21,22,23 .................... 5

Article IV.  Notice of Claim of Decedent's Estate Edward Kenneth Fader RR662692550US-57 ..................... 5 (21)

Section 4.01 ...........TTGD of Certificate of Live Birth of Edward Kenneth Fader  ............................... 64-67

Section 4.02 ...........TTGD of Social Security Account Number ██ ██ 70 Numident File Record ...................... 68-71

Section 4.03 ...........TTGD of Death Certificate of Ohio & Edward Kenneth Fader Obituaries Publication ......... 72-75

Section 4.04 ...........TTGD of Franklin County Probate Case File Number Estate of Edward Kenneth Fader Case No.

2017-ES-00121 .................................................................................................................... 76-79

(a) .................Minnesota State Register Affidavit of Publication..................................... 79.1 to 79.10

(b) .................Notary Public Certificate of Non-Response............................................................79.11

Article V.  Notice of Interest: Declaration of Beneficial Ownership by First Born Son Natural Blood Heir to

Decedent's Equitable Estate Karen Layman Schwageri (Fader), and Affidavit of Survivorship and Deed of

Trust, RR662692550US-55 ...................................................................................................... 5 (22)

Section 5.01 ...........TTGD of Certificate of Live Birth Karen Layman Schwageri ("KLS")............................ 80-83

Section 5.02 ...........TTGD of S.S. Account Number ██ 99 KAREN WAVE LAYMAN Book Entry Numident... 84-90

Section 5.03 ...........TTGD of Certificate of Death "KAREN LAYMAN SCHWAGERI" ............................... 91-95

Article VI.  Notice of Interest: Declaration of Beneficial Ownership by First Born Son Natural Blood Heir to

Decedent's Equitable Estate George Ernest Schwageri, RR662692550US-56 ...................... 5 (23)

Section 6.01 ...........TTGD of Certificate of Live Birth George Ernest Schwageri ("GES") ....................... 96-99

Section 6.02 ...........TTGD of GES S.S. Account Number ██ 52 Book Entry Numident File Record........... 100-107

Section 6.03 ...........TTGD Certificate of Death GES & Obituary Publication................................... 108-112

Article VII.  Notice of Settlement of Christine Marie Schwageri (Nettleton) Estate.

Section 7.01 ...........Executor TTGD of Book Entry Certificate of Live Birth of Christine Marie Nettleton ........ 113-116

Section 7.02 ...........Executor TTGD of Book Entry Birth Certificate of Christine Marie Nettleton................... 117-120

Section 7.03 ...........Executor TTGD of Social Security Book Entry Numident Account ██ 58 ......................... 121

Section 7.04 ...........TTGD of Marriage Certificate of Edward Roark and Christine Marie Schwageri ............... 122-125

Article VIII.  Notice of Interest: Declaration of Beneficial Ownership by First Born Son Natural Blood Heir Connor

George Schwageri ("CGS") ..................................................................................................5(25)

Section 8.01 ...........Executor TTGD of Book Entry Birth Certificate CGS.......................................... 126-129

Section 8.02 ...........Executor TTGD of Book Entry Social Security Account CGS ██ 14 ............................. 130

Article IX.  Notice of Interest: Declaration of Beneficial Ownership by First Born Daughter Natural Blood Heir Chloe

Marie Schwageri .................................................................................................................5(26)

Section 9.01 ...........Executor TTGD of Chloe Marie Schwageri Book Entry Birth Certificate ........................... 131-136

Section 9.02 ...........Executor TTGD of Social Security Account Book Entry Chloe Marie Schwageri ██ 58 .... 137

Section 9.03 ...........Executor TTGD of Boat & Trailer ............................................................................ 138

Section 9.04 ...........Executor TTGD of Wells Fargo, N.A. Bank Account ................................................... 139

Section 9.05 ...........Executor TTGD of Presidential Proclamation 9570 of January 20, 2017 .......................... 140-141

Section 9.06 ...........Executor TTGD of Minnesota Driver's License ......................................................... 142-144

Section 9.07 ...........Executor TTGD of Private Conveyance, Motor Car, Ford F150.................................... 145-146

Section 9.08 ...........Executor TTGD of Mortgage, Warranty Deed.......................................................... 147

Article X.  Notice of Substitution of Grantor and Merger of Edward Roark Schwageri's Legal & Equitable Titles ...... 7

Article XI.  Errata ........................................................................................................................ 7

*e.r.s.*

<table>
<tr><td>

The United States of America at Large, 15 December, A. D. 1791<br>
Herein the State of Minnesota at Large, 11 May, A. D. 1858<br>
Herein the Ramsey county at Large, 11 May, A. D. 1858

</td><td>} ss</td><td>

**Certificate of Office of Grantor,<br>
Executor, and Other Property In The<br>
Edward Roark Schwagerl Living<br>
Estate Trust**

</td></tr>
</table>

On this 19ᵇ day of *February*, 2019.
*At the Time of the Adoption of the Constitution.*

### Article I    Office of Grantor

**Edward Roark   Schwagerl** being duly sworn, on oath pursuant to the Laws of The State of Minnesota and The United States of America says:

Section 1.01 to 1.08

1. That I am competent and of the age of majority to state facts herein;
2. That following is true, correct, not misleading, and I believe accurate, based upon my current personal knowledge, belief, and first-hand experience;
3. That the Notice of the Office of the Grantor is given on this Nineteenth (19) day of February 2019, and the Records are incorporated fully herein as true and correct copies of originals in the possession of the Grantor and the **Edward Roark Schwagerl Living Estate Trust ("ERSLET");**
4. That exhibited Sec. 1.01 through 1.05(a-h) thirty-three (33) pages are the included absolute titles of property, rights and identities inherit to the Grantor and no other living man or person on earth;
5. That exhibited Sec. 1.06 through 1.09 four (4) pages are the Grantor's Trust Transfer Grant Deeds (**"TTGD"**) of his property to **ERSLET**.
6. That the Grantor's private inventory Private Assigned and yet-to-be Assigned "Titles" **RR662692550US-00.001** through **RR662692550US-99.999** recorded in Superior Court or Lamar County Georgia BPA 34 pages 342, Deed, and, Minnesota Secretary of State Ramsey County File No. A04502129, A04502130, A04502131, April 4, 2014, and that said Titles are part of original **Trust Annex C** eleven (11) pages, File No. 171013 Oct 21, 2016 Minn. S.o.S., and are fully incorporated herein and made apart hereof by reference;
7. The Legal Name of said Grantor Office is "**Edward Roark Schwagerl Tr**" (TIN 98- 60▨ ▨92);
8. That the identity of the Grantor going back to the day of his nativity are true and correctly displayed in Section 1.01 through 1.05(a-g) thirty-three (33) pages;
9. That this Grantor is now substituted and subrogated to Social Security Account ▨▨▨33 "EDWARD ROARK SCHWAGERL" five (5) pages displayed in Section 2.04 and "CHRISTINE MARIE SCHWAGERL ▨▨▨58" in connection to all accounts, funds, securities, and interests in connection with his name Edward Roark Schwagerl, et al. or the name of wife Christine Marie Schwagerl, et al. and at all times is no longer is abandoned nor absentee in the administration by third parties and their network agents (Section 2.04); all financial instruments are property of the **ERSLET** by trust transfer by the Office of Grantor, exhibited Sec. 1.06, 1.07, 1.08 three (3) pages;
10. That the Grantor appoints all financial intermediaries as fiduciaries and directs same that all of Grantor's signatures on financial instruments of any kind are expressly special deposit on the book entry accounts payable side of transferee's ledger for the sole purpose of financially assigning all proceeds of the Grantor's signed or authorized instrument for value to bring the account to zero;

### Article II    Office of the Executor

Section 2.01 to 2.05

11. That exhibited Sec. 2.01 is Grantor's sworn affidavit of testator's and testatrix' intent is a true and correct copy;
12. That I believe that the sworn Affidavit of Publication in the Lilly Newspaper displayed to be true and accurate in exhibited Sec. 2.02;
13. That the occupant of the office of the Executor is the same identity as the occupant of the office of the Grantor aforesaid in Article I, Section 1.05a-h;
14. That the Executor executes the following Trust Transfer Grant Deeds (**"TTGD"**);
    a. **TTGD 2.03** conveys this Administrated Estate to the **ERSLET** absolutely along with all rights, titles, control, and possession displayed in exhibited Sec. 2.03 four (4) pages;
    b. That **TTGD 2.03** voids the administrated estate and absolutely transfers appendant estate powers and authority to ERSLET the legal and equitable assets therein and therefrom resulting in right to pro rata and pro tanto rents, interest and profits credited to the national account "Edward Roark Schwagerl Living Estate Trust";
    c. **TTGD 2.04** conveys Social Security Account Book Entry Numident Record "EDWARD ROARK SCHWAGERL" 46▨▨▨33 to **ERSLET**, displayed in exhibited Sec. 2.04 five (5) pages;
    d. That **TTDG 2.04** voids the administrated estate and absolutely transfers appendant estate powers and authority to ERSLET the legal and equitable assets therein and therefrom resulting in right to pro rata and pro tanto rents, interest and profits credited to the national account "Edward Roark Schwagerl Living Estate Trust";
    e. **TTGD 2.05** exhibited in Sec. 2.05 claims all equitable and legal interest arising from all birthright, bloodline, legacy, posterity and inheritance intended by the original framers and signers of the organic written-on parchment "The Constitution for The United States of America", A.D. 1791 conveys to **ERSLET** said interest to the Grantor one of the Heirs of the Posterity;
    f. That said **TTGD 2.05** results in powers and authority resulting in right to pro rata and pro tanto rents, interest and profits credited to the national account "Edward Roark Schwagerl Living Estate Trust";

///Continued on next page.

e.f.f.    - 4 -

15. That all trust transfer grant deeds herein displayed executed by the Grantor and Executor are accepted by the Trustee/Grantee of **ERSLET**;
16. That the Executor issues a Writ of Execution in exhibited Sec. 2.05 that appoints the government of the United States at large its Administrators as Fiduciaries to **ERSLET** and directs them to account for all equitable assets, rents, interest and profits now due to **ERSLET**, and transfer possession and control of same for immediate credit on national account in the name of "Edward Roark Schwagerl Living Estate Trust";

### Article III    Office of the Edward Roark Schwagerl Living Estate Trust
**Section 3.01 to 3.03**

17. That the Certificate of Trust of **ERSLET** is displayed in exhibited Sec. 3.01;
18. That the Affidavit of Trustee of **ERSLET** is displayed in exhibited Sec. 3.02;
19. That the Minutes "Table of Res, Portfolio, Minutes" of said Trust are displayed, with proper redaction, is displayed in exhibited Sec. 3.03;
20. That Edward Roark Schwagerl is the paramount equitable estate title holder by natural blood inheritance displayed in exhibited Sec. 3.04a-c and exhibited Sec. 4.03a and court decree displayed in exhibited Sec. 1.05d to Decedents Edward Kenneth Fader, Karen Layman Schwagerl, and George Ernest Schwagerl;

### Article IV, V, VI    Notice of Interest: Declaration of Beneficial Ownership by First Born Son Natural Blood Heir to Decedent's Equitable Estate
**Section 4.01 to 6.03 Sworn Affidavit of Claim to Decedents' Equitable Estates**

21. Estate of Edward Kenneth Fader
    a. That the beneficial owner of the Estate of Edward Kenneth Fader displayed in exhibited Sec. 4.01, 4.02, and 4.03 is claimed by his first-born son Edward Roark Schwagerl (Fader);
    b. That the beneficial owner of the Book Entry to Edward Kenneth Fader's Social Security Account " ▓▓▓▓ 70" (Section 4.02) is claimed by first born son Edward Roark Schwagerl (Fader);
22. Estate of Karen Layman Schwagerl
    a. That the beneficial owner of the equitable Estate of Karen Layman Schwagerl displayed in Section 5.01 and 5.03 is claimed by his first-born son Edward Roark Schwagerl;
    b. That the beneficial owner of the Karen Layman Schwagerl's Book Entry Social Security Account " ▓▓▓▓ 99" displayed in Section 5.02 is claimed by first born son Edward Roark Schwagerl;
23. Estate of George Ernest Schwagerl
    a. That the beneficial owner of the Estate of George Ernest Schwagerl is claimed by his first and only son Edward Roark Schwagerl in Section 6.01 and 6.03;
    b. That the beneficial owner of the George Ernest Schwagerl's Social Security Book Entry Account " ▓▓▓▓ 52" displayed in Section 6.03is claimed by first born son Edward Roark Schwagerl;

### Article VII, VIII, IX    Notice of Result Trust
**Section 7.01 to 9.02 Living Estates and Dower of Christine, Connor & Chloe**

24. That Christine Marie Schwagerl settles her Estate upon her husband in Holy Matrimony on April 24, 1999 displayed in Section 7.04 and that all, rights, title and interest are conveyed to **ERLSET**, displayed in Section 7.01, 7.02, and 7.03.
25. That the Executor to young Master Connor George Schwagerl's Estate is conveyed to **ERSLET** for his benefit, use, and enjoyment, life maintenance and support as a life estate, and to his heirs, devisees and legatees, displayed in Section 8.01 and 8.02;
26. That the Executor to young Miss Chloe Marie Schwagerl's Estate is conveyed to **ERSLET** for her benefit, use, and enjoyment, life maintenance and support as a life estate, and to her heirs, devises and legatees, displayed in Section 9.01 and 9.02;
27. That a Trust Certificate of Beneficial Interest to their respective portfolios is issued in their proper names confidentially on this date under the **ERSLET** in accordance with the **Trust 171013**.

Further I saith not. Done February *19* A.D. 2019;

Edward Roark Schwagerl, only Union State to
The United States of America as above.



state of _tra.11S2in_  county of _HU_
subscribed and declared before me on _2/15/19_
(date)

(Notary signature)

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

Private witness

private witness

///Continued on next page.

Third Amendment ERSLET February 2019

- 5 -

The Declaration of Independence at Large, 4 July, A.D. 1776
The United States of America at Large, 15 December, A.D. 1791
Herein the State of Minnesota at Large, 11 May, A.D. 1858       ss      Notary Public Acknowledgment
Herein the Ramsey county at Large, 11 May, A.D. 1858

I, _Marnie McPherson_, a Notary Public by said State duly authorized, certify that I know, or
have satisfactory evidence, that Edward Roark Schwagerl is whose name is scribed to the within instrument comes
before me by special limited restricted ministerial visitation and acknowledges same that Affiant freely marks and
impresses his signature and seal to this *"Certificate of Office of Grantor, Executor, and Other Property in the
Edward Roark Schwagerl Living Estate Trust."* and acknowledges it to be his own freewill self-determined act and
volition for the uses and purposes mentioned in the document. Done this _19th_ day of February A.D. 2019.

[seal]

_Marnie McPherson_
Notary Public – signature
My commission expires: _1/31/22_



MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

---

Edward Roark Schwagerl Living Estate Trust       }       Table of Res, Portfolio, Minutes

Section 3.03

| ERLSET Section | Trust Portfolio RR662692550US-1 | Description – Public Identification (some personal information redacted) | Private Warrant/Bond # |
|---|---|---|---|
| 1.06 | 62.000 | TTGD Grantor ERS Ramsey County District Court Case File 62-cv-17-3317 Adult Name Change | C40835059A |
| 1.07 | 63.000 | TTGD of Grantor ERS Reversionary Interest | A38734338A |
| 1.08 | 64.000 | TTGD of Grantor ERS Sections 1.04 1.05d 1.05e 1.05g 1.05h | L003192210A |
| 2.03 | 29.001 | TTGD of Grantor ERS Book Entry COLB #17049626-2 | L00575513G |
| 2.04 | 29.002 | TTGD Social Security Account "EDWARD ROARK SCHWAGERL" ▉▉▉33, Book Entry Numident | D08195558G |
| 2.05 | 65.000 | TTGD The written on parchment Constitution for The United States of America, as Amended A.D. 1791. | D94134267J |
| 4.01 | 57.000 | TTGD of Certificate of Live Birth Edward Kenneth Fader | Q57000248F |
| 4.02 | 57.001 | TTGD of Edward Kenneth Fader Social Security Account Number ▉▉▉70 Numident Book Entry File Record. | D41594070A |
| 4.03 | 57.002 | TTGD of Certificate of Death Edward Kenneth Fader. | Y51408337F |
| 4.04 | 57.003 | TTGD of Franklin County Probate Case File Number Equitable Estate of Edward Kenneth Fader Case No. 2017-ES-00121. | M828974181 |
| 5.01 | 55.000 | TTGD of Certificate of Live Birth Karen Wave Layman Book Entry | X98427132A |
| 5.02 | 59.000 | TTGD of Social Security Account Number ▉▉▉99 Numident Book Entry File Record Karen Layman Schwagerl | L97656308G |
| 5.03 | 55.001 | TTGD of Certificate of Death Karen Layman Schwagerl | T42908690F |
| 6.01 | 56.001 | TTGD of George Ernest Schwagerl Certificate of Live Birth | Q80284547D |
| 6.02 | 58.000 | TTGD of Social Security Account Number ▉▉▉52 Numident Book Entry File Record George Ernest Schwagerl | L97648859G |
| 6.03 | 56.000 | TTGD of Certificate of Death George Ernest Schwagerl | E40192825G |
| 7.01 | 45.000 | TTGD of Christine Marie Schwagerl COLB | Q64229765I |
| 7.02 | 45.001 | TTGD of Christine Marie Schwagerl Birth Certificate | A20823631A |
| 7.03 | 45.002 | TTGD of Christine S.S. Book Entry Numident Account ▉▉▉58 | Y83635266G |

---

[1] Note: RR662692550US-001.000 thru RR662692550US-999.999 noticed in Ramsey County #4301137 #4301137 #4301139 10/18/2011, and Lamar County, GA Superior Court July 16, 2014 BPA Book 34, pages 342, fully included and attached herein by reference and made apart hereof.
///Continued on next page.       Third Amendment ERSLET February 2019       e.r.s.       - 6 -

| 7.04 | 51.000 | TTGD of Marriage Certificate 15037379-1 | T95564094A |
| 8.01 | 52.000 | TTGD of Connor George Schwagerl Book Entry Certificate 15021949-3 | B42435368A |
| 8.02 | 52.001 | TTGD of Book Entry Social Security Account Connor George Schwagerl ███████14 | Y65655363F |
| 9.01 | 53.000 | TTGD of Chloe Marie Schwagerl Book Entry Certificate 15021949-1 | A32177479A |
| 9.02 | 53.001 | TTGD of Social Security Account Book Entry Chloe Marie Schwagerl ███████66 | X63056949A |
| 9.03 | 33.000 | TTGD of Boat & Trailer █████579, VIN █████8505 | H60256167D |
| 9.04 | 16.000 | TTGD Book Entry Deposit(s) by Account Holder, #█████9951 | H18055801D |
| 9.05 | 24.000 | TTGD Presidential Proclamation 9570 of January 20, 2017 | H56159707B |
| 11.00 | 24.001 to 24.424 | TTGD to **ERSLET** 424 Assessment Titles, Special Deposit RE 637 836 022 US, delivered to Steven T. Mnuchin, August 9, 2019. | E26105002A |
| 11.01 | 24.001 to 24.424 | TTGD to Steven T. Mnuchin RE 637 836 022 US, Managing Trustee, SSA "RACS", Statement of Interest. | H29921646C |
| 9.06 | 44.000 | TTGD Minnesota Driver's License Account #█████117 | H70103552B |
| 9.07 | 34.000 | TTGD of motorized conveyance Ford F150 VIN █████1592 | H23655247B |
| 9.08 | 42.000 | TTGD Mortgage Note Certificates 15027679-5, 15027679-4, 15027679-3 | A70839021A |
| Not shown | 27.000 | Edward Roark Schwagerl Book Entry Deposit Passport #█████5498 | *56782257C |
| Not shown | 28.000 | IRS EIN #83-62██90, "EDWARD ROARK SCHWAGERL ESTATE" | E81691323A |
| Not shown | 32.000 | IRS EIN #98-60██92 EDWARD ROARK SCWHAGERL TR | I56265246I |
| Not shown | 36.000 | IRS EIN #98-60██14 EDWARD ROARK SCHWAGERL LIVING ESTATE TRUST | U88626151A |
| ~~10.300~~ | 65.000 | ~~Minnesota Voter Registration (Modified) 1 page shown only~~ | H2825241IC |
| 11.00 | 24.001 to 24.424 | Special Deposit of 424 total Assessments with Steven T. Mnuchin, Account Number RE 637 836 022 US, August 9, 2019. Statement of Interest RE 637 836 067 US. | E26105002A H29921646C |

## Article X. Notice of Substitution of Grantor, and Merger of Edward Roark Schwagerl's Legal and Equitable Interests

Wherefore, the office of Grantor in Article I, the office of Executor in Article II in this Third Amendment execute several Trust Transfer Grant Deeds including Grantor's signatures and interests legal affixed therewith or bear the signature of the afore stated Grantor on any financial instruments of value or entered on a ledger for or as value within the meaning of generally accepted accounting principle (GAAP) standards no matter what specie of money or account and equitable derived therefrom in the form of legal and equitable interest, profits, rents and securities; and,

Wherefore, Grantor's name Edward Roark Schwagerl has been ordered by a court of competent jurisdiction uniquely identified by court case number 62-cv-17-3317, and not by any other Legal Number, i.e., Social Security Number or Birth Certificate, that can be mistaken or confuse the identity of the Grantor; and,

Wherefore, legal and equitable title absolute are passed in the usage of lawful coin of The United States of America, it is certified and declared that all titles bearing the name(s) and derivations thereof "Edward Roark Schwagerl", "Schwagerl, Edward Roark", "Christine Marie Schwagerl", "Schwagerl, Christine Marie"; and,

Wherefore, all Trust Transfer Trust Deeds are recorded as a matter of public record in accordance with Minnesota Statute 318.02, sec 5, to wit: "...and whether or not recorded in the office of the county recorder in the office of the registrar of titles, shall have the same force and effect as a like instrument would have if executed, or recorded or filed in said offices..."; and,

Wherefore, the estates of an absentee may and should be administered and distributed under general laws relating to the administration of the states of deceased persons, where his death can be satisfactorily proved, but not where he is in fact alive. The estate of a person presumed to be dead, but in fact alive, cannot be administered and disposed of as an escheated estate; and,

Wherefore, Death of the person on whose estate administration is sought is a jurisdiction requisite; and while the presumption of death arising from absence may present a prima facie case sufficient to warrant a grant of administration, yet if it subsequently develops that such person was in fact alive, the administration is void. ANY ADMINISTRATION ON THE ESTATE OF A LIVING PERSON IS VOID;

That all Legal and Equitable Titles in connection with any property of this Trust are hereby merged leaving only the residuum equitable estate beneficial ownership to be credited in the name of "Edward Roark Schwagerl Living Estate Trust".

### Article XI. Errata

1. Second Amendment coverage says 10/21/2017, should say 10/21/2016.
2. Original Trust is 171013 October 21, 2016
   a. First Amendment is "First Amendment 2-28-17.
   b. Second Amendment is #172527 March 16, 2017.
3. Cover Page of original trust, cover letter date says September 14, 2106, should read "October 14, 2016"
4. 172528 Second Amendment Trust-filing Form for filing "Name of Trust" line shows "Oct 21, 2017" should read "Oct 21, 2016"
5. 171013-amendment-filed-02-28-2017-official-download, file, Form for filing, "Name of Trust line shows "Oct 21, 2017" should read "Oct 21, 2016"

///Continued on next page.

Third Amendment ERSLET February 2019

- 7 -

## Notice of Acceptance and Acknowledgement of Deed Polls

For sufficient lawful value tendered, received and is acknowledged, I, Edward Roark

Schwagerl, do receive, accept and acknowledge all herein displayed Deed Polls shown in "Trust

Table of Res," in accordance with the Maxim "Equity does not aid a volunteer" and "Equity will

not complete an imperfect gift" executed by the United States of America and its Secretary of

State now in my possession as bona fide priority holder for safekeeping in my capacity as Trust

Protector/Trustee for the purposes and intents in pursuit of Edward Roark Schwagerl Living

Estate Trust.

In testimony whereof, I have affixed my Seal and Signature below in my name on this

19 day of February, the year of our lord Two Thousand Nineteen.

X: _____

Edward Roark Schwagerl,
Executed at Ramsey County, Minnesota.



- 7.1 -

Special – Priority – Non-Commercial        Sec 1.01

## Notice of Creation of Private Estate

On sixteenth of May nineteen hundred sixty eight of the year of his Lord and Savior, his day of nativity, in the first moment of his/her first breath, newborn Baby Boy, Christian name Edward, common name (no middle name) Roark, of the natural birth father family of Fader, hereinafter "Grantee", his natural body, flesh and blood, living breathing, existing, sentient, physical merger of hereditary biology of his/her natural parents and their legacies, soul, mind and spirit, a private American national, Native Ohioan, now Minnesotan of the United States privately residing and privately domiciling without the "United States" military area within a non-military occupied private Estate Trust.

Our Lord and Savior, the great "**I AM**" (Exodus 3:14), "Creator"

The natural biological genealogical, bloodline, parentage, progenitors, nativity mother and father of **Edward Roark of the natural father Fader**,

**Fader, Edward Kenneth**, private American National,
At county of Ashtabula, nation Ohio;
in holy wedlock with
**Layman, Karen Wave**, private American National,
At county of Licking, nation Ohio.

Donors, grantors as progenitors, testators, testatrix, ancestors, parentage, and legacy,
In substance creators, grantors testators/testatrix, and donors,

Hereinafter jointly "Grantors"

- Maxim: no one is heir to the liv█ ███████
- *Haeres est eadem persona cum antecessore.* The heir and his ancestor are one and the same person. That is, one in right, the heir succeeding to the right of his ancestor, just as the king never dies. [Gibson §64(17), Suits in Chancery 1907]
- Heir: one born in lawful matrimony, who succeeds by descent, and right of blood, to lands, tenements or hereditaments, being an estate of inheritance.
- *Haeres ex asse suus,* an heir to the whole estate; a sole heir. It is an established rule of law, which God alone can make an heir.
- *Haeredem Deus facit, non homo.* God and not man, make the heir.
- *Haeredam est nomen collectivum.* Heir is a collective name.
- *Haeris est nomen juris, filius est nomen naturae.* Heir is a term of law, son one of nature.
- *Haeres est aut jure proprietatis aut jure representationis.* An heir is either by right of property or right of representation.
- *Haeres est alter ipse, et filius est pars patris.* An heir is another self, and a son is a part of the father.
- *Haeres est eadem persona cum antecessore.* The heir is the same person with the ancestor.
- *Haeres haeredis mei est meus haeres.* The heir of my heir is my heir.
- *Haeres legitimus est quem nuptiae demonstrant.* He is the lawful heir whom the marriage demonstrates.
- *In restitutionem, non in pasnam haeres succedit.* The heir succeeds to the restitution not the penalty.

### 𝔑𝔬𝔱𝔦𝔠𝔢 𝔬𝔣 𝔓𝔞𝔯𝔢𝔫𝔱𝔞𝔤𝔢 𝔞𝔫𝔡 𝔍𝔫𝔥𝔢𝔯𝔦𝔱𝔞𝔫𝔠𝔢 𝔬𝔣 �civilised𝔦𝔤𝔥𝔱𝔰

1.  i am naturally delivered on my day of nativity [separated from My Mother] an American Freeman and sovereign private civilian citizen of the United States/America national [by Birthright] on Sixteen May Nineteen Hundred Sixty-Eight year of My Lord and Savior, My domicile of origin grounded upon the soil on/at/near Franklin county, republican unincorporated union member State of Ohio. My lawful admittance to said USA is hereby tendered in full ab initio in Annex Nine. i am, and all My bloodline ancestors are, of the White Anglo-European lineage. i am a product of a Holy wedlock between Christian mother and father each of whom are heirs and beneficiaries by parentage, bloodline, and Birthright passed to them from the sovereign American People protected by said Constitution; thereby, endowing Me as an heir—*haeres*—and beneficiary of that constitution by parentage and Birthright, as witnessed herein below. My bride consummated Twenty-Four April A.D. 1999 in holy matrimony, Schwagerl, christine marie and My offspring sons and daughters also enjoy the same status plane as Mine, as i state herein to have and to hold to him and to her and their heirs forever.

2.  My natural bloodline father and mother at nativity are Fader, Edward Kenneth, a freemen and sovereign [by Birthright] born October 7, A.D. 1944, product of holy wedlock grounded upon the soil of Ashtabula county of the unincorporated union member state of Ohio and Layman, Karen Wave, and thereafter on or about circa A.D. 1973 My legal and loving parents become Schwagerl, George Ernest and Schwagerl, Karen Wave (Layman) by court decree of a loving paternal adoption and parenthood, and the initial Hospital Registration signed and fingerprinted by Fader, Karen

Page 18 of 52, Edward Roark Schwagerl Living Estate Trust, 2018 at Ramsey County, Minnesota.

*e.S.S.*

- 8 -

Special – Priority – Non-Commercial

Wave as "Fader, Baby Boy" that manifestly derived—with implicit privity—a Certificate of Live Birth "Edward Roark Fader" Said Ohio Persons is placed Sealed by Franklin County Probate court order in Franklin county, Ohio.

3. The father of My mother Karen Wave Layman is Dwight Carl Layman a freeman and sovereign private civilian citizen of the United States/American national born A.D. 1922 of holy wedlock grounded upon the soil of Licking county, unincorporated union member state of Ohio.

4. The father of Dwight Carl Layman is James Albert Layman a freeman and sovereign private civilian citizen of the United States/American national born A.D. 1890 of holy wedlock grounded upon the soil of Licking county, unincorporated union member state of Ohio.

5. The father of James Albert Layman is David Layman a freeman and sovereign private civilian citizen of the United States/American national born A.D. 1846 of holy wedlock grounded upon the soil of Virginia.

6. The father of David Layman is Abram Layman a freeman and sovereign private civilian citizen of the United States/American national born A.D. 1805 of holy wedlock grounded upon the soil of Knox county, unincorporated union member state of Ohio.

7. The father of Abram Layman is Ludwig Lewis Lehman Jr. a freeman and sovereign Private civilian citizen of the United States/America colonialist born A.D. 1784 of holy wedlock grounded upon the soil of Frederick county, Maryland colony.

8. The father of Ludwig Lewis Lehman, Jr. is Ludwig Lehman a freeman and sovereign Private civilian citizen of the United States/America born A.D. 1738 of holy wedlock upon the soil of Philadelphia, Pennsylvania state; Ludwig Lehman Jr. served in the American Revolutionary War, August 15, 1776.

9. The father of Ludwig Lehman is John Christian Lehman born A.D. 1700 of holy wedlock grounded upon the soil near Speyerdorf, Neustadt an der Weinstrasse, Rheinland-Pfalz, Germany, and he arrived in Philadelphia, Pennsylvania on August 29, 1780 on the ship Thistle of Glasgow, and died A.D. 1748 in Frederick, Maryland. The records in the Land-Speyerdorf Reformed Church state that the Christian is the son of Jacob Lehemann of Lachen, Germany who is confirmed in the Lachen Church in A.D.1710.

10. The father of John Christian Lehman is Hans Jacob Lehman born A.D. 1676 of holy wedlock near Langnau, Emmenthal, Bern, Switzerland.

11. The father of Hans Jacob Lehman is Benedict Lehman (m. Staub, Veronica) of Bern, Switzerland.

12. i am enlightened by My mother of My being naturally birthed and delivered with the aid of the professional fiduciary care of appointee/trustee/intermediary Doctor A.J. Hart, M.D. appointed by My mother and My father at the "University Hospital of Columbus" of Columbus, Franklin county, unincorporated union member State of Ohio. Therefore, My private domicile of origin is a location outside a "Federal Zone" within a non-military occupied private estate and now i presently privately domicile and privately reside by choice at all times relevant on the Land at the unincorporated union member State of Minnesota which boundaries are defined by both Article 3 "Our Name and Boundaries" of "The Constitution of the state of Minnesota" signed 29 August 1857 and the de jure constitutional Post-Office Department of The United States of America established 20 February A.D. 1792, Article 1, Section 8, number 7.

13. My height is approximately five feet eleven inches, weight approximately two hundred pounds, blond hair, eyes blue, a white complexion, and man gender, English and French speaking, and i accept as grantee from My Creator and legacy all My physical, spiritual and mental features as wholly mine as grantee from my Creator-grantor absolutely as a matter of public record.

14. My dominant priority Political Status is only grounded upon the Land within that plane of covenants appurtenant to the Land within the de jure meaning of the Third Article of the constitution of the United States circa 1791 "said USA" which is dominant priority to My secondary derivative "People" membership to the unincorporated union member State of Minnesota under "The Constitution of the State of Minnesota" established August 29, 1857 A.D. and proclaimed by its Governor Ramsey 28 December 1860 A.D. herein incorporated by reference, My de jure said USA, to which i now adhere, accept, acknowledge, and adopt and give My nation union state membership allegiance and domicile nor freely give My allegiance either Spiritual or Political at any other time, place, space, plane or to any jurisdiction or illegitimate state. i declare as matter of fact that i am and intend always to be a private Inhabitant of Minnesota, and Minnesota by loving choice of Domicile only as one of the several States as that term "Inhabitant" is used Politically and Territorially in the constitution for My said USA at Article I, Sec 2, paragraph 2, and Article I, Sec. 3, paragraph 3.

15. My private Christian name being "Edward", and true name at my day of nativity being Fader, Edward Roark, but by adoption of 27th day of May 1976 Washington County decree being changed to Edward Roark Schwagerl, grantee herein, a private American/Minnesotan national of The United States of America, along with my wife in holy matrimony Christine Marie Schwagerl, both of us privately and specially residing/domiciling outside a "Federal District" and outside a "territory" within a non-military occupied private Estate Trust at the nation Minnesota with intent, purpose, freewill act and deed, execute this Deed of my acknowledgment, receipt, and acceptance ab initio of the above referenced living gift and codicil willed, transferred, bequeathed, and

Special – Priority – Non-Commercial

delivered to me by my Creator "I AM" as a newborn Baby Boy on the light of day of my nativity, sixteen May Nineteen Hundred Sixty Eight with intent and purpose acknowledge and accept without consideration the receipt of the conveyance/gift of one living physiological "Mankind Body," granted/donated and willed to me in fee simple absolute by said Grantors and for me to receive in full the sole absolute legal and equitable title thereof complete vestment in me as grantee. Said subject matter human body including but not limited to all physical characteristics and attributes derived therefrom including but not limited to: skin, flesh, muscle, bone, eyes, hair, fingers, nails, blood, saliva, seminal fluid, DNA, RNA, amino acids, emissions, urine, excrement, air ingested or egested, liquid ingested or egested, solid ingested or egested, tendons, veins, arteries, organs, glands, teeth, brain, heart, tongue, mucus, cartilage, eye/retina(1) scans, fingerprints, thumbprints, palm prints, footprints, toe prints, photos, pictures, "mug shots", audio/video recording, the mind, thoughts, consciousness, dreams, intellectual property, time, and all elements, attributes and characteristics of an intangible nature, the unauthorized use of the private Christian Name— Edward Roark and all derivatives thereof, the authorized or unauthorized use of the artificial person/Private Business Trust/nom de guerre/de facto registered organization of Ohio, respectively—"EDWARD ROARK SCHWAGERL"—and all derivatives thereof, and all other tangible and intangible, characteristics and attributes derived therefrom or to be derived therefrom of the human body of Edward Roark, private property in absolute right of use in possession, private Citizen. Grantee, of his/her own freewill act and Deed execute this Deed of his/her acknowledgement and acceptance ab initio without consideration of the above-referenced personal absolute property—Physiological Body of Edward Roark, under the terms of the Deed. This Deed serves as evidence superseding all other claims, rights, title, and interests against the said property and use in adverse possession thereof. This Deed is effective and binding upon delivery/notice to all interested parties as covenants appurtenant to my empirical physiological Body with or without consent of the parties under the terms of the Trust Deed. I, the grantee in substance, order that the record on file in a court of record be updated to show my acknowledgement, receipt, and acceptance without consideration of the absolute deed. This record replaces and previously filed said acknowledgements regarding the said subject matter on record with any record custodian. The governing laws of the Deed are four Maxims of Equity: "Equity will not aid a volunteer; Equity will not perfect an imperfect gift. Where there are equal equities, the first in order of time must prevail. Where there are equal equities the law must prevail."

**Acknowledgment and Acceptance by Heir, Donee, Grantee, and Beneficiary**

I, *Schwagerl, Edward Roark*, duly expressly acknowledge and accept the above rights, titles and interests and all estate appurtenant therewith and therefrom and, in Witness Whereof, I hereunto set my/our hand(s) and seal this _____ day of _____ in the year Two Thousand Eighteen of our Lord Jesus the Christ Advocate and heir to all things and of the independence of the Sovereign uninocorporated Union country of The United States of America the two hundred and forty second at Ramsey county, state of Minnesota a Union member.

In Presence of Us, Witnesseth:                                    *(mark & impression)*

_____ 7-14-2018
Private Witness 1  *at Ramsey County*

_____ 7-14-2018
Private Witness 2  *at Ramsey County*

_____
Edward Roark Schwagerl
Donee, Grantee, Beneficiary, Heir.

Page 20 of 52, Edward Roark Schwagerl Living Estate Trust, 2018 at Ramsey County, Minnesota.

- 10 -

Sec. 1.02

(Top 3 inches reserved for recording data)

**CERTIFICATE OF FOREIGN GRANTOR TRUST**
By Private Minnesotan State Citizen & American National.

The United States of America, The State of Minnesota, The County of Ramsey;

Edward Roark Schwageri being duly sworn, on oath says that:

1. The name of the Foreign Grantor Trust: Edward Roark Schwageri Tr (alpha) or alternatively, any single or sequence of tracer numbers RR662692550US-00.001 thru RR662692550US-99.999 (numeric).
2. The name of each Grantor of the Trust is: Edward Roark Schwageri (Ramsey County Special Term 62-cv-17-3317).
3. The previous known names of the Grantor is Edward Roark Fader, and Fader, "Baby Boy".
4. The name of each original Trustee is: Edward Roark Schwageri (Ramsey County Special Term 62-cv-17-3317).
5. The name and address of the Trustee empowered to act under the Trust Instrument at the time of execution of this Certificate is:

> Edward Roark Schwageri Ttee
> Edward Roark Schwageri Tr
> c/o 525 Main St, Unit 120353
> New Brighton, Minnesota.  00-00-0.

6. The Trustee has full dispositive and discretionary powers and is authorized by the instrument to sell, convey, pledge, mortgage, lease, or transfer title to any interest in real of personal property, EXCEPT as limited by the following:  None.
7. Any other Trust provisions the undersigned wishes to include:  all reversionary, remainderman, and other property are assigned and conveyed to Edward Roark Schwageri Living Estate Trust.
8. The Trust has not terminated or been revoked.
9. The statements contained in the Certificate of Trust are true and correct and there are no other provisions in the Trust Instrument or amendments to it that limit the powers of the Trustee to sell, convey, pledge, mortgage, lease, or transfer title to rights or interests in real or personal property either legal or equitable.


Trustee or Grantor

_Edward Roark Schwageri_

Edward Roark  Schwageri


Signed and sworn to before me on this 2ⁿᵈ day of February, 2019 by Edward Roark  Schwageri.

(seal)


**MARNIE RAE MCPHERSON**
**NOTARY PUBLIC**
**MINNESOTA**
My Commission Expires Jan. 31, 2022

(signature of notarial officer)
My commissioner expires: 1/31/22
(month/year)

Sec. 1.03

(Top 3 inches reserved for recording data)

**AFFIDAVIT OF GRANTOR/TRUSTEE**
Regarding Certificate of Trust or Trust Instrument

The United States of America, The State of Minnesota, The County of Ramsey;

_edward roark schwagerl_ being duly sworn on oath says that:

1. Affiant is the Grantor and Trustee named in the Certificate of Trust or Trust Instrument to which this Affidavit is attached, its jurisdictions being the Union Republican State of Minnesota at Ramsey County, without the District of Columbia nor Territorial jurisdiction nor emergency military occupation.
2. The Certificate of Trust or Trust Instrument was executed by an Affiant or another Trustee of the living Grantor of the Trust and relates to landed estate, chattel, equitable interest of reversionary, remainderman, and resulting in funds, accounts, personal property, securities, interest, rents, profits, patents, copyrights, and other property listed in its Table of Res and Table of Handwritten Marks in Trust.
3. The name and address of the Trustee(s) empowered under the Trust Instrument to act at the time of the execution of this Affidavit are as follows:

   Edward Roark Schwagerl Ttee
   Edward Roark Schwagerl Tr
   c/o 525 Main St, #120353
   New Brighton, Minnesota. 00-00-0.

4. The Grantor who has executed that certain instrument, relating to the property described above, between Edward Roark Schwagerl, private American National Minnesotan and Edward Roark Schwagerl Tr (EIN# 98-607xxxx) and:
a. Are empowered by the provisions of the Trust to sell, convey, pledge, mortgage, lease, or transfer title to any interest in real or financial or electronic or personal property held in trust; and
b. Are the requisite number of Trustee(s) required by the provisions of the Trust to execute and deliver such an instrument.
5. The Trust has not been terminated or revoked.
6. There has been no amendment to the Trust which limits the power of the Trustee(s) to execute and deliver the instrument described in paragraph 3.
7. The Trust is not supervised by any Court at the time of this document.
8. Affiant does not have actual knowledge of any facts indicating the Trust is invalid.

Affiant,

Edward Roark    Schwagerl

Signed and sworn to before me on this _2nd_ day of _February_, 2019 by Edward Roark    Schwagerl.

(seal)

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

(signature of notarial officer) _1/31/22_
My commissioner expires: _1/31/22_
(month/year)

CERTIFICATE OF TRUST & AFFIDAVIT OF TRUSTEE

-12-

Sec. 1.04

Proprietary – Special – Priority – Non-Commercial

**Trust Annex 8**

### Notice

Private "titles" expressed here and now RR662692550US-000.01 thru RR662692550US-999.99 are Trust's

Private Account Numbers:  Lamar County Georgia Superior Court of Record, Deed Record July 16, 2104, and,

Authenticated Minnesota Secretary of State Ramsey County File No. A04502129, A04502130, A04502131, April 4,

2014, included herein by reference.

### Table of Handwritten Marks in Trust

Below Marks are property of Trust:

| | | |
|---|---|---|
| | | Roark |
| | | |
| | | |

Schwagerl, Edward Roark.  Donor/Settlor.

## State of Minnesota

Ser. 1.05a

# SECRETARY OF STATE

CERTIFICATE OF OFFICE

I, Steve Simon, Secretary of State of Minnesota, do certify that: The person listed below, whose signature appears on the attached document, held the office set forth below and that the person was duly qualified and empowered to hold that office and to perform all of the functions of that office on the date the attached document was signed.

NAME OF SIGNING PERSON:  Sheila Wicklander

OFFICE HELD:  Deputy Court Clerk, County of Ramsey, State of Minnesota

DATE DOCUMENT WAS SIGNED:  September 08, 2017

This certificate has been issued on:  10/02/2017



_____
Secretary of State

# EXEMPLIFIED/AUTHENTICATED CERTIFICATE

**STATE OF MINNESOTA**
**COUNTY OF RAMSEY**

**DISTRICT COURT**
**SECOND JUDICIAL DISTRICT**
**CIVIL DIVISION**
**COURT FILE NO. 62-CV-17-3317**

**IN RE**

    In the Matter of the Application of
Edward Roark Schwagerl for a Change
of Name

I have compared the attached copy of: Order Granting Name Change and Other Relief, with the original, and it is a true and correct copy of the original on file as it appears on record in my office as legal custodian.

    WITNESS MY HAND AND SEAL, of the District Court, Civil Division, at St. Paul, in Ramsey County, State of Minnesota, on September 08, 2017.

(COURT SEAL)

Sheila Wicklander
DEPUTY COURT CLERK

STATE OF MINNESOTA
COUNTY OF RAMSEY

    I, Shawn M. Bartsh, Judge of District Court for the Second Judicial District, Civil Division, in and for the County of Ramsey, State of Minnesota, do certify the foregoing attestation of Sheila Wicklander, Deputy Court Clerk, is correct, and the signature is genuine.

    IN TESTIMONY WHEREOF, I have set my hand on 11 day of September, 2017.

Shawn M. Bartsh
DISTRICT COURT JUDGE

STATE OF MINNESOTA
COUNTY OF RAMSEY

    I, Michael F. Upton, Court Administrator of the above named Court, do certify, the Honorable Shawn M. Bartsh, is a Judge of the above named Court, duly commissioned and qualified, and was such Judge at the date of the foregoing certificate, and the signature attached is genuine.

    IN TESTIMONY WHEREOF, I have set my hand and the seal of the District Court, Civil Division, at St. Paul, in Ramsey County, State of Minnesota, on 20 day of September, 2017.

(COURT SEAL)

Michael F. Upton
COURT ADMINISTRATOR

- 15 -

**FILED**
**Court Administrator**

AUG 3 0 2017

By _PN_

State of Minnesota

| County _Ramsey_ | By _PN_ | Deputy |

| Judicial District: _Second Special Term_ |
| Court File Number: _62 CV-17 3317_ |
| Case Type: | Name Change |

**District Court**

In the Matter of:

_EDWARD ROARK SCHWAGERL_

First      Middle      Last

**Order Granting Name Change**
**And Other Relief**
**(Minn. Stat. § 259.10, § 144.218, and § 144.2181)**

For a change of name to:

_Edward Roark Schwager_

First      Middle      Last

---

The above entitled matter came on for hearing before the undersigned Judge on _August 30, 2017_ upon the Application for a Name Change and Other Relief. Upon the
Date
testimony and files, THE COURT FINDS the following:

1. The application is made in good faith without intent to defraud or mislead.

2. The applicant(s) has/have lived in the State of Minnesota for at least six months preceding the filing

   of the application, and now live at: _525 Main Street, St. Paul, Minnesota_ _55102-4420,353_
   Street      City/Town      State      Zip _exempt_

   in _Ramsey_ County.

3. Name of applicant and date of birth: _May 16, 1968 A.D._

4. Name of spouse and date of birth: _Christine Schwagerl_
   This application ☐ does ☑ does not include spouse.

5. Name(s) of minor children and date(s) of birth: _____
   _Connor (Schwagerl)      May 12, 2003_
   _Chloe (Schwagerl)      July 14, 2004_

---

☐ This application does not include minor children listed above.
☐ This application includes the following minor children listed above: _____

---

NAM107      State      ENG      Rev 09/14      www.mncourts.gov/forms      Page 1 of 4

- 17 -

6. This applicant requests:
   ☑ To have his/her name changed to _Edward Roark Schwager_

   ☐ To have his/her name changed on birth records created or maintained by the Minnesota
   Department of Health to _____

   ☐ To have his/her sex changed on birth records created or maintained by the Minnesota
   Department of Health to _____.

   ☐ To have the Minnesota Department of Health issue and register a replacement birth record. Applicant
   further requests the prior birth record be kept confidential and the replacement birth record not to
   include any reference to Applicant's ☐ former name ☐ former sex.

   ☐ To have the name of his/her spouse changed to _____

   ☐ To have the name(s) of his/her child (ren) changed to _____
   _____
   _____
   _____
   _____

7. The applicant (and included spouse or child (ren))
   ☑ Has not been convicted of a felony in any state.
   ☐ Has been convicted of a felony as follows: _____
   _____

   AND ☐ Proper notice has been given to the prosecuting authority and Minnesota Attorney General
   AND ☐ No objection has been filed.

8. Legal description of lands in the State of Minnesota upon which the following have a claim, interest, or
   lien: (Provide the legal description and attach additional pages if necessary)
   ☑ Applicant _____See Attached No 8 include & Nexus by Reference___
   ☑ Spouse _____
   ☐ Child (ren) _____
   _____

9. Other: _____
   _____
   _____

The application is granted and IT IS ORDERED that:

☑ The legal name of the Applicant shall be _Edward Roark Schwager_

☐ The legal name of the spouse shall be _____

NAM107   State   ENG   Rev 08/14   www.mncourts.gov/forms   Page 2 of 4

☐ The legal names of the minor child (ren) shall be _____

_____

_____

☐ The Minnesota Department of Health shall change the name on the birth record from _____

_____ to _____

☐ The Minnesota Department of Health shall change the sex on the birth record from_____to

_____.

☐ The Minnesota Department of Health shall issue and register a replacement birth record for the Applicant. The prior birth record shall be confidential pursuant to Minn. Stat. § 13.02, subdivision 3, and shall not be disclosed except pursuant to court order.

☐ The replacement birth record shall not include any reference to the Applicant's

　　　☐ former name

　　　☐ former sex

and

☐ shall reflect the Applicant's current legal name of _____

☐ shall reflect the sex designation of _____.

　　　**All persons having a criminal history who have been granted a name change by this court have a duty to report that name change to the Bureau of Criminal Apprehension within ten (10) days of this order.**

☐ Other _____

Dated: ___8-30-17___　　　　　　　　_____

　　　　　　　　　　　　　　　　　　Judge of District Court

### DUTY TO REPORT NAME CHANGE
#### Minn. Stat. § 259.11B

If you have a criminal history and have changed your name, you have a duty to report your name change to the Bureau of Criminal Apprehension located at 1430 East Maryland Avenue, St Paul, MN 55106, (651)793-2400, within ten (10) days of this order.  Failure to do so is a gross misdemeanor punishable by up to one (1) year in prison and/or a fine of $3000.

NAM107　　State　　ENG　　Rev 08/14　　　　　www.mncourts.gov/forms　　　　　Page 3 of 4

**Case File No:** _____

The MN. Dept. of Health shall change the name on the birth record

from _____ to _____

The MN. Dept. of Health shall change the name on the birth record

from _____ to _____

The MN. Dept. of Health shall change the name on the birth record

from _____ to _____

The MN. Dept. of Health shall change the name on the birth record

from _____ to _____

The MN. Dept. of Health shall change the name on the birth record

from _____ to _____

The MN. Dept. of Health shall change the name on the birth record

from _____ to _____

The MN. Dept. of Health shall change the name on the birth record

from _____ to _____

The MN. Dept. of Health shall change the name on the birth record

from _____ to _____

The MN. Dept. of Health shall change the name on the birth record

from _____ to _____

Page 4 of 4

Applicant accepts as granted
this order on August 30, 2017

X: _[signature]_ 8.3017
, granted
Applicant

_[signatures]_

*62-CV-17-3317* (handwritten)

*Attached with*
*order August 30, 2017* (handwritten)

*R.C.5* (handwritten)

5. Name of Applicant's spouse and date of birth: CHRISTINE MARIE SCHWAGERL

(NETTLETON) of Saint Louis County, State of Minnesota, Birth No. 981 Nineteenth of June

Nineteen Hundred Sixty-eight (6-19-1968), domicile of origin 4729 West 6th Street, Duluth,

Minnesota. This application does not include spouse.

5. Name(s) of Applicant's minor children and date(s) of birth. This application does not include the

following minors: CONNOR GEORGE SCHWAGERL of Anoka County, State of Minnesota,

Eighteenth of May Two Thousand Three (5-18-2003), CHLOE MARIE SCHWAGERL, Fourteenth

of July Two Thousand Four (7-14-2004).

6. This Applicant requests to have his name changed to:

*Edward Roark Schwagerl* [handwritten]

**Edward  Roark  Schwagerl** [electronic or press]

(proper case style of private citizen of the United States and private Minnesotan national)

7. The Applicant has not been convicted of a felony in any State of the Union.

8. Legal description of lands in the State of Minnesota upon which the Applicant has a claim, interest, or

lien: (Provide the legal description and attach additional pages if necessary.)

*Attached to order* (handwritten, vertical left margin)

A) 49 14th Ave Southwest, New Brighton, Minnesota. PID 32.30.23.22.0060, Highcrest Addition Block
3, Lot 22, Land Patent Number 3072, April 9, 1855. Ramsey County Recorder Document #'s
1694362 Warranty Deed, 4301137, 4301140, 4284752, 4354636, 4356901, 4356110, 4354635,
4316183, and Registrar of Titles #2192514, all included herein by reference and made apart hereof
and description provided here:

That part of the Northwest Quarter of the Northwest Quarter of Section 32,
Township 30 North, Range 23 West of the 4th Principal Meridian - *1831 MN/WI*,
Ramsey County, Minnesota, described as follows:
Commencing at the Northwest corner of said Section 32; thence North 89 degrees
43 minutes 56 seconds East, along the north line of said Section 32, a distance of
649.87 feet; thence South 00 degrees 18 minutes 34 seconds East a distance of
265.58 feet; thence North 89 degrees 52 minutes 15 seconds East a distance of
30.00 feet to the point of beginning of the land to be described; thence North 89
degrees 52 minutes 15 seconds East a distance of 131.60 feet; thence South 00
degrees 18 minutes 34 seconds East a distance of 76.00 feet; thence South 89
degrees 52 minutes 15 seconds West a distance of 131.60 feet; thence North 00
degrees 18 minutes 34 seconds West a distance of 76.00 feet to the point of
beginning.

The Second Judicial District, Court Administration,
State of Mississippi, does hereby certify that the
attached instrument is a true and correct copy of the
official version of the court record.

Dated this _05_ day of _October_ 20 _17_

By _____ Deputy

Edward Roark Schwagerl

Sec. 1.05b

*Every place that the sole of your foot shall tread upon, that have I given unto you, as I said unto Moses - Joshua 1:3*



I, edward roark do hereby solemnly affirm to make the above foot print of the sole of my own right foot above on this 8th day of May of the years two thousand seventeen of the year of our Lord and of the Independence of the unincorporated country of the United States of America the two hundred and forty first at unincorporated Ramsey county, Minnesota:

The below scribed private witnesses do solemnly affirm the act of the above prints of the sole of the feet performed by *edward roark*; House of Schwagerl on the date and place aforesaid –

- 24 -

Sec. 1.05e

Sec 1.05e

Sec 1.05e



"See that you do not despise one of
these little ones; for I tell you, their
angels in heaven always behold the
face of my Father in heaven."

MATT. 18:10

# Birth

…en are one of God's greatest blessings. In receiving and caring for these gifts of
…we are, according to Christ's own word, receiving and caring for Christ Himself
(Matt. 18:5). God has blessed our marriage with the following children.

…dra Kay DeMuth born on _3-23-50_ in _Prairie du Chien, Wis_

…y Paul DeMuth born on _8-17-52_ in _Prairie du Chien, Wis._

_____ born on _____ in _____

_____ born on _____ in _____

_____ born on _____ in _____

_____ born on _____ in _____

_____ born on _____ in _____

…eorge E Schaagen born on _7/22/35_ in _Springfield MN_

…Edward Robert Schuster born on _5/16/68_ in _Columbus, Ohio_

_____ born on _____ in _____

_____ born on _____ in _____

_____ born on _____ in _____

Sec. 1.05b

COUNTY COURT, FAMILY DIVISION

~~JUVENILE COURT~~ COUNTY OF_____WASHINGTON_____, STATE OF MINNESOTA


In the Matter of the Welfare of _____Edward Roark Fader_____, a Child, and the Petition

of _George E. Schwagerl_ and _Karen L. Schwagerl_ , his Wife, to Adopt said Child.


## DECREE OF ADOPTION


The above entitled matter came duly on to be heard on the _28th_ day of _____May_____,

_1976_, upon the petition of _George E. Schwagerl_ and _Karen L. Schwagerl_,

his Wife, to Adopt said Child.

Petitioners appeared in person and by their attorney_____Robert G. Briggs_____,

and no one appeared in opposition.

Upon said hearing and due consideration of all the evidence adduced thereat, the report of the
Commissioner of Public Welfare, and all the files and records herein, the Court finds that all the allegations in said petition are true; that

1. Petitioners were married on September 30, 1973, at Johnstown,
Ohio; that their full names are George E. Schwagerl and Karen L.
Schwagerl; that their respective ages are 40 and 31 years; that their
place of residence is 9155 182nd Street North, Forest Lake, Minnesota;
that they have resided in the State of Minnesota for more than one yea
immediately preceding the filing of the Petition herein.

2. That the natural mother of Edward Roark Fader is Karen L.
Schwagerl and that the natural father of said child is Edward Fader.

3. That said child was born in the City of Columbus, County of
Franklin, State of Ohio, on May 16, 1968.

4. That the actual name of the child is Edward Roark Fader.

5. That your petitioners desire to have the name of the child
changed to Edward Roark Schwagerl.


The Court further finds, that the_____natural father_____

(Parents — Guardian — Commissioner of Public Welfare)

of said minor child consent s to the adoption of said child by petitioners and that said child has resided
in the home of said petitioners for at least six months prior to the filing of said petition. That the said
home and child are suited to each other and that petitioners are fit and proper people to have said child
with reference to the suitability of their home, their characters and financial standing, and that it is to
the best interests of said child that __he be adopted by said petitioners.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, in accordance with the statute in
such case made and provided, that from this date said child____Edward Roark Fader____

shall to all legal intents and purposes be the child of the petitioners _George E. Schwagerl_

_and Karen L. Schwagerl_

and for the purpose of inheritance and all other legal incidents and consequences shall be the same as if
__he had been born to them in lawful wedlock.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the name of said child be changed

to_____Edward Roark Schwagerl_____.


Dated _May 28_, 19_76_

_Howard R. Albertson_

~~Judge of Juvenile Court~~
Judge of County Court

- 26 -

VERIFY PRESENCE OF ODH WATERMARK      HOLD TO LIGHT TO VIEW

**OHIO DEPARTMENT OF HEALTH**
**DIVISION OF VITAL STATISTICS**
**CERTIFICATE OF LIVE BIRTH**

Ser. 1.05e

Reg. Dist. No. 25
Primary Reg. Dist. No. 2501

Registrar's No. 6283

Birth No. 184 - 68- 33

| CHILD—NAME | First Edward | Middle Roark | Last Schwagerl | DATE OF BIRTH (Month, Day, Year) 2a. May 16, 1968 | HOUR 2b. 6:51B. |
|---|---|---|---|---|---|

**CHILD**

| SEX 3. Male | THIS BIRTH —Single, twin, triplet, etc. (Specify) 4a. Single | IF NOT SINGLE BIRTH —Born first, second, third, etc. (Specify) 4b. | COUNTY OF BIRTH 3a. Franklin |
|---|---|---|---|

| CITY, VILLAGE, OR LOCATION OF BIRTH 5b. Columbus | INSIDE CITY LIMITS (Specify yes or no) 5c. Yes | HOSPITAL—NAME (If not in hospital, give street and number) University Hospital |
|---|---|---|

**MOTHER**

| MOTHER—MAIDEN NAME First Karen | Middle Wave | Last Layman | AGE (At time of this birth) 6b. 23 | STATE OF BIRTH (If not in U.S.A., name country) 6c. Ohio |
|---|---|---|---|---|

| RESIDENCE—STATE 7a. Ohio | COUNTY 7b. Franklin | CITY, VILLAGE, OR LOCATION 7c. Columbus | INSIDE CITY LIMITS (Specify yes or no) 7d. Yes | STREET AND NUMBER 7e. 3045 Bellwood Ct., #11 |
|---|---|---|---|---|

**FATHER**

| FATHER—NAME First George | Middle E. | Last Schwagerl | AGE (At time of this birth) 8b. 32 | STATE OF BIRTH (If not in U.S.A., name country) 8c. Minnesota |
|---|---|---|---|---|

| INFORMANT'S NAME OR SIGNATURE 9a. Mrs. George E. Schwagerl | RELATION TO CHILD 9b. Mother |
|---|---|

**CERTIFIER**

| I certify that the above named child was born alive at the place and time and on the date stated above. 10a. SIGNATURE A. J. Hart | DATE SIGNED 10b. 5-16-68 | ATTENDANT—M.D., D.O., midwife, other (specify) 10a. M.D. |
|---|---|---|

| CERTIFIER—NAME (Type or Print) A. J. Hart, M.D. | MAILING ADDRESS (Street or R.F.D. No., City or Village, State, Zip) 10e. Columbus, Ohio |
|---|---|

| REGISTRAR—SIGNATURE 11a. Esther D Ellenbach | DATE RECEIVED BY LOCAL REGISTRAR 11b. 5-31-68 |
|---|---|

OR PRINT IN PERMANENT INK

I HEREBY CERTIFY THIS
DOCUM... ...AN EXACT
COPY OF T... ...OF FILE WITH
THE OHI... ...HEALTH.

JL 20 17 76 745

HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH
REV. 7/2...

VERIFY PRESENCE OF ODH WATERMARK      HOLD TO LIGHT TO VIEW

Sec. 1.05f

# Affidavit: Proof of Identity, Allegiance, Domicile and Claim of Status on Soil of Minnesota as Identification of Minnesotan Edward Roark Schwagerl Private American National of The United States of America.

## Article I.  Statement of Intent



*i , Edward, state the truth on My Oath and do declare the following matters of fact as hereinafter:* from the beginning, *i* do hereby make Oath of Allegiance to the Kingdom of Heaven under the One True Source Divine God Almighty Ever-Living God-YHWH "i am" of All living heirs, men and things as to whom *i* serve under Heaven on the plane of earth, and with God as my witness, *i* am, a true man of God, a creation by My Divine Creator God, acknowledge all blessings given by God. *i am* a heir, a sentient man of mind, flesh, blood, and soul, the Living heir—*haeres ex asse suus*—and beneficial owner, mortgagee, and subrogee to the "Edward Roark Schwagerl" unincorporated decedent's legal estate originally natively domiciled in Franklin county, Ohio, and *am* known by My one proper and private Christian given name *"Edward"*, My common name—no middle name—given by My father *"Roark"*, and My shared family name *"Schwagerl"*, hence *Edward Roark Schwagerl* established after my day of nativity (hereinafter *"Edward Roark"* also "*i, Me, Myself,*") the only real party in interest at all times relevant herein, *in esse* and *sui juris* herein, endowed with certain unalienable rights; *i am* born grounded upon the unincorporated law of the Land and privately occupying and privately domiciling temporarily at Silver Lake Village, Lot 3 Blk 1 on the sovereign unincorporated union member of the state of Minnesota in its Perpetual Union under exclusive jurisdiction of "The United States of America" under the handwritten "Constitution" March 4, 1789, Pennsylvania State House (Independence Hall), Philadelphia, Pennsylvania and Sovereign jurisdiction and venue without the "Federal Zone" within a non-military occupied private estate and not subject to the jurisdiction of the military occupied war powers "United States" nor the municipal "District of Columbia", nor included in the territorial jurisdiction of Article I & II under extra-constitutional doctrines; and, *i am* a living Private American National of The United States of America national of sound mind, one people of "**the People**" of white private American Christian Posterity birthright, a Protected Class, wholly and totally excluded from, and deemed a peaceful "friend" non-combatant by, the applicability of the definition "person" in the amended 1917 "Trading with the Enemy Act" titled "Emergency Banking Relief Act" of 1933, a true beneficially interested <u>heir</u> created by God, by legacy, parentage, bloodline, and birthright of the *"Posterity"* under the inherited rules of Chancery and intend to affirm what already is—my private status by ancestral inheritance, birthright, legacy, bloodline, and by parentage and by express allegiance *ab initio*, and that *i am* the heir— *haeres ex asse suus* —to Franklin county State of Ohio issued unincorporated registered organizations "EDWARD ROARK SCHWAGERL" and "Edward Roark Schwagerl" decedent's legal estates now transferred to "Edward Roark Schwagerl Living Estate Trust" ("ERLSET") on July 14, 2018 (said <u>estates</u> are hereinafter referred to as "**Said Ohio Persons**") and not a statutory public implied quasi-trustee, nor Roman Citizen, nor statutory "U.S. citizen", nor officious volunteer surety for third party artificial persons, nor a personally liable Registered/Resident Agent thereof, nor voluntarily liable to any *nom-de-guerre* names derived thereof, nor oaths or sworn statements thereof mis-taken; and hence therefore, the following testimony, facts and assertions contained herein are true, correct and complete to the best of My current first hand personal knowledge, experience, and information, and that what relates to the act and deed of any other, be it an individual or artificial person, *i* believe in good conscious and good reason to be true.  In the occurrence of any conflicts of interpretation in this P.R.D. then this "**Statement of Intent**" shall govern.

Only in the Status stated herein:

*Edward Roark Schwagerl* [seal]

## Article II.  Notice of Conflict or Variance of Law

My Declaration is to Amend and all previous documents that *i* are filed as a matter of record, or other public communications, in relation to My lineage, or My natural and protected Political inclusions, Equitable and Legal Interests with regards to My legacy, parentage, Birthright and current state and national status and is intended to correct any errors in those previous documents that *i* may have mistakenly or inadvertently made.  In the event of conflict between this and any previous recorded documents, the statement and Claims in this Declaration shall be determined to be My correct facts on the matter. My rights as a private civilian citizen are in jeopardy, and are of those classes, rooted in a lofty Christian morality, which the written constitution for the United States of America either confers or has taken under its protection and no adequate remedy for their enforcement is provided by the forms and proceedings purely legal, and for which their modes of acquiring jurisdiction are military in character, the same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity vested by the written constitution for the United States of America, and which cannot be affected by the legislation of the emergency provisional congress, the states or agencies who are subject to the

copy claimed, Edward Roark Schwagerl 2019

laws of the emergency "United States" in the District of Columbia. In the event the interpretation of words, doctrines, ideas, principles and laws are in conflict, then the interpretations shall be governed by that of English Chancery ratified by the Judiciary Act of 1789, next, Chancery Division of the "supreme court of the United States" in paragraph one of June 19, 1934 of the 73rd Congress Sess II CHS 651, 652 (Public Law No. 415), which rights are still left, and American Equity Jurisprudence circa A.D. 1776 which protection arises under My country governed by the Refornation written *"We The People"* "The Constitution for the united States of America" Art. III. Sect. 2, subd. 1, Maxims of Equity listed in, and private trust law: equity shall always prevail! Take Notice hereby that the primary equitable rights expressed herein are not cognizable at law, much less by martial modes of acquiring jurisdiction, and thus *i am* without a speedy, nor adequate and complete remedy at law and therefore there arises a conflict or variance of the rules of law over subject matter of the Executor's Trust Transfer Grant Deed of conveyance of the State of Ohio/Franklin county issued registered organizations "Edward Roark Schwagerl" and "EDWARD ROARK SCHWAGERL" respectively, to ERSLET, in relation to My private citizenship. Said conflict is governed by the Judiciary Act 1789 in its §11, §16 & §20 and also by import of England's High Court of Judicature Act of 1873 Amended 1875 both of which are attached hereto by reference (as well as stated by the Supreme Court of Minnesota (Dunnell's 1910 §3140)) "when there is a conflict between the rules of equity and the rules of the common law over the same subject matter the rules of equity shall prevail" to the exclusion of generally Roman Civil law or Roman Equity *du jour*, statues and codes or international law or military doctrine by applying the maxim "*Inclusio unius est exclusio alterius.*"

As a Private American National & Minnesotan heir to the organic unimpeachable written proper "The Constitution for The united States of America" Constitution signed at Pennsylvania State House, Philadelphia, Pennsylvania, on March 4, 1789, as Amended 15 December A.D. 1791 (hereinafter "My Constitution"), said original root organic *de jure* Land jurisdiction of the union "The United States of America" by My country's written Articles of Confederation as ratified by all thirteen original states A.D. 1781 hereinafter said written constitution and articles are collectively referred to throughout this document as "said USA", as stated herein this Notice by Declaration herein is to express succinctly with specificity and particularity My Legal and Equitable Nature and Character, Political wishes, intent, will, purpose and conscience. *i do not* voluntarily surrender any part of My sovereignty or Liberties to any non-Republican *de facto* provisional "emergency" military or municipal government, or international military law of occupation by operation of law or otherwise and instead at all times *i* receive the private civilian due process protections of My country's adopted written "The Constitution for The united States of America, as Amended A.D. 1791," without waiver of Article I, Sec. 8, constitutionally limited grant of Powers, on relation to the sovereign Territory of the several member union States of the country of The United States of America, AD. 1791; and therefore. *i* am to be self-governing in the words within in My nation's original executed Bill in Chancery executed root title quasi-trust document entitled written "IN CONGRESS, July 4, 1776. The unanimous Declaration of the thirteen united States of America" A.D. 1776 "under the Laws of Nature and Nature's God" now in its glorious two hundred and forty-third year of our Lord Jesus the Christ Advocate My wonderful My Counselor.

## Article III. *Oath of Allegiance and Personal Covenants*
### Declarations and Recitals

I ~~Edward Roark Schwagerl~~ , "Declarant". *Edward Roark* or "*i, Me, Myself*") in *esse* and *sui juris*, do solemnly make My Oath of Allegiance herein and state, declare and affirm the following positive averments, declarations and personal covenants appurtenant to *Me* and My descendible estate grounded on Silver Lake Village, Lot 3 Block 1 Land of union sovereign States of the several union States of The United States of America:

1.      from the beginning, with God as my witness, *i, Edward Roark*, a true man of God, a creation by My Divine Creator God, acknowledge all blessings given by God, repent all transgressions against God, whilst I solemnly ask forgiveness of trespasses against those I have committed; and, *i* do hereby make Oath of paramount priority Allegiance to the Kingdom of Heaven under the One True Source Divine Creator Almighty Ever-Living God-YHWH "i am" of All living heirs, men and things as to whom *i* serve under Heaven on the plane of earth under the firmament.

2.      *i am* in fact and in substance by legacy of nine generations, parentage and birthright one of the beneficially interested heir—*haeres—ab intestato or ex testamento* of "*the Posterity*", with also express, reversionary, and remainderman interest to the Posterity of "We the People" by whom and for whom the constitution is granted, settled and established according to its Preamble, holding *de jure* constitutional non-statutory Private American National citizenship conferred upon My natural nativity by the inherited organic Common Law (not Roman Civil Law or any municipal or international law) secured by Clause 5 of Article II, Section 1, Clause 4 of Article IV, Section 2, 4 March A.D. 1789, and broadened in Section one of the Fourteenth Amendment of the organic constitution 28 July A.D. 1868 for said USA. *Haeres est eadem persona cum antecessore*" the heir and his ancestor are one and the same person.

3.      My proper and private Christian name is "*Edward Roark*," My private surname/family name at nativity "*Fader*" and, My mother privately gave *Me* a name not publicly known part of the private confidential Columbus University Hospital files "last name, first middle" and is legally changed by a loving adoption on May 28. A.D. 1976 to which now My Family name for all times relevant is "*Schwagerl*".

4.  My current proper and private Christian name "*Edward Roark*" is spelled in lower case letters without capitonyms and in accordance with proper rules of English grammar of America.

**Deposition of My Sovereign Bloodline & Inherited Rights Recognized by International Law**

- Maxim: "no one is heir to the living."
- *Haeres est eadem persona cum antecessore:* "the heir and his ancestor are one and the same person. That is, one in right, the heir succeeding to the rights of his ancestor, just as the king never dies." [Gibson §64(17), Suits in Chancery Jurisdiction, High Court of Justice, England & Wales, §2.31 part 17 2014.]
- Heir: one born in lawful matrimony, who succeeds by descent, and right of blood, to lands, tenements or hereditaments, being an estate of inheritance. (Bouvier 1856.)
- Maxim *Haeres ex asse suus,* "an heir to the whole estate; a sole heir."
- "It is an established rule of law, which God alone can make an heir" (Bouvier 1856).

5.  *i am* naturally delivered on my day of nativity [separated from My Mother] an American Free Man and sovereign private American national of the United States of America by Birthright on Sixteen May Nineteen Hundred Sixty-Eight year of My Lord and Savior, My domicile of origin grounded upon the soil on/at/near Franklin county, republican unincorporated union member State of Ohio.  My lawful admittance to said USA is hereby tendered in full *ab initio*.  *i am*, and all My bloodline ancestors or consanguinity are, of the White Anglo-European patrilineal descent.  *i am* a product of a Holy wedlock between Christian mother and father each of whom are heirs and beneficiaries by parentage, bloodline, and Birthright passed to them from the sovereign American People protected by said Constitution; thereby, endowing *Me* as an heir— *haeres* — and beneficiary of that constitution by lineage, parentage, bloodline, and Birthright, as witnessed herein below.  My bride of Twenty-Four April A.D. 1999 in holy matrimony, *Schwagerl, Christine Marie* and My offspring son Connor George Schwagerl and daughter Chloe Marie Schwagerl also enjoy the same status plane as Mine, as *i* state herein to have and to hold to him and to her and their heirs, legatees, and devisees forever.

6.  My natural bloodline father and mother at nativity are **Edward Kenneth Fader**, a Free Man and sovereign [by Birthright] born October 7, A.D. 1944, product of holy wedlock grounded upon the soil of Ashtabula county of the unincorporated union member state of Ohio and **Karen Layman Fader (Wave),** and thereafter on or about circa A.D. 1973 My legal and loving parents become **George Ernest Schwagerl** and **Karen Layman Schwagerl** on September 30, 1973 by court decree of a loving paternal adoption in Washington County, Minnesota May 28, 1976, and parenthood, and the initial Hospital Registration signed and fingerprinted by **Karen Layman** as "**Fader, BABY BOY**" that manifestly derived—with implicit privity—it is not clear, either a "foundling report" or an Ohio Certificate of Live Birth "Edward Roark Fader" **Said Ohio Persons** is placed Sealed by court order in Franklin county, Ohio.

7.  The father of My mother **Karen Wave Layman** is **Dwight Carl Layman** a Free Man and sovereign Private American National & Minnesota National born A.D. 1922 of holy wedlock grounded upon the soil of Licking county, unincorporated union member state of Ohio.

8.  The father of **Dwight Carl Layman** is **James Albert Layman** a Free Man and sovereign Private American National & Minnesotan National born A.D. 1890 of holy wedlock grounded upon the soil of Licking county, unincorporated union member state of Ohio.

9.  The father of **James Albert Layman** is **David Layman** a Free Man and sovereign Private American National & Minnesotan National born A.D. 1846 of holy wedlock grounded upon the soil of Virginia.

10.  The father of **David Layman** is **Abram Layman** a Free Man and sovereign Private American National & Minnesotan National born A.D. 1805 of holy wedlock grounded upon the soil of Knox county, unincorporated union member state of Ohio.

11.  The father of **Abram Layman** is **Ludwig Lewis Lehman Jr.** a Free Man and sovereign Private American National of The United States of America colonialist born A.D. 1784 of holy wedlock grounded upon the soil of Frederick county, Maryland colony.

12.  The father of **Ludwig Lewis Lehman, Jr.** is **Ludwig Lehman** a Free Man and sovereign Private American National of The United States of America born A.D. 1738 of holy wedlock upon the soil of Philadelphia, Pennsylvania state; Ludwig Lehman Jr. served in the American Revolutionary War, August 15, 1776.

13.  The father of **Ludwig Lehman** is **Johann Christian Lehman** born A.D. b. Jun 13, 1700 of holy wedlock grounded upon the soil near Speyerdorf, Neustadt an der Weinstrasse, Rheinland-Pfalz, Germany, and he arrived in Philadelphia, Pennsylvania on August 29, 1730 on the ocean vessel Thistle of Glasgow, and died A.D. 1748 in Frederick, Maryland.  The records in the Lahed-Speyerdorf Reformed Church state that the Christian is the son of **Jacob Lehemann** of Lachen, Germany who is confirmed in the Lachen Church in A.D.1710.  The historical passenger manifest of public domain bearing My ancestor Christian Lehman's name can be found on the Public Internet world wide web at this address:

https://www.genealogy.com/ftm/b/o/w/Matthew-Bowers-PA/WEBSITE-0001/UHP-0107.html

14.  The father of **Johann Christian Lehman** is **Hans Jacob Lehman** born A.D. 1675 of holy wedlock near Langneu, Emmenthal, Bern, Switzerland.

15.   The father of **Hans Jacob Lehman** is **Benedict Lehman** (m. Staub, Veronica) of Bern, Switzerland.

<u>**Article IV. Specific Authority for My Claim of Sovereignty as a Matter of Law**</u>

16.   Both Johann Christian Lehman and his son, Ludwig Lehman, as above at 12 and 13, of whom I am direct blood descendant and heir *i.e.* their direct *posterity*, were Citizens of the Commonwealth of Pennsylvania at the time of its inception, both before, during, and after A.D. July 4, 1776; and before, during, and after A.D. 1783. Each was one of the sovereign people who created the Constitution of Pennsylvania. Thus, each was one of the sovereign people of Pennsylvania who were specifically recognized as sovereigns by King George III in the Treaty of Paris, A.D., 1783. Whatever sovereignty that the American people had was vested in Johann Christian Lehman and Ludwig Lehman; and, as their direct *posterity* and heir, i, **Edward Roark Schwagerl, Claim that Sovereignty as My Own, as My Birthright.**

17.   *i am* informed first hand by My mother Karen of My being naturally birthed and delivered with the aid of the professional **fiduciary** care of appointee/trustee/intermediary Doctor A.J. Hart, M.D. appointed by My mother and My father at the "University Hospital of Columbus" of Columbus, Franklin county, unincorporated union member State of Ohio. Therefore, My private domicile of origin is on or near the soil of Franklin a location outside a "Federal Zone" within a non-military occupied private estate and now *i* presently privately domicile and privately reside by choice at all times relevant on the Land at the unincorporated union member State of Minnesota, Ramsey county, Silver Lake Village, Lot 3 Blk 1, #324 only in Sovereign capacity binding the State's election of remedy. Said State is only as one of the several States being duly incorporated A.D. 1857 into the "more perfect union" of The United States of America by political authority and Law of Article 5 of My Constitution, duly Amended A.D. 1791, without the unlimited power in relation to the Territory and other Property belonging to the United States outlined in Article 4, Sec. 3. The State of Minnesota boundaries are defined by both Article 3 "Our Name and Boundaries" of "The Constitution of the state of Minnesota" signed 29 August 1857 and the *de jure* constitutional Post-Office Department of The United States of America established 20 February A.D. 1792, Article 1, Section 8, number 7. I explicitly rely upon "There is no distinction between the people and the State", meaning Sovereign, as pointed to in <u>Penhallow vs. Doane's Administrators</u> (5 <u>Penhollow v Doane</u>, 3 Dall 93 A.D. 1795). Thus, there is no distinction in the Use of the Sovereign's Public Money ("Public Money");

18.   My height is approximately five feet eleven inches, weight approximately two hundred pounds, blond hair, eyes blue, a white complexion, and man gender, English and French speaking, and I accept as grantee from My Creator and legacy all My physical, spiritual and mental features as wholly mine as grantee from my Creator-grantor absolutely as a matter of public record.

19.   My dominant priority Political Status is only grounded upon the soil in that plane of covenants appurtenant to the Land within the *de jure* said USA which is dominant priority to My secondary derivative "People" membership to the unincorporated union member State of Minnesota under "The Constitution of the State of Minnesota" established August 29, 1857 A.D. and proclaimed by its Governor Ramsey 28 December 1860 A.D. herein incorporated by reference, My *de jure* said USA, to which *i* now adhere, accept, acknowledge, and adopt and give My nation union state membership allegiance and domicile nor freely give My allegiance either Spiritual or Political at any other time, place, space, plane or to any jurisdiction or illegitimate state. i declare as matter of fact that i am and intend always to be a private egressed native Ohioan and ingressed national of Minnesota by My choice of election of Domicile only as one of the several States: as that term "Inhabitant" is used Politically and Territorially in the original constitution for My **said USA** at Article 1, Sec 2, paragraph 2, and Article I, Sec. 3, paragraph 3.

20.   *i* defend, support and appear at all times grounded upon the soil and within that plane without being subject the jurisdiction of the "emergency" war powers provisional "United States".

21.   On the day of My natural nativity *i am* a *de jure* Private American National & Minnesotan of **said USA** (composing the fifty states) holding *de jure* constitutional—non-statutory—private American citizenship conferred upon My natural nativity by the organic Common Law principle (not Roman Civil Law or Law Merchant) referred to in Article II, Section 1, Clause 5 and Article IV, Section 2, Clause 1 and later broadened under Section 1 of the Fourteenth Amendment of said constitution (Hale v. Henkel 201 U.S.43, 74-75,1906).

22.   On the day of My natural nativity *i am* a Free Man *de jure* private constitutional—non-statutory—sovereign of The United States of America and private occupant grounded upon the soil within the nation republic of Ohio outside a "Federal Zone" and "Territory" within a non-military occupied private estate, not subject to the jurisdiction of the extra-constitutional "United States" nor "District of Columbia" nor "Territorial" jurisdiction and said *de jure* status is defined in Article II, Section 1, Clause 5, Article IV, Section 2, Clause 1.

23.   On the day of My natural nativity My loving Mother **Karen** and Father **Edward**, as like any loving Mother and Father, wish and intend the absolute best, fortuitous, fruitful, successful, important, effectual, real, joyful, empowering, opportunistic, merciful, substantial, spiritual and enjoyable life for their new born "Baby Boy" but they do not avail themselves of the knowledge, doctrines, provisions of law, elections, notices, declarations and information that their new baby boy would be treated domestically on his own Land as an enemy belligerent, absentee, monster, heathen, chattel, a bastard child, and conquered prize/booty of war, and would also in fact oust their inherent

parental intent, purpose, dreams, hopes, desires and wishes for her new "Baby Boy" during their short emotional and exciting and stressful hospital stay and thus, in error, under duress, making a mistake, they did not specify the special private nature of the deposit of My private name nor body survey and proper private Citizenship status with their appointed fiduciary trustee/intermediary Doctor A. J. Hart, M.D. whom they implicitly trusted to do the right thing to prevent any degradation of *Me*, the new baby's legal and equitable birthright estate, when they accidentally allowed for the Franklin county State of Ohio creation of a **Said Ohio Persons** to attach liens and suretyship implicitly to their new Baby Boy; *My* mother and father then never since availed themselves of their rights to correct this mistake/error/accident breach of reliance of undue influence from fiduciaries on which they placed their trust: *"Fides est obligatio conscientiae alicujus ad intentionem alterius" "A trust is an obligation of conscience of one to the will of another."*

24.　　On the day the registered unincorporated organization—decedent's legal estate—identified in the "Ohio Certificate of Live Birth" filed May 31, 1968 in Franklin county when THE STATE OF OHIO by operation of law occurring whether by waiver, silent consent, constructive notice, imperfect *in rem* Deed and imperfect acceptance and acknowledgment, abandoned estate, or want of objection thereof by My mother Karen and father Edward, My rights as a newborn baby are sacrificed and *i* become, non-assumpsit, by default the attached aliened property of, obligor surety for, and as abandoned probated Chattel estate of, as escheated and now under the implied custodial control of Franklin county STATE OF OHIO when My natural mother and father jointly failed to perfect My private nature by express written acceptance of *Me* their newborn baby boy and consequently this involuntarily bonded/merged *Me* into a *de facto* U.S. Citizen entitled "EDWARD ROARK SCHWAGERL," a state-created and registered entity of Franklin county STATE OF OHIO commercial corporate sole and statutory public "U.S. citizen" under the custodial control of the *de facto* provisional Emergency War Powers Military Government of the "United States" and extra-constitutional jurisdiction of the congress' unlimited power over the territories.

25.　　By the express and resulting trusts and codicils arising from the Trust Transfer Grant Deed attached hereto and made a part hereof Said *res* returns to *Me*, the equitable owner heir according to Maxim *"Equity regards the beneficiary as the true owner,"* and said Suretyship is extinguished, the implied "marriage" is nullified, and My former status of Private American National & Minnesotan of **said USA** is restored according to the fundamentals of American Common Law, Maxims of Equity, trust law and English/American Equity.

26.　　*i* privately and specially take up housekeeping grounded upon the soil, ingressed, under a special and private arrangement at near the Ramsey county, at the *de jure* border limits of the unincorporated union State of Minnesota as described in its 1857 written constitution Article 3 "Our Name and Boundaries"; *i am* a private occupant grounded upon the soil holding Private American National citizenship within said nation Minnesota republic secured by Clause 5 of Article II, Section I, Clause 5 of Article IV, Section 2, 4 March A.D. 1789, and brought forward as a broadened definition in Section I of the Fourteenth Amendment of the organic constitution 28 July A.D. 1868 for **said USA** (*Selective Draft Law Cases*, 245 U.S. 366, 389, 1918).

27.　　My National Flag is the civilian flag the Republic of **said USA** displaying Forty-Eight (48) Stars by Executive Order 1637, 29 October 1912 by President William H. Taft which civilian flag, representing its nation under a republican form of government, does NOT display gold fringe and/or gold cords with gold tassels as do military colors displayed by the Commanders-in-chief of the *de facto* provisional Military Government. My flag does not fly from a military pole but drapes vertically as a civilian banner attached from one end with the blue field and 48 white stars. (Flag at any scale).

28.　　My political bond, oath and allegiance is to the Union republic of the country of Minnesota and its Union State Flag is My flag of Minnesota republic (at any scale).



29.　　My *de jure* Private American National citizenship of the Republic of **said USA** is "subordinate and derivative," and My *de jure* inherited status from Pennsylvania A.D. 1776 and state citizenship ingressed in Minnesota is "paramount and dominant" to said Private American Citizenship of **said USA** (*Selective Draft Law Cases*, 245 U.S. 366, 389, 1918). I am **excluded** from the broadened scope of government created by the Fourteenth Amendment (Colgate v Harvey 1935).

30.　　My law is My family *King James Bible* born out of the risen **Son** of the great *""I AM""* (Bible, Exodus 3:14) grand and glorious Protestant Reformation (A.D. 1517-1648) having birthed the Modern Era, private trust law, the principles, rules and inherited Maxims of Chancery/Equity and its jurisprudence protected by said Constitution Article III, Section 2, paragraph 1; and, My Wonderful Counselor is **Jesus** the **Christ Advocate**.

31.　　My Heavenly Father the great *""I AM""* (ESV Bible, Exodus 3:14) has never granted *Me* authority to animate, undertake or make *Myself* to be equal to a third party alternative volunteer ego artificial

Copy claimed, Edward Roark Schwagerl 2019

"LEGAL PERSON" or corporate sole to escape liability at any place or on any plane under a subjugated carnal theory of limited liability. the use of which if forced upon *Me* is in violation of My constitutionally protected religious freedoms and against My wishes, and My unlimited capacity to extinguish all commercial forbearances under the doctrine of exoneration, subrogation, and merger by My superior equitable estate in Heaven.

32.    *i* declare as one of the **"one people"** a matter of fact, My Spiritual Allegiance is to the one and Only True Almighty Ever-Living God *""I AM""* (ESV Bible, Exodus 3:14) and that Supreme Being's only begotten Son: **King Immanuel/YH-Shua**. They are the source for true paramount authority of Law recognized by the **"one people"**, in My nation's genesis title, original first deed of trust, executed Bill in Chancery document titled "**IN CONGRESS, July 4, 1776. The unanimous Declaration of the thirteen united States of America**" A.D. 1776 as **"the Laws of Nature and Nature's God"**, which *i* affirm, without waiver of Article 1, §8. constitutionally limited grant of Powers, on special relation to the Territories of the several States of **said USA.**

33.    *i* do with particularity and specificity declare as a matter of fact that My Private housekeeping. non-statutory residence, only as a temporary private housekeeping, is under a non-statutory special and private arrangement near Ramsey county all upon the soil of republic unincorporated union member State of Minnesota within a non-military occupied private estate of a purely equitable nature located outside a "Federal Zone" that is not subject to the jurisdiction of the "United States." Said nation Minnesota is only as one of the several states being duly incorporated May 11, A.D. 1858 into the **"more perfect union"** of said USA by political authority and Law of Article 5 of My **Constitution**, with the unlimited power in relation to the territory of Minnesota and other Property belonging to said USA outlined in its Article 4, Section 3;

34.    *i* declare it is a matter of fact and do intend that My allegiance is only to the **"one people"** and My duly constituted county and state government in Sovereign capacity for the aforesaid republic unincorporated union member State only as one of the *de jure* one of **said USA.**

35.    *i* declare it is a matter of fact that *i* do not have intention and do not publicly or statutorily reside/domicile, nor freely give My allegiance either Spiritual or Political at any other time, place, space, plane or to any jurisdiction or illegitimate state. except as said paragraphs 17 through 34 above.

36.    *i* do not have memory of any body of facts sufficient to support or create, by operation of law, or other express legal devise a presumption of private dwelling or private residence in any other state of affairs, jurisdiction or illegitimate state, except as said paragraphs 17 through 34 above.

37.    *i* declare as a matter of fact that *i am* and intend always to be said private occupant grounded upon the soil Lord, Master, and King of My personal domain living peacefully and harmoniously and. it is written on My heart is to always be "Minnesotan" by choice of private domicile only as one of the several states aforesaid above and as that term "Inhabitant" is used Politically and territorially in The Constitution for said USA, at Article 1, Section 2, paragraph 2, and Article 1, Section 3, paragraph 3.

38.    *i* declare as matter of fact that *i* do not intend to politically recognize nor give allegiance nor have any territorial relationship, including citizenship, to the purported political or provisional *de facto Roman* martial "emergency" provisional corporate state being call the "United States" established by the passing of the "Emergency Banking Relief Act" and containing in it the amended 1917 "Trading with the Enemy Act" (established on March 9th. 1933 by way of their Presidential Proclamation(s) 2039 and 2040, and their Trading With The Enemy Act (1) Section 5(b) of October 6, 1917 as amended by their Emergency Banking Relief Act of March 9, 1933/ Pub. L. 73-1. 48 Stat. 1, H.R. 1491, codified at their 12 U.S.C.95a and 50 U.S.C. App. 5b, herein incorporated by reference summarily as **"TWEA/EBRA"**) while Congress waived its *de jure* sovereignty when it accepted/consented as an extra emergency meeting—an extra-constitutional carefully disguised martial plan agreement by the Commander In Chief—to swipe from **"We the People"** all of its substance titles to money, land, and their birthright, in an Emergency Session called to order without sufficient advance notice without proper civilian due process and full and complete disclosures without confusion of the "Bill" March 5, 1933 (*i* respectfully note that the esteemed Minnesota's Senator Henrik Shipstead and Congressman Ernest Lundeen, who in good conscious and good reason they voted against it. Senator Thomas D. Schall who did not vote. see Congressional Record 73rd Congress, 1st Session, attached hereto by reference). *i* do not waive as to the required legislative creation of law per Article 1, §7 of The Constitution for said USA. *i* support and defend said Constitution for said USA against all belligerent enemies, foreign and domestic; that *i* bear true faith and honor to the same;

39.    i declare as a matter of fact that it is My Political intention expressed by My will to be Politically and Nationally recognized only in that certain specie of State Citizenship in relation to Pennsylvania A.D. 1776 by Birthright and Inheritance. and in relation to Minnesota by choice of Domicile, and only in Sovereign capacity as above; and thereof only as a "Citizen" recognized in the Constitution of The United States of America of A.D. 1791. at Article 1, Sec 2, paragraph 3, and Article 1, Sec. 3, paragraph 3 as referred to above. I do not waive the fifth Article of the Constitution as Amended A.D. 1791, in respect to Articles of Amendment. and thus do not politically or legally recognize or accept any citizenship based upon the purported Fourteenth "14[th]" Amendment;

40.    i declare as matter of fact that I do not intend to politically recognize nor give allegiance nor have any territorial relationship. including citizenship, to the purported political or proprietary state being called "United States of America" purportedly created June 25, 1948 while Congress was not in Session, nor am I included in the "THE CODE OF THE LAWS OF THE UNITED STATES OF AMERICA [Title 1 section 1 of act July 30, 1947, ch. 388, 61 Stat. 633].

- 33 -

///Continued on next page:
Copy claimed. Edward Roark Schwagerl 2019

41. Thereto, I do not waive as to the required legislative creation of law per Article 1, Sec. 7 of the Constitution of The United States of America of A.D. 1791.

42. i do intend that My election of remedy is always within the fundamental law of equity and within the Union status of the Government acting only in their Sovereign capacity, using the Sovereigns Public Money, including Minnesota as one of The United States of America;

43. i declare as matter of fact that said purported state "United States of America" as 40 above is foreign Spiritually, Politically and territorially without any one of "The United States of America" as the several States including Pennsylvania and Minnesota in Sovereign capacity of said "The United States of America";

### Summary of Declarations and Recitals of Oath of Allegiance and Personal Covenants

44. *i am* a constitutionally defined and protected *de jure* non-statutory Private American National and Minnesotan of said USA only as a "Citizen" recognized in the constitution for **said USA** at Article 1, Sec 2, paragraph 3, and Article 1, Sec. 3, paragraph 3, and therefore, *i am* a constitutionally acknowledged and protected *de jure* private Citizen privately living within the unincorporated union member state of Minnesota boundaries and borders as defined by the constitutional post office department established A.D. 1792, privately and specially dwelling within a non-military occupied private estate outside a "Federal Zone" and not subject to the jurisdiction of the municipal nor military "United States."

45. *i,* claim My private sovereign status by parentage, birthright and as a direct blood descendant *ab initio* A.D. 1730 afore-stated, i.e., the *posterity,* of the People who form the American union of the **several states of The United States of America**, and who are recognized internationally by King George III of England as *sovereign* in the Paris Peace Treaty, A.D. 1783. Those people create and scribed upon the written **Declaration of Independence,** A.D. 1776; the **Articles of Confederation,** A.D. 1776; the **Constitution for the Commonwealth of Virginia,** A.D. 1776; the written constitution for The United States of America, as Amended A.D. 1791; and, also create the union of the *several States* and land of **The United States of America,** and grant limited powers of their *sovereignty* to those Nation-States formed thereby.  Further, they pledge their lives and property to the support and defense of the constitutions of the newly formed States to which they grant limited powers of their *sovereignty.* As the direct *posterity* of these people, *i* make My Claim thru declaration, parentage, birthright, intent, and by allegiance as a beneficially interested member of the constitution for **The United States of America,** as Amended A.D. 1791. *i* claim similar status by inheritance to, and subject of, the Treaty of Paris, A.D. 1783, as a matter of International Law thereto.

46. Therefore, *i, Edward Roark,* a private American citizen national of *said USA* who holds the constitutionally-protected fundamental Right to a civilian due process of law that arises under the written on parchment constitution on both a federal and state level and who having no adequate remedy at Common Law much less Roman Equity and overall who is legally disabled when My mother and father unknowingly sacrificed My rights (Maxim: "Equity comes to the aid of the legally disabled" (Gibson §35) *i* require therefore to be under the rules of equity where the Judicature Act of 1873 that is imported into the Judiciary Act of the United States, to wit: "when there is a conflict between the rules of equity and rules of law over the same subject matter the rules of equity shall prevail" (Gibson §8). Due to My status *i am* excluded by law from the dubious "Emergency Banking Relief Act" that invariably imposes a martial due process of law (by way of the amended "Trading with the Enemy Act") on any artificial "person within the United States," and, *i am* no longer deemed federal "prize/booty of war," and, *i am* one of the Sovereign American People of the union country of The United States of America—the People, who granted, settled and established the grand and glorious Protestant Constitution for **The United States of America** with its Protestant Baptist Calvinist-inspired Bill of Rights for themselves and for their Posterity of/by which *i am* a beneficially interested member. This "**Affidavit: Proof of Identity, Allegiance, Domicile and Claim of Status on Soil of Minnesota as Identification of Minnesotan Edward Roark Schwagerl Private American National of The United States of America**" supersedes and replaces previous filing with any other public office of said Status.

47. i have observed Justin Merlin McPherson and Kevin John Grell carefully read and witness this "**Declaration of Status of Edward Roark Schwagerl: Private American National of the United States of America & Minnesotan**" at this place, plane and date.

## Article V.  Verification

*In declarant status whereof, i, Edward Roark Schwagerl, in esse sui juris,* solemnly make Oath knowing the punishment for bearing false witness before Almighty God and Men and aver that it is My intent to be a National and not a citizen of the United States; that *i am* of sound mind and judgment, not under any form of threat, duress or coercion and that the foregoing Declaration of facts are true, correct, and certain without the intent to mislead, and are expressed within My will, wishes and intent and purpose to support the laws of *de jure* constitution for **The United States of America** as Amended A.D.1791 and the constitution of the unincorporated union member state of Minnesota 29 August 1857. Having herein declared My explicit intent and Will with particularity and specificity, as to matters of fact My said private American National of The United States of America & a Minnesotan national citizenship *in esse* and *sui juris* capacity *am* not further required to aver: and solely by the Grace of God do have the Honor of being a bondservant of Christ.

Copy claimed, Edward Roark Schwagerl 2019

Further *i* Declarant Sayeth No More.

IN WITNESS WHEREOF, *i* hereunto set My hand this ___19___ day of ___February___ in the Year Two Thousand Nineteen of our Lord Jesus the Christ Advocate, and of the year of independence of America the two hundred and forty-third.

*(assent, seal, mark and impression)*

|  |  |
|---|---|
| The Declaration of Independence at Large, 4 July, A. D. 1776 | |
| The United States of America at Large, 15 December, A. D. 1791 | |
| Herein the State of Minnesota at Large, 11 May, A. D. 1858 | **ss    Notary Public Acknowledgment** |
| Herein the Ramsey county at Large, 11 May, A. D. 1858 | |

I, a Notary Public by said State duly authorized, certify that I know, or have satisfactory evidence, that Edward Roark Schwagerl is whose name is scribed to the within instrument comes before me by special limited restricted ministerial visitation and acknowledges same that Declarant freely marks and impresses his signature and seal to this "*Affidavit: Proof of Identity, Allegiance, Domicile and Claim of Status on Soil of Minnesota as Identification of Minnesotan Edward Roark Schwagerl Private American National of The United States of America.*" duly witnessed by two people whose Affidavit of Witness that I witness and are attached, and acknowledges it to be his own freewill self-determined act and volition for the uses and purposes mentioned in the document. Done this ___19th___ day of ___February___, A.D. 2019. ___[seal]___

Notary Public – signature
My commission expires: _1/31/22_

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

|  |  |
|---|---|
| The Declaration of Independence at Large, 4 July, A. D. 1776 | |
| The United States of America at Large, 15 December, A. D. 1791 | |
| Herein the State of Minnesota at Large, 11 May, A. D. 1858 | **ss    Affidavit of Attestation by Justin Merlin McPherson** |
| Herein the Ramsey county at Large, 11 May, A. D. 1858 | |

*i, Justin Merlin McPherson , in esse* and *sui juris*, "Declarant", being of lawful age and sound mind, upon the Laws of perjury do depose and say, I aver to tell the truth as I know it to be and provide the following facts to the best of my knowledge and belief. Upon my personal knowledge, belief and understanding, I state the following to be true, correct and accurate and not misleading:

1. My name is Justin Merlin McPherson and I live at or near Saint Paul, Minnesota.
2. I have known the white man, Edward Roark Schwagerl, for approximately 20 years.
3. I served as one of two witnesses of record before Ramsey County District Judge Shawn M. Bartsh on August 30, 2017 special term hearing for Adult Name Change Order for Edward Roark Schwagerl, Case Number 62-cv-17-3317.
4. That on this date of February ___19___ A.D. 2019, I have personally read and examined a document styled, "**Affidavit: Proof of Identity, Allegiance, Domicile and Claim of Status on Soil of Minnesota as Identification of Minnesotan Edward Roark Schwagerl Private American National of The United States of America.**", of this date, for Edward Roark Schwagerl and witnessed His signature thereto and for the purposes indicated state the following:
5. That I believe that the age, Birthright, birth place, height, weight, gender, hair color, eye color and race are true and correct and not misleading, as indicated at Article I thru V, 1 through 46 of the "**Affidavit: Proof of Identity, Allegiance, Domicile and Claim of Status on Soil of Minnesota as Identification of Minnesotan Edward Roark Schwagerl Private American National of The United States of America.**"
6. Further, that the photo likeness and signature for Edward Roark Schwagerl at the top right corner of the first page of His Affidavit is the proper photo likeness and signature and are true and correct, both, as that of Edward Roark Schwagerl in sovereign Status and Identity done within the jurisdiction and on Minnesota's soil as the place and place indicated.
7. The signature affixed below and aforesaid photo likeness was made in my presence on the soil as the act of Edward Roark Schwagerl, represents his sovereign Status, Identity, Allegiance and Political union to Minnesota *de jure*, as one of The several States of The United States of America.

///Continued on next page:

Copy claimed, Edward Roark Schwagerl 2019

8. I believe the Domicile on the soil and Political choice of Edward Roark Schwagerl as sovereign Inhabitants of Minnesota, a Minnesotan, one of The United States of America to which he adheres, and his explicit act of having renounced and abjured, on the soil within the place and plane of Minnesota *de jure*, any deceitful presumptive non-several State citizenship is his true Political choice.

9. On this date and place I have observed Kevin John Grell read and witness the aforesaid "Declaration of Status of Edward Roark Schwagerl: Private American National of the United States of America & Minnesotan."

10. Declarant declares under Oath of the good conscious of the Laws **of the union country of The United States of America, at the time of the adoption of the constitution,** and the unincorporated union member state of Minnesota that the foregoing is true, correct, not misleading, and Declarant believes accurate, based upon his current knowledge and belief. Freely executed by Declarant's sole freewill act and Deed on, at or near the location of city of Saint Paul, unincorporated union member The State of Minnesota.
Further Declarant sayeth naught.



**Justin Merlin McPherson**

This instrument is verified before me on this _19th_ day of February 2019 by *Justin Merlin McPherson*.

Notary Public signature
My commission expires: _1/31/2022_

[stamp]
CAROL ANN FOSS
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/22

---

The Declaration of Independence at Large, 4 July, A. D. 1776
The United States of America at Large, 15 December, A. D. 1791      ⎫
Herein the State of Minnesota at Large, 11 May, A. D. 1858         ⎬ ss   <u>Affidavit of Attestation by Kevin John Grell</u>
Herein the Ramsey county at Large, 11 May, A. D. 1858              ⎭

*I, Kevin John Grell, in esse* and *sui juris*, "Declarant", being of lawful age and sound mind, upon the Laws of perjury do depose and say, I aver to tell the truth as I know it to be and provide the following facts to the best of my knowledge and belief. Upon my personal knowledge, belief and understanding, I state the following to be true, correct and accurate and not misleading:

1. My name is Kevin John Grell and I live at or near Maplewood, Minnesota.
2. I have known the white man, Edward Roark Schwagerl, for no less than 4 years.
3. I served as one of two witnesses of record before Ramsey County District Judge Shawn M. Bartsh on August 30, 2017 special term hearing for Adult Name Change Order for Edward Roark Schwagerl, Case Number 62-cv-17-3317.
4. That on this date of February _19_ A. D. 2019, I have personally read and examined a document styled, "**Affidavit: Proof of Identity, Allegiance, Domicile and Claim of Status on Soil of Minnesota as Identification of Minnesotan Edward Roark Schwagerl Private American National of The United States of America.**", of this date, for Edward Roark Schwagerl and witnessed His signature thereto and for the purposes indicated state the following:
5. That I believe that the age, Birthright, birth place, height, weight, gender, hair color, eye color and race are true and correct and not misleading, as indicated at Article I thru V, 1 through 46 of the "**Affidavit: Proof of Identity, Allegiance, Domicile and Claim of Status on Soil of Minnesota as Identification of Minnesotan Edward Roark Schwagerl Private American National of The United States of America.**"
6. Further, that the photo likeness and signature for Edward Roark Schwagerl at the top right corner of the first page of His Affidavit is the proper photo likeness and signature and are true and correct, both, as that of Edward Roark Schwagerl in sovereign Status and Identity done within the jurisdiction and on Minnesota's soil as the place and place indicated.
7. The signature affixed below and aforesaid photo likeness was made in my presence on the soil as the act of Edward Roark Schwagerl, represents his sovereign Status, Identity, Allegiance and Political union to Minnesota *de jure*, as one of The several States of The United States of America.
8. I believe the Domicile on the soil and Political choice of Edward Roark Schwagerl as sovereign Inhabitants of Minnesota, a Minnesotan, one of The United States of America to which he adheres, and his explicit act of having renounced and abjured, on the soil within the place and plane of Minnesota *de jure*, any deceitful presumptive non-several State citizenship is his true Political choice.

///Continued on next page:

Copy claimed, Edward Roark Schwagerl 2019

9. On this date and place I have observed Justin Merlin McPherson read and witness the aforesaid **"Affidavit: Proof of Identity, Allegiance, Domicile and Claim of Status on Soil of Minnesota as Identification of Minnesotan Edward Roark Schwagerl Private American National of The United States of America."**

11. I know of have reason to believe him to be a private citizen or national of the United States of America; and, I have no reason to believe at any time that he is not said man in said status.

12. Declarant declares under Oath of the good conscious of the Laws of the union country of The United States of America, at the time of the adoption of the constitution, and the unincorporated union member state of Minnesota that the foregoing is true, correct, not misleading, and Declarant believes accurate, based upon his current knowledge and belief. Freely executed by Declarant's sole freewill act and Deed on, at or near the location of city of Saint Paul, unincorporated union member The State of Minnesota.

Further Declarant sayeth naught.



                                          **Kevin John Grell**

This instrument is verified before me on this __19th__ day of February 2019 by _Kevin John Grell_.

                                                      [stamp]

Notary Public - signature
My commission expires: __1/31/22__



MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

- 37 -

///Continued on next page:

Copy claimed, Edward Roark Schwagerl 2019

RECORDING/TRANSFER Requested By:                                    1.05g
Edward Roark   Schwagerl, Executor/Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:                    Registered Warrant/Bond Numbers(s):
RR66269255OUS-29-000                              A38734338A

# TRUST TRANSFER GRANT DEED

   THE GRANTOR, whose living estate identity is stated in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged, Accepted, delivered in possession herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust, of the country of Minnesota at Ramsey county.  This conveyance revives then withdraws/removes the property herein from the public into the Private Living Estate Trust Edward Roark Schwagerl, Grantee with possession.

### The Following Describes the Property/Trust Corpus, Section:

A. The Ohio State University Hospital Case Number 90█████03 established by
   Karen & Edward Fader in the name of "FADER, BABY BOY" established on
   May 16, 1968 a copy of which is shown as "Sec. 1.05g" attached
   herewith;
B. And all Grantor's reversionary and remainderman interest in same;
C. And all Grantor's interest arising from absolute deeds, collateral,
   mortgages, and the redemption rights in same;
D. And all Grantor's interest arising from the formation of testamentary,
   resulting, constructive and express trusts of same;
E. And all Grantor's interests in the name of "FADER, BABY BOY", or any
   derivations, or variations thereof of same;
F. All Grantor's interests in foundling reports, copyrights, service
   marks, trademarks, leaseholds, or land patents or letters patent
   therein or thereof, shown in Section 1.05g a copy of which is attached
   herewith and made fully apart.

2·19·19                   _Edward Roark   Schwagerl,_   [Seal]
Date                       Edward Roark   Schwagerl,
                               Grantor.

2·19·19                   _Schwagerl, Edward Roark,_   [Seal]
Date                       Schwagerl, Edward Roark,
                               Grantee/Trustee
                           Edward Roark Schwagerl Living
                               Estate Trust.

In Witness hereof we mark by our Seals below:

_____    _____    _____
Private Witness 1          Private Witness 2         Private Witness 3
[seal]                     [seal]                    [seal]

-37.1-

**Sec. 1.05g¹**

THE OHIO STATE UNIVERSITY HOSPITALS — COLUMBUS, OHIO

REGISTRATION RECORD

SUMMARY DICTATED

NAME LAST **FADER, BABY BOY** FIRST INITIAL CASE NO. ROOM 5

ATTENDING PHYSICIAN **Dr. Robertson**

STREET OR RFD **3045 Bellwood Court, Apt. # 11** TELEPHONE **231-8?8**

CITY **Columbus** COUNTY **Franklin** STATE **Ohio** ZIP **43215**

DATE **May 16, 1968** TIME **6:51pm** SERVICE **NB**

SEX **B** RACE **W**

NOTIFY NEAREST OF KIN RELATIONSHIP **parents: Karen & Edward Fader** same

NAME LAST **Fader, Baby Boy** ROOM **523**

DIAGNOSES

DYING CHILD 750-00

OPERATIONS

5-18-68

SIGNATURES

EXPIRED ☐   AUTOPSY PERFORMED ☐

FACE SHEET

Sec. 1.05g

## THE OHIO STATE UNIVERSITY HOSPITALS
### COLUMBUS, OHIO

PLACE TOP OF REPORT NO. 12 HERE

PLACE TOP OF REPORT NO. 11 HERE

PLACE TOP OF REPORT NO. 10 HERE

PLACE TOP OF REPORT NO. 9 HERE

PLACE TOP OF REPORT NO. 8 HERE

PLACE TOP OF REPORT NO. 7 HERE

PLACE TOP OF REPORT NO. 6 HERE

---

### THE OHIO STATE UNIVERSITY HOSPITALS

Date and Hour of Birth 5/4/68 6 8⁵/₁₀   Sex Boy.   Color Cauc.

Doctor Hart

Birth Weight 3871 Gms   Length 21½ Inches

Identified by K. Fauchild RN

MR:  KAREN L. FADER
304  ...  ...
Columbus, Ohio 43215

Karen Fauca

---

MAY, 1968     5W

Penicillin, 6000 U.
Per C.
3 GTTS each Eye

Negative

BABY'S RIGHT FOOTPRINT          MOTHER'S RIGHT INDEX PRINT

Form 33-5—Rev. 5-47

CAMPUS FORM NO. 34028
LAB REPORT FORM NO. 4291

## LABORATORY REPORTS

Special – Priority – Non-Commercial **Ser. 1.05h**

**Trust Annex 1**

*[placeholder for displaying insertion of original funding of coin]*



Sec. 1.06

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.   RFD 55112.
The United States of America.

Real Property/Res Number: RR662692550US-62.000      Registered Warrant/Bond Numbers(s): C40835059A

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, Edward Roark    Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust, of the country of Minnesota at Ramsey county.  This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus, Section 1.06:

A. **The State of Minnesota, Ramsey County Court Second Judicial District**
   *Special Term Name Change Case & File Number 62-cv-17-3317, Judge Shawn*
   *M. Bartsh presiding. Include herein Section 1.05a, ten (10) pages.*
   11 pages
   (Sec. 1.05a included supra herein.)

2-19-19
Date

Edward Roark    Schwagerl,
Grantor.                    [seal]

2-19-19
Date

Schwagerl, Edward Roark,
Grantee/Trustee                [seal]
**Edward Roark Schwagerl Living
Estate Trust.**

The United States of America
The State of Minnesota          } ss    Verification and Acknowledgment
The County of Ramsey

Before me, Marnie Rae McPherson ......... the ...... of Minnesota, duly authorized,
empowered and admitted to have ......... visit, in this day came by special restricted
visitation Edward Roark Schwagerl, ......... , known to me to be a private Minnesotan National
and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to
me that he executed the same in his ......... it his own inherent right and capacity created
under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which
he acted and executed the instrument ......... freewill act and Deed freely and without any
threat, fear, or compulsion for the ......... es therein expressed and in accordance with
Maxims of Equity at the time of the ......... Constitution for the united States of America
December 15, 1791. In testify ......... , I have set my Hand and Seal this 19th day of
February

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

(Seal)                                                 Notary Public
                                        My Com. expires: 1/31/22

Private Witness 1          Private Witness 2          Private Witness 3

- 40 -

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Executor/Grantor

𝕾𝖊𝖈. 1.07 + 1.05g

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:
RR66269255OUS-29.000

Registered Warrant/Bond Numbers(s):
A38734338A

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose living estate identity is stated in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged, Accepted, delivered in possession herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust, of the country of Minnesota at Ramsey county.  This conveyance revives then withdraws/removes the property herein from the public into the Private Living Estate Trust Edward Roark Schwagerl, Grantee with possession.

The Following Describes the Property/Trust Corpus, Section:

A. The Ohio State University Hospital Case Number 9▮▮▮▮03 established by
   Karen & Edward Fader in the name of "FADER, BABY BOY" established on
   May 16, 1968 a copy of which is shown as "Sec. 1.05g" attached
   herewith;
B. And all Grantor's reversionary and remainderman interest in same;
C. And all Grantor's interest arising from absolute deeds, collateral,
   mortgages, and the redemption rights in same;
D. And all Grantor's interest arising from the formation of testamentary,
   resulting, constructive and express trusts of same;
E. And all Grantor's interests in the name of "FADER, BABY BOY", or any
   derivations, or variations thereof of same;
F. All Grantor's interests in foundling reports, copyrights, service
   marks, trademarks, leaseholds, or land patents or letters patent
   therein or thereof, shown in Section 1.05g a copy of which is attached
   herewith and made fully apart.



2-19-19 _____   _____ [Seal]
Date                   Edward Roark    Schwagerl,
                                 Grantor.

2-19-19 _____   _____ [Seal]
Date                   Schwagerl, Edward Roark,
                                 Grantee/Trustee
                       Edward Roark Schwagerl Living
                                 Estate Trust.

𝔍𝔫 𝔚𝔦𝔱𝔫𝔢𝔰𝔰 𝔥𝔢𝔯𝔢𝔬𝔣 𝔴𝔢 𝔪𝔞𝔯𝔨 𝔟𝔶 𝔬𝔲𝔯 𝔖𝔢𝔞𝔩𝔰 𝔟𝔢𝔩𝔬𝔴

_____         _____         _____
Private Witness 1          Private Witness 2          Private Witness 3
[seal]                     [seal]                     [seal]

Sec. 1.08

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:
RR662692550US-64.000

Registered Warrant/Bond Numbers(s):
L003192210A

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, Edward Roark    Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust, of the country of Minnesota at Ramsey county.  This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus, Section 1.06:

**A. Section 1.04, 1.05a, 1.05d, 1.05e, 1.05g, 1.05h, included herein in full and attached herewith by reference.**



2-19-19    Edward Roark Schwagerl,    [Seal]
Date    Grantor.

2-19-19    Schwagerl, Edward Roark,    [Seal]
Date    Grantee/Trustee
Edward Roark Schwagerl Living
Estate Trust.

The United States of America
The State of Minnesota
The County of Ramsey
} ss    Verification and Acknowledgment

Before me, _____, Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation Edward Roark Schwagerl within named, known to me to be a private Minnesotan National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in his sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 179?.  IN TESTIMONY whereof I have hereunto set my Hand and Seal this 19th day of February, ____ WITNESS my hand and official seal.

MARNIE RAE MCPHERS
NOTARY SEAL
MINNESOTA
My Commission Expires Jan 31, 2022

(Seal)    Marnie R Pherson
Notary Public
My commission expires: 1/3/22

_____    _____    _____
Private Witness 1    (Private Witness 2    Private Witness 3

𝔖𝔢𝔠. 1.09

| The United States of America | ) | Grantor's Living Estate Directive within the |
|---|---|---|
| The State of Minnesota | ) | written on parchment The Constitution of The |
| The County of Ramsey | ) | United States of America and formed thereto, the |
| Silver Lake Village, Lot 3 Blk 1, #324 | ) | Republican form of National Government and |
| | ) | pursuant to your oath and associated duties |
| | ) | thereto. |

Greetings within the enclosed Law, To the Attorney General of The United States, Ambassador, and Secretary of State, pursuant to Article VI, clause III required and taken Constitutional oath and associated foreign "Federal" agents wherever said agents may be on Earth, successors, assigns and interims.

Please take Notice that this document titled **Third Amendment Section 1.09** Document styled grantor's living estate **Directive** is annexed to and supplements Public Record Documents-Hereinafter "P.R.D." filed in pursuant of Minnesota Statutes, Section 318.02 titled: "**DECLARATION OF TRUST RR662692550US-29**", (Hereinafter "**TRUST**") seventy-eight (78) pages Secretary of State of Minnesota File Number 171013 filed October 21, 2016 ("**P.R.D. 171013**"), said P.R.D. incorporates as a matter of My private Law, titled "Trust Annex D" <u>**Declaration of Status of Schwageri, edward roark: American Freeman, private civilian citizen of the United States/Minnesotan national**</u>, further, titled: "**FIRST AMENDMENT TO RR662692550US-29 TRUST**" ("**R.R.D. FIRST AMENDMENT**") sixteen (16) pages filed February 28, 2017, and "**SECOND AMENDMENT RR662692550US- TRUST**" ("**SECOND AMENDMENT**") forty-nine (49) pages Minnesota Secretary of State File Number 172527 March 16, 2017 ("**P.R.D. 172527**"). The Said P.R.D's are kept for Public Record within The Office of The Secretary of State of Minnesota in accordance with Minnesota Statutes, Section 318.02, a duly authenticated document by the State Law Librarian of Minnesota under the "**full faith and credit**" clause of the Constitution for "**The United States of America**", as Amended A.D. 1791 is attached herewith as Exhibit 1.09, and fully made apart hereof by reference.

Therefore, this specific Section 1.09 is not meant to replace the foregoing referenced and incorporated P.R.D., but to summarize and simplify said Private Law for the observer or reader hereof, on relation to My Political will and intent for all purposes and effects Internationally on the plane of Earth.

As a Private American National and Minnesotan this Notice by Declaration is to express succinctly with specificity and particularity My Legal Character, Political Intent, Will, and Conscience. I have not in the past, the present, nor in the future will I voluntarily surrender any part of My sovereignty or Liberties to any non-Republican purported government, by operation of law, or otherwise, or by any device, scheme, or trick. I intend always to be politically united and give My Allegiance and receive the protection of the Constitution for The United States of America, as Amended A.D. 1791 and there within a Republican form of National Government. Therefore, I intend to be self-governing in the words of the Declaration of Independence of A. D. 1776 "**under the Law of Nature and Nature's God**".

I understand something "self-described" purportedly exists as "**United States of America**", in which neither My Republican Character nor My Republican National Government is a part. Said purported "**United States of America**" has international law as a member state-party to the United Nations proclaimed: "**The people of the United States are free in law and practice to determine their "political status" within the structure of the Constitution**". CCPR/C/81/ADD.4(State Party Report).

I understand that the Supreme court of the United States has repeatedly held a constitutional rule of "**Separation of Powers**", and under that rule have held, in for example, <u>Baker v. Carr</u>, 369 U.S. 186 (1962) that no United States court has constitutional power to decide a political question.

I understand that the "**U.S. District Courts**" are "*Federal*" place today as "*Federal*" [Title 28 U.S.C. §§ 1 through 144. Today that "*Federal*" place and "*Federal court*" excludes My choice of a Republican National Government and a Constitutional court formed thereunder. Therefore, today that foreign purported authority in said non-Republican "**courts**" cannot produce Legal process in relation to My Republican form of National Government or to Me. Given My Political choice, if I were compelled or forced to be in the present of a "*Federal*" United States court, I would not intentionally and voluntarily

///Continued on next page:

waive My Political Status within My Republican for of National Government—even whilst it may be suspended under inherit military doctrines appendant to the Constitution veiled as a "national emergency" under Executive Order—but would retain at all times My Declared Political Status. I retain at all times and places My chosen Political Status as aforesaid. Therefore, *"Federal" District Court* or other local *"Federal"* non-civilian due process is a nullity and shall not attach to Me in the Republican form of My National Government of the United States.

I declare that I have a Constitutionally secured Liberty to a National Court of the United States created via Article 3, Section 2, paragraph 1 to operate under the limitations imposed by the Constitution for The United States of America, as Amended A.D. 1791, under the Republican for of National Government formed thereto.

I am not under the protection of the *"Federal"* or "local *Federal"* government and I am not domiciled—and cannot be compelled in the teeth of My Liberties to be addressed—in a *"Federal"* place. I deny any *"Federal"* domicile by operation of law can reach My Republican National Government or Myself, within My allegiance and protection afforded by the Republican form of National Government to which I am and have always been firmly attached.

I deny the **"One people"** have granted power within the Constitution for The United States of America, as Amended A.D. 1791, in their sovereign authority under God-YHWH to compel any particular political choice of government, excepting to only "friend" status, as against My Republican form of National Government.

Within My Liberties I impose a fiduciary duty upon you the chief executive officer of the United States, chief executive magistrate of the United States, attorney general of the United States, and secretary of state of the United States within your combined voluntary aforesaid Constitutional oath to enforce My Claimed Liberties pursuant to and within the protection of My Republican form of National Government. In response thereto, you promptly issue to the purported *"Federal"* system a Directive in the nature of a "No Hold" on relation to Me to any presumed liability or suretyship on relation to your and any other *"Federal"* actors. Said "No Hold" defined: "To bind or obligate; to restrain or constrain; to keep in custody or under an obligation; as in the phrases "hold to bail," "hold for court." "held and firmly bound," etc." – See William Black's Law Dictionary, Fourth Ed., pg. 864 under "Hold No. 5". In respect thereto, I, the man—*in esse, sui juris*—am not bondable or insurable under purported *"Federal"* law.

The purported United States courts today by foreign Roman military mode of casuistry, Jesuitism, deceit, trickery, and guile aid the presumption of *"Federal"* domicile by operation of law in relation to a foreign purported non-republican private *"Federal"* government by the compelled use of the private obligations or suretyship of the *"Federal"* United States defined at your Title 28 U.S.C. 3002(15) "**United States – means a *"Federal" corporation"***. These foreign-political purported *"Federal courts"* compel identification only issued by a foreign non-republican purported government. Forced or compelled entry thereto in relation to Me is precluded in the teeth of the axiomatic maxim of Law "The thing that cannot be done directly cannot be done indirectly".

Wherever I am at as to place and plane I carry this sacred trust protection of the Republican form of National Government created under said Constitution. At all times and places retain and demand all My retained associated Liberties and carry the protection of Republican form of National Government under the Constitution for The United States of America, as Amended A.D. 1791.

I have diligently studied and researched the purported 73rd "emergency" congress and POTUS FDR's executive branch proclamation 2039 & 2040 of March 4 & 6, 1933 and its "Banking Holiday" of March 9, 1933, and I have studied the purported 80th congress of POTUS Truman and their adjournment during a specific time frame commending June 20, A.D. 1948, and thereafter; I intend to show by facts as evidence how said conduct doesn't relate to Me, My Political Status, and Commercial Capacity on relation to the Laws of Nature and Nature's God:

1. Congressional Passage of the Emergency Banking Act, Public Law 1, 48 Stat. 1, fully incorporated herein reference; I believe that said Law was passed to intentionally change the legal status of every

///Continued on next page:

man, woman, and child into a non-legal status under the written on parchment Constitution by creating a new operation of law under War Powers in Title 50 U.S.C. Appendix 5B, and 12 U.S.C. 95a, demoting the Sovereignty of the People to a "enemy" "foreign" "Roman" "Absentee" status.

2.  Congressional Resolution of Adjournment, 62 Stat 218, June 20, 1948, fully incorporated herein by reference; and I believe as a material fact that neither House of Congress was in session between the dates of June 20, 1948 and July 26, 1948 during which time are inclusive of the approximate 170 political acts purportedly signed in to law by Truman between June 20, 1948 and July 26, 1948. I believe said July 26th date is when Congress was summoned under political emergency by Truman for a "special session" of said Congress.

I believe upon number 1 & 2 above it is a material matter of fact that Article 1, Sec. 7, clause 2 and 3 of said Constitution establishes as a matter of Paramount law how bills and other acts of Congress shall be made into Laws of The United States of America. I believe that there is no provision by the Framers intent, nor any substantive maxim of law, that an "emergency" suspension of civilian government passed by Article 1 nor Article 2 of the Constitution is capable of withstanding Eighty-Six years of enforcement, and I believe it therefore to be void and a nullity having zero force and effect against **Me, My Living Estate Trust, My Legacies, My Legatees, My Devisees, And My Living Estate.** Accordingly, I agree and depend on the decisions of the Supreme Court as follows:

> "...a Law repugnant to the Constitution is void; and...courts, as well as other departments, are bound by that instrument" Marbury v. Madison, 5 U.S. 137, 180 (1803); Congress does not possess the "capability of transacting business" and is not "entitled to exert legislative power" when it's "legislative existence" has been "terminated" by an "adjournment." "...Unless the Congress by their Adjournment prevent it's Return, in which Case it shall not be a Law..." N.3 "The power thus conferred upon the President cannot be narrowed or cut down by Congress, nor the time in which it is to be exercised lessened, directly or indirectly..." N.5 "...The delivery of the bill to such officer or agent, even if authorized by Congress itself, would not comply with the constitutional mandate." "All these provisions indicate that in order to enable the president to return a bill the Houses shall be in session; and if by their own act they see fit to adjourn and deprive him of the opportunity to return the bill, with his objection, and are not present themselves to receive and record these objection and to act thereon, the bill cannot become a Law unless 10 days shall have expired during which the president will have had the opportunity thus to return it. There is no suggestion that he may return it to the speaker, or clerk, or any officer of the House; but the return must be made to the House as an organized body." N.9 Pocket Veto Case, 279 U.S. 655 (1929);

I believe Article 1, Sec. 7, clause 2 and 3 of said Constitution does not permit any and all of the conduct noted as Number 1 & 2 and the other approximate 170 political acts of ensuing from both FDR and Truman arising from their "emergencies" and "adjournment" of civilian constitutional government mentioned above to be established as law; I believe and depend that said Constitution holds these acts null and void as a matter of paramount Law and based upon the Supreme Court case Law quoted above. I do not waive said paramount Law on relation to sad null and void acts as Number 1 and 2 the other approximate 170 political acts mentioned above et. al. to be established as Law, or to have any purported effect upon **Me, My Living Estate Trust, My Legacies, My Legatees, My Devisees, And My Living Estate.**, in the past, the present, or in the future;

As sovereign, I reserve the Right to Politically challenge, and do not Politically waive, but invoke said Constitution on relation to Article 1, Sec. 7, clause 2 and 3 as shown above. I believe said Constitution mandates how bills and other acts of Congress shall be made into Laws of The United States of America. I believe the unconstitutional and void, private political acts upon the above et al. do not meet Constitutional muster. I do not Politically or otherwise grant any Constitutional waiver and do not grant the creation as law or any purported Bill or purported Act not enacted pursuant to the limited grant of Powers including but not limited to Article 1, Sec. 7, clause 2 and 3 as shown in 7 above as purporting to have any force of Law upon Me, as above;

///Continued on next page:

Upon the above, the approximate 170 political acts mentioned above, I invoke Ryder v United States 515 U.S. 177 (1995).  Thereto, I invoke and depend upon the "**appointment clause**" of said Constitutional at Article 2, sec.1, clause 2 and say that in respect to the above and the approximate 170 political acts mentioned above et al.  I believe there is no "**office**" to which any "**appointment**" may be made.  I believe and depend on the Supreme Court in Ryder, supra, and without an "**appointment**" to an "**office**" no person is in "**office**".  I believe that such person without "**office**" cannot Lawfully do any "**officer**" act in respect to Me but may act "**de facto**" by My silent acquiescence.  Therefore, I do not act by silence and Publicly do not grant upon all the above or any purported "**official**" or purported public acts that may depend on the above, any waiver to any person at any and all times place, space, plane, or law form to act "**de facto**" in relation to Me, or purport to have any force of Law upon Me, in respect to any and all the above et al;

For the Sacred Scriptures at James 1:25- "**But whoso looketh into the perfect law of liberty, and continueth therein, he being not a forgetful hearer, but a doer of the work, this man shall be blessed in his deed**"; also Acts 26:32- "**Then said Agrippa unto Festus, This man might have been set at liberty, if he had not appealed unto Caesar.**"; and failing the foregoing 2 Peter 2:3- "**And through covetousness shall they with feigned words make merchandise of you; whose judgment now of a long time lingereth not, and their damnation slumbereth not**".

I Certify that the foregoing Declarator facts are true, correct, and certain as expressed within My Will and intent pursuant to the Laws of Perjury to the related Republican form of National Government under the Constitution for The United States of America, as Amended A.D. 1791.

Executed upon the soil, specifically at SILVER LAKE VILLAGE, LOT 3 BLK 1, #324, within the prescribed Venue and Jurisdiction this seventeenth (17) day of February, A.D. 2019 for the specific purposes outlined within this P.R.D., accordingly this P.R.D. requires no witnesses to validate My Signature.

Further, I sayeth not; Done February _____ 19 _____ A.D. 2019;

Edward Roark Schwagerl, only Union State to The United States of America as above.

| | | |
|---|---|---|
| The Declaration of Independence at Large, 4 July, A.D. 1776 | | |
| The United States of America at Large, 15 December, A.D. 1791 | **ss** | **Notary Public Acknowledgment** |
| Herein the State of Minnesota at Large, 11 May, A.D. 1858 | | |
| Herein the Ramsey county at Large, 11 May, A.D. 1858 | | |

I, Marnie Mc Pherson ,a Notary Public by said State duly authorized, certify that I know, or have satisfactory evidence, that Edward Roark Schwagerl is whose name is scribed to the within instrument comes before me by special limited restricted ministerial visitation and acknowledges same that Declarant freely marks and impresses his signature and seal to this "*Grantor's Living Estate Directive within the written on parchment The Constitution of The United States of America and formed thereto, the Republican form of National Government and pursuant to your oath and associated duties thereto.*" and acknowledges it to be his own freewill self-determined act and volition for the uses and purposes mentioned in the document. Done this 19 th day of February , A.D. 2019.

[seal]

Notary Public – signature
My commission expires: 1/31/22

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

///Continued on next page:

Grantor's Directive

- 46 -

Special – Priority – Non-Commercial **Sec. 2.01**

**Trust Annex 7**

Notice of Claim

Sworn Affidavit of Heir of Testator/Testatrix' Intent

| | |
|---|---|
| The United States of America<br>The State of Minnesota<br>Ramsey County | } Subscribed and Affirmed |

I, ~~Edward Edward Roots~~, hereinafter "Affiant" does now solemnly make oath and affirms the following:

1. Affiant is competent to state these facts, of the age of majority, and an adult over 18 years of age.

2. Affiant has firsthand personal knowledge of the facts stated herein and if necessary will testify in open court of record under Oath to same.

3. Affiant is born May 16, 2018 as Edward Roark Fader, and in 1976, adopted by George Ernest Schwagerl.

4. Affiant is the natural lawful heir, first born, and only son to mother and father decedents Karen Wave Schwagerl (Layman) (b. 4/4/1945 – d. 10/12/2007) and Edward Kenneth Fader (b. 0/7/1944 – d. 9/5/2016).

5. Affiant is the heir, and only son, of George Ernest Schwagerl (b. 7/22/1935 – d. 12/14/2017) by adoption decree of Washington County on May 27, 1976.

6. Affiant's mother, father and step-father are deceased and referred to as "Decedents" herein.

7. Decedents intended, as their will, wishes and intention as settlors, testators and testatrix, for Affiant to be the sole heir and beneficiary to certain specific estates, accounts both legal and equitable assets, interests, rents, funds, assessments and rights thereto, hereinafter general referred to as "Estate" displayed in Table of Res made apart hereof and included herewith by reference, to wit: RR662692550US-25.1, RR662692550US-29.1, RR662692550US-55, RR662692550US-56, RR662692550US-57, and believes that there is no evidence in court to refute or rebut or overturn Affiant's claim.

8. Said Estate is excluded from any express wills, trusts, codicils, directives, appointments or legal record executed by Decedents.

9. Said Estate is not involved in any current or past probate process to the knowledge of Affiant.

10. Decedents intentions to settle upon Affiant said Estate is evidenced by instruments created by their signatures and thumbprints on the day of creation and then sealed by Ohio in the name "Edward Roark Schwagerl" by the Registrar of Ohio, File Number ████ 3324, shown in said Table of Res.

11. Decedents intend for Affiant to be the sole heir and beneficiary to both legal and equitable assets, interest, rents, funds, assessments and rights to Social Security Account Number ███-██ 33, herein attached and included by reference and made apart hereof.

Further Affiant sayeth not.

_Edward Roark Schwagerl_
Edward Roark Schwagerl.
Affiant. Claimant.

| | |
|---|---|
| The United States of America<br>The State of Minnesota<br>Ramsey County | } Subscribed and Sworn |

On this 14ᵀᴴ day of July 2018 before me, _Marnie McPherson_ a Notary Public within and for said County, personally appeared Edward Roark Schwagerl known to me to be who he says he is to be the private national and citizen whose name is subscribed to the within instrument and acknowledged to me that he executed the foregoing instrument as Affiant and acknowledge that said person executed the above affidavit as the person's free will, act, and deed.

I certify under penalty of perjury under the laws of the State of Minnesota that foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Stamp or Seal (or Other Title or Rank)

_Marnie McPherson_

**Signature of Notary Public or Other Official**

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

Sec. 2.02

Receipt# 422684

AFF              $46.00

Return to:
EDWARDS INDUSTRIAL
EQUIPMENT
525 MAIN ST #120353
ARDEN HILLS MN 55112

**4184284**

Certified Filed and/or recorded on:

2/11/2019 2:29 PM

**4184284**

Office of the County Recorder
Washington County, Minnesota
Jennifer Wagenius, County Recorder

Sec. 2.02

# Affidavit of Publication

State of Minnesota }
                      ss
County of Ramsey }

_____ROBIN NISSWANDT_____, being duly sworn, on oath, says that he/she is the publisher or authorized agent and employee of the publisher of the newspaper known as____RAMSEY COUNTY REVIEW_____, and has full knowledge of the facts which are stated below:

(A) The newspaper has complied with all of the requirements constituting qualification as a qualified newspaper, as provided by Minnesota Statute 331A.02, 331A.07, and other applicable laws, as amended.

(B) The printed  PUBLIC NOTICE _____

which is attached was cut from the columns of said newspaper, and was printed and published once each week, for _3_ successive weeks; it was first published on  WEDNESDAY , the _5TH_ day of _DECEMBER_, 20_18_, and was thereafter printed and published on every  WEDNESDAY  to and including _WEDNESDAY_, the _19TH_ day of _DECEMBER_, 20_18_; and printed below is a copy of the lower case alphabet from A to Z, both inclusive, which is hereby acknowledged as being the size and kind of type used in the composition and publication of the notice:

\*ABCDEFGHIJKLMNOPQRSTUVWXYZ
\*ABCDEFGHIJKLMNOPQRSTUVWXYZ
\*abcdefghijklmnopqrstuvwxyz

| BY: _Robin Nisswandt_ |
| TITLE _LEGAL COORDINATOR_ |

Subscribed and sworn to before me on this _19TH_ day of _DECEMBER_, 20_18_.

_Tonya R. Whitehead_
            Notary Public

\*Alphabet should be in the same size and kind of type as the notice.

TONYA H. WHITEHEAD
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

**RATE INFORMATION**

(1) Lowest classified rate paid by
    commercial users for comparable space..............................................$25.00 per col. inch

(2) Maximum rate allowed by law for the above matter...........................................$25.00 per col. inch

(3) Rate actually charged for the above matter.....................................$            per col. inch

1/18

**PUBLIC NOTICE**

I, Edward Roark Schwageri, (formerly 'Fader') (special term adult name Order #8-30-2017, 62cv178317), an egressed naive Franklin County Ohioan private civilian national originally domiciled at 3045 Bellwood Ct., #11; now thgressed within nation Minnesota [Union] country at Ramsey County est'at all times foreign to, without, and excluded from domestic, Territorial, Military, and District of Columbia jurisdictions, am Executor to the foreign Edward Roark Schwageri, Estate ea witnessed by my ability to obtain the Registrar's book entry copy Certificate of Live Birth (RR682692550US-29) established May 31, 1966 by testators and testatrix in holy wredlock Edward Kenneth & Karen Waye Fader, George Ernest & Karen Waye Schwageri, intended solely for beneficiary Schwageri, Edward Roark, and do hereby give notice of the same, hereby and herein, and this Post Office mailing location thereof; Per: Executor Edward Roark Schwageri, of my own right.

Edward Roark Schwageri, Estate.

Executor Office.

nation Minnesota—country [Union].

General Post-Office.

Main Street—five two five [Unit #5255].

New Brighton town Schwageri Province.

United States Minor Outlying Islands.

The United States of America.

Near: [55112-9998].

(Bevlew; Dec. 5, 12, 19, 2018)

- 49 -

Sec. 2.03

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Executor/Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St., #120353
Saint Paul, Minnesota.  RPD 55112.
The United States of America.

Real Property/Res Number:                    Registered Warrant/Bond Numbers(s):
RR6269255OUS-29.001                          L005755136

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus:

A.  "Edward Roark Schwagerl" OHIO CERTIFICATE OF LIVE BIRTH NO. ■-68-■33■, 31 MAY 1968, Washington DC Secretary of State Number #17049626-2, attached herewith and fully made apart hereof by reference. (4 pages)

2-19-19    Edward Roark   Schwagerl,    [Seal]
Date        Executor/Grantor.

2-19-19    Schwagerl, Edward Roark,    [Seal]
Date        Grantee/Trustee
            Edward Roark Schwagerl Living
            Estate Trust.

The United States of America
The State of Minnesota        }  ss    Verification and Acknowledgment
The County of Ramsey

Before me, Marnie McPherson_____, Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation Edward Roark Schwagerl within named, known to me to be a private Minnesota National and affixed his mark upon the above "Trust Transfer Grant Deed" Instrument and acknowledged to me that he executed the same in his sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and exercise the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 1791.  IN TESTIMONY whereof I have hereunto set my Hand and Seal this 19th day of February 2019.  WITNESS my hand and official seal.

(Seal)
                                      Marnie McPherson
MARNIE RAE MCPHERSON                  Notary Public
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan 31 2023    My commission expires: 1/31/22

Private Witness 1        Private Witness 2        Print Witness 3

- 50 -

17049626-2

# United States of America

## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Ohio, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Rex W. Tillerson, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixteenth day of August, 2017.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____
Secretary of State

By_____
Assistant Authentication Officer,
Department of State

**United States of America**

**State of Ohio**

**Office of the Secretary of State**

*I, **JON HUSTED**, Secretary of State, do hereby certify that I am the duly elected, qualified and acting Secretary of State of the State of Ohio, and I further certify that* JUDITH B. NAGY

*is the duly appointed, State Registrar, Vital Statistics Division , Department of Health, for the State of Ohio. She is the custodian of the records of Vital Statistics, and that she is the proper official to make said attestation, which is in due form; and that her official acts are entitled to full faith and credit.*

*This certification certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp, which the document bears. This certification does not imply that the contents of the document(s) are correct, nor that they have the approval of this office.*

*IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the official Seal of the Secretary of State of Ohio, at Columbus, Ohio, this 3rd  day of August, 2017.*



**Jon Husted**
*Secretary of State*

SEC4000 (Rev. 1/11)

C069375

VERIFY PRESENCE OF ODH WATERMARK          HOLD TO LIGHT TO VIEW

## OHIO DEPARTMENT OF HEALTH
### DIVISION OF VITAL STATISTICS
### CERTIFICATE OF LIVE BIRTH

Reg. Dist. No. 25
Primary Reg. Dist. No. 2501

Registrar's No. 6283

Birth No. ■ - 68 - 33■

| CHILD—NAME | First | Middle | Last | DATE OF BIRTH (Month, Day, Year) | HOUR |
|---|---|---|---|---|---|
| 1. | Edward | Roark | Schwagerl | 2a. May 16, 1968 | 2b. 6:51 P.M. |

| SEX | THIS BIRTH—Single, twin, triplet, etc. (Specify) | IF NOT SINGLE BIRTH—Born first, second, third, etc. (Specify) | COUNTY OF BIRTH |
|---|---|---|---|
| 3. Male | 4a. Single | 4b. | 5a. Franklin |

| CITY, VILLAGE, OR LOCATION OF BIRTH | INSIDE CITY LIMITS (Specify yes or no) | HOSPITAL—NAME (If not in hospital, give street and number) |
|---|---|---|
| 5b. Columbus | 5c. Yes | 5d. University Hospital |

| MOTHER—MAIDEN NAME | First | Middle | Last | AGE (At time of this birth) | STATE OF BIRTH (If not in U.S.A., name country) |
|---|---|---|---|---|---|
| 6a. | Karen | Wave | Layman | 6b. 23 | 6c. Ohio |

| RESIDENCE—STATE | COUNTY | CITY, VILLAGE, OR LOCATION | INSIDE CITY LIMITS (Specify yes or no) | STREET AND NUMBER |
|---|---|---|---|---|
| 7a. Ohio | 7b. Franklin | 7c. Columbus | 7d. Yes | 7e. 3045 Bellwood Ct., #11 |

| FATHER—NAME | First | Middle | Last | AGE (At time of this birth) | STATE OF BIRTH (If not in U.S.A., name country) |
|---|---|---|---|---|---|
| 8a. | George | E. | Schwagerl | 8b. 32 | 8c. Minnesota |

| INFORMANT'S NAME OR SIGNATURE | RELATION TO CHILD |
|---|---|
| 9a. Mrs. George E. Schwagerl | 9b. Mother |

| I certify that the above named child was born alive at the place and time and on the date stated above. | DATE SIGNED | ATTENDANT—M.D., D.O., midwife, other (specify) |
|---|---|---|
| 10a. SIGNATURE A. J. Hart | 10b. 5-16-68 | 10c. M.D. |

| CERTIFIER—NAME (Type or Print) | MAILING ADDRESS (Street or R.F.D. No., City or Village, State, Zip) |
|---|---|
| 10d. A. J. Hart, M.D. | 10e. Columbus, Ohio |

| REGISTRAR—SIGNATURE | DATE RECEIVED BY LOCAL REGISTRAR |
|---|---|
| 11a. Esther R. Ellenbech | 11b. 5-31-68 |

OR PRINT IN PERMANENT INK

CHILD

MOTHER

FATHER

CERTIFIER

I HEREBY CERTIFY THIS
DOCUMENT IS AN EXACT
COPY OF TH___ ON FILE WITH
THE OHI___ ___ ALTH.

JL 20 171 76 745

HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH
REV. 7/201

VERIFY PRESENCE OF ODH WATERMARK          HOLD TO LIGHT TO VIEW

*Sec. 2.04*

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:                    Registered Warrant/Bond Numbers(s):
RR6626925SOUS-29.002                          D081955586

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus:

A.  The Social Security Account Number 46___33, 46___733, 46___33 "EDWARD ROARK
SCHWAGERL" a redacted version shown in Exhibit 2.03 and Original Numident Record Form SS-5 settled by
Karen Layman Schwagerl on or about the year 1984, not shown, included in full and attached herein by
reference.  *SoS DonPulls 1905;261-2 and 1905;261-3.*



|  |  |  |
|---|---|---|
| 2-19-19 | Edward Roark   Schwagerl, | [Seal] |
| Date | Grantor. | |
| 2-19-19 | Schwagerl, Edward Roark, | [Seal] |
| Date | Grantee/Trustee | |
| | Edward Roark Schwagerl Living | |
| | Estate Trust. | |

The United States of America
The State of Minnesota                        ss    **Verification and Acknowledgment**
The County of Ramsey

Before me, __Marnie McPherson_____, Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgments, in this day came by special restricted Visitation Edward Roark Schwagerl, within named, known to me to be a private Minnesotan National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in his sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 1791. IN TESTIMONY whereof I have hereunto set my Hand and Seal this 19th day of February 2019. WITNESS my hand and official seal.

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan 31 2022

(Seal)                                         Notary, Public
                                              My commission expires: 1/31/22

Private Witness 1          Private Witness 2          Private Witness 3

19051261-2

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Social Security
Administration, United States of America, and that such Seal is entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State ,
have hereunto caused the seal of the Department of State to be
affixed and my name subscribed by the Assistant Authentication
Officer, of the said Department, at the city of Washington, in the
District of Columbia, this second day of August, 2019.

Secretary of State

By _____
Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV State
Sept. 15, 1789, 1 Stat. 68-69, 22
USC 2657 22 USC 2651a, 5 USC
301; 28 USC 1733 et. seq.; 8 USC
1443(f); RULE 44 Federal Rules of
Civil Procedure*

-55-



**SOCIAL SECURITY ADMINISTRATION**

**C E R T I F I C A T I O N**

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46. I hereby certify that I have legal custody of certain records, documents, and other information established. I certify such fact being true and correct, substantiated by the records maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405.

I certify that the annexed computer printout showing the name, Social Security Number XXX-XX-0733 and the dates the information was recorded are true and complete copies of such documents in my custody.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this 10th day of June 2019.

Monica De Los Reyes
Director
Division of Earnings and Business Services
Office of Central Operations

-56-

DEPARTMENT OF HEALTH AND HUMAN SERVICES
SOCIAL SECURITY ADMINISTRATION

**TELESERVICE.**

Form Approved
OMB No. 0960-0066

**FORM SS-5 — APPLICATION FOR A
SOCIAL SECURITY NUMBER CARD
(Original, Replacement or Correction)**

MICROFILM REF. NO. (SSA USE ONLY)

Unless the requested information is provided, we may not be able to issue a Social Security Number (20 CFR 422-103(b))

**INSTRUCTIONS
TO APPLICANT** ▶ Before completing this form, please read the instructions on the opposite page. You can type or print, using pen with dark blue or black ink. Do not use pencil.

| NAA | NAME TO BE SHOWN ON CARD | First _E._ | Middle _Roark_ | Last _Schwager_ |
|---|---|---|---|---|
| NAB 1 | FULL NAME AT BIRTH (IF OTHER THAN ABOVE) | First _Edward_ | Middle _Roark_ | Last _Fader_ |
| ONA | OTHER NAME(S) USED | | | |

| STT 2 | MAILING ADDRESS | _9155 Island St No._ (Street/Apt No., P.O. Box, Rural Route No.) |
| CTY | CITY _Forest Lake_ | STE _MN_ | ZIP _55025_ | ZIP CODE _55025_ |

**CSP 3** CITIZENSHIP (Check one only)
☒ a U.S. citizen
☐ b Legal alien allowed to work
☐ c Legal alien not allowed to work
☐ d Other (See instructions on Page 2)

**SEX 4** ☒ MALE   ☐ FEMALE

**ETB 5** RACE/ETHNIC DESCRIPTION (Check one only) (Voluntary)
☐ a Asian, Asian-American or Pacific Islander (includes persons of Chinese, Filipino, Japanese, Korean, Samoan, etc., ancestry or descent)
☐ b Hispanic (includes persons of Chicano, Cuban, Mexican or Mexican-American, Puerto Rican, South or Central American, or other Spanish ancestry or descent)
☐ c Negro or Black (not Hispanic)
☐ d Northern American Indian or Alaskan Native
☒ e White (not Hispanic)

| DOB 6 | DATE OF BIRTH | MONTH _5_ | DAY _16_ | YEAR _68_ | AGE/PRESENT AGE _16_ | PLB 8 | PLACE OF BIRTH | CITY _Columbus_ | STATE OR FOREIGN COUNTRY _Ohio_ |

| MNA 9 | MOTHER'S NAME AT HER BIRTH | First _Karen_ | Middle _Wave._ | Last (Her maiden name) _Laymen_ |
| FNA | FATHER'S NAME | First _Edward_ | Middle _Kenneth_ | Last _Fader_ |

**PNO 10** a Has the person listed in Item 1 above or anyone acting on that person's behalf ever applied for a Social Security number card before? ☐ YES(2) ☒ NO(1) ☐ Don't know(1) If yes, when: ▶ MONTH ___ YEAR ___

b Was a card received? ☐ YES(3) ☐ NO(1) ☐ Don't know(1) If you checked yes to a or b, complete Items c through e; otherwise go to Item 11.

**SSN** c Enter Social Security number □□□ — □□ — □□□□

**NLC** d Enter the name shown on the most recent Social Security card ___ PDB e Date of birth correction (See Instruction 10 on page 2) ▶ MONTH ___ DAY ___ YEAR ___

| DON 11 | TODAY'S DATE | MONTH _4_ | DAY _4_ | YEAR _84_ | 12 | Telephone number where we can reach you during the day. Please include the area code. | HOME _433-2517_ | OTHER _612-721-2491_ |

**ASD** WARNING: Deliberately furnishing (or causing to be furnished) false information on this application is a crime punishable by fine or imprisonment, or both.

| 13 | YOUR SIGNATURE _Edward Schwager_ | 14 | YOUR RELATIONSHIP TO PERSON IN ITEM 1 ☒ Self ☐ Other (Specify) ___ |
| | WITNESS (Needed only if signed by mark "X") | | WITNESS (Needed only if signed by mark "X") |

---

**DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)**

DTC ___   SSA RECEIPT DATE _4-10-84_

SSN ASSIGNED □□□ — □□ — □□□□   NPN ___

DOC _677_   NTC ___   CAN _mn_   BIC _____

TYPE(S) OF EVIDENCE SUBMITTED
_B/C - 1-14-68-6-64  32N_
_Report card (P) oh_

☐ MANDATORY IN PERSON INTERVIEW CONDUCTED

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW
_Habbulvark 4-13-84_
DATE ___
DATE ___

IDN ___   ITV ___   DCL ___

FORM SS-5 (8 83)   3

19051261-3

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Social Security
Administration, United States of America, and that such Seal is entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever

In testimony whereof, I, Michael R. Pompeo, Secretary of State,
have hereunto caused the seal of the Department of State to be
affixed and my name subscribed by the Assistant Authentication
Officer, of the said Department, at the city of Washington, in the
District of Columbia, this second day of August, 2019.

Issued pursuant to CHXD   State
Sept. 15, 1789, 1 Stat. 68 69  22
USC 2657, 22USC 2651a  5 USC
301, 28 USC 1733 et. seq. 8 USC
1443(f), RULE 44 Federal Rules of
Civil Procedure

Secretary of State

By _____

Assistant Authentication Officer,
Department of State

-57.1-



## SOCIAL SECURITY ADMINISTRATION

## C E R T I F I C A T I O N

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46. I hereby certify that I have legal custody of certain records, documents, and other information established. I certify such fact being true and correct, substantiated by the records maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405.

I certify that the annexed computer printout showing the name, Social Security Number XXX-XX-0733 and the dates the information was recorded are true and complete copies of such documents in my custody.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this 10th day of June 2019.

_M. De Los Reyes_

Monica De Los Reyes
Director
Division of Earnings and Business Services
Office of Central Operations

-57.2-

DTE:06/11/19      SSN:46█████33      XC:      UNIT:MR         PG:002

ACCOUNT    SSN:46█████33 ETC:2 RFN:172████22 DOC:00L IDN:D
NAME       NAA: EDWARD , ROARK , SCHWAGERL
BIRTH      DOB:05/16/1968 PLB: COLUMBUS , OH SEX:M ETB:0 CSP:A
PARENT     MNA: KAREN W LAYMAN
           FNA: EDWARD K FADER
INTERNAL   CYD:09/19/2017

ACCOUNT    SSN:46█████33 ETC:2 RFN:182████53 DOC:00L IDN:D
NAME       NAA: EDWARDROARK , , SCHWAGERL
           NL2: EDWARD , ROARK , FADER
           NL3: EDWARD , ROARK , SCHWAGERL
BIRTH      DOB:05/16/1968 PLB: COLUMBUS , OH SEX:M ETB:0 CSP:A
PARENT     MNA: KAREN W LAYMAN
           FNA: GEORGE E SCHWAGERL
INTERNAL   CYD:09/11/2018  CONTROL NUMBER: H█████58

Ser. 2.05

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Executor/Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:
RR66269255OUS-65-000

Registered Warrant/Bond Numbers(s):
D94134267J

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose equitable and legal estate identity is stated in this _Third Amendment_ Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, Edward Roark    Schwagerl, upon, for, and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

#### The Following Describes the Property/Trust Corpus:

A.  IN CONGRESS, July 4, 1776.  The unanimous Declaration of the thirteen united States of America, A.D. 1776. *
B.  Articles of Confederation, A.D. 1776. *
C.  The Constitution for the united States of America, as Amended 15 December A.D. 1791. *
* Textual records: The Declaration of Independence, July 4, 1776, "fairly engrossed on parchment," as directed by the Continental Congress, July 19, 1776. Copies of the Articles of Confederation, July 9, 1778; proceedings of the Annapolis Convention, Sept. 11- 14, 1786; and the Articles of Association, Oct. 20, 1794. Located under authority of the supreme court of the United States office of clerk said constitution located in General Records of the United States Government National Archives Under Custodial Control and Care of the National Archives, found at 360.3.6 Founding documents. 11.2 THE CONSTITUTION AND AMENDMENTS. 1787-1992. The National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001, herein fully included and attached by reference.



2.19.19     _____
Date        Edward Roark   Schwagerl, Executor/Grantor.

2.19.19     _____
Date        Schwagerl, Edward Roark, Grantee/Trustee
            Edward Roark Schwagerl Living Estate Trust.

The United States of America
The State of Minnesota            s.s.    Notary Acknowledgment
The County of Ramsey

Before me, __Marnie McPherson__, Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, in this day came by special restricted visitation Edward Roark Schwagerl within named, known to me to be a private Minnesota National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in their sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or constraint for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the written Constitution for the united States of America, as amended December 15, 1791, signed at the Pennsylvania State House, Philadelphia, Pennsylvania. IN TESTIMONY where of I have hereunto set my Hand and Seal this ___ day of February, ___. WITNESS my hand and official seal.



(Seal)                                    _____ Notary Public
                                          My commission expires: 1/31/22

MARNIE RAE McPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

Private Witness 1

Private Witness 2

Private Witness 3

-59-



EDWARD ROARK   SCHWAGERL, ESTATE
Office of Grantor/Trustee/Executor
Minnesota – Union A.D. 1858
The United States of America, A.D. 1776

# Letter of Requisition and Transfer

### Instructions

To the Honorable. Ambassador Jamie McCourt, Successors/Assigns/Principals/Delegees, Greetings:

Wherefore the Third Amendment and Trust Transfer Grant Deeds Sections 1.05g, 1.06, 1.07, 1.08, 2.02, 2.03 and 2.04 establishes rights, titles and interest conveyed to Edward Roark Schwagerl Living Estate Trust (RR662692550US-29 Trust) ("Trust") by the Grantor and Executor notice and requests, instructs and directs:

1. That the Executor/Grantor and Trustee of Trust warrants absolute title and ownership over Trust property;

2. That the government of the United States at large in its proper form, to wit, The Commander in Chief of the United States, The Chief Executive Officer of the United States, The Chief Executive Magistrate of the United States, The President and the Vice President of The United States of America, Treasury of the United States and of North America *et alia*, its Administrators, Custodians, Bailees, Trustees, its Officers, Commissioners, Agencies, Liaisons, Delegees, Branches, Bureaus, Contractors, Intermediaries, Banks, Inspectors, Auditors, Secretaries and Treasurers, The State of Ohio, The State of Minnesota, and their financial counties and their Employees are now appointed fiduciary transfer agents ("Fiduciaries") to the Edward Roark Schwagerl Living Estate Trust ("ERSLET");

3. That the appointment is in connection with all accounts, titles, chattels, funds, deposits, withholdings, securities, credit book entries, assets, lands, property, rents, interest, profits, and their derivations in connection thereof, public or private, established, derived, controlled and administered in connection with the equitable Estates of Edward Roark Schwagerl of Franklin County, Ohio, Christine Marie Schwagerl of Saint Louis County, Minnesota, Connor George Schwagerl of Anoka County, Minnesota, Chloe Marie Schwagerl (RR662692550US-53) of Anoka County, Minnesota, Edward Kenneth Fader (RR662692550US-57) of Suffolk County, Massachusetts, Karen Layman Schwagerl (RR662692550US-56) of Licking County, Ohio, and George Ernest Schwagerl (RR662692550US-58) of Brown County, Minnesota, ("Estates") jointly or severally;

4. Please note on all correspondence for which portfolio the transfer is regarding;

5. That all correspondence or mail matter be directed to:
   Office of Trustee/Grantor
   Edward Roark Schwagerl Living Estate Trust
   c/o 525 Main Street, No. 120353.
   New Brighton. Minnesota. 00-00-0.
   The United States of America—proper.

6. That you please take notice that the Tax Identification Number for the Office of the Grantor, Edward Roark Schwagerl Tr, 98-░░░░92, and, the Tax Identification Number for the Edward Roark Schwagerl Living Estate Trust "ERSLET" 98-░░░░14; and, the Tax Identification Number for the Estate of Edward Roark Schwagerl is 83-░░░░90 and are redacted for confidentiality purposes and shall be provided separately;

7. That said Fiduciaries official Oaths shall be sufficient bond, and if no such oath then their Charter, Director's Officers sureties, and risk management underwriters shall be sufficient and are now collaterally attached until a full and complete winding up of the Estates are settled under the rules of equity, or until an express release whichever is sooner.

8. That all acts of Administration in connection to the Edward Roark  Schwagerl, Estate are void *ab initio* May 16, 1968, and a resulting trust including any reversionary or remainderman interest is assigned otherwise conveyed to ERLSET which includes all property the Administrators acquired under subrogation and equity of redemption for the tender and payment of debts;

9. That Fiduciaries take notice and acknowledgment that the undersigned states that ERSLET as the sole exclusive beneficial owner, prior in time, superior in right, purely equitable by nature to all interest in connection to any of the above stated equitable Estates and believes no such adverse claimant exists upon any court of record that can confuse or suspend his clear absolute title of same;

10. That you please take notice and acknowledgment that this is a matter of record on file with the Secretary of State of Minnesota File Number 171013 October 21, 2016 as amended, it is also found on the Internet located at the IP address:
    https://officialdocuments.sos.state.mn.us/Document/Details/113591

11. That Fiduciaries deposit to ERSLET's receiver Account (provided confidentially not of public record) the proceeds of all ERSLET credit instruments drawn upon ERSLET property and equitable estate under the control of Fiduciaries; further, that a charge or debit or point of use charge card drawn against same, that all Fiduciaries are appointed Drawees ordered and authorized to credit the specified account stated so in the instructions and stated intent and purpose identified in the ERSLET instrument(s) RR662692550US-xx.xxx. A void example may be provided attached herewith.

///Continued on next page.

2.19.19
_____
Date

2.19.19
_____
Date

_____
Private Witness 1

_____ [seal]
Edward Roark   Schwagerl, Grantor/Executor

_____ [seal]
Schwagerl, Edward Roark, Grantee/Trustee
Edward Roark Schwagerl Living Estate Trust

_____
Private Witness 2


Private witness 3

The United States of America  }
The State of Minnesota        }  ss   Notary Acknowledgment
The County of Ramsey          }

Before me, Marnie McPherson ,a Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, depositions under Oath and administer sworn statements, on this day came by special restricted visitation **Edward Roark Schwagerl** the within named, known to me to be a private Minnesotan, and takes this Oath under **YHWH**, the risen **Lord Jesus Christ** and in accordance with the Maxims of English and American Equity as at the time when the Constitution for the united State of America was adopted A.D. 1789, and affixed his mark upon the above "**Letter of Requisition and Transfer**" instrument and acknowledged to me that he executed the same in his **Executor** and **Grantor** capacity and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed, he solemnly vows that this Oath and every statement given above is the whole truth to the best of his first-hand personal knowledge and experience. IN TESTIMONY whereof I have hereunto set _my_ Hand and Seal this ___ day of February 2019. WITNESS my hand and official seal.

(stamp)

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

_____
Notary Public Signature
My commission expires: 1/31/22



///Continued on next page.

Sec. 2.06a

# Minnesota

# State Register

Published every Monday (Tuesday when Monday is a holiday)



**Proposed, Adopted, Emergency, Expedited, Withdrawn, Vetoed Rules;
Executive Orders; Appointments; Commissioners' Orders; Revenue Notices;
Official Notices; State Grants & Loans; State Contracts;
Non-State Public Bids, Contracts and Grants**

## Monday 26 August 2019
## Volume 44, Number 9
### Pages 253 - 346

# Official Notices 

*[unrelated information redacted here]*

## Ramsey County
### Notice of Office of Grantor & Edward Roark Schwagerl Living Estate Trust

I, Edward Roark Schwagerl, in *sui juris in esse* capacity, formerly Fader, Baby Boy Case Number xxx910203 The Ohio State University Hospital, Columbus, Ohio May 16, 1968, first born son of Edward Kenneth Fader and Karen Layman Fader in holy wedlock, adopted by George Ernest Schwagerl and Karen Layman Schwagerl in holy wedlock of 9155 182nd Street N, Forest Lake, Minnesota, May 28, 1976 by Washington County court file under seal, now grantee of special term adult name Order 8-30-2017 Ramsey County Court Case #62cv173317, Edward Roark Schwagerl, certify

-61.2

# Official Notices

and declare to all persons and men worldwide that I am an egressed Franklin County native Ohioan private American national Minnesotan state private citizen, domiciliary origin 3045 Bellwood Ct., #11, Columbus, Ohio, now ingressed within the nation Minnesota republic [Union] country at Ramsey County of the United States of North America at all times since birth upon the soil foreign to, without, and excluded from Domestic, Territorial, Military, and District of Columbia jurisdictions under the constitution 1776 A.D.; further, I am the living grantor to the office of grantor titled "Edward Roark Schwagerl Tr", established October 1, 2015, the certificate of trust and affidavit of trustee in Minnesota Secretary of State file number 171013 October 21, 2016 as amended, the rights, title and interest executed on Trust Transfer Grant Deeds intended for his assigns, devisees and legatees entitled RR662692550US-00.000 thru RR662692550US-99.999, unless otherwise intended recorded Ramsey County Doc No A04502129, A04502130, A04502131, Ramsey County April 4, 2014, for sole beneficiary "Edward Roark Living Estate Trust" established July 14, 2018; Office of Grantor primary mailing location is c/o po box 120353, New Brighton, Minnesota. Further, notice is given of the establishment of the private irrevocable living trust entitled "Edward Roark Schwagerl Living Estate Trust" executed on July 14, 2018 with same status as forestated by the Grantor's Office within the meaning at the time of the adoption of the constitution 1776 A.D. the certificate of trust and affidavit of trustee (RR662692550US-29 Trust 3rd Amendment) filed with Office of Secretary of State #171013 Oct 21, 2016 as amended.  Per: office of trustee, Edward Roark Schwagerl, Ttee., c/o 525 Main St, New Brighton, Minnesota. R.F.D. 55112, the United States of North America.

*[unrelated information redacted here]*

-61.3

# Affidavit of Publication
## in the *Minnesota State Register*

### *State of Minnesota*
### *County of Ramsey*
### *City of St. Paul*

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY SWORN, that I, the undersigned Business Representative, as Authorized Representative of the *State Register,* published by the State of Minnesota Department of Administration, hereby certify that the attached *State Register* magazine is a true and correct copy wherein was printed:

**Notice of Office of Grantor & Edward Roark Schwagerl Living Estate Trust**

The above-named notice appeared on page 334, Volume 44, Number 9, on Monday 26 August 2019.

That notice was submitted for publication in the *State Register* by: Edward Roark Schwagerl

as authorized representative of:

Edward Roark Schwagerl Estate
PO Box 120353
New Brighton, MN 55112

and was published in the form authorized by the submitting agency's representative and according to the established format of the editor of the *State Register*.

Dated: Monday 26 August 2019

SEAN RICHARD PLEMMONS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Notary:

8/26/19

*Minnesota State Register*
660 Olive Street
St. Paul, MN 55155

-61.4

# Minnesota

# State Register

Published every Monday (Tuesday when Monday is a holiday)



**Proposed, Adopted, Emergency, Expedited, Withdrawn, Vetoed Rules;**
**Executive Orders; Appointments; Commissioners' Orders; Revenue Notices;**
**Official Notices; State Grants & Loans; State Contracts;**
**Non-State Public Bids, Contracts and Grants**

### Tuesday 3 September 2019
## Volume 44, Number 10
### Pages 347 - 366

# Official Notices

*[unrelated information redacted here]*

## Ramsey County
### Notice of Office of Grantor & Edward Roark Schwagerl Living Estate Trust

I, Edward Roark Schwagerl, in *sui juris in esse* capacity, formerly Fader, Baby Boy Case Number xxx910203 The Ohio State University Hospital, Columbus, Ohio May 16, 1968, first born son of Edward Kenneth Fader and Karen Layman Fader in holy wedlock, adopted by George Ernest Schwagerl and Karen Layman Schwagerl in holy wedlock of 9155 182nd Street N, Forest Lake, Minnesota, May 28, 1976 by Washington County court file under seal, now grantee of special term adult name Order 8-30-2017 Ramsey County Court Case #62cv173317, Edward Roark Schwagerl, certify and declare to all persons and men worldwide that I am an egressed Franklin County native Ohioan private American national Minnesotan state private citizen, domiciliary origin 3045 Bellwood Ct., #11, Columbus, Ohio, now ingressed within the nation Minnesota  republic [Union] country at Ramsey County of the United States of North America at all times since birth upon the soil foreign to, without, and excluded from Domestic, Territorial, Military, and District of Columbia jurisdictions under the constitution 1776 A.D.; further, I am the living grantor to the office of grantor titled "Edward Roark Schwagerl Tr", established October 1, 2015, the certificate of trust and affidavit of trustee in Minnesota Secretary of State file number 171013 October 21, 2016 as amended, the rights, title and interest executed on Trust Transfer Grant Deeds intended for his assigns, devisees and legatees entitled RR662692550US-00.000 thru RR662692550US-99.999, unless otherwise intended recorded Ramsey County Doc No A04502129, A04502130, A04502131, Ramsey County April 4, 2014, for sole beneficiary "Edward Roark Living Estate Trust" established July 14, 2018; Office of Grantor primary mailing location is c/o po box 120353, New Brighton, Minnesota. Further, notice is given of the establishment of the private irrevocable living trust entitled "Edward Roark Schwagerl Living Estate Trust" executed on July 14, 2018 with same status as forestated by the Grantor's Office within the meaning at the time of the adoption of the constitution 1776 A.D. the certificate of trust and affidavit of trustee (RR662692550US-29 Trust 3rd Amendment) filed with Office of Secretary of State #171013 Oct 21, 2016 as amended. Per: office of trustee, Edward Roark Schwagerl, Ttee., c/o 525 Main St, New Brighton, Minnesota. R.F.D. 55112, the United States of North America.

*[unrelated information redacted here]*

-61.6

# Affidavit of Publication
## in the *Minnesota State Register*

### *State of Minnesota*
### *County of Ramsey*
### *City of St. Paul*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY SWORN, that I, the undersigned Business Representative, as Authorized Representative of the *State Register*, published by the State of Minnesota Department of Administration, hereby certify that the attached *State Register* magazine is a true and correct copy wherein was printed:

**Notice of Office of Grantor & Edward Roark Schwagerl Living Estate Trust**

The above-named notice appeared on page 356, Volume 44, Number 10, on Tuesday 3 September 2019.

That notice was submitted for publication in the *State Register* by:
Edward Roark Schwagerl

as authorized representative of:

Edward Roark Schwagerl Estate
PO Box 120353
New Brighton, MN 55112

and was published in the form authorized by the submitting agency's representative and according to the established format of the editor of the *State Register*.

Dated: Tuesday 3 September 2019

SEAN RICHARD PLEMMONS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Notary:

*9/3/2019*

*Minnesota State Register*
660 Olive Street
St. Paul, MN 55155

-61.7

# Minnesota

# State Register

Published every Monday (Tuesday when Monday is a holiday)



**Proposed, Adopted, Emergency, Expedited, Withdrawn, Vetoed Rules;
Executive Orders; Appointments; Commissioners' Orders; Revenue Notices;
Official Notices; State Grants & Loans; State Contracts;
Non-State Public Bids, Contracts and Grants**

### Monday 9 September 2019

## Volume 44, Number 11

### Pages 367 – 380

# Official Notices

[unrelated information redacted here]

## Ramsey County
### Notice of Office of Grantor & Edward Roark Schwagerl Living Estate Trust

I, Edward Roark Schwagerl, in *sui juris in esse* capacity, formerly Fader, Baby Boy Case Number xxx910203 The Ohio State University Hospital, Columbus, Ohio May 16, 1968, first born son of Edward Kenneth Fader and Karen Layman Fader in holy wedlock, adopted by George Ernest Schwagerl and Karen Layman Schwagerl in holy wedlock of 9155 182nd Street N, Forest Lake, Minnesota, May 28, 1976 by Washington County court file under seal, now grantee of special term adult name Order 8-30-2017 Ramsey County Court Case #62cv173317, Edward Roark Schwagerl, certify and declare to all persons and men worldwide that I am an egressed Franklin County native Ohioan private American national Minnesotan state private citizen, domiciliary origin 3045 Bellwood Ct., #11, Columbus, Ohio, now ingressed within the nation Minnesota republic [Union] country at Ramsey County of the United States of North America at all times since birth upon the soil foreign to, without, and excluded from Domestic, Territorial, Military, and District of Columbia

-61.9

# Official Notices

jurisdictions under the constitution 1776 A.D.; further, I am the living grantor to the office of grantor titled "Edward Roark Schwageri Tr", established October 1, 2015, the certificate of trust and affidavit of trustee in Minnesota Secretary of State file number 171013 October 21, 2016 as amended, the rights, title and interest executed on Trust Transfer Grant Deeds intended for his assigns, devisees and legatees entitled RR662692550US-00.000 thru RR662692550US-99.999, unless otherwise intended recorded Ramsey County Doc No A04502129, A04502130, A04502131, Ramsey County April 4, 2014, for sole beneficiary "Edward Roark Living Estate Trust" established July 14, 2018; Office of Grantor primary mailing location is c/o po box 120353, New Brighton, Minnesota. Further, notice is given of the establishment of the private irrevocable living trust entitled "Edward Roark Schwageri Living Estate Trust" executed on July 14, 2018 with same status as forestated by the Grantor's Office within the meaning at the time of the adoption of the constitution 1776 A.D. the certificate of trust and affidavit of trustee (RR662692550US-29 Trust 3rd Amendment) filed with Office of Secretary of State #171013 Oct 21, 2016 as amended. Per: office of trustee, Edward Roark Schwageri, Ttee., c/o 525 Main St, New Brighton, Minnesota. R.F.D. 55112, the United States of North America.

*[unrelated information redacted here]*

-61.10

# Affidavit of Publication
## in the *Minnesota State Register*

### *State of Minnesota*
### *County of Ramsey*
### *City of St. Paul*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY SWORN, that I, the undersigned Business Representative, as Authorized Representative of the *State Register*, published by the State of Minnesota Department of Administration, hereby certify that the attached *State Register* magazine is a true and correct copy wherein was printed:

Notice of Office of Grantor & Edward Roark Schwagerl Living Estate Trust

The above-named notice appeared on page 374, Volume 44, Number 11, on Monday 9 September 2019.

That notice was submitted for publication in the *State Register* by:
Edward Roark Schwagerl

as authorized representative of:

Edward Roark Schwagerl Estate
PO Box 120353
New Brighton, MN 55112

and was published in the form authorized by the submitting agency's representative and according to the established format of the editor of the *State Register*.

Dated: Monday 9 September 2019

SEAN RICHARD PLEMMONS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Notary:

9/9/2019

*Minnesota State Register*
660 Olive Street
St. Paul, MN 55155

-61.11-

Sec. 3.01

(Top 3 inches reserved for recording data)

**CERTIFICATE OF LIVING ESTATE TRUST**                                                  Minn. Stat. 318.02
By Individual Private Minnesotan, American National, under "Full Faith and Credit"

The United States of America, The State of Minnesota, The County of Ramsey:

Edward Roark   Schwagerl being duly sworn, on oath says that:

1. The name of the Foreign Grantor Trust is: Edward Roark Schwagerl Living Estate Trust   (alpha)
   or alternatively, any of RR662692550US-00.000 thru RR662692550US-99.999.   (numeric)
2. The creation date of the Trust is: October 21, 2016.
3. The execution date of the third amended Trust Instrument is: July 14, 2017.
4. Grantor does deliver special deposit consisting of twenty-one 1 oz. Morgan silver dollars creating the trust.
5. The name of each Grantor of the Trust is: _Edward Roark Schwagerl_ _ _ _ (Name per Order of
   Judge Shawn M. Bartsh, Ramsey County Court Special Term August 30, 2017, Case Number 62-cv-17-3317).
6. The name of each original Trustee:  Edward Roark   Schwagerl, Fader, "Baby Boy".
7. The name and address of the Trustee empowered to act under the Trust instrument at the time of execution
   of this Certificate is:

                    Office of Trustee.
                    Edward Roark Schwagerl Living Estate Trust
                    c/o 525 Main Street. No. 120353.
                    New Brighton, Minnesota. 00-00-0.

8. The Trustee has full dispositive and discretionary powers and is authorized by the instrument to sell, convey,
   pledge, mortgage, lease, or transfer title to any interest in real of personal property, EXCEPT as limited by the
   following:  None.
9. Any other Trust provisions the undersigned wishes to include:  None.
10. The Trust has not terminated nor been revoked.
11. The Trust allows for Protectors under International Law.
12. The statements contained in the Certificate of Trust are true and correct and there are no other provisions in
    the Trust Instrument or amendments to it that limit the powers of the Trustee to sell, convey, pledge,
    mortgage, lease, or transfer title to rights or interests in real or personal property either legal or equitable.

                                        Trustee or Grantor

                                        _Edward Roark   Schwagerl_
                                        Edward Roark    Schwagerl

Signed and sworn to before me on this 2nd day of February , 2019 by Edward Roark   Schwagerl.

(seal)

                                        _Marnie R. McPherson_
                                        (signature of notarial officer)
                                        My commissioner expires: 1/31/22

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

𝔖𝔢𝔯. 3.02

_(Top 3 inches reserved for recording data)_

**AFFIDAVIT OF GRANTOR/TRUSTEE**                                             Minn. Stat. 318.02
Regarding Certificate of Trust or Trust Instrument under "Full Faith and Credit"

The United States of America, The State of Minnesota, The County of Ramsey:

Edward Roark   Schwagerl being duly sworn on oath says that:

1.  Affiant is the Grantor and Trustee named in the Certificate of Trust or Trust Instrument to which this Affidavit is attached as amended of the Union Republican State of Minnesota at Ramsey county of The United States of America, without the jurisdictions, to wit: District of Columbia, Territorial, Emergency Military Occupation.
2.  The Certificate of Trust or Trust Instrument was executed by an Affiant or another Trustee of the living Grantor/Settlor of the Trust and relates to landed estate—primarily equitable, chattel, reversionary, remainderman, and resulting in funds, accounts, personal property, securities, interest, rents, profits and other property primarily equitable, listed in its Table of Res but titled in third party bailees, trustees of the United States, custodians and protectors, Table of Handwritten Marks, and Name in Trust, its tracing numbers range RR662692550US-00.000 to RR662692550US-99,999.
3.  The name and address of the Trustee's mailing agent empowered under the Trust instrument to act at the time of the execution of this Affidavit are as follows:

    Office of Trustee.
    Edward Roark Schwagerl Living Estate Trust
    c/o 525 Main Street, No. 120353
    New Brighton, Minnesota. 00-00-0.

4.  The Grantor who has executed that certain instrument, relating to the property described above, between Edward Roark Schwagerl, private American National Minnesotan and Edward Roark Schwagerl Living Estate Trust (EIN# 98-609XXXX) and:
    a.   Are empowered by the provisions of the Trust to sell, convey, pledge, mortgage, lease, or transfer title to any interest in real or financial or electronic or personal property held in trust; and
    b.   Are the requisite number of Trustee(s) required by the provisions of the Trust to execute and deliver such an instrument.
5.  The Trust has not been terminated or revoked.
6.  There has been no amendment to the Trust which limits the power of the Trustee(s) to execute and deliver the instrument described in number 1, 2 and 3.
7.  The Trust is not supervised by any Court.
8.  Affiant does not have actual knowledge of any facts indicating the Trust is invalid.

Affiant.

_Edward Roark   Schwagerl_

Signed and sworn to before me on this __2__ day of __February__, 20|9 by Edward Roark   Schwagerl.

(seal)

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

(signature of notarial officer)
My commissioner expires: 1/31/22

CERTIFICATE OF TRUST & AFFIDAVIT OF TRUSTEE                              -63-

See 4.01

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Executor/Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:                      Registered Warrant/Bond Numbers(s):
RR66269255OUS-57-000                           Q57000248F

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus:

A. The Equitable Estate of Book Entry "Edward Kenneth Fader" Certificate of Live Birth, Commonwealth of Massachusetts, Washington DC Secretary of State Number 17024556-2.



~64~



17024556-2

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Massachusetts, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Rex W. Tillerson, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-second day of March, 2017.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.: 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Rex W. Tillerson

Secretary of State

By Matthews

Assistant Authentication Officer,
Department of State

-65-

The Commonwealth of Massachusetts

**William Francis Galvin**
**Secretary of the Commonwealth**

C-27

C  1949042

Boston, Massachusetts          March 1, 2017

*I hereby certify*
*that at the date of the attestation hereunto annexed,*

**Dean DiMartino**

Registrar of MA
duly  Appointed

*and that to his/her acts and attestations, as such, full faith and*
*credit are and ought to be given in and out of Court; and further,*
*that his/her signature to the annexed instrument is genuine.*

*In testimony of which,* *I have hereunto affixed the*

*Great Seal of the Commonwealth*



*on the first date above written*

**William Francis Galvin**
**Secretary of the Commonwealth**

prepared by   *LAvelino*

--66--

**CERTIFICATE OF VITAL RECORD**

VERIFY PRESENCE OF WATERMARK        HOLD TO LIGHT TO VIEW

## The Commonwealth of Massachusetts

DEPARTMENT OF PUBLIC HEALTH
REGISTRY OF VITAL RECORDS AND STATISTICS

R409087

---

**The Commonwealth of Massachusetts**

OFFICE OF THE SECRETARY
DIVISION OF VITAL STATISTICS
STANDARD
CERTIFICATE OF BIRTH

**BOSTON  281**
(City or Town making this return)

Registered No. **13844**
9-48

PLACE OF BIRTH

SUFFOLK (County)
BOSTON
(City or Town)

NO. **Boston Lying-In Hosp** STREET _____ WARD (If birth occurred in a hospital or institution, give its NAME instead or street and number)

Mother's stay before delivery in hospital or institution **12 hrs** this community

FULL NAME OF CHILD **Edward Kenneth Fader** (If child is not yet named, make supplemental report, as directed)

| Sex m | 4 If plural Births | Twin or Triplet? If so, born 1st, 2nd or 3rd? | 5 Born ALIVE or STILLBORN **alive** | 6 Date of Birth **Oct 7 1944** (Month) (Day) (Year) |
| Color W | | | | |

| **FATHER** | **MOTHER** |
| FULL NAME **Joseph E Fader** | MAIDEN NAME **Mary L MacAskill** PRESENT NAME " " **Fader** |
| RESIDENCE, NO. **4 Pearl** STREET | RESIDENCE, NO. **4 Pearl** STREET |
| CITY OR TOWN **Watertown** STATE | CITY OR TOWN **Watertown** STATE |
| COLOR OR RACE **wh** | AGE AT TIME OF THIS BIRTH **41** (years) | COLOR OR RACE **wh** | AGE AT TIME OF THIS BIRTH **40** (years) |
| PLACE OF BIRTH **Nova Scotia Canada** (City or Town) (State or Country) | PLACE OF BIRTH **Nova Scotia Canada** (City or Town) (State or Country) |
| OCCUPATION **Mechanic's helper** | OCCUPATION **Housewife** |

I hereby certify that I attended the birth of this child who was born at the hour of **11; 26a. m** on the date above stated. The information given was furnished by **patient**, related to this child as **mother**

SIGNATURE OF ATTENDANT AT BIRTH **M Bellinger M D** (Name) (Physician, parent or other, etc.)

ADDRESS NO. **221 Longwood Ave**        **10-7-44**

20 RECEIVED AT OFFICE OF CITY OR TOWN CLERK **10-13-44** (Month) (Day) (Year)

21 A TRUE COPY ATTEST: _____ (Registrar)

---

JAN 19 2017

Dean DiMartino
Acting Registrar of Vital Records and Statistics

I, the above signed, hereby certify that I am the Registrar of Vital Records and Statistics;
that as such I have custody of the records of birth, marriage, and death required by law to
be kept in my office; and I do hereby certify that the above is a true copy from said records.
IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

--67--

§ec. 4.02

RECORDING/TRANSFER Requested By:
Edward Roark   Schwagerl, Executor/Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:
RR6626925550US-57.001

Registered Warrant/Bond Numbers(s):
D41594070A

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus:

A.  The Equitable Estate of Book Entry "Edward Kenneth Fader" Social Security Account Number 29___70. So 5 Deed Poll # 100.609-3.



The United States of America       }
The State of Minnesota             } ss    Verification and Acknowledgment
The County of Ramsey               }

Before me, Marnie McPherson _____, Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation Edward Roark Schwagerl within named, known to me to be a private Minnesota National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in his sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 1791.  IN TESTIMONY whereof I have hereunto set my Hand and Seal this 19th day of Februar 2019.  WITNESS my hand and official seal.

(Seal)    MARNIE RAE MCPHERSON
          NOTARY PUBLIC
          MINNESOTA
          My Commission Expires Jan 31 2022

Marnie McPherson
Notary Public
My commission expires: 1/31/22

Private Witness 1        Private Witness 2        Witness 3

--68--



# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Social Security
Administration, United States of America, and that such Seal is entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State,
have hereunto caused the seal of the Department of State to be
affixed and my name subscribed by the Assistant Authentication
Officer, of the said Department, at the city of Washington, in the
District of Columbia, this seventh day of August, 2019.

Michael R. Pompeo

Secretary of State

By M. Matthews

Assistant Authentication Officer,
Department of State



## SOCIAL SECURITY ADMINISTRATION

## C E R T I F I C A T I O N

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46, I hereby certify that I have legal custody of certain records, documents, and other information established. I certify such fact being true and correct, substantiated by the records maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405.

I certify that the annexed computer printout showing the name, Social Security Number XXX-XX-0470 and the dates the information was recorded are true and complete copies of such documents in my custody.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this _11TH_ day of _July,_ 2018.

_M. De Los Reyes_

Monica De Los Reyes
Director
Division of Earnings and Business Services
Office of Central Operations



## The Star Beacon Obituaries



# Edward K. Fader

Oct 7, 1944 - Sep 5, 2016

Edward Kenneth Fader, age 71, born Oct. 7, 1944, to parents (deceased) Joseph E. and Mary (MacAskill) Fader, died peacefully in Ashtabula, Ohio, Monday, Sept. 5, 2016, after a brief illness.

Survivors include a son, Edward Roark (Christine) Schwagerl of Minnesota; daughter, Carmen Layman Jura of Colorado; grandchildren, Connor (13), and Chloe (12) Schwagerl of Minnesota, and Luca Juszczyk (10) of Colorado; special cousin, Sharon Chiasson of Massachusetts; and other out-of-state relatives.

Ed was a 1962 graduate of Ashtabula Harbor High School, and achieved both bachelors and masters degrees in Aeronautical Engineering from the Ohio State University, Columbus, Ohio.

While in college, Ed became interested in the stock market and spent most of his working life in the investment field.

Ed was known among his many friends for his fun-loving spirit, generosity, and, especially his courage and ability to bear up under difficult circumstances. Ed met his final demise with a dignity few achieve.

A Memorial Service for family and friends is being planned for late July 2017, at Ridgeview Cemetery, Austinburg Road, Ashtabula, where his father, a World War II Veteran, was laid to rest, June 1961. Peace be with you, Ed.

Funeral arrangements entrusted to GUERRIERO FUNERAL HOME, Ashtabula, Ohio. Obituary and condolences at starbeacon.com.

Sec. 4.03

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Executor/Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:                    Registered Warrant/Bond Numbers(s):
RR662692550US-57.002                         Y51408337F

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus:

A.  "Edward Kenneth Fader" Certificate of Death, Ohio State File No. 2016081684, Washington DC, Secretary of State Number 17008184-1.



2.19.19          [signature]        [seal]
Date              Edward Roark  Schwagerl,
                  Executor/Grantor.

2.19.19          [signature]        [seal]
Date              Schwagerl, Edward Roark,
                  Grantee/Trustee
                  Edward Roark Schwagerl Living
                  Estate Trust.

The United States of America    }
The State of Minnesota          }    ss    Verification and Acknowledgment
The County of Ramsey            }

Before me, Marnie McPherson      , Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation Edward Roark Schwagerl within named, known to me to be a private Minnesotan National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in his sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 1791. IN TESTIMONY whereof I have hereunto set my Hand and Seal this 19th day of February, 19. WITNESS my hand and official seal.

[Notary Seal:
MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINN- OT-
My Commission Exp. 03 Jan. 31 2022]

(Seal)                          [signature]
                                Notary Public
                                My commission expires: 1/31/22

[signature]              [signature]              [signature]
Private Witness 1        Private Witness 2

~72.1~

17008184-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Ohio, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility.
This certificate is not valid if it is removed or altered in any way whatsoever.

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this thirtieth day of November, 2016.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By

Assistant Authentication Officer,
Department of State

-73-



**United States of America**

**State of Ohio**

**Office of the Secretary of State**

I, **JON HUSTED**, Secretary of State, do hereby certify that I am the duly elected, qualified and acting Secretary of State of the State of Ohio, and I further certify that

JUDITH B. NAGY

is the duly appointed, State Registrar, Vital Statistics Division , Department of Health, for the State of Ohio. She is the custodian of the records of Vital Statistics, and that she is the proper official to make said attestation, which is in due form; and that her official acts are entitled to full faith and credit.

This certification certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted and where appropriate, the identity of the seal or stamp which the document bears. This certification does not imply that the contents of the document(s) are correct nor that they have the approval of this office.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the official Seal of the Secretary of State of Ohio, at Columbus, Ohio, this 31st day of October, 2016.



*Jon Husted*

**Jon Husted**
*Secretary of State*

SEC4000 (Rev. 1/11)

C 053481

--74--

Reg. Dist. No.    04

Primary Reg. Dist. No.  0400

Registrar's No.   20160000373

Ohio Department of Health
VITAL STATISTICS
**CERTIFICATE OF DEATH**
Type or print in permanent blue or black ink.

State File No.  2016081684

| 1 Decedent's Legal Name (First, Middle, Last, Suffix) (include AKA's if any) | | | 2. Sex | 3. Date of Death (Mo/Day/Year) |
|---|---|---|---|---|
| EDWARD K FADER | | | MALE | SEPTEMBER 05, 2016 |

| 4. Social Security No. | 5a. Age (Years) 71 | 5b. Under 1 Year Months Days | 5c. Under 1 day Hours Minutes | 6 Date of Birth (Mo/Day/Year) OCTOBER 07, 1944 | 7. Birthplace (City and State or Foreign Country) BOSTON, MASSACHUSETTS |

| 8a. Residence State OHIO | 8b County ASHTABULA | | 8c. City or Town ASHTABULA TOWNSHIP | |
| 8d. Street and Number 2006 EAST PROSPECT | | 8e. Apt. No. | 8f Zipcode 44004 | 8g Inside City Limits? NO |

| 9. Ever in US Armed Forces? NO | 10. Marital Status at Time of Death DIVORCED (AND NOT REMARRIED) | 11. Surviving Spouse's Name (if wife, give name prior to first marriage) |

| 12. Decedent's Education MASTERS DEGREE (E.G., MA, MS..) | 13. Decedent is Hispanic Origin NO | 14. Decedent's Race WHITE |

| 15. Father's Name JOSEPH FADER | 16 Mother's Name (prior to first marriage) MARY MACASKILL | |
| 17a. Informant's Name MICHAEL D KANE | 17b Relationship to Decedent FRIEND | 17c. Mailing Address (Street and Number, City, State, Zip Code) 6233 SHORE DR. |

| 18a. Place of Death NURSING HOME/LONG TERM CARE FACILITY | | MADISON, OHIO 44057 | |
| 18b. Facility Name (if not institution, give street & number) ASHTABULA COUNTY NURSING HOME | 18c. City or Town, State and Zip Code KINGSVILLE, OH 44048 | 18d. County of Death ASHTABULA |

| 19. Signature of Funeral Service Licensee or Other Agent | 20. License Number (of licensee) 008368 | 21 Name and Complete Address of Funeral Facility GUERRIERO FUNERAL HOME INC |
| 22a. Method of Disposition CREMATION | 22b Date of Disposition (Mo/Day/Year) SEPTEMBER 12, 2016 | |
| 22c. Place of Disposition (Name of Cemetery, Crematory, or other place) NORTHSHORE CREM SVCS INC | 22d Location (City/Town and State) MADISON, OH | 1550 W 19TH ST ASHTABULA, OH 44004 |

| 23. Registrar's Signature | 24 Date Filed (Mo/Day/Year) September 12, 2016 |

| 25a. Name of Person Issuing Disposition Permit BEHM, TREVOR N | 25b. District No. 4300 | 25c. Date Disposition Permit Issued (Mo/Day/Year) September 9, 2016 |

| 26a. Certifier (Check only one) | ☒ Certifying Physician To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated. |
| | ☐ Coroner or Medical Examiner On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. |

| 26b. Time of Death 18:35 | 26c Date Pronounced Dead (Mo/Day/Year) 9-5-2016 | 26d Was the Medical Examiner or Coroner Contacted? NO |

| 26e. Signature and Title of Certifier | 26f License number 34.004562 | 26g Date Signed (Mo/Day/Year) 9 8 16 | D.O. |

| 27 Name (First, Middle, Last) and Address of Person who Completed Cause of Death GARY ROBERT HUSTON, 177 WEST STREET, CONNEAUT, OH 44030 |

| 28 Part I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent blue or black ink. | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a Metastatic Cancer | months |
| Sequentially list conditions, if any leading to immediate cause | b Due to (or as Consequence of) Lung Cancer | months |
| Enter Underlying Cause (Disease or injury that initiated events resulting in death) | c Due to (or as Consequence of) | |
| | d Due to (or as Consequence of) | |

| Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | | 29a Was An Autopsy Performed? ☐ Yes ☒ No | 29b Were Autopsy Findings Available Prior to Completion Of Cause of Death? ☐ YES ☐ NO ☒ Not Applicable |

| 30. Did Tobacco Use Contribute to Death? ☒ Yes ☐ No | ☐ Unknown ☐ Probably | 31. If Female, Pregnancy Status ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year | 32. Manner of Death ☒ Natural ☐ Accident ☐ Suicide | ☐ Homicide ☐ Pending Investigation ☐ Could not be determined |

| 33a Date of Injury (Mo/Day/Year) N/A | 33b. Time of Injury | 33c Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area) | 33d Injury at Work? ☐ Yes ☐ No |

| 33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State) |

| 33f Describe How Injury Occurred | 33g If Transportation Injury, Specify ☐ Driver/Operator ☐ Pedestrian ☐ Passenger ☐ Other |

HEA 3724  Rev. 07/15

Judy Nagy, State Registrar

OCT 13 2016

Sec. 4.04

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
New Brighton, Minnesota.  [R.F.D. 55112]
The United States of North America.

Real Property/Res Number:                    Registered Warrant/Bond Numbers(s):
RR662692550US-57.003                         M828974181

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus:

A. The entire probated legal Estate of "Edward Kenneth Fader" Case No. 2017-ES-00121 Exemplified Copy of Estate of Court of Common Pleas Probate Division Ashtabula County, 25 West Jefferson Street, Jefferson, OHIO 44047-1092.
   __31__  total pages including Deed.





_____ 19.209      Edward Roark   Schwagerl,
Date                                Grantor.

_____ 9.209      Schwagerl, Edward Roark,
Date                                Grantee/Trustee
                                    Edward Roark Schwagerl Living
                                    Estate Trust.

The United States of America        }
The State of Minnesota              }  ss    Verification and Acknowledgment
The County of Ramsey                }

Before me, Marnie Rae McPherson, a notary public in and for the state of Minnesota duly authorized, empowered, and admitted to take acknowledgments, personally appeared, at a special restricted visitation Edward Roark Schwagerl, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed and affixed his mark upon the above Trust Transfer Grant Deed instrument, and acknowledged to me that he executed the same in his authorized capacity as the Executor of the private living estate created under YHWH, the risen Lord Jesus Christ and that he did so freely, voluntarily, on behalf of which he acted and executed the instrument and that he did so of his own free will and deed freely and without any threat, fear, or compulsion for the uses and purposes therein expresses and in accordance with the Maxims of Equity at the time of the signing of the above instrument in the united States of America December 15, 1791.  IN TESTIMONY whereof I have hereunto set my hand and seal this __19th__ day of August 2019.  WITNESS my hand and official seal.

(Seal)                _Marnie R. McPherson_
              MARNIE RAE MCPHERSON        My commission expires:
              NOTARY PUBLIC
              MINNESOTA
              My Commission Expires Jan. 31, 2022

_____        _____        _____
Private Witness 1      Private Witness 2      Private Witness 3

Prob 665

# CERTIFICATE TO COPIES

## PROBATE COURT OF ASHTABULA COUNTY, OHIO

In The Matter Of: __EDWARD K. FADER__

Case No. __2017 ES 121__ ____ Docket _____ Page _____

I, __ALBERT S. CAMPLESE__ _____ Judge and ex-officio Clerk of the Court of

Common Pleas, Probate Division, within and for said County, having the custody of the Files, Journals

and Records of said Court, do hereby certify that the foregoing is a true copy of :

APPLICATION TO RELIEVE ESTATE FROM ADMINISTRATION; NEXT OF KIN;ENTRY GRANTING

RELIEF FROM ADMINISTRATION; REPORT OF DISTRIBUTION; AND ALL DOCKETED INSTRUMENTS

as the same appear _____ Upon the records of said Court; and I further certify, that I have carefully

compared the foregoing copy with the original record, and that the same is a full and correct transcript

Witness Whereof, I have hereunto set my hand and affixed the seal of said Court,

__JEFFERSON__ _____ Ohio, this __20TH__ day of __AUGUST__ __2019__ _____ .

_Albert S. Camplese_
                                            Judge

**The State of Ohio, ASHTABULA County ss.**

I, the undersigned, sole Judge of the Court of Commons Pleas, Probate Division within and for said
County and State the same being a Court of Law and of record, do hereby certify that under the laws of
the State of Ohio, the Judge of said Court is ex-officio the Clerk of his own Court.

And I further certify that I, the Said __ALBERT S. CAMPLESE__ _____
whose genuine signature is attached to the foregoing certificate, am, and was at the time of signing the
same, ex-officio Clerk of said Court of Common Pleas, Probate Division and as such, full faith and credit
are due my acts, and that the above certificate and attestation are in due form of law, and made by the
proper officer.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Court,

__JEFFERSON__ _____ Ohio, this __20TH__ day of __AUGUST__ __2019__ _____

_Albert S. Camplese_                                      - 77 -
                                            Judge

### In the Court of Common Pleas, Probate Division
### Ashtabula County, Ohio

## Certificate to Copy of Record
### (TRIPLE SEAL EXEMPLIFIED)

I, the undersigned, ex-officio Clerk of the Court of Common Please, Probate Division within and for said County and State aforesaid, hereby certify that I, the said , *ALBERT S. CAMPLESE,* am also the sole Judge of said Court, duly commissioned and qualified, and now acting as such.

Judge of the Court of Common Pleas, Probate Division, within and for said County, and in whose custody the Files, Journals and Records of said Court are required by the laws of the State of Ohio to be kept, do hereby certify that the foregoing is taken and copied from the Records of said Court, that it has been compared by me with the original Record and that it is a true and correct copy thereof.

**IN WITNESS WHEREOF,** I hereunto set my hand and affixed the seal of said Court, at the Court House in Jefferson, in said County, this _20TH_ day of _AUGUST_, _2019_.

_____
Judge Albert S. Camplese

_____
**Deputy Clerk**

- 78 -

Placeholder of 28 Pages Omitted in the Private.

Set. 4.04a

# Minnesota
# State Register

Published every Monday (Tuesday when Monday is a holiday)



Proposed, Adopted, Emergency, Expedited, Withdrawn, Vetoed Rules;
Executive Orders; Appointments; Commissioners' Orders; Revenue Notices;
Official Notices; State Grants & Loans; State Contracts;
Non-State Public Bids, Contracts and Grants

## Monday 26 August 2019
## Volume 44, Number 9
### Pages 253 - 346

# Official Notices ═══════════════

*[unrelated information redacted here]*

## Ramsey County
### Notice of Equitable Title to the Estate of Edward Kenneth Fader

Notice is hereby given to all persons, third party custodians, bailees and trustees worldwide and the government of the United States proper by Schwagerl, Edward Roark "Beneficiary", a private American/Minnesotan State Citizen, who's mailing location is: c/o p.o. box 120353, new brighton, minnesota, the united states of north America [r.f.d. 55112] residing and domiciling at all times without said jurisdictions, to wit: District of Columbia, Territorial, and Military—that Beneficiary is the true holder in possession of entire legal estate exemplification by the Probate Division of Ashtabula County, Ohio, Case Number 2017 ES 00121 decedent Estate of EDWARD KENNETH FADER "Estate"; and further, that Trust Transfer Grant Deeds ("TTGD") of August 19, 2019 (US57.003 M828974181), February 19, 2019 Office of Secretary of State Deed Poll Certificates 17024556-2 (US57.000 Q57000248F), 19051608-3 (US57.001 D41594070A) and 17008184-1 (US57.002 Y51408337F) "Chattels" are conveyed to Edward Roark Schwagerl Living Estate Trust ("Trust"); and further, Beneficiary, in *esse sui juris*, does now certify and declare that I, am the bona fide sole exclusive priority natural blood heir and equitable title holder to said Estate and Chattels including but not limited to all equitable assets, accounting, rents, interest, property in connection with and derived from said Estate and Chattels; and further, that Beneficiary is bona fide without any adverse notice of record, actual or constructive, of any equal, superior or prior equitable right by nature that can suspend or confuse said rights to same said equitable Estate. If any man, person, legal agency worldwide, foreign or domestic, shall submit an adverse claim they/it shall put forth such claim under oath or affirmation to Notary Public Marnie Rae McPherson, p.o. box 10676, White Bear Lake, Mn 55110, the absence of which, it shall BE IT RESOLVED, it shall be Beneficiary's lawful right call for and merge the titles of all legal trustee, custodial and bailment title holders of Estate/Chattel property. // Signed and Sworn on this 19th day of August 2019, Schwagerl, Edward Roark, heir & beneficiary.

-79.2

# Affidavit of Publication
## in the *Minnesota State Register*

### State of Minnesota
### County of Ramsey
### City of St. Paul

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY SWORN, that I, the undersigned Business Representative, as Authorized Representative of the *State Register*, published by the State of Minnesota Department of Administration, hereby certify that the attached *State Register* magazine is a true and correct copy wherein was printed:

Notice of Equitable Title to the Estate of Edward Kenneth Fader

The above-named notice appeared on page 334, Volume 44, Number 9, on Monday 26 August 2019.

That notice was submitted for publication in the *State Register* by:
Edward Roark Schwagerl

as authorized representative of:

Edward Roark Schwagerl Estate
PO Box 120353
New Brighton, MN 55112

and was published in the form authorized by the submitting agency's representative and according to the established format of the editor of the *State Register*.

Dated: Monday 26 August 2019

SEAN RICHARD PLEMMONS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Notary:                    *Minnesota State Register*
                            660 Olive Street
                            St. Paul, MN 55155

8/26/19

# Minnesota

# State Register

Published every Monday (Tuesday when Monday is a holiday)



Proposed, Adopted, Emergency, Expedited, Withdrawn, Vetoed Rules;
Executive Orders; Appointments; Commissioners' Orders; Revenue Notices;
Official Notices; State Grants & Loans; State Contracts;
Non-State Public Bids, Contracts and Grants

### Tuesday 3 September 2019

## Volume 44, Number 10
### Pages 347 - 366

# Commissioner's Orders

*equitable interest thereof and therein connected,*

## Ramsey County
### Notice of Equitable Title to the Estate of Edward Kenneth Fader

Notice is hereby given to all persons, third party custodians, bailees and trustees worldwide and the government of the United States proper by Schwagerl, Edward Roark "Beneficiary", a private American/Minnesotan State Citizen, who's mailing location is: c/o p.o. box 120353, new brighton, minnesota, the united states of north America [r.f.d. 55112] residing and domiciling at all times without said jurisdictions, to wit: District of Columbia, Territorial, and Military—that Beneficiary is the true holder in possession of entire legal estate exemplification by the Probate Division of Ashtabula County, Ohio, Case Number 2017 ES 00121 decedent Estate of EDWARD KENNETH FADER "Estate"; and further, that Trust Transfer Grant Deeds ("TTGD") of August 19, 2019 (US57.003 M828974181), February 19, 2019 Office of

# Official Notices

Secretary of State Deed Poll Certificates 17024556-2 (US57.000 Q57000248F), 19051608-3 (US57.001 D41594070A) and 17008184-1 (US57.002 Y51408337F) "Chattels" are conveyed to Edward Roark Schwagerl Living Estate Trust ("Trust"); and further, Beneficiary, in *esse sui juris*, does now certify and declare that I, am the bona fide sole exclusive priority natural blood heir and equitable title holder to said Estate and Chattels including but not limited to all equitable assets, accounting, rents, interest, property in connection with and derived from said Estate and Chattels; and further, that Beneficiary is bona fide without any adverse notice of record, actual or constructive, of any equal, superior or prior equitable right by nature that can suspend or confuse said rights to same said equitable Estate. If any man, person, legal agency worldwide, foreign or domestic, shall submit an adverse claim they/it shall put forth such claim under oath or af-firmation to Notary Public Marnie Rae McPherson, p.o. box 10676, White Bear Lake, Mn 55110, the absence of which, it shall **BE IT RESOLVED**, it shall be Beneficiary's lawful right call for and merge the titles of all legal trustee, custo-dial and bailment title holders of Estate/Chattel property. // Signed and Sworn on this 19th day of August 2019, Schwa-gerl, Edward Roark, heir & beneficiary.

equitable interest thereof and therein connected.

-79.6

# Affidavit of Publication
## in the *Minnesota State Register*

### *State of Minnesota*
### *County of Ramsey*
### *City of St. Paul*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY SWORN, that I, the undersigned Business Representative, as Authorized Representative of the *State Register*, published by the State of Minnesota Department of Administration, hereby certify that the attached *State Register* magazine is a true and correct copy wherein was printed:

Notice of Equitable Title to the Estate of Edward Kenneth Fader

The above-named notice appeared on page 355, Volume 44, Number 10, on Tuesday 3 September 2019.

That notice was submitted for publication in the *State Register* by:
Edward Roark Schwagerl

as authorized representative of:

Edward Roark Schwagerl Estate
PO Box 120353
New Brighton, MN 55112

and was published in the form authorized by the submitting agency's representative and according to the established format of the editor of the *State Register*.

Dated: Tuesday 3 September 2019

SEAN RICHARD PLEMMONS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Notary:

*9/3/2019*

*Minnesota State Register*
660 Olive Street
St. Paul, MN 55155

# Minnesota

# State Register

Published every Monday (Tuesday when Monday is a holiday)



**Proposed, Adopted, Emergency, Expedited, Withdrawn, Vetoed Rules;**
**Executive Orders; Appointments; Commissioners' Orders; Revenue Notices;**
**Official Notices; State Grants & Loans; State Contracts;**
**Non-State Public Bids, Contracts and Grants**

### Monday 9 September 2019
## Volume 44, Number 11
### Pages 367 - 380

# Official Notices

*equitable interest thereof and therein connected.*

## Ramsey County
### Notice of Equitable Title to the Estate of Edward Kenneth Fader

Notice is hereby given to all persons, third party custodians, bailees and trustees worldwide and the government of the United States proper by Schwageri, Edward Roark "Beneficiary", a private American/Minnesotan State Citizen, who's mailing location is: c/o p.o. box 120353, new brighton, minnesota, the united states of north America [r.f.d. 55112] residing and domiciling at all times without said jurisdictions, to wit: District of Columbia, Territorial, and Military— that Beneficiary is the true holder in possession of entire legal estate exemplification by the Probate Division of Ashtabula County, Ohio, Case Number 2017 ES 00121 decedent Estate of EDWARD KENNETH FADER "Estate"; and further, that Trust Transfer Grant Deeds ("TTGD") of August 19, 2019 (US57.003 M828974181), February 19, 2019 Office of Secretary of State Deed Poll Certificates 17024556-2 (US57.000 Q57000248F), 19051608-3 (US57.001 D41594070A) and 17008184-1 (US57.002 Y51408337F) "Chattels" are conveyed to Edward Roark Schwageri Living Estate Trust ("Trust"); and further, Beneficiary, in *esse sui juris*, does now certify and declare that I, am the bona fide sole exclusive priority natural blood heir and equitable title holder to said Estate and Chattels including but not limited to all equitable assets, accounting, rents, interest, property in connection with and derived from said Estate and Chattels; and further, that Beneficiary is bona fide without any adverse notice of record, actual or constructive, of any equal, superior or prior equitable right by nature that can suspend or confuse said rights to same said equitable Estate. If any man, person, legal agency worldwide, foreign or domestic, shall submit an adverse claim they/it shall put forth such claim under oath or affirmation to Notary Public Marnie Rae McPherson, p.o. box 10676, White Bear Lake, Mn 55110, the absence of which, it shall be Beneficiary's lawful right call for and merge the titles of all legal trustee, custodial and bailment title holders of Estate/Chattel property. // Signed and Sworn on this 19th day of August 2019, Schwageri, Edward Roark, heir & beneficiary.

*equitable interest thereof and therein connected,*

-79.9

# Affidavit of Publication
## in the *Minnesota State Register*

### *State of Minnesota*
### *County of Ramsey*
### *City of St. Paul*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY SWORN, that I, the undersigned Business Representative, as Authorized Representative of the *State Register*, published by the State of Minnesota Department of Administration, hereby certify that the attached *State Register* magazine is a true and correct copy wherein was printed:

Notice of Equitable Title to the Estate of Edward Kenneth Fader

The above-named notice appeared on page 374, Volume 44, Number 11, on Monday 9 September 2019.

That notice was submitted for publication in the *State Register* by:
Edward Roark Schwagerl

as authorized representative of:

Edward Roark Schwagerl Estate
PO Box 120353
New Brighton, MN 55112

and was published in the form authorized by the submitting agency's representative and according to the established format of the editor of the *State Register*.

Dated: Monday 9 September 2019

SEAN RICHARD PLEMMONS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Notary:

9/9/2019

*Minnesota State Register*
660 Olive Street
St. Paul, MN 55155

-79.10

4.04b

STATE OF MINNESOTA        §

                         §        **NOTARY CERTIFICATE OF NON-RESPONSE**

COUNTY OF RAMSEY          §


Be it known that I, Marnie Rae McPherson, a duly empowered Notary Public, in and for the State of Minnesota, County of Ramsey, a third party and not a party to the matter for the sole purpose of certifying a response or want thereof, at the request of Edward Roark   Schwageri of Ramsey County, Minnesota, to testify to any response from the following posted legal notice in the legal notice section of the "Minnesota State Register" of Saint Paul, State of Minnesota on dates Monday 26 August 2019, Tuesday 3 September 2019, and Monday 9 September 2019, and certifying a response or want thereof to said same three original "Affidavit of Publication", respectively, in the following publications:

1. Minnesota State Register Volume 44, Number 9, Page 334.
2. Minnesota State Register Volume 44, Number 10, Page 355-356
3. Minnesota State Register Volume 44, Number 11, Page 374


### P R O T E S T
Whereupon, the Notary Public signing below, for the purpose and reason of Non-Response does publicly and solemnly certify the dishonor as against all parties it may concern for liability equivalent to the face value of the instrument and the claim of debt, and all costs, damages and interest incurred, or hereafter incurred, by reason of non-performance thereof and stipulations therein.


### T E S T I M O N Y
In testimony of the above, I verify under penalty of perjury under the laws of the State of Minnesota and the United States of America that the foregoing is true and correct. I have hereto set my hand and seal of this office this __8ᵗʰ__ day of October 2019.


[Seal]

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

My commission Expires  1/31/22
Marnie Rae McPherson, Notary Public
PO Box 10676
White Bear Lake, Minnesota 55110


-79.11

Sec. 5.01

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Executor/Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:                          Registered Warrant/Bond Numbers(s):
RR662692550US-55.000                               X98427132A

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this *Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g,* and *Section 2.02,* Edward Roark    Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus:

A. The Equitable Estate of Book Entry "Karen Layman Schwagerl" Certificate of Live Birth,
   The State of Ohio, Washington DC Secretary of State Number 15027679-1.

4 pages

2-19-19    Edward Roark    Schwagerl  [seal]
Date                    Executor/Grantor.

2-19-19    Schwagerl, Edward Roark,  [seal]
Date                    Grantee/Trustee
                        Edward Roark Schwagerl Living
                        Estate Trust.

The United States of America    }
The State of Minnesota          }  ss    Verification and Acknowledgment
The County of Ramsey            }

Before me, Marnie Matheson_____, Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation Edward Roark Schwagerl within named, known to me to be a private Minnesotan National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in his sui juris of his own inherent right and capacity created under YHWH, the risen lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 1791.  IN TESTIMONY whereof I have hereunto set my Hand and Seal this 19th day of February 2019.  WITNESS my hand and official seal.

(Seal)    MARNIE RAE MCPHERSON
          NOTARY PUBLIC
          MINNESOTA                    Notary Public
          My Commission Expires Jan 31 2022    My commission expires: 1/31/22

Private Witness 1        Private Witness 2        Private witness 3

-80--

15027679-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Ohio, and that such Seal(s) is/are entitled to full faith and credit.\*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fifteenth day of April, 2015.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By

Assistant Authentication Officer,
Department of State

~81~

**United States of America**

**State of Ohio**

**Office of the Secretary of State**

*I, **JON HUSTED**, Secretary of State, do hereby certify that I am the duly elected, qualified and acting Secretary of State of the State of Ohio, and I further certify that*

JUDITH B. NAGY

*is the duly appointed, State Registrar, Vital Statistics Division , Department of Health, for the State of Ohio. She is the custodian of the records of Vital Statistics, and that she is the proper official to make said attestation, which is in due form; and that her official acts are entitled to full faith and credit.*

*This certification certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp, which the document bears. This certification does not imply that the contents of the document(s) are correct, nor that they have the approval of this office.*

*IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the official Seal of the Secretary of State of Ohio, at Columbus, Ohio, this* 3rd *day of March, 2015.*



**Jon Husted**
*Secretary of State*

SEC4000 (Rev. 1/11)

C 036428

VERIFY PRESENCE OF OUR WATERMARK      HOLD TO LIGHT TO VIEW

VERIFY PRESENCE OF ODH WATERMARK    HOLD TO LIGHT TO VIEW

**OHIO DEPARTMENT OF HEALTH**
COLUMBUS

**CERTIFICATE OF LIVE BIRTH**
Department of Commerce — Bureau of the Census

35058

Reg. Dist. No. _711_
Primary Reg. Dist. No. _1511_

State File No. _____
Registrar's No. _228_

THIS CERTIFICATE SHALL BE PRINTED LEGIBLY OR TYPEWRITTEN IN UNFADING INK
MARGIN RESERVED FOR BINDING
N. B.—In case of more than one child at a birth, a SEPARATE RETURN
must be made for each, and the number of each child, in order of birth, stated.
V. S. 2

**1. PLACE OF BIRTH:**
(a) County _Licking_
(b) _Newark_
(City, Village, Township)
(c) Name of hospital or institution:
_Newark Hospital Association_
(If not in hospital or institution, give street or location)
(d) Mother's stay before delivery ___ in this community _Life_
In hospital or institution ___
(Specify whether years, months, or days)

**2. USUAL RESIDENCE OF MOTHER:**
(a) State _Ohio_
(b) County _Licking_
(c) City or village _Granville Rt. 2_
(If outside city or village, write RURAL)
(d) Street No. ___
(If rural, give location)

**3. FULL NAME OF CHILD** _Karen Wave_ _Layman_

**4. DATE OF BIRTH** _April 4, 1945_
(Month) (Day) (Year)

**5. Sex:** _Female_
**6. Twin** Triplet
If so—born 1st, 2nd, or 3rd
**7. Number months of pregnancy** _9_
**7a. Weight at birth** _7-7_
**7b. Congenital Malformation** _no_
**8. Is mother married?** _yes_

**FATHER OF CHILD**
9. Full name _Dwight Carl Layman_
10. Color or race _W_ 11. Age at time of this birth _23_ yrs.
12. Birthplace _Licking co_
(City, town, or county)  (State or foreign country)
13. Usual occupation ___
14. Industry or business _Army Air corp_

**MOTHER OF CHILD**
15. Full maiden name _Wave Virginia Crane_
16. Color or race _W_ 17. Age at time of this birth _21_ yrs.
18. Birthplace _Licking co. Ohio_
(City, town, or county)  (State or foreign country)
19. Usual occupation _H W F_
20. Industry or business ___

21. Children born to this mother not including this child _0_
(a) How many other children of this mother are now living? _0_
(b) How many other children were born alive but are now dead? _0_
(c) How many children were born dead? _0_
(The total of a-b-c should equal item 21.)

22. Mother's usual mailing address:
_Granville, Ohio Rt. 2_

Do not write in this space | 451 | 458 | 368 |

23. I hereby certify that I attended the birth of this child who was born alive at the hour of _10_ A. M. on the date above stated
and that the information given was furnished by _Wave Layman_ related to this child as _mother_

24. Date received by local registrar _4-24-45_
25. Registrar's signature _Mary Mattingly_
26. Date on which given name added ___
By ___
(Title)

Signature _Ph W Vincent M D._
(Specify if physician, licensed midwife or other)
Address _Utica, Ohio_
Date signed _4-7-45_

THE
DOCU
COPY OF TH
THE OR

JA 30 15 1 6 4 0 1 6

JUST

REV 6/200

VERIFY PRESENCE OF ODH WATERMARK    HOLD TO LIGHT TO VIEW

Sec. 5.02

**RECORDING/TRANSFER Requested By:**
Edward Roark   Schwagerl, Executor/Grantor

**WHEN RECORDED MAIL TO:**
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:
RR66269255OUS-59-000

Registered Warrant/Bond Numbers(s):
L97656308G

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

### The Following Describes the Property/Trust Corpus:

A.  The Social Security Account Numident Book Entry of "Karen Layman Schwagerl"
Number ████1099.  SOS # 1905/608-5, 1905/261-5.  Seven (7) Pages



2-19-19
Date

[Seal]
Edward Roark   Schwagerl,
Executor/Grantor.

2-19-19
Date

[Seal]
Schwagerl, Edward Roark,
Grantee/Trustee
Edward Roark Schwagerl Living
Estate Trust.

The United States of America
The State of Minnesota      } ss   Verification and Acknowledgment
The County of Ramsey

Before me, Marnie McPherson , Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation Edward Roark Schwagerl, within named, known to me to be a private Minnesotan National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executes the same in his sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 1791.  IN TESTIMONY whereof I have hereunto set my Hand and Seal this 19th day of February 2019.  WITNESS my hand and official seal.

(Seal)

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan 31, 2022

Notary Public
My commission expires: 1/31/22

Private Witness 1        Private Witness 2        WITNESS 3

-84-

19051261-5

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Social Security
Administration, United States of America, and that such Seal is entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State,
have hereunto caused the seal of the Department of State to be
affixed and my name subscribed by the Assistant Authentication
Officer, of the said Department, at the city of Washington, in the
District of Columbia, this second day of August, 2019.

Secretary of State

By

Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV  State of*
*Sept. 15, 1789, 1 Stat. 68-69  2.*
*USC 2657; 22USC 2651a, 5 USC*
*301  28 USC 1733 et. seq., 8 USC*
*1443(f), RULE 44 Federal Rules of*
*Civil Procedure*



## SOCIAL SECURITY ADMINISTRATION

## C E R T I F I C A T I O N

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46, I hereby certify that I have legal custody of certain records, documents, and other information established. I certify such fact being true and correct, substantiated by the records maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405.

I certify that the annexed computer printout showing the name, Social Security Number XXX-XX-1099 and the dates the information was recorded are true and complete copies of such documents in my custody.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this *13th* day of *April* 2018

_M. De Los Reyes_

Monica De Los Reyes
Director
Division of Earnings and Business Services
Office of Central Operations

```
          :04/12/18     SSN        1099    XC:     UNIT:VK1013    PG:001+
          SSN:      1099 ETC:0 RFN:6
   _OE     NAA: KAREN , WAVE , LAYMAN
   BIRTH   DOB:04/04/1945 PLB: NEWARK LICKI* , OH SEX:F ETB:1
   PARENT  MNA:
           FNA:
INTERNAL   FMC:1 CYD:12/XX/1961

ACCOUNT    SSN:      1099 ETC:2 RFN:6533
NAME       NAA: KAREN , WAV , FADER
           NL2: KAREN , W , LAYMAN
BIRTH      DOB:04/04/1945 PLB: , UN SEX:F ETB:1
INTERNAL   FMC:2 CYD:09/XX/1968
```

19051608-5

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Social Security
Administration, United States of America, and that such Seal is entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State,
have hereunto caused the seal of the Department of State to be
affixed and my name subscribed by the Assistant Authentication
Officer, of the said Department, at the city of Washington, in the
District of Columbia, this seventh day of August, 2019.

*Michael R. Pompeo*

Secretary of State

By *Matthews*

Assistant Authentication Officer,
Department of State

Issued pursuant to CHAP. State of
Sep. 15, 1789, 1 Stat. 68-69, 22
USC 2657, 22 USC 2651a, 5 USC
902, 28 USC 1733 et seq., 8 USC
1443(f); RULE 44 Federal Rules of
Civil Procedure

-88-



## SOCIAL SECURITY ADMINISTRATION

### C E R T I F I C A T I O N

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46, I hereby certify that I have legal custody of certain records, documents, and other information established. I certify such fact being true and correct, substantiated by the records maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405.

I certify that the annexed computer printout showing the name, Social Security Number XXX-XX-1099 and the dates the information was recorded are true and complete copies of such documents in my custody.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this 17ᵀᴴ day of July 2018

Monica De Los Reyes
Director
Division of Earnings and Business Services
Office of Central Operations

# APPLICATION FOR SOCIAL SECURITY ACCOUNT NUMBER
## (Or Replacement of Lost Card)

Information furnished On This Form is CONFIDENTIAL

**Read Instructions on Back Before Filling in Form.   Print in Dark Ink or Use Typewriter.**

DO NOT WRITE IN THE ABOVE SPACE

— 1 0 7 7

**1** PRINT FULL NAME
YOU USE IN WORK
OR BUSINESS

(First Name) **KAREN**   (Middle Name or Initial - I none, draw line) **WAYE**   (Last name) **LAYMAN**

**2** PRINT FULL
NAME GIVEN
YOU AT BIRTH   **KAREN   WAYE   LAYMAN**

**3** DATE
OF
BIRTH   (Month) **APRIL**   (Day) **4**   (Year) **1945**

**4** PLACE
OF
BIRTH   (City) **NEWARK**   (County) **LICKING**   (State) **OHIO**

**5** AGE ON
LAST
BIRTHDAY   **16**

**6** SEX
MALE ☐   FEMALE ☑

**7** COLOR OR RACE
WHITE ☑   NEGRO ☐   OTHER ☐

**8** MOTHER'S FULL NAME AT HER BIRTH

**9** FATHER'S FULL NAME (Regardless of whether living or dead)

**10** HAVE YOU EVER BEFORE APPLIED
FOR OR HAD A SOCIAL SECURITY
OR RAILROAD RETIREMENT NUMBER?   YES ☐   NO ☑   DON'T KNOW ☐

PRINT YOUR ACCOUNT
NUMBER IF YOU
KNOW IT   (Account Number)

**11** IF ANSWER IS "YES" PRINT
THE STATE IN WHICH
YOU FIRST APPLIED AND WHEN   (State)   (Date)

ARE YOU NOW —   EMPLOYED ☑   SELF-EMPLOYED ☐   UNEMPLOYED ☐

**12** MAILING
ADDRESS   **753 WEST KIEM DR NEWARK**   (Number and Street)   (City)   (Zone)   (State) **OHIO**

**13** TODAY'S DATE   **DECEMBER 6 1961**

**14** Write YOUR NAME AS YOU USUALLY WRITE IT (Do Not Print or Type—Use Dark Ink)   *Karen Wayne Layman*

TREASURY DEPARTMENT (Internal Revenue Service)   Return completed application to nearest SOCIAL SECURITY ADMINISTRATION DISTRICT OFFICE
Form SS—5 (Revised 2  61)

-90-

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Executor/Grantor

Sec. 5.03

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RPD 55112.
The United States of America.

Real Property/Res Number:
RR66269255OUS-55-001

Registered Warrant/Bond Numbers(s):
T42908690F

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

### The Following Describes the Property/Trust Corpus:

A.  The State of Minnesota, Crow Wing County, Certificate of Death of "Karen Layman Schwagerl" Washington DC Certificate Number 15021949-4 attached and included fully and made apart herein by reference.

    4   Total Pages.

2.19.19    _Date_      Edward Roark    Schwagerl,
Executor/Grantor.

2.19.19    _Date_      Schwagerl, Edward Roark,
Grantee/Trustee
Edward Roark Schwagerl Living
Estate Trust.



The United States of America
The State of Minnesota        s.s.    Notary Acknowledgment
The County of Ramsey

Before me, __Marnie McPherson__ , Notary Public by the State of Minnesota, all, sundried, unplowed and admitted to have acknowledgments, in this day, make my special restricted visitation Edward Roark Schwagerl within named, known to me to be a private Minnesotan National and affixed his Mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in their surplus of his own inherent rights and capacity created under YNWs, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by, his sole freewill act and deed freely and without any threat, fear, by coercion, for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the written Constitution for the United States of America, as amended December 15, 1791, TESTIMONY whereof I have hereunto set my hand and Seal this ____ day of February ____, ____. AFFIXED my hand and official seal.

(Seal)      Marnie McPherson
Notary Public
My commission expires: 1/31/22

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan 31, 2022



Private Witness 1          Private Witness 2

Private Witness 3

-91-

15021949-4

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Minnesota, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document,the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fourteenth day of March, 2015.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By

Assistant Authentication Officer,
Department of State

-92-

## State of Minnesota

# SECRETARY OF STATE

### CERTIFICATE OF OFFICE

I, Steve Simon, Secretary of State of Minnesota, do certify that: The person listed below, whose signature appears on the attached document, held the office set forth below and that the person was duly qualified and empowered to hold that office and to perform all of the functions of that office on the date the attached document was signed.

NAME OF SIGNING PERSON: Steve Elkins

OFFICE HELD: State Registrar, State of Minnesota

DATE DOCUMENT WAS SIGNED: March 05, 2008

This certificate has been issued on: 01/23/2015



_____
Secretary of State

# STATE OF MINNESOTA
## CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATE

| | |
|---|---|
| DECEDENT'S NAME | KAREN WAVE SCHWAGERL |
| DECEDENT'S ALIAS | |
| SEX, SOCIAL SECURITY NUMBER, MAIDEN NAME | FEMALE     ■■■■1099     LAYMAN |
| RESIDENCE (COUNTY AND CITY, STATE) | CROW WING     BRAINERD, MINNESOTA |
| DATE AND PLACE OF BIRTH | APRIL 04, 1945     NEWARK, OHIO |
| MARITAL STATUS SPOUSE'S NAME | MARRIED GEORGE SCHWAGERL |
| PARENT(S) NAME(S) | DWIGHT LAYMAN WAVE KRAMER |
| DATE OF DEATH | AUGUST 12, 2007 |
| PLACE OF DEATH (COUNTY AND CITY) | CROW WING     BRAINERD |
| FUNERAL HOME | KLINE FUNERAL HOME |
| CAUSE OF DEATH IMMEDIATE | NON SMALL CELL LUNG CANCER |
| UNDERLYING | LIVER METASTASIS |
| OTHER CONTRIBUTING CONDITIONS | |
| MANNER | NATURAL |
| CORONER, MEDICAL EXAMINER OR PHYSICIAN | RONALD D HALVORSON, M.D. |
| | 2024 SOUTH SIXTH STREET, BRAINERD, MINNESOTA 56401 |

11A-0006361      THIS IS A TRUE AND OFFICIAL RECORD OF THE DEATH REGISTERED IN THE OFFICE OF THE STATE REGISTRAR. *DATE FILED: AUGUST 13, 2007*

*0006361*

*PLACE ISSUED:* CASS

*DATE ISSUED:* MARCH 05, 2008

*Steve Elkins*
*State Registrar*

-94-

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# Kline Funeral Home

## Karen W. Schwagerl

( April 04, 1945 - August 12, 2007 )

Services will be 11 AM on Saturday, August 18 at Union Congregational Church in Hackensack, with Pastor Michael Small officiating. Visitation will be one hour prior to the service.

Karen is survived by her husband, George; son, Roark Schwagerl (Christine) of New Brighton, MN; daughter, Carmen Juszczyk (David) of Broomfield, CO; mother, Wave Irvin of Newark, OH; brother, Michael Layman (Sandy) of Newark, OH; three grandchildren: Connor, Chloe and Luca.

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Executor/Grantor

§ec. 6.01

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RPD 55112.
The United States of America.

Real Property/Res Number:
RR66269255OUS-56.001

Registered Warrant/Bond Numbers(s):
Q80284547D

---

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark    Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

### The Following Describes the Property/Trust Corpus:

A. The State of Minnesota, Springfield County, Certificate of Birth of "GEORGE
   ERNEST SCHWAGERL" Washington DC Certificate Number 18032994-4.

   4  Total Pages.

2.19.19    [signature]  [seal]
Date       Edward Roark    Schwagerl,
           Executor/Grantor.

2.19.19    [signature]  [seal]
Date       Schwagerl, Edward Roark,
           Grantee/Trustee
           Edward Roark Schwagerl Living
           Estate Trust.



---

The United States of America
The State of Minnesota        }  ss    Verification and Acknowledgment
The County of Ramsey

Before me, Marnie McPherson                    , Notary Public by the State of Minnesota, duly
authorized, empowered and admitted to take acknowledgments, in this day came by special
restricted visitation Edward Roark Schwagerl within named, known to me to be a private Minnesotan
National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and
acknowledged to me that he executed the same in his sui juris of his own inherent right and
capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority
upon behalf of which he acted and executed the instrument by his sole freewill act and Deed
freely and without any threat, fear, or compulsion for the uses and purposes therein expressed
and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the
united States of America December 15, 1791.  IN TESTIMONY whereof I have hereunto set my Hand
and Seal this 19th day of February 2019.  WITNESS my hand and official seal.

(Seal)    [stamp: MARNIE RAE MCPHERSON NOTARY PUBLIC MINNESOTA My Commission Expires Jan 31, 2022]

[signature]
Notary Public
My commission expires: 1/31/22

---

[signature]                [signature]                [signature]
Private Witness 1          Private Witness 2          Witness 3

18032994-4

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Minnesota, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John J. Sullivan, Acting Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-sixth day of April, 2018.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 at. seq.: 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Acting Secretary of State

By _____

Assistant Authentication Officer,
Department of State

-97-

## State of Minnesota

# SECRETARY OF STATE

### CERTIFICATE OF OFFICE

I, Steve Simon, Secretary of State of Minnesota, do certify that: The person listed below, whose signature appears on the attached document, held the office set forth below and that the person was duly qualified and empowered to hold that office and to perform all of the functions of that office on the date the attached document was signed.

NAME OF SIGNING PERSON:  Molly Mulcahy Crawford

OFFICE HELD:  State Registrar, State of Minnesota

DATE DOCUMENT WAS SIGNED:  February 16, 2018

This certificate has been issued on:  3/29/2018



_Steve Simon_
Secretary of State

-98-



## STATE OF MINNESOTA
### CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF BIRTH

STATE FILE NUMBER    1935-MN-021318

| | |
|---|---|
| **DECEASED:** | DECEMBER 14, 2017    MINNESOTA |
| FULL NAME | **GEORGE ERNEST SCHWAGERL** |
| DATE OF BIRTH | **JULY 22, 1935** |
| TIME | **03:00 AM** |
| PLURALITY | **SINGLE (1)** |
| SEX | **MALE** |
| PLACE OF BIRTH | **SPRINGFIELD    BROWN    MINNESOTA** |
| PARENT | **MARY THERESE** |
| NAME PRIOR TO FIRST MARRIAGE | **LANG** |
| PLACE OF BIRTH | **MINNESOTA** |
| PARENT | **GEORGE PETER SCHWAGERL** |
| PLACE OF BIRTH | **MINNESOTA** |

ANY AMENDMENT MADE PRIOR TO 04/29/2001 FOR THIS RECORD IS NOT NOTED ON THIS CERTIFICATE.

THIS IS A TRUE AND CORRECT RECORD OF BIRTH REGISTERED IN THE MINNESOTA OFFICE OF VITAL RECORDS.

MR&C Certificate ID
11104970



S22-002891687

FILED:  AUGUST 08, 1935

*Molly Mulcahy Crawford*
Molly Mulcahy Crawford
STATE REGISTRAR

ISSUED: FEBRUARY 16, 2018    MINNESOTA DEPT OF HEALTH

THIS CERTIFICATE IS VALID ONLY WHEN PRINTED ON OFFICIAL WATERMARKED
SECURITY PAPER WITH A SECURITY THREAD AND STATE SEAL OF MINNESOTA.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

-99-

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Executor/Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Sec. 6.02

Real Property/Res Number:                          Registered Warrant/Bond Numbers(s):
RR6269255OUS-58-000                                L97648859G

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus:

A. The Social Security Account Numident Book Entry of "George Ernest Schwagerl"
Number _____ 3352. _Soo Deed Poll Cert No 1905/608-2 and 1905/608-1._
____ Total Pages.

| | |
|---|---|
| 2-19-19 | Ed N Schwal  [Seal] |
| Date | Edward Roark  Schwagerl, Executor/Grantor. |
| 2-19-19 | Ed N Schwal  [Seal] |
| Date | Schwagerl, Edward Roark, Grantee/Trustee Edward Roark Schwagerl Living Estate Trust. |

The United States of America        }        ss      Verification and Acknowledgment
The State of Minnesota
The County of Ramsey

Before me, _Marnie McPherson_____, Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation Edward Roark Schwagerl within named, known to me to be a private Minnesotan National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in his sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executes the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 1791.  IN TESTIMONY whereof I have hereunto set my Hand and Seal this 19th day of February 2019.  WITNESS my hand and official seal.

(Seal)   MARNIE RAE MCPHERSON
         NOTARY PUBLIC
         MINNESOTA
         My Commission Expires Jan 31, 2022

_Marnie McPherson_
         Notary Public
My commission expires: 1/31/22

Private Witness 1        Private Witness 2        Witness 3

-100-





# United States of America

## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Social Security
Administration, United States of America, and that such Seal is entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State ,
have hereunto caused the seal of the Department of State to be
affixed and my name subscribed by the Assistant Authentication
Officer, of the said Department, at the city of Washington, in the
District of Columbia, this seventh day of August, 2019.

*Issued pursuant to CFXIV State of
Sept. 15, 1789, 1 Stat. 68-69, 22
USC 2657, 22USC 2651a, 5 USC
301, 28 USC 1733 et seq, 8 USC
1443th RULE 44 Federal Rules of
Civil Procedure*

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State



## SOCIAL SECURITY ADMINISTRATION

### C E R T I F I C A T I O N

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46,  I hereby certify that I have legal custody of certain records, documents, and other information established.  I certify such fact being true and correct, substantiated by the records maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405.

I certify that the annexed computer printout showing the name, Social Security Number XXX-XX-3352 and the dates the information was recorded are true and complete copies of such documents in my custody.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this 27ᵀᴴ day of JUNE 2018

M. De Los Reyes

Monica De Los Reyes
Director
Division of Earnings and Business Services
Office of Central Operations

-102-



19051608-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Social Security Administration, United States of America, and that such Seal is entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Michael R. Pompeo, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this seventh day of August, 2019.

*Michael R Pompeo*

_____
Secretary of State

By *Matthews*

_____
Assistant Authentication Officer,
Department of State

Issued pursuant to CHAP, State of
Sept. 15, 1789, 1 Stat. 68-69, 22
USC 2657, 22 SC 2651a, 5 USC
301, 28 USC 1733 et seq., 8 USC
1443(f), RULE 44 Federal Rules of
Civil Procedure

--104--



## SOCIAL SECURITY ADMINISTRATION

### C E R T I F I C A T I O N

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46, I hereby certify that I have legal custody of certain records, documents, and other information established. I certify such fact being true and correct, substantiated by the records maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405.

I certify that the annexed computer printout showing the name, Social Security Number XXX-XX-3352 and the dates the information was recorded are true and complete copies of such documents in my custody.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this *13th* day of *April* 2018

_M. De Los Reyes_

Monica De Los Reyes
Director
Division of Earnings and Business Services
Office of Central Operations

-105-

DTE:04/12/18      SSN: ████3352      XC:      UNIT:VK1013      PG:001+

ⁿT          SSN: ████3352 ETC:0 RFN:6████8118
            NAA: GEORGE , ERNEST , SCHWAGERL
RTH         DOB:07/22/1935 PLB: SPRINGFIELD , MN SEX:M ETB:1
PARENT      MNA:
            FNA:
INTERNAL    FMC:1 CYD:04/XX/1953

ACCOUNT     SSN: ████3352 ETC:2 RFN:█████8340 DOC:B07 IDN:D
NAME        NAA: GEORGE , ERNEST , SCHWAGERL
BIRTH       DOB:07/22/1935 PLB: SPRINGFIELD , MN SEX:M ETB:0 CSP:A
PARENT      MNA:
            FNA:
INTERNAL    CYD:12/05/2013   CONTROL NUMBER: C███6100



RECORDING/TRANSFER Requested By:
Edward Roark   Schwagerl, Executor/Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

**Sec. 6.03**

| Real Property/Res Number: | Registered Warrant/Bond Numbers(s): |
|---|---|
| RR6626925500US-56-000 | E401928256 |

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus:

A.  The State of Minnesota, The County of Hennepin, Certificate of Death for "George Ernest Schwagerl", Washington DC Secretary of State Number 18032994-2, attached herewith.

5  Total Pages.

2·19·19  Date          Edward Roark   Schwagerl, [Seal]
                       Executor/Grantor.

2·19·19  Date          Schwagerl, Edward Roark, [Seal]
                       Grantee/Trustee
                       Edward Roark Schwagerl Living
                       Estate Trust.

The United States of America      }
The State of Minnesota            }  ss   Verification and Acknowledgment
The County of Ramsey              }

Before me, Marnie McPherson , Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation Edward Roark Schwagerl within named, known to me to be a private Minnesotan National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in his sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 179. .  IN TESTIMONY whereof I have hereunto set my Hand and Seal this _____ day of _____, _____ WITNESS my hand and official seal.

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan 31, 2022

(Seal)                                    Notary Public
                        My commission expires: 1/31/22

Private Witness 1          Private Witness 2          WITNESS 3

--108--

  Perfect car for the NORTHERN CLIMATE!
CLICK HERE TO FIND OUT MORE!

https://www.walkermn.com/obituaries/george-schwagerl/article_08652204-e58e-11e7-9ac8-dbc106771f42.html

## George Schwagerl

staff reports pilotnews@pilotindependent.com   Dec 20, 2017



Photo submitted

George E. Schwagerl, 82, of Brainerd, Minn., died at Abbott Northwestern Hospital in Minneapolis Thursday, Dec. 14, 2017.

A Mass of Christian Burial will be held 11 a.m. Dec. 20 at St. Andrew's Catholic Church in Brainerd with Father Daniel Weiske officiating. Visitation will begin at 9:30 a.m. at the church. Military honors will be at church immediately after the funeral.

Interment will be at Minnesota State Veterans Cemetery in Little Falls Dec. 29 at 10 a.m.

George was born in Springfield, Minn., July 22, 1935, to George and Mary (Lind) Schwagerl.

George was an avid outdoorsman. He loved hunting, fishing and birdwatching, but more than anything, he loved spending time with his family.

George will be missed by his loving wife, Kathie; children Roark (Christine) Schwagerl, Carmen Jura, Daniel Dunn, Julie (Jeff) Benson and Kristina Dunn; grandchildren Conor and Chloe Schwagerl, Emma and Jack Benson, and Luca Juszczyk; and sisters Theresa Harrington and Virginia Melchior.

He is preceded in death by his wife, Karen; parents; and brothers and sisters Francis, Gerard, Henry, Catherine and Joseph.

Memorials are preferred to the American Cancer Society.

Arrangements were handled by Nelson-Doran Funeral Home of Brainerd, Minn.

**Gail Deboer**

18032994-2

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Minnesota, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John J. Sullivan, Acting Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-sixth day of April, 2018.

*Issued pursuant to CHXIV. State of Sept. 15, 1789, I Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Acting Secretary of State

By

Assistant Authentication Officer,
Department of State

-110-

## State of Minnesota

# SECRETARY OF STATE

### CERTIFICATE OF OFFICE

I, Steve Simon, Secretary of State of Minnesota, do certify that: The person listed below, whose signature appears on the attached document, held the office set forth below and that the person was duly qualified and empowered to hold that office and to perform all of the functions of that office on the date the attached document was signed.

NAME OF SIGNING PERSON: Molly Mulcahy Crawford

OFFICE HELD: State Registrar, State of Minnesota

DATE DOCUMENT WAS SIGNED: March 16, 2018

This certificate has been issued on: 3/29/2018



_Steve Simon_
Secretary of State

-111-

# STATE OF MINNESOTA
## CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF DEATH

STATE FILE NUMBER    2017-MN-04█

| | |
|---|---|
| DECEDENT | GEORGE ERNEST SCHWAGERL |
| LAST NAME BEFORE FIRST MARRIAGE | |
| ALSO KNOWN AS | |
| SOCIAL SECURITY NUMBER | ███ 3352 |
| SEX | MALE |
| BORN | JULY 22, 1935 |
| PLACE OF BIRTH | SPRINGFIELD                MINNESOTA |
| DATE OF DEATH | DECEMBER 14, 2017 |
| PLACE OF DEATH | ABBOTT NORTHWESTERN HOSPITAL |
| | MINNEAPOLIS    HENNEPIN    MINNESOTA |
| MARITAL STATUS | MARRIED |
| SPOUSE | KATHRYN DUNN |
| LAST NAME BEFORE FIRST MARRIAGE | KUBESH |
| RESIDENCE | BRAINERD    CROW WING    MINNESOTA |
| PARENT | MARY LANG |
| PARENT | GEORGE PETER SCHWAGERL |
| FUNERAL HOME | NELSON-DORAN FUNERAL & CREMATION SERVICE |
| DISPOSITION | CREMATION |
| CAUSE OF DEATH | |
| IMMEDIATE | CARDIAC ARREST |
| UNDERLYING | MYOCARDIAL INFARCTION |
| OTHER CONTRIBUTING CONDITIONS | CORONARY ARTERY DISEASE, HYPERTENSION, STROKE, |
| MANNER | NATURAL |
| MEDICAL CERTIFIER | KRISTA L LARSON, M.D. |
| | 800 E 28TH STREET, MINNEAPOLIS, MINNESOTA, 55407 |

DECEDENT'S MIDDLE NAME AMENDED BIRTH CERTIFICATE 02/13/2018.

THIS IS A TRUE AND CORRECT RECORD OF DEATH REGISTERED IN THE MINNESOTA OFFICE OF VITAL RECORDS.

MR&C Certificate ID
11151432

FILED:  DECEMBER 15, 2017

*Molly Mulcahy Crawford*
Molly Mulcahy Crawford
STATE REGISTRAR



S22-002893402

ISSUED: MARCH 16, 2018        MINNESOTA DEPT OF HEALTH

THIS CERTIFICATE IS VALID ONLY WHEN PRINTED ON OFFICIAL WATERMARKED
SECURITY PAPER WITH A SECURITY THREAD AND STATE SEAL OF MINNESOTA.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

-112-

**RECORDING/TRANSFER Requested By:**
Edward Roark   Schwagerl, Executor/Grantor

𝔖ᴇᴄ. 7.01

**WHEN RECORDED MAIL TO:**
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:
RR66269255OUS-45.000

Registered Warrant/Bond Numbers(s):
Q642297651

---

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus:

A. The State of Minnesota, The County of Saint Louis, Certificate of Live Birth
   for "Christine Marie Nettleton" attached herewith.

     4   Total Pages.



| | | |
|---|---|---|
| 2·19·19 | Christine Schwagerl | [Seal] |
| Date | Christine Marie   Schwagerl, Grantor. | |
| 2-19-19 | Edwd Rrk Schwl | [Seal] |
| Date | Edward Roark   Schwagerl, Executor/Grantor. | |
| 2-19-19 | Edwd Rrk Schwl | [Seal] |
| Date | Schwagerl, Edward Roark, Grantee/Trustee Edward Roark Schwagerl Living Estate Trust. | |

---

The United States of America              }
The State of Minnesota                    }   ss    Verification and Acknowledgment
The County of Ramsey                      }

Before me, __Marnie McPherson__, Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation **Edward Roark Schwagerl** and **Christine Marie Schwagerl** within named, known to me to be a private Minnesotan Nationals and affixed his/her mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he/she executed the same in their suiʲuris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the United States of America December 15, 1791.  IN TESTIMONY whereof I have hereunto set my Hand and Seal this _19ᵗʰ_ day of February 2019.  WITNESS my hand and official seal.

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

(Seal)

Marnie McPherson
Notary Public
My commission expires: _1/31/02_

Private Witness 1          Private Witness 2          WITNESS 3



-114-



# SAINT MARY'S HOSPITAL
## Duluth, Minnesota

*This Certifies* that Christine Marie Nettleton
was born to Mr & Mrs Henry H Nettleton in this Hospital
at 9 P.m. on Wednesday the ___19ᵗʰ___ day of June 1968
31 CDT

*In Witness Whereof,* the said Hospital has
caused this Certificate to be signed by its duly
authorized officer and its Official Seal to be
hereunto affixed.

_____
Attending Physician

*Sister Mary Belle*
Administrator

99

-115-

## FAMILY HISTORY

Father's full name _Henry H Nettleton_

Birthplace _Minnesota_       Date

Mother's maiden name _Florence Anderson_

Birthplace _Minnesota_       Date

Residence at time child was born _4729 West 6th Street_

Sex of child _Female_ Weight at birth _4_ pounds _3½_ ounces. Length _18½_ inches

Baby's left footprint →                          ← Baby's right footprint

This Document should be carefully preserved. It is an important record of the facts pertaining to your child's birth. The law requires that the original certificate of birth be filed with the Vital Statistics Office of ——————————————— from which an official copy may be obtained.

_Nettleton K_

100

Recordatte CERTIFICATE  REG. U.S. PAT. OFFICE  BY THE STECK CO., AUSTIN, TEXAS

RECORDING/TRANSFER Requested By:
Edward Roark   Schwagerl, Executor/Grantor

SEC. 7.02

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:
RR66269255OUS-45-001

Registered Warrant/Bond Numbers(s):
A20823631A

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus:

A.  The State of Minnesota, The County of Saint Louis, Birth Certificate "Christine Marie Nettleton" Washington DC Secretary of State Certificate Number 15021949-2, attached herewith.

   4   Total Pages.



| | |
|---|---|
| 2·19·19 | _Christine Schwagerl_ [Seal] |
| Date | Christine Marie   Schwagerl, Grantor. |
| 2·19·19 | _ERBRhSchwl_ [Seal] |
| Date | Edward Roark   Schwagerl, Executor/Grantor. |
| 2·19·19 | _ERBRhSchwl_ [Seal] |
| Date | Schwagerl, Edward Roark, Grantee/Trustee |

Edward Roark Schwagerl Living Estate Trust.

The United States of America
The State of Minnesota          } ss    **Verification and Acknowledgment**
The County of Ramsey

Before me, _Marnie Matheson_ , Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation **Edward Roark Schwagerl** and **Christine Marie Schwagerl** within named, known to me to be a private Minnesotan Nationals and affixed his/her mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he/she executed the same in their sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the United States of America December 15, 1791.  IN TESTIMONY whereof I have hereunto set my Hand and Seal this 19ᵗʰ day of February 2019.  WITNESS my hand and official seal.

(Seal)

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan 31, 2027

_Marnie _____
Notary Public
My commission expires:   1/31/2c

_signature_          _signature_          _signature_
Private Witness 1        Private Witness 2

15021949-2



# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Minnesota, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*



In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fourteenth day of March, 2015.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, I Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_John F. Kerry_

Secretary of State

By _VMatthews_

Assistant Authentication Officer,
Department of State

*State of Minnesota*

# SECRETARY OF STATE

CERTIFICATE OF OFFICE

I, Steve Simon, Secretary of State of Minnesota, do certify that: The person listed below, whose signature appears on the attached document, held the office set forth below and that the person was duly qualified and empowered to hold that office and to perform all of the functions of that office on the date the attached document was signed.

NAME OF SIGNING PERSON: Steve Elkins

OFFICE HELD: State Registrar, State of Minnesota

DATE DOCUMENT WAS SIGNED: January 28, 2010

This certificate has been issued on: 01/23/2015



*Steve Pimon*

———————————————
Secretary of State

--119-



## STATE OF MINNESOTA
### CERTIFICATION OF VITAL RECORD

# BIRTH CERTIFICATE

*FULL NAME*
**CHRISTINE MARIE NETTLETON**

*SEX*
**FEMALE**

*DATE OF BIRTH*
**JUNE 19, 1968**

*CITY OR TOWNSHIP OF BIRTH*
**DULUTH**

*COUNTY*
**SAINT LOUIS**

*PARENT(S)*
**FLORENCE  (ANDERSON)**

**HENRY H NETTLETON**

AMENDMENTS MADE PRIOR TO MARCH 11, 2001 FOR THIS RECORD ARE NOT NOTED ON THE CERTIFIED COPY.



000585797
7A-000585797

THIS IS A TRUE AND OFFICIAL RECORD OF THE BIRTH REGISTERED IN THE
OFFICE OF THE STATE REGISTRAR.  *DATE FILED: JUNE 25, 1968*

*PLACE ISSUED:* HENNEPIN

*Steve Elkins*
*State Registrar*

*DATE ISSUED:*  JANUARY 28, 2010

THIS CERTIFICATION IS VALID ONLY WHEN REPRODUCED ON WATERMARKED SECURITY PAPER
WITH A RAISED BORDER AND RAISED STATE SEAL OF MINNESOTA.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE.



--120-

<u>RECORDING/TRANSFER Requested By:</u>
Edward Roark    Schwagerl, Executor/Grantor          𝕾𝖊𝖈. 7.03

<u>WHEN RECORDED MAIL TO:</u>
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:                    Registered Warrant/Bond Numbers(s):
RR6626925SOUS-45.002                          Y83635266G

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section
2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and
Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward
Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and
abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

<u>The Following Describes the Property/Trust Corpus:</u>

A.  The Book Entry Numident Social Security Account "CHRISTINE MARIE SCHWAGERL"
    Number ▮▮▮▮58, fully included herewith by reference.

        / Total Pages.



|  |  |  |
|---|---|---|
| 2·19·19 | Christine Schwagerl | [Seal] |
| Date | Christine Marie  Schwagerl, | |
| | Grantor. | |
| 2·19·19 | E.R.Schwagerl | [Seal] |
| Date | Edward Roark   Schwagerl, | |
| | Executor/Grantor. | |
| 2·19·19 | E.R.Schwagerl | [Seal] |
| Date | Schwagerl, Edward Roark, | |
| | Grantee/Trustee | |
| | Edward Roark Schwagerl Living | |
| | Estate Trust. | |

The United States of America    }
The State of Minnesota          }   ss    Verification and Acknowledgment
The County of Ramsey            }

Before me, _Marnie Matheson_____, Notary Public by the State of Minnesota, duly
authorized, empowered and admitted to take acknowledgements, on this day came by special
restricted visitation **Edward Roark Schwagerl** and **Christine Marie Schwagerl** within named, known
to me to be a private Minnesotan Nationals and affixed his/her mark upon the above "Trust
Transfer Grant Deed" instrument and acknowledged to me that he/she executed the same in their
sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ
and that he is the proper authority upon behalf of which he acted and executed the instrument
by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the
uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the
adoption of the Constitution for the United States of America December 15, 1791.  IN TESTIMONY
whereof I have hereunto set my Hand and Seal this 19ᵗʰ day of February 2019.  WITNESS my hand
and official seal.

(Seal)    [Notary stamp:                       _Marnie Matheson_____
          MARNIE RAE MCPHERSON                  Notary Public
          NOTARY PUBLIC
          MINNESOTA                My commission expires: 1/31/22
          My Commission Exp. Jan 31 2022]

_E.R.Schwagerl_____    _Marn Matheson_____    _Neil N. Field_____
Private Witness 1          Private Witness 2          witness 3

                                                                --121--

<u>RECORDING/TRANSFER Requested By:</u>
Edward Roark    Schwagerl, Executor/Grantor

**Sec. 7.04**

<u>WHEN RECORDED MAIL TO:</u>
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:
**RR662692550US-51.000**

Registered Warrant/Bond Numbers(s):
**T95564094A**

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

<u>The Following Describes the Property/Trust Corpus:</u>

A. The Book Entry Marriage Application for Certificate of Marriage April 24, 1999, Washington DC Secretary of State Certificate Number 15037379-1, fully included herewith by reference.

          Total Pages.



2·19·19  *Christine Schwagerl* [seal]
Date      Christine Marie  Schwagerl,
          Grantor.

2·19·19  *Edward Roark Schwagerl* [seal]
Date      Edward Roark   Schwagerl,
          Executor/Grantor.

2·19·19  *Edward Roark Schwagerl* [seal]
Date      Schwagerl, Edward Roark,
          Grantee/Trustee
          Edward Roark Schwagerl Living
          Estate Trust.

The United States of America  }
The State of Minnesota        }    ss    **Verification and Acknowledgment**
The County of Ramsey          }

Before me, ___Marnie McPherson___, Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation **Edward Roark Schwagerl** and **Christine Marie Schwagerl** within named, known to me to be a private Minnesotan Nationals and affixed his/her mark upon the above "Trust Transfer Grant Deed" instrument and acknowledges to me that he/she executed the same in their sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 1791.  IN TESTIMONY whereof I have hereunto set my Hand and seal this 19th day of February 2019.  WITNESS my hand and official...

(Seal)   MARNIE RAE MCPHERSON
         NOTARY PUBLIC
         MINNESOTA
         My Commission Expires Jan. 31, 2022

___Marnie McPherson___
Notary Public
My Commission expires: 1/31/22

_____      _____      _____
Private Witness 1        Private Witness 2         Witness 3

15037379-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Minnesota, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixteenth day of June, 2015.

*Issued pursuant to CHXIV. State of Sept. 15, 1789, I Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

By _____

Secretary of State

Assistant Authentication Officer, Department of State

- -123-





## State of Minnesota

# SECRETARY OF STATE

### CERTIFICATE OF OFFICE

I, Steve Simon, Secretary of State of Minnesota, do certify that: The person listed below, whose signature appears on the attached document, held the office set forth below and that the person was duly qualified and empowered to hold that office and to perform all of the functions of that office on the date the attached document was signed.

NAME OF SIGNING PERSON: Kathleen A. Schons

OFFICE HELD: Director of Licensing or Designee, County of Hennepin, State of Minnesota

DATE DOCUMENT WAS SIGNED: April 21, 2015

This certificate has been issued on: 04/30/2015



_____
Secretary of State



HC-2000)

DIRECTOR OF LICENSING
HENNEPIN COUNTY, MN.

Marriage Certificate

Cartridge 972 B
Image 1789

I hereby Certify, that on April 24 19 99, at (city) St. Paul did join in marriage:

I, the undersigned a minister of the gospel

Edward Roark Schwagerl

of the County of Hennepin
State of Minnesota, and

Christine Marie Nettleton

of the County of Hennepin
State of Minnesota

The names of the parties after their marriage shall be:

Edward Roark Schwagerl

Christine Marie Schwagerl

In the
presence
of:

(Signature of Witness)
(Type or Print Name) MARTIN THOMAS BASSETT

(Signature of Witness)
(Type or Print Name) CYNTHIA SUE DELACY

(Signature of Officiant)
(Type or Print Name) Rev Donald A. Smith

(P.O. ADDRESS) 1680 Idaho Ave. E
St Paul, Mn 55106

Credentials Recorded: Ramsey County, Minn.

Filed-Recorded: NOV 18 1999 By VIOLET L KILBO

RETURN TO DIRECTOR OF LICENSING, HENNEPIN COUNTY, MINNESOTA, WITHIN 5 DAYS

--125--

RECORDING/TRANSFER Requested By:
Edward Roark   Schwagerl, Executor/Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota. RFD 55112.
The United States of America.

§ec. 8.01

Real Property/Res Number:
RR662692550US-52.000

Registered Warrant/Bond Numbers(s):
B42435368A

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

### The Following Describes the Property/Trust Corpus:

A.  The State of Minnesota, The County of Anoka Certificate of Birth for "CONNOR GEORGE SCHWAGERL" 2003-MN-███ ██, Washington DC Secretary of State Certificate Number 15021949-3 attached herewith.

        4    Total Pages.

| 2.19.19 | Christine Schwagerl [Seal] |
| Date | Christine Marie  Schwagerl, Executrix/Grantor. |
| 2.19.19 | Edward Roark Schwagerl [Seal] |
| Date | Edward Roark  Schwagerl, Executor/Grantor. |
| 2.19.19 | Edward Roark Schwagerl [Seal] |
| Date | Schwagerl, Edward Roark, Grantee/Trustee |
|  | Edward Roark Schwagerl Living Estate Trust. |

The United States of America
The State of Minnesota          } ss    Verification and Acknowledgment
The County of Ramsey

Before me, Marnie McPherson                     , Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation Edward Roark Schwagerl and Christine Marie Schwagerl within named, known to me to be a private Minnesotan Nationals and affixed his/her mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he/she executed the same in their sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 1791.  IN TESTIMONY whereof I have hereunto set my Hand and Seal this 19ᵗʰ day of February 2019.  WITNESS my hand and official seal.

(Seal)

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

Marnie McPherson
Notary Public
My commission expires: 1/31/22

Private Witness 1          Private Witness 2          Private Witness 3

--126--

15021949-3

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Minnesota, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fourteenth day of March, 2015.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____
Secretary of State

By _____

Assistant Authentication Officer,
Department of State

--127-



## State of Minnesota

# SECRETARY OF STATE

### CERTIFICATE OF OFFICE

I, Steve Simon, Secretary of State of Minnesota, do certify that: The person listed below, whose signature appears on the attached document, held the office set forth below and that the person was duly qualified and empowered to hold that office and to perform all of the functions of that office on the date the attached document was signed.

NAME OF SIGNING PERSON:  Molly Mulcahy Crawford

OFFICE HELD:  State Registrar, State of Minnesota

DATE DOCUMENT WAS SIGNED:  October 14, 2014

This certificate has been issued on: 01/23/2015



_____
Secretary of State

-128-

# STATE OF MINNESOTA
## CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF BIRTH

STATE FILE NUMBER    2003-MN-0████

| | |
|---|---|
| FULL NAME | CONNOR GEORGE SCHWAGERL |
| DATE OF BIRTH | MAY 18, 2003 |
| TIME | 10:14 AM |
| PLURALITY | SINGLE (1) |
| SEX | MALE |
| PLACE OF BIRTH | UNITY HOSPITAL<br>FRIDLEY    ANOKA    MINNESOTA |
| PARENT | CHRISTINE MARIE SCHWAGERL |
|     NAME AT BIRTH | NETTLETON |
|     DATE OF BIRTH | JUNE 19, 1968 |
|     PLACE OF BIRTH | MINNESOTA |
| PARENT | EDWARD ROARK SCHWAGERL |
|     DATE OF BIRTH | MAY 16, 1968 |
|     PLACE OF BIRTH | OHIO |

DATA ITEM(S) OTHER THAN THE REGISTRANT'S NAME OR DATE OF BIRTH WAS AMENDED 04/28/2014.

THIS IS A TRUE AND CORRECT RECORD OF BIRTH REGISTERED IN THE MINNESOTA OFFICE OF VITAL RECORDS.

MR&C Certificate ID
9027966

**000570698**
02A 000570698

FILED:  MAY 21, 2003

*Molly Mulcahy Crawford*
Molly Mulcahy Crawford
STATE REGISTRAR



ISSUED: OCTOBER 14, 2014     RAMSEY COUNTY DEPT. OF PUBLIC HEALTH

THIS CERTIFICATION IS VALID ONLY WHEN REPRODUCED ON WATERMARKED SECURITY PAPER
WITH A RAISED BORDER AND RAISED STATE SEAL OF MINNESOTA.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Executor/Grantor

Sec. 8.02

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota. RFD 55112.
The United States of America.

Real Property/Res Number:
RR662692550US-52-001

Registered Warrant/Bond Numbers(s):
Y65655363F

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark    Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

### The Following Describes the Property/Trust Corpus:

A. The matrix Social Security Account Book Entry Form SS-5 Numident Record "CONNOR
GEORGE SCHWAGERL" ▓▓▓▓ signed by Christine Marie Schwagerl on or about May
19, 2003 at the location of Unity Hospital, Fridley, Minnesota, herein fully
included and attached herein by reference.

___/___ Total Pages.



| 2·19·19 | Christine Schwagerl [Seal] |
| Date | Christine Marie    Schwagerl, Executor/Grantor. |
| 2·19·19 | Edward Roark Schwagerl [Seal] |
| Date | Edward Roark    Schwagerl, Executor/Grantor. |
| 2·19·19 | Edward Roark Schwagerl [Seal] |
| Date | Schwagerl, Edward Roark, Grantee/Trustee Edward Roark Schwagerl Living Estate Trust. |

The United States of America
The State of Minnesota
The County of Ramsey

} ss    Verification and Acknowledgment

Before me, Marnie Matheson _____, Notary Public by the State of Minnesota, duly
authorized, empowered and admitted to take acknowledgements, on this day came by special
restricted visitation Edward Roark Schwagerl and Christine Marie Schwagerl within named, known
to me to be a private Minnesota Nationals and affixed his/her mark upon the above "Trust
Transfer Grant Deed" instrument and acknowledged to me that he/she executed the same in their
sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ
and that he is the proper authority upon behalf of which he acted and executed the instrument
by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the
uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the
adoption of the Constitution for the united States of America December 15, 1791.  IN TESTIMONY
whereof I have hereunto set my Hand and Seal this 19th day of February 2019.  WITNESS my hand
and official seal.

(Seal)

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

Marnie Matheson
Notary Public
My commission expires: 1/31/22

_____    _____    _____
Private Witness 1    Private Witness 2    Private witness 7

RECORDING/TRANSFER Requested By:
Edward Roark   Schwagerl, Executor/Grantor

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:
RR6269255OUS-53-000

Registered Warrant/Bond Numbers(s):
A32177479A

Sec. 9.01

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

### The Following Describes the Property/Trust Corpus:

A.  The Legal and Equitable Estate in connection to The State of Minnesota, The County of Anoka, The City of Fridley, Certificate of Birth "CHLOE MARIE SCHWAGERL" 2004-MN-████, Washington DC Secretary of State Certificate Number 15021949-1.

6   Total Pages.



2·19·19  Date    *Christine Schwagerl* [Seal]
Christine Marie   Schwagerl,
Executrix/Grantor.

2·19·19  Date    [signature] [Seal]
Edward Roark   Schwagerl,
Executor/Grantor.

2·19·19  Date    [signature] [Seal]
Schwagerl, Edward Roark,
Grantee/Trustee
Edward Roark Schwagerl Living
Estate Trust.



The United States of America
The State of Minnesota          }      ss      Verification and Acknowledgment
The County of Ramsey

Before me, __Marnie McPherson_____, Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgments, on this day came by special restricted visitation **Edward Roark Schwagerl** and **Christine Marie Schwagerl** within named, known to me to be a private Minnesotan Nationals and affixed his/her mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he/she executed the same in their sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 1791.  IN TESTIMONY whereof I have hereunto set my Hand and Seal this 19ᵗʰ day of February 2019.  WITNESS my hand and official seal.

[Notary Seal:
MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan 31, 2022]

(Seal)

[signature]
Notary Public
My commission expires: 1/3/22

[signature]          [signature]          [signature]
Private Witness 1    Private Witness 2    Private Witness 3

15021949-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Minnesota, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fourteenth day of March, 2015.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By _____

Assistant Authentication Officer,
Department of State

*State of Minnesota*

# SECRETARY OF STATE

### CERTIFICATE OF OFFICE

I, **Steve Simon**, Secretary of State of Minnesota, do certify that: The person listed below, whose signature appears on the attached document, held the office set forth below and that the person was duly qualified and empowered to hold that office and to perform all of the functions of that office on the date the attached document was signed.

NAME OF SIGNING PERSON:  Molly Mulcahy Crawford

OFFICE HELD:  State Registrar, State of Minnesota

DATE DOCUMENT WAS SIGNED:  January 23, 2015

This certificate has been issued on: 01/23/2015



_Steve Simon_
Secretary of State



## STATE OF MINNESOTA
### CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF BIRTH

STATE FILE NUMBER    2004-MN-0███

| | |
|---|---|
| FULL NAME | CHLOE MARIE SCHWAGERL |
| DATE OF BIRTH | JULY 14, 2004 |
| TIME | 09:02 PM |
| PLURALITY | SINGLE (1) |
| SEX | FEMALE |
| PLACE OF BIRTH | UNITY HOSPITAL |
| | FRIDLEY     ANOKA     MINNESOTA |
| PARENT | CHRISTINE MARIE SCHWAGERL |
| NAME AT BIRTH | NETTLETON |
| DATE OF BIRTH | JUNE 19, 1968 |
| PLACE OF BIRTH | MINNESOTA |
| PARENT | EDWARD ROARK SCHWAGERL |
| DATE OF BIRTH | MAY 16, 1968 |
| PLACE OF BIRTH | OHIO |

DATA ITEM(S) OTHER THAN THE REGISTRANT'S NAME OR DATE OF BIRTH WAS AMENDED 04/28/2014.

THIS IS A TRUE AND CORRECT RECORD OF BIRTH REGISTERED IN THE MINNESOTA OFFICE OF VITAL RECORDS.

MR&C Certificate ID
9195128

000587090
62 ·000587090

FILED:  JULY 17, 2004

*Molly Mulcahy Crawford*

Molly Mulcahy Crawford
STATE REGISTRAR

ISSUED: JANUARY 23, 2015        RAMSEY COUNTY DEPT. OF PUBLIC HEALTH

THIS CERTIFICATION IS VALID ONLY WHEN REPRODUCED ON WATERMARKED SECURITY PAPER
WITH A RAISED BORDER AND RAISED STATE SEAL OF MINNESOTA.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

*Baby's left footprint*

*Baby's right footprint*




118

-135-



## Complimentary
# Record of Birth

The Undersigned Certify that *Chloe Marie Schwagerl*

was born to *Roark & Christine Schwagerl*

at *9:02* p.m. on the *14th* day of *July* yr *2004*

Sex of child *Female* Weight at birth *7* pounds *7* ounces  Length *19¼* inches

**UNITY HOSPITAL**

550 Osborne Road N.E.
Fridley, MN 55432-2799

*L....ca h Cham )h(*
ATTENDING PHYSICIAN

68045 (8/02)

119

-136-

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Executor/Grantor

**Sec. 9.02**

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RPD 55112.
The United States of America.

Real Property/Res Number:
RR66269255OUS-53-001

Registered Warrant/Bond Numbers(s):
X63056949A

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark    Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

The Following Describes the Property/Trust Corpus:

A. The matrix Social Security Account Book Entry Form SS-5 Numident Record "CHLOE MARIE SCHWAGERL"          signed by Christine Marie Schwagerl on or about July 15, 2004 at the location of Unity Hospital, Fridley, Minnesota, and hand delivered to fiduciary of Unity, herein fully included and attached herein by reference.

_____ Total Pages.

| 2-19-19 | *Christine Schwagerl* [Seal] |
| Date | Christine Marie Schwagerl, Executrix/Grantor. |
| 2-19-19 | [signature] [Seal] |
| Date | Edward Roark   Schwagerl, Executor/Grantor. |
| 2-19-19 | [signature] [Seal] |
| Date | Schwagerl, Edward Roark, Grantee/Trustee Edward Roark Schwagerl Living Estate Trust. |

The United States of America
The State of Minnesota
The County of Ramsey
}  ss   **Verification and Acknowledgment**

Before me, _Marnie McPherson_, Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation **Edward Roark Schwagerl** and **Christine Marie Schwagerl** within named, known to me to be a private Minnesotan Nationals and affixed his/her mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he/she executed the same in their sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the United States of America December 15, 1791.  IN TESTIMONY whereof I have hereunto set my Hand and Seal this _19th_ day of February 2019.  WITNESS my hand and official seal.

(Seal)

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

[signature]
Notary Public
My commission expires: _1/31/22_

[signature]
------------------
Private Witness 1

[signature]
------------------
Private Witness 2

[signature]
Witness

-137-

RECORDING/TRANSFER Requested By:
Edward    Roark    Schwagerl, Executor/Grantor

Sec. 9.03

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

| Real Property/Res Number: | Registered Warrant/Bond Numbers(s): |
|---|---|
| RR662692550US-33.000 | H66256167D |

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this <u>Third Amendment</u> Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark    Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

## The Following Describes the Property/Trust Corpus:

A. Boat & Trailer, 2007 Ranger Model Z22, Registration Number 8042KG, State of Minnesota Title Number ████Y579, 2009 Ranger Trailer Plate Number ████CBT, Vehicle Identification Number ██████████8505, all rights, titles, and interest, use, possession and enjoyment.

_____/_____ Total Pages.



2.19.19 Date — Edward    Roark    Schwagerl, Executor, Grantor.

2.19.19 Date — Schwagerl, Edward Roark, Grantee/Trustee
Edward Roark Schwagerl Living Estate Trust.

The United States of America
The State of Minnesota        s.s.    Verification and Acknowledgment
The County of Ramsey.

Before me, **Marnie McPheron**, Notary Public by the State of Minnesota, s.s. authorized, appeared and admitted to take acknowledgements, on that day, came by special restricted visitation Edward Roark Schwagerl within named, known to me to be a private Minnesotan National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged it to be that he executed the same in their sui juris of his own inherent right and capacity, created under YHWH, the Risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or duress with for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the written Constitution for the United States of America, as amended December 15, 1791, signed at the Pennsylvania State House, Philadelphia, Pennsylvania. IN TESTIMONY whereof I have hereunto set my hand and seal this 19th day of February ____ 2019. WITNESS my hand and official seal.

Marnie McPheron
Notary Public
My commission expires:  1/8/22

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan 31, 2022

Private Witness 1

Private Witness 2

Private Witness 3

-138-

<u>RECORDING/TRANSFER Requested By:</u>
Edward    Roark    Schwagerl, Executor/Grantor

Sec. 9.04

<u>WHEN RECORDED MAIL TO:</u>
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota. RFD 55112.
The United States of America.

Real Property/Res Number:
RR662692550US-16.000

Registered Warrant/Bond Numbers(s):
H180565010

# TRUST TRANSFER GRANT DEED

THE EXECULTOR/GRANTOR identified in this <u>Third Amendment</u> Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust. This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

### The Following Describes the Property/Trust Corpus:

A. Original Initial Book Entry Deposit to open Wells Fargo N.A. Account Number ▮▮▮▮▮▮9951, EDWARDS INDUSTRIAL EQUIPMENT, EDWARD ROARK SCHWAGERL, SCHWAGERL, EDWARD ROARK, 525 MAIN STREET, #120353, ARDEN HILLS, MN 55112, are fully incorporated herein and made apart hereof by reference.

/ Total Pages.

2-19-19
Date

Edward    Roark    Schwagerl,
Executor, Grantor.

2-19-19
Date

Schwagerl, Edward Roark,
Grantee/Trustee
Edward Roark Schwagerl Living
Estate Trust.

H180565010 D
8

The United States of America
The State of Minnesota      s.s.    Notary Acknowledgment
The County of Ramsey

Before me, Marnie McPherson , Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation Edward Roark Schwagerl, within named, known to me to be a private Minnesotan National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in their sui juris of his own inherent right and capacity, created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, in duress, sign for the uses and purposes therein expressed and in accordance with Realms of Equity at the time of the adoption of the written Constitution for the United States of America, as amended December 15, 179., signed at the Pennsylvania State House, Philadelphia, Pennsylvania. IN reality in whereof I have hereunto set my hand and Seal this 9th day of February , 20__. WITNESS my hand and official seal.

[Seal: MARNIE RAE MCPHERSON NOTARY PUBLIC MINNESOTA My Commission Expires Jan 31, 2022]

Notary Public
My commission expires: 1/31/22

Private Witness 1

Private Witness 2

Private Witness 3

-139-

<u>RECORDING/TRANSFER Requested By:</u>
Edward    Roark    Schwagerl, Executor/Grantor

𝔖𝔢𝔠. 9.05

<u>WHEN RECORDED MAIL TO:</u>
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St  Unit 120353
Saint Paul, Minnesota. RFD 55112.
The United States of America.

Real Property/Res Number:
RR62692550US-24.000

Registered Warrant/Bond Numbers(s):
H561597078

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this <u>Third Amendment</u> Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark   Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

### The Following Describes the Property/Trust Corpus:

A. <u>The President Proclamation 9570 of January 20, 2017</u>. Page 8349 Federal Register
Vol. 82, No. 14.  Tuesday, January 24, 2017, is fully incorporated herein and
made apart hereof by reference.
https://www.govinfo.gov/content/pkg/FR-2017-01-24/pdf/2017-01798.pdf

 Total Pages.

2·19·19
Date

Edward    Roark    Schwagerl,
Executor, Grantor.

2·19·19
Date

Schwagerl, Edward Roark,
Grantee/Trustee
Edward Roark Schwagerl Living
Estate Trust.





| The United States of America | ) | |
| The State of Minnesota | )s.s. | Verification and Acknowledgment |
| The County of Ramsey | ) | |

Before me, __Marnie McPherson_____, Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, on this day came by special restricted visitation Edward Roark Schwagerl within named, known to me to be a private Minnesotan National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in their sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the written Constitution for the united States of America, as amended December 15, 1791, signed at the Pennsylvania State House, Philadelphia, Pennsylvania.  IN TESTIMONY whereof I have hereunto set my Hand and Seal this ___ day of __February___ 2019.  WITNESS my hand and official seal.

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

Marnie McPherson
Notary Public

My commission expires: 1/31/22

Private Witness 1

Private Witness 2

Private Witness 3

-140-



8349

**Federal Register**
Vol. 82, No. 14
Tuesday, January 24, 2017

## Presidential Documents

Title 3—

The President

Proclamation 9570 of January 20, 2017

National Day of Patriotic Devotion

By the President of the United States of America

**A Proclamation**

A new national pride stirs the American soul and inspires the American heart. We are one people, united by a common destiny and a shared purpose.

Freedom is the birthright of all Americans, and to preserve that freedom we must maintain faith in our sacred values and heritage.

Our Constitution is written on parchment, but it lives in the hearts of the American people. There is no freedom where the people do not believe in it; no law where the people do not follow it; and no peace where the people do not pray for it.

There are no greater people than the American citizenry, and as long as we believe in ourselves, and our country, there is nothing we cannot accomplish.

NOW, THEREFORE, I, DONALD J. TRUMP, President of the United States of America, by virtue of the authority vested in me by the Constitution and the laws of the United States, do hereby proclaim January 20, 2017, as National Day of Patriotic Devotion, in order to strengthen our bonds to each other and to our country—and to renew the duties of Government to the people.

IN WITNESS WHEREOF, I have hereunto set my hand this twentieth day of January, in the year of our Lord two thousand seventeen, and of the Independence of the United States of America the two hundred and forty-first.





[FR Doc. 2017-01798
Filed 1-23-17; 2:00 pm]
Billing code 3295-F7-P

-141-

RECORDING/TRANSFER Requested By:
Edward Roark Schwagerl, Executor/Grantor

Sec. 9.06

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota. RFD 55112.
The United States of America.

Real Property/Res Number:
RR662692550US-44.000

Registered Warrant/Bond Numbers(s):
H701038528

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust. This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

## The Following Describes the Property/Trust Corpus:

A. MINNESOTA DEPARTMENT OF PUBLIC SAFETY DRIVER AND VEHICLE SERVICES DIVISION DRIVER'S LICENSE ACCOUNT NUMBER B09█████117 EDWARD ROARK SCHWAGERL, attached and included fully and made apart herein by reference.

**3** Total Pages.

2-19-19 Date     Edward Roark Schwagerl, Executor, Grantor.

2-19-19 Date     Schwagerl, Edward Roark. Grantee/Trustee Edward Roark Schwagerl Living Estate Trust.

H701038528

The United States of America
The State of Minnesota    ss.   Notary Acknowledgment
The County of Parke,

Before me, **Marnie McPherson**, Notary Public by the State of Minnesota, all authorized, empowered and admitted to take acknowledgements, in this day "A" by special restricted visitation Edward Roark Schwagerl within named, known to me to be a private Minnesotan National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged it to that he executed the same in lawful sui juris of his own inherent right and majesty created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims in Equity at the time of the adoption of the written Constitution for the United States of America, as Amended December 15, 1791, signed at the Pennsylvania State House, Philadelphia, Pennsylvania, IN WITNESS whereof I have hereunto set my hand and Seal this ___ day of February ___. WITNESS my hand and official seal.

Marnie McPherson
Notary Public
My commission expires: 1/31/22

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

Private Witness 1

Private Witness 2

And witness 3

-142-

**TEMPORARY LICENSE**    ORIGINAL



Minnesota Department of Public Safety
Driver and Vehicle Services Division

445 Minnesota Street, Suite 175 Saint Paul, Minnesota 55101
Phone: 651-297-3298   TTY:  651-282-6555
dvs.dps.mn.gov

DL/ID #:
H0█████████17

TEMPORARY CREDENTIAL EXPIRATION
06-Feb-2019

DATE OF BIRTH
16-May-1968

## APPLICANT INFORMATION                *Special Deposit*

**APPLICATION DATE**  09-Oct-2018

**APPLICATION NAME**  SCHWAGERL, EDWARD ROARK

### RR662692550US ~ $46,000

## CREDENTIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| Name | SCHWAGERL, EDWARD ROARK | | | |
| DL/ID Number | H0████17 | Date of Birth | 16-May-1968 | |
| Residence Address | 525 MAIN ST UNIT 120353 SAINT PAUL MN 55112-4255 | Height | 5ft 11in | |
| | | Eye Color | Blue | |
| Card Mailed To | 525 MAIN ST UNIT 120353 SAINT PAUL MN 55112-4255 | Sex | Male | |
| | | Weight | 230 lbs. | |
| Station Location | Roseville (700) | Organ Donor | No | |
| Credential Type | Standard ID | Veteran | No | |
| Card Type | DL Class D | Perm. Disabled | No | |
| Endorsements | None | | | |
| Restrictions | None | | | |





Edward Roark Schwagerl Living Estate Trust
RR662692550US
Sec of St of Minn File # 171013 10-21-18

**THIS DOCUMENT IS FOR THE TYPE OF CARD
INDICATED UNTIL THE EXPIRATION DATE
LISTED ABOVE.**

- This document is void if the applicant is not in compliance with
  all restrictions indicated on the record.

**THIS IS NOT A STAND-ALONE IDENTIFICATION
DOCUMENT**

**VALID FOR DRIVING PRIVILEGES IF THE
RECORD INDICATES**

## CONTACT US

**Visit dvs.dps.mn.gov to:**
- Check the status of your driving privileges
- Schedule a road test

| | |
|---|---|
| Driver's License Questions | 651-297-3298 |
| License Status, available 24/7 | 651-284-1234 |
| DVS Locations | 651-297-2126 |
| Motor Vehicle Questions | 651-297-2126 |
| TDD/TYY | 651-282-6555 |

✿PAID✿

OCT 0 9 2018

DEPUTY #118

-143-

**RR662692550US** – 29.409 *transfered to US-14,000*

# Roseville License Center

**LICENSE CENTER HOURS:**
Monday - Friday 8:00am - 5:00pm
Saturday 9:00 am - 2:00pm
**PASSPORT HOURS:**
Monday - Friday 8:00am - 4:00pm
Saturday 9:00 am - 1:00pm

---

```
10/9/18   10:15 AM   Receipt #:   171119
Clerk: clerk10             Store:        1
                        Terminal:        07

50        DL/ID/IP             6.75
          Application
351       DL Filing Fee        8.00

          SUBTOTAL            14.75
          TOTAL              14.75
          Credit Card        14.75
          TOTAL TENDERED     14.75
          ---------------------------
          Change              0.00
```

*ORIGINAL*

---

Thank you for shopping with us!

---

2737 Lexington Avenue N.
Roseville, MN  55113
(651) 792 7010

---

```
        MN IMS ROSEVILLE 118
        2737 LEXINGTON AVE N
        ROSEVILLE  MN  55113-2008
             (651) 792 7010

              Sale

xxxxxxxxxxxx9176
MASTERCARD          Entry Method: Chip

Total: $          14.75

10/09/18              10:14:34
Inv #: 000000002    Appr Code: 000582
Apprvd: Online

PayPal
AID: A0000000041010
TVR: 00 00 00 00 00
TSI: E8 00
```

*ORIGINAL*

```
         Customer Copy

           THANK YOU!
```

---

```
       MN IMS ROSEVILLE1187
        2737 LEXINGTON AVE N
      ROSEVILLE, MN  55113-2008
           678 731 5616

              Sale

xxxxxxxxxxxx9176
MASTERCARD          Entry Method: Chip

Amount:$           0.36
Tax:   $           0.00
       ------------------------
Total: $           0.36

10/09/18              11:14:22
Inv #: 000000002    Appr Code: 000491
Apprvd: Online

PayPal
AID: A0000000041010
TVR: 00 00 00 00 00
TSI: E8 00
```

*ORIGINAL*

```
The above Service Fee charge
is for the convenience of this
payment method and is a
separate transaction payable
in addition to the amount due.
Your signature indicates
acceptance of this Service Fee
and your payment to the card
issuer according to their
payment terms.


         Customer Copy

           THANK YOU!
```

-144-

RECORDING/TRANSFER Requested By:
Edward   Roark   Schwagerl, Executor/Grantor

Ser. 9.07

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

| Real Property/Res Number: | Registered Warrant/Bond Numbers(s): |
|---|---|
| RR66269255OUS-34.000 | H236552478 |

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark  Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

## The Following Describes the Property/Trust Corpus:

A. Conveyance, motorized, machine, FORD MOTOR CORPORATION, Model F150 FX4 CWCOF, Title Number ████T000, Year 2005, VIN # ███████████592.  Black pickup truck, use, possession, enjoyment attached and included fully and made apart herein by reference.

*2* Total Pages.



2.19.19
Date

_Schwagerl Edward Roark_
Executor, Grantor.

2.19.19
Date

_Schwagerl, Edward Roark,_
Grantee/Trustee
Edward Roark Schwagerl Living
Estate Trust.

The United States of America
The State of Minnesota.        s.s.    Notary Acknowledgment
The County of Ramsey.

Before me, Marnie Matherson, Notary Public by the State of Minnesota, all and sworn, empowered and admitted to take acknowledgements, came by special restricted Visitation Edward Roark Schwagerl, author name, known to me to be a private Minnesotan National and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in their sui juris of his own inherent right and capacity, states under oath, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sui juris free will act and deed freely and without any threat, fear, of compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the written Constitution for the United States of America, as amended December 15, 1791, signed at the Pennsylvania State House, Philadelphia, Pennsylvania.  IN WITNESS whereof I have personally set my hand and Seal this 21st day of February, 2019.  WITNESS my hand and official seal.

_Marnie McPherson_

(Seal)   [NOTARY SEAL:
MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022]

Notary Public.
My Commission expires: 1/31/22

_Private Witness 1_          _Private Witness 2_

-145-

A 236852898

# STATE OF MINNESOTA
## CERTIFICATE OF TITLE FOR A MOTOR VEHICLE

| VEHICLE IDENTIFICATION NUMBER | | YEAR | MAKE | MODEL/BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1FT■■■1592 | | 05 | FORD | CW COF | HB■■■003 |

| DATE ISSUED | ODOMETER | TAX BASE | CODE | PLATE NUMBER | CENTRAL OFFICE USE ONLY |
|---|---|---|---|---|---|
| 08/19/14 | 16192 | 033520 | 09 | PO■■■T | |

RR662692550US-34/07

EXP 05

FIRST SECURED PARTY   DOB         OWNER
06/21/05           51668     SCHWAGERL EDWARD ROARK

STATE FARM BANK

PO BOX 5961              525 MAIN ST #120353
MADISON WI 53705        NEW BRIGHTON MN 55112-4255

TOTAL LIENS 1

THIS DUPLICATE CERTIFICATE OF TITLE MAY BE SUBJECT TO THE RIGHTS OF A PERSON UNDER THE ORIGINAL CERTIFICATE.

### ASSIGNMENT BY SELLER (TRANSFEROR)

FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. MINNESOTA LAW REQUIRES THAT YOU MAKE A DISCLOSURE ABOUT DAMAGE TO THE VEHICLE  A FALSE OR FRAUDULENT STATEMENT OF PURCHASE BY ANY PERSON IS A GROSS MISDEMEANOR OR FELONY.

ODOMETER DISCLOSURE STATEMENT. I (WE) CERTIFY THAT THE ODOMETER NOW        ☐ IS ACTUAL MILEAGE
                                                                         ☐ EXCEEDS MECHANICAL LIMITS OF ODOMETER
READS
KNOWLEDGE THE ODOMETER M(I)        AND TENTH(MILES AND TO THE BEST OF MY

DAMAGE DISCLOSURE STATEMEN

ASSIGNMENT: I (WE) CERT

                    SELLE

X                   SE

SELL
APPLICATION F

BUYER'S NAME      (LAST)

ADD'L BUYER'S NAME (S)  (LAST)

STREET ADDRESS BY

IS THIS VEHICLE SUBJECT T

FIRST SECURED PARTY'S NAME (FIRST NAME)

STREET ADDRESS

I (WE) CERTIFY (WE) AM (AM) OF LEG
WAS IS OPERATED UNDER THE PUBLIC S

X
APPLICANT'S/BUYER'S
IMPORTANT - PLEASE READ ALL INF
DENIAL OF THE REQUESTED ACTION
YOUR EXPRESS CONSENT. YOU MAY

MINNESOTA DEPARTMENT OF PUBLIC SAFETY
DRIVER AND VEHICLE SERVICES DIVISION
445 MINNESOTA STREET, ST. PAUL, MINNESOTA 55101-5187

PS2700-19



# STATE OF MINNESOTA

## CERTIFICATE OF LIEN RELEASE
## TO A MOTOR VEHICLE

PS2701-04

This security interest is hereby released on  6-8-2010
                                              _____
                                                   Date

X _Joe Glen_                    **PAID** **LOAN PROCESSOR**
  Signature of Authorized Agent          Title

## IMPORTANT – DO NOT DESTROY

*This Certificate of Lien Release must be attached to the
original Certificate of Title to establish clear ownership.*

### KEEP IN A SAFE PLACE  ANY ALTERATION OR ERASURE VOIDS THIS TITLE

**SELLER'S NOTICE OF SALE**

When you sell this vehicle, you are responsible to file the information on the back side of this notice with the
Department of Public Safety *within 10 days*. Please file this information over the Internet at dvs.dps.mn.gov,
call 651-284-1234, or complete all the information on this notice and mail to the address below. This notice is
not required if sold to a Minnesota licensed dealer.

MINNESOTA DEPARTMENT OF PUBLIC SAFETY
DRIVER AND VEHICLE SERVICES DIVISION
445 MINNESOTA STREET, ST. PAUL, MINNESOTA 55101-5187

TITLE NUMBER HB■■■003    VIN 1FT■■■1592

MINNESOTA MOTOR VEHICLE REGISTRATION
YR  MK    MDL    VIN
05  FORD  CW COF  1F■■■■■1592
PLATE #    STICKER #  TAX    EXP
PO■■■T    4■■■■     45.00  05/31/15
GROSS VEHICLE WEIGHT/BASE VALUE 033520
RECORDED OWNER(S)
SCHWAGERL EDWARD ROARK

525 MAIN ST #120353
NEW BRIGHTON MN 55112-4255

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Executor/Grantor
Christine Marie    Schwagerl, Executrix/Grantor

Sec. 9.08

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:
RR66269255OUS-42.000

Registered Warrant/Bond Numbers(s):
*08503037* A70839021A

# TRUST TRANSFER GRANT DEED

THE EXECUTOR/GRANTOR identified in this Third Amendment Sections 1.01, 1.02, 1.03, 1.04, 1.05a-g, and Section 2.02, Edward Roark    Schwagerl, upon, for and with lawful valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS the below Property "A" to the GRANTEE named and signed below Edward Roark Schwagerl Living Estate Trust.  This conveyance withdraws/removes the property herein from public and abandoned into the Private Living Estate Trust Edward Roark Schwagerl, Grantee.

### The Following Describes the Property/Trust Corpus:

A. Mortgage Financial Instrument, DC SOS Certificate Number 15027679-5 twenty (20) pages total attached and included fully and made apart herein by reference.
B. Warranty Deed of Land, DC SOS Certificate Number 15027679-4 seven (7) pages total attached and included fully and made apart herein by reference.
C. Foreclosure Sheriff Sale Fund, DC SOS Certificate Number 15027679-3, thirteen (13) pages total attached and included fully and made apart herein by reference.

___40___ Total Pages.



2-19-19  Date — Christine Marie  Schwagerl Executrix, Grantor.

2-19-19  Date — Edward Roark  Schwagerl, Executor Grantor.

2-19-19  Date — Schwagerl, Edward Roark, Grantee/Trustee Edward Roark Schwagerl Living Estate Trust.



The United States of America
The State of Minnesota              Notary Acknowledgment
The County of Ramsey

Before me, _Marnie McPherson_ , Notary Public by the State of Minnesota, duly commissioned, empowered and admitted to take acknowledgements of this day, have by special restricted visitation Edward Roark and Christine provided within named, known to me to be a private Minnesotan Nationals, and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in their sui juris of his her own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he now is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in absolute accord with Maxims of Equity at the time of the adoption of the written constitution for the United States of America, as amended December 15, 1791, signed at the Pennsylvania State House, Philadelphia, Pennsylvania. IN WITNESS Whereof I have hereunto set my hand and Seal this ___ day of February ___, ___ witnessed with my hand and official seal.

_Marnie McPherson_  State Public
My commission expires: 1/31/22

MARNIE RAE MCPHERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

-147-

LENDER:   MORTGAGE SOURCE, INC.

BORROWER:   EDWARD ROARK SCHWAGERL and CHRISTINE M SCHWAGERL

PROPERTY:   49 14TH AVE SW, NEW BRIGHTON, MN 55112

LOAN NO./MIN: 3705735 / 100162500037057354

# ENDORSEMENT ALLONGE TO NOTE

This Allonge to Note is to that certain Note dated      January 6, 2005      , executed by   EDWARD
ROARK SCHWAGERL and CHRISTINE M SCHWAGERL

in the amount of $ 192,000.00      , in favor of   MORTGAGE SOURCE, INC.

as payee.  This Allonge is affixed and becomes a permanent part of said Note.


PAY TO THE ORDER OF

OHIO SAVINGS BANK


WITHOUT RECOURSE.


LENDER: MORTGAGE SOURCE, INC.


By: _____      Date: _1-6-05_____

Name: _Sean Mahaffey_____

Title: _Vice President_____


Endorsement Allonge to Note (Multistate)
—— The COMPLIANCE SOURCE, INC. ——
To Order Call: (972) 980-2178 · Fax (972) 392-2891
www.compliancesource.com

(page 1 of 1 pages)
03482MU 02/04  Rev. 02/05
©1999, All Rights Reserved

15027679-5

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Minnesota, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document,the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fifteenth day of April, 2015.

Issued pursuant to CHXIV, State of
Sept. 15, 1789, 1 Stat. 68-69; 22
USC 2657; 22USC 2651a; 5 USC
301; 28 USC 1733 et. seq.; 8 USC
1443(f); RULE 44 Federal Rules of
Civil Procedure.

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

-149-

State of Minnesota

# SECRETARY OF STATE

### CERTIFICATE OF OFFICE

I, Steve Simon, Secretary of State of Minnesota, do certify that: The person listed below, whose signature appears on the attached document, held the office set forth below and that the person was duly qualified and empowered to hold that office and to perform all of the functions of that office on the date the attached document was signed.

NAME OF SIGNING PERSON: Jennifer Adrian

OFFICE HELD: Deputy, County of Ramsey, State of Minnesota

DATE DOCUMENT WAS SIGNED:  March 26, 2015

This certificate has been issued on: 03/26/2015



Steve Simon

Secretary of State

Document# 1905439
Certified Filed On 02/11/2005 1000
Registrar of Titles, Ramsey County, MN
Mortgage Registration Tax Paid 460.80 05/06/2005
Certificate# 528631
4.3.5  13211

———————————————— [Space Above This Line For Recording Data] ————————————————

# MORTGAGE

MIN      100162500037057354

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A)      "Security Instrument" means this document, which is dated          January  6, 2005
together with all Riders to this document.

(B)      "Borrower" is   CHRISTINE M SCHWAGERL AND ROARK E SCHWAGERL AKA EDWARD ROARK
SCHWAGERL, WIFE AND HUSBAND

. Borrower is the mortgagor under this Security Instrument.

(C)      "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(D)      "Lender" is   MORTGAGE SOURCE, INC.

Lender is a                        corporation                        organized and existing under the laws of
THE STATE OF MINNESOTA                       . Lender's address is   13911 RIDGEDALE DR. SUITE
325, MINNETONKA, MN 55305
LOAN NUMBER: 3705735                                                    Initials: _RS_ _CS_ ___

Minnesota Mortgage-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                MERS Modified Form 3024 01/01
—THE COMPLIANCE SOURCE, INC.—                                                                      14301MN 08/00
www.compliancesource.com                                                              ©2000, The Compliance Source, Inc.

1-17

-151-

Complate record located at Ramsey County Recorder's Office Document# 1905439 2-11-2005, Certificate # 528631          herein included and made apart hereof by reference.

15027679-4

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Minnesota, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document,the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fifteenth day of April, 2015.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By_____

Assistant Authentication Officer,
Department of State

-153-

15027679-3

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Minnesota, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fifteenth day of April, 2015.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

By _____

Secretary of State

Assistant Authentication Officer,
Department of State

Complate record located at Ramsey County Recorder's Office Document# 2138141
3-23-2011, Certificate # 528631         herein included and made apart hereof by
reference.

RECORDING/TRANSFER Requested By:
Edward Roark    Schwagerl, Executor/Grantor

~Ser.~ 11.00

WHEN RECORDED MAIL TO:
Edward Roark Schwagerl Ttee
Edward Roark Schwagerl Living Estate Trust
525 Main St, #120353
Saint Paul, Minnesota.  RFD 55112.
The United States of America.

Real Property/Res Number:
RR662692550US-24.001

Registered Warrant/Bond Numbers(s):
E26108002A
Trust Deed of Conveyance Number:

RE 637 836 022 US

# TRUST TRANSFER GRANT DEED

THE UNDERSIGNED GRANTOR DECLARES: DOCUMENTARY TRANSFER TAX is ~ten dollars silver coin~ for complete full value of property conveyed, within the unincorporated area of ~Ramsey County, Minnesota~ and this conveyance transfers the grantor's interest into the Edward Roark Schwagerl Living Estate Trust, Minn. S.O.S File #171013 Oct 21 2016, (portfolio RR662692550US-24), and transfers commercial property from public records to private trust deed without recourse.  Transfer Tax covers RR662692550US-24.001 thru RR662692550US-24.424 in full.

FOR AND WITH LAWFUL, SUFFICIENT, VALUABLE CONSIDERATION tendered below, the receipt of which is hereby acknowledged by the mark of the undersigned GRANTOR now seisin in possession, CONVEYS and WARRANTS to the grantee named and signed below Edward Roark Schwagerl Living Estate Trust, of the country of Minnesota at Ramsey county.  This conveyance revives then withdraws/removes the property herein from the public into the Private Living Estate Trust Edward Roark Schwagerl, Grantee with possession.

The Following Describes the Property/Trust Corpus, Exhibit A:

Quantity 424 Certificate of Assessment Legal Titles range of dates from 2009 to 2014 signed by Authorizing Officials, displayed in **Exhibit A** of twenty-seven (27) pages.



Feb 28-2009    _Schwagerl edward Roark_    [seal]
Date    Edward Roark    Schwagerl,
Grantor.

Feb 28 2009    _Schwagerl, edward Roark_    [seal]
Date    Schwagerl, Edward Roark,
Grantee/Trustee
Edward Roark Schwagerl Living
Estate Trust.

Fiduciary Instructions/Statement of Intent to Grantee: Exhibit A described below this Bill In Conveyance/Deed of Conveyance "In Trust" to "PRIVATE TRUST DEED", establishing "The Fund" delivery of private trust deed RR662692550US-24.000 to 24.424 all Certificates of Assessment listed in Exhibit A hereby transferred, delivered and conveyed on special deposit credit on account into said PRIVATE TRUST DEED and to be removed from public ledgers/record.

In Witness hereof we mark by our Seals below:

_____    _____    _____
Private Witness 1    Private Witness 2    Private Witness 3
[seal]    [seal]    [seal]

-156-

Edward Roark Schwagerl Living Estate Trust
RR982982560US
Sec. of St. of Minn File # 171013 10-21-18

# Notice of Acceptance and Acknowledgment

The undersigned grantee/addressee accepts and acknowledges the following described **Exhibit A:**

> Exhibit A: Mail Matter/Cargo by sender/consignor Internal Revenue Service Disclosure Office, Stop 4030, 7850 S.W. 6th Court, Plantation, FL 33324-3210, Official Business postmarked by US Official Mail on February 25, 2019 labeled "To Be Opened by Addressee Only" containing 424 Certificate of Assessment Legal Titles range of dates from 2009 to 2014 signed by Authorizing Officials.   Case Number F19312-0028.

_____, 28th of February, 2019

[seal]                                         date
Grantee/Addressee
Edward Roark Schwagerl
Post Office Box 120353
Saint Paul, Minnesota.

_____
Private Witness 1

_____
Private Witness 2

_____
Private Witness 3

-157-

Edward Roark Schwagerl Living Estate Trust
RR983692550US
Sec. of St. of Man File # 171013 10-21-18





FOR, AND IN CONSIDERATION OF ONE DOLLAR LAWFUL CURRENCY OF THE UNITED STATES  F
AMERICA TENDERED BY AND RETURNED TO, Edward Roark Schwagerl Living Estate Trust.

One dollar stamp.
One dollar U.S. Coin Silver.

Signed by: _____ 2/28/2019

Nation Minnesota.
general post-office.
county Ramsey.
c/o PO BOX 120353
Saint Paul, Minnesota.  RFD 55112.

_____
Private Witness 1

_____
Private Witness 2

_____
Private Witness 3

-158-



# Edward Roark Schwagerl Living Estate Trust

Schwagerl, edward roark, Ttee
c/o Main Street—five two five.
unit—one two zero-three five three.
New Brighton—town.  Nation Minnesota.
The United States of North America.

SPECIAL DEPOSIT for BILL OF CONVEYANCE

RR662692550US-24.001 thru RR662692550US-24.424



Trust Transfer Grant Deed
Bill of Conveyance

RE 637 836 022 US





TENDER UNDER THE EXCISE TAX ACT OF 1862 AND TRANSFER FEE IN THE BILL OF CONVEYANCE TEN $10.00 DOLLAR LAWFUL
SILVER CERTIFICATE OF THE UNITED STATES OF AMERICA TEN $10.00 UNITED STATES DOLLAR LAWFUL COIN B...S...
TEN ($10.00) LAWFUL DOLLAR STAMP OF THE POST OFFICE DEPARTMENT ATTACHED HEREWITH BY TRUSTEE GRANTEE
EDWARD ROARK SCHWAGERL PRIVATE LIVING ESTATE TRUST DEED REFERENCE TO BILL OF CONVEYANCE NO
**RR662692550US-24.001** SIGNATURE GUARANTEED WITHOUT ENDORSEMENT FOR PRIVATE CREDIT ON ACCOUNT # RE 637
836 022 US RR662692550... ... ...FUND AND RETURNED TO EDWARD ROARK SCHWAGERL LIVING ESTATE



Done this 8th day of August, Two Thousand
Nineteen of the Year of our Lord.

Edward Roark Schwagerl, Ttee.
Private American National of The United States of North America
Minnesotan State Citizen
Non-military, without the Territory, without the District of Columbia

| | | |
|---|---|---|
| 284 | 13520131002007 ... 20131002 | |
| 285 | 13520131002008 ... 20131002 | |
| 286 | 13520131002009 ... 20131002 | |
| 287 | 13520131003010 ... 20131003 | |
| 288 | 13520131007011 ... 20131007 | |
| 289 | 13520131007012 ... 20131007 | |
| 290 | 13520131008013 ... 20131008 | |
| 291 | 13520131009014 ... 20131009 | |
| 292 | 13520131010015 ... 20131010 | |
| 293 | 13520131011016 ... 20131011 | |
| 294 | 13520131015017 ... 20131015 | |
| 295 | 13520131015018 ... 20131015 | |
| 296 | 13520131016019 ... 20131016 | |
| 297 | 13520131016020 ... 20131016 | |
| 298 | 13520131017021 ... 20131017 | |
| 299 | 13520131017022 ... 20131017 | |
| 300 | 13520131018023 ... 20131018 | |
| 301 | 13520131018024 ... 20131018 | |
| 302 | 13520131018025 ... 20131018 | |
| 303 | 13520131021026 ... 20131021 | |
| 304 | 13520131022027 ... 20131022 | |
| 305 | 13520131023028 ... 20131023 | |
| 306 | 13520131024029 ... 20131024 | |
| 307 | 13520131024030 ... 20131024 | |
| 308 | 13520131025031 ... 20131025 | |
| 309 | 13520131025032 ... 20131025 | |
| 310 | 13520131028033 ... 20131028 | |
| 311 | 13520131028034 ... 20131928 | |
| 312 | 13520131029035 ... 20131029 | |
| 313 | 13520131029036 ... 20131029 | |
| 314 | 13520131030037 ... 20131030 | |
| 315 | 13520131030039 ... 20131030 | |
| 316 | 13520131031040 ... 20131031 | |
| 317 | 13520131031041 ... 20131031 | |
| 318 | 13520131031042 ... 20131031 | |
| 319 | 17-2013-39 ....... 20131004 | |
| 320 | 17-2013-40 ....... 20131004 | |
| 321 | 13320140218001 ... 20140310 | |
| 322 | 13320140219002 ... 20140310 | |
| 323 | 13320140220003 ... 20140310 | |
| 324 | 13320140221004 ... 20140310 | |
| 325 | 13320140224005 ... 20140310 | |
| 326 | 13320140225006 ... 20140317 | |
| 327 | 13320140225007 ... 20140310 | |
| 328 | 13320140226008 ... 20140317 | |
| 329 | 13320140226009 ... 20140303 | |
| 330 | 13320140226010 ... 20140303 | |
| 331 | 13320140227011 ... 20140317 | |
| 332 | 13320140228012 ... 20140317 | |
| 333 | 13320140228013 ... 20140310 | |
| 334 | 13320140303014 ... 20140310 | |
| 335 | 13320140303015 ... 20140317 | |
| 336 | 13320140303016 ... 20140324 | |
| 337 | 13320140303017 ... 20140303 | |
| 338 | 13320140304018 ... 20140317 | |
| 339 | 13320140304019 ... 20140324 | |
| 340 | 13320140305020 ... 20140324 | |
| 341 | 13320140306021 ... 20140310 | |
| 342 | 13320140306022 ... 20140310 | |
| 343 | 13320140306023 ... 20140324 | |
| 344 | 13320140307024 ... 20140324 | |
| 345 | 13320140310025 ... 20140324 | |
| 346 | 13320140310026 ... 20140331 | |
| 347 | 13320140310027 ... 20140310 | |
| 348 | 13320140311028 ... 20140331 | |
| 349 | 13320140311029 ... 20140324 | |
| 350 | 13320140312030 ... 20140317 | |
| 351 | 13320140312031 ... 20140317 | |
| 352 | 13320140312032 ... 20140331 | |
| 353 | 13320140313033 ... 20140331 | |
| 354 | 13320140314034 ... 20140317 | |
| 355 | 13320140314035 ... 20140317 | |
| 356 | 13320140314036 ... 20140331 | |
| 357 | 13320140317037 ... 20140331 | |
| 358 | 13320140318038 ... 20140331 | |
| 359 | 13320140324033 ... 20140324 | |
| 360 | 13320140324040 ... 20140324 | |
| 361 | 13320140324041 ... 20140324 | |
| 362 | 13320140326042 ... 20140331 | |
| 363 | 13320140326043 ... 20140331 | |
| 364 | 13320140326044 ... 20140331 | |
| 365 | 13320140326045 ... 20140331 | |
| 366 | 13320140326046 ... 20140331 | |
| 367 | 13320140326047 ... 20140331 | |
| 368 | 13320140326048 ... 20140331 | |
| 369 | 13320140331049 ... 20140331 | |
| 370 | 13420140330001 ... 20140303 | |
| 371 | 13420140317002 ... 20140317 | |
| 372 | 13420140318003 ... 20140318 | |
| 373 | 13420140319004 ... 20140319 | |
| 374 | 13420140321005 ... 20140321 | |
| 375 | 13420140324006 ... 20140324 | |
| 376 | 13420140325007 ... 20140325 | |
| 377 | 13420140327008 ... 20140327 | |
| 378 | 13520140303001 ... 20140303 | |
| 379 | 13520140305002 ... 20140305 | |
| 380 | 13520140305003 ... 20140305 | |
| 381 | 13520140305004 ... 20140305 | |
| 382 | 13520140305005 ... 20140305 | |
| 383 | 13520140306006 ... 20140306 | |
| 384 | 13520140306007 ... 20140306 | |
| 385 | 13520140307008 ... 20140307 | |
| 386 | 13520140307009 ... 20140307 | |
| 387 | 13520140307010 ... 20140307 | |
| 388 | 13520140307011 ... 20140307 | |
| 389 | 13520140307012 ... 20140307 | |
| 390 | 13520140310013 ... 20140310 | |
| 391 | 13520140310014 ... 20140310 | |
| 392 | 13520140311015 ... 20140311 | |
| 393 | 13520140311016 ... 20140310 | |
| 394 | 13520140312017 ... 20140312 | |
| 395 | 13520140312018 ... 20140312 | |
| 396 | 13520140312019 ... 20140312 | |
| 397 | 13520140314020 ... 20140314 | |
| 398 | 13520140314021 ... 20140314 | |
| 399 | 13520140314022 ... 20140314 | |
| 400 | 13520140314023 ... 20140314 | |
| 401 | 13520140314024 ... 20140314 | |
| 402 | 13520140317025 ... 20140317 | |
| 403 | 13520140317026 ... 20140317 | |
| 404 | 13520140317027 ... 20140317 | |
| 405 | 13520140317028 ... 20140317 | |
| 406 | 13520140318029 ... 20140318 | |
| 407 | 13520140319030 ... 20140319 | |
| 408 | 13520140319031 ... 20140319 | |
| 409 | 13520140320032 ... 20140320 | |
| 410 | 13520140321033 ... 20140321 | |
| 411 | 13520140321034 ... 20140321 | |
| 412 | 13520140321035 ... 20140321 | |
| 413 | 13520140324036 ... 20140324 | |
| 414 | 13520140324037 ... 20140324 | |
| 415 | 13520140325038 ... 20140325 | |
| 416 | 13520140325039 ... 20140325 | |
| 417 | 13520140326040 ... 20140326 | |
| 418 | 13520140327041 ... 20140327 | |
| 419 | 13520140328042 ... 20140328 | |
| 420 | 13520140331043 ... 20140331 | |
| 421 | 13520140331044 ... 20140331 | |
| 422 | 17-2014-61 ....... 20140304 | |
| 423 | 17-2014-62 ....... 20140304 | |
| 424 | 17-2014-63 ....... 20140313 | |

| | | | | |
|---|---|---|---|---|
| 142 | 13520090430060 ... 20090430 | | 213 | 13520121218018 ... 20121218 |
| 143 | 13520090430061 ... 20090430 | | 214 | 13520121218019 ... 20121218 |
| 144 | 13520090430062 ... 20090430 | | 215 | 13520121218020 ... 20121218 |
| 145 | 13620090407001 ... 20090407 | | 216 | 13520121218021 ... 20121218 |
| 146 | 17-061 ......... 20090402 | | 217 | 13520121219022 ... 20121219 |
| 147 | 17-062 ......... 20090403 | | 218 | 13520121220023 ... 20121220 |
| 148 | 17-062 ......... 20090403 | | 219 | 13520121221024 ... 20121221 |
| 149 | 17-063 ......... 20090403 | | 220 | 13520121226025 ... 20121226 |
| 150 | 12-2012-053 ... 20121211 | | 221 | 13520121226026 ... 20121226 |
| 151 | 13320121119001 ... 20121210 | | 222 | 13520121227027 ... 20121227 |
| 152 | 13320121120002 ... 20121210 | | 223 | 13520121227028 ... 20121227 |
| 153 | 13320121121003 ... 20121210 | | 224 | 13520121228029 ... 20121228 |
| 154 | 13320121123004 ... 20121210 | | 225 | 13520121228030 ... 20121228 |
| 155 | 13320121126005 ... 20121210 | | 226 | 13520121228031 ... 20121228 |
| 156 | 13320121126006 ... 20121217 | | 227 | 13520121231032 ... 20121231 |
| 157 | 13320121127007 ... 20121217 | | 228 | 13520121231033 ... 20121231 |
| 158 | 13320121127008 ... 20121210 | | 229 | 13520121231034 ... 20121231 |
| 159 | 13320121128009 ... 20121217 | | 230 | 13520121231035 ... 20121231 |
| 160 | 13320121129010 ... 20121217 | | 231 | 17-2012-049 ... 20121130 |
| 161 | 13320121129011 ... 20121203 | | 232 | 17-2012-050 ... 20121203 |
| 162 | 13320121129012 ... 20121203 | | 233 | 17-2012-050 ... 20121204 |
| 163 | 13320121129013 ... 20121203 | | 234 | 17-2012-051 ... 20121210 |
| 164 | 13320121129014 ... 20121203 | | 235 | 17-2012-051 ... 20121210 |
| 165 | 13320121129015 ... 20121203 | | 236 | 17-2012-052 ... 20121210 |
| 166 | 13320121129016 ... 20121203 | | 237 | 17-2012-052 ... 20121211 |
| 167 | 13320121130017 ... 20121217 | | 238 | 17-2012-053 ... 20121211 |
| 168 | 13320121203018 ... 20121217 | | 239 | 17-2012-054 ... 20121221 |
| 169 | 13320121203019 ... 20121224 | | 240 | 13320130916001 ... 20131007 |
| 170 | 13320121204020 ... 20121224 | | 241 | 13320130917002 ... 20131007 |
| 171 | 13320121204021 ... 20121217 | | 242 | 13320130918003 ... 20131007 |
| 172 | 13320121205022 ... 20121224 | | 243 | 13320130919004 ... 20131007 |
| 173 | 13320121206023 ... 20121224 | | 244 | 13320130920005 ... 20131007 |
| 174 | 13320121206024 ... 20121210 | | 245 | 13320130923006 ... 20131007 |
| 175 | 13320121206025 ... 20121210 | | 246 | 13320130923007 ... 20131014 |
| 176 | 13320121206026 ... 20121210 | | 247 | 13320130924008 ... 20131007 |
| 177 | 13320121207027 ... 20121224 | | 248 | 13320130924009 ... 20131014 |
| 178 | 13320121211028 ... 20121224 | | 249 | 13320130925010 ... 20131014 |
| 179 | 13320121211029 ... 20121231 | | 250 | 13320130926011 ... 20131014 |
| 180 | 13320121213030 ... 20121231 | | 251 | 13320130927012 ... 20131014 |
| 181 | 13320121213031 ... 20121217 | | 252 | 13320130930013 ... 20131014 |
| 182 | 13320121213032 ... 20121231 | | 253 | 13320130930014 ... 20131021 |
| 183 | 13320121213033 ... 20121217 | | 254 | 13320131001015 ... 20131021 |
| 184 | 13320121214034 ... 20121231 | | 255 | 13320131001016 ... 20131014 |
| 185 | 13320121217035 ... 20121231 | | 256 | 13320131002017 ... 20131021 |
| 186 | 13320121218036 ... 20121231 | | 257 | 13320131007018 ... 20131028 |
| 187 | 13320121218037 ... 20121224 | | 258 | 13320131007019 ... 20131021 |
| 188 | 13320121220038 ... 20121224 | | 259 | 13320131007020 ... 20131007 |
| 189 | 13320121220039 ... 20121224 | | 260 | 13320131008021 ... 20131021 |
| 190 | 13320121220040 ... 20121231 | | 261 | 13320131008022 ... 20131028 |
| 191 | 13320121228041 ... 20121231 | | 262 | 13320131009023 ... 20131028 |
| 192 | 13420121217001 ... 20121217 | | 263 | 13320131010024 ... 20131028 |
| 193 | 13420121220002 ... 20121220 | | 264 | 13320131010025 ... 20131014 |
| 194 | 13420121228003 ... 20121228 | | 265 | 13320131011026 ... 20131028 |
| 195 | 13520121203001 ... 20121203 | | 266 | 13320131015027 ... 20131104 |
| 196 | 13520121205002 ... 20121205 | | 267 | 13320131015028 ... 20131028 |
| 197 | 13520121205003 ... 20121205 | | 268 | 13320131016029 ... 20131104 |
| 198 | 13520121206004 ... 20121206 | | 269 | 13320131016030 ... 20131028 |
| 199 | 13520121206005 ... 20121206 | | 270 | 13320131017031 ... 20131104 |
| 200 | 13520121206006 ... 20121206 | | 271 | 13320131017032 ... 20131021 |
| 201 | 13520121207007 ... 20121207 | | 272 | 13320131018033 ... 20131104 |
| 202 | 13520121209009 ... 20121207 | | 273 | 13320131022034 ... 20131104 |
| 203 | 13520121212009 ... 20121212 | | 274 | 13320131023035 ... 20131028 |
| 204 | 13520121212010 ... 20121212 | | 275 | 13320131024036 ... 20131028 |
| 205 | 13520121213011 ... 20121214 | | 276 | 13420131010001 ... 20131010 |
| 206 | 13520121213012 ... 20121213 | | 277 | 13420131031002 ... 20131031 |
| 207 | 13520121213013 ... 20121213 | | 278 | 13520131001001 ... 20131001 |
| 208 | 13520121214014 ... 20121214 | | 279 | 13520131001002 ... 20131001 |
| 209 | 13520121214015 ... 20121214 | | 280 | 13520131001003 ... 20131001 |
| 210 | 13520121214016 ... 20121214 | | 281 | 13520131001004 ... 20131001 |
| 211 | 13520121217017 ... 20121217 | | 282 | 13520131002005 ... 20131002 |
| 212 | | | 283 | 13520131002006 ... 20131002 |

RR662692550US ~ 24.001 - 24.424

## Summary (3 pages)

| No. | Assessment Cert..Date |
|-----|-----------------------|
| 1 | 13330110528001 ... 20110531 |
| 2 | 13320110536003 ... 20110601 |
| 3 | 13320110527003 ... 20110602 |
| 4 | 13330110531004 ... 20110603 |
| 5 | 13330110531005 ... 20110606 |
| 6 | 13330110602006 ... 20110608 |
| 7 | 13330110603007 ... 20110609 |
| 8 | 13330110603008 ... 20110613 |
| 9 | 13330110606009 ... 20110610 |
| 10 | 13330110607010 ... 20110613 |
| 11 | 13330110600011 ... 20110614 |
| 12 | 13320110609012 ... 20110615 |
| 13 | 13330110610013 ... 20110616 |
| 14 | 13320110610014 ... 20110620 |
| 15 | 13330110613015 ... 20110617 |
| 16 | 13320110620016 ... 20110627 |
| 17 | 13330110624017 ... 20110704 |
| 18 | 13530110601001 ... 20110601 |
| 19 | 13530110603003 ... 20110603 |
| 20 | 13520110603003 ... 20110606 |
| 21 | 13520110603004 ... 20110603 |
| 22 | 13520110603005 ... 20110603 |
| 23 | 13530110606006 ... 20110606 |
| 24 | 13520110607007 ... 20110607 |
| 25 | 13520110608008 ... 20110608 |
| 26 | 13520110609009 ... 20110613 |
| 27 | 13530110609010 ... 20110609 |
| 28 | 13520110610011 ... 20110613 |
| 29 | 13520110610012 ... 20110610 |
| 30 | 13520110610013 ... 20110610 |
| 31 | 13520110610014 ... 20110610 |
| 32 | 13520110613015 ... 20110613 |
| 33 | 13520110614016 ... 20110614 |
| 34 | 13520110614017 ... 20110614 |
| 35 | 13520110614018 ... 20110614 |
| 36 | 13520110615019 ... 20110615 |
| 37 | 13520110615030 ... 20110615 |
| 38 | 13520110616021 ... 20110616 |
| 39 | 13520110616022 ... 20110617 |
| 40 | 13520110616023 ... 20110620 |
| 41 | 13520110616024 ... 20110616 |
| 42 | 13520110620025 ... 20110620 |
| 43 | 13520110621026 ... 20110621 |
| 44 | 13520110622027 ... 20110622 |
| 45 | 13520110624028 ... 20110624 |
| 46 | 13520110624029 ... 20110627 |
| 47 | 13520110629030 ... 20110629 |
| 48 | 13520110630031 ... 20110630 |
| 49 | 2011-09-007 ... 20110602 |
| 50 | 2011-89-008 ... 20110617 |
| 51 | 2011-89-009 ... 20110623 |
| 52 | 13320100721001 ... 20100727 |
| 53 | 13320100722002 ... 20100728 |
| 54 | 13320100723003 ... 20100729 |
| 55 | 13320100726004 ... 20100730 |
| 56 | 13320100727005 ... 20100802 |
| 57 | 13320100729006 ... 20100803 |
| 58 | 13320100729007 ... 20100804 |
| 59 | 13320100730005 ... 20100805 |
| 60 | 13320100730009 ... 20100809 |
| 61 | 13320100802010 ... 20100806 |
| 62 | 13320100803011 ... 20100809 |
| 63 | 13320100804012 ... 20100810 |
| 64 | 13320100805013 ... 20100811 |
| 65 | 13320100806014 ... 20100812 |
| 66 | 13320100806015 ... 20100816 |
| 67 | 13320100809016 ... 20100813 |
| 68 | 13320100810017 ... 20100816 |
| 69 | 13320100811018 ... 20100817 |
| 70 | 13320100812019 ... 20100818 |
| 71 | 13320100813020 ... 20100823 |
| 72 | 13320100813021 ... 20100819 |
| 73 | 13320100817022 ... 20100820 |
| 74 | 13320100817023 ... 20100823 |
| 75 | 13320100818024 ... 20100824 |
| 76 | 13320100819025 ... 20100825 |
| 77 | 13320100820026 ... 20100826 |
| 78 | 13320100820027 ... 20100830 |
| 79 | 13320100823028 ... 20100827 |
| 80 | 13320100824029 ... 20100830 |
| 81 | 13320100830030 ... 20100906 |
| 82 | 13520100730001 ... 20100802 |
| 83 | 13520100730002 ... 20100809 |
| 84 | 13520100804003 ... 20100804 |
| 85 | 13520100805004 ... 20100805 |
| 86 | 13520100806005 ... 20100806 |
| 87 | 13520100809006 ... 20100816 |
| 88 | 13520100813007 ... 20100813 |
| 89 | 13520100813008 ... 20100823 |
| 90 | 13520100816009 ... 20100816 |
| 91 | 13520100820010 ... 20100830 |
| 92 | 13520100820011 ... 20100820 |
| 93 | 13520100824012 ... 20100824 |
| 94 | 13520100825013 ... 20100825 |
| 95 | 13520100830014 ... 20100830 |
| 96 | 13320090331001 ... 20090413 |
| 97 | 13320090401002 ... 20090413 |
| 98 | 13320090401003 ... 20090406 |
| 99 | 13320090402004 ... 20090413 |
| 100 | 13320090402005 ... 20090406 |
| 101 | 13320090406006 ... 20090413 |
| 102 | 13320090407007 ... 20090413 |
| 103 | 13320090407008 ... 20090413 |
| 104 | 13320090407009 ... 20090420 |
| 105 | 13320090408010 ... 20090420 |
| 106 | 13320090409011 ... 20090413 |
| 107 | 13320090409012 ... 20090420 |
| 108 | 13320090410013 ... 20090420 |
| 109 | 13320090413014 ... 20090420 |
| 110 | 13320090413015 ... 20090413 |
| 111 | 13320090414016 ... 20090420 |
| 112 | 13320090414017 ... 20090420 |
| 113 | 13320090415018 ... 20090420 |
| 114 | 13320090415019 ... 20090427 |
| 115 | 13320090415020 ... 20090420 |
| 116 | 13320090415021 ... 20090420 |
| 117 | 13320090415022 ... 20090420 |
| 118 | 13320090416023 ... 20090427 |
| 119 | 13320090416024 ... 20090420 |
| 120 | 13320090416025 ... 20090420 |
| 121 | 13320090417026 ... 20090427 |
| 122 | 13320090420027 ... 20090420 |
| 123 | 13320090420028 ... 20090420 |
| 124 | 13320090421029 ... 20090804 |
| 125 | 13320090421030 ... 20090427 |
| 126 | 13320090422031 ... 20090504 |
| 127 | 13520090422045 ... 20090422 |
| 128 | 13520090423046 ... 20090423 |
| 129 | 13520090423047 ... 20090423 |
| 130 | 13520090423048 ... 20090423 |
| 131 | 13520090424049 ... 20090424 |
| 132 | 13520090424050 ... 20090424 |
| 133 | 13520090424051 ... 20090424 |
| 134 | 13520090424052 ... 20090424 |
| 135 | 13520090427053 ... 20090427 |
| 136 | 13520090427054 ... 20090427 |
| 137 | 13520090427055 ... 20090427 |
| 138 | 13520090428056 ... 20090428 |
| 139 | 13520090428057 ... 20090428 |
| 140 | 13520090429058 ... 20090429 |
| 141 | 13520090430059 ... 20090430 |

Internal Revenue Service
Disclosure Office
Stop 4060
7850 S.W. 6th Court
Plantation, FL 33324-3210

Official Business
Penalty for Private Use, $300



USPS TRACKING #

9114 9014 9645 1369 4266 22

Edward Roark Schwager
PO Box 120353
St. Paul, MN 55112



Exhibit A.
29 pages

To be opened by addressee only

Edward Roark Schwageri
PO Box 120353
St. Paul MN 55112

Special Deposit for Credit on Account fund RE 637 836 022 US
RR662692550US-24.xxx by authorized fiduciary Drawee to debit against all
presented bills of exchange RR662692550US-24.xxx and of all obligations of
Private Estate Trust Assets hereby transferred, conveyed and delivered to
Private Trust Deed RR662692550US-24.001 without recourse, for collection

By: _____ ttee [Seal]
          Without recourse. for collection



## Certificate of Title of Special Deposit RR662692550US-24

Registered Mail Number:

```
==================
RE  637  836  022  US
==================
```

**PRIVATE TRUST DEED**

Validation of Registered Mail RE 637 836 022 US by Certificate of Mailing.        -166-

**Registered No.** RE637836022US

**Date Stamp**
0014
99

| | |
|---|---|
| Reg. Fee | $10.40 |
| Handling Charge | $12.95 | Return Receipt |
| Postage | $2.80 Restricted |
| | $0.00 Delivery |
| Received by | $0.00 |
| Customer Must Declare Full Value $42.00 | Domestic Insurance up to $25,000 is included in the declared value. International Indemnity is limited (See Reverse). |

**OFFICIAL USE**

FROM
Edwin A. Knol Schrager 1 Living Estate Trust
86 525 Moun St. #120353
New Brighton MN 551

TO
Steven T. Mnuchin Sec. Treasury
Manage Trustee 275 Trust Funds
F.O.A.S.I.F.D.I. S.S. Adminpstre
1100 W. High RE 5101 Security Blvd

PS Form 3806, Receipt for Registered Mail    (Copy 1 - Customer)
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven T. Mnuchin Secretary of Treasury
and Managing Trustee of the Tl... Funds
Federal Old-Age And Survivors Insurance And
Federal Disability Insurance Trust Funds
Social Security Administration
1100 West High Rise
6401 Security Blvd
Baltimore MD 21235

‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 1650 6053 7177 22

2. Article Number (Transfer from service label)
RE 637 836 022 US

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

```
**********************************
       NEW BRIGHTON CARRIER ANNEX
            200 5TH AVE NW
       SAINT PAUL, MN 55112-3366
            3663**-0014
            (800)275-8777
       08/15/2019 08:20 PM
**********************************

Product          Qty   Unit    Price
                       Price

01 Status Freedom   3   $1.00   $2.00
Purple Heart 12     2   $0.95   $1.10
US Status Freedom   1   $5.00   $5.00
PM 3-Day            1  $10.40  $10.40
  (Domestic)
  (BALTIMORE, MD  21235)
  (Weight:1 Lb 9 Oz)
  (Expected Delivery Day)
  (Saturday 08/17/2019)
Registered                    $12.95
  (Amount $42.00)
  (USPS Registered Mail #)
  (RE637836022US)
Return Receipt                 $2.80
  (USPS Return Receipt #)
  (9590940216506053717722)
Affixed Postage             ($26.15)
  (Affixed Amount:$26.00)
---------------------------------
Total:                         $8.10

Debit Card Remit'd             $8.10
  (Card Name:MasterCard)
  (Account #:XXXXXXXXXXXX2965)
  (Approval #)
  (Transaction #:952)
  (Receipt #:013887)
  (Debit Card Purchase:$8.10)
  (Cash Back:$0.00)
  (AID:A0000000042203    Chip)
  (AL:Debit)
  (PIN:Verified          Debit)

Includes up to $50 Insurance

Due to the security of Registered
Mail, an additional 3-10 delivery days
should be added to the expected
delivery date provided.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
        Sign up for FREE @
     www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

       NOW HIRING. Please visit
   www.usps.com/careers to apply.

       HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

            Go to:
  https://postalexperience.com/Pos

   840-0053-0268-002-00031-17289-02

     or scan this code with
        your mobile device.
```

```
    or call 1-800-410-7420.

     YOUR OPINION COUNTS

Receipt #: 840-0053-0268-2-3117289-2
Clerk: 08
```

-167-

**Wednesday, August 21, 2019 at 3:14:42 PM Central Daylight Time**

**Subject:** USPS® Item Delivered RE637836836US

**Date:** Wednesday, August 21, 2019 at 3:12:45 PM Central Daylight Time

**From:** auto-reply@usps.com

**To:** rr662692550us29trust@gmail.com



Hello **private citizen**,

Your item was delivered at 7:42 am on August 19, 2019 in BALTIMORE, MD 21235.

Tracking Number: **RE637836022US**

**Delivered**



Tracking & Delivery Options

My Account

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.

Image of Facebook social media icon

Image of Pinterest social icon.

-168-

RECORDING/TRANSFER Requested By:
Edward Roark   Schwagerl, Executor/Grantor
Ed   l Roark Schwagerl Living Estate Trust

WHEN RECORDED MAIL ORIGINAL TO:
Occupant And Successors Steven T. Mnuchin
Managing Trustee of the Trust Funds
Federal Old-Age And Survivors Insurance And
Federal Disability Insurance Trust Funds
Social Security Administration
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235



Real Property/Res Number:
RR662692550US-24.001 to 24.424

Registered     Bo    ers s
H29921b-6C
**Trust Deed of Conveyance Number:**

RE 637 836 067 US

# TRUST TRANSFER GRANT DEED

THE UNDERSIGNED GRANTOR DECLARES: DOCUMENTARY TRANSFER TAX is Ten dollars , for complete full value of property conveyed, within the unincorporated area of nation Minnesota, Ramsey county and this conveyance transfers the grantor's interest portfolio RR662692550US-24.001 to 24.424, and transfers said property from public records to PRIVATE TRUST DEED RE 637 836 022 US. Lawful Specie Tender of Transfer Tax covers RR662692550US-24.001 thru RR662692550US-24.424 in full.

FOR AND WITH LAWFUL, SUFFICIENT, VALUABLE CONSIDERATION tendered below, the receipt of which is hereby acknowledged by the mark of the undersigned GRANTOR signed below now seisin in possession, CONVEYS **PRIVATE TRUST DEED RE 637 836 022 US** delivery to Grantee Steven T. Mnuchin, **Managing Trustee of the Trust Funds Federal Old-Age And Survivors Insurance And Federal Disability Insurance Trust Funds.** This conveyance revives, withdraws/removes the Property herein from the public into the Private Living Estate Trust, Edward Roark Schwagerl, ~~Grantor with possessing.~~

### The Following Describes the Property/Trust Corpus, Exhibit A:

Quantity Four Hundred Twenty-Four (424) Certificate of Assessment Legal Titles dated from 2009 to 2014 signed by Authorizing Officials, displayed in **Exhibit A** attached herewith and made fully apart herein by reference twenty-seven (27) pages annexed.

February 28, 2019        Edward, ahd Roak
Date                    **Edward Roark Schwagerl Living
                         Estate Trust, Ttee.
                         (GRANTOR).**

Fiduciary Instructions/Statement of Intent to Grantee: Edward Roark Schwagerl Living Estate Trust does hereby transfer and assign for collection without consideration ON SPECIAL DEPOSIT for purposes to change formal title all right, title, and interest in the assets herein Exhibit A described below this Bill In Conveyance/Deed of Conveyance "In Trust" to "PRIVATE TRUST DEED RE 637 836 022 US", establishing "The Fund" account number RE 637 836 022 US by delivery of private trust deed RR662692550US-24.000 to 24.424 all Certificates of Assessment listed in Exhibit A hereby transferred, delivered and conveyed on special deposit credit on account into said PRIVATE TRUST DEED and to be removed from public ledgers/record.

In Witness hereof we mark by our Seals below:

Private Witness 1          Private Witness 2          Private Witness 3
[seal]                     [seal]                     [seal]

NOTICE IS TO PRINCIPAL AS NOTICE IS TO AGENT; NOTICE IS TO AGENT AS NOTICE IS TO PRINCIPAL

-169-

**STATE OF MINNESOTA**

DEPARTMENT OF STATE

I hereby certify that this is a
true and complete copy of the
document as filed for record in
this office.

DATED *October 8, 2019*

*Steve Simon*

Secretary of State

By *Nancy Breems*