United States Bankruptcy Court

Central District of California

In re:  Case No. 21-18205-DS
Crestlloyd, LLC  Chapter 11
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 | User: admin | Page 1 of 4
Date Rcvd: Oct 23, 2023 | Form ID: pdf042 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2023:**

**Recip ID    Recipient Name and Address**
db    +    Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:

**Name    Email Address**

Andrew Goodman
  on behalf of Attorney Goodman Law Offices  A Professional Corporation agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Danielle R Gabai
  on behalf of Creditor Showroom Interiors  LLC dba Vesta dgabai@danninggill.com, dgabai@ecf.courtdrive.com

Danielle R Gabai
  on behalf of Interested Party Courtesy NEF dgabai@danninggill.com  dgabai@ecf.courtdrive.com

David Seror
  on behalf of Interested Party Courtesy NEF dseror@bg.law  ecf@bg.law

David B Golubchik
  on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, dbg@lnbyg.com

David B Golubchik

　　　　　　　　　　　　　　on behalf of Defendant Crestlloyd LLC dbg@lnbyg.com, dbg@lnbyg.com

Genevieve G Weiner

　　　　　　　　　　　　　　on behalf of Interested Party Richard Saghian gweiner@sidley.com
　　　　　　　　　　　　　　laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com

Hamid R Rafatjoo

　　　　　　　　　　　　　　on behalf of Cross Defendant 1369 Londonderry Estate LLC a California Limited Liability Company hrafatjoo@raineslaw.com,
　　　　　　　　　　　　　　bclark@raineslaw.com

Hamid R Rafatjoo

　　　　　　　　　　　　　　on behalf of Cross Defendant Marbella Construction Inc. a California Corporation hrafatjoo@raineslaw.com,
　　　　　　　　　　　　　　bclark@raineslaw.com

Hamid R Rafatjoo

　　　　　　　　　　　　　　on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R Rafatjoo

　　　　　　　　　　　　　　on behalf of Cross Defendant Ground View LLLP a Nevada Limited Liability Limited Partnership hrafatjoo@raineslaw.com,
　　　　　　　　　　　　　　bclark@raineslaw.com

Hamid R Rafatjoo

　　　　　　　　　　　　　　on behalf of Cross Defendant Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com

Howard Steinberg

　　　　　　　　　　　　　　on behalf of Defendant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com,
　　　　　　　　　　　　　　pearsallt@gtlaw.com;NEF-BK@gtlaw.com

Jane G Kearl

　　　　　　　　　　　　　　on behalf of Interested Party J&E Texture Inc. jkearl@watttieder.com

Jennifer Larkin Kneeland

　　　　　　　　　　　　　　on behalf of Interested Party J&E Texture Inc. jkneeland@watttieder.com

Jerrold L Bregman

　　　　　　　　　　　　　　on behalf of Interested Party Hilldun Corporation jbregman@bg.law  ecf@bg.law

Jessica Wellington

　　　　　　　　　　　　　　on behalf of Interested Party Courtesy NEF jwellington@bg.law  ecf@bg.law

Jessica Wellington

　　　　　　　　　　　　　　on behalf of Other Professional Theodore Lanes jwellington@bg.law  ecf@bg.law

John A Moe, II

　　　　　　　　　　　　　　on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com  glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

　　　　　　　　　　　　　　on behalf of Counter-Claimant Yogi Securities Holdings LLC john.moe@dentons.com,
　　　　　　　　　　　　　　glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

　　　　　　　　　　　　　　on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com
　　　　　　　　　　　　　　glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

　　　　　　　　　　　　　　on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com  glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

　　　　　　　　　　　　　　on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company john.moe@dentons.com,
　　　　　　　　　　　　　　glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

　　　　　　　　　　　　　　on behalf of Counter-Defendant Crestlloyd LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

　　　　　　　　　　　　　　on behalf of Creditor Yogi Securities Holdings LLC john.moe@dentons.com,
　　　　　　　　　　　　　　glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

　　　　　　　　　　　　　　on behalf of Cross Defendant Yogi Securities Holdings LLC john.moe@dentons.com,
　　　　　　　　　　　　　　glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

　　　　　　　　　　　　　　on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com  glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

　　　　　　　　　　　　　　on behalf of Defendant Yogi Securities Holdings LLC john.moe@dentons.com,
　　　　　　　　　　　　　　glenda.spratt@dentons.com;derry.kalve@dentons.com

Johnny White

　　　　　　　　　　　　　　on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company JWhite@wrslawyers.com,
　　　　　　　　　　　　　　jlee@wrslawyers.com

Case 2:21-bk-18205-DS    Doc 536    Filed 10/25/23    Entered 10/25/23 21:23:14    Desc
Imaged Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Oct 23, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Johnny White | on behalf of Cross Defendant Justine Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Jacqueline Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Nicole Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Joseph Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Gottlieb | on behalf of Debtor Crestlloyd LLC jdg@lnbyg.com |
| Jonathan Gottlieb | on behalf of Interested Party Courtesy NEF jdg@lnbyg.com |
| Joseph M Rothberg | on behalf of Counter-Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | on behalf of Cross-Claimant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | on behalf of Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Karol K Denniston | on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com |
| Kyra E Andrassy | on behalf of Creditor Interno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Kyra E Andrassy | on behalf of Interested Party Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Kyra E Andrassy | on behalf of Plaintiff Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Lindsey L Smith | on behalf of Debtor Crestlloyd LLC lls@lnbyb.com, lls@ecf.inforuptcy.com |
| Marguerite Lee DeVoll | on behalf of Interested Party J&E Texture Inc. mdevoll@watttieder.com |
| Max Fabricant | on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com |
| Max Fabricant | on behalf of Plaintiff Inferno Investment Inc. mfabricant@lavelysinger.com |
| Michael S Kogan | on behalf of Interested Party Courtesy NEF mkogan@koganlawfirm.com |
| Noreen A Madoyan | on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov |
| Oscar Estrada | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Paul Sorrell | on behalf of Counter-Defendant Inferno Investment Inc. psorrell@lavelysinger.com, mdsinger@lavelysinger.com |
| Paul Sorrell | on behalf of Plaintiff Inferno Investment Inc. psorrell@lavelysinger.com, mdsinger@lavelysinger.com |
| Robert B Kaplan | on behalf of Interested Party Courtesy NEF rbk@jmbm.com rbk@ecf.courtdrive.com |
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Ryan Coy | on behalf of Defendant Hilldun Corporation rcoy@bg.law ecf@bg.law |
| Ryan Coy | on behalf of Cross Defendant Hilldun Corporation a New York Corporation rcoy@bg.law, ecf@bg.law |
| Ryan D O'Dea | |

Case 2:21-bk-18205-DS    Doc 536    Filed 10/25/23    Entered 10/25/23 21:23:14    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0973-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 23, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com  lgauthier@shulmanbastian.com |
| Ryan D O'Dea | |
| | on behalf of Interested Party Courtesy NEF rodea@shulmanbastian.com  lgauthier@shulmanbastian.com |
| Samuel A Newman | |
| | on behalf of Interested Party Richard Saghian sam.newman@sidley.com samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com |
| Sharon Oh-Kubisch | |
| | on behalf of Interested Party Courtesy NEF sokubisch@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| Thomas M Geher | |
| | on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com |
| Todd M Arnold | |
| | on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com |
| Todd M Arnold | |
| | on behalf of Interested Party Courtesy NEF tma@lnbyg.com |
| United States Trustee (LA) | |
| | ustpregion16.la.ecf@usdoj.gov |
| Victor A Sahn | |
| | on behalf of Interested Party Courtesy NEF victor.sahn@gmlaw.com vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com |
| William Schumacher | |
| | on behalf of Creditor Yogi Securities Holdings  LLC wschumacher@winthrop.com, autodocketecf@milbank.com |
| Zev Shechtman | |
| | on behalf of Creditor Showroom Interiors  LLC dba Vesta zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| Zev Shechtman | |
| | on behalf of Interested Party Courtesy NEF zs@DanningGill.com  danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |

TOTAL: 67

DAVID B. GOLUBCHIK (State Bar No. 185520)
JOSEPH M. ROTHBERG (State Bar No. 286363)
ROBERT M. CARRASCO (State Bar No. 334642)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:   (310) 229-1244
Email: DBG@LNBYG.COM; JMR@LNBYG.COM; RMC@LNBYG.COM

**FILED & ENTERED**

OCT 23 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

Attorneys for Crestlloyd, LLC, the debtor and debtor-in-possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re,<br><br>CRESTLLOYD, LLC,<br><br>　　　　　　　　　　Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE WITH JUSTINE ENGLANOFF, NICOLE ENGLANOFF, AND JACQUELINE ENGLANOFF** |

　　　　The Court having reviewed and considered the "Debtor's Motion to Approve Compromise with Justine Englanoff, Nicole Englanoff, and Jacqueline Englanoff" (the "Motion," Docket No. 523) and the record in this case and the related adversary proceeding, and good cause appearing,

　　　　IT IS HEREBY ORDERED that the Motion is granted.  The "Settlement Agreement and Mutual Releases" (the "Agreement"), attached as Exhibit 1 to the Motion is approved, and the parties to the Agreement are authorized to take any and all steps necessary to effectuate the Agreement under the terms and conditions set forth in the Agreement.

Date: October 23, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Deborah J. Saltzman
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge