DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JOSEPH M. ROTHBERG (State Bar No. 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jmr@lnbyg.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>                    Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**THIRD INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF DAVID B. GOLUBCHIK IN SUPPORT THEREOF**<br><br>Hearing<br>Date:  November 30, 2023<br>Time: 11:30 a.m.<br>Place:  Courtroom 1639<br>          255 E. Temple Street<br>          Los Angeles, CA  90012<br>          **VIA ZOOMGOV ONLY** |

1

Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), general bankruptcy counsel to Crestlloyd LLC, the debtor and debtor in possession in the above-referenced bankruptcy case (the "Debtor"), hereby submits its Third Interim Application for Approval of Fees and Reimbursement of Expenses (the "Application") for services rendered and expenses incurred during the pendency of the Debtor's chapter 11 bankruptcy case for the period of November 1, 2022 through and including October 31, 2023 (the "Covered Period").

**I.**

**FEES AND EXPENSES INCURRED AND NOTICE**

**A.    REQUEST FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES.**

During the Covered Period, LNBYG incurred fees in the amount of $114,614.50 and expenses in the amount of $3,538.94 for total fees and expenses in the amount of $118,153.44. Accordingly, LNBYG is owed a balance of $118,153.44 for fees and expenses incurred during the Covered Period. LNBYG respectfully submits that its requested fees and expenses are reasonable and should be approved on an interim basis. Accordingly, pursuant to the Application, LNBYG is seeking authority for the Debtor to pay LNBYG the unpaid balance of $118,153.44 for fees and expenses incurred during the Covered Period.

**B.    PROPER NOTICE.**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and the applicable Local Bankruptcy Rules, LNBYG served notice of this Application and the amount of fees and expenses sought herein upon the Debtor, the Office of the United States Trustee (the "OUST"), all creditors, and all parties who have requested special notice.

/ / /

/ / /

/ / /

/ / /

/ / /

## II.

## BRIEF NARRATIVE HISTORY OF THE PRESENT

## POSTURE OF THE DEBTOR'S CHAPTER 11 CASE, CIRCUMSTANCES

## THAT LED TO THE FILING OF THE DEBTOR'S CHAPTER 11 CASE, AND

## SIGNIFICANT EVENTS WHICH OCCURRED DURING THE COVERED PERIOD

### A.    BACKGROUND

On October 26, 2021 (the "Petition Date"), the Debtor commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code. The Debtor is operating its estate and managing its financial affairs as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

On the Petition Date, the Debtor's primary asset was a piece of residential real property that it developed located at 944 Airole Way, Los Angeles CA 90077 (the "Property"). Unfortunately, before the Property could be completed and sold (either as a fully completed or nearly completed project), the Debtor's primary secured lender, Hankey Capital, LLC ("Hankey"), as well as a number of other junior secured lenders and mechanic's lien holders (the "Mechanic's Lien Creditors"), initiated a multitude of state court actions against the Debtor seeking, among other things, to recover amounts allegedly owed and to foreclose on the Property.  In connection with its action, Hankey sought and obtained the appointment of a receiver (the "Receiver") for the Property.

In order to protect its equity in the Property, to address the myriad of litigation and claims against it, and to regain control of the Property from the Receiver, the Debtor filed its bankruptcy case on the Petition Date of October 26, 2021, which stayed the foreclosure sale.  It was imperative for the Debtor to regain possession and control over the Property and to obtain the breathing spell afforded by the automatic stay not only to stop the foreclosure and protect equity in the Property, but also to provide time and a means for the Debtor to sell the Property.

### 1.    Alleged Claims Secured by the Property

#### i.    Inferno Investments Inc.

Pursuant to a Proof of Claim (the "Inferno POC") filed by Inferno Investments, Inc. ("Inferno"), Inferno asserts a claim in the amount of $20,902,106.12, which Inferno asserts is

secured by a Deed of Trust that was recorded on March 13, 2013. (*See* Claim No. 11).

On January 1, 2016, the Debtor and Inferno entered into an agreement (the "Subordination Agreement") whereby the parties agreed that proceeds from the sale of the Property would be distributed in the following manner: "First to repay the loan(s) obtained from a bank or third party parties (excluding [the Debtor] and Inferno) and all other unpaid costs of construction of the [Property]. Second, to [the Debtor] and Inferno, pro rata, in repayment of any loans owing them, together with simple interest thereon at the rate of eight percent (8%) per annum...." [*See* Dkt. 325, Exhibit "5", ¶ 3].

### ii.    The Mechanic's Lien Creditors

After the initial financing from Inferno, the Debtor commenced construction of the Property. In that respect, the following parties provided goods and/or services in order to improve the Property: J&E Texture, Inc., American Truck & Tool Rentals Inc., Kennco Plumbing Inc., JMS Air Conditioning, Parquet by Dian, Powertek Electrical Inc., and BMC West LLC (collectively referred to herein as the "Mechanic's Lien Creditors").

### iii.    Hankey Capital, LLC

Pursuant to Claim No. 20 filed by Hankey ("Hankey POC"), Hankey asserts a claim in the amount of $122,638,623.41, which Hankey asserts is secured by two separate Deeds of Trust dated November 6, 2018 (the "Principal Hankey DOT") and December 10, 2019, respectively. (*See* Claim No. 20). The Principal Hankey DOT stems from a loan Hankey provided to the Debtor in the initial amount of $82,500,000.00 on or around October 31, 2018 (the "Principal Hankey Loan"). (*See* Claim No. 20, Ex. A). The Principal Hankey Loan is evidenced by a promissory note. (*Id.*).

### iv.    Yogi Securities Holdings, LLC

Pursuant to a Proof of Claim ("Yogi POC") filed by Yogi Securities Holdings, LLC ("Yogi"), Yogi asserts a claim in the amount of $24,385,366.77, which Yogi asserts is secured by a Deed of Trust dated August 30, 2019. (*See* Claim No. 27).

### v.    Hilldun Corporation

Pursuant to a Proof of Claim ("Hilldun POC") filed by Hilldun Corporation ("Hilldun"), Hilldun asserts a claim in the amount of $5,000,000, which Hilldun asserts is secured by a Deed of

Trust dated September 4, 2020. (*See* Claim No. 9).

**2.    The Debtor's Efforts to Sell the Property.**

i.    Turnover of Property from Receiver and Negotiations Regarding Access to the Property.

When LNBYG was employed as the Debtor's general bankruptcy counsel, the Property was under the control of a Receiver.  To that end, immediately after the Petition Date, the Debtor, with assistance of LNBYG and its manager, Sierra Constellation Partners, LLC ("SCP"), quickly negotiated an interim stipulation with Hankey and the Receiver regarding access to the Property (the "Receivership Stipulation") to facilitate efforts to employ professionals to assist the Debtor in marketing and selling the Property, and, thereafter, the Receiver voluntarily turned over the Property and all other property of the estate on December 1, 2021.

ii.    The Employment of the Real Estate Brokers and Auctioneer

After resolving the turnover issues, the Debtor then sought to employ certain professionals to assist the Debtor in marketing and selling the Property. Pursuant to this strategy, the Debtor entered into employment agreements with The Beverly Hills Estates and Compass (together, the "Brokers") on or around December 3, 2021, and Concierge Auctions, LLC ("Auctioneer") on or around December 13, 2021. The specific duties of the Brokers and Concierge included: (1) marketing and showing the Property to prospective buyers; (2) assisting the Debtor in obtaining and providing due diligence materials to prospective buyers; (3) notifying prospective buyers of the intended online auction (the "Auction") of the Property and the bid procedures approved by the Court (the "BK Bid Procedures") governing the Auction[1]; (4) receiving bids from prospective buyers; (5) conducting the Auction of the Property pursuant to BK Bid Procedures approved by the Court with the ultimate sale subject to Court approval; (6) consulting with the Debtor and its professional advisors regarding the foregoing; and (7) performing any other services which may be appropriate in connection with the Brokers and Auctioneer's retention by the Debtor. Thereafter,

---

[1] On January 10, 2022, over the objection of Yogi and Inferno, the Court entered an order granting the Debtor's motion to approve the BK Bid Procedures and entered an order granting the Debtor's motion to approve the Debtor's proposed bidding procedures. [Dkts. 88, 97, 98, and 105].

the Debtor filed an application to approve the employment of the Brokers and Auctioneer, which was approved by the Court on January 10, 2022. [Dkts. 74 and 104].

### iii.    Sale of the Property

The Brokers and Auctioneer were successful in selling the Property. On March 28, 2022, the Court entered an order (the "Sale Order"), over the objection of numerous alleged secured creditors, granting the Debtor's March 8, 2022 motion seeking authority to sell the Property (the "Motion to Sell"). [Dkts. 142, 191, 192, 193, 196, 198, 201, 202, 208, and 247]. Pursuant to the Sale Order, the Debtor realized $126 million, plus a rebate of $11.970 million from the Auctioneer, for a total of $137.97 million dollars in consideration (the "Sale Proceeds").

After the Court granted the Motion to Sell, two separate parties, Inferno and Nile Niami, appealed the Sale Order (herein referred to as the "Appeals"). [Dkts 249 and 279]. In response, the Debtor filed its own appeal in order to preserve certain issues on appeal (herein referred to the "Cross-Appeal").  [Dkt. 272]. Since the entry of the Sale Order (and described in greater detail below), the Debtor has been engaged in extensive litigation involving the distribution of the Sale Proceeds to its alleged secured creditors.

## B.    THE APPEALS

The appeal filed by Inferno was voluntarily dismissed by Inferno after Inferno filed that certain "*Stipulation to Dismiss Appeal Filed by Inferno Investment, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 8023*" (the "Inferno Stipulation"). Shortly thereafter, the Debtor voluntarily dismissed the Cross-Appeal after it filed that certain "*Stipulation to Dismiss Appeal Filed by Crestlloyd, LLC Pursuant to Federal Rule of Bankruptcy Procedure 8023*" (the "Crestlloyd Stipulation").

## C.    THE ADVERSARY PROCEEDING

On June 9, 2022, Inferno initiated an adversary proceeding titled Inferno v. Crestlloyd LLC, *et al.,* 2:22-ap-01125-DS (the "Adversary Proceeding") when Inferno filed that certain "*Complaint Of Inferno Investment, Inc. For: (1) Declaratory Relief; (2) Unfair Business Practices; (3) Disallowance of Claims; And (4) Recission*" (the "Adversary Complaint") [Adv. Dkt. 1].

### 1.    Background – Motion to Pay Hankey Capital

On May 24, 2022, the Debtor, with the assistance of LNBYG, filed that certain "*Motion For Authority To Disburse Funds to Hankey Capital, LLC, A Senior Secured Creditor*" (the "Motion to Pay Hankey") [Dkt. 325], whereby the Debtor sought the Court's authority to disburse $103,837,545.86 to Hankey, which amount represented the principal, interest, and foreclosure fees owed to Hankey in consideration for the Principal Hankey Loan. The Debtor argued that the Motion to Pay Hankey was justified based on the fact that (1) as a result of the Subordination Agreement, the Principal Hankey Loan is senior to the claims asserted by Inferno, Yogi, and Hilldun; and (2) making such a distribution was in the best interest of the estate because if the Debtor did not satisfy the Principal Hankey Loan, then the Principal Hankey Loan would continue to accrue interest at a rate of approximately $36,666 ***per day***.

In response, Inferno filed an opposition to the Motion to Pay Hankey (the "Inferno Opposition to the Motion to Pay Hankey") [Dkt. 337] through which Inferno argued that it would be improper for the Court to grant the Motion to Pay Hankey due to alleged issues concerning the enforceability of the Subordination Agreement. (*See* Opposition to Motion to Pay Hankey; 2:2-19). Moreover, Yogi filed its own limited opposition to the Motion to Pay Hankey (the "Yogi Opposition to Motion to Pay Hankey") [Dkt. 338] through which Yogi argued that the Court should not grant the Motion to Pay Hankey to the extent that the Debtor sought authorization to pay Hankey anything over $82.5 million, the principal on the Principal Hankey Loan, because there existed a good faith dispute regarding the priority of the interest on the Principal Hankey Loan.

Thereafter, the Debtor filed its own reply to both the Inferno Opposition to the Motion to Pay Hankey and the Yogi Opposition to Motion to Pay Hankey [*See* Dkt. 340].

After a hearing on the Motion to Pay Hankey was held on May 26, 2022 (the "Hearing on the Motion to Pay Hankey"), the Court entered an order (1) authorizing the Debtor to pay Hankey the sum of $82.5 million on account of Hankey's asserted secured claim(s) in the Debtor's Chapter 11 bankruptcy case; (2) ordering that such payment would be without prejudice to any and all parties' rights to assert claims and defenses as may be appropriate, including but not limited to the right to clawback any portion of the monies paid; and (3) continuing the Hearing on the Motion to Pay Hankey to June 23, 2022 in order for the Court to consider payment of any amounts in excess

of the $82.5 million [*See* Dkt. 348]. In response, on June 2, 2022 the Debtor filed its Supplemental

Brief in Support of the Motion to Pay Hankey [Dkt. 355] further arguing that it should be authorized

to disburse funds to Hankey in the total amount of $103,837,545.86. Thereafter, on June 9, 2022,

both Yogi and Inferno filed their own supplemental briefs in opposition to the Motion to Pay

Hankey (the "Supplemental Briefs IOT Motion to Pay Hankey") [*See* Dkts. 359, 361]. However,

in addition to filing its own supplemental brief in opposition to the Motion to Pay Hankey [Dkt.

361], Inferno initiated the Adversary Proceeding by filing the Adversary Complaint on June 8, 2022

[Adv. Dkt. 1]. Consequently, in its Reply to the Supplemental Briefs IOT Motion to Pay Hankey

[Dkt. 365], the Debtor submitted that it could not make the distribution contemplated by the Motion

to Pay Hankey because Inferno's commencement of the Adversary Proceeding included an

objection to Hankey's POC and, therefore, precluded the Debtor from making the full distribution

contemplated by the Motion to Pay Hankey.

To date (and as described in greater detail below), the material issues concerning the

characterization and priority of the secured claims are being resolved through the Adversary

Proceeding.

### 2.    The Adversary Complaint

Through the Adversary Complaint, Inferno's argues that the Inferno POC maintains priority

over all other secured claims based on the following set of facts: (1) Inferno loaned money to the

Debtor in order for the Debtor to acquire the Property; (2) after lending the Debtor money, Inferno

and the Debtor entered into a Memorandum of Agreement (the "MOA") whereby the parties agreed

that the proceeds from the sale of the Property would be used to repay loans obtained from a bank

or third parties, before the Debtor and Inferno receive any proceeds, and that Inferno's written

approval was required before its interest in the Property could be subordinated to that of other

secured lenders; but (3) the MOA is of no force and effect because the Debtor committed fraud and

repudiated the MOA by misappropriating tens of millions of dollars that should have been used for

the Property, such that (4) Inferno's secured claims maintain priority over the Debtor's other

secured creditors. (*See* Adversary Complaint). On August 10, 2022, the Debtor filed its answer to

the Adversary Complaint, denying the material allegations presented in the Adversary Complaint

and asserting various affirmative defenses [Adv. Dkt. 26].

### 3. Debtor's Cross-Claim

In addition to assisting the Debtor in connection with its answer to the Adversary Complaint, in response to the Adversary Complaint, the Debtor, with the assistance of LNBYG, continued to investigate the nature, extent, and validity of each of the secured claims and the alleged liens securing them. Through diligent analysis and investigation, LNBYG determined that misconduct on the part of the Debtor's principals and entities controlled by the Debtor's principals, Inferno, Yogi, Hilldun, and certain principals of the Debtor's secured creditors (collectively, the "Cross-Complaint Defendants"), caused injury to the Debtor. Accordingly, the Debtor filed its own cross-complaint in the Adversary Proceeding (the "Cross-Complaint") [Adv Dkt. 27] seeking redress for such injuries caused by the Cross-Complaint Defendants pursuant to claims (1) to recharacterize debt as equity, (2) for equitable subordination, (3) for declaratory relief, (4) for breach of fiduciary duties, and (5) to disallow certain claims.

### 4. Yogi's Counterclaim

In response to the Cross-Complaint, Yogi filed its own first amended counterclaim against, amongst other parties, the Debtor (the "Yogi Counterclaim") [Adv. Dkt. 55], for which the Debtor filed its own Answer to on October 12, 2022 [Adv. Dkt. 68].

### 5. Settlement Of Claims Against Englanoff Defendants.

Among the claims asserted by the Debtor in the Adversary Proceedings were claims for avoidance of fraudulent conveyances in favor of Justine Englanoff, Nicole Englanoff, and Jacqueline Englanoff (collectively, the "Englanoff Defendants"). After extensive settlement discussions, the Debtor and Englanoff Defendants reached a settlement. After execution of a settlement agreement, the Debtor filed a motion to approve the settlement. The Motion was approved pursuant to an order entered on October 23, 2023 [Dkt. 533]. The settlement amount has been paid to the estate and being maintained pending further order of this Court.

### 6. Mediation

Notwithstanding continued litigation, the parties to the Adversary Proceeding agreed to attempt to resolve their claims through mediation. A mediation is currently scheduled for

November 21, 2023 before the Honorable Sheri Bluebond, United States Bankruptcy Judge.

**D.    OTHER SIGNIFICANT EVENTS DURING THE BANKRUPTCY CASE.**

    **1.    Motion to Pay Certain Secured Creditors**

On May 26, 2022, LNBYG assisted the Debtor in filing that certain "*Motion For Authority to Pay Certain Senior Secured Creditors*" (the "Motion to Pay Mechanic's Lien Creditors") [Dkt. 319]. Through the Motion to Pay Mechanic's Lien Creditors, the Debtor requested that the Court authorize the Debtor to pay amounts owed to the Mechanic's Lien Creditors in the following amounts:

        (a)     J&E Texture, Inc. → $292,300.86

        (b)     American Truck & Tool Rentals Inc. →$160,000.00[2]

        (c)     Kennco Plumbing Inc. → $85,560.17

        (d)     JMS Air Conditioning → $51,290.00

        (e)     Parquet by Dian → $40,846.00

        (f)     Powertek Electrical Inc. → $40,480.00

        (g)     BMC West LLC → $2,399.00

After holding a hearing on the Motion to Pay Mechanic's Lien Creditors, the Court entered an order granting the Motion to Pay Mechanic's Lien Creditors [Dkt. 354].

    **2.    Vesta Administrative Expense Claim, Related Litigation, and Compromise**

On June 3, 2022, Showroom Interiors, LLC dba Vesta ("Vesta") filed that certain "*Request for Payment of Chapter 11 Administrative Expenses of Showroom Interiors, LLC*" (the "Vesta Admin Expense Request") [Dkt. 357] whereby Vesta requested the allowance and payment of an administrative claim in the amount $320,283.04 as a result of damages allegedly caused by the Debtor to furniture allegedly leased by the Debtor from Vesta. In response, the Debtor filed a limited objection to the Vesta Admin Expense Request (the "Limited Objection to Vesta Admin

---

[2] This amount is *reduced* from the secured claim in the amount of $188,087.09 asserted by American Truck & Tool Rentals Inc. pursuant to that certain "*Stipulation With American Truck & Tool Rentals Inc. Re: Allowance And Payment Of Claim*" (the "American Stipulation") [Dkt. 304] that was approved by the Court on May 5, 2022 [Dkt. 305].

Expense Request") [Dkt. 367], whereby the Debtor disputed the extent and validity of the Admin

Expense Request, and requested additional time to investigate the arguments presented by Vesta in

support of the Vesta Admin Expense Request.  One week later, Vesta filed a reply to the Limited

Objection to Vesta Admin Expense Request [Dkt. 383].

On July 21, 2022, the Court held a hearing to consider the Vesta Admin Expense Request

(the "Hearing on the Vesta Admin Expense Request"), which resulted in the Court entering an

Order (the "Continuation Order") continuing the Hearing on the Vesta Admin Expense Request to

September 8, 2022 in order for Vesta and the Debtor (1) to attempt to settle the Vesta Admin

Expense Request; or, (2) if settlement was not possible, give the parties additional time to draft

supplemental briefs in support of, or opposition to, the Vesta Admin Expense Request [Dkt. 391].

After the Court entered the Continuation Order, the Debtor and Vesta entered into

settlement negotiations, the terms of which are memorialized in that certain "*Stipulation Resolving

Request for Payment of Chapter 11 Administrative Expenses of Showroom Interiors, LLC dba

Vesta*" (the "Vesta Stipulation") [Dkt. 409]. On September 21, 2022, the Court entered an order

approving the Vesta Stipulation [Dkt. 413].

**3.      Monthly Operating Reports**

Throughout the Covered Period, LNBYG assisted the Debtor in preparing its Monthly

Operating Reports (collectively, the "MORs").

**4.      SCP's Monthly Fee Statements.**

Throughout the Covered Period, LNBYG assisted SCP in drafting its monthly fee

statements (the collectively, the "Monthly Fee Statements" and each a "Monthly Fee Statement")

for each month of employment.

**5.      Additional Motions and Pleadings Filed by Edward Roark Schwagerl.**

Edward Roark Schwagerl, who is not a creditor in this case and not a party to any

proceedings, has filed numerous motions and pleadings asserting an interest in the Property and

seeking relief related thereto.  LNBYG opposed the motions, where appropriate.  In other instances,

the Court issued its own orders denying the relief requested by Mr. Schwagerl.

**E.      FEES AND EXPENSES PREVIOUSLY REQUESTED.**

On May 5, 2022, LNBYG filed that certain "*First Interim Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval of Fees and Reimbursement of Expenses*" (the "First Interim Fee App") [Dkt. 306] whereby LNBYG sought the Court's approval to collect the fees incurred by LNBYG and reimbursement of expenses incurred during the pendency of the Debtor's chapter 11 bankruptcy case for the period of the Petition Date of October 26, 2021 through and including April 15, 2022.

Thereafter, Inferno filed a limited opposition to LNBYG's First Interim Fee App (the "Limited Opposition to First Interim Fee App") [Dkt. 314], arguing that the Court should not approve the First Interim Fee Application to the extent that LNBYG sought authorization to pay fees and costs exceeding the amount for restructuring costs for professional and UST fees set forth in the budget (the "Budget") approved by Hankey as lender on the Debtor's debtor in possession loan (the "DIP Loan") and by the Court pursuant to a final order granting the motion to approve the DIP Loan. (*See* Limited Opposition to First Interim Fee App; 1:24-28). In response Inferno's limited objection to First Interim Fee App, LNBYG filed its reply to the Limited Opposition to First Interim Fee App (the "Reply to Limited Opposition to First Interim Fee App") [Dkt. 320] arguing, in short, that there were no Budget restrictions on the amount available to pay LNBYG or UST fees because the DIP Loan was paid in full. (*See* Reply to Limited Opposition to First Interim Fee App 3; 7-13.).

After the hearing on LNBYG's First Interim Fee App on May 26, 2022 (the "Hearing on the First Interim Fee App"), the Court entered an order approving the LNBYG's First Interim Fee App, in full, and authorizing the Debtor to pay the $549,361.47 sought by LNBYG pursuant to its First Interim Fee App [*See* Dkt. 349].  Thereafter, the foregoing amount was paid to LNBYG.

On November 10, 2022, LNBYG filed that certain "*Second Interim Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval of Fees and Reimbursement of Expenses*" (the "Second Interim Fee App") [Dkt. 439] whereby LNBYG sought the Court's approval to collect the fees incurred by LNBYG and reimbursement of expenses incurred during the pendency of the Debtor's chapter 11 bankruptcy case for the period of the Petition Date of April 16, 2022 through

and including October 31, 2022.  Pursuant to the Second Interim Fee App, LNBYG sought fees in the amount of $330,744.00 and expenses in the amount of $23,558.77 for total fees and expenses in the amount of $354,302.77.

On November 22, 2022, Andre Mario Smith filed a motion to accept his "settlement" offer and transfer the Property to him which also included an objection to the Second Interim Fee App. [Dkt. 446].  LNBYG responded to the pleading.

In addition, the US Trustee raised certain information objections to the Second Interim Fee App, which were resolved pursuant to a stipulation with LNBYG.  [Dkt. 448].  The stipulation was approved pursuant to an order entered on November 29, 2022.  [Dkt. 451].

On December 2, 2022, Inferno filed its reservation of rights with respect to the Second Interim Fee App.  [Dkt. 453].

After the continuance of the hearing on the Second Interim Fee App to December 8, 2023, on December 8, 2023, this Court entered its order approving the Second Interim Fee App and allowing fees of $300,000 and costs of $21,221.81.  [Dkt. 457].  The allowed fees and costs were paid by the estate.

## F. CASH ON HAND AND ESTIMATED AMOUNT OF OTHER ACCRUED AND UNPAID EXPENSES OF ADMINISTRATION.

LNBYG is informed and believes that, as of the date hereof, the Debtor over $1 million in unencumbered cash on hand, which is separate from the approximately $37.5 million in sales proceeds maintained in a segregated account. LNBYG is further informed and believes that (1) the other professionals employed by the estate were paid in full upon the close of escrow for the sale of the Property, (2) SCP/Lawrence R. Perkins, the Debtor's Non-Member Manager, has generally been paid current on a monthly basis pursuant to notice and payment procedures approved by the Court [Dkts. 70 and 77] , and (3) the Debtor is generally current on all other post-petition obligations.  As a result, more than sufficient funds exist to pay the fees and costs requested in this Application.

**G.    BRIEF NARRATIVE STATEMENT OF SERVICES RENDERED, TIME EXPENDED, AND FEES CHARGED FOR EACH BILLING CATEGORY.**

When recording its time, LNBYG places all time entries for fees into one of fourteen categories. These categories consist of (1) Asset Analysis and Recovery, (2) Asset Disposition, (3) Business Operations, (4) Case Administration, (5) Claims Administration and Objections, (6) Employee Benefits/Pensions, (7) Fee/Employment Applications, (8) Fee/Employment Objections, (9) Financing, (10) Relief from Stay, (11) Meetings of Creditors, (12) Plan and Disclosure Statement, (20) Other Litigation, and (99) Miscellaneous.  Inevitably, certain time entries do not fit neatly into any one category while other time entries cross over into more than one category. LNBYG does its best to place time entries into categories which accurately reflect the work performed. However, it is inevitable that there will be some time entries that have been placed into the incorrect category or where various time entries dealing with the same subject matter have been placed into multiple categories.

**1.    ASSET ANALYSIS AND RECOVERY (01).**

During the Covered Period, LNBYG did not bill any time in this category.

**2.    ASSET DISPOSITION (02).**

During the Covered Period, LNBYG billed 1.8 hours and incurred $1,219.00 of fees in this category.  Fees in this category addressed analyzing and responding to Mr. Smith's numerous pleadings seeking to convey the Property to him and discussing the same with counsel for the buyer. Such requests were ultimately denied by the Court.

**3.    BUSINESS OPERATIONS (03).**

During the Covered Period, LNBYG did not bill any time in this category.

**4.    CASE ADMINISTRATION (04).**

During the Covered Period, LNBYG billed 27.5 hours and incurred $13,594.00 in fees in this category. Included in this category are fees incurred by LNBYG preparing, finalizing, drafting, analyzing, reviewing and/or revising documents and/or pleadings related to and including the MORs and the SCP Fee Statements.

Moreover, this category includes fees incurred by LNBYG corresponding with, and

14

analyzing correspondence from, relevant parties related to: (1) payment of the quarterly fees owed the United States Trustee (the "UST Quarterly Fees"); (2) issues related to the MORs; and (3) issues related to the Monthly Fee Statements.

Finally, time in this category also included addressing issues by third parties (including Mr. Smith) asserting "settlements" with the estate and Mr. Niami to obtain the Property.

## 5. **CLAIMS ADMINISTRATION AND OBJECTIONS (05).**

During the Covered Period, LNBYG billed 0.8 hours and incurred $506.00 in fees in this category.

## 6. **EMPLOYEE BENEFITS/PENSIONS (06).**

During the Covered Period, LNBYG did not bill any time in this category.

## 7. **FEE/EMPLOYMENT APPLICATIONS (07).**

During the Covered Period, LNBYG billed 16.2 hours and incurred $7,751.00 in fees in this category. Included in this category are fees incurred by LNBYG preparing, finalizing, drafting, analyzing, reviewing and/or revising documents and/or pleadings related to and including: (1) the Second Interim Fee App; (2) this Application; and (3) the Monthly Fee Statements. Moreover, this category includes fees incurred by LNBYG attending the hearing on the First Interim Fee App.

## 8. **FEE/EMPLOYMENT OBJECTIONS (08).**

During the Covered Period, LNBYG did not bill any time in this category.

## 9. **FINANCING (09).**

During the Covered Period, LNBYG did not bill any time in this category.

## 10. **RELIEF FROM STAY (10).**

During the Covered Period, LNBYG did not bill any time in this category.

## 11. **MEETING OF CREDITORS (11).**

During the Covered Period, LNBYG did not bill any time in this category.

## 12. **PLAN AND DISCLOSURE STATEMENT (12).**

During the Covered Period, LNBYG billed 0.6 hours and incurred $406.00 in fees.

## 13. **OTHER LITIGATION (20).**

The vast majority of time during the Covered Period was devoted to this category.  During

the Covered Period During, LNBYG billed 149.4 hours and incurred $91,138.50 in fees. After the sale of the Property, the primary remaining issue is interest in the sale proceeds and the priorities and interests of numerous parties asserting security interests in the sale proceeds.  After extensive litigation in connection with motions to dismiss and related matters, the adversary is at issue and a mediation is scheduled to take place before the Hon. Sheri Bluebond.

**H.    DETAILED LISTING OF ALL TIME SPENT BY THE PROFESSIONAL ON THE MATTER FOR WHICH COMPENSATION IS SOUGHT**

Attached hereto as **Exhibit "A"** is a detailed listing of all the time that LNBYG spent during the Covered Period for which LNBYG seeks compensation including the date LNBYG rendered the service, a description of the service, the amount of time spent and a designation of the person who rendered the service for the period of time for the Covered Period. Also included in **Exhibit "A"** is a breakdown of time entries into the activity codes maintained by LNBYG.

**I.    DETAILED LISTING OF EXPENSES BY CATEGORY**

Attached hereto as **Exhibit "B"** is a summary listing by category and an itemization of all expenses that LNBYG advanced on behalf of the Debtor during the Covered Period.  These include LNBYG's expenses incurred in photocopying, making long distance telephone calls, telecopying, mailing, and hiring messenger services.    LNBYG generally handles regular and routine photocopying in-house for which LNBYG charges clients twenty ($.20) cents per page.  While LNBYG believes that this is less than LNBYG's actual expenses incurred with regard to the photocopying machines, supplies and labor associated with providing photocopying services, this charge reflects the photocopying charge recommended by the OUST in the Central District of California.  LNBYG's photocopy machines automatically record the number of copies made when the person that is photocopying enters the client's account number into a device attached to the photocopy machine.  Whenever feasible, LNBYG sends large copying projects to outside copy services that charge bulk rates for photocopying.  In such instances, LNBYG charges clients the same amount that LNBYG pays the outside service.

LNBYG charges clients $1.00 per page for sending telecopies and $.20 per page for receiving telecopies which LNBYG believes is less than LNBYG's actual expenses incurred with

regard to telecopying but again is a decision by LNBYG to comply with the standards set forth by the OUST in the Central District of California. All expenses that LNBYG advanced on behalf of the Debtor were necessarily incurred and are properly charged as administrative expenses of the Debtor's Chapter 11 estate.

When LNBYG uses Lexis and Westlaw, the user inputs the client account number or case name for the research to be performed. Each month, LNBYG receives a Lexis and Westlaw invoice which reflects both an aggregate total of charges incurred by LNBYG for the month, as well as a break out of the specific charges incurred on behalf of each client (identified by name or client account number). The amount(s) reflected on the monthly invoice is then entered by LNBYG staff to the appropriate client account number as identified on the invoice. There is no profit or other additional charge added to the amount reflected in the Lexis and Westlaw invoice.

## J. **DESCRIPTION OF PROFESSIONAL EDUCATION AND EXPERIENCE**

LNBYG is comprised of approximately 24 attorneys who specialize in and limit their practice to matters of insolvency, reorganization and bankruptcy law, and commercial litigation matters, and is well qualified to represent the Debtor. All attorneys comprising or associated with LNBYG are admitted to practice law in the California courts and in the United States District Court for the Central District of California. Attached hereto as **Exhibit "C"** are copies of the résumés of LNBYG's professionals and paraprofessionals, as well as the current hourly billing rates for each of LNBYG's professionals and paraprofessionals.

### III.

### STANDARD OF LAW

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Court should award attorneys' fees in accordance with a "strict rule of economy test." In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th Cir. 1981), cert. denied, 456 U.S. 977 (1982). This is no longer the law. The legislative history to Section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. First National Bank of Chicago v. Committee of

Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); In re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr. S.D. Ohio 1987).  Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy matters.  Id. at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtor and multiply such number by a reasonable hourly rate for the services performed.  See Delaware Valley Citizens' Council for Clear Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. 770.  A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered.  Missouri v. Jenkins by Agyei, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); Burgess v. Klenske (In re Manoa Finance Co., Inc.) 853 F.2d 687, 691 (9th Cir. 1988).  Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

"Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community.  The type of services rendered by lawyers, as well as their experience, skill, and reputation, varies extensively -- even within a law firm.  Accordingly, the hourly rates of lawyers in private practice also vary widely.  The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate."  Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984).  The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by their own attorneys."  Missouri v. Jenkins by Agyei, 109 S.Ct. at 2470 (quoting City of Riverside v. Rivera, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)).  Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation.  Blum v. Stenson, 465 U.S. at 895 n.11.

LNBYG respectfully submits that the hourly rates for its attorneys and paraprofessionals are reasonable and appropriate in the relevant community and in view of the circumstances of this case, the demands that the case placed on LNBYG, and LNBYG's efforts and the results achieved

by LNBYG thus far. Based on all of the foregoing, LNBYG respectfully submits that its requested discounted fees and expenses are reasonable and should be approved on an interim basis.

## IV.

## CONCLUSION

WHEREFORE, LNBYG respectfully requests that the Court enter an order:

(1)    approving the Application;

(2)    approving, on an interim basis, LNBYG's fees incurred during the Covered Period in the amount of $114,614.50 and expenses incurred during the Covered Period in the amount of $3,538.94, for total fees and expenses in the amount of $118,153.44;

(3)    authorizing the Debtor to pay LNBYG the sum of $118,153.44, which is the total of fees and expenses incurred during the Covered Period; and

(4)    granting such other and further relief as the Court deems just and proper.

Dated: November 6, 2023                    LEVENE, NEALE, BENDER, YOO
                                                        & GOLUBCHIK L.L.P.

                                                   By:    _/s/ David B. Golubchik_____
                                                        DAVID B. GOLUBCHIK
                                                        TODD M. ARNOLD
                                                        JOSEPH M. ROTHBERG
                                                        Attorneys for Chapter 11 Debtor and
                                                        Debtor in Possession

## **DECLARATION OF DAVID B. GOLUBCHIK, ESQ.**

I, David B. Golubchik, Esq., hereby declare as follows:

1.     I am over 18 years of age.  Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto.

2.     I am a partner of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), which is serving as bankruptcy counsel to Crestlloyd, LLC, the Chapter 11 debtor and debtor in possession herein (the "Debtor").

3.     I make this Declaration in support of LNBYG's Third Interim Application for Approval of Fees and Reimbursement of Expenses (the "Application") to which this Declaration is attached.  All capitalized terms herein which are not defined herein have the same meanings as in the Application.

4.     In the ordinary course of LNBYG's business, LNBYG creates business books and records (the "Books and Records") regarding, among other things, time recorded by LNBYG attorneys performing particular tasks for clients and expenses incurred for particular clients. LNBYG's Books and Records are made at or near the time by, or from information transmitted by, a person with knowledge, in the ordinary course of the LNBYG's business and as a regular practice of LNBYG's business.  The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on LNBYG's Books and Records.

5.     I am the attorney at LNBYG primarily responsible for the representation of the Debtor as bankruptcy counsel during the Debtor's Chapter 11 case.  I have represented many Chapter 11 debtors throughout my legal career.  I have confirmed numerous Chapter 11 plans of reorganization and closed the sales of numerous companies.

6.     I participated in the drafting of the Application to which this Declaration is attached. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct.

7.     All expenses for outside services such as photocopying services, messenger and express mail services, postage and research services (Lexis and Westlaw) for which LNBYG requests reimbursement are the actual expenses incurred by LNBYG for such services, and

LNBYG does not seek any additional amounts or profits with respect thereto.

8.    I have reviewed the requirements of Local Bankruptcy Rule 2016-1, and I believe that the Application complies with this Rule.

I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of November 2023, at Los Angeles, California.


                                                _/s/ David B. Golubchik_
                                                DAVID B. GOLUBCHIK

**EXHIBIT A**

## FEE  APPLICATION

**Crestlloyd LLC c/o SierraConstellation**
**Larry Perkins, Manager**                                    **11/6/2023**
**355 S. Grand Avenue, Suite 1450**
**Los Angeles, CA  90071**

**Crestlloyd LLC**                              **DBG**
**OUR FILE #:  9562**

**PROFESSIONAL SERVICE RENDERED**    11/1/2022    **THROUGH**    10/31/2023

**TOTAL PROFESSIONAL HOURS**    196.3    **FEES**    $114,614.50

### COSTS

| | |
|---|---:|
| REPRODUCTION COSTS | 1,368.00 |
| FEDERAL EXPRESS | 24.45 |
| COURT RESEARCH   PACER | 92.40 |
| PARKING | 31.60 |
| POSTAGE | 400.06 |
| UCC SEARCH | 44.75 |
| WESTLAW RESEARCH | 1,577.68 |
| **TOTAL COSTS** | **$3,538.94** |

**CURRENT PERIOD TOTAL PROFESSIONAL FEES AND COSTS**    **$118,153.44**

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/6/2023 | Page # | 1 |
| **CASE #    9562** | | **From Date** | **11/1/2022** | |
| | | **To Date** | **10/31/2023** | |

### 02 - ASSET DISPOSITION

11/2/2022    ANALYSIS OF CORRESPONDENCE FROM GENEVIEVE RE: STIP TO LIMIT SCOPE OF APPEAL

| 2564427 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

12/6/2022    ANALYSIS OF *JOINDER OF RICHARD SAGHIAN, AN INDIVIDUAL, IN DEBTORS OPPOSITION TO SECOND MOTION FOR ACCEPTANCE TO INCLUDE FULL SETTLEMENT & CLOSURE AND ORDER (S) FOR TRANSFER AND OTHER CONFIRMATION(S) SUPRA PROTEST*

| 2572803 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

12/13/2022    PREPARATION OF CORRESPONDENCE TO CLIENT RE: ACCOUNTING FOR SALE PROCEEDS

| 2574421 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

1/5/2023    ANALYSIS OF CORRESPONDENCE FROM J. MOE RE: STATUS OF SALE PROCEEDS FUNDS IN ESTATE

| 2579529 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

2/8/2023    TELEPHONE CONFERENCE WITH M. AT FISTSERV RE: BANK ACCOUNTS AND REQUEST ADDL INFORMATION TO DETERMINE IF SELLER OR BUYER FUNDS

| 2586885 | DBG | 690.00 | $207.00 | 0.3 |
|---|---|---|---|---|

2/22/2023    ANALYSIS OF CORRESPONDENCE FROM BUYER'S COUNSEL RE: RESPONDING TO SMITH'S MOTION

| 2589739 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

2/23/2023    ANALYSIS OF BUYER OPPOSITION TO SECOND SMITH MOTION FOR FULL SETTLEMENT

| 2590198 | TMA | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

3/15/2023    ANALYSIS OF CORRESPONDENCE FROM DEGROOT RE: SALE PROCEEDS

| 2595564 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

3/24/2023    ANALYSIS OF CORRESPONDENCE FROM R. COY RE: REBATE FUNDS AND RESPOND

| 2597586 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

6/5/2023    PREPARATION OF RESPONSE TO MOTION RE: IN-CAMERA HEARING ON SALE OF PROPERTY

| 2614768 | DBG | 690.00 | $345.00 | 0.5 |
|---|---|---|---|---|

6/14/2023    ANALYSIS OF CORRESPONDENCE FROM BUYER COUNSEL RE: SALE TERMS AND RESPOND

| 2620185 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

**Crestlloyd LLC**

**CASE #    9562**

8/22/2023    ANALYSIS OF SUPP POS BY STRETTO OF NOTICE OF MOTION TO SELL CHIP LINE

| 2635866 | TMA | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|
| | | **Total** | **$1,219.00** | **1.8** |

**04 - CASE ADMINISTRATION**

11/7/2022    DRAFT EMAIL LETTER TO LA CITY RE ESTIMATED TAX ASSESMENT AND PREPARE MAIL

| 2570792 | JDG | 350.00 | $315.00 | 0.9 |
|---|---|---|---|---|

11/9/2022    ANALYSIS OF DOCUMENTS RE: SMITH'S APPLICATION TO TAX COSTS

| 2566866 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

11/11/2022    ANALYSIS OF CORRESPONDENCE FROM COLIN RE: ACCOUNTING FOR ESTATE FUNDS

| 2566995 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

11/17/2022    ANALYSIS OF CORRESPONDENCE FROM COLIN RE: MOR DETAILS

| 2567953 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

11/17/2022    ANALYSIS OF DOCUMENTS RE: MOR FOR OCTOBER 2022

| 2568034 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

11/21/2022    ANALYSIS OF DOCUMENTS FROM CLIENT RE: MOR

| 2568752 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

11/22/2022    REVIEW MARIO SMITH SECOND MOTION FOR ACCEPTANCE TO INCLUDE FULL SETTLEMENT ETC.

| 2569955 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

11/23/2022    ANALYSIS OF DOCUMENTS SMITH MOTION

| 2569143 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

11/28/2022    REVIEW AND REVISE OPPOSITION TO MARIO SMITH'S SECOND MOTION FOR ACCEPTANCE TO INCLUDE FULL SETTLEMENT ETC.

| 2569956 | TMA | 620.00 | $806.00 | 1.3 |
|---|---|---|---|---|

11/29/2022    PREPARATION OF AND FILE RESPONSE TO ANDRE MARIO SMITH MOTION

| 2570318 | SR | 250.00 | $75.00 | 0.3 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| Crestlloyd LLC | | 11/6/2023 | Page # | 3 |
| CASE # 9562 | | From Date | | 11/1/2022 |
| | | To Date | | 10/31/2023 |

11/29/2022    FINALIZE OPPOSITION TO MARIO SMITH'S SECOND MOTION FOR ACCEPTANCE TO INCLUDE FULL SETTLEMENT ETC. AND EMAILS WITH CLIENT RE SAME

| 2570270 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

11/30/2022    PREPARATION OF NOTICE OF SIERRA CONSTELLATION'S OCTOBER'S FEE STATEMENT, SERVE AND EFILE; PPO EXHIBITS

| 2571036 | LC | 250.00 | $150.00 | 0.6 |
|---|---|---|---|---|

11/30/2022    REVIEW AND REVISE OCTOBER MOR

| 2571891 | TMA | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

11/30/2022    EMAILS WITH CLIENT RE OCTOBER MOR

| 2571893 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

12/1/2022    EMAILS RE MARIO SMITH SECOND MOTION FOR ACCEPTANCE TO INCLUDE FULL SETTLEMENT ETC.

| 2571832 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

12/2/2022    REVIEW AND REVISE NOVEMBER MOR AND EMAIL CLIENT RE SAME

| 2574744 | TMA | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

12/4/2022    ANALYSIS OF DOCUMENTS SMITH'S RESPONSE TO OPPOSITION

| 2572654 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

12/5/2022    ANALYSIS OF DOCUMENTS RE: BUYER'S JOINDER IN OBJECTION TO SMITH MOTION

| 2572611 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

12/5/2022    DRAFT NOVEMBER PROFESSIONAL FEE STATEMENT FOR SIERRA CONSTELLATION

| 2574745 | TMA | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

12/8/2022    ANALYSIS OF DOCUMENTS RE: NEW LAWSUIT BY GARCIA

| 2574411 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

12/8/2022    PREPARATION OF OCTOBER MOR AND EFILE

| 2575432 | LC | 250.00 | $50.00 | 0.2 |
|---|---|---|---|---|

12/8/2022    REVIEW AND REVISE OCTOBER MOR

| 2573584 | TMA | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

11/6/2023        Page #        4

From Date        11/1/2022
To Date        10/31/2023

| Date | Description | ID | TMA | | Rate | Amount | Hours |
|------|-------------|-----|-----|---|------|--------|-------|

12/8/2022    EMAIL WITH CLIENT RE OCTOBER MOR

| 2573585 | TMA | 620.00 | $62.00 | 0.1 |
|---------|-----|--------|--------|-----|

12/20/2022   ANALYSIS OF CORRESPONDENCE FROM COLIN RE: MOR INFO

| 2577763 | DBG | 650.00 | $65.00 | 0.1 |
|---------|-----|--------|--------|-----|

12/21/2022   ANALYSIS OF DOCUMENTS RE: NOVEMBER MOR

| 2577752 | DBG | 650.00 | $65.00 | 0.1 |
|---------|-----|--------|--------|-----|

12/26/2022   PREPARATION OF CORRESPONDENCE TO SCP RE: DETAILS FOR MOR

| 2577764 | DBG | 650.00 | $65.00 | 0.1 |
|---------|-----|--------|--------|-----|

1/6/2023    CALENDAR DATE FOR CONTINUED STATUS CONFERENCE

| 2579944 | LM | 295.00 | $29.50 | 0.1 |
|---------|-----|--------|--------|-----|

1/20/2023   ANALYSIS OF DOCUMENTS ANDRE SMITH MOTION RE: BOND

| 2582606 | DBG | 690.00 | $69.00 | 0.1 |
|---------|-----|--------|--------|-----|

1/20/2023   ANALYSIS OF DOCUMENTS COLIN RE: MOR

| 2582607 | DBG | 690.00 | $69.00 | 0.1 |
|---------|-----|--------|--------|-----|

1/26/2023   ANALYSIS OF CORRESPONDENCE FROM UST RE: MISSING MOR

| 2584035 | DBG | 690.00 | $69.00 | 0.1 |
|---------|-----|--------|--------|-----|

1/27/2023   ANALYSIS OF DOCUMENTS RE: NOTICE OF INSTRUMENT DEFECT FROM SMITH

| 2584503 | DBG | 690.00 | $69.00 | 0.1 |
|---------|-----|--------|--------|-----|

1/28/2023    REVIEW AND REVISE NOVEMBER 2022 MOR

| 2584411 | TMA | 650.00 | $195.00 | 0.3 |
|---------|-----|--------|---------|-----|

1/28/2023    REVIEW AND REVISE DECEMBER 2022 MOR

| 2584412 | TMA | 650.00 | $195.00 | 0.3 |
|---------|-----|--------|---------|-----|

01/30/2023   PREPARATION OF SCP MONTHLY FEE STATEMENT FOR DECEMBER, SERVE AND EFILE; PPO
EXHIBITS AND SERVICE LISTS

| 2584783 | LC | 295.00 | $147.50 | 0.5 |
|---------|-----|--------|---------|-----|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/6/2023 | Page # | 5 |
|---|---|---|---|---|
| CASE #    9562 | | From Date | 11/1/2022 | |
| | | To Date | 10/31/2023 | |

1/30/2023   PREPARATION OF SCP MONTHLY FEE STATEMENT FOR NOVEMBER, SERVE AND EFILE; PPO EXHIBITS AND SERVICE LISTS

| 2584791 | LC | 295.00 | $147.50 | 0.5 |
|---|---|---|---|---|

1/30/2023   PREPARATION OF NOVEMBER MOR, REVISE AND EFILE

| 2584792 | LC | 295.00 | $88.50 | 0.3 |
|---|---|---|---|---|

1/30/2023   PREPARATION OF DECEMBER MOR, REVISE AND EFILE

| 2584793 | LC | 295.00 | $88.50 | 0.3 |
|---|---|---|---|---|

2/1/2023   ANALYSIS OF CORRESPONDENCE FROM GARCIA PLAINTIFF RE: STATE COURT LITIGATION

| 2586864 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

2/7/2023   ANALYSIS OF CORRESPONDENCE FROM H. RAFATJOO RE: POSSESSION OF ESTATE DOCS

| 2586572 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

2/15/2023   ANALYSIS OF DOCUMENTS RE: SMITH MOTION TO ACCEPT SETTLEMENT

| 2588501 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

2/15/2023   SECOND MARIO SMITH MOTION FOR ACCEPTANCE TO INCLUDE FUL SETTLEMENT ETC. EMAIL CLIENT RE SAME

| 2588484 | TMA | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

2/20/2023   PREPARATION OF INFO FOR COLIN FOR MOR

| 2589299 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

2/21/2023   ANALYSIS OF DOCUMENTS MOR FROM COLIN

| 2589298 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

02/21/2023   PREPARATION OF JANUARY MOR, REVISE AND EFILE

| 2590010 | LC | 295.00 | $88.50 | 0.3 |
|---|---|---|---|---|

2/21/2023   PREPARATION OF SCP MONTHLY FEE STATEMENT FOR JANUARY 2023, SERVE AND EFILE; PPO SERVICE LISTS

| 2590030 | LC | 295.00 | $147.50 | 0.5 |
|---|---|---|---|---|

2/21/2023   REVIEW, REVISE, AND FINALIZE JANUARY 2023 MOR AND RELATED ATTACHMENTS

| 2589348 | TMA | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | | |
|---|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/6/2023** | | **Page #** | **6** |
| **CASE #** | **9562** | **From Date** | | | **11/1/2022** |
| | | **To Date** | | | **10/31/2023** |

2/21/2023    EMAILS WITH CLIENT RE JANUARY 2023 MOR AND RELATED ATTACHMENTS

| 2589349 | TMA | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

2/22/2023    EMAIL WITH BUYER RE OPPOSITION TO MOTION TO PAY $1 BILLION AND OPPOSITION THERETO

| 2589606 | TMA | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

2/23/2023    PREPARATION OF OPPOSITION TO SMITH MOTION RE: PROPERTY

| 2590072 | DBG | 690.00 | $345.00 | 0.5 |
|---|---|---|---|---|

2/23/2023    ANALYSIS OF DOCUMENTS RE: BUYER'S OPPOSITION TO SMITH MOTION

| 2590170 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

2/23/2023    REVIEW AND REVISE OPPOSITION TO SECOND SMITH MOTION FOR FULL SETTLEMENT

| 2590075 | TMA | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

3/2/2023    ANALYSIS OF CORRESPONDENCE FROM K. ANDRASSY RE: ESTATE FUNDS

| 2591627 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

3/13/2023    ANALYSIS OF CORRESPONDENCE FROM CLIENT RE: MOVING ESTATE FUNDS

| 2594813 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

3/14/2023    ANALYSIS OF CORRESPONDENCE FROM ROGER RE: TRANSFERRING BANK FUNDS AND RESPOND

| 2595188 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

3/14/2023    SCANNED IN BINDER OF DOCUMENTS FROM ENGLANOFF AND SAVED THEM INTO THE FILE BOTH INDIVIDUALLY AND AS ONE BIG DOCUMENT.

| 2596819 | RM | 195.00 | $156.00 | 0.8 |
|---|---|---|---|---|

3/15/2023    ANALYSIS OF CORRESPONDENCE FROM COLIN RE: MOR DETAILS AND PROVIDE INFORMATION

| 2595702 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

3/15/2023    EMAILS WITH CLIENT RE FEBRUARY MOR AND RETURN OF UNEARNED PREMIUMS

| 2595551 | TMA | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

3/16/2023    ANALYSIS OF DOCUMENTS MOR FROM CLIENT

| 2595843 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/6/2023 | Page # | 7 |
| **CASE #   9562** | | **From Date** | **11/1/2022** | |
| | | **To Date** | **10/31/2023** | |

3/16/2023   ANALYSIS OF DOCUMENTS FROM CLIENT RE: CERTIFICATION OF BENEFICIAL OWNER AND RESPOND

| 2597749 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

3/16/2023   EMAILS WITH CLIENT AND UST RE QUARTERLY FEE PAYMENTS

| 2595863 | TMA | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

3/17/2023   PREPARATION OF CORRESPONDENCE TO CLIENT RE: BENEFICIARIES OF ACCOUNT

| 2596438 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

3/17/2023   PREPARATION OF SCP MONTHLY FEE STATEMENT (FEBRUARY), SERVE AND EFILE; PPO EXHIBITS

| 2596463 | LC | 295.00 | $147.50 | 0.5 |
|---|---|---|---|---|

3/20/2023   ANALYSIS OF DOCUMENTS FROM CLIENT RE: REVISED MOR

| 2596472 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

03/21/2023   PREPARATION OF FEBRUARY MOR, REVISE AND EFILE; PPO ATTACHMENTS

| 2596943 | LC | 295.00 | $118.00 | 0.4 |
|---|---|---|---|---|

3/21/2023   REVIEW AND REVISE FEBRUARY MOR AND EMAILS WITH CLIENT RE SAME

| 2596884 | TMA | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

3/23/2023   PREPARATION OF PREPARE POS AND ATTACH TO THE ANSWER THEN EFILE.

| 2597514 | RM | 195.00 | $39.00 | 0.2 |
|---|---|---|---|---|

3/30/2023   TELEPHONE CONF. W/ CREDITORS RE: STATUS OF BK CASE

| 2598684 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

4/14/2023   PERFORM A CALIFORNIA UCC SEARCH ON: ENERAMA ENVIRONMENTAL TECHNOLOGIES

| 2602895 | RM | 195.00 | $19.50 | 0.1 |
|---|---|---|---|---|

4/19/2023   ANALYSIS OF CORRESPONDENCE FROM COLIN RE: MOR AND PROVIDE INFO

| 2603388 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

4/20/2023   APPEARANCE AT HEARING RE: SMITH MOTION TO TAKE PROPERTY

| 2603609 | DBG | 690.00 | $414.00 | 0.6 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | 11/6/2023 | Page # | **8** |
|---|---|---|---|
| CASE #   **9562** | **From Date** | | **11/1/2022** |
| | **To Date** | | **10/31/2023** |

4/21/2023   ANALYSIS OF CORRESPONDENCE FROM L. PERKINS RE: MOR

| 2603808 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

4/21/2023   ANALYSIS OF ORDER DENYING SMITH MOTION

| 2603887 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

5/8/2023   ANALYSIS OF CORRESPONDENCE FROM NOREEN (UST) RE: MOR

| 2608169 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

5/8/2023   FILE MOR FOR MARCH

| 2614068 | RM | 195.00 | $19.50 | 0.1 |
|---|---|---|---|---|

5/16/2023   TELEPHONE CONFERENCE WITH NOREEN (UST) RE: MONTHLY OPERATING REPORT

| 2610077 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

5/21/2023   ANALYSIS OF DOCUMENTS FROM COLIN RE: MOR

| 2610963 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

5/22/2023   ANALYSIS OF CORRESPONDENCE FROM PERKINS RE: MOR

| 2611074 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

05/23/2023   PREPARATION OF APRIL MOR, REDACT CONFIDENTIAL INFORMATION, REVISE AND EFILE

| 2611388 | LC | 295.00 | $88.50 | 0.3 |
|---|---|---|---|---|

6/1/2023   ANALYSIS OF DOCUMENTS COURT ORDER SETTING HEARING ON IN CAMERA PROCESS

| 2613808 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

6/5/2023   ANALYSIS OF CORRESPONDENCE FROM UST RE: QUARTERLY FEES

| 2614767 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

6/8/2023   ANALYSIS OF DOCUMENTS BUYER OBJECTION TO EDWARD MOTION FOR IN CAMERA HEARING

| 2615808 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

6/28/2023   ANALYSIS OF DOCUMENTS EDWARD ROARK RE: DISTRIBUTION OF FUNDS ALLEGEDLY

| 2620187 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

**Crestlloyd LLC**

**CASE #    9562**

11/6/2023        Page #      9

From Date      11/1/2022
To Date      10/31/2023

6/30/2023    ANALYSIS OF CORRESPONDENCE FROM UST RE: FILING MOR

| 2622075 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

7/3/2023    ANALYSIS OF CORRESPONDENCE FROM COLIN RE: CASE STATUS

| 2622040 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

7/13/2023    ANALYSIS OF CORRESPONDENCE FROM NOREEN (UST) RE: MOR

| 2624758 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

7/13/2023    PREPARATION OF MAY MOR, REVISE AND EFILE

| 2626142 | LC | 295.00 | $88.50 | 0.3 |
|---|---|---|---|---|

7/13/2023    PREPARATION OF THREE MONTHLY FEE STATEMENTS FOR SCP RE MARCH, APRIL AND MAY, REVISE, EFILE; PPO EXHIBITS AND SERVICE LISTS

| 2626145 | LC | 295.00 | $354.00 | 1.2 |
|---|---|---|---|---|

7/13/2023    REVIEW, REVISE AND FINALIZE MAY 2023 MOR

| 2624604 | TMA | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

7/13/2023    EMAILS WITH CLIENT AND UST RE MAY 2023 MOR

| 2624605 | TMA | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

7/18/2023    TELEPHONE CONF. W/ CREDITORS RE: CASE STATUS

| 2625528 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

7/18/2023    ANALYSIS OF DOCUMENTS ORDER RE: CONFIDENTIAL INFORMATION

| 2625539 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

7/19/2023    ANALYSIS OF DOCUMENTS FROM COLIN RE: MOR

| 2625675 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

7/19/2023    ANALYSIS OF DOCUMENTS COURT ORDER RE: PLAN DOCS FROM EDWARD

| 2625763 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

7/19/2023    REVIEW SCHWAGERL PLAN AND EMAILS WITH CLIENT RE SAME; REVIEW COURT ORDER RE PLAN

| 2625708 | TMA | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/6/2023 | Page # | 10 |
|---|---|---|---|---|
| CASE #   9562 | | From Date<br>To Date | 11/1/2022<br>10/31/2023 | |

7/21/2023   ANALYSIS OF DOCUMENTS COURT ORDER RE" SETTLEMENT PLAN"

| 2626575 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

7/25/2023   ANALYSIS OF DOCUMENTS FROM COLIN RE: MOR

| 2627894 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

7/26/2023   ANALYSIS OF DOCUMENTS FROM CLIENT RE: EXHIBITS TO MOR FOR JUNE 2023

| 2627944 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

7/31/2023   TELEPHONE CONFERENCE WITH RE: STATUS AND TIMING OF DISTRIBUTIONS

| 2629814 | DBG | 690.00 | $138.00 | 0.2 |
|---|---|---|---|---|

8/1/2023   ANALYSIS OF DOCUMENTS FROM EDWARD RE: UNREDACTED PLAN DOCS

| 2630387 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

8/22/2023   TELEPHONE CONFERENCE WITH UST RE: STATUS WITH CASE

| 2635806 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

8/22/2023   PREPARATION OF CORRESPONDENCE TO CLIENT RE: RESPONDING TO UST INQUIRY RE: PLAN FOR CASE

| 2635807 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

8/22/2023   PREPARATION OF SCP MONTHLY FEE STATEMENT JULY 2023, SERVE AND EFILE; PPO EXHIBITS

| 2636403 | LC | 295.00 | $118.00 | 0.4 |
|---|---|---|---|---|

8/22/2023   PREPARATION OF JUNE MOR, REDACT CONFIDENTIAL INFORMATION AND EFILE

| 2636404 | LC | 295.00 | $88.50 | 0.3 |
|---|---|---|---|---|

8/22/2023   PREPARATION OF JULY MOR, REDACT CONFIDENTIAL INFORMATION AND EFILE

| 2636405 | LC | 295.00 | $88.50 | 0.3 |
|---|---|---|---|---|

8/22/2023   EMAILS WITH CLIENT RE MORS, SCP FEE STATEMENT, AND STATUS OF CASE IN GENERAL

| 2635846 | TMA | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

8/22/2023   REVIEW AND REVISE JUNE MOR AND EMAILS WITH CLIENT RE SAME

| 2635864 | TMA | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #    9562**

| | | 11/6/2023 | Page # | 11 |
| --- | --- | --- | --- | --- |
| | | **From Date** | | **11/1/2022** |
| | | **To Date** | | **10/31/2023** |

8/22/2023    REVIEW AND REVISE JULY MOR AND EMAILS WITH CLIENT RE SAME

| 2635865 | TMA | 650.00 | $130.00 | 0.2 |
| --- | --- | --- | --- | --- |

9/8/2023    ANALYSIS OF DOCUMENTS RE: MOTION FOR SPECIAL AND GOOD TENDER

| 2641957 | DBG | 690.00 | $69.00 | 0.1 |
| --- | --- | --- | --- | --- |

9/8/2023    PREPARATION OF SUMMONS, COMPLAINT, NOTICE, RULE 726 - FILE AND SERVE

| 2648162 | RM | 295.00 | $147.50 | 0.5 |
| --- | --- | --- | --- | --- |

9/13/2023    ANALYSIS OF EDWARD ROARK SCHWAGERL NOTICE OF TENDER

| 2642947 | TMA | 650.00 | $65.00 | 0.1 |
| --- | --- | --- | --- | --- |

9/15/2023    ANALYSIS OF DOCUMENTS ENTERED ORDER RE: MOTION FOR GOOD AND SPECIAL TENDER

| 2643796 | DBG | 690.00 | $69.00 | 0.1 |
| --- | --- | --- | --- | --- |

9/20/2023    ANALYSIS OF DOCUMENTS FROM CLIENT RE: MOR FILING

| 2645023 | DBG | 690.00 | $69.00 | 0.1 |
| --- | --- | --- | --- | --- |

9/28/2023    ANALYSIS OF CORRESPONDENCE NOREEN (UST) RE: OUTSTANDING MOR

| 2646944 | DBG | 690.00 | $69.00 | 0.1 |
| --- | --- | --- | --- | --- |

10/3/2023    ANALYSIS OF DOCUMENTS RE: MOTION FOR RECONSIDERATION

| 2649049 | DBG | 690.00 | $69.00 | 0.1 |
| --- | --- | --- | --- | --- |

10/3/2023    PREPARATION OF SCP AUGUST MONTHLY FEE STATEMENT, SERVE AND EFILE; PPO EXHIBITS

| 2649576 | LC | 295.00 | $147.50 | 0.5 |
| --- | --- | --- | --- | --- |

10/3/2023    PREPARATION OF AUGUST MOR, REVISE AND EFILE

| 2649577 | LC | 295.00 | $88.50 | 0.3 |
| --- | --- | --- | --- | --- |

10/3/2023    PREPARATION OF MOTION AND NOTICE OF MOTION TO APPROVE COMPROMISE - FILE AND
SERVE ON MML, CHAMBERS, RSN

| 2655030 | RM | 295.00 | $118.00 | 0.4 |
| --- | --- | --- | --- | --- |

10/3/2023    REVIEW AND REVISE AUGUST MOR

| 2648580 | TMA | 650.00 | $195.00 | 0.3 |
| --- | --- | --- | --- | --- |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/6/2023 | Page # | 12 |
| **CASE #    9562** | | **From Date** | **11/1/2022** | |
| | | **To Date** | **10/31/2023** | |

10/3/2023    EMAILS WITH CLIENT RE AUGUST MOR

| 2648582 | TMA | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/4/2023   ANALYSIS OF CORRESPONDENCE FROM BUYER COUNSEL RE: RECONSIDERATION MOTION

| 2649488 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

10/11/2023   ANALYSIS OF ORDER DENYING RECONSIDERATION MOTION

| 2651953 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

10/12/2023   ANALYSIS OF CORRESPONDENCE FROM GENEVIEVE (BUYER COUNSEL) RE: ORDER DENYING RECONSIDERATION MOTION

| 2652112 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

10/13/2023   TELEPHONE CONF. W/ CREDITORS RE: STATUS OF CASE AND POSSIBLE DISTRIBUTION

| 2652503 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

10/16/2023   PREPARATION OF REQUEST FOR CLERK TO ENTER DEFAULT FOR FILING

| 2656594 | RM | 295.00 | $59.00 | 0.2 |
|---|---|---|---|---|

10/16/2023   PREPARATION OF WITHDRAWAL FOR FILING

| 2656595 | RM | 295.00 | $59.00 | 0.2 |
|---|---|---|---|---|

10/20/2023   ANALYSIS OF CORRESPONDENCE FROM COLIN RE: INFO FOR MOR AND PROVIDE

| 2653734 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

10/20/2023   PREPARATION OF REQUEST ENTRY OF DEFAULT FOR FILING

| 2656610 | RM | 295.00 | $59.00 | 0.2 |
|---|---|---|---|---|

10/20/2023   PREPARATION OF DECLARATION OF NON OPPOSITION FOR FILING AND ORDER TO LODGE

| 2656614 | RM | 295.00 | $59.00 | 0.2 |
|---|---|---|---|---|

10/20/2023   REVIEW AND REVISE SEPTEMBER MOR AND EMAIL CLIENT RE SAME

| 2654062 | TMA | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

10/23/2023   ANALYSIS OF CORRESPONDENCE FROM COLIN RE: UST QUARTERLY FEES

| 2654104 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/6/2023 | Page # | **13** |
| **CASE #** **9562** | | **From Date** | **11/1/2022** | |
| | | **To Date** | **10/31/2023** | |

10/23/2023   PREPARATION OF SEPTEMBER MOR, REVISE AND EFILE

| 2654454 | LC | 295.00 | $88.50 | 0.3 |
|---|---|---|---|---|

10/25/2023   ANALYSIS OF DOCUMENTS ADDL FILING BY EDWARD

| 2654806 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

| | | Total | **$13,594.00** | **27.5** |
|---|---|---|---|---|

#### 05 – CLAIMS ADMIN. AND OBJECTIONS

11/4/2022   ANALYSIS OF DOCUMENTS FROM CITY OF LA RE: ADDL ASSESSMENT

| 2566052 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

11/7/2022   ANALYSIS OF CITY CLAIM FOR TAXES RE SALE OF REAL PROPERTY AND DRAFT RESPONSE
THERETO

| 2566141 | TMA | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

11/8/2022   REVIEW CNB RELEASE OF LIEN AND EMAILS WITH CNB AND PSI COUNSEL RE SAME

| 2570807 | TMA | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

11/9/2022   ANALYSIS OF APPLICATION FOR COST TAXATION WITH PROOF OF SERVICE. FILED BY
INTERESTED PARTY ANDRE MARIO SMITH

| 2566310 | TMA | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

7/24/2023   ANALYSIS OF CORRESPONDENCE FROM COLIN RE: ADMIN EXPENSES AND RESPOND

| 2627079 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

| | | Total | **$506.00** | **0.8** |
|---|---|---|---|---|

#### 07 – FEE / EMPLOYMENT APPLICATIONS

11/7/2022   DRAFT FEE APP 2

| 2570788 | JDG | 350.00 | $1,995.00 | 5.7 |
|---|---|---|---|---|

11/9/2022   PREPARATION OF 2ND INTERIM FEE APP

| 2566865 | DBG | 650.00 | $325.00 | 0.5 |
|---|---|---|---|---|

11/9/2022   REVIEW AND REVISE FEE APP 2

| 2570824 | JDG | 350.00 | $560.00 | 1.6 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/6/2023 | Page # | **14** |
| **CASE #** | **9562** | **From Date** | | **11/1/2022** |
| | | **To Date** | | **10/31/2023** |

11/9/2022   REVIEW AND REVISE LNBYB SECOND INTERIM FEE APPLICATION

| 2571748 | TMA | 620.00 | $496.00 | 0.8 |
|---|---|---|---|---|

11/10/2022   PREPARATION OF AND FILE AND SERVE SECOND INTERIM FEE APPLICATION AND NOTICE OF APPLICATION

| 2571647 | SR | 250.00 | $200.00 | 0.8 |
|---|---|---|---|---|

11/10/2022   FINALIZE LNBYG SECOND INTERIM FEE APPLICATION AND NOTICE THEREON

| 2566888 | TMA | 620.00 | $248.00 | 0.4 |
|---|---|---|---|---|

11/14/2022   TELEPHONE CONFERENCE WITH UST RE: FEE APP HEARING

| 2567234 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

11/14/2022   ANALYSIS OF CORRESPONDENCE FROM UST RE: STIP TO CONTINUE HEARING

| 2567291 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

11/15/2022   ANALYSIS OF STIP FROM UST TO CONTINUE HEARING ON FEE APP

| 2567549 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

11/21/2022   TELEPHONE CONFERENCE WITH UST RE: FEE APPLICATION OBJECTIONS

| 2568734 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

11/22/2022   ANALYSIS OF CORRESPONDENCE FROM UST RE: FEE APP ISSUES

| 2569052 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

11/22/2022   NEGOTIATION WITH UST RE: FEE APP ISSUES

| 2569053 | DBG | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

11/23/2022   ANALYSIS OF DOCUMENTS RE: STIP RE: FEE APP WITH UST

| 2569234 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

11/28/2022   DRAFT REPLY TO MARIO ANDRE SMITH OBJ. TO LNBYG FEE APP 2

| 2570903 | JDG | 350.00 | $105.00 | 0.3 |
|---|---|---|---|---|

11/29/2022   ANALYSIS OF DOCUMENTS RE: ORDER APPROVING STIP RE: UST OBJECTION TO FEE APP

| 2570481 | DBG | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #   9562**

11/6/2023   Page #   15

From Date   11/1/2022
To Date   10/31/2023

| Date | Description | | | |
|---|---|---|---|---|
| 11/29/2022 | REVIEW STIPULATION WITH UST RE VOLUNTARY REDUCTION IN FEES AND EXPENSES BY LNBYG | | | |
| 2570272 | TMA | 620.00 | $62.00 | 0.1 |
| 11/30/2022 | ANALYSIS OF ORDER APPROVING STIPULATION WITH UST RE VOLUNTARY REDUCTION IN FEES AND EXPENSES BY LNBYG | | | |
| 2570313 | TMA | 620.00 | $62.00 | 0.1 |
| 11/30/2022 | DRAFT OCTOBER MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS | | | |
| 2570688 | TMA | 620.00 | $186.00 | 0.3 |
| 11/30/2022 | EMAILS WITH CLIENT RE OCTOBER MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS AND OCTOBER MOR | | | |
| 2570689 | TMA | 620.00 | $124.00 | 0.2 |
| 12/1/2022 | ANALYSIS OF INFERNO RESERVATION OF RIGHTS RE: DIP FUNDING TO PAY FEE APPS | | | |
| 2572074 | DBG | 650.00 | $65.00 | 0.1 |
| 12/7/2022 | RESEARCH REGARDING RE: COURT TENTATIVE AND PREPARE PROPOSED ORDER RE: 2ND INTERIM FEE APP | | | |
| 2573352 | DBG | 650.00 | $130.00 | 0.2 |
| 12/8/2022 | ANALYSIS OF DOCUMENTS ENTERED ORDER RE: INTERIM FEE APPLICATION | | | |
| 2574408 | DBG | 650.00 | $65.00 | 0.1 |
| 12/8/2022 | LODGE ORDER RE 2ND FEE APPLICATION OF LNBYG | | | |
| 2574329 | LM | 250.00 | $100.00 | 0.4 |
| 12/8/2022 | DRAFT ORDER ON LNBYG'S SECOND INTERIM FEE APPLICATION | | | |
| 2573517 | TMA | 620.00 | $124.00 | 0.2 |
| 1/28/2023 | DRAFT NOVEMBER 2022 FEE STATEMENT FOR SIERRACONSTELLATION, EMAILS RE SAME | | | |
| 2584396 | TMA | 650.00 | $130.00 | 0.2 |
| 1/28/2023 | DRAFT DECEMBER 2022 FEE STATEMENT FOR SIERRACONSTELLATION, EMAILS RE SAME | | | |
| 2584397 | TMA | 650.00 | $130.00 | 0.2 |
| 2/21/2023 | PREPARE JANUARY 2023 FEE STATEMENT FOR SIERRACONSTELLATION PARTNERS | | | |
| 2589350 | TMA | 650.00 | $130.00 | 0.2 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/6/2023** | **Page #** | **16** |
| **CASE #** **9562** | | **From Date** | | **11/1/2022** |
| | | **To Date** | | **10/31/2023** |

2/21/2023   EMAILS WITH CLIENT RE JANUARY 2023 FEE STATEMENT FOR SIERRACONSTELLATION PARTNERS

| 2589351 | TMA | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

3/17/2023   PREPARE MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION AND EMAIL WITH CLIENT RE SAME

| 2596190 | TMA | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

3/30/2023   ANALYSIS OF CORRESPONDENCE FROM BREGMAN RE: BROKER EMPLOYMENT

| 2598822 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

7/13/2023   PREPARE MARCH, APRIL, MAY 2023 FEE STATEMENTS FOR SIERRACONSTELLATION

| 2624606 | TMA | 650.00 | $390.00 | 0.6 |
|---|---|---|---|---|

7/13/2023   EMAILS WITH SIERRACONSTELLATION RE MARCH, APRIL, MAY 2023 FEE STATEMENTS FOR

| 2624607 | TMA | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

7/19/2023   PREPARE JUNE 2023 FEE STATEMENT FOR SIERRA CONSTELLATION AND EMAIL WITH SIERRA RE SAME

| 2625421 | TMA | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

8/22/2023   PREPARE NOTICE OF SIERRA CONSTELLATION JULY MONTHLY FEE STATEMENT AND EMAIL WITH CLIENT RE SAME

| 2635848 | TMA | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

10/3/2023   PREPARE AUGUST MONTHLY FEE STATEMENT FOR SCP AND EMAILS RE SAME

| 2648581 | TMA | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

10/31/2023   PREPARATION OF THIRD INTERIM FEE APP FOR LNBYG

| 2656090 | DBG | 690.00 | $621.00 | 0.9 |
|---|---|---|---|---|

10/31/2023   PREPARATION OF NOTICE RE: INTERIM FEE APP AND HEARING

| 2656091 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

| | | **Total** | **$7,751.00** | **16.2** |
|---|---|---|---|---|

**12 - PLAN AND DISCLOSURE STATEMENT**

7/18/2023   ANALYSIS OF DOCUMENTS EDWARD'S PLAN CONFIRMATION MOTION

| 2625616 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/6/2023** | **Page #** | **17** |
| **CASE #    9562** | | **From Date** | | **11/1/2022** |
| | | **To Date** | | **10/31/2023** |

7/19/2023    REVIEW COURT ORDER RE SCHWAGERL PLAN AND PLEADINGS

| 2625736 | TMA | 650.00 | $65.00 | 0.1 |

7/21/2023    ANALYSIS OF ORDER RE SCHWAGERL PLAN

| 2630651 | TMA | 650.00 | $65.00 | 0.1 |

8/23/2023    CONFERENCE CALL WITH CLIENT TEAM RE: PLAN OF REORGANIZATION

| 2636109 | DBG | 690.00 | $207.00 | 0.3 |

| | | **Total** | **$406.00** | **0.6** |

**20 - OTHER LITIGATION**

11/1/2022    ANALYSIS OF DOCUMENTS ENTERED ORDER RE: RESPONSE BY JOE ENGLENOFF

| 2564236 | DBG | 650.00 | $65.00 | 0.1 |

11/2/2022    ANALYSIS OF DOCUMENTS RE: PROPOSED ORDER ON HANKEY MOTION TO DISMISS COMPLAINT

| 2564470 | DBG | 650.00 | $65.00 | 0.1 |

11/2/2022    REVIEW AND ANALYSIS OF NOTICE OF LODGMENT OF ORDER ON MOTION TO DISMISS HANKEY'S CLAIMS.

| 2564472 | JMR | 620.00 | $62.00 | 0.1 |

11/4/2022    ANALYSIS OF DOCUMENTS RE: HANKEY MOTION TO DISMISS

| 2566037 | DBG | 650.00 | $65.00 | 0.1 |

11/4/2022    INFERNO ACTION - REVIEW *MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM AND CROSSCLAIM OF YOGI SECURITIES HOLDINGS, LLC* FILED BY DEFENDANT HANKEY CAPITAL, LLC

| 2565622 | TMA | 620.00 | $868.00 | 1.4 |

11/7/2022    ANALYSIS OF DOCUMENTS ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS

| 2566023 | DBG | 650.00 | $65.00 | 0.1 |

11/7/2022    INITIAL REVIEW AND ANALYSIS OF MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM BY YOGI, FILED BY HANKEY.

| 2565696 | JMR | 620.00 | $186.00 | 0.3 |

11/8/2022    INFERNO ACTION - REVIEW ORDER ON HANKEY MOTION TO DISMISS COMPLAINT

| 2566263 | TMA | 620.00 | $62.00 | 0.1 |

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | | 11/6/2023 | Page # | 18 |
|---|---|---|---|---|---|
| CASE # | 9562 | | From Date | | 11/1/2022 |
| | | | To Date | | 10/31/2022 |

11/10/2022    REVIEW PLEADINGS AND STRATEGIZE RE: WRITTEN DISCOVERY TO PROPOUND ON VARIOUS PARTIES IN INFERNO ADVERSARY ACTION.

| 2566935 | JMR | 620.00 | $434.00 | 0.7 |

11/11/2022    COMMS W/ COUNSEL FOR ENGLANOFF DAUGHTERS (WOLF RIFKIN) RE: PRIOR SETTLEMENT COMMS W/ J. MOE AT DENTONS / UPCOMING DEADLINE TO RESPOND TO CROSS-CLAIMS.

| 2567014 | JMR | 620.00 | $124.00 | 0.2 |

11/14/2022    ANALYSIS OF DOCUMENTS NILE NIAMI ANSWER TO COMPLAINT

| 2567233 | DBG | 650.00 | $65.00 | 0.1 |

11/14/2022    ANALYSIS OF ORDER GRANTING STIP TO EXTEND YOGI RESPONSE DEADLINE

| 2567263 | DBG | 650.00 | $65.00 | 0.1 |

11/14/2022    REVIEW OF STIPULATION BY YOGI AND HANKEY TO EXTEND BRIEFING DATES FOR YOGI TO DEMURRER TO CROSS-COMPLAINT.

| 2567360 | JMR | 620.00 | $124.00 | 0.2 |

11/15/2022    REVIEW CONSTRUCTION/NIAMI DEFENDANT'S ANSWER TO CROSS-COMPLIANT

| 2567434 | TMA | 620.00 | $310.00 | 0.5 |

11/17/2022    COMMS W/ COUNSEL FOR HILLDUN CORPORATION (R. COY) RE: REQUEST FOR ADDITIONAL TIME TO PLEAD IN RESPONSE TO CROSS-COMPLAINT.

| 2568246 | JMR | 620.00 | $124.00 | 0.2 |

11/17/2022    CALL FROM J. SALTZMAN'S CHAMBERS RE: BRIEF CONTINUANCE OF UPCOMING STATUS CONFERENCE FROM 12/1 TO 12/15.

| 2568247 | JMR | 620.00 | $62.00 | 0.1 |

11/18/2022    REVIEW OF PROPOSED STIPULATION TO EXTEND DEADLINE FOR HILLDUN TO RESPOND TO CROSS-COMPLAINT AND PROPOSED ORDER; COMMS W/ COUNSEL R. COY RE: SAME.

| 2568355 | JMR | 620.00 | $124.00 | 0.2 |

11/21/2022    REVIEW AND ANALYSIS OF ANSWER TO CROSS-COMPLAINT FILED BY ENGLANOFF PARTIES (OTHER THAN YOGI); STRATEGZIE RE: NEXT STEPS.

| 2568597 | JMR | 620.00 | $248.00 | 0.4 |

11/21/2022    REVIEW AND ANALYSIS OF NIAMI PARTIES' ANSWER TO CRESTLLOYDS' CROSS-COMPLAINT.

| 2568602 | JMR | 620.00 | $248.00 | 0.4 |

11/23/2022    REVIEW OF COURT DOCKET TO CONFIRM WHETHER ALL ADV. HEARINGS CONTINUED TO 12/15.

| 2569261 | JMR | 620.00 | $124.00 | 0.2 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/6/2023 | **Page #** | **19** |
| **CASE #** | **9562** | **From Date** | | **11/1/2022** |
| | | **To Date** | | **10/31/2023** |

11/28/2022   ANALYSIS OF DOCUMENTS RE: AMENDED COMPLAINT BY INFERNO

| | | | | |
|---|---|---|---|---|
| 2570282 | DBG | 650.00 | $130.00 | 0.2 |

11/28/2022   INITIAL REVIEW AND ANALYSIS OF AMENDED COMPLAINT FILED BY INFERNO WITHOUT LEAVE
OF COURT; STRATEGIZE RE: RESPONSE TO SAME.

| | | | | |
|---|---|---|---|---|
| 2570213 | JMR | 620.00 | $248.00 | 0.4 |

11/28/2022   DRAFT MEET AND CONFER EMAIL TO INFERNO'S COUNSEL RE: FAILURE TO SEEK LEAVE
UNDER FRBP 7015 / FRCP 15(A)(2).

| | | | | |
|---|---|---|---|---|
| 2570221 | JMR | 620.00 | $186.00 | 0.3 |

11/29/2022   FURTHER COMMS W/ K. ANDRASSY (COUNSEL FOR INFERNO) RE: COURT LEAVE TO FILE
FIRST AMENDED COMPLAINT.

| | | | | |
|---|---|---|---|---|
| 2570348 | JMR | 620.00 | $124.00 | 0.2 |

11/29/2022   ANALYZE AND COMPARE INFERNO'S FIRST AMENDED COMPLAINT TO ORIGINAL COMPLAINT.

| | | | | |
|---|---|---|---|---|
| 2570349 | JMR | 620.00 | $496.00 | 0.8 |

11/29/2022   FURTHER COMMS W/ P. SORRELL (COUNSEL FOR INFERNO) RE: INFERNO'S FILING OF
AMENDED COMPLAINT.

| | | | | |
|---|---|---|---|---|
| 2570407 | JMR | 620.00 | $62.00 | 0.1 |

11/29/2022   BEGIN PREPARE ANSWER TO INFERNO FAC.

| | | | | |
|---|---|---|---|---|
| 2570910 | JMR | 620.00 | $496.00 | 0.8 |

11/29/2022   INFERNO ACTION - REVIEW INFERNO'S AMENDED COMPLIANT

| | | | | |
|---|---|---|---|---|
| 2569957 | TMA | 620.00 | $682.00 | 1.1 |

11/30/2022   REVIEW AND CONFIRM TIMLINE TO RESPOND TO FIRST AMENDED COMPLAINT BY INFERNO.

| | | | | |
|---|---|---|---|---|
| 2571224 | JMR | 620.00 | $124.00 | 0.2 |

12/1/2022   ANALYSIS OF DOCUMENTS SUBPOENA TO HILTON & HYLAND RE: PRIOR SALES

| | | | | |
|---|---|---|---|---|
| 2572103 | DBG | 650.00 | $65.00 | 0.1 |

12/1/2022   REVIEW *OPPOSITION OF COUNTER/CROSSCLAIMANT YOGI SECURITIES HOLDINGS, LLC TO
MOTION OF CROSS-DEFENDANT HANKEY CAPITAL, LLC TO DISMISS FIRST AMENDED
COUNTER CLAIM AND CROSSCLAIM OF YOGI SECURITIES HOLDINGS, LLC*

| | | | | |
|---|---|---|---|---|
| 2571825 | TMA | 620.00 | $310.00 | 0.5 |

12/2/2022   REVIEW OF COURT ORDERS PERTAINING TO VACATING OF HEARING AND ADVANCING SAME
TO

| | | | | |
|---|---|---|---|---|
| 2572235 | JMR | 620.00 | $124.00 | 0.2 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/6/2023 | **Page #** | **20** |
| **CASE #** **9562** | | **From Date** | **11/1/2022** | |
| | | **To Date** | **10/31/2023** | |

12/2/2022    CONTINUE DRAFT ANSWER TO INFERNO'S FIRST AMENDED COMPLAINT.

| 2572348 | JMR | 620.00 | $434.00 | 0.7 |

12/5/2022    FURTHER STRATEGIZE RE: ADDITIONAL POTENTIAL AFFIRMATIVE DEFENSES IN RESPONSE TO INFERNO'S FIRST AMENDED COMPLAINT.

| 2572772 | JMR | 620.00 | $186.00 | 0.3 |

12/6/2022    CONTINUE DRAFT ANSWER TO INFERNO'S FIRST AMENDED COMPLAINT.

| 2572991 | JMR | 620.00 | $1,054.00 | 1.7 |

12/7/2022    CONTINUE DRAFT ANSWER TO INFERNO'S FIRST AMENDED COMPLAINT.

| 2573491 | JMR | 620.00 | $496.00 | 0.8 |

12/8/2022    CONTINUE COMPARE INFERNO FIRST AMENDED COMPLAINT TO ORIGINAL COMPLAINT AND DRAFT ANSWER TO INFERNO'S FAC.

| 2573495 | JMR | 620.00 | $992.00 | 1.6 |

12/8/2022    FURTHER REVIEW OF ADVERSARY DOCKET TO CONFIRM WHETHER HILLDUN RESPONDED TO VARIOUS CROSS-COMPLAINTS; INITIAL REVIEW OF ANSWERS ON SAME.

| 2573719 | JMR | 620.00 | $248.00 | 0.4 |

12/8/2022    INFERNO ACTION - REVIEW DRAFT ANSWER TO FIRST AMENDED COMPLAINT

| 2574753 | TMA | 620.00 | $1,364.00 | 2.2 |

12/8/2022    INFERNO ACTION - EMAILS RE ANSWER TO FAC AND DISCOVERY GONG FORWARD

| 2574754 | TMA | 620.00 | $186.00 | 0.3 |

12/9/2022    ANALYSIS OF ORDER APPROVING EXTENSION OF RESPONSE DEADLINE

| 2574150 | DBG | 650.00 | $65.00 | 0.1 |

12/9/2022    FOLLOW UP W/ DBG RE: STATUS OF ALLEGED PAYMENTS MADE TO HANKEY POST SALE; FURTHER REVISIONS TO DRAFT ANSWER RE: SAME.

| 2574002 | JMR | 620.00 | $248.00 | 0.4 |

12/9/2022    FURTHER REVIEW OF ANSWERS OF NIAMI PARTIES AND HILLDUN; STRATEGZIE RE: NEXT STEPS IN CASE / WRITTEN DISCOVERY.

| 2574014 | JMR | 620.00 | $434.00 | 0.7 |

12/9/2022    INFERNO ACTION - REVIEW MOTION TO DISMISS

| 2574752 | TMA | 620.00 | $496.00 | 0.8 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/6/2023 | Page # | **21** |
| **CASE #** | **9562** | **From Date** | | **11/1/2022** |
| | | **To Date** | | **10/31/2023** |

12/12/2022   PREPARATION OF ANSWER TO COMPLAINT

| 2574307 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

12/12/2022   CONFERENCE CALL WITH RE: LITIGATION STRATEGY RE: SALE PROCEEDS

| 2574353 | DBG | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

12/12/2022   REVIEW, REVISE, AND FINALIZE ANSWER TO INFERNO'S FAC

| 2574113 | JMR | 620.00 | $806.00 | 1.3 |
|---|---|---|---|---|

12/12/2022   STRATEGIZE W/ DBG RE: ADVERSARIAL PROCEEDINGS AND DISCUSS STATUS / DISCOVERY PLAN.

| 2574449 | JMR | 620.00 | $186.00 | 0.3 |
|---|---|---|---|---|

12/12/2022   REVIEW AND ANALYSIS OF SUCCESSIVE COMPLAINTS IN ADVERSARY ACTION AND STRATEGIZE RE: WHETHER DIP LOAN / BROKER'S PREMIUM ESTATE PROPERTY.

| 2574575 | JMR | 620.00 | $496.00 | 0.8 |
|---|---|---|---|---|

12/12/2022   PREPARATION OF PLEADING PREPARE, FILE AND SERVE ANSWER TO INFERNO'S FIRST AMENDED COMPLAINT

| 2574336 | LM | 250.00 | $175.00 | 0.7 |
|---|---|---|---|---|

12/13/2022   REVIEW AND ANALYSIS OF REPORT FROM CLIENT RE: AMOUNT DISTRIBUTED TO HANKEY TO-DATE AND AMOUNTS YET TO BE PAID / LEDGER.

| 2574452 | JMR | 620.00 | $124.00 | 0.2 |
|---|---|---|---|---|

12/13/2022   CONTINUE ANALYZE ADVERSARY PLEADINGS / RESEARCH RE: POSITIONS ON BUYER'S PREMIUM REBATE TO BROKER / WHETHER CREDITORS ENTITLED TO SAME.

| 2574717 | JMR | 620.00 | $806.00 | 1.3 |
|---|---|---|---|---|

12/14/2022   CONTINUE RESEARCH RE: POSITION ON BUYER'S PREMIUM REBATE TO BROKER AND WHETHER SAME BELONGS TO ESTATE.

| 2574846 | JMR | 620.00 | $868.00 | 1.4 |
|---|---|---|---|---|

12/14/2022   REVIEW AND ANALYSIS OF STIPULATION BETWEEN INFERNO AND YOGI RE: ADDITIONAL TIME TO RESPOND TO FAC.

| 2574868 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

12/14/2022   REVIEW AND ANALYSIS OF TENTATIVE RULINGS POSTED BY J. SALTZMAN RE: HANKEY'S MX TO DISMISS AGAINST YOGI.

| 2574942 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

12/14/2022   FURTHER STRATEGIZE W/ DBG RE: REBATE OF AUCTIONEER'S PREMIUM.

| 2575027 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/6/2023** | **Page #** | **22** |
| **CASE #** | **9562** | **From Date** | | **11/1/2022** |
| | | **To Date** | | **10/31/2023** |

12/15/2022  TELEPHONE CONFERENCE W/ CLIENT CLIENT RE: STATUS OF LITIGATION AND STRATEGY
DISCUSSION

| 2575248 | DBG | 650.00 | $325.00 | 0.5 |
|---|---|---|---|---|

12/15/2022  VIRTUALLY ATTEND STATUS CONFERENCE HEARING BEFORE J. SALTZMAN AND HANKEY'S
MOTION TO DISMISS YOGI'S COUNTERCLAIMS.

| 2575113 | JMR | 620.00 | $2,046.00 | 3.3 |
|---|---|---|---|---|

12/16/2022  REVIEW OF COURT ORDERS POST HEARING ON HANKEY MOTION TO DISMISS COMPLAINT BY
YOGI.

| 2575713 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

12/19/2022  CONDUCT FURTHER RESEARCH AND ANALYSIS RE: WHETHER BROKER'S PREMIUM REBATE IS
ESTATE PROPERTY.

| 2575842 | JMR | 620.00 | $1,054.00 | 1.7 |
|---|---|---|---|---|

12/20/2022  INITIAL REVIEW AND ANALYSIS OF HANKEY'S MOTION TO DISMISS INFERNO'S FIRST AMENDED
COMPLAINT AND PAPERS FILED IN SUPPORT THEREOF.

| 2575973 | JMR | 620.00 | $310.00 | 0.5 |
|---|---|---|---|---|

12/20/2022  REVIEW OF COURT ORDER SETTING HEARING ON NEW HANKEY MX TO DISMISS INFERNO FAC
FOR 1/26.

| 2576029 | JMR | 620.00 | $62.00 | 0.1 |
|---|---|---|---|---|

12/20/2022  FURTHER REVIEW OF PLEADINGS AND STRATEGIZE RE: PROPOUNDING WRITTEN DISCOVERY

| 2576459 | JMR | 620.00 | $744.00 | 1.2 |
|---|---|---|---|---|

12/21/2022  ANALYSIS OF CALENDAR HEARING DATE RE MOTION TO DISMISS ADVERSARY PROCEEDING

| 2576715 | LM | 250.00 | $25.00 | 0.1 |
|---|---|---|---|---|

12/22/2022  REVIEW PLEADINGS RE MOTIONS TO DISMISS AND AMENDED COMPLAINTS

| 2577594 | TMA | 620.00 | $2,046.00 | 3.3 |
|---|---|---|---|---|

1/4/2023  CALL FROM J. MOE RE: CASH ON HAND / OTHER LITIGATION ISSUES; EMAIL TO SAME.

| 2579414 | JMR | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

1/5/2023  ANALYSIS OF CORRESPONDENCE RE: EARLY MEDIATION

| 2579535 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

1/5/2023  PREPARE FOR AND TELEPHONICALLY ATTEND CONTINUED STATUS CONFERENCE.

| 2579418 | JMR | 650.00 | $455.00 | 0.7 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | | |
|---|---|---|---|
| CASE #   9562 | | | |

| | 11/6/2023 | Page # | 23 |
|---|---|---|---|
| | **From Date** | | **11/1/2022** |
| | **To Date** | | **10/31/2023** |

1/5/2023   E-MAIL TO ALL PARTIES TO ADVERSARY RE: POTENTIAL MEDIATION / FOLLOW UP COMMS W/ J MOE AND COUNSEL FOR NIAMI PARTIES RE: SAME.

| 2579514 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

1/6/2023   ANALYSIS OF CORRESPONDENCE RE: MEDIATION OF ADVERSARY

| 2579716 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

1/10/2023   REVIEW AND ANALYSIS OF COURT'S ORDER EXTENDING TIME FOR YOGI TO PLEAD IN RESPONSE TO INFERNO FAC.

| 2580319 | JMR | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

1/12/2023   REVIEW AND ANALYSIS OF OPPOSITION OF INFERNO TO HANKEY'S MOTION TO DISMISS.

| 2581089 | JMR | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

1/17/2023   COORDINATE RE: UPCOMING HEARING ON MOTION TO DISMISS INFERNO'S FIRST AMENDED COMPLAINT.

| 2581609 | JMR | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

1/20/2023   ANALYSIS OF DOCUMENTS RE: DISCOVERY PROPOUNDED BY INFERNO AND DISCUSS

| 2582743 | DBG | 690.00 | $276.00 | 0.4 |
|---|---|---|---|---|

1/20/2023   TELEPHONE CONFERENCE W/ CLIENT RE: INFERNO'S DISCOVERY REQUESTS

| 2582991 | DBG | 690.00 | $138.00 | 0.2 |
|---|---|---|---|---|

1/20/2023   INITIAL REVIEW AND ANALYSIS OF REQUESTS FOR PRODUCTION SERVED ON ALL PARTIES BY INFERNO; EMAIL TO CLIENTS RE: SAME.

| 2582737 | JMR | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

1/20/2023   COORDINATE W/ DBG AND JDG RE: RESPONSES TO INFERNO'S REQUESTS FOR PRODUCTION.

| 2582745 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

1/20/2023   INFERNO ACTION - REVIEW YOGI DISCOVERY

| 2582653 | TMA | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

1/21/2023   ANALYSIS OF CORRESPONDENCE FROM PERKINS RE: DOCUMENT PRODUCTION

| 2582987 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

1/22/2023   ANALYSIS OF CORRESPONDENCE RE: DOCUMENT PRODUCTION

| 2582976 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #   9562**

11/6/2023     Page #   24

**From Date     11/1/2022**
**To Date     10/31/2023**

| Date | Description | | | |
|---|---|---|---|---|
| 1/22/2023 | FURTHER COMMS W/ CLIENT RE: SETTING UP MEETING TO DISCUSS DISCOVERY RESPONSES TO INFERNO'S REQUESTS FOR PRODUCTION. | | | |
| 2582837 | JMR | 650.00 | $130.00 | 0.2 |
| 1/23/2023 | ZOOM MEETING WITH CLIENT RE: DOCUMENT PRODUCTION TO INFERNO | | | |
| 2583017 | DBG | 690.00 | $138.00 | 0.2 |
| 1/23/2023 | PREPARATION OF CORRESPONDENCE TO DOUG (SKYLINE) RE: CRESTLLOYD DOCUMENT TURNOVER | | | |
| 2583018 | DBG | 690.00 | $69.00 | 0.1 |
| 1/23/2023 | ATTEND VIRTUAL MEETING W/ CLIENTS RE: INFERNO'S REQUESTS FOR PRODUCTION OF DOCUMENTS. | | | |
| 2582861 | JMR | 650.00 | $130.00 | 0.2 |
| 1/23/2023 | INFERNO ACTION - EMAILS WITH CLIENT RE YOGI DISCOVERY AND CLAIMS | | | |
| 2582654 | TMA | 650.00 | $65.00 | 0.1 |
| 1/24/2023 | TELEPHONE CONFERENCE WITH RAFATJOO RE: MEDIATION | | | |
| 2583592 | DBG | 690.00 | $138.00 | 0.2 |
| 1/25/2023 | COMMS W/ R. COY (COUNSEL FOR HILLDUN) RE: INFERNO'S DISCOVERY AND ISSUES RE: PROCEEDING TO MEDIATION. | | | |
| 2583735 | JMR | 650.00 | $195.00 | 0.3 |
| 1/26/2023 | ANALYSIS OF CORRESPONDENCE FROM R. COY RE: DISCOVERY | | | |
| 2584509 | DBG | 690.00 | $69.00 | 0.1 |
| 1/26/2023 | ANALYSIS OF CORRESPONDENCE FROM J. MOE RE: STAY OF DISCOVERY | | | |
| 2584510 | DBG | 690.00 | $69.00 | 0.1 |
| 1/26/2023 | COMMS W/ COUNSEL FOR HILLDUN AND YOGI RE: INFERNO'S SERVICE OF DISCOVERY PRIOR TO DISCOVERY CONFERENCE. | | | |
| 2584224 | JMR | 650.00 | $130.00 | 0.2 |
| 1/31/2023 | ANALYSIS OF CORRESPONDENCE FROM STEINBERG RE: STAY OF DISCOVERY | | | |
| 2584862 | DBG | 690.00 | $69.00 | 0.1 |
| 1/31/2023 | ANALYSIS OF CORRESPONDENCE FROM P. DORRELL RE: DEFERRING DISCOVERY RESPONSES | | | |
| 2584945 | DBG | 690.00 | $69.00 | 0.1 |

| Crestlloyd LLC | | 11/6/2023 | Page # | 25 |
|---|---|---|---|---|
| CASE #    9562 | | From Date<br>To Date | 11/1/2022<br>10/31/2023 | |

1/31/2023   ANALYSIS OF DOCUMENTS RE: COUNTERCLAIMS BY YOGI

| 2584977 | DBG | 690.00 | $276.00 | 0.4 |
|---|---|---|---|---|

1/31/2023   STRATEGIZE W/ JDG RE: DISCOVERY TO PROPOUND AGAINST NIAMI AND ENGLANOFF PARTIES.

| 2584967 | JMR | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

1/31/2023   REVIEW OF COMMS FROM P. SORRELLL RE: PROCEEDING IN DISCOVERY.

| 2585070 | JMR | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

1/31/2023   INITIAL REVIEW AND ANALYSIS OF YOGI AMENDED COUNTERCLAIMS.

| 2585071 | JMR | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

2/2/2023   PREPARATION OF DISCOVERY REQUESTS RE ADVERSARY PROCEEDING

| 2593025 | JDG | 350.00 | $1,050.00 | 3.0 |
|---|---|---|---|---|

2/3/2023   PREPARATION OF DISCOVERY REQUESTS RE ADVERSARY PROCEEDING

| 2593027 | JDG | 350.00 | $1,155.00 | 3.3 |
|---|---|---|---|---|

2/3/2023   REVIEW OF COMPARE OF PRIOR YOGI CROSSCLAIMS TO LATEST FILED IN PREPARATION FOR DRAFTING ANSWER.

| 2585824 | JMR | 650.00 | $325.00 | 0.5 |
|---|---|---|---|---|

2/3/2023   FURTHER COORDINATE RE: WRITTEN DISCOVERY W/ JDG.

| 2585825 | JMR | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

2/6/2023   PREPARE FOR AND ATTEND CONTINUED HEARING ON MOTION TO DISMISS (INFERNO'S FAC) AND CASE MANAGEMENT CONFERENCE.

| 2586044 | JMR | 650.00 | $455.00 | 0.7 |
|---|---|---|---|---|

2/6/2023   REVIEW OF COMPARISON BETWEEN FAC AND SAC OF YOGI IN PREPARATION FOR DRAFTING ANSWER TO SAME.

| 2586492 | JMR | 650.00 | $520.00 | 0.8 |
|---|---|---|---|---|

2/7/2023   ANALYSIS OF CORRESPONDENCE FROM CLIENT RE: DOCUMENT PRODUCTION

| 2586550 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

2/7/2023   PREPARATION OF CORRESPONDENCE TO DOUG AND TONY RE: TURNOVER OF DEBTOR RECORDS

| 2586551 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | 11/6/2023 | Page # | 26 |
|---|---|---|---|---|

**Crestlloyd LLC**

**CASE #    9562**

**From Date    11/1/2022**
**To Date    10/31/2023**

| Date | Description | | | |
|---|---|---|---|---|
| 2/7/2023 | COMMS W/ COUNSEL FOR HILLDUN RE: STATUS OF DISCOVERY AND WHETHER COURT SET ADDITIONAL STATUS CONFERENCE. | | | |
| 2586506 | JMR | 650.00 | $65.00 | 0.1 |
| 2/7/2023 | FOLLOWUP W/ CRESTLLOYD TEAM RE: STATUS OF OBTAINING DOCUMENTS TO RESPOND TO DISCOVERY. | | | |
| 2586507 | JMR | 650.00 | $65.00 | 0.1 |
| 2/7/2023 | BEGIN DRAFT AND PEPARE ANSWER TO YOGI'S SECOND AMENDED COMPLAINT. | | | |
| 2586772 | JMR | 650.00 | $520.00 | 0.8 |
| 2/8/2023 | ANALYSIS OF CORRESPONDENCE FROM TONY RE: COMPANY RECORDS FOR DISCOVERY | | | |
| 2586968 | DBG | 690.00 | $69.00 | 0.1 |
| 2/8/2023 | ANALYZE CHANGES FROM YOGI'S FIRST AMENDED COMPLAINT IN SECOND AMENDED COMPLIANT; BEGIN ANSWER TO YOGI'S SECOND AMENDED COMPLAINT. | | | |
| 2587060 | JMR | 650.00 | $1,560.00 | 2.4 |
| 2/10/2023 | ANALYSIS OF DOCUMENTS FROM COLIN RE: DISCOVERY RESPONSES | | | |
| 2587805 | DBG | 690.00 | $138.00 | 0.2 |
| 2/10/2023 | INITIAL REVIEW AND ANALYSIS OF E-MAIL FROM CLIENTS RE: DISCOVERY RESPONSES. | | | |
| 2587775 | JMR | 650.00 | $195.00 | 0.3 |
| 2/10/2023 | CONTINUE PREPARE ANSWER TO YOGI'S SECOND AMENDED CROSSCLAIMS. | | | |
| 2587788 | JMR | 650.00 | $2,405.00 | 3.7 |
| 2/10/2023 | REVIEW RE: SERVICE OF INFERNO DISCOVERY AND RESPONSE DATE FOR SAME. | | | |
| 2587891 | JMR | 650.00 | $65.00 | 0.1 |
| 2/10/2023 | REVIEW AND CONFIRM DEADLINE FOR RESPONDING TO YOGI'S SECOND AMENDED COUNTERCLAIMS; COMMS W/ JDG RE: SAME. | | | |
| 2587894 | JMR | 650.00 | $65.00 | 0.1 |
| 2/10/2023 | INFERNO ACTION - REVIEW DRAFT RESPONSES TO REQUESTS FOR PRODUCTION | | | |
| 2588756 | TMA | 650.00 | $260.00 | 0.4 |
| 2/13/2023 | CONTINUE PREPARE ANSWER TO YOGI'S SECOND AMENDED COMPLAINT. | | | |
| 2588086 | JMR | 650.00 | $845.00 | 1.3 |

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/6/2023 | Page # | 27 |
|---|---|---|---|---|
| CASE  #     9562 | | From Date | 11/1/2022 | |
| | | To Date | 10/31/2023 | |

2/13/2023   REVIEW AND ANALYSIS OF DOCS PRODUCED BY CLIENT IN PREPARATION FOR RESPONDING TO RFP SET ONE FROM INFERNO.

| 2588142 | JMR | 650.00 | $780.00 | 1.2 |
|---|---|---|---|---|

2/13/2023   REVIEW OF DOCS FROM CLIENT / DRAFT RESPONSES TO RFP SET ONE FROM INFERNO; INCLUDING RESPONSES RELATING TO E-MAILS BEING TURNED OVER TO CRESTLLOYD'S RECEIVER.

| 2588143 | JMR | 650.00 | $910.00 | 1.4 |
|---|---|---|---|---|

2/14/2023   ANALYSIS OF DOCUMENTS RE: NOTICE OF RULING RE: SANTOS ACTION IN STATE COURT

| 2588271 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

2/14/2023   ANALYSIS OF ORDER ON HANKEY'S MOTION TO DISMISS

| 2588322 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

2/14/2023   CONTINUE PREPARE RESPONSES TO REQUESTS FOR PRODUCTION SET ONE FROM INFERNO.

| 2588337 | JMR | 650.00 | $1,040.00 | 1.6 |
|---|---|---|---|---|

2/14/2023   CONTINUE REVIEW AND REIVSE ANSWER TO YOGI'S SECOND AMENDED COMPLAINT.

| 2588426 | JMR | 650.00 | $1,105.00 | 1.7 |
|---|---|---|---|---|

2/15/2023   REVIEW OF FILES AND DOCS TO DETERMINE WHETHER ADDITIONAL DOCUMENTS NEED BE PRODUCED IN RESPONSE TO INFERNO RFP SET ONE.

| 2588716 | JMR | 650.00 | $1,105.00 | 1.7 |
|---|---|---|---|---|

2/15/2023   CONTINUE DRAFT RESPONSES TO RFP SET ONE FROM INFERNO.

| 2588717 | JMR | 650.00 | $1,430.00 | 2.2 |
|---|---|---|---|---|

2/16/2023   STRATEGZIE RE: RESPONDING TO RFP FROM INFERNO AND POSITIONS OF ALL OTHER PARTIES CONCERNING THE SAME; COMMS W/ R. COY (COUNSEL FOR HILLDUN RE: SAME).

| 2588801 | JMR | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

2/16/2023   PHONE CALL W/ J. MOE (COUNSEL FOR YOGI) RE: ANSWER TO CROSS-CLAIMS / POTENTIAL SETTLEMENT OF ENGLANOFF DAUGHTERS / DISCUSSION RE: INFERNO'S DISCOVERY.

| 2588872 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

2/16/2023   FURTHER REVISIONS TO ANSWER TO YOGI'S CROSSCLAIMS.

| 2588972 | JMR | 650.00 | $1,105.00 | 1.7 |
|---|---|---|---|---|

2/17/2023   FURTHER REVIEW AND REVISIONS TO ANSWER TO YOGI'S SECOND AMENDED COMPLAINT.

| 2589102 | JMR | 650.00 | $780.00 | 1.2 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | 11/6/2023 | Page # | **28** |
|---|---|---|---|
| CASE # **9562** | **From Date** | **11/1/2022** | |
| | **To Date** | **10/31/2023** | |

2/20/2023   CONTINUE REVISE AND FINALIZE ANSWER TO YOGI'S SECOND AMENDED COMPLAINT.

| 2589229 | JMR | 650.00 | $1,170.00 | 1.8 |
|---|---|---|---|---|

2/20/2023   FURTHER RESEARCH RE: POTENTIAL AFFIRMATIVE DEFENSES AND AUTHORITY FOR
POSITION THAT BUYER'S BROKER'S REBATE IS NOT ESTATE PROPERTY,

| 2589235 | JMR | 650.00 | $845.00 | 1.3 |
|---|---|---|---|---|

2/21/2023   PREPARATION OF **DEFENDANT CRESTLLOYD LLC'S ANSWER TO COUNTERCLAIMANT YOGI
SECURITIES HOLDINGS, LLC'S SECOND AMENDED COUNTERCLAIM AND CROSSCLAIM**

| 2589503 | JK | 295.00 | $88.50 | 0.3 |
|---|---|---|---|---|

2/21/2023   REVIEW, REVISE, AND FINALIZE ANSWER TO COMPLAINT / COORDINATE FILING AND SERVICE
RE: SAME.

| 2589451 | JMR | 650.00 | $455.00 | 0.7 |
|---|---|---|---|---|

2/21/2023   PREPARATION OF PREPARE POS, FINALIZE DOCUMENTS, AND EFILE.

| 2589645 | RM | 195.00 | $58.50 | 0.3 |
|---|---|---|---|---|

2/23/2023   REVIEW OF DOCKET / STATUS OF MATTER AND ORDER GRANTING HANKEY'S MOTION TO
DISMISS.

| 2590143 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

2/23/2023   FURTHER STRATEGIZE RE: LEGAL POINTS AND AUTHORITIES TO ADVANCE POSITION ON
BUYER'S PREMIUM REBATE / CONDUCT ADDITIONAL RESEARCH RE; SAME.

| 2590154 | JMR | 650.00 | $1,430.00 | 2.2 |
|---|---|---|---|---|

2/23/2023   PREPARATION OF PREPARE PROOF OF SERVICE, ATTACH TO DOCUMENT, AND EFILE.

| 2591507 | RM | 195.00 | $39.00 | 0.2 |
|---|---|---|---|---|

2/24/2023   PREPARATION OF CORRESPONDENCE TO CLIENT RE: DISCOVERY RESPONSES

| 2590243 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

2/24/2023   STRATEGIZE W/ DBG RE: CLAIMS AGAINST NILE AND YOGI / OBTAINING FURTHER DOCUMENTS
FOR PRODUCTION.

| 2590258 | JMR | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

2/24/2023   FURTHER RESEARCH AND STRATEGIZE RE: AUTHORITY RE: BUYER'S PREMIUM REBATE NOT
BEING PROPERTY OF THE ESTATE.

| 2590359 | JMR | 650.00 | $910.00 | 1.4 |
|---|---|---|---|---|

2/27/2023   CONTINUE RESEARCH AND ANALYSIS OF WHETHER ESTATE CAN CLAIM INTEREST IN BUYER'S
PREMIUM REBATE.

| 2590869 | JMR | 650.00 | $1,170.00 | 1.8 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | 11/6/2023 | Page # | 29 |
|---|---|---|---|
| **CASE #  9562** | **From Date**  **To Date** | 11/1/2022  10/31/2023 | |

2/28/2023   REVIEW OF COURT'S ORDER RESETTING HEARING ON OBJECTION BY M. A. SMITH.

| 2590980 | JMR | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

2/28/2023   FURTHER RESEARCH AND ANALYSIS RE: AUTHORITY RE: WHETHER BUYER'S PREMIUM REBATE OWNED BY ESTATE.

| 2591181 | JMR | 650.00 | $1,430.00 | 2.2 |
|---|---|---|---|---|

3/2/2023   CONTINUE REVIEW CASES AND CONDUCT RESEARCH IN SUPPORT OF CONTENTION THAT BUYER'S PREMIUM REBATE NOT PROPERTY OF THE ESTATE.

| 2591842 | JMR | 650.00 | $910.00 | 1.4 |
|---|---|---|---|---|

3/3/2023   PHONE CALL W/ J. MOE RE: SETTLEMENT DISCUSSIONS; FOLLOW UP WITH SAME RE: PRIOR REQUEST FOR BANK STATEMENTS TO SUBSTANTIATE DAUGHTER'S CLAIMS RE: RECEIPT OF MONEY; MULTIPLE FOLLOW UP COMMUNICATIONS RE: SAME.

| 2591987 | JMR | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

3/3/2023   MULTIPLE FOLLOW UP COMMUNICATIONS W/ J. MOE RE: DOCUMENT REQUESTS RE: FUNDS TRANSFERRED TO ENGLANOFF DAUGHTERS AND POTENTIAL SETTLEMETN COMMUNICATIONS.

| 2592044 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

3/6/2023   ANALYSIS OF DOCUMENTS HANKEY ANSWER TO COMPLAINT

| 2593581 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

3/6/2023   REVIEW AND ANALYSIS OF HANKEY'S ANSEWR TO YOGI'S COUNTERCLAIM.

| 2593405 | JMR | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

3/7/2023   ANALYSIS OF DOCUMENTS RE: SECOND AMENDED COMPLAINT OF INFERNO

| 2593711 | DBG | 690.00 | $207.00 | 0.3 |
|---|---|---|---|---|

3/8/2023   REVIEW AND ANALYSIS OF INFERNO'S SECOND AMENDED COMPLAINT.

| 2593961 | JMR | 650.00 | $845.00 | 1.3 |
|---|---|---|---|---|

3/9/2023   REVIEW AND COMPARE INFERNO'S LATEST COMPLAINT (SECOND AMENDED) TO PRIOR COMPLAINT (FIRST AMENDED) AND STRATEGIZER E: ANSWER.

| 2594520 | JMR | 650.00 | $1,040.00 | 1.6 |
|---|---|---|---|---|

3/10/2023   ANALYSIS OF ISSUES RE: SETTLEMENT WITH INFERNO FAMILY AND DISCUSS

| 2594621 | DBG | 690.00 | $138.00 | 0.2 |
|---|---|---|---|---|

3/10/2023   BEGIN DRAFT ANSWER TO INFERNO'S SECOND AMENDED COMPLAINT.

| 2594601 | JMR | 650.00 | $1,105.00 | 1.7 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/6/2023** | **Page #** | **30** |
| **CASE #** **9562** | | **From Date** | | **11/1/2022** |
| | | **To Date** | | **10/31/2023** |

3/10/2023   COMMS FROM JOHN MOE RE: ADDITIONAL DOCS RE: CLAIMS AGAINST ENGLANOFF
DAUGHTERS; DRAFT STATUS UPDATE TO CLIENT RE: SAME; STRATEGIZE RE: NEXT STEPS AND
POTENTIAL MEDIATION WITH ALL PARTIES.

| 2594618 | JMR | 650.00 | $390.00 | 0.6 |
|---|---|---|---|---|

3/10/2023   ANALYSIS OF LITIGATION UPDATE RE INFERNO ACTION

| 2594483 | TMA | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

3/13/2023   INITIAL REVIEW AND ANALYSIS OF BINDER OF DOCS PRODUCED BY ENGLANOFF PARTIES RE:
DAUGHTERS' SETTLEMENT OFFERS.

| 2594815 | JMR | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

3/13/2023   MULTIPLE FOLLOW UP COMMS W/ COUNSEL FOR ENGLANOFF PARTIES / YOGI RE: POTENTIAL
SETTLEMENT OF CLAIMS AGAINST ENGLANOFF DAUGHTERS.

| 2594903 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

3/14/2023   FURTHER REVIEW AND ANALYSIS OF SECOND AMENDED COMPLAINT BY INFERNO AND
COMPARE TO PRIOR VERSIONS / STRATEGIZE RE: ANSWER.

| 2595461 | JMR | 650.00 | $780.00 | 1.2 |
|---|---|---|---|---|

3/15/2023   CONTINUE DRAFT ANSWER TO INFERNO'S SECOND AMENDED COMPLAINT.

| 2595503 | JMR | 650.00 | $1,495.00 | 2.3 |
|---|---|---|---|---|

3/17/2023   CONTINUE DRAFT AND REVISE ANSWER TO INFERNO'S SECOND AMENDED COMPLAINT.

| 2596446 | JMR | 650.00 | $455.00 | 0.7 |
|---|---|---|---|---|

3/20/2023   PREPARATION OF ANSWER TO COMPLAINT

| 2596709 | DBG | 690.00 | $207.00 | 0.3 |
|---|---|---|---|---|

3/20/2023   REVIEW, REVISE, FINALIZE AND COORDINATE FILING OF ANSWER TO INFERNO'S SECOND
AMENDED COMPLAINT.

| 2596584 | JMR | 650.00 | $520.00 | 0.8 |
|---|---|---|---|---|

3/23/2023   PREPARATION OF ANSWER TO COMPLAINT

| 2597590 | DBG | 690.00 | $138.00 | 0.2 |
|---|---|---|---|---|

3/23/2023   INFERNO ACTION - REVIEW *CRESTLLOYD LLCS ANSWER TO PLAINTIFF INFERNO INVESTMENT
INC.S SECOND AMENDED COMPLAINT*

| 2597422 | TMA | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

3/29/2023   INITIAL REVIEW AND ANALYSIS OF NEW MOTION TO DISMISS BROUGHT BY HANKEY CAPITAL.

| 2598539 | JMR | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | 11/6/2023 | **Page #** | **31** |
| **CASE #** | **9562** | **From Date** | | **11/1/2022** |
| | | **To Date** | | **10/31/2023** |

3/30/2023   ANALYSIS OF CORRESPONDENCE FROM J. BREGMAN RE: COMPLAINT AND CLAIMS RE: AUCTION HOUSE REBATE

| 2598647 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

3/30/2023   FURTHER STRATEGIZE W/ DBG RE: BUYER'S PREIMUM REBATE ISSUES AND WHETHER IT IS SUBJECT TO LIENS.

| 2598761 | JMR | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

4/4/2023   INITIAL REVIEW AND ANALYSIS OF YOGI'S RESPONSE TO INFERNO'S SECOND AMENDED COMPLAINT.

| 2599530 | JMR | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

4/10/2023   REVIEW OF DOCKET TEXT ORDERS FROM COURT RE: CONTINUED HEARING TO 5/11.

| 2601284 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

4/14/2023   PHONE CALL W/ J. MOE RE: SETTLEMENT DISCUSSIONS RE: ENGLANOFF DAUGHTERS.

| 2602682 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

4/21/2023   ANALYSIS OF ORDER SETTING STATUS CONFERENCE

| 2603902 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

4/21/2023   REVIEW OF ORDERS FROM JUDGE SALTZMAN RE: CONTINUED HEARING ON ADVERSARY PROCEEDING.

| 2603923 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

4/21/2023   REVIEW OF DOCUMENTATION PROVIDED BY J. MOE PURPORTING TO JUSTIFY PAYMENTS MADE TO ENGLANOFF DAUGHTERS' BY DEBTOR.

| 2603924 | JMR | 650.00 | $1,040.00 | 1.6 |
|---|---|---|---|---|

4/24/2023   ANALYSIS OF DOCUMENTS YOGI'S ANSWER TO COMPLAINT

| 2604456 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

4/25/2023   PREPARATION OF CORRESPONDENCE TO CLIENT RE: RESOLVING CLAIMS AGAINST JOE'S KIDS

| 2604576 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

4/25/2023   FURTHER REVIEW OF DOCS FROM JOHN MOE RE: TRANSFERS TO ENGLANOFF DAUGHTERS; UPDATE TO DBG RE: SAME.

| 2604555 | JMR | 650.00 | $390.00 | 0.6 |
|---|---|---|---|---|

5/2/2023   FOLLOW UP W/ DBG RE: PROPOSED SETTLEMENT AGREEMENT WITH ENGLANOFF DAUGHTERS.

| 2606409 | JMR | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/6/2023 | Page # | 32 |
|---|---|---|---|---|
| CASE #  9562 | | From Date | 11/1/2022 | |
| | | To Date | 10/31/2023 | |

| | | | | |
|---|---|---|---|---|
| 5/4/2023 | REVIEW AND ANALYSIS OF HANKEY CAPITAL'S REPLY IN SUPPORT OF INFERNO'S MOTION TO DISMISS. | | | |
| 2607346 | JMR | 650.00 | $260.00 | 0.4 |
| 5/4/2023 | STRATEGZIE W/ CLIENT RE: COUNTER-DEMAND TO SETTLEMENT OFFER BY ENGLANOFF DAUTHER DEFENDANTS. | | | |
| 2607575 | JMR | 650.00 | $130.00 | 0.2 |
| 5/5/2023 | DRAFT EMAIL TO JOHN MOE RE: COUNTEROFFER REGARDING CLAIMS AGAINST ENGLANOFF DAUGHTERS. | | | |
| 2607777 | JMR | 650.00 | $260.00 | 0.4 |
| 5/10/2023 | FOLLOW UP COMMS W/ COUNSEL FOR ENGLANOFF PARTIES RE: SETTLEMENT DISCUSSIONS RE: ENGLANOFF DAUGHTERS. | | | |
| 2608941 | JMR | 650.00 | $65.00 | 0.1 |
| 5/10/2023 | REVIEW OF JUDGE SALTZMAN'S TENTATIVE RULINGS IN ADVANCE OF UPCOMING HEARING; COORDIANTE W/ R. CARASCO RE: SAME. | | | |
| 2608969 | JMR | 650.00 | $195.00 | 0.3 |
| 5/10/2023 | PREPARATION FOR HEARING PREPARED FOR HEARING ON 5/11/23 BY REVIEWING ADVERSARY DOCKET AND RELATED PLEADINGS | | | |
| 2609231 | RMC | 450.00 | $450.00 | 1.0 |
| 5/11/2023 | REVIEW AND DEBRIEF RE: RESULTS OF HEARING ON HANKEY'S MOTION TO DISMISS INFERNO'S COMPLAINT. | | | |
| 2609270 | JMR | 650.00 | $130.00 | 0.2 |
| 5/11/2023 | REVIEW DOCKET ORDERS FROM J. SALTZMAN IN ADVERSARY AFTER HEARING AND STRATEGIZE RE: NEXT STEPS IN ADVERSARY ACTION. | | | |
| 2609315 | JMR | 650.00 | $195.00 | 0.3 |
| 5/11/2023 | APPEARANCE AT HEARING ATTENDED STATUS CONFERENCE HEARING ON 5/11/23 | | | |
| 2609232 | RMC | 450.00 | $450.00 | 1.0 |
| 5/19/2023 | REVIEW OF JUDGE SALTZMAN'S TENTATIVES IN ADVANCE OF CONTINUED HEARING ON MOTION TO DISMISS / ALL CONTINUED SCHEDULING CONFERENCES. | | | |
| 2610887 | JMR | 650.00 | $130.00 | 0.2 |
| 5/22/2023 | ANALYSIS OF COURT RULING DENYING MOTION TO DISMISS | | | |
| 2611331 | DBG | 690.00 | $69.00 | 0.1 |
| 5/22/2023 | TELEPHONICALLY ATTEND HEARING ON HANKEY'S MOTION TO DISMISS AND CONTINUED STATUS CONFERENCE BEFORE JUDGE SALTZMAN. | | | |
| 2610919 | JMR | 650.00 | $390.00 | 0.6 |

**Crestlloyd LLC**

**CASE #     9562**

11/6/2023          Page #        **33**

**From Date          11/1/2022**
**To Date           10/31/2023**

| Date | Description | | | |
|---|---|---|---|---|
| 5/24/2023 | CALL W/ J. MOE RE: POTENTIAL MEDIATION AND SETTLEMENT DISCUSSIONS RE: ENGLANOFF DAUGHTERS. | | | |
| 2611804 | JMR | 650.00 | $195.00 | 0.3 |
| 5/25/2023 | STRATEGIZE RE: COUNTER-OFFER TO SETTLEMENT OFFER FROM ENGLANOFF DAUGHTERS; FURTHER COMMS W/ J. MOE RE: PARTICIPATING IN A GLOBAL MEDIATION. | | | |
| 2611951 | JMR | 650.00 | $195.00 | 0.3 |
| 5/26/2023 | STRATEGIZE RE: PURSUING CLAIMS THROUGH TO MEDIATION AND WHAT ADDITIONAL LIMITED DISCOVERY WOULD BE NECESSARY IN ADVANCE OF SAME; STRATEGIZE RE: COUNTER OFFER TO ENGLANOFF DAUGHTERS. | | | |
| 2612257 | JMR | 650.00 | $325.00 | 0.5 |
| 6/2/2023 | REVIEW AND ANALYSIS OF MOTION TO VIEW EVIDENCE IN CAMERA; STRATEGIZE RE: RESPONSE TO SAME. | | | |
| 2613971 | JMR | 650.00 | $260.00 | 0.4 |
| 6/6/2023 | REVIEW OF RESPONSE TO REQUEST FOR IN CAMERA HEARING. | | | |
| 2615087 | JMR | 650.00 | $65.00 | 0.1 |
| 6/7/2023 | FURTHER STRATEGIZE RE: RESPONSE TO OFFER OF SETTLEMENT BY J. MOE. | | | |
| 2615285 | JMR | 650.00 | $195.00 | 0.3 |
| 6/16/2023 | DRAFT SETTLEMENT OFFER TO J. MOE RE: ENGLANOFF DAUGHTERS. | | | |
| 2617468 | JMR | 650.00 | $130.00 | 0.2 |
| 6/16/2023 | PHONE CALL FROM J. MOE RE: STATUS OF MEDIATION COORDINATION AND INFORMAL DISCOVERY EFFORTS. | | | |
| 2617484 | JMR | 650.00 | $130.00 | 0.2 |
| 6/16/2023 | REVIEW OF DOCKET IN CONNECTION WITH HEARING ON MOTION TO VIEW EVIDENCE IN CAMERA / DETERMINE IF ANY OTHER PAPERS FILED. | | | |
| 2617493 | JMR | 650.00 | $65.00 | 0.1 |
| 6/21/2023 | REVIEW TENTATIVE RULINGS IN ADVANCE OF HEARING ON "MOTION TO REVIEW EVIDENCE IN CAMERA". | | | |
| 2618556 | JMR | 650.00 | $65.00 | 0.1 |
| 6/22/2023 | REVIEW PAPERS IN PREPARATION FOR HEARING ON "MOTION TO REVIEW EVIDENCE IN CAMERA." | | | |
| 2618557 | JMR | 650.00 | $195.00 | 0.3 |
| 6/22/2023 | TELEPHONICALLY ATTEND HEARING ON "MOTION TO REVIEW EVIDENCE IN CAMERA." | | | |
| 2618578 | JMR | 650.00 | $390.00 | 0.6 |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| Crestlloyd LLC | | 11/6/2023 | **Page #** | **34** |
| CASE # | 9562 | **From Date** | | **11/1/2022** |
| | | **To Date** | | **10/31/2023** |

6/27/2023   ANALYSIS OF ORDER DENYING HANKEY MOTION TO DISMISS COMPLAINT

| | | | | |
|---|---|---|---|---|
| 2620186 | DBG | 690.00 | $69.00 | 0.1 |

6/27/2023   REVIEW AND ANALYSIS OF ORDER DENYING HANKEY'S MOTION TO DISMISS INFERNO'S SAC.

| | | | | |
|---|---|---|---|---|
| 2619480 | JMR | 650.00 | $65.00 | 0.1 |

7/11/2023   PHONE CALL W/ J. MOE, COUNSEL FOR ENGLANOFFS RE: FURTHER SETTLEMENT
DISCUSSIONS.

| | | | | |
|---|---|---|---|---|
| 2624112 | JMR | 650.00 | $130.00 | 0.2 |

7/12/2023   ANALYSIS OF CORRESPONDENCE FROM JOHN MOE RE: SETTLEMENT OF KIDS CLAIMS

| | | | | |
|---|---|---|---|---|
| 2624177 | DBG | 690.00 | $69.00 | 0.1 |

7/12/2023   STATUS UPDATE TO CLIENTS RE: ENGLANOFF SETTLEMENT OFFER / POTENTIAL MEDIATION.

| | | | | |
|---|---|---|---|---|
| 2624115 | JMR | 650.00 | $130.00 | 0.2 |

7/21/2023   COMMS W/ OPPOSING COUNSEL J. MOE RE: SETTLEMENT OF CLAIMS AGAINST ENGLANOFF
DAUGHTERS.

| | | | | |
|---|---|---|---|---|
| 2626546 | JMR | 650.00 | $130.00 | 0.2 |

7/24/2023   PHONE CALL W/ J. MOE RE: FURTHER SETTLEMENT DISCUSSIONS.

| | | | | |
|---|---|---|---|---|
| 2627229 | JMR | 650.00 | $195.00 | 0.3 |

7/24/2023   STRATEGIZE RE: NEXT STEPS IN DISPUTE WITH YOGI / ENGLANOFF PARTIES (RE: RE-SALE OF
HILLCREST PROPERTY FOR $9M PROFIT).

| | | | | |
|---|---|---|---|---|
| 2627345 | JMR | 650.00 | $130.00 | 0.2 |

7/27/2023   BEGIN DRAFT SETTLEMENT AGREEMENT W/ ENGLANOFF DAUGHTERS.

| | | | | |
|---|---|---|---|---|
| 2628753 | JMR | 650.00 | $455.00 | 0.7 |

8/1/2023   REVIEW OF FILING BY E. SCHWAGERL; STRATEGIZE RE: RESPONSE TO SAME W/ DBG.

| | | | | |
|---|---|---|---|---|
| 2630347 | JMR | 650.00 | $130.00 | 0.2 |

8/1/2023   CONTINUE DRAFT SETTLEMENT AGREEMENT FOR ENGLANOFF DAUGHTERS / 9019 MOTION.

| | | | | |
|---|---|---|---|---|
| 2630510 | JMR | 650.00 | $325.00 | 0.5 |

8/2/2023   CONTINUE DRAFT SETTLEMENT AGREEMENT W/ ENGLANOFF DAUGHTERS.

| | | | | |
|---|---|---|---|---|
| 2630958 | JMR | 650.00 | $325.00 | 0.5 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC**

**CASE #**    **9562**

11/6/2023      Page #      **35**

**From Date**      **11/1/2022**
**To Date**        **10/31/2023**

8/3/2023   BEGIN PREPARE 9019 MOTION FOR SETTLEMENT WITH ENGLANOFF DAUGHTERS.

| 2631303 | JMR | 650.00 | $845.00 | 1.3 |

8/4/2023   CONTINUE PREPARE 9019 MOTION AS TO ENGLANOFF DAUGHTERS.

| 2631451 | JMR | 650.00 | $780.00 | 1.2 |

8/8/2023   CONTINUE DRAFT AND REVISE SETTLEMENT AGREEMENT WITH ENGLANOFF DAUGHTERS.

| 2632849 | JMR | 650.00 | $455.00 | 0.7 |

8/9/2023   ANALYSIS OF DOCUMENTS RE: ENGLANOFF SETTLEMENT DOCUMENTS DRAFT

| 2633169 | DBG | 690.00 | $69.00 | 0.1 |

8/9/2023   CONTINUE DRAFT SETTLEMENT AGREEMENT W/ ENGLANOFF DAUGHTERS; EMAIL TO JOHN MOE RE: SAME AND STATUS OF POTENTIAL GLOBAL MEDIATION.

| 2633141 | JMR | 650.00 | $780.00 | 1.2 |

8/10/2023   BEGIN DRAFT 9019 MOTION RE: ENGLANOFF DAUGHTERS.

| 2633542 | JMR | 650.00 | $520.00 | 0.8 |

8/11/2023   CONTINUE PREPARE 9019 MOTION FOR SETTLEMENT W/ ENGLANOFF DAUGHTERS.

| 2633816 | JMR | 650.00 | $845.00 | 1.3 |

8/11/2023   FOLLOW UP COMMS W/ JOHN MOE RE: POTENTIAL MEDIATION.

| 2633817 | JMR | 650.00 | $65.00 | 0.1 |

8/14/2023   REVIEW OF DOCKET / STRATEGIZE RE: UPCOMING HEARING ON STATUS OF ADVERSARY PROCEEDINGS; STRATEGIZE RE; POTENTIAL MEDIATION.

| 2634414 | JMR | 650.00 | $390.00 | 0.6 |

8/15/2023   MULTIPLE COMMUNICATIONS W/ J. MOE RE: SETTLEMENT DISCUSSIONS CONCERNING ENGLANOFF DAUGHTERS.

| 2634292 | JMR | 650.00 | $195.00 | 0.3 |

8/18/2023   FURTHER REVIEW AND ANLAYSIS OF REVISIONS TO SETTLEMENT AGREEMENT BY ENGLANOFF DAUGHTERS.

| 2635157 | JMR | 650.00 | $195.00 | 0.3 |

8/28/2023   REVIEW OF COMMS RE: FROM JOHN MOE RE: POTENTIAL SETTLEMENT AND MEDIATION.

| 2637373 | JMR | 650.00 | $130.00 | 0.2 |

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | | 11/6/2023 | Page # | 36 |
|---|---|---|---|---|---|
| CASE #  9562 | | | From Date | | 11/1/2022 |
| | | | To Date | | 10/31/2023 |

8/29/2023   ANALYSIS OF CORRESPONDENCE RE: PROCEEDING WITH DEFAULT AGAINST NIAMI

| 2637551 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

8/29/2023   PHONE CALL W/ J. MOE RE: STATUS OF SETTING MEDIATION AND FURTHER DOCUMENTS
NEEDED FROM YOGI PARTIES RE: HILLCREST PROPERTY

| 2637374 | JMR | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

8/29/2023   PREPARE FOR AND TELEPHONICALLY ATTEND STATUS CONFERENCE HEARING BEFORE J.
SALTZMAN.

| 2637450 | JMR | 650.00 | $325.00 | 0.5 |
|---|---|---|---|---|

8/29/2023   REVIEW OF DOCKET AND NIAMI ANSWER TO DETERMINE WHETHER YVONNE / N:
PHILANTHROPY HAD FILED A RESPONSE; STRATEGIZE RE: DEFAULT W/ DBG.

| 2637465 | JMR | 650.00 | $195.00 | 0.3 |
|---|---|---|---|---|

8/29/2023   COORDINATE RE: TAKING DEFAULTS IN CRESTLLOYD ADVERSARY FOR YVONNE NIAMI
RELATED PARTIES.

| 2637489 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

8/31/2023   ANALYSIS OF CRESTLLOYD'S CROSS-COMPLAINT AND DOCKET FOR PURPOSES OF
REQUESTING DEFAULT AGAINST DEFENDANTS.

| 2641151 | RMC | 450.00 | $450.00 | 1.0 |
|---|---|---|---|---|

9/5/2023   FOLLOW UP W/ R. CARASO RE: DEFAULTS FOR Y. NIAMI RELATED PARTIES.

| 2640432 | JMR | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

9/6/2023   REVIEW OF ISSUES PERTAINING TO SERVICE AND DEFAULT OF CROSS-CLAIMS AGAINST
YVONNE NIAMI AND N:PHILANTHROPY LLC; STRATEGIZE RE: SERVING ALIAS SUMMONS;
COORDINATE W/ R. CARRASCO RE: SAME.

| 2640759 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

9/6/2023   ANALYSIS OF PROPER SERVICE OF YVONNE NIAMI AND N:PHILANTHROPY FOR PURPOSES OF
ENTERING DEFAULT.

| 2647806 | RMC | 450.00 | $495.00 | 1.1 |
|---|---|---|---|---|

9/6/2023   PREPARATION OF ALIAS SUMMONS FOR YVONENE AND N: PHILANTHROPY.

| 2647808 | RMC | 450.00 | $405.00 | 0.9 |
|---|---|---|---|---|

9/7/2023   PREPARATION OF EMAIL TO STAFF RE REQUEST FOR ALIAS SUMMONS.

| 2647825 | RMC | 450.00 | $90.00 | 0.2 |
|---|---|---|---|---|

9/8/2023   REVIEW OF CHANGES TO DRAFT SETTLEMENT W/ ENGALNOFF DAUGHTERS AND LETTER
FOREGOING NECESSITY OF ALL FUTURE SUBPOENAS TO THE DAUGHTERS; COMMS W/
OPPOSING COUNSEL J. MOE RE: SAME; COORDINATE W/ RMC RE: DRAFTING 9019 MOTION.

| 2641807 | JMR | 650.00 | $325.00 | 0.5 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/6/2023 | Page # | **37** |
|---|---|---|---|---|
| CASE #   9562 | | From Date | | 11/1/2022 |
| | | To Date | | 10/31/2023 |

9/11/2023   REVIEW OF FURTHER COMMS FROM J. MOE RE: FINALIZING SETTLEMENT WITH ENGLANOFF DAUGHTERS; STRATEGIZE RE: ADDITIONAL CLAIMS AGAINST YOGI TO ATTEMPT TO MEDIATE.

| 2642295 | JMR | 650.00 | $260.00 | 0.4 |
|---|---|---|---|---|

9/12/2023   FURTHER COMMS W/ JOHN MOE RE: SETTLEMENT OF CLAIMS AGAINST ENGLANOFF DAUGHTERS' COMPLAINT.

| 2642506 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

9/12/2023   EMAIL EXCHANGE WITH JMR RE ALIAS SUMMONS.

| 2647892 | RMC | 450.00 | $45.00 | 0.1 |
|---|---|---|---|---|

9/13/2023   CALL W/ J. MOE RE: ENGLANOFF DAUGHTERS' SETTLEMENT AND MOVING FORWARD WITH MEDIATION.

| 2643028 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

9/13/2023   PREPARE FOR AND ATTEND CONTINUED STATUS CONFERENCE HEARING BEFORE JUDGE SALTZMAN.

| 2643030 | JMR | 650.00 | $325.00 | 0.5 |
|---|---|---|---|---|

9/14/2023   PREPARATION OF EXECUTED SUMMONS

| 2643457 | JK | 295.00 | $206.50 | 0.7 |
|---|---|---|---|---|

9/14/2023   STRATEGIZE W/ RMC RE: TIMING FOR BRINGING DEFAULTS AGAINST Y. NIAMI AND N: PHILANTHROPY LLC IN THE EVENT OF NO RESPONSE TO CROSS-CLAIMS; COORDINATE RE: SAME

| 2643621 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

9/14/2023   PREPARATION OF SUMMONS SERVICE EXECUTED FOR YVONNE AND N: PHILANTHROPY LLC.

| 2647926 | RMC | 450.00 | $360.00 | 0.8 |
|---|---|---|---|---|

9/14/2023   EMAIL EXCHANGE WITH JMR RE: STATUS REPORT FOR STATUS CONFERENCE.

| 2647938 | RMC | 450.00 | $90.00 | 0.2 |
|---|---|---|---|---|

9/15/2023   PREPARATION OF 9019 MOTION WITH ENGLANOFF DAUGHTERS.

| 2647953 | RMC | 450.00 | $1,665.00 | 3.7 |
|---|---|---|---|---|

9/20/2023   FOLLOW UP W/ J. MOE RE: EXECUTION OF SETTLEMENT W/ ENGLANOFF DAUGHTERS.

| 2644636 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

9/21/2023   ANALYSIS OF DOCUMENTS RE: SETTLEMENT WITH ENGLANOFF KIDS

| 2645279 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/6/2023 | Page # | 38 |
| CASE #   9562 | | From Date | | 11/1/2022 |
| | | To Date | | 10/31/2023 |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 9/21/2023 | COMMS W/ J. MOE RE: COORDINATING SETTLEMENT W/ ENGLANOFF DAUGHTERS; STATUS UPDATE TO CLIENT RE: SAME. | | | | |
| 2645166 | JMR | 650.00 | $195.00 | 0.3 | |
| 9/22/2023 | COORDINATE EXECUTION OF FINAL SETLTEMENT W/ ENGLANOFF DAUGHTERS; COMMS W/ J. MOE RE: SAME. | | | | |
| 2645449 | JMR | 650.00 | $65.00 | 0.1 | |
| 9/22/2023 | REVIEW OF DRAFT 9019 MOTION. | | | | |
| 2645483 | JMR | 650.00 | $195.00 | 0.3 | |
| 9/26/2023 | REVIEW AND REVISE 9019 MOTION. | | | | |
| 2646193 | JMR | 650.00 | $455.00 | 0.7 | |
| 9/28/2023 | REVISIONS TO 9019 MOTION AND ALL SUPPORTING DOCUMENTS RE: SETTLEMENT W/ ENGLANOFF DAUGHTERS (NOTICE, MOTION, AND DECLARATION); STRATEGIZE W/ RMC RE: FILING. | | | | |
| 2646831 | JMR | 650.00 | $455.00 | 0.7 | |
| 9/28/2023 | EMAIL TO JOHN MOE RE: FILING OF 9019 MOTION AND WHETHER ANY ORDERS ISSUED BY J. BLUEBOND IN CONNECTION WITH UPCOMING MEDIATION. | | | | |
| 2646832 | JMR | 650.00 | $65.00 | 0.1 | |
| 9/28/2023 | PREPARATION OF STIPULATION TO DISMISS DEFENDANTS. | | | | |
| 2648178 | RMC | 450.00 | $360.00 | 0.8 | |
| 9/28/2023 | REVIEW AND REVISE 9019 MOTION. | | | | |
| 2648200 | RMC | 450.00 | $495.00 | 1.1 | |
| 9/28/2023 | EMAIL EXCHANGE WITH JMR RE STIPULATION TO DISMISS ENGLANOFF DEFENDANTS. | | | | |
| 2651171 | RMC | 450.00 | $45.00 | 0.1 | |
| 10/2/2023 | REVIEW OF FINALIZED PACKAGE OF DOCS FOR 9019 MOTION RE: SETTLEMENT WITH ENGLANOFF DAUGHTERS. | | | | |
| 2648697 | JMR | 650.00 | $195.00 | 0.3 | |
| 10/12/2023 | COMMS W/ J. MOE RE: PENDING MEDIATION BEFORE JUDGE BLUEBOND. | | | | |
| 2652339 | JMR | 650.00 | $65.00 | 0.1 | |
| 10/13/2023 | ANALYSIS OF CORRESPONDENCE FROM J. MOE RE: MEDIATION | | | | |
| 2652431 | DBG | 690.00 | $69.00 | 0.1 | |

**DETAILED ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| **Crestlloyd LLC** | | **11/6/2023** | **Page #** | **39** |
| **CASE #** | **9562** | **From Date** | | **11/1/2022** |
| | | **To Date** | | **10/31/2023** |

10/13/2023    TELEPHONE CONFERENCE W/ CLIENT RE: SECURED PARTY LITIGATION AND PREPARING FOR MEDIATION

| 2652432 | DBG | 690.00 | $207.00 | 0.3 |
|---|---|---|---|---|

10/13/2023    ATTEND TO MEDIATION ISSUES RE: SECURED CREDITOR LITIGATION

| 2652504 | DBG | 690.00 | $345.00 | 0.5 |
|---|---|---|---|---|

10/13/2023    COMMUNICATIONS W/ J. MOE RE: ATTENDING MEDIATION AND NEW DATES.

| 2652478 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

10/16/2023    RESOLVE ISSUES PERTAINING TO FILING OF DEFAULT AGAINST Y. NIAMI; COORDINATE W/ RMC RE: SAME.

| 2652660 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

10/16/2023    EMAILS WITH ANDRE SMITH RE 9019 MOTION ADVERSARY RE LIENS ON SALE PROCEEDS AND AVOIDANCE ACTIONS

| 2652662 | TMA | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

10/17/2023    RESPOND TO PRO SE LITIGANT A. SMITH RE: REQUEST FOR 9019 DOCUMENTS.

| 2652916 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

10/17/2023    REVIEW OF ECF 235 RE: NO ENTRY OF DEFAULT; COORDINATE W/ RMC RE: DECLARATION UNDER LBR 7055-1(A)

| 2653160 | JMR | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/19/2023    REVIEW OF DOCKET / COORDINATE PREPARATION OF NON-OPPOSITION NOTICE RE: 9019 MOTION FOR ENGLANOFF DAUGHTERS.

| 2653491 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

10/19/2023    REVISE DECLARATION TO ACCOMPANY REQUEST FOR ENTRY OF DEFAULT AGAINST Y. NIAMI AND N: PHILANTHROPY LLC.

| 2653677 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

10/20/2023    REVIEW AND REVISE PROPOSED ORDER ON 9019 MOTION.

| 2653768 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

10/23/2023    ANALYSIS OF COURT ORDER APPROVING COMPROMISE WITH DAUGHTERS

| 2654912 | DBG | 690.00 | $69.00 | 0.1 |
|---|---|---|---|---|

10/23/2023    REVIEW OF COURT'S ORDER APPROVING 9019 MOTION WITH ENGLANOFF DAUGHTERS; EMAIL TO OPPOSING COUNSEL J. MOE RE: ARRANGING FOR PAYMENT.

| 2654229 | JMR | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

**DETAILED ACTIVITIES**

| Crestlloyd LLC | | 11/6/2023 | Page # | 40 |
|---|---|---|---|---|
| CASE # 9562 | | From Date | | 11/1/2022 |
| | | To Date | | 10/31/2023 |

10/30/2023    COMMS W/ COUNSEL FOR YOGI, JOHN MOE, RE: MEDIATION LOGISTICS.

| 2655786 | JMR | 650.00 | $65.00 | 0.1 |
|---|---|---|---|---|

10/30/2023    REVIEW OF ALL ADDITIONAL ISSUES TO RAISE AT "SECOND" MEDIATION BEFORE JUDGE BLUEBOND ON ISSUES THAT DO NOT INVOLVE THE SECURED CREDITOR DISPUTE OVER THE SALE OF ARIOLE PROPERTY STRATEGIZE W/ DBG RE: SAME.

| 2655838 | JMR | 650.00 | $325.00 | 0.5 |
|---|---|---|---|---|

10/31/2023    RESEARCH AND ANALYSIS OF ISSUES FOR MEDIATION RE: ADVERSARY

| 2655894 | DBG | 690.00 | $552.00 | 0.8 |
|---|---|---|---|---|

10/31/2023    FOLLOW UP COMMS RE: UP COMING MEDIATION; STRATEGZIE RE: ADDITIONAL CLAIMS TO RAISE FOR JUDGE BLUEBOND FOR MEDIATION "PHASE 2"

| 2656159 | JMR | 650.00 | $130.00 | 0.2 |
|---|---|---|---|---|

| | | **Total** | **$91,138.50** | **149.4** |
|---|---|---|---|---|

# INDIVIDUAL ACTIVITIES

11/6/2023        Page        1

**Crestlloyd LLC**
**CASE  #     9562**

### SERVICE RENDERED FROM    11/1/2022        THROUGH    10/31/2023

#### 02 - ASSET DISPOSITION

| | | | |
|---|---|---|---|
| DBG | 0.2 | 650.00 | $130.00 |
| DBG | 1.3 | 690.00 | $897.00 |
| TMA | 0.1 | 620.00 | $62.00 |
| TMA | 0.2 | 650.00 | $130.00 |
| **Total Hours** | **1.8** | **Total Fees** | **$1,219.00** |

# INDIVIDUAL ACTIVITIES

11/6/2023          Page          2

**Crestlloyd LLC**
**CASE  #     9562**

**SERVICE RENDERED FROM     11/1/2022          THROUGH     10/31/2023**

### 04 - CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| DBG | 1.2 | 650.00 | $780.00 |
| DBG | 6.8 | 690.00 | $4,692.00 |
| JDG | 0.9 | 350.00 | $315.00 |
| LC | 0.8 | 250.00 | $200.00 |
| LC | 7.2 | 295.00 | $2,124.00 |
| LM | 0.1 | 295.00 | $29.50 |
| RM | 1.2 | 195.00 | $234.00 |
| RM | 1.7 | 295.00 | $501.50 |
| SR | 0.3 | 250.00 | $75.00 |
| TMA | 3.4 | 620.00 | $2,108.00 |
| TMA | 3.9 | 650.00 | $2,535.00 |
| **Total Hours** | **27.5** | **Total Fees** | **$13,594.00** |

# INDIVIDUAL ACTIVITIES

11/6/2023    Page    3

**Crestlloyd LLC**
**CASE  #    9562**

### SERVICE RENDERED FROM    11/1/2022    THROUGH    10/31/2023

#### 05 - CLAIMS ADMIN. AND OBJECTIONS

| | | | |
|---|---|---|---|
| DBG | 0.1 | 650.00 | $65.00 |
| DBG | 0.1 | 690.00 | $69.00 |
| TMA | 0.6 | 620.00 | $372.00 |
| **Total Hours** | **0.8** | **Total Fees** | **$506.00** |

# INDIVIDUAL ACTIVITIES

11/6/2023        **Page**        **4**

**Crestlloyd LLC**
**CASE # 9562**

**SERVICE RENDERED FROM   11/1/2022   THROUGH   10/31/2023**

### 07  -  FEE / EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| DBG | 1.9 | 650.00 | $1,235.00 |
| DBG | 1.1 | 690.00 | $759.00 |
| JDG | 7.6 | 350.00 | $2,660.00 |
| LM | 0.4 | 250.00 | $100.00 |
| SR | 0.8 | 250.00 | $200.00 |
| TMA | 2.1 | 620.00 | $1,302.00 |
| TMA | 2.3 | 650.00 | $1,495.00 |
| **Total Hours** | **16.2** | **Total Fees** | **$7,751.00** |

# INDIVIDUAL ACTIVITIES

11/6/2023    Page    5

**Crestlloyd LLC**
**CASE #    9562**

**SERVICE RENDERED FROM    11/1/2022    THROUGH    10/31/2023**

### 12 - PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| DBG | 0.4 | 690.00 | $276.00 |
| TMA | 0.2 | 650.00 | $130.00 |
| **Total Hours** | **0.6** | **Total Fees** | **$406.00** |

# INDIVIDUAL ACTIVITIES

11/6/2023      Page      6

**Crestlloyd LLC**
**CASE  #    9562**

**SERVICE RENDERED FROM    11/1/2022    THROUGH    10/31/2023**

### 20 - OTHER LITIGATION

| | | | |
|---|---|---|---|
| DBG | 2.1 | 650.00 | $1,365.00 |
| DBG | 7.0 | 690.00 | $4,830.00 |
| JDG | 6.3 | 350.00 | $2,205.00 |
| JK | 1.0 | 295.00 | $295.00 |
| JMR | 25.1 | 620.00 | $15,562.00 |
| JMR | 82.8 | 650.00 | $53,820.00 |
| LM | 0.8 | 250.00 | $200.00 |
| RM | 0.5 | 195.00 | $97.50 |
| RMC | 12.0 | 450.00 | $5,400.00 |
| TMA | 10.2 | 620.00 | $6,324.00 |
| TMA | 1.6 | 650.00 | $1,040.00 |
| **Total Hours** | **149.4** | **Total Fees** | **$91,138.50** |

# PROFESSIONAL ACTIVITY SUMMARY

**Crestlloyd LLC**                                    **11/6/2023**

**CASE  #  9562**

                          **From Date**   **11/1/2022**
                          **To Date**    **10/31/2023**

| | | | | |
|---|---|---|---|---|
| **DBG** | 5.5 | Hours @ | 650.00 | $3,575.00 |
| **DBG** | 16.7 | Hours @ | 690.00 | $11,523.00 |
| **JDG** | 14.8 | Hours @ | 350.00 | $5,180.00 |
| **JK** | 1.0 | Hours @ | 295.00 | $295.00 |
| **JMR** | 25.1 | Hours @ | 620.00 | $15,562.00 |
| **JMR** | 82.8 | Hours @ | 650.00 | $53,820.00 |
| **LC** | 0.8 | Hours @ | 250.00 | $200.00 |
| **LC** | 7.2 | Hours @ | 295.00 | $2,124.00 |
| **LM** | 1.2 | Hours @ | 250.00 | $300.00 |
| **LM** | 0.1 | Hours @ | 295.00 | $29.50 |
| **RM** | 1.7 | Hours @ | 195.00 | $331.50 |
| **RM** | 1.7 | Hours @ | 295.00 | $501.50 |
| **RMC** | 12.0 | Hours @ | 450.00 | $5,400.00 |
| **SR** | 1.1 | Hours @ | 250.00 | $275.00 |
| **TMA** | 16.4 | Hours @ | 620.00 | $10,168.00 |
| **TMA** | 8.2 | Hours @ | 650.00 | $5,330.00 |

**Total Hours**      196.3                    **Total Fees**    $114,614.50

# ACTIVITY SUMMARY

**Crestlloyd LLC**

**CASE # 9562**

11/6/2023

| From Date | 11/1/2022 |
|---|---|
| To Date | 10/31/2023 |

| DESCRIPTION | FEES |
|---|---|
| ASSET DISPOSITION | $1,219.00 |
| CASE ADMINISTRATION | $13,594.00 |
| CLAIMS ADMIN. AND OBJECTIONS | $506.00 |
| FEE / EMPLOYMENT | $7,751.00 |
| PLAN AND DISCLOSURE | $406.00 |
| OTHER LITIGATION | $91,138.50 |
| TOTAL FEES | $114,614.50 |

**EXHIBIT B**

# COSTS BREAKDOWN

11/6/2023

**Crestlloyd LLC**
**CASE #   9562**

**From Date** 11/1/2022
**To Date** 10/31/2023

| Date | Description | Amount |
|---|---|---|
| 11/30/2022 | POSTAGE | 92.69 |
| 11/30/2022 | REPRODUCTION COSTS | 191.00 |
| 12/30/2022 | POSTAGE | 2.01 |
| 12/31/2022 | REPRODUCTION COSTS | 8.80 |
| 11/30/2022 | WESTLAW RESEARCH | 849.59 |
| 11/30/2022 | WESTLAW RESEARCH | 247.00 |
| 1/6/2023 | PARKING | 14.00 |
| 1/31/2023 | POSTAGE | 41.76 |
| 1/31/2023 | REPRODUCTION COSTS | 204.80 |
| 2/28/2023 | POSTAGE | 20.16 |
| 2/28/2023 | REPRODUCTION COSTS | 81.80 |
| 1/19/2023 | PARKING | 17.60 |
| 12/31/2022 | COURT RESEARCH   PACER | 47.90 |
| 2/28/2023 | WESTLAW RESEARCH | 45.04 |
| 2/28/2023 | WESTLAW RESEARCH | 436.05 |
| 3/31/2023 | POSTAGE | 20.16 |
| 3/31/2023 | REPRODUCTION COSTS | 73.20 |
| 4/30/2023 | REPRODUCTION COSTS | 2.80 |
| 5/31/2023 | REPRODUCTION COSTS | 7.40 |
| 4/14/2023 | UCC SEARCH | 44.75 |
| 7/31/2023 | POSTAGE | 73.71 |
| 7/31/2023 | REPRODUCTION COSTS | 337.20 |
| 6/30/2023 | COURT RESEARCH   PACER | 15.30 |
| 8/31/2023 | POSTAGE | 21.32 |
| 8/31/2023 | REPRODUCTION COSTS | 73.00 |
| 9/15/2023 | FEDERAL EXPRESS | 24.45 |
| 9/30/2023 | POSTAGE | 0.87 |
| 9/30/2023 | REPRODUCTION COSTS | 4.60 |
| 3/31/2023 | COURT RESEARCH   PACER | 29.20 |

# COSTS BREAKDOWN

**11/6/2023**

**Crestlloyd LLC**

**CASE #   9562**

**From Date**  11/1/2022

**To Date**  10/31/2023

| 10/31/2023 | POSTAGE | 127.38 |
| 10/31/2023 | REPRODUCTION COSTS | 383.40 |

# COSTS SUMMARY

11/6/2023

**Crestlloyd LLC**
**FILEE #  9562**

**From Date**  11/1/2022
**To Date**  10/31/2023

| | |
|---|---:|
| REPRODUCTION COSTS | 1,368.00 |
| FEDERAL EXPRESS | 24.45 |
| COURT RESEARCH   PACER | 92.40 |
| PARKING | 31.60 |
| POSTAGE | 400.06 |
| UCC SEARCH | 44.75 |
| WESTLAW RESEARCH | 1,577.68 |
| **TOTAL COSTS** | **$3,538.94** |

**EXHIBIT C**




LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES

## Professional Resume

**PROFESSIONAL POSITIONS**

1995 to Present: Co-founder and counsel to Levene, Neale, Bender, Yoo & Brill L.L.P., a nationally recognized business reorganization, commercial litigation and bankruptcy law firm. Also Mr. Levene is the founder of Levene Mediation, an alternative dispute resolution firm specializing in mediation. Mr. Levene has developed over the years a reputation of being a peacemaker, creative problem solver and someone adept at bringing parties and professionals together to reach agreed resolution and thereby avoid or curtailing the time, expense and turmoil associated with litigation.

1983 to 1995: Founder of Levene & Eisenberg, P.C., a law firm also specializing in matters of business reorganization, commercial litigation and bankruptcy.

1974 to 1983: Shareholder with BuchalterNemer, a full service law firm with a commercial law and bankruptcy section.

**HONORS**

Multiple inclusions in the Los Angeles Business Journal listing of "100 Most Prominent Business Attorneys."
Regularly listed as a "Super Lawyer" in the annual peer review surveys.
Designated "AV Preeminent" in Martindale-Hubbell.

**EDUCATION**

Loyola University School of Law, J.D.
University of Southern California, M.B.A., Finance & Marketing
University of Southern California, B.S., Business Administration

**BAR ADMISSIONS**

State Bar of California
United States District Court for the Northern District of California
United States District Court for the Central District of California
United States District Court for the Eastern District of California
United States District Court for the Southern District of California
United States Court of Appeals for the Ninth Circuit



### DAVID W. LEVENE
dwl@lnbyb.com

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067  ■  TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM



LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES

## David W. Levene
## Professional Resume
continued from page 1

**MEMBERSHIPS AND AFFILIATIONS**
- Southern California Mediation Association
- American Bar Association (Alternative Dispute Resolution Section)
- Beverly Hills Bar Association (Alternative Dispute Resolution Section and Past Chair of Bankruptcy Section)
- Los Angeles County Bar Association (past member: Executive Committee, Commercial Law and Bankruptcy Section; Bankruptcy Subcommittee)
- Federal Bar Association
- Financial Lawyers Conference
- California Bankruptcy Forum
- American Bankruptcy Institute
- Turnaround Management Association

**GUEST LECTURES**
- Frost & Sullivan, Inc. – "Loan Workouts, LBOs and Bankruptcy"
- The Banking Law Institute – "Loan Workouts, Restructures and Bankruptcy"
- Drexel Burnham Lambert – "Chapter 11"
- Financial Lawyers Conference – "Fraudulent Conveyances"
- Los Angeles Bankruptcy Forum – "Out of Court Reorganizations"
- Orange County Bankruptcy Forum – "Restructuring Financially Troubled Businesses"
- Jewelers Board of Trade – "Consignment Issues in Bankruptcy"
- Turnaround Management Association – "Case Study on Representation of Debtor in Out of Court Workouts and Chapter 11"
- Turnaround Management Association – "Gaining Confidence of Lenders and Creditors in Workouts and Restructurings"
- Young Presidents Organization – "Acquisition and Investment Opportunities in Bankruptcy Reorganization Cases"
- The Counselors of Real Estate Convention – "Chapter 11 and the Role of the Real Estate Advisor"
- Association of Insolvency Accountants Valuation Conference – "Valuation Issues in Chapter 11 Cases
- Orange County Bankruptcy Forum – "Workouts"
- American Society of Appraisers – "Role of Appraisers in Bankruptcy and Reorganization Cases"
- Fulcrum Information Services – "Workouts and Restructuring"

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067  ■  TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**DAVID L. NEALE**
dln@lnbyg.com

**DAVID L. NEALE** began his legal career in New York, with the law firm of Kramer, Levin, Nessen, Kamin & Frankel, where he represented creditors and creditors' committees in large, complex cases such as Texaco Inc., LTV Steel and Charter Co. When Mr. Neale relocated to California in 1989, to join the law firm of Levene & Eisenberg, he brought with him an understanding of creditors' rights and remedies that he was able to apply to the representation of debtors and other constituencies in bankruptcy and workout situations.

His broad experience includes handling cases in a variety of areas including: **Manufacturing** (successful Chapter 11 reorganization for companies such as Future Media Productions, a manufacturer of blank CDs and DVDs; California Aircraft & Engines, Inc., a manufacturer of aircraft engine parts with claimants from around the world; DCC Compact Classics, Inc., a manufacturer of specialty CDs and recordings; Fernandes Guitars, a manufacturer of electric and acoustic guitars for distribution around the world); **Food and beverage industry** (Chinois Restaurant, successful Chapter 11 reorganization for a Las Vegas restaurant; Café-Melisse Valencia, successful out-of court workout and orderly liquidation; Galletti Brothers Foods, successful Chapter 11 reorganization for one of the nation's largest fresh seafood wholesalers) Crunchies Food Company, successful Chapter 11 sale of assets of retailer of dried fruit snacks); **Construction** (successful Chapter 11 reorganization for Rock & Waterscape, Inc., builder of water-themed features in Las Vegas and around the world); **Real Estate** (successful Chapter 11 cases for Roosevelt Lofts, LLC, involving a condominium conversion in downtown Los Angeles; North Silver Lake Lodge, LLC, involving one of the last undeveloped parcels of real property in the Deer Valley, Utah ski resort area; IDM Corporation and its affiliates requiring the restructuring of over $1 billion in debt; and Galletti Brothers Investments, a real estate partnership with multiple properties. He has also represented Ritter Ranch Development, the owner of an 11,000-acre development property in Palmdale; and National Enterprises, Inc. and San Diego Investments, real estate management and development companies with properties across the United States); **Energy** (representing the California Independent System Operator Corporation in connection with the bankruptcy cases of California Power Exchange, Pacific Gas & Electric Co., Enron Inc. and Mirant and its affiliates; Evergreen Oil, an oil re-refining company operating throughout California); **Banking and finance** (Imperial Credit Industries,

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

Inc.); **Trucking** (Green Fleet Systems and TKS Leasing, successfully confirming a plan of reorganization for a short-haul trucking company operating out of the ports of Los Angeles and Long Beach; Coast Bridge Logistics, Inc. representing another short-haul trucking company in connection with the sale of its assets; Consolidated Freightways and its affiliates, in which Mr. Neale represented multi-employer pension funds that were the largest creditors and went on to represent the post-confirmation Plan Oversight Committee and serve as special counsel to the Liquidating Trust in certain litigation and appellate matters, and The Penn Traffic Co. and its affiliates, in which Mr. Neale represented certain multi-employer retirement, health and welfare funds); **Health Care** (Solid Landings Behavioral Health and its affiliates, operators of rehab facilities in California, Texas and Nevada); North American Health Care and affil-iates (operators of skilled nursing facilities); **Technology and Communication** (WCI Cable, Inc., a fiber optic cable network located in Oregon and Alaska); and **Retail** (successful Chapter 11 cases for Ortho Mattress, Inc., a manufacturer and retailer of bedding products; Britches of Georgetowne, Inc., a clothing retailer with outlets in sev-eral states). Mr. Neale has a particular expertise in the **Entertainment Industry**. He has represented clients involved in **publishing** (New Millennium Entertainment, Buzz Magazine); **film exhibition** (Resort Theaters of America); **film production** (Franchise Pictures, LLC and its affiliates); The Samuel Goldwyn Company in connection with its acquisition of Heritage Entertainment); **music** (Even St. Productions, LLC, the owner of rights relating to the catalogue of Sly & the Family Stone) and **artists** (Gladys Knight, Mick Fleetwood, Lynn Redgrave, among others). He has also successfully rep-resented numerous individual Chapter 11 debtors with respect to personal real estate holdings and liabilities and other financial difficulties. Mr. Neale has also represented numerous purchasers, equity interest holders, creditors and official committees in many Chapter 11 cases around the country. This is a small sample of the cases he has handled over his almost 30-year legal career.

Mr. Neale is both an experienced and aggressive litigator whose cases have resulted in over a dozen notable published opinions by the Bankruptcy Court, District Court and Ninth Circuit Court of Appeals. He also brings his negotiating skills to bear as a member of the Mediation Panel for the Bankruptcy Court for the Central District of California. He is a member of the American Bar Association, Association of the Bar of the City of New York, New York County Bar Association, Century City Bar

continued. . .                                    pg 2 of  4

**DAVID L. NEALE**  ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

**LNBY&G**

Association, Beverly Hills Bar Association, Financial Lawyers Conference, Turnaround Management Association, and the Commercial Law League of America. He has served on the Board of Directors of the AIDS Project Los Angeles and the Los Angeles division of the American Friends of Hebrew University.

Mr. Neale received his B.A., *summa cum laude* from Princeton University in 1984 and his J.D. from Columbia University School of Law in 1987. He was admitted to the New York Bar in 1988 and the California Bar in 1989. He was admitted to the Ninth Circuit Court of Appeals in 1989, and was admitted to the United States District Court for the Southern and Eastern Districts of New York in 1988. In 1989, he was admitted to the Central, Eastern, Northern and Southern Districts of California. He has also practiced extensively in courts around the country, in venues as diverse as Oregon, Arizona, Nevada, Texas, Arkansas, Utah, Florida, New York, Delaware and Tennessee.

**Mr. Neale is the author of:**

- "Bankruptcy and Contractual Relations in the Entertainment Industry – An Overview," *1990 Entertainment, Publishing and the Arts Handbook*
- "A Survey of Recent Bankruptcy Decisions Impacting upon the Entertainment Industry," *1992–1993 Entertainment, Publishing and the Arts Handbook*
- "SEC Actions and Stays," *National Law Journal,* 2002
- "The Scope and Application of 11 U.S.C. § 1145," American Bankruptcy Institute Bankruptcy Battleground West, 2003
- "Whose Life is it Anyway? Treatment of Unique Assets in Bankruptcy," American Bankruptcy Institute Winter Leadership Conference, 2016

He was featured as a "Mover & Shaker" by *The Deal* magazine in 2006, and has been interviewed several times by, among others, KNX news radio in Los Angeles, *Variety* magazine, *The Hollywood Reporter,* and the *California Real Estate Journal* on bankruptcy topics.

**Mr. Neale has appeared as a speaker on the following topics before the following organizations:**

- "Making the Best Better: Lessons From the Battlefield," Turnaround Management Association 6th Annual Spring Meeting, 1998

continued. . .                    pg 3 of  4

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 3

- "Litigation Issues in Bankruptcy," Business Torts – An Introduction and Primer, Consumer Attorneys Association of Los Angeles, 1998
- "There Must Be Fifty Ways to Leave Your Troubles," Turnaround Management Association, 1998
- "The Impact of State Court Decisions in Bankruptcy Court," Beverly Hills Bar Association, 2001

**Mr. Neale has appeared as a panelist, addressing issues relating to:**

- "Bankruptcy in the Dot-Com Economy" and "Licensing Agreements: How to Draft and Enforce Them" for Law.Com Seminars
- "Public Company Debtors and the SEC," American Bankruptcy Institute Bankruptcy Battleground West, 2003; "The 2005 Amendments to Bankruptcy Code Sections 546(c) and 547 – The Early Returns," Financial Lawyers Conference, 2008
- "Transfers of Intellectual Property," Southwestern Law School, Bankruptcy in the New Millennium, 2010
- "Practicing in the Limelight: Celebrity Bankruptcies," American Bankruptcy Institute Winter Leadership Conference, 2016
- "Shark Tank," American Bankruptcy Institute Bankruptcy Battleground West, 2018

Mr. Neale has consistently been named by *Los Angeles* magazine as one of its 100 "Super Lawyers" in the bankruptcy field, and has been recognized by Chambers & Partners as one of the top practitioners within the bankruptcy/restructuring field in California.

**DAVID L. NEALE**  ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**RON BENDER**
rb@lnbyg.com

**RON BENDER** is a founding and co-managing partner of the firm. With a large and diverse practice, Mr. Bender has successfully reorganized and sold numerous companies and restructured the financial affairs of many individuals. Mr. Bender is widely regarded as a highly creative, results oriented bankruptcy attorney who is able to tackle complex problems and develop and implement creative solutions. Mr. Bender has repeatedly been listed by "Super Lawyers" as one of the top 100 lawyers in Southern California in regional surveys of his peers. Mr. Bender received his undergraduate degree in Finance from the prestigious Wharton School of Business at the University of Pennsylvania in 1986 where he graduated first in his class (B.S., *summa cum laude*), and then obtained his law degree from Stanford University Law School in 1989. During law school, Mr. Bender served as a judicial extern for the Honorable Lloyd King, U.S. Bankruptcy Court, Northern District of California Bankruptcy Court. Since graduating from law school, Mr. Bender has worked solely in the areas of bankruptcy, insolvency and business reorganization, and has developed one of the largest bankruptcy, insolvency and restructuring practices in California, including the representation of debtors, creditors' committees, creditors, purchasers of businesses, and assignees in the context of assignments for the benefit of creditors. Mr. Bender's incredibly broad and diverse Chapter 11 and insolvency debtor experience includes the representation of hundreds of Chapter 11 debtors including Zacky and Sons Poultry (a large grower, processor, packager and seller of chicken and turkey related products that was sold for approximately $40 million); West Coast Distribution (a premier technology driven supply chain management, logistics warehousing, fulfillment and 3PL distribution services provider for the apparel industry that was sold); Tatung Company of America (a manufacturer and distributor of consumer electronics with over $20 million assets that successfully reorganized); NAI Capital (well-known commercial real estate brokerage firm that was successfully sold); Ironclad Performance Wear (a leading, technology-focused developer and manufacturer of high-performance task-specific gloves and apparel for the "industrial athlete" that was sold for $25.25 million); Rdio (a digital music service provider that was sold to Pandora for $75 million); Country Villa (one of the largest owners and operators of skilled nursing facilities with annual revenue of more than $200 million that was sold for $62 million); Pebble ABC in a sale to Fitbit for $20 million; Jawbone ABC in a sale of its Audio/Jambox line; Gamma Medica (a manufacturer of imaging systems in the biotechnology field that was sold); Matterhorn Group (a large manufacturer of novelty

continued. . .

# RON BENDER
## PROFESSIONAL RÉSUMÉ

LNBY&G

continued from page 1

ice cream products that was sold); Fat Burger (a well-known chain of hamburger restaurants that were sold); Westcliff Medical Laboratories (an owner and operator of 170 patient service center laboratories and labs throughout California with $95 million of annual revenue and 1,000 employees that was sold for $57.5 million); LifeMasters Supported Selfcare (a national disease management company with annual revenue of $80 million that was sold); Bodies in Motion (a chain of fitness facilities that was sold for approximately $10 million); Max Equipment Rental (an equipment rental company that successfully reorganized); Nelson & Associates (a manufacturers' representative in the electrical industry that successfully restructured its debt); Douglas Furniture (a large furniture manufacturer); Padilla Construction (a plastering company that successfully reorganized); Lamas Beauty (a manufacturer of beauty supply products that was sold); Paramount Scaffolding (a large scaffolding rental company that was sold); Alin Party Supply (a retail chain of party supplies that successfully reorganized); Lake San Marcos Resort & Country Club; Krystal Air (an aircraft leasing company that was sold); Pacific High Reach (a large construction equipment rental company that was sold for $17 million); Krystal Koach (a large manufacturer of limousines and shuttle buses that was sold); Small World Toys (a toy company that was sold for approximately $16 million); Intervisual (a children's book company that was sold for approximately $10 million); LightPointe Communications (a manufacturer of wireless networking equipment that successfully reorganized); Nicola (a large olive importer and distributor that successfully reorganized); Krispy Kreme (an owner and operator of Krispy Kreme Doughnut Stores that successfully reorganized); Pleasant Care (an owner and operator of skilled nursing facilities with annual revenue of approximately $200 million that was sold for approximately $17 million); Aura Systems (a publicly-traded manufacturer of a mobile power generator that successfully reorganized); Sega GameWorks (a retail entertainment based company operating under the name of "GameWorks," with $60 million of annual revenue, that was sold for approximately $8 million); Alliant Protection Services (a commercial and residential alarm services company with 16,000 customers that was sold for $14.5 million); The Walking Company (a national chain of 101 retail stores selling specialty shoes and footwear that successfully reorganized involving $22 million of cash, debt and stock); Shoe Pavilion (a chain of 117 retail stores selling off-price footwear with locations in the Western and Southwestern United States that was sold); Gadzoox Networks (a publicly-traded

**RON BENDER**  ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM  DIRECT: 310.229.3330

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

LNBY&G

company engaged in the business of providing networking infrastructure for storage and data management, where one division was sold for $8.5 million and the balance of the company successfully reorganized); State Line Hotel, State Line Casino, Jim's Enterprises (two hotels and casinos located in West Wendover, Nevada known as the State Line Hotel and Casino and the Silver Smith Hotel and Casino that were sold for $55 million); Management Action Programs (a management consulting firm that successfully reorganized); Easyrider and Paisano Publications (publicly-traded publishers of thirteen national magazines that were sold for $12.3 million); Clifford Electronics (a manufacturer of automotive aftermarket and original equipment manufacturer security systems and components, primarily for automobiles, with annual sales of $40 million, that was sold for $20 million); Chorus Line Corporation and California Fashions Industries (one of the largest apparel companies in the country with annual sales of $500 million that engaged in a Chapter 11 liquidation); Avus (a distributor of computer systems with sales of in excess of $100 million, that was sold); A.J. Markets (chain of supermarkets sold for $5 million); Trancas Town (owner of 35 acres of raw developable land in Malibu, California that successfully reorganized); Association of Volleyball Professionals (professional beach volleyball league sold in Chapter 11); Louise's Trattoria (chain of 16 Italian food restaurants with $30 million in annual revenue sold in Chapter 11 for $7 million); Westward Ho Markets (a supermarket chain with $50 million of annual revenue and $20 million of debt that was restructured through a confirmed Chapter 11 reorganization plan); Special Effects Unlimited (one of the largest providers of special effects in the movie industry that was restructured through a confirmed Chapter 11 reorganization plan); Santa Barbara Aerospace (a heavy aircraft maintenance facility located at the former Norton Air Force base in San Bernardino, California, that was restructured and sold); Manchester Center (a 1.5 million square foot shopping center in Fresno, California that was sold for $25 million); Marbella Golf and Country Club (a golf and country club located in San Juan Capistrano that successfully reorganized); Southwest Hospital (an acute care hospital located in Riverside that successfully reorganized); Servall Packaging Industries (a contract packaging company that was sold); Polaris Networks (a telecommunications networks and software company that successfully reorganized); and Prestige Products (a distributor of aftermarket automobile accessories that was sold). A sampling of Mr. Bender's representation of creditors' committees includes the representation of the creditors' committee in the Chapter 11

**RON BENDER**  ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM  DIRECT: 310.229.3330

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**
continued from page 3

LNBY&G

bankruptcy case of <u>Trigem America</u> (a wholly-owned subsidiary of one of the largest computer manufacturers in the world located in Korea whose case is currently pending) and <u>Robinson Golf Holdings</u> (the owner of a large golf resort development project). Mr. Bender has also represented numerous real estate related debtors in chapter 11 that have resulted in successful sales or reorganizations. Mr. Bender is also one of California's leading lawyers in the arena of assignments for the benefit of creditors (ABC's), having represented assignees and buyers in more than one hundred assignments.

pg 4 of  4

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TIMOTHY YOO,** a partner of the firm, specializes in commercial litigation and bankruptcy. Known throughout the region as a bankruptcy attorney who resolves difficult issues with creativity and efficiency, he consistently earns the highest rating in peer surveys, including being repeatedly listed as a "Super Lawyer."

Mr. Yoo received his undergraduate degree in business from University of Southern California with honors in 1987. He then obtained his law degree from Loyola Law School with full merit scholarship in 1991. Mr. Yoo completed a one-year clerkship with the Honorable Lisa Hill Fenning, United States Bankruptcy Judge for the Central District of California. In March, 1998, he was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District of California. Besides serving as a Chapter 7 Trustee, Mr. Yoo also serves in numerous cases as a Chapter 11 Trustee, Bankruptcy Ombudsman, Liquidating Trustee, and Chief Restructuring Officer.

Mr. Yoo's wide range of experience includes Taeil Media (represented a multinational Korean corporation in one of the largest Orange County fraud cases); Destination Films (acted as Chapter 7 trustee to liquidate a large film library); Winston Tires (represented the Chapter 7 Trustee); Millennium-Pacific Icon Group (acted as Chapter 11 Trustee of one of the largest Korean American real estate developer); Daewoo Motors (defended creditors in preference actions); Bodies in Motion (acted as the first Consumer Privacy Ombudsman in the Central District of California to advise the court on a sale of a chain of fitness facilities); Small World Toys (represented the creditors' committee); Chorus Line Corporation and California Fashions Industries (acted as a liquidating trustee for one of the largest apparel companies in the country); IT Wheels (successfully defended a Chapter 7 Trustee in a Chapter 15 proceeding); Aoki Pacific Corporation (as Chapter 7 Trustee, completed public works projects); Dick Cepek, Inc. (acted as Chapter 7 Trustee to liquidate a chain of off-road vehicle parts stores); and Phoenix MC, Inc. (acted as the Chief Restructuring Officer for a hybrid automobile manufacturer).

Mr. Yoo has lectured as a panelist in programs sponsored by Lorman Education Services, Office of the United Trustee and the National Asian Pacific American Bar Association. He also frequently writes for the *Korea Times* and California Continuing Education of the Bar.



**TIMOTHY J. YOO**
tjy@lnbyg.com

**TIMOTHY J. YOO**  ATTORNEY AT LAW
EMAIL: TJY@LNBYG.COM  DIRECT: 310.229.3365

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES



# Professional Resume

**MARTIN J. BRILL.** Mr. Brill has devoted his over 35 years of practice exclusively to bankruptcy, insolvency and business reorganizations, with particular emphasis on complex reorganizations of publicly-held companies in a wide range of industries. Mr. Brill's expertise in the interplay between bankruptcy and securities laws has led to the successful reorganization of numerous publicly-held corporations and privately-held corporations desiring to go public, including Prism Entertainment Corporation (involving a reverse merger of the publicly-held film producer, Prism, with a privately-owned video retailer), Geo Petroleum, Inc., (successful Chapter 11 of publicly-held oil and gas company), Video City, Inc., (successful Chapter 11 for video retailer with over 75 locations involving issuance of securities for debt), and American Blood Institute, Inc. (successfully raised over $1.2 million through complex debtor financing, allowing company to emerge as publicly-held plasma company, SeraCare, Inc.). Mr. Brill also has represented debtors, creditors, trustees, plan proponents, asset purchasers and creditors committees in a wide variety of diverse chapter 11 reorganization cases. For example, Mr. Brill was lead counsel in representing the chapter 11 debtor in Gateway Computer Systems (a multi-store retailer of computers and related equipment), the chapter 11 debtor in Primedex Health Systems, Inc. (successful pre-packaged plan confirmed in less than 45 days for diagnostic imaging company), 360 Global Wine Company and 360 Viansa, LLC (publicly held holding company and its operating wholly-owned subsidiary in the winery business in Sonoma, California), Agua Dulce Vineyards, LLC (operating vineyard and winery in Los Angeles County), Copper King Mining Corporation and Western Utah Mining Company (public holding company and its wholly-owned operating subsidiary in the copper mining business), as well as the chapter 11 debtors in the hospital reorganization cases for Chino Valley Medical Center, Canyon Ridge Hospital, Lincoln Hospital Medical Center and the official creditors committees in Fields Aircraft Spares, Inc. (aircraft parts distributor), New Star Media, Inc. (publishing company), Henry Mayo Newhall Memorial Hospital (hospital), Daewoo Motor America, Inc. (Daewoo automobile distributor in the U.S.), Intercare Health Systems, Inc., Vista Hospital Systems, Inc. and Downey Regional Medical Center (hospitals), Ronco Corporation and Ronco Marketing Corporation (consumer products and marketing), and T-Asset



## Martin J. Brill
mjb@lnbyb.com

continued...                                    pg 1 of 2

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067  ■  TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM

LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES



## Martin J. Brill
### Professional Resume
continued from page 1

Acquisition Corporation and its related entities (the owner of the *Terminator* film franchise). In addition, Mr. Brill has also handled numerous out-of-court workouts and restructurings, including the successful out-of-court debt restructuring for Carolco Pictures, Inc. Mr. Brill was admitted to the California Bar in 1972. His educational background is as follows: University of California at Los Angeles (B.A., *cum laude*, 1969; J.D., 1972). Associate Editor U.C.L.A. Law Review, 1971-1972. Co-Author: "Collective Bargaining and Politics in Public Employment," 19 U.C.L.A. Law Review 887, 1972. He is a member of the State Bar of California and a member of the Beverly Hills, Century City, Los Angeles County (Member, Sections on: Commercial Law; Bankruptcy) and American Bar Associations. He is currently serving on the Executive Committee of the Bankruptcy Section of the Beverly Hills Bar Association (Chairman from 2002-2003) and served on the Board of Directors of the Los Angeles Bankruptcy Forum. He is a member of the Financial Lawyers Conference and has lectured to various trade groups and bar associations on bankruptcy and related topics.

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067  ■  TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM



# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DAVID B. GOLUBCHIK,** born Kiev, Ukraine, January 10, 1971; admitted to bar 1996, California. Education: University of California, Los Angeles (B.A. 1992), Pepperdine University School of Law (J.D., 1996). Vice Chairman, Moot Court Board; Vice Magistrate, Phi Delta Phi International Legal Fraternity; American Jurisprudence Award in Business Reorganization in Bankruptcy. In addition to the State Bar of California, admitted to the U.S. District Court, Central, Southern, Eastern and Northern Districts of California. Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1996–1997). Member, American, California and Los Angeles Bar Associations, American Bankruptcy Institute (Board of Advisors), Financial Lawyers Conference, Los Angeles Bankruptcy Forum and Beverly Hills Bar Association (Executive Committee). Practice empha-sizes bankruptcy, corporate insolvency and creditors' rights. Language: Russian.



**DAVID B. GOLUBCHIK**
dbg@lnbyg.com

**Articles written by David Golubchik include:**

- "Representing Closely Held Corporations in Bankruptcy: The Ethical Dilemma," Commercial Lawyers' Association Conference, November 1999
- "Bankruptcy Law – A Debtor's Press Release," *National Law Journal,* May 29, 2000
- "Taking a Piece of the Action in Bankruptcy," Bay Area Bankruptcy Forum Conference, June 6, 2000
- "Bankruptcy Law – Unwinding Settlements," *National Law Journal,* October 23, 2000
- "Bankruptcy Law – Involuntary Proceedings," *National Law Journal,* February 2, 2004
- "The Rights Of A Lessee In A Lessor's Bankruptcy: Section 365(h) Of The Bankruptcy Code," Los Angeles County Bar Association, Real Estate Subsection, March 25, 2004
- "Defending Nondischargeability Actions in Bankruptcy," Public Counsel, 2002–2004
- "Outlooks and Strategies For Distressed Commercial Real Estate Loans," Grubb and Ellis presentation, May 14, 2009
- "Chapter 11 Focus: Small Business and Single Asset Real Estate Cases," Los Angeles County Bar Association, Commercial Law and Bankruptcy Subsection, January 27, 2010

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**EDUCATION**

University of Maryland (B.A., 1971)
University of Maryland School of Law (J.D., with Honors, 1974)

**BAR ADMISSIONS**

Maryland, 1974, California, 1976
U.S. District Court, 1976
U.S. Court of Appeals for the Ninth Circuit, 1978
U.S. Supreme Court, 1980

**GARY E. KLAUSNER** joined LNBYG as a senior partner in May 2014, from a senior shareholder position at Stutman, Treister & Glatt P.C. Mr. Klausner has exclusively practiced in the field of corporate restructuring and bankruptcy since 1976.

Mr. Klausner represents Chapter 11 debtors, secured and unsecured creditors, creditors' committees, trustees and receivers, licensors and franchisors, purchasers of assets out of bankruptcy cases and parties involved in litigation and appeals in connection with bankruptcy cases. He has handled cases involving a broad range of businesses and industries including manufacturing, retail, real estate development, hospitality and restaurants, aerospace, entertainment, healthcare, financial institutions, and transportation.

Mr. Klausner also has expertise in Chapter 9 of the Bankruptcy Code, which is designed for the reorganization of municipalities. Mr. Klausner was the lead lawyer in the Chapter 9 case of Valley Health System in which he successfully confirmed a Chapter 9 Plan of Adjustment.

Mr. Klausner's significant engagements as debtor's counsel include: Meruelo Maddux Properties, Inc. (Special Reorganization Counsel); Imperial Capital Bancorp, Inc.; Colorep, Inc., International Union of Operating Engineers, Local 501, Mr. Gasket Co.; Prism Entertainment Corporation; Packaging Corporation of America; Super Shops, Inc.; Cannon Pictures; Maguire Thomas Partners, Fifth & Grand, Ltd.; ABC International Traders, Inc.; Maxicare and Watts Health Foundation, Inc., dba UHP Healthcare.



**GARY E. KLAUSNER**
GEK@LNBYG.COM

**Honors and Recognitions**

Fellow, American College of Bankruptcy, 2010

Century City Bar Association: Bankruptcy Lawyer of the Year, 2012

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–12

Selected, Southern California's Best Lawyers in America, 2011–12

**Publications/Press**

"Section 1111(b) '' Look Before You Leap," 2 *Bankruptcy Study Group Journal* 15 (1986)

"Chapter 11 'The Bank of Last Resort,'" *The Business Lawyer,* November, 1989; Vol. 45, No. 1

"The New Bankruptcy Rules," 4 *Bankruptcy Study Group Journal* 64 (1987).

continued. . .
                                     pg 1 of 3

# GARY E. KLAUSNER

**PROFESSIONAL RÉSUMÉ**

continued from page 1

# LNBY&G

Mr. Klausner has represented creditors' committees in cases such as Rhythm & Hues, Inc., Nasty Gal, Inc., Consolidated Freightways, New Meatco, Westward Ho Markets, Naki Electronics, Prime Matrix, The Movie Group, American Restaurant Group ("Black Angus"), and Solidus Networks, Inc.

Mr. Klausner has also represented principals involved in significant chapter 11 cases, such as Relativity Media Inc., The Weinstein Company, EZ Lube; Rachel Ashwell Design, Inc. ("Shabby Chic"); and Comic Book Movies LLC.

In addition to client matters, Mr. Klausner has been actively involved and has held prominent positions in local and national professional organizations and bar associations. Mr. Klausner is a member of the Board of Governors of the Financial Lawyers Conference and served as its president from 1993 through 1994. He is a board member of the Los Angeles Bankruptcy Forum (serving as its president in 2003–2004), a member of the American Bar Association, Section on Business Law, where he chaired a task force on The Economics of Chapter 11 Practice, chaired the Subcommittee on Bankruptcy Fraud, Crimes and Abuse of the Bankruptcy Process, and chaired the Chapter 9 and Chapter 11 Subcommittees. He is a member of the Los Angeles County Bar Association, where he has served as a member of the Executive Committee of the Commercial Law and Bankruptcy Section as well as being Vice-Chair of the Section's Bankruptcy Committee.

In 2010, Mr. Klausner was elected as a Fellow of the American College of Bankruptcy, and in 2012, Mr. Klausner was recognized as "Bankruptcy Lawyer of the Year" by the Century City Bar Association.

Mr. Klausner has also served as a Lawyer Representative to The Ninth Circuit Judicial Conference and chaired the United States District Court Standing Committee On Attorney Discipline.

Mr. Klausner speaks frequently on subjects involving bankruptcy and commercial law and has published numerous articles on bankruptcy-related topics.

## Speaking Engagements

Panelist, "Bank Holding Company Bankruptcies," ABI Battleground West, 2012

Panelist, "Municipal Bankruptcies," ABI Battleground West, 2011

Panelist, "Municipal Bankruptcies," ABA Fall Meeting Business Law Section, 2010

## KEY REPRESENTATIONS

### Debtor Representations

Colorep, Inc.

International Union of Operating Engineers, Local 501

St. Tropez Capital, Inc.

Mr. Gasket Co.

Prism Entertainment Corporation

Packaging Corporation of America

Super Shops, Inc.

Maguire Thomas Partners, Fifth & Grand, Ltd.

ABC International Traders, Inc.

Maxicare, HMO

Watts Health Foundation, Inc., dba UHP Healthcare, HMO

Valley Health System, Healthcare District

Imperial Capital Bancorp, Inc.

Mereulo Maddux Properties, Inc

continued. . .

**GARY E. KLAUSNER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

LNBY&G

He is a member of the bar of the states of California and Maryland, and is admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Ninth Circuit, and the United States District and Bankruptcy Courts for the Central District of California.

Mr. Klausner received his J.D., with honors, from the University of Maryland School of Law in 1974, where he served on the editorial staff of the University of Maryland Law Review from 1972–73. He received his B.A. from the University of Maryland in 1971.

### PROFESSIONAL AFFILIATIONS

Financial Lawyers Conference (President, 1993–1994; Member of the Board of Governors)

Los Angeles Bankruptcy Forum (President in 2003–2004) Ninth Circuit Judicial Conference (2007–2009)

United States District Court, Central District, Standing Committee on Attorney Discipline, Chair 2011–2013

American Bar Association Section on Business Law, Chair of the Subcommittee on Bankruptcy Crimes, Fraud and Abuse, 2005

Chair of the Subcommittee on Chapter 9, 2011–2016; Chair of Chapter 11 Subcommittee, 2017–2020

### HONORS AND RECOGNITIONS

Fellow of the American College of Bankruptcy Century City Bankruptcy Lawyer of the Year, 2010

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–16 Selected, Southern California's Best Lawyers in America, 2011–12

### KEY REPRESENTATIONS
**Committee Representations**

Rhythm & Hues

Nasty Gal

New Meatco

Consolidated Freightway

Westward Ho Markets

Naki Electronics

Prime Matrix Stan Lee Media

American Restaurant Group, Inc

**Significant Creditor/Party In Interest Representations**

The Weinstein Company

Relativity Media

Cannon Pictures, Inc.

Georgia Pacific Corporation

Cal Worthington

Columbia Tristar

Fox Family Worldwide

MCI Telecommunications Corporation

Paramount Pictures

Saban Entertainment

Sony Pictures, Inc.

The Walt Disney Company

Victor Valley Community Hospital

Rachel Ashwell Design, Inc

EZ Lube, Inc

Gardens Regional Hospital

**GARY E. KLAUSNER**  ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM  DIRECT: 310.229.3360

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**EDWARD M. WOLKOWITZ** has focused on the areas of insolvency and commercial law during more than 40 years of practice. He has represented debtors, creditors, trustees, receivers and creditors' committees in a wide variety of cases. He also serves as a chapter 11 and chapter 7 panel trustee in the Central District of California and as a receiver for the Los Angeles Superior Court. He has extensive experience in representing various interests in complex reorganization cases in a number of different and diverse industries and has also operated a number of businesses as a trustee and receiver. He is also AV rated by Martindale-Hubbell.

He has been involved in a number of cases that have made new law or clarified existing law in the Ninth Circuit, including: Wolkowitz v. FDIC, 527 F. 3d 959 (9th Cir. 2008); Wolkowitz v. Beverly, 551 F. 3d 1092 (9th Cir. 2008); In re Sylmar Plaza, LP, 314 F.3d 1070 (9th Cir. 2002); Wolkowitz v. American Research Corporation, 131 F.3d 788 (9th Cir. 1999); In re Moses, 167 F.3d 470 (9th Cir. 1 999); Wolkowitz v. Shearson Lehman Bros., 136 F.3d 655, cert. denied, 525 U.S. 826 (1998); In re Cheng, 943 F.2d 1114 (9th Cir. 1991); In re Qintex Entertainment, 950 F.2d 1492 (9th Cir. 1991); In re WLB_RSK Venture, 296 B.R. 509 (Bankr. C.D. Cal. 2003).

Mr. Wolkowitz was on the faculty of Southwestern University Law School from 1978 to 1994, rejoining the faculty in 2001, teaching courses in bankruptcy, commercial transactions and business reorganization. He has also lectured extensively for the California Continuing Education of the Bar, and as a panelist in programs sponsored by the American Bankruptcy Institute, the Los Angeles Bankruptcy Forum, and the Beverly Hills Bar Association. Between 1994 and 2002, he served as a member of the City Council of Culver City, California, including two one-year terms as Mayor of Culver City.

Mr. Wolkowitz was admitted to the California Bar in 1976. His educational background is as follows: California State University, Northridge (B.A., 1971); Southwestern University Law School (J.D., *cum laude,* 1975); The University of Michigan Law School (LL.M., 1976).

**EDWARD M. WOLKOWITZ**

emw@lnbyg.com

continued. . .

pg 1 of 2

**EDWARD M. WOLKOWITZ**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

**His publications include:**

- "Debtors Have New Weapons Against Involuntary Bankruptcy," *Journal of Corporate Renewal* 12 (December 2007)

- "Bankruptcy and Family Law: A Marriage of Irreconcilable Differences", 24 *B.H. Bar J.* 83 (1990)

- "Insolvency and Bankruptcy," (Chapter 7) *California Family Law Service, Bancroft-Whitney* (1986)

- "Legislative Analysis—Land Use Proposals," 8 *Southwestern University Law Review* 216 (1976)

- "Land Use Controls: Is there a Place For Everything," 6 *Sw.U.L.Rev.* 607 (1974)

He is a member of the State Bar of California, the American Bar Association, Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyers Conference and the National Association of Bankruptcy Trustees. He has served as President and Vice President of the Los Angeles Bankruptcy Forum; the Editorial Board of the California Bankruptcy Journal; and, the Executive Committee of the Board of Governors of the Financial Lawyers Conference.

**EDWARD M. WOLKOWITZ**  ATTORNEY AT LAW
EMAIL: EMW@LNBYG.COM  DIRECT: 310.229.3364

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**BETH ANN R. YOUNG**, born Santa Monica, California, June 30, 1964; Admitted to California State Bar, December, 1989; **Admitted** to the United States District Court, Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit.

**Education:** University of California at Los Angeles (B.A., 1986); Loyola Law School (J.D., 1989).

**Member:** California Bar Association, American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Financial Lawyers' Conference and Los Angeles Bankruptcy Forum.

**Bankruptcy Court Panel Mediator:** United States Bankruptcy Court, Central District of California, January 2014 through the present; Certificated Completion of Mediation Training Program: Straus Institute for Dispute Resolution, Pepperdine School of Law, January 2014.

**Reported Decisions:** San Paolo U.S. Holding Company v. 816 South Figueroa Company (1998) 62 Cal. App. 4th 1010, 1026; and Ziello v. First Federal Bank (1995) 36 Cal. App. 4th 321, 42 Cal. Rptr. 2d 251.



**BETH ANN R. YOUNG**
bry@lnbyg.com

pg 1 of 1

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**MONICA YOUNG KIM** was admitted to the California Bar in 1995, after graduating from the University of California at Berkeley (B.A., 1991) and Hastings College of the Law (J.D., 1995). She was a Law Clerk to the Honorable Jane Dickson McKeag, U.S. Bankruptcy Judge, Eastern District of California, 1995–96. Ms. Kim has worked solely in the areas of bankruptcy, insolvency and business reorganization, and commercial and real estate transactions, representing debtors, creditors' committees, creditors, sellers, and purchasers. She joined Levene, Neale, Bender, Yoo & Golubchik L.L.P. in 1996, and became a partner in 2004.

Ms. Kim is also involved in out-of-court restructuring transactions, including assignments for creditors, representing sellers/assignors, assignees and buyers. Her experience has included representation in retail, healthcare, entertainment, manufacturing, real estate, service and technology. Ms. Kim is a member of the American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Women Lawyers Association of Los Angeles, and the Korean American Bar Association, and is admitted to the Central, Eastern, Northern and Southern Districts of California.



**MONICA Y. KIM**
myk@lnbyg.com

**MONICA Y. KIM**  ATTORNEY AT LAW
EMAIL: MYK@LNBYG.COM  DIRECT: 310.229.3397

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**L N B Y & G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**PHILIP A. GASTEIER'S** more than 40 years of practice has included a broad range of bankruptcy and insolvency representation, including Chapter 11 debtors, trustees in Chapter 7 and Chapter 11 cases, creditors, committees, buyers, landlords and parties to executory contracts, with particular emphasis on complex reorganizations and structuring transactions.

In his first decade of practice in Philadelphia, Mr. Gasteier successfully represented landlords and purchasers of leasehold interests in large cases such as Food Fair and Lionel, and participated in preparation of materials for presentation to Congress in connection with hearings leading to the Shopping Center Amendments to the Bankruptcy Code in 1984. He counseled extensively in connection with insolvency and bankruptcy aspects of commercial leases for shopping centers and retail chains, and authored "Shopping Centers As Utilities Under the Bankruptcy Code," *Shopping Center Legal Update,* Summer, 1983. Mr. Gasteier also provided insolvency counseling in connection with bond and other securities transactions. Mr. Gasteier was involved in representation of creditor or equity committees in matters including Franklin Computer, Manson-Billard Industries and Monroe Well Service, Inc. Debtor representation included Motor Freight Express, a multi-state motor carrier, and Dublin Properties.

Mr. Gasteier's practice in Los Angeles has included entertainment and other intellectual property matters, such as Fries Entertainment, Inc., Qintex Entertainment, Inc., and Hal Roach Studios, Inc. where he was primarily responsible for structuring and confirming chapter 11 plans, as well as representation of Carolco Pictures, Inc. and Paramount Studios. He has provided specialized insolvency counseling and litigation support in connection with numerous transactions, licenses and other entertainment contracts. Mr. Gasteier argued In re: Qintex Entertainment, Inc., 950 F.2d 1492 (9th Cir. 1991) to the Ninth Circuit U.S. Court of Appeals, a principal case establishing the executory contract analysis applicable to copyright licenses, and determining that participation rights constitute unsecured claims. Other debtor representation has included Currie Technologies Inc.; Wavien, Inc; Ocean Trails L.P.; Superior Fast Freight, Inc.; and B.U.M. International, Inc. Mr. Gasteier has been involved in creditor committee representation in cases such as House of Fabrics, California Pacific Funding, Ltd., Condor Systems, Inc. and Chase Technologies, Inc.



**PHILIP A. GASTEIER**
pag@lnbyg.com

continued. . .                                            pg 1 of 2

---

**PHILIP A. GASTEIER**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

Mr. Gasteier is a graduate of the Law School of the University of Pennsylvania
(J.D. 1977) and the Ohio State University (B.A. 1974). He was admitted to the
Pennsylvania Bar in 1977 and to the California Bar in 1987. He is also a member of
the bar of the United States District Court, Central, Eastern and Northern Districts
of California; the U.S. District Court, Eastern District Court of Pennsylvania, and
the Ninth and Third Circuit Courts of Appeals. He is a member of the American
Bankruptcy Institute, the American Bar Association, the State Bar of California,
the Century City Bar Association, the Financial Lawyers Conference and the Los
Angeles County Bar Association, where he served as a member of the Bankruptcy
Sub-Committee of the Section on Commercial Law and Bankruptcy from (1990–
1992). He has been active in civic affairs, and is a past President (2008–2009), Vice
President (2006–2008) and Board Member (2004–2009) of the Greater Griffith Park
Neighborhood Council, an official body of the City of Los Angeles.

**PHILIP A. GASTEIER**  ATTORNEY AT LAW
EMAIL: PAG@LNBYG.COM  DIRECT: 310.229.3329

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**L N B Y & G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DANIEL H. REISS**, a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has specialized in the area of bankruptcy and insolvency for over thirty years. Before entering the legal field, Mr. Reiss started his professional career at KPMG (then Peat, Marwick and Mitchell) and became a Certified Public Accountant specializing in tax structuring in mid-market and entrepreneurial businesses. Mr. Reiss graduated from California State University, Northridge, *summa cum laude,* B.S., Business Administration in 1984. Mr. Reiss's business education and back-ground is of significant importance in dealing with the complex financial issues facing distressed business situations.



**DANIEL H. REISS**
dhr@lnbyg.com

Armed with practical business knowledge, Mr. Reiss decided to pursue a career in law and graduated in 1990 from Loyola University Law School where he was a staff writer and notes editor of the *Law Review,* president of Phi Delta Phi legal honor fraternity, and was a member of the St. Thomas More Honor Society.

Mr. Reiss joined LNBYG in November 2000. Mr. Reiss is a member of the executive committee of the Bankruptcy Section of the Beverly Hills Bar Association, and is a member of the Los Angeles Bankruptcy Forum, Financial Lawyers Conference and the Los Angeles County Bar Association. Mr. Reiss has been honored as a "Super Lawyer" multiple times since 2006 in a region-wide survey, an honor bestowed on only 5% of Southern California attorneys.

Mr. Reiss's bankruptcy experience extends to cases and distressed situations involv-ing public utilities, healthcare, retail, aviation, hospitality, real estate, bio-tech and general manufacturing. Mr. Reiss regularly represents debtors, creditor committees, secured creditors, bankruptcy trustees and buyers of distressed assets and compa-nies. Mr. Reiss is a frequent speaker before trade and legal groups, and is a nation-ally published author on bankruptcy issues.

Mr. Reiss is also an experienced bankruptcy litigator, having been lead counsel in more than 100 adversary proceedings in bankruptcy court. When not representing the bankruptcy entity or a trustee, Mr. Reiss has successfully petitioned the Court to confer standing on his clients to file litigation on behalf of the estate. Mr. Reiss also has expertise in removing state court litigation to the bankruptcy court and dealing

continued. . .

**DANIEL H. REISS**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

**LNBY&G**

with complex jurisdictional issues. Litigation targets commonly include company directors, officers and other insiders, recipients of avoidable asset transfers, or creditors holding invalid liens or claims.

**Mr. Reiss's published articles include:**

- "Bankruptcy Battlegrounds in Franchising," *Franchise Law Insider,* 3rd Quarter 2005
- "Assignment of Leases," *National Law Journal,* Winter 2006
- "'Travelers Cas.' Part II," *National Law Journal,* Winter 2007.
- "Single-Asset Real Estate," *National Law Journal,* Summer 2008.
- "D&O Moves to the Forefront in Bankruptcy Cases," *National Law Journal,* Summer 2009.
- "Protecting Interests in the Event of Tenant Bankruptcies," *National Law Journal,* Spring 2010.
- "When Cases In Two Bankruptcy Courts Clash," *National Law Journal,*
- Fall 2010
- "Marshall Case Raises Issue Of Consent To Jurisdiction" *National Law Journal,* Summer 2011
- "Bidders At Bankruptcy Auctions, Beware," *National Law Journal,* Summer 2012
- "What's a Class Action Plaintiff To Do?" *National Law Journal,* Summer 2013

**Mr. Reiss's speaking engagements include:**

- "Franchise Issues in Bankruptcy," Spring, 2004, Franchise Business Network.
- "Hostile Takeovers in Bankruptcy Cases," Credit Managers Association.
- "Directors and Officers Litigation in Bankruptcy," Spring, 2008, Turnaround Management Association and Beverly Hills Bar Association.
- "Healthcare Business Bankruptcies," Spring 2009, Los Angeles County Bar Association, Healthcare Law and Commercial Law And Bankruptcy Sections
- "Bankruptcy Battlegrounds in Franchising," Fall, 2009, Southern California Franchise Business Network.
- "Class-Action Claims Against Bankrupt Defendants An Overview," Summer 2013, State Bar of California, San Francisco, California

continued. . .                                          pg 2 of 3

**DANIEL H. REISS**
**PROFESSIONAL RÉSUMÉ**

continued from page 2

LNBY&G

- "TIC TALK - Issues in Tenant in Common Bankruptcy Cases and Related Considerations," Spring 2015, Beverly Hills Bar Association – Bankruptcy Law and Real Estate Law Sections
- Panelist, Wage and Hour and Other Employment Issues Facing Troubled Companies, AIRA 34th Annual Conference, Nashville, Tenn. 2018.

**DANIEL H. REISS** ATTORNEY AT LAW
EMAIL: DHR@LNBYG.COM DIRECT: 310.229.3338

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**



**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**TODD A. FREALY**, a partner of the firm, represents Chapter 7 trustees throughout Southern California in all aspects of case administration and litigation. In July 2010, Mr. Frealy was appointed to the panel of Chapter 7 trustees for the Riverside Division of the United States Bankruptcy Court. Mr. Frealy currently serves as a Chapter 11 trustee and Chapter 7 trustee in cases pending in the Central District of California. Mr. Frealy is a graduate of Southwestern University School of Law (J.D. 1998) and the University of California, Los Angeles (B.A. 1995). During law school he was an extern to the Honorable Mitchel R. Goldberg and Honorable Arthur M. Greenwald, U.S. Bankruptcy Judges for the Central District of California. After law school, he clerked for the Honorable David N. Naugle, U.S. Bankruptcy Judge, Central District of California, Riverside Division (1998–2000). Mr. Frealy was a member of the Board of Directors for the Inland Empire Bankruptcy Forum from 2009–2014 and was a member of the Southwestern University School of Law Alumni Board of Directors (September 2006 to June 2009). He is also a member of the Los Angeles County Bar Association and the Los Angeles Bankruptcy Forum. In 2021, Mr. Frealy was recognized as a "Super Lawyer" by *Super Lawyers* magazine. He was admitted to the California Bar in 1998, and is admitted to the Central, Eastern, Northern and Southern Districts of California.

**TODD A. FREALY**
taf@lnbyg.com

**Articles written by Mr. Frealy include:**

- "Dazed and Confused," *California Bankruptcy Court Reporter,* Vol. 4, No. 3, March 2000 (Dischargeability of student loans and the "undue hardship test")
- "Finding the Key," *California Bankruptcy Court Reporter,* Vol. 4, No. 6, June 2000 (How to Set off Mutual Debts in Bankruptcy)

**Mr. Frealy is a frequent speaker on bankruptcy issues, including:**

- Southwestern Law Review's symposium: "Bankruptcy in the New Millennium," February 2010
- Inland Empire Bankruptcy Forum: "Disclosed and Undisclosed Assets In Chapter 7," April 2014
- Inland Empire Bankruptcy Forum: "Hot Topics In Consumer Chapter 7 Proceedings," November 2014
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," April 2015

*continued. . .*

**TODD A. FREALY**

**PROFESSIONAL RÉSUMÉ**

continued from page 1

- Riverside County Bar Association: "What Every Non-Bankruptcy Lawyer Should Know About Bankruptcy (And Should Be Afraid Not To Ask)," December 2015
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," March 2016

pg 2 of 2

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**RICHARD P.
STEELMAN, JR.**
rps@lnbyg.com

**RICKY STEELMAN** is a senior litigator at Levene, Neale, Bender, Yoo & Golubchik L.L.P. Mr. Steelman's client-centered and resolution-driven practice focuses on complex commercial disputes, including litigation connected to bankruptcy, restructuring and insolvency. His extensive business litigation experience includes successful representation of individuals, Fortune 500 companies, hospitals, and emergency physician groups in state and federal courts, private arbitrations, and more than 75 appeals in the various appellate districts of the California Courts of Appeal, as well as the United States Court of Appeals for the Ninth Circuit.

Not only an experienced appellate attorney and litigator, Mr. Steelman also has substantial bankruptcy experience in numerous bankruptcy matters and adversary proceedings. Specifically, he played a critical role in obtaining summary judgment (resulting in a published decision in favor of a Fortune 100 financial institution) where the bankruptcy court granted his plaintiff client's request for substantive consolidation. That judgment forced seven non-debtor entities and three non-debtor individuals involved in a multi-million dollar mortgage-relief fraud scheme into the primary debtor-entity's Chapter 7 bankruptcy and under the purview of the bankruptcy court. This resulted in better protections for vulnerable consumers and members of the community, as well as financial institutions and corporations.

In addition to his significant class action defense work in federal court, Mr. Steelman has appeared numerous times in California probate court. He first chaired a probate trial where he successfully challenged the executor's final accounting of a probate estate and the executor's request for extraordinary fees in connection with that estate. That probate decision after a multiple-day trial resulted in greater financial distributions to Mr. Steelman's client, as well as several other non-profit organizations across the country.

Mr. Steelman is very proud to be a two-time Cooke Scholar after being selected for the 2002 Jack Kent Cooke Foundation Undergraduate Scholarship and the 2006 Jack Kent Cooke Foundation Graduate Scholarship – a rare and coveted accomplishment in today's competitive world. He is also honored to have been named a Southern California Super Lawyers "Rising Star" each year since 2013.

continued. . .

**RICHARD P. STEELMAN, JR.**

**PROFESSIONAL RÉSUMÉ**

continued from page 1

Prior to joining the firm, Mr. Steelman worked more than 8.5 years at Bryan Cave Leighton Paisner LLP as a litigation, appellate, and class action associate. He also worked at Buchalter as special counsel, focusing on complex healthcare litigation relating to provider-payor disputes. Mr. Steelman graduated *magna cum laude* from Pepperdine University with a B.A. in Political Science and a Music Minor in 2003. He graduated *cum laude* from Pepperdine University School of Law in 2009. Mr. Steelman is licensed in all California state and federal courts and the U.S. Court of Appeals for the Ninth Circuit. He is a member of the California Society for Health-care Attorneys, the American Health Lawyers Association, the Los Angeles County Bar Association and its Appellate Courts, Litigation, and Healthcare Law sections.

**RICHARD P. STEELMAN, JR.**  ATTORNEY AT LAW
EMAIL: RPS@LNBYG.COM  DIRECT: 310.229.3339

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JULIET Y. OH** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. representing individuals and corporations in Chapter 11 bankruptcy cases, out-of-court restructuring proceedings and bankruptcy litigation proceedings. She has been voted a "Rising Star" in a poll of her peers in Southern California each year since 2006.

Ms. Oh has recently represented Chapter 11 debtors Anna's Linens, Inc., Green Fleet Systems, LLC, Belasco Unlimited Corporation, Apex Digital, Inc., Roosevelt Lofts, LLC, Central Metal, Inc., Franchise Pictures LLC, et al., Fatburger Restaurants, and the Official Committee of Unsecured Creditors of Halcyon Holding Group.

Prior to joining the firm in 2003, Ms. Oh specialized in the representation of individuals in Chapter 7 and Chapter 13 cases and worked as an extern with the Office of the U.S. Trustee, Central District of California. Ms. Oh is a graduate of Stanford University and obtained her law degree from University of California, Los Angeles. She was admitted to the California Bar in 2000, is a member of the Korean American Bar Association, California Bankruptcy Forum and Los Angeles Bankruptcy Forum.



**JULIET Y. OH**
jyo@lnbyg.com

**JULIET Y. OH**  ATTORNEY AT LAW
EMAIL: JYO@LNBYG.COM  DIRECT: 310.229.3348

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TODD M. ARNOLD** has been with LNBY&G since 2003. Mr. Arnold specializes in corporate and high net worth individual reorganizations and bankruptcy litigation. Mr. Arnold has served as counsel in several major reorganization cases and in hundreds of avoidance actions. Mr. Arnold joined LNBYG after serving as an extern and a law clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Judge. He has been voted a "Rising Star" in a poll of his peers in Southern California each year since 2006. A native of Sacramento, Mr. Arnold graduated from the University of California, Los Angeles with a B.A. in English and Loyola Law School, Los Angeles, *cum laude,* with a Juris Doctor degree and as a member of the Order of the Coif.



**TODD M. ARNOLD**
tma@lnbyg.com

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**ANTHONY A. FRIEDMAN** specializes in the representation of debtors in reorganizations and liquidations, Chapter 7 and Chapter 11 Trustees, bankruptcy litigation, State Court litigation, and creditors' committees. Mr. Friedman is admitted to practice before all the Courts of the State of California, the United States District Court, Central, Eastern, Northern and Southern Districts, the Ninth Circuit Court of Appeals and the United States Supreme Court. Mr. Friedman received his Juris Doctor degree from the University of La Verne School of Law in 1999 and his Bachelor of Arts degree from the University of California at San Diego in 1992. Prior to joining Levene, Neale, Bender, Yoo & Golubchik L.L.P., Mr. Friedman was a judicial extern for the Honorable Kathleen Thompson, United States Bankruptcy Judge, Central District of California.  Mr. Friedman is also a member of the American Bankruptcy Institute, the Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the California Bankruptcy Forum, the Financial Lawyer's Conference, the James T. King Bankruptcy Inn of Court (current Board member and past president 2017–2018), and several Southern California Bar Associations. Mr. Friedman is also a volunteer in the Public Counsel Law Center Bankruptcy pro bono project.



**ANTHONY A. FRIEDMAN**
aaf@lnbyg.com

**ANTHONY A. FRIEDMAN**  ATTORNEY AT LAW
EMAIL: AAF@LNBYG.COM  DIRECT: 310.229.3396

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



## PROFESSIONAL RÉSUMÉ



**KURT RAMLO**, a Los Angeles native, provides restructuring advice to business organizations facing financial distress. His practice includes guiding organizations through out-of-court and chapter 11 reorganizations, as well as related transactions and litigation. He routinely provides advice on structuring cutting-edge transactions on behalf of public and private debtors, foreign representatives, receivers, shareholders, plan sponsors, third-party acquirers, secured and unsecured creditors, creditors' committees and post-petition lenders, as well as other restructuring professionals. A former Assistant United States Attorney, Mr. Ramlo also has extensive trial and commercial litigation experience in bankruptcy and federal district courts.

**KURT RAMLO**

kr@lnbyg.com

His representative chapter 11 matters include advising the debtors in NexPrise, Inc.; Hingham Campus; Minor Family Hotels; Delphi Corporation; Refco; Blue Bird Body Company (prepackaged plan); Friedman's Jewelers; First Virtual Communications; Kmart Corporation; ZiLOG, Inc. (prepackaged plan); Stone & Webster; Wilshire Center Marketplace (Ambassador Hotel); Washington Group; and Furr's Supermarkets; the foreign representatives in Flightlease Holdings and SunCal; the receiver in private equity management group; equity stockholders or plan sponsors in Charter Communications; Crescent Jewelers; Oregon Arena Corporation; Old UGC; and Clift Holdings (The Clift Hotel); asset purchasers and bidders in Medical Capital Holdings; Variety Arts Theatre; Chef Solutions Holdings; People's Choice Financial Corporation; Sun World; The Walking Company; Centis; and iSyndicate; estate professionals in General Growth Properties and Leap Wireless; and creditors in Cocopah Nurseries; One Pelican Hill North, L.P.; McMonigle Residential Group; Contessa Premium Foods; LBREP/L-Lehman SunCal Master I, LLC; Phoenix Coyotes; GTS 900 F (Concerto); Cupertino Square; American Home Mortgage; Trump Casinos; Consolidated Freightways; Loral Space & Communications; Leap Wireless; DirecTV Latin American; Northwestern Corporation; Airwalk; Centis; Regal Cinemas; eToys; Excite/At Home Corporation; Paracelsus Healthcare; and the creditors' committee in Hamakua Sugar Company.

Litigation matters include CanAm Capital Holdings (Ponzi scheme fraudulent transfer action); Lyondell Chemical (New York LBO fraudulent transfer action); Linens N Things (preference); patent holder (obtaining stay pending appeal of $112 million judgment); S&W Bach (New York fraudulent transfer action); One Pelican Hill North

continued. . .

**KURT RAMLO**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

## LNBY&G

(California lender liability); <u>Lost Lakes</u> (Washington lender liability); satellite dish provider (piracy and dischargeability); <u>Prium</u> (lender liability); <u>Spansion, Inc.</u> (transfer pricing dispute); <u>Delphi</u> (Michigan state tax litigation; vendor litigation); <u>Refco</u> (Swiss securities litigation); <u>Old UGC</u> ($3.7 billion breach of merger action); <u>Airwalk</u> (debt recharacterization trial); various actions representing the <u>United States</u> (Medicare fraud and dischargeability; surety bond enforcement; loan and guaranty enforcement; wrongful foreclosure litigation; enforcement of criminal fines and restitution orders).

Published decisions issued in matters litigated by Mr. Ramlo include <u>United States Pac. Ins. Co. v. United States Dep't of Interior</u>, 70 F. Supp. 2d 1089 (C.D. Cal. 1999); <u>Secretary of HUD v. Sky Meadow Assoc.</u>, 117 F. Supp. 2d 970 (C.D. Cal. 2000); <u>Yunis v. United States</u>, 118 F. Supp. 2d 1024 (C.D. Cal. 2000); and <u>United States Dep't of Educ. v. Wallace</u> (In re Wallace), 259 B.R. 170 (C.D. Cal. 2000).

He is a co-author of "American Bankruptcy Reform and Creativity Prompt the In re Blue Bird Body Company One-Day Prepackaged Plan of Reorganization," International Corporate Rescue, Kluwer Law International (London) (December 2006), included in Expedited Debt Restructuring: An International Comparative Analysis, Rodrigo Olivares-Caminal ed., Kluwer Law International (The Netherlands) (2007).

In 1993, Mr. Ramlo obtained his law degree from the University of California, Davis and in 1990 a Bachelor of Music degree, with a concentration on music performance on bassoon, from California State University, Northridge.

**KURT RAMLO** ATTORNEY AT LAW
EMAIL: KR@LNBYG.COM  DIRECT: 310.229.3378

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**EVE H. KARASIK** is a business restructuring and bankruptcy attorney who focuses her practice on the representation of business entities in a variety of industries. In addition to representing corporate debtors, Ms. Karasik has represented creditors' committees, equity committees, post-confirmation liquidating trusts and Bankruptcy Code section 524(g) trusts, assignees and assignors for assignments for the benefit of creditors, receivers and creditors in state and federal receiverships, and significant creditors and litigation parties in cases pending around the country. She began her legal career at Stutman, Treister & Glatt P.C., a nationally recognized bankruptcy boutique where she practiced until May 1, 2014 when the firm had to close its doors.

Ms. Karasik has a breadth of experience representing entities in wide variety of industries,. Some of her debtor representations of note include: Valley Economic Development Corporation (Los Angeles, CA, *Loan Origination and Servicing*), Marshall Broadcasting, Inc. (Houston, TX, *Media*), Cornerstone Apparel, Inc. (Los Angeles, CA, *Retail*), Anna's Linens, Inc. (Los Angeles, CA, *Retail*), Associated Third Party Administrators and Allied Fund Administrators LLC (Los Angeles, CA, *Benefits Administration*), Imperial Capital Bancorp, Inc. (San Diego, CA, *Bank Holding Company*), Utah 7000, LLC, et al (Salt Lake City, UT, *Luxury Real Estate Development*), Resort at Summerlin, et al (Las Vegas Nevada, *Gaming*); Gold River Hotel & Casino, et al (Las Vegas, Nevada, *Gaming*), Falcon Products, Inc., et al (St. Louis, MO, *Furniture Manufacturer*), Clark Retail Group, et al (Chicago, IL, *Gas Station and Convenience Stores*), MJ Research, Inc. (Reno, NV, *Bio Tech*), Cell Pro, (Seattle, Washington, *Bio Tech*); and U.S. Aggregates, Inc., et al (Reno, NV, *Mining*). Her creditor and equity committee representations include PHI, Inc. (Dallas, TX, *Oil and Gas Logistics*), New Meatco Provisions, LLC (Los Angeles, CA, *Food Distribution*), Circus and Eldorado Joint Venture, et al. (Reno, NV, *Gaming*), Riviera Holdings Corporation, et al. (Las Vegas, NV. *Gaming*), Eurofresh, Inc., et al (Phoenix, AZ, *Food Producer and Distributor*), USA Capital First Trust Deed Fund (Las Vegas, NV, *Real Estate Investment Fund*), Aladdin Gaming, Inc. (Las Vegas, NV, *Gaming*), and Amerco (Reno, NV, *Retail/Trucking*).

Ms. Karasik has also served as counsel to the Trustee in the Securities Investor Protection Corporation liquidation proceeding of W.S. Clearing, Inc. (Los Angeles, CA, *Securities Clearinghouse*), counsel to the Examiner in the Fontainebleau Las Vegas Holdings, LLC., et al. (Miami, FL, *Gaming*), and counsel to the J.T. Thorpe

**EVE H. KARASIK**
ehk@lnbyg.com

continued. . .

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

Settlement Trust, the Thorpe Insulation Company Settlement Trust, Plant Insulation Settlement Trust, and the Western Asbestos Settlement Trust (Reno, NV, Section 524(g) *Bankruptcy Trusts*).

Ms. Karasik is a fellow in the American College of Bankruptcy. She has been ranked in Chambers USA, Band 3, Bankruptcy and Restructuring, California 2020. Ms. Karasik has received several awards in her field, including the Century City Bar Association Bankruptcy Attorney of the Year for 2015, and the Turnaround Managers Association "2007 Large Company Transaction of the Year" award for her work on the U.S.A. Commercial Mortgage Company Chapter 11 Cases. She is also been named a Southern California States Super Lawyers®, 2012–2020 for Bankruptcy & Creditor/Debtor Rights; Best Lawyers in America®, Bankruptcy and Creditor-Debtor Rights Law, 2007– 2020; and AV/Preeminent Attorney® as rated by Martindale-Hubbell®, 5.0 out of 5.0.

**Ms. Karasik has appeared as a speaker on the following topics before the following organizations:**

- American Bankruptcy Institute, Annual Spring Meeting, 2019, The Continuing Vitality of the Jay Alix Protocol, and other Issues Related to the Retention of Distressed Management Consultant
- American Bankruptcy Institute, Bankruptcy Battleground West, 2019, Crossfire Panel: Jevic Debate
- American Bankruptcy Institute, Annual Spring Meeting, 2018, Life After Jevic: How Will the Supreme Court's Decision Affect Chapter 11 Practice
- California Bankruptcy Forum 2016, Mo Fees Mo Objections – Notoriously B.I.G. Problems for Professionals Seeking to be Employed and Paid
- American Bankruptcy Institute, Winter Leadership Conference 2015, Perfecting the Pitch
- Turnaround Managers Association, 7th Annual Western Regional Conference July 16, 2015: "Successor Liability & Section 363 Sales: Everything You Always Wanted to Know, But Were Afraid Someone Would Tell You"
- American Bankruptcy Institute, Spring Meeting 2015: "Trustee Selection in Commercial Bankruptcy Cases: Who Wins the Battle to Control the Estate?"
- Los Angeles Bankruptcy Forum: "LLCs in Bankruptcy: Tricks and Traps (or Points of Leverage and Lurking Dangers)," April 20, 2015

continued. . .                                              pg 2 of 4

**EVE H. KARASIK**  ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM  DIRECT: 310.229.3350

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

LNBY&G

- American Bankruptcy Institute, Spring Meeting 2014: "The Ever-Changing Roles of Committees"
- American Bankruptcy Institute, Webinar July 15, 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Spring Meeting 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2011: "Great Debates – Third Party Injunctions in Chapter 11 Plans"
- American Bankruptcy Institute, Spring Meeting 2011: "Ethics and Professional Compensation: Actions to Avoid and Recover Fees"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2009: "Great Debates – Administration of Administratively Insolvent Estate for the Benefit of a Secured Creditor"
- American Bankruptcy Institute, Spring Meeting 2009: "Great Debates – Sale of Assets Free and Clear of Liens Over the Objection of the Secured Creditor"
- CRG Winter Conference, 2009: "Panel Discussion – Guide for Operating in the Zone of Insolvency"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2008: "Claims Trading, Fiduciary Duties and Other Pesky Committee Issues"
- American Bankruptcy Institute, Winter Leadership Meeting, 2006: "Fibermark – New Duties and Beyond – Ethical Problems of Committee Membership and Representation in a Hedge Fund World"
- American Bankruptcy Institute, Spring Meeting 2004: "Successor Liability Revisited – Recent Developments and Trends"

Ms. Karasik received her B.A., with High Honors in History, from the University of California, Berkeley in 1984, and her J.D. from the University of Southern California Law School (Gould School of Law), Order of the Coif, 1991. She was admitted to the California Bar in 1991. She was admitted to the Ninth Circuit Court of Appeals in 1991, the United States District Court for the Central and Northern Districts of California in 1991 and 1992, and the Southern and Eastern Districts of California in 1994. She has also practiced extensively in federal courts throughout the country including in Nevada, Arizona, Utah, Delaware, Washington, Illinois, Missouri, Arizona, Florida and Texas.

continued. . .

**EVE H. KARASIK**  ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM  DIRECT: 310.229.3350

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 3



**Ms. Karasik is active in various organizations, including:**

- American College of Bankruptcy, (2019–present)
- American Bankruptcy Institute: Executive Committee of Board of Directors (2019–present), Board of Directors 2015–2019), Bankruptcy Battleground West Conference, Co-Chair, 2012–2015, Ethics and Compensation Subcommittee, Education Director, 2014–15, Newsletter Editor, 2012–2014
- Ninth Circuit Judicial Conference Lawyer Representative, 2015–2018
- Los Angeles Bankruptcy Forum, Incoming President (2020–2021), Executive Committee Member 2017 to 2020, Board Member 2014
- Credit Abuse Resistance Education (CARE), Southern California Chapter, Advisory Committee Member and Volunteer 2018–present
- State Bar of California, Business Law Section, Member
- State Bar of California, Insolvency Law Committee, Member, 2005–2006
- LA County Bar Association, Commercial Law and Bankruptcy Section, Member
- Women Lawyers Association of Los Angeles, Former Executive Committee Member
- Turnaround Managers Association ("TMA") Awards Committee, Member, 2009–2011
- TMA Distressed Investing Conference Planning Committee, Member, 2013–2014

pg 4 of 4

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**CARMELA T. PAGAY**, a partner at LNBY&B, specializes in representation of debtors in reorganizations and liquidations, creditor committees, and Chapter 7 and Chapter 11 trustees, and bankruptcy litigation.

Ms. Pagay received her Bachelor of Arts Degree in Political Science from the University of California, Los Angeles in 1994, and her Juris Doctor from Loyola Law School, Los Angeles in 1997, where she was Senior Production Editor of the *Loyola of Los Angeles International and Comparative Law Journal*. Ms. Pagay is admitted to practice before the United States District Court, Central, Eastern, Northern, and Southern Districts, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

She currently sits on the Women Lawyers Association of Los Angeles Foundation Board of Governors, and is a member of the Los Angeles County Bar Association and the Asian Pacific American Bar Association of Los Angeles County. Ms. Pagay is also a longstanding editorial board member of the *Los Angeles Lawyer* magazine and was its Chair for 2020–2021.



**CARMELA T. PAGAY**
ctp@lnbyg.com

**CARMELA T. PAGAY**  ATTORNEY AT LAW
EMAIL: CTP@LNBYG.COM  DIRECT: 310.229.3362

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOHN-PATRICK M. FRITZ** was named a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. in January 2016.  Mr. Fritz advises clients as chapter 11 debtors in possession, purchasers, post-petition lenders, creditors, committees, and litigants in bankruptcy related matters.  Mr. Fritz is also a Subchapter V Trustee for Chapter 11 Small Business Reorganizations.

Mr. Fritz represents clients in all industries, including start-ups, intellectual property-based companies, hotels and hospitality, commercial real estate, food production, restaurants, retail, manufacturing, construction, and entertainment and film.  Combining multi-faceted experience with innovation, Mr. Fritz employs a goal-oriented approach to achieve successful results, whether as counsel to a company reorganizing its affairs, a creditor navigating its best recovery, or as Trustee mediating a reorganization between debtor and creditor parties.

For many years, Mr. Fritz has served on the board of directors for the Los Angeles Bankruptcy Forum, the board of governors and executive committee of the Financial Lawyers Conference, and the advisory board for the American Bankruptcy Institute's annual Bankruptcy Battleground West program.  Mr. Fritz is a regular panel speaker on bankruptcy and restructuring issues for various professional and business organizations, and he has received the honor of being named a "Super Lawyer" and "Rising Star" by *Super Lawyers* magazine.

Mr. Fritz served as a judicial law clerk to the Hon. Maureen A. Tighe for two years, from 2007 to 2009, before joining the firm as an associate in 2009.  Mr. Fritz graduated Tufts University, *cum laude,* with honors, and Southwestern Law School, *magna cum laude,* in the top 5% of his class.  Mr. Fritz studied abroad for one year in Kyoto, worked for the Japanese government in Japan for two years, and is proficient in Japanese.



**JOHN-PATRICK M. FRITZ**
jpf@lnbyg.com

**JOHN-PATRICK M. FRITZ**  ATTORNEY AT LAW
EMAIL: JPF@LNBYG.COM  DIRECT: 310.229.3395

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**KRIKOR MESHEFEJIAN** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. He represents clients in all aspects of financial reorganization, corporate restructuring, insolvency and commercial litigation. He has helped businesses and individuals successfully and efficiently confirm chapter 11 plans of reorganization, sell assets, negotiate settlements, and litigate complex legal disputes in bankruptcy courts. His clients include financially distressed technology, healthcare, natural resource, restaurant, food processing, real estate investment and other retail, whole-sale and service businesses, and all types of individuals seeking appropriate debt relief. He also represents creditors seeking to protect their rights and interests in bankruptcy cases, and trustees in connection with administering bankruptcy cases. He applies a "hands-on" approach to all of his cases and provides his clients with personal attention to all aspects of their case, from inception to conclusion, while focusing on obtaining outstanding results in a cost-effective manner. His creative solutions to complex legal and financial problems have helped his clients preserve their assets and businesses, and protect and enforce their legal rights and claims. He has been selected to the "Rising Star" list every year since 2013, an honor reserved for those lawyers who exhibit excellence in practice.



**KRIKOR J. MESHEFEJIAN**

kjm@lnbyg.com

Prior to joining the firm in 2008, Mr. Meshefejian clerked for the Honorable Geraldine Mund and the Honorable Victoria S. Kaufman, United States Bankruptcy Judges. Mr. Meshefejian obtained his J.D. in 2007, *magna cum laude,* from the University of Illinois College of Law, where he served as senior editor for the Illinois Business Law Journal and received the Rickert Award for excellence in legal writing.

**KRIKOR J. MESHEFEJIAN**  ATTORNEY AT LAW
EMAIL: KJM@LNBYG.COM  DIRECT: 310.229.3380

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**

LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**LINDSEY L. SMITH** joined LNBYG in February 2010. Ms. Smith obtained her law degree *cum laude* from Loyola Law School, where she was a member of the Alpha Sigma Nu and the St. Thomas More Honor Society, and recipient of the First Honors Award in Election Law. Ms. Smith obtained a B.A. in political science with an emphasis in American Politics from Boston University. Ms. Smith has been named a Super Lawyers Rising Star each year since 2013.

Ms. Smith focuses her practice on the representation of Chapter 11 debtors in possession and Chapter 7 trustees. Ms. Smith has significant experience in successfully representing Chapter 11 debtors from the beginning of a case filing through plan confirmation. Ms. Smith has also represented several Chapter 11 debtors in connection with Section 363 sales of substantially all of their assets.



**LINDSEY L. SMITH**
lls@lnbyg.com

**LINDSEY L. SMITH**  ATTORNEY AT LAW
EMAIL: LLS@LNBYG.COM  DIRECT: 310.229.3369

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G
### LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**JEFFREY S. KWONG**
jsk@lnbyg.com

**JEFFREY S. KWONG (鄺世傑)** joined LNBYG as an associate in 2014. Mr. Kwong represents Chapter 11 debtors, unsecured creditor committees, secured and unsecured creditors, and parties in bankruptcy litigation and appeals from a variety of industries, including hotels and hospitality, lending and banking, commercial real estate, restaurants, retail, and healthcare. Mr. Kwong's prior Chapter 11 debtor engagements include *Cornerstone Apparel, Inc., Anna's Linens, Tala Jewelers, Inc.,* and *Green Fleet Systems, LLC.* Further, he has represented commercial landlords in some of the largest retail bankruptcy cases filed across the country in recent years.

Prior to joining the firm, Mr. Kwong served for two years as law clerk to the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California. Mr. Kwong obtained his J.D. in 2012 from the University of California, Berkeley, Boalt Hall School of Law, where he served as an editor for the *Berkeley Journal of International Law* and a Senior Articles Editor for the *Asian American Law Journal*. He received his undergraduate degree, *summa cum laude,* from the University of California, San Diego.

He is a member of the Beverly Hills Bar Association, Turnaround Management Association, Los Angeles Bankruptcy Forum, Association for Corporate Growth, Southern California Chinese Lawyers Association, and Asian Pacific CPA Association. He also serves as Legal Advisor to the Soo Yuen Fraternal Association of Southern California.

**JEFFREY S. KWONG**  ATTORNEY AT LAW
EMAIL: JSK@LNBYG.COM  DIRECT: 310.229.3337

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOE ROTHBERG** joined LNBYG as a partner in 2021. Mr. Rothberg has broad experience across a variety of commercial litigation matters, including in state courts, federal courts, bankruptcy courts, and in private arbitrations. Mr. Rothberg has conducted litigation across a wide assortment of industries, including the textile and apparel industries, the aerospace industry, tech industry, the lending and banking industries, the vending and laundromat industries, the publishing industry, and in the commercial and residential real estate industries. In addition, Mr. Rothberg serves as outside general counsel for a number of small to medium-sized businesses in California and the New York City area.

Before joining the firm, Mr. Rothberg was an attorney at Brutzkus Gubner LLP for nine years. Prior to that, he served as a judicial extern to the Honorable Maureen A. Tighe, United States Bankruptcy Judge for the Central District of California. Mr. Rothberg obtained his J.D. in 2012 from the University of California, Los Angeles, where he served as the managing editor for the UCLA Journal of International Law and Foreign Affairs. He received a Bachelor of Arts in 2008 from the University of California, Berkeley with High Honors in history and a minor in music.

Mr. Rothberg has authored several legal analysis articles for Forbes online, regarding various commercial and intellectual property issues. Mr. Rothberg is licensed to practice in both California and New York. He is a member of the New York State Bar Association. Mr. Rothberg has been named a "Rising Star" by Southern California Super Lawyers each year since 2016, and has been named to the "Up and Coming 100" each year since 2019.



**JOSEPH M. ROTHBERG**
jmr@lnbyg.com

**JOSEPH M. ROTHBERG**  ATTORNEY AT LAW
EMAIL: JMR@LNBYG.COM  DIRECT: 310.229.3373

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



**PROFESSIONAL RÉSUMÉ**

**JONATHAN D. GOTTLIEB** joined LNBYG as a Summer Intern in May 2020, and began working as an associate in September 2021. Prior to that, Mr. Gottlieb was a summer extern for Judge Scott C. Clarkson in the Central District of California – Bankruptcy Court located in Santa Ana, CA. In May 2021, Mr. Gottlieb obtained his J.D. from the University of California – Hastings College of the Law. There, Mr. Gottlieb served as a member of the Federalist Society. In 2018, Mr. Gottlieb obtained a B.A. from the University of Wisconsin – Madison where he majored in History, with an emphasis on Empire Building and United States Foreign Policy.



**JONATHAN D. GOTTLIEB**

jdg@lnbyg.com

pg 1 of 1

LAW OFFICES
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

SCHEDULE OF HOURLY BILLING RATES
(Effective January 1, 2023)

| ATTORNEYS | 2023 Rates |
|---|---|
| DAVID W. LEVENE | 690 |
| DAVID L. NEALE | 690 |
| RON BENDER | 690 |
| MARTIN J. BRILL | 690 |
| TIMOTHY J. YOO | 690 |
| GARY E. KLAUSNER | 690 |
| EDWARD M. WOLKOWITZ | 690 |
| DAVID B. GOLUBCHIK | 690 |
| BETH ANN R. YOUNG | 690 |
| EVE H. KARASIK | 690 |
| MONICA Y. KIM | 675 |
| DANIEL H. REISS | 675 |
| PHILIP A. GASTEIER | 675 |
| TODD A. FREALY | 675 |
| KURT RAMLO | 675 |
| RICHARD P. STEELMAN, JR. | 675 |
| ZACHARY PAGE | 675 |
| JULIET Y. OH | 650 |
| TODD M. ARNOLD | 650 |

| | |
|---|---|
| CARMELA T. PAGAY | 650 |
| ANTHONY A. FRIEDMAN | 650 |
| KRIKOR J. MESHEFEJIAN | 650 |
| JOHN-PATRICK M. FRITZ | 650 |
| JOSEPH M. ROTHBERG | 650 |
| JEFFREY KWONG | 625 |
| LINDSEY L. SMITH | 575 |
| ROBERT CARRASCO | 450 |
| PARAPROFESSIONALS | 295 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **Third Interim Application Of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval Of Fees And Reimbursement Of Expenses; Declaration Of David B. Golubchik In Support Thereof** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 6, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**: On **November 6, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 6, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 6, 2023 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| 1 | **NEF SERVICE LIST:** |
| 2 | • Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| 3 | • Todd M Arnold    tma@lnbyg.com |
|   | • Jerrold L Bregman    jbregman@bg.law, ecf@bg.law |
|   | • Ryan Coy    rcoy@bg.law, ecf@bg.law |
| 4 | • Marguerite Lee DeVoll    mdevoll@watttieder.com |
| 5 | • Karol K Denniston    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com |
| 6 | • Oscar Estrada    oestrada@ttc.lacounty.gov |
|   | • Max Fabricant    mfabricant@lavelysinger.com |
| 7 | • Danielle R Gabai    dgabai@danninggill.com, dgabai@ecf.courtdrive.com |
|   | • Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com |
| 8 | • David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com |
|   | • Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| 9 | • Jonathan Gottlieb    jdg@lnbyg.com |
|   | • Robert B Kaplan    rbk@jmbm.com, rbk@ecf.courtdrive.com |
|   | • Jane G Kearl    jkearl@watttieder.com |
| 10 | • Jennifer Larkin Kneeland    jkneeland@watttieder.com |
|   | • Michael S Kogan    mkogan@koganlawfirm.com |
| 11 | • Noreen A Madoyan    Noreen.Madoyan@usdoj.gov |
|   | • John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| 12 | • Samuel A Newman    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com |
| 13 | • Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com |
|   | • Sharon Oh-Kubisch    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| 14 | • Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| 15 | • Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com |
|   | • Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| 16 | • Victor A Sahn    victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com |
| 17 | • William Schumacher    wschumacher@winthrop.com, autodocketecf@milbank.com |
| 18 | • David Seror    dseror@bg.law, ecf@bg.law |
|   | • Zev Shechtman    zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| 19 | • Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com |
|   | • Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| 20 | • United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov |
| 21 | • Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com |
| 22 | • Jessica Wellington    jwellington@bg.law, ecf@bg.law |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**