in the united states bankruptcy court
for the central district of california

case no.: 2:21-bk-18205

Bill No._____

in re : crestlloyd, llc, debtor

-----------------------------------------

Edward Roark Schwagerl as Trustee of the Edward Roark Schwagerl Living Estate Trust 7-14-18,

Complainant,

v.

Honorable Kathleen Campbell, Clerk of the United States Bankruptcy Court for the Central District of California,

Defendant.

-----------------------------------------

**Verified Bill in Equity to Enforce a Trust and for Specific Performance**

To the Honorable Deborah Salzman, Complainant tenders this bill in equity and respectfully shows the Court:

### Jurisdiction

This is a suit in equity that arises under the Constitution and laws of the United States.

    1. That Your Orator is private citizen of the United States, of the several States, a native Ohioan egressed therefrom and ingresses in Minnesota near 2551 38th Ave NE, Saint Anthony Village, whose mailing location is c/o 525 main st, #120353, Saint Paul, Minnesota, of the several States.

    2. That Your Orator is the grantor and trustee to the Edward Roark Schwagerl Living Estate Trust 7-14-18 ("7-14-18 Trust") formed and established by his own acts and deeds upon the record (DOC 534).

    3. That Your Orator served a Notice of Withdrawal and a notice of fiduciary assignment and directives to the defendant, named therein, with an application for the Federal C5000 Voucher Program on a letter of credit, $10.00 (ten dollars) gold and silver coin of the United States deposited with the Court which was accepted and entered on the record on the 16th day of August, 2023 (Doc. 519).

    4. That the purpose of the trust resulting from 8-16-23 entry as expressed in said fiduciary assignment, is to deliver up the res to Your Orator, to transfer the procession and control of the Trust Fund to Your Orator, to process the Vouchers as instructed, and to deliver up the proceeds to Your Orator of the C5000 Tax Credit Vouchers Number 1-12 deposited with the defendant (Doc. 527), and to process other Vouchers from time to time until the Trust Fund in the sum of $144 Billion ($144,000,000,000.00) is exhausted.

    5. That Your Orator served demand on the notice and demand for requisition (Doc 534), and am without performance, disclaimer, or delivery by the fiduciary defendant to which Your Orator is entitled in relation to the processing of the Federal C5000 Voucher Application, Vouchers 1-12, and all other subsequent vouchers, reconveyance of the muniments of titles to real property "THE ONE" that arise from the reimbursement to co-sureties tendered in the case, and that inure to Your Orator. (Doc. 520,527).

    6. That Your Orator has express and exclusive power under the trust instrument over administration, banking, and powers of appointment of fiduciary trustees in aid and assistance of the administration of Your Orator's Trust, and that the fiduciary appointment/assignment to the defendant is a matter of record and without disclaimer.

    Wherefore, Your Orator is remediless by the strict rules of the bankrupt laws, is without a remedy at law and relievable only in a court of equity, where matters of this nature are properly cognizable, Your Orator prays:

    1. That subpoena issue.

    2. That Your Orator have a decree declaring the rights and duties of the parties, and that the Edward Roark Schwagerl Living Estate Trust 7-14-18, along with any express, implied, constructive, and resulting trust connected therewith, or arising therefrom, are valid and enforceable.

    3. That Your Orator have an order directing the defendant to take and state the full account, to process the Application and Vouchers 1-10, release the sum certain of five hundred million dollars (U.S.$500,000,000.00) to the assignee of Richard Saghian as reimbursement to the co-surety, to compel the reconveyance of

*e.r.s.*

title, and deliver up the remainder of the Trust Fund, control, and possession into Your Orator's hands.

4. That Your Orator receive set-off between his depositary tax credits and the bank depository compliant CREDIT GATEWAY ROUTING AND ACCOUNT NUMBER ACH COORDINATES for the magnetic MICR strip used to process in a Federal Reserve Bank. (31 U.S.C. §3301 and §3302). These coordinates will be applied and affixed to the Suitor's Substitute Vouchers SF-1193, DOC 519 8-16-23 TRUST, for Credit Gateway Fedwire And Automated Clearing House (ACH) functions made through the Credit GATEWAY per TFM Part 5 Chapter 7500 and credited to Your Orator's chosen depository(s).

5. That in the alternative Your Orator have an order for the Marshal to deliver the remainder of the Trust res to Your Orator.

Respectfully submitted,

[trust seal]

*[signature]*

Edward Roark Schwagerl, Orator
In Care of: U.S. Mail Box #120353, Saint Paul, Minnesota.
Tel. +1 (612) 986-6478 – office of trustee.
Email: private9660@docs.simplywise.com

**JURAT**

Before me, __Paulo Martinez__, a Notary Public by the State of Minnesota, duly authorized, empowered and admitted to take acknowledgements, depositions under Oath and administer sworn statements, on this day came by special restricted ministerial visitation Edward Roark Schwagerl the within named, known to me to be a private Minnesotan in the several States, without the Territory or District, and affixed his mark and seal upon the above "Verified Bill in Equity to Enforce a Trust and for Specific Performance" he solemnly vows that this Oath and every statement given above is the whole truth to the best of his first-hand personal knowledge and experience. IN TESTIMONY whereof I have hereunto set my Hand and Seal this __13__ day of 2023  WITNESS my hand and official seal.

[notary seal]

Signature: __Paulo Matz__
My commission expires: __Jan 31 2027__

PAULO MARTINEZ
Notary Public
Minnesota
My Commission Expires
Jan 31, 2027

in the united states bankruptcy court
for the central district of california

case no.: 2:21-bk-18205

Bill No._____

in re : crestlloyd, llc, debtor

## CERTIFICATE OF SERVICE

Without waiving any right, remedy or defense, I, the below-named Edward Roark Schwagerl, Interested Party, certify that on November 13, 2023, I placed a true and correct original coy of the attached **Verified Bill in Equity to Enforce a Trust and for Specific Performance** in a sealed envelope and deposited it with an official United States Postal Clerk, personally, for mailing no later than November 13, 2023, and delivery for next business day that is not a court-observed holiday, in the United States mail, first class, priority express mail number EI 231 410 641 US, postage prepaid, and addressed as follows:

U.S. Bankruptcy Court Clerk
CERTIFYING OFFICER OF THE FEDERAL PROGRAM AGENCY
Kathleen J. Campbell
Roybal Federal Bldg.
255 East Temple St., Suite 940
Los Angeles, CA 90012

Signature: /s/Edward Roark Schwagerl, Interested Party. Date: November 13, 2023.
Edward Roark Schwagerl (62cv173317)
Tel. +1 (612) 986-6478 – office of trustee.
Email: private9660@docs.simplywise.com