Smith, Andre Mario. esquire
7938 Broadway No. 1263
Lemon Grove, California, 91946
619-813-2881
Fax Number: N/A
andmarioith@yahoo.com
**Special Appearance**

(ANDRE MARIO SMITH, Pro Se)



# UNITED STATES DISTRICT COURT IN AND FOR THE
# THE CENTRAL DISTRICT OF CALIFORNIA
# BANKRUTCY DIVISION

In re:

CRESTLLOYD, LLC,

Debtor without possession.

Case No. 2:21-bk-18205-DS

Chapter 11

*Special Interested Party, Andre Mario Smith, Objection; Plain Statement at Fact; full Rebuttal for Docket Number 534, Filed October 24, 2023, Entered October 25, 2023 15;26;49; The-One Bel-Air Trust Dated February 2022 Declaration/Certification with Attachments including, but not limited to, The-One Bel-Air trust Deed Dated July 2022, and; Order.*

Greetings to all these presents shall come.

Know all men by these presents.

Notice to Principal is Notice to Agent.

Notice to Agent is Notice to Principal.

To all Party's and their Attorneys of Record.

To each Party and to the Counsel of Record for each Party.

---

- 1 -

Special Interested Party, Andre Mario Smith, Objection; Plain Statement at Fact; full Rebuttal for Docket Number 534, Filed October 24, 2023, Entered October 25, 2023 15;26;49; The-One Bel-Air Trust Dated July 2022 Declaration; Trust Certification with Attachments including, but not limited to, The-One Bel-Air trust Deed Dated July 2022; and; Order.

1   **NOTICE IS HEREBY GIVEN, PLEASE TAKE NOTICE** that it appears on
2   November 17, 2023, 08:00 a.m., or as soon there-after as the matter can be heard,
3   with or without a "hearing," in Courtroom 1639 on the 13th floor of the United States
4   Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012; Special Interested
5   Party *Andre Mario Smith ("the-one el")*, by and through its duly authorized
6   representative, will, and by this filing hereby does, move this tribunal by this rebuttal
7   to destroy, the likes and/or otherwise, Docket Number 534, without recourse; it is so
8   ordered.

9   **NOTICE IS HEREBY GIVEN, PLEASE TAKE FURTHER NOTICE** that,
10  the courtroom will be closed to the public and the hearing will be held via Zoomgov,
11  which provides both audio and video access. All parties and members of the public
12  may connect to the hearing free of charge. Zoomgov connection information for this
13  hearing will be posted on the Courts public calendar for Judicial Officer Saltzman,
14  accessible on the court's website:
15  http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx. More information on using
16  Zoomgov to participate in this hearing is available on the Court's website at the
17  following web address: http://www.cacb.uscourts.gov/news/zoom-video-hearing-
18  guide-participants.

### Plain Statement at Fact

20  It appears *the-one el*, by and through its' duly authorized representative, filed
21  instruments ("the instruments") on February 16, 2022, for the full settlement and
22  closure of the above-captioned case and to redeem, remedy, indemnify, the likes
23  and/or otherwise, any harm that may, or may not, have come to any-all parties
24  effected by the-one el transfer of lands most commonly known as 944 Airole Way,
25  Los Angeles, california [90077], for exactly the sum certain $ 999,999,999.00 arising
26  from *the-one el* contract with Debtor [Without] Possession, Crestlloyd,LLC ("DWP")
27  beginning January 31, 2022. (See Docket Number 128)
28  It appears *the-one el*, by and through its' duly authorized representative, timely

2

1 lawfully objected to discharge in the above-captioned case on or before January 31,
2 2022, by entering into a lawful contract with DWP by and through its' duly
3 authorized representative and/or Principal, *Nile Niami*, ("*the Other One*").

4 Now, it appears a non-Interested and otherwise unnoticed Party appearing as
5 **Edward Roark Schwagerl** et al ("not the one") is attempting to, whether by mistake
6 and/or the likes and/or otherwise, commit Fraud or otherwise harm a original,
7 autochthonous, indigenous natural divine man at-large.

8 To this end, *the-one el* objects.

9 Without waiving said objection(s) and/or creating any controversy *the-one el*
10 accepts **not the one** mistake and/or the likes and/or otherwise, attempt(s) to commit
11 Fraud, or otherwise harm a original, autochthonous, indigenous natural divine man at-
12 large, except; **not the one** mistake and/or the likes and/or otherwise, attempt(s) to
13 commit Fraud, or otherwise harm a original, autochthonous, indigenous natural
14 divine man at-large.

15 Therefore, there is no controversy.
16 it is so ordered.

## Truth, Facts, and Certainties

18 *the-one el*, a lawfully declared flesh & blood netter/man, on his land is the only
19 man in this matter with a standing high and near enough to God to claim these lands;
20 further sayeth naught.

21 Once a trust is "funded," it's a trust; a trust cannot be formed until it is "funded,"
22 further sayeth naught.

23 *The-One Bel-Air trust* dated February 2022 ("T-O B-A t") acquired the land(s)
24 most commonly known as 944 Airole Way, Los Angeles, California [90077] and/or;
25 *latitude:34.088570, longitude: -118.451790; dms long: 118 27' 6.4440" W, dms lat:*
26 *34 5' 18.8520' N*, further sayeth naught. (**See Annexed 1, a true and/or correct**
27 **copy of the-one bel-air trust and trust deed**)

28 As such, no other alleged Trust nor enemy formed against T-O B-A t shall

3

prosper, including, but not limited to **not the one**, further sayeth naught.

## Andre Mario Smith Declaration

I, Andre Mario Smith ("Declarant"), Declare/Affirm the following in *good-faith*; it appears:

1. **Edward Roark Schwagerl** et al is a non-Interested and otherwise unnoticed Party in the above-captioned matter.

2. **Edward Roark Schwagerl** et al is attempting to, whether by mistake and/or the likes and/or otherwise, commit Fraud or otherwise harm a original, autochthonous, indigenous natural divine man at-large.

3. To this end, *the-one el* objects.

4. Without waiving said objection(s) and/or creating any controversy *the-one el* accepts **Edward Roark Schwagerl** et al mistake and/or the likes and/or otherwise, attempt(s) to commit Fraud, or otherwise harm a original, autochthonous, indigenous natural divine man at-large, except: **Edward Roark Schwagerl** et al mistake and/or the likes and/or otherwise, attempt(s) to commit Fraud, or otherwise harm a original, autochthonous, indigenous natural divine man at-large.

5. Therefore, there is no controversy.

6. Once a trust is "funded," it's a trust; a trust cannot be formed until it is "funded," further sayeth naught.

7. *The-One Bel-Air trust* dated February 2022 acquired the land(s) most commonly known as 944 Airole Way, Los Angeles, California [90077] and/or: *latitude:34.088570. longitude: -118.451790; dms long: 118 27' 6.4440" W, dms lat: 34 5' 18.8520' N. July 28, 2022.* further sayeth naught.

8. As such, no other alleged Trust nor enemy formed against *The-One Bel-Air trust* dated February 2022 shall prosper, including, but not limited to **Edward Roark Schwagerl** et al; further sayeth naught.

9. Additionally, *the-one el* hereby rebuts Edward Roark Schwagerl alleged trust as follows (Docket Number 534)

10. DECLARATION OF INTENT is fraudulent, canceled, void, null, the likes and/or otherwise.

11. THE UNDERSIGNED, **Edward Roark Schwagerl,** did not thereby declare that as trustee of the **Edward Roark Schwagerl Living Estate Trust,** dated the date first written on my Trust dated July 14, 2018, "ERLSET," (**Annex 1** "Article III," page 5 sec 3.01-3.03) in the private, that **Edward Roark Schwagerl** has not acquired and will not hold in the name of the Edward Roark Schwagerl Living Estate Trust, with or without further reference to fiduciary capacity all items listed on erroneous and otherwise frivolous alleged "Table of Res" (Annex 1 page 6 sec. 303) attached thereto and fraudulently incorporated therein as allegedly amended to include all falsely alleged interests allegedly arising from or allegedly established therein, whether of record or not or record, regarding docket reference number 2:21-bk-18205-DS, Los Angeles Central District Bankruptcy Court "CRESTLLOYD LLC" debtor, including but not limited to DOCKET NUMBERs 133, 519, and 520 by Edward Roark Schwagerl. Edward Roark Schwagerl did not further declare that, except to the extent of the interest provided to him under the terms and provisions of said Trust, that he have no personal interest in any of the above referenced property, it being intended that this declaration constitutes an affirmation of the ownership by the **Edward Roark Schwagerl Living Estate Trust**. Edward Roark Schwagerl did not further declare that Christine Schwagerl is named as Successor Trustee at the death or incapacity of the Grantor.

12. Not IN WITNESS WHEREOF, the parties have not executed any instrument the 23rd day of october, 2023.

5

13. All alleged signatures/autographs by alleged "Grantor" are fraudulent, canceled, void, null, the likes and/or otherwise.

14. All alleged signatures/autographs by alleged "Trustee" are fraudulent, canceled, void, null, the likes and/or otherwise.

15. As such, no **ABSTRACT OF ERSLET** may lawfully exist.

16. As such, IT IS NOT AGREED BETWEEN THE PARTIES THERETO AS FOLLOWED under said heading, title, the like and/or otherwise, in Docket Number 534.

17. As such, no **Deed of Assignment and Transfer of Rights** lawfully exist.

18. As such, NO MEN KNOW BY THE ALLEGED PRESENTS under said heading, title, the like and/or otherwise, in Docket Number 534.

19. As such, no one **WITNESSETH that-** Edward Roark Schwagerl claims that WHEREAS the ASSIGNOR is the creator, beneficiary of certain rights, titles, and interests, stated there as **SCHEDULE A** to wit:

20. No assignment of all rights of action arising in the docket reference number 2:21-bk-18205-DS, Los Angeles Central District Bankruptcy Court "CRESTLLOYD LLC" debtor, including but not limited to DOCKET NUMBERs 133, 529, and 520 by Edward Roark Schwagerl including but not limited to items a. through e. exist and are hereby rebutted and otherwise declared false only where said items conflict or otherwise with The-One Bel-Air trust Dated February 2022.

21. WHEREAS, the ASSIGNOR has not established his office of grantor for the purpose of transfer of property to the Trust and the ASSIGNEE thereby did not accepts in accordance with the terms set forth; NOW, THEREFORE, this fraudulent alleged settlor's intent does not dictate that said property be managed by the office of trustee, Trust Transfer Grant Deed #RR662692550US-29.000 2-19-2019, which the

fraudulently alleged ASSIGNEE thereby did not acknowledge to have been transferred to the name of the Trust from the fraudulently alleged Assignor, the fraudulently alleged ASSIGNOR hereby did not assign, transfer and convey unto the fraudulently alleged ASSIGNEE, all his alleged rights, title and interest to the alleged Trust and the fraudulently alleged ASSIGNEE by those presents thereby did not accept the assignment and did not agree to be bound by the terms and conditions of the fraudulently alleged Absolute Deed of Assignment not entered into by any parties concerned on 23rd day of ~~October~~ October 5am 2023.

22. **IN WITNESS WHEREOF,** the parties have not thereunto set their hands on the date and place first above written.

23. All alleged signatures/autographs by alleged "Grantor" are fraudulent, canceled, void, null, the likes and/or otherwise.

24. All alleged signatures/autographs by alleged "Trustee" are fraudulent, canceled, void, null, the likes and/or otherwise.

25. **Letter Requisition and Transfer for Retitlement** is null, void canceled the likes and/or otherwise.

26. To Kathleen Campbell alleged, Fiduciary, successors, assigns:

27. regarding all interests stated and arising by/for/resulting/under DOC 519 and DOC 520 are hereby declared fraud, canceled, void, null, the likes and/or otherwise.

28. Therefore the alleged assignment deed is fraud, canceled, void, null, the likes and/or otherwise, combined with fraudulent, canceled, void, null, the likes and/or otherwise ERLSET Trust Transfer Grant Deeds in **Annex 1** page 37.1 sec 1.05g, which did not establish rights, titles and interest conveyed to Edward Roark Schwagerl Living Estate Trust (RR66269255US-29 Trust) ("ERLSET") by the fraudulently alleged Grantor, you are not instructed and authorized to re-title all of said

1  alleged grantor's interests shown above **SCHEDULE A**.

2  I, Andre Mario Smith, the undersigned, of lawful age duly affirm on oath and
3  certify, depose and state that I am familiar with the facts recited, declare without the
4  penalty of perjury that facts within this declaration are true and correct to the best of
5  my knowledge. Duly Executed at San Diego, California.

6  Date: November 03, 2023.

Peacefully,

by: *[signature]*

Andre Mario Smith.
Declarant.
All Rights Reserved and exercised.

Order

16  It is so ordered.

_____

20  Judicial Officer.

1  Smith, Andre Mario. esquire.
   7938 Broadway No. 1263
2  Lemon Grove, California, 91946
   619-813-2881
3  Fax Number: N/A
   andmarioith@yahoo.com
4  **Special Appearance**

5  (ANDRE MARIO SMITH, Pro Se)

6

7       UNITED STATES DISTRICT COURT IN AND FOR THE

8              THE CENTRAL DISTRICT OF CALIFORNIA

9                       BANKRUTCY DIVISION

10

11 In re:                              ) Case No.: 2:21-bk-18205-DS
                                       )
12   CRESTLLOYD, LLC,                  ) Chapter 11
                                       )
13                                     ) *Special Interested Party, Andre Mario
                                       ) Smith, Objection; Plain Statement at
14 Debtor without possession.          ) Fact; full Rebuttal for Docket Number
                                       ) 534, Filed October 24, 2023, Entered
15                                     ) October 25, 2023 15;26;49; The-One
                                       ) Bel-Air Trust Dated February 2022
16                                     ) Declaration/Certification with
                                       ) Attachments including, but not limited
17                                     ) to, The-One Bel-Air trust Deed Dated
                                       ) July 2022, and; Order.*
18                                     ) *Service Proof and Mailing Certificate*
                                       )
19

20

21

22

23 Greetings to all these presents shall come.

24 Know all men by these presents.

25 Notice to Principal is Notice to Agent.

26 Notice to Agent is Notice to Principal.

27 To all Party's and their Attorneys of Record.

28 To each Party and to the Counsel of Record for each Party.

1. I am over the age of 18 years and not a party to this action.

2. I served a true and correct copy of the following documents:

3. **Special Interested Party, Andre Mario Smith, Objection; Plain Statement at Fact; full Rebuttal for Docket Number 534, Filed October 24, 2023, Entered October 25, 2023 15:26:49; The-One Bel-Air Trust Dated February 2022 Declaration/Certification with Attachments including, but not limited to, The-One Bel-Air trust Deed Dated February 2022, and; Order.**

4. I served by U.S. Mail, Personal Service, and/or Electronic Mail:

   a. See attached "Mandatory" Forms

   b. On November 10, 2023, at 08:00 a.m., or as soon thereafter as possible.

5. I am:

   a. Not a registered process server.

6. I declare under the penalty of perjury under California laws that the foregoing is true and correct.

Date: November 10, 2023

Peacefully,

© 2023 tm/mc.

by: Patricia Jack[—]
Patricia Jackson.
Paper Server.
All rights reserved and exercised.

Service Proof and Mailing Certificate

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4245 J Street, San Diego, Calfornia 92102

A true and correct copy of the foregoing document entitled (specify): Special Interested Party, Ardo Marie Smith, Objection; Plain Statement of fact; Full Rebuttal for Docket 534 Filed october 24, 2023, Entered October 25, 2023 15:26:49; The- One Bel-Air Trust Dated February 2022 Declaration/ Certification with Attachments including, but not limited to, The-One Bel-Air Trust Deed dated 1/20/23 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in order the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) November 10, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: See Court registry(s)

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
©2023 tm/mc.    ©2023 tm/mc.

November 10, 2023    Patricia Jackson.    /S/Patricia Jackson.
Date    Printed Name    Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

# The One Bel Air Trust, February 2022, Certificate.

I, the undersigned, declare:

(1) That I, Smith Andre Marie, am the current trustee of the trust established by Andre Marie Smith 1969/936 Linda Way, Los Angeles County California 1969,777, on February 16, 2022.

(2) Attached is a true and correct copy of the portion of the trust instrument which provides that the declarant is the trustee.

(3) This trust may be revoked by the settlor at any time.

(4) The trust's taxpayer identification is: 1,2 3,23,976 1.

(5) Title to assets of this trust should be stated as: The One Bel Air Trust dated February 2022.

(6) The trustee may take any action on behalf of the trust. If or when multiple trustees exist, either trustee acting alone may take action on behalf of the trust, except that the sale or encumbrance of real property requires all trustee signatures.

(7) Attached is a true and correct copy of the portion of the trust instrument which lists the powers of the trustee(s).

(8) The trust has not been revoked, modified, or amended in any manner that would cause the representations in this certification to be incorrect.

(9) This certification is being signed by all currently acting trustees of the trust.

by: _Smith Andre Marie_ dar. acct.    by: _Smith Andre Marie_ dar. acct.
Andre Marie Smith, Settlor        Smith Andre Marie, Trustee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

California State )
San Diego County )

On Nov. 9th, 2023 before me, Elyce M. Dunkleberger, Notary Public personally appeared Indu Marie Smith, and Smith Indu Marie, who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons, or the entities upon behalf of which the persons acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of California State that the foregoing paragraph is true and correct.

Witness my hand and official seal.



ELYCE M. DUNKLEBERGER
Commission No. 2342553
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires January 20, 2025

<u>The One Bel Air Trust, February 2022,</u>
<u>Declaration(s) Division,</u>
<u>Trust Declaration.</u>

1. Declarant/[Registrant]: Smith, Andre Mario. The One Bel Air Trust February 2022, Trustee
2. [c/o] 7938 Broadway, Suite 1263, Lemon Grove, California [91946].
3. This trust maintains its principal office and/or business place at Los Angeles County, California.
4. This trust designates the following trustee, a man at California, upon whom service of any summons, notice, demand, pleading, and process may be made on the trust:
   a. Trustee: Smith, Andre Mario.
   b. Trustee Address: 944 Airole Way, Los Angeles, California [90077].

© 2023
by: Smith, Andre Mario.

Andre Marie Smith, Settler. Smith Andre Mario, Trustee

See Notary on next page.

<u>The One Bel-Air Trust February 2022,</u>

<u>Division I, I, E.,</u>

<u>Trustee Appointment & Acceptance.</u>

All provisions regarding the trustee as defined in this trust document apply to all trusts and trustees established under this trust document.

I, Judie Marie Smith, sometimes referred to as "settlor," hereby appoint Smith, Judie Marie as Trustee of The One Bel-Air Trust whom shall be vested with all the rights and powers granted to a trustee under this document exclusively with reference to those trustee powers particularly described within the part of this trust titled, " Trustee Powers."

I, Smith, Judie Marie, accept appointment to The One Bel-Air Trust, February 2022, Trustee.

Executed on February 16, 2022, at san diego county, california, without the United States. All Rights Reserved and Exercised.

© 2023
by: Smith.A    ...
Judie Marie Smith, Settlor.

© 2023
by: Smith.A  Marie.
Smith, Judie Marie, Trustee.

## The One Bel-Air Trust, February 2022.
## Division VII, Trustee Office.

All provisions regarding the trustee as defined in this trust document apply to all trusts and trustees established under this trust document.

The term "trustee" as used in this document usually refers to such one or more people or entities who, alone or in combination, have the power to take action on behalf of the trust, but it may instead refer to any form of limited power or special trustee or one or more individual cotrustees, depending on context.

Except as otherwise provided, the provisions of this document concerning the identity of trustees apply to all trusts established by this document. Similarly, except as otherwise provided, the provisions of this document concerning trustee duties, power, privileges, and protections from liability, apply to all trustees, including successor trustees, of all trusts established by this document.

The trustee may resign at any time by mailing notice to the people entitled by commonlaw to receive a trustee's account. Unless circumstances are such that it is not necessary to replace the resigning trustee, the resignation becomes effective on the acceptance of office by the successor trustee who replaces the resigning trustee.

Any trustee, except Settlor & and initial trustee, may be removed in accordance with california commonlaw, and/or California Law. At any point in time, a removed trustee, by a reasonable showing of competence and prudence to existing trustee & at least one independent man/woman, may, by majority of trustee/cotrustee & at least one independent man/woman determination, be reinstated as a cotrustee with existing

trustee(s). Reinstatement considerations shall be received from removed trustee by existing trustee(s) office(s) within one hundred eighty days (180) of existing trustee(s) accepting office.

Settlor may not be removed from the position of trustee even if the settlor can no longer effectively manage the affairs of the trust because the settlor is missing, lacks the physical ability to act, or lacks sufficient mental capacity to perform the duties of the trustee, however, any other trustee can be. A majority of the following named people, and/or settlor, shall have the power to determine that a Trustee is unable to act as trustee for any of those reasons: Patricia Ann Jackson, Monae Alyce Jones, Deion Cedric Beard, Jamie Lynn Leggett, Linda Joyce Jackson, Charles Bernard Whitaker, and Tamika Major Lopez. The removal power must be exercised by executing and delivering to the successor trustee an affidavit that states that the trustee cannot perform the duties of the trustee and explains the reason(s). Alternatively, if the inability to act is because of lack of physical ability or sufficient mental capacity, a trustees' inability to manage the affairs of the trust must be established by the affidavits of three physicians authorized to practice medicine in the place where the trustee resides. In the event of a removal of a trustee from the position of trustee under this paragraph, the successor trustee must immediately give that trustee written notice that the successor has assumed the position of trustee unless the whereabouts of that trustee are unknown. A removal under this paragraph does constitute a determination that the trustee lacks the capacity to exercise any powers of amendment or revocation, and nothing in this paragraph prevents a settlor from overriding a determination under this paragraph by exercising its powers. The current income beneficiary (or a legal representative of that beneficiary) of a trust created under this document may remove a current corporate trustee and substitute

## The One Bel-Air Trust, February 2022.
## Division VIII, Trustee Powers.

A. **General Powers of Trustee.** All provisions regarding the trustee as defined in this trust document apply to all trusts and trustees established under this trust document. Subject to any limitations expressly in this document, the trustee of each trust established under this document is authorized to exercise the following powers for purposes of discharging the trustee duties imposed by this document and by law.

1. **commonlaw**. the powers conferred on trustees by commonlaw in the absence of a limitation in the trust instrument. These powers shall be deemed to include the power to invest in any kind of property without regard to statutory limitations, insurance, or collateralization requirements otherwise applicable, and the power to operate or participate in any business without complying with any otherwise applicable requirement from a court order. Trustee may, without compromising sovereignty of the trust, utilize applicable **California Law**.

2. **Prudent people**. The power to perform any act that a prudent man/woman would take in order to accomplish the objectives of the trust.

3. **Prudent Investor**. The power to perform any act that a prudent investor would take in investing trust property and lands.

4. **Owner of Property**. The power to exercise any right or privilege that an unmarried competent man has over individually owned property and lands.

5. **Other Powers**. Any other powers appropriate to achieve the proper investment, management, and

distribution of the trust property, holdings, lands, bonds.

6. **Uniform Trust Code**. Any other powers conferred by the Uniform Trust Code, as revised and amended in 2005 so long as they do not conflict with settlors wishes

B. **Specific Powers of Trustee**. The powers listed in the previous paragraph include, but are not limited to, those described in this paragraph. The trustee may:

1. Acquire or sell property, for cash or on credit, at public or private sale;

2. Borrow money, with or without security, and mortgage or pledge trust property for a period within or extending beyond the duration of the trust;

3. Abandon or decline to administer property of no value or of insignificant value to justify its collection or continued administration, however, trustee is obligated to ensure abandoned or otherwise refused to administered property is not acquired by state chartered entities, agencies, or the likes, and is gifted to an accepting non state chartered acceptor;

4. make loans from trust property, including loans to a beneficiary on terms and conditions the trustee considers to be fair and reasonable under the circumstances, excluding imposition of a lien on future distributions for purposes of repayment of a loan;

5. Pledge trust property to guarantee loans made by others to the beneficiary;

6. Combine two or more trusts into a single trust or divide a trust into two or more separate trust; or

7. Appoint any person to be an authorized signer (either alone or with others, jointly or severally) for any financial institution account or securities account

12:08   ◀ Photos   📶 5G
🔒 apps.cacd.uscourts.gov

Court's Case Management/Electronic Case Filing System ("CM/ECF").

Documents submitted using EDSS should be processed within 1-2 business days of receipt. However, the date of EDSS submission, shown below, will be considered the filing date for any documents submitted through EDSS and later filed into CM/ECF.

**Name:** Andre Mario Smith
**Tracking Number:** EDS-231115-000-9879
**Date:** 11/15/2023

Uploaded files:

- **Roark Fraudulent trust rebuttal.pdf**

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California