| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DAVID B. GOLUBCHIK (State Bar No. 185520)<br>TODD M. ARNOLD (State Bar No. 221868)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: dbg@lnbyg.com; tma@lnbyg.com<br><br>☒ *Attorney for*: Debtor and Debtor in Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 01 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC,<br><br><br><br><br><br><br><br>Debtor and Debtor in Possession. | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)**<br><br>DATE: November 30, 2023<br>TIME: 11:30 a.m.<br>COURTROOM:<br>PLACE: Courtroom 1639<br>        255 E. Temple Street<br>        Los Angeles, CA  90012<br>**VIA ZOOMGOV ONLY** |
|---|---|

1.  Name of Applicant (*specify*): Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), bankruptcy counsel to Crestlloyd LLC, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor")

2.  This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3.  Appearances were made as follows: - **N/A – Appearances waived.**

    a.  ☐  Applicant present in court
    b.  ☐  Attorney for Applicant present in court (name):
    c.  ☐  Attorney for United States trustee present in court
    d.  ☐  Other persons present as reflected in the court record

4.  Applicant gave the required notice of the Application on (*specify date*): 11/6/2023

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: $114,614.50
      (2) ☒ Amount or percentage authorized for payment at this time: $114,614.50

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $3,538.94

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
          ☐ in full
          ☐ in part
          ☐ without prejudice
          ☐ with prejudice
      (2) Grounds for denial *(specify)*:


   f. ☒ The court further orders *(specify)*: The Debtor is authorized and instructed to pay to LNBYG the allowed fees and expenses, in the aggregate amount of $118,153.44 ($114,614.50 plus $3,538.94).


### 

Date: December 1, 2023

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 2                **F 2016-1.3.ORDER.PAYMENT.FEES**