

in the united states bankruptcy court
for the central district of california

case no.: 2:21-bk-18205

Bill No.: _____

in re : crestlloyd, llc, debtor

---

Edward Roark Schwagerl as Trustee of the Edward Roark Schwagerl Living Estate Trust 7-14-18,

Complainant,

v.

Honorable Kathleen Campbell, Clerk of the United States Bankruptcy Court for the Central District of California,

Defendant.

---

## Notice and Special Application for Decree Pro Confesso

Take notice and acknowledgement that Edward Roark Schwagerl, complainant in the above special cause, moves this honorable court for a decree pro confesso, Equity Rule 16, as a matter of course on his **Verified Bill in Equity to Enforce a Trust and for Specific Performance,** dated November 11, 2023 (Doc 541 11/14/2023).

Respectfully submitted,

*[signature]*    *[trust seal]*

Edward Roark Schwagerl, Orator
In Care of: U.S. Mail Box #120353, Saint Paul, Minnesota.
Tel. +1 (612) 986-6478 – office of trustee.
Email: private9660@docs.simplywise.com

in the united states bankruptcy court
for the central district of california

case no.: 2:21-bk-18205

Bill No._____

in re : crestlloyd, llc, debtor

---

Edward Roark Schwagerl as Trustee of the Edward Roark Schwagerl Living Estate Trust 7-14-18,

Complainant,

v.

Honorable Kathleen Campbell, Clerk of the United States Bankruptcy Court for the Central District of California,

Defendant.

---

### Special Application for Decree Pro Confesso

In this cause, on motion of complainant, and it duly appearing to the Court that the defendant, Kathleen Benjamin, has been duly served to answer the complainant's bill, and that Kathleen Benjamin has failed to make defense to said bill, within the time required by law; it is decreed that, as to her, complainant's bill be taken as confessed, and the cause, set for hearing ex parte.

Respectfully submitted,

*[signature]*

Edward Roark Schwagerl, Orator
In Care of: U.S. Mail Box #120353, Saint Paul, Minnesota.
Tel. +1 (612) 986-6478 – office of trustee.
Email: private9660@docs.simplywise.com

*[trust seal]*

in the united states bankruptcy court
for the central district of california

case no.: 2:21-bk-18205

Bill No._____

in re : crestlloyd, llc, debtor

----------------------------------------

Edward Roark Schwagerl as Trustee of the Edward Roark Schwagerl Living Estate Trust 7-14-18,

Complainant,

v.

Honorable Kathleen Campbell, Clerk of the United States Bankruptcy Court for the Central District of California,

Defendant.

----------------------------------------

**DECREE PRO CONFESSO**

In this cause the complainant Edward Roark Schwagerl moved the Court for a judgment pro confesso as of course against the defendant Kathleen Benjamin ; and it appearing to the Court that said Kathleen Benjamin is duly in Court, and that she has failed to make any defense to complainant's bill as required by the rules of this Court, it is decreed by the Court, that said bill be taken as confessed, as to said Kathleen Benjamin, and the cause set for hearing ex parte, as to her.

_____,

Filed and Entered at the Clerk's Office: _____

in the united states bankruptcy court
for the central district of california

case no.: 2:21-bk-18205

Bill No._____

in re : crestlloyd, llc, debtor

CERTIFICATE OF SERVICE

Without waiving any right, remedy or defense, I, the below-named Edward Roark Schwagerl, Interested Party, certify that on December 7, 2023, I placed a true and correct original coy of the attached **Notice of Special Application and Special Application for Decree Pro Confesso,** 4 total pages, in a sealed envelope and deposited it with an official United States Postal Clerk, personally, for mailing no later than December 7, 2023, and delivery for next business day that is not a court-observed holiday, in the United States mail, first class, priority express mail number **EI 231 410 655 US**, postage prepaid, and addressed as follows:

U.S. Bankruptcy Court Clerk
CERTIFYING OFFICER OF THE FEDERAL PROGRAM AGENCY
Kathleen J. Campbell
Roybal Federal Bldg.
255 East Temple St., Suite 940
Los Angeles, CA 90012

Signature:/s/Edward Roark Schwagerl, Interested Party. Date: December 7, 2023.
Edward Roark Schwagerl (62cv173317)
Tel. +1 (612) 986-6478 – office of trustee.
Email: private9660@docs.simplywise.com