# in the united states bankruptcy court
# for the central district of california

case no.: 2:21-bk-18205

FILED
JAN 10 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

Bill No._____

in re : crestlloyd, llc, debtor

---

Edward Roark Schwagerl as Trustee of the Edward Roark Schwagerl Living Estate Trust 7-14-18,

Complainant,

v.

Honorable Kathleen Campbell, Clerk of the United States Bankruptcy Court for the Central District of California,

Defendant.

---

### Notice of and Special Ex Parte Motion for Attachment and Final Decree

Take notice and acknowledgement that Edward Roark Schwagerl, complainant in the above special cause, moves this honorable court for an attachment in accordance with Federal Equity Rule 17, as a matter of course on his **Verified Bill in Equity to Enforce a Trust and for Specific Performance,** dated November 11, 2023 (Doc 541 11/14/2023) and **Notice and Special Application for Decree Pro Confesso,** dated December 8, 2023 (Doc 548, 549, 12/13/2023).

*[trust seal]*

Respectfully submitted,

*/s/ Schwagerl, ERS*



Edward Roark Schwagerl, Orator
In Care of: general-post Box #120353, Saint Paul, Minnesota [55112].
Tel. +1 (612) 986-6478 – office of trustee.
Email:  THEONE-ERS-2024@pm.me

# in the united states bankruptcy court
# for the central district of california

case no.: 2:21-bk-18205

Bill No._____

in re : crestlloyd, llc, debtor

---

Edward Roark Schwagerl as Trustee of the Edward Roark Schwagerl Living Estate Trust 7-14-18,

Complainant,

v.

Honorable Kathleen Campbell, Clerk of the United States Bankruptcy Court for the Central District of California,

Defendant.

---

## Special Ex Parte Motion for Attachment and Final Decree

Complainant respectfully shows the Court :

That Your Orator filed and served on defendant a verified bill in equity to enforce a trust and for specific performance on the 14th day of November 2023. See Doc. 541.

That the time allowed for the defendant to answer said bill under Fed. Eq. R. 12 has expired and the defendant has utterly failed to follow the rules, where to date no answer has been filed, nor has the specific performance necessary to enforce the Trust at issue been done as it ought to have been done, the failure of which is contrary to good reason and good conscience.

*E.R.S.*

That Your Orator served and filed notice and application for decree pro confesso, entered on the 8th day of December 2023, and thereupon the suit "shall be proceeded in ex parte". Fed. Eq. R. 16. (See Doc. 548 , 549).

That the time allowed for setting aside the decree pro confesso under Fed. Eq. R. 17 has expired, where no order enlarging the time allowed has been granted, the material allegations set forth in the bill are admitted as true, and the decree pro confesso is deemed absolute and therefore the Court is expressly authorized to enter final decree under the rule at any time following the expiration of thirty days from the entry of the order pro confesso. (Doc. 549).

That Your Orator requires discovery to obtain a proper final decree, and that Your Orator is "entitled to process of attachment against the defendant to compel an answer, and the defendant shall not, when arrested upon such process, be discharged therefrom, unless upon filing his answer, or otherwise complying with such order as the Court or a Judge thereof may direct as to pleading to or fully answering the bill, within a period to be fixed by the Court or Judge, and undertaking to speed the cause". Fed. Eq. R. 17 (formerly Fed. Eq. R. 18).

Your Orator therefore moves the Court to exercise its inherent equity powers and respectfully request that process of attachment issue as of course against the defendants to compel an answer, and concurrently against the fund and property set forth in the bill.

Respectfully submitted,    *[signature]*

Edward Roark Schwagerl, Orator
In Care of: general-post Box #120353, Saint Paul, Minnesota [55112].
Tel. +1 (612) 986-6478 – office of trustee.
Email: THEONE-ERS-2024@pm.me

*[trust seal]*

## in the united states bankruptcy court
## for the central district of california

case no.: 2:21-bk-18205

Bill No._____

in re : crestlloyd, llc, debtor

## CERTIFICATE OF SERVICE

Without waiving any right, remedy or defense, I, the below-named Edward Roark Schwagerl, Interested Party, certify that on January 9, 2024, I placed a true and correct original coy of the attached **Special Ex Parte Motion for Attachment and Final Decree,** 4 total pages inclusive, in a sealed Post Office official envelope and deposited it with an official United States Postal Clerk, personally, for mailing no later than January 9, 2024, and delivery for next business day that is not a court-observed holiday, in the United States mail, first class, priority express mail number **EI 231 410 686 US**, postage prepaid, and addressed as follows:

U.S. Bankruptcy Court Clerk
CERTIFYING OFFICER OF THE FEDERAL PROGRAM AGENCY
Kathleen J. Campbell
Roybal Federal Bldg.
255 East Temple St., Suite 940
Los Angeles, CA 90012


Signature:/s/<u>Edward Roark Schwagerl, Interested Party.  Date:  January 9, 2024.</u>
Interested Party.  Edward Roark Schwagerl (62cv173317)
Tel. +1 (612) 986-6478 – office of trustee.
Email:  THEONE-ERS-2024@pm.me