UNITED STATES BANKRUPTCY COURT
DISTRICT OF CENTRAL CALIFORNIA



Case No.: 2:21-bk-18205

In re : CRESTLLOYD, LLC, debtor

**NOTICE OF SUPPLEMENT ANNEX IN SUPPORT OF MOTION FOR DISTRIBUTION
02/14/2024 561 Docket Text**

This serves as actual and constructive notice to all persons and to the above Debtor in this matter of this supplemental annex in support, and attached to, his ex parte motion for distribution, 02/14/2024 561 Docket Text, of depositor's fund by Edward Roark Schwagerl, Depositor, "Movant-Depositor."

Contents

1. Deposit Slip Restatement
2. Certificate of Deposit, negotiable
3. Deposit Slip 2
4. Deposit Slip 3
5. Deposit Ticket
6. Original Instruments in place of previously issued Vouchers, Number 1-12 inclusive.

Respectfully submitted,

Edward Roark Schwagerl, Trustee for the Edward Roark Schwagerl Living Estate Trust.
Edward Roark Schwagerl, Interested Party (62cv173317).
Authorized Representative for Edward R. Schwagerl, Attorney In Fact.
In Care of: United States Post Box 120353, Saint Paul, Minnesota, zip exempt.
Tel. +1 (612) 986-6478; Email: vaultservices1.4u110@protonmail.com



## **DEPOSIT SLIP 1 – RESTATEMENT 2-22-2024**

THIS SLIP RESTATES DEPOSIT SLIP 1 DATED 7-10-23

a. DEPOSITOR: Edward Roark Schwagerl Living Estate Trust, its trustee Edward Roark Schwagerl
b. TELLER: U.S. BANKRUPTCY COURT C/O SUITE 1634 CHAMBERS OF JUDGE DEBORAH J SALZTMAN
c. DEPOSITEE: UNITED STATES TREASURY OR ITS FEDERAL RESERVE agent
d. DEPOSIT ACCOUNT: TREASURY'S NOTE ACCOUNT OR NONRESERVABLE FEDERAL RESERVE ACCOUNT
e. STATED DATE OF DEPOSIT: APRIL 5 – 2023
f. DEPOSITARY

### ITEMS

1. March 27, 2023, 12:36 pm, tracking number RE637836190US............................... U.S.$ 72,000,000,000.00
2. April 5, 2023, 12:53 pm, tracking number EJ926144823US ...............................U.S.$72,000,000,000.00

   TOTAL DEPOSITARY DEPOSIT....................................................................U.S.$144,000,000,000.00

---

**ORIGINAL**

## CERTIFICATE OF DEPOSIT

*negotiable – transferable – assignable – bearer instrument*

a. Depositor-Promisee: Edward Roark Schwagerl***
b. Amount Face Value U.S.$ : $144,000,000,000.00 (one hundred forty-four billion)
c. Annual Percentage Rate : n/a
d. Issuance Date: April 5, 2023 ; Maturity Date: March 5, 2024
e. Depositee-Promisor: UNITED STATES TREASURY/FEDERAL RESERVE agent c/o of Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012.
f. Depositary Reference : DEPOSIT SLIP 1 – RESTATEMENT 2-22-2024

**Pay to the Order of**     **Edward Roark Schwagerl, or bearer**

Depositor-Promisee Signature Guaranteed: _/s/ Edward Roark_ Date 2/23/2024 *[seal/autograph/sign manual]*
                                              Edward Roark Schwagerl

Deposit Slip Reference : Deposit Slip 1 Restatement 2-22-2024

***Payee Handling Instructions: deposit proceeds payment for this negotiable CD into U.S. Treasury at the Federal Reserve New York City, Bank Routing ABA Number **021 030 004** for final credit to Account Number **468040733**, Name : Edward Roark Schwagerl, payee.

## DEPOSIT SLIP 2    2-23-2024
### DEPOSITARY

a. **DEPOSITOR:** Edward Roark Schwagerl Living Estate Trust, Edward Roark Schwagerl TTE, c/o USPO Box 120353, St Paul Mn 55112
b. **TELLER:** U.S. BANKTRUPTCY COURT C/O SUITE 1634 CHAMBERS OF JUDGE DEBORAH J SALZTMAN
c. **DEPOSITEE:** UNITED STATES TREASURY OR ITS FEDERAL RESERVE agent, New York, New York.
d. **DEPOSIT ACCOUNT:** TREASURY'S NOTE ACCOUNT OR NONRESERVABLE FEDERAL RESERVE ACCOUNT at NYC.
e. **STATED DATE OF DEPOSIT:** February 26, 2024.

**DEPOSIT INTO:**    Routing ABA : <u>021 030 004</u>    ;    Account Number: <u>468040733</u>
**Account Name:** Edward Roark Schwagerl

### DEPOSIT ITEM(S)

a. **CERTIFICATE OF DEPOSIT** dated 2-23-2024, indorsed in blank in bearer form, face value, Delivery on or about February 26, 2024 USPS Priority Express Mail tracking number <u>EI231410726US</u>, U.S.$144,000,000,000.00 (one hundred forty-four billion), delivered to Teller c/o Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012

**TOTAL DEPOSITARY** ........................................................................................ U.S.$144,000,000,000.00

[one hundred forty-four billion]

---

## DEPOSIT SLIP 3

a. **DEPOSITOR:** Edward Roark Schwagerl Living Estate Trust, its trustee Edward Roark Schwagerl
b. **TELLER:** Court c/o Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012
c. **DEPOSITEE:** U.S. TREASURER/FEDERAL RESERVE agent
    d. **DEPOSIT ACCOUNT:** <u>REDEMPTION FUND ONLY</u>. (U.S.$_____ TBD) per Title 31 CFR § 100.7(a) special handling instructions, split the Redemption fund three ways equally amongst the Board of Governors Chair Jerome Powell, and, Secretary Yellen of the Department of Treasury, and, Edward Roark Schwagerl Living Estate Trust, and that Edward Roark Schwagerl, Trustee uses his third of the redemption for tender of all remaining outstanding obligations of Janet Yellen, Secretary; reversionary, remainderman is in favor of below deposit of payment account "Edward Roark Schwagerl".
e. **DATE OF DEPOSIT OF REDEMPTION PAYMENT:** _____ 2024    *[to be completed by Teller]*

**DEPOSIT ACCOUNT:** Routing ABA : 021 030 004    ;    Account Number: 468040733
**Account Name:** Edward Roark Schwagerl

### DEPOSIT CREDIT(S)

f. **Deposit Credits** (US$600 Million) per C5000 Vouchers 1 thru 12 inclusive face value, Delivery on or about February 26, 2024 USPS Priority Express Mail tracking number <u>EI231410726US</u> ...... U.S.$ 144,000,000,000.00, addressed to Teller/Depositee c/o Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, and postdated March 23, 2024 drawable upon Deposit Slip 2. Amount of Deposit CreditsU.S.$144,000,000,000.00 (one hundred forty-four billion)

**TOTAL FOR DEPOSIT SLIP 3** ........................................... U.S.$_____ *[TBD completed by Teller]*

Please send notice of advice of credit to USPO Box 120353, St Paul, Mn 55112.

Redeemer._____[thumbprint]
*"Christ redeemed us from the curse of the law." (Galatians 3:13; cf. 3:14; 4:5)*



# DEPOSIT TICKET

**TELLER:** Clerk of Court, c/o Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012

Depositor: Edward Roark Schwagerl                                                                                          Deposit Date:                    2024

In Sum Certain Amount: xxxxxxx one hundred forty-four billion united states dollars 00/100's xxxxxxxxxxxxxxxxxxxxxxxx

**Depositee**

United States Treasury
New York, New York.

⑃00 100 ⑃        ⑃021030        4680407331⑃

Certificate of Deposit/Bearer: $144,000,000,000.00

Grant Total>>>>>>>>>>>    $144,000,000,000.00

SECURITY FEATURES INCLUDE FOIL HOLOGRAM • HEAT SENSITIVE ICON • MICROPRINT • MULTI-COLOR BACKGROUND

Payable through:
Cash Management Regulations and Compliance Staff
Administrative Services Bureau of Government Financial Operations
Department of the Treasury
Treasury Annex No. 1, PB-809
Washington, DC 20226

Substitute Special Form SF-1193 Voucher-Cheque
C5000 Letter of Credit
Non-Reservable

0001/2880

Recipient Organization:    Edward Roark Schwagerl    Date:    23 March 2024

In Sum Certain Amount:    xxxxxxxxx fifty million united states dollars 00/100's xxxxxxxxxxxxxxxxxxxxxxxxxxxx    $50,000,000.00

Credit Confirmer Kathleen J Benjamin, Clerk of Court
Certifying Officer of the Federal Program Agency
U.S. Bankruptcy Court Clerk
Roybal Federal Bldg
255 East Temple St., Suite 940
Los Angeles, CA 90012-3332

0001  ::  1          3324

The authorized signature per SF-1194, Drawer
C5000

In the absence of TFS Form 5851 this instrument of credit is proffered per C5000 Treasury Voucher per 12 U.S.C. 391, Treasury Financial Manual, Volume II, Part 4, Chapter 5000, et seq, and is annotated max value of $50,000,000.00.
AVAILABILITY OF FUNDS FROM DEPOSIT SLIP 2, 2-23-2024, EI231410726US.
SECURITY FEATURES INCLUDE FOIL HOLOGRAM • HEAT SENSITIVE ICON • MICROPRINT • MULTI-COLOR BACKGROUND

⑈000 1⑈    ⑆021030004⑆    4680407 33⑈

Intent and Purpose: a) Receive Redemption Deposit Credits On Deposit With Clerk of Court, reference Case No.: 2:21-bk-18205, CRESTLLOYD, for reimbursement of Richard Saghian $500 million b) distribution of balance of Fund thru depository banking in the public with redeemed collateral money free and clear of all national Federal Reserve liens and encumbrances c) acquire title, control, possession, enjoyment of THE ONE estate d) reduce the national debt e) expand the national credit with private credit f) settle and close the CRESTLLOYD bankruptcy pursuant to maxim "equity delights in equality" by three way split of the redemption fund f) use the remaining $100 million for incidental costs, surcharges, premiums attached with the property transfer g) equitable conversion of my nonreservable tax credits into free and collateral redeemed money for public banking purposes. h) correct for mistake and error and amend and replace the previously delivered "vouchers" 1-12.

Paramount Handling Instructions for Voucher Numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 (only):
- On completed processing of **Deposit Slip 2**, process for collection of funds in only ONE DOLLAR lawful currency of the United States within 72 hours, and that all ONE DOLLAR bills/notes are presented to the **U.S. Treasurer/Federal Reserve agent** in the specie of issued non-circulated/circulated currency denominations of ONE DOLLAR bills/notes (only) within the meaning of Title 31 CFR § 100.7(a)(1), ("greater than 50% identifiable") for their collateral security redemption and deposit credits by the US Treasurer, and handle said Deposit Credits (only – face value $600 million) arising from said 31 CFR §100.7(a)(1) redemption according to included **Deposit Slip 3**, included herewith, to Clerk of Court, c/o Judge's chambers of Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, notify Depositor and wait for Order for Release to Richard Saghian by me, Depositor-Redeemer.
- Redemption funds are handled according to **Deposit Slip 3** "split equally three ways."

Maxim "Equity Regards as done that which ought to have been done"

- Redeemer._____
- "Christ redeemed us from the curse of the law." (Galatians 3:13; cf. 3:14; 4:5).

Payable through:
Cash Management Regulations and Compliance Staff
Administrative Services Bureau of Government Financial Operations
Department of the Treasury
Treasury Annex No. 1, PB-809
Washington, DC 20226

Substitute Special Form SF-1195 Voucher Cheque
C5000 Letter of Credit
Nonreservable

0002/2880

Recipient Organization-Payee:   Edward Roark Schwagerl, c/o USPO BOX 120353, St Paul, Mn 55112

Date:   23 March 2024

In Sum Certain Amount:   xxxxxxxxx fifty million united states dollars 00/100's xxxxxxxxxxxxxxxxxxxxxxxxxxxx

$50,000,000.00

Credit Confirmer Kathleen J Benjamin, Clerk of Court
Certifying Officer of the Federal Program Agency
U.S. Bankruptcy Court Clerk
Roybal Federal Bldg
255 East Temple St., Suite 940
Los Angeles, CA 90012-3332



0002  ::  1            4 3 3 2 4

The authorized signature C5000 Drawer

*In the absence of TFS Form 5851 this instrument of credit is proffered per C5000 Treasury Voucher per 12 U.S.C. 391, Treasury Financial Manual, Volume II, Part 4, Chapter 5000, et seq, and is annotated max value of $50,000,000.00.*

SECURITY FEATURES INCLUDE FOIL HOLOGRAM • HEAT SENSITIVE ICON • MICROPRINT • MULTI-COLOR BACKGROUND

⑈000 2⑈     ⑆0 2 10 3000 4⑆     4 68 0 407 3 3⑈

**Intent and Purpose:** a) Receive Redemption Deposit Credits On Deposit With Clerk of Court, reference Case No.: 2:21-bk-18205, CRESTLLOYD, for reimbursement of Richard Saghian $500 million b) distribution of balance of Fund thru depository banking in the public with redeemed collateral money free and clear of all national Federal Reserve liens and encumbrances c) acquire title, control, possession, enjoyment of THE ONE estate d) reduce the national debt e) expand the national credit with private credit f) settle and close the CRESTLLOYD bankruptcy pursuant to maxim "equity delights in equality" by three way split of the redemption fund f) use the remaining $100 million for incidental costs, surcharges, premiums attached with the property transfer g) equitable conversion of my nonreservable tax credits into free and collateral redeemed money for public banking purposes. h) correct for mistake and error and amend and replace the previously delivered "vouchers" 1-12.

These Paramount Handling Instructions for Voucher Numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 (only) supersede all other handling processing instructions, if there's a conflict then the Intent and Purpose above govern:

- On completed processing of **Deposit Slip 2**, process for collection of funds in only ONE DOLLAR lawful currency of the United States within 72 hours, and that all ONE DOLLAR bills/notes are presented to the **U.S. Treasurer/Federal Reserve agent** in the specie of issued non-circulated/circulated currency denominations of ONE DOLLAR bills/notes (only) within the meaning of Title 31 CFR § 100.7(a)(1), ("greater than 50% identifiable") for their collateral security redemption and deposit credits by the US Treasurer, and handle said Deposit Credits (only – face value $600 million) arising from said 31 CFR §100.7(a)(1) redemption according to included **Deposit Slip 3,** included herewith, to Clerk of Court, c/o Judge's chambers of Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, notify Depositor and wait for Order for Release to Richard Saghian by me, Depositor-Redeemer.
- Redemption funds are handled according to **Deposit Slip 3** "split equally three ways."

Maxim "Equity Regards as done that which ought to have been done"



- Redeemer, _____ [thumbprint]
- *Christ redeemed us from the curse of the law." (Galatians 3:13; cf. 3:14; 4:5).*

Payable through  
Cash Management Regulations and Compliance Staff  
Administrative Services Bureau of Government Financial Operations  
Department of the Treasury  
Treasury Annex No. 1, PB-809  
Washington, DC 20226

Substitute Special Form SF-1193 Voucher-Cheque  
C5000 Letter of Credit  
Nonreservable

Desc 0003/2880

Recipient Organization-Payee:   Edward Roark Schwagerl, c/o USPO BOX 120353, St Paul, Mn 55112     Date: 23 March 2024

In Sum Certain Amount:   xxxxxxxxx fifty million united states dollars 00/100's xxxxxxxxxxxxxxxxxxxxxxxxxxxx     $50,000,000.00

Credit Confirmer Kathleen J Benjamin, Clerk of Court  
Certifying Officer of the Federal Program Agency  
U.S. Bankruptcy Court Clerk  
Roybal Federal Bldg  
255 East Temple St., Suite 940  
Los Angeles, CA 90012-3332

0003  ::    3324

_The authorized signature_ C5000 Drawer

*In the absence of TFS Form 5851 this instrument of credit is proffered per C5000 Treasury Voucher per 12 U.S.C. 391, Treasury Financial Manual, Volume II, Part 4, Chapter 5000, et seq, and is annotated max value of $50,000,000.00.*

SECURITY FEATURES INCLUDE FOIL HOLOGRAM • HEAT SENSITIVE ICON • MICROPRINT • MULTI-COLOR BACKGROUND

⑈000 3⑈     ⑉021030004⑉     4680407 33⑈

**Intent and Purpose**: a) Receive Redemption Deposit Credits On Deposit With Clerk of Court, reference Case No.: 2:21-bk-18205, CRESTLLOYD, for reimbursement of Richard Saghian $500 million b) distribution of balance of Fund thru depository banking in the public with redeemed collateral money free and clear of all national Federal Reserve liens and encumbrances c) acquire title, control, possession, enjoyment of THE ONE estate d) reduce the national debt e) expand the national credit with private credit f) settle and close the CRESTLLOYD bankruptcy pursuant to maxim "equity delights in equality" by three way split of the redemption fund f) use the remaining $100 million for incidental costs, surcharges, premiums attached with the property transfer g) equitable conversion of my nonreservable tax credits into free and collateral redeemed money for public banking purposes. h) correct for mistake and error and amend and replace the previously delivered "vouchers" 1-12.

These Paramount Handling Instructions for Voucher Numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 (only) supersede all other handling processing instructions, if there's a conflict then the <u>Intent and Purpose</u> above govern:

- On completed processing of **Deposit Slip 2**, process for collection of funds in only ONE DOLLAR lawful currency of the United States within 72 hours, and that all ONE DOLLAR bills/notes are presented to the **U.S. Treasurer/Federal Reserve agent** in the specie of issued non-circulated/circulated currency denominations of ONE DOLLAR bills/notes (only) within the meaning of Title 31 CFR § 100.7(a)(1), ("greater than 50% identifiable") for their collateral security redemption and deposit credits by the US Treasurer, and handle said Deposit Credits (only – face value $600 million) arising from said 31 CFR §100.7(a)(1) redemption according to included **Deposit Slip 3**, included herewith, to Clerk of Court, c/o Judge's chambers of Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, notify Depositor and wait for Order for Release to Richard Saghian by me, Depositor-Redeemer.
- Redemption funds are handled according to **Deposit Slip 3** "split equally three ways."

Maxim "Equity Regards as done that which ought to have been done"



- Redeemer, _____ [thumbprint]
- *Christ redeemed us from the curse of the law." (Galatians 3:13; cf. 3:14; 4:5).*

```
WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES
```

Payable through:
Cash Management Regulations and Compliance Staff
Administrative Services Bureau of Government Financial Operations
Department of the Treasury
Treasury Annex No. 1, PB-809
Washington, DC 20226

Substitute Special Form SF-1193 Voucher Cheque
C5000 Letter of Credit
Nonreservable    Desc    0004/2880

Recipient Organization-Payee:    Edward Roark Schwagerl, c/o USPO BOX 120353, St Paul, Mn 55112    Date: 23 March 2024

In Sum Certain Amount:    xxxxxxxxx fifty million united states dollars 00/100's xxxxxxxxxxxxxxxxxxxxxxxxxxxx    $50,000,000.00

Credit Confirmer Kathleen J Benjamin, Clerk of Court
Certifying Officer of the Federal Program Agency
U.S. Bankruptcy Court Clerk
Roybal Federal Bldg
255 East Temple St., Suite 940
Los Angeles, CA 90012-3332

0004 :: 1    3324

*The authorized signature* C5000 *Drawer*

*In the absence of TFS Form 5851 this instrument of credit is proffered per C5000 Treasury Voucher per 12 U.S.C. 391, Treasury Financial Manual, Volume II, Part 4, Chapter 5000, et seq, and is annotated max value of $50,000,000.00.*

SECURITY FEATURES INCLUDE FULL HOLOGRAM • HEAT SENSITIVE ICON • MICROPRINT • MULTI-COLOR BACKGROUND

⑆0004⑆    ⑈021030004⑈    4680407331⑉

**Intent and Purpose:** a) Receive Redemption Deposit Credits On Deposit With Clerk of Court, reference Case No.: 2:21-bk-18205, CRESTLLOYD, for reimbursement of Richard Saghian $500 million b) distribution of balance of Fund thru depository banking in the public with redeemed collateral money free and clear of all national Federal Reserve liens and encumbrances c) acquire title, control, possession, enjoyment of THE ONE estate d) reduce the national debt e) expand the national credit with private credit f) settle and close the CRESTLLOYD bankruptcy pursuant to maxim "equity delights in equality" by three way split of the redemption fund f) use the remaining $100 million for incidental costs, surcharges, premiums attached with the property transfer g) equitable conversion of my nonreservable tax credits into free and collateral redeemed money for public banking purposes. h) correct for mistake and error and amend and replace the previously delivered "vouchers" 1-12.

These Paramount Handling Instructions for Voucher Numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 (only) supersede all other handling processing instructions, if there's a conflict then the <u>Intent and Purpose</u> above govern:
- On completed processing of **Deposit Slip 2**, process for collection of funds in only ONE DOLLAR lawful currency of the United States within 72 hours, and that all ONE DOLLAR bills/notes are presented to the **U.S. Treasurer/Federal Reserve agent** in the specie of issued non-circulated/circulated currency denominations of ONE DOLLAR bills/notes (only) within the meaning of Title 31 CFR § 100.7(a)(1), ("greater than 50% identifiable") for their collateral security redemption and deposit credits by the US Treasurer, and handle said Deposit Credits (only – face value $600 million) arising from said 31 CFR §100.7(a)(1) redemption according to included **Deposit Slip 3,** included herewith, to Clerk of Court, c/o Judge's chambers of Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, notify Depositor and wait for Order for Release to Richard Saghian by me, Depositor-Redeemer.
- Redemption funds are handled according to **Deposit Slip 3** "split equally three ways."

Maxim "Equity Regards as done that which ought to have been done"



- Redeemer, _____ [thumbprint]
- *Christ redeemed us from the curse of the law." (Galatians 3:13; cf. 3:14; 4:5).*


Schwagerl

```
Payable through:                                             WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES
Cash Management Regulations and Compliance Staff             Substitute Special Form SF-1193 Voucher Cheque               0005/2880
Administrative Services Bureau of Government Financial Operations    C5000 Letter of Credit
Department of the Treasury                                           Nonreservable
Treasury Annex No. 1, PB-809
Washington, DC 20226
```

Recipient Organization-Payee:   Edward Roark Schwagerl, c/o USPO BOX 120353, St Paul, Mn 55112         Date:   23 March 2024

In Sum Certain Amount:   xxxxxxxxx fifty million united states dollars 00/100's xxxxxxxxxxxxxxxxxxxxxxxxxxxx          $50,000,000.00

Credit Confirmer Kathleen J Benjamin, Clerk of Court
Certifying Officer of the Federal Program Agency
U.S. Bankruptcy Court Clerk
Roybal Federal Bldg
255 East Temple St., Suite 940
Los Angeles, CA 90012-3332

    0 0 0 5  ::  1            3 3 2 4              _____
                                                    The authorized signature C5000 Drawer

*In the absence of TFS Form 5851 this instrument of credit is proffered per C5000 Treasury Voucher per 12 U.S.C. 391, Treasury Financial Manual, Volume II, Part 4, Chapter 5000, et seq, and is annotated max value of $50,000,000.00.*

SECURITY FEATURES INCLUDE FULL HOLOGRAM • HEAT SENSITIVE ICON • MICROPRINT • MULTI-COLOR BACKGROUND

⑈"000 5"⑈  /      ⑈:0 2 10 3000 4⑈:       4 680 407 33⑈"

**Intent and Purpose:** a) Receive Redemption Deposit Credits On Deposit With Clerk of Court, reference Case No.: 2:21-bk-18205, CRESTLLOYD, for reimbursement of Richard Saghian $500 million b) distribution of balance of Fund thru depository banking in the public with redeemed collateral money free and clear of all national Federal Reserve liens and encumbrances c) acquire title, control, possession, enjoyment of THE ONE estate d) reduce the national debt e) expand the national credit with private credit f) settle and close the CRESTLLOYD bankruptcy pursuant to maxim "equity delights in equality" by three way split of the redemption fund f) use the remaining $100 million for incidental costs, surcharges, premiums attached with the property transfer g) equitable conversion of my nonreservable tax credits into free and collateral redeemed money for public banking purposes. h) correct for mistake and error and amend and replace the previously delivered "vouchers" 1-12.

These Paramount Handling Instructions for Voucher Numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 (only) supersede all other handling processing instructions, if there's a conflict then the <u>Intent and Purpose</u> above govern:
- On completed processing of **Deposit Slip 2**, process for collection of funds in only ONE DOLLAR lawful currency of the United States within 72 hours, and that all ONE DOLLAR bills/notes are presented to the **U.S. Treasurer/Federal Reserve agent** in the specie of issued non-circulated/circulated currency denominations of ONE DOLLAR bills/notes (only) within the meaning of Title 31 CFR § 100.7(a)(1), ("greater than 50% identifiable") for their collateral security redemption and deposit credits by the US Treasurer, and handle said Deposit Credits (only – face value $600 million) arising from said 31 CFR §100.7(a)(1) redemption according to included **Deposit Slip 3**, included herewith, to Clerk of Court, c/o Judge's chambers of Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, notify Depositor and wait for Order for Release to Richard Saghian by me, Depositor-Redeemer.
- Redemption funds are handled according to **Deposit Slip 3** "split equally three ways."

Maxim "Equity Regards as done that which ought to have been done"

- Redeemer, _____ [thumbprint]
- *Christ redeemed us from the curse of the law." (Galatians 3:13; cf. 3:14; 4:5).*


Schwagerl

Payable through:
Cash Management Regulations and Compliance Staff
Administrative Services Bureau of Government Financial Operations
Department of the Treasury
Treasury Annex No. 1, PB-809
Washington, DC 20226

Substitute Special Form SF-1195 Voucher-Cheque
$50,000 Letter of Credit
Nonreservable

Recipient Organization-Payee: Edward Roark Schwagerl, c/o USPO BOX 120353, St Paul, Mn 55112

Date: 23 March 2024

In Sum Certain Amount: xxxxxxxxx fifty million united states dollars 00/100's xxxxxxxxxxxxxxxxxxxxxxxxxxxxx

$50,000,000.00

Credit Confirmer Kathleen J Benjamin, Clerk of Court
Certifying Officer of the Federal Program Agency
U.S. Bankruptcy Court Clerk
Roybal Federal Bldg
255 East Temple St., Suite 940
Los Angeles, CA 90012-3332

0006 :: 13324

*Schwagerl, trustee*
The authorized signature C5000 Drawer

*In the absence of TFS Form 5851 this instrument of credit is proffered per C5000 Treasury Voucher per 12 U.S.C. 391, Treasury Financial Manual, Volume II, Part 4, Chapter 5000, et seq, and is annotated max value of $50,000,000.00.*
AVAILABILITY OF FUNDS FROM DEPOSIT SLIP 2, 2-23-2024, FI23U18736US

SECURITY FEATURES INCLUDE FOIL HOLOGRAM • HEAT SENSITIVE ICON • MICROPRINT • MULTI-COLOR BACKGROUND

⑃0006⑃  ⑃021030004⑃  468040733⑃

**Intent and Purpose:** a) Receive Redemption Deposit Credits On Deposit With Clerk of Court, reference Case No.: 2:21-bk-18205, CRESTLLOYD, for reimbursement of Richard Saghian $500 million b) distribution of balance of Fund thru depository banking in the public with redeemed collateral money free and clear of all national Federal Reserve liens and encumbrances c) acquire title, control, possession, enjoyment of THE ONE estate d) reduce the national debt e) expand the national credit with private credit f) settle and close the CRESTLLOYD bankruptcy pursuant to maxim "equity delights in equality" by three way split of the redemption fund f) use the remaining $100 million for incidental costs, surcharges, premiums attached with the property transfer g) equitable conversion of my nonreservable tax credits into free and collateral redeemed money for public banking purposes. h) correct for mistake and error and amend and replace the previously delivered "vouchers" 1-12.

These Paramount Handling Instructions for Voucher Numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 (only) supersede all other handling processing instructions, if there's a conflict then the <u>Intent and Purpose</u> above govern:

- On completed processing of **Deposit Slip 2**, process for collection of funds in only ONE DOLLAR lawful currency of the United States within 72 hours, and that all ONE DOLLAR bills/notes are presented to the **U.S. Treasurer/Federal Reserve agent** in the specie of issued non-circulated/circulated currency denominations of ONE DOLLAR bills/notes (only) within the meaning of Title 31 CFR § 100.7(a)(1), ("greater than 50% identifiable") for their collateral security redemption and deposit credits by the US Treasurer, and handle said Deposit Credits (only – face value $600 million) arising from said 31 CFR §100.7(a)(1) redemption according to included **Deposit Slip 3,** included herewith, to Clerk of Court, c/o Judge's chambers of Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, notify Depositor and wait for Order for Release to Richard Saghian by me, Depositor-Redeemer.
- Redemption funds are handled according to **Deposit Slip 3** "split equally three ways."

Maxim "Equity Regards as done that which ought to have been done"



- Redeemer, _____ [thumbprint]
- *Christ redeemed us from the curse of the law." (Galatians 3:13; cf. 3:14; 4:5).*

Payable through:  
Cash Management Regulations and Compliance Staff  
Administrative Services Bureau of Government Financial Operations  
Department of the Treasury  
Treasury Annex No. 1, PB-809  
Washington, DC 20226  

Substitute Special Form SF-1193 Voucher-Cheque  
C5000 Letter of Credit  
Nonreservable  

0007/2880

Recipient Organization-Payee: Edward Roark Schwagerl, c/o USPO BOX 120353, St Paul, Mn 55112

Date: 23 March 2024

In Sum Certain Amount: xxxxxxxxx fifty million united states dollars 00/100's xxxxxxxxxxxxxxxxxxxxxxxxxxxxx

$50,000,000.00

Credit Confirmer Kathleen J Benjamin, Clerk of Court  
Certifying Officer of the Federal Program Agency  
U.S. Bankruptcy Court Clerk  
Roybal Federal Bldg  
255 East Temple St., Suite 940  
Los Angeles, CA 90012-3332



0007 :: 43324

_____  
The authorized signature C5000 - Drawer

*In the absence of TFS Form 5851 this instrument of credit is proffered per C5000 Treasury Voucher per 12 U.S.C. 391, Treasury Financial Manual, Volume II, Part 4, Chapter 5000, et seq, and is annotated max value of $50,000,000.00.*

AVAILABILITY OF FUNDS FROM DEPOSIT SLIP 2 2-23-2024 FZ2341072C110

SECURITY FEATURES INCLUDE FOIL HOLOGRAM • HEAT SENSITIVE ICON • MICROPRINT • MULTI-COLOR BACKGROUND

⑈000 7⑈    ⑆021030004⑆    468040733⑈

**Intent and Purpose**: a) Receive Redemption Deposit Credits On Deposit With Clerk of Court, reference Case No.: 2:21-bk-18205, CRESTLLOYD, for reimbursement of Richard Saghian $500 million b) distribution of balance of Fund thru depository banking in the public with redeemed collateral money free and clear of all national Federal Reserve liens and encumbrances c) acquire title, control, possession, enjoyment of THE ONE estate d) reduce the national debt e) expand the national credit with private credit f) settle and close the CRESTLLOYD bankruptcy pursuant to maxim "equity delights in equality" by three way split of the redemption fund f) use the remaining $100 million for incidental costs, surcharges, premiums attached with the property transfer g) equitable conversion of my nonreservable tax credits into free and collateral redeemed money for public banking purposes. h) correct for mistake and error and amend and replace the previously delivered "vouchers" 1-12.

These Paramount Handling Instructions for Voucher Numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 (only) supersede all other handling processing instructions, if there's a conflict then the Intent and Purpose above govern:

- On completed processing of **Deposit Slip 2**, process for collection of funds in only ONE DOLLAR lawful currency of the United States within 72 hours, and that all ONE DOLLAR bills/notes are presented to the **U.S. Treasurer/Federal Reserve agent** in the specie of issued non-circulated/circulated currency denominations of ONE DOLLAR bills/notes (only) within the meaning of Title 31 CFR § 100.7(a)(1), ("greater than 50% identifiable") for their collateral security redemption and deposit credits by the US Treasurer, and handle said Deposit Credits (only – face value $600 million) arising from said 31 CFR §100.7(a)(1) redemption according to included **Deposit Slip 3**, included herewith, to Clerk of Court, c/o Judge's chambers of Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, notify Depositor and wait for Order for Release to Richard Saghian by me, Depositor-Redeemer.
- Redemption funds are handled according to **Deposit Slip 3** "split equally three ways."

Maxim "Equity Regards as done that which ought to have been done"



- Redeemer, _____ [thumbprint]
- *Christ redeemed us from the curse of the law." (Galatians 3:13; cf. 3:14; 4:5).*

```
WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES
```

Payable through:                              Substitute Special Form SF-1193 Voucher Cheque         0008/2880
Cash Management Regulations and Compliance Staff         C5000 Letter of Credit
Administrative Services Bureau of Government Financial Operations         Nonreservable
Department of the Treasury
Treasury Annex No. 1, PB-809
Washington, DC 20226

Recipient Organization-Payee:   Edward Roark Schwagerl, c/o USPO BOX 120353, St Paul, Mn 55112          Date:   23 March 2024

In Sum Certain Amount:   xxxxxxxxx fifty million united states dollars 00/100's xxxxxxxxxxxxxxxxxxxxxxxxxxxx          $50,000,000.00

Credit Confirmer Kathleen J Benjamin, Clerk of Court
Certifying Officer of the Federal Program Agency
U.S. Bankruptcy Court Clerk
Roybal Federal Bldg
255 East Temple St., Suite 940
Los Angeles, CA 90012-3332

0008  ::                    43324



The authorized signature C5000 - Drawer

*In the absence of TFS Form 5851 this instrument of credit is proffered per C5000 Treasury Voucher per 12 U.S.C. 391, Treasury Financial Manual, Volume II, Part 4, Chapter 5000, et seq, and is annotated max value of $50,000,000.00.*
AVAILABILITY OF FUNDS FROM DEPOSIT SLIP 2, 2-22-2024, FI22141072611S
SECURITY FEATURES INCLUDE FOIL HOLOGRAM • HEAT SENSITIVE ICON • MICROPRINT • MULTI-COLOR BACKGROUND

⑈0008⑈   ⑆021030004⑆   468040733⑈

**0008/2880**

**Intent and Purpose:** a) Receive Redemption Deposit Credits On Deposit With Clerk of Court, reference Case No.: 2:21-bk-18205, CRESTLLOYD, for reimbursement of Richard Saghian $500 million b) distribution of balance of Fund thru depository banking in the public with redeemed collateral money free and clear of all national Federal Reserve liens and encumbrances c) acquire title, control, possession, enjoyment of THE ONE estate d) reduce the national debt e) expand the national credit with private credit f) settle and close the CRESTLLOYD bankruptcy pursuant to maxim "equity delights in equality" by three way split of the redemption fund f) use the remaining $100 million for incidental costs, surcharges, premiums attached with the property transfer g) equitable conversion of my nonreservable tax credits into free and collateral redeemed money for public banking purposes. h) correct for mistake and error and amend and replace the previously delivered "vouchers" 1-12.

These Paramount Handling Instructions for Voucher Numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 (only) supersede all other handling processing instructions, if there's a conflict then the <u>Intent and Purpose</u> above govern:

- On completed processing of **Deposit Slip 2**, process for collection of funds in only ONE DOLLAR lawful currency of the United States within 72 hours, and that all ONE DOLLAR bills/notes are presented to the **U.S. Treasurer/Federal Reserve agent** in the specie of issued non-circulated/circulated currency denominations of ONE DOLLAR bills/notes (only) within the meaning of Title 31 CFR § 100.7(a)(1), ("greater than 50% identifiable") for their collateral security redemption and deposit credits by the US Treasurer, and handle said Deposit Credits (only – face value $600 million) arising from said 31 CFR §100.7(a)(1) redemption according to included **Deposit Slip 3,** included herewith, to Clerk of Court, c/o Judge's chambers of Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, notify Depositor and wait for Order for Release to Richard Saghian by me, Depositor-Redeemer.
- Redemption funds are handled according to **Deposit Slip 3** "split equally three ways."

Maxim "Equity Regards as done that which ought to have been done"

- Redeemer, _____ [thumbprint]
- *Christ redeemed us from the curse of the law." (Galatians 3:13; cf. 3:14; 4:5).*

Schwagerl

Payable through:
Cash Management Regulations and Compliance Staff
Administrative Services Bureau of Government Financial Operations
Department of the Treasury
Treasury Annex No. 1, PB-809
Washington, DC 20226

Substitute Special Form SF-1193 Voucher Cheque
C5000 Letter of Credit
Nonreservable

Desc 0009/2880

Recipient Organization-Payee:    Edward Roark Schwagerl, c/o USPO BOX 120353, St Paul, Mn 55112      Date:   23 March 2024

In Sum Certain Amount:    xxxxxxxxx fifty million united states dollars 00/100's xxxxxxxxxxxxxxxxxxxxxxxxxxxx      $50,000,000.00

Credit Confirmer Kathleen J Benjamin, Clerk of Court
Certifying Officer of the Federal Program Agency
U.S. Bankruptcy Court Clerk
Roybal Federal Bldg
255 East Temple St., Suite 940
Los Angeles, CA 90012-3332

0 0 0 9   ::   13 3 2 4

_The authorized signature of C5000 Drawer_

In the absence of TFS Form 5851 this instrument of credit is proffered per C5000 Treasury Voucher per 12 U.S.C. 391, Treasury Financial Manual, Volume II, Part 4, Chapter 5000, et seq, and is annotated max value of $50,000,000.00.
AVAILABILITY OF FUNDS FROM DEPOSIT SLIP 2, 2-23-2024, EL231410726US
SECURITY FEATURES INCLUDE FOIL HOLOGRAM • HEAT SENSITIVE ICON • MICROPRINT • MULTI-COLOR BACKGROUND

⑊"0009⑊"    ⑊:021030004⑊:    46804073⑊3⑊"

0009/2880

0009/2880

**Intent and Purpose:** a) Receive Redemption Deposit Credits On Deposit With Clerk of Court, reference Case No.: 2:21-bk-18205, CRESTLLOYD, for reimbursement of Richard Saghian $500 million b) distribution of balance of Fund thru depository banking in the public with redeemed collateral money free and clear of all national Federal Reserve liens and encumbrances c) acquire title, control, possession, enjoyment of THE ONE estate d) reduce the national debt e) expand the national credit with private credit f) settle and close the CRESTLLOYD bankruptcy pursuant to maxim "equity delights in equality" by three way split of the redemption fund f) use the remaining $100 million for incidental costs, surcharges, premiums attached with the property transfer g) equitable conversion of my nonreservable tax credits into free and collateral redeemed money for public banking purposes. h) correct for mistake and error and amend and replace the previously delivered "vouchers" 1-12.

These Paramount Handling Instructions for Voucher Numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 (only) supersede all other handling processing instructions, if there's a conflict then the Intent and Purpose above govern:

- On completed processing of **Deposit Slip 2**, process for collection of funds in only ONE DOLLAR lawful currency of the United States within 72 hours, and that all ONE DOLLAR bills/notes are presented to the **U.S. Treasurer/Federal Reserve agent** in the specie of issued non-circulated/circulated currency denominations of ONE DOLLAR bills/notes (only) within the meaning of Title 31 CFR § 100.7(a)(1), ("greater than 50% identifiable") for their collateral security redemption and deposit credits by the US Treasurer, and handle said Deposit Credits (only – face value $600 million) arising from said 31 CFR §100.7(a)(1) redemption according to included **Deposit Slip 3,** included herewith, to Clerk of Court, c/o Judge's chambers of Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, notify Depositor and wait for Order for Release to Richard Saghian by me, Depositor-Redeemer.
- Redemption funds are handled according to **Deposit Slip 3** "split equally three ways."

Maxim "Equity Regards as done that which ought to have been done".

- Redeemer, _____ _____ [thumbprint]
- "Christ redeemed us from the curse of the law." (Galatians 3:13; cf. 3:14; 4:5).

Schwagerl

Payable through:
Cash Management Regulations and Compliance Staff
Administrative Services Bureau of Government Financial Operations
Department of the Treasury
Treasury Annex No. 1, PB-809
Washington, DC 20226

Substitute Special Form SF-1193 Voucher Cheque
C5000 Letter of Credit
Nonreservable

0010/2880

Recipient Organization-Payee:   Edward Roark Schwagerl, c/o USPO BOX 120353, St Paul, Mn 55112           Date:   23 March 2024

In Sum Certain Amount:   xxxxxxxxx fifty million united states dollars 00/100's xxxxxxxxxxxxxxxxxxxxxxxxxxxxx       $50,000,000.00

Credit Confirmer Kathleen J Benjamin, Clerk of Court
Certifying Officer of the Federal Program Agency
U.S. Bankruptcy Court Clerk
Roybal Federal Bldg
255 East Temple St., Suite 940
Los Angeles, CA 90012-3332

0010  ::  1              3324

The authorized signature C5000 Drawer

*In the absence of TFS Form 5851 this instrument of credit is proffered per C5000 Treasury Voucher per 12 U.S.C. 391, Treasury Financial Manual, Volume II, Part 4, Chapter 5000, et seq, and is annotated max value of $50,000,000.00.*

SECURITY FEATURES INCLUDE FOIL HOLOGRAM • HEAT SENSITIVE ICON • MICROPRINT • MULTI-COLOR BACKGROUND

⑆0010⑆    ⑈021030004⑈    468040733⑈

0010/2880

**Intent and Purpose:** a) Receive Redemption Deposit Credits On Deposit With Clerk of Court, reference Case No.: 2:21-bk-18205, CRESTLLOYD, for reimbursement of Richard Saghian $500 million b) distribution of balance of Fund thru depository banking in the public with redeemed collateral money free and clear of all national Federal Reserve liens and encumbrances c) acquire title, control, possession, enjoyment of THE ONE estate d) reduce the national debt e) expand the national credit with private credit f) settle and close the CRESTLLOYD bankruptcy pursuant to maxim "equity delights in equality" by three way split of the redemption fund f) use the remaining $100 million for incidental costs, surcharges, premiums attached with the property transfer g) equitable conversion of my nonreservable tax credits into free and collateral redeemed money for public banking purposes. h) correct for mistake and error and amend and replace the previously delivered "vouchers" 1-12.

These Paramount Handling Instructions for Voucher Numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 (only) supersede all other handling processing instructions, if there's a conflict then the <u>Intent and Purpose</u> above govern:
- On completed processing of **Deposit Slip 2**, process for collection of funds in only ONE DOLLAR lawful currency of the United States within 72 hours, and that all ONE DOLLAR bills/notes are presented to the **U.S. Treasurer/Federal Reserve agent** in the specie of issued non-circulated/circulated currency denominations of ONE DOLLAR bills/notes (only) within the meaning of Title 31 CFR § 100.7(a)(1), ("greater than 50% identifiable") for their collateral security redemption and deposit credits by the US Treasurer, and handle said Deposit Credits (only – face value $600 million) arising from said 31 CFR §100.7(a)(1) redemption according to included **Deposit Slip 3,** included herewith, to Clerk of Court, c/o Judge's chambers of Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, notify Depositor and wait for Order for Release to Richard Saghian by me, Depositor-Redeemer.
- Redemption funds are handled according to **Deposit Slip 3** "split equally three ways."

Maxim "Equity Regards as done that which ought to have been done"



- Redeemer, _____ [thumbprint]
- *Christ redeemed us from the curse of the law." (Galatians 3:13; cf. 3:14; 4:5).*

Schwagerl

Payable through:
Cash Management Regulations and Compliance Staff
Administrative Services Bureau of Government Financial Operations
Department of the Treasury
Treasury Annex No. 1, PB-809
Washington, DC 20226

Substitute Special Form SF-1193 Voucher-Cheque
$50,000,000 Letter of Credit
Nonreservable

Desc    0011/2880

Recipient Organization-Payee:    Edward Roark Schwagerl, c/o USPO BOX 120353, St Paul, Mn 55112    Date:    23 March 2024

In Sum Certain Amount:    xxxxxxxxx fifty million united states dollars 00/100's xxxxxxxxxxxxxxxxxxxxxxxxxxx    $50,000,000.00

Credit Confirmer Kathleen J Benjamin, Clerk of Court
Certifying Officer of the Federal Program Agency
U.S. Bankruptcy Court Clerk
Roybal Federal Bldg
255 East Temple St., Suite 940
Los Angeles, CA 90012-3332



0011 :: 1:::::43324

*The authorized signal* C5000 *Drawer*

*In the absence of TFS Form 5851 this instrument of credit is proffered per C5000 Treasury Voucher per 12 U.S.C. 391, Treasury Financial Manual, Volume II, Part 4, Chapter 5000, et seq, and is annotated max value of $50,000,000.00.*

SECURITY FEATURES INCLUDE FOIL HOLOGRAM • HEAT SENSITIVE ICON • MICROPRINT • MULTI-COLOR BACKGROUND

⑈"0011"⑈    ⑈:021030004:⑈    4680407331"⑈

0011/2880

**Intent and Purpose:** a) Receive Redemption Deposit Credits On Deposit With Clerk of Court, reference Case No.: 2:21-bk-18205, CRESTLLOYD, for reimbursement of Richard Saghian $500 million b) distribution of balance of Fund thru depository banking in the public with redeemed collateral money free and clear of all national Federal Reserve liens and encumbrances c) acquire title, control, possession, enjoyment of THE ONE estate d) reduce the national debt e) expand the national credit with private credit f) settle and close the CRESTLLOYD bankruptcy pursuant to maxim "equity delights in equality" by three way split of the redemption fund f) use the remaining $100 million for incidental costs, surcharges, premiums attached with the property transfer g) equitable conversion of my nonreservable tax credits into free and collateral redeemed money for public banking purposes. h) correct for mistake and error and amend and replace the previously delivered "vouchers" 1-12.

These Paramount Handling Instructions for Voucher Numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 (only) supersede all other handling processing instructions, if there's a conflict then the <u>Intent and Purpose</u> above govern:
- On completed processing of **Deposit Slip 2**, process for collection of funds in only ONE DOLLAR lawful currency of the United States within 72 hours, and that all ONE DOLLAR bills/notes are presented to the **U.S. Treasurer/Federal Reserve agent** in the specie of issued non-circulated/circulated currency denominations of ONE DOLLAR bills/notes (only) within the meaning of Title 31 CFR § 100.7(a)(1), ("greater than 50% identifiable") for their collateral security redemption and deposit credits by the US Treasurer, and handle said Deposit Credits (only – face value $600 million) arising from said 31 CFR §100.7(a)(1) redemption according to included **Deposit Slip 3,** included herewith, to Clerk of Court, c/o Judge's chambers of Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, notify Depositor and wait for Order for Release to Richard Saghian by me, Depositor-Redeemer.
- Redemption funds are handled according to **Deposit Slip 3** "split equally three ways."

Maxim "Equity Regards as done that which ought to have been done"

- Redeemer, _____ [thumbprint]
- "Christ redeemed us from the curse of the law." (Galatians 3:13; cf. 3:14; 4:5).



```
Payable through                                              Substitute Special Form SF-1193 Voucher Cheque          Desc   0012/2880
Cash Management Regulations and Compliance Staff              C5000 Letter eCredit
Administrative Services Bureau of Government Financial Operations       Nonreservable
Department of the Treasury
Treasury Annex No. 1, PB-809
Washington, DC 20226
```

Recipient Organization-Payee:   Edward Roark Schwagerl, c/o USPO BOX 120353, St Paul, Mn 55112        Date:   23 March 2024

In Sum Certain Amount:   xxxxxxxxx fifty million united states dollars 00/100's xxxxxxxxxxxxxxxxxxxxxxxxxxxx      $50,000,000.00

Credit Confirmer Kathleen J Benjamin, Clerk of Court
Certifying Officer of the Federal Program Agency
U.S. Bankruptcy Court Clerk
Roybal Federal Bldg
255 East Temple St., Suite 940
Los Angeles, CA 90012-3332



0012  ::  1          43324

*Edwd. chld Rrk, trustee*
The authorized signature C5000 Drawer

⑈ 0012 ⑈   ⑆ 021030004 ⑆   4680407 33 ⑈

*In the absence of TFS Form 5851 this instrument of credit is proffered per C5000 Treasury Voucher per 12 U.S.C. 391, Treasury Financial Manual, Volume II, Part 4, Chapter 5000, et seq, and is annotated max value of $50,000,000.00.*

**SECURITY FEATURES INCLUDE FOIL HOLOGRAM • HEAT SENSITIVE ICON • MICROPRINT • MULTI-COLOR BACKGROUND**

0012/2880

**Intent and Purpose**: a) Receive Redemption Deposit Credits On Deposit With Clerk of Court, reference Case No.: 2:21-bk-18205, CRESTLLOYD, for reimbursement of Richard Saghian $500 million b) distribution of balance of Fund thru depository banking in the public with redeemed collateral money free and clear of all national Federal Reserve liens and encumbrances c) acquire title, control, possession, enjoyment of THE ONE estate d) reduce the national debt e) expand the national credit with private credit f) settle and close the CRESTLLOYD bankruptcy pursuant to maxim "equity delights in equality" by three way split of the redemption fund f) use the remaining $100 million for incidental costs, surcharges, premiums attached with the property transfer g) equitable conversion of my nonreservable tax credits into free and collateral redeemed money for public banking purposes. h) correct for mistake and error and amend and replace the previously delivered "vouchers" 1-12.

These Paramount Handling Instructions for Voucher Numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 (only) supersede all other handling processing instructions, if there's a conflict then the <u>Intent and Purpose</u> above govern:
- On completed processing of **Deposit Slip 2**, process for collection of funds in only ONE DOLLAR lawful currency of the United States within 72 hours, and that all ONE DOLLAR bills/notes are presented to the **U.S. Treasurer/Federal Reserve agent** in the specie of issued non-circulated/circulated currency denominations of ONE DOLLAR bills/notes (only) within the meaning of Title 31 CFR § 100.7(a)(1), ("greater than 50% identifiable") for their collateral security redemption and deposit credits by the US Treasurer, and handle said Deposit Credits (only – face value $600 million) arising from said 31 CFR §100.7(a)(1) redemption according to included **Deposit Slip 3**, included herewith, to Clerk of Court, c/o Judge's chambers of Judge Deborah J. Saltzman, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Courthouse, 255 E. Temple Street, Suite 1634, Los Angeles, CA 90012, notify Depositor and wait for Order for Release to Richard Saghian by me, Depositor-Redeemer.
- Redemption funds are handled according to **Deposit Slip 3** "split equally three ways."

Maxim "Equity Regards as done that which ought to have been done"



- Redeemer, _____ [thumbprint]
- *Christ redeemed us from the curse of the law." (Galatians 3:13; cf. 3:14; 4:5).*