| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Genevieve G. Weiner (SBN 254272)<br>SIDLEY AUSTIN LLP<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067<br>Tel. (310) 595-9707<br>Fax (310) 595-9501<br><br>☑ *Attorney for* Richard Saghian (Party in Interest) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re   CRESTLLOYD, LLC,

Debtor(s),

Plaintiff(s),

vs.

Debtor(s).

CHAPTER  11

CASE NUMBER  2:21-bk-18205-DS

☐ ADVERSARY NUMBER (if applicable)
☐ See attached list for multiple cases that require an update to the attorneys information

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Genevieve G. Weiner_____, __254272_____, __gweiner@sidley.com_____
      *Name*                                   *Bar ID Number*               *E-Mail Address*

☑ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*
Richard Saghian (Party in Interest)

---

❏ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address 1999 Avenue of the Stars, Los Angeles, CA 90067_____
New Telephone Number_____New Facsimile Number _____
New E-Mail Address_____

---

Notice of Change of Address or Law Firm
(September 2009)

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
    ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
    ❏ I am, or
    ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
    ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
    ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
    ❏ I am, or
    ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 3/8/24

/s/ Genevieve G. Weiner
Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.