

**Account Information Report**

Crestlloyd LLC

| August 01, 2024 - August 31, 2024 |
|---|
| Account: *4504 (Crestlloyd, LLC DIP , OPERATIONS) |

| | |
|---|---:|
| Available Balance | $2,113,733.63 |
| Opening Ledger Balance | $2,113,733.63 |
| Collected Balance | $2,113,733.63 |
| Current Balance | $2,113,733.63 |
| Closing Ledger | $2,113,733.63 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $969,803.45 |
| Last Deposit Date | 01/31/2023 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---|---:|
| 08/06/2024 | ACH Debit | | | $770.00 |
| | VSP*Grobst Grobstein Teeple | | | |
| | CCD 096016932291418 | | | |
| | Crestlloyd, Inc. | | | |
| | INDIVIDUAL ID #11932047 | | | |

Report Generated on: 09/24/24 07:46:47 AM