**P&L**

|  | Month of August<br>8/31/24 |
|---|---:|
| **Total Revenue** | $0 |
| **Operating Expenses:** |  |
| Insurance | - |
| Property Taxes | - |
| Security, Cleaning, and General Carry | - |
| Utilities | - |
| Furnishings | - |
| Repairs & Maintenance | - |
| Contingency / Other | - |
| Total Operating Expenses | - |
| **Selling Expenses:** |  |
| Commission | - |
| Other Closing Costs | - |
| Total Selling Expenses | - |
| **Restructuring & Professional Expenses:** |  |
| Professional and UST Fees | 770 |
| Total Restructuring & Professional Expenses | 770 |
| **Interest and Fees:** |  |
| Interest Income | (111,209) |
| Interest & Fees (DIP) | - |
| Interest & Fees (Existing debt) | - |
| Total Interest and Fees | (111,209) |
| **Taxes:** |  |
| Taxes | - |
| **Total Expenses** | (110,439) |
| **Net Income** | $ 110,439 |

**Balance Sheet**

|  | Month of August 8/31/24 |
|---|---:|
| **Assets** | |
| Current Assets | |
|   Cash and Cash Equivalents | 41,903,703 |
|   Accounts Receivable | - |
|   Prepaid Expenses | - |
|   Inventory | - |
|     Total Current Assets | 41,903,703 |
| | |
|   Goodwill | - |
|   Property | - |
| **Total Assets** | $ 41,903,703 |
| | |
| **Liabilities** | |
| Current Liabilities | |
|   Accounts Payable | - |
|   Accrued Expenses | - |
|     Total Current Liabilities | - |
| | |
|   Long-Term Debt | 172,522,908 |
| **Total Liabilities** | 172,522,908 |
| | |
| **Shareholder's Equity** | $ (130,619,205) |
| | |
| **Total Liabilities and Equity** | $ 41,903,703 |

**Cash Flow**

|  | Month of August 8/31/24 |
|---|---:|
| **Cash & Cash Equivalents beginning of Period** | $ 41,793,264 |
| Cash Flow From Operating Activities | |
|   Net Income | 110,439 |
|   Net Cash Used in Operating Activities | 110,439 |
| Cash Flow from Investing Activities | |
|   Construction / Capital Expenditures | - |
|   Net Acquisitions and Sales | - |
|   Net Cash Used in Investing Activities | - |
| Cash Flow from Financing Activities | |
|   Debt Issuances / Repayments | - |
|   Net Cash Provided by Financing Activities | - |
| Change in Cash & Cash Equivalents | 110,439 |
| **Ending Cash** | $ 41,903,703 |