ERRATA

RE:    11/05/2024 589 **Docket Text**, Service Copy of Petition for Writ Procendendo ad Judiciam. Filed by Interested Party Edward Roark Schwagerl . (MB2)

Correction for error:

Page 1 two occurrences, page 2 one occurrence, to wit: "procendendo ad judiciam" is corrected to "procedendo ad judicium"

*[signature]* 11/7/24
====================

FILED
NOV 14 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk