DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JOSEPH M. ROTHBERG (State Bar No. 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jmr@lnbyg.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>      Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**MOTION TO DENY "SECOND INTERIM APPLICATION OF SMITH, ANDRE MARIO EL SUI JURIS; ESQUIRE FOR APPROVAL OF FEES AND REIMBURSEMENT AT EXPENSES"**<br><br>Hearing<br>Date:  December 17, 2024<br>Time:  1:00 p.m.<br>Place: Courtroom 1639<br>      255 E. Temple Street<br>      Los Angeles, CA 90012<br>      **VIA ZOOMGOV ONLY** |

Crestlloyd LLC, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), hereby files its motion to that certain "SECOND INTERIM APPLICATION OF SMITH, ANDRE MARIO EL SUI JURIS; ESQUIRE FOR APPROVAL OF FEES AND REIMBURSEMENT AT EXPENSES" (the "Application") filed by Andre Mario Smith ("Applicant").

On December 3, 2024, counsel for the Debtor received in the mail the Application, a copy of which is attached hereto as **Exhibit "A"**.  The Application was inserted into an envelope marked "top secret", "urgent", "private" and "confidential".  The Debtor has no record of the Application having been filed with the Clerk of the Bankruptcy Court.  Nevertheless, in an overabundance of caution, Debtor files this Motion.

The alleged Applicant is not a professional employed by the Debtor and, based on a review of the Court's docket, not one that was approved to be employed by the Bankruptcy Court as a professional in this case.  As a result, there is no basis for consideration of the Application.

A review of the Application and the records attached thereto make it clear that Applicant took an old application submitted by Levene, Neale, Bender, Yoo & Golubchik L.L.P., doctored the text and entries in LNBYG's format.  There is no indication that Applicant's services were requested, necessary or benefited the estate in any way.

To the extent considered at all, the Application should be denied in its entirety with an admonition to Applicant, based on the instant filing and many prior filing, not to engage in improper conduct in connection with this case in the future.

Dated: December 4, 2022

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.


By:    /s/ David B. Golubchik
DAVID B. GOLUBCHIK
TODD M. ARNOLD
Attorneys for Chapter 11 Debtor and
Debtor in Possession

**EXHIBIT A**

1 | *Smith, Andre Mario el sui-juris; esquire*
7938 Broadway No. 1263
2 | Lemon Grove, California, 91946
(619) 813-2881
3 | Fax Number: N/A
andmarioith@yahoo.com
4 | Attorney in-Fact; Lawful Counselor for:
*Special Interested Party*
5 | Andre Mario Smith.
**Special Appearance Only**
6 | Andre Mario Smith, Pro Se

7 | **UNITED STATES DISTRICT COURT AT AND FOR**

8 | **CALIFORNIA SOUTHERN DISTRICT**

9 | **LOS ANGELES**

10 | In re:

11 | CRESTLLOYD, LLC,

12 | Debtor and Debtor in Possession.

13 |

14 |

15 |

16 |

17 |

Case Number:
2:21-bk-18205-ds
Adversarial Case Number:
2:22-ap-01125-ds

**Second Interim Application by** *Smith, Andre Mario el sui juris; esquire* **for Approval at Fees and Reimbursement at Expenses; Declaration by Smith, Andre Mario el sui juris in Support Thereof**

**Date:**        December 17, 2024
**Time:**        01:00 p.m.
**Place:**       Tribunal-room: 1639
                 255 East Temple Street
                 Los Angeles, California
                 90012

22 | *Greetings to all these Presents shall come.*

23 | *Know all men by these Presents.*

24 | *Notice to Agent is Notice to Principal.*

25 | *Notice to Principal is Notice to Agent.*

26 | *To each Party and their Attorney(s) of Record.*

27 | *To Each Party and their Counsel.*

Page 1

Second Interim Application by *Smith, Andre Mario el sui juris; esquire* for Approval at Fees and Reimbursement at Expenses; Declaration by *Smith, Andre Mario el sui juris, esquire* in Support Thereof

1   It appears *Smith, Andre Mario el sui juris; esquire* ("Counselor"), general bankruptcy

2   counsel to Special Interested Party, Secured Party, Secured Party Creditor, and

3   Superior/Supreme Creditor Andre Mario Smith ("Paramount Claim Holder") in the above-

4   referenced Chapter 11 bankruptcy, hereby submits its Second Interim Application for

5   Approval at Fees and Reimbursement at Expenses ("Application") for sevices rendered and

6   expenses incurred during the pendency of the CRESTLLOYD, LLCs' ("Debtor") chapter 11

7   bankruptcy case for the period of January 01, 2022, through and including December 31

8   2022 ("Covered Period").

9

**I.**

## Fees and Expenses Incurred and Notice

**A.**   **Request for Allowance and Payment of Fees and Reimbursement of Expenses.**

   During the Covered Period, it appears Counselor incurred fees in the amount of
$2,720,000.99 and expenses in the amount of $15,270.99 for total fees and expenses
$2,735,271.98. Accordingly, it appears Counselor is owed a balance of $2,735,271.99 for
fees and expenes incurred during the covered period. It appears Counselor respectfully
submits that its' requested fees and expenses are reasonable and should be approved on an
interim basis. Accordingly, pursuant to the Application, it appears Counselor is seeking
authority for the Debtors' estate to remit payment/pay Counselor the unpaid balance at
$2,735,271.98 for fees and expenses incurred during the Covered Period.

**B.**   **Proper Notice.**

   Pursuant to Federal Rules at Bankruptcy Procedure 2002(a)(6) and any/all applicable
Local Bankruptcy Rules, it appears Counselor served notice of this Application and the
amount of fees and expenses sought herein upon the Debtor, the Office of The United States
Trutee ("OTUST"), all creditors, and all parties who have requested special notice.

//
//
//
//

*Andre Mario Smith national banking association*

## II.

### Brief Narrative History at the Present

### Posture at the Debtors' Chapter 11 Case,

### Adversarial Proceedings, Circumstances

### That Led to Paramount Claim Holders Claim, and

### Significant Events Which Occurred During the

### Covered Period.

### A.    Background

It appears on or about October 26, 2021 ("Action Date"), the Debtor allegedly commenced its bankruptcy action by allegedly filing a voluntary petition under Chapter 11 of the Bankruptcy Code. It appears the Debtor is allegedly operating its estate and managing its financial affairs as a Debtor in Possession pursuant to Section 1107 and 1108 of the Bankruptcy Code.

On the Action Date, it appears the Debtor's primary asset was ancient burial land mistaken, perhaps, by Debtor for a piece of residential real property that it allegedly "developed" located at 944 Airole Way, Los Angeles, California 90077 (the "Lands"). Fortunately, it appears before the mistaken Lands could be completed and sold the likes and/or otherwise, the Debtor's alleged primary secured lender, Hankey Capital, LLC ("Hankey"), as well as a number of other alleged junior secured lenders and alleged mechanic's lien holders ("Mechanic's Lien Holders"), allegedly initiated a multitude of state court actions against Debtor allegedly seeking, among other things, to recover amounts allegedly owed and to allegedly foreclose on the Lands. In connection with its action, it appears Hankey allegedly sought and obtained the appointment of a receiver ("Receiver") for the Lands.

It appears, in an effort to protect its, hereby declared, illusory equity in the Lands, to address the litany of illusory litigation and claims against it, and to allegedly regain illusory possession and control over the Lands and enjoy the benefits accorded by the automatic stay to allegedly not only stop the foreclosure, protect its illusory equity, but allow more time and

1  means for Debtor to sell the Lands, and provide time and means for Paramount Claim

2  Holder to, among other things, record a financing statement, deposit $999,999,999.99 Bonds

3  with the court clerk and transfer the Lands allodial title(s) and deeds to Paramount Claim

4  Holder with prejudice and without recourse.

5      **1.**     **Illusory Claims Allegedly Secured by the Lands**

6          i.    Inferno Investments Inc.

7      Pursuant to an alleged and otherwise illusory Proof of Claim ("Inferno IPOC") filed by

8  Inferno Investments, Inc. ("Inferno"), it appears Inferno asserts a claim in the amount of

9  $20,902,106.12, which Inferno allegedly asserts is secured by an illusory Deed of Trust that

10  was allegedly recorded on March 13, 2013 (*See* Claim Number 11).

11      On January 01, 2016, it appears the Debtor and Inferno allegedly entered into an

12  agreement ("Subordination Agreement") wherein the parties allegedly agreed that proceeds

13  from the sale of the Lands would be distributed as described therein.

14          ii.    The Mechanic's Lien Holders

15      Allegedly after the initial financing from Inferno, it appears the Debtor allegedly

16  commenced "construction" of the Lands. The following parties allegedly provided goods

17  and services to allegedly improve the Lands: J&E Texture, Inc., American Truck & Tool

18  Rentals Inc., Kennco Plumbing Inc., JMS Air Conditioning, Parquet by Dian, Powertek

19  Electrical Inc., and BMC West LLC (collectively referred to herein as the "Mechanic's Lien

20  Holders").

21          iii.    Hankey Capital, LLC

22      Pursuant to claim number 20 allegedly filed by Hankey, and the Hankey IPOC, it appears

23  Hankey allegedly asserts a claim in the amount $122,638,623.41, which Hankey allegedly

24  asserts is secured by two separate illusory Deeds of Trust dated November 6, 2018

25  ("Principal Hankey IDOT") and December 10, 2019, respectively. (*See* Claim number 20).

26  The illusory Principal Hankey Deed of Trust allegedly stem from a loan Hankey allegedly

27  provided to Debtor in the alleged initial amount of $82,500,000.00 allegedly on or about

28  October 31, 2018 ("Principal Hankey Loan"). (*See* Claim number 20, Exhibit A.) It appears

*Andre Mario Smith et al on al banking association* (handwritten margin note)

1  the alleged Principal Hankey Loan is allegedly evidenced by an illusory promissory note.

2          iv.    Yogi Securities Holdings, LLC

3      Pursuant to an illusory Proof of Claim ("Yogi IPOC") filed by Yogi Securities Holdings

4  LLC ("Yogi"), it appears Yogi allegedly asserts a claim in the alleged amount of

5  $24,385,366.77 which Yogi allegedly asserts is secured by an Illusory Deed of Trust

6  allegedly dated on or about August 30, 2019. (*See* Claim number 27)

7          v.    Hilldun Corporation

8      Pursuant to an illusory Proof of Claim ("Hilldun IPOC") filed by Hilldun Corporation

9  ("Hilldun"), it appears Hilldun allegedly asserts a claim in the alleged amount of

10  $5,000,000.00, which Hilldun allegedly asserts is secured by an illusory Deed of Trust

11  allegedly dated September 04, 2020 ("Hilldun IDOT"). (*See* Claim number 09)

12      **2.    Debtor's Alleged Efforts to Sell the Mistaken Lands**

13      i.    Alleged Turnover of Lands from Receiver and Alleged Negotiations

14      ii.    Regarding Alleged Access to Lands

15      When Counselor became Counsel as Paramount Claim Holders general bankruptcy

16  counsel, it appears the Lands were allegedly under the control of a Receiver. It appears

17  Counselor was unaware that Levene, Neale, Bender, Yoo & Golubchik ("LNBYG"), with

18  the alleged assistance of Debtor's unidentified managers, unidentified Sierra Constellation

19  Partners, LLC ("SCP") had allegedly negotiated an illusory interim stipulation with Hankey

20  and the unidentified Receiver allegedly regarding access to the Lands ("Receiver

21  Stipulation") to allegedly facilitate efforts to employ alleged professionals to allegedly assist

22  the Debtor in marketing and selling the Lands, thereafter, the allege unidentified Receiver

23  allegedly voluntarily turned over the Lands and all other property of the estate on December

24  01, 2021.

25      ii.    The Alleged Employment of the Real Estate Brokers and Auctioneer

26      After allegedly resolving the alleged turnover issues, it appears the Debtor allegedly

27  sought to employ certain alleged professionals to assist the Debtor in marketing and selling

28  the mistaken Lands. Allegedly pursuant to this strategy, it appears the Debtor allegedly

1  entered into illusory employment agreeents with The Beverly Hills Estates and Compass

2  (jointly "Brokers") allegedly on or about December 03, 2021, and conceirge Auctions. LLC

3  ("Auctioneer") allegedly on or about December 13, 2021. It appears the alleged specific

4  duties of the Brokers and Auctioneer allegedly included: (1) marketing and showing the

5  Lands to illusory prospective buyers; (2) assisting the Debtor in obtaining and providing due

6  diligence materials to prospective buyers; (3) notifying prospective buyers of the illusory

7  intended online auction ("Illusory Auction") of the Lands and the illusory bid procedures

8  unlawfully approved by the court after receipt of timey lawful Creditor Objections to

9  Discharge ("Unlawful BK Bid Procedures") governing the illusory Auction; (4) receiving

10 illusory bids from illusory prospective buyers; (5) conducting the illusory Auction of the

11 Lands pursuant to Unlawful BK Bid Procedures unlawfully approved by the court with the

12 ultimate unlawful illusory sale subject to dishonorable Court approval; (6) consulting with

13 the Debtor and its alleged professional advisors regarding the alleged foregoing; and (7)

14 performing any other illusory services which may be allegedly appropriate in alleged

15 connection with the Brokers and Auctioneers illusory retention by the Debtor. Thereafter, it

16 appears the Debtor allegedly filed an application to approve the illusory employment of the

17 Brokers and Auctioneer, which was allegedly approved by the Court on January 10, 2022.

18 (*See* Dokets 74 and 104)

19        iii.    Sale of the Property

20    It appears the brokers and Auctioneer were not successful in illusorily selling the Lands.

21 On March 28, 2022, more than thirty (30) days after tendering Paramount Claim Holders

22 unrebutted Lawful Creditors Objection ("PCH Unrebutted Lawful Creditors Objection") on

23 February 16, 2022, (*See* Docket number 128) it appears the Court entered an, hereby

24 declared, illusory Order ("Illusory Sale Order"), over PCH Unrebutted Lawful Creditors

25 Objection and numerous other alleged and illusory secured creditors, illusorily granting

26 Debtors March 08, 2022 motion seeking authority to illusorily sell the mistaken Lands

27 ("Illusory Sale Motion"). [*See* Dockets 128, 142, 191, 192, 193, 196, 198, 201, 202, 208,

28 and 247]. Pursuant to the illusory Sale Order, the Debtor allegedly realized $126 Million.

1   plus an alleged rebate of $11.970 million from the Auctioneer, for a total of $137.97 million

2   in, hereby declared, fraudulent consideration ("Fraudulent Sale Proceeds").

3       After the Court unlawfully granted the Illusory Sale Motion it appears Inferno and Nile

4   Niami allegedly appealed the Illusory Sale Order ("Appeals"). [*See* Dockets 249, 279]. In

5   response, it appears the Debtor allegedly filed its own appeal allegedly to preserve certain

6   illusory issues on appeal ("Cross-Appeal"). [*See* Docket 272]. It appears after the unlawful

7   entry of the Illusory Sale Order, Debtor has allegedly been engaged in extensive litigation

8   involving the distribution of the Fraudulent Sale Proceeds to its alleged illusory secured

9   creditors.

10      Additionally, Paramount Claim Holder, by and through Counselor, has taken all

11  necessary steps to preserve the likes and or otherwise its timely lawful creditor objection

12  and paramount claim including, but not limited to: (1) duly removing the U.S. Department

13  of Justice Trustee and its Offices ("Removed UST") as Trustee and appointing Judicial

14  Officer Deborah J. Saltzman as Trustee; (2) corrected by errata the Bond number appearing

15  on the original Bonds filed February 16, 2022; (3) placed several domestic and international

16  liens on each and every dishonorable/moral turpitude/ad hominem actor/party; (4) recorded

17  Paramount Claim Holders Deed conveyancing the Lands to Paramount Claim Holders estate

18  with Los Angeles County **Registrar-Recorder/County Clerk;** (5) recorded *the-one bel air*

19  Trust Certification with the above-captioned tribunal clerk office; (6) recorded Paramount

20  Claim Holders Deed conveyancing the Lands to *the-one bel air trust;* (7) Bonded the

21  adversarial action, (8) moved the above-captioned tribunal numerous times for various

22  reasons including but not limited to ordering, demanding, and commanding Full Settlement

23  and Closure.

24  **B.    The Appeals**

25      It appears the appeal allegedly filed by Inferno was allegedly voluntarily dismissed by

26  Inferno after Inferno allegedly filed that certain "*Stipulation to Dismiss Appeal Filed by*

27  *Inferno Investment, Inc., Pursuant to Federal Rule of Bankruptcy Procedure 8023*"

28  ("Inferno Stipulation"). Shortly thereafter, it appears the Debtor allegedly voluntarily

Andre Mario Smith national banking association

1  dismissed the Cross-Appeal after it allegedly filed that certain *"Stipulation to Dismiss*
2  *Appeal Filed by Crestlloyd, LLC Pursuant to Federal Rule of Bankruptcy Procedure 8023*
3  ("Crestlloyd Stipulation").

4  **C.    The Adversarial Proceedings**

5  It appears on or about June 09, 2022, Inferno allegedly initiated an adversarial
6  proceeding titled *Inferno v. Crestlloyd LLC, et al.*, 2;22-ap-01125-ds ("Adversarial Action")
7  when Inferno allegedly filed that certain *"Complaint of Inferno Investments, Inc. for: (1)*
8  *Declaratory Relief; (2) Unfair Business Practices; (3) Disallowance of Claims; (4)*
9  *Recission"* ("Adversarial Complaint"). [*See* Adversarial Docket 1].

10     **1.    Background – Alleged Motion to Pay Hankey Capital**

11  On May 24, 2022, it appears the Debtor, allegedly with the assistance of LNBYG,
12  allegedly filed that certain *"Motion for Authority to Disburse Funds to Hankey Capital,*
13  *LLC., an alleged illusory Senior Secured Creditor"* ("Hankey Remittance Motion") [*See*
14  Docket 325], whereby it appears the Debtor allegedly sought the Courts illusory authority to
15  disbure $103,837,545.86 to Hankey, an amount that allegedly represented the alleged
16  principal, interest, and foreclosure fees allegedly owed to Hankey in consideration for the
17  alleged Principal Hankey Loan. The Debtor allegedly argued that the Hankey Remittance
18  Motion was justified allegedly based on the fact that (1) as a result of the illusory
19  Subordination Agreement, the alleged illusory Principal Hankey Loan is allegedly senior to
20  the claims asserted by Inferno, Yogi, and Hilldun; and (2) making such a distribution was in
21  the best interest of the estate because if the Debtor did not satisfy the Principal Hankey
22  Loan, then the illusory Principal Hankey Loan would continue to accrue interest as an
23  alleged rate of about $36,666.00 per day.

24  In response, it appears Inferno allegedly filed an opposition to the Hankey Remittance
25  Motion ("Inferno Opposition to the Motion to Pay Hankey") [*See* Docket 337] through
26  which Inferno allegedly argued that it would be improper for the Court to grant the Hankey
27  Remittance Motion due to alleged issues concerning the enforceability of the Subordination
28  Agreement. ("Opposition to Hankey Remittance Motion"). Furthermore, it appears Yogi

1 allegedly filed its own limited opposition to the Hankey Remittance Motion ("Yogi

2 Opposition to Hankey Remittance Motion") [*See* Docket 338] through which it appears

3 Yogi allegedly argued that the Court should not grant the Hankey Remittance Motion to the

4 extent that the Debtor allegedly sought authorization to pay Hankey anything over

5 $82,500,000.00 milllion, the alleged principal on the Principal Hankey Loan, because there

6 allegedly existed a good faith dispute regarding the priority of the interest on the Principal

7 Hankey Loan.

8     Additionally, it appears the Debtor allegedly filed its own reply to both the Inferno

9 Opposition to Hankey Remittance Motion and the Yogi Opposition to Hankey Remittance

10 Motion. [*See* Docket 340].

11     Allegedly after a hearing on the Hankey Remittance Motion was held on May 26, 2022

12 ("Hearing for Hankey Remittance Motion"), it appears the Court allegedly entered an order

13 (1) authorizing the Debtor to pay Hankey the sum $82,500,000.00 on account of Hankey's

14 asserted illusorily secured claim(s) in the Debtor's Chapter 11 bankruptcy case; (2) ordering

15 that such payment would be without prejudice to any and all parties' rights to assert claims

16 and defenses as may be appropriate, including but not limited to the right to drawback any

17 portion of the monies paid; and (3) continuing the hearing on the Hankey Remittance

18 Motion to June 23, 2022, allegedly in order for the Court to consider payment of any

19 amounts in excess of the $82,500,000.00 [*See* Docket 348]. In response, it appears on June

20 2, 2022, the Debtor allegedly filed its Supplemental Brief in Support of the Hankey

21 Remittance Motion [*See* Docket 355] allegedly further arguing that it should be authorized

22 to disburse funds to Hankey in the total amount of $103,837,545.86. It appears, thereafter,

23 on June 9, 2022, both Yogi and Inferno filed their own supplemental briefs in opposition to

24 the Hankey Remittance Motion ("Supplemental Briefs IOT HRM") [*See* Dockets 359, 361].

25 Moreover, in addition to filing its own supplemental brief in opposition to the Hankey

26 Remittance Motion [*See* Docket 361], Inferno allegedly initiated the Adversarial Proceeding

27 by filing the Adversarial Action on June 8, 2022 [*See* Adversarial Docket 1]. It appears,

28 adversely, allegely in its Reply to the Supplemental Briefs IOT HRM [*See* Docket 365], the

1    Debtor submitted that it could not make the distribution contemplated by the Hankey
2    Remittance Motion by the Hankey Remittance Motion.

3    As of today, it appears the alleged material issues concerning the characterization and
4    priority of the secured claims are allegedly being resolved through the adversarial
5    proceedings.

6    **2.    The Adversarial Complaint**

7    Through the Adversarial Complaint, it appears Inferno allegedly argues that the Inferno
8    IPOC allegedly maintains priority over all other secured claims, except Paramount Claim
9    Holder, based on the following set of facts: (1) Inferno allegedly loaned money to the
10   Debtor in order for the Debtor to acquire the Lands; (2) after lending the Debtor money,
11   Inferno and the Debtor allegedly entered into an illusory Memorandum of Agreement
12   ("MOA") whereby the parties agreed that the fraudulent proceeds from the illusory sale of
13   the Lands would be used to repay loans obtained from a bank or third parties, before the
14   Debtor and Inferno receive any proceeds, and that Inferno's written approval was required
15   before its illusory interest in the Lands could be illusorily subordinated to that of other
16   secured lenders, particularly Paramount Claim Holder; but (3) the MOA is allegedly of no
17   force and effect because the Debtor allegedly made some mistakes that do not amount to
18   fraud nor misappropriation of tens of millions of dollars; Nevertheless, (4) Inferno's illusory
19   secured claims allegedly maintain illusory priority over the Debtor's other secured creditors
20   except Paramount Claim Holder. (*See* Adversarial Complaint). On or about August 10,
21   2022, it appears the Debtor allegedly filed its answer to the Adversarial Complaint,
22   allegedly, denying the material allegations presented in the Adversarial Complaint and
23   asserting valid and proper affirmative defenses. [*See* Adversarial Docket 26].

24   **3.    Debtor's Cross-Claim**

25   It appears in addition to allegedly assisting the Debtor in connection with its answer to
26   the Adversarial Complaint, in response to the Adversarial Complaint, the Debtor, allegedly
27   with the assistance of LNBYG, allegedly continued to investigate the nature, extent, and
28   validity of each of the secured claims and the alleged liens securing them. Allegedly through

1   "diligent" analysis and investigation. LNBYG errored in determining that misconduct on the

2   part of the Debtor's principals and entities controlled by the Debtor's principals, Inferno,

3   Yogi, Hilldun, and certain principals of the Debtor's secured creditors ("Cross-Complaint

4   Defendants"), allegedly caused injury to the Debtor. It appears the Debtor allegedly filed its

5   own cross-complaint in the Adversarial Proceeding ("Adversarial Cross Complaint") [*See*

6   Docket 27] allegedly seeking redress for such injuries caused by the Cross-Complaint

7   Defendants pursuant to alleged claims (1) to allegedly recharacterize debt as equity, (2) for

8   illusory equitable subordination, (3) for illusory declaratory relief, (4) for breach of

9   fiduciary duties, and (5) to disallow certain claims.

10       **4.**    **Yogi's Counterclaim**

11     Allegedly in response to the Adversarial Cross-Complaint it appears Yogi allegedly

12   filed its own first amended counterclaim ("Yogi Counterclaim") [*See* Adversarial Docket

13   55], for which the Debtor allegedly filed its own Answer to on or about October 12, 2022

14   [*See* Adversarial Docket 68].

15       **5.**    **Settlement of Claims Against Englanoff Defendants**

16     Allegedly, it appears among the claims asserted by the Debtor in the Adversarial

17   Proceedings were claims for avoidance of fraudulent conveyances in favor of Justine

18   Englanoff, Nicole Englanoff, and Jacqueline Englanoff ("Englanoff Defendants"). It appear

19   allegedly after extensive settlement agreement, the Debtor allegedly filed a motion to

20   approve the settlement. It appears the Motion was approved pursuant to an order entered on

21   October 23, 2023 [*See* Docket 533]. It appears the settlement amount has allegedly been

22   paid to the estate and allegedly being maintained pending further order of this Court.

23       **6.**    **Mediation**

24     Allegedly Notwithstanding continued litigation, it appears the parties to the Adversarial

25   Proceeding agreed to attempt to resolve their claims through mediation. It appears numerous

26   sessions of mediation were allegedly held before the Judicial Officer Sheri Bluebond

27   ("Bluebond"). It appears such sessions were allegedly attended by Hankey and Inferno,

28   since those are the alleged primary parties to the dispute and, absent a resolution among

*(handwritten marginal note, left margin:)* Andre Mario Smith national banking association.

1    such parties, it would not be productive to include others. It appears, allegedly

2    notwithstanding Bluebond's continued efforts, an agreement was allegedly not reached and

3    the mediation was allegedly concluded.

4        It appears litigation allegedly commenced once again thereafter. It appears the parties

5    allegedly held their early meetings of counsel and prepared initial disclosures. It appears

6    certain written discovery allegedly has been propounded and responded to. Additionally, it

7    appears the parties have allegedly entered into a stipulation to allow Inferno to amend its

8    complaint against Hankey, which stipulation was approved pursuant to order of this Court

9    entered on October 28, 2024. [*See* Docket 286].

10       It appears a status conference in the adversary proceeding is currently scheduled for

11   January 25, 2025.

12   **D.    Other Significant Events During the Bankruptcy**

13       **1.    Motion to Pay Certain Secured Creditors**

14       It appears on or about May 26, 2022, LNBYG allegedly assisted the Debtor in filing that

15   certain "*Motion for Authority to Pay Certain Senior Creditors*" ("Motion to Remit Payments

16   to Mechanic's Lien Holders") [*See* Docket 319]. It appears allegedly through a Motion to

17   Remit Payments to Mechanic's Lien Holders, the Debtor allegedly requested that the Court

18   authorize the Debtor to pay amounts owed to the Mechanic's Lien Holders in the following

19   alleged amounts: (a) J&E Texture, Inc. →$292,300.86; (b) American Truck & Tool Rentals

20   Inc. → $160,000.00 (Reduced pursuant to Stipulation [*See* Dockets Number 304, and 305]);

21   (c) Kenneo Plumbing Inc. → $85,560.17; (d) JMS Air Conditioning → $51,290.00; (e)

22   Parquet by Dian → $40,846.00; (f) Powertek Electrical Inc. → $40,480.00; (g) BMC West

23   LLC → $2,399.00.

24       It appears allegedly after holding a hearing on the Motion to Remit Payments to

25   Mechanic's Lien Holders, the Court entered an order granting the Motion to Remit

26   Payments to Mechanic's Lien Holders. [*See* Docket 354].

27       **2.    Vesta Administrative Expense Claim, Related Litigation, and Compromise**

28       It appears on or about June 3, 2022, Showroom Interiors, LLC dba Vesta ("Vesta")

1  allegedly filed that certain *Request for Payment of Chapter 11 Administrative Expenses of*

2  *Showroom Interiors, LLC* ("Vesta Administrative Expense Request") [*See* Docket 357]

3  whereby Vesta allegedly requested the allowance and payment of an administrative of an

4  administrative claim in the amount $320,283.04 as a result of damages allegedly caused by

5  the Debtor for furniture allegedly leased by the Debtor from Vesta. Allegedly in response, it

6  appears the Debtor filed a limited objections to the Vesta Admin Expense Request

7  ("Objection to Vesta Admin Expense Request") [*See* Docket 367], whereby the Debtor

8  allegedly disputed the extent and validity of the Admin Expense Request. One week later,

9  Vesta filed a reply to the Objection to Vesta Admin Expense Request. [*See* Docket 383]

10  It appears on July 21, 2022, allegedly the Court held a hearing to consider the Vesta

11  Admin Expense Request ("Vesta Admin Expense Request Hearing"), which allegedly

12  resulted in the Court entering an Order ("Continuation Order") continuing the Vesta Admin

13  Expense Request to September 08, 2022, allegedly in order for Vesta and the Debtor (1) to

14  attempt to settle the Vesta Admin Expense Request ; or (2) if setlement was not possible,

15  give the parties additional time to draft supplemental briefs in support of, or opposition to,

16  the Vesta Admin Expense Request. [*See* Docket 391]

17  It appears after the Court allegedly entered the Continuation Order, the Debtor and Vesta

18  entered into settlement negotiations, the terms of which are memorialized in that certain

19  *"Stipulation Resolving Request for Payment of Chapter 11 Administrative Expenses of*

20  *Showroom Interiors, LLC dba Vesta"* ("Vesta Stipulation"). [*See* Docket 413].

21  Paramount Claim Holder received no notices regarding any of this.

22  **3.   Monthly Operating Reports**

23  Allegedly throughout the Covered Period, it appears LNBYG assited the Debtor in

24  preparing its Monthly Operating Reports ("MORs"). Counselor creates and maintains

25  internal monthly operating reports for Paramount Claim Holder during the Covered Period.

26  **4.   SCP's Monthly Fee Statements**

27  It appears throughout the Covered Period, LNBYG allegedly assisted SCP in drafting its

28  monthly fee statements (jointly/severally "Monthly Fee Statements", individually "Monthly

1  Fee Statement") for each month of employment.

2      **5.      Additional Motions and Pleadings Filed by Edward Roark Schwagerl**

3      It appears Edward Roark Schwagerl ("Roark"), who is not a creditor, secured, illusorily

4  nor otherwise, in this action and not a party to any proceedings, has filed several very

5  insightful and informative motions and pleadings asserting an alleged and otherwise

6  illusory, at best, interest in the Lands and allegedly seeking relief related thereto. It appears

7  LNBYG allegedly opposed the motions, where appropriate. It appears in other instances, the

8  Court allegedly issued its own orders denying the relief requested by Roark. Counselor

9  exhausted hundreds of hours researching, developing, objecting and rebutting, where

10 applicable, Roark numerous pleadings.

11     **E.      Fees and Expenses Previously Requested**

12     It appears on or about May 05, 2022, LNBYG allegedly filed that certain "*First Interim*

13 *Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P., For Approval of Fees and*

14 *Reimbursement of Expenses*" ("First Interim Fee Application") [*See* Docket 306] allegedly

15 whereby LNBYG sought the Court's approval to collect the fees allegedly incurred by

16 LNBYG and reimbursement of expenses allegedly incurred during the pendency of the

17 Debtor's chapter 11 bankruptcy case allegedly for the period of the Petition Date of October

18 26, 2021, through and including April 15, 2022.

19     It appears thereafter, Inferno allegedly filed a limited opposition to LNBYG's First

20 Interim Fee Application ("Limited Opposition to First Interim Fee Application") [*See*

21 Docket 314], allegedly arguing that the Court shoud not approve the First Interim Fee

22 Application to the extent that LNBYG sought authorization to pay fees and costs exceeding

23 the amount for restructuring costs for professional and Removed UST fees set forth in the

24 alleged budget ("Budget") approved by Hankey as lender on the Debtor's alleged debtor in

25 possession loan ("DIP Loan") and by the Court pursuant to a final order granting the motion

26 to approve the DIP Loan. (*See* Limited Opposition to First Interim Fee Application) [*See*

27 Docket 320] allegedly arguing, briefly, that there were no Budget restrictions on the amount

28 available to pay LNBYG or Removed UST fees because the DIP Loan was paid in full. (*See*

1  December 08, 2023, on December 08, 2023, this Court entered its order approving the

2  Second Interim Fee Application and allowin fees of $300,000.00 and costs of $21,221.81.

3  [*See* Docket 457]. The allowed fees and costs were paid by the Debtors' estate.

4    It appears on November 06, 2023, LNBYG filed that certain "*Third Interim Application*

5  *of Levene, Neale, Bender, Yoo & Golubchik L.L.P for Approval of Fees and Reimbursement*

6  *of Expenses*" ("Third Interim Fee Application") [*See* Docket 547] whereby LNBYG sought

7  the Court's approval to collect the fees incurred by LNBYG and reimbursement of expenses

8  incurred during pendency of the Debtor's chapter 11 bankruptcy case for the period of

9  November 01, 2022, through and including October 31, 2023. It appears pursuant to the

10  Third Interim Fee Application, LNBYG sought fees in the amount of $114,614.50 and

11  expenses in the amount of $3,538.94 for total fees and expenses in the amount of

12  $118,153.44.

13    It appears on or about November 16, 2023, Inferno allegedly filed its reservation of

14  rights with respect to the Third Interim Fee Application. [*See* Docket 542].

15    It appears on or about December 01, 2023, this Court entered its order approving the

16  Third Interim Fee Application and allowing the requested fees and costs. [*See* Docket 545].

17  The allowed fees and costs were paid by the Debtors' estate.

18  **F.    Cash on Hand and Estimated Amount of Other Accrued and Unpaid Expenses of**

19        **Adminstration**

20    It appears LNBYG is allegedly informed and believes that as of November 14, 2024, the

21  Debtor has sufficient funds on hand, which is allegedly separate from approximately

22  $37,500,000.00 proceeds allegedly maintained in a segregated account. Counselor research

23  and development agrees. It appears LNBYG alleges it is further informed and believes that

24  (1) the other "professionals" employed by the estate were paid in full upon the illusory close

25  of escrow for the illusory sale of the Lands, (2) SCP/Lawrence R. Perkins, the Debtor's

26  alleged Non-member Manager, has allegedly generally been paid current on a monthly basis

27  pursuant to notice and payment procedures approved by the Court [*See* Dockets 70, 77], and

28  (3) the Debtor is allegedly generally current on all other post-petition obligations. As a

Andre Mario Smith national banking association

1  result it appears more than sufficient funds exist to pay the fees and costs requested/-

2  demanded in this Application.

3  G.  **Narrative Statement of Services Rendered, Time Expended, and Fees Charged**

4  **For Each Billing Category**

5  When recording its time, Counselor places all time entries for fees into one of 14

6  (fourteen) categories. These categories consist of (1) Asset Analysis and Recovery, (2)

7  Asset Disposition, (3) Business Operations, (4) Case Administration (5) Claims Ad-

8  ministration and Objections, (6) Employee benefits/Pensions, (7) Fee/Employment

9  Applications, (8) Fee/Employment Objections (9) Financing, (10) Relief from Stay, (11)

10  Creditor Meet & Confer(s), (12) Plan and Disclosure Statement(s) (20) Other Litigation (99)

11  Miscellaneous. Some time entries do not fit into any particular category, and some time

12  entries cross over into more than one category. Counselor does his best to place time entries

13  into categories which most accurately reflect the work performed. Nevertheless, there will

14  be some time entries dealin with the same subject matter have been placed into multiple

15  categories.

16  **1.  Asset Analysis and Recovery (01)**

17  During the covered period Counselor billed 1,359.9 hours and incurred $679,950.00

18  fees in this category. Fees in this category addressed researching, developing, evaluating,

19  among others, Debtors', Richard Saghians', and Paramount Claim Holders' assets to

20  overstand their efficiency, productivity, and potential risks. Counselor prepared and filed

21  several pleadings, objections, and Motions, among other things, to recover the Lands from

22  fraudulent transfers.

23  **2.  Asset Disposition (02)**

24  During the covered period Counselor billed 339.9 hours and incurred $169,950.00

25  fees in this category. Fees in this category addressed researching, developing, analyzing

26  and/or responding to, among others, Debtor, Richard Saghian, Roark, Inferno, Yogi, SPC,

27  Hankey, Hilldun, Englanoff Defendants, and Mechanics Lien Holders numerous filings

28  seeking to undermine or otherwise ignore Paramount Claim Holders paramount claim. It

appears Paramount Claim Holders orders, commands, demands and objections were illusorily ignored/denied by the Court, however, each unrebutted affidavit stands as the real valid and proper judgment, further sayeth naught.

### 3. Business Operations (03)

During the Covered Period, Counselor did not bill any time in this category. Counselor reserves and exercises all rights.

### 4. Case Administration (04)

During the covered period Counselor billed 339.9 hours and incurred $169,950.00 in fees in this category. Fees included in this category are fees incurred by Counselor researching, developing, preparing, editing, finalizing, reviewing, drafting and/or revising documents and/or pleadings related to administrating the case.

Time in this category also includes researching, developing, and removing the United States Trustee and its Offices as Trustee.

Time in this category includes fees incurred by Counselor researching, developing, attempting to correspond with, and analyzing correspondence from relevant parties related to fraudulent transfers, illusory sale of Lands, malicious prosecutions in the State of California Superior Court, among many other things.

Finally, time in this category also included researching, developing remedies as it relates to those whom ignored Paramount Claim Holders timely lawful creditors objection(s).

### 5. Claims Administration and Objections (05)

During the Covered Period Counselor billed 339.9 hours and incurred $169,950.00 in fees in this category. Fees included in this category incurred by Counselor researching, developing, preparing, finalizing, analyzing, editing and reviewing objections.

### 6. Employee Benefits/Pensions (06)

During the Covered Period, Counselor did not bill any time in this category.

### 7. Fee/Employment Applications (07)

During the Covered Period Counselor billed 169.9 hours and incurred $84,500.00 in

1  fees in this category. Included in this category are fees incurred by Counselor researching,

2  developing, preparing, editing, finalizing, reviewing, drafting and/or revising documents

3  and/or pleadings related to LNBYG several fee applications, LNBYG current fee

4  application, Roark numerous filings amounting to more than $144,000,000,000.00, the

5  MOAs, Monthly Fee Statements, the axos bank statements, and East West Bank Statements.

### 8.    Fee/Employment Objections (08)

7  During the Covered Period Counselor billed 84.9 hours and incurred $42,450.00 in

8  fees in this category. Included in this category are fees incurred by Counselor researching,

9  developing, preparing, editing, finalizing, reviewing, drafting and/or revising documents,

10 objections and/or pleadings related to LNBYG several fee applications, and Removing

11 Removed UST.

### 9.    Financing (09)

13 During the Covered Period, Counselor did not bill any time in this category.

### 10.    Relief From Stay (10)

15 During the Covered Period, Counselor did not bill any time in this category.

### 11.    Meeting of Creditors (11)

17 During the Covered Period, Counselor did not bill any time in this category.

### 12.    Plan and Disclosure Statement (12)

19 During the Covered Period, Counselor did not bill any time in this category.

### 20.    Other Litigation (20)

21 During the Covered Period Counselor billed 2,975.5 hours and incurred

22 $1,487,750.99. Before during and after the illusory sale of the Lands, the primary remaining

23 issue is preserving Paramount Claim Holders paramount claim by way of full settlement and

24 closure and liquidating the Bonds to remit payment to all alleged claimants. Counselor is not

25 an attorney; therefore, extensive research and development [a]mounting to thousands of

26 hours were expended by Counselor researching, developing, preparing, editing, finalizing,

27 reviewing, drafting and/or revising documents, objections, pleadings, motions, the likes

28 and/or otherwise for the benefit of Paramount Claim Holder. Counselor has appeared at

1   every hearing on the adversarial case, bankruptcy proceedings, and the subsequent appeals.

2   Counselor has litigated extensively on behalf of Paramount Claim Holder, appeared at

3   Los Angeles County Registrar Recorder Clerks office by appointment at least 6 times and

4   walk-in several times. Counselor has been held at the above captioned tribunal and

5   threatened with detainment/arrest on several occasions in connection with this matter,

6   Counselor has been held for a total of 128 hours at Los Angeles County Jail in connection

7   with the above-captioned case for Paramount Claim Holder, and attended numerous State of

8   California Superior Court "hearings" in connections with this matter for malicious

9   prosecutions of Paramount Claim Holder initiated by Richard Saghian and/or his authorized

10  agents related and connected to this case.

11      **14.   Miscellaneous (14)**

12      During the Covered Period, Counselor did not bill any time in this category.

13  **H.   Specific Listing of All Time Spent by the Professional on the Matter for Which**

14      **Compensation is Sought**

15      Annexed hereto as **Annexed "I"** is a detailed listing of all the time that Counselor

16  spent during the Covered Period for which Counselor seeks compensation including the date

17  Counselor rendered the service(s), a description of the service, the amount of time spent and

18  a designation of the person who rendered the service for the period of time within the

19  Covered Period. Also included in **Annexed "I"** is a breakdown of time entries into the

20  activity codes maintained by Counselor.

21  **I.   Specific Listing of Expenses by Category**

22      Attached hereto as **Annexed "II"** is a summarized listing by category and an

23  itemization of all expenses that Counselor advanced on behalf of the Debtor as, pursuant

24  any/all Bankruptcy/Equity Rules of Court, Debtor is accountable, responsible the likes

25  and/or otherwise for Paramount Claim Holders, a Creditor, fees and cost during the Covered

26  Period. These include Counselors expenses incurred, including, but not limited to,

27  photocopying, long distance phone calls, telecopying, mailing, and hiring messenger

28  services. Counselor generally handles regular and routine photocopying in-house for which

1  Counselor charges clients ($0.20) cents per page. Counselor believes that this is less than

2  Counselor actual expenses incurred with regard to the photocopying machines, supplies and

3  labor associated with providing photocopying services. Counselor maintains physical

4  receipts created from each printer used which clearly indicates the number of copies

5  included in each print job.

6      Counselor does use outside copy services for large copying projects that charge bulk

7  rates for photocopying. In these instances, Counselor charges clients the same amount that

8  Counselor pays the outside service.

9      Counselor charges clients $1.00 per page for sending telecopies and $.20 per page for

10  receiving telecopies which Counselor believes is less than Counselor's actual expenses

11  incurred with regard to telecopying. All expenses that Couselor advanced on behalf of the

12  Debtor, as, pursuant any/all Bankruptcy/Equity Rules of Court, Debtor is accountable,

13  responsible the likes and/or otherwise for Paramount Claim Holders, a Creditor, fees and

14  cost during the Covered Period, were necessarily incurred and are properly charged as

15  administrative expenses of the Debtor's Chapter 11 estate.

16      When Counselor paid services such as Lexis Nexis, Counselor records the clients

17  account number or case name for the research to be performed. Each month Counselor

18  creates an invoice which reflects both an aggregate total of charges incurred by Counselor

19  for the month, as well as a break out of the specific charges incurred on behalf of each client

20  (identified by name or case number or client account number). The amount(s) relected on

21  the monthly invoice is then entered by Counselor to the appropriate client account number

22  as identified on the invoice. There is no profit or other additional charge added to the

23  amount reflected from vendors such as Lexis Nexis.

24  **J.   Description of Professional Education**

25      Counselor is a one man operation that specializes, for over twenty one (21) years, in

26  and limits its practice to matters of self-representation including, but not limited to Creditor

27  matters, matters of insolvency, reorganization and bankruptcy law, and other litigation

28  matters, and is well qualified to self-represent Paramount Claims Holder. Counselor is not

1   admitted to practice law in the California courts nor in the United States District Court for

2   the Central District of California, however, still required to perform at the compentcy level

3   and/or higher, and therefore entitled to his fees and reimbursement of his costs.

### III.

### Law Standard

6   Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation

7   requests in the Ninth Circuit was that the Court should award lawyer's fees in accordance

8   with a "strict rule of economy test" In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th

9   Cir. 1981), cert. denied, 456 U.S. 977 (1982). This is no longer the law. The legislative

10  history to Section 330 of the Bankruptcy Code indicates that Congress was primarily

11  concerned with protecting the public interest in the smooth, efficient operation of the

12  bankruptcy system by encouraging competent bankruptcy specialists to remain in the field.

13  First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re

14  Powerline Oil Co.) 71 B.R. 767, 770, (Bankr. 9th Cir. 1986); In re Baldwin-United Corp.,

15  79 B.R. 321, 346 (Bankr. S.D. Ohio 1987). Toward this end, Congress specifically

16  disavowed notions of economy of administration, and provided that compensation in

17  bankruptcy case should be comparable to what is charged in nonbankruptcy matters. Id. at

18  346.

19  Under the lodestar approach, the Court is to determine the number of hours reasonably

20  expended in a lawyer's representation of a debtor and multiply such numbers by a

21  reasonable hourly rate for the services performed. See Delaware Valley Citizens' Council

22  for Clear Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. 770. A reasonable hourly

23  rate is presumptively the rate the marketplace pays for the services rendered. Missouri v.

24  Jenkins by Agyei, 491 U.S. 274, 109 S.Ct. 2463 (1989); Burgessv. Klenske (In re Manoa

25  Finance Co., Inc.) 853 F.2d 687, 691, (9th Cir. 1988). Recognizing that the determination of

26  an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme

27  Court stated:

28  "Market prices of commodities and most sercives are determined by supply and

demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as their experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate." Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984)  The Supreme Court has stated that a reasonable lawyer's fee "means a fee that would have been deemed reasonabe if billed to affluent plaintiffs by their own attorneys." Missouri v. Jenkins by Agyei, 109 S.Ct. at 2470 (qouting City of Riverside v Rivera, 477 U.S. 561 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the amount to which lawyers in the area with comparable skill, experience and reputation typically would be entitled as compensation. Blum v. Stenson, 465 U.S. at 895 n.11.

Counselor respectfully submits that the hourly rates for its lawyer and paraprofessionals are reasonable and appropriate in the relevant community and in view of the circumstancs of this case, the demands that the case placed on Counselor and Counselor's efforts and the results achieved by Counselor thus far. Based on all of the foregoing, Counselor submits that its requested discounted fees and expenses are reasonable and should be approved on an interim basis.

Pursuant Bankruptcy Code Definations, "Claim" is defined as (a) right to payment, whether or not reduced to judgment, liquidated, fixed, contigent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (b) right to an an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, legal equitable, secured or unsecured § 101(5).

Pursuant Bankruptcy Code Definations, "Creditor" is an entity that has a claim against the debtor that arose at the time of or before the order for relief concerning the Debtor. § 101(5).

As such, Paramount Claim Holder is a Creditor, and Debtor *must* pay Paramount Claim

1  Holders fees and cost.

2                                   IV.

3                              Conclusion

4      **Wherefore**, Counselor respectfully requests that the Court enters an order:

5      (1)    approving the Application;

6      (2)    approving, on an interim basis  Counselor fees incurred during the Covered

7  Period $1,010,270.98 for total fees and expenses in the amount of $1,010,270.98

8      (3)    authorizing the Debtor to pay Counselor the sum of $1,010,270.98, which is the

9  total of fees and expenses incurred during the Covered Period; and

10     (4)    granting such other and further relief in favor of Paramount Claim Holder as the

11  Court deems just and proper. *it is so ordered.*

12  Date: November 25, 2024

13                                              peacefully; Until then, I am very truly yours,

14

15

16                                              *Smith, Andre Mario el sui juris; esquire.*
                                                *attorney in-fact; lawful counselor for*
17                                              Creditor: Andre Mario Smith
                                                all rights reserved and exercised.
18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Andre Mario Smith national banking association.

## Declaration/Affidavit for *Smith, Andre Mario el sui juri; esquire.*

I. *Smith, Andre Mario el sui juris; esquire*, Declare/Affirm the following: It appears:

1. I am over 18 years of age. Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify. I could and would testify competently thereto.

2. I am self representing and otherwise serving as bankruptcy counsel to Andre Mario Smith, Creditor and paramount claim holder ("Creditor") in this chaper 11 bankruptcy case filed by Crestlloyd, LLC Debtor and Debtor in Possession ("Debtor").

3. I make this Declaration in support of *Smith, Andre Mario el sui juris; esquire* ("Counselor") Second Interim Application for Approval of Fees and Reimbursement of Expenses ("Application") to which this Declaration is attached. All capitalized terms herein which are not defined herein have the same meanings as in the Application.

4. In the ordinary course of Counselor's business, Counselor creates business books and records ("Records and Books") regarding, among other things, time recorded by Counselor performing particular tasks for clients and expenses incurred for particular clients, Counselor's Records and Books are made at or near the time by, or from information transmitted by, a person with knowledge, in the ordinary course of Counselor's business and as a regular practice of Couselor's business. The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on Counselors Records and Books.

5. I am primarily responsible for Creditor's representation, for which Debtor estate is accountable and/or responsible for paying, as general bankruptcy counsel during Debtor's Chapter 11 case.

6. I participated in the drafting of the Application to which this Declaration is attached. To the best of my knowledge, information and belief, all of the matters stated in the Application are validly and properly alleged or true and correct.

7. All expenses outside services such as photocopying sereices. messenger and express mail services, postage, rescarch and development services for which Counselor requests

1  reimbursement are the actual expenses incurred by Counselor for such services, and

2  Couselor does not seek any additional amounts or profits with respect thereto.

3      8.    I have reviewed the requirements of Local Bankruptcy Rule 2016-1, and I believe

4  that the Application complies with this Rule.

5      I declare and verify under penalty of perjury under the laws of The United States of

6  America that the foregoing is true and correct.

7      Executed this 25th day of November 2024, at Los Angeles, California.

8  Date: November 25, 2024

9                                    peacefully; Until then; I am very truly yours,

10

11  by:

12      Smith, Andre Mario el sui juris; esquire.
13      attorney in-fact; lawful counselor for
        Creditor: Andre Mario Smith
14      all rights reserved and exercised.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

André Mario Smith national banking association.

Annexed I

# Fee Application

Crestlloyd LLC c/o Sierra Constellation
Larry Perkins, Manager                              November 19, 2024
355 South Grand Avenue, Suite: 1450
Los Angeles, California 90071

Andre Mario Smith                    SAM
Our File Number: 220216001
Professional Services Rendered       January 01, 2022    through    October 31, 2024

Total Professional Hours             2,020.001           Fees       $1,010,270.98

Current Period Total Professional Fees and Cost        $1,010,270.98

Andre Mario Smith national banking association.

*Andre Mario Smith national banking association.*

# Detailed Activities

**Crestlloyd LLC**                    November 18, 2024          Page Number   01

**Case** Number 220216001                    **From Date January 01, 2022**
                                                 **To Date December 31, 2022**

### 01 _ Asset Analysis and Recovery

| April 01, 2022 | Researching, Developing, Analyzing Fraudulent Deed to Richard Saghian/944 Airole LLC Dated March 30, 2022 & Debtor Assets | | | |
|---|---|---|---|---|
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| April 04, 2022 | Researching, Developing, Analyzing Fraudulent Deed to Richard Saghian/944 Airole LLC Dated March 30, 2022 & Debtor Assets | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| April 05, 2022 | Researching, Developing, Analyzing Fraudulent Deed to Richard Saghian/944 Airole LLC Dated March 30, 2022 & Debtor Assets | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| April 06, 2022 | Researching, Developing, Analyzing Fraudulent Deed to Richard Saghian/944 Airole LLC  Dated March 30, 2022 & Debtor Assets | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| April 07, 2022 | Researching, Developing, Analyzing Fraudulent Deed to Richard Saghian/944 Airole LLC  Dated March 30, 2022 & Debtor Assets | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| April 08, 2022 | Researching, Developing, Analyzing to Richard Saghian, 944 Airole LLC, Debtor Assets | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| June 17, 2022 | Researching, Developing, Analyzing to Richard Saghian, 944 Airole LLC, Debtor Assets | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

**Total**   **$14,000.00**      **28.0**

### 02 _ Asset Disposition

| February 22, 2022 | Researching, Developing and/or analyzing Chapter 11 MOR Dkt 129 | | | |
|---|---|---|---|---|
| 2004001 | SAMesje | 500.00 | $1,000.00 | 2.0 |
| February 23, 2022 | Researching, Developing and/or analyzing Motion to Extend Exclusivity Period Dkt 130 | | | |
| 2004001 | SAMesje | 500.00 | $1,500.00 | 3.0 |
| February 23 2022 | Researching, Developing and/or analyzing Roark Motion Dkt 133 | | | |
| 2004001 | SAMesje | 500.00 | $1,500.00 | 3.0 |

**Crestlloyd LLC**  November 18, 2024  Page Number  02

**Case Number 220216001**  From Date January 01, 2022

To Date December 31, 2022

February 25, 2022  Researching, Developing and or analyzing Debtor Opposition to Roark Motion Dkt 134

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

February 28, 2022  Researching, Developing and/or analyzing Order Denying Protective Order and Creditor Opposition to Roark sale confirmation Dkt 135;137

| 2004001 | SAMesje | | 500.00 | $1,500.00 | 3.0 |

March 01, 2022  Researching, Developing and Preparing Second Motion For Emergency Protective

| 2004001 | SAMesje | | 500.00 | $1,000.00 | 2.0 |

March 02, 2022  Researching, Developing and Analyzing Debotr MOR and Order on Motion for Protective Order Dkt 139

| 2004001 | SAMesje | | 500.00 | $3,000.00 | 6.0 |

March 07, 2022  Researching, Developing and analyzing Stipulation by debtor and Hilldun re Motion to sell Property and Hilldun Claim Dkt 141

| 2004001 | SAMesje | | 500.00 | $1,000.00 | 2.0 |

March 08, 2022  Researching, Developing and analyzing Motion to Sell Estate Property Free and Clear of liens Dkt 142; 143; 144; 160

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

March 09, 2022  Researching, Developing and analyzing Debtors Ex Parte Application Order Approving Hilldun Stip & Notices to filer Dkt 146;147;148;149

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

March 10, 2022  Researching, Developing and analyzing Notice of Sale of Property Rsd Notice of sale property appl, order apprv shortend notice Dkt 151,152

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

March 11, 2022  Resarching and Developing and analyzing Hearing Notice, Appearance Notice Genevieve Weiner for Richard Saghian Dkt 153; 161

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

March 14, 2022  Researching, Developing and Analyzing Buyers Emergency Motion to Enforce Bid Procedures, Hearing Notice, Lodgment Dkt 162- 166

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

March 15, 2022  Researching, Developing, Analyzing Order Denying Second Seal Motion, order denying full settlement and closure, Obection to emergency motion approving bid procedures Dkt 167; 168; 169

| 2004001 | SAMesje | | 500.00 | $2,500.00 | 5.0 |

Andre Mario Smith national banking association.

# Detailed Activities

**Crestlloyd LLC**

November 18, 2024

Page Number   03

**Case Number 220216001**

From Date January 01, 2022
To Date December 31, 2022

| | | | | |
|---|---|---|---|---|
| March 16, 2022 | Researching, Developing, Analyzing Notice/order on Dkt 147 &152 Debtor MFS Dkt 181;182;200; 183;184;185; 186; 187;188;189;190 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| March 17, 2022 | Researching, Developing, Analyzing American Truck & Tool Opposition to Dkt 142, J&E Texture Inc Objection to Dkt 142; Yogi Securities Objection to Dkt 142; Buyers Statement Dkt 191;192;193;194;195 | | | |
| 2004001 | SAMesje | 500.00 | $1,500.00 | 3.0 |
| March 18, 2022 | Researching, Developing, Analyzing Transcript for 01/06/22 hearing; Transcript for 01/13/22 hearing; 197; | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| March 21, 2022 | Researching, Developing, Analyzing Debtor Stipulation with American Truck & Tool Rentals Inc, and Texture, Inc.; Richard Saghian Omnibus Reply; Richard Saghian Omnibus Reply Declaration; Richard Saghian Unpublished Opinions Reply dkt 142 Dkt 203; 204; 205; 206; 207 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| March 22, 2022 | Researching, Developing, Analyzing Debtor Reply to American Truck & Tool Rentals Inc Opposition, Texture, Inc. Objection, Yogi Securities Holdings, LLC Objection, Nile Niami Objection, Inferno Investments Opposition; Debtor Objection to Anthony Aquino; Debtor Objection to Joseph Englanoff Declaration Dkt 209; 210 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| March 23, 2022 | Yogi Securities Errata Dkt 214 | | | |
| 2004001 | SAMesje | 500.00 | $1,000.00 | 2.0 |
| March 24, 2022 | Researching, Developing, Analyzing Nile Niami Request for Judicial Notice; Yogi Securities Holdings, LLC Reply to Debtor Objection; Request for CD; Debtor Lodgment Notice of Signed Addendum to Purchase Agreement; Stip by Debtor and amended Stip with J&E Texture; Roark Letter of Wishes Dkt 217; 220; 221 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

Andre Mario Smith national banking association.

## Detailed Activities

**Crestlloyd LLC**                     November 18, 2024          **Page Number   04**

**Case Number 220216001**                                        **From Date January 01, 2022**
                                                                 **To Date December 31, 2022**

March 25, 2022          Researching, Developing, Analyzing U.S. Trustee CD Request; Order
                        Approving Debtor Motion Dkt 144; Debtor Exhibit 1 to Dkt 142 Order;
                        Debtor Notice of Lodgment of Order; Nile Niami Transcript Orders;
                        Reark Notice of Mailed Letter Dkt 223; 224; 225; 226; 227; 228; 229
                        230; 231; 232; 233;243

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

March 28, 2022          Researching, Developing, Analyzing Debtor Lodgement Notice related
                        To Dkts 226;142; Debtor Response to Rejection of Order granting
                        Debtors Motion for Order related to Dkt 142; Debtor Lodgement Notice;
                        Order on Motion to sell Dkt 244; 245;

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

March 29, 2022          Researching, Developing, Analyzing Order Granting Debtors Motion;
                        Nile Niami Notice of Appeal; 03/21/22 Hearing Transcript; 03/11/22
                        Hearing Transcript; 12/10/21 Hearing Transcript; 12/02/21 Hearing
                        Transcript Dkt 247; 249; 251; 253; 255; 257

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

March 30, 2022          Researching, Developing, Analyzing Nile Niami Appeal Referral Notice
                        Appearance Notice Kyra Andrassy, Inferno Investment Inc. Dkt 259; 260

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

March 31, 2022          Researching, Developing, Analyzing Debtor Motion to Set Last day to
                        File Proof of Claims; 03/18/22 Hearing Transcript; Order on Motion
                        To Sell Dkt 261;263; 264

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

April 01, 2022          Researching, Developing, Analyzing Fraudulent Deed to Richard
                        Saghian/944 Airole LLC Dated March 30, 2022

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|---|

April 04, 2022          Researching, Developing, Analyzing Fraudulent Deed to Richard
                        Saghian/944 Airole LLC Dated March 30, 2022

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|---|

April 05, 2022          Researching, Developing, Analyzing Fraudulent Deed to Richard
                        Saghian/944 Airole LLC Dated March 30, 2022

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|---|

April 06, 2022          Researching, Developing, Analyzing Fraudulent Deed to Richard
                        Saghian/944 Airole LLC Dated March 30, 2022 Remedy and Recourse

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

Andre Mario Smith national banking association

## Detailed Activities

**Crestlloyd LLC**  November 18, 2024  Page Number  05

**Case** Number 220216001  From Date January 01, 2022
To Date December 31, 2022

April 07, 2022  Researching, Developing, Analyzing Fraudulent Deed to Richard
Saghian Dated March 30, 2022 Remedy and Recourse

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

Total  $81,500.00  163.0

### 04  Case Administration

April 08, 2022  Researching, Developing, Analyzing Order Granting motion to extend
Exclusivity Period 270

| 2004001 | SAMesje | 500.00 | $1,000.00 | 2.0 |

April 11, 2022  Researching, Developing, Analyzing Order on Motion to Extend
Exclusivity Period Dkt 271

| 2004001 | SAMesje | 500.00 | $1,000.00 | 2.0 |

April 20, 2022  Researching, Developing, Analyzing Debtor Declaration that no party
Requested a hearing; Debtors optional Appellate Statement Dkt 284;285

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

April 21, 2022  Researching, Developing, Analyzing Debtor Sale Closing Statement
Dkt 286

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

May 03, 2022  Researching, Developing, Analyzing Notice of Appearnce Karol K.
Denniston, Christopher J. Giaimo filed by Pacific Union International dba
Compass; other case administration

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

May 05, 2022  Researching, Developing, Analyzing Debtor Chapter 11 MOR Dkt 302

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

May 06, 2022  Researching, Developing, Analyzing Debtor Chapter 11 MOR Stipulation
with American Truck and Tool Rentals Inc.; Order Approving Stip with
Debtor and American Truck DKt 303; 304; 305

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

May 16, 2022  Researching, Developing, Analyzing Debtor MFS Dkt 315

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

## Detailed Activities

**Crestlloyd LLC**                    **November 18, 2024**          **Page Number  06**

**Case Number 220216001**                                  **From Date January 01, 2022**

                                                          **To Date December 31, 2022**

| | | | | |
|---|---|---|---|---|
| May 24, 2022 | Researching, Developing, Analyzing Notice of Appearnce John Moe II For Yogi Securiites Holdings LLC; Debtor Chapter 11 MOR; Inferno Investmnents Notice of Transcript; Lawrence R. Perkins Declaration in Support of LNBYG First Interim Fee Reimbursemnt application Dkt 322; 323; 324 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| May 25, 2022 | Researching, Developing, Analyzing Motion for Authority to Disburse funds to Hankey Capitol LLC Dkt 325 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| May 26, 2022 | Researching, Developing, Analyzing Debtor Application shortneing time, Debtor Amended Application Shortening Time, Order Granting Motion Shortening time Dkt 326; 327; 329 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| June 27, 2022 | Researching, Developing, Analyzing Debtor Motion to extend Exclusivity period; FRCP/FRBP; Debtor MOR Dkt 371;374 | | | |
| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **8.0** |
| June 28, 2022 | Researching, Developing, Analyzing Theodore Lanes Stay Stip; Theodore Lanes Lodgemnt Notice; Dkt 375; 376; 324 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 01, 2022 | Researching, Developing, Analyzing Order for Automatic Stay; USDC Dismissal of Inferno Appeal Dkt 377; 378 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 05, 2022 | Researching, Developing, Analyzing Stip and Order; Yogi Substitution Yogi Stip FRCP/FRBP Case Administration Dkt 379; | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 11, 2022 | Researching, Developing, Analyzing : Yogi Substitution Yogi Stip FRCP/FRBP Case Administration Dkt 380; 381 | | | |
| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **8.0** |
| July 20, 2022 | Researching, Developing, Analyzing Debtor Chapter 11 MOR Dkt 387 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |

Andre Mario Smith national bankng usbo citizen.

## Detailed Activities

**Crestlloyd LLC**          **November 18, 2024**          **Page Number   07**

**Case Number 220216001**                    **From Date January 01, 2022**

**To Date December 31, 2022**

| | | | | |
|---|---|---|---|---|
| July 21, 2022 | Researching, Developing, Analyzing Order Granting Second motion to extend exclusivity agreement; USDC Debtor Appeal Dismissal FRCP/FRBP Case Administration Dkt 388; 390 | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| | | **Total** | **$58,000.00** | **116.0** |

### 05 _ Claims Administration and Objections

| | | | | |
|---|---|---|---|---|
| January 03, 2022 | Researching and Developing Creditors Objections | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| January 04, 2022 | Researching and Developing Creditors Objections | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| January 05, 2022 | Researching and Developing Creditors Objections | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| January 06, 2022 | Researching and Developing Creditors Objections | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| January 07, 2022 | Researching and Developing Creditors Objections | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| January 10, 2022 | Researching and Developing Creditors Objections | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| January 11, 2022 | Resarching and Developing Creditors Objections | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| January 12, 2022 | Researching and Developing Creditors Objections | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| January 13, 2022 | Resarching and Developing Creditors Objections | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

## Detailed Activities

**Crestlloyd LLC**              November 18, 2024      Page Number   08

**Case** Number 220216001                    From Date January 01, 2022
                                             To Date December 31, 2022

January 14, 2022       Researching and Developing Creditors Objections

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

January 17, 2022       Researching and Developing Creditors Objections

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

January 18, 2022       Researching and Developing Creditors Objections

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

January 19, 2022       Researching and Developing Creditors Objections

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

January 20, 2022       Researching and Developing Creditors Objections

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

January 21, 2022       Researching and Developing Creditors Objections

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

January 24, 2022       Researching and Developing Creditors Objections

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

January 25, 2022       Researching and Developing Creditors Objections

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

January 26, 2022       Researching and Developing Creditors Objections

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

January 27, 2022       Researching and Developing Creditors Objections

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

January 28, 2022       Researching and Developing Creditors Objections

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

January 31, 2022       Researching, Developing and Preparing Creditors Objections

Andre Maria Smith national banking association.

## Detailed Activities

**Crestlloyd LLC**                    November 18, 2024        Page Number   09

**Case** Number 220216001

From Date January 01, 2022

To Date December 31, 2022

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 01, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 02, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 03, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 04, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 07, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 08, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 09, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 10, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 11, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | 2,000.00 | 4.0 |
|---|---|---|---|---|

February 14, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 15, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

## Detailed Activities

**Crestlloyd LLC**                    November 18, 2024        Page Number   10

**Case** Number 220216001                        From Date January 01, 2022
                                                  To Date December 31, 2022

February 16. 2022        Researching, Developing and Filing Creditors Objections

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

February 28. 2022        Researching, Developing and/or analyzing Creditor Opposition to
                         Roark sale confirmation Dkt 137

| 2004001 | SAMesje | | 500.00 | $1,500.00 | 3.0 |

March 15, 2022        Researching, Developing, Analyzing Objection to emergency motion
                      approving bid procedures Dkt 169

| 2004001 | SAMesje | | 500.00 | $1,500.00 | 3.0 |

March 17 2022        Researching, Developing, Analyzing American Truck & Tool Opposition
                     to Dkt 142, J&E Texture Inc Objection to Dkt 142; Yogi Securities
                     Objection to Dkt 142;

| 2004001 | SAMesje | | 500.00 | $2,500.00 | 5.0 |

March 18, 2022        Researching, Developing, Analyzing Nile Niami
                      Objection to Dkt 142; Inferno Invesment Opposition Dkt 142; Italian
                      Luxury Group et al Opposition Yvonne Niami Opposition Declaration Dkt
                      196; 198; 201:202

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

March 23, 2022        Researching, Developing, Analyzing Debtor Objection to Nile Niami
                      Declaration; Debtor Objection to Declaration of Javier Gonzales;
                      Objection to Yvonne Niami Declaration; Dkt 211; 212; 213; 214

| 2004001 | SAMesje | | 500.00 | $3,000.00 | 6.0 |

April 11 2022        Researching, Developing, Analyzing Cross Appeal/Statement of Election
                     By Debtor; Referral Notice of Cross Appeal; Deficiency Notice to
                     Appellant; Debtor Ameneded Cross Appeal Dkt 272; 272;273;274;275

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

April 12, 2022        Researching, Developing, Analyzing Nile Niami Designation of Contents
                      For Inclusionin Record on Appeal; Statement of Issues on Appeal; Notice
                      of Transcripts; Notice of Transcripts; Inferno Investments, Inc. Notice of
                      Appeal and Statements; Notice of Appeal Inferno Dkt 276;277;278;279

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

April 14, 2022        Researching, Developing, Analyzing Roark Notice Dkt 282

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

## Detailed Activities

**Crestlloyd LLC**      November 18, 2024     Page Number   11

**Case Number 220216001**     From Date January 01, 2022

To Date December 31, 2022

| | | | | |
|---|---|---|---|---|
| April 15, 2022 | Researching, Developing, Analyzing Notice of Referral of Appeal by Inferno Investments Inc: Opening Letter RE: Appeal from BAP; Notice filed by Roark Dkt 280; 281; 283 | | | |
| **2004001**   **SAMesje** | | 500.00 | $4,00.00 | 8.0 |
| April 22, 2022 | Researching, Developing, Analyzing Order granting and Denying in part Motion to establish bar date Dkt 288 | | | |
| **2004001**   **SAMesje** | | 500.00 | $2,000.00 | 4.0 |
| April 23, 2022 | Researching, Developing, Analyzing Proof of claim bar date filing; USDC Assignment Notice to Appeal; Debtors MFS Dkt 289;290;291 | | | |
| **2004001**   **SAMesje** | | 500.00 | $4,000.00 | 8.0 |
| April 24, 2022 | Researching, Developing, Analyzing Order on Motion to Set Last day To File Claims Proof | | | |
| **2004001**   **SAMesje** | | 500.00 | $2,000.00 | 4.0 |
| April 27, 2022 | Researching, Developing, Analyzing Debtor and Inferno Designatation of Contents For Inclusion in Record of Appeal  Dkt 293; 294 | | | |
| **2004001**   **SAMesje** | | 500.00 | $4,000.00 | 8.0 |
| April 28, 2022 | Researching, Developing, Analyzing Nile Niami Certificate of Readiness of Record on Appeal to District Court and Appeal Brieifing Schedule; Debtor Statement of Issues on Appeal and Appellee designation of Countents for Inclusion in Record Dk 295; 296; 297; 298 | | | |
| **2004001**   **SAMesje** | | 500.00 | $4,000.00 | 8.0 |
| April 29, 2022 | Researching, Developing, Analyzing Debtor Statement of Issues on Appeal Debtors Amended Statement; Misc Dkt 299; 300 | | | |
| **2004001**   **SAMesje** | | 500.00 | $4,000.00 | 8.0 |
| May 08, 2022 | Researching, Developing, Analyzing Hearing Notice on LNBYG First Interim Application for Approval of Fees and Reimbursement; Debtor Motion FOR AUTHORITY TO PAY CERTAIN CREDITORS Dkt 307; 308 | | | |
| **2004001**   **SAMesje** | | 500.00 | $4,000.00 | 8.0 |
| May 09, 2022 | Researching, Developing, Analyzing Stipulation and Order; LA County Treasurer and tax collector withdrawal of claim Dk 312; 313; FRCP/FRBP | | | |
| **2004001**   **SAMesje** | | 500.00 | $4,000.00 | 8.0 |
| May 13, 2022 | Researching, Developing, Analyzing Inferno Investment Inc. Objection to LNBYG First Interim fee & Reimbursemnt Application Dkt 299; 300 | | | |
| **2004001**   **SAMesje** | | 500.00 | $4,000.00 | 8.0 |

## Detailed Activities

**Crestlloyd LLC**  November 18, 2024  Page Number  12

**Case Number 220216001**  From Date January 01, 2022

To Date December 31, 2022

| Date | Activity | | | |
|---|---|---|---|---|
| May 17, 2022 | Researching, Developing, Analyzing Hearing Notice on LNBYG First Interim Application for Approval of Fees and Reimbursement; Debtor Motion FOR AUTHORITY TO PAY CERTAIN CREDITORS Dkt 307; 308 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| May 18, 2022 | Researching, Developing, Analyzing Debtor Amended Motion For Authority to Pay Creditors  Dkt 319 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| May 19, 2022 | Researching, Developing, Analyzing Debtor Reply to  Inferno Opposition FRCP/FRBP Dkt 320 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| May 27, 2022 | Researching, Developing, Analyzing Inferno Readiness Certificate of Record on Appeal; Pacific Union International dba Compass Address Change Notice; Inferno Completed Record Notice; Debtor Declaration Telephonic Notice of Shortend Notice Hearing; Shortend Notice Hearing Dkt 332; 333; 334 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| May 30, 2022 | Researching, Developing, Analyzing Order and Notice of Rescheduled Hearing; Service Proof; Inferno Opposition to Motion to Disburse to Hankey and exhibits; Yogi Objection to Debtor Motion to disburse to Hankey Dkt 335; 336; 337; 338; 339 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| May 31, 2022 | Researching, Developing, Analyzing Debtor Reply to Inferno Opposition and Errata; OrderShortening time Dkt 340; 341; 347 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| June 01, 2022 | Researching, Developing, Analyzing Debtor Notice of Lodgment of Order to  Disburse to Hankey; Order granting LNBYG Fee/Reimbyrement Application; Order granting authority to disburse to hankey Dkt 348; 349 350; 351; 352; 353 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

Andre Morri Smith National banking association.

## Detailed Activities

**Crestlloyd LLC**                    November 18, 2024           Page Number   13

**Case Number 220216001**                          From Date January 01, 2022
                                                   To Date December 31, 2022

| June 17, 2022 | Researching, Developing, Analyzing Inferno Readiness Certificate of Record on Appeal; Pacific Union International dba Compass Address Change Notice; Inferno Completed Record Notice; Debtor Declaration Telephonic Notice of Shortend Notice Hearing; Shortend Notice Hearing Dkt 332; 333; 334 | | | |
|---|---|---|---|---|
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| June 23, 2022 | Researching, Developing, Analyzing Case; FRCP/FRBP; Case Law | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 6.0 |
| June 24, 2022 | Researching, Developing, Analyzing Electronic Filing Notice; Debtor Objection to Showroom Interiors LLC Disbursemnt Motion; Miles Staglik Declaration; Debtor Evidentiary Objections; Motion to Extend Exclusivity Period Dkt 366; 367; 368; 369; 371 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| July 12, 2022 | Researching, Developing, Analyzing Case; FRCP/FRBP; Case Law | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| July 13, 2022 | Researching, Developing, Analyzing Case; FRCP/FRBP; Case Law | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| July 14, 2022 | Researching, Developing, Analyzing Case; FRCP/FRBP; Case Law | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| July 15, 2022 | Researching, Developing, Analyzing Case; FRCP/FRBP; Case Law | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| July 18, 2022 | Researching, Developing, Analyzing Showroom Interiors Reply and Objection to Miles Staglik; Yogi Attorney Substitution; Errata Dkt 383; 384; 385; 386 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

An De Mario Smith national banking association.

## Detailed Activities

**Crestlloyd LLC**                    November 18, 2024          Page Number   14

**Case** Number 220216001                    From Date January 01, 2022

                                              To Date December 31, 2022

June 19, 2022          Researching, Developing, Analyzing Case; FRCP/FRBP; Case Law

| 2004001 | SAMesje |  | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

                                        **Total   $190,000.00    380.0**

### 08 _ Fee/ Employment Objections

May 07, 2022          Researching. Developing. Analyzing LNBYG Notice of Hearing on First
                     Interim Application of LNBYG for approval of fees and Reimbursement
                     filed by Debtor Dkt 306

| 2004001 | SAMesje |  | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

May 08, 2022          Researching, Developing, Analyzing Hearing Notice on Dkt 299; 300

| 2004001 | SAMesje |  | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

May 23, 2022          Researching, Developing, Analyzing Proof of claim bar date filing;
                     USDC Assignment Notice to Appeal; Debtors MFS Dkt 289;290;291

| 2004001 | SAMesje |  | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

                                        **Total    $12,000.00    24.0**

### 20 _ Other Litigation

January 03, 2022          Resarching and Developing Creditors Objections

| 2004001 | SAMesje |  | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|---|

January 04, 2022          Resarching and Developing Creditors Objections

| 2004001 | SAMesje |  | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|---|

January 05, 2022          Resarching and Developing Creditors Objections

| 2004001 | SAMesje |  | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|---|

January 06, 2022          Resarching and Developing Creditors Objections

| 2004001 | SAMesje |  | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|---|

January 07, 2022          Resarching and Developing Creditors Objections

| 2004001 | SAMesje |  | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|---|

to the Maria Smith national banking association.

## Detailed Activities

**Crestlloyd LLC**             November 18, 2024        Page Number   15

**Case** Number 220216001                    From Date January 01, 2022
                                             To Date December 31, 2022

January 10, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 11, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 12, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 13, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 14, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 17, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 18, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 19, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 20, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 21, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 24, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 25, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

Andre Maro Smith natural brooking association.

# Detailed Activities

**Crestlloyd LLC**           November 18, 2024       **Page Number   16**

**Case Number 220216001**                    **From Date January 01, 2022**
                                             **To Date December 31, 2022**

January 26, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

January 27, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

January 28, 2022        Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

January 31, 2022        Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

February 01, 2022        Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

February 02, 2022        Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

February 03, 2022        Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

February 04, 2022        Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

February 07, 2022        Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

February 08, 2022        Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

February 09, 2022        Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |

February 10, 2022        Researching, Developing and Preparing Creditors Objections

# Detailed Activities

**Crestlloyd LLC**                  November 18, 2024           Page Number  17

**Case** Number 220216001                        From Date January 01, 2022
                                                  To Date December 31, 2022

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|
| February 11, 2022 | Researching, Developing and Preparing Creditors Objections | | | |

| 2004001 | SAMesje | 500.00 | 2,000.00 | 4.0 |
|---|---|---|---|---|
| February 14, 2022 | Researching, Developing and Preparing Creditors Objections | | | |

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|
| February 15, 2022 | Researching, Developing and Preparing Creditors Objections | | | |

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|
| February 16, 2022 | Researching, Developing and Filing Creditors Objections | | | |

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|
| February 17, 2022 | Researching, Developing, Preparing Emergency Protective Order/Seal | | | |

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|
| February 18, 2022 | Researching, Developing, Preparing Emergency Protective Order/Seal | | | |

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|
| February 21 2022 | Researching, Developing, Preparing Emergency Protective Order/Seal | | | |

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|
| February 22, 2022 | Researching, Developing, Preparing Emergency Protective Order/Seal | | | |

| 2004001 | SAMesje | 500.00 | $3,000.00 | 6.0 |
|---|---|---|---|---|
| February 23, 2022 | Researching, Developing, Preparing Emergency Protective Order/Seal | | | |

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|
| February 24, 2022 | Researching, Developing, filing Emergency Protective Order Dkt 132 | | | |

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|
| February 25, 2022 | Researching, Developing and Analyzing Opposition to Roark Motion Filed by Debtor Counsel Dkt 134 | | | |

| 2004001 | SAMesje | 500.00 | $2,500.00 | 5.0 |
|---|---|---|---|---|

# Detailed Activities

**Crestlloyd LLC**         November 18, 2024         **Page Number   18**

**Case** Number 220216001                   **From Date January 01, 2022**
                                            **To Date December 31, 2022**

| February 28, 2022 | Researching, Developing, Preparing, Serving Creditor Opposition, to Roark Motion for Order for Confirmation of Sale Dkt 137 | | | |
|---|---|---|---|---|
| 2004001 | SAMesje | 500.00 | $3,000.00 | 6.0 |
| March 01, 2022 | Researching, Developing, Preparing Creditor Second Motion for Seal | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| March 02, 2022 | Researching, Developing, Preparing Creditor Second Motion for Seal and Creditors Full Settlement and Closure Motion | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| March 03, 2022 | Researching, Developing, Preparing Creditor Second Motion for Seal and Creditors Full Settlment and Closure Motion | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| March 04, 2022 | Researching, Developing, Preparing Creditor Second Motion for Seal and Creditors Full Settlement and Closure Motion | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| March 07, 2022 | Researching, Developing, filing Creditor Second Motion for Seal and Creditors Full Settlment and Closure Motion | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| March 08, 2022 | Researching, Developing, Preparing Opposition to Buyers Emergency Motion to Enforce Order approving bid procedure, and Good Faith Winning overBid | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| March 09, 2022 | Researching, Developing, Preparing Opposition to Buyers Emergency Motion to Enforce Order approving bid procedure and Winning Good faith Over Bid | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| March 10, 2022 | Researching, Developing, filing Opposition to Buyers Emergency Motion to Enforce Order approving bid procedure & appearance notice and Winning Good Faith Over Bid | | | |
| 2004001 | SAMesje | 500.00 | $2,000.00 | 8.0 |
| March 11, 2022 | Hearing Dept 1639 | | | |
| 2004001 | SAMesje | 500.00 | $1,000.00 | 2.0 |
| March 18, 2022 | Hearing Dept 1639 | | | |
| 2004001 | SAMesje | 500.00 | $1,000.00 | 2.0 |

# Detailed Activities

**Crestlloyd LLC**                    **November 18, 2024**        **Page Number   19**

**Case Number 220216001**                              **From Date January 01, 2022**
                                                       **To Date December 31, 2022**

March 21, 2022        Hearing Dept 1639

| 2004001 | SAMesje | | 500.00 | $1,000.00 | 2.0 |

March 24, 2022        Hearing Dept 1639

| 2004001 | SAMesje | | 500.00 | $1,000.00 | 2.0 |

April 01, 2022        Researching and Developing Creditors Objections, Recording

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

April 04, 2022        Researching and Developing Creditor Objections Recording

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

April 08, 2022        Researching, Developing, Analyzing FRCP/FRBP

| 2004001 | SAMesje | | 500.00 | $3,000.00 | 6.0 |

April 11, 2022        Researching, Developing, Analyzing

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

April 12, 2022        Researching, Developing, Analyzing

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

April 13, 2022        Researching, Developing, Analyzing Frcp/FRBP LA Recorder Office

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

April 18, 2022        Researching, Developing, Analyzing, Preparing LA Recorder Docs
                      Liens, FRCP/FRBP, Requesting Certified copies, Misc

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

April 19, 2022        Researching, Developing, Analyzing Remedies and Recourse, FRCP/-
                      FRBP, Touring Lands, Enforcing Cease and Desist Notices

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

April 21, 2022        Researching, Developing, Analyzing Inferno Investments Appeal
                      Transferred notice; Misc Dkt 287

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |

## Detailed Activities

**Crestlloyd LLC**                    **November 18, 2024**      **Page Number   20**

**Case Number 220216001**                    **From Date January 01, 2022**
                                   **To Date December 31, 2022**

| April 22, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
| April 24, 2022 | Researching, Developing, Anal LA Recorder yzing case, filing, book/record keeping | | | |
| | Administrative/clerical duites | | | |
| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
| April 25, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites LA Recorder | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| May 02, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites LA Recorder | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| May 03, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites LA Recorder | | | |
| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
| May 04, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites LA Recorder | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| May 10, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Admiuistrative/clerical duites LA Recorder | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| May 11, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites LA Recorder | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| May 12, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites LA Recorder | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| May 17, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites LA Recorder Dkt 317; 318 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| May 20, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites LA Recorder | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| May 23, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping | | | |

*(handwritten in left margin, rotated)* Andre Maria Smith National banking association.

## Detailed Activities

**Crestlloyd LLC**               November 18, 2024        Page Number  21

**Case** Number 220216001                    From Date January 01, 2022
                                             To Date December 31, 2022

Administrative/clerical duites LA Recorder

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

May 26, 2022  Hearing Department 1639

| 2004001 | SAMesje | 500.00 | $1,000.00 | 2.0 |
|---|---|---|---|---|

June 02, 2022     Researching, Developing. Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 03, 2022     Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 02, 2022     Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 03, 2022     Researching, Developing. Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 06, 2022     Researching, Developing. Analyzing Order for authority to pay creditors; Supplemental Brief; Showroom Interiors LLC Motion Requesting Payment Dkt 354; 355; 356; 357 358

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 07, 2022     Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 08, 2022     Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 09, 2022     Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 10, 2022     Researching, Developing, Analyzing Yogi Objection to Authority to Disburse to Hankey Dkt 359

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

*Andre Maria Smith natural banking association*

# Detailed Activities

**Crestlloyd LLC**  November 18, 2024  Page Number 22

**Case Number 220216001**  From Date January 01, 2022
To Date December 31, 2022

| | | | | |
|---|---|---|---|---|
| June 13, 2022 | Researching, Developing, Analyzing Inferno Adversarial Complaint Dkt 360 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| June 14, 2022 | Researching, Developing, Analyzing Inferno Oppostion to Motion for Authority to Disburse to Hankey Dkt 361 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| June 15, 2022 | Researching, Developing, Analyzing Debtor Reply to Inferno Opposition Debtor MFS Dkt 364; 365 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| June 23, 2022 | Hearing Dept 1639 | | | |
| **2004001** | **SAMesje** | **500.00** | **$1,000.00** | **2.0** |
| June 10, 2022 | Researching, Developing, Analyzing Yogi Objection to Authority to Disburse to Hankey Dkt 359 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| June 13, 2022 | Researching, Developing, Analyzing Inferno Adversarial Complaint | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 21, 2022 | Hearing in Dept 1639 | | | |
| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
| July 22, 2022 | Researching, Developing, Analyzing Inferno Adversarial Complaint | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 25, 2022 | Resarching, Developing Analyzing Order on Motion to Extend Exclusivity Debtor MOR Researching, Developing, Analyzing Inferno Adversarial Complaint | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 26, 2022 | Researching, Developing, Analyzing Yogi Objection to Authority to Disburse to Hankey Dkt 359 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 27, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |

**Andre Mario Smith national banking association.** *(handwritten, left margin, vertical)*

## Detailed Activities

**Crestlloyd LLC**

**November 18, 2024**   **Page Number   23**

**Case Number 220216001**

**From Date January 01, 2022**

**To Date December 31, 2022**

| Date | Description | | | |
|------|-------------|---|---|---|
| July 28, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP | | | |
| 2004001    SAMesje | | 500.00 | $2,000.00 | 4.0 |
| July 29, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP | | | |
| 2004001    SAMesje | | 500.00 | $4,000.00 | 8.0 |
| August 13, 2022 | Researching, Developing, Analyzing Motion For Contempt of Buyers Motion Andre Mario Smith to Show Cause Dkt 395 | | | |
| 2004001    SAMesje | | 500.00 | $4,000.00 | 8.0 |
| August 14, 2022 | Researching, Developing, Analyzing Genevieve Declaration; Lodgment For Contempt Motion; Richard Saghian shortening time application and lodgment Dkt 396; 397; 398; 399 | | | |
| 2004001    SAMesje | | 500.00 | $4,000.00 | 8.0 |
| August 15, 2022 | Researching, Developing, Analyzing preparing filing Demurrer/Objection and motion to seal exhibits | | | |
| 2004001    SAMesje | | 500.00 | $4,000.00 | 8.0 |
| August 16, 2022 | Researching, Developing, Analyzing case, Contempt remedies/strategies FRCP/FRBP | | | |
| 2004001    SAMesje | | 500.00 | $4,000.00 | 8.0 |
| August 17, 2022 | Researching, Developing, Analyzing case, Contempt remedies/strategies FRCP/FRBP | | | |
| 2004001    SAMesje | | 500.00 | $4,000.00 | 8.0 |
| August 18, 2022 | Researching, Developing, Analyzing case, Contempt remedies/strategies FRCP/FRBP | | | |
| 2004001    SAMesje | | 500.00 | $4,000.00 | 8.0 |
| August 19, 2022 | Researching, Developing, Analyzing case, Contempt remedies/strategies FRCP/FRBP | | | |
| 2004001    SAMesje | | 500.00 | $4,000.00 | 8.0 |
| August 22, 2022 | Researching, Developing, Analyzing case, Contempt remedies/strategies FRCP/FRBP | | | |
| 2004001    SAMesje | | 500.00 | $4,000.00 | 8.0 |
| August 23, 2022 | Researching, Developing, Analyzing case, Contempt remedies/strategies FRCP/FRBP | | | |
| 2004001    SAMesje | | 500.00 | $4,000.00 | 8.0 |

## Detailed Activities

**Crestlloyd LLC**                      November 18, 2024          Page Number   24

**Case** Number 220216001                        From Date January 01, 2022

To Date December 31, 2022

| | | | | |
|---|---|---|---|---|
| August 24, 2022 | Researching, Developing, Analyzing Debtor MFS Contempt remedies/-strategies FRCP/FRBP | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| August 25, 2022 | Researching, Developing, Analyzing case, Contempt remedies/strategies FRCP/FRBP_Dkt 404; 405; 406 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| August 26, 2022 | Researching, Developing, Analyzing Order on Seal Exhibits: FRCP/FRBP | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| August 29, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP; Adversarial Proceedings | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| August 30, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| August 31, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP Adversarial Proceedings | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| September 01, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| September 02, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| September 05, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| September 06, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| September 07, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| September 08, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |

## Detailed Activities

**Crestlloyd LLC**                  November 18, 2024          Page Number   25

**Case Number 220216001**                          From Date January 01, 2022
                                                   To Date December 31, 2022

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|
| September 09, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | | |
| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
| September 12, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | | |
| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
| September 13, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | | |
| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
| September 14, 2022 | Researching, Developing, Analyzing Debtor MOR; Debtor Stip; Exhibit A to Stip; book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings Dkt 408; 409; 410 | | | | |
| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
| September 15, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | | |
| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
| September 16, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | | |
| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
| September 19, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | | |
| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
| September 20, 2022 | Researching, Developing, Analyzing Buyer and Debtor Joint Motion Richard Saghian Declaration book/record keeping Administrative/-clerical duites FRCP/FRBP Adversarial Proceedings Dkt 411; 412 | | | | |
| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
| September 21, 2022 | Researching, Developing, Analyzing, book/-record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | | |
| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
| September 22, 2022 | Researching, Developing, Analyzing Order aproving Stip book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings Dkt 413 | | | | |
| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

Andre Mario Smith natinal banking association.

# Detailed Activities

**Crestlloyd LLC**                      November 18, 2024          Page Number   26

**Case Number 220216001**                              From Date January 01, 2022
                                                      To Date December 31, 2022

September 23, 2022   Researching, Developing, Analyzing case, filing, book/record keeping
                     Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

September 26, 2022   Researching, Developing, Analyzing Removal Request; Stip Order
                     book/record keeping Administrative/clerical duites FRCP/FRBP
                     Adversarial Proceedings Dkt 415; 416

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

September 27, 2022   Researching, Developing, Analyzing Debtor Chapter 11 MOR & MFS
                     Dkt 417; 418

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

September 28, 2022   Researching, Developing, Analyzing Order Denying Andre Mario Smith
                     Comtempt/Show Cause; Service Certificate book/record keeping
                     Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

September 29, 2022   Researching, Developing, Analyzing and Preparing Objection to Joint
                     Motion and atachments

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

September 30, 2022   Researching, Developing, Analyzing Order on Contempt Motion filing,
                     book/record keeping Administrative/clerical duites FRCP/FRBP
                     Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

October 03, 2022   Researching, Developing, Analyzing inferno Stip, book/record keeping
                   Administrative/clerical duites FRCP/FRBP Adversarial Proceedings
                   Dkt 428

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

October 04, 2022   Researching, Developing, Analyzing case, filing, book/record keeping
                   Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

October 05, 2022   Researching, Developing, Analyzing case, filing, book/record keeping
                   Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

October 06, 2022   Researching, Developing, Analyzing case, filing, book/record keeping
                   Administrative/clerical duites FRCP/FRBP Adversarial Proceedings
                   Dkt 429

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |

Andre Mario Smith National Banking association.

# Detailed Activities

**Crestlloyd LLC**               November 18, 2024          Page Number   27

**Case** Number 220216001                    From Date January 01, 2022
                                             To Date December 31, 2022

October 07, 2022      Researching, Developing, Analyzing Roark Ex Parte Motion book/record
                      Keeping Administrative/clerical duites FRCP/FRBP Adversarial
                      Proceedings

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

October 10, 2022      Researching, Developing, Analyzing Debtor Opposition to Roark Ex Parte
                      book/record keeping Administrative/clerical duites FRCP/FRBP; Preparing
                      Request for Extention Adversarial Proceedings Dkt 430

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

October 11, 2022      Researching, Developing, Analyzing case, filing Request for Extention,
                      book/record keeping Administrative/clerical duites FRCP/FRBP
                      Adversarial Proceedings

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

October 12, 2022      Researching, Developing, Analyzing case, filing, book/record keeping
                      Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

October 13, 2022      Researching, Developing, Analyzing Extenstion Order; book/record
                      Keeping Administrative/clerical duites FRCP/FRBP Adversarial
                      Proceedings Dkt 424

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

October 14, 2022      Researching, Developing, Analyzing case, filing, book/record keeping
                      Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

October 17, 2022      Researching, Developing, Analyzing Debtor Opposition to Roark Ex Parte
                      book/record keeping Administrative/clerical duites FRCP/FRBP; Preparing
                      Request for Extention Adversarial Proceedings Dkt 430

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

October 18, 2022      Researching, Developing, Analyzing Request for Extention,
                      book/record keeping Administrative/clerical duites FRCP/FRBP
                      Adversarial Proceedings Dkt 432; 433

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

October 19, 2022      Researching, Developing, Analyzing Order on Motion to Extend time
                      book/record keeping Administrative/clerical duites FRCP/FRBP
                      Adversarial Proceedings Dkt 435

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

Andre Maria Smith national banking association.

## Detailed Activities

**Crestlloyd LLC**    November 18, 2024    Page Number 28

**Case** Number 220216001

From Date January 01, 2022
To Date December 31, 2022

| | | | | |
|---|---|---|---|---|
| October 20, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| 2004001        SAMesje | | 500.00 | $4,000.00 | 8.0 |
| October 21, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| 2004001        SAMesje | | 500.00 | $4,000.00 | 8.0 |
| October 24, 2022 | Researching, Developing, Analyzing Debtor MFS book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings Dkt 436 | | | |
| 2004001        SAMesje | | 500.00 | $4,000.00 | 8.0 |
| October 25, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| 2004001        SAMesje | | 500.00 | $4,000.00 | 8.0 |
| October 26, 2022 | Researching, Developing, Analyzing Debtor MOR book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| 2004001        SAMesje | | 500.00 | $4,000.00 | 8.0 |
| October 27, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| 2004001        SAMesje | | 500.00 | $4,000.00 | 8.0 |
| October 28, 2022 | Researching, Developing, Analyzing and preparing Application for Cost taxation, book/record keeping Administrative/clerical duites FRCP/-FRBP Adversarial Proceedings | | | |
| 2004001        SAMesje | | 500.00 | $4,000.00 | 8.0 |
| October 31, 2022 | Researching, Developing, Analyzing and preparing Application for Cost taxation, book/record keeping Administrative/clerical duites FRCP/-FRBP Adversarial Proceedings | | | |
| 2004001        SAMesje | | 500.00 | $4,000.00 | 8.0 |
| November 1, 2022 | Researching, Developing, Analyzing and preparing Application for Cost taxation, book/record keeping Administrative/clerical duites FRCP/-FRBP Adversarial Proceedings | | | |
| 2004001        SAMesje | | 500.00 | $4,000.00 | 8.0 |
| November 02, 2022 | Researching, Developing, Analyzing and preparing Application for Cost taxation, book/record keeping Administrative/clerical duites FRCP/-FRBP Adversarial Proceedings | | | |
| 2004001        SAMesje | | 500.00 | $4,000.00 | 8.0 |

*(handwritten in left margin: Padre Mario Sebana rantana/ banking Association.)*

# Detailed Activities

**Crestlloyd LLC**          **November 18, 2024**          **Page Number   29**

**Case Number 220216001**                              **From Date January 01, 2022**

                                                        **To Date December 31, 2022**

November 03, 2022   Researching, Developing, Analyzing and preparing Application for Cost
                    taxation, book/record keeping Administrative/clerical duites FRCP/FRBP
                    Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 04, 2022   Researching, Developing, Analyzing and preparing Application for Cost
                    taxation, book/record keeping Administrative/clerical duites FRCP/-
                    FRBP Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 07, 2022   Researching, Developing, Analyzing and preparing Application for Cost
                    taxation, book/record keeping Administrative/clerical duites FRCP/-
                    FRBP Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 08, 2022   Researching, Developing, Analyzing and preparing  and filing Application
                    for Cost taxation, book/record keeping Administrative/clerical duites FRCP
                    FRBP Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 09, 2022   Researching, Developing, Analyzing and preparing case, filing,
                    book/record keeping Administrative/clerical duites FRCP FRBP
                    Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 10, 2022   Researching, Developing, Analyzing and preparing case, filing,
                    book/record keeping Administrative/clerical duites FRCP FRBP
                    Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 11, 2022   Researching, Developing, Analyzing and preparing case, filing,
                    book/record keeping Administrative/clerical duites FRCP FRBP
                    Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 14, 2022   Researching, Developing, Analyzing and preparing case, filing,
                    book/record keeping Administrative/clerical duites FRCP FRBP
                    Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

Addr Mario Smith national banking association.

## Detailed Activities

**Crestlloyd LLC**  **November 18, 2024**    **Page Number   30**

**Case Number 220216001**    From Date January 01, 2022
    To Date December 31, 2022

November 15, 2022    Researching, Developing, Analyzing and preparing case, filing,
    book/record keeping Administrative/clerical duites FRCP FRBP
    Adversarial Proceedings

2004001    SAMesje    500.00    $4,000.00    8.0

November 16, 2022    Researching, Developing, Analyzing and preparing case, filing,
    book/record keeping Administrative/clerical duites FRCP FRBP
    Adversarial Proceedings

2004001    SAMesje    500.00    $4,000.00    8.0

November 17, 2022    Researching, Developing, Analyzing UST Stip; UST Stip lodgment
    book/record keeping Administrative/clerical duites FRCP/-
    FRBP Adversarial Proceedings Dkt 442; 443

2004001    SAMesje    500.00    $4,000.00    8.0

November 18, 2022    Researching, Developing, Analyzing Order Approving Stip, filing,
    book/record keeping Administrative/clerical duites FRCP FRBP
    Adversarial Proceedings Dkt 444

2004001    SAMesje    500.00    $4,000.00    8.0

November 21, 2022    Researching, Developing, Analyzing Preparing Second Acceptance for
    acceptance and full settelment and closure

2004001    SAMesje    500.00    $4,000.00    8.0

November 22, 2022    Researching, Developing, Analyzing Preparing filing Second Acceptance
    For acceptance and full settelment and closure

2004001    SAMesje    500.00    $4,000.00    8.0

November 23, 2022    Researching, Developing, Analyzing and preparing case, filing,
    book/record keeping Administrative/clerical duites FRCP FRBP
    Adversarial Proceedings

2004001    SAMesje    500.00    $4,000.00    8.0

November 24, 2022    Researching, Developing, Analyzing and preparing case, filing,
    book/record keeping Administrative/clerical duites FRCP FRBP
    Adversarial Proceedings

2004001    SAMesje    500.00    $4,000.00    8.0

November 25, 2022    Researching, Developing, Analyzing and preparing case, filing,
    book/record keeping Administrative/clerical duites FRCP/FRBP
    Adversarial Proceedings

2004001    SAMesje    500.00    $4,000.00    8.0

## Detailed Activities

**Crestlloyd LLC**                   November 18, 2024      Page Number   31

**Case** Number 220216001                        From Date January 01, 2022
                                                 To Date December 31, 2022

November 28, 2022    Researching, Developing, Analyzing and preparing case, filing,
                     book/record keeping Administrative/clerical duites FRCP/FRBP
                     Adversarial Proceedings

| 2004001 | SAMesje | | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|---|

November 29, 2022    Researching, Developing, Analyzing UST Stip 2nd Interim Application
                     And Jodgment, book/record keeping Administrative/clerical duites FRCP/-
                     FRBP Adversarial Proceedings

| 2004001 | SAMesje | | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|---|

November 30, 2022    Researching, Developing, Analyzing Debtor Opposition Andre Mario
                     Smith full settlement and closure, Order approving UST Stip book/-record
                     keeping Administrative/clerical duites FRCP/FRBP Adversarial
                     Proceedings Dkt 450; 451

| 2004001 | SAMesje | | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|---|

December 01, 2022    Researching, Developing, Analyzing Debtor MFS case, filing,
                     book/record keeping Administrative/clerical duites FRCP/FRBP
                     Adversarial Proceedings Dkt 452

| 2004001 | SAMesje | | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|---|

December 02, 2022    Researching, Developing, Analyzing Reservation of Rights Statement,
                     filing, book/record keeping Administrative/clerical duites FRCP/FRBP
                     Adversarial Proceedings; Stip Order Dkt 453; 455

| 2004001 | SAMesje | | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|---|

December 05, 2022    Researching, Developing, Analyzing and preparing case, filing,
                     book/record keeping Administrative/clerical duites FRCP FRBP
                     Adversarial Proceedings

| 2004001 | SAMesje | | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|---|

December 06, 2022    Researching, Developing, Analyzing Richard Saghian Opposition to
                     Acceptance Full Settlement and Closure book/record keeping Dkt 456
                     Administrative/clerical duites FRCP FRBP Adversarial Proceedings

| 2004001 | SAMesje | | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|---|

December 07, 2022    Researching, Developing, Analyzing and preparing case, filing,
                     book/record keeping Administrative/clerical duites FRCP FRBP
                     Adversarial Proceedings

| 2004001 | SAMesje | | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|---|

Andre Mario Smith national banking & securrain.

## Detailed Activities

**Crestlloyd LLC**                    November 18, 2024        Page Number   32

**Case Number 220216001**                        From Date January 01, 2022
                                                 To Date December 31, 2022

| December 08, 2022 | Researching, Developing, Analyzing and preparing case, filing, book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings | | | |
|---|---|---|---|---|
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| December 09, 2022 | Researching, Developing, Analyzing Debtor MOR Hearing Dept 1639 filing.-Book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings Dkt 458 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| December 12, 2022 | Researching, Developing, Analyzing Order on Compensation, filing, book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings Dkt 460 | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| December 13, 2022 | Researching, Developing, Analyzing and preparing case, filing, book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| December 14, 2022 | Researching, Developing, Analyzing and preparing case, filing, book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| December 15, 2022 | Researching, Developing, Analyzing and preparing case, filing, book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
| December 16, 2022 | Researching, Developing, Analyzing and preparing case, filing, book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings | | | |
| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |

**Total**        **$654,500.00    1,309.0**

# Individual Activities

November 19, 2024       Page      1

**Crestlloyd LLC**
**Case Number**       220216001

**Services Rendered From**    **January 01, 2022**    **Through**    **December 31, 2022**

## 01 – Asset Analysis and Recovery

| | | | |
|---|---|---|---|
| SAM | 28.0 | 500.00 | $14,000.00 |
| **Total Hours** | **28.0** | **Total Fees** | **$14,000.00** |

*Andre Mario Serpin national banking association.*

# Individual Activities

November 19, 2024    Page    2

**Crestlloyd LLC**
**Case Number**    220216001

**Services Rendered From**    **January 01, 2022**    **Through**    **December 31, 2022**

## 02 -- Asset Disposition

| | | | |
|---|---|---|---|
| SAM | 163.0 | 500.00 | $81,500.00 |
| **Total Hours** | 163.0 | **Total Fees** | $81,500.00 |

*Andre Maria Smith national banking association.*

# Individual Activities

November 19, 2024        Page      3

Crestlloyd LLC
Case Number        220216001

Services Rendered From      January 01, 2022    Through    December 31, 2022

## 04 – Case Administration

| SAM | 166.0 | 500.00 | $58,500.00 |
|-----|-------|--------|------------|
| **Total Hours** | **166.0** | **Total Fees** | **$58,500.00** |

*A. Joe Mario Smith national banking association*

# Individual Activities

November 19, 2024    Page    4

Crestlloyd LLC
Case Number    220216001

Services Rendered From    January 01, 2022    Through    December 31, 2022

## 05 – Claims Administration and Objections

| | | | |
|---|---|---|---|
| SAM | 380.0 | 500.00 | $190,000.00 |
| Total Hours | 380.0 | Total Fees | $190,000.00 |

*handwritten note in left margin:* Andre Mario Smith reform / banking & ssociardon

# Individual Activities

November 19, 2024      Page      5

**Crestlloyd LLC**
**Case Number**      220216001

**Services Rendered From**      **January 01, 2022**   **Through**   **December 31, 2022**

### 08 – Fee/Employment Objections

| | | | |
|---|---|---|---|
| SAM | 24.0 | 500.00 | $12,000.00 |
| **Total Hours** | 24.0 | **Total Fees** | $12,0 00.00 |

Andie Marie Smith national banking association.

# Individual Activities

November 19, 2024      Page      6

**Crestlloyd LLC**
**Case Number**      220216001

**Services Rendered From**      **January 01, 2022**    **Through**    **December 31, 2022**

## 20 – Other Litigation

| | | | |
|---|---|---|---|
| SAM | 1,309.001 | 500.00 | $654,500.00 |
| Total Hours | 1,309.001 | Total Fees | $654,500.00 |

*Andr Marie Smith national banking association.*

# Professional Activity Summary

November 19, 2024

Crestlloyd LLC

Case Number        220216001

|  | From | January 01, 2022 |
|---|---|---|
|  | To | December 31, 2022 |

| Smith, Andre Mario | 2,020.001 | Hours at $500 | $1,010,270.98 |
|---|---|---|---|
| Total Hours | 2,020.001 | Total Fees | $1,010,270.98 |

Andre Mario Smith national banking association.

# Activity Summary

November 19, 2024

**Crestlloyd LLC**

**Case Number**    220216001

|  | |
|---|---|
| **From** | **January 01, 2022** |
| **To** | **December 31, 2022** |

| Description | Fees |
|---|---|
| Asset Analysis and Recovery | $14,000.00 |
| Asset Disposition | $81,500.00 |
| Case Administration | $58,000.00 |
| Claims Administration and Objections | $190,000.00 |
| Fee / Employment | $12,000.00 |
| Other Litigation | $654,500.00 |
| **Total Fees** | $1,010,270.98 |

Andre Mario Smith national banking association.

**NEF SERVICE LIST:**

- Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- Todd M Arnold    tma@lnbyg.com
- Jerrold L Bregman    jbregman@bg.law, ecf@bg.law
- Ryan Coy    ryan.coy@saul.com, hannah.richmond@saul.com
- Marguerite Lee DeVoll    mdevoll@watttieder.com
- Karol K Denniston    karol.denniston@squirepb.com,
    travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Max Fabricant    mfabricant@lavelysinger.com
- Danielle R Gabai    dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Jonathan Gottlieb    jdg@lnbyg.com
- Robert B Kaplan    rbk@jmbm.com, rbk@ecf.courtdrive.com
- Jane G Kearl    jkearl@watttieder.com, lharake@watttieder.com
- Jennifer Larkin Kneeland    jkneeland@watttieder.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Marc A Lieberman    marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- Samuel A Newman    sam.newman@sidley.com, samuel-newman-
    2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- Ryan D O'Dea    rodea@shulmanbastian.com,
    lgauthier@shulmanbastian.com;cthornton@shulmanbastian.com
- Sharon Oh-Kubisch    sokubisch@swelawfirm.com,
    gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Victor A Sahn    victor.sahn@gmlaw.com,
    vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmla
    w.com
- William Schumacher    wschumacher@winthrop.com, autodocketecf@milbank.com
- David Seror    dseror@bg.law, ecf@bg.law
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-
    6096@ecf.pacerpro.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-
    0813@ecf.pacerpro.com;psantos@sidley.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com,
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Jessica Wellington    jwellington@bg.law, ecf@bg.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

_4245 J Street, San Diego, California 92102_

A true and correct copy of the foregoing document entitled (specify): _Second Interim Application by Smith, Andre Maria el Sui jlaris; esquire for approval of fees, and Reimbursement of expenses; Declaration by Smith, Andre Maria el Sui jlaris in support Thereof._

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _November 25, 2024_ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) _November 25, 2024_ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _November 25, 2024_ | _Donald Gregory_ | by: _Donald Gregory_ |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                            **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **Motion To Deny "Second Interim Application Of Smith, Andre Mario El Sui Juris; Esquire For Approval Of Fees And Reimbursement At Expenses"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 4, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **December 4, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Andre Mario Smith el sui-juris, esquire
7938 Broadway No. 1263
Lemon Grove, CA 91946
*Counsel for Special Interested Party*

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 4, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL**
Andre Mario Smith el sui-juris, esquire: andmarioith@yahoo.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 4, 2024 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

**NEF SERVICE LIST:**

- Kyra E Andrassy      kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- Todd M Arnold      tma@lnbyg.com
- Jerrold L Bregman      jbregman@bg.law, ecf@bg.law
- Ryan Coy      ryan.coy@saul.com,
  hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com
- Marguerite Lee DeVoll      mdevoll@watttieder.com
- Karol K Denniston      karol.denniston@squirepb.com,
  travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Oscar Estrada      oestrada@ttc.lacounty.gov
- Max Fabricant      mfabricant@lavelysinger.com
- Danielle R Gabai      dgabai@ecjlaw.com,
  dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com
- Thomas M Geher      tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- David B Golubchik      dbg@lnbyg.com, dbg@lnbyg.com
- Andrew Goodman      agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Jonathan Gottlieb      jdg@lnbyg.com
- Robert B Kaplan      rbk@jmbm.com, rbk@ecf.courtdrive.com
- Jane G Kearl      jkearl@watttieder.com, lharake@watttieder.com
- Jennifer Larkin Kneeland      jkneeland@watttieder.com
- Michael S Kogan      mkogan@koganlawfirm.com
- Marc A Lieberman      marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- John W Lucas      jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Noreen A Madoyan      Noreen.Madoyan@usdoj.gov
- John A Moe      john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- Samuel A Newman      sam.newman@sidley.com, samuel-newman-
  2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- Ryan D O'Dea      rodea@shulmanbastian.com,
  lgauthier@shulmanbastian.com;cthornton@shulmanbastian.com
- Sharon Oh-Kubisch      sokubisch@swelawfirm.com,
  gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Hamid R Rafatjoo      hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
- Ronald N Richards      ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Joseph M Rothberg      jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Victor A Sahn      victor.sahn@gmlaw.com,
  vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmla
  w.com
- William Schumacher      wschumacher@winthrop.com, autodocketecf@milbank.com
- David Seror      dseror@bg.law, ecf@bg.law
- Zev Shechtman      Zev.Shechtman@saul.com,
  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- Lindsey L Smith      lls@lnbyb.com, lls@ecf.inforuptcy.com
- Howard Steinberg      steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-
  6096@ecf.pacerpro.com
- United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner      gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-
  0813@ecf.pacerpro.com;psantos@sidley.com
- Sharon Z. Weiss      sharon.weiss@bclplaw.com,
  raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Jessica Wellington      jwellington@bg.law, ecf@bg.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **F 9013-3.1.PROOF.SERVICE**