FILED

DEC 0 2 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

*Andre Mario Smith national banking association.*

1  *Smith, Andre Mario el sui-juris; esquire*
   7938 Broadway No. 1263
2  Lemon Grove, California, 91946
   (619) 813-2881
3  Fax Number: N/A
   andmarioith@yahoo.com
4  Attorney in-Fact; Lawful Counselor for:
   *Special Interested Party*
5  Andre Mario Smith.
   **Special Appearance Only**
6  Andre Mario Smith, Pro Se

7           UNITED STATES DISTRICT COURT AT AND FOR

8              CALIFORNIA SOUTHERN DISTRICT

9                      LOS ANGELES

10  In re:                          ) Case Number:
                                    ) 2:21-bk-18205-ds
11  CRESTLLOYD, LLC,                ) Adversarial Case Number:
                                    ) 2:22-ap-01125-ds
12          Debtor and Debtor in Possession. )
                                    ) **Second Interim Application by *Smith,***
13                                  ) ***Andre Mario el sui juris; esquire* for**
                                    ) **Approval at Fees and Reimbursement at**
14                                  ) **Expenses; Declaration by Smith, Andre**
                                    ) **Mario el sui juris in Support Thereof**
15                                  )
                                    ) **Date:**      December 17, 2024
16                                  ) **Time:**      01:00 p.m.
                                    ) **Place:**     Tribunal-room: 1639
17                                  )               255 East Temple Street
                                    )               Los Angeles, California
18                                  )               90012
19
20
21
22  *Greetings to all these Presents shall come.*

23  *Know all men by these Presents.*

24  *Notice to Agent is Notice to Principal.*

25  *Notice to Principal is Notice to Agent.*

26  *To each Party and their Attorney(s) of Record.*

27  *To Each Party and their Counsel.*

28                          Page  l
    ─────────────────────────────────────────────────────────
    Second Interim Application by *Smith, Andre Mario el sui juris; esquire* for Approval at Fees and Reimbursement at
    Expenses; Declaration by *Smith, Andre Mario el sui juris, esquire*  in Support Thereof

1    It appears *Smith, Andre Mario el sui juris; esquire* ("Counselor"), general bankruptcy

2  counsel to Special Interested Party, Secured Party, Secured Party Creditor, and

3  Superior/Supreme Creditor Andre Mario Smith ("Paramount Claim Holder") in the above-

4  referenced Chapter 11 bankruptcy, hereby submits its Second Interim Application for

5  Approval at Fees and Reimbursement at Expenses ("Application") for sevices rendered and

6  expenses incurred during the pendency of the CRESTLLOYD, LLCs' ("Debtor") chapter 11

7  bankruptcy case for the period of January 01, 2022, through and including December 31.

8  2022 ("Covered Period").

9                                          **I.**

10                    **Fees and Expenses Incurred and Notice**

11   **A.**    **Request for Allowance and Payment of Fees and Reimbursement of Expenses.**

12             During the Covered Period, it appears Counselor incurred fees in the amount of

13  $2,720,000.99 and expenses in the amount of $15,270.99 for total fees and expenses

14  $2,735,271.98. Accordingly, it appears Counselor is owed a balance of $2,735,271.99 for

15  fees and expenes incurred during the covered period. It appears Counselor respectfully

16  submits that its' requested fees and expenses are reasonable and should be approved on an

17  interim basis. Accordingly, pursuant to the Application, it appears Counselor is seeking

18  authority for the Debtors' estate to remit payment/pay Counselor the unpaid balance at

19  $2,735,271.98 for fees and expenses incurred during the Covered Period.

20   **B.**    **Proper Notice.**

21    Pursuant to Federal Rules at Bankruptcy Procedure 2002(a)(6) and any/all applicable

22  Local Bankruptcy Rules, it appears Counselor served notice of this Application and the

23  amount of fees and expenses sought herein upon the Debtor, the Office of The United States

24  Trutee ("OTUST"), all creditors, and all parties who have requested special notice.

25  ///

26  ///

27  ///

28  ///

**II.**

**Brief Narrative History at the Present**

**Posture at the Debtors' Chapter 11 Case,**

**Adversarial Proceedings, Circumstances**

**That Led to Paramount Claim Holders Claim, and**

**Significant Events Which Occurred During the**

**Covered Period.**

**A.    Background**.

It appears on or about October 26, 2021 ("Action Date"), the Debtor allegedly commenced its bankruptcy action by allegedly filing a voluntary petition under Chapter 11 of the Bankruptcy Code. It appears the Debtor is allegedly operating its estate and managing its financial affairs as a Debtor in Possession pursuant to Section 1107 and 1108 of the Bankruptcy Code.

On the Action Date, it appears the Debtor's primary asset was ancient burial land mistaken, perhaps, by Debtor for a piece of residential real property that it allegedly "developed" located at 944 Airole Way, Los Angeles, California 90077 (the "Lands"). Fortunately, it appears before the mistaken Lands could be completed and sold the likes and/or otherwise, the Debtor's alleged primary secured lender, Hankey Capital, LLC ("Hankey"), as well as a number of other alleged junior secured lenders and alleged mechanic's lien holders ("Mechanic's Lien Holders"), allegedly initiated a multitude of state court actions against Debtor allegedly seeking, among other things, to recover amounts allegedly owed and to allegedly foreclose on the Lands. In connection with its action, it appears Hankey allegedly sought and obtained the appointment of a receiver ("Receiver") for the Lands.

It appears, in an effort to protect its, hereby declared, illusory equity in the Lands, to address the litany of illusory litigation and claims against it, and to allegedly regain illusory possession and control over the Lands and enjoy the benefits accorded by the automatic stay to allegedly not only stop the foreclosure, protect its illusory equity, but allow more time and

1    means for Debtor to sell the Lands, and provide time and means for Paramount Claim

2    Holder to, among other things, record a financing statement, deposit $999,999,999.99 Bonds

3    with the court clerk and transfer the Lands allodial title(s) and deeds to Paramount Claim

4    Holder with prejudice and without recourse.

5         **1.**    **Illusory Claims Allegedly Secured by the Lands**

6           i.    <u>Inferno Investments Inc.</u>

7      Pursuant to an alleged and otherwise illusory Proof of Claim ("Inferno IPOC") filed by

8    Inferno Investments, Inc. ("Inferno"), it appears Inferno asserts a claim in the amount of

9    $20,902,106.12, which Inferno allegedy asserts is secured by an illusory Deed of Trust that

10    was allegedly recorded on March13, 2013 (*See* Claim Number 11).

11      On January 01, 2016, it appears the Debtor and Inferno allegedly entered into an

12    agreement ("Subordination Agreement") wherein the parties allegedly agreed that proceeds

13    from the sale of the Lands would be distributed as described therein.

14           ii.    <u>The Mechanic's Lien Holders</u>

15      Allegedly after the initial financing from Inferno, it appears the Debtor allegedly

16    commenced "construction" of the Lands. The following parties allegedly provided goods

17    and services to allegedly improve the Lands: J&E Texture, Inc., American Truck & Tool

18    Rentals Inc., Kennco Plumbing Inc., JMS Air Conditioning, Parquet by Dian, Powertek

19    Electrical Inc., and BMC West LLC (collectively referred to herein as the "Mechanic's Lien

20    Holders").

21          iii.    <u>Hankey Capital. LLC</u>

22      Pursuant to claim number 20 allegedly filed by Hankey, and the Hankey IPOC, it appears

23    Hankey allegedly asserts a claim in the amount $122,638,623.41, which Hankey allegedly

24    asserts is secured by two separate illusory Deeds of Trust dated November 6, 2018

25    ("Principal Hankey IDOT") and December 10, 2019, respectively. (*See* Claim number 20).

26    The illusory Principal Hankey Deed of Trust allegedly stem from a loan Hankey allegedly

27    provided to Debtor in the alleged initial amount of $82,500,000.00 allegedly on or about

28    October 31, 2018 ("Principal Hankey Loan"). (*See* Claim number 20, Exhibit A.) It appears

1  the alleged Principal Hankey Loan is allegedly evidenced by an illusory promissory note.

2                    iv.    Yogi Securities Holdings, LLC

3       Pursuant to an illusory Proof of Claim ("Yogi IPOC") filed by Yogi Securities Holdings

4  LLC ("Yogi"), it appears Yogi allegedly asserts a claim in the alleged amount of

5  $24,385,366.77 which Yogi allegedly asserts is secured by an Illusory Deed of Trust

6  allegedly dated on or about August 30, 2019. (*See* Claim number 27)

7                    v.    Hilldun Corporation

8       Pursuant to an illusory Proof of Claim ("Hilldun IPOC") filed by Hilldun Corporation

9  ("Hilldun"), it appears Hilldun allegedly asserts a claim in the alleged amount of

10  $5,000,000.00, which Hilldum allegedly asserts is secured by an illusory Deed of Trust

11  allegedly dated September 04, 2020 ("Hilldun IDOT"). (*See* Claim number 09)

12     **2.    Debtor's Alleged Efforts to Sell the Mistaken Lands**

13     i.        Alleged Turnover of Lands from Receiver and Alleged Negotiations

14     ii.       Regarding Alleged Access to Lands

15      When Counselor became Counsel as Paramount Claim Holders general bankruptcy

16  counsel, it appears the Lands were allegedly under the control of a Receiver. It appears

17  Counselor was unaware that Levene, Neale, Bender, Yoo & Golubchik ("LNBYG"), with

18  the alleged assistance of Debtor's unidentified managers, unidentified Sierra Constellation

19  Partners, LLC ("SCP") had allegedly negotiated an illusory interim stipulation with Hankey

20  and the unidentified Receiver allegedly regarding access to the Lands ("Receiver

21  Stipulation") to allegedly facilitate efforts to employ alleged professionals to allegedly assist

22  the Debtor in marketing and selling the Lands, thereafter, the allege unidentified Receiver

23  allegedly voluntarily turned over the Lands and all other property of the estate on December

24  01, 2021.

25                    ii.    The Alleged Employment of the Real Estate Brokers and Auctioneer

26      After allegedly resolving the alleged turnover issues, it appears the Debtor allegedly

27  sought to employ certain alleged professionals to assist the Debtor in marketing and selling

28  the mistaken Lands. Allegedly pursuant to this strategy, it appears the Debtor allegedly

1. entered into illusory employment agreements with The Beverly Hills Estates and Compass
2. (jointly "Brokers") allegedly on or about December 03, 2021, and concierge Auctions, LLC
3. ("Auctioneer") allegedly on or about December 13, 2021. It appears the alleged specific
4. duties of the Brokers and Auctioneer allegedly included: (1) marketing and showing the
5. Lands to illusory prospective buyers; (2) assisting the Debtor in obtaining and providing due
6. diligence materials to prospective buyers; (3) notifying prospective buyers of the illusory
7. intended online auction ("Illusory Auction") of the Lands and the illusory bid procedures
8. unlawfully approved by the court after receipt of timely lawful Creditor Objections to
9. Discharge ("Unlawful BK Procedures") governing the illusory Auction; (4) receiving
10. illusory bids from illusory prospective buyers; (5) conducting the illusory Auction of the
11. Lands pursuant to Unlawful BK Bid Procedures unlawfully approved by the court with the
12. ultimate unlawful illusory sale subject to dishonorable Court approval; (6) consulting with
13. the Debtor and its alleged professional advisors regarding the alleged foregoing; and (7)
14. performing any other illusory services which may be allegedly appropriate in alleged
15. connection with the Brokers and Auctioneers illusory retention by the Debtor. Thereafter, it
16. appears the Debtor allegedly filed an application to approve the illusory employment of the
17. Brokers and Auctioneer, which was allegedly approved by the Court on January 10, 2022.
18. (See Dokets 74 and 104)
19.     iii.   Sale of the Property
20. It appears the brokers and Auctioneer were not successful in illusorily selling the Lands.
21. On March 28, 2022, more than thirty (30) days after tendering Paramount Claim Holders
22. unrebutted Lawful Creditors Objection ("PCH Unrebutted Lawful Creditors Objection") on
23. February 16, 2022, (See Docket number 128) it appears the Court entered an, hereby
24. declared, illusory Order ("Illusory Sale Order"), over PCH Unrebutted Lawful Creditors
25. Objection and numerous other alleged and illusory secured creditors, illusorily granting
26. Debtor's March 08, 2022 motion seeking authority to illusorily sell the mistaken Lands
27. ("Illusory Sale Motion"). [See Dockets 128, 142, 191, 192, 193, 196, 198, 201, 202, 208,
28. and 247]. Pursuant to the illusory Sale Order, the Debtor allegedly realized $126 Million.

Ankle Mario Smith National Boxing association.

plus an alleged rebate of $11.970 million from the Auctioneer, for a total of $137.97 million in, hereby declared, fraudulent consideration ("Fraudulent Sale Proceeds").

After the Court unlawfully granted the Illusory Sale Motion it appears Inferno and Nile Niami allegedly appealed the Illusory Sale Order ("Appeals"). [*See* Dockets 249, 279]. In response, it appears the Debtor allegedly filed its own appeal allegedly to preserve certain illusory issues on appeal ("Cross-Appeal"). [*See* Docket 272]. It appears after the unlawful entry of the Illusory Sale Order, Debtor has allegedly been engaged in extensive litigation involving the distribution of the Fraudulent Sale Proceeds to its alleged illusory secured creditors.

Additionally, Paramount Claim Holder, by and through Counselor, has taken all necessary steps to preserve the likes and or otherwise its timely lawful creditor objection and paramount claim including, but not limited to: (1) duly removing the U.S. Department of Justice Trustee and its Offices ("Removed UST") as Trustee and appointing Judicial Officer Deborah J. Saltzman as Trustee; (2) corrected by errata the Bond number appearing on the original Bonds filed February 16, 2022; (3) placed several domestic and international liens on each and every dishonorable/moral turpitude/ad hominem actor/party; (4) recorded Paramount Claim Holders Deed conveyancing the Lands to Paramount Claim Holders estate with Los Angeles County **Registrar-Recorder/County Clerk;** (5) recorded *the-one bel air* Trust Certification with the above-captioned tribunal clerk office; (6) recorded Paramount Claim Holders Deed conveyancing the Lands to *the-one bel air trust;* (7) Bonded the adversarial action (8) moved the above-captioned tribunal numerous times for various reasons including but not limited to ordering, demanding, and commanding Full Settlement and Closure.

**B**.  **The Appeals**

It appears the appeal allegedly filed by Inferno was allegedly voluntarily dismissed by Inferno after Inferno allegedly filed that certain *"Stipulation to Dismiss Appeal Filed by Inferno Investment, Inc., Pursuant to Federal Rule of Bankruptcy Procedure 8023"* ("Inferno Stipulation"). Shortly thereafter, it appears the Debtor allegedly voluntarily

1  dismissed the Cross-Appeal after it allegedly filed that certain *"Stipulation to Dismiss*

2  *Appeal Filed by Creslloyd, LLC Pursuant to Federal Rule of Bankruptcy Procedure 8023*

3  ("Crestlloyd Stipulation").

4  **C.    The Adversarial Proceedings**

5      It appears on or about June 09, 2022, Inferno allegedly initiated an adversarial

6  proceeding titled *Inferno v. Crestlloyd LLC, et al.*, 2;22-ap-01125-ds ("Adversarial Action")

7  when Inferno allegedly filed that certain *"Complaint of Inferno Investments, Inc. for: (1)*

8  *Declaratory Relief; (2) Unfair Business Practices; (3) Disallowance of Claims; (4)*

9  *Recission"* ("Adversarial Complaint"). [*See* Adversarial Docket 1].

10      **1.    Background – Alleged Motion to Pay Hankey Capital**

11      On May 24, 2022, it appears the Debtor, allegedly with the assistance of LNBYG,

12  allegedly filed that certain *"Motion for Authority to Disburse Funds to Hankey Capital,*

13  *LLC., an alleged illusory Senior Secured Creditor"* ("Hankey Remittance Motion") [*See*

14  Docket 325], whereby it appears the Debtor allegedly sought the Courts illusory authority to

15  disbure $103,837,545.86 to Hankey, an amount that allegedly represented the alleged

16  principal, interest, and foreclosure fees allegedly owed to Hankey in consideration for the

17  alleged Principal Hankey Loan. The Debtor allegedly argued that the Hankey Remittance

18  Motion was justified allegedly based on the fact that (1) as a result of the illusory

19  Subordination Agreement, the alleged illusory Principal Hankey Loan is allegedly senior to

20  the claims asserted by Inferno, Yogi, and Hilldun; and (2) making such a distribution was in

21  the best interest of the estate because if the Debtor did not satisfy the Principal Hankey

22  Loan, then the illusory Principal Hankey Loan would continue to accrue interest as an

23  alleged rate of about $36,666.00 per day.

24      In response, it appears Inferno allegedly filed an opposition to the Hankey Remittance

25  Motion ("Inferno Opposition to the Motion to Pay Hankey") [*See* Docket 337] through

26  which Inferno allegedly argued that it would be improper for the Court to grant the Hankey

27  Remittance Motion due to alleged issues concerning the enforceability of the Subordination

28  Agreement. ("Opposition to Hankey Remittance Motion"). Furthermore, it appears Yogi

1  allegedly filed its own limited opposition to the Hankey Remittance Motion ("Yogi

2  Opposition to Hankey Remittance Motion") [*See* Docket 338] through which it appears

3  Yogi allegedly argued that the Court should not grant the Hankey Remittance Motion to the

4  extent that the Debtor allegedly sought authorization to pay Hankey anything over

5  $82,500,000.00 milllion, the alleged principal on the Principal Hankey Loan, because there

6  allegedly existed a good faith dispute regarding the priority of the interest on the Principal

7  Hankey Loan.

8     Additionally, it appears the Debtor allegedly filed its own reply to both the Inferno

9  Opposition to Hankey Remittance Motion and the Yogi Opposition to Hankey Remittance

10  Motion. [*See* Docket 340].

11     Allegedly after a hearing on the Hankey Remittance Motion was held on May 26, 2022

12  ("Hearing for Hankey Remittance Motion"), it appears the Court allegedly entered an order

13  (1) authorizing the Debtor to pay Hankey the sum $82,500,000.00 on account of Hankey's

14  asserted illusorily secured claim(s) in the Debtor's Chapter 11 bankruptcy case; (2) ordering

15  that such payment would be without prejudice to any and all parties' rights to assert claims

16  and defenses as may be appropriate, including but not limited to the right to drawback any

17  portion of the monies paid; and (3) continuing the hearing on the Hankey Remittance

18  Motion to June 23, 2022, allegedly in order for the Court to consider payment of any

19  amounts in excess of the $82,500,000.00 [*See* Docket 348]. In response, it appears on June

20  2, 2022, the Debtor allegedly filed its Supplemental Brief in Support of the Hankey

21  Remittance Motion [*See* Docket 355] allegedly further arguing that it should be authorized

22  to disburse funds to Hankey in the total amount of $103,837,545.86. It appears, thereafter,

23  on June 9, 2022, both Yogi and Inferno filed their own supplemental briefs in opposition to

24  the Hankey Remittance Motion ("Supplemental Briefs IOT HRM") [*See* Dockets 359, 361].

25  Moreover, in addition to filing its own supplemental brief in opposition to the Hankey

26  Remittance Motion [*See* Docket 361], Inferno allegedly initiated the Adversarial Proceeding

27  by filing the Adversarial Action on June 8, 2022 [*See* Adversarial Docket 1]. It appears,

28  adversely, allegedly in its Reply to the Supplemental Briefs IOT HRM [*See* Docket 365], the

1  Debtor submitted that it could not make the distribution contemplated by the Hankey

2  Remittance Motion by the Hankey Remittance Motion.

3      As of today, it appears the alleged material issues concerning the characterization and

4  priority of the secured claims are allegedly being resolved through the adversarial

5  proceedings.

6      **2.    The Adversarial Complaint**

7      Through the Adversarial Complaint, it appears Inferno allegedly argues that the Inferno

8  IPOC allegedly maintains priority over all other secured claims, except Paramount Claim

9  Holder, based on the following set of facts: (1) Inferno allegedly loaned money to the

10  Debtor in order for the Debtor to acquire the Lands; (2) after lending the Debtor money,

11  Inferno and the Debtor allegedly entered into an illusory Memorandum of Agreement

12  ("MOA") whereby the parties agreed that the fraudulent proceeds from the illusory sale of

13  the Lands would be used to repay loans obtained from a bank or third parties, before the

14  Debtor and Inferno receive any proceeds, and that Inferno's written approval was required

15  before its illusory interest in the Lands could be illusorily subordinated to that of other

16  secured lenders, particularly Paramount Claim Holder; but (3) the MOA is allegedly of no

17  force and effect because the Debtor allegedly made some mistakes that do not amount to

18  fraud nor misappropriation of tens of millions of dollars; Nevertheless, (4) Inferno's illusory

19  securd claims allegedly maintain illusory priority over the Debtor's other secured creditors

20  except Paramount Claim Holder. (*See* Adversarial Complaint). On or about August 10,

21  2022, it appears the Debtor allegedly filed its answer to the Adversarial Complaint,

22  allegedly, denying the material allegations presented in the Adversarial Complaint and

23  asserting valid and proper affirmative defenses. [*See* Adversarial Docket 26].

24      **3.    Debtor's Cross-Claim**

25      It appears in addition to allegedly assisting the Debtor in connection with its answer to

26  the Adversarial Complaint, in response to the Adversarial Complaint, the Debtor, allegedly

27  with the assistance of LNBYG, allegedly continued to investigate the nature, extent, and

28  validity of each of the secured claims and the alleged liens securing them. Allegedly through

1  "diligent" analysis and investigation, LNBYG errored in determining that misconduct on the

2  part of the Debtor's principals and entities controlled by the Debtor's principals, Inferno,

3  Yogi, Hilldun, and certain principals of the Debtor's secured creditors ("Cross-Complaint

4  Defendants"), allegedly caused injury to the Debtor. It appears the Debtor allegedly filed its

5  own cross-complaint in the Adversarial Proceeding ("Adversarial Cross Complaint") [*See*

6  Docket 27] allegedly seeking redress for such injuries caused by the Cross-Complaint

7  Defendants pursuant to alleged claims (1) to allegedly recharacterize debt as equity, (2) for

8  illusory equitable subordination, (3) for illusory declaratory relief, (4) for breach of

9  fiduciary duties, and (5) to disallow certain claims.

10     **4.    Yogi's Counterclaim**

11      Allegedly in response to the Adversarial Cross-Complaint it appears Yogi allegedly

12  filed its own first amended counterclaim ("Yogi Counterclaim") [*See* Adversarial Docket

13  55], for which the Debtor allegedly filed its own Answer to on or about October 12, 2022

14  [*See* Adversarial Docket 68].

15     **5.    Settlement of Claims Against Englanoff Defendants**

16      Allegedly, it appears among the claims asserted by the Debtor in the Adversarial

17  Proceedings were claims for avoidance of fraudulent conveyances in favor of Justine

18  Englanoff, Nicole Englanoff, and Jacqueline Englanoff ("Englanoff Defendants"). It appear

19  allegedly after extensive settlement agreement, the Debtor allegedly filed a motion to

20  approve the settlement. It appears the Motion was approved pursuant to an order entered on

21  October 23, 2023 [*See* Docket 533]. It appears the settlement amount has allegedly been

22  paid to the estate and allegedly being maintained pending further order of this Court.

23     **6.    Mediation**

24      Allegedly Notwithstanding continued litigation, it appears the parties to the Adversarial

25  Proceeding agreed to attempt to resolve their claims through mediation. It appears numerous

26  sessions of mediation were allegedly held before the Judicial Officer Sheri Bluebond

27  ("Bluebond"). It appears such sessions were allegedly attended by Hankey and Inferno,

28  since those are the alleged primary parties to the dispute and, absent a resolution among

1  such parties, it would not be productive to include others. It appears, allegedly

2  notwithstanding Bluebond's continued efforts, an agreement was allegedly not reached and

3  the mediation was allegedly concluded.

4      It appears litigation allegedly commenced once again thereafter. It appears the parties

5  allegedly held their early meetings of counsel and prepared initial disclosures. It appears

6  certain written discovery allegedly has been propounded and responded to. Additionally, it

7  appears the parties have allegedly entered into a stipulation to allow Inferno to amend its

8  complaint against Hankey, which stipulation was approved pursuant to order of this Court

9  entered on October 28, 2024. [*See* Docket 286].

10     It appears a status conference in the adversary proceeding is currently scheduled for

11 January 25, 2025.

12 **D.    Other Significant Events  During the Bankruptcy**

13     **1.    Motion to Pay Certain Secured Creditors**

14     It appears on or about May 26, 2022, LNBYG allegedly assisted the Debtor in filing that

15 certain "*Motion for Authority to Pay Certain Senior Creditors*" ("Motion to Remit Payments

16 to Mechanic's Lien Holders") [*See* Docket 319]. It appears allegedly through a Motion to

17 Remit Payments to Mechanic's Lien Holders, the Debtor allegedly requested that the Court

18 authorize the Debtor to pay amounts owed to the Mechanic's Lien Holders in the following

19 alleged amounts: (a) J&E Texture, Inc. →$292,300.86; (b) American Truck & Tool Rentals

20 Inc. → $160,000.00 (Reduced pursuant to Stipulation [*See* Dockets Number 304, and 305]);

21 (c) Kennco Plumbing Inc. → $85,560.17; (d) JMS Air Conditioning → $51,290.00; (e)

22 Parquet by Dian → $40,846.00; (f) Powertek Electrical Inc. → $40, 480.00; (g) BMC West

23 LLC → $2,399.00.

24     It appears allegedly after holding a hearing on the Motion to Remit Payments to

25 Mechanic's Lien Holders, the Court entered an order granting the Motion to Remit

26 Payments to Mechanic's Lien Holders. [*See* Docket 354].

27     **2.    Vesta Administrative Expense Claim, Related Litigation, and Compromise**

28     It appears on or about June 3, 2022, Showroom Interiors, LLC dba Vesta ("Vesta")

1  allegedly filed that certain "*Request for Payment of Chapter 11 Administrative Expenses of*

2  *Showroom Interiors, LLC*" ("Vesta Administrative Expense Request") [*See* Docket 357]

3  whereby Vesta allegedly requested the allowance and payment of an administrative of an

4  administrative claim in the amount $320,283.04 as a result of damages allegedly caused by

5  the Debtor for furniture allegedly leased by the Debtor from Vesta. Allegedly in response, it

6  appears the Debtor filed a limited objections to the Vesta Admin Expense Request

7  ("Objection to Vesta Admin Expense Request") [*See* Docket 367], whereby the Debtor

8  allegedly disputed the extent and validity of the Admin Expense Request. One week later,

9  Vesta filed a reply to the Objection to Vesta Admin Expense Request. [*See* Docket 383]

10  It appears on July 21, 2022, allegedly the Court held a hearing to consider the Vesta

11  Admin Expense Request ("Vesta Admin Expense Request Hearing"), which allegedly

12  resulted in the Court entering an Order ("Continuation Order") continuing the Vesta Admin

13  Expense Request to September 08, 2022, allegedly in order for Vesta and the Debtor (1) to

14  attempt to settle the Vesta Admin Expense Request ; or (2) if setlement was not possible,

15  give the parties additional time to draft supplemental briefs in support of, or opposition to,

16  the Vesta Admin Expense Request. [*See* Docket 391]

17  It appears after the Court allegedly entered the Continuation Order, the Debtor and Vesta

18  entered into settlement negotiations, the terms of which are memorialized in that certain

19  "*Stipulation Resolving Request for Payment of Chapter 11 Administrative Expenses of*

20  *Showroom Interiors, LLC dba Vesta*" ("Vesta Stipulation"). [*See* Docket 413].

21  Paramount Claim Holder received no notices regarding any of this.

22  **3.    Monthly Operating Reports**

23  Allegedly throughout the Covered Period, it appears LNBYG assited the Debtor in

24  preparing its Monthly Operating Reports ("MORs"). Counselor creates and maintains

25  internal monthly operating reports for Paramount Claim Holder during the Covered Period.

26  **4.    SCP's Monthly Fee Statements**

27  It appears throughout the Covered Period, LNBYG allegedly assisted SCP in drafting its

28  monthly fee statements (jointly/severally "Monthly Fee Statements", individually "Monthly

1    Fee Statement") for each month of employment.

2    **5.    Additional Motions and Pleadings Filed by Edward Roark Schwagerl**

3    It appears Edward Roark Schwagerl ("Roark"), who is not a creditor, secured, illusorily

4    nor otherwise, in this action and not a party to any proceedings, has filed several very

5    insightful and informative motions and pleadings asserting an alleged and otherwise

6    illusory, at best, interest in the Lands and allegedly seeking relief related thereto. It appears

7    LNBYG allegedly opposed the motions, where appropriate. It appears in other instances, the

8    Court allegedly issued its own orders denying the relief requested by Roark. Counselor

9    exhausted hundreds of hours researching, developing, objecting and rebutting, where

10    applicable, Roark numerous pleadings.

11    **E.    Fees and Expenses Previously Requested**

12    It appears on or about May 05, 2022, LNBYG allegedly filed that certain "*First Interim*

13    *Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P., For Approval of Fees and*

14    *Reimbursement of Expenses*" ("First Interim Fee Application") [*See* Docket 306] allegedly

15    whereby LNBYG sought the Court's approval to collect the fees allegedly incurred by

16    LNBYG and reimbursement of expenses allegedly incurred during the pendency of the

17    Debtor's chapter 11 bankruptcy case allegedly for the period of the Petition Date of October

18    26, 2021, through and including April 15, 2022.

19    It appears thereafter, Inferno allegedly filed a limited opposition to LNBYG's First

20    Interim Fee Application ("Limited Opposition to First Interim Fee Application") [*See*

21    Docket 314], allegedly arguing that the Court shoud not approve the First Interim Fee

22    Application to the extent that LNBYG sought authorization to pay fees and costs exceeding

23    the amount for restructuring costs for professional and Removed UST fees set forth in the

24    alleged budget ("Budget") approved by Hankey as lender on the Debtor's alleged debtor in

25    possession loan ("DIP Loan") and by the Court pursuant to a final order granting the motion

26    to approve the DIP Loan. (*See* Limited Opposition to First Interim Fee Application) [*See*

27    Docket 320] allegedly arguing, briefly, that there were no Budget restrictions on the amount

28    available to pay LNBYG or Removed UST fees because the DIP Loan was paid in full. (*See*

1   Reply to Limited Opposition to First Interim Fee Application).

2    It appears after the hearing on LNBYG's First Interim Fee Application on May 26, 2022

3  ("First Interim Fee Application Hearing"), the Court entered an order approving the

4  LNBYG First Interim Fee Application, in full, and authorizing the Debtor to pay

5  $549,361.47 sought by LNBYG pursuant to its First Interim Fee Application [*See* Docket

6  349]. Allegedly, it appears the foregoing amount was paid to LNBYG.

7    It appears on November 10, 2022, LNBYG allegedly filed that certain "*Second Interim*

8  *Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. for Approval of Fees and*

9  *Reimbursement of Expenses*" ("Second Interim Fee Application") [*See* Docket 439]

10  whereby LNBYG allegedly sought the Court's approval to collect the fees incurred by

11  LNBYG and reimbursement of expenses incurred during the pendency of the Debtor's

12  chapter 11 bankruptcy case for the period of the Petition Date of April 16, 2022, through

13  and including October 31, 2022. Pursuant to the Second Interim Fee Application, LNBYG

14  sought fees in the amount of $330,744.00 and expenses in the amount of $25,558.77 for

15  total fees and expenses in the amount of $23,558.77 for total fees and expenses in the

16  amount of $354,302.77.

17    On November 22, 2022, Paramount Claim Holder filed another motion to settle and

18  close the matter pursuant, among other things, his timely lawful creditors objection, lawful

19  transfer of the Lands out of Debtor's estate, $999,999,999.99 deposit, removal of the United

20  States Trustee and unrebutted affidavits. [*See* Docket 446] Paramount Claim Holder

21  objected to Second Interim Fee Application to that/those extent(s), only.

22    It appears the Removed UST raised certain information objections to the Second Interim

23  Fee Application which were resolve pursuant to a stipulation with LNBYG. [*See* Docket

24  448]. The stipulation was approved pursuant to an order entered on November 29, 2022.

25  [*See* Docket 451]

26    It appears on or about December 02, 2022, Inferno allegedly filed its reservation of rights

27  with respect to the Second Interim Fee Application. [*See* Docket 453].

28    It appears after the continuance of the hearing on the Second Interim Fee Application to

1   December 08, 2023, on December 08, 2023, this Court entered its order approving the

2   Second Interim Fee Application and allowin fees of $300,000.00 and costs of $21,221.81.

3   [*See* Docket 457]. The allowed fees and costs were paid by the Debtors' estate.

4        It appears on November 06, 2023, LNBYG filed that certain "*Third Interim Application*

5   *of Levene, Neale, Bender, Yoo & Golubchik L.L.P for Approval of Fees and Reimbursement*

6   *of Expenses*" ("Third Interim Fee Application") [*See* Docket 547] whereby LNBYG sought

7   the Court's approval to collect the fees incurred by LNBYG and reimbursement of expenses

8   incurred during pendency of the Debtor's chapter 11 bankruptcy case for the period of

9   November 01, 2022, through and including October 31, 2023. It appears pursuant to the

10  Third Interim Fee Application, LNBYG sought fees in the amount of $114,614.50 and

11  expenses in the amount of $3,538.94 for total fees and expenses in the amount of

12  $118,153.44.

13       It appears on or about November 16, 2023, Inferno allegedly filed its reservation of

14  rights with respect to the Third Interim Fee Application. [*See* Docket 542].

15       It appears on or about December 01, 2023, this Court entered its order approving the

16  Third Interim Fee Application and allowing the requested fees and costs. [*See* Docket 545].

17  The allowed fees and costs were paid by the Debtors' estate.

18  **F.    Cash on Hand and Estimated Amount of Other Accrued and Unpaid Expenses of**

19       **Adminstration**

20       It appears LNBYG is allegedly informed and believes that as of November 14, 2024, the

21  Debtor has sufficient funds on hand, which is allegedly separate from approximately

22  $37,500,000.00 proceeds allegedly maintained in a segregated account. Counselor research

23  and development agrees. It appears LNBYG alleges it is further informed and believes that

24  (1) the other "professionals" employed by the estate were paid in full upon the illusory close

25  of escrow for the illusory sale of the Lands, (2) SCP/Lawrence R. Perkins, the Debtor's

26  alleged Non-member Manager, has allegedly generally been paid current on a monthly basis

27  pursuant to notice and payment procedures approved by the Court [*See* Dockets 70, 77], and

28  (3) the Debtor is allegedly generally current on all other post-petition obligations. As a

1  result it appears more than sufficient funds exist to pay the fees and costs requested/-

2  demanded in this Application.

3  **G.**    **Narrative Statement of Services Rendered, Time Expended, and Fees Charged**

4      **For Each Billing Category**

5      When recording its time, Counselor places all time entries for fees into one of 14

6  (fourteen) categories. These categories consist of (1) Asset Analysis and Recovery,  (2)

7  Asset Disposition, (3) Business Operations, (4) Case Administration (5) Claims Ad-

8  ministration and Objections, (6) Employee benefits/Pensions, (7) Fee/Employment

9  Applications, (8) Fee/Employment Objections (9) Financing, (10) Relief from Stay, (11)

10  Creditor Meet & Confer(s), (12) Plan and Disclosure Statement(s) (20) Other Litigation (99)

11  Miscellaneous. Some time entries do not fit into any particular category, and some time

12  entries cross over into more than one category. Counselor does his best to place time entries

13  into categories which most accurately reflect the work performed. Nevertheless, there will

14  be some time entries dealin with the same subject matter have been placed into multiple

15  categories.

16      **1.    Asset Analysis and Recovery (01)**

17      During the covered period Counselor billed 1,359.9 hours and incurred $679,950.00

18  fees in this category. Fees in this category addressed researching, developing, evaluating,

19  among others, Debtors', Richard Saghians', and Paramount Claim Holders' assets to

20  overstand their efficiency, productivity, and potential risks. Counselor prepared and filed

21  several pleadings, objections, and Motions, among other things, to recover the Lands from

22  fraudulent transfers.

23      **2.    Asset Disposition (02)**

24      During the covered period Counselor billed 339.9 hours and incurred $169,950.00

25  fees in this category. Fees in this category addressed researching, developing, analyzing

26  and/or responding to, among others, Debtor, Richard Saghian, Roark, Inferno, Yogi, SPC,

27  Hankey, Hilldun, Englanoff Defendants, and Mechanics Lien Holders numerous filings

28  seeking to undermine or otherwise ignore Paramount Claim Holders paramount claim. It

1    appears Paramount Claim Holders orders, commands, demands and objections were

2    illusorily ignored/denied by the Court, however, each unrebutted affidavit stands as the real

3    valid and proper judgment, further sayeth naught.

4    **3.    Business Operations (03)**

5    During the Covered Period, Counselor did not bill any time in this category.

6    Counselor reserves and exercises all rights.

7    **4.    Case Administration (04)**

8    During the covered period Counselor billed 339.9 hours and incurred $169,950.00

9    in fees in this category. Fees included in this category are fees incurred by Counselor

10    researching, developing, preparing, editing, finalizing, reviewing, drafting and/or revising

11    documents and/or pleadings related to administrating the case.

12    Time in this category also includes researching, developing, and removing the United

13    States Trustee and its Offices as Trustee.

14    Time in this category includes fees incurred by Counselor researching, developing,

15    attempting to correspond with, and analyzing correspondence from relevant parties related

16    to fraudulent transfers, illusory sale of Lands, malicious prosecutions in the State of

17    California Superior Court, among many other things.

18    Finally, time in this category also included researching, developing remedies as it

19    relates to those whom ignored Paramount Claim Holders timely lawful creditors

20    objection(s).

21    **5.    Claims Administration and Objections (05)**

22    During the Covered Period Counselor billed 339.9 hours and incurred $169,950.00

23    in fees in this category. Fees included in this category incurred by Counselor researching,

24    developing, preparing, finalizing, analyzing, editing and reviewing objections.

25    **6.    Employee Benefits/Pensions (06)**

26    During the Covered Period, Counselor did not bill any time in this category.

27    **7.    Fee/Employment Applications (07)**

28    During the Covered Period Counselor billed 169.9 hours and incurred $84,500.00 in

fees in this category. Included in this category are fees incurred by Counselor researching, developing, preparing, editing, finalizing, reviewing, drafting and/or revising documents and/or pleadings related to LNBYG several fee applications, LNBYG current fee application, Roark numerous filings amounting to more than $144,000,000,000.00, the MOAs, Monthly Fee Statements, the axos bank statements, and East West Bank Statements.

**8.    Fee/Employment Objections (08)**

During the Covered Period Counselor billed 84.9 hours and incurred $42,450.00 in fees in this category. Included in this category are fees incurred by Counselor researching, developing, preparing, editing, finalizing, reviewing, drafting and/or revising documents, objections and/or pleadings related to LNBYG several fee applications, and Removing Removed UST.

**9.    Financing (09)**

During the Covered Period, Counselor did not bill any time in this category.

**10.   Relief From Stay (10)**

During the Covered Period, Counselor did not bill any time in this category.

**11.   Meeting of Creditors (11)**

During the Covered Period, Counselor did not bill any time in this category.

**12.   Plan and Disclosure Statement (12)**

During the Covered Period, Counselor did not bill any time in this category.

**20.   Other Litigation (20)**

During the Covered Period Counselor billed 2,975.5 hours and incurred $1,487,750.99. Before during and after the illusory sale of the Lands, the primary remaining issue is preserving Paramount Claim Holders paramount claim by way of full settlement and closure and liquidating the Bonds to remit payment to all alleged claimants. Counselor is not an attorney; therefore, extensive research and development [a]mounting to thousands of hours were expended by Counselor researching, developing, preparing, editing, finalizing, reviewing, drafting and/or revising documents, objections, pleadings, motions, the likes and/or otherwise for the benefit of Paramount Claim Holder. Counselor has appeared at

1  every hearing on the adversarial case, bankruptcy proceedings, and the subsequent appeals.

2      Counsleor has litigated extensively on behalf of Paramount Claim Holder, appeared at

3  Los Angeles County Registrar Recorder Clerks office by appointment at least 6 times and

4  walk-in several times. Counselor has been held at the above captioned tribunal and

5  threatened with detainment/arrest on several occaisions in conncetion with this matter,

6  Counselor has been held for a total of 128 hours at Los Angeles County Jail in connection

7  with the above-captioned case for Paramount Claim Holder, and attended numerous State of

8  California Superior Court "hearings" in connections with this matter for malicious

9  prosecutions of Paramount Claim Holder initiated by Richard Saghian and/or his authorized

10  agents related and connected to this case.

11      **14.**  <u>**Miscellaneous (14)**</u>

12      During the Covered Period, Counselor did not bill any time in this category.

13  **H.**  <u>**Specific Listing of All Time Spent by the Professional on the Matter for Which**</u>

14      <u>**Compensation is Sought**</u>

15      Annexed hereto as **Annexed "I"** is a detailed listing of all the time that Counselor

16  spent during the Covered Period for which Counselor seeks compensation including the date

17  Counselor rendered the service(s), a description of the service, the amount of time spent and

18  a designation of the person who rendered the service for the period of time within the

19  Covered Period. Also included in **Annexed "I"** is a breakdown of time entries into the

20  activity codes maintained by Counselor.

21  **I.**  <u>**Specific Listing of Expenses by Category**</u>

22      Attached hereto as **Annexed "II"** is a summarized listing by category and an

23  itemization of all expenses that Counselor advanced on behalf of the Debtor as, pursuant

24  any/all Bankruptcy/Equity Rules of Court, Debtor is accountable, responsible the likes

25  and/or otherwise for Paramount Claim Holders, a Creditor, fees and cost during the Covered

26  Period. These include Counselors expenses incurred, including, but not limited to,

27  photocopying, long distance phone calls, telecopying, mailing, and hiring messenger

28  services. Counselor generally handles regular and routine photocopying in-house for which

1  Counselor charges clients ($0.20) cents per page. Counselor believes that this is less than

2  Counselor actual expenses incurred with regard to the photocopying machines, supplies and

3  labor associated with providing photocopying services. Counselor maintains physical

4  receipts created from each printer used which clearly indicates the number of copies

5  included in each print job.

6      Counselor does use outside copy services for large copying projects that charge bulk

7  rates for photocopying. In these instances, Counselor charges clients the same amount that

8  Counselor pays the outside service.

9      Counselor charges clients $1.00 per page for sending telecopies and $.20 per page for

10  receiving telecopies which Counselor believes is less than Counselor's actual expenses

11  incurred with regard to telecopying. All expenses that Couselor advanced on behalf of the

12  Debtor, as, pursuant any/all Bankruptcy/Equity Rules of Court, Debtor is accountable,

13  responsible the likes and/or otherwise for Paramount Claim Holders, a Creditor, fees and

14  cost during the Covered Period, were necessarily incurred and are properly charged as

15  administrative expenses of the Debtor's Chapter 11 estate.

16      When Counselor paid services such as Lexis Nexis, Counselor records the clients

17  account number or case name for the research to be performed. Each month Counselor

18  creates an invoice which reflects both an aggregate total of charges incurred by Counselor

19  for the month, as well as a break out of the specific charges incurred on behalf of each client

20  (identified by name or case number or client account number). The amount(s) relected on

21  the monthly invoice is then entered by Counselor to the appropriate client account number

22  as identified on the invoice. There is no profit or other additional charge added to the

23  amount reflected from vendors such as Lexis Nexis.

24  **J.   Description of Professional Education**

25      Counselor is a one man operation that specializes, for over twenty one (21) years, in

26  and limits its practice to matters of self-representation including, but not limited to Creditor

27  matters, matters of insolvency, reorganization and bankruptcy law, and other litigation

28  matters, and is well qualified to self-represent Paramount Claims Holder. Counselor is not

1  admitted to practice law in the California courts nor in the United States District Court for

2  the Central District of California, however, still required to perform at the compentcy level

3  and/or higher, and therefore entitled to his fees and reimbursement of his costs..

**III.**

**Law Standard**

6      Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation

7  requests in the Ninth Circuit was that the Court should award lawyer's fees in accordance

8  with a "strict rule of economy test" In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th

9  Cir. 1981), cert. denied, 456 U.S. 977 (1982). This is no longer the law. The legislative

10  history to Section 330 of the Bankruptcy Code indicates that Congress was primarily

11  concerned with protecting the public interest in the smooth, efficient operation of the

12  bankruptcy system by encouraging competent bankruptcy specialists to remain in the field.

13  First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re

14  Powerline Oil Co.) 71 B.R. 767, 770, (Bankr. 9th Cir. 1986); In re Baldwin-United Corp.,

15  79 B.R. 321, 346 (Bankr. S.D. Ohio 1987). Toward this end, Congress specifically

16  disavowed notions of economy of administration, and provided that compensation in

17  bankruptcy case should be comparable to what is charged in nonbankruptcy matters. Id. at

18  346.

19      Under the lodestar approach, the Court is to determine the number of hours reasonably

20  expended in a lawyer's representation of a debtor and multiply such numbers by a

21  reasonable hourly rate for the services performed. See Delaware Valley Citizens' Council

22  for Clear Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. 770. A reasonable hourly

23  rate is presumptively the rate the marketplace pays for the services rendered. Missouri v.

24  Jenkins by Agyei, 491 U.S. 274, 109 S.Ct. 2463 (1989); Burgessv. Klenske (In re Manoa

25  Finance Co., Inc.) 853 F.2d 687, 691, (9th Cir. 1988). Recognizing that the determination of

26  an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme

27  Court stated:

28        "Market prices of commodities and most sercives are determined by supply and

Andre Marie Smith national banking association.

1   demand. In this traditional sense there is no such thing as a prevailing market rate for the

2   service of lawyers in a particular community. The type of services rendered by lawyers, as

3   well as their experience, skill, and reputation, varies extensively – even within a law firm.

4   Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees

5   charged often are based on the product of hours devoted to the representation multiplied by

6   the lawyer's customary rate." Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984). The

7   Supreme Court has stated that a reasonable lawyer's fee "means a fee that would have been

8   deemed reasonabe if billed to affluent plaintiffs by their own attorneys." Missouri v. Jenkins

9   by Agyei, 109 S.Ct, at 2470 (qouting City of Riverside v Rivera, 477 U.S. 561 (1986)

10  (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the amount to which

11  lawyers in the area with comparable skill, experience and reputation typically would be

12  entitled as compensation. Blum v. Stenson, 465 U.S. at 895 n.11.

13      Counselor respectfully submits that the hourly rates for its lawyer and paraprofessionals

14  are reasonable and appropriate in the relevant community and in view of the circumstanes of

15  this case, the demands that the case placed on Counselor and Counselor's efforts and the

16  results achieved by Counselor thus far. Based on all of the foregoing, Counselor submits

17  that its requested discounted fees and expenses are reasonable and should be approved on an

18  interim basis.

19      Pursuant Bankruptcy Code Definations, "Claim" is defined as (a) right to payment,

20  whether or not reduced to judgment, liquidated, fixed, contigent, matured, unmatured,

21  disputed, undisputed, legal, equitable, secured or unsecured; or (b) right to an an equitable

22  remedy for breach of performance if such breach gives rise to a right to payment, whether or

23  not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured,

24  unmatured, disputed, undisputed, legal equitable, secured or unsecured § 101(5).

25      Pursuant Bankruptcy Code Definations, "Creditor" is an entity that has a claim against

26  the debtor that arose at the time of or before the order for relief concerning the Debtor. §

27  101(5).

28      As such, Paramount Claim Holder is a Creditor, and Debtor *must* pay Paramount Claim

1  Holders fees and cost.

2  **IV.**

3  **Conclusion**

4  **Wherefore**, Counselor respectfully requests that the Court enters an order:

5  **(1)**  approving the Application;

6  **(2)**  approving, on an interim basis, Counselor fees incurred during the Covered

7  Period $1,010,270.98 for total fees and expenses in the amount of $1,010,270.98.

8  **(3)**  authorizing the Debtor to pay Counselor the sum of $1,010,270.98, which is the

9  total of fees and expenses incurred during the Covered Period; and

10  **(4)**  granting such other and further relief in favor of Paramount Claim Holder as the

11  Court deems just and proper. *it is so ordered.*

12  Date: November 25, 2024

13  peacefully; Until then, I am very truly yours,

14

15  by:

16

17  *Smith, Andre Mario el sui juris; esquire.*
    *attorney in-fact; lawful counselor for*
    Creditor: Andre Mario Smith

18  all rights reserved and exercised.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

*(left margin, handwritten, vertical):* Andre Mario Smith national banking association.

## Declaration/Affidavit for *Smith, Andre Mario el sui juri; esquire.*

I, *Smith, Andre Mario el sui juris; esquire*, Declare/Affirm the following; It appears:

1.  I am over 18 years of age. Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto.

2.  I am self representing and otherwise serving as bankruptcy counsel to Andre Mario Smith, Creditor and paramount claim holder ("Creditor") in this chaper 11 bankruptcy case filed by Crestlloyd, LLC Debtor and Debtor in Possession ("Debtor").

3.  I make this Declaration in support of *Smith, Andre Mario el sui juris; esquire* ("Counselor") Second Interim Application for Approval of Fees and Reimbursement of Expenses ("Application") to which this Declaration is attached. All capitalized terms herein which are not defined herein have the same meanings as in the Application.

4.  In the ordinary course of Counselor's business, Counselor creates business books and records ("Records and Books") regarding, among other things, time recorded by Counselor performing particular tasks for clients and expenses incurred for particular clients, Counselor's Records and Books are made at or near the time by, or from information transmitted by, a person with knowledge, in the ordinary course of Counselor's business and as a regular practice of Couselor's business. The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on Counselors Records and Books.

5.  I am primarily responsible for Creditor's representation, for which Debtor estate is accountable and/or responsible for paying, as general bankruptcy counsel during Debtor's Chapter 11 case.

6.  I participated in the drafting of the Application to which this Declaration is attached. To the best of my knowledge, information and belief, all of the matters stated in the Application are validly and properly alleged or true and correct.

7.  All expenses outside services such as photocopying sercices, messenger and express mail services, postage, research and development services for which Counselor requests

1    reimbursement are the actual expenses incurred by Counselor for such services, and

2    Couselor does not seek any additional amounts or profits with respect thereto.

3        8.    I have reviewed the requirements of Local Bankruptcy Rule 2016-1, and I believe

4    that the Application complies with this Rule.

5        I declare and verify under penalty of perjury under the laws of The United States of

6    America that the foregoing is true and correct.

7        Executed this 25th day of November 2024, at Los Angeles, California.

8    Date: November 25, 2024

9                                                  peacefully; Until then, I am very truly yours,

10

11

12

13    Smith, Andre Mario el sui juris; esquire.
       attorney in-fact; lawful counselor for

14    Creditor: Andre Mario Smith
       all rights reserved and exercised.

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

Andre Mario Smith national banking association.

**Annexed I**

# Fee Application

**Crestlloyd LLC c/o Sierra Constellation**
**Larry Perkins, Manager**                                    **November 19, 2024**
**355 South Grand Avenue, Suite: 1450**
**Los Angeles, California 90071**

**Andre Mario Smith**                        **SAM**
**Our File Number: 220216001**

| Professional Services Rendered | January 01, 2022 | **through** | October 31, 2024 |
|---|---|---|---|
| Total Professional Hours | 2,020.001 | Fees | $1,010,270.98 |

**Current Period Total Professional Fees and Cost**          **$1,010,270.98**

Andre Mario Smith national banking association.

# Detailed Activities

**Crestlloyd LLC**              **November 18, 2024**        **Page Number   01**

**Case Number 220216001**                          **From Date January 01, 2022**

                                         **To Date December 31, 2022**

### 01 _ Asset Analysis and Recovery

April 01, 2022          Researching, Developing, Analyzing Fraudulent Deed to Richard
                        Saghian/944 Airole LLC Dated March 30, 2022 & Debtor Assets

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

April 04, 2022          Researching, Developing, Analyzing Fraudulent Deed to Richard
                        Saghian/944 Airole LLC Dated March 30, 2022 & Debtor Assets

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

April 05, 2022          Researching, Developing, Analyzing Fraudulent Deed to Richard
                        Saghian/944 Airole LLC Dated March 30, 2022 & Debtor Assets

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

April 06, 2022          Researching, Developing, Analyzing Fraudulent Deed to Richard
                        Saghian/944 Airole LLC  Dated March 30, 2022 & Debtor Assets

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

April 07, 2022          Researching, Developing, Analyzing Fraudulent Deed to Richard
                        Saghian/944 Airole LLC  Dated March 30, 2022 & Debtor Assets

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

April 08, 2022          Researching, Developing, Analyzing to Richard Saghian, 944 Airole
                        LLC, Debtor Assets

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

June 17, 2022          Researching, Developing, Analyzing to Richard Saghian, 944 Airole
                        LLC, Debtor Assets

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

                                   **Total    $14,000.00        28.0**

### 02 _ Asset Disposition

February 22, 2022          Researching, Developing and/or analyzing Chapter 11 MOR Dkt 129

| 2004001 | SAMesje | 500.00 | $1,000.00 | 2.0 |
|---|---|---|---|---|

February 23, 2022          Researching, Developing and/or analyzing Motion to Extend Exclusivity
                           Period Dkt 130

| 2004001 | SAMesje | 500.00 | $1,500.00 | 3.0 |
|---|---|---|---|---|

February 23 2022          Researching, Developing and/or analyzing Roark Motion Dkt 133

| 2004001 | SAMesje | 500.00 | $1,500.00 | 3.0 |
|---|---|---|---|---|

Andre Mario Smith natinal banking association.

**Crestlloyd LLC**          **November 18, 2024**     **Page Number  02**

**Case** Number 220216001                    **From Date January 01, 2022**

                                             **To Date December 31, 2022**

| | | | |
|---|---|---|---|
| February 25, 2022 | Researching, Developing and/or analyzing Debtor Oppostion to Roark Motion Dkt 134 | | |
| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
| February 28, 2022 | Researching, Developing and/or analyzing Order Denying Protective Order and Creditor Opposition to Roark sale confirmation Dkt 135;137 | | |
| **2004001** | **SAMesje** | **500.00** | **$1,500.00** | **3.0** |
| March 01, 2022 | Researching, Developing and Preparing Second Motion For Emergency Protective | | |
| **2004001** | **SAMesje** | **500.00** | **$1,000.00** | **2.0** |
| March 02, 2022 | Researching, Developing and Analyzing Debotr MOR and Order on Motion for Protective Order Dkt 139 | | |
| **2004001** | **SAMesje** | **500.00** | **$3,000.00** | **6.0** |
| March 07, 2022 | Researching, Developing and analyzing Stipulation by debtor and Hilldun re Motion to sell Property and Hilldun Claim Dkt 141 | | |
| **2004001** | **SAMesje** | **500.00** | **$1,000.00** | **2.0** |
| March 08, 2022 | Researching, Developing and analyzing Motion to Sell Estate Property Free and Clear of liens Dkt 142; 143; 144; 160 | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| March 09, 2022 | Researching, Developing and analyzing Debtors Ex Parte Application Order Approving Hilldun Stip & Notices to filer Dkt 146;147;148;149 | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| March 10, 2022 | Researching, Developing and analyzing Notice of Sale of Property Rsd Notice of sale property appl, order apprv shortend notice Dkt 151,152 | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| March 11, 2022 | Resarching and Developing and analyzing Hearing Notice, Appearance Notice Genevieve Weiner for Richard Saghian Dkt 153; 161 | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| March 14, 2022 | Researching, Developing and Analyzing Buyers Emergency Motion to Enforce Bid Procedures, Hearing Notice, Lodgment Dkt 162- 166 | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| March 15, 2022 | Researching, Developing, Analyzing Order Denying Second Seal Motion, order denying full settlement and closure, Obection to emergency motion approving bid procedures Dkt 167; 168; 169 | | |
| **2004001** | **SAMesje** | **500.00** | **$2,500.00** | **5.0** |

Andre Mario Smith national banking 4 association.

# Detailed Activities

**Crestlloyd LLC**                    **November 18, 2024**        **Page Number  03**

**Case Number 220216001**                        **From Date January 01, 2022**

**To Date December 31, 2022**

| March 16, 2022 | Researching, Developing, Analyzing Notice/order on Dkt 147 &152 Debtor MFS Dkt 181;182;200; 183;184;185; 186; 187;188;189;190 |
|---|---|
| **2004001       SAMesje** | **500.00        $4,000.00      8.0** |
| March 17, 2022 | Researching, Developing, Analyzing American Truck & Tool Opposition to Dkt 142, J&E Texture Inc Objection to Dkt 142; Yogi Securities Objection to Dkt 142; Buyers Statement Dkt 191;192;193;194;195 |
| **2004001       SAMesje** | **500.00        $1,500.00      3.0** |
| March 18, 2022 | Researching, Developing, Analyzing Transcript for 01/06/22 hearing; Transcript for 01/13/22 hearing; 197; |
| **2004001       SAMesje** | **500.00        $2,000.00      4.0** |
| March 21, 2022 | Researching, Developing, Analyzing Debtor Stipulation with American Truck & Tool Rentals Inc, and Texture, Inc.; Richard Saghian Omnibus Reply; Richard Saghian Omnibus Reply Declaration; Richard Saghian Unpublished Opinions Reply dkt 142 Dkt 203; 204; 205; 206; 207 |
| **2004001       SAMesje** | **500.00        $4,000.00      8.0** |
| March 22, 2022 | Researching, Developing, Analyzing Debtor Reply to American Truck & Tool Rentals Inc Opposition, Texture, Inc. Objection, Yogi Securities Holdings, LLC Objection, Nile Niami Objection, Inferno Investments Opposition; Debtor Objection to Anthony Aquino; Debtor Objection to Joseph Englanoff Declaration Dkt 209; 210 |
| **2004001       SAMesje** | **500.00        $4,000.00      8.0** |
| March 23, 2022 | Yogi Securities Errata Dkt 214 |
| **2004001       SAMesje** | **500.00        $1,000.00      2.0** |
| March 24, 2022 | Researching, Developing, Analyzing Nile Niami Request for Judicial Notice; Yogi Securities Holdings, LLC Reply to Debtor Objection; Re-Quest for CD; Debtor Lodgment Notice of Signed Addendum to Purchase Agreement; Stip by Debtor and amended Stip with J&E Texture; Roark Letter of Wishes Dkt 217; 220; 221 |
| **2004001       SAMesje** | **500.00        $4,000.00      8.0** |

# Detailed Activities

**Crestlloyd LLC**                    **November 18, 2024**        **Page Number   04**

**Case Number 220216001**                        **From Date January 01, 2022**
                                          **To Date December 31, 2022**

| March 25, 2022 | Researching, Developing, Analyzing U.S. Trustee CD Request; Order Approving Debtor Motion Dkt 144; Debtor Exhibit 1 to Dkt 142 Order; Debtor Notice of Lodgment of Order; Nile Niami Transcript Orders; Roark Notice of Mailed Letter Dkt 223; 224; 225; 226; 227; 228; 229 230; 231; 232; 233;243 |
| --- | --- |

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| --- | --- | --- | --- | --- |

| March 28, 2022 | Researching, Developing, Analyzing Debtor Lodgement Notice related To Dkts 226;142; Debtor Response to Rejection of Order granting Debtors Motion for Order related to Dkt 142; Debtor Lodgement Notice; Order on Motion to sell Dkt 244; 245; |
| --- | --- |

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| --- | --- | --- | --- | --- |

| March 29, 2022 | Researching, Developing, Analyzing Order Granting Debtors Motion; Nile Niami Notice of Appeal; 03/21/22 Hearing Transcript; 03/11/22 Hearing Transcript; 12/10/21 Hearing Transcript; 12/02/21 Hearing Transcript Dkt 247; 249; 251; 253; 255; 257 |
| --- | --- |

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| --- | --- | --- | --- | --- |

| March 30, 2022 | Researching, Developing, Analyzing Nile Niami Appeal Referral Notice Appearance Notice Kyra Andrassy/Inferno Investment Inc. Dkt 259; 260 |
| --- | --- |

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| --- | --- | --- | --- | --- |

| March 31, 2022 | Researching, Developing, Analyzing Debtor Motion to Set Last day to File Proof of Claims; 03/18/22 Hearing Transcript; Order on Motion To Sell Dkt 261;263; 264 |
| --- | --- |

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| --- | --- | --- | --- | --- |

| April 01, 2022 | Researching, Developing, Analyzing Fraudulent Deed to Richard Saghian/944 Airole LLC Dated March 30, 2022 |
| --- | --- |

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
| --- | --- | --- | --- | --- |

| April 04, 2022 | Researching, Developing, Analyzing Fraudulent Deed to Richard Saghian/944 Airole LLC Dated March 30, 2022 |
| --- | --- |

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
| --- | --- | --- | --- | --- |

| April 05, 2022 | Researching, Developing, Analyzing Fraudulent Deed to Richard Saghian/944 Airole LLC Dated March 30, 2022 |
| --- | --- |

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
| --- | --- | --- | --- | --- |

| April 06, 2022 | Researching, Developing, Analyzing Fraudulent Deed to Richard Saghian/944 Airole LLC Dated March 30, 2022 Remedy and Recourse |
| --- | --- |

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| --- | --- | --- | --- | --- |

*Andre Mario Smith national banking association* (handwritten, left margin)

# Detailed Activities

**Crestlloyd LLC**                    **November 18, 2024**        **Page Number   05**

**Case** Number 220216001                        **From Date January 01, 2022**
                                                 **To Date December 31, 2022**

April 07, 2022          Researching, Developing, Analyzing Fraudulent Deed to Richard
                        Saghian Dated March 30, 2022 Remedy and Recourse

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---------|---------|--------|-----------|-----|

                                      **Total    $81,500.00    163.0**

### 04 _ Case Administration

April 08, 2022          Researching, Developing, Analyzing Order Granting motion to extend
                        Exclusivity Period 270

| 2004001 | SAMesje | 500.00 | $1,000.00 | 2.0 |
|---------|---------|--------|-----------|-----|

April 11, 2022          Researching, Developing, Analyzing Order on Motion to Extend
                        Exclusivity Period Dkt 271

| 2004001 | SAMesje | 500.00 | $1,000.00 | 2.0 |
|---------|---------|--------|-----------|-----|

April 20, 2022          Researching, Developing, Analyzing Debtor Declaration that no party
                        Requested a hearing; Debtors optional Appellate Statement Dkt 284;285

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---------|---------|--------|-----------|-----|

April 21, 2022          Researching, Developing, Analyzing Debtor Sale Closing Statement
                        Dkt 286

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---------|---------|--------|-----------|-----|

May 03, 2022            Researching, Developing, Analyzing Notice of Appearnce Karol K.
                        Denniston, Christopher J. Giaimo filed by Pacific Union International dba
                        Compass; other case administration

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---------|---------|--------|-----------|-----|

May 05, 2022            Researching, Developing, Analyzing Debtor Chapter 11 MOR Dkt 302

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---------|---------|--------|-----------|-----|

May 06, 2022            Researching, Developing, Analyzing Debtor Chapter 11 MOR Stipulation
                        with American Truck and Tool Rentals Inc.; Order Approving Stip with
                        Debtor and American Truck DKt 303; 304; 305

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---------|---------|--------|-----------|-----|

May 16, 2022            Researching, Developing, Analyzing Debtor MFS Dkt 315

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---------|---------|--------|-----------|-----|

Andre Maris Smith National banking association.

# Detailed Activities

**Crestlloyd LLC**                    **November 18, 2024**        **Page Number   06**

**Case** Number 220216001                              **From Date January 01, 2022**
                                                      **To Date December 31, 2022**

| May 24, 2022 | Researching, Developing, Analyzing Notice of Appearnce John Moe II For Yogi Securiites Holdings LLC; Debtor Chapter 11 MOR; Inferno Investments Notice of  Transcript; Lawrence R. Perkins Declaration in Support of LNBYG First Interim Fee/Reimbursemnt application Dkt 322; 323; 324 | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| May 25, 2022 | Researching, Developing, Analyzing Motion for Authority to Disburse funds to Hankey Capitol LLC Dkt 325 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| May 26, 2022 | Researching, Developing, Analyzing Debtor Application shortneing time, Debtor Amended Application Shortening Time, Order Granting Motion Shortening time Dkt 326; 327; 329 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| June 27, 2022 | Researching, Developing, Analyzing Debtor Motion to extend Exclusivity period; FRCP/FRBP; Debtor MOR Dkt 371;374 | | | |
| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **8.0** |
| June 28, 2022 | Researching, Developing, Analyzing Theodore Lanes Stay Stip; Theodore Lanes Lodgemnt Notice; Dkt 375; 376; 324 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 01, 2022 | Researching, Developing, Analyzing Order for Automatic Stay; USDC Dismissal of Inferno Appeal Dkt 377; 378 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 05, 2022 | Researching, Developing, Analyzing Stip and Order; Yogi Substitution Yogi Stip FRCP/FRBP Case Administration Dkt 379; | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 11, 2022 | Researching, Developing, Analyzing ; Yogi Substitution Yogi Stip FRCP/FRBP Case Administration Dkt 380; 381 | | | |
| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **8.0** |
| July 20, 2022 | Researching, Developing, Analyzing Debtor Chapter 11 MOR Dkt 387 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |

Andre Mario Smith national banking assocciation.

# Detailed Activities

**Crestlloyd LLC**          **November 18, 2024**          **Page Number   07**

**Case Number 220216001**                    **From Date January 01, 2022**

                                   **To Date December 31, 2022**

July 21, 2022          Researching, Developing, Analyzing Order Granting Second motion to extend exclusivity agreement; USDC Debtor Appeal Dismissal FRCP/FRBP Case Administration Dkt 388; 390

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| --- | --- | --- | --- | --- |

|  |  | **Total** | **$58,000.00** | **116.0** |
| --- | --- | --- | --- | --- |

### 05 _ Claims Administration and Objections

January 03, 2022          Resarching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| --- | --- | --- | --- | --- |

January 04, 2022          Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| --- | --- | --- | --- | --- |

January 05, 2022          Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| --- | --- | --- | --- | --- |

January 06, 2022          Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| --- | --- | --- | --- | --- |

January 07, 2022          Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| --- | --- | --- | --- | --- |

January 10, 2022          Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| --- | --- | --- | --- | --- |

January 11, 2022          Resarching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| --- | --- | --- | --- | --- |

January 12, 2022          Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| --- | --- | --- | --- | --- |

January 13, 2022          Resarching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
| --- | --- | --- | --- | --- |

Andre Mario Smith national banking a ssociation.

# **Detailed Activities**

**Crestlloyd LLC**                    **November 18, 2024**        **Page Number   08**

**Case** **Number 220216001**                        **From Date January 01, 2022**
                                         **To Date December 31, 2022**

January 14, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 17, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 18, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 19, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 20, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 21, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 24, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 25, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 26, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 27, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 28, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 31, 2022        Researching, Developing and Preparing Creditors Objections

Andre Mario Smith National Banking association.

# Detailed Activities

**Crestlloyd LLC**                **November 18, 2024**      **Page Number   09**

**Case** Number 220216001                **From Date January 01, 2022**
                                          **To Date December 31, 2022**

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 01, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 02, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 03, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 04, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 07, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 08, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 09, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 10, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 11, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | 2,000.00 | 4.0 |
|---|---|---|---|---|

February 14, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 15, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

Andre Maria Smith national banking association.

# Detailed Activities

**Crestlloyd LLC**          November 18, 2024      **Page Number  10**

**Case** Number 220216001                    **From Date January 01, 2022**

**To Date December 31, 2022**

February 16, 2022     Researching, Developing and Filing Creditors Objections

| **2004001** | **SAMesje** | | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|---|

February 28, 2022     Researching, Developing and/or analyzing Creditor Opposition to
Roark sale confirmation Dkt 137

| **2004001** | **SAMesje** | | **500.00** | **$1,500.00** | **3.0** |
|---|---|---|---|---|---|

March 15, 2022     Researching, Developing, Analyzing Objection to emergency motion
approving bid procedures Dkt 169

| **2004001** | **SAMesje** | | **500.00** | **$1,500.00** | **3.0** |
|---|---|---|---|---|---|

March 17 2022     Researching, Developing, Analyzing American Truck & Tool Opposition
to Dkt 142, J&E Texture Inc Objection to Dkt 142; Yogi Securities
Objection to Dkt 142;

| **2004001** | **SAMesje** | | **500.00** | **$2,500.00** | **5.0** |
|---|---|---|---|---|---|

March 18, 2022     Researching, Developing, Analyzing Nile Niami
Objection to Dkt 142; Inferno Invesment Opposition Dkt 142; Italian
Luxury Group et al Opposition Yvonne Niami Opposition Declaration Dkt
196; 198; 201;202

| **2004001** | **SAMesje** | | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|---|

March 23, 2022     Researching, Developing, Analyzing Debtor Objection to Nile Niami
Declaration; Debtor Objection to Declaration of Javier Gonzales;
Objection to Yvonne Niami Declaration; Dkt 211; 212; 213; 214

| **2004001** | **SAMesje** | | **500.00** | **$3,000.00** | **6.0** |
|---|---|---|---|---|---|

April 11 2022     Researching, Developing, Analyzing Cross Appeal/Statement of Election
By Debtor; Referral Notice of Cross Appeal; Deficiency Notice to
Appellant; Debtor Ameneded Cross Appeal Dkt 272; 272;273;274;275

| **2004001** | **SAMesje** | | **500.00** | **$4,00.00** | **8.0** |
|---|---|---|---|---|---|

April 12, 2022     Researching, Developing, Analyzing Nile Niami Designation of Contents
For Inclusionin Record on Appeal; Statement of Issues on Appeal; Notice
of Transcripts; Notice of Transcripts; Inferno Investments, Inc. Notice of
Appeal and Statements; Notice of Appeal Inferno Dkt 276;277;278;279

| **2004001** | **SAMesje** | | **500.00** | **$4,000.00** | **8.0** |
|---|---|---|---|---|---|

April 14, 2022     Researching, Developing, Analyzing Roark Notice Dkt 282

| **2004001** | **SAMesje** | | **500.00** | **$4,000.00** | **8.0** |
|---|---|---|---|---|---|

## Detailed Activities

**Crestlloyd LLC**                    **November 18, 2024**        **Page Number  11**

**Case Number 220216001**                        **From Date January 01, 2022**
                                                  **To Date December 31, 2022**

April 15, 2022        Researching, Developing, Analyzing Notice of Referral of Appeal by
                      Inferno Investments Inc; Opening Letter RE: Appeal from BAP;
                      Notice filed by Roark Dkt 280; 281; 283

| 2004001 | SAMesje | | 500.00 | $4,00.00 | 8.0 |
|---|---|---|---|---|---|

April 22, 2022        Researching, Developing, Analyzing Order granting and Denying in part
                      Motion to establish bar date Dkt 288

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|---|

April 23, 2022        Researching, Developing, Analyzing Proof of claim bar date filing;
                      USDC Assignment Notice to Appeal; Debtors MFS Dkt 289;290;291

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

April 24, 2022        Researching, Developing, Analyzing Order on Motion to Set Last day
                      To File Claims Proof

| 2004001 | SAMesje | | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|---|

April 27, 2022        Researching, Developing, Analyzing Debtor and Inferno Designatation
                      of Contents For Inclusion in Record of Appeal  Dkt 293; 294

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

April 28, 2022        Researching, Developing, Analyzing Nile Niami Certificate of Readiness of
                      Record on Appeal to District Court and Appeal Brieifing Schedule; Debtor
                      Statement of Issues on Appeal and Appellee designation of Countents for
                      Inclusion in Record Dk 295; 296; 297; 298

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

April 29, 2022        Researching, Developing, Analyzing Debtor Statement of Issues on Appeal
                      Debtors Amended Statement; Misc Dkt 299; 300

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

May 08, 2022          Researching, Developing, Analyzing Hearing Notice on LNBYG First
                      Interim Application for Approval of Fees and Reimbursement; Debtor
                      Motion FOR AUTHORITY TO PAY CERTAIN CREDITORS Dkt 307; 308

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

May 09, 2022          Researching, Developing, Analyzing Stipulation and Order; LA County
                      Treasurer and tax collector withdrawal of claim Dk 312; 313; FRCP/FRBP

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

May 13, 2022          Researching, Developing, Analyzing Inferno Investment Inc. Objection to
                      LNBYG First Interim fee & Reimbursemnt Application Dkt 299; 300

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

# Detailed Activities

**Crestlloyd LLC**          **November 18, 2024**      **Page Number   12**

**Case Number 220216001**                    **From Date January 01, 2022**

                                             **To Date December 31, 2022**

May 17, 2022          Researching, Developing, Analyzing Hearing Notice on LNBYG First
                      Interim Application for Approval of Fees and Reimbursement; Debtor
                      Motion FOR AUTHORITY TO PAY CERTAIN CREDITORS
                      Dkt 307; 308

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

May 18, 2022          Researching, Developing, Analyzing Debtor Amended Motion For
                      Authority to Pay Creditors  Dkt 319

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

May 19, 2022          Researching, Developing, Analyzing Debtor Reply to   Inferno Opposition
                      FRCP/FRBP Dkt 320

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

May 27, 2022          Researching, Developing, Analyzing Inferno Readiness Certificate of
                      Record on Appeal; Pacific Union International dba Compass Address
                      Change Notice; Inferno Completed Record Notice; Debtor Declaration
                      Telephonic Notice of Shortend Notice Hearing; Shortend Notice Hearing
                      Dkt 332; 333; 334

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

May 30, 2022          Researching, Developing, Analyzing Order and Notice of Rescheduled
                      Hearing; Service Proof; Inferno Opposition to Motion to Disburse to
                      Hankey and exhibits; Yogi Objection to Debtor Motion to disburse to
                      Hankey Dkt 335; 336; 337; 338; 339

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

May 31, 2022          Researching, Developing, Analyzing Debtor Reply to Inferno Opposition
                      and Errata; OrderShortening time Dkt 340; 341; 347

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 01, 2022         Researching, Developing, Analyzing Debtor Notice of Lodgment of Order
                      to Disburse to Hankey; Order granting LNBYG Fee/Reimbyrement
                      Application; Order granting authority to disburse to hankey Dkt 348; 349
                      350; 351; 352; 353

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

Andre Morai Smith national banking association.

## **Detailed Activities**

**Crestlloyd LLC**                  November 18, 2022        **Page Number   13**

**Case Number 220216001**                                  **From Date January 01, 2022**

**To Date December 31, 2022**

| June 17, 2022 | Researching, Developing, Analyzing Inferno Readiness Certificate of Record on Appeal; Pacific Union International dba Compass Address Change Notice; Inferno Completed Record Notice; Debtor Declaration Telephonic Notice of Shortend Notice Hearing; Shortend Notice Hearing Dkt 332; 333; 334 |
|---|---|

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
|---|---|---|---|---|

| June 23, 2022 | Researching, Developing, Analyzing Case; FRCP/FRBP; Case Law |
|---|---|

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **6.0** |
|---|---|---|---|---|

| June 24, 2022 | Researching, Developing, Analyzing Electronic Filing Notice; Debtor Objection to Showroom Interiors LLC Disbursemnt Motion; Miles Staglik Declaration; Debtor Evidentiary Objections; Motion to Extend Exclusivity Period Dkt 366; 367; 368; 369; 371 |
|---|---|

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
|---|---|---|---|---|

| July 12, 2022 | Researching, Developing, Analyzing Case; FRCP/FRBP; Case Law |
|---|---|

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
|---|---|---|---|---|

| July 13, 2022 | Researching, Developing, Analyzing Case; FRCP/FRBP; Case Law |
|---|---|

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
|---|---|---|---|---|

| July 14, 2022 | Researching, Developing, Analyzing Case; FRCP/FRBP; Case Law |
|---|---|

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
|---|---|---|---|---|

| July 15, 2022 | Researching, Developing, Analyzing Case; FRCP/FRBP; Case Law |
|---|---|

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
|---|---|---|---|---|

| July 18, 2022 | Researching, Developing, Analyzing Showroom Interiors Reply and Objection to Miles Staglik; Yogi Attorney Substitution; Errata Dkt 383; 384; 385; 386 |
|---|---|

| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
|---|---|---|---|---|

AnDe Mario Smith national banking association

# Detailed Activities

**Crestlloyd LLC**                 **November 18, 2024**        **Page Number   14**

**Case** Number 220216001                                  **From Date January 01, 2022**
                                                           **To Date December 31, 2022**

June 19, 2022          Researching, Developing, Analyzing Case; FRCP/FRBP; Case Law

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

|  |  | **Total** | **$190,000.00** | **380.0** |
|---|---|---|---|---|

### 08 _ Fee/ Employment Objections

May 07, 2022          Researching, Developing, Analyzing LNBYG Notice of Hearing on First
                     Interim Application of LNBYG for approval of fees and Reimbursement
                     filed by Debtor Dkt 306

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

May 08, 2022          Researching, Developing, Analyzing Hearing Notice on Dkt 299; 300

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

May 23, 2022          Researching, Developing, Analyzing Proof of claim bar date filing;
                     USDC Assignment Notice to Appeal; Debtors MFS Dkt 289;290;291

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

|  | **Total** | **$12,000.00** | **24.0** |
|---|---|---|---|

### 20 _ Other Litigation

January 03, 2022          Resarching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 04, 2022          Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 05, 2022          Resarching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 06, 2022          Researching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

January 07, 2022          Resarching and Developing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

*(handwritten in left margin, vertical): for the Maria Smith national banking association.*

# Detailed Activities

**Crestlloyd LLC**                    **November 18, 2024**        **Page Number  15**

**Case** Number 220216001                          **From Date January 01, 2022**

                                                   **To Date December 31, 2022**

January 10, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 11, 2022        Resarching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 12, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 13, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 14, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 17, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 18, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 19, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 20, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 21, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 24, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

January 25, 2022        Researching and Developing Creditors Objections

| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
|---|---|---|---|---|

Arche Mario Smith natural banking association.

# Detailed Activities

**Crestlloyd LLC**                    **November 18, 2022**        **Page Number   16**

**Case Number 220216001**                    **From Date January 01, 2022**

**To Date December 31, 2022**

January 26, 2022         Researching and Developing Creditors Objections

**2004001         SAMesje**                              **500.00**        **$2,000.00**        **4.0**

January 27, 2022         Researching and Developing Creditors Objections

**2004001         SAMesje**                              **500.00**        **$2,000.00**        **4.0**

January 28, 2022         Researching and Developing Creditors Objections

**2004001         SAMesje**                              **500.00**        **$2,000.00**        **4.0**

January 31, 2022         Researching, Developing and Preparing Creditors Objections

**2004001         SAMesje**                              **500.00**        **$2,000.00**        **4.0**

February 01, 2022         Researching, Developing and Preparing Creditors Objections

**2004001         SAMesje**                              **500.00**        **$2,000.00**        **4.0**

February 02, 2022         Researching, Developing and Preparing Creditors Objections

**2004001         SAMesje**                              **500.00**        **$2,000.00**        **4.0**

February 03, 2022         Researching, Developing and Preparing Creditors Objections

**2004001         SAMesje**                              **500.00**        **$2,000.00**        **4.0**

February 04, 2022         Researching, Developing and Preparing Creditors Objections

**2004001         SAMesje**                              **500.00**        **$2,000.00**        **4.0**

February 07, 2022         Researching, Developing and Preparing Creditors Objections

**2004001         SAMesje**                              **500.00**        **$2,000.00**        **4.0**

February 08, 2022         Researching, Developing and Preparing Creditors Objections

**2004001         SAMesje**                              **500.00**        **$2,000.00**        **4.0**

February 09, 2022         Researching, Developing and Preparing Creditors Objections

**2004001         SAMesje**                              **500.00**        **$2,000.00**        **4.0**

February 10, 2022         Researching, Developing and Preparing Creditors Objections

# Detailed Activities

**Crestlloyd LLC**                    **November 18, 2024**        **Page Number   17**

**Case** Number 220216001                        **From Date January 01, 2022**

                                                 **To Date December 31, 2022**

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 11, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | 2,000.00 | 4.0 |
|---|---|---|---|---|

February 14, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 15, 2022      Researching, Developing and Preparing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 16, 2022      Researching, Developing and Filing Creditors Objections

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 17, 2022      Researching, Developing, Preparing Emergency Protective Order/Seal

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

February 18, 2022      Researching, Developing, Preparing Emergency Protective Order/Seal

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

February 21 2022      Researching, Developing, Preparing Emergency Protective Order/Seal

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

February 22, 2022      Researching, Developing, Preparing Emergency Protective Order/Seal

| 2004001 | SAMesje | 500.00 | $3,000.00 | 6.0 |
|---|---|---|---|---|

February 23, 2022      Researching, Developing, Preparing Emergency Protective Order/Seal

| 2004001 | SAMesje | 500.00 | $2,000.00 | 4.0 |
|---|---|---|---|---|

February 24, 2022      Researching, Developing, filing Emergency Protective Order
                       Dkt 132

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

February 25, 2022      Researching, Developing and Analyzing Opposition to Roark Motion
                       Filed by Debtor Counsel Dkt 134

| 2004001 | SAMesje | 500.00 | $2,500.00 | 5.0 |
|---|---|---|---|---|

# Detailed Activities

**Crestlloyd LLC**                    **November 18, 2024**        **Page Number   18**

**Case** Number 220216001                              **From Date January 01, 2022**

                                        **To Date December 31, 2022**

February 28, 2022    Researching, Developing, Preparing, Serving Creditor Opposition, to
                     Roark Motion for Order for Confirmation of Sale Dkt 137

| **2004001** | **SAMesje** | | **500.00** | **$3,000.00** | **6.0** |

March 01, 2022    Researching, Developing, Preparing Creditor Second Motion for Seal

| **2004001** | **SAMesje** | | **500.00** | **$4,000.00** | **8.0** |

March 02, 2022    Researching, Developing, Preparing Creditor Second Motion for Seal
                  and Creditors Full Settlment and Closure Motion

| **2004001** | **SAMesje** | | **500.00** | **$2,000.00** | **4.0** |

March 03, 2022    Researching, Developing, Preparing Creditor Second Motion for Seal
                  and Creditors Full Settlment and Closure Motion

| **2004001** | **SAMesje** | | **500.00** | **$4,000.00** | **8.0** |

March 04, 2022    Researching, Developing, Preparing Creditor Second Motion for Seal
                  and Creditors Full Settlment and Closure Motion

| **2004001** | **SAMesje** | | **500.00** | **$4,000.00** | **8.0** |

March 07, 2022    Researching, Developing, filing Creditor Second Motion for Seal
                  and Creditors Full Settlment and Closure Motion

| **2004001** | **SAMesje** | | **500.00** | **$4,000.00** | **8.0** |

March 08, 2022    Researching, Developing, Preparing Opposition to Buyers
                  Emergency Motion to Enforce Order approving bid procedure, and
                  Good Faith Winning overBid

| **2004001** | **SAMesje** | | **500.00** | **$4,000.00** | **8.0** |

March 09, 2022    Researching, Developing, Preparing Opposition to Buyers
                  Emergency Motion to Enforce Order approving bid procedure and
                  Winning Good faith Over Bid

| **2004001** | **SAMesje** | | **500.00** | **$4,000.00** | **8.0** |

March 10, 2022    Researching, Developing, filing Opposition to Buyers Emergency
                  Motion to Enforce Order approving bid procedure & appearance notice
                  and Winning Good Faith Over Bid

| **2004001** | **SAMesje** | | **500.00** | **$2,000.00** | **8.0** |

March 11, 2022    Hearing Dept 1639

| **2004001** | **SAMesje** | | **500.00** | **$1,000.00** | **2.0** |

March 18, 2022    Hearing Dept 1639

| **2004001** | **SAMesje** | | **500.00** | **$1,000.00** | **2.0** |

# Detailed Activities

**Crestlloyd LLC**       **November 18, 2024**     **Page Number   19**

**Case Number 220216001**       **From Date January 01, 2022**

                                             **To Date December 31, 2022**

March 21, 2022         Hearing Dept 1639

| | | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$1,000.00** | **2.0** |

March 24, 2022         Hearing Dept 1639

| | | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$1,000.00** | **2.0** |

April 01, 2022         Researching and Developing Creditors Objections, Recording

| | | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |

April 04, 2022         Researching and Developing Creditor Objections Recording

| | | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |

April 08, 2022         Researching, Developing, Analyzing FRCP/FRBP

| | | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$3,000.00** | **6.0** |

April 11, 2022         Researching, Developing, Analyzing

| | | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |

April 12, 2022         Researching, Developing, Analyzing

| | | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |

April 13, 2022         Researching, Developing, Analyzing Frcp/FRBP LA Recorder Office

| | | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |

April 18, 2022         Researching, Developing, Analyzing, Preparing LA Recorder Docs
                                 Liens, FRCP/FRBP, Requesting Certified copies, Misc

| | | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |

April 19, 2022         Researching, Developing, Analyzing Remedies and Recourse, FRCP/-
                                 FRBP, Touring Lands, Enforcing Cease and Desist Notices

| | | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |

April 21, 2022         Researching, Developing, Analyzing Inferno Investments Appeal
                                 Transferred notice; Misc Dkt 287

| | | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |

*[handwritten in left margin, rotated vertically:]* AnDre Mario Smith National banking association .

## Detailed Activities

**Crestlloyd LLC**

November 18, 2024          Page Number 20

**Case Number 22021600I**

**From Date January 01, 2022**
**To Date December 31, 2022**

| Date | Account | Name | Rate | Amount | Hours |
|---|---|---|---|---|---|
| April 22, 2022 | 2004001 | SAMesie | 500.00 | $2,000.00 | 4.0 |

Administrative/clerical duties
Researching, Developing, Anal LA Recorder yzing case, filing, book/record keeping

| Date | Account | Name | Rate | Amount | Hours |
|---|---|---|---|---|---|
| April 24, 2022 | 2004001 | SAMesie | 500.00 | $2,000.00 | 4.0 |

Administrative/clerical duties
Researching, Developing, Analyzing case, filing, book/record keeping

| Date | Account | Name | Rate | Amount | Hours |
|---|---|---|---|---|---|
| April 25, 2022 | 2004001 | SAMesie | 500.00 | $4,000.00 | 8.0 |

Administrative/clerical duties LA Recorder
Researching, Developing, Analyzing case, filing, book/record keeping

| Date | Account | Name | Rate | Amount | Hours |
|---|---|---|---|---|---|
| May 02, 2022 | 2004001 | SAMesie | 500.00 | $4,000.00 | 8.0 |

Administrative/clerical duties LA Recorder
Researching, Developing, Analyzing case, filing, book/record keeping

| Date | Account | Name | Rate | Amount | Hours |
|---|---|---|---|---|---|
| May 03, 2022 | 2004001 | SAMesie | 500.00 | $2,000.00 | 4.0 |

Administrative/clerical duties LA Recorder
Researching, Developing, Analyzing case, filing, book/record keeping

| Date | Account | Name | Rate | Amount | Hours |
|---|---|---|---|---|---|
| May 04, 2022 | 2004001 | SAMesie | 500.00 | $4,000.00 | 8.0 |

Administrative/clerical duties LA Recorder
Researching, Developing, Analyzing case, filing, book/record keeping

| Date | Account | Name | Rate | Amount | Hours |
|---|---|---|---|---|---|
| May 10, 2022 | 2004001 | SAMesie | 500.00 | $4,000.00 | 8.0 |

Administrative/clerical duties LA Recorder
Researching, Developing, Analyzing case, filing, book/record keeping

| Date | Account | Name | Rate | Amount | Hours |
|---|---|---|---|---|---|
| May 11, 2022 | 2004001 | SAMesie | 500.00 | $4,000.00 | 8.0 |

Administrative/clerical duties LA Recorder
Researching, Developing, Analyzing case, filing, book/record keeping

| Date | Account | Name | Rate | Amount | Hours |
|---|---|---|---|---|---|
| May 12, 2022 | 2004001 | SAMesie | 500.00 | $4,000.00 | 8.0 |

Administrative/clerical duties LA Recorder
Researching, Developing, Analyzing case, filing, book/record keeping

| Date | Account | Name | Rate | Amount | Hours |
|---|---|---|---|---|---|
| May 17, 2022 | 2004001 | SAMesie | 500.00 | $4,000.00 | 8.0 |

Administrative/clerical duties LA Recorder Dkt 317; 318
Researching, Developing, Analyzing case, filing, book/record keeping

| Date | Account | Name | Rate | Amount | Hours |
|---|---|---|---|---|---|
| May 20, 2022 | 2004001 | SAMesie | 500.00 | $4,000.00 | 8.0 |

Administrative/clerical duties LA Recorder
Researching, Developing, Analyzing case, filing, book/record keeping

| Date | Account | Name | Rate | Amount | Hours |
|---|---|---|---|---|---|
| May 23, 2022 | 2004001 | SAMesie | 500.00 | $4,000.00 | 8.0 |

Researching, Developing, Analyzing case, filing, book/record keeping

Ana Maria Smith National Banking association.

# Detailed Activities

**Crestlloyd LLC**  **November 18, 2022**  **Page Number  21**
**Case Number 220216001**  **From Date January 01, 2022**
**To Date December 31, 2022**

Administrative/clerical duites LA Recorder

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

May 26, 2022  Hearing Department 1639

| 2004001 | SAMesje | 500.00 | $1,000.00 | 2.0 |
|---|---|---|---|---|

June 02, 2022  Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 03, 2022  Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 02, 2022  Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 03, 2022  Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 06, 2022  Researching, Developing, Analyzing Order for authority to pay creditors; Supplemental Brief; Showroom Interiors LLC Motion Requesting Payment Dkt 354; 355; 356; 357 358

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 07, 2022  Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 08, 2022  Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 09, 2022  Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

June 10, 2022  Researching, Developing, Analyzing Yogi Objection to Authority to Disburse to Hankey Dkt 359

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

# Detailed Activities

**Crestlloyd LLC**           November 18, 2024        Page Number   22

**Case** Number 220216001                    **From Date January 01, 2022**

                                                    **To Date December 31, 2022**

| June 13, 2022 | Researching, Developing, Analyzing Inferno Adversarial Complaint Dkt 360 | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| June 14, 2022 | Researching, Developing, Analyzing Inferno Opposition to Motion for Authority to Disburse to Hankey Dkt 361 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| June 15, 2022 | Researching, Developing, Analyzing Debtor Reply to Inferno Opposition Debtor MFS Dkt 364; 365 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| June 23, 2022 | Hearing Dept 1639 | | | |
| **2004001** | **SAMesje** | **500.00** | **$1,000.00** | **2.0** |
| June 10, 2022 | Researching, Developing, Analyzing Yogi Objection to Authority to Disburse to Hankey Dkt 359 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| June 13, 2022 | Researching, Developing, Analyzing Inferno Adversarial Complaint | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 21, 2022 | Hearing in Dept 1639 | | | |
| **2004001** | **SAMesje** | **500.00** | **$2,000.00** | **4.0** |
| July 22, 2022 | Researching, Developing, Analyzing Inferno Adversarial Complaint | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 25, 2022 | Researching, Developing Analyzing Order on Motion to Extend Exclusivity Debtor MOR Researching, Developing, Analyzing Inferno Adversarial Complaint | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 26, 2022 | Researching, Developing, Analyzing Yogi Objection to Authority to Disburse to Hankey Dkt 359 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| July 27, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |

## Detailed Activities

**Crestlloyd LLC**        **November 18, 2024**        **Page Number   23**

**Case Number 220216001**                    **From Date January 01, 2022**

**To Date December 31, 2022**

July 28, 2022          Researching, Developing, Analyzing case, filing, book/record keeping
                       Administrative/clerical duites FRCP/FRBP

**2004001        SAMesje                         500.00        $2,000.00      4.0**

July 29, 2022          Researching, Developing, Analyzing case, filing, book/record keeping
                       Administrative/clerical duites FRCP/FRBP

**2004001        SAMesje                         500.00        $4,000.00      8.0**

August 13, 2022        Researching, Developing, Analyzing Motion For Contempt of Buyers
                       Motion Andre Mario Smith to Show Cause Dkt 395

**2004001        SAMesje                         500.00        $4,000.00      8.0**

August 14, 2022        Researching, Developing, Analyzing Genevieve Declaration; Lodgment
                       For Contempt Motion; Richard Saghian shortening time application
                       and lodgment Dkt 396; 397; 398; 399

**2004001        SAMesje                         500.00        $4,000.00      8.0**

August 15, 2022        Researching, Developing, Analyzing preparing filing Demurrer/-
                       Objection and motion to seal exhibits

**2004001        SAMesje                         500.00        $4,000.00      8.0**

August 16, 2022        Researching, Developing, Analyzing case, Contempt remedies/strategies
                       FRCP/FRBP

**2004001        SAMesje                         500.00        $4,000.00      8.0**

August 17, 2022        Researching, Developing, Analyzing case, Contempt remedies/strategies
                       FRCP/FRBP

**2004001        SAMesje                         500.00        $4,000.00      8.0**

August 18, 2022        Researching, Developing, Analyzing case, Contempt remedies/strategies
                       FRCP/FRBP

**2004001        SAMesje                         500.00        $4,000.00      8.0**

August 19, 2022        Researching, Developing, Analyzing case, Contempt remedies/strategies
                       FRCP/FRBP

**2004001        SAMesje                         500.00        $4,000.00      8.0**

August 22, 2022        Researching, Developing, Analyzing case, Contempt remedies/strategies
                       FRCP/FRBP

**2004001        SAMesje                         500.00        $4,000.00      8.0**

August 23, 2022        Researching, Developing, Analyzing case, Contempt remedies/strategies
                       FRCP/FRBP

**2004001        SAMesje                         500.00        $4,000.00      8.0**

Andre Mario Smith National Banking Association.

# Detailed Activities

**Crestlloyd LLC**          **November 18, 2024**          **Page Number   24**

**Case Number 220216001**                    **From Date January 01, 2022**

**To Date December 31, 2022**

| August 24, 2022 | Researching, Developing, Analyzing Debtor MFS Contempt remedies/-strategies FRCP/FRBP | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| August 25, 2022 | Researching, Developing, Analyzing case, Contempt remedies/strategies FRCP/FRBP Dkt 404; 405; 406 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| August 26, 2022 | Researching, Developing, Analyzing Order on Seal Exhibits; FRCP/FRBP | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| August 29, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP; Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| August 30, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| August 31, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP?FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| September 01, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| September 02, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| September 05, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| September 06, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| September 07, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| September 08, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |

# Detailed Activities

**Crestlloyd LLC**                **November 18, 2024**        **Page Number  25**

**Case** Number 220216001                              From Date January 01, 2022

                                                 To Date December 31, 2022

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

September 09, 2022   Researching, Developing, Analyzing case, filing, book/record keeping
Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

September 12, 2022   Researching, Developing, Analyzing case, filing, book/record keeping
Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

September 13, 2022   Researching, Developing, Analyzing case, filing, book/record keeping
Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

September 14, 2022   Researching, Developing, Analyzing Debtor MOR; Debtor Stip;
Exhibit A to Stip; book/record keeping Administrative/clerical duites
FRCP/FRBP Adversarial Proceedings Dkt 408; 409; 410

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

September 15, 2022   Researching, Developing, Analyzing case, filing, book/record keeping
Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

September 16, 2022   Researching, Developing, Analyzing case, filing, book/record keeping
Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

September 19, 2022   Researching, Developing, Analyzing case, filing, book/record keeping
Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

September 20, 2022   Researching, Developing, Analyzing Buyer and Debtor Joint Motion
Richard Saghian Declaration book/record keeping Administrative/-
clerical duites FRCP/FRBP Adversarial Proceedings Dkt 411; 412

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

September 21, 2022   Researching, Developing, Analyzing, book/-
record keeping Administrative/clerical duites FRCP/FRBP Adversarial
Proceedings

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

September 22, 2022   Researching, Developing, Analyzing Order aproving Stip book/record
keeping Administrative/clerical duites FRCP/FRBP Adversarial
Proceedings Dkt 413

| 2004001 | SAMesje | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|

*Andre Mario Smith national banking association.*

# Detailed Activities

**Crestlloyd LLC**          November 18, 2024          **Page Number   26**

**Case Number 220216001**                      **From Date January 01, 2022**

                                                **To Date December 31, 2022**

| | | | | |
|---|---|---|---|---|
| September 23, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001        SAMesje** | | **500.00** | **$4,000.00** | **8.0** |
| September 26, 2022 | Researching, Developing, Analyzing Removal Request; Stip Order book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings Dkt 415; 416 | | | |
| **2004001        SAMesje** | | **500.00** | **$4,000.00** | **8.0** |
| September 27, 2022 | Researching, Developing, Analyzing Debtor Chapter 11 MOR & MFS Dkt 417; 418 | | | |
| **2004001        SAMesje** | | **500.00** | **$4,000.00** | **8.0** |
| September 28, 2022 | Researching, Developing, Analyzing Order Denying Andre Mario Smith Comtempt/Show Cause; Service Certificate book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001        SAMesje** | | **500.00** | **$4,000.00** | **8.0** |
| September 29, 2022 | Researching, Developing, Analyzing and Preparing Objection to Joint Motion and atachments | | | |
| **2004001        SAMesje** | | **500.00** | **$4,000.00** | **8.0** |
| September 30, 2022 | Researching, Developing, Analyzing Order on Contempt Motion filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001        SAMesje** | | **500.00** | **$4,000.00** | **8.0** |
| October 03, 2022 | Researching, Developing, Analyzing inferno Stip, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings Dkt 428 | | | |
| **2004001        SAMesje** | | **500.00** | **$4,000.00** | **8.0** |
| October 04, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001        SAMesje** | | **500.00** | **$4,000.00** | **8.0** |
| October 05, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001        SAMesje** | | **500.00** | **$4,000.00** | **8.0** |
| October 06, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings Dkt 429 | | | |
| **2004001        SAMesje** | | **500.00** | **$4,000.00** | **8.0** |

Andre Mario Smith National banking association .

# Detailed Activities

**Crestlloyd LLC**            November 18, 2024        **Page Number  27**

**Case** Number 220216001                        **From Date January 01, 2022**

**To Date December 31, 2022**

| October 07, 2022 | Researching, Developing, Analyzing Roark Ex Parte Motion book/record Keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| October 10, 2022 | Researching, Developing, Analyzing Debtor Opposition to Roark Ex Parte book/record keeping Administrative/clerical duites FRCP/FRBP; Preparing Request for Extention Adversarial Proceedings Dkt 430 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| October  11, 2022 | Researching, Developing, Analyzing case, filing Request for Extention, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| October 12, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| October 13, 2022 | Researching, Developing, Analyzing Extenstion Order; book/record Keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings Dkt 424 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| October 14, 2022 | Researching, Developing, Analyzing case, filing, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| October 17, 2022 | Researching, Developing, Analyzing Debtor Opposition to Roark Ex Parte book/record keeping Administrative/clerical duites FRCP/FRBP; Preparing Request for Extention Adversarial Proceedings Dkt 430 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| October  18, 2022 | Researching, Developing, Analyzing Request for Extention, book/record keeping Administrative/clerical duites FRCP/FRBP Adversarial Proceedings Dkt 432; 433 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| October 19, 2022 | Researching, Developing, Analyzing Order on Motion to Extend time book/record keeping  Administrative/clerical duites FRCP/FRBP Adversarial Proceedings Dkt 435 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |

# Detailed Activities

**Crestlloyd LLC**                **November 18, 2024**        **Page Number  28**

**Case** Number 220216001                          **From Date January 01, 2022**

                                                     **To Date December 31, 2022**

October 20, 2022      Researching, Developing, Analyzing case, filing, book/record keeping
                      Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

**2004001        SAMesje                        500.00        $4,000.00      8.0**

October 21, 2022      Researching, Developing, Analyzing case, filing, book/record keeping
                      Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

**2004001        SAMesje                        500.00        $4,000.00      8.0**

October  24, 2022     Researching, Developing, Analyzing Debtor MFS book/record keeping
                      Administrative/clerical duites FRCP/FRBP Adversarial Proceedings
                      Dkt 436

**2004001        SAMesje                        500.00        $4,000.00      8.0**

October 25, 2022      Researching, Developing, Analyzing case, filing, book/record keeping
                      Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

**2004001        SAMesje                        500.00        $4,000.00      8.0**

October 26, 2022      Researching, Developing, Analyzing Debtor MOR book/record keeping
                      Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

**2004001        SAMesje                        500.00        $4,000.00      8.0**

October 27, 2022      Researching, Developing, Analyzing case, filing, book/record keeping
                      Administrative/clerical duites FRCP/FRBP Adversarial Proceedings

**2004001        SAMesje                        500.00        $4,000.00      8.0**

October 28, 2022      Researching, Developing, Analyzing and preparing Application for Cost
                      taxation, book/record keeping Administrative/clerical duites FRCP/-
                      FRBP Adversarial Proceedings

**2004001        SAMesje                        500.00        $4,000.00      8.0**

October 31, 2022      Researching, Developing, Analyzing and preparing Application for Cost
                      taxation, book/record keeping Administrative/clerical duites FRCP/-
                      FRBP Adversarial Proceedings

**2004001        SAMesje                        .         500.00        $4,000.00      8.0**

November 1, 2022      Researching, Developing, Analyzing and preparing Application for Cost
                      taxation, book/record keeping Administrative/clerical duites FRCP/-
                      FRBP Adversarial Proceedings

**2004001        SAMesje                        500.00        $4,000.00      8.0**

November 02, 2022     Researching, Developing, Analyzing and preparing Application for Cost
                      taxation, book/record keeping Administrative/clerical duites FRCP/-
                      FRBP Adversarial Proceedings

**2004001        SAMesje                        500.00        $4,000.00      8.0**

# Detailed Activities

**Crestlloyd LLC**          **November 18, 2024**      **Page Number   29**

**Case Number 220216001**                    **From Date January 01, 2022**

**To Date December 31, 2022**

November 03, 2022    Researching, Developing, Analyzing and preparing Application for Cost
taxation, book/record keeping Administrative/clerical duites FRCP/FRBP
Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 04, 2022    Researching, Developing, Analyzing and preparing Application for Cost
taxation, book/record keeping Administrative/clerical duites FRCP/-
FRBP Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 07, 2022    Researching, Developing, Analyzing and preparing Application for Cost
taxation, book/record keeping Administrative/clerical duites FRCP/-
FRBP Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 08, 2022    Researching, Developing, Analyzing and preparing  and filing Application
for Cost taxation, book/record keeping Administrative/clerical duites FRCP
FRBP Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 09, 2022    Researching, Developing, Analyzing and preparing case, filing,
book/record keeping Administrative/clerical duites FRCP FRBP
Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 10, 2022    Researching, Developing, Analyzing and preparing case, filing,
book/record keeping Administrative/clerical duites FRCP FRBP
Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 11, 2022    Researching, Developing, Analyzing and preparing case, filing,
book/record keeping Administrative/clerical duites FRCP FRBP
Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 14, 2022    Researching, Developing, Analyzing and preparing case, filing,
book/record keeping Administrative/clerical duites FRCP FRBP
Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

*Adlr Mario Smith national banking association.*

# Detailed Activities

**Crestlloyd LLC**          **November 18, 2024**          **Page Number   30**

**Case** Number 220216001                         **From Date January 01, 2022**

**To Date December 31, 2022**

November 15, 2022    Researching, Developing, Analyzing and preparing case, filing,
                     book/record keeping Administrative/clerical duites FRCP FRBP
                     Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 16, 2022    Researching, Developing, Analyzing and preparing case, filing,
                     book/record keeping Administrative/clerical duites FRCP FRBP
                     Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 17, 2022    Researching, Developing, Analyzing UST Stip; UST Stip lodgment
                     book/record keeping Administrative/clerical duites FRCP/-
                     FRBP Adversarial Proceedings Dkt 442; 443

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 18, 2022    Researching, Developing, Analyzing Order Approving Stip, filing,
                     book/record keeping Administrative/clerical duites FRCP FRBP
                     Adversarial Proceedings Dkt 444

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 21, 2022    Researching, Developing, Analyzing Preparing Second Acceptance for
                     acceptance and full settlement and closure

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 22, 2022    Researching, Developing, Analyzing Preparing filing Second Acceptance
                     For acceptance and full settlement and closure

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 23, 2022    Researching, Developing, Analyzing and preparing case, filing,
                     book/record keeping Administrative/clerical duites FRCP FRBP
                     Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 24, 2022    Researching, Developing, Analyzing and preparing case, filing,
                     book/record keeping Administrative/clerical duites FRCP FRBP
                     Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

November 25, 2022    Researching, Developing, Analyzing and preparing case, filing,
                     book/record keeping Administrative/clerical duites FRCP/FRBP
                     Adversarial Proceedings

| 2004001 | SAMesje | | 500.00 | $4,000.00 | 8.0 |
|---|---|---|---|---|---|

Andre Mario Smith national banking association.

# Detailed Activities

**Crestlloyd LLC**                    **November 18, 2024**        **Page Number   31**

**Case Number 220216001**                    **From Date January 01, 2022**

                    **To Date December 31, 2022**

November 28, 2022    Researching, Developing, Analyzing and preparing case, filing,
                     book/record keeping Administrative/clerical duites FRCP/FRBP
                     Adversarial Proceedings

**2004001        SAMesje                        500.00        $4,000.00        8.0**

November 29, 2022    Researching, Developing, Analyzing UST Stip 2nd Interim Application
                     And lodgment, book/record keeping Administrative/clerical duites FRCP/-
                     FRBP Adversarial Proceedings

**2004001        SAMesje                        500.00        $4,000.00        8.0**

November 30, 2022    Researching, Developing, Analyzing Debtor Opposition Andre Mario
                     Smith full settlement and closure, Order approving UST Stip book/-record
                     keeping Administrative/clerical duites FRCP/FRBP Adversarial
                     Proceedings Dkt 450; 451

**2004001        SAMesje                        500.00        $4,000.00        8.0**

December 01, 2022    Researching, Developing, Analyzing Debtor MFS case, filing,
                     book/record keeping Administrative/clerical duites FRCP/FRBP
                     Adversarial Proceedings Dkt 452

**2004001        SAMesje                        500.00        $4,000.00        8.0**

December 02, 2022    Researching, Developing, Analyzing Reservation of Rights Statement,
                     filing, book/record keeping Administrative/clerical duites FRCP/FRBP
                     Adversarial Proceedings; Stip Order Dkt 453; 455

**2004001        SAMesje                        500.00        $4,000.00        8.0**

December 05, 2022    Researching, Developing, Analyzing and preparing case, filing,
                     book/record keeping Administrative/clerical duites FRCP FRBP
                     Adversarial Proceedings

**2004001        SAMesje                        500.00        $4,000.00        8.0**

December 06, 2022    Researching, Developing, Analyzing Richard Saghian Opposition to
                     Acceptance Full Settlement and Closure book/record keeping Dkt 456
                     Administrative/clerical duites FRCP FRBP Adversarial Proceedings

**2004001        SAMesje                        500.00        $4,000.00        8.0**

December 07, 2022    Researching, Developing, Analyzing and preparing case, filing,
                     book/record keeping Administrative/clerical duites FRCP FRBP
                     Adversarial Proceedings

**2004001        SAMesje                        500.00        $4,000.00        8.0**

# Detailed Activities

**Crestlloyd LLC**                    **November 18, 2024**          **Page Number  32**

**Case Number 220216001**                    **From Date January 01, 2022**

**To Date December 31, 2022**

| December 08, 2022 | Researching, Developing, Analyzing and preparing case, filing, book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings | | | |
|---|---|---|---|---|
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| December 09, 2022 | Researching, Developing, Analyzing Debtor MOR Hearing Dept 1639 filing, Book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings Dkt 458 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| December 12, 2022 | Researching, Developing, Analyzing Order on Compensation, filing, book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings Dkt 460 | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| December 13, 2022 | Researching, Developing, Analyzing and preparing case, filing, book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| December 14, 2022 | Researching, Developing, Analyzing and preparing case, filing, book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| December 15, 2022 | Researching, Developing, Analyzing and preparing case, filing, book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |
| December 16, 2022 | Researching, Developing, Analyzing and preparing case, filing, book/record keeping Administrative/clerical duites FRCP FRBP Adversarial Proceedings | | | |
| **2004001** | **SAMesje** | **500.00** | **$4,000.00** | **8.0** |

**Total      $654,500.00    1,309.0**

# Individual Activities

November 19, 2024        Page        1

**Crestlloyd LLC**
**Case Number**        220216001

**Services Rendered From**        **January 01, 2022**        **Through**        **December 31, 2022**

## 01 – Asset Analysis and Recovery

| | | | |
|---|---|---|---|
| SAM | 28.0 | 500.00 | $14,000.00 |
| **Total Hours** | **28.0** | **Total Fees** | **$14,000.00** |

*Andre Mario Swiss national banking association.*

# <u>Individual Activities</u>

November 19, 2024       Page      2

**Crestlloyd LLC**
**Case Number**        220216001

**Services Rendered From**      **January 01, 2022**    **Through**      **December 31, 2022**

### 02 – Asset Disposition

| | | | |
|---|---|---|---|
| **SAM** | **163.0** | **500.00** | **$81,500.00** |
| **Total Hours** | **163.0** | **Total Fees** | **$81,500.00** |

*Andre Mario Smith national banking association.*

# Individual Activities

November 19, 2024    Page    3

**Crestlloyd LLC**
**Case Number**        220216001

**Services Rendered From**        **January 01, 2022**    **Through**        **December 31, 2022**

### 04 – Case Administration

| | | | |
|---|---|---|---|
| SAM | 166.0 | 500.00 | $58,500.00 |
| Total Hours | 166.0 | Total Fees | $58,500.00 |

*Andre Mario Smith national banking association*

# Individual Activities

November 19, 2024       Page       4

**Crestlloyd LLC**
**Case Number**       220216001

**Services Rendered From       January 01, 2022    Through    December 31, 2022**

## 05 – Claims Administration and Objections

| | | | |
|---|---|---|---|
| SAM | 380.0 | 500.00 | $190,000.00 |
| **Total Hours** | **380.0** | **Total Fees** | **$190,000.00** |

# <u>Individual Activities</u>

November 19, 2024      Page      5

**Crestlloyd LLC**
**Case Number**      220216001

**Services Rendered From      January 01, 2022   Through      December 31, 2022**

## 08 – Fee/Employment Objections

| | | | |
|---|---|---|---|
| SAM | 24.0 | 500.00 | $12,000.00 |
| **Total Hours** | **24.0** | **Total Fees** | **$12,0 00.00** |

*Ande Mario Smith national banking association.*

# __Individual Activities__

November 19, 2024      Page      6

**Crestlloyd LLC**
**Case Number**      220216001

**Services Rendered From**      **January 01, 2022**      **Through**      **December 31, 2022**

### 20 – Other Litigation

| SAM | 1,309.001 | 500.00 | $654,500.00 |
|---|---|---|---|
| **Total Hours** | **1,309.001** | **Total Fees** | **$654,500.00** |

*Andre Maria Smith national banking association.*

# <u>Professional Activity Summary</u>

**November 19, 2024**

**Crestlloyd LLC**
**Case Number**       220216001

|  | From | January 01, 2022 |
|---|---|---|
|  | To | December 31, 2022 |

| | | | | |
|---|---|---|---|---|
| **Smith, Andre Mario** | 2,020.001 | Hours at $500 | | $1,010,270.98 |
| Total Hours | 2,020.001 | | Total Fees | $1,010,270.98 |

Andre Mario Smith national banking association.

# Activity Summary

November 19, 2024

**Crestlloyd LLC**
**Case Number**        220216001

| | | |
|---|---|---|
| **From** | **January 01, 2022** | |
| **To** | **December 31, 2022** | |

| Description | Fees |
|---|---|
| **Asset Analysis and Recovery** | **$14,000.00** |
| **Asset Disposition** | **$81,500.00** |
| **Case Administration** | **$58,000.00** |
| **Claims Administration and Objections** | **$190,000.00** |
| **Fee / Employment** | **$12,000.00** |
| **Other Litigation** | **$654,500.00** |
| **Total Fees** | $1,010,270.98 |

*Andre Mario Smith national banking association.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*4245 J Street, San Diego, California 92102*

A true and correct copy of the foregoing document entitled (*specify*): *Second Interim Application by Smith, Andre Maria el sui juris; esquire for approval of fees, and Reimbursement of expenses; Declaration by Smith, Andre Maria el sui juris, in Support Thereof.*

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) *November 25, 2024* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*) *November 25, 2024* I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*25, 2024    Donald Gregory*                        ©2024
_____        *bj.*
Printed Name                                                Signature *Donald Gregory*

mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**NEF SERVICE LIST:**

- Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- Todd M Arnold    tma@lnbyg.com
- Jerrold L Bregman    jbregman@bg.law, ecf@bg.law
- Ryan Coy    ryan.coy@saul.com, hannah.richmond@saul.com
- Marguerite Lee DeVoll    mdevoll@watttieder.com
- Karol K Denniston    karol.denniston@squirepb.com,
    travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Max Fabricant    mfabricant@lavelysinger.com
- Danielle R Gabai    dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Jonathan Gottlieb    jdg@lnbyg.com
- Robert B Kaplan    rbk@jmbm.com, rbk@ecf.courtdrive.com
- Jane G Kearl    jkearl@watttieder.com, lharake@watttieder.com
- Jennifer Larkin Kneeland    jkneeland@watttieder.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Marc A Lieberman    marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- Samuel A Newman    sam.newman@sidley.com, samuel-newman-
    2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- Ryan D O'Dea    rodea@shulmanbastian.com,
    lgauthier@shulmanbastian.com;cthornton@shulmanbastian.com
- Sharon Oh-Kubisch    sokubisch@swelawfirm.com,
    gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Victor A Sahn    victor.sahn@gmlaw.com,
    vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmla
    w.com
- William Schumacher    wschumacher@winthrop.com, autodocketecf@milbank.com
- David Seror    dseror@bg.law, ecf@bg.law
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-
    6096@ecf.pacerpro.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-
    0813@ecf.pacerpro.com;psantos@sidley.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com,
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Jessica Wellington    jwellington@bg.law, ecf@bg.law

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**