*Smith, Andre Mario el sui-juris; esquire*
7938 Broadway No. 1263
Lemon Grove, California, 91946
(619) 813-2881
Fax Number: N/A
andmarioith@yahoo.com
Attorney in-Fact; Lawful Counselor for:
*Special Interested Party*
Andre Mario Smith.
**Special Appearance Only**
Andre Mario Smith, Pro Se

**UNITED STATES BANKRUPTCY COURT AT AND FOR**

**CALIFORNIA SOUTHERN DISTRICT**

**LOS ANGELES**

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>    Debtor and Debtor in Possession. | Case Number:<br>2:21-bk-18205-ds<br>Adversarial Case Number:<br>2:22-ap-01125-ds<br><br>*Smith, Andre Mario el sui juris; esquire* Reply/Objection to MOTION TO DENY "SECOND INTERIM APPLICATION OF SMITH, ANDRE MARIO EL SUI JURIS; ESQUIRE FOR APPROVAL OF FEES AND REIMBURSEMENT AT EXPENSES"<br><br>**Date:** January 07, 2025<br>**Time:** 01:00 p.m.<br>**Place:** Tribunal-room: 1639<br>255 East Temple Street<br>Los Angeles, California 90012 |

*Greetings to all these Presents shall come.*

*Know all men by these Presents.*

*Notice to Agent is Notice to Principal.*

*Notice to Principal is Notice to Agent.*

*To each Party and their Attorney(s) of Record.*

*To Each Party and their Counsel.*

Page 1

1 **Notice is Hereby Given: Take notice:** It appears *Smith, Andre Mario el sui juris;*
2 *esquire* ("Counselor"), general bankruptcy counsel to Special Interested Party, Secured
3 Party, Secured Party Creditor, and Superior/Supreme Creditor Andre Mario Smith
4 ("Paramount Claim Holder") in the above-referenced Chapter 11 bankruptcy, hereby
5 submits its Reply/Objection to MOTION TO DENY "SECOND INTERIM APPLICATION
6 OF SMITH, ANDRE MARIO EL SUI JURIS; ESQUIRE FOR APPROVAL OF FEES
7 AND REIMBURSEMENT AT EXPENSES".

8 On December 03, 2024, Levene, Neale, Bender, Yoo & Golubchick L.L.P., by and
9 through its alleged Duly Authorized Representative DAVID B. GOLUBCHIK and/or
10 TODD M. ARNOLD (independently, jointly, collectively, and/or severally, "Movant")
11 alleged Counsel to Crestlloyd, LLC, the Debtor and Debtor in possession in the above-
12 captioned chapter 11 case ("Debtor") Counselors' Second Interim Application for Approval
13 at Fees and Reimbursement at Expenses ("Demand"). The Debtor has record(s) of the
14 Application having been filed with the Clerk of the Bankruptcy Court, Docket Number 597.

15 Counselor is an Expert, better than a professional, "employed" by the Debtor or not,
16 approved to be employed by the Bankruptcy Court as a professional in this case or not,
17 Counselor has a lawful basis for consideration of its Application by way of 11 United States
18 Code § 506(b), which clearly states that a Creditor is entitled to reasonable fees if their
19 claim is sucured by property that is worth more that the claim itself.

20 A review of the Application and the records attached thereto make it clear that
21 Counselor rebutted Movant most recent application, a doctored practice guide, and rebutted
22 it line by line, and using the same doctored practice guide format, created its own
23 appliaction. Each of Counselors services were requested by Debtors Principal(s) including,
24 but not limited to, Nile Niami on December 27, 2021, at 5:55 p.m., available at
25 www.theonesecrets.com and many other publicly available records ("Services Request"),
26 necessary, and has benefited the estate tremendously as Paramount Claim Holder has
27 subrogated each claim and order the full settlement and closure of all claims against Debtor.
28

Page 2

1   To the extent considered at all, the Application should be granted in its entirety with
2   prejudice and without recourse with an admonition to Movant, based on its failure to remain
3   in honor by accepting Counselors claim quickly, and demonstrating a strong desire to harm
4   Paramount Claim holder and its Counsel for simply presenting its claims.
5   Date: **December 04, 2024**

peacefully; Until then, I am very truly yours,

© 2024

by: [signature] Smith Andre Mario

*Smith, Andre Mario el sui juris; esquire.*
*attorney in-fact; lawful counselor for*
Creditor: Andre Mario Smith
all rights reserved and exercised.

12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

*[handwritten left margin: Andre Mario Smith national banking association.]*

Page 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4245 J Street, San Diego, California 92102

A true and correct copy of the foregoing document entitled (specify): Smith, Andre Mario el sui juris, esquire Reply to ~~Motion to deny~~ Second Interim Application by Smith, Andre Mario el sui juris; esquire for Approval at Fees and Reimbursement at Expenses; ~~Declaration by Smith, Andre Mario el sui juris in Support Thereof,~~ DG

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) December 05 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) Dec 5 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Deborah J. Saltzman

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Dec 5, 2024 | Donald Gregory | /s/ Donald Gregory |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

**NEF SERVICE LIST:**

- Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- Todd M Arnold    tma@lnbyg.com
- Jerrold L Bregman    jbregman@bg.law, ecf@bg.law
- Ryan Coy    ryan.coy@saul.com, hannah.richmond@saul.com
- Marguerite Lee DeVoll    mdevoll@watttieder.com
- Karol K Denniston    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Max Fabricant    mfabricant@lavelysinger.com
- Danielle R Gabai    dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Jonathan Gottlieb    jdg@lnbyg.com
- Robert B Kaplan    rbk@jmbm.com, rbk@ecf.courtdrive.com
- Jane G Kearl    jkearl@watttieder.com, lharake@watttieder.com
- Jennifer Larkin Kneeland    jkneeland@watttieder.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Marc A Lieberman    marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- Samuel A Newman    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;cthornton@shulmanbastian.com
- Sharon Oh-Kubisch    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Victor A Sahn    victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com
- William Schumacher    wschumacher@winthrop.com, autodocketecf@milbank.com
- David Seror    dseror@bg.law, ecf@bg.law
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Jessica Wellington    jwellington@bg.law, ecf@bg.law

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE