FILED
DEC 10 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

1 | *Smith, Andre Mario el sui-juris; esquire*
7938 Broadway No. 1263
2 | Lemon Grove, California, 91946
(619) 813-2881
3 | Fax Number: N/A
andmarioith@yahoo.com
4 | Attorney in-Fact; Lawful Counselor for:
*Special Interested Party*
5 | Andre Mario Smith.
**Special Appearance Only**
6 | Andre Mario Smith, Pro Se

7 | UNITED STATES BANKRUPTCY COURT AT AND FOR

8 | CALIFORNIA SOUTHERN DISTRICT

9 | LOS ANGELES

10 | In re:
) Case Number:
) 2:21-bk-18205-ds
11 | CRESTLLOYD, LLC,
) Adversarial Case Number:
) 2:22-ap-01125-ds
12 | Debtor and Debtor in Possession.
) **Notice of Hearing on Second Interim**
13 | ) **Application by *Smith, Andre Mario el sui***
) ***juris; esquire* for Approval at Fees and**
14 | ) **Reimbursement at Expenses**

15 | ) **Date:**            January 07, 2024
) **Time:**           01:00 p.m.
) **Place:**          Tribunal-room: 1639
16 | )                         255 East Temple Street
)                         Los Angeles, California
17 | )                         90012

18 | _____)

19 |

20 |

21 |

22 | *Greetings to all these Presents shall come.*

23 | *Know all men by these Presents.*

24 | *Notice to Agent is Notice to Principal.*

25 | *Notice to Principal is Notice to Agent.*

26 | *To each Party and their Attorney(s) of Record.*

27 | *To Each Party and their Counsel.*

28 | Page 1

Notice of Hearing on Second Interim Application by Smith, Andre Mario el sui juris; esquire for Approval at Fees and Reimbursement at Expenses.

1  **Please Take Notice; Notice is Hereby Given;** It appears a hearing will be held at the above-referenced date, time, and location for Court to consider the concurrently filed *Second Interim Application of Smith, Andre Mario el sui juris; esquire, For Approval of Fees and Reimbursements of Expenses* ("Application") filed by *Smith, Andre Mario el sui juris; esquire* ("Counselor"), self-represensted general bankruptcy counsel to Creditor Andre Mario Smith ("Paramount Claim Holder"), a Special Interested Party and Creditor in the above-captioned chapter 11 case.

Information regarding the Application is as follows:

| Applicant/Professional | Fees | Expenses | Total Demand |
|---|---|---|---|
| General Bankruptcy Counsel to Paramount Claim Holder | $1,010,270.98 | | $1,010,270.98 |

*Smith, Andre Mario el sui-juris; esquire*
7938 Broadway No. 1263
Lemon Grove, California, 91946
(619) 813-2881
Fax Number: N/A
andmarioith@yahoo.com

**Covered Period:**
January 01, 2022, through and including December 31, 2022

**Interim or Final:**
Second Interim

**Amount to be Paid:** $1,010,270.98

**Notice is hereby given; Take Further Notice** that the Application is no file with the Court and is available for inspection and copying at the Office of the Clerk of the Bankruptcy Court. A copy of the Application can also be obtained by making a request in writing to Counselor whose contact information is set forth above.

**Notice is hereby given; Take Further Notice** that, pursuant to 2016-1(a)(3), any objections to the Application must be (1) in the form required by LBR 9013-(f) and (2) filed with the Clerk of the Bankruptcy Court and served on the Office of The United States Trustee and Counselor not later than fourteen days prior to the scheduled hearing date set

1  forth above.

2  **Notice is Hereby Given; Take Further Notice** that the failure to file and serve a
3  timely written objection to the Application may be deemed by the Court to constitute
4  consent to the granting and payment of the fees and expenses sought in this Application

5  Date: December 05, 2024

6
7  peacefully; Until then, I am very truly yours,

8  © 2024

9  by: [signature]

10 *Smith, Andre Mario el sui juris; esquire.*
   *attorney in-fact; lawful counselor for*
11 Creditor: Andre Mario Smith
   all rights reserved and exercised.

12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Page 3 sm

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (specify): _Notice of Hearing on Second Interim Application of Smith, Andre Mario el sui juris; Esquire for Approval of Fees and Reimbursement of Expenses_

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _December 05, 2024_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

■ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _December 05, 2024_ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

_Deborah J. Saltzman_

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _December 05, 2024_ | _Donald Gregory_ | _Donald Gregory_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

Case 2:21-bk-18205-DS    Doc 600    Filed 12/10/24    Entered 12/12/24 10:04:39    Desc
Main Document    Page 5 of 5

**NEF SERVICE LIST:**

- Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- Todd M Arnold    tma@lnbyg.com
- Jerrold L Bregman    jbregman@bg.law, ecf@bg.law
- Ryan Coy    ryan.coy@saul.com, hannah.richmond@saul.com
- Marguerite Lee DeVoll    mdevoll@watttieder.com
- Karol K Denniston    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Max Fabricant    mfabricant@lavelysinger.com
- Danielle R Gabai    dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- Jonathan Gottlieb    jdg@lnbyg.com
- Robert B Kaplan    rbk@jmbm.com, rbk@ecf.courtdrive.com
- Jane G Kearl    jkearl@watttieder.com, lharake@watttieder.com
- Jennifer Larkin Kneeland    jkneeland@watttieder.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Marc A Lieberman    marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Noreen A Madoyan    Noreen.Madoyan@usdoj.gov
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- Samuel A Newman    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;cthornton@shulmanbastian.com
- Sharon Oh-Kubisch    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
- Ronald N Richards    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Victor A Sahn    victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com
- William Schumacher    wschumacher@winthrop.com, autodocketecf@milbank.com
- David Seror    dseror@bg.law, ecf@bg.law
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- Jessica Wellington    jwellington@bg.law, ecf@bg.law

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE