| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID B. GOLUBCHIK (SBN 185520)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Ave<br>Los Angeles, CA 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email:  dbg@lnbyg.com | **FILED & ENTERED**<br><br>**DEC 13 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell   DEPUTY CLERK** |
| ☒ *Attorney for*: Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br><br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)** |
| | DATE: December 12, 2024<br>TIME:  1:00 p.m.<br>COURTROOM: 1639<br>PLACE: U.S. Bankruptcy Court<br>   255 E. Temple Street<br>   Los Angeles, CA 90012 |

1.   Name of Applicant (*specify*): Levene, Neale, Bender, Yoo & Golubchik L.L.P.

2.   This proceeding was heard at the date and place set forth above and was   ☐ Contested   ☒ Uncontested

3.   Appearances were made as follows: APPEARANCES WERE WAIVED BY THE COURT.

   a.   ☐ Applicant present in court
   b.   ☐ Attorney for Applicant present in court (name):
   c.   ☐ Attorney for United States trustee present in court
   d.   ☐ Other persons present as reflected in the court record

4.   Applicant gave the required notice of the Application on (*specify date*):November 14, 2024

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                          Page 1                          **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:

      (1) ☒ Total amount allowed:  $99,061.50

      (2) ☒ Amount or percentage authorized for payment at this time: $99,061.50

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:

      ☒ Total amount allowed: $3,090.96

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:

      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied

         ☐ in full

         ☐ in part

         ☐ without prejudice

         ☐ with prejudice

     (2) Grounds for denial *(specify):*

   f. ☐ The court further orders *(specify):*

###

Date: December 13, 2024

                                        _____
Deborah J. Saltzman
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.