MICHAEL WALLIN, Cal. Bar No. 240344
DANIEL WALL, Cal. Bar No. 355044
WALLIN & RUSSELL LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, California 92610
Telephone: 949-652-2200
Facsimile: 949-652-2210
mwallin@wallinrussell.com
dwall@wallinrussell.com

Attorneys for Creditor
PLANTE LEBOVIC LLP

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

-1-

**TO ALL INTERESTED PARTIES**:

PLEASE TAKE NOTICE that the below-signed attorneys represent creditor Plante Lebovic LLP ("Creditor") in the above-captioned bankruptcy case. All notices given or required to be given in this case to parties in interest, whether given by the Court, the debtor, any trustee, any creditor, or any other party in this case, and all pleadings or other papers served or required to be served in connection with any such matter, shall be served on counsel for Creditor at the following address:

>MICHAEL WALLIN
>DANIEL WALL
>WALLIN & RUSSELL LLP
>26000 Towne Centre Drive, Suite 130
>Foothill Ranch, California 92610
>Telephone:  949-652-2200
>Facsimile:   949-652-2210
>mwallin@wallinrussell.com
>dwall@wallinrussell.com

The above counsel further requests that he be placed on the Court's ECF notification and service list.

PLEASE TAKE FURTHER NOTICE that this notice includes the types of notice referred to in Federal Rules of Bankruptcy Procedure 2002, 3017(d), 4001, 6006(c), 9010 and 9013, including, without limitation, all schedules, requests, notices, motions, complaints, stipulations, settlements, proposed disclosure statements, plans of reorganization, or other pleadings.

PLEASE TAKE FURTHER NOTICE that this notice shall not be construed as a consent to the jurisdiction of the Court over the party filing this notice, consent to have final orders in noncore matters entered without de novo review by the United States District Court, waiver of trial by jury as to matters so triable in this case, waiver of the rights to seek withdrawal of reference, mandatory or discretionary abstention, or as a waiver or limitation of any right or remedy available to such party, all of which are expressly reserved.

//
//
//

1 | Dated: January 10, 2025

WALLIN & RUSSELL LLP

By     */s/ Daniel Wall*
      MICHAEL WALLIN
      DANIEL WALL
      Attorneys for Creditor
      PLANTE LEBOVIC LLP