1  STEVEN T. GUBNER – Bar No. 156593
   BG LAW LLP
2  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
3  Telephone: (818) 827-9000
   Facsimile: (818) 827-9099
4  Email:     sgubner@bg.law

Attorneys for Hilldun Corporation

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **NOTICE OF CHANGE IN BILLING RATES OF BG LAW LLP** |

1

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, effective June 1, 2025, the billing rates of BG Law LLP shall be the rates set forth in the schedule attached hereto as Exhibit 1.

DATED: May 19, 2025								BG LAW LLP


								By: /s/ Steven T. Gubner
									Steven T. Gubner
									Attorneys for Hilldun Corporation

# EXHIBIT "1"



21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
818- 827-9000  Main
818- 827-9099  Fax
www.bg.law

| Standard Hourly Rate Schedule – Effective 06/01/2025 | | |
|---|---|---|
| **Professional** | **Professional Type** | **Hourly Rate** |
| Steven T. Gubner | Partner | **$ 1,195.00** |
| David Seror | Partner | **$ 825.00** |
| Corey R. Weber | Partner | **$ 895.00** |
| Jessica Bagdanov | Partner | **$ 795.00** |
| Philip J. Bonoli | Partner | **$ 795.00** |
| Jerrold L. Bregman | Partner | **$ 895.00** |
| Jason B. Komorsky | Partner | **$ 895.00** |
| David M. Poitras | Partner | **$ 995.00** |
| Susan Seflin | Partner | **$ 895.00** |
| Theodore G. Spanos | Partner | **$ 795.00** |
| Michael P. Weisberg | Partner | **$ 795.00** |
| Ronald Abrams | Of Counsel | **$ 665.00** |
| Talin Keshishian | Of Counsel | **$ 695.00** |
| Stuart Y. Kim | Of Counsel | **$ 895.00** |
| Cyrus S. Whittaker | Of Counsel | **$ 645.00** |
| Ashley M. Teesdale | Senior Associate | **$ 695.00** |
| Jessica S. Wellington | Associate | **$ 595.00** |
| Maria Abel | Paralegal | **$ 395.00** |
| Nikola Fields | Paralegal | **$ 395.00** |
| Juanita Treshinsky | Paralegal | **$ 495.00** |
|  | Litigation Support | **$ 250.00** |
|  | Law Clerk | **$ 300.00** |

**4**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing documents entitled: **NOTICE OF CHANGE IN BILLING RATES OF BG LAW LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 19, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY LESS THAN 25 PAGES IS SUSPENDED (GENERAL ORDER 23-01).**

☐ Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____**,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 19, 2025 | ABBIE AU | /s/ Abbie Au |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Kyra E Andrassy**   kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Todd M Arnold**   tma@lnbyg.com
- **Jerrold L Bregman**   jbregman@bg.law, ecf@bg.law
- **Ryan Coy**   ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com
- **Marguerite Lee DeVoll**   mdevoll@watttieder.com
- **Karol K Denniston**   karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Oscar Estrada**   oestrada@ttc.lacounty.gov
- **Max Fabricant**   mfabricant@lavelysinger.com
- **Danielle R Gabai**   dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**   dbg@lnbyg.com, dbg@lnbyg.com
- **Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Jonathan Gottlieb**   jdg@lnbyg.com
- **Robert B Kaplan**   rbk@jmbm.com, rbk@ecf.courtdrive.com
- **Jane G Kearl**   jkearl@watttieder.com, lharake@watttieder.com
- **Jennifer Larkin Kneeland**   jkneeland@watttieder.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Marc A Lieberman**   marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
- **John A Moe**   john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Nicholas David Moss**   nmoss@molinolawfirm.com
- **Samuel A Newman**   sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com
- **Sharon Oh-Kubisch**   sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Joseph M Rothberg**   jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Victor A Sahn**   victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com
- **William Schumacher**   wschumacher@winthrop.com, autodocketecf@milbank.com
- **David Seror**   dseror@bg.law, ecf@bg.law
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Daniel Wall**   dwall@wallinrussell.com
- **Genevieve G Weiner**   gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.law

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**