DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JOSEPH M. ROTHBERG (State Bar No. 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jmr@lnbyg.com

Attorneys for Debtor and Debtor in Possession Crestlloyd, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>        Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S SECOND MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC**<br><br><u>Hearing</u><br>  Date:   August 28, 2025<br>  Time:   1:00 p.m.<br>  Place:  Courtroom 1639<br>              255 E. Temple Street<br>              Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that a hearing will be held at the above-referenced date, time, and location to consider the *Second Motion For Authority To Disburse Funds To Hankey Capital, LLC* (the "Motion") filed concurrently herewith by Crestlloyd LLC, the debtor and debtor in possession in the above captioned chapter 11 bankruptcy case (the "Debtor"), pursuant to which the Debtor is seeking the entry of an order authorizing the Debtor to disburse $28,635,972.63 to Hankey Capital, LLC, ("Hankey") for principal and interest claimed by Hankey through June 30, 2025 in the amount of $27,252,752.15 and for Hankey's protective advance in the amount of $1,383,220.48, and for interest accruing up until the disbursement is made in the amount of $8,586.13 per day (the "Second Disbursement"), all arising under the First Hankey Note (as defined in the Motion), and without prejudice to the parties' rights, claims, and defenses. The Second Disbursement is exclusive of any fees and costs incurred by Hankey.

As discussed in the Motion, Hankey's prepetition loans to the Debtor first arose under a promissory note dated October 25, 2018, in the principal amount of $82,500,000. The Court-approved disbursements made to Hankey in or around May 2022 did not fully satisfy all of the claimed principal outstanding under the first note. As a result, to the extent Hankey's claim is secured and senior, interest and other costs continue to accrue under the first note. The Debtor believes that it makes sense to distribute cash to Hankey, subject to a reservation of rights and a requirement that Hankey return any cash to the extent it does not hold a senior secured claim, because if the funds outstanding on Hankey's first note are distributed to Hankey, this will stop the accrual of Hankey's interest on that note. In turn, this would be helpful to the Debtor and the rest of the creditors in the event that the Court rules that one of the other creditors has a valid and enforceable intervening lien that arose before Hankey's second and third notes.[1]

---

[1] Nothing in this Notice or the Motion should be interpreted as an argument for or against the seniority of any liens against the Ariole Property (as defined in the Motion) and/or claims against the Debtor, or whether those liens / claims are secured or unsecured. The statements herein and in the Motion are meant only to help explain why the requested distribution would be in the best interest of all parties.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(f), any opposition to the Motion must (1) be in writing and include all reasons and evidence in support of the opposition, (2) be filed at least fourteen (14) days prior to the hearing on the Motion, and (3) be served on the United States Trustee and counsel for the Debtor.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h), the Court may deem the failure of any party to file a timely opposition to the Motion to constitute consent to the granting of the Motion and the relief requested herein.

Dated: July 29, 2025                    LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By:    */s/ Todd M. Arnold*
      DAVID B. GOLUBCHIK
      TODD M. ARNOLD
      JOSEPH M. ROTHBERG

      Attorneys for Debtor and Debtor in Possession
      Crestlloyd LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Notice Of Hearing On Debtor's Second Motion For Authority To Disburse Funds To Hankey Capital, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 29, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**  kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Todd M Arnold**  tma@lnbyg.com
- **Jerrold L Bregman**  jbregman@bg.law, ecf@bg.law
- **Ryan Coy**  ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com
- **Marguerite Lee DeVoll**  mdevoll@watttieder.com
- **Karol K Denniston**  karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Oscar Estrada**  oestrada@ttc.lacounty.gov
- **Max Fabricant**  mfabricant@lavelysinger.com
- **Danielle R Gabai**  dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com
- **Thomas M Geher**  tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**  dbg@lnbyg.com, dbg@lnbyg.com
- **Andrew Goodman**  agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Jonathan Gottlieb**  jdg@lnbyg.com
- **Steven T Gubner**  sgubner@bg.law, ecf@bg.law
- **Jeffrey Huron**  jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com
- **Robert B Kaplan**  rbk@jmbm.com, rbk@ecf.courtdrive.com
- **Jane G Kearl**  jkearl@watttieder.com, lharake@watttieder.com
- **Jennifer Larkin Kneeland**  jkneeland@watttieder.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Marc A Lieberman**  marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- **John W Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Noreen A Madoyan**  Noreen.Madoyan@usdoj.gov
- **John A Moe**  john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Nicholas David Moss**  nmoss@molinolawfirm.com
- **Samuel A Newman**  sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**  rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com
- **Sharon Oh-Kubisch**  sokubisch@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                               **F 9013-3.1.PROOF.SERVICE**

- **Hamid R Rafatjoo** hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inoruptcy.com
- **Victor A Sahn** victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com, Karen.Files@gmlaw.com
- **William Schumacher** wschumacher@winthrop.com, autodocketecf@milbank.com
- **David Seror** dseror@bg.law, ecf@bg.law
- **Zev Shechtman** Zev.Shechtman@saul.com, zshechtman@ecf.inoruptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Lindsey L Smith** lls@lnbyb.com, lls@ecf.inoruptcy.com
- **Howard Steinberg** steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Daniel Wall** dwall@wallinrussell.com
- **Genevieve G Weiner** gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jessica Wellington** jwellington@bg.law, ecf@bg.law

**2. SERVED BY UNITED STATES MAIL**: On **July 29, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 29, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 29, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

In re Crestlloyd, LLC
RSN
File No. 9562

*Request for Special Notice*
Samuel A. Newman, Esq.
Genevieve G. Weiner, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

*Request for Special Notice*
Amy P. Lally, Esq.
Sidley Austin LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067

*Request for Special Notice*
Andre Mario Smith
7938 Broadway #1263
Lemon Grove, CA 91946

*Request for Special Notice*
Richard M. Pachulski
Jogn W. Lucas
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:21-bk-18205-DS<br>Central District of California<br>Los Angeles<br>Tue Jul 29 11:13:02 PDT 2025 | Crestlloyd, LLC<br>c/o SierraConstellation Partners LLC<br>355 S. Grand Avenue Suite 1450<br>Los Angeles, CA 90071-3152 | Goodman Law Offices, A Professional Corporat<br>30700 Russell Ranch Rd<br>Ste 250<br>Westlake Village, CA 91362-9507 |
| Interno Investment, Inc.<br>4-95 Kandaher,<br>Mont Tremblant<br>Quebec Canada | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Levene, Neale, Bender, Yoo & Golubchik LLP<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 |
| Plante Lebovic LLP c/o Wallin & Russell LLP<br>26000 Towne Centre Drive, Suite 130<br>Foothill Ranch, CA 92610-3444 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Alvandi Law Group, P.C.<br>Gil Alvandi<br>2955 Main St. Suite 110<br>Irvine, CA 92614-2527 |
| American Truck & Tool Rentals Inc.<br>Tom Murray, CEO and President<br>88 W. Victoria St.<br>Long Beach, CA 90805-2157 | Amy P. Lally, Esq.<br>Sidley Austin LLP<br>1999 Avenue of the Stars<br>17th Floor<br>Los Angeles, CA 90067-4622 | BMC West LLC<br>3250 N. San Fernando Rd.<br>Los Angeles, CA 90065-1415 |
| BMC West LLC<br>David Filtman, CEO<br>4800 Falls of Neuse Rd., Ste. 400<br>Raleigh, NC 27609-8142 | Biabani & Associates, Inc.<br>1600 Sawtelle Bl #104<br>Los Angeles, CA 90025-3197 | Bradford Sheet Metal<br>4164 Sopp Road<br>Mojave, CA 93501-7196 |
| Branden Williams<br>257 N. Cannon Dr., 2nd Fl.<br>Beverly Hills, CA 90210-4361 | Brunswick Corp.<br>26125 N. Riverwoods Blvd.<br>Ste 500<br>Lake Forest, IL 60045-4811 | Brutzkus Gubner<br>David Seror<br>21650 Oxnard St., Suite 500<br>Woodland Hills, CA 91367-4911 |
| Buchalter, APC<br>Jeffrey S. Wruble<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017-1730 | C.G.S. Custom Glass Specialists<br>4536 Ish Drive<br>Simi Valley, CA 93063-7666 | CAD Stone Works Inc.<br>4533 Van Nuys Bl. #201<br>Sherman Oaks, CA 91403-2950 |
| Calgrove Rentals Inc.<br>21627 Roscoe Bl.<br>Canoga Park, CA 91304-4159 | Calgrove Rentals Inc.<br>Guadalupe Gomez, President<br>456 Glenoaks Blvd.<br>San Fernando, CA 91340-1833 | Caprenos Inc.<br>Cindee Wood  Authorized Agent<br>4345 Murphy Canyon Road #200<br>San Diego, CA 92123-4362 |
| Carcassone Fine Homes, LLC<br>c/o Hamid R. Rafatjoo<br>1800 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067-4201 | Centurion Air, LLC<br>13932 Arrow Creek Road<br>Draper, UT 84020-9295 | City of Los Angeles<br>Mike Feuer, City Attorney<br>City Hall East, Suite 800<br>Los Angeles, CA 90012 |
| Clerk of the Governing Board,<br>Mount. Rec. & Cons. Auth.<br>5750 Ramirez Canyon<br>Malibu, CA 90265-4474 | Compass<br>Aaron Kirman<br>9378 Wilshire Blvd. #200<br>Beverly Hills, CA 90212-3167 | Conejo Recreation and Park District<br>403 W. Hillcrest Drive<br>Thousand Oaks, CA 91360-4223 |

| | | |
|---|---|---|
| County of Los Angeles<br>Local Fire Prevention Measure<br>4745 Mangels Blvd.<br>Fairfield, CA 94534-4175 | County of Los Angeles<br>MRCA-Brush Fire Clear g Dist #1<br>200 North Main Street, 16th Fl<br>Los Angeles, CA 90012-4110 | County of Los Angeles<br>Wildlife Corridor and Protection<br>4745 Mangels Blvd.<br>Fairfield, CA 94534-4175 |
| Creative Art Partners<br>6542 Hayes Dr.<br>Los Angeles, CA 90048-5320 | Crest Real Estate<br>11150 Olympic Bl. #700<br>Los Angeles, CA 90064-1825 | Daniel Wiesel, Esq.<br>Wolf, Rifkin, Shapiro, et al.<br>11400 W. Olympic Blvd., 9th Fl.<br>Los Angeles, CA 90064-1550 |
| Davidson Accountancy Corp.<br>William N. Davidson, CPA<br>14011 Ventura Blvd., Ste. 302<br>Sherman Oaks, CA 91423-5226 | Dennis Palma<br>146 Beach Way<br>Monterey, CA 93940-3436 | Department of Water and Power,<br>City of Los Angeles<br>Attn:  Bankruptcy<br>P. O.  Box 51111<br>Los Angeles, CA  90051-5700 |
| Draken Private Security<br>Jaime Salanga<br>633 West 5th St.<br>Los Angeles, CA 90071-2005 | Draken Security<br>8225 Encino Ave<br>Northridge, CA 91325-4313 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Frontier Communications Corporation<br>401 Merritt 7<br>Norwalk, CT 06851-1069 |
| Hankey Capital, LLC<br>Attn: Eugene M. Leydiker<br>4751 Wilshire Blvd. #110<br>Los Angeles, CA 90010-3838 | Hilldun Corporation<br>Jeffrey D. Kapelman, CEO<br>225 West 35th St.<br>New York, NY 10001-1904 | Hilldun Corporation<br>c/o Brutzkus Gubner<br>Attn: Jerrold L Bregman<br>5445 DTC Parkway Ste 825<br>Denver CO 80111-3190 |
| Hilton & Hyland Real Estate<br>257 North Ca on Drive<br>Beverly Hills, CA 90210-4361 | Inferno Investment Inc.<br>Julien Remillard, President<br>4-95 Kandahar, Mont Tremblant<br>Quebec J8E 1E2 Canada | Inferno Investment, Inc.<br>c/o Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626-7234 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Italian Luxury Design<br>4 NE 39 St.<br>Miami, FL 33137-3630 | Italian Luxury Group, LLC<br>c/o Gregory J. Morrow, Esq.<br>10401 Wilshire Boulevard, Suite 1102<br>Los Angeles, CA 90024-4609 |
| J&E Texture, Inc.<br>Francisco Gonzalez, CEO<br>181 Exeter Way<br>Corona, CA 92882-8502 | JMBM LLP<br>Neil C. Erickson<br>1900 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-4301 | JMS Air Conditioning<br>and Appliance Services, Inc.<br>7640 Burnet Ave.<br>Van Nuys, CA 91405-1005 |
| JOHN A. BELCHER<br>150 E. COLORADO BLVD., SUITE 215<br>PASADENA, CA 91105-3758 | Jabs Pools and Spas, LLC<br>8055 Matilija Ave.<br>Panorma City, CA 91402-6126 | Jesus Agudelo<br>aka Jesus Columbia<br>944 Airole Way<br>Los Angeles, CA 90077-2602 |

| | | |
|---|---|---|
| Jose Napoleon Garcia<br>1525 N. Detroit St., #5<br>Los Angeles, CA 90046-3233 | KN Coatings<br>201 E. Tamarack Ave<br>Inglewood, CA 90301-2714 | Kazemi & Associates Constructors<br>11901 Santa Monica Blvd #800<br>Los Angeles, CA 90025-2767 |
| Kennco Plumbing, Inc.<br>Robert L. Kennedy, Jr., CEO<br>21366 Placerita Canyon Rd.<br>Newhall, CA 91321-1846 | Kennco Plumbing, Inc.<br>Robert L. Kennedy, Jr., CEO<br>26575 Ruether Ave.<br>Santa Clarita, CA 91350-2622 | LA DWP<br>P.O. Box. 30808<br>Los Angeles, CA 90030-0808 |
| Lanes Management Services<br>Theodore Lanes<br>655 Deep Valley Drive 125-P<br>Palos Verdes Peninsula, CA 90274-3615 | MICHAEL WALLIN<br>DANIEL WALL<br>WALLIN & RUSSELL LLP<br>26000 Towne Centre Drive, Suite 130<br>Foothill Ranch, California 92610-3444 | Made by TSI, Inc.<br>1840 Jefferson Ave., Apt 303<br>Miami Beach, FL 33139-2461 |
| Made by TSI, Inc.<br>888 Biscayne Blvd #209<br>Miami, FL 33132-1588 | Martin Aguirre<br>112 1/2 North 20th St.<br>Montebello, CA 90640-4041 | Martin Aguirre<br>c/o Nathan D. McMurry<br>8050 N. Palm Ave. Ste. 300<br>Fresno, CA 93711-5510 |
| Michael Pyle LLC dba Centurion LV<br>13932 Arrow Creek Rd<br>Draper, UT 84020-9295 | Midland Contractors, Inc.<br>Po Box 8312<br>Van Nuys, CA 91409-8312 | Mike Fields Bronzes LLC<br>2715 E 36th Ave Apt 6203<br>Spokane, WA 99223-4593 |
| Moises Lopez<br>141 S. Ave. 55 Apt. 40<br>Los Angeles, CA 90042-4635 | Nile Niami<br>c/o Hamid R. Rafatjoo<br>1800 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067-4201 | Parker Resnik<br>Structural Engineering<br>1927 Pontius Ave<br>Los Angeles, CA 90025-5611 |
| Parquet by Dian<br>Dima Efros, CEO<br>16601 S. Main Street<br>Gardena, CA 90248-2722 | Plante Lebovic LLP<br>c/o Wallin & Russell LLP<br>26000 Towne Centre Drive, Suite 130<br>Foothill Ranch, CA 92610-3444 | Plus Development Group<br>743 Seward St.<br>Los Angeles, CA 90038-3566 |
| Powertek Electric Inc.<br>Mike Moshrefi, CEO<br>28364 S. Western Ave. # 414<br>Rancho Palos Verdes, CA 90275-1434 | Powertek Electric, Inc.<br>Hart Kienle Pentecost<br>4 Hutton Centre Drive, Suite 900<br>Santa Ana, CA 92707<br>Santa Ana, CA 92707-8713 | Pro-Pest, Inc.<br>P.O. Box 3868<br>Valley Village, CA 91617-3868 |
| Public Insurance Agency Inc.<br>10941 W. Pico Bl.<br>Los Angeles, CA 90064-2117 | Public Occurrences, LLC<br>15821 Ventura Blvd. #265<br>Encino, CA 91436-2941 | Rolls Scaffold, Inc.<br>Michael Rolls, CEO<br>11351 County Dr. Ste B<br>Ventura, CA 93004-3559 |
| SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>Ryan D. O'Dea<br>100 Spectrum Center Drive, Ste. 600<br>Irvine, CA 92618-4969 | Samuel A. Newman, Esq.<br>Genevieve G. Weiner, Esq.<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-3000 | Santos Gerardina Garcia<br>509 Union Drive Apt. #206<br>Los Angeles, CA 90017-1526 |

| | | |
|---|---|---|
| Showroom Interiors LLC<br>8905 Rex Road<br>Pico Rivera, CA 90660-3799 | SierraConstellation Partners, LLC<br>355 S. Grand Avenue, Suite 1450<br>Los Angeles, CA 90071-3152 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| The Beverly Hills Estates, Inc.<br>Branden Williams<br>8878 Sunset Blvd., West<br>West Hollywood, CA 90069-2108 | The Vertex Companies, Inc.<br>12100 Wilshire Blvd 8th floor<br>Los Angeles, CA 90025-7120 | The Vertex Companies, Inc.<br>147 W. 35th St., 19th Fl.<br>Long Island City, NY 11101 |
| The Vertex Companies, Inc.<br>400 Libbey Parkway<br>Weymouth MA 02189-3134 | Toni Maier-On Location Inc.<br>8033 West Sunset Blvd. #569<br>Los Angeles, CA 90046-2401 | United Specialty Insurance Co.<br>1900 L Don Dodson Drive<br>Bedford, TX 76021-5990 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Universal Television, LLC<br>100 Universal City Plaza<br>Universal City, CA 91608-1002 | Vesta  aka Showroom Interiors, LLC<br>8905 Rex Road<br>Pico Rivera, CA 90660-3799 |
| Vista Sotheby's Int'l. Realty<br>Chris Adlam<br>16 Malaga Cove Plaza<br>Palos Verdes Peninsula, CA 90274-1306 | West Coast Gates<br>339 Isis Ave.<br>Inglewood, CA 90301-2007 | West Valley Green Landscaping, Inc.<br>14761 Tupper St.<br>Panorama City, CA 91402-1222 |
| Westcoast Gate & Entry Systems, LLC<br>339 Isis Ave<br>Inglewood CA 90301-2007 | Westside Estate Agency<br>Kurt Rappaport<br>210 North Canon Dr.<br>Beverly Hills, CA 90210-5302 | YOGI Securities Holdings, LLC<br>Steve Oshins, Auth. Agent<br>1645 Village Center Cir., Ste. 170<br>Las Vegas, NV 89134-6371 |
| Yaly Martinez Arrazola<br>11804 Kiowa Avenue<br>Apt 4<br>Los Angeles, CA 90049-6024 | Yvonne Niami<br>301 Copa de Oro Road<br>Los Angeles, CA 90077-3822 | Andre Mario Smith<br>7938 Broadway #1263<br>Lemon Grove, CA 91946-7052 |
| David B Golubchik<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | Jonathan Gottlieb<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Ave<br>Los Angeles, CA 90034-2618 | Lindsey L Smith<br>Levene, Neale, Bender, Yoo & Golubchik<br>2818 La Cienega Ave<br>Los Angeles, CA 90034-2618 |
| Nile Niami<br>c/o Hamid R. Rafatjoo<br>Raines Feldman LLP<br>1800 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-4200 | Todd M Arnold<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
LOS ANGELES COUNTY TREASURER AND TAX COLLECT    (d)Los Angeles County Tax Collector         (d)Los Angeles County Treasurer and Tax Colle
PO BOX 54110                                    225 N. Hill Street # 1                      Attn: Bankruptcy Unit
LOS ANGELES, CA 90054-0110                      Los Angeles, CA 90012                       PO Box 54110
                                                                                            Los Angeles, CA 90054-0110


State Board of Equalization
Acct. Analysis & Control MIC 29
POB 942879
Sacramento, CA 94279




          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)American Truck and Tool Rental               (u)Concierge Auctions, LLC                  (u)Courtesy NEF




(u)Hilldun Corporation                          (u)Inferno Investment, Inc.                 (u)Italian Luxury Group, LLC




(u)Italian Luxury Group, LLC and Italian Luxu   (u)J&E Texture, Inc.                        (u)Pacific Union International dba Compass




(u)Showroom Interiors, LLC dba Vesta            (u)The Beverly Hills Estate and Compass     (u)Yogi Securities Holdings, LLC




(u)Simone Giovanni Cenedese                     (u)Edward Roark Schwagerl                   (u)Richard Saghian
Murano s.a.s
Calle Bertolini, 6, Murano, Venezia




(u)Theodore Lanes                               (u)Yvonne Niami                             End of Label Matrix
                                                                                            Mailable recipients    115
                                                                                            Bypassed recipients     17
                                                                                            Total                  132
```