1  BRYAN CAVE LEIGHTON PAISNER LLP
   Sharon Z. Weiss (CA State Bar No. 169446)
2  E-Mail: sharon.weiss@bclplaw.com
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone:  (310) 576-2100
4  Facsimile:   (310) 576-2200

5  STINSON LLP
   Jeff G. Huron (CA State Bar No. 136585)
6  E-Mail: jeff.huron@stinson.com
   1901 Avenue of the Stars, Suite 450
7  Los Angeles, California 90067-6006
   Telephone: (310) 730-7026
8
   Counsel for Inferno Investment, Inc.
9

10                  UNITED STATES BANKRUPTCY COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12                       LOS ANGELES DIVISION

13  In re                                Case No. 2:21-bk-18205-DS

14  CRESTLLOYD, LLC,                     Chapter 11

15             Debtor.

16                                       **STIPULATION TO EXTEND DEADLINES TO
                                         SECOND MOTION FOR AUTHORITY TO
17                                       DISBURSE FUNDS TO HANKEY CAPITAL,
                                         LLC AND REPLY TO OPPOSITION**
18
                                         Date:  August 28, 2025
19                                       Time:  1:00 p.m.
                                         Place: Ctrm 1639
20                                              255 E. Temple St.
                                                Los Angeles, CA 90012
21

22

23

24

25

26

27

28

                                        1
STIPULATION TO EXTEND DEADLINES TO SECOND MOTION FOR AUTHORITY TO
DISBURSE FUNDS TO HANKEY CAPITAL, LLC AND REPLY TO OPPOSITION

1  Creditor Inferno Investment Inc. ("Inferno") and Debtor and Debtor in Possession, Crestlloyd,
2  LLC ("Debtor"), through their respective attorneys of record, hereby stipulate and agree as follows:

3  1. On or about July 29, 2025, Debtor filed its Second Motion for Authority to Disburse Funds
4  to Hankey Capital, LLC (Dkt. No. 635) (the "Second Disbursement Motion").

5  2. Pursuant to the applicable Local Rules and Federal Rules of Bankruptcy Procedure, the
6  deadline to file any opposition to the Second Disbursement Motion is August 14, 2025.

7  3. Debtor, Inferno Investment, Hankey Capital LLC, Yogi Securities Holdings, LLC and
8  Hilldun Corporation are presently engaged in good faith discussions in an attempt to resolve Inferno
9  Investment's concerns regarding the Second Disbursement Motion.

10  4. The parties believe that additional time for negotiations may result in a resolution that
11  obviates the need for contested litigation on the Second Disbursement Motion.

12  5. The parties are not aware of any other party who plans to object to the Second
13  Disbursement Motion, other than, potentially, Inferno Investment.

14  6. The parties therefore respectfully request that the Court extend the deadline for filing any
15  opposition and reply to the Second Disbursement Motion to allow the parties additional time to attempt
16  to reach a mutually acceptable resolution.

17  7. No party will be prejudiced by the requested extension, and the brief delay will serve the
18  interests of judicial economy.

19  WHEREFORE, the parties respectfully request that this Court enter an order:

20  (a) Extending Inferno Investment's deadline to file any opposition to the Second Disbursement
21  Motion from Thursday August 14, 2025, to Tuesday, August 19, 2025;

22  (b) Extending Debtor's, or any party in interest's, deadline to file any reply brief from
23  Thursday, August 21, 2025 to Monday, August 25, 2025; and,

24  (c) Confirming that the hearing on the Second Disbursement Motion shall remain scheduled
25  for August 28, 2025.

26  *[Signature Page Follows]*

| | | |
|---|---|---|
| Dated: August 14, 2025 | | Bryan Cave Leighton Paisner LLP |
| | | By: _/s/ Sharon Z. Weiss_____ |
| | | Sharon Z. Weiss |
| | | Attorney for Inferno Investment, Inc. |
| Dated: August 14, 2025 | | Levene, Neale, Bender, Yoo & Golubchik LLP |
| | | By: _/s/ Joseph M. Rothberg_____ |
| | | Joseph M. Rothberg |
| | | Attorney for Debtor and Debtor-in-Possession Crestlloyd, LLC |

3

STIPULATION TO EXTEND DEADLINES TO SECOND MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC AND REPLY TO OPPOSITION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy of the foregoing document(s) entitled: **STIPULATION TO EXTEND DEADLINES TO SECOND MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC AND REPLY TO OPPOSITION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 14, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **PLEASE SEE ATTACHED LIST**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 14, 2025 | Raul Morales | /s/ Raul Morales |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy**
  kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

- **Todd M Arnold**
  tma@lnbyg.com

- **Jerrold L Bregman**
  jbregman@bg.law, ecf@bg.law

- **Ryan Coy**
  ryan.coy@saul.com, hannah.richmond@saul.com; Shelly.Guise@saul.com; LitigationDocketing@saul.com; ryan.coy@ecf.courtdrive.com

- **Marguerite Lee DeVoll**
  mdevoll@watttieder.com

- **Karol K Denniston**
  karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com

- **Oscar Estrada**
  oestrada@ttc.lacounty.gov

- **Max Fabricant**
  mfabricant@lavelysinger.com

- **Danielle R Gabai**
  dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com

- **Thomas M Geher**
  tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com

- **David B Golubchik**
  dbg@lnbyg.com, dbg@lnbyg.com

- **Andrew Goodman**
  agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

- **Jonathan Gottlieb**
  jdg@lnbyg.com

- **Steven T Gubner**
  ecf@bg.law, ecf@bg.law

- **Jeffrey Huron**
  jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com

- **Robert B Kaplan**
  rbk@jmbm.com, rbk@ecf.courtdrive.com

- **Jane G Kearl**
  jkearl@watttieder.com, lharake@watttieder.com

- **Jennifer Larkin Kneeland**
  jkneeland@watttieder.com

- **Michael S Kogan**
  mkogan@koganlawfirm.com

- **Marc A Lieberman**
  marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com

- **John W Lucas**
  jlucas@pszjlaw.com, ocarpio@pszjlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE

- **Noreen A Madoyan**
  Noreen.Madoyan@usdoj.gov

- **John A Moe**
  john.moe@dentons.com, kathryn.howard@dentons.com; derry.kalve@dentons.com; DOCKET.GENERAL.LIT.LOS@dentons.com

- **Nicholas David Moss**
  nmoss@molinolawfirm.com

- **Samuel A Newman**
  sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com

- **Ryan D O'Dea**
  rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com

- **Sharon Oh-Kubisch**
  sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

- **Hamid R Rafatjoo**
  hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com

- **Ronald N Richards**
  ron@ronaldrichards.com, 7206828420@filings.docketbird.com

- **Joseph M Rothberg**
  jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

- **Victor A Sahn**
  victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com; pdillamar@ecf.courtdrive.com; patricia.dillamar@gmlaw.com, Karen.Files@gmlaw.com

- **William Schumacher**
  wschumacher@winthrop.com, autodocketecf@milbank.com

- **David Seror**
  dseror@bg.law, ecf@bg.law

- **Zev Shechtman**
  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com; hannah.richmond@saul.com; LitigationDocketing@saul.com

- **Lindsey L Smith**
  lls@lnbyb.com, lls@ecf.inforuptcy.com

- **Howard Steinberg**
  steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

- **United States Trustee (LA)**
  ustpregion16.la.ecf@usdoj.gov

- **Daniel Wall**
  dwall@wallinrussell.com

- **Genevieve G Weiner**
  gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com; psantos@sidley.com

- **Jessica Wellington**
  jwellington@bg.law, ecf@bg.law

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                            **F 9013-3.1.PROOF.SERVICE**