BRYAN CAVE LEIGHTON PAISNER LLP
Sharon Z. Weiss (CA State Bar No. 169446)
E-Mail: sharon.weiss@bclplaw.com
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile:  (310) 576-2200

STINSON LLP
Jeff G. Huron (CA State Bar No. 136585)
E-Mail: jeff.huron@stinson.com
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 730-7026

Counsel for Inferno Investment, Inc.

**FILED & ENTERED**

AUG 19 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re

CRESTLLOYD, LLC,

    Debtor.

Case No. 2:21-bk-18205-DS

Chapter 11

**ORDER APPROVING STIPULATION TO EXTEND DEADLINES REGARDING SECOND MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC**

    The court having reviewed and considered the "Stipulation to Extend Deadlines to Second Motion for Authority to Disburse Funds to Hankey Capital, LLC and Reply to Opposition" (the "Stipulation," Docket No. 638)," and good cause appearing,

    IT IS HEREBY ORDERED that the Stipulation is approved. The deadline for Inferno Investment to file any opposition to the "Second Motion for Authority to Disburse Funds to Hankey Capital, LLC" (the "Second Disbursement Motion," Docket No. 635) is extended from August 14, 2025, to August 19, 2025, and the deadline for filing any reply brief in support of the Second Disbursement

/ / /

1 | Motion is extended from August 21, 2025 to August 25, 2025.  The hearing on the Second Disbursement
2 | Motion will remain scheduled for August 28, 2025 at 1:00 p.m.
3 | ###

Date: August 19, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

1
**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**