1  DAVID B. GOLUBCHIK (State Bar No. 185520)
2  TODD M. ARNOLD (State Bar No. 221868)
   LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
   Los Angeles, California 90034
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Email: dbg@lnbyg.com; tma@lnbyg.com

6  Attorneys for Debtor and Debtor in Possession

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **LOS ANGELES DIVISION**

11

12  In re:                                Case No.: 2:21-bk-18205-DS

13  CRESTLLOYD, LLC,                       Chapter 11 Case

14        Debtor and Debtor in Possession.
                                           **DEBTOR'S NOTICE OF MONTHLY FEE**
15                                         **STATEMENT OF SIERRACONSTELLATION**
                                           **PARTNERS, LLC**
16

17
                                           [July 1, 2025 through July 31, 2025]
18
                                           [No Hearing Required, Unless Timely Opposition and
19                                         Request for a Hearing is Filed]

20

21

22

23

24

25

26

27

28

                                1

**PLEASE TAKE NOTICE** that, (A) on October 28, 2021, Crestlloyd, LLC, the Chapter 11 debtor and debtor in possession herein (the "Debtor"), filed a *Notice of Setting/Increasing Insider Compensation* (the "Notice of Insider Compensation") for SierraConstellation Partners LLC/Lawrence R. Perkins ("SCP") and served it on the UST and other parties, (B) on November 16, 2021, the United States Trustee (the "UST") filed its *Objection To Notice Of Insider Compensation* (the "Objection") [Dkt. 35] objecting to SCP's Notice of Insider Compensation, (C) on December 13, 2021, the Debtor filed its *Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Stipulation") [Dkt. 72], (D) on December 16, 2021, the Court entered its *Order Approving Stipulation [With the UST] (1) Resolving UST Objection To Notice Of Insider Compensation And (2) Vacating Hearing Thereon* (the "Insider Compensation Order") [Dkt. 77].

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation and Insider Compensation Order, "SCP must file monthly fee statements [each a "Fee Statement"] and serve the UST therewith, and, absent an objection by the UST or some other party in interest within seven (7) days thereafter, the fees and costs may be paid in full.  In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court."

**PLEASE FURTHER TAKE NOTICE THAT**, consistent with the foregoing procedure, on December 12, 2021, the Court entered its *Interim Order* [the "DIP Order" [Dkr. 70]] *Granting Motion For Order: (I) Authorizing Debtor To Obtain Senior Secured Postpetition Financing Pursuant To Section 364 Of The Bankruptcy Code, (II) Granting Super-Priority Administrative Claims And Senior Liens, (III) Scheduling A Final Hearing, And (IV) Granting Related Relief* [the "DIP Motion") [Dkt. 66]], which, *inter alia*, granted the DIP Motion on an interim basis and approved the terms of the DIP Loan Documents,[1] which provide, among other things, that:

> Loan Proceeds shall be used solely in accordance with the Budget, including for payment of the Facility Fee, Lender's reasonable attorneys' fees and costs incurred in making and documenting the Loan, title insurance premiums, escrow fees, the Extension Fee,

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the DIP Motion.

and the Carve Out and Borrower's working capital needs and to administer the Chapter 11 Case, including insurance, repair, maintenance and construction costs with respect to the Property. With respect to the fees and costs of the Manager of the Debtor [*i.e.*, SCP], Manager [*i.e.*, SCP] shall file monthly fee statements and, absent an objection within seven (7) days thereafter, the fees and costs may be paid in full. In the event of an objection, the undisputed portion may be paid without prejudice to the balance subject to order of the Court.

**PLEASE FURTHER TAKE NOTICE THAT**, pursuant to the Insider Compensation Stipulation, Insider Compensation Order, DIP Motion, and DIP Order, SCP hereby files its Fee Statement for the period from July 1, 2025 through July 31, 2025.  SCP reserves its right to supplement, amend, or modify the Fee Statement to include fees and/or expenses incurred during the foregoing period not covered in the attached Fee Statement or incurred subsequent to July 31, 2025.

Annexed as **Exhibit "A"** hereto is the name of each professional who performed services for the Debtor in connection with this chapter 11 case during the period covered by this Fee Statement and the hourly rate and total fees for each professional during such period.

Annexed as **Exhibit "B"** hereto is the summary of hours in this Fee Statement broken up by partner and task.

Annexed as **Exhibit "C"** hereto are the detailed time entries for the period covered by this Fee Statement.

Annexed as **Exhibit "D"** hereto is the summary of expenses included in this Fee Statement.

Annexed as **Exhibit "E"** hereto are the detailed entries for the expenses covered by this Fee Statement.

**PLEASE TAKE FURTHER NOTICE that objections, if any, to this Fee Statement must be filed with the Court and served so as to be received by the undersigned counsel to the Debtor no later than seven (7) days after the filing of this Fee Statement.**

3

**PLEASE TAKE FURTHER NOTICE** that, (A) if no objection is properly and timely filed and served in accordance with the above procedures, the Debtor will pay SCP the fees and expense set forth in this Fee Statement (provided such payment is consistent with the Budget) and (B) if an objection is properly and timely filed and served in accordance with the above procedures, (1) the Debtor will pay SCP the undisputed portion of fees and expenses set forth in this Fee Statement (provided such payment is consistent with the Budget) and (2) any disputed portion of fees and expenses set forth in this Fee Statement shall be subject to review and further order by the Court.

Dated: August 21, 2025                    CRESTLLOYD, LLC

                                          */s/ Todd M. Arnold*
                                          DAVID B. GOLUBCHIK
                                          TODD M. ARNOLD
                                          LEVENE, NEALE, BENDER, YOO
                                            & GOLUBCHIK L.L.P.
                                          Attorneys for Debtor and Debtor in Possession

4

**EXHIBIT A**

**Summary of SierraConstellation Partners Professional Fees by Consultant**

For the Period July 1st through July 31st

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Lawrence Perkins | CEO | $1,100 | 0.00 | $0.00 |
| Roger Gorog | Senior Director | $615 | 0.00 | $0.00 |
| Colin Moran | Senior Associate | $370 | 12.00 | $4,440.00 |
| | | | **12** | **$4,440.00** |

**EXHIBIT B**

**Summary of SierraConstellation Partners Professional Fees by Activity**

For the Period July 1st through July 31st

| Activity / Consultant | Title | Hours | Rate | Total |
|---|---|---|---|---|
| **Business Operations, Cash Management & CRO Support** | | | | |
| Lawrence Perkins | CEO | 0.00 | $1,100 | $0.00 |
| Roger Gorog | Senior Director | 0.00 | $615 | $0.00 |
| Colin Moran | Senior Associate | 10.50 | $370 | $3,885.00 |
| | *Activity Total* | 10.50 | | $3,885.00 |
| | | | | |
| **Invoices, Fees and Retention Applications** | | | | |
| Lawrence Perkins | CEO | 0.00 | $1,100 | $0.00 |
| Roger Gorog | Senior Director | 0.00 | $615 | $0.00 |
| Colin Moran | Senior Associate | 1.50 | $370 | $555.00 |
| | *Activity Total* | 1.50 | | $555.00 |

**EXHIBIT C**

**Summary of SierraConstellation Partners Professional Fees by Professional Service**
For the Period July 1st through July 31st

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| **Business Operations, Cash Management & CRO Support** | | | | |
| *Colin Moran* | | | | |
| 7/3/2025 | Begin to compile documents for Yogi RFP | 3.00 | $370.00 | $1,110.00 |
| 7/7/2025 | Review correct Yogi RFP and finish compiling documents | 4.00 | $370.00 | $1,480.00 |
| 7/9/2025 | Minor emails re: Yogi RFP | 0.50 | $370.00 | $185.00 |
| 7/10/2025 | Minor emails re: Yogi RFP | 0.50 | $370.00 | $185.00 |
| 7/21/2025 | Compile June MOR | 2.50 | $370.00 | $925.00 |
| | | Colin Moran Total | | $3,885.00 |
| **Invoices, Fees and Retention Applications** | | | | |
| *Colin Moran* | | | | |
| 7/21/2025 | Compile June MSR | 1.50 | $370.00 | $555.00 |
| | | Colin Moran Total | | $555.00 |

**EXHIBIT D**

**Summary of SierraConstellation Partners Expenses by Category**

For the Period July 1st through July 31st

**Reimbursable Expenses**                                              **Amount**

N/A

**EXHIBIT E**

**Summary of SierraConstellation Partners Expenses by Detail**

For the Period July 1st through July 31st

| Activity | Date | Employee | Description | Amount |
|----------|------|----------|-------------|--------|
| N/A | | | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Notice Of Monthly Fee Statement Of Sierraconstellation Partners, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **_August 21, 2025_** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com**
- **Todd M Arnold    tma@lnbyg.com**
- **Jerrold L Bregman    jbregman@bg.law, ecf@bg.law**
- **Ryan Coy    ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf. courtdrive.com**
- **Marguerite Lee DeVoll    mdevoll@watttieder.com**
- **Karol K Denniston    karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com**
- **Oscar Estrada    oestrada@ttc.lacounty.gov**
- **Max Fabricant    mfabricant@lavelysinger.com**
- **Danielle R Gabai    dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com**
- **Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com**
- **David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com**
- **Andrew Goodman    agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com**
- **Jonathan Gottlieb    jdg@lnbyg.com**
- **Steven T Gubner    ecf@bg.law, ecf@bg.law**
- **Jeffrey Huron    jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com**
- **Robert B Kaplan    rbk@jmbm.com, rbk@ecf.courtdrive.com**
- **Jane G Kearl    jkearl@watttieder.com, lharake@watttieder.com**
- **Jennifer Larkin Kneeland    jkneeland@watttieder.com**
- **Michael S Kogan    mkogan@koganlawfirm.com**
- **Marc A Lieberman    marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com**
- **John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com**
- **Noreen A Madoyan    Noreen.Madoyan@usdoj.gov**
- **John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com**
- **Nicholas David Moss    nmoss@molinolawfirm.com**
- **Samuel A Newman    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com**
- **Ryan D O'Dea    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com**
- **Sharon Oh-Kubisch    sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com**
- **Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com,csantiago@raineslaw.com**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Joseph M Rothberg**  jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Victor A Sahn**  victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com
- **William Schumacher**  wschumacher@winthrop.com, autodocketecf@milbank.com
- **David Seror**  dseror@bg.law, ecf@bg.law
- **Zev Shechtman**  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Daniel Wall**  dwall@wallinrussell.com
- **Genevieve G Weiner**  gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com
- **Sharon Z. Weiss**  sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jessica Wellington**  jwellington@bg.law, ecf@bg.law

**2.  SERVED BY UNITED STATES MAIL**:  On **_August 21, 2025_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Katharine E Dernier | Christopher Giaimo | Beth E Levine |
| DENTONS US LLP | SQUIRE PATTON BOGGS (US) LLP | Pachulski Stang Ziehl & Jones LLP |
| 4520 Main Street, Suite 1100  Kansas City, MO 64111-7700 | 2550 M Street, NW | 1700 Broadway 36th floor |
| | Washington, DC 20037 | New York, NY 10019 |
| **RSN** | **RSN** | **RSN** |

| | |
|---|---|
| Robert F Scoular | Andre Mario Smith |
| DENTONS US LLP | 7938 Broadway #1263 |
| 601 South Figueroa Street, Suite 2500  Los Angeles, CA 90017-5704 | Lemon Grove, CA 91946 |
| **RSN** | **RSN** |

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_August 21, 2025_**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 21, 2025 | Alayza Roberson | /s/ Alayza Roberson |
|---|---|---|
| _Date_ | _Printed Name_ | _Signature_ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                    **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:21-bk-18205-DS
Central District of California
Los Angeles
Thu Aug 21 16:53:54 PDT 2025

Crestlyn, LLC
c/o SierraConstellation Partners LLC
355 S. Grand Avenue Suite 1450
Los Angeles, CA 90071-3152

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Goodman Law Offices, A Professional Corporat
30700 Russell Ranch Rd
Ste 250
Westlake Village, CA 91362-9507

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Interno Investment, Inc.
4-95 Kandaher,
Mont Tremblant
Quebec Canada

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

(p)OFFICE OF FINANCE  CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Plante Lebovic LLP c/o Wallin & Russell LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, CA 92610-3444

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Alvandi Law Group, P.C.
Gil Alvandi
2955 Main St. Suite 110
Irvine, CA 92614-2527

American Truck & Tool Rentals Inc.
Tom Murray, CEO and President
88 W. Victoria St.
Long Beach, CA 90805-2157

Amy P. Lally, Esq.
Sidley Austin LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067-4622

BMC West LLC
3250 N. San Fernando Rd.
Los Angeles, CA 90065-1415

BMC West LLC
David Filtman, CEO
4800 Falls of Neuse Rd., Ste. 400
Raleigh, NC 27609-8142

Biabani & Associates, Inc.
1600 Sawtelle Bl #104
Los Angeles, CA 90025-3197

Bradford Sheet Metal
4164 Sopp Road
Mojave, CA 93501-7196

Branden Williams
257 N. Cannon Dr., 2nd Fl.
Beverly Hills, CA 90210-4361

Brunswick Corp.
26125 N. Riverwoods Blvd.
Ste 500
Lake Forest, IL 60045-4811

Brutzkus Gubner
David Seror
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911

Buchalter, APC
Jeffrey S. Wruble
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

C.G.S. Custom Glass Specialists
4536 Ish Drive
Simi Valley, CA 93063-7666

CAD Stone Works Inc.
4533 Van Nuys Bl. #201
Sherman Oaks, CA 91403-2950

Calgrove Rentals Inc.
21627 Roscoe Bl.
Canoga Park, CA 91304-4159

Calgrove Rentals Inc.
Guadalupe Gomez, President
456 Glenoaks Blvd.
San Fernando, CA 91340-1833

Caprenos Inc.
Cindee Wood  Authorized Agent
4345 Murphy Canyon Road #200
San Diego, CA 92123-4362

Carcassone Fine Homes, LLC
c/o Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067-4201

Century Air, LLC
13932 Arrow Creek Road
Draper, UT 84020-9295

City of Los Angeles
Mike Feuer, City Attorney
City Hall East, Suite 800
Los Angeles, CA 90012

Clerk of the Governing Board,
Mount. Rec. & Cons. Auth.
5750 Ramirez Canyon
Malibu, CA 90265-4474

Compass
Aaron Kirman
9378 Wilshire Blvd. #200
Beverly Hills, CA 90212-3167

Conejo Recreation and Park District
403 W. Hillcrest Drive
Thousand Oaks, CA 91360-4223

County of Los Angeles
Local Fire Prevention Measure
4745 Mangels Blvd.
Fairfield, CA 94534-4175

County of Los Angeles
MRCA-Brush Fire Clear g Dist #1
200 North Main Street, 16th Fl
Los Angeles, CA 90012-4110

County of Los Angeles
Wildlife Corridor and Protection
4745 Mangels Blvd.
Fairfield, CA 94534-4175

Creative Art Partners
6542 Hayes Dr.
Los Angeles, CA 90048-5320

Crest Real Estate
11150 Olympic Bl. #700
Los Angeles, CA 90064-1825

Daniel Wiesel, Esq.
Wolf, Rifkin, Shapiro, et al.
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064-1550

Davidson Accountancy Corp.
William N. Davidson, CPA
14011 Ventura Blvd., Ste. 302
Sherman Oaks, CA 91423-5226

Dennis Palma
146 Beach Way
Monterey, CA 93940-3436

Department of Water and Power,
City of Los Angeles
Attn:  Bankruptcy
P. O.  Box 51111
Los Angeles, CA  90051-5700

Draken Private Security
Jaime Salanga
633 West 5th St.
Los Angeles, CA 90071-2005

Draken Security
8225 Encino Ave
Northridge, CA 91325-4313

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Frontier Communications Corporation
401 Merritt 7
Norwalk, CT 06851-1069

Hankey Capital, LLC
Attn: Eugene M. Leydiker
4751 Wilshire Blvd. #110
Los Angeles, CA 90010-3838

Hilldun Corporation
Jeffrey D. Kapelman, CEO
225 West 35th St.
New York, NY 10001-1904

Hilldun Corporation
c/o Brutzkus Gubner
Attn: Jerrold L Bregman
5445 DTC Parkway Ste 825
Denver CO 80111-3190

Hilton & Hyland Real Estate
257 North Ca on Drive
Beverly Hills, CA 90210-4361

Inferno Investment Inc.
Julien Remillard, President
4-95 Kandahar, Mont Tremblant
Quebec J8E 1E2 Canada

Inferno Investment, Inc.
c/o Smiley Wang-Ekvall, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626-7234

Italian Luxury Design
4 NE 39 St.
Miami, FL 33137-3630

Italian Luxury Group, LLC
c/o Gregory J. Morrow, Esq.
10401 Wilshire Boulevard, Suite 1102
Los Angeles, CA 90024-4609

J&E Texture, Inc.
Francisco Gonzalez, CEO
181 Exeter Way
Corona, CA 92882-8502

JMBM LLP
Neil C. Erickson
1900 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-4301

JMS Air Conditioning
and Appliance Services, Inc.
7640 Burnet Ave.
Van Nuys, CA 91405-1005

JOHN A. BELCHER
150 E. COLORADO BLVD., SUITE 215
PASADENA, CA 91105-3758

Jabs Pools and Spas LLC
8055 Matilija Ave.
Panorama City, CA 91402-6126

Jesus Agudelo
aka Jesus Columbia
944 Airole Way
Los Angeles, CA 90077-2602


Jose Napoleon Garcia
1525 N. Detroit St., #5
Los Angeles, CA 90046-3233

KN Coating
201 E. Tamarack Ave
Inglewood, CA 90301-2714

Kazemi & Associates Constructors
11901 Santa Monica Blvd #800
Los Angeles, CA 90025-2767


Kennco Plumbing, Inc.
Robert L. Kennedy, Jr., CEO
21366 Placerita Canyon Rd.
Newhall, CA 91321-1846

Kennco Plumbing, Inc.
Robert L. Kennedy, Jr., CEO
26575 Ruether Ave.
Santa Clarita, CA 91350-2622

LA DWP
P.O. Box. 30808
Los Angeles, CA 90030-0808


Lanes Management Services
Theodore Lanes
655 Deep Valley Drive 125-P
Palos Verdes Peninsula, CA 90274-3615

MICHAEL WALLIN
DANIEL WALL
WALLIN & RUSSELL LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, California 92610-3444

Made by TSI, Inc.
1840 Jefferson Ave., Apt 303
Miami Beach, FL 33139-2461


Made by TSI, Inc.
888 Biscayne Blvd #209
Miami, FL 33132-1588

Martin Aguirre
112 1/2 North 20th St.
Montebello, CA 90640-4041

Martin Aguirre
c/o Nathan D. McMurry
8050 N. Palm Ave. Ste. 300
Fresno, CA 93711-5510


Michael Pyle LLC dba Centurion LV
13932 Arrow Creek Rd
Draper, UT 84020-9295

Midland Contractors, Inc.
Po Box 8312
Van Nuys, CA 91409-8312

Mike Fields Bronzes LLC
2715 E 36th Ave Apt 6203
Spokane, WA 99223-4593


Moises Lopez
141 S. Ave. 55 Apt. 40
Los Angeles, CA 90042-4635

Nile Niami
c/o Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067-4201

Parker Resnik
Structural Engineering
1927 Pontius Ave
Los Angeles, CA 90025-5611


Parquet by Dian
Dima Efros, CEO
16601 S. Main Street
Gardena, CA 90248-2722

Plante Lebovic LLP
c/o Wallin & Russell LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, CA 92610-3444

Plus Development Group
743 Seward St.
Los Angeles, CA 90038-3566


Powertek Electric Inc.
Mike Moshrefi, CEO
28364 S. Western Ave. # 414
Rancho Palos Verdes, CA 90275-1434

Powertek Electric, Inc.
Hart Kienle Pentecost
4 Hutton Centre Drive, Suite 900
Santa Ana, CA 92707
Santa Ana, CA 92707-8713

Pro-Pest, Inc.
P.O. Box 3868
Valley Village, CA 91617-3868


Public Insurance Agency Inc.
10941 W. Pico Bl.
Los Angeles, CA 90064-2117

Public Occurrences, LLC
15821 Ventura Blvd. #265
Encino, CA 91436-2941

Rolls Scaffold, Inc.
Michael Rolls, CEO
11351 County Dr. Ste B
Ventura, CA 93004-3559

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


| | | |
|---|---|---|
| L.A. County Tax Collector<br>Bankruptcy Unit<br>P.O. Box 54110<br>Los Angeles, CA 90051-0110 | (d)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 |
| (d)Los Angeles County Tax Collector<br>225 N. Hill Street # 1<br>Los Angeles, CA 90012 | (d)Los Angeles County Treasurer and Tax Colle<br>Attn: Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | State Board of Equalization<br>Acct. Analysis & Control MIC 29<br>POB 942879<br>Sacramento, CA 94279 |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| | | |
|---|---|---|
| (u)American Truck and Tool Rental | (u)Concierge Auctions, LLC | (u)Courtesy NEF |
| (u)Hilldun Corporation | (u)Inferno Investment, Inc. | (u)Italian Luxury Group, LLC |
| (u)Italian Luxury Group, LLC and Italian Luxu | (u)J&E Texture, Inc. | (u)Pacific Union International dba Compass |
| (u)Showroom Interiors, LLC dba Vesta | (u)The Beverly Hills Estate and Compass | (u)Yogi Securities Holdings, LLC |
| (d)Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | (d)Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (u)Simone Giovanni Cenedese<br>Murano s.a.s<br>Calle Bertolini, 6, Murano, Venezia | (d)Edward Roark Schwagerl | (u)Richard Saghian |

(u)Theodore Lanes

(u)Yvonne Niami

End of Label Matrix
Mailable recipients    117
Bypassed recipients     20
Total                  137