United States Bankruptcy Court

Central District of California

In re: Case No. 21-18205-DS

Crestlloyd, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Goodman | on behalf of Attorney Goodman Law Offices A Professional Corporation agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| Daniel Wall | on behalf of Creditor Plante Lebovic LLP c/o Wallin & Russell LLP dwall@wallinrussell.com |
| Danielle R Gabai | on behalf of Creditor Showroom Interiors LLC dba Vesta dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com |
| David Seror | on behalf of Interested Party Courtesy NEF dseror@bg.law ecf@bg.law |
| David B Golubchik | on behalf of Debtor Crestlloyd LLC dbg@lnbyg.com, dbg@lnbyg.com |

Case 2:21-bk-18205-DS    Doc 642    Filed 08/21/25    Entered 08/21/25 21:22:45    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| David B Golubchik | on behalf of Defendant Crestlloyd  LLC dbg@lnbyg.com, dbg@lnbyg.com |
| David B Golubchik | on behalf of Attorney Levene  Neale, Bender, Yoo & Golubchik LLP dbg@lnbyg.com, dbg@lnbyg.com |
| Genevieve G Weiner | on behalf of Interested Party Richard Saghian gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com |
| Hamid R Rafatjoo | on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com,csantiago@raineslaw.com |
| Howard Steinberg | on behalf of Defendant Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Howard Steinberg | on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Jane G Kearl | on behalf of Interested Party J&E Texture  Inc. jkearl@watttieder.com, lharake@watttieder.com |
| Jeffrey Huron | on behalf of Plaintiff Inferno Investment  Inc. jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com |
| Jeffrey Huron | on behalf of Counter-Defendant Inferno Investment  Inc. jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com |
| Jeffrey Huron | on behalf of Cross Defendant Inferno Investment  Inc. jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com |
| Jennifer Larkin Kneeland | on behalf of Interested Party J&E Texture  Inc. jkneeland@watttieder.com |
| Jerrold L Bregman | on behalf of Interested Party Hilldun Corporation jbregman@bg.law  ecf@bg.law |
| Jessica Wellington | on behalf of Interested Party Courtesy NEF jwellington@bg.law  ecf@bg.law |
| Jessica Wellington | on behalf of Defendant Hilldun Corporation jwellington@bg.law  ecf@bg.law |
| Jessica Wellington | on behalf of Other Professional Theodore Lanes jwellington@bg.law  ecf@bg.law |
| John A Moe, II | on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Trousdale Estate LLC  a Nevada Limited Liability Company john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Counter-Defendant Crestlloyd  LLC john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Creditor Yogi Securities Holdings  LLC john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John W Lucas | on behalf of Counter-Claimant Yogi Securities Holdings  LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| John W Lucas | |

Case 2:21-bk-18205-DS    Doc 642    Filed 08/21/25    Entered 08/21/25 21:22:45    Desc
Imaged Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Aug 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| John W Lucas | |
| | on behalf of Cross Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| Jonathan Gottlieb | |
| | on behalf of Debtor Crestlloyd LLC jdg@lnbyg.com |
| Jonathan Gottlieb | |
| | on behalf of Interested Party Courtesy NEF jdg@lnbyg.com |
| Joseph M Rothberg | |
| | on behalf of Counter-Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | |
| | on behalf of Cross-Claimant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | |
| | on behalf of Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Karol K Denniston | |
| | on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com |
| Kyra E Andrassy | |
| | on behalf of Creditor Interno Investment Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com |
| Kyra E Andrassy | |
| | on behalf of Interested Party Inferno Investment Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com |
| Kyra E Andrassy | |
| | on behalf of Plaintiff Inferno Investment Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com |
| Lindsey L Smith | |
| | on behalf of Debtor Crestlloyd LLC lls@lnbyb.com, lls@ecf.inforuptcy.com |
| Marc A Lieberman | |
| | on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com addy@flpllp.com,andrea@flpllp.com |
| Marc A Lieberman | |
| | on behalf of Creditor Italian Luxury Group LLC marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com |
| Marguerite Lee DeVoll | |
| | on behalf of Interested Party J&E Texture Inc. mdevoll@watttieder.com |
| Max Fabricant | |
| | on behalf of Cross Defendant Inferno Investment Inc. mfabricant@lavelysinger.com |
| Max Fabricant | |
| | on behalf of Counter-Defendant Inferno Investment Inc. mfabricant@lavelysinger.com |
| Max Fabricant | |
| | on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com |
| Max Fabricant | |
| | on behalf of Plaintiff Inferno Investment Inc. mfabricant@lavelysinger.com |
| Michael S Kogan | |
| | on behalf of Interested Party Courtesy NEF mkogan@koganlawfirm.com |
| Nicholas David Moss | |
| | on behalf of Defendant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com |
| Nicholas David Moss | |
| | on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com |
| Noreen A Madoyan | |
| | on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov |
| Oscar Estrada | |
| | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Robert B Kaplan | |
| | on behalf of Interested Party Courtesy NEF rbk@jmbm.com rbk@ecf.courtdrive.com |
| Ronald N Richards | |
| | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com 7206828420@filings.docketbird.com |
| Ryan Coy | |
| | on behalf of Defendant Hilldun Corporation ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Ryan Coy
    on behalf of Cross Defendant Hilldun Corporation  a New York Corporation ryan.coy@saul.com,
    hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com

Ryan D O'Dea
    on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com
    lgauthier@shulmanbastian.com;avernon@shulmanbastian.com

Ryan D O'Dea
    on behalf of Interested Party Courtesy NEF rodea@shulmanbastian.com
    lgauthier@shulmanbastian.com;avernon@shulmanbastian.com

Samuel A Newman
    on behalf of Interested Party Richard Saghian sam.newman@sidley.com
    samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com

Sharon Oh-Kubisch
    on behalf of Interested Party Courtesy NEF sokubisch@swelawfirm.com
    gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Sharon Z. Weiss
    on behalf of Interested Party Inferno Investment  Inc. sharon.weiss@bclplaw.com,
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
    on behalf of Creditor Interno Investment  Inc. sharon.weiss@bclplaw.com,
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
    on behalf of Plaintiff Inferno Investment  Inc. sharon.weiss@bclplaw.com,
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Steven T Gubner
    on behalf of Interested Party Hilldun Corporation ecf@bg.law ecf@bg.law

Thomas M Geher
    on behalf of Defendant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com,
    bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher
    on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher
    on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com,
    bt@jmbm.com;tmg@ecf.courtdrive.com

Todd M Arnold
    on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com

Todd M Arnold
    on behalf of Interested Party Courtesy NEF tma@lnbyg.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Victor A Sahn
    on behalf of Interested Party Courtesy NEF victor.sahn@gmlaw.com
    vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

William Schumacher
    on behalf of Creditor Yogi Securities Holdings  LLC wschumacher@winthrop.com, autodocketecf@milbank.com

Zev Shechtman
    on behalf of Creditor Showroom Interiors  LLC dba Vesta Zev.Shechtman@saul.com,
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 73

| | |
|---|---|
| 1 | BRYAN CAVE LEIGHTON PAISNER LLP |
| | Sharon Z. Weiss (CA State Bar No. 169446) |
| 2 | E-Mail: sharon.weiss@bclplaw.com |
| | 120 Broadway, Suite 300 |
| 3 | Santa Monica, California 90401-2386 |
| | Telephone:  (310) 576-2100 |
| 4 | Facsimile:   (310) 576-2200 |
| 5 | STINSON LLP |
| | Jeff G. Huron (CA State Bar No. 136585) |
| 6 | E-Mail: jeff.huron@stinson.com |
| | 1901 Avenue of the Stars, Suite 450 |
| 7 | Los Angeles, California 90067-6006 |
| | Telephone: (310) 730-7026 |
| 8 | Counsel for Inferno Investment, Inc. |

**FILED & ENTERED**

AUG 19 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re

CRESTLLOYD, LLC,

Debtor.

Case No. 2:21-bk-18205-DS

Chapter 11

**ORDER APPROVING STIPULATION TO EXTEND DEADLINES REGARDING SECOND MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC**

The court having reviewed and considered the "Stipulation to Extend Deadlines to Second Motion for Authority to Disburse Funds to Hankey Capital, LLC and Reply to Opposition" (the "Stipulation," Docket No. 638)," and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved.  The deadline for Inferno Investment to file any opposition to the "Second Motion for Authority to Disburse Funds to Hankey Capital, LLC" (the "Second Disbursement Motion," Docket No. 635) is extended from August 14, 2025, to August 19, 2025, and the deadline for filing any reply brief in support of the Second Disbursement

/ / /

1  Motion is extended from August 21, 2025 to August 25, 2025.  The hearing on the Second Disbursement

2  Motion will remain scheduled for August 28, 2025 at 1:00 p.m.

3                                                               ###

Date: August 19, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

1

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**