United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-18205-DS |
| Crestlloyd, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 10, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

**Recip ID        Recipient Name and Address**
db          +   Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:

**Name              Email Address**

Andrew Goodman
                    on behalf of Attorney Goodman Law Offices  A Professional Corporation agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com

Daniel Wall
                    on behalf of Creditor Plante Lebovic LLP c/o Wallin & Russell LLP dwall@wallinrussell.com

Danielle R Gabai
                    on behalf of Creditor Showroom Interiors  LLC dba Vesta dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com

David Seror
                    on behalf of Interested Party Courtesy NEF dseror@bg.law  ecf@bg.law

David B Golubchik
                    on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, dbg@lnbyg.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Sep 10, 2025 | Form ID: pdf042 | Total Noticed: 1 |

David B Golubchik
    on behalf of Defendant Crestlloyd LLC dbg@lnbyg.com, dbg@lnbyg.com

David B Golubchik
    on behalf of Attorney Levene Neale, Bender, Yoo & Golubchik LLP dbg@lnbyg.com, dbg@lnbyg.com

Genevieve G Weiner
    on behalf of Interested Party Richard Saghian gweiner@sidley.com
    laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com

Hamid R Rafatjoo
    on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com,csantiago@raineslaw.com

Howard Steinberg
    on behalf of Defendant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com,
    pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard Steinberg
    on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com,
    pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard Steinberg
    on behalf of Creditor Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com,
    pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Jane G Kearl
    on behalf of Interested Party J&E Texture Inc. jkearl@watttieder.com, lharake@watttieder.com

Jeffrey Huron
    on behalf of Plaintiff Inferno Investment Inc. jeff.huron@stinson.com,
    ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com

Jeffrey Huron
    on behalf of Counter-Defendant Inferno Investment Inc. jeff.huron@stinson.com,
    ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com

Jeffrey Huron
    on behalf of Cross Defendant Inferno Investment Inc. jeff.huron@stinson.com,
    ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com

Jennifer Larkin Kneeland
    on behalf of Interested Party J&E Texture Inc. jkneeland@watttieder.com

Jerrold L Bregman
    on behalf of Interested Party Hilldun Corporation jbregman@bg.law  ecf@bg.law

Jessica Wellington
    on behalf of Interested Party Courtesy NEF jwellington@bg.law  ecf@bg.law

Jessica Wellington
    on behalf of Defendant Hilldun Corporation jwellington@bg.law  ecf@bg.law

Jessica Wellington
    on behalf of Other Professional Theodore Lanes jwellington@bg.law  ecf@bg.law

John A Moe, II
    on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com
    kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
    on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com
    kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
    on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com
    kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
    on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company john.moe@dentons.com,
    kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
    on behalf of Counter-Defendant Crestlloyd LLC john.moe@dentons.com,
    kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
    on behalf of Creditor Yogi Securities Holdings LLC john.moe@dentons.com,
    kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
    on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com
    kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Case 2:21-bk-18205-DS    Doc 650    Filed 09/12/25    Entered 09/12/25 21:23:04    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 10, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| John W Lucas | on behalf of Counter-Claimant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| John W Lucas | on behalf of Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| John W Lucas | on behalf of Cross Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| Jonathan Gottlieb | on behalf of Debtor Crestlloyd LLC jdg@lnbyg.com |
| Jonathan Gottlieb | on behalf of Interested Party Courtesy NEF jdg@lnbyg.com |
| Joseph M Rothberg | on behalf of Counter-Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | on behalf of Cross-Claimant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | on behalf of Debtor Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | on behalf of Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Karol K Denniston | on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com |
| Kyra E Andrassy | on behalf of Creditor Interno Investment Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com |
| Kyra E Andrassy | on behalf of Interested Party Inferno Investment Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com |
| Kyra E Andrassy | on behalf of Plaintiff Inferno Investment Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com |
| Lindsey L Smith | on behalf of Debtor Crestlloyd LLC lls@lnbyb.com, lls@ecf.inforuptcy.com |
| Marc A Lieberman | on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com addy@flpllp.com,andrea@flpllp.com |
| Marc A Lieberman | on behalf of Creditor Italian Luxury Group LLC marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com |
| Marguerite Lee DeVoll | on behalf of Interested Party J&E Texture Inc. mdevoll@watttieder.com |
| Max Fabricant | on behalf of Cross Defendant Inferno Investment Inc. mfabricant@lavelysinger.com |
| Max Fabricant | on behalf of Counter-Defendant Inferno Investment Inc. mfabricant@lavelysinger.com |
| Max Fabricant | on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com |
| Max Fabricant | on behalf of Plaintiff Inferno Investment Inc. mfabricant@lavelysinger.com |
| Michael S Kogan | on behalf of Interested Party Courtesy NEF mkogan@koganlawfirm.com |
| Nicholas David Moss | on behalf of Defendant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com |
| Nicholas David Moss | on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com |
| Noreen A Madoyan | on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov |
| Oscar Estrada | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Robert B Kaplan | on behalf of Interested Party Courtesy NEF rbk@jmbm.com rbk@ecf.courtdrive.com |

Case 2:21-bk-18205-DS    Doc 650    Filed 09/12/25    Entered 09/12/25 21:23:04    Desc
Imaged Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 10, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Ronald N Richards | on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com |
| Ryan Coy | on behalf of Defendant Hilldun Corporation ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com |
| Ryan Coy | on behalf of Cross Defendant Hilldun Corporation  a New York Corporation ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com |
| Ryan D O'Dea | on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com lgauthier@shulmanbastian.com;avernon@shulmanbastian.com |
| Ryan D O'Dea | on behalf of Interested Party Courtesy NEF rodea@shulmanbastian.com lgauthier@shulmanbastian.com;avernon@shulmanbastian.com |
| Samuel A Newman | on behalf of Interested Party Richard Saghian sam.newman@sidley.com samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com |
| Sharon Oh-Kubisch | on behalf of Interested Party Courtesy NEF sokubisch@swelawfirm.com gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com |
| Sharon Z. Weiss | on behalf of Interested Party Inferno Investment  Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Sharon Z. Weiss | on behalf of Creditor Interno Investment  Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Sharon Z. Weiss | on behalf of Plaintiff Inferno Investment  Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
| Steven T Gubner | on behalf of Interested Party Hilldun Corporation sgubner@bg.law  ecf@bg.law |
| Thomas M Geher | on behalf of Defendant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com |
| Thomas M Geher | on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com |
| Thomas M Geher | on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com |
| Todd M Arnold | on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com |
| Todd M Arnold | on behalf of Interested Party Courtesy NEF tma@lnbyg.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Victor A Sahn | on behalf of Interested Party Courtesy NEF victor.sahn@gmlaw.com vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com |
| William Schumacher | on behalf of Creditor Yogi Securities Holdings  LLC wschumacher@winthrop.com, autodocketecf@milbank.com |
| Zev Shechtman | on behalf of Creditor Showroom Interiors  LLC dba Vesta Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |

TOTAL: 75

**FILED & ENTERED**

**SEP 10 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY aakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Crestlloyd, LLC,<br><br><br>         Debtor. | Case No.: 2:21-18205-DS<br><br>Chapter:  11<br><br>**ORDER AND NOTICE OF RESCHEDULED HEARING**<br><br>**OLD DATE:**<br>Date: 9-12-2025<br>Time: 2:00 p.m.<br>Courtroom: 1639, 16th fl.<br><br>**NEW DATE:**<br>Date: 9-15-2025<br>Time:  2:00 p.m.<br>Courtroom: 1639, 16th fl. |

**TO ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that the Second Motion for Authority to Disburse Funds to Hankey Capital, LLC hearing, on the above titled Bankruptcy Case scheduled for **9-12-2025 at 2:00 p.m.** before the Honorable Deborah J. Saltzman, Courtroom 1639, of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012, **is hereby rescheduled** by court to: **9-15-2025 at 2:00 p.m.** in

Courtroom 1639, 16th floor of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012.  Appearances at the hearing may be made in person or via Zoom for Government videoconference. All parties and members of the public may connect to the hearing free of charge. ZoomGov connection information for this hearing will be posted on the Court's public calendar for Judge Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx.

###

Date: September 10, 2025

Deborah J. Saltzman
United States Bankruptcy Judge