# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES

In Re. CRESTLLOYD, LLC.  §  
§  
§ Case No. 21-18205  
§  
Debtor(s)  

☐ Jointly Administered

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 08/31/2025  
Petition Date: 10/26/2021  
Months Pending: 47  
Industry Classification: 5 3 1 3  
Reporting Method:  Accrual Basis ☐   Cash Basis ☉  
Debtor's Full-Time Employees (current): 0  
Debtor's Full-Time Employees (as of date of order for relief): 0  

## Supporting Documentation (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements  
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit  
☒ Statement of operations (profit or loss statement)  
☐ Accounts receivable aging  
☐ Postpetition liabilities aging  
☐ Statement of capital assets  
☐ Schedule of payments to professionals  
☐ Schedule of payments to insiders  
☒ All bank statements and bank reconciliations for the reporting period  
☐ Description of the assets sold or transferred and the terms of the sale or transfer  

_/s/ Lawrence R. Perkins_  
Signature of Responsible Party  
09/23/2025  
Date  

Lawrence R. Perkins  
Printed Name of Responsible Party  
101 Creekside Crossing, Suite 1700-388 Brentwood, TN 37027.  
Address  

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)    1

| Debtor's Name | CRESTLLOYD, LLC. | | Case No. | 21-18205 |
|---|---|---|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $42,801,092 | |
| b. Total receipts (net of transfers between accounts) | $106,833 | $154,631,309 |
| c. Total disbursements (net of transfers between accounts) | $0 | $111,913,513 |
| d. Cash balance end of month (a+b-c) | $42,907,925 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $111,913,513 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○   Market ○   Other ●   (attach explanation)) | $0 |
| d. Total current assets | $42,907,925 |
| e. Total assets | $42,907,925 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $113,254,387 |
| l. Prepetition priority debt | $2,666 |
| m. Prepetition unsecured debt | $59,265,855 |
| n. Total liabilities (debt) (j+k+l+m) | $172,522,908 |
| o. Ending equity/net worth (e-n) | $-129,614,983 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $138,328,527 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $18,384,836 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $119,943,691 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $-106,833 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $106,833 | $127,169,156 |

UST Form 11-MOR (12/01/2021)    2

Debtor's Name CRESTLLOYD, LLC.    Case No. 21-18205

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $17,338 | $5,168,976 | $0 | $4,848,096 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | SierraConstellation Partners, LLC | Other | $7,288 | $1,152,799 | $0 | $1,115,797 |
| ii | Levene, Neale, Bender, Yoo & G | Lead Counsel | $10,050 | $1,312,861 | $0 | $1,028,983 |
| iii | Ted Lanes | Other | $0 | $94,620 | $0 | $94,620 |
| iv | Brutzkus Gubner | Lead Counsel | $0 | $88,696 | $0 | $88,696 |
| v | Compass - Beverly Hills | Other | $0 | $630,000 | $0 | $630,000 |
| vi | The Beverly Hills Estates | Other | $0 | $1,260,000 | $0 | $1,260,000 |
| vii | Hilton & Hyland | Other | $0 | $630,000 | $0 | $630,000 |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  CRESTLLOYD, LLC.                                                                 Case No.  21-18205

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

Debtor's Name CRESTLLOYD, LLC.    Case No. 21-18205

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)    5

| Debtor's Name | CRESTLLOYD, LLC. | | | | | | Case No. | 21-18205 |

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

| Debtor's Name | CRESTLLOYD, LLC. | | | | Case No. | 21-18205 |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name CRESTLLOYD, LLC.                                                                                       Case No. 21-18205

|    |                                                  |   |   |   |   |
|----|--------------------------------------------------|---|---|---|---|
|    | xcix                                             |   |   |   |   |
|    | c                                                |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) |   |   |   |   |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---:|---:|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $3,328,015 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○  No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○  No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ⦿  No ○  N/A ○ |
| i. | Do you have:   Worker's compensation insurance? | Yes ○  No ⦿ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ⦿ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ⦿ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ |

| | Debtor's Name | CRESTLLOYD, LLC. | | | Case No. | 21-18205 |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | | |
|---|---|---|---|
| a. | Gross income (receipts) from salary and wages | | $0 |
| b. | Gross income (receipts) from self-employment | | $0 |
| c. | Gross income from all other sources | | $0 |
| d. | Total income in the reporting period (a+b+c) | | $0 |
| e. | Payroll deductions | | $0 |
| f. | Self-employment related expenses | | $0 |
| g. | Living expenses | | $0 |
| h. | All other expenses | | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | | $0 |
| j. | Difference between total income and total expenses (d-i) | | $0 |
| k. | List the total amount of all postpetition debts that are past due | | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ | |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ | |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Lawrence R. Perkins | Lawrence R. Perkins |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Executive Officer of Manager | 09/23/2025 |
| Title | Date |

Debtor's Name  CRESTLLOYD, LLC.                                                            Case No.  21-18205



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name CRESTLLOYD, LLC.                                                                 Case No. 21-18205


Bankruptcy1to50

Bankruptcy51to100


NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name CRESTLLOYD, LLC.     Case No. 21-18205


PageThree


PageFour

## **MOR NOTES**

**Part 7.i** – The Debtor closed the sale of its only operating asset – a piece of real property – and the Debtor has no employees. Therefore, the Debtor does not currently carry worker's compensation, property, or general liability insurance.



# Account Information Report
### Crestlloyd, LLC

**August 01, 2025 - August 31, 2025**
**Account: *4504 (Crestlloyd, LLC DIP , OPERATIONS)**

| | |
|---|---:|
| Available Balance | $1,961,094.37 |
| Opening Ledger Balance | $1,961,094.37 |
| Collected Balance | $1,961,094.37 |
| Current Balance | $1,961,094.37 |
| Closing Ledger | $1,961,094.37 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $969,803.45 |
| Last Deposit Date | 01/31/2023 |
| Credit Line / Overdraft Amount | $0.00 |

Report Generated on: 09/22/25 06:04:39 PM

**EAST WEST BANK**
9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: August 01, 2025
ENDING DATE: August 31, 2025
Total days in statement period: 31
0001
( 0 )

CRESTLLOYD, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #21-18205
101 CREEKSIDE CROSSING SUITE 1700-388
BRENTWOOD TN 37027

Switch to e-statements via our Mobile App or Online Banking for a paperless experience! You can access up to seven years of account history easily at your fingertips. Learn more by visiting eastwestbank.com/mobile or call 833.468.8356 for details.

## Trustee-Vendor Money Market

| | | | |
|---|---|---|---|
| Account number | 0001 | Beginning balance | $40,839,997.34 |
| Low balance | $40,839,997.34 | Total additions (1) | 106,833.00 |
| Average balance | $40,839,997.34 | Total subtractions (0) | 0.00 |
| Interest paid year to date | $750,440.87 | Ending balance | $40,946,830.34 |

**CREDITS**

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 08-31 | Interest Credit | 106,833.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 40,839,997.34 | 08-31 | 40,946,830.34 | | |

**INTEREST INFORMATION**

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 3.12% | Interest-bearing days | 31 |
| Average balance for APY | $40,839,997.34 | Interest earned | $106,833.00 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement………………........... $_____

**Add** Deposits not shown
on this Statement $_____
_____
_____
          **Sub Total**………. $_____
**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………… $_____

**Balance**……..............................** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

          **Sub Total** ………… $_____

**Add** Monthly Interest
Earned …………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)………………. $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
_____
_____

**Balance**…………………………….. $_____

**IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

**ACCOUNTS WITH CHECK STORAGE**
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

**CHANGE OF ADDRESS**
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**P&L**

|  | Month of August 8/31/25 |
|---|---:|
| **Total Revenue** | **$0** |
| **Operating Expenses:** |  |
| Insurance | - |
| Property Taxes | - |
| Security, Cleaning, and General Carry | - |
| Utilities | - |
| Furnishings | - |
| Repairs & Maintenance | - |
| Contingency / Other | - |
| Total Operating Expenses | - |
|  |  |
| **Selling Expenses:** |  |
| Commission | - |
| Other Closing Costs | - |
| Total Selling Expenses | - |
|  |  |
| **Restructuring & Professional Expenses:** |  |
| Professional and UST Fees | - |
| Total Restructuring & Professional Expenses | - |
|  |  |
| **Interest and Fees:** |  |
| Interest Income | (106,833) |
| Interest & Fees (DIP) | - |
| Interest & Fees (Existing debt) | - |
| Total Interest and Fees | (106,833) |
|  |  |
| **Taxes:** |  |
| Taxes | - |
|  |  |
| Total Expenses | (106,833) |
|  |  |
| **Net Income** | **$ 106,833** |

**Balance Sheet**

|  | Month of August 8/31/25 |
|---|---:|
| **Assets** | |
| Current Assets | |
|   Cash and Cash Equivalents | 42,907,925 |
|   Accounts Receivable | - |
|   Prepaid Expenses | - |
|   Inventory | - |
|     Total Current Assets | 42,907,925 |
| | |
|   Goodwill | - |
|   Property | - |
| **Total Assets** | $ 42,907,925 |
| | |
| **Liabilities** | |
| Current Liabilities | |
|   Accounts Payable | - |
|   Accrued Expenses | - |
|     Total Current Liabilities | - |
| | |
|   Long-Term Debt | 172,522,908 |
| **Total Liabilities** | 172,522,908 |
| | |
| **Shareholder's Equity** | $ (129,614,983) |
| | |
| **Total Liabilities and Equity** | $ 42,907,925 |

**Cash Flow**

|  | Month of August 8/31/25 |
|---|---:|
| **Cash & Cash Equivalents beginning of Period** | $ 42,801,092 |
|  |  |
| Cash Flow From Operating Activities |  |
| Net Income | 106,833 |
| Net Cash Used in Operating Activities | 106,833 |
|  |  |
| Cash Flow from Investing Activities |  |
| Construction / Capital Expenditures | - |
| Net Acquisitions and Sales | - |
| Net Cash Used in Investing Activities | - |
|  |  |
| Cash Flow from Financing Activities |  |
| Debt Issuances / Repayments | - |
| Net Cash Provided by Financing Activities | - |
|  |  |
| Change in Cash & Cash Equivalents | 106,833 |
| **Ending Cash** | $ 42,907,925 |