| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID B. GOLUBCHIK (SBN 185520)<br>TODD M. ARNOLD (SBN 221868)<br>JOSEPH M. ROTHBERG (SBN 286363)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: dbg@lnbyg.com; tma@lnbyg.com; jmr@lnbyb.com<br><br>Attorneys for Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| In re:<br><br>**CRESTLLOYD, LLC,**<br><br>　　　　Debtor and Debtor in Possession | CASE NO.: 2:21-bk-18205-DS<br><br>Chapter 11 Case |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER GRANTING DEBTOR'S SECOND MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC** |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING DEBTOR'S SECOND MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC** was lodged on September 26, 2025 and is attached. This order relates to the motion, which is docket number 635.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　Page 1　　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JOSEPH M. ROTHBERG (State Bar No. 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jmr@lnbyg.com

Attorneys for Debtor and Debtor in Possession
Crestlloyd LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>　　　Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S SECOND MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC**<br><br>Hearing<br>　Date:　September 16, 2025<br>　Time:　1:00 p.m.<br>　Place:　Courtroom 1639<br>　　　　　255 E. Temple Street<br>　　　　　Los Angeles, CA  90012 |

A hearing was held at the above date, time, and place on the *Debtor's Second Motion for Authority to Disburse Funds to Hankey Capital, LLC* (the "Motion") [Docket No. 635] filed by debtor Crestlloyd LLC (the "Debtor"). Appearances were set forth on the record. Based on the Motion and all documents and evidence in support of the Motion, and the arguments of counsel at the hearing, and for the reasons stated on the record,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1.　　　The Debtor is authorized to pay to Hankey Capital, LLC ("Hankey") the sum of **$28,635,972.63** representing (a) remaining principal due on the note from Debtor to Hankey dated

1

October 25, 2018, in the principal amount of $82,500,000 (the "First Hankey Note"); (b) per diem interest which accrued through and including June 30, 2025 on the First Hankey Note; and (c) protective advances for insurance and property taxes.

2.  The Debtor is authorized to pay Hankey an additional $8,586.13 per day, from July 1, 2025, up until and through the date of payment to Hankey, which, together with the $28,635,972.63 specified above shall be referred to herein as "Payment." The Payment shall be applied by Hankey to pay off all principal and interest due and payable pursuant to the First Hankey Note. Nothing contained herein shall in any way limit the right of Hankey to seek reimbursement as a first priority secured claim all fees and costs incurred by Hankey in enforcing and/or opposing any challenges to the First Hankey Note, including but not limited to challenges as to amount, enforceability, or the priority of its lien rights.

3.  Within five (5) business days after making the Payment to Hankey, the Debtor shall file with the Court a notice regarding the payment made to Hankey that shall specify the date of payment and the amount paid so that such payment is a matter of public record.

4.  If the Court enters an order or judgment (the "Return Order") that determines Hankey's claim against the Debtor's estate is not fully secured or is junior (in whole or in part) to other secured indebtedness and/or not entitled to the priority or amounts Hankey asserts, Hankey shall return to the Debtor such portion of the Payment and the amount authorized under the "First Disbursement Order" [Docket No. 350] (together, the "Return Amount") within thirty (30) days after entry of the Return Order to the extent such distributions exceed Hankey's rights and entitlements. Notwithstanding the foregoing, nothing in this Order prevents Hankey from seeking a stay of the Return Order and posting a bond and the rights of all parties in interest are preserved to oppose any such request.

5.  The Payment will be made without prejudice to any rights, claims, defenses, or objections by all parties in interest, including but not limited to the challenges to the validity, priority, amount, enforceability, or secured status of Hankey's claim, and shall not constitute any admission or waiver by any party regarding such matters.

6.    This Order does not constitute any ruling, determination, or adjudication by the Court regarding validity, priority, lien status, enforceability, or amount of any claims asserted by Hankey or any other party in interest. All such matters remain subject to future determination by the Court.

\* \* \* \* \*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Notice Of Lodgment** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 26, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**   kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Todd M Arnold**   tma@lnbyg.com
- **Jerrold L Bregman**   jbregman@bg.law, ecf@bg.law
- **Ryan Coy**   ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com
- **Marguerite Lee DeVoll**   mdevoll@watttieder.com
- **Karol K Denniston**   karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Oscar Estrada**   oestrada@ttc.lacounty.gov
- **Max Fabricant**   mfabricant@lavelysinger.com
- **Danielle R Gabai**   dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**   dbg@lnbyg.com, dbg@lnbyg.com
- **Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Jonathan Gottlieb**   jdg@lnbyg.com
- **Steven T Gubner**   sgubner@bg.law, ecf@bg.law
- **Jeffrey Huron**   jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com
- **Robert B Kaplan**   rbk@jmbm.com, rbk@ecf.courtdrive.com
- **Jane G Kearl**   jkearl@watttieder.com, lharake@watttieder.com
- **Jennifer Larkin Kneeland**   jkneeland@watttieder.com, mlindau@watttieder.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Marc A Lieberman**   marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
- **John A Moe**   john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Nicholas David Moss**   nmoss@molinolawfirm.com
- **Samuel A Newman**   sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com
- **Sharon Oh-Kubisch**   sokubisch@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com,csantiago@raineslaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Joseph M Rothberg**  jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Victor A Sahn**  victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com; Karen.Files@gmlaw.com
- **William Schumacher**  wschumacher@winthrop.com, autodocketecf@milbank.com
- **David Seror**  dseror@bg.law, ecf@bg.law
- **Zev Shechtman**  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Daniel Wall**  dwall@wallinrussell.com
- **Genevieve G Weiner**  gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com
- **Sharon Z. Weiss**  sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jessica Wellington**  jwellington@bg.law, ecf@bg.law

**2. SERVED BY UNITED STATES MAIL**: On **September 26, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 26, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 26, 2025 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**