United States Bankruptcy Court

Central District of California

In re:                                                                              Case No. 21-18205-DS

Crestlloyd, LLC                                                                     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                         User: admin                          Page 1 of 4

Date Rcvd: Sep 26, 2025                       Form ID: pdf042                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Goodman | on behalf of Attorney Goodman Law Offices  A Professional Corporation agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com |
| Daniel Wall | on behalf of Creditor Plante Lebovic LLP c/o Wallin & Russell LLP dwall@wallinrussell.com |
| Danielle R Gabai | on behalf of Creditor Showroom Interiors  LLC dba Vesta dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com |
| David Seror | on behalf of Interested Party Courtesy NEF dseror@bg.law  ecf@bg.law |
| David B Golubchik | on behalf of Debtor Crestlloyd  LLC dbg@lnbyg.com, dbg@lnbyg.com |

District/off: 0973-2                         User: admin                              Page 2 of 4
Date Rcvd: Sep 26, 2025                       Form ID: pdf042                          Total Noticed: 1

David B Golubchik
      on behalf of Defendant Crestlloyd  LLC dbg@lnbyg.com, dbg@lnbyg.com

David B Golubchik
      on behalf of Attorney Levene  Neale, Bender, Yoo & Golubchik LLP dbg@lnbyg.com, dbg@lnbyg.com

Genevieve G Weiner
      on behalf of Interested Party Richard Saghian gweiner@sidley.com
laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com

Hamid R Rafatjoo
      on behalf of Interested Party Nile Niami hrafatjoo@raineslaw.com  bclark@raineslaw.com,csantiago@raineslaw.com

Howard Steinberg
      on behalf of Defendant Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com,
pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard Steinberg
      on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com,
pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard Steinberg
      on behalf of Creditor Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com,
pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Jane G Kearl
      on behalf of Interested Party J&E Texture  Inc. jkearl@watttieder.com, lharake@watttieder.com

Jeffrey Huron
      on behalf of Plaintiff Inferno Investment  Inc. jeff.huron@stinson.com,
ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com

Jeffrey Huron
      on behalf of Counter-Defendant Inferno Investment  Inc. jeff.huron@stinson.com,
ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com

Jeffrey Huron
      on behalf of Cross Defendant Inferno Investment  Inc. jeff.huron@stinson.com,
ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com

Jennifer Larkin Kneeland
      on behalf of Interested Party J&E Texture  Inc. jkneeland@watttieder.com, mlindau@watttieder.com

Jerrold L Bregman
      on behalf of Interested Party Hilldun Corporation jbregman@bg.law  ecf@bg.law

Jessica Wellington
      on behalf of Interested Party Courtesy NEF jwellington@bg.law  ecf@bg.law

Jessica Wellington
      on behalf of Defendant Hilldun Corporation jwellington@bg.law  ecf@bg.law

Jessica Wellington
      on behalf of Other Professional Theodore Lanes jwellington@bg.law  ecf@bg.law

John A Moe, II
      on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
      on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
      on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
      on behalf of Cross Defendant Trousdale Estate LLC  a Nevada Limited Liability Company john.moe@dentons.com,
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
      on behalf of Counter-Defendant Crestlloyd  LLC john.moe@dentons.com,
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
      on behalf of Creditor Yogi Securities Holdings  LLC john.moe@dentons.com,
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
      on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John W Lucas
        on behalf of Counter-Claimant Yogi Securities Holdings  LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
        on behalf of Defendant Yogi Securities Holdings  LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
        on behalf of Cross Defendant Yogi Securities Holdings  LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Jonathan Gottlieb
        on behalf of Debtor Crestlloyd  LLC jdg@lnbyg.com

Jonathan Gottlieb
        on behalf of Interested Party Courtesy NEF jdg@lnbyg.com

Joseph M Rothberg
        on behalf of Counter-Defendant Crestlloyd  LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg
        on behalf of Cross-Claimant Crestlloyd  LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg
        on behalf of Debtor Crestlloyd  LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg
        on behalf of Defendant Crestlloyd  LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Karol K Denniston
        on behalf of Interested Party Pacific Union International dba Compass karol.denniston@squirepb.com
        travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com

Kyra E Andrassy
        on behalf of Creditor Interno Investment  Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
        on behalf of Interested Party Inferno Investment  Inc. kandrassy@raineslaw.com,
        bclark@raineslaw.com;csantiago@raineslaw.com

Kyra E Andrassy
        on behalf of Plaintiff Inferno Investment  Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Lindsey L Smith
        on behalf of Debtor Crestlloyd  LLC lls@lnbyb.com, lls@ecf.inforuptcy.com

Marc A Lieberman
        on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com  addy@flpllp.com,andrea@flpllp.com

Marc A Lieberman
        on behalf of Creditor Italian Luxury Group  LLC marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com

Marguerite Lee DeVoll
        on behalf of Interested Party J&E Texture  Inc. mdevoll@watttieder.com

Max Fabricant
        on behalf of Cross Defendant Inferno Investment  Inc. mfabricant@lavelysinger.com

Max Fabricant
        on behalf of Counter-Defendant Inferno Investment  Inc. mfabricant@lavelysinger.com

Max Fabricant
        on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com

Max Fabricant
        on behalf of Plaintiff Inferno Investment  Inc. mfabricant@lavelysinger.com

Michael S Kogan
        on behalf of Interested Party Courtesy NEF mkogan@koganlawfirm.com

Nicholas David Moss
        on behalf of Defendant Hankey Capital  LLC, a California limited liability company nmoss@molinolawfirm.com

Nicholas David Moss
        on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company nmoss@molinolawfirm.com

Noreen A Madoyan
        on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Oscar Estrada
        on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Robert B Kaplan
        on behalf of Interested Party Courtesy NEF rbk@jmbm.com  rbk@ecf.courtdrive.com

District/off: 0973-2                    User: admin                                  Page 4 of 4
Date Rcvd: Sep 26, 2025                 Form ID: pdf042                               Total Noticed: 1

Ronald N Richards
                        on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

Ryan Coy
                        on behalf of Defendant Hilldun Corporation ryan.coy@saul.com
                        hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com

Ryan Coy
                        on behalf of Cross Defendant Hilldun Corporation  a New York Corporation ryan.coy@saul.com,
                        hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com

Ryan D O'Dea
                        on behalf of Creditor American Truck and Tool Rental rodea@shulmanbastian.com
                        lgauthier@shulmanbastian.com;avernon@shulmanbastian.com

Ryan D O'Dea
                        on behalf of Interested Party Courtesy NEF rodea@shulmanbastian.com
                        lgauthier@shulmanbastian.com;avernon@shulmanbastian.com

Samuel A Newman
                        on behalf of Interested Party Richard Saghian sam.newman@sidley.com
                        samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com

Sharon Oh-Kubisch
                        on behalf of Interested Party Courtesy NEF sokubisch@swelawfirm.com
                        gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com

Sharon Z. Weiss
                        on behalf of Interested Party Inferno Investment  Inc. sharon.weiss@bclplaw.com,
                        raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
                        on behalf of Creditor Interno Investment  Inc. sharon.weiss@bclplaw.com,
                        raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
                        on behalf of Plaintiff Inferno Investment  Inc. sharon.weiss@bclplaw.com,
                        raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Steven T Gubner
                        on behalf of Interested Party Hilldun Corporation sgubner@bg.law  ecf@bg.law

Thomas M Geher
                        on behalf of Defendant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com,
                        bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher
                        on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher
                        on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com,
                        bt@jmbm.com;tmg@ecf.courtdrive.com

Todd M Arnold
                        on behalf of Debtor Crestlloyd  LLC tma@lnbyg.com

Todd M Arnold
                        on behalf of Interested Party Courtesy NEF tma@lnbyg.com

United States Trustee (LA)
                        ustpregion16.la.ecf@usdoj.gov

Victor A Sahn
                        on behalf of Interested Party Courtesy NEF victor.sahn@gmlaw.com
                        vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com

William Schumacher
                        on behalf of Creditor Yogi Securities Holdings  LLC wschumacher@winthrop.com, autodocketecf@milbank.com

Zev Shechtman
                        on behalf of Creditor Showroom Interiors  LLC dba Vesta Zev.Shechtman@saul.com,
                        zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 75

DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JOSEPH M. ROTHBERG (State Bar No. 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jmr@lnbyg.com

Attorneys for Debtor and Debtor in Possession
Crestlloyd LLC

**FILED & ENTERED**

**SEP 26 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | **ORDER GRANTING DEBTOR'S SECOND MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC** |
| | <u>Hearing</u><br>Date:   September 16, 2025<br>Time:   1:00 p.m.<br>Place:  Courtroom 1639<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

A hearing was held at the above date, time, and place on the *Debtor's Second Motion for Authority to Disburse Funds to Hankey Capital, LLC* (the "<u>Motion</u>") [Docket No. 635] filed by debtor Crestlloyd LLC (the "<u>Debtor</u>"). Appearances were set forth on the record. Based on the Motion and all documents and evidence in support of the Motion, and the arguments of counsel at the hearing, and for the reasons stated on the record,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1.   The Debtor is authorized to pay to Hankey Capital, LLC ("<u>Hankey</u>") the sum of **$28,635,972.63** representing (a) remaining principal due on the note from Debtor to Hankey dated

1

October 25, 2018, in the principal amount of $82,500,000 (the "First Hankey Note"); (b) per diem interest which accrued through and including June 30, 2025 on the First Hankey Note; and (c) protective advances for insurance and property taxes.

2.      The Debtor is authorized to pay Hankey an additional $8,586.13 per day, from July 1, 2025, up until and through the date of payment to Hankey, which, together with the $28,635,972.63 specified above shall be referred to herein as "Payment."  The Payment shall be applied by Hankey to pay off all principal and interest due and payable pursuant to the First Hankey Note.  Nothing contained herein shall in any way limit the right of Hankey to seek reimbursement as a first priority secured claim all fees and costs incurred by Hankey in enforcing and/or opposing any challenges to the First Hankey Note, including but not limited to challenges as to amount, enforceability, or the priority of its lien rights.

3.      Within five (5) business days after making the Payment to Hankey, the Debtor shall file with the Court a notice regarding the payment made to Hankey that shall specify the date of payment and the amount paid so that such payment is a matter of public record.

4.      If the Court enters an order or judgment (the "Return Order") that determines Hankey's claim against the Debtor's estate is not fully secured or is junior (in whole or in part) to other secured indebtedness and/or not entitled to the priority or amounts Hankey asserts, Hankey shall return to the Debtor such portion of the Payment and the amount authorized under the "First Disbursement Order" [Docket No. 350] (together, the "Return Amount") within thirty (30) days after entry of the Return Order to the extent such distributions exceed Hankey's rights and entitlements.  Notwithstanding the foregoing, nothing in this Order prevents Hankey from seeking a stay of the Return Order and posting a bond and the rights of all parties in interest are preserved to oppose any such request.

5.      The Payment will be made without prejudice to any rights, claims, defenses, or objections by all parties in interest, including but not limited to the challenges to the validity, priority, amount, enforceability, or secured status of Hankey's claim, and shall not constitute any admission or waiver by any party regarding such matters.

/ / /

ORDER GRANTING DEBTOR'S SECOND MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC

6.    This Order does not constitute any ruling, determination, or adjudication by the Court regarding validity, priority, lien status, enforceability, or amount of any claims asserted by Hankey or any other party in interest.  All such matters remain subject to future determination by the Court.

###

Date: September 26, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

3

ORDER GRANTING DEBTOR'S SECOND MOTION FOR AUTHORITY TO DISBURSE FUNDS TO HANKEY CAPITAL, LLC