United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-18205-DS |
| Crestlloyd, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 11, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Crestlloyd, LLC, c/o SierraConstellation Partners LLC, 355 S. Grand Avenue Suite 1450, Los Angeles, CA 90071-3152 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025         Signature:     /s/Gustava Winters

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>DAVID B. GOLUBCHIK (SBN 185520)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Ave<br>Los Angeles, CA 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email:  dbg@lnbyg.com<br><br>☒ *Attorney for*: Debtor and Debtor in Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 11 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell  **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)** |
| | DATE: December 11, 2025<br>TIME:  1:00 p.m.<br>COURTROOM: 1639<br>PLACE: U.S. Bankruptcy Court<br>   255 E. Temple Street<br>   Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): Levene, Neale, Bender, Yoo & Golubchik L.L.P.

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows: APPEARANCES WERE WAIVED BY THE COURT.
   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*):November 20, 2025

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                              Page 1                         **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:

      (1) ☒ Total amount allowed: $257,912.50

      (2) ☒ Amount or percentage authorized for payment at this time: $257,912.50

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:

      ☒ Total amount allowed: $6,449.14

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:

      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice

      (2) Grounds for denial *(specify):*

   f. ☒ The court further orders *(specify):* The interim Application is approved and payment of the requested amounts is approved

###

Date: December 11, 2025

_____
Deborah J. Saltzman
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 2                        **F 2016-1.3.ORDER.PAYMENT.FEES**