# UNITED STATES BANKRUPTCY COURT

### CENTRAL   DISTRICT OF   CALIFORNIA

### LOS ANGELES

In Re. CRESTLLOYD, LLC.                                                    §      Case No.  21-18205

§

§

Debtor(s)                                                                               §

☐ Jointly Administered

## Monthly Operating Report                                                    Chapter 11

Reporting Period Ended: 05/31/2026                    Petition Date: 10/26/2021

Months Pending: 56                                               Industry Classification: 5 3 1 3

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                              0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Lawrence R. Perkins
Signature of Responsible Party

06/22/2026
Date

Lawrence R. Perkins
Printed Name of Responsible Party

101 Creekside Crossing, Suite 1700-388 Brentwood, TN 37027.
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                              1

Debtor's Name CRESTLLOYD, LLC.  Case No. 21-18205

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---:|---:|
| a. Cash balance beginning of month | $13,232,656 | |
| b. Total receipts (net of transfers between accounts) | $23,357 | $154,959,743 |
| c. Total disbursements (net of transfers between accounts) | $0 | $141,893,858 |
| d. Cash balance end of month (a+b-c) | $13,256,013 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $141,893,858 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---:|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory (Book ○ Market ○ Other ⊙ (attach explanation)) | $0 |
| d. Total current assets | $13,256,013 |
| e. Total assets | $13,256,013 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $83,845,662 |
| l. Prepetition priority debt | $2,666 |
| m. Prepetition unsecured debt | $59,265,855 |
| n. Total liabilities (debt) (j+k+l+m) | $143,114,184 |
| o. Ending equity/net worth (e-n) | $-129,858,170 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---:|---:|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $138,328,527 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $18,384,836 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $119,943,691 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $-23,357 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $23,357 | $126,925,969 |

UST Form 11-MOR (12/01/2021)  2

Debtor's Name CRESTLLOYD, LLC.                                                                 Case No.  21-18205

| Part 5: | Professional Fees and Expenses | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $7,218 | $5,330,211 | $0 | $5,178,778 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | SierraConstellation Partners, LL | Other | $2,100 | $1,192,362 | $0 | $1,182,117 |
| ii | Levene, Neale, Bender, Yoo & G | Lead Counsel | $5,118 | $1,434,533 | $0 | $1,293,345 |
| iii | Ted Lanes | Other | $0 | $94,620 | $0 | $94,620 |
| iv | Brutzkus Gubner | Lead Counsel | $0 | $88,696 | $0 | $88,696 |
| v | Compass - Beverly Hills | Other | $0 | $630,000 | $0 | $630,000 |
| vi | The Beverly Hills Estates | Other | $0 | $1,260,000 | $0 | $1,260,000 |
| vii | Hilton & Hyland | Other | $0 | $630,000 | $0 | $630,000 |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                    3

Debtor's Name  CRESTLLOYD, LLC.                                                      Case No.  21-18205

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name CRESTLLOYD, LLC.                                                                    Case No.  21-18205

|     | lxxix    |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- | --- |
|     | lxxx     |     |     |     |     |     |
|     | lxxxi    |     |     |     |     |     |
|     | lxxxii   |     |     |     |     |     |
|     | lxxxiii  |     |     |     |     |     |
|     | lxxxiv   |     |     |     |     |     |
|     | lxxxv    |     |     |     |     |     |
|     | lxxxvi   |     |     |     |     |     |
|     | lxxxvi   |     |     |     |     |     |
|     | lxxxvi   |     |     |     |     |     |
|     | lxxxix   |     |     |     |     |     |
|     | xc       |     |     |     |     |     |
|     | xci      |     |     |     |     |     |
|     | xcii     |     |     |     |     |     |
|     | xciii    |     |     |     |     |     |
|     | xciv     |     |     |     |     |     |
|     | xcv      |     |     |     |     |     |
|     | xcvi     |     |     |     |     |     |
|     | xcvii    |     |     |     |     |     |
|     | xcviii   |     |     |     |     |     |
|     | xcix     |     |     |     |     |     |
|     | c        |     |     |     |     |     |
|     | ci       |     |     |     |     |     |

|     |     |           |           | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| --- | --- | --- | --- | --- | --- | --- | --- |
| b.  | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | |     |     |     |     |
|     | *Itemized Breakdown by Firm* | | |     |     |     |     |
|     |     | Firm Name | Role |     |     |     |     |
|     | i    |     |     |     |     |     |     |
|     | ii   |     |     |     |     |     |     |
|     | iii  |     |     |     |     |     |     |
|     | iv   |     |     |     |     |     |     |
|     | v    |     |     |     |     |     |     |
|     | vi   |     |     |     |     |     |     |
|     | vii  |     |     |     |     |     |     |
|     | viii |     |     |     |     |     |     |
|     | ix   |     |     |     |     |     |     |
|     | x    |     |     |     |     |     |     |
|     | xi   |     |     |     |     |     |     |
|     | xii  |     |     |     |     |     |     |
|     | xiii |     |     |     |     |     |     |
|     | xiv  |     |     |     |     |     |     |

UST Form 11-MOR (12/01/2021)                                    5

Debtor's Name  CRESTLLOYD, LLC.                                                    Case No.  21-18205

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                              6

Debtor's Name  CRESTLLOYD, LLC.                                                      Case No.  21-18205

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                          7

Debtor's Name  CRESTLLOYD, LLC.                                                    Case No.  21-18205

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.    Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.    Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.    Postpetition employer payroll taxes accrued | $0 | $0 |
| d.    Postpetition employer payroll taxes paid | $0 | $0 |
| e.    Postpetition property taxes paid | $0 | $3,328,015 |
| f.    Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.    Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.    Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○    No ⦿

b.    Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○    No ⦿

c.    Were any payments made to or on behalf of insiders?    Yes ○    No ⦿

d.    Are you current on postpetition tax return filings?    Yes ⦿    No ○

e.    Are you current on postpetition estimated tax payments?    Yes ⦿    No ○

f.    Were all trust fund taxes remitted on a current basis?    Yes ⦿    No ○

g.    Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○    No ⦿

h.    Were all payments made to or on behalf of professionals approved by the court?    Yes ⦿    No ○    N/A ○

i.    Do you have:          Worker's compensation insurance?    Yes ○    No ⦿

                    If yes, are your premiums current?    Yes ○    No ○    N/A ⦿    (if no, see Instructions)

          Casualty/property insurance?    Yes ○    No ⦿

                    If yes, are your premiums current?    Yes ○    No ○    N/A ⦿    (if no, see Instructions)

          General liability insurance?    Yes ○    No ⦿

                    If yes, are your premiums current?    Yes ○    No ○    N/A ⦿    (if no, see Instructions)

j.    Has a plan of reorganization been filed with the court?    Yes ○    No ⦿

k.    Has a disclosure statement been filed with the court?    Yes ○    No ⦿

l.    Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

Debtor's Name CRESTLLOYD, LLC.                                          Case No.  21-18205

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.   Are you required to pay any Domestic Support Obligations as defined by 11   Yes ◯  No ⦿
     U.S.C § 101(14A)?

m.   If yes, have you made all Domestic Support Obligation payments?   Yes ◯  No ◯  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Lawrence R. Perkins
Signature of Responsible Party

Chief Executive Officer of Manager
Title

Lawrence R. Perkins
Printed Name of Responsible Party

06/22/2026
Date

Debtor's Name  CRESTLLOYD, LLC.                                                    Case No.  21-18205



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                              10

Debtor's Name  CRESTLLOYD, LLC.                                    Case No.  21-18205



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name CRESTLLOYD, LLC.                                    Case No.  21-18205



PageThree



PageFour

## MOR NOTES

**Part 7.i** – The Debtor closed the sale of its only operating asset – a piece of real property – and the Debtor has no employees.  Therefore, the Debtor does not currently carry worker's compensation, property, or general liability insurance.

# axos
### BANK

PO BOX 911039
San Diego, CA 92191-1039

**(888) 374-8267**
axosfiduciaryservices.com

Date  5/29/26          Page    1
Primary Account              4504

**38437950**

CRESTLLOYD, LLC
DEBTOR IN POSSESSION, CASE #
2:21-BK-18205-DS, OPERATIONS
355 S GRAND AVE SUITE 1450
LOS ANGELES CA 90071

Account Title:          CRESTLLOYD, LLC
                        DEBTOR IN POSSESSION, CASE #
                        2:21-BK-18205-DS, OPERATIONS

| | | | |
|---|---:|---|---:|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 4504 | Statement Dates   5/01/26 thru  5/31/26 | |
| Previous Balance | 1,429,473.21 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Avg Daily Ledger | 1,429,473.21 |
| Checks/Debits | .00 | Avg Daily Collected | 1,429,473.21 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,429,473.21 | | |

## DAILY BALANCE INFORMATION

| Date | Balance |
|---|---|
| 5/01 | 1,429,473.21 |

## *** END OF STATEMENT ***

**MEMBER FDIC**        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER

**EAST WEST BANK** *Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

ACCOUNT STATEMENT
Page   1   of   1
STARTING DATE: May 01, 2026
ENDING DATE: May 31, 2026
Total days in statement period: 31
0001
( 0 )

CRESTLLOYD, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #21-18205
101 CREEKSIDE CROSSING SUITE 1700-388
BRENTWOOD TN 37027

Switch to e-statements via our Mobile App
or Online Banking for a paperless
experience! You can access up to seven
years of account history easily at your
fingertips. Learn more by visiting
eastwestbank.com/mobile or call
833.468.8356 for details.

## Trustee-Vendor Money Market

| | | | | |
|---|---|---|---|---|
| Account number | 0001 | Beginning balance | | $11,803,182.62 |
| Low balance | $11,803,182.62 | Total additions | ( 1 ) | 23,357.36 |
| Average balance | $11,803,182.62 | Total subtractions | ( 0 ) | 0.00 |
| Interest paid year to date | $113,341.58 | Ending balance | | $11,826,539.98 |

**CREDITS**

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 05-31 | Interest Credit | 23,357.36 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 11,803,182.62 | 05-31 | 11,826,539.98 | | |

**INTEREST INFORMATION**

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 2.35% | Interest-bearing days | 31 |
| Average balance for APY | $11,803,182.62 | Interest earned | $23,357.36 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

## STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement........................    $_____

**Add** Deposits not shown
on this Statement    $_____
_____
_____
**Sub Total**.........    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks...............................    $_____

**Balance**.................................**    $_____

**ENTER**
Present Balance in
your checkbook....................    $_____

**Subtract** any service
charges, finance or
any other charges....................    $_____

**Sub Total** ............    $_____

**Add** Monthly Interest
Earned ................................    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)...................    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)...................    $_____
_____
_____
_____

**Balance**.................................    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**P&L**

| | Month of May 5/31/26 |
|---|---|
| **Total Revenue** | **$0** |
| **Operating Expenses:** | |
| Insurance | - |
| Property Taxes | - |
| Security, Cleaning, and General Carry | - |
| Utilities | - |
| Furnishings | - |
| Repairs & Maintenance | - |
| Contingency / Other | - |
| Total Operating Expenses | - |
| | |
| **Selling Expenses:** | |
| Commission | - |
| Other Closing Costs | - |
| Total Selling Expenses | - |
| | |
| **Restructuring & Professional Expenses:** | |
| Professional and UST Fees | - |
| Total Restructuring & Professional Expenses | - |
| | |
| **Interest and Fees:** | |
| Interest Income | (23,357) |
| Interest & Fees (DIP) | - |
| Interest & Fees (Existing debt) | - |
| Total Interest and Fees | (23,357) |
| | |
| **Taxes:** | |
| Taxes | - |
| | |
| Total Expenses | (23,357) |
| | |
| **Net Income** | **$ 23,357** |

**Balance Sheet**

|  | Month of May 5/31/26 |
|---|---|
| **Assets** | |
| Current Assets | |
| Cash and Cash Equivalents | 13,256,013 |
| Accounts Receivable | - |
| Prepaid Expenses | - |
| Inventory | - |
| Total Current Assets | 13,256,013 |
| | |
| Goodwill | - |
| Property | - |
| **Total Assets** | $ **13,256,013** |
| | |
| **Liabilities** | |
| Current Liabilities | |
| Accounts Payable | - |
| Accrued Expenses | - |
| Total Current Liabilities | - |
| | |
| Long-Term Debt | 143,114,184 |
| **Total Liabilities** | 143,114,184 |
| | |
| **Shareholder's Equity** | $ **(129,858,171)** |
| | |
| **Total Liabilities and Equity** | $ **13,256,013** |

**Cash Flow**

| | Month of May 5/31/26 |
|---|---:|
| **Cash & Cash Equivalents beginning of Period** | $ 13,232,656 |
| | |
| Cash Flow From Operating Activities | |
| Net Income | 23,357 |
| Net Cash Used in Operating Activities | 23,357 |
| | |
| Cash Flow from Investing Activities | |
| Construction / Capital Expenditures | - |
| Net Acquisitions and Sales | - |
| Net Cash Used in Investing Activities | - |
| | |
| Cash Flow from Financing Activities | |
| Debt Issuances / Repayments | - |
| Net Cash Provided by Financing Activities | - |
| | |
| Change in Cash & Cash Equivalents | 23,357 |
| **Ending Cash** | $ 13,256,013 |