DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JOSEPH M. ROTHBERG (State Bar No. 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jmr@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**SIXTH INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF TODD M. ARNOLD IN SUPPORT THEREOF**<br><br><u>Hearing</u><br>Date: December 8, 2026<br>Time: 1:00 p.m.<br>Place: Courtroom 1639<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), general bankruptcy counsel to Crestlloyd LLC, the debtor and debtor in possession in the above-referenced bankruptcy case (the "Debtor"), hereby submits its *Sixth Interim Application for Approval of Fees and Reimbursement of Expenses* (the "Application") for services rendered and expenses incurred during the pendency of the Debtor's chapter 11 bankruptcy case for the period of November 16, 2025 through and including November 15, 2026 (the "Covered Period").

**I.**

**FEES AND EXPENSES INCURRED AND NOTICE**

**A. REQUEST FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES.**

During the Covered Period, LNBYG incurred fees in the amount of $143,095.50 and expenses in the amount of $7,504.61 for total fees and expenses in the amount of $150,600.11. Accordingly, LNBYG is owed a balance of $150,600.11 for fees and expenses incurred during the Covered Period. LNBYG respectfully submits that its requested fees and expenses are reasonable and should be approved on an interim basis. Accordingly, pursuant to the Application, LNBYG is seeking authority for the Debtor to pay LNBYG the unpaid balance of $150,600.11 for fees and expenses incurred during the Covered Period.

**B. PROPER NOTICE.**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and the applicable Local Bankruptcy Rules, LNBYG served notice of this Application and the amount of fees and expenses sought herein upon the Debtor, the Office of the United States Trustee (the "OUST"), all creditors, and all parties who have requested special notice.

///

///

///

///

///

## II.

## BRIEF NARRATIVE HISTORY OF THE PRESENT POSTURE OF THE DEBTOR'S CHAPTER 11 CASE, CIRCUMSTANCES THAT LED TO THE FILING OF THE DEBTOR'S CHAPTER 11 CASE, AND SIGNIFICANT EVENTS WHICH OCCURRED DURING THE COVERED PERIOD

### A. BACKGROUND

On October 26, 2021 (the "Petition Date"), the Debtor commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code. The Debtor is operating its estate and managing its financial affairs as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

On the Petition Date, the Debtor's primary asset was a piece of residential real property that it developed located at 944 Airole Way, Los Angeles CA 90077 (the "Property"). Unfortunately, before the Property could be completed and sold (either as a fully completed or nearly completed project), the Debtor's primary secured lender, Hankey Capital, LLC ("Hankey"), as well as a number of other junior secured lenders and mechanic's lien holders (the "Mechanic's Lien Creditors"), initiated a multitude of state court actions against the Debtor seeking, among other things, to recover amounts allegedly owed and to foreclose on the Property. In connection with its action, Hankey sought and obtained the appointment of a receiver (the "Receiver") for the Property.

In order to protect its equity in the Property, to address the myriad of litigation and claims against it, and to regain control of the Property from the Receiver, the Debtor filed its bankruptcy case on the Petition Date of October 26, 2021, which stayed the foreclosure sale. It was imperative for the Debtor to regain possession and control over the Property and to obtain the breathing spell afforded by the automatic stay not only to stop the foreclosure and protect equity in the Property, but also to provide time and a means for the Debtor to sell the Property.

#### 1. Alleged Claims Secured by the Property

i. Inferno Investments Inc.

Pursuant to Proof of Claim 11 (the "Inferno POC") filed by Inferno Investments, Inc. ("Inferno"), Inferno asserts a claim in the amount of $20,902,106.12, which Inferno asserts is

secured by a Deed of Trust that was recorded on March 13, 2013. (*See* Proof of Claim No. 11).

On January 1, 2016, the Debtor and Inferno entered into an agreement (the "Subordination Agreement") whereby the parties agreed that proceeds from the sale of the Property would be distributed in the following manner: "First to repay the loan(s) obtained from a bank or third party parties (excluding [the Debtor] and Inferno) and all other unpaid costs of construction of the [Property]. Second, to [the Debtor] and Inferno, pro rata, in repayment of any loans owing them, together with simple interest thereon at the rate of eight percent (8%) per annum…." [*See* Dkt. 325, Exhibit "5", ¶ 3].

ii. The Mechanic's Lien Creditors

After the initial financing from Inferno, the Debtor commenced construction of the Property. In that respect, the following parties provided goods and/or services in order to improve the Property: J&E Texture, Inc., American Truck & Tool Rentals Inc., Kennco Plumbing Inc., JMS Air Conditioning, Parquet by Dian, Powertek Electrical Inc., and BMC West LLC (collectively referred to herein as the "Mechanic's Lien Creditors").

iii. Hankey Capital, LLC

Pursuant to Proof of Claim 20 filed by Hankey ("Hankey POC"), Hankey asserts a claim in the amount of $122,638,623.41, which Hankey asserts is secured by two separate Deeds of Trust dated November 6, 2018 (the "Principal Hankey DOT") and December 10, 2019, respectively. (*See* Proof of Claim No. 20). The Principal Hankey DOT stems from a loan Hankey provided to the Debtor in the initial amount of $82,500,000.00 on or around October 31, 2018 (the "Principal Hankey Loan"). (*See* Proof of Claim No. 20, Ex. A). The Principal Hankey Loan is evidenced by a promissory note. (*Id.*).

iv. Yogi Securities Holdings, LLC

Pursuant to Proof of Claim 27 ("Yogi POC") filed by Yogi Securities Holdings, LLC ("Yogi"), Yogi asserts a claim in the amount of $24,385,366.77, which Yogi asserts is secured by a Deed of Trust dated August 30, 2019. (*See* Proof of Claim No. 27).

v. Hilldun Corporation

Pursuant to Proof of Claim 9 ("Hilldun POC") filed by Hilldun Corporation ("Hilldun"), Hilldun asserts a claim in the amount of $5,000,000, which Hilldun asserts is secured by a Deed of Trust dated September 4, 2020. (*See* Proof of Claim No. 9).

**2. The Debtor's Efforts to Sell the Property.**

i. Turnover of Property from Receiver and Negotiations Regarding Access to the Property.

When LNBYG was employed as the Debtor's general bankruptcy counsel, the Property was under the control of a Receiver. To that end, immediately after the Petition Date, the Debtor, with assistance of LNBYG and its manager, Sierra Constellation Partners, LLC ("SCP"), quickly negotiated an interim stipulation with Hankey and the Receiver regarding access to the Property (the "Receivership Stipulation") to facilitate efforts to employ professionals to assist the Debtor in marketing and selling the Property, and, thereafter, the Receiver voluntarily turned over the Property and all other property of the estate on December 1, 2021.

ii. The Employment of the Real Estate Brokers and Auctioneer

After resolving the turnover issues, the Debtor then sought to employ certain professionals to assist the Debtor in marketing and selling the Property. Pursuant to this strategy, the Debtor entered into employment agreements with The Beverly Hills Estates and Compass (together, the "Brokers") on or around December 3, 2021, and Concierge Auctions, LLC ("Auctioneer") on or around December 13, 2021. The specific duties of the Brokers and Concierge included: (1) marketing and showing the Property to prospective buyers; (2) assisting the Debtor in obtaining and providing due diligence materials to prospective buyers; (3) notifying prospective buyers of the intended online auction (the "Auction") of the Property and the bid procedures approved by the Court (the "BK Bid Procedures") governing the Auction[1]; (4) receiving bids from prospective buyers; (5) conducting the Auction of the Property pursuant to BK Bid Procedures approved by the

[1] On January 10, 2022, over the objection of Yogi and Inferno, the Court entered an order granting the Debtor's motion to approve the BK Bid Procedures and entered an order granting the Debtor's motion to approve the Debtor's proposed bidding procedures. [Dkts. 88, 97, 98, and 105].

Court with the ultimate sale subject to Court approval; (6) consulting with the Debtor and its professional advisors regarding the foregoing; and (7) performing any other services which may be appropriate in connection with the Brokers and Auctioneer's retention by the Debtor. Thereafter, the Debtor filed an application to approve the employment of the Brokers and Auctioneer, which was approved by the Court on January 10, 2022. [Dkts. 74 and 104].

iii. Sale of the Property

The Brokers and Auctioneer were successful in selling the Property. On March 28, 2022, the Court entered an order (the "Sale Order"), over the objection of numerous alleged secured creditors, granting the Debtor's March 8, 2022 motion seeking authority to sell the Property (the "Motion to Sell"). [Dkts. 142, 191, 192, 193, 196, 198, 201, 202, 208, and 247]. Pursuant to the Sale Order, the Debtor realized $126 million, plus a rebate of $11.970 million from the Auctioneer, for a total of $137.97 million dollars in consideration (the "Sale Proceeds").

After the Court granted the Motion to Sell, two separate parties, Inferno and Nile Niami, appealed the Sale Order (herein referred to as the "Appeals"). [Dkts 249 and 279]. In response, the Debtor filed its own appeal in order to preserve certain issues on appeal (herein referred to the "Cross-Appeal"). [Dkt. 272]. Since the entry of the Sale Order (and described in greater detail below), the Debtor has been engaged in extensive litigation involving the distribution of the Sale Proceeds to its alleged secured creditors.

**B. THE APPEALS**

The appeal filed by Inferno was voluntarily dismissed by Inferno after Inferno filed that certain "*Stipulation to Dismiss Appeal Filed by Inferno Investment, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 8023*" (the "Inferno Stipulation"). Shortly thereafter, the Debtor voluntarily dismissed the Cross-Appeal after it filed that certain "*Stipulation to Dismiss Appeal Filed by Crestlloyd, LLC Pursuant to Federal Rule of Bankruptcy Procedure 8023*" (the "Crestlloyd Stipulation").

///

///

///

## C. THE ADVERSARY PROCEEDING

On June 9, 2022, Inferno initiated an adversary proceeding titled Inferno v. Crestlloyd LLC, et al., 2:22-ap-01125-DS (the "Adversary Proceeding") when Inferno filed that certain "*Complaint Of Inferno Investment, Inc. For: (1) Declaratory Relief; (2) Unfair Business Practices; (3) Disallowance of Claims; And (4) Recission*" (the "Adversary Complaint") [Adv. Dkt. 1].

### 1. Background – First Motion to Pay Hankey Capital

On May 24, 2022, the Debtor, with the assistance of LNBYG, filed that certain "*Motion For Authority To Disburse Funds to Hankey Capital, LLC, A Senior Secured Creditor*" (the "First Motion to Pay Hankey") [Dkt. 325], whereby the Debtor sought the Court's authority to disburse $103,837,545.86 to Hankey, which amount represented the principal, interest, and foreclosure fees owed to Hankey in consideration for the Principal Hankey Loan. The Debtor argued that the First Motion to Pay Hankey was justified based on the fact that (1) as a result of the Subordination Agreement, the Principal Hankey Loan is senior to the claims asserted by Inferno, Yogi, and Hilldun; and (2) making such a distribution was in the best interest of the estate because if the Debtor did not satisfy the Principal Hankey Loan, then the Principal Hankey Loan would continue to accrue interest at a rate of approximately $36,666 ***per day***.

In response, Inferno filed an opposition to the First Motion to Pay Hankey (the "Inferno Opposition to First Motion to Pay Hankey") [Dkt. 337] through which Inferno argued that it would be improper for the Court to grant the First Motion to Pay Hankey due to alleged issues concerning the enforceability of the Subordination Agreement. (*See* Opposition to First Motion to Pay Hankey; 2:2-19). Moreover, Yogi filed its own limited opposition to the First Motion to Pay Hankey (the "Yogi Opposition to First Motion to Pay Hankey") [Dkt. 338] through which Yogi argued that the Court should not grant the First Motion to Pay Hankey to the extent that the Debtor sought authorization to pay Hankey anything over $82.5 million, the principal on the Principal Hankey Loan, because there existed a good faith dispute regarding the priority of the interest on the Principal Hankey Loan.

Thereafter, the Debtor filed its own reply to both the Inferno Opposition to the First Motion to Pay Hankey and the Yogi Opposition to First Motion to Pay Hankey [*See* Dkt. 340].

After a hearing on the First Motion to Pay Hankey was held on May 26, 2022 (the "Hearing on the First Motion to Pay Hankey"), the Court entered an order (the "First Disbursement Order") [Dkt. 350] (1) authorizing the Debtor to pay Hankey the sum of $82.5 million on account of Hankey's asserted secured claim(s) in the Debtor's Chapter 11 bankruptcy case; (2) ordering that such payment would be without prejudice to any and all parties' rights to assert claims and defenses as may be appropriate, including but not limited to the right to clawback any portion of the monies paid; and (3) continuing the Hearing on the First Motion to Pay Hankey to June 23, 2022 in order for the Court to consider payment of any amounts in excess of the $82.5 million. In response, on June 2, 2022 the Debtor filed its Supplemental Brief in Support of the First Motion to Pay Hankey [Dkt. 355] further arguing that it should be authorized to disburse funds to Hankey in the total amount of $103,837,545.86. Thereafter, on June 9, 2022, both Yogi and Inferno filed their own supplemental briefs in opposition to the First Motion to Pay Hankey (the "Supplemental Briefs IOT First Motion to Pay Hankey") [*See* Dkts. 359, 361]. However, in addition to filing its own supplemental brief in opposition to the First Motion to Pay Hankey [Dkt. 361], Inferno initiated the Adversary Proceeding by filing the Adversary Complaint on June 8, 2022 [Adv. Dkt. 1]. Consequently, in its Reply to the Supplemental Briefs IOT First Motion to Pay Hankey [Dkt. 365], the Debtor submitted that it could not make the full $103,837,545.86 distribution contemplated by the First Motion to Pay Hankey because Inferno's commencement of the Adversary Proceeding included an objection to Hankey's POC and, therefore, precluded the Debtor from making the full $103,837,545.86 distribution contemplated by the Motion to Pay Hankey.

Pursuant to the First Disbursement Order, on or about May 28, 2022, the Debtor paid Hankey $82,500,000, of which $842,591.77 was applied by Hankey as reimbursement of foreclosure costs and legal fees. Even after the payment under the First Disbursement Order, Hankey was owed in excess of $25 million.

**2. The Adversary Complaint**

Through the Adversary Complaint, Inferno's argues that the Inferno POC maintains priority over all other secured claims based on the following set of facts: (1) Inferno loaned money to the Debtor in order for the Debtor to acquire the Property; (2) after lending the Debtor money, Inferno

and the Debtor entered into a Memorandum of Agreement (the "MOA") whereby the parties agreed that the proceeds from the sale of the Property would be used to repay loans obtained from a bank or third parties, before the Debtor and Inferno receive any proceeds, and that Inferno's written approval was required before its interest in the Property could be subordinated to that of other secured lenders; but (3) the MOA is of no force and effect because the Debtor committed fraud and repudiated the MOA by misappropriating tens of millions of dollars that should have been used for the Property, such that (4) Inferno's secured claims maintain priority over the Debtor's other secured creditors. (*See* Adversary Complaint). On August 10, 2022, the Debtor filed its answer to the Adversary Complaint, denying the material allegations presented in the Adversary Complaint and asserting various affirmative defenses [Adv. Dkt. 26].

**3. Debtor's Cross-Claim**

In addition to assisting the Debtor in connection with its answer to the Adversary Complaint, in response to the Adversary Complaint, the Debtor, with the assistance of LNBYG, continued to investigate the nature, extent, and validity of each of the secured claims and the alleged liens securing them. Through diligent analysis and investigation, LNBYG determined that misconduct on the part of the Debtor's principals and entities controlled by the Debtor's principals, Inferno, Yogi, Hilldun, and certain principals of the Debtor's secured creditors (collectively, the "Cross-Complaint Defendants"), caused injury to the Debtor. Accordingly, the Debtor filed its own cross-complaint in the Adversary Proceeding (the "Cross-Complaint") [Adv Dkt. 27] seeking redress for such injuries caused by the Cross-Complaint Defendants pursuant to claims (1) to recharacterize debt as equity, (2) for equitable subordination, (3) for declaratory relief, (4) for breach of fiduciary duties, and (5) to disallow certain claims.

**4. Yogi's Counterclaim**

In response to the Cross-Complaint, Yogi filed its own first amended counterclaim against, amongst other parties, the Debtor (the "Yogi Counterclaim") [Adv. Dkt. 55], for which the Debtor filed its own Answer to on October 12, 2022 [Adv. Dkt. 68].

**5. Settlement Of Claims Against Englanoff Defendants.**

Among the claims asserted by the Debtor in the Adversary Proceeding were claims for avoidance of fraudulent conveyances in favor of Justine Englanoff, Nicole Englanoff, and Jacqueline Englanoff (collectively, the "Englanoff Defendants"). After extensive settlement discussions, the Debtor and Englanoff Defendants reached a settlement. After execution of a settlement agreement, the Debtor filed a motion to approve the settlement. The motion was approved pursuant to an order entered on October 23, 2023 [Dkt. 533]. The settlement amount has been paid to the estate and being maintained pending further order of this Court.

**6. Mediation**

Notwithstanding continued litigation, the parties to the Adversary Proceeding agreed to attempt to resolve their claims through mediation. Numerous sessions of mediation were held before the Honorable Sheri Bluebond, United States Bankruptcy Judge. Such sessions were attended by Hankey and Inferno, since those are the primary parties to the dispute and, absent a resolution among such parties, it would not be productive to include others. Notwithstanding Judge Bluebond's continued efforts, an agreement was not reached and the mediation was concluded.

**7. Settlement Of Claims Against Hilldun.**

Among the claims asserted in the Adversary Proceeding were claims by Inferno against Hilldun, by Yogi against Hilldun, and by the Debtor against Hilldun. After extensive settlement discussions, the Debtor and Hilldun reached a settlement. The settlement provided for the allowance of a general unsecured claim in the amount of $1,000,000 in favor of Hilldun in exchange of Hilldun releasing any and all other claims against the Crestlloyd bankruptcy estate, including any and all claims allegedly secured to the Property. The settlement also paved the way for complete dismissal of Hilldun from the Adversary Proceeding, including in regard to claims asserted by Inferno and Yogi against Hilldun. After execution of a settlement agreement, the Debtor filed a motion to approve the settlement [Dkt. 674] (the "Hilldun 9019 Motion"). The Hilldun 9019 Motion was approved pursuant to an order entered on February 10, 2026 [Dkt. 682]. Thereafter, as discussed below, Hilldun was entirely dismissed from the Adversary Proceeding pursuant to a stipulation and order thereon [Adv. Dkts. 428 and 431].

**8. Continued Litigation of the Adversary Proceeding.**

After the mediation did not result in settlement, litigation of the Adversary Proceeding proceeded. The parties held their early meeting of counsel and prepared initial disclosures. The parties entered into a stipulation to allow Inferno to amend its complaint against Hankey, which stipulation was approved pursuant to order of this Court entered on October 28, 2024. [Adv. Dkt. 286]. Thereafter, (1) Inferno filed a Third Amended Complaint [Adv. Dkt. 289], (2) the Debtor filed its answer to Inferno's Third Amended Complaint [Adv. Dkt. 290], (3) the Debtor filed its answer to Yogi's Third Amended Counterclaim and Crossclaim [Adv. Dkt. 291], (4) Inferno filed its answer to Yogi's Third Amended Counterclaim and Crossclaim [Adv. Dkt. 292], (5) Yogi filed its Inferno's Third Amended Complaint [Adv. Dkt. 295], (6) Hankey filed its answer to Yogi's Third Amended Counterclaim and Crossclaim [Adv. Dkt. 296], (7) Hankey filed its answer to Inferno's Third Amended Complaint and Counterclaim against Inferno [Adv. Dkt. 297], (8) Hilldun filed its answer to Inferno's Third Amended Complaint [Adv. Dkt. 304], (9) Inferno filed its Amended Answer to Hankey's Amended Counterclaim [Adv. Dkt. 310], (10) Yogi filed its Answer to Hankey's Amended Crossclaim [Adv. Dkt. 311], (11) Yogi filed its motion for partial summary judgment on ninth claim for relief and tenth claim for relief against Hankey (the "Yogi MSJ") [Adv. Dkt. 372], which is currently set for hearing on May 6, 2027, and (12) based on the Debtor's settlement with Hilldun, which approved pursuant to the Hilldun 9019 Motion and the Court's order granting it, and pursuant to a stipulation by and among the Debtor, Hankey, Yogi, and Hilldun and the Court's order approving it, Hilldun was entirely dismissed from the Adversary Proceeding [Adv. Dkts. 428 and 431].

Against the backdrop of all of the foregoing, various parties have (1) propounded and responded to large amounts of written discovery and filed and responded to motions to compel responses to written discovery, and (2) conducted and defended depositions. Relatedly, after considerable effort by all parties and their counsel, the parties to the Adversary Proceeding entered into a Stipulated Protective Order [Dkt. 365] to govern certain discovery matters in the Adversary Proceeding.

On November 12, 2026, the Court entered its most recent scheduling order [Adv. Dkt. 470] regarding the Adversary Proceeding setting the following dates and deadlines (1) close of fact discovery: March 31, 2027, (2) initial expert disclosures and reports: April 23, 2027, (3) rebuttal expert disclosures and reports: May 19, 2027, (4) close of expert discovery: July 7, 2027, (5) deadline to file dispositive motions: July 28, 2027, (6) continued status conference to be held on December 10, 2026.

The parties to the Adversary Proceeding, including the Debtor, continue to engage in written discovery. The Debtor expects that the pace of discovery to quicken in the coming weeks. The parties have indicated that depositions in the Adversary Proceeding will be held in the early part of 2027. The parties have also been engaged in settlement discussions concerning some of the claims in the Adversary Proceeding, including but not limited to a possible resolution of the dispute concerning the Broker's premium rebate that Debtor received during the sale of the Property.

## D. OTHER SIGNIFICANT EVENTS DURING THE BANKRUPTCY CASE.

### 1. Motion to Pay Certain Secured Creditors

On May 26, 2022, LNBYG assisted the Debtor in filing that certain "*Motion For Authority to Pay Certain Senior Secured Creditors*" (the "Motion to Pay Mechanic's Lien Creditors") [Dkt. 319]. Through the Motion to Pay Mechanic's Lien Creditors, the Debtor requested that the Court authorize the Debtor to pay amounts owed to the Mechanic's Lien Creditors in the following amounts:

(a) J&E Texture, Inc. → $292,300.86

(b) American Truck & Tool Rentals Inc. →$160,000.00[2]

(c) Kennco Plumbing Inc. → $85,560.17

(d) JMS Air Conditioning → $51,290.00

(e) Parquet by Dian → $40,846.00

[2] This amount is ***reduced*** from the secured claim in the amount of $188,087.09 asserted by American Truck & Tool Rentals Inc. pursuant to that certain "*Stipulation With American Truck & Tool Rentals Inc. Re: Allowance And Payment Of Claim*" (the "American Stipulation") [Dkt. 304] that was approved by the Court on May 5, 2022 [Dkt. 305].

(f) Powertek Electrical Inc. → $40,480.00

(g) BMC West LLC → $2,399.00

After holding a hearing on the Motion to Pay Mechanic's Lien Creditors, the Court entered an order granting the Motion to Pay Mechanic's Lien Creditors [Dkt. 354].

**2. Vesta Administrative Expense Claim, Related Litigation, and Compromise**

On June 3, 2022, Showroom Interiors, LLC dba Vesta ("Vesta") filed that certain "*Request for Payment of Chapter 11 Administrative Expenses of Showroom Interiors, LLC*" (the "Vesta Admin Expense Request") [Dkt. 357] whereby Vesta requested the allowance and payment of an administrative claim in the amount $320,283.04 as a result of damages allegedly caused by the Debtor to furniture allegedly leased by the Debtor from Vesta. In response, the Debtor filed a limited objection to the Vesta Admin Expense Request (the "Limited Objection to Vesta Admin Expense Request") [Dkt. 367], whereby the Debtor disputed the extent and validity of the Admin Expense Request, and requested additional time to investigate the arguments presented by Vesta in support of the Vesta Admin Expense Request. One week later, Vesta filed a reply to the Limited Objection to Vesta Admin Expense Request [Dkt. 383].

On July 21, 2022, the Court held a hearing to consider the Vesta Admin Expense Request (the "Hearing on the Vesta Admin Expense Request"), which resulted in the Court entering an Order (the "Continuation Order") continuing the Hearing on the Vesta Admin Expense Request to September 8, 2022 in order for Vesta and the Debtor (1) to attempt to settle the Vesta Admin Expense Request; or, (2) if settlement was not possible, give the parties additional time to draft supplemental briefs in support of, or opposition to, the Vesta Admin Expense Request [Dkt. 391].

After the Court entered the Continuation Order, the Debtor and Vesta entered into settlement negotiations, the terms of which are memorialized in that certain "*Stipulation Resolving Request for Payment of Chapter 11 Administrative Expenses of Showroom Interiors, LLC dba Vesta*" (the "Vesta Stipulation") [Dkt. 409]. On September 21, 2022, the Court entered an order approving the Vesta Stipulation [Dkt. 413].

**3. The Second Motion to Pay Hankey Capital.**

As discussed above, pursuant to the First Disbursement Order, on or about May 28, 2022, the Debtor paid Hankey $82,500,000 on its alleged senior secured claim. Even after the payment under the First Disbursement Order, Hankey was owed in excess of $25 million. Thereafter, on August 3, 2022, Hankey was paid $4,750,000, of which, $165,568.07 was applied by Hankey to its legal fees. The August 2022 payment did not come from the Debtor, but apparently came from the sale of another property (not owned by the Debtor) which served as collateral for a third-party's personal guaranty of Hankey's loan to the Debtor. Prior to the second payment to Hankey by the Debtor discussed below, the total payments Hankey received post-petition were $87,250,000.00, of which $1,008,159.84 was applied by Hankey as reimbursement of foreclosure costs and legal fees. After the foregoing payments, the claimed interest under the Principal Hankey Loan continued to accrue in the approximate amount of **$248,998 to $266,170** per month, which fluctuated based upon the number of days per month.

In consideration of the foregoing, and in an effort to eliminate the continued accrual of material interest on Hankey's alleged senior secured claim, on July 29, 2025, the Debtor, with the assistance of LNBYG, filed that certain "*Second Motion For Authority To Disburse Funds to Hankey Capital, LLC, A Senior Secured Creditor*" (the "Second Motion to Pay Hankey") [Dkt. 635], whereby the Debtor sought the Court's authority to disburse $28,635,972.63 to Hankey for principal and interest claimed by Hankey through June 30, 2025 in the amount of $27,252,752.15 and for Hankey's protective advance in the amount of $1,383,220.48, and for interest accruing up until the disbursement is made in the amount of $8,586.13 per day, all arising under the Principal Hankey Loan, and without prejudice to the parties' rights, claims, and defenses.

On August 19, 2025, Inferno filed its opposition to the Second Motion to Pay Hankey arguing that the Second Motion to Pay Hankey (1) was a disguised cash collateral motion and therefore procedurally defective and (2) failed to provide evidence that Inferno was adequately protected if the funds were released to Hankey [Dkt. 640]. On August 25, 2025, the Debtor, Hankey, and Yogi filed their replies to Inferno's opposition to the Second Motion to Pay Hankey [Dkts. 643, 645, and 647].

On September 9, 2025, the Court entered an order granting the Debtor's the Second Motion to Pay Hankey [Dkt. 656]. Thereafter, the Debtor made a further payment to Hankey as requested in the Second Motion to Pay Hankey thereby eliminating the accrual of material additional interest on Hankey's alleged senior secured claim.

**4. Monthly Operating Reports**

Throughout the Covered Period, LNBYG assisted the Debtor in preparing its Monthly Operating Reports (collectively, the "MORs").

**5. SCP's Monthly Fee Statements.**

Throughout the Covered Period, LNBYG assisted SCP in drafting its monthly fee statements (the collectively, the "Monthly Fee Statements" and each a "Monthly Fee Statement") for each month of employment.

**6. Additional Motions and Pleadings Filed by Edward Roark Schwagerl and Andre Smith.**

Edward Roark Schwagerl and Andre Smith, who are not creditors in this case and not parties to any proceedings, have filed numerous motions and pleadings asserting an interest in the Property and seeking relief related thereto and in the case generally. LNBYG opposed the motions, where appropriate. In other instances, the Court issued its own orders denying the relief requested by Mr. Schwagerl and/or Mr. Smith.

**E. FEES AND EXPENSES PREVIOUSLY REQUESTED.**

On May 5, 2022, LNBYG filed that certain "*First Interim Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval of Fees and Reimbursement of Expenses*" (the "First Interim Fee App") [Dkt. 306] whereby LNBYG sought the Court's approval to collect the fees incurred by LNBYG and reimbursement of expenses incurred during the pendency of the Debtor's chapter 11 bankruptcy case for the period of the Petition Date of October 26, 2021 through and including April 15, 2022.

Thereafter, Inferno filed a limited opposition to LNBYG's First Interim Fee App (the "Limited Opposition to First Interim Fee App") [Dkt. 314], arguing that the Court should not approve the First Interim Fee Application to the extent that LNBYG sought authorization to pay

fees and costs exceeding the amount for restructuring costs for professional and UST fees set forth in the budget (the "Budget") approved by Hankey as lender on the Debtor's debtor in possession loan (the "DIP Loan") and by the Court pursuant to a final order granting the motion to approve the DIP Loan. (*See* Limited Opposition to First Interim Fee App; 1:24-28). In response Inferno's limited objection to First Interim Fee App, LNBYG filed its reply to the Limited Opposition to First Interim Fee App (the "Reply to Limited Opposition to First Interim Fee App") [Dkt. 320] arguing, in short, that there were no Budget restrictions on the amount available to pay LNBYG or UST fees because the DIP Loan was paid in full. (*See* Reply to Limited Opposition to First Interim Fee App 3; 7-13.).

After the hearing on LNBYG's First Interim Fee App on May 26, 2022 (the "Hearing on the First Interim Fee App"), the Court entered an order approving the LNBYG's First Interim Fee App, in full, and authorizing the Debtor to pay the $549,361.47 sought by LNBYG pursuant to its First Interim Fee App [*See* Dkt. 349]. Thereafter, the foregoing amount was paid to LNBYG.

On November 10, 2022, LNBYG filed that certain "*Second Interim Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval of Fees and Reimbursement of Expenses*" (the "Second Interim Fee App") [Dkt. 439] whereby LNBYG sought the Court's approval to collect the fees incurred by LNBYG and reimbursement of expenses incurred during the pendency of the Debtor's chapter 11 bankruptcy case for the period of the Petition Date of April 16, 2022 through and including October 31, 2022. Pursuant to the Second Interim Fee App, LNBYG sought fees in the amount of $330,744.00 and expenses in the amount of $23,558.77 for total fees and expenses in the amount of $354,302.77.

On November 22, 2022, Andre Mario Smith filed a motion to accept his "settlement" offer and transfer the Property to him which also included an objection to the Second Interim Fee App. [Dkt. 446]. LNBYG responded to the pleading.

In addition, the US Trustee raised certain information objections to the Second Interim Fee App, which were resolved pursuant to a stipulation with LNBYG. [Dkt. 448]. The stipulation was approved pursuant to an order entered on November 29, 2022. [Dkt. 451].

On December 2, 2022, Inferno filed its reservation of rights with respect to the Second Interim Fee App. [Dkt. 453].

After the continuance of the hearing on the Second Interim Fee App to December 8, 2023, on December 8, 2023, this Court entered its order approving the Second Interim Fee App and allowing fees of $300,000 and costs of $21,221.81. [Dkt. 457]. The allowed fees and costs were paid by the estate.

On November 6, 2023, LNBYG filed that certain "*Third Interim Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval of Fees and Reimbursement of Expenses*" (the "Third Interim Fee App") [Dkt. 547] whereby LNBYG sought the Court's approval to collect the fees incurred by LNBYG and reimbursement of expenses incurred during the pendency of the Debtor's chapter 11 bankruptcy case for the period of November 1, 2022 through and including October 31, 2023. Pursuant to the Third Interim Fee App, LNBYG sought fees in the amount of $114,614.50 and expenses in the amount of $3,538.94 for total fees and expenses in the amount of $118,153.44.

On November 16, 2023, Inferno filed its reservation of rights with respect to the Third Interim Fee App. [Dkt. 542].

On December 1, 2023, this Court entered its order approving the Third Interim Fee App and allowing the requested fees and costs. [Dkt. 545]. The allowed fees and costs were paid by the estate.

On November 14, 2024, LNBYG filed that certain "*Fourth Interim Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval of Fees and Reimbursement of Expenses*" (the "Fourth Interim Fee App") [Dkt. 590] whereby LNBYG sought the Court's approval to collect the fees incurred by LNBYG and reimbursement of expenses incurred during the pendency of the Debtor's chapter 11 bankruptcy case for the period of November 1, 2023 through and including October 31, 2024. Pursuant to the Fourth Interim Fee App, LNBYG sought fees in the amount of $99,061.50 and expenses in the amount of $3,090.96 for total fees and expenses in the amount of $102,152.46.

On December 13, 2024, this Court entered its order approving the Fourth Interim Fee App and allowing the requested fees and costs. [Dkt. 603]. The allowed fees and costs were paid by the estate.

On November 20, 2025, LNBYG filed that certain "*Fifth Interim Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval of Fees and Reimbursement of Expenses*" (the "Fifth Interim Fee App") [Dkt. 662] whereby LNBYG sought the Court's approval to collect the fees incurred by LNBYG and reimbursement of expenses incurred during the pendency of the Debtor's chapter 11 bankruptcy case for the period of November 1, 2024 through and including November 15, 2025. Pursuant to the Fourth Interim Fee App, LNBYG sought fees in the amount of $257,912.50 and expenses in the amount of $6,449.14 for total fees and expenses in the amount of $264,361.64.

On December 11, 2025, this Court entered its order approving the Fifth Interim Fee App and allowing the requested fees and costs. [Dkt. 669]. The allowed fees and costs were paid by the estate.

## F. CASH ON HAND AND ESTIMATED AMOUNT OF OTHER ACCRUED AND UNPAID EXPENSES OF ADMINISTRATION.

LNBYG is informed and believes that, as of the date hereof, the Debtor sufficient funds on hand to pay LNBYG's fees and expenses requested herein, because the Debtor currently has approximately $13.3 million of cash on hand. LNBYG is further informed and believes that (1) the other professionals employed by the estate were paid in full upon the close of escrow for the sale of the Property, (2) SCP/Lawrence R. Perkins, the Debtor's Non-Member Manager, has generally been paid current on a monthly basis pursuant to notice and payment procedures approved by the Court [Dkts. 70 and 77] , and (3) the Debtor is generally current on all other post-petition obligations. As a result, more than sufficient funds exist to pay the fees and costs requested in this Application.

**G. <u>BRIEF NARRATIVE STATEMENT OF SERVICES RENDERED, TIME EXPENDED, AND FEES CHARGED FOR EACH BILLING CATEGORY.</u>**

When recording its time, LNBYG places all time entries for fees into one of fourteen categories. These categories consist of (00) [Unassigned], (1) Asset Analysis and Recovery, (2) Asset Disposition, (3) Business Operations, (4) Case Administration, (5) Claims Administration and Objections, (6) Employee Benefits/Pensions, (7) Fee/Employment Applications, (8) Fee/Employment Objections, (9) Financing, (10) Relief from Stay, (11) Meetings of Creditors, (12) Plan and Disclosure Statement, (20) Other Litigation, and (99) Miscellaneous. Inevitably, certain time entries do not fit neatly into any one category while other time entries cross over into more than one category. LNBYG does its best to place time entries into categories which accurately reflect the work performed. However, it is inevitable that there will be some time entries that have been placed into the incorrect category or where various time entries dealing with the same subject matter have been placed into multiple categories.

**00. <u>UNASSIGNED.</u>**

During the Covered Period, LNBYG billed 0.8 hours and incurred $476.00 of fees in this category. Included in this category are fees incurred by LNBYG analyzing issues an insurance refund to the estate and the scheduling on the Yogi MSJ. [*See also* category (01) below.]

**1. <u>ASSET ANALYSIS AND RECOVERY (01).</u>**

During the Covered Period, LNBYG did not bill any time in this category.

**2. <u>ASSET DISPOSITION (02).</u>**

During the Covered Period, LNBYG billed 0.5 hours and incurred $375.00 of fees in this category. Included in this category are fees incurred by LNBYG analyzing issues regarding an insurance refund to the estate.

**3. <u>BUSINESS OPERATIONS (03).</u>**

During the Covered Period, LNBYG did not bill any time in this category.

**4. <u>CASE ADMINISTRATION (04).</u>**

During the Covered Period, LNBYG billed 12.7 hours and incurred $7,914.00 in fees in this category. Included in this category are fees incurred by LNBYG preparing, finalizing, drafting,

analyzing, reviewing and/or revising documents and/or pleadings related to and including the MORs and the SCP Fee Statements, and responding to pleadings filed by Mr. Smith.

**5. CLAIMS ADMINISTRATION AND OBJECTIONS (05).**

During the Covered Period, LNBYG billed 1.2 hours and incurred $926.50 in fees in this category. Included in this category are fees incurred by LNBYG reviewing and analyzing various claims and interest that have been asserted during the Covered Period and addressing issues related to the settlement with Hilldun and the Hilldun 9019 Motion and the order granting the same.

**6. EMPLOYEE BENEFITS/PENSIONS (06).**

During the Covered Period, LNBYG did not bill any time in this category.

**7. FEE/EMPLOYMENT APPLICATIONS (07).**

During the Covered Period, LNBYG billed 12.9 hours and incurred $9,202.50 in fees in this category. Included in this category are fees incurred by LNBYG preparing, finalizing, drafting, analyzing, reviewing and/or revising documents and/or pleadings related to and including: (1) the Fifth Interim Fee App and (2) SCP's Monthly Fee Statements.

**8. FEE/EMPLOYMENT OBJECTIONS (08).**

During the Covered Period, LNBYG did not bill any time in this category.

**9. FINANCING (09).**

During the Covered Period, LNBYG billed 0.1 hours and incurred $79.50 in fees in this category regarding Hankey disbursements.

**10. RELIEF FROM STAY (10).**

During the Covered Period, LNBYG did not bill any time in this category.

**11. MEETING OF CREDITORS (11).**

During the Covered Period, LNBYG did not bill any time in this category.

**12. PLAN AND DISCLOSURE STATEMENT (12).**

During the Covered Period, LNBYG did not bill any time in this category.

**13. OTHER LITIGATION (20).**

The vast majority of time during the Covered Period was devoted to this category. During the Covered Period During, LNBYG billed 189.7 hours and incurred $124,122.00 in fees. After the

sale of the Property, the primary remaining issues relate to interest in the sale proceeds and the priorities and interests of numerous parties asserting security interests in the sale proceeds. After extensive litigation in connection with motions to dismiss and related matters, the Adversary Proceeding related to the foregoing issue was at issue and a mediation took place before the Hon. Sheri Bluebond.

As discusses above, after the Mediation did not result in settlement, litigation of the Adversary Proceeding proceeded. The parties held their early meeting of counsel and prepared initial disclosures. The parties entered into a stipulation to allow Inferno to amend its complaint against Hankey, which stipulation was approved pursuant to order of this Court entered on October 28, 2024. [Adv. Dkt. 286]. Thereafter, (1) Inferno filed a Third Amended Complaint [Adv. Dkt. 289], (2) the Debtor filed its answer to Inferno's Third Amended Complaint [Adv. Dkt. 290], (3) the Debtor filed its answer to Yogi's Third Amended Counterclaim and Crossclaim [Adv. Dkt. 291], (4) Inferno filed its answer to Yogi's Third Amended Counterclaim and Crossclaim [Adv. Dkt. 292], (5) Yogi filed its Inferno's Third Amended Complaint [Adv. Dkt. 295], (6) Hankey filed its answer to Yogi's Third Amended Counterclaim and Crossclaim [Adv. Dkt. 296], (7) Hankey filed its answer to Inferno's Third Amended Complaint and Counterclaim against Inferno [Adv. Dkt. 297], (8) Hilldun filed its answer to Inferno's Third Amended Complaint [Adv. Dkt. 304], (9) Inferno filed its Amended Answer to Hankey's Amended Counterclaim [Adv. Dkt. 310], (10) Yogi filed its Answer to Hankey's Amended Crossclaim [Adv. Dkt. 311], (11) Yogi filed its YOGI MSJ seeking partial summary judgment on ninth claim for relief and tenth claim for relief against Hankey [Adv. Dkt. 372], which is currently set for hearing on May 6, 2027, and (12) based on the Debtor's settlement with Hilldun, which approved pursuant to the Hilldun 9019 Motion and the Court's order granting it, and pursuant to a stipulation by and among the Debtor, Hankey, Yogi, and Hilldun and the Court's order approving it, Hilldun was entirely dismissed from the Adversary Proceeding [Adv. Dkts. 428 and 431].

At the same time the foregoing amended pleadings were being filed, various parties (1) propounded and responded to large amounts of written discovery and filed and responded to motions to compel responses to written discovery, and (2) conducted and defended depositions.

Further, after considerable effort by all parties and their counsel, the parties to the Adversary Proceeding entered into a Stipulated Protective Order [Dkt. 365] to govern certain discovery matters in the Adversary Proceeding.

During the relevant period, LNBYG devoted substantial time to managing and resolving a wide range of discovery matters with the various parties to the Adversary Proceeding. This work included drafting written discovery, reviewing produced documents, reviewing and preparing documents for production to those other parties, addressing disputes as they arose, and engaging in ongoing efforts to reach negotiated resolutions, and attending a third party deposition. A significant portion of time was spent in attempt to negotiate a settlement with Hilldun. That effort resulted in a settlement between the Debtor and Hilldun. The settlement provided for the allowance of a general unsecured claim in the amount of $1,000,000 in favor of Hilldun in exchange of Hilldun releasing any and all other claims against the Crestlloyd bankruptcy estate, including any and all claims allegedly secured to the Property. The settlement also paved the way for complete dismissal of Hilldun from the Adversary Proceeding, including in regard to claims asserted by Inferno and Yogi against Hilldun. After execution of a settlement agreement, the Debtor drafted and filed the Hilldun 9019 Motion [Dkt. 674] to approve the settlement between the Debtor and Hilldun. The Hilldun 9019 Motion was approved pursuant to an order entered on February 10, 2026 [Dkt. 682]. Thereafter, as discussed below, Hilldun was entirely dismissed from the Adversary Proceeding pursuant to a stipulation and order thereon [Adv. Dkts. 428 and 431]. The Debtor is continuing with attempts to resolve other disputes at issue in the Adversary Proceeding.

As a result of the foregoing efforts by LNBYG on behalf of the Debtor and other counsel on behalf of the other parties in the Adversary Proceeding, the Adversary Proceeding is now closer to trial. On November 12, 2026, the Court entered its most recent scheduling order [Adv. Dkt. 470] regarding the Adversary Proceeding setting the following dates and deadlines (1) close of fact discovery: March 31, 2027, (2) initial expert disclosures and reports: April 23, 2027, (3) rebuttal expert disclosures and reports: May 19, 2027, (4) close of expert discovery: July 7, 2027, (5) deadline to file dispositive motions: July 28, 2027, (6) continued status conference to be held on December 10, 2026.

**H. <u>DETAILED LISTING OF ALL TIME SPENT BY THE PROFESSIONAL ON THE MATTER FOR WHICH COMPENSATION IS SOUGHT</u>**

Attached hereto as **Exhibit "A"** is a detailed listing of all the time that LNBYG spent during the Covered Period for which LNBYG seeks compensation including the date LNBYG rendered the service, a description of the service, the amount of time spent and a designation of the person who rendered the service for the period of time for the Covered Period. Also included in **Exhibit "A"** is a breakdown of time entries into the activity codes maintained by LNBYG.

**I. <u>DETAILED LISTING OF EXPENSES BY CATEGORY</u>**

Included in **Exhibit "A"** is a summary listing by category and an itemization of all expenses that LNBYG advanced on behalf of the Debtor during the Covered Period. These include LNBYG's expenses incurred in photocopying, making long distance telephone calls, telecopying, mailing, and hiring messenger services. LNBYG generally handles regular and routine photocopying in-house for which LNBYG charges clients twenty ($.20) cents per page. While LNBYG believes that this is less than LNBYG's actual expenses incurred with regard to the photocopying machines, supplies and labor associated with providing photocopying services, this charge reflects the photocopying charge recommended by the OUST in the Central District of California. LNBYG's photocopy machines automatically record the number of copies made when the person that is photocopying enters the client's account number into a device attached to the photocopy machine. Whenever feasible, LNBYG sends large copying projects to outside copy services that charge bulk rates for photocopying. In such instances, LNBYG charges clients the same amount that LNBYG pays the outside service.

LNBYG charges clients $1.00 per page for sending telecopies and $.20 per page for receiving telecopies which LNBYG believes is less than LNBYG's actual expenses incurred with regard to telecopying but again is a decision by LNBYG to comply with the standards set forth by the OUST in the Central District of California. All expenses that LNBYG advanced on behalf of the Debtor were necessarily incurred and are properly charged as administrative expenses of the Debtor's Chapter 11 estate.

When LNBYG uses Lexis and Westlaw, the user inputs the client account number or case name for the research to be performed. Each month, LNBYG receives a Lexis and Westlaw invoice which reflects both an aggregate total of charges incurred by LNBYG for the month, as well as a break out of the specific charges incurred on behalf of each client (identified by name or client account number). The amount(s) reflected on the monthly invoice is then entered by LNBYG staff to the appropriate client account number as identified on the invoice. There is no profit or other additional charge added to the amount reflected in the Lexis and Westlaw invoice.

**J. DESCRIPTION OF PROFESSIONAL EDUCATION AND EXPERIENCE**

LNBYG is comprised of approximately 26 attorneys who specialize in and limit their practice to matters of insolvency, reorganization and bankruptcy law, and commercial litigation matters, and is well qualified to represent the Debtor. All attorneys comprising or associated with LNBYG are admitted to practice law in the California courts and in the United States District Court for the Central District of California. Attached hereto as **Exhibit "B"** are copies of the résumés of LNBYG's professionals and paraprofessionals, as well as the current hourly billing rates for each of LNBYG's professionals and paraprofessionals.

**III.**

**STANDARD OF LAW**

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Court should award attorneys' fees in accordance with a "strict rule of economy test." In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th Cir. 1981), cert. denied, 456 U.S. 977 (1982). This is no longer the law. The legislative history to Section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); In re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr. S.D. Ohio 1987). Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy

matters. Id. at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtor and multiply such number by a reasonable hourly rate for the services performed. See Delaware Valley Citizens' Council for Clear Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. Missouri v. Jenkins by Agyei, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); Burgess v. Klenske (In re Manoa Finance Co., Inc.) 853 F.2d 687, 691 (9th Cir. 1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

"Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as their experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate." Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by their own attorneys." Missouri v. Jenkins by Agyei, 109 S.Ct. at 2470 (quoting City of Riverside v. Rivera, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. Blum v. Stenson, 465 U.S. at 895 n.11.

LNBYG respectfully submits that the hourly rates for its attorneys and paraprofessionals are reasonable and appropriate in the relevant community and in view of the circumstances of this case, the demands that the case placed on LNBYG, and LNBYG's efforts and the results achieved by LNBYG thus far. Based on all of the foregoing, LNBYG respectfully submits that its requested discounted fees and expenses are reasonable and should be approved on an interim basis.

## IV.

## CONCLUSION

**WHEREFORE**, LNBYG respectfully requests that the Court enter an order:

(1) approving the Application;

(2) approving, on an interim basis, LNBYG's fees incurred during the Covered Period in the amount of $143,095.50 and expenses incurred during the Covered Period in the amount of $7,504.61, for total fees and expenses in the amount of $150,600.11;

(3) authorizing the Debtor to pay LNBYG the sum of $150,600.11, which is the total of fees and expenses incurred during the Covered Period; and

(4) granting such other and further relief as the Court deems just and proper.

Dated: November 17, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: *\/s/ Todd M. Arnold*
DAVID B. GOLUBCHIK
TODD M. ARNOLD
JOSEPH M. ROTHBERG
Attorneys for Chapter 11 Debtor and Debtor in Possession

**DECLARATION OF TODD M. ARNOLD, ESQ.**

I, Todd M. Arnold, Esq., hereby declare as follows:

1. I am over 18 years of age. Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto.

2. I am a partner of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), which is serving as bankruptcy counsel to Crestlloyd, LLC, the Chapter 11 debtor and debtor in possession herein (the "Debtor").

3. I make this Declaration in support of LNBYG's Sixth Interim Application for Approval of Fees and Reimbursement of Expenses (the "Application") to which this Declaration is attached. All capitalized terms herein which are not defined herein have the same meanings as in the Application.

4. In the ordinary course of LNBYG's business, LNBYG creates business books and records (the "Books and Records") regarding, among other things, time recorded by LNBYG attorneys performing particular tasks for clients and expenses incurred for particular clients. LNBYG's Books and Records are made at or near the time by, or from information transmitted by, a person with knowledge, in the ordinary course of the LNBYG's business and as a regular practice of LNBYG's business. The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on LNBYG's Books and Records.

5. I am an attorney at LNBYG materially responsible for the representation of the Debtor as bankruptcy counsel during the Debtor's Chapter 11 case. I have represented many Chapter 11 debtors throughout my legal career. I have confirmed numerous Chapter 11 plans of reorganization and closed the sales of numerous companies.

6. I participated in the drafting of the Application to which this Declaration is attached. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct.

7. All expenses for outside services such as photocopying services, messenger and express mail services, postage and research services (Lexis and Westlaw) for which LNBYG requests reimbursement are the actual expenses incurred by LNBYG for such services, and

LNBYG does not seek any additional amounts or profits with respect thereto.

8. I have reviewed the requirements of Local Bankruptcy Rule 2016-1, and I believe that the Application complies with this Rule.

I declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of November 2026, at Los Angeles, California.

*/s/ Todd M. Arnold*
TODD M. ARNOLD

# EXHIBIT A

# FEE APPLICATION

**Crestlloyd LLC c/o SierraConstellation**
**Larry Perkins, Manager**
**355 S. Grand Avenue, Suite 1450**
**Los Angeles, CA 90071**

**11/16/2026**

**Crestlloyd LLC**
**OUR FILE #: 9562**

**DBG**

**PROFESSIONAL SERVICE RENDERED 11/16/2025 THROUGH 11/15/2026**

**TOTAL PROFESSIONAL HOURS 217.9 FEES $143,095.50**

**COSTS**

| | |
|---|---|
| REPRODUCTION COSTS | 1,280.20 |
| SCANNING/OCR | 2,520.16 |
| COURT RESEARCH PACER | 192.10 |
| PARKING | 5.00 |
| POSTAGE | 469.27 |
| WESTLAW RESEARCH | 3,037.88 |

**TOTAL COSTS $7,504.61**

**CURRENT PERIOD TOTAL PROFESSIONAL FEES AND COSTS $150,600.11**

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page #** **1**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

**00 - -**

| | | | | |
|---|---|---|---|---|
| 4/3/2026 | ANALYSIS OF EMAILS ON INSURANCE REFUND SUBJECT TO SECURED LENDER'S COLLATERAL. | | | |
| 2902216 | RMC | 595.00 | $119.00 | 0.2 |
| 4/9/2026 | ANALYSIS OF EMAILS ON TREATMENT OF INSURANCE REBATE. | | | |
| 2902361 | RMC | 595.00 | $119.00 | 0.2 |
| 4/12/2026 | ANALYSIS OF EMAILS ON INSURANCE REBATE. | | | |
| 2898019 | RMC | 595.00 | $59.50 | 0.1 |
| 4/17/2026 | ANALYSIS OF NOTICE OF ORDER RESCHEDULING SUMMARY JUDGMENT MOTION AND RELATED DOCKET TEXT ORDERS. | | | |
| 2899353 | RMC | 595.00 | $178.50 | 0.3 |
| | | **Total** | **$476.00** | **0.8** |

**02 - ASSET DISPOSITION**

| | | | | |
|---|---|---|---|---|
| 4/9/2026 | EMAILS WITH CLIENT RE OWNERSHIP OF INSURANCE REFUND AND POTENTIAL SETTLEMENT RE SAME | | | |
| 2897387 | TMA | 750.00 | $150.00 | 0.2 |
| 4/10/2026 | EMAILS WITH CLIENT RE TREATMENT OF INSURANCE PREMIUM REFUND AND PAYMENTS TO HANKEY IN CONNECTION WITH SETTLEMENT EFFORTS | | | |
| 2897726 | TMA | 750.00 | $150.00 | 0.2 |
| 4/13/2026 | FURTHER EMAILS WITH CLIENT RE TREATMENT OF INSURANCE PREMIUM REFUND AND PAYMENTS TO HANKEY IN CONNECTION WITH SETTLEMENT EFFORTS | | | |
| 2897854 | TMA | 750.00 | $75.00 | 0.1 |
| | | **Total** | **$375.00** | **0.5** |

**04 - CASE ADMINISTRATION**

| | | | | |
|---|---|---|---|---|
| 11/19/2025 | PREPARATION OF DETAILS TO COLIN FOR MOR | | | |
| 2858962 | DBG | 750.00 | $75.00 | 0.1 |
| 11/20/2025 | ANALYSIS OF DOCUMENTS FROIM COLIN RE: MOR FOR OCTOBER 2025 | | | |
| 2859474 | DBG | 750.00 | $75.00 | 0.1 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 2**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 11/20/2025 | PREPARATION OF FIFTH INTERIM FEE APPLICATION AND NOTICE OF APPLICATION FOR FILING | | | |
| 2861248 | RM | 300.00 | $60.00 | 0.2 |
| 12/1/2025 | ANALYSIS OF CORRESPONDENCE UST RE: MOR INCONSISTENCY | | | |
| 2862129 | DBG | 750.00 | $75.00 | 0.1 |
| 12/1/2025 | EMAILS WITH UST AND CLIENT RE SEPT AND OCTOBER MORS | | | |
| 2861841 | TMA | 725.00 | $145.00 | 0.2 |
| 12/3/2025 | ANALYSIS OF CORRESPONDENCE UST RE: OUTSTANDING MOR AND QUARTERLY FEES | | | |
| 2863146 | DBG | 750.00 | $75.00 | 0.1 |
| 12/3/2025 | REVIEW REVISED SEPTEMBER AND OCTOBER 2025 MORS TO REFLECT HANKEY PAYMENT AND EMAIL CLIENT RE SAME | | | |
| 2862963 | TMA | 725.00 | $145.00 | 0.2 |
| 12/4/2025 | ANALYSIS OF DOCUMENTS REVISIONS TO MOR IN LIGHT OF HANKEY DISBURSEMENTS | | | |
| 2863371 | DBG | 750.00 | $75.00 | 0.1 |
| 12/4/2025 | FURTHER EMAILS WITH CLIENT RE AMENDED SEPTEMBER MOR AND OCTOBER MOR | | | |
| 2863308 | TMA | 725.00 | $145.00 | 0.2 |
| 12/4/2025 | REVIEW, REVISE, AND FINALIZE AMENDED SEPTEMBER MOR | | | |
| 2863314 | TMA | 725.00 | $217.50 | 0.3 |
| 12/4/2025 | REVIEW, REVISE, AND FINALIZE OCTOBER MOR | | | |
| 2863315 | TMA | 725.00 | $217.50 | 0.3 |
| 12/11/2025 | PREPARATION OF ORDER TO LODGE RE: 5TH INTERIM FEE APPLICATION | | | |
| 2865173 | RM | 300.00 | $30.00 | 0.1 |
| 12/15/2025 | PREPARATION OF DETAILS FOR COLIN FOR MOR | | | |
| 2865973 | DBG | 750.00 | $75.00 | 0.1 |
| 12/19/2025 | ANALYSIS OF DOCUMENTS MOR FOR NOV | | | |
| 2867413 | DBG | 750.00 | $75.00 | 0.1 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 3**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 12/19/2025 | EMAILS WITH CLIENT RE MOR | | | |
| 2867117 | TMA | 725.00 | $72.50 | 0.1 |
| 12/30/2025 | REVIEW, REVISE, AND FINALIZE NOVEMBER 2025 MOR | | | |
| 2870194 | TMA | 725.00 | $290.00 | 0.4 |
| 12/30/2025 | EMAIL CLIENT RE NOVEMBER 2025 MOR | | | |
| 2870195 | TMA | 725.00 | $72.50 | 0.1 |
| 1/15/2026 | EMAILS WITH CLIENT RE DECEMBER MOR AND Q4 UST PAYMENT | | | |
| 2873427 | TMA | 750.00 | $75.00 | 0.1 |
| 1/16/2026 | ANALYSIS OF CORRESPONDENCE COLIN RE: DETAIL FOR MOR AND PROVIDE INFO | | | |
| 2873875 | DBG | 795.00 | $79.50 | 0.1 |
| 1/16/2026 | PREPARATION OF 9019 MOTION FOR FILING | | | |
| 2874809 | VII | 300.00 | $30.00 | 0.1 |
| 1/16/2026 | PREPARATION OF NOTICE OF MOTION FOR FILING | | | |
| 2874812 | VII | 300.00 | $30.00 | 0.1 |
| 1/19/2026 | ANALYSIS OF DOCUMENTS MOR FROM CLIENT | | | |
| 2874333 | DBG | 795.00 | $79.50 | 0.1 |
| 1/21/2026 | PREPARATION OF DECEMBER MONTHLY OPERATING REPORT FOR FILING FOR SERVICE | | | |
| 2876063 | KYC | 300.00 | $30.00 | 0.1 |
| 1/21/2026 | PREPARATION OF DECEMBER MONTHLY FEE STATEMENT FOR FILING AND SERVICE | | | |
| 2876066 | KYC | 300.00 | $30.00 | 0.1 |
| 1/21/2026 | REVIEW, REVISE AND FINALIZE DECEMBER 2025 MOR | | | |
| 2874709 | TMA | 750.00 | $225.00 | 0.3 |
| 1/21/2026 | EMAIL WITH CLIENT RE DECEMBER 2025 MOR | | | |
| 2874710 | TMA | 750.00 | $75.00 | 0.1 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 4**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 2/5/2026 | PREPARATION OF NOTICE OF CHANGE IN BILLING RATES FOR FILING AND SERVICE | | | |
| 2882927 | KYC | 300.00 | $30.00 | 0.1 |
| 2/6/2026 | PREPARATION OF DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION FOR FILING; ORDER TO LODGE AND NOTICE OF LODGMENT FOR FILING | | | |
| 2880423 | RM | 300.00 | $60.00 | 0.2 |
| 2/10/2026 | PREPARATION OF DOCS FOR CLIENT RE: MOR REPORT | | | |
| 2881179 | DBG | 795.00 | $79.50 | 0.1 |
| 2/13/2026 | EMAILS WITH CLIENT RE JANUARY 2026 MOR | | | |
| 2881712 | TMA | 750.00 | $75.00 | 0.1 |
| 2/16/2026 | ANALYSIS OF DOCUMENTS FROM COLIN RE: MOR | | | |
| 2882435 | DBG | 795.00 | $79.50 | 0.1 |
| 2/16/2026 | REVIEW, REVISE, AND FINALIZE JANUARY 2026 MOR | | | |
| 2882057 | TMA | 750.00 | $225.00 | 0.3 |
| 2/16/2026 | EMAILS WITH CLIENT RE JANUARY 2026 MOR | | | |
| 2882058 | TMA | 750.00 | $75.00 | 0.1 |
| 2/17/2026 | PREPARATION OF JANUARY MONTHLY FEE STATEMENT FOR FILING AND SERVICE | | | |
| 2882979 | KYC | 300.00 | $30.00 | 0.1 |
| 2/17/2026 | PREPARATION OF JANUARY MONTHLY OPERATING REPORT FOR FILING FOR SERVICE | | | |
| 2882983 | KYC | 300.00 | $30.00 | 0.1 |
| 3/19/2026 | ANALYSIS OF CORRESPONDENCE COLIN RE: MOR AND PROVIDE INFO | | | |
| 2891425 | DBG | 795.00 | $79.50 | 0.1 |
| 3/20/2026 | ANALYSIS OF DOCUMENTS MOR FOR FEB 2026 | | | |
| 2891436 | DBG | 795.00 | $79.50 | 0.1 |
| 3/23/2026 | PREPARATION OF FEBRUARY MONTHLY FEE STATEMENT FOR FILING AND SERVICE | | | |
| 2892330 | KYC | 300.00 | $30.00 | 0.1 |

**DETAILED ACTIVITIES**



**Crestlloyd LLC**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 3/23/2026 | PREPARATION OF FEBURARY MONTHLY OPERATING REPORT FOR FILING FOR SERVICE | | | |
| 2892331 | KYC | 300.00 | $30.00 | 0.1 |
| 3/23/2026 | REVIEW, REVISE, AND FINALIZE FEBRUARY MOR | | | |
| 2891931 | TMA | 750.00 | $225.00 | 0.3 |
| 3/23/2026 | EMAILS WITH CLIENT RE FEBRUARY MOR | | | |
| 2891932 | TMA | 750.00 | $75.00 | 0.1 |
| 4/3/2026 | ANALYSIS OF DOCUMENTS FROM COLIN RE: ACCOUNTING OF ESTATE FUNDS | | | |
| 2894981 | DBG | 795.00 | $79.50 | 0.1 |
| 4/15/2026 | ANALYSIS OF CORRESPONDENCE COLIN RE: FEES FOR MOR AND PROVIDE DOCS | | | |
| 2898732 | DBG | 795.00 | $79.50 | 0.1 |
| 4/21/2026 | PREPARATION OF MARCH MONTHLY FEE STATEMENT FOR FILING AND SERVICE | | | |
| 2900673 | KYC | 300.00 | $30.00 | 0.1 |
| 4/21/2026 | REVIEW AND REVISE MARCH 2026 MOR | | | |
| 2899699 | TMA | 750.00 | $225.00 | 0.3 |
| 4/21/2026 | EMAILS WITH CLIENT RE MARCH 2026 MOR | | | |
| 2899700 | TMA | 750.00 | $75.00 | 0.1 |
| 4/22/2026 | PREPARATION OF MARCH MONTHLY OPERATING REPORT FOR FILING FOR SERVICE | | | |
| 2900695 | KYC | 300.00 | $30.00 | 0.1 |
| 4/22/2026 | FINALIZE AND FILE MARCH MOR | | | |
| 2900084 | TMA | 750.00 | $75.00 | 0.1 |
| 5/19/2026 | PREPARATION OF DOCS FOR COLIN RE: MOR | | | |
| 2907654 | DBG | 795.00 | $79.50 | 0.1 |
| 5/20/2026 | ANALYSIS OF DOCUMENTS FROM CLIENT RE: MOR | | | |
| 2907906 | DBG | 795.00 | $79.50 | 0.1 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 6**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 5/20/2026 | PREPARATION OF CRESTLLOYD - MARCH 2026 MOR | | | |
| 2907907 | JK | 300.00 | $210.00 | 0.7 |
| 5/20/2026 | REVIEW AND REVISE APRIL 2026 MOR | | | |
| 2907724 | TMA | 750.00 | $225.00 | 0.3 |
| 5/20/2026 | EMAILS WITH CLIENT RE APRIL 2026 MOR | | | |
| 2907740 | TMA | 750.00 | $75.00 | 0.1 |
| 6/22/2026 | ANALYSIS OF CORRESPONDENCE COLIN RE: MOR DETAIL AND PROVIDE INFORMATION | | | |
| 2915889 | DBG | 795.00 | $79.50 | 0.1 |
| 6/22/2026 | ANALYSIS OF DOCUMENTS DRAFT MOR FOR MAY 2026 | | | |
| 2915927 | DBG | 795.00 | $79.50 | 0.1 |
| 6/23/2026 | PREPARATION OF MAY MONTHLY FEE STATEMENT FOR FILING AND SERVICE | | | |
| 2918646 | KYC | 300.00 | $30.00 | 0.1 |
| 6/23/2026 | PREPARATION OF MAY MONTHLY OPERATING REPORT FOR FILING FOR SERVICE | | | |
| 2918647 | KYC | 300.00 | $30.00 | 0.1 |
| 6/23/2026 | FINALIZE MAY MOR AND EXHIBITS THERETO | | | |
| 2916132 | TMA | 750.00 | $300.00 | 0.4 |
| 6/23/2026 | EMAILS WITH CLIENT RE MAY MOR AND EXHIBITS THERETO | | | |
| 2916133 | TMA | 750.00 | $75.00 | 0.1 |
| 7/20/2026 | ANALYSIS OF CORRESPONDENCE COLIN RE: MOR DETAILS AND PROVIDE INFORMATION | | | |
| 2924266 | DBG | 795.00 | $79.50 | 0.1 |
| 7/24/2026 | PREPARATION OF JUNE 2026 MONTHLY FEE STATEMENT FOR FILING FOR SERVICE | | | |
| 2927215 | KYC | 300.00 | $60.00 | 0.2 |
| 8/17/2026 | ANALYSIS OF CORRESPONDENCE COLIN RE: MOR DETAILS AND PROVIDE | | | |
| 2932198 | DBG | 795.00 | $79.50 | 0.1 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 7**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 8/21/2026 | ANALYSIS OF DOCUMENTS MOR DOCS FROM COLIN | | | |
| 2933387 | DBG | 795.00 | $79.50 | 0.1 |
| 8/26/2026 | REVIEW, REVISE, AND FINALIZE JULY MOR | | | |
| 2934623 | TMA | 750.00 | $150.00 | 0.2 |
| 8/26/2026 | EMAILS WITH CLIENT RE JULY MOR | | | |
| 2934624 | TMA | 750.00 | $75.00 | 0.1 |
| 8/27/2026 | PREPARATION OF JULY MONTHLY FEE STATEMENT FOR FILING AND SERVICE | | | |
| 2935021 | KYC | 300.00 | $60.00 | 0.2 |
| 9/17/2026 | ANALYSIS OF CORRESPONDENCE COLIN RE: MOR DETAIL AND PROVIDE | | | |
| 2941045 | DBG | 795.00 | $79.50 | 0.1 |
| 9/22/2026 | PREPARATION OF JULY 2026 MONTHLY OPERATING REPORT FOR FILING FOR SERVICE | | | |
| 2945868 | KYC | 300.00 | $60.00 | 0.2 |
| 9/22/2026 | PREPARATION OF AUGUST 2026 MONTHLY OPERATING REPORT FOR FILING FOR SERVICE | | | |
| 2945870 | KYC | 300.00 | $60.00 | 0.2 |
| 9/22/2026 | PREPARATION OF AUGUST MONTHLY FEE STATEMENT FOR FILING AND SERVICE | | | |
| 2945873 | KYC | 300.00 | $60.00 | 0.2 |
| 9/22/2026 | REVIEW, REVISE AND FINALIZE JULY MOR | | | |
| 2941917 | TMA | 750.00 | $225.00 | 0.3 |
| 9/22/2026 | REVIEW, REVISE AND FINALIZE AUGUST MOR | | | |
| 2941918 | TMA | 750.00 | $225.00 | 0.3 |
| 9/22/2026 | EMAILS WITH CLIENT RE JULY AND AUGUST MOR | | | |
| 2941919 | TMA | 750.00 | $150.00 | 0.2 |
| 10/19/2026 | ANALYSIS OF CORRESPONDENCE COLIN RE: MOR DATA | | | |
| 2953181 | DBG | 795.00 | $79.50 | 0.1 |

**DETAILED ACTIVITIES**



**Crestlloyd LLC**
**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 10/21/2026 | PREPARATION OF DOCS FOR COLIN FOR MOR | | | |
| 2950170 | DBG | 795.00 | $79.50 | 0.1 |
| 10/21/2026 | ANALYSIS OF DOCUMENTS DRAFT MOR AND PROVIDE COMMENTS | | | |
| 2950302 | DBG | 795.00 | $79.50 | 0.1 |
| 10/26/2026 | ZOOM MEETING RE: CREDITOR INQUIRY AND FINANCIALS | | | |
| 2951161 | DBG | 795.00 | $238.50 | 0.3 |
| 10/26/2026 | REVIEW AND REVISE SEPTEMBER MOR | | | |
| 2951194 | TMA | 750.00 | $225.00 | 0.3 |
| 10/26/2026 | EMAILS WITH CLIENT RE SEPTEMBER MOR | | | |
| 2951206 | TMA | 750.00 | $75.00 | 0.1 |
| 10/26/2026 | PREPARATION OF SEPTEMBER MONTHLY OPERATING REPORT FOR FILING AND SERVICE | | | |
| 2952797 | VII | 300.00 | $30.00 | 0.1 |
| 10/26/2026 | PREPARATION OF SEPTEMBER MONTHLY FEE STATEMENT FOR FILING AND SERVICE | | | |
| 2952798 | VII | 300.00 | $30.00 | 0.1 |
| | | **Total** | **$7,914.00** | **12.7** |

**05 - CLAIMS ADMIN. AND OBJECTIONS**

| | | | | |
|---|---|---|---|---|
| 12/10/2025 | ANALYSIS OF DOCUMENTS PROOF OF CLAIM OF IRS | | | |
| 2864659 | DBG | 750.00 | $75.00 | 0.1 |
| 12/17/2025 | REVIEW CURRENT CLAIMS ANALYSIS AND EMAILS RE SAME | | | |
| 2866594 | TMA | 725.00 | $145.00 | 0.2 |
| 12/22/2025 | ANALYSIS OF CORRESPONDENCE J. LUCAS RE: COMMENT TO HILDUN SETTLEMENT MOTION | | | |
| 2869202 | DBG | 750.00 | $75.00 | 0.1 |
| 12/23/2025 | ANALYSIS OF CORRESPONDENCE JESSICA RE: HILDUN SETTLEMENT OF CLAIM | | | |
| 2869203 | DBG | 750.00 | $75.00 | 0.1 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 9**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 1/7/2026 | ANALYSIS OF CORRESPONDENCE GUBNER RE: CLAIM SETTLEMENT | | | |
| 2871734 | DBG | 795.00 | $79.50 | 0.1 |
| 1/15/2026 | PREPARATION OF MOTION TO APPROVE COMPROMISE RE: HILDUN CLAIM | | | |
| 2873881 | DBG | 795.00 | $238.50 | 0.3 |
| 2/10/2026 | ANALYSIS OF DOCUMENTS ORDER APPROVING SETTLEMENT OF HILDUN CLAIM | | | |
| 2881208 | DBG | 795.00 | $79.50 | 0.1 |
| 2/23/2026 | ANALYSIS OF DOCUMENTS PROOF OF CLAIM OF HILDUN | | | |
| 2884157 | DBG | 795.00 | $79.50 | 0.1 |
| 6/16/2026 | ANALYSIS OF DOCUMENTS IRS PROOF OF CLAIM | | | |
| 2914846 | DBG | 795.00 | $79.50 | 0.1 |
| | | **Total** | **$926.50** | **1.2** |

**07 - FEE / EMPLOYMENT APPLICATIONS**

| | | | | |
|---|---|---|---|---|
| 11/19/2025 | ANALYSIS OF DOCUMENTS AND COMMENCE FORMULATING FEE APPLICATION | | | |
| 2858941 | DBG | 750.00 | $225.00 | 0.3 |
| 11/19/2025 | DRAFT FIFTH INTERIM FEE APPLICATION OF LNBYG | | | |
| 2859013 | TMA | 725.00 | $2,392.50 | 3.3 |
| 11/20/2025 | PREPARATION OF INTERIM FEE APPLICATION | | | |
| 2859090 | DBG | 750.00 | $300.00 | 0.4 |
| 11/20/2025 | ANALYSIS OF CORRESPONDENCE NOREEN (UST) RE: LEDES DATA FOR FEE APPLICATION | | | |
| 2859476 | DBG | 750.00 | $75.00 | 0.1 |
| 11/20/2025 | REVIEW AND REVISE FEE APPLICATION. | | | |
| 2859115 | JMR | 725.00 | $290.00 | 0.4 |
| 11/20/2025 | DRAFT NOTICE OF FIFTH INTERIM FEE APPLICATION OF LNBYG | | | |
| 2859014 | TMA | 725.00 | $290.00 | 0.4 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 10**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 11/20/2025 | FINALIZE FIFTH INTERIM FEE APPLICATION OF LNBYG AND EXHIBITS THEREON | | | |
| 2859015 | TMA | 725.00 | $362.50 | 0.5 |
| 11/20/2025 | EMAILS WITH UST RE LEDES FILE FOR FIFTH INTERIM FEE APPLICATION OF LNBYG | | | |
| 2859126 | TMA | 725.00 | $72.50 | 0.1 |
| 12/1/2025 | PREPARE NOTICE OF OCTOBER COMPENSATION TO SIERRA CONSTELLATION | | | |
| 2862312 | TMA | 725.00 | $217.50 | 0.3 |
| 12/1/2025 | EMAILS WITH CLIENT RE NOTICE OF OCTOBER COMPENSATION TO SIERRA CONSTELLATION | | | |
| 2862313 | TMA | 725.00 | $72.50 | 0.1 |
| 12/10/2025 | REVIEW TENTATIVE RULING ON FEE APP; COORDINATE W/ TMA RE: CLIENT DECL. | | | |
| 2864852 | JMR | 725.00 | $72.50 | 0.1 |
| 12/11/2025 | PREPARATION OF ORDER RE: 5TH INTERIM FEE APP | | | |
| 2865196 | DBG | 750.00 | $75.00 | 0.1 |
| 12/11/2025 | ANALYSIS OF DOCUMENTS ENTERED ORDER APPROVING INTERIM FEE APP | | | |
| 2865197 | DBG | 750.00 | $75.00 | 0.1 |
| 12/11/2025 | REVIEW AND ANALYSIS OF CLIENT DECLARATION SUBMITTED IN SUPPORT OF FEE APPLICATION. | | | |
| 2864932 | JMR | 725.00 | $72.50 | 0.1 |
| 12/11/2025 | ORDER ON LNBYG 5TH INTERIM FEE APPLICATION | | | |
| 2864562 | TMA | 725.00 | $72.50 | 0.1 |
| 12/11/2025 | DRAFT CLIENT DECLARATION IN SUPPORT OF LNBYG 5TH INTERIM FEE APPLICATION | | | |
| 2865709 | TMA | 725.00 | $217.50 | 0.3 |
| 12/11/2025 | EMAIL CLIENT RE DECLARATION IN SUPPORT OF LNBYG 5TH INTERIM FEE APPLICATION | | | |
| 2865710 | TMA | 725.00 | $72.50 | 0.1 |
| 12/15/2025 | ANALYSIS OF ENTERED ORDER ON LNBYG'S 5TH INTERIM FEE APPLICATION AND EMAILS WIT CLIENT RE SAME | | | |
| 2865840 | TMA | 725.00 | $72.50 | 0.1 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 11**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 12/18/2025 | EMAILS WITH CLIENT RE SIERRA CONSTELLATION FEE STATEMENT FOR NOVEMBER 2025 | | | |
| 2867353 | TMA | 725.00 | $72.50 | 0.1 |
| 12/18/2025 | PREPARE SIERRA CONSTELLATION FEE STATEMENT FOR NOVEMBER 2025 | | | |
| 2867354 | TMA | 725.00 | $217.50 | 0.3 |
| 1/21/2026 | PREPARE DECEMBER 2025 MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION PARTNERS | | | |
| 2874711 | TMA | 750.00 | $225.00 | 0.3 |
| 1/21/2026 | EMAILS WITH CLIENT RE DECEMBER 2025 MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION PARTNERS | | | |
| 2874712 | TMA | 750.00 | $75.00 | 0.1 |
| 2/16/2026 | PREPARE JANUARY 2026 MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION PARTNERS | | | |
| 2882046 | TMA | 750.00 | $225.00 | 0.3 |
| 2/16/2026 | EMAILS WITH CLIENT RE JANUARY 2026 MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION PARTNERS | | | |
| 2882056 | TMA | 750.00 | $75.00 | 0.1 |
| 3/23/2026 | PREPARE MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION FOR FEBRUARY 2026 | | | |
| 2891917 | TMA | 750.00 | $225.00 | 0.3 |
| 3/23/2026 | EMAILS WITH CLIENT RE MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION FOR FEBRUARY 2026 | | | |
| 2891918 | TMA | 750.00 | $75.00 | 0.1 |
| 4/21/2026 | DRAFT MARCH 2026 MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION PARTNERS | | | |
| 2899697 | TMA | 750.00 | $225.00 | 0.3 |
| 4/21/2026 | EMAILS WITH CLIENT RE MARCH 2026 MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION PARTNERS | | | |
| 2899698 | TMA | 750.00 | $75.00 | 0.1 |
| 5/20/2026 | PREPARATION OF **DEBTOR'S NOTICE OF MONTHLY FEE STATEMENT OF SIERRACONSTELLATION PARTNERS, LLC** | | | |
| 2907764 | JK | 300.00 | $210.00 | 0.7 |
| 5/20/2026 | ANALYSIS OF PREPARE APRIL 2026 MONTHLY FEE STATEMENT FOR SIERRACONSTELLATION PARTNERS | | | |
| 2907722 | TMA | 750.00 | $225.00 | 0.3 |

**DETAILED ACTIVITIES**

**11/16/2026** **Page # 12**

**Crestlloyd LLC**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 5/20/2026 | EMAILS WITH CLIENT RE APRIL 2026 MONTHLY FEE STATEMENT FOR SIERRACONSTELLATION PARTNERS | | | |
| 2907723 | TMA | 750.00 | $75.00 | 0.1 |
| 6/23/2026 | PREPARE SIERRA CONSTELLATION MAY NOTICE OF PROFESSIONAL FEE STATEMENT | | | |
| 2916134 | TMA | 750.00 | $300.00 | 0.4 |
| 6/23/2026 | EMAILS WITH CLIENT RE SIERRA CONSTELLATION MAY NOTICE OF PROFESSIONAL FEE STATEMENT | | | |
| 2916135 | TMA | 750.00 | $75.00 | 0.1 |
| 7/24/2026 | PREPARE JUNE 2026 MONTHLY FEE STATEMENT OF SIERRA CONSTELLATION PARTNERS | | | |
| 2925059 | TMA | 750.00 | $225.00 | 0.3 |
| 7/24/2026 | EMAILS WITH CLIENT RE JUNE 2026 MONTHLY FEE STATEMENT OF SIERRA CONSTELLATION PARTNERS | | | |
| 2925060 | TMA | 750.00 | $75.00 | 0.1 |
| 8/26/2026 | PREPARE JULY MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION PARTNERS | | | |
| 2934367 | TMA | 750.00 | $225.00 | 0.3 |
| 8/26/2026 | EMAILS WITH CLIENT RE JULY MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION PARTNERS | | | |
| 2934368 | TMA | 750.00 | $75.00 | 0.1 |
| 9/22/2026 | PREPARE AUGUST 2026 MONTHLY FEE STATEMENT FOR SIERRACONSTELLATION PARTNERS | | | |
| 2941920 | TMA | 750.00 | $150.00 | 0.2 |
| 9/22/2026 | EMAILS WITH CLIENT RE AUGUST 2026 MONTHLY FEE STATEMENT FOR SIERRACONSTELLATION PARTNERS | | | |
| 2941970 | TMA | 750.00 | $75.00 | 0.1 |
| 10/2/2026 | EMAILS RE 6TH INTERIM FEE APPLICATION | | | |
| 2944356 | TMA | 750.00 | $75.00 | 0.1 |
| 10/26/2026 | DRAFT SEPTEMBER MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION PARTNERS | | | |
| 2951207 | TMA | 750.00 | $225.00 | 0.3 |
| 10/26/2026 | EMAILS WITH CLIENT RE SEPTEMBER MONTHLY FEE STATEMENT FOR SIERRA CONSTELLATION PARTNERS | | | |
| 2951208 | TMA | 750.00 | $75.00 | 0.1 |

# DETAILED ACTIVITIES



**Crestlloyd LLC**
**CASE # 9562**

**From Date** 11/16/2025
**To Date** 11/15/2026

| | | | | | |
|---|---|---|---|---|---|
| 11/15/2026 | BEGIN PREPARING LNBYG'S 6TH INTERIM FEE APPLICATION | | | | |
| 2958076 | TMA | | 750.00 | $600.00 | 0.8 |
| | | **Total** | | **$9,202.50** | **12.9** |

**09 - FINANCING**

| | | | | | |
|---|---|---|---|---|---|
| 10/29/2026 | ANALYSIS OF DOCUMENTS FROM COLIN RE: HANKEY DIP FUNDING DISBURSEMENT | | | | |
| 2952312 | DBG | | 795.00 | $79.50 | 0.1 |
| | | **Total** | | **$79.50** | **0.1** |

**20 - OTHER LITIGATION**

| | | | | |
|---|---|---|---|---|
| 11/18/2025 | REVIEW AND ANALYSIS OF REDLINE CHANGES PROPOSED TO STIPULATION FOR A PROTECTIVE ORDER / EMAIL TO ALL COUNSEL RE: SAME. | | | |
| 2858691 | JMR | 725.00 | $145.00 | 0.2 |
| 11/18/2025 | INITIAL REVIEW AND ANALYSIS OF WRITTEN DISCOVERY RESPONSES FROM YOGI, JOSEPH ENGLANOFF, AND TROUSDALE LLC. | | | |
| 2858752 | JMR | 725.00 | $435.00 | 0.6 |
| 11/20/2025 | REVIEW FINAL NEW VERSION OF STIP FOR PROTECTIVE ORDER; FOLLOW UP COMMUNICATIONS WITH COUNSEL FOR ALL PARTIES TO ADVERSARY RE: EXECUTION OF NEW VERSION OF STIPULATION FOR PROTECTIVE ORDER. | | | |
| 2859305 | JMR | 725.00 | $145.00 | 0.2 |
| 11/24/2025 | ANALYSIS OF CORRESPONDENCE DISMISSAL OF HILDUN | | | |
| 2859850 | DBG | 750.00 | $75.00 | 0.1 |
| 11/24/2025 | ANALYSIS OF DOCUMENTS MOTION TO APPROVE PROTECTIVE ORDER (STIPULATED) | | | |
| 2859928 | DBG | 750.00 | $75.00 | 0.1 |
| 11/24/2025 | ANALYSIS OF DOCUMENTS ORDER APPROVING STIPULATED PROTECTIVE ORDER | | | |
| 2860426 | DBG | 750.00 | $75.00 | 0.1 |
| 11/24/2025 | COMMS W/ COUNSEL FOR HILLDUN RE: STATUS OF SETTLEMENT / FOLLOW UP EMAIL TO ALL PARTIES TO CRESTLLOYD ADVERSARY RE: SAME. | | | |
| 2859848 | JMR | 725.00 | $145.00 | 0.2 |
| 11/24/2025 | COORDINATE RE: SETTLEMENT AGREEMENT AND 9019 MOTION WITH HILLDUN. | | | |
| 2859872 | JMR | 725.00 | $290.00 | 0.4 |

**DETAILED ACTIVITIES**

**Crestlloyd LLC** **11/16/2026** **Page # 14**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 11/24/2025 | REVIEW OF STIPULATION FOR PROTECTIVE ORDER FILED IN ADVERSARY. | | | |
| 2859881 | JMR | 725.00 | $72.50 | 0.1 |
| 11/28/2025 | PREPARATION OF 9019 MOTION RE CLAIMS AGAINST HILDUN. | | | |
| 2861811 | RMC | 550.00 | $1,210.00 | 2.2 |
| 12/1/2025 | ANALYSIS OF DOCUMENTS FROM PAUL RE: INFERNO DOCUMENT PRODUCTION | | | |
| 2862463 | DBG | 750.00 | $75.00 | 0.1 |
| 12/1/2025 | COMMS W/ J. LUCAS RE: PRODUCING FURTHER DISCOVERY. | | | |
| 2862431 | JMR | 725.00 | $72.50 | 0.1 |
| 12/2/2025 | CALL W/ J. LUCAS RE: TIMELINE FOR PRODUCTION OF DOCS AND PRIVILEGE REVIEW / ISSUES RELATED TO STANDING OF INFERNO. | | | |
| 2862618 | JMR | 725.00 | $217.50 | 0.3 |
| 12/3/2025 | COMMS W/ S. WEISS, COUNSEL FOR INFERNO RE: TOTAL AMOUNT OF UNSECURED CLAIMS. | | | |
| 2862921 | JMR | 725.00 | $145.00 | 0.2 |
| 12/3/2025 | COMMUNICATIONS WITH COUNSEL FOR INFERNO RE: AMOUNT OF UNSECURED CLAIMS / EMAIL TO C. MORAN RE: DETERMINING INFO ON SAME. | | | |
| 2862944 | JMR | 725.00 | $145.00 | 0.2 |
| 12/4/2025 | FURTHER REVIEW OF PST FILES PROVIDED BY SCP TO REVIEW FOR PRIVILEGE PRIOR TO TURNING OVER TO YOGI. | | | |
| 2863546 | JMR | 725.00 | $435.00 | 0.6 |
| 12/4/2025 | STRATEGIZE AND COORDINATE W/ RPS RE: CONDUCTING PRIVILEGE REVIEW ON PST FILES FROM SIERRA CONSTELLATION PARTNERS. | | | |
| 2863550 | JMR | 725.00 | $145.00 | 0.2 |
| 12/5/2025 | FURTHER COORDINATE RE: PRIVILEGE REVIEW OF DOCS TO RESPOND TO RFP BY YOGI. | | | |
| 2863690 | JMR | 725.00 | $145.00 | 0.2 |
| 12/5/2025 | ANALYSIS OF HANKEY CAPITAL'S MOTION FOR CONTEMPT AND ORDER GRANTING MOTION. | | | |
| 2863735 | RMC | 550.00 | $220.00 | 0.4 |
| 12/5/2025 | ANALYSIS OF YOGI SECURITIES HOLDINGS, LLC'S REQUEST FOR PRODUCTION OF DOCS TO EVIRUM, INFERNO, AND NOTICE OF DEPOSITION TO EVIRUM AND INFERNO. | | | |
| 2863812 | RMC | 550.00 | $330.00 | 0.6 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 15**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | | |
|---|---|---|---|---|---|
| 12/5/2025 | STRATEGIZE ABOUT PRIVILEGE LOG AND EMAIL PRODUCTION FROM FOUR PST FILES AND POTENTIALLY HIRING E-DISCOVERY VENDOR TO ASSIST IN PRODUCING EMAILS | | | | |
| 2862222 | RPS | | 725.00 | $290.00 | 0.4 |
| 12/5/2025 | RESEARCH CASE LAW AND PRIOR BANKRUPTCY LITIGATION TO DETERMINE IF CLIENT MUST SUBMIT EMPLOYMENT APPLICATION FOR RETENTION OF E-DISCOVERY VENDOR TO ASSIST WITH DOCUMENT PRODUCTION OF EMAILS | | | | |
| 2864317 | RPS | | 725.00 | $652.50 | 0.9 |
| 12/5/2025 | INITIAL ANALYSIS OF FOUR PST FILES IN ORDER TO ASSESS WHETHER E-DISCOVERY VENDOR IS NECESSARY TO PRPEARE EMAILS FOR PRODUCTION AND TO ASSIST WITH DETAILED PRIVILEGE LOG | | | | |
| 2864328 | RPS | | 725.00 | $362.50 | 0.5 |
| 12/8/2025 | FOLLOW UP COMMUNICATIONS WITH COUNSEL FOR INFERNO AND C. MORAN RE: TOTAL AMOUNT OF CLAIMS. | | | | |
| 2864001 | JMR | | 725.00 | $145.00 | 0.2 |
| 12/8/2025 | ATTENTION TO ISSUES PERTAINING TO DRAFT SETTLEMENT WITH HILLDUN CORPORATION. | | | | |
| 2864059 | JMR | | 725.00 | $145.00 | 0.2 |
| 12/8/2025 | FURTHER STRATEGIZE AND COORDINATE RE: PRIVILEGE LOG CREATION AND REVIEW. | | | | |
| 2864092 | JMR | | 725.00 | $217.50 | 0.3 |
| 12/8/2025 | DRAFT DETAILED RECOMMENDATION WITH OPTIONS REGARDING USING IDS AS E-DISCOVERY VENDOR AND WHETHER CLIENT NEEDS TO SUBMIT STIPULATION BETWEEN PARTIES OR FILE EMPLOYMENT APPLICATION FOR USING IDS | | | | |
| 2864360 | RPS | | 725.00 | $580.00 | 0.8 |
| 12/8/2025 | CONFER VIA EMAIL WITH IDS CONTACT J. VAUGHN ABOUT CONFLICTS CHECK OF ALL PARTIES IN CLIENT'S ADVERSARY PROCEEDING IN ORDER TO RETAIN IDS AS E-DISCOVERY VENDOR | | | | |
| 2864361 | RPS | | 725.00 | $72.50 | 0.1 |
| 12/9/2025 | ANALYSIS OF CORRESPONDENCE WEISS RE: DISCOVERY | | | | |
| 2864220 | DBG | | 750.00 | $75.00 | 0.1 |
| 12/9/2025 | TELEPHONE CONF. W/ OPP COUNSEL GUBNER RE: SETTLEMENT OF HILDUN CLAIM | | | | |
| 2864447 | DBG | | 750.00 | $75.00 | 0.1 |
| 12/9/2025 | REVIEW OF NEW NOTICES OF DEPO FROM INFERNO ADJOURNING YOGI PMK DEPO. | | | | |
| 2864504 | JMR | | 725.00 | $72.50 | 0.1 |
| 12/9/2025 | REVIEW AND REVISE SETTLEMENT AGREEMENT WITH HILLDUN. | | | | |
| 2864510 | JMR | | 725.00 | $290.00 | 0.4 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 16**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 12/9/2025 | FURTHER STRATEGIZE W/ RMC RE: POINTS AND ARGUMENTS TO RAISE IN THE 9019 MOTION. | | | |
| 2864511 | JMR | 725.00 | $72.50 | 0.1 |
| 12/9/2025 | DRAFT EMAI TO COUNSEL FOR HILLDUN RE: DRAFT SETTLEMENT AGREEMENT. | | | |
| 2864512 | JMR | 725.00 | $72.50 | 0.1 |
| 12/9/2025 | REVIEW OF RESULTS OF CONTEMPT HEARING VS. YVONNE NIAMI. | | | |
| 2864522 | JMR | 725.00 | $72.50 | 0.1 |
| 12/9/2025 | PREPARATION OF DRAFT SETTLEMENT AGREEMENT RESOLVING CRESTLLOYD'S CLAIMS AGAINST HILLDUN. | | | |
| 2864514 | RMC | 550.00 | $1,595.00 | 2.9 |
| 12/9/2025 | PREPARATION OF DRAFT 9019 MOTION TO RESOLVE CRESTLLOYD'S CLAIMS AGAINST HILDUN. | | | |
| 2864515 | RMC | 550.00 | $2,090.00 | 3.8 |
| 12/9/2025 | APPEARANCE AT HEARING ON 12/9 FOR OSC ON YVONNE NIAMI DISCOVERY. | | | |
| 2864518 | RMC | 550.00 | $385.00 | 0.7 |
| 12/9/2025 | **EMAIL OR TEXT EXCHANGE WITH** COUNSEL FOR YOGI SECURITIES POSTPONEMENT OF DEPOSITION OF ENVIRIUM. | | | |
| 2864519 | RMC | 550.00 | $55.00 | 0.1 |
| 12/10/2025 | ANALYSIS OF DOCUMENTS DRAFT SETTLEMENT AGREEMENT WITH HILDUN | | | |
| 2864658 | DBG | 750.00 | $75.00 | 0.1 |
| 12/10/2025 | ANALYSIS OF CLAIMS ASSERTED BY INFERNO, YOGI, AND HANKEY IN RELATION TO HILLDUN. | | | |
| 2864829 | RMC | 550.00 | $1,760.00 | 3.2 |
| 12/10/2025 | PREPARATION OF REVISED 9019 MOTION. | | | |
| 2864832 | RMC | 550.00 | $330.00 | 0.6 |
| 12/10/2025 | PREPARATION OF NOTICE OF 9019 MOTION RE HILLDUN SETTLEMENT. | | | |
| 2864847 | RMC | 550.00 | $165.00 | 0.3 |
| 12/11/2025 | FURTHER COORDINATE RE: PRIVILEGE REVIEW. | | | |
| 2864983 | JMR | 725.00 | $145.00 | 0.2 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 17**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 12/11/2025 | ANALYZE IDS ENGAGEMENT AGREEMENT FOR LIMITED E-DISCOVERY PROJECT OF REVIEW AND PRODUCTION OF FOUR .PST FILES | | | |
| 2864904 | RPS | 725.00 | $72.50 | 0.1 |
| 12/11/2025 | FURTHER STRATEGIZE ABOUT LNBYG'S IDS ENGAGEMENT AGREEMENT WITH NO RETAINER FOR LIMITED E-DISCOVERY PROJECT OF REVIEW AND PRODUCTION OF FOUR .PST FILES | | | |
| 2864905 | RPS | 725.00 | $72.50 | 0.1 |
| 12/11/2025 | CONFER VIA EMAIL WITH J. VAUGHN AT IDS ABOUT LNBYG'S IDS ENGAGEMENT AGREEMENT AND NEXT STEPS FOR PROCESSING AND UPLOADING THE FOUR CLIENT PST FILES FOR REVIEW AND PRODUCTION THROUGH RELATIVITY | | | |
| 2864985 | RPS | 725.00 | $72.50 | 0.1 |
| 12/12/2025 | REVIEW AND ANALYSIS OF SUBPOENA TO TED LANES NOTICED BY HANKEY. | | | |
| 2865263 | JMR | 725.00 | $72.50 | 0.1 |
| 12/12/2025 | CONFER VIA EMAIL WITH IDS CONTACT S. SMITH ABOUT CUSTODIANS OF THE FOUR PST FILES THAT NEED CLIENT REVIEW | | | |
| 2865372 | RPS | 725.00 | $72.50 | 0.1 |
| 12/15/2025 | FURTHER COORDINATE RE: PRIVILEGE REVIEW. | | | |
| 2865722 | JMR | 725.00 | $145.00 | 0.2 |
| 12/15/2025 | FURTHER STRATEGIZE ABOUT DOCUMENT REVIEW OF CLIENT'S FOUR PST FILES IN RELATIVITY AND PRIVILEGE REVIEW TO CREATE POTENTIAL PRIVILEGE LOG | | | |
| 2866488 | RPS | 725.00 | $145.00 | 0.2 |
| 12/15/2025 | CONFER VIA EMAILS WITH IDS CONTACT S. SMITH ABOUT PRIVILEGE FILTER SEARCH TERMS | | | |
| 2866489 | RPS | 725.00 | $217.50 | 0.3 |
| 12/16/2025 | FURTHER COORDINATE RE: PRIVILEGE REVIEW IN RESPONSE TO RFP BY YOGI. | | | |
| 2866299 | JMR | 725.00 | $145.00 | 0.2 |
| 12/16/2025 | REVIEW OF REDLINES FROM HILLDUN'S COUNSEL / FURTHER REVISIONS TO SAME. | | | |
| 2866541 | JMR | 725.00 | $217.50 | 0.3 |
| 12/16/2025 | REVIEW AND REVISE 9019 MOTION RE: HILLDUN SETTLEMENT / SUPPORTING DECLARATION / NOTICE. | | | |
| 2866542 | JMR | 725.00 | $580.00 | 0.8 |
| 12/16/2025 | FOLLOW UP COMMUNICATIONS WITH COUNSEL FOR INFERNO RE: ANALYSIS OF UNSECURED CREDITORS CLAIM POOL. | | | |
| 2866546 | JMR | 725.00 | $72.50 | 0.1 |

# DETAILED ACTIVITIES



**Crestlloyd LLC**
**CASE # 9562**

**From Date** 11/16/2025
**To Date** 11/15/2026

| Date | Description | | Rate | Amount | Hours |
|---|---|---|---|---|---|
| 12/16/2025 | EMAIL TO COUNSEL FOR HILLDUN RE: SETTLEMENT DOCS / DRAFT 9019. | | | | |
| 2866547 | JMR | | 725.00 | $72.50 | 0.1 |
| 12/16/2025 | ANALYSIS OF REVISIONS TO SETTLEMENT AGREEMENT WITH HILLDUN. | | | | |
| 2866540 | RMC | | 550.00 | $110.00 | 0.2 |
| 12/16/2025 | CONFER VIA EMAILS WITH S. SMITH AT IDS ABOUT UPLOAD OF FOUR PST FILES, IMPLEMENTING PRIVILEGE FILTER TERMS TO CONDUCT PRIVILEGE REVIEW IN RELATIVITY, AND ESI PROTOCOL FOR DOCUMENT PRODUCTIONS | | | | |
| 2867503 | RPS | | 725.00 | $217.50 | 0.3 |
| 12/16/2025 | STRATEGIZE ABOUT PRIVILEGE REVIEW OF FOUR PST FILES AND ESI PROTOCOL TO IMPLEMENT | | | | |
| 2867510 | RPS | | 725.00 | $217.50 | 0.3 |
| 12/17/2025 | ANALYSIS OF REVISIONS TO 9019 MOTION, NOTICE, AND EMAILS RE SAME. | | | | |
| 2866629 | RMC | | 550.00 | $165.00 | 0.3 |
| 12/18/2025 | FINALIZE DRAFT SETTLEMENT / 9019 MOTION FOR SETTLEMENT WITH HILLDUN; DRAFT EMAIL TO COUNSEL FOR YOGI / INFERNO RE: SAME. | | | | |
| 2867262 | JMR | | 725.00 | $435.00 | 0.6 |
| 12/19/2025 | REVIEW OF PROPOSED REVISIONS TO 9019 BY INFERNO / STRATEGIZE RE: SAME / EMAIL TO J. WELLINGTON; COUNSEL FOR HILLDUN RE: SAME. | | | | |
| 2867577 | JMR | | 725.00 | $145.00 | 0.2 |
| 12/19/2025 | ANALYSIS OF FINAL AGREEMENT WITH HILLDUN AND CHANGES TO 9019 MOTION. | | | | |
| 2867404 | RMC | | 550.00 | $55.00 | 0.1 |
| 12/22/2025 | REVIEW OF REDLINE FROM COUNSEL FOR HILLDUN / DRAFT EMAIL TO COUNSEL FOR YOGI RE: SAME. | | | | |
| 2868733 | JMR | | 725.00 | $145.00 | 0.2 |
| 12/23/2025 | COMMUNICATIONS WITH COUNSEL FOR YOGI RE: CHANGES TO SETTLEMENT AGREEMENT / 9019 MOTION RE: HILLDUN SETTLEMENT. | | | | |
| 2869329 | JMR | | 725.00 | $145.00 | 0.2 |
| 1/2/2026 | ANALYSIS OF CORRESPONDENCE YOGI MSJ ON ADVERSARY PROCEEDING | | | | |
| 2870797 | DBG | | 795.00 | $79.50 | 0.1 |
| 1/2/2026 | PHONE CALL W/ J. LUCAS RE: CONTEMPLATED SUMMARY JUDGMENT MOTION. | | | | |
| 2870651 | JMR | | 750.00 | $225.00 | 0.3 |

# DETAILED ACTIVITIES



**Crestlloyd LLC**

**CASE # 9562**

**From Date** 11/16/2025
**To Date** 11/15/2026

| | | | | |
|---|---|---|---|---|
| 1/5/2026 | FOLLOW UP RE: PRIVILEGE REVIEW RE: RFPS FROM YOGI. | | | |
| 2871116 | JMR | 750.00 | $150.00 | 0.2 |
| 1/5/2026 | REVIEW OF CASE AUTHORITIES SENT BY YOGI RE: CONTEMPLATED MSJ / CONDUCT ADDITIONAL RESEARCH RE: SAME. | | | |
| 2871117 | JMR | 750.00 | $825.00 | 1.1 |
| 1/5/2026 | CONTINUE STRATEGIZING ABOUT POTENTIALLY PRIVILEGED COMMUNICATIONS AND THE DOCUMENT REVIEW OF FOUR CLIENT CUSTODIANS FOR POTENTIAL PRODUCTION | | | |
| 2871137 | RPS | 750.00 | $75.00 | 0.1 |
| 1/7/2026 | TELEPHONE CONFERENCE W/ CLIENT SETTLEMENT NEGOTIATIONS RE: PRIORITIES AND AUCTIONEER REPATE | | | |
| 2871998 | DBG | 795.00 | $318.00 | 0.4 |
| 1/7/2026 | DRAFT FOLLOW UP EMAIL TO HILLDUN RE: STATUS OF SETTLEMENT DISCUSSIONS. | | | |
| 2871634 | JMR | 750.00 | $150.00 | 0.2 |
| 1/7/2026 | REVIEW OF DOCKET / STRATEGIZE RE: APPEARANCE AT CONTINUED STATUS CONFERENCE. | | | |
| 2871635 | JMR | 750.00 | $150.00 | 0.2 |
| 1/7/2026 | COORDINATE RE: RESPONSE TO MSJ BY YOGI RE: BUYERS' PREMIUM REBATE; EMAIL TO RMC RE: SAME. | | | |
| 2871652 | JMR | 750.00 | $300.00 | 0.4 |
| 1/7/2026 | ANALYSIS OF PRIVILEGE ISSUES RE: SKYLINE / RESOLVE SAME PRIOR TO PRODUCTION OF DOCS / COMMS W/ RPS RE: SAME. | | | |
| 2871848 | JMR | 750.00 | $150.00 | 0.2 |
| 1/7/2026 | TELEPHONIC MEET AND CONFER W/ COUNSEL FOR YOGI, JOHN LUCAS, RE: CONTEMPLATED MSJ AND SETTLEMENT DISCUSSIONS REGARDING BUYERS' PREMIUM REBATE ISSUE. | | | |
| 2871853 | JMR | 750.00 | $375.00 | 0.5 |
| 1/7/2026 | ANALYSIS OF EMAIL ON POTENTIAL MOTION FOR SUMMARY JUDGMENT RE BUYER'S PREMIUM. | | | |
| 2878135 | RMC | 595.00 | $119.00 | 0.2 |
| 1/7/2026 | CONFER VIA EMAIL WITH IDS CONTACT S. SMITH ABOUT STATUS OF REVIEW OF EMAILS FOR RESPONSIVNESS AND PRIVILEGE IN RELATIVITY OF CLIENT'S FOUR CUSTODIANS | | | |
| 2871780 | RPS | 750.00 | $150.00 | 0.2 |
| 1/7/2026 | ANALYZE CLIENT'S EMAILS AND DOCUMENTS PROMOTED TO RELATIVITY TO DETERMINE THE RESPONSIVE NON-PRIVILEGED DOCUMENTS FOR PRODUCTION AND WHICH DOCUMENTS SHOULD BE INCLUDED ON POTENTIAL PRIVILEGE LOG | | | |
| 2871802 | RPS | 750.00 | $1,650.00 | 2.2 |

1/8/2026 ANALYSIS OF DOCUMENTS YOGI MOTION FOR PARTIAL SUMMARY JUDGMENT

2871996 DBG 795.00 $159.00 0.2

1/8/2026 TELEPHONICALLY ATTEND STATUS CONFERENCE.

2871949 JMR 750.00 $600.00 0.8

1/8/2026 PHONE CALL W/ COUNSEL FOR YOGI RE: SETTLEMENT DISCUSSIONS RE: BUYERS' PREMIUM REBATE.

2871950 JMR 750.00 $150.00 0.2

1/8/2026 INITIAL REVIEW AND ANALYSIS OF MSJ FILED BY YOGI VS. HANKEY.

2871981 JMR 750.00 $600.00 0.8

1/8/2026 ANALYSIS OF CASE LAW RE BUYER'S PREMIUM AND SALE PROCEEDS TO RESPOND TO POSSIBLE SUMMARY JUDGMENT.

2871952 RMC 595.00 $714.00 1.2

1/8/2026 LIEN LITIGATION - REVIEW *YOGI SECURITIES HOLDINGS, LLC MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST HANKEY*

2871902 TMA 750.00 $600.00 0.8

1/9/2026 REVIEW AND COORDINATE RE: PRODUCTION OF DOCS.

2872260 JMR 750.00 $75.00 0.1

1/9/2026 CONTINUE ANALYZING CLIENT'S EMAILS AND DOCUMENTS IN RELATIVITY TO DETERMINE RESPONSIVE, NON-PRIVILEGED DOCUMENTS FOR PRODUCTION AND WHICH DOCUMENTS SHOULD BE INCLUDED ON POTENTIAL PRIVILEGE LOG

2872326 RPS 750.00 $2,475.00 3.3

1/9/2026 CONFER VIA EMAIL WITH IDS CONTACT SARA SMITH ABOUT PREPARING SWEEP OF CLIENT DOCUMENTS THAT ARE RESPONSIVE AND NON-PRIVILEGED TO PRODUCE AND THE NEED TO REDACT SEVERAL DOCUMENTS

2872327 RPS 750.00 $150.00 0.2

1/12/2026 COORDINATE RE: PRODUCTION OF DOCUMENTS TO YOGI AFTER PRIVILEGE REVIEW.

2872470 JMR 750.00 $150.00 0.2

1/12/2026 STRATEGIZE ABOUT FINAL PRODUCTION REQUIREMENTS INCLUDING BATES LABEL STARTING PAGE AND WHETHER TO INCLUDE BROKEN FAMILIES OR WITHHOLD FAMILY IF ANY DOCUMENT IS DESIGNATED AS "PRIVILEGED"

2873976 RPS 750.00 $225.00 0.3

1/12/2026 CONFER VIA EMAIL WITH IDS CONTACT S. SMITH ABOUT REVISING AND FINALIZING CLIENT'S FIRST DOCUMENT PRODUCTION OF RESPONSIVE, NON-PRIVILEGED EMAILS UPLOADED TO RELATIVITY

2873977 RPS 750.00 $225.00 0.3

# DETAILED ACTIVITIES



**Crestlloyd LLC**

**CASE # 9562**

**From Date** 11/16/2025
**To Date** 11/15/2026

| | | | | |
|---|---|---|---|---|
| 1/12/2026 | REDACT ABOUT 15 DOCUMENTS IN RELATIVITY FOR POTENTIAL PRODUCTION AND CONDUCT FINAL REVIEW OF CLIENT'S DOCUMENTS FOR PRODUCTION TO ALL PARTIES' COUNSEL | | | |
| 2873983 | RPS | 750.00 | $375.00 | 0.5 |
| 1/13/2026 | FURTHER COORDINATE RE: PRODUCTION OF DOCUMENTS IN RESPONSE TO YOGI RFPS. | | | |
| 2873059 | JMR | 750.00 | $300.00 | 0.4 |
| 1/13/2026 | STRATEGIZE RE: MOVING FOR SUMMARY JUDGMENT ON ANCILLARY CLAIMS VS. ENGLANOFF PARTIES RE: TOURSDALE / HILLCREST PROPERTIES. | | | |
| 2873060 | JMR | 750.00 | $225.00 | 0.3 |
| 1/13/2026 | CONFER VIA EMAIL WITH IDS CONTACT S. SMITH ABOUT PREPARING THE CLIENT'S NEW DOCUMENT PRODUCTION WITH PASSWORD TO ALL PARTIES' COUNSEL | | | |
| 2872299 | RPS | 750.00 | $75.00 | 0.1 |
| 1/13/2026 | STRATEGIZE ABOUT THE SERVICE COPY OF CLIENT'S DOCUMENT PRODUCTION OF RESPONSIVE, NON-PRIVILEGED EMAILS TO DATE FROM REVIEW IN RELATIVITY | | | |
| 2874122 | RPS | 750.00 | $75.00 | 0.1 |
| 1/14/2026 | DRAFT FOLLOW UP EMAIL TO COUNSEL FOR YOGI / INFERNO RE: DISMISSAL OF HILLDUN IN THE EVENT OF 9019 SETTLEMENT APPROVAL. | | | |
| 2873068 | JMR | 750.00 | $75.00 | 0.1 |
| 1/14/2026 | FURTHER COORDINATE DOCUMENT PRODUCTION TO ALL COUNSEL / DRAFT E-MAILS TO SAME RE: PRODUCTION AND DIGITAL ACCESS. | | | |
| 2873069 | JMR | 750.00 | $225.00 | 0.3 |
| 1/14/2026 | REVIEW, UPDATE, AND REVISE 9019 MOTION RE: HILLDUN; EMAIL TO COUNSEL FOR SAME. | | | |
| 2873286 | JMR | 750.00 | $300.00 | 0.4 |
| 1/14/2026 | UPDATE TO CLIENT RE: EXECUTION OF HILLDUN SETTLEMENT AND 9019 MOTION. | | | |
| 2873289 | JMR | 750.00 | $75.00 | 0.1 |
| 1/14/2026 | ANALYZE EMAIL CORRESPONDENCES TO ALL PARTIES' COUNSEL ABOUT CLIENT'S DOCUMENT PRODUCTION WITH PASSWORD (BATES LABELED CRESTLLOYD006323 THROUGH CRESTLLOYD010255 | | | |
| 2873306 | RPS | 750.00 | $75.00 | 0.1 |
| 1/16/2026 | ANALYSIS OF DOCUMENTS HANKEY REQUEST FOR ADMISSIONS | | | |
| 2874332 | DBG | 795.00 | $79.50 | 0.1 |
| 1/16/2026 | FOLLOW UP RE: FINALIZING SETTLEMENT WITH HIILLDUN. | | | |
| 2873841 | JMR | 750.00 | $75.00 | 0.1 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 22**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 1/16/2026 | EMAIL TO COUNSEL FOR HILLDUN RE: FINALIZED SETTLEMENT / IMPENDING 9019 MOTION. | | | |
| 2873856 | JMR | 750.00 | $75.00 | 0.1 |
| 1/16/2026 | REVIEW, REVISE, FINALIZE, AND COORDINATE FILING AND SERVICE OF 9019 MOTION FOR HILLDUN SETTLEMENT AND ALL SUPPORTING DOCUMENTS THERETO. | | | |
| 2873857 | JMR | 750.00 | $525.00 | 0.7 |
| 1/16/2026 | LIEN LITIGATION - REVIEW *MOTION OF DEBTOR TO APPROVE COMPROMISE OF CONTROVERSY WITH HILLDUN CORPORATION* | | | |
| 2873862 | TMA | 750.00 | $225.00 | 0.3 |
| 1/19/2026 | REVIEW AND ANALYSIS OF ADDITIONAL WRITTEN DISCOVERY SERVED BY HANKEY ON TROUSDALE, INFERNO, AND YOGI. | | | |
| 2874106 | JMR | 750.00 | $150.00 | 0.2 |
| 1/22/2026 | LIEN LITIGATION - REVIEW HANKEY SUBPOENAS | | | |
| 2875499 | TMA | 750.00 | $225.00 | 0.3 |
| 1/23/2026 | ANALYSIS OF DOCUMENTS SUBPOENAS BY GT | | | |
| 2875902 | DBG | 795.00 | $79.50 | 0.1 |
| 1/23/2026 | REVIEW AND ANALYSIS OF MULTIPLE SUBPOENAS BY HANKEY TO SUBCONTRACTORS. | | | |
| 2875558 | JMR | 750.00 | $150.00 | 0.2 |
| 1/26/2026 | FURTHER REVIEW OF DOCUMENTS PRODUCED BY YOGI RE: PRICING OF HILLCREST AND TROUSDALE PROPERTIES / STRATEGIZE RE: NEXT STEPS / DEPO / SETTLEMENT / MSJ. | | | |
| 2876176 | JMR | 750.00 | $1,200.00 | 1.6 |
| 1/27/2026 | PREPARE FOR AND TELEPHONICALLY ATTEND HEARING ON CONTEMPT MOTION (CANCELED BY COURT). | | | |
| 2876423 | JMR | 750.00 | $150.00 | 0.2 |
| 1/27/2026 | REVIEW AND ANALYSIS OF FURTHER NOTICES OF SUBPOENAS PREPARED BY HANKEY. | | | |
| 2876555 | JMR | 750.00 | $150.00 | 0.2 |
| 1/27/2026 | LIEN LITIGATION - REVIEW FURTHER HANKEY DOCUMENT AND DEPOSITION SUBPOENAS | | | |
| 2876222 | TMA | 750.00 | $225.00 | 0.3 |
| 1/28/2026 | REVIEW AND ANALYSIS OF AMENDED NOTICE OF HEARING ON YOGI'S MSJ V. HANKEY. | | | |
| 2876769 | JMR | 750.00 | $75.00 | 0.1 |

# DETAILED ACTIVITIES



**Crestlloyd LLC**

**CASE # 9562**

**From Date** 11/16/2025
**To Date** 11/15/2026

| | | | | |
|---|---|---|---|---|
| 1/29/2026 | FURTHER SETTLEMENT DISCUSSIONS WITH COUNSEL FOR YOGI. | | | |
| 2877454 | JMR | 750.00 | $150.00 | 0.2 |
| 1/29/2026 | REVIEW OF ADDITIONAL THIRD PARTY SUBPOENAS ISSUED BY HANKEY CAPITAL. | | | |
| 2877727 | JMR | 750.00 | $225.00 | 0.3 |
| 1/30/2026 | REVIEW AND STRATEGIZE RE: NEXT STEPS IN AFFIRMATIVE CLAIMS VS. YOGI. | | | |
| 2877815 | JMR | 750.00 | $525.00 | 0.7 |
| 2/2/2026 | ANALYSIS OF CORRESPONDENCE J. LUCAS RE: ADDL MEDIATION RE: SALE PROCEEDS | | | |
| 2878226 | DBG | 795.00 | $79.50 | 0.1 |
| 2/2/2026 | ANALYSIS OF DOCUMENTS ORDER RESCHEDULING HEARING | | | |
| 2878335 | DBG | 795.00 | $79.50 | 0.1 |
| 2/2/2026 | COMMS W/ COUNSEL FOR YOGI RE: SUGGESTED MEDIATION. | | | |
| 2878181 | JMR | 750.00 | $150.00 | 0.2 |
| 2/3/2026 | REVIEW OF COURT'S ORDER RE-SETTING HEARING ON CONTEMPT BY YVONNE NIAMI. | | | |
| 2879187 | JMR | 750.00 | $75.00 | 0.1 |
| 2/5/2026 | REVIEW AND ANALYSIS OF FURTHER THIRD PARTY SUBPOENA SERVED BY HANKEY. | | | |
| 2880350 | JMR | 750.00 | $150.00 | 0.2 |
| 2/5/2026 | PREPARE NOTICE OF NO REQUESTING HEARING RE 9019 MOTION RE: HILLDUN AND ALL ATTENDANT DOCS / PROPOSED ORDER / NOTICE OF LODGING RE: SAME; COORDINATE FILING AND SERVICE OF SAME. | | | |
| 2880360 | JMR | 750.00 | $375.00 | 0.5 |
| 2/9/2026 | ANALYSIS OF DOCUMENTS HANKEY CAPITAL SUBPOENAS | | | |
| 2880728 | DBG | 795.00 | $79.50 | 0.1 |
| 2/10/2026 | SETTLEMENT / MEDIATION COMMUNICATIONS WITH COUNSEL FOR YOGI. | | | |
| 2881116 | JMR | 750.00 | $225.00 | 0.3 |
| 2/10/2026 | REVIEW OF ORDER ENTERED BY COURT APPROVING 9019 MX RE: HILLDUN. | | | |
| 2881128 | JMR | 750.00 | $75.00 | 0.1 |

# DETAILED ACTIVITIES



| | | | | |
|---|---|---|---|---|
| 2/11/2026 | LIEN LITIGATION - REVIEW ORDER GRANTING MOTION TO APPROVE COMPROMISE WITH HILLDUN CORPORATION | | | |
| 2881344 | TMA | 750.00 | $75.00 | 0.1 |
| 2/12/2026 | COMMS W/ H. STEINBERG RE: INFERNO'S REQUESTED EXTENSION OF TIME ON DISCOVERY RESPONSES. | | | |
| 2881789 | JMR | 750.00 | $75.00 | 0.1 |
| 2/13/2026 | ANALYSIS OF DOCUMENTS HANKEY SUBPOENA TO J&S BUILDERS | | | |
| 2882437 | DBG | 795.00 | $79.50 | 0.1 |
| 2/13/2026 | CONFERENCE CALL WITH SETTLEMENT NEGOTIATIONS WITH SECUREDS | | | |
| 2886044 | DBG | 795.00 | $159.00 | 0.2 |
| 2/13/2026 | COMMS W/ ALL COUNSEL RE: POTENTIAL EXTENSION OF DISCOVERY DEADLINES IN LIGHT OF POTENTIAL MEDIATION. | | | |
| 2881927 | JMR | 750.00 | $75.00 | 0.1 |
| 2/13/2026 | REVIEW AND ANALYSIS OF SUBPOENA TO J&F BUILDERS SERVED BY HANKEY. | | | |
| 2881928 | JMR | 750.00 | $75.00 | 0.1 |
| 2/16/2026 | FURTHER REVIEW OF DISCOVERY RESPONSES FROM YOGI AND DOCUMENTS PRODUCED / STRATEIGZE RE: NEXT STEPS. | | | |
| 2883236 | JMR | 750.00 | $600.00 | 0.8 |
| 2/17/2026 | REVIEW AND ANALYSIS OF YOGIS RESPONSES TO HANKEY'S FIRST SET OF INTERROGATORIES. | | | |
| 2883227 | JMR | 750.00 | $150.00 | 0.2 |
| 2/18/2026 | REVIEW J. SALTZMAN'S TENTATIVE RULINGS IN ADVANCE OF VARIOUS STATUS CONFERENCE AND MOTION FOR CONTEMPT RE: Y. NIAMI. | | | |
| 2883226 | JMR | 750.00 | $75.00 | 0.1 |
| 2/18/2026 | REVIEW OF VARIOUS VERSIONS CIRCULATED RE: STIPULATION TO CONTINUE LITIGATION DEADLINES; COMMS W/ COUNSEL TO ADVERSARY RE: SAME. | | | |
| 2883228 | JMR | 750.00 | $150.00 | 0.2 |
| 2/18/2026 | PREPARE STIPULATION FOR DISMISSAL OF ADVERSARY COMPLAINT FOR HILLDUN. | | | |
| 2883229 | JMR | 750.00 | $75.00 | 0.1 |
| 2/18/2026 | PREPARE STIPULATION TO DISMISS HILLDUN; COMMS W/ COUNSEL FOR HILLDUN RE: SAME. | | | |
| 2883240 | JMR | 750.00 | $375.00 | 0.5 |

| | | | | |
|---|---|---|---|---|
| 2/19/2026 | TELEPHONICALLY ATTEND STATUS CONFERENCE / HEARING ON HNAKEY'S MOTION FOR CONTEMPT SANCTIONS. | | | |
| 2883469 | JMR | 750.00 | $450.00 | 0.6 |
| 2/19/2026 | REVIEW OF HILLDUN REDLINES TO STIPULATION FOR DISMISSAL; EMAILS W/ J. WELLINGTON RE: SAME. | | | |
| 2883571 | JMR | 750.00 | $75.00 | 0.1 |
| 2/20/2026 | ANALYSIS OF DOCUMENTS STIP TO DISMISS HILDUN FROM LAWSUIT | | | |
| 2884073 | DBG | 795.00 | $79.50 | 0.1 |
| 2/20/2026 | REVIEW OF PROPOSED ORDER DISMISSING HILLDUN; COMMS W/ J. WELLINGTON RE: SAME. | | | |
| 2883804 | JMR | 750.00 | $75.00 | 0.1 |
| 2/20/2026 | PREPARE EMAIL WITH ATTACHMENTS TO COUSNEL FOR INFERNO AND YOGI RE: STIPULATION AND ORDER DISMISSING HILLDUN. | | | |
| 2883805 | JMR | 750.00 | $225.00 | 0.3 |
| 2/23/2026 | INITIAL REVIEW AND ANALSYSI OF RPF SET 4 TO INFERNO SERVED BY HANKEY. | | | |
| 2884265 | JMR | 750.00 | $75.00 | 0.1 |
| 2/24/2026 | REVIEW AND ANALYSIS OF NEW VERSION OF JOINT STIP TO CONTINUE HEARING DATES AND REDLINE OF SAME; EMAIL TO ALL COUNSEL RE: SAME. | | | |
| 2884545 | JMR | 750.00 | $150.00 | 0.2 |
| 2/25/2026 | PHONE CALL W/ COUNSEL FOR LUCAS RE: SETTLEMENT DISCUSSIONS RE: BROKER'S PREMIUM REBATE ISSUES / SUMMARY JUDGMENT. | | | |
| 2884911 | JMR | 750.00 | $150.00 | 0.2 |
| 2/25/2026 | REVIEW OF AUTHORITIES IN BUYER' PREMIUM REBATE ARGUMENTS SET FORTH BY YOGI IN DRAFT MSJ; STRATEGIZE RE: RESPONSE TO SAME; COORDINATE W/ RMC RE: FURTHER RESEARCH. | | | |
| 2885000 | JMR | 750.00 | $450.00 | 0.6 |
| 2/26/2026 | ANALYSIS OF CORRESPONDENCE J. LUCAS RE: SETTLEMENT PROPOSAL | | | |
| 2885118 | DBG | 795.00 | $79.50 | 0.1 |
| 2/26/2026 | PREPARATION OF CORRESPONDENCE SECURED COUNSEL RE: TERMS OF SETTLEMENT FOR ANALYSIS | | | |
| 2885119 | DBG | 795.00 | $79.50 | 0.1 |
| 2/26/2026 | RESEARCH REGARDING RE: BROKER REFUND AND STATUS AS SECURED OR UNSECURED | | | |
| 2885181 | DBG | 795.00 | $318.00 | 0.4 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 26**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 2/26/2026 | ANALYSIS OF CORRESPONDENCE J. LUCAS RE: CASH POSITION OF ESTATE | | | |
| 2885273 | DBG | 795.00 | $79.50 | 0.1 |
| 2/26/2026 | ANALYSIS OF DOCUMENTS ENTERED ORDER HOLDING NIAMI IN CONTEMPT | | | |
| 2885306 | DBG | 795.00 | $79.50 | 0.1 |
| 2/26/2026 | REVIEW AND ANALYSIS OF SETTLEMENT AGREEMENT PROPOSED BY SECURED PARTIES RE: BROKER'S PREMIUM REBATE / FURTHER STRATEGIZE RE: RESPONSE TO SAME. | | | |
| 2885124 | JMR | 750.00 | $225.00 | 0.3 |
| 2/26/2026 | INITIAL REVIEW AND ANALYSIS OF SERVICE OF ADDITIONAL SUBPOENAS BY HANKEY. | | | |
| 2885214 | JMR | 750.00 | $150.00 | 0.2 |
| 2/26/2026 | ANALYSIS OF BUYER'S PREMIUM AND REBATE AS ESTATE PROPERTY TO RESPOND TO DRAFT SUMMARY JUDGMENT. | | | |
| 2885161 | RMC | 595.00 | $3,867.50 | 6.5 |
| 2/27/2026 | ANALYSIS OF LAW ON REAL ESTATE LIENS AND ATTACHMENT TO SALE PROCEEDS UNDER CALIFORNIA LAW. | | | |
| 2885393 | RMC | 595.00 | $3,391.50 | 5.7 |
| 2/28/2026 | ANALYSIS OF CORRESPONDENCE J. LUCAS RE: FURTHER SETTLEMENT TERMS | | | |
| 2885676 | DBG | 795.00 | $79.50 | 0.1 |
| 2/28/2026 | ANALYSIS OF POSSIBLE SURCHARGE AND CARVE OUT | | | |
| 2885699 | RMC | 595.00 | $3,570.00 | 6.0 |
| 3/1/2026 | RESEARCH REGARDING PROPOSED SETTLEMENT OFFER FROM SECUREDS AND BENEFIT TO ESTATE | | | |
| 2885677 | DBG | 795.00 | $636.00 | 0.8 |
| 3/1/2026 | PREPARATION OF CORRESPONDENCE L. PERKINS RE: SETTLEMENT ANALYSIS | | | |
| 2885678 | DBG | 795.00 | $79.50 | 0.1 |
| 3/2/2026 | TELEPHONE CONFERENCE W/ CLIENT RE: ANALYSIS OF SETTLEMENT PROPOSAL AND COUNTER | | | |
| 2886012 | DBG | 795.00 | $318.00 | 0.4 |
| 3/2/2026 | PREPARATION OF CORRESPONDENCE TO J. LUCAS RE: ESTATE FUNDS NET OF REBATE | | | |
| 2886025 | DBG | 795.00 | $79.50 | 0.1 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 27**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 3/2/2026 | FURTHER STRATEGIZE W/ DBG RE: RESPONSE TO SETTLEMENT OFFER RE: BROKER'S PREMIUM REBATE. | | | |
| 2886026 | JMR | 750.00 | $150.00 | 0.2 |
| 3/3/2026 | REVIEW AND ANALYSIS OF RESEARCH MEMO FROM RMC RE: BUYERS' PREMIUM REBATE ARGUMENT AND POTENTIAL RESPONSES TO SETTLEMENT DISCUSSION. | | | |
| 2886368 | JMR | 750.00 | $450.00 | 0.6 |
| 3/3/2026 | PREPARATION OF ANALYSIS ON SUMMARY JUDGMENT AS TO ALLOCATION OF REBATE. | | | |
| 2886367 | RMC | 595.00 | $1,130.50 | 1.9 |
| 3/4/2026 | TELEPHONE CONFERENCE W/ CLIENT FRAUDULENT CONVEYANCE CLAIMS VS. YOGI RE: HILLCREST | | | |
| 2886429 | DBG | 795.00 | $318.00 | 0.4 |
| 3/4/2026 | FURTHER REVIEW AND STRATEGIZE RE: RESPONSE TO BUYER' PREMIUM REBATE SETTLEMENT OFFER FROM SECURED CREDITORS AND RESEARCH RE: SAME. | | | |
| 2886520 | JMR | 750.00 | $525.00 | 0.7 |
| 3/5/2026 | FURTHER STRATEGIZE RE: RESEARCH RESULTS OF AUTHORITIES CITED BY SECURED PARTIES IN POTENTIAL MSJ BY YOGI / STRATEGIZE RE: RESPONSE TO SETTLEMENT OFFER / DRAFT POTENTIAL SETTLEMENT RESPONSE TO SAME / EMAIL UPDATE TO DBG RE: SAME. | | | |
| 2886978 | JMR | 750.00 | $1,200.00 | 1.6 |
| 3/5/2026 | ANALYSIS OF 552(B) TO ASSERT AS RIGHT TO REBATE FROM BUYER'S PREMIUM. | | | |
| 2889876 | RMC | 595.00 | $476.00 | 0.8 |
| 3/6/2026 | ANALYSIS OF CORRESPONDENCE L. PERKINS RE: RESPONDING TO SETTLEMENT PROPOSAL | | | |
| 2887761 | DBG | 795.00 | $79.50 | 0.1 |
| 3/6/2026 | FURTHER STRATEGIZE RE: RESPONSE TO SECURED PARTIES OFFER OF SETTLEMENT; EMAIL TO CLIENT RE: SAME. | | | |
| 2887277 | JMR | 750.00 | $300.00 | 0.4 |
| 3/6/2026 | REVIEW OF AMENDED HEARING NOTICE FILED BY YOGI RE: MSJ VS. HANKEY. | | | |
| 2887302 | JMR | 750.00 | $75.00 | 0.1 |
| 3/9/2026 | FOLLOW UP COMMUNICATIONS WITH CLIENT RE: SCOPE OF SETTLEMENT OFFER TO COUNTER SECUREDS WITH RE: BROKER'S PREMIUM REBATE. | | | |
| 2888274 | JMR | 750.00 | $75.00 | 0.1 |
| 3/10/2026 | CONFERENCE CALL WITH SETTLEMENT ANALYSIS AND COUNTER PROPOSAL | | | |
| 2889699 | DBG | 795.00 | $238.50 | 0.3 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** | 11/16/2026 | Page # 28

**CASE # 9562**

From Date 11/16/2025
To Date 11/15/2026

| | | | | |
|---|---|---|---|---|
| 3/10/2026 | REVIEW, REVISE, AND FINALIZE SETTLEMENT RESPONSE EMAIL TO ALL THREE SECURED PARTIES. | | | |
| 2889113 | JMR | 750.00 | $300.00 | 0.4 |
| 3/11/2026 | PHONE CALL W/ J. LUCAS RE: BUYER'S PREMIUM REBATE SETTLEMENT DISCUSSIONS. | | | |
| 2889254 | JMR | 750.00 | $150.00 | 0.2 |
| 3/17/2026 | REVIEW OF SUBPOENA FROM HANKEY TO PARQUET BY DIAN. | | | |
| 2890601 | JMR | 750.00 | $75.00 | 0.1 |
| 3/18/2026 | ANALYSIS OF CORRESPONDENCE YOGI COUNSEL RE: COUNTER FOR SETTLEMENT PROPOSAL | | | |
| 2890833 | DBG | 795.00 | $79.50 | 0.1 |
| 3/18/2026 | ANALYSIS OF DOCUMENTS ADDL DEPOSITION NOTICES FROM HANKEY | | | |
| 2891429 | DBG | 795.00 | $79.50 | 0.1 |
| 3/18/2026 | REVIEW AND ANALYSIS OF EMAIL FROM YOGI'S COUNSEL RE: INCREASING SETTLEMENT OFFER; STRATEGIZE RE: RESPONSE TO SAME. | | | |
| 2890804 | JMR | 750.00 | $225.00 | 0.3 |
| 3/18/2026 | ANALYSIS OF CASE LAW ON BUYER'S PREMIUM AND REBATE TO ADDRESS COUNTER TO SETTLEMENT PROPOSAL. | | | |
| 2890886 | RMC | 595.00 | $416.50 | 0.7 |
| 3/18/2026 | ANALYSIS OF YOGI SECURITIES NOTICES OF DEPOSITION, INCLUDING TO CRESTLLOYD AND L. PERKINS | | | |
| 2890902 | TMA | 750.00 | $300.00 | 0.4 |
| 3/19/2026 | TELEPHONE CONFERENCE W/ CLIENT SETTLEMENT COUNTER OFFER AND ANALYSIS | | | |
| 2891430 | DBG | 795.00 | $238.50 | 0.3 |
| 3/19/2026 | FURTHER STRATEGIZE RE: RESPONSE TO SETTLEMENT OFFER AND REVIEW OF ALL DEPO NOTICES SERVED BY YOGI ON ALL PARTIES IN ADVERSARY ACTION. | | | |
| 2891018 | JMR | 750.00 | $150.00 | 0.2 |
| 3/19/2026 | DRAFT STATUS UPDATE TO CLIENT RE: SETTLEMENT COMMUNICATIONS WITH SECURED PARTIES RE: BROKER'S PREMIUM REBATE AND DEPOSITION NOTICES SERVED. | | | |
| 2891019 | JMR | 750.00 | $150.00 | 0.2 |
| 3/20/2026 | FOLLOW UP COMMS W/ L. PERKINS RE: POTENTIAL SETTLEMENT WITH SECURED PARTIES. | | | |
| 2891619 | JMR | 750.00 | $150.00 | 0.2 |

# DETAILED ACTIVITIES



**Crestlloyd LLC**
**CASE # 9562**

**From Date** 11/16/2025
**To Date** 11/15/2026

| | | | | |
|---|---|---|---|---|
| 3/20/2026 | STRATEGIZE RE; NEXT STEPS IN DISPUTE WITH YOGI RE: HILLCREST PROPERTY AND NOTE. | | | |
| 2891634 | JMR | 750.00 | $300.00 | 0.4 |
| 3/20/2026 | LIEN LITIGATION - REVIEW YOGI NOTICES OF DEPOSITIONS | | | |
| 2891313 | TMA | 750.00 | $225.00 | 0.3 |
| 3/27/2026 | TELEPHONE CONF. W/ OPP COUNSEL RE: SETTLEMENT AND PROPOSING LIQUIDATING PLAN AFTER | | | |
| 2893154 | DBG | 795.00 | $318.00 | 0.4 |
| 3/27/2026 | REVIEW AND ANLAYSIS OF FIFTH SET OF RFPS PROPOUNDED BY HANKEY ON YOGI. | | | |
| 2893201 | JMR | 750.00 | $150.00 | 0.2 |
| 3/30/2026 | FOLLOW UP SETTLEMENT COMMUNICATIONS W/ COUNSEL FOR YOGI. | | | |
| 2893615 | JMR | 750.00 | $150.00 | 0.2 |
| 3/30/2026 | HANKEY LITIGATION - REVIEW HANKEY REQUESTS FOR PRODUCTION | | | |
| 2893340 | TMA | 750.00 | $225.00 | 0.3 |
| 3/31/2026 | FURTHER REVIEW AND STRATEGIZE RE: COUNTERING LATEST DEMAND TO SETTLE BUYER'S PREMIUM REBATE. | | | |
| 2894300 | JMR | 750.00 | $525.00 | 0.7 |
| 4/2/2026 | ANALYSIS OF CORRESPONDENCE BUYER'S PREMIUM SETTLEMENT | | | |
| 2894772 | DBG | 795.00 | $79.50 | 0.1 |
| 4/2/2026 | DRAFT EMAIL TO COUNSEL FOR SECURED PARTIES RE: SETTLEMENT OF BUYER'S PREMIUM REBATE. | | | |
| 2894505 | JMR | 750.00 | $150.00 | 0.2 |
| 4/2/2026 | DRAFT EMAIL TO CLIENT LP RE: STATUS OF SETTLEMENT DISCUSSIONS AND UPCOMING CONFERENCE ON DEPOSITION DATES. | | | |
| 2894508 | JMR | 750.00 | $150.00 | 0.2 |
| 4/2/2026 | ANALYSIS OF EMAILS ON SETTLEMENT OF BUYER'S PREMIUM | | | |
| 2894564 | RMC | 595.00 | $178.50 | 0.3 |
| 4/3/2026 | REVIEW AND STRATEGIZE RE: "ALL-IN" NUMBER FOR SETTLEMENT. | | | |
| 2894980 | JMR | 750.00 | $150.00 | 0.2 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 30**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 4/6/2026 | ANALYSIS OF CORRESPONDENCE J. LUCAS RE: SETTLEMENT TERMS | | | |
| 2896832 | DBG | 795.00 | $79.50 | 0.1 |
| 4/6/2026 | LIEN LITIGATION - EMAILS WITH CLIENT AND OTHER COUNSEL RE POTENTIAL SETTLEMENT WITH HANKEYH AND TREATMENT OF INSURANCE PROCEEDS AND OTHER FUNDSUNDER SETTLEMENT | | | |
| 2893514 | TMA | 750.00 | $150.00 | 0.2 |
| 4/7/2026 | INITIAL REVIEW AND ANALYSIS OF YOGI'S REPLY IN SUPPORT OF MSJ. | | | |
| 2897019 | JMR | 750.00 | $225.00 | 0.3 |
| 4/8/2026 | ANALYSIS OF CORRESPONDENCE J. WELLINGTON RE: STIP TO DISMISS HILDUN | | | |
| 2897468 | DBG | 795.00 | $79.50 | 0.1 |
| 4/9/2026 | ANALYSIS OF DOCUMENTS ANALYSIS OF SETTLEMENT FUNDS | | | |
| 2897397 | DBG | 795.00 | $79.50 | 0.1 |
| 4/9/2026 | ANALYSIS OF DOCUMENTS ACCOUNTING OF ESTATE FUNDS AND PROPOSED SETTLEMENT RECONCILIATION | | | |
| 2897753 | DBG | 795.00 | $79.50 | 0.1 |
| 4/9/2026 | ANALYSIS OF CORRESPONDENCE L. STEINBERG RE: ACCOUNTING FOR SETTLEMENT FUNDS | | | |
| 2897782 | DBG | 795.00 | $79.50 | 0.1 |
| 4/9/2026 | FURTHER ANALYZE RE: SOURCES OF FUNDS REMAINING / FOLLOW UP RE: SETTLEMENT COMMS FROM HANKEY'S COUNSEL INQUIRING RE: AMOUNT OF FUNDS AND CALCULATION OF FUNDS FROM CLIENT / ANALYSIS RE: SAME. | | | |
| 2897366 | JMR | 750.00 | $375.00 | 0.5 |
| 4/9/2026 | FURTHER STRATEGIZE RE: PRIOR DISTRIBUTION TO HANKEY FROM INSURANCE REFUND PROCEEDS; DRAFT EMAIL TO CLIENT AND DBG RE: OPTIONS. | | | |
| 2897666 | JMR | 750.00 | $225.00 | 0.3 |
| 4/9/2026 | FOLLOW UP EMAILS WITH H. STEINBERG RE: FIGURES FOR SETTLEMENT OF BUYER'S PREMIUM REBATE. | | | |
| 2897668 | JMR | 750.00 | $75.00 | 0.1 |
| 4/10/2026 | ANALYSIS OF CORRESPONDENCE L. COHEN RE: INFERNO CONSENT TO HILDUN SETTLEMENT | | | |
| 2897751 | DBG | 795.00 | $79.50 | 0.1 |
| 4/10/2026 | ANALYSIS OF DOCUMENTS SUBPOENAS FROM YOGI | | | |
| 2898092 | DBG | 795.00 | $79.50 | 0.1 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 31**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 4/12/2026 | ANALYSIS OF CORRESPONDENCE L. PERKINS RE: SETTLEMENT ACCOUNTING | | | |
| 2898093 | DBG | 795.00 | $79.50 | 0.1 |
| 4/13/2026 | ANALYSIS OF DOCUMENTS HILDUN DISMISSAL STIP | | | |
| 2898080 | DBG | 795.00 | $79.50 | 0.1 |
| 4/13/2026 | INITIAL REVIEW AND ANALYSIS OF ADDITIONAL DEPOSITIONS NOTICES AND SUBPOENAS PROPOUNDED BY YOGI. | | | |
| 2898059 | JMR | 750.00 | $150.00 | 0.2 |
| 4/13/2026 | EMAIL TO COUNSEL FOR YOGI RE: SCHEDULING CRESTLOYD DEPO. | | | |
| 2898062 | JMR | 750.00 | $75.00 | 0.1 |
| 4/13/2026 | REVIEW OF COMMS FROM HILLDUN RE: STIPULATION FOR DISMISSAL / COMPILE SIGNATURES / FOLLOW UP COMMS TO COUNSEL FOR OTHER PARTIES IN ADVERSARY. | | | |
| 2898070 | JMR | 750.00 | $150.00 | 0.2 |
| 4/14/2026 | ANALYSIS OF CORRESPONDENCE J. WALKER RE: DEPO OF DEBTOR | | | |
| 2898466 | DBG | 795.00 | $79.50 | 0.1 |
| 4/14/2026 | ANALYSIS OF DOCUMENTS ORDER APPROVING STIP TO DISMISS HILDUN | | | |
| 2898514 | DBG | 795.00 | $79.50 | 0.1 |
| 4/14/2026 | FOLLOW UP COMMS W/ COUNSEL FOR YOGI RE: SCHEDULING DEPOSITIONS. | | | |
| 2898351 | JMR | 750.00 | $75.00 | 0.1 |
| 4/14/2026 | COMMS W/ COUNSEL FOR YOGI RE: BUYERS' PREMIUM REBATE ISSUE AND UPCOMING MEDIATION. | | | |
| 2898359 | JMR | 750.00 | $150.00 | 0.2 |
| 4/14/2026 | FINALIZE ORDER ON STIP DISMISSING HILLDUN / COORDINATE FILING AND SERVICE OF STIP AND NOTICE OF LODGMENT. | | | |
| 2898393 | JMR | 750.00 | $150.00 | 0.2 |
| 4/14/2026 | REVIEW OF COURT'S ORDER SETTING MX TO COMPEL FURTHER ROGS FROM TROUSDALE LLC / COORDINATE RE: SAME. | | | |
| 2898489 | JMR | 750.00 | $75.00 | 0.1 |
| 4/14/2026 | PREPARE EMAIL TO ALL CLAIMED SECURED PARTIES' COUNSEL RE: BUYER'S PREMIUM REBATE; FURTHER SETTLEMENT COMMUNICATIONS RE: SAME. | | | |
| 2898679 | JMR | 750.00 | $525.00 | 0.7 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 32**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| Date | Description / ID | Staff | Rate | Amount | Hours |
|---|---|---|---|---|---|
| 4/14/2026 | PREPARATION OF STIPULATION TO DISMISS DEFENDANT AND CROSS DEFENDANT HILLDUN CORPORATION FOR FILING; ORDER TO LODGE; AND NOTICE OF LODGMENT FOR FILING | | | | |
| | 2898454 | RM | 300.00 | $90.00 | 0.3 |
| 4/16/2026 | FOLLOW UP COMMS W/ T. GEHER, COUNSEL FOR HANKEY RE: DEBTOR'S REMAINING FUNDS / UPCOMING MEDIATION BETWEEN CREDITORS / PROPOSED SETTLEMENT. | | | | |
| | 2899056 | JMR | 750.00 | $150.00 | 0.2 |
| 4/17/2026 | REVIEW OF COURT'S ORDER CONTINUING YOGI V. HANKEY MSJ / COORDINATE RE: SAME. | | | | |
| | 2899365 | JMR | 750.00 | $75.00 | 0.1 |
| 4/20/2026 | PHONE CALL W/ COUNSEL FOR YOGI RE: BUYER'S PREMIUM REBATE AND UPCOMING MEDIATION. | | | | |
| | 2899517 | JMR | 750.00 | $150.00 | 0.2 |
| 4/22/2026 | COMMS WITH HANKEY TEAM RE: OBTAINING LATEST SET OF PRODUCTION OF DOCS. | | | | |
| | 2900341 | JMR | 750.00 | $150.00 | 0.2 |
| 4/27/2026 | PREPARATION OF CORRESPONDENCE CLIENT RE: SETTLEMENT FUNDS | | | | |
| | 2900996 | DBG | 795.00 | $79.50 | 0.1 |
| 4/27/2026 | RESOLVE ISSUES PERTAINING TO PAYMENT OF SETTLEMENT FROM ENGLANOFF DAUGHTERS / POTENTIAL IMPACT ON CURRENT SETTLEMENT DISCUSSIONS / STRATEGIZE W/ DBG RE: SAME. | | | | |
| | 2901040 | JMR | 750.00 | $150.00 | 0.2 |
| 5/4/2026 | REVIEW DOCKET / STRATEGIZE RE: REMAINING CLAIMS VS. YOGI RE: TROUSDALE / HILLCREST PROPERTIES. | | | | |
| | 2904541 | JMR | 750.00 | $225.00 | 0.3 |
| 5/6/2026 | REVIEW OF COURT'S ORDER CONTINUING YOGI MSJ TO 6/30 / COORDINATE W/ INTERNAL TEAM RE: SAME. | | | | |
| | 2904445 | JMR | 750.00 | $150.00 | 0.2 |
| 5/13/2026 | REVIEW OF DOCKET AND OF UPCOMING LITIGATION DEADLINES / UPCOMING HEARING ON INFERNO MSJ / DISCOVERY CUTOFF DEADLINES. | | | | |
| | 2906506 | JMR | 750.00 | $150.00 | 0.2 |
| 5/18/2026 | STRATEGIZE RE: NEXT STEPS IN DISPUTE W/ YOGI / INFERNO. | | | | |
| | 2907420 | JMR | 750.00 | $300.00 | 0.4 |
| 5/19/2026 | PHONE CALL W/ COUNSEL FOR YOGI RE: DEPOSITION SCHEDULING. | | | | |
| | 2907522 | JMR | 750.00 | $150.00 | 0.2 |

# DETAILED ACTIVITIES



**Crestlloyd LLC**

**CASE # 9562**

**From Date** 11/16/2025
**To Date** 11/15/2026

| | | | | |
|---|---|---|---|---|
| 5/19/2026 | STRATEGZIE RE: ADDITIONAL WRITTEN DISCOVERY TO PROPOUND ON YOGI / INFERNO. | | | |
| 2907604 | JMR | 750.00 | $225.00 | 0.3 |
| 5/19/2026 | ANALYSIS OF CASE SCHEDULING ORDER, STIP TO EXTEND DISCOVERY, AND ENTERED ORDER APPROVING STIP TO EXTEND DISCOVERY DEADLINES. | | | |
| 2907565 | RMC | 595.00 | $178.50 | 0.3 |
| 5/21/2026 | COMMS FROM COUNSEL FOR YOGI RE: STAND DOWN REQUEST ON DEPOSITIONS. | | | |
| 2908307 | JMR | 750.00 | $75.00 | 0.1 |
| 5/21/2026 | INITIAL REVIEW AND ANALYSIS OF ADDITIONAL DISCOVERY RESPONSES AND WRITTEN DISCOVERY SERVED BY YOGI. | | | |
| 2908321 | JMR | 750.00 | $225.00 | 0.3 |
| 5/21/2026 | LIEN LITIGATION - REVIEW YOGI RESPONSES TO INFERNO DISCOVERY AND DISCOVERY PROPOUNDED ON YOGI | | | |
| 2908017 | TMA | 750.00 | $300.00 | 0.4 |
| 5/26/2026 | LIEN LITIGATION - EMAILS WITH OPPOSING COUNSEL RE SETTLEMENT AND DISCOVERY STANDSTILL | | | |
| 2908852 | TMA | 750.00 | $225.00 | 0.3 |
| 5/27/2026 | REVIEW OF JUDGE SALTZMAN'S TENTATIVE RULINGS / REGISTER FOR APPEARANCE AT STATUS CONFERENCE / COMMS W/ INTERNAL TEAM RE: SAME. | | | |
| 2909004 | JMR | 750.00 | $75.00 | 0.1 |
| 5/27/2026 | INITIAL REVIEW AND ANALYSIS OF PROPOSED STIP AND ORDER TO CONTINUE LITIGATION DEADLINES; EMAILS WITH OPPOSING COUNSEL RE: SAME. | | | |
| 2909007 | JMR | 750.00 | $225.00 | 0.3 |
| 5/27/2026 | REVIEW AND ANALYSIS OF CHANGES MADE BY L. COHEN TO STIPULATION TO CONTINUE LITIGATION DEADLINES. | | | |
| 2909164 | JMR | 750.00 | $150.00 | 0.2 |
| 5/27/2026 | STRATEGY ON CASE LITIGATION; REVIEW TENTATIVE FOR 5/28 HEARINGS. | | | |
| 2909093 | RMC | 595.00 | $119.00 | 0.2 |
| 5/28/2026 | TELEPHONICALLY ATTEND STATUS CONFERENCE. | | | |
| 2909313 | JMR | 750.00 | $300.00 | 0.4 |
| 5/28/2026 | FURTHER STRATEGIZE RE: NEXT STEPS IN DISPUTE OVER TROUSDALE / HILLCREST PROPERTIES. | | | |
| 2909473 | JMR | 750.00 | $525.00 | 0.7 |

# DETAILED ACTIVITIES



**Crestlloyd LLC**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

5/29/2026 STRATEGIZE RE: NEXT STEPS IN CESTLLOYD ADV / COORDINATE RE: REVIEW OF FURTHER DOCS PRODUCED BY YOGI.

2909408 JMR 750.00 $150.00 0.2

5/29/2026 REVIEW OF REVISIONS TO STIP TO CONTINUE DISCOVERY DEADLINES BY L. COHEN / EMAIL TO ALL COUNSEL IN ADV. RE: SAME.

2909467 JMR 750.00 $75.00 0.1

6/1/2026 REVIEW OF FURTHER DOCS FROM YOGI AND COORDINATE ANALYSIS OF STRENGTHS AND WEAKNESSES OF CLAIM / POTENTIAL OTHER DISCOVERY TO PROPOUND TO YOGI.

2911075 JMR 750.00 $1,050.00 1.4

6/2/2026 ANALYSIS OF DOCUMENTS REMAINING CLAIMS OF ESTATE TO PROSECUTE

2911404 DBG 795.00 $159.00 0.2

6/2/2026 ANALYSIS OF NILE NIAMI DEFENDANT'S RESPONSIVE PLEADINGS TO PREP FOR RFA.

2920085 RMC 595.00 $1,666.00 2.8

6/3/2026 ANALYSIS OF ENGLANOFF RESPONSIVE PLEADINGS TO PREP FOR RFA.

2920169 RMC 595.00 $1,547.00 2.6

6/4/2026 REVIEW OF ORDER APPROVING STIP TO CONTINUE / CALENDARING OF NEW DEADLINES.

2911670 JMR 750.00 $225.00 0.3

6/4/2026 ANALYSIS OF UPDATED DISCOVERY DEADLINES.

2920100 RMC 595.00 $119.00 0.2

6/4/2026 ANALYSIS OF ENGLANOFF DISCOVERY RESPONSES AND DOCS RECEIVED.

2920170 RMC 595.00 $2,023.00 3.4

6/30/2026 REVIEW OF TENTATIVE RULING TAKING YOGI MSJ OFF CALENDAR.

2918832 JMR 750.00 $75.00 0.1

6/30/2026 ANALYSIS OF COURT'S TENTATIVE FOR 6.30 HEARING.

2920055 RMC 595.00 $119.00 0.2

7/16/2026 COMMS WITH COUNSEL FOR CREDITORS RE: RE-STARTING DISCUSSIONS CONCERNING BUYERS' PREMIUM REBATE; REVIEW PRIOR CORRESPONDENCE IN CONNECTION WITHS AME.

2923576 JMR 750.00 $225.00 0.3

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 35**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 7/20/2026 | ANALYSIS OF CROSS-CLAIM AND PRINCIPAL'S ANSWER TO IDENTIFY ADMITTED ALLEGATIONS. | | | |
| 2924195 | RMC | 595.00 | $1,963.50 | 3.3 |
| 7/20/2026 | PREPARATION OF DEBTOR'S FIRST SET OF REQUESTS FOR ADMISSION TO NILE NIAMI. | | | |
| 2924196 | RMC | 595.00 | $2,142.00 | 3.6 |
| 7/20/2026 | RESEARCH REGARDING BREACH OF FIDUCIARY DUTY CLAIMS. | | | |
| 2924202 | RMC | 595.00 | $1,844.50 | 3.1 |
| 7/21/2026 | REVIEW AND ANALYSIS OF TROUSDALE RESPONSES TO HANKEYS RFPS. | | | |
| 2924249 | JMR | 750.00 | $150.00 | 0.2 |
| 7/21/2026 | PREPARATION OF DEBTOR'S RFA TO NILE NIAMI. | | | |
| 2924480 | RMC | 595.00 | $2,677.50 | 4.5 |
| 7/21/2026 | ANALYSIS OF EXHIBITS IN SUPPORT OF CROSS-CLAIM FOR PURPOSES OF DISCOVERY REQUESTS. | | | |
| 2924485 | RMC | 595.00 | $833.00 | 1.4 |
| 7/22/2026 | REVIEW OF NOTICE OF CONTINUED HEARING ON YOGI'S MSJ. | | | |
| 2924836 | JMR | 750.00 | $75.00 | 0.1 |
| 7/22/2026 | PREPARATION OF FINAL RFA FOR NILE NIAMI. | | | |
| 2924575 | RMC | 595.00 | $1,130.50 | 1.9 |
| 7/22/2026 | ANALYSIS OF DEFAULTING PARTIES TO CRESTLLOYD'S CROSS-CLAIMS AND UPDATE SERVICE LIST FOR ALL DEFENDANTS | | | |
| 2924591 | RMC | 595.00 | $476.00 | 0.8 |
| 7/23/2026 | FURTHER STRATEGIZE AND COORDINATE RE: RFAS TO SERVE ON NON-DEFAULTED NIAMI PARTIES. | | | |
| 2924837 | JMR | 750.00 | $150.00 | 0.2 |
| 7/23/2026 | FURTHER STRATEGIZE RE: RFAS TO PROPOUND TO NIAMI PARTIES; COORDIANTE WITH RMC RE: SAME. | | | |
| 2925103 | JMR | 750.00 | $150.00 | 0.2 |
| 7/23/2026 | STRATEGY ON RFA'S FOR GROUNDVIEW, MARBELLA, AND 1369 LONDONDERRY. | | | |
| 2925049 | RMC | 595.00 | $178.50 | 0.3 |

**DETAILED ACTIVITIES**



| | | | | |
|---|---|---|---|---|
| 7/28/2026 | FOLLOW UP COMMS W/ REAM RE: ANALYSIS OF ENGLANOFF PRODUCED DOCUMENTS. | | | |
| 2926062 | JMR | 750.00 | $75.00 | 0.1 |
| 7/29/2026 | ANALYSIS OF TROUSDALE RESPONSE TO DEBTOR'S INTERROG AND RFP. | | | |
| 2926828 | RMC | 595.00 | $654.50 | 1.1 |
| 7/30/2026 | ANALYSIS OF DOCUMENTS PRODUCED BY ENGLANOFF. | | | |
| 2926829 | RMC | 595.00 | $1,606.50 | 2.7 |
| 7/30/2026 | RESEARCH REGARDING FRAUDULENT TRANSFER CLAIMS AND INDIRECT TRANSFER FOR PAYMENTS BENEFITING OTHERS. | | | |
| 2926830 | RMC | 595.00 | $1,963.50 | 3.3 |
| 7/30/2026 | PREPARATION OF MARBELLA RFA. | | | |
| 2926831 | RMC | 595.00 | $1,785.00 | 3.0 |
| 7/31/2026 | PREPARATION OF MARBELLA RFA | | | |
| 2927572 | RMC | 595.00 | $1,666.00 | 2.8 |
| 7/31/2026 | PREPARATION OF 1369 LE RFA. | | | |
| 2927774 | RMC | 595.00 | $1,547.00 | 2.6 |
| 7/31/2026 | ANALYSIS OF ENGLANOFF DOC PRODUCTION; INITIAL DISCLOSURES. | | | |
| 2927828 | RMC | 595.00 | $595.00 | 1.0 |
| 7/31/2026 | PREPARATION OF GROUNDVIEW RFA. | | | |
| 2928128 | RMC | 595.00 | $1,666.00 | 2.8 |
| 8/2/2026 | ANALYSIS OF DOCUMENTS RFA'S FOR NIAMI | | | |
| 2928289 | DBG | 795.00 | $79.50 | 0.1 |
| 8/3/2026 | ANALYSIS OF DOCUMENTS DOCS PRODUCED AND SUPPORT FOR DEFENSE RE: FRAUDULENT CONVEYANCE CLAIMS | | | |
| 2928852 | DBG | 795.00 | $397.50 | 0.5 |
| 8/3/2026 | REVIEW OF LATEST FINDINGS FROM RMC RE: DOCUMENTS SUPPORTING CLAIMS VS. TROUSDALE / HILLCREST; REVIEW FURTHER DOCS RELATING TO SAME. | | | |
| 2928615 | JMR | 750.00 | $300.00 | 0.4 |

**DETAILED ACTIVITIES**



8/3/2026 PREPARATION OF EXHIBITS IN SUPPORT OF NILE NIAMI RFA.

2928569 RMC 595.00 $595.00 1.0

8/3/2026 PREPARATION OF EXHIBITS FOR MARBELLA RFA.

2928587 RMC 595.00 $535.50 0.9

8/3/2026 PREPARATION OF EXHIBITS FOR 1369 LE RFA.

2928773 RMC 595.00 $535.50 0.9

8/3/2026 PREPARATION OF EXHIBIT LIST FOR GROUND VIEW RFA.

2928783 RMC 595.00 $476.00 0.8

8/3/2026 ANALYSIS OF CLAIMS AGAINST ENGLANOFF; FRAUDULENT TRANSFER ON INCREASE SALE OF HILLCREST PROPERTY.

2928784 RMC 595.00 $3,034.50 5.1

8/4/2026 ANALYSIS OF ENGLANOFF PRODUCTION OF DOCS.

2929482 RMC 595.00 $2,915.50 4.9

8/14/2026 REVIEW AND ANALYSIS OF FURTHER THIRD PARTY SUBPOENAS SERVED BY HANKEY.

2932020 JMR 750.00 $150.00 0.2

8/17/2026 ANALYSIS OF YOGI DOCS.

2932512 RMC 595.00 $2,380.00 4.0

8/25/2026 TELEPHONICALLY ATTEND HEARING ON YOGI'S PARTIAL MSJ VS. HANKEY CAPITAL / COMMS W/ CLERK OF COURT RE: CONTINUANCE.

2934117 JMR 750.00 $300.00 0.4

8/25/2026 STRATEGIZE RE: ADDITIONAL WRITTEN DISCOVERY TO PROPOUND IN INFERNO / YOGI.

2934343 JMR 750.00 $300.00 0.4

8/31/2026 COMMS W/ UST N. MADOYAN RE: STATUS OF ADVERSARY.

2935956 JMR 750.00 $75.00 0.1

9/1/2026 FOLLOW UP COMMS W/ N. MADOYAN RE: STATUS OF CRESTLLOYD ADVERSARY.

2935994 JMR 750.00 $150.00 0.2

**DETAILED ACTIVITIES**



**Crestlloyd LLC**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 9/1/2026 | REVIEW OR ORDER RE-SETTING YOGI MSJ / COORDINATE RE: SAME. | | | |
| 2936222 | JMR | 750.00 | $75.00 | 0.1 |
| 9/1/2026 | STRATEGIZE RE: NEXT STEPS IN PURSUING / RESOLVING REMAINING CLAIMS IN ADVERSARY. | | | |
| 2936223 | JMR | 750.00 | $300.00 | 0.4 |
| 9/2/2026 | INITIAL REVIEW AND ANALYSIS OF FURTHER WRITTEN DISCOVERY SERVED BY HANKEY TO INFERNO. | | | |
| 2936358 | JMR | 750.00 | $150.00 | 0.2 |
| 9/4/2026 | FURTHER REVIEW OF DOCS FROM INFERNO / STRATEGIZE RE: NEXT STEPS IN CLAIMS VS. SAME. | | | |
| 2936977 | JMR | 750.00 | $450.00 | 0.6 |
| 9/11/2026 | CALL WITH COUNSEL FOR HANKEY CAPITAL RE: LATEST DEVELOPMENTS GOING FORWARD. | | | |
| 2939793 | JMR | 750.00 | $225.00 | 0.3 |
| 9/11/2026 | CALL W/ COUNSEL FOR YOGI RE: FURTHER DISCOVERY EXTENSIONS / ESI ISSUES / POTENTIAL SETTLEMENT OF BORROWER'S PREMIUM ISSUE. | | | |
| 2939796 | JMR | 750.00 | $225.00 | 0.3 |
| 9/17/2026 | TELEPHONE CONF. W/ OPP COUNSEL REMAINING ESTATE CLAIMS | | | |
| 2941046 | DBG | 795.00 | $79.50 | 0.1 |
| 9/25/2026 | REVIEW OF ADDITIONAL SUBPOENAS SERVED BY HANKEY CAPITAL. | | | |
| 2942948 | JMR | 750.00 | $75.00 | 0.1 |
| 9/25/2026 | REVIEW OF PROPOSED CHANGES TO DISCOVERY ORDER. | | | |
| 2942958 | JMR | 750.00 | $75.00 | 0.1 |
| 9/28/2026 | REVIEW OF PROPOSED STIPULATION TO CONTINUE DISCOVERY DEADLINES; COMMS W/ COUNSEL RE: SAME. | | | |
| 2943337 | JMR | 750.00 | $150.00 | 0.2 |
| 10/12/2026 | REVIEW OF PROPOSED MOTION BY YOGI RE: EXTENDING DISCOVERY DEADLINES AND COMMS FROM HANKEY'S COUNSEL RE: SAME. | | | |
| 2947986 | JMR | 750.00 | $75.00 | 0.1 |
| 10/15/2026 | ANALYSIS OF DOCUMENTS DRAFT MOTION TO EXTEND DISCOVERY SCHEDULE | | | |
| 2948831 | DBG | 795.00 | $79.50 | 0.1 |

**DETAILED ACTIVITIES**



**Crestlloyd LLC**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 10/19/2026 | ANALYSIS OF DOCUMENTS FROM J. LUCAS RE: MOTION TO EXTEND DISCOVERY DEADLINES | | | |
| 2950020 | DBG | 795.00 | $79.50 | 0.1 |
| 10/21/2026 | ANALYSIS OF DOCUMENTS HANKEY'S RESPONSES TO INFERNO DISCOVERY | | | |
| 2950171 | DBG | 795.00 | $79.50 | 0.1 |
| 10/21/2026 | REVIEW OF COMMS FROM HANKEY / YOGI RE: RE-DRAFTED DECLARATION. | | | |
| 2950104 | JMR | 750.00 | $150.00 | 0.2 |
| 10/21/2026 | REVIEW OF FURTHER DISCOVERY RESPONSES FROM HANKEY / DOCUMETN PODUCTION FROM JPM (THIRD PARTY SUBPOENA RESPONSE) | | | |
| 2950391 | JMR | 750.00 | $300.00 | 0.4 |
| 10/22/2026 | ANALYSIS OF DOCUMENTS INFERNO'S INTERROGS TO DEBTOR | | | |
| 2951043 | DBG | 795.00 | $79.50 | 0.1 |
| 10/22/2026 | FOLLOW UP COMMS W/ COUNSEL FOR HANKEY RE: PRODUCTION OF DOCS OBTAINED BY SUBPOENA FROM JPM. | | | |
| 2950514 | JMR | 750.00 | $150.00 | 0.2 |
| 10/22/2026 | LIEN LITIGATION - REVIEW **PLAINTIFF INFERNO INVESTMENT, INC.'S INTERROGATORIES TO DEFENDANT CRESTLLOYD, LLC [SET ONE]** | | | |
| 2951170 | TMA | 750.00 | $150.00 | 0.2 |
| 10/23/2026 | TELEPHONE CONFERENCE W/ CLIENT RESPONDING TO INFERNO DISCOVERY | | | |
| 2951044 | DBG | 795.00 | $79.50 | 0.1 |
| 10/23/2026 | INITIAL REVIEW AND ANALYSIS OF INTERROGATORIES SERVED ON CRESTLLOYD BY INFERNO; STRATEGIZE RE: RESPONSES TO SAME DRAFT EMAIL TO FAS RE: SAME. | | | |
| 2950829 | JMR | 750.00 | $300.00 | 0.4 |
| 10/23/2026 | PREPARATION OF DISCOVERY RESPONSE SHELLS FOR RESPONSES TO INTERROGATORIES | | | |
| 2950941 | RM | 300.00 | $150.00 | 0.5 |
| 10/28/2026 | ANALYSIS OF DOCUMENTS INFERNO DEPOSITION NOTICES | | | |
| 2952151 | DBG | 795.00 | $79.50 | 0.1 |
| 10/28/2026 | FURTHER STRATEGIZE RE: RESPONSES TO INFERNO INTERROGATORIES; COMMS W/ C. MORAN RE: SAME. | | | |
| 2952530 | JMR | 750.00 | $150.00 | 0.2 |

# DETAILED ACTIVITIES

**Crestlloyd LLC** **11/16/2026** **Page # 40**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | |
|---|---|---|---|---|
| 10/28/2026 | INITIAL REVIEW AND ANALYSIS OF DEPOSITION NOTICES SERVED BY HANKEY CAPITAL. | | | |
| 2952531 | JMR | 750.00 | $75.00 | 0.1 |
| 10/29/2026 | LIEN LITIGATION - REVIEW NOTICES OF DEPOSITION | | | |
| 2952095 | TMA | 750.00 | $150.00 | 0.2 |
| 11/2/2026 | STRATEGIZE RE: RESPONSE TO INTERROGATORIES SERVED BY INFERNO. | | | |
| 2953957 | JMR | 750.00 | $600.00 | 0.8 |
| 11/3/2026 | CONFERENCE CALL WITH R. KUM RE: DISCOVERY AND REMAINING CLAIMS | | | |
| 2954344 | DBG | 795.00 | $159.00 | 0.2 |
| 11/3/2026 | FURTHER STRATEGIZE RE: ADDITIONAL DISCOVERY TO PROPOUND PRIOR TO CUTOFF. | | | |
| 2954712 | JMR | 750.00 | $225.00 | 0.3 |
| 11/5/2026 | ANALYSIS OF DOCUMENTS JOINT STATUS REPORT | | | |
| 2955619 | DBG | 795.00 | $79.50 | 0.1 |
| 11/5/2026 | REVIEW OF COMMS RE: DISCOVERY / UPCOMING DEPOSITIONS / STRATEGIZE RE: RESPONSES TO FURTHER DISCOVERY AND PROPOUNDING ADDITIONAL DISCOVERY PRIOR TC CUT OFF. | | | |
| 2955844 | JMR | 750.00 | $450.00 | 0.6 |
| 11/6/2026 | ANALYSIS OF CORRESPONDENCE P. SORRELL RE: MEET AND CONFER ON DISCOVERY | | | |
| 2956761 | DBG | 795.00 | $79.50 | 0.1 |
| 11/6/2026 | PREPARATION OF **DEFENDANT AND CROSS-CLAIMANT CRESTLLOYD LLC'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT 1369 LONDONDERRY ESTATE LLC** | | | |
| 2956060 | JK | 300.00 | $180.00 | 0.6 |
| 11/6/2026 | PREPARATION OF **DEFENDANT AND CROSS-CLAIMANT CRESTLLOYD LLC'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT GROUND VIEW LLLP** | | | |
| 2956062 | JK | 300.00 | $180.00 | 0.6 |
| 11/6/2026 | PREPARATION OF **DEFENDANT AND CROSS-CLAIMANT CRESTLLOYD LLC'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT MARBELLA CONSTRUCTION INC.** | | | |
| 2956063 | JK | 300.00 | $180.00 | 0.6 |
| 11/6/2026 | PREPARATION OF **DEFENDANT AND CROSS-CLAIMANT CRESTLLOYD LLC'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT NILE NIAMI** | | | |
| 2956065 | JK | 300.00 | $150.00 | 0.5 |

# DETAILED ACTIVITIES



**Crestlloyd LLC**

**CASE # 9562**

**From Date** 11/16/2025
**To Date** 11/15/2026

| | | | | |
|---|---|---|---|---|
| 11/6/2026 | REVIEW AND REVISE AND FINALIZE RFAS TO SERVE ON NON-PARTICIPATING NIAMI PARTIES; COORDINATE SERVICE OF SAME. | | | |
| 2955914 | JMR | 750.00 | $600.00 | 0.8 |
| 11/9/2026 | FURTHER STRATEGIZE RE: SECOND SET OF WRITTEN DISCOVERY TO PROPOUND TO YOGI. | | | |
| 2957124 | JMR | 750.00 | $225.00 | 0.3 |
| 11/9/2026 | LIEN LITIGATION - EMAILS WITH OTHER PARTIES RE DISCOVERY CONFERENCE AND RELATED ISSUES | | | |
| 2956048 | TMA | 750.00 | $150.00 | 0.2 |
| 11/9/2026 | REVIEW HANKY ROGS AND RFPS | | | |
| 2956615 | TMA | 750.00 | $225.00 | 0.3 |
| 11/10/2026 | DRAFT RESPONSES AND OBJECTIONS TO INTERROGATORIES SET ONE FROM INFERNO. | | | |
| 2957343 | JMR | 750.00 | $600.00 | 0.8 |
| 11/10/2026 | FURTHER STRATEGZIE RE: NEXT ROUND OF DISCOVERY TO PROPOUND ON PARTIES; DRAFTING OF SAME. | | | |
| 2957534 | JMR | 750.00 | $900.00 | 1.2 |
| 11/12/2026 | CONTINUE DRAFT RESPONSES TO INTERROGATORIES SET ONE PROPOUNDED BY PLAINTIFF / CROSS-DEFENDANT INFERNO. | | | |
| 2957927 | JMR | 750.00 | $1,050.00 | 1.4 |
| 11/13/2026 | FURTHER REVISIONS TO RESPONSE TO INTERROGATORIES SET ONE; EMAIL TO CLIENT AND INTERNAL TEAM RE: SAME. | | | |
| 2958053 | JMR | 750.00 | $300.00 | 0.4 |
| 11/15/2026 | REVIEW OF COURT'S TENTATIVE RULINGS RE: UPCOMING MOTION TO MODIFY SCHEDULING ORDER; CALENDARING / COORDAINTE RE: SAME.. | | | |
| 2958251 | JMR | 750.00 | $225.00 | 0.3 |
| 11/15/2026 | EMAIL TO H. STEINBERG RE: STATUS OF DEPOSITIONS. | | | |
| 2958319 | JMR | 750.00 | $75.00 | 0.1 |
| | | **Total** | **$124,122.00** | **189.7** |

# INDIVIDUAL ACTIVITIES

**11/16/2026** **Page** **1**

**Crestlloyd LLC**
**CASE # 9562**

**SERVICE RENDERED FROM 11/16/2025 THROUGH 11/15/2026**

**00 - -**

| | | | |
|---|---|---|---|
| RMC | 0.8 | 595.00 | $476.00 |
| **Total Hours** | **0.8** | **Total Fees** | **$476.00** |

# INDIVIDUAL ACTIVITIES



**Crestlloyd LLC**
**CASE # 9562**

**SERVICE RENDERED FROM 11/16/2025 THROUGH 11/15/2026**

**02 - ASSET DISPOSITION**

| | | | |
|---|---|---|---|
| TMA | 0.5 | 750.00 | $375.00 |
| **Total Hours** | **0.5** | **Total Fees** | **$375.00** |

# INDIVIDUAL ACTIVITIES



**Crestlloyd LLC**
**CASE # 9562**

**SERVICE RENDERED FROM 11/16/2025 THROUGH 11/15/2026**

## 04 - CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| DBG | 0.7 | 750.00 | $525.00 |
| DBG | 2.2 | 795.00 | $1,749.00 |
| JK | 0.7 | 300.00 | $210.00 |
| KYC | 2.1 | 300.00 | $630.00 |
| RM | 0.5 | 300.00 | $150.00 |
| TMA | 1.8 | 725.00 | $1,305.00 |
| TMA | 4.3 | 750.00 | $3,225.00 |
| VII | 0.4 | 300.00 | $120.00 |
| **Total Hours** | **12.7** | **Total Fees** | **$7,914.00** |

# INDIVIDUAL ACTIVITIES



**Crestlloyd LLC**
**CASE # 9562**

**SERVICE RENDERED FROM 11/16/2025 THROUGH 11/15/2026**

**05 - CLAIMS ADMIN. AND OBJECTIONS**

| | | | |
|---|---|---|---|
| DBG | 0.3 | 750.00 | $225.00 |
| DBG | 0.7 | 795.00 | $556.50 |
| TMA | 0.2 | 725.00 | $145.00 |
| **Total Hours** | **1.2** | **Total Fees** | **$926.50** |

# INDIVIDUAL ACTIVITIES



**Crestlloyd LLC**
**CASE # 9562**

**SERVICE RENDERED FROM 11/16/2025 THROUGH 11/15/2026**

## 07 - FEE / EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| DBG | 1.0 | 750.00 | $750.00 |
| JK | 0.7 | 300.00 | $210.00 |
| JMR | 0.6 | 725.00 | $435.00 |
| TMA | 5.7 | 725.00 | $4,132.50 |
| TMA | 4.9 | 750.00 | $3,675.00 |
| **Total Hours** | **12.9** | **Total Fees** | **$9,202.50** |

# INDIVIDUAL ACTIVITIES



**Crestlloyd LLC**
**CASE # 9562**

**SERVICE RENDERED FROM 11/16/2025 THROUGH 11/15/2026**

**09 - FINANCING**

| | | | |
|---|---|---|---|
| DBG | 0.1 | 795.00 | $79.50 |
| **Total Hours** | **0.1** | **Total Fees** | **$79.50** |

# INDIVIDUAL ACTIVITIES



**Crestlloyd LLC**
**CASE # 9562**

**SERVICE RENDERED FROM 11/16/2025 THROUGH 11/15/2026**

## 20 - OTHER LITIGATION

| | | | |
|---|---|---|---|
| DBG | 0.7 | 750.00 | $525.00 |
| DBG | 8.8 | 795.00 | $6,996.00 |
| JK | 2.3 | 300.00 | $690.00 |
| JMR | 8.2 | 725.00 | $5,945.00 |
| JMR | 48.5 | 750.00 | $36,375.00 |
| RM | 0.8 | 300.00 | $240.00 |
| RMC | 15.4 | 550.00 | $8,470.00 |
| RMC | 88.8 | 595.00 | $52,836.00 |
| RPS | 4.2 | 725.00 | $3,045.00 |
| RPS | 7.4 | 750.00 | $5,550.00 |
| TMA | 4.6 | 750.00 | $3,450.00 |
| **Total Hours** | **189.7** | **Total Fees** | **$124,122.00** |

# PROFESSIONAL ACTIVITY SUMMARY

**Crestlloyd LLC** **11/16/2026**

**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | | | | |
|---|---|---|---|---|---|
| DBG | 2.7 | Hours | @ | 750.00 | $2,025.00 |
| DBG | 11.8 | Hours | @ | 795.00 | $9,381.00 |
| JK | 3.7 | Hours | @ | 300.00 | $1,110.00 |
| JMR | 8.8 | Hours | @ | 725.00 | $6,380.00 |
| JMR | 48.5 | Hours | @ | 750.00 | $36,375.00 |
| KYC | 2.1 | Hours | @ | 300.00 | $630.00 |
| RM | 1.3 | Hours | @ | 300.00 | $390.00 |
| RMC | 15.4 | Hours | @ | 550.00 | $8,470.00 |
| RMC | 89.6 | Hours | @ | 595.00 | $53,312.00 |
| RPS | 4.2 | Hours | @ | 725.00 | $3,045.00 |
| RPS | 7.4 | Hours | @ | 750.00 | $5,550.00 |
| TMA | 7.7 | Hours | @ | 725.00 | $5,582.50 |
| TMA | 14.3 | Hours | @ | 750.00 | $10,725.00 |
| VII | 0.4 | Hours | @ | 300.00 | $120.00 |
| Total Hours | 217.9 | | | Total Fees | $143,095.50 |

# ACTIVITY SUMMARY

**Crestlloyd LLC** **11/16/2026**

**CASE # 9562**

**From Date** 11/16/2025

**To Date** 11/15/2026

| DESCRIPTION | FEES |
|---|---|
| - | $476.00 |
| ASSET DISPOSITION | $375.00 |
| CASE ADMINISTRATION | $7,914.00 |
| CLAIMS ADMIN. AND OBJECTIONS | $926.50 |
| FEE / EMPLOYMENT | $9,202.50 |
| FINANCING | $79.50 |
| OTHER LITIGATION | $124,122.00 |
| TOTAL FEES | $143,095.50 |

# COSTS BREAKDOWN

11/16/2026

**Crestlloyd LLC**
**CASE # 9562**

**From Date** **11/16/2025**
**To Date** **11/15/2026**

| | | |
|---|---|---|
| 11/30/2025 | POSTAGE | 154.63 |
| 11/30/2025 | REPRODUCTION COSTS | 317.60 |
| 12/31/2025 | POSTAGE | 54.46 |
| 12/31/2025 | REPRODUCTION COSTS | 185.00 |
| 1/31/2026 | POSTAGE | 25.75 |
| 1/31/2026 | REPRODUCTION COSTS | 94.00 |
| 12/31/2025 | WESTLAW RESEARCH | 490.86 |
| 1/16/2026 | SCANNING/OCR | 1,298.40 |
| 2/28/2026 | POSTAGE | 25.46 |
| 2/28/2026 | REPRODUCTION COSTS | 1.20 |
| 1/1/2026 | COURT RESEARCH PACER | 75.10 |
| 2/28/2026 | WESTLAW RESEARCH | 2,547.02 |
| 2/23/2026 | SCANNING/OCR | 1,221.76 |
| 3/31/2026 | POSTAGE | 24.72 |
| 3/31/2026 | REPRODUCTION COSTS | 91.00 |
| 4/3/2026 | POSTAGE | 25.75 |
| 4/30/2026 | REPRODUCTION COSTS | 90.40 |
| 5/31/2026 | POSTAGE | 25.75 |
| 5/31/2026 | REPRODUCTION COSTS | 90.40 |
| 6/30/2026 | POSTAGE | 25.75 |
| 6/30/2026 | REPRODUCTION COSTS | 90.40 |
| 3/31/2026 | COURT RESEARCH PACER | 117.00 |
| 7/31/2026 | POSTAGE | 19.50 |
| 7/31/2026 | REPRODUCTION COSTS | 53.00 |
| 7/13/2026 | PARKING | 5.00 |
| 8/27/2026 | POSTAGE | 26.75 |
| 8/31/2026 | REPRODUCTION COSTS | 91.20 |
| 9/30/2026 | REPRODUCTION COSTS | 90.40 |
| 9/30/2026 | POSTAGE | 26.75 |

# COSTS BREAKDOWN

**11/16/2026**

**Crestlloyd LLC**
**CASE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | | |
|---|---|---|
| 10/31/2026 | POSTAGE | 34.00 |
| 10/31/2026 | REPRODUCTION COSTS | 85.60 |

# COSTS SUMMARY

**11/16/2026**

**Crestlloyd LLC**
**FILEE # 9562**

**From Date 11/16/2025**
**To Date 11/15/2026**

| | |
|---|---|
| REPRODUCTION COSTS | 1,280.20 |
| SCANNING/OCR | 2,520.16 |
| COURT RESEARCH PACER | 192.10 |
| PARKING | 5.00 |
| POSTAGE | 469.27 |
| WESTLAW RESEARCH | 3,037.88 |
| **TOTAL COSTS** | **$7,504.61** |

# EXHIBIT B

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**DAVID L. NEALE**
dln@lnbyg.com

**DAVID L. NEALE** began his legal career in New York, with the law firm of Kramer, Levin, Nessen, Kamin & Frankel, where he represented creditors and creditors' committees in large, complex cases such as Texaco Inc., LTV Steel and Charter Co. When Mr. Neale relocated to California in 1989, to join the law firm of Levene & Eisenberg, he brought with him an understanding of creditors' rights and remedies that he was able to apply to the representation of debtors and other constituencies in bankruptcy and workout situations.

His broad experience includes handling cases in a variety of areas including: **Manufacturing** (successful Chapter 11 reorganization for companies such as Future Media Productions, a manufacturer of blank CDs and DVDs; California Aircraft & Engines, Inc., a manufacturer of aircraft engine parts with claimants from around the world; DCC Compact Classics, Inc., a manufacturer of specialty CDs and recordings; Fernandes Guitars, a manufacturer of electric and acoustic guitars for distribution around the world); **Food and beverage industry** (Chinois Restaurant, successful Chapter 11 reorganization for a Las Vegas restaurant; Café-Melisse Valencia, successful out-of court workout and orderly liquidation; Galletti Brothers Foods, successful Chapter 11 reorganization for one of the nation's largest fresh seafood wholesalers) Crunchies Food Company, successful Chapter 11 sale of assets of retailer of dried fruit snacks); **Construction** (successful Chapter 11 reorganization for Rock & Waterscape, Inc., builder of water-themed features in Las Vegas and around the world); **Real Estate** (successful Chapter 11 cases for Roosevelt Lofts, LLC, involving a condominium conversion in downtown Los Angeles; North Silver Lake Lodge, LLC, involving one of the last undeveloped parcels of real property in the Deer Valley, Utah ski resort area; IDM Corporation and its affiliates requiring the restructuring of over $1 billion in debt; and Galletti Brothers Investments, a real estate partnership with multiple properties. He has also represented Ritter Ranch Development, the owner of an 11,000-acre development property in Palmdale; and National Enterprises, Inc. and San Diego Investments, real estate management and development companies with properties across the United States); **Energy** (representing the California Independent System Operator Corporation in connection with the bankruptcy cases of California Power Exchange, Pacific Gas & Electric Co., Enron Inc. and Mirant and its affiliates; Evergreen Oil, an oil re-refining company operating throughout California); **Banking and finance** (Imperial Credit Industries,

continued. . .



**DAVID L. NEALE** ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM DIRECT: 310.229.3320
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

Inc.); **Trucking** (Green Fleet Systems and TKS Leasing, successfully confirming a plan of reorganization for a short-haul trucking company operating out of the ports of Los Angeles and Long Beach; Coast Bridge Logistics, Inc. representing another short-haul trucking company in connection with the sale of its assets; Consolidated Freightways and its affiliates, in which Mr. Neale represented multi-employer pension funds that were the largest creditors and went on to represent the post-confirmation Plan Oversight Committee and serve as special counsel to the Liquidating Trust in certain litigation and appellate matters, and The Penn Traffic Co. and its affiliates, in which Mr. Neale represented certain multi-employer retirement, health and welfare funds); **Health Care** (Solid Landings Behavioral Health and its affiliates, operators of rehab facilities in California, Texas and Nevada); North American Health Care and affiliates (operators of skilled nursing facilities); **Technology and Communication** (WCI Cable, Inc., a fiber optic cable network located in Oregon and Alaska); and **Retail** (successful Chapter 11 cases for Ortho Mattress, Inc., a manufacturer and retailer of bedding products; Britches of Georgetowne, Inc., a clothing retailer with outlets in several states). Mr. Neale has a particular expertise in the **Entertainment Industry**. He has represented clients involved in **publishing** (New Millennium Entertainment, Buzz Magazine); **film exhibition** (Resort Theaters of America); **film production** (Franchise Pictures, LLC and its affiliates); The Samuel Goldwyn Company in connection with its acquisition of Heritage Entertainment); **music** (Even St. Productions, LLC, the owner of rights relating to the catalogue of Sly & the Family Stone) and **artists** (Gladys Knight, Mick Fleetwood, Lynn Redgrave, among others). He has also successfully represented numerous individual Chapter 11 debtors with respect to personal real estate holdings and liabilities and other financial difficulties. Mr. Neale has also represented numerous purchasers, equity interest holders, creditors and official committees in many Chapter 11 cases around the country. This is a small sample of the cases he has handled over his almost 30-year legal career.

Mr. Neale is both an experienced and aggressive litigator whose cases have resulted in over a dozen notable published opinions by the Bankruptcy Court, District Court and Ninth Circuit Court of Appeals. He also brings his negotiating skills to bear as a member of the Mediation Panel for the Bankruptcy Court for the Central District of California. He is a member of the American Bar Association, Association of the Bar of the City of New York, New York County Bar Association, Century City Bar

continued. . .



**DAVID L. NEALE** ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM DIRECT: 310.229.3320
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

Association, Beverly Hills Bar Association, Financial Lawyers Conference, Turnaround Management Association, and the Commercial Law League of America. He has served on the Board of Directors of the AIDS Project Los Angeles and the Los Angeles division of the American Friends of Hebrew University.

Mr. Neale received his B.A., *summa cum laude* from Princeton University in 1984 and his J.D. from Columbia University School of Law in 1987. He was admitted to the New York Bar in 1988 and the California Bar in 1989. He was admitted to the Ninth Circuit Court of Appeals in 1989, and was admitted to the United States District Court for the Southern and Eastern Districts of New York in 1988. In 1989, he was admitted to the Central, Eastern, Northern and Southern Districts of California. He has also practiced extensively in courts around the country, in venues as diverse as Oregon, Arizona, Nevada, Texas, Arkansas, Utah, Florida, New York, Delaware and Tennessee.

**Mr. Neale is the author of:**

- "Bankruptcy and Contractual Relations in the Entertainment Industry – An Overview," *1990 Entertainment, Publishing and the Arts Handbook*
- "A Survey of Recent Bankruptcy Decisions Impacting upon the Entertainment Industry," *1992–1993 Entertainment, Publishing and the Arts Handbook*
- "SEC Actions and Stays," *National Law Journal,* 2002
- "The Scope and Application of 11 U.S.C. § 1145," American Bankruptcy Institute Bankruptcy Battleground West, 2003
- "Whose Life is it Anyway? Treatment of Unique Assets in Bankruptcy," American Bankruptcy Institute Winter Leadership Conference, 2016

He was featured as a "Mover & Shaker" by *The Deal* magazine in 2006, and has been interviewed several times by, among others, KNX news radio in Los Angeles, *Variety* magazine, *The Hollywood Reporter,* and the *California Real Estate Journal* on bankruptcy topics.

**Mr. Neale has appeared as a speaker on the following topics before the following organizations:**

- "Making the Best Better: Lessons From the Battlefield," Turnaround Management Association 6th Annual Spring Meeting, 1998

continued. . .


DAVID L. NEALE ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM DIRECT: 310.229.3320
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

continued from page 3

- "Litigation Issues in Bankruptcy," Business Torts – An Introduction and Primer, Consumer Attorneys Association of Los Angeles, 1998
- "There Must Be Fifty Ways to Leave Your Troubles," Turnaround Management Association, 1998
- "The Impact of State Court Decisions in Bankruptcy Court," Beverly Hills Bar Association, 2001

**Mr. Neale has appeared as a panelist, addressing issues relating to:**

- "Bankruptcy in the Dot-Com Economy" and "Licensing Agreements: How to Draft and Enforce Them" for Law.Com Seminars
- "Public Company Debtors and the SEC," American Bankruptcy Institute Bankruptcy Battleground West, 2003; "The 2005 Amendments to Bankruptcy Code Sections 546(c) and 547 – The Early Returns," Financial Lawyers Conference, 2008
- "Transfers of Intellectual Property," Southwestern Law School, Bankruptcy in the New Millennium, 2010
- "Practicing in the Limelight: Celebrity Bankruptcies," American Bankruptcy Institute Winter Leadership Conference, 2016
- "Shark Tank," American Bankruptcy Institute Bankruptcy Battleground West, 2018

Mr. Neale has consistently been named by *Los Angeles* magazine as one of its 100 "Super Lawyers" in the bankruptcy field, and has been recognized by Chambers & Partners as one of the top practitioners within the bankruptcy/restructuring field in California.



**DAVID L. NEALE** ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM DIRECT: 310.229.3320
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**RON BENDER**
rb@lnbyg.com

**RON BENDER** is a founding and co-managing partner of Levene, Neale, Bender, Yoo & Golubchik L.L.P., one of the premier insolvency boutique law firms in the State of California. The firm was founded in 1995. Ron has successfully reorganized and restructured the debt of numerous companies, sold countless companies, and restructured the financial affairs and debts of many individuals. He is widely regarded as a highly creative, results oriented bankruptcy, insolvency and restructuring attorney who is able to tackle complex financial and legal problems and develop and implement creative solutions. Ron has repeatedly been listed by "Super Lawyers" as one of the top 100 lawyers in Southern California in regional surveys of his peers.

Ron received his undergraduate degree in Finance from the prestigious Wharton School of Business at the University of Pennsylvania in 1986 where he graduated first in his class (B.S., summa cum laude), and then obtained his law degree from Stanford University Law School in 1989. During law school, Mr. Bender served as a judicial extern for the Honorable Lloyd King, U.S. Bankruptcy Court, Northern District of California Bankruptcy Court.

Ron has one of the largest bankruptcy and insolvency practices in the State of California, having represented hundreds of chapter 11 debtors. A sampling of some or Ron's chapter 11 bankruptcy representations includes: a 400,000 square foot shopping center in Lynwood, California known as **"Plaza Mexico"** that Ron recently sold for $164 million; the **TRX** exercise band company that Ron recently sold for $11.1 million; **Zacky and Sons Poultry** (a large grower, processor, packager and seller of chicken and turkey related products) that Ron recently sold for approximately $40 million; **West Coast Distribution** (a premier technology driven supply chain management, logistics warehousing, fulfillment and 3PL distribution services provider for the apparel industry) that Ron recently sold; **Tatung Company of America** (a manufacturer and distributor of consumer electronics with over $20 million assets that Ron successfully reorganized); **NAI Capital** (the well known commercial real estate brokerage firm that Ron successfully sold); **Ironclad Performance Wear** (a leading, technology-focused developer and manufacturer of high-performance task-specific gloves and apparel for the "industrial athlete" that Ron sold for $25 million); **Rdio** (a digital music service provider) that Ron sold to Pandora for $75 million; **Country Villa** (one of the largest owners and operators of skilled nursing facilities

continued. . .



**RON BENDER** ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM DIRECT: 310.229.3330
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**RON BENDER**

**PROFESSIONAL RÉSUMÉ**

continued from page 1

with annual revenue of more than $200 million that Ron sold for $62 million); **Pebble ABC** in a sale to Fitbit for $20 million; **Gamma Medica** (a manufacturer of imaging systems in the biotechnology field that Ron sold); **Matterhorn Group** (a large manufacturer of novelty ice cream products that Ron sold); **Fat Burger** (the well known chain of hamburger restaurants that Ron sold); **Westcliff Medical Laboratories** (an owner and operator of 170 patient service center laboratories and labs throughout California with $95 million of annual revenue and 1,000 employees that Ron sold for $57.5 million); **LifeMasters Supported Selfcare** (a national disease management company with annual revenue of $80 million that Ron sold); **Bodies in Motion** (a chain of fitness facilities that Ron sold for approximately $10 million); **Max Equipment Rental** (an equipment rental company that Ron successfully reorganized); **Nelson & Associates** (a manufacturers' representative in the electrical industry that Ron successfully reorganized); **Alin Party Supply** (a retail chain of party supplies that Ron successfully reorganized); **Lake San Marcos Resort & Country Club**; **Pacific High Reach** (a large construction equipment rental company that Ron sold for $17 million); **Krystal Koach** (a large manufacturer of limousines and shuttle buses that Ron sold); **Small World Toys** (a toy company that Ron sold for approximately $16 million); **Intervisual** (a children's book company that Ron sold for approximately $10 million); **LightPointe Communications** (a manufacturer of wireless networking equipment that Ron successfully reorganized); **Nicola** (a large olive importer and distributor that Ron successfully reorganized); **Krispy Kreme** (an owner and operator of Krispy Kreme Doughnut Stores that Ron successfully reorganized); **Pleasant Care** (an owner and operator of skilled nursing facilities with annual revenue of approximately $200 million that Ron sold for approximately $17 million); **Sega GameWorks** (a retail entertainment based company operating under the name of "GameWorks," with $60 million of annual revenue, that Ron sold for approximately $8 million); **Alliant Protection Services** (a commercial and residential alarm services company with 16,000 customers that Ron sold for $14.5 million); **The Walking Company** (a national chain of 101 retail stores selling specialty shoes and footwear that Ron successfully reorganized); **Shoe Pavilion** (a chain of 117 retail stores selling off-price footwear with locations in the Western and Southwestern United States that Ron sold); **Gadzoox Networks** (a publicly traded company engaged in the business of providing networking infrastructure for storage and data management, where

continued. . .



**RON BENDER** ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM DIRECT: 310.229.3330
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

**RON BENDER**

**PROFESSIONAL RÉSUMÉ**

LNBY&G

continued from page 2

one division was sold for $8.5 million and the balance of the company successfully reorganized); **State Line Hotel**, S**tate Line Casino**, **Jim's Enterprises** (two hotels and casinos located in West Wendover, Nevada known as the State Line Hotel and Casino and the Silver Smith Hotel and Casino that Ron sold for $55 million); **Easyrider** and **Paisano Publications** (publicly traded publishers of thirteen national magazines that Ron sold for $12.3 million); **Clifford Electronics** (a manufacturer of automotive aftermarket and original equipment manufacturer security systems and components, primarily for automobiles, with annual sales of $40 million, that Ron sold for $20 million); **Chorus Line Corporation** and **California Fashions Industries** (one of the largest apparel companies in the country at that time with annual sales of $500 million); **Avus** (a distributor of computer systems with sales of in excess of $100 million that Ron sold); **A.J. Markets** (chain of supermarkets that Ron sold for $5 million); **Trancas Town** (owner of 35 acres of raw developable land in Malibu, California that Ron successfully reorganized); **Association of Volleyball Professionals** (professional beach volleyball league that Ron sold); **Louise's Trattoria** (chain of 16 Italian food restaurants with $30 million in annual revenue that Ron sold for $7 million); **Westward Ho Markets** (a supermarket chain with $50 million of annual revenue and $20 million of debt that Ron successfully reorganized); **Special Effects Unlimited** (one of the largest providers of special effects in the movie industry that Ron successfully reorganized); **Santa Barbara Aerospace** (a heavy aircraft maintenance facility located at the former Norton Air Force base in San Bernardino, California, that Ron successfully reorganized and then sold); **Manchester Center** (a 1.5 million square foot shopping center in Fresno, California that was Ron sold for $25 million); **Marbella Golf and Country Club** (a golf and country club located in San Juan Capistrano that Ron successfully reorganized); **Southwest Hospital** (an acute care hospital located in Riverside that Ron successfully reorganized). Ron has also represented countless owners of real estate in chapter 11 that have resulted in successful sales or reorganizations.

Ron is also one of California's leading lawyers and preeminent experts in the field of Assignments for the Benefit of Creditors (ABC's), having represented assignees in approximately 200 ABC's.

Ron is also a frequent author and speaker on bankruptcy and insolvency matters.



**RON BENDER** ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM DIRECT: 310.229.3330
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TIMOTHY YOO**, a partner of the firm, specializes in commercial litigation and bankruptcy. Known throughout the region as a bankruptcy attorney who resolves difficult issues with creativity and efficiency, he consistently earns the highest rating in peer surveys, including being repeatedly listed as a "Super Lawyer."



**TIMOTHY J. YOO**
tjy@lnbyg.com

Mr. Yoo received his undergraduate degree in business from University of Southern California with honors in 1987. He then obtained his law degree from Loyola Law School with full merit scholarship in 1991. Mr. Yoo completed a one-year clerkship with the Honorable Lisa Hill Fenning, United States Bankruptcy Judge for the Central District of California. In March, 1998, he was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District of California. Besides serving as a Chapter 7 Trustee, Mr. Yoo also serves in numerous cases as a Chapter 11 Trustee, Bankruptcy Ombudsman, Liquidating Trustee, and Chief Restructuring Officer.

Mr. Yoo's wide range of experience includes Taeil Media (represented a multinational Korean corporation in one of the largest Orange County fraud cases); Destination Films (acted as Chapter 7 trustee to liquidate a large film library); Winston Tires (represented the Chapter 7 Trustee); Millennium-Pacific Icon Group (acted as Chapter 11 Trustee of one of the largest Korean American real estate developer); Daewoo Motors (defended creditors in preference actions); Bodies in Motion (acted as the first Consumer Privacy Ombudsman in the Central District of California to advise the court on a sale of a chain of fitness facilities); Small World Toys (represented the creditors' committee); Chorus Line Corporation and California Fashions Industries (acted as a liquidating trustee for one of the largest apparel companies in the country); IT Wheels (successfully defended a Chapter 7 Trustee in a Chapter 15 proceeding); Aoki Pacific Corporation (as Chapter 7 Trustee, completed public works projects); Dick Cepek, Inc. (acted as Chapter 7 Trustee to liquidate a chain of off-road vehicle parts stores); and Phoenix MC, Inc. (acted as the Chief Restructuring Officer for a hybrid automobile manufacturer).

Mr. Yoo has lectured as a panelist in programs sponsored by Lorman Education Services, Office of the United Trustee and the National Asian Pacific American Bar Association. He also frequently writes for the *Korea Times* and California Continuing Education of the Bar.



**TIMOTHY J. YOO** ATTORNEY AT LAW
EMAIL: TJY@LNBYG.COM DIRECT: 310.229.3365
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DAVID B. GOLUBCHIK**, born Kiev, Ukraine, January 10, 1971; admitted to bar 1996, California. Education: University of California, Los Angeles (B.A. 1992), Pepperdine University School of Law (J.D., 1996). Vice Chairman, Moot Court Board; Vice Magistrate, Phi Delta Phi International Legal Fraternity; American Jurisprudence Award in Business Reorganization in Bankruptcy. In addition to the State Bar of California, admitted to the U.S. District Court, Central, Southern, Eastern and Northern Districts of California. Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1996–1997). Member, American, California and Los Angeles Bar Associations, American Bankruptcy Institute (Board of Advisors), Financial Lawyers Conference, Los Angeles Bankruptcy Forum and Beverly Hills Bar Association (Executive Committee). Practice emphasizes bankruptcy, corporate insolvency and creditors' rights. Language: Russian.



**DAVID B. GOLUBCHIK**
dbg@lnbyg.com

**Articles written by David Golubchik include:**

- "Representing Closely Held Corporations in Bankruptcy: The Ethical Dilemma," Commercial Lawyers' Association Conference, November 1999
- "Bankruptcy Law – A Debtor's Press Release," *National Law Journal,* May 29, 2000
- "Taking a Piece of the Action in Bankruptcy," Bay Area Bankruptcy Forum Conference, June 6, 2000
- "Bankruptcy Law – Unwinding Settlements," *National Law Journal,* October 23, 2000
- "Bankruptcy Law – Involuntary Proceedings," *National Law Journal,* February 2, 2004
- "The Rights Of A Lessee In A Lessor's Bankruptcy: Section 365(h) Of The Bankruptcy Code," Los Angeles County Bar Association, Real Estate Subsection, March 25, 2004
- "Defending Nondischargeability Actions in Bankruptcy," Public Counsel, 2002–2004
- "Outlooks and Strategies For Distressed Commercial Real Estate Loans," Grubb and Ellis presentation, May 14, 2009
- "Chapter 11 Focus: Small Business and Single Asset Real Estate Cases," Los Angeles County Bar Association, Commercial Law and Bankruptcy Subsection, January 27, 2010



**DAVID B. GOLUBCHIK** ATTORNEY AT LAW
EMAIL: DBG@LNBYG.COM DIRECT: 310.229.3393
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

### EDUCATION

University of Maryland (B.A., 1971)
University of Maryland School of Law (J.D., with Honors, 1974)

### BAR ADMISSIONS

Maryland, 1974, California, 1976
U.S. District Court, 1976
U.S. Court of Appeals for the Ninth Circuit, 1978
U.S. Supreme Court, 1980

**GARY E. KLAUSNER** joined LNBYG as a senior partner in May 2014, from a senior shareholder position at Stutman, Treister & Glatt P.C. Mr. Klausner has exclusively practiced in the field of corporate restructuring and bankruptcy since 1976.

Mr. Klausner represents Chapter 11 debtors, secured and unsecured creditors, creditors' committees, trustees and receivers, licensors and franchisors, purchasers of assets out of bankruptcy cases and parties involved in litigation and appeals in connection with bankruptcy cases. He has handled cases involving a broad range of businesses and industries including manufacturing, retail, real estate development, hospitality and restaurants, aerospace, entertainment, healthcare, financial institutions, and transportation.

Mr. Klausner also has expertise in Chapter 9 of the Bankruptcy Code, which is designed for the reorganization of municipalities. Mr. Klausner was the lead lawyer in the Chapter 9 case of Valley Health System in which he successfully confirmed a Chapter 9 Plan of Adjustment.

Mr. Klausner's significant engagements as debtor's counsel include: Meruelo Maddux Properties, Inc. (Special Reorganization Counsel); Imperial Capital Bancorp, Inc.; Colorep, Inc., International Union of Operating Engineers, Local 501, Mr. Gasket Co.; Prism Entertainment Corporation; Packaging Corporation of America; Super Shops, Inc.; Cannon Pictures; Maguire Thomas Partners, Fifth & Grand, Ltd.; ABC International Traders, Inc.; Maxicare and Watts Health Foundation, Inc., dba UHP Healthcare.



**GARY E. KLAUSNER**
GEK@LNBYG.COM

### Honors and Recognitions

Fellow, American College of Bankruptcy, 2010

Century City Bar Association: Bankruptcy Lawyer of the Year, 2012

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–12

Selected, Southern California's Best Lawyers in America, 2011–12

### Publications/Press

"Section 1111(b) "' Look Before You Leap," 2 *Bankruptcy Study Group Journal* 15 (1986)

"Chapter 11 'The Bank of Last Resort,"' *The Business Lawyer,* November, 1989; Vol. 45, No. 1

"The New Bankruptcy Rules," 4 *Bankruptcy Study Group Journal* 64 (1987).

continued. . .



GARY E. KLAUSNER ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM DIRECT: 310.229.3360
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G

**GARY E. KLAUSNER**
**PROFESSIONAL RÉSUMÉ**

continued from page 1

Mr. Klausner has represented creditors' committees in cases such as Rhythm & Hues, Inc., Nasty Gal, Inc., Consolidated Freightways, New Meatco, Westward Ho Markets, Naki Electronics, Prime Matrix, The Movie Group, American Restaurant Group ("Black Angus"), and Solidus Networks, Inc.

Mr. Klausner has also represented principals involved in significant chapter 11 cases, such as Relativity Media Inc., The Weinstein Company, EZ Lube; Rachel Ashwell Design, Inc. ("Shabby Chic"); and Comic Book Movies LLC.

In addition to client matters, Mr. Klausner has been actively involved and has held prominent positions in local and national professional organizations and bar associations. Mr. Klausner is a member of the Board of Governors of the Financial Lawyers Conference and served as its president from 1993 through 1994. He is a board member of the Los Angeles Bankruptcy Forum (serving as its president in 2003–2004), a member of the American Bar Association, Section on Business Law, where he chaired a task force on The Economics of Chapter 11 Practice, chaired the Subcommittee on Bankruptcy Fraud, Crimes and Abuse of the Bankruptcy Process, and chaired the Chapter 9 and Chapter 11 Subcommittees. He is a member of the Los Angeles County Bar Association, where he has served as a member of the Executive Committee of the Commercial Law and Bankruptcy Section as well as being Vice-Chair of the Section's Bankruptcy Committee.

In 2010, Mr. Klausner was elected as a Fellow of the American College of Bankruptcy, and in 2012, Mr. Klausner was recognized as "Bankruptcy Lawyer of the Year" by the Century City Bar Association.

Mr. Klausner has also served as a Lawyer Representative to The Ninth Circuit Judicial Conference and chaired the United States District Court Standing Committee On Attorney Discipline.

Mr. Klausner speaks frequently on subjects involving bankruptcy and commercial law and has published numerous articles on bankruptcy-related topics.

### Speaking Engagements

Panelist, "Bank Holding Company Bankruptcies," ABI Battleground West, 2012

Panelist, "Municipal Bankruptcies," ABI Battleground West, 2011

Panelist, "Municipal Bankruptcies," ABA Fall Meeting Business Law Section, 2010

## KEY REPRESENTATIONS

### Debtor Representations

Colorep, Inc.

International Union of Operating Engineers, Local 501

St. Tropez Capital, Inc.

Mr. Gasket Co.

Prism Entertainment Corporation

Packaging Corporation of America

Super Shops, Inc.

Maguire Thomas Partners, Fifth & Grand, Ltd.

ABC International Traders, Inc.

Maxicare, HMO

Watts Health Foundation, Inc., dba UHP Healthcare, HMO

Valley Health System, Healthcare District

Imperial Capital Bancorp, Inc.

Mereulo Maddux Properties, Inc

continued. . .



GARY E. KLAUSNER ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM DIRECT: 310.229.3360
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G

**GARY E. KLAUSNER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

He is a member of the bar of the states of California and Maryland, and is admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Ninth Circuit, and the United States District and Bankruptcy Courts for the Central District of California.

Mr. Klausner received his J.D., with honors, from the University of Maryland School of Law in 1974, where he served on the editorial staff of the University of Maryland Law Review from 1972–73. He received his B.A. from the University of Maryland in 1971.

## PROFESSIONAL AFFILIATIONS

Financial Lawyers Conference (President, 1993–1994; Member of the Board of Governors)

Los Angeles Bankruptcy Forum (President in 2003–2004) Ninth Circuit Judicial Conference (2007–2009)

United States District Court, Central District, Standing Committee on Attorney Discipline, Chair 2011–2013

American Bar Association Section on Business Law, Chair of the Subcommittee on Bankruptcy Crimes, Fraud and Abuse, 2005

Chair of the Subcommittee on Chapter 9, 2011–2016; Chair of Chapter 11 Subcommittee, 2017–2020

## HONORS AND RECOGNITIONS

Fellow of the American College of Bankruptcy Century City Bankruptcy Lawyer of the Year, 2010

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–16 Selected, Southern California's Best Lawyers in America, 2011–12

## KEY REPRESENTATIONS

### Committee Representations

Rhythm & Hues
Nasty Gal
New Meatco
Consolidated Freightway
Westward Ho Markets
Naki Electronics
Prime Matrix Stan Lee Media
American Restaurant Group, Inc

### Significant Creditor/Party In Interest Representations

The Weinstein Company
Relativity Media
Cannon Pictures, Inc.
Georgia Pacific Corporation
Cal Worthington
Columbia Tristar
Fox Family Worldwide
MCI Telecommunications Corporation
Paramount Pictures
Saban Entertainment
Sony Pictures, Inc.
The Walt Disney Company
Victor Valley Community Hospital
Rachel Ashwell Design, Inc
EZ Lube, Inc
Gardens Regional Hospital



**GARY E. KLAUSNER** ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM DIRECT: 310.229.3360

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**EDWARD M. WOLKOWITZ**
emw@lnbyg.com

**EDWARD M. WOLKOWITZ** has focused on the areas of insolvency and commercial law during more than 40 years of practice. He has represented debtors, creditors, trustees, receivers and creditors' committees in a wide variety of cases. He also serves as a chapter 11 and chapter 7 panel trustee in the Central District of California and as a receiver for the Los Angeles Superior Court. He has extensive experience in representing various interests in complex reorganization cases in a number of different and diverse industries and has also operated a number of businesses as a trustee and receiver. He is also AV rated by Martindale-Hubbell.

He has been involved in a number of cases that have made new law or clarified existing law in the Ninth Circuit, including: Wolkowitz v. FDIC, 527 F. 3d 959 (9th Cir. 2008); Wolkowitz v. Beverly, 551 F. 3d 1092 (9th Cir. 2008); In re Sylmar Plaza, LP, 314 F.3d 1070 (9th Cir. 2002); Wolkowitz v. American Research Corporation, 131 F.3d 788 (9th Cir. 1999); In re Moses, 167 F.3d 470 (9th Cir. 1 999); Wolkowitz v. Shearson Lehman Bros., 136 F.3d 655, cert. denied, 525 U.S. 826 (1998); In re Cheng, 943 F.2d 1114 (9th Cir. 1991); In re Qintex Entertainment, 950 F.2d 1492 (9th Cir. 1991); In re WLB_RSK Venture, 296 B.R. 509 (Bankr. C.D. Cal. 2003).

Mr. Wolkowitz was on the faculty of Southwestern University Law School from 1978 to 1994, rejoining the faculty in 2001, teaching courses in bankruptcy, commercial transactions and business reorganization. He has also lectured extensively for the California Continuing Education of the Bar, and as a panelist in programs sponsored by the American Bankruptcy Institute, the Los Angeles Bankruptcy Forum, and the Beverly Hills Bar Association. Between 1994 and 2002, he served as a member of the City Council of Culver City, California, including two one-year terms as Mayor of Culver City.

Mr. Wolkowitz was admitted to the California Bar in 1976. His educational background is as follows: California State University, Northridge (B.A., 1971); Southwestern University Law School (J.D., *cum laude,* 1975); The University of Michigan Law School (LL.M., 1976).

continued. . .



**EDWARD M. WOLKOWITZ** ATTORNEY AT LAW
EMAIL: EMW@LNBYG.COM DIRECT: 310.229.3364
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**EDWARD M. WOLKOWITZ**
**PROFESSIONAL RÉSUMÉ**

continued from page 1

**His publications include:**

- "Debtors Have New Weapons Against Involuntary Bankruptcy," *Journal of Corporate Renewal* 12 (December 2007)
- "Bankruptcy and Family Law: A Marriage of Irreconcilable Differences", 24 *B.H. Bar J.* 83 (1990)
- "Insolvency and Bankruptcy," (Chapter 7) *California Family Law Service, Bancroft-Whitney* (1986)
- "Legislative Analysis—Land Use Proposals," 8 *Southwestern University Law Review* 216 (1976)
- "Land Use Controls: Is there a Place For Everything," 6 *Sw.U.L.Rev.* 607 (1974)

He is a member of the State Bar of California, the American Bar Association, Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyers Conference and the National Association of Bankruptcy Trustees. He has served as President and Vice President of the Los Angeles Bankruptcy Forum; the Editorial Board of the California Bankruptcy Journal; and, the Executive Committee of the Board of Governors of the Financial Lawyers Conference.



**EDWARD M. WOLKOWITZ** ATTORNEY AT LAW
EMAIL: EMW@LNBYG.COM DIRECT: 310.229.3364
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**BETH ANN R. YOUNG**, born Santa Monica, California, June 30, 1964; Admitted to California State Bar, December, 1989; **Admitted** to the United States District Court, Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit.



**BETH ANN R. YOUNG**
bry@lnbyg.com

**Education:** University of California at Los Angeles (B.A., 1986); Loyola Law School (J.D., 1989).

**Member:** California Bar Association, American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Financial Lawyers' Conference and Los Angeles Bankruptcy Forum.

**Bankruptcy Court Panel Mediator:** United States Bankruptcy Court, Central District of California, January 2014 through the present; Certificated Completion of Mediation Training Program: Straus Institute for Dispute Resolution, Pepperdine School of Law, January 2014.

**Reported Decisions:** San Paolo U.S. Holding Company v. 816 South Figueroa Company (1998) 62 Cal. App. 4th 1010, 1026; and Ziello v. First Federal Bank (1995) 36 Cal. App. 4th 321, 42 Cal. Rptr. 2d 251.



BETH ANN R. YOUNG ATTORNEY AT LAW
EMAIL: BRY@LNBYG.COM DIRECT: 310.229.3352

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**MONICA YOUNG KIM** was admitted to the California Bar in 1995, after graduating from the University of California at Berkeley (B.A., 1991) and Hastings College of the Law (J.D., 1995). She was a Law Clerk to the Honorable Jane Dickson McKeag, U.S. Bankruptcy Judge, Eastern District of California, 1995–96. Ms. Kim has worked solely in the areas of bankruptcy, insolvency and business reorganization, and commercial and real estate transactions, representing debtors, creditors' committees, creditors, sellers, and purchasers. She joined Levene, Neale, Bender, Yoo & Golubchik L.L.P. in 1996, and became a partner in 2004.

Ms. Kim is also involved in out-of-court restructuring transactions, including assignments for creditors, representing sellers/assignors, assignees and buyers. Her experience has included representation in retail, healthcare, entertainment, manufacturing, real estate, service and technology. Ms. Kim is a member of the American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Women Lawyers Association of Los Angeles, and the Korean American Bar Association, and is admitted to the Central, Eastern, Northern and Southern Districts of California.



**MONICA Y. KIM**
myk@lnbyg.com



**MONICA Y. KIM** ATTORNEY AT LAW
EMAIL: MYK@LNBYG.COM DIRECT: 310.229.3397

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**PHILIP A. GASTEIER**
pag@lnbyg.com

**PHILIP A. GASTEIER'S** more than 40 years of practice has included a broad range of bankruptcy and insolvency representation, including Chapter 11 debtors, trustees in Chapter 7 and Chapter 11 cases, creditors, committees, buyers, landlords and parties to executory contracts, with particular emphasis on complex reorganizations and structuring transactions.

In his first decade of practice in Philadelphia, Mr. Gasteier successfully represented landlords and purchasers of leasehold interests in large cases such as Food Fair and Lionel, and participated in preparation of materials for presentation to Congress in connection with hearings leading to the Shopping Center Amendments to the Bankruptcy Code in 1984. He counseled extensively in connection with insolvency and bankruptcy aspects of commercial leases for shopping centers and retail chains, and authored "Shopping Centers As Utilities Under the Bankruptcy Code," *Shopping Center Legal Update,* Summer, 1983. Mr. Gasteier also provided insolvency counseling in connection with bond and other securities transactions. Mr. Gasteier was involved in representation of creditor or equity committees in matters including Franklin Computer, Manson-Billard Industries and Monroe Well Service, Inc. Debtor representation included Motor Freight Express, a multi-state motor carrier, and Dublin Properties.

Mr. Gasteier's practice in Los Angeles has included entertainment and other intellectual property matters, such as Fries Entertainment, Inc., Qintex Entertainment, Inc., and Hal Roach Studios, Inc. where he was primarily responsible for structuring and confirming chapter 11 plans, as well as representation of Carolco Pictures, Inc. and Paramount Studios. He has provided specialized insolvency counseling and litigation support in connection with numerous transactions, licenses and other entertainment contracts. Mr. Gasteier argued In re: Qintex Entertainment, Inc., 950 F.2d 1492 (9th Cir. 1991) to the Ninth Circuit U.S. Court of Appeals, a principal case establishing the executory contract analysis applicable to copyright licenses, and determining that participation rights constitute unsecured claims. Other debtor representation has included Currie Technologies Inc.; Wavien, Inc; Ocean Trails L.P.; Superior Fast Freight, Inc.; and B.U.M. International, Inc. Mr. Gasteier has been involved in creditor committee representation in cases such as House of Fabrics, California Pacific Funding, Ltd., Condor Systems, Inc. and Chase Technologies, Inc.

continued. . .



PHILIP A. GASTEIER ATTORNEY AT LAW
EMAIL: PAG@LNBYG.COM DIRECT: 310.229.3329
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G

**PHILIP A. GASTEIER**

**PROFESSIONAL RÉSUMÉ**

continued from page 1

Mr. Gasteier is a graduate of the Law School of the University of Pennsylvania (J.D. 1977) and the Ohio State University (B.A. 1974). He was admitted to the Pennsylvania Bar in 1977 and to the California Bar in 1987. He is also a member of the bar of the United States District Court, Central, Eastern and Northern Districts of California; the U.S. District Court, Eastern District Court of Pennsylvania, and the Ninth and Third Circuit Courts of Appeals. He is a member of the American Bankruptcy Institute, the American Bar Association, the State Bar of California, the Century City Bar Association, the Financial Lawyers Conference and the Los Angeles County Bar Association, where he served as a member of the Bankruptcy Sub-Committee of the Section on Commercial Law and Bankruptcy from (1990–1992). He has been active in civic affairs, and is a past President (2008–2009), Vice President (2006–2008) and Board Member (2004–2009) of the Greater Griffith Park Neighborhood Council, an official body of the City of Los Angeles.



**PHILIP A. GASTEIER** ATTORNEY AT LAW
EMAIL: PAG@LNBYG.COM DIRECT: 310.229.3329
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOHN N. TEDFORD, IV,** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. John joined Levene Neale in February 2025, after over 22 years at Danning, Gill, Israel & Krasnoff, LLP.



**JOHN N. TEDFORD, IV**
jnt@lnbyg.com

For over 20 years, John Tedford has represented debtors, creditors, trustees and receivers in bankruptcy and other insolvency matters. He represents clients in all California state and federal courts, especially bankruptcy courts. He is also a member of the bar of the U.S. Supreme Court.

When not representing clients, John often speaks and writes about trending issues in his field. He is a regular contributor of e-Bulletins published by the Insolvency Law Committee of the California Lawyers Association's Business Law Section. His articles have been published in the California Bankruptcy Journal, ABI Journal, and Norton's Annual Survey of Bankruptcy Law.

John also is active in a number of legal organizations. He was recently selected to be a Fellow of the American College of Bankruptcy, and will be inducted in the 36th Class of the College in March 2025. He is currently a Lawyer Representative to the Ninth Circuit Judicial Conference, President of the California Bankruptcy Forum, and Treasurer of the Century City Bar Association. He is a board member and former officer of the Los Angeles Bankruptcy Forum (serving as its President in 2017-2018) and Financial Lawyers Conference (serving as its President in 2023-2024). John also is a former co-chair of the Insolvency Law Committee of the Business Law Section of the California Lawyers Association.

### PRACTICE AREAS

Bankruptcy Appeals
Creditor Representation
- *Creditor Committee Counsel*
- *Creditor Representation in Bankruptcy Cases*
Debtor Representation
- *Chapter 11 Business Reorganization*
- *Chapter 11 Individual Reorganization*
- *Chapter 7*

Litigation in Federal and State Courts
Fiduciary Services and Representation
- *Chapter 7 and 11 Bankruptcy Trustees*
- *Federal and State Receivers*

continued. . .



**JOHN N. TEDFORD, IV** ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM DIRECT: 310.229.3367
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**JOHN N. TEDFORD, IV**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

## EDUCATION

University of Southern California Gould School of Law, J.D., May 1999

University of Southern California, B.S., Business Administration, May 1996

## ADMISSIONS

State Bar of California, 1999

U.S. Supreme Court

U.S. Court of Appeals for the Ninth Circuit

U.S. District Courts in California
- *Central District of California*
- *Eastern District of California*
- *Northern District of California*
- *Southern District of California*

U.S. District Courts outside of California
- *District of Colorado*
- *Western District of Wisconsin*

## MEMBERSHIPS & ASSOCIATIONS

American College of Bankruptcy (to be inducted in March 2025)

Ninth Circuit Judicial Conference, Lawyer Representative

Financial Lawyers Conference, Member and member of the Board of Governors (President, 2023-2024)

California Bankruptcy Forum, Member and President (2024-2025)

American Bankruptcy Institute, Member and Member of the Bankruptcy Battleground West Advisory Board (2021-2022)

Los Angeles Bankruptcy Forum, Member and former President (2017-2018)

Insolvency Law Committee, Business Law Section of the California Lawyers Association, Advisor and former Co-Chair (2017-2018)

California Bankruptcy Journal, Editor

continued. . .



**JOHN N. TEDFORD, IV** ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM DIRECT: 310.229.3367
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

**REPRESENTATIVE MATTERS**

*In re FAME Housing Corporation, et. al.*, in which John represents a chapter 7 trustee administering commercial and residential properties owned by three non-profit corporations.

*In re Casden*, in which John represents an individual chapter 11 debtor seeking to reorganize his financial affairs after entry of a multi-million judgment against him.

*In re MVK FarmCo*, in which John represents a former employee seeking allowance of an administrative claim against the debtor's estate.

*In re Elite Investment Management Group, LLC*, in which John represented a chapter 11 debtor that owned a partially-completed 21,000 square foot residence in Bel Air.

*In re Salvador*, in which John represented a chapter 7 debtor challenging the Ninth Circuit's interpretation of a Bankruptcy Code provision relating to the dischargeability of old income taxes.

*In re Better Nutritionals, LLC*, in which John represented a chapter 11 debtor in the business of manufacturing nutritional gummies.

*In re Airport Van Rental, Inc,* in which John represented chapter 11 debtors seeking to reorganize a car rental business.

*In re 9469 Beverly Crest, LLC*, in which John represented a chapter 11 debtor who needed additional financing to complete construction of a residence.

*In re Meruelo Maddux Properties, Inc*., in which John represented 56 chapter 11 debtors who were collectively the largest non-government landowner in downtown Los Angeles.

*In re Death Row Records* and *In re Suge Knight*, in which John represented court-appointed trustees who sold the debtors' extensive music library.

*In re Korean Western Presbyterian Church of Los Angeles*, in which John represents the chapter 11 trustee for a church involved in a dispute between two groups asserting control over the church.

*In re Elliott*, in which John obtained a published Ninth Circuit decision addressing courts' jurisdiction over claims asserted under section 727(d) of the Bankruptcy Code.

*In re Lua*, in which John represented the National Association of Bankruptcy Trustees as amicus curiae in an appeal involving debtors' homestead exemptions.

*SEC v. Westmoore Management, LLC*, in which John represented a federal equity receiver appointed for a group of investment companies that operated a multi-million dollar Ponzi scheme.

*In re Pacific 9 Transportation, Inc*., in which John represented the creditors' committee in a chapter 11 case involving a port trucking company with a history of labor code violations.

*In re Altadena Lincoln Crossing, LLC*, in which John assisted judgment creditors in settling claims against a bankrupt real estate developer.

A non-bankruptcy matter in which John helped a private investor negotiate terms of a new investment in a solar power contractor.

A non-bankruptcy matter in which John represented an Assignee in an Assignment for Benefit of Creditors for an entity that manufactured and had retail locations at which it sold gluten-free bakery items.

continued. . .



**JOHN N. TEDFORD, IV** ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM DIRECT: 310.229.3367
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**JOHN N. TEDFORD, IV**
**PROFESSIONAL RÉSUMÉ**
continued from page 3

## PUBLICATIONS (ARTICLES)

*Equitable Tolling: Prophylactic Orders and Applicable Standards After* Smith v. Davis, 36 Cal. Bankr. J. 31 (2022).

*Dischargeability of Non-Priority Taxes for Which a Tax Return Was Not Timely Filed*, 2020 Norton Ann. Surv. of Bankr. L., 183 (2020 ed.).

*Dischargeability of Nonpriority Taxes for Late-Filed Tax Return*, Am. Bankr. Inst. J., Sept. 2019, at 14.

*Characterization, Classification, Payment and Treatment of Real Property Tax Claims Arising Under California Law*, 32 Cal. Bankr. J. 1 (2012).

*9th Circuit BAP Significantly Limits Mootness under § 363(m)*, Bankr. Ct. Decisions, Vol. 50, Issue 7 (2008).

## PUBLICATIONS (ILC CASE ANALYSES)

July 21, 2023: *Masingale v. Munding (In re Masingale)*, 644 B.R. 530 (9th Cir. BAP 2022).

January 9, 2023: Amendments to the Federal Rules of Bankruptcy Procedure Effective December 1, 2022.

October 18, 2022: *Bear Creek Trail, LLC v. BOKF, N.A. (In re Bear Creek Trail, LLC)*, 35 F.4th 1277 (10th Cir. 2022).

May 4, 2022: *Sienega v. Cal. Franchise Tax Bd. (In re Sienega)*, 18 F.4th 1164 (9th Cir. 2021).

Jan. 18, 2022: *Berkovich v. Cal. Franchise Tax Bd. (In re Berkovich)*, 15 F.4th 997 (9th Cir. 2021).

Dec. 16, 2021: *Perryman v. Dal Poggetto (In re Perryman)*, 631 B.R. 899 (9th Cir. BAP 2021).

Dec. 7, 2021: Amendments to the Federal Rules of Bankruptcy Procedure and Federal Rules of Appellate Procedure Effective December 1, 2021.

Aug. 17, 2020: *Speier v. Brace*, 9 Cal. 5th 903, 470 P.3d 15 (2020).

Jan. 16, 2020: *Ritzen Group, Inc. v. Jackson Masonry, LLC*, 589 U.S. ___ (Jan. 14, 2020).

Dec. 13, 2019: Small Business Reorganization Act Imposes New Diligence Requirements on Preference Plaintiffs and Modifies Venue Provisions for Proceedings to Recover Less than $25,000.

Aug. 16, 2019: *Hugger v. Warfield (In re Hugger),* 2019 WL 1594017 (9th Cir. BAP Apr. 5, 2019).

Mar. 18, 2019: *Brace v. Speier (In re Brace),* 2019 WL 167783 (9th Cir. Jan. 11, 2019).

Mar. 15, 2019: *Klein v. ODS Technologies, LP (In re J & J Chemical, Inc.),* Adv. No. 18-08029-JDP (Bankr. D. Idaho Jan. 11, 2019).

May 15, 2018: *JPMC 2007-C1 Grasslawn Lodging, LLC v. Transwest Resort Props., Inc. (In re Transwest Resort Props., Inc.),* 881 F.3d 724 (9th Cir. 2018).

Nov. 30, 2017: *Hsu v. MTC Fin., Inc. (In re Hsu)*, 692 Fed. Appx. 888 (9th Cir. June 30, 2017).

Nov. 29, 2017: Revisions to the Federal Rules of Evidence and Appellate, Civil, and Bankruptcy Procedure Effective December 1, 2017.

Sept. 11, 2017: *Salven v. Galli (In re Pass),* 553 B.R. 749 (9th Cir. BAP 2016).

Nov. 30, 2016: Revisions to the Federal Rules of Appellate, Civil, and Bankruptcy Procedure Effective December 1, 2016.

Oct. 26, 2016: *United States v. Martin (In re Martin)*, 542 B.R. 479 (9th Cir. BAP 2015), and Smith v. IRS (In re Smith), 828 F.3d 1094 (9th Cir. 2016).

Nov. 12, 2015: *Grego v. U.S. Trustee (In re Grego),* 2015 WL 3451559 (9th Cir. BAP May 29, 2015).

July 30, 2015: *Ly v. Che (In re Ly),* 2015 WL 1787575 (9th Cir. Apr. 21, 2015).

June 8, 2015: *Todd v. Rothschild (In re Todd)*, 2015 WL 1544585 (9th Cir. BAP 2015).

Feb. 20, 2015: *Elliott v. Weil (In re Elliott),* 523 B.R. 188 (9th Cir. BAP 2014).

Feb. 13, 2015: *In re Mallo*, 774 F.3d 1313 (10th Cir. 2014)

continued. . .


**JOHN N. TEDFORD, IV** ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM DIRECT: 310.229.3367
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**JOHN N. TEDFORD, IV**
**PROFESSIONAL RÉSUMÉ**
continued from page 4

## EVENTS

July 23, 2024: Vexatious Litigants – What Can Bankruptcy Courts Do?; Ninth Circuit Judicial Conference (Bankruptcy Judges Education Committee Program), Sacramento, California.

March 7, 2024: Hot Topics in Subchapter V Cases; Conference of Chief Bankruptcy Judges, Clerks and Bankruptcy Lawyer Representatives, San Diego, California.

June 9, 2023: ABC, D & F: Getting Current on the Use of ABC's Across the Country; Association of Insolvency and Restructuring Advisors, Newport Beach, California.

Nov. 14, 2022: Til *Till* Do We Part?; Conference of Chief Bankruptcy Judges, Clerks and Bankruptcy Lawyer Representatives, Tucson, Arizona.

Nov. 4, 2022: Section 522(f): Avoiding the Inevitable; 2022 Central District Conference (Bankruptcy Judges Education Committee Program), Ojai, California.

Oct. 7, 2022: How to Make Your Appeal More Appealing; Financial Lawyers Conference (Nuts & Bolts Program).

Sept. 9, 2022: The Wrath of *Stern*; American Bankruptcy Institute Southwest Bankruptcy Conference, Las Vegas, Nevada.

July 20, 2022: Comfort Orders; Ninth Circuit Judicial Conference (Bankruptcy Judges Education Committee Program), Big Sky, Montana.

Feb. 18, 2022: Bankruptcy Avoidance Actions: Plaintiffs, Preferences and "Fraud"; Financial Lawyers Conference (Nuts & Bolts Program).

Nov. 19, 2021: Brave New World: Ethical and Practical Considerations in Conducting Remote Hearings and Trials; Los Angeles Chapter of the Federal Bar Association.

Nov. 5, 2021: Trending Bankruptcy Issues: Dischargeability of Income Taxes; American Bankruptcy Institute Consumer Practice Extravaganza.

May 14, 2021: Debates on Hot Topics In Bankruptcy; California Bankruptcy Forum, Annual Insolvency Conference.

Dec. 4, 2020: Late-Filed Returns and How to Discharge Them; San Fernando Valley Bar Association.

July 27, 2020: Bankruptcy & Restructuring: A Roundtable Discussion; Los Angeles Business Journal.

June 27, 2019: How to Make Your Appeal More Appealing; Beverly Hills Bar Association, Beverly Hills, California.

Sept. 23, 2017: Exemptions: Is Bad Faith a Factor or Not?; Central District Consumer Bankruptcy Attorney Association, Los Angeles, California.

Feb. 18, 2016: The Force Awakens: Objections to Exemptions After Law v. Siegel; L.A. County Bar Association, Los Angeles, California.

May 28, 2015: Bankruptcy Proofing: Fact or Fiction?; Beverly Hills Bar Association, Beverly Hills, California.

May 20, 2014: Laying down the Law: The Bankruptcy Court's Equitable Powers and Strategic Considerations after *Law v. Siegel*; L.A. County Bar Association, Los Angeles, California.

continued. . .



**JOHN N. TEDFORD, IV** ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM DIRECT: 310.229.3367
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

continued from page 5

Feb. 19, 2013: Recent Developments Affecting Section 363 Bankruptcy Sales and Sale Orders; Beverly Hills Bar Association, Beverly Hills, California.

Mar. 21, 2012: Cramdowns in Real Estate Bankruptcies and Protecting the Guarantors: A Guide to Commercial Real Estate Loan Reductions through Bankruptcy; L.A. County Bar Association, Los Angeles, California.

Aug. 30, 2011: Cram Downs in Real Estate Bankruptcies and Protecting the Guarantors; Beverly Hills Bar Association, Beverly Hills, California.

July 20, 2010: Bankruptcy Sales: Are They Really "Free and Clear"? The Aftermath of the *Clear Channel* Decision; Orange County Bankruptcy Forum, Irvine, California.

Jan. 21, 2010: Fallout from the Commercial Real Estate Crisis: Lessons Learned from the General Growth, Namco, and Other Recent Bankruptcy Cases; Beverly Hills Bar Association, Beverly Hills, California.

Apr. 6, 2009: *Clear Channel Outdoor, Inc. v. Knupfer (In re PW, LLC)*, 391 B.R. 25 (9th Cir. BAP 2008): Does Appealing Sales Make for Unappealing Assets?; Los Angeles Bankruptcy Forum, Los Angeles, California.

Feb. 19, 2009: Unclear Channel for Bankruptcy Sales Free and Clear of Liens – the BAP's *Clear Channel* Decision and Its Consequences; Beverly Hills Bar Association, Beverly Hills, California.

Sept. 3, 2008: Clearing the Channel: Navigating the Sale Waters after *Clear Channel*; Insolvency Law Committee, Business Law Section of the State Bar of Cal. (webinar).



JOHN N. TEDFORD, IV ATTORNEY AT LAW
EMAIL: JNT@LNBYG.COM DIRECT: 310.229.3367
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DANIEL H. REISS**, a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has specialized in the area of bankruptcy and insolvency for over thirty years. Before entering the legal field, Mr. Reiss started his professional career at KPMG (then Peat, Marwick and Mitchell) and became a Certified Public Accountant specializing in tax structuring in mid-market and entrepreneurial businesses. Mr. Reiss graduated from California State University, Northridge, *summa cum laude,* B.S., Business Administration in 1984. Mr. Reiss's business education and background is of significant importance in dealing with the complex financial issues facing distressed business situations.



**DANIEL H. REISS**
dhr@lnbyg.com

Armed with practical business knowledge, Mr. Reiss decided to pursue a career in law and graduated in 1990 from Loyola University Law School where he was a staff writer and notes editor of the *Law Review,* president of Phi Delta Phi legal honor fraternity, and was a member of the St. Thomas More Honor Society.

Mr. Reiss joined LNBYG in November 2000. Mr. Reiss is a member of the executive committee of the Bankruptcy Section of the Beverly Hills Bar Association, and is a member of the Los Angeles Bankruptcy Forum, Financial Lawyers Conference and the Los Angeles County Bar Association. Mr. Reiss has been honored as a "Super Lawyer" multiple times since 2006 in a region-wide survey, an honor bestowed on only 5% of Southern California attorneys.

Mr. Reiss's bankruptcy experience extends to cases and distressed situations involving public utilities, healthcare, retail, aviation, hospitality, real estate, bio-tech and general manufacturing. Mr. Reiss regularly represents debtors, creditor committees, secured creditors, bankruptcy trustees and buyers of distressed assets and companies. Mr. Reiss is a frequent speaker before trade and legal groups, and is a nationally published author on bankruptcy issues.

Mr. Reiss is also an experienced bankruptcy litigator, having been lead counsel in more than 100 adversary proceedings in bankruptcy court. When not representing the bankruptcy entity or a trustee, Mr. Reiss has successfully petitioned the Court to confer standing on his clients to file litigation on behalf of the estate. Mr. Reiss also has expertise in removing state court litigation to the bankruptcy court and dealing

continued. . .



**DANIEL H. REISS** ATTORNEY AT LAW
EMAIL: DHR@LNBYG.COM DIRECT: 310.229.3338
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

continued from page 1

with complex jurisdictional issues. Litigation targets commonly include company directors, officers and other insiders, recipients of avoidable asset transfers, or creditors holding invalid liens or claims.

**Mr. Reiss's published articles include:**

- "Bankruptcy Battlegrounds in Franchising," *Franchise Law Insider,* 3rd Quarter 2005
- "Assignment of Leases," *National Law Journal,* Winter 2006
- "'Travelers Cas.' Part II," *National Law Journal,* Winter 2007.
- "Single-Asset Real Estate," *National Law Journal,* Summer 2008.
- "D&O Moves to the Forefront in Bankruptcy Cases," *National Law Journal,* Summer 2009.
- "Protecting Interests in the Event of Tenant Bankruptcies," *National Law Journal,* Spring 2010.
- "When Cases In Two Bankruptcy Courts Clash," *National Law Journal,*
- Fall 2010
- "Marshall Case Raises Issue Of Consent To Jurisdiction" *National Law Journal,* Summer 2011
- "Bidders At Bankruptcy Auctions, Beware," *National Law Journal,* Summer 2012
- "What's a Class Action Plaintiff To Do?" *National Law Journal,* Summer 2013

**Mr. Reiss's speaking engagements include:**

- "Franchise Issues in Bankruptcy," Spring, 2004, Franchise Business Network.
- "Hostile Takeovers in Bankruptcy Cases," Credit Managers Association.
- "Directors and Officers Litigation in Bankruptcy," Spring, 2008, Turnaround Management Association and Beverly Hills Bar Association.
- "Healthcare Business Bankruptcies," Spring 2009, Los Angeles County Bar Association, Healthcare Law and Commercial Law And Bankruptcy Sections
- "Bankruptcy Battlegrounds in Franchising," Fall, 2009, Southern California Franchise Business Network.
- "Class-Action Claims Against Bankrupt Defendants An Overview," Summer 2013, State Bar of California, San Francisco, California

continued. . .



DANIEL H. REISS ATTORNEY AT LAW
EMAIL: DHR@LNBYG.COM DIRECT: 310.229.3338
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G

**DANIEL H. REISS**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

- "TIC TALK - Issues in Tenant in Common Bankruptcy Cases and Related Considerations," Spring 2015, Beverly Hills Bar Association – Bankruptcy Law and Real Estate Law Sections
- Panelist, Wage and Hour and Other Employment Issues Facing Troubled Companies, AIRA 34th Annual Conference, Nashville, Tenn. 2018.



**DANIEL H. REISS** ATTORNEY AT LAW
EMAIL: DHR@LNBYG.COM DIRECT: 310.229.3338
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TODD A. FREALY**, a partner of the firm, represents Chapter 7 trustees throughout Southern California in all aspects of case administration and litigation. In July 2010, Mr. Frealy was appointed to the panel of Chapter 7 trustees for the Riverside Division of the United States Bankruptcy Court. Mr. Frealy currently serves as a Chapter 11 trustee and Chapter 7 trustee in cases pending in the Central District of California. Mr. Frealy is a graduate of Southwestern University School of Law (J.D. 1998) and the University of California, Los Angeles (B.A. 1995). During law school he was an extern to the Honorable Mitchel R. Goldberg and Honorable Arthur M. Greenwald, U.S. Bankruptcy Judges for the Central District of California. After law school, he clerked for the Honorable David N. Naugle, U.S. Bankruptcy Judge, Central District of California, Riverside Division (1998–2000). Mr. Frealy was a member of the Board of Directors for the Inland Empire Bankruptcy Forum from 2009–2014 and was a member of the Southwestern University School of Law Alumni Board of Directors (September 2006 to June 2009). He is also a member of the Los Angeles County Bar Association and the Los Angeles Bankruptcy Forum. In 2021, Mr. Frealy was recognized as a "Super Lawyer" by *Super Lawyers* magazine. He was admitted to the California Bar in 1998, and is admitted to the Central, Eastern, Northern and Southern Districts of California.



**TODD A. FREALY**
taf@lnbyg.com

**Articles written by Mr. Frealy include:**

- "Dazed and Confused," *California Bankruptcy Court Reporter,* Vol. 4, No. 3, March 2000 (Dischargeability of student loans and the "undue hardship test")
- "Finding the Key," *California Bankruptcy Court Reporter,* Vol. 4, No. 6, June 2000 (How to Set off Mutual Debts in Bankruptcy)

**Mr. Frealy is a frequent speaker on bankruptcy issues, including:**

- Southwestern Law Review's symposium: "Bankruptcy in the New Millennium," February 2010
- Inland Empire Bankruptcy Forum: "Disclosed and Undisclosed Assets In Chapter 7," April 2014
- Inland Empire Bankruptcy Forum: "Hot Topics In Consumer Chapter 7 Proceedings," November 2014
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," April 2015

continued. . .



**TODD A. FREALY** ATTORNEY AT LAW
EMAIL: TAF@LNBYG.COM DIRECT: 310.229.3366

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

continued from page 1

- Riverside County Bar Association: “What Every Non-Bankruptcy Lawyer Should Know About Bankruptcy (And Should Be Afraid Not To Ask),” December 2015
- Inland Empire Bankruptcy Forum: “An Evening With The Trustees,” March 2016



TODD A. FREALY ATTORNEY AT LAW
EMAIL: TAF@LNBYG.COM DIRECT: 310.229.3366
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**RICHARD P. STEELMAN, JR.**
rps@lnbyg.com

**RICKY STEELMAN** Ricky Steelman is a Partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. Mr. Steelman's practical, client-centered, and resolution-driven practice focuses on complex commercial disputes, including litigation connected to bankruptcy, restructuring, and insolvency. His extensive business litigation experience includes successful representation of individuals, Fortune 500 companies, creditors, debtors, hospitals, and emergency physician groups in state and federal courts, as well as private arbitrations, throughout all phases of the litigation process. This includes pre-litigation investigation and demands, the filing of a complaint, law and motion practice (such as drafting and filing demurrers, motions to dismiss, and motions for summary judgment), conducting and responding to discovery (including depositions and subpoenas), attending mediations and settlement conferences, and representing clients at trial and evidentiary hearings.

Mr. Steelman is also an experienced appellate attorney who has managed more than 85 appeals in the various appellate districts of the California Courts of Appeal, the Bankruptcy Appellate Panel for the Ninth Circuit, and the United States Court of Appeals for the Ninth Circuit. He also has substantial bankruptcy experience in numerous bankruptcy matters, contested proceedings, and adversary proceedings. Specifically, he played a critical role in obtaining summary judgment (resulting in a published decision in favor of a Fortune 100 financial institution) where the bankruptcy court granted his plaintiff client's request for substantive consolidation. That judgment forced seven non-debtor entities and three non-debtor individuals involved in a multi-million dollar mortgage-relief fraud scheme into the primary debtor-entity's Chapter 7 bankruptcy and under the purview of the bankruptcy court. This resulted in better protections for vulnerable consumers and members of the community, as well as financial institutions and corporations.

Mr. Steelman also has significant class action defense work in federal court and substantive experience handling California probate proceedings, including trial. He first chaired a probate trial where he successfully challenged the executor's final accounting of a probate estate and the executor's request for extraordinary fees in connection with that estate. That probate decision after a multiple-day trial resulted in greater financial distributions to Mr. Steelman's client, as well as several other non-profit organizations across the country.

continued. . .



**RICHARD P. STEELMAN, JR.** ATTORNEY AT LAW
EMAIL: RPS@LNBYG.COM DIRECT: 310.229.3339

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**RICHARD P. STEELMAN, JR.**

**PROFESSIONAL RÉSUMÉ**

continued from page 1

Mr. Steelman is very proud to be a two-time Cooke Scholar after being selected for the 2002 Jack Kent Cooke Foundation Undergraduate Scholarship and the 2006 Jack Kent Cooke Foundation Graduate Scholarship – a rare and coveted accomplishment in today’s competitive world. He graduated magna cum laude from Pepperdine University with a B.A. in Political Science and a Music Minor in 2003. He graduated cum laude from Pepperdine University School of Law in 2009. He is licensed in all California state and federal courts, the U.S. Court of Appeals for the Ninth Circuit, as well as the state of Colorado. He is a member of the Los Angeles County Bar Association and its Appellate Courts and Litigation sections. He is honored to have been named nine times as a Southern California Super Lawyers “Rising Star.” Prior to joining the firm, Mr. Steelman worked more than 8.5 years at Bryan Cave Leighton Paisner LLP as a litigation, appellate, and class action associate. He also worked at Buchalter as special counsel, focusing on complex healthcare litigation relating to provider-payor disputes.



**RICHARD P. STEELMAN, JR.** ATTORNEY AT LAW
EMAIL: RPS@LNBYG.COM DIRECT: 310.229.3339

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JULIET Y. OH** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. representing individuals and corporations in Chapter 11 bankruptcy cases, out-of-court restructuring proceedings and bankruptcy litigation proceedings. She has been voted a "Rising Star" in a poll of her peers in Southern California each year since 2006.

Ms. Oh has recently represented Chapter 11 debtors Anna's Linens, Inc., Green Fleet Systems, LLC, Belasco Unlimited Corporation, Apex Digital, Inc., Roosevelt Lofts, LLC, Central Metal, Inc., Franchise Pictures LLC, et al., Fatburger Restaurants, and the Official Committee of Unsecured Creditors of Halcyon Holding Group.

Prior to joining the firm in 2003, Ms. Oh specialized in the representation of individuals in Chapter 7 and Chapter 13 cases and worked as an extern with the Office of the U.S. Trustee, Central District of California. Ms. Oh is a graduate of Stanford University and obtained her law degree from University of California, Los Angeles. She was admitted to the California Bar in 2000, is a member of the Korean American Bar Association, California Bankruptcy Forum and Los Angeles Bankruptcy Forum.



**JULIET Y. OH**
jyo@lnbyg.com



**JULIET Y. OH** ATTORNEY AT LAW
EMAIL: JYO@LNBYG.COM DIRECT: 310.229.3348

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TODD M. ARNOLD** has been with LNBY&G since 2003. Mr. Arnold specializes in corporate and high net worth individual reorganizations and bankruptcy litigation. Mr. Arnold has served as counsel in several major reorganization cases and in hundreds of avoidance actions. Mr. Arnold joined LNBYG after serving as an extern and a law clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Judge. He has been voted a "Rising Star" in a poll of his peers in Southern California each year since 2006. A native of Sacramento, Mr. Arnold graduated from the University of California, Los Angeles with a B.A. in English and Loyola Law School, Los Angeles, *cum laude,* with a Juris Doctor degree and as a member of the Order of the Coif.



**TODD M. ARNOLD**
tma@lnbyg.com



**TODD M. ARNOLD** ATTORNEY AT LAW
EMAIL: TMA@LNBYG.COM DIRECT: 310.229.3349

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**ANTHONY A. FRIEDMAN** specializes in the representation of debtors in reorganizations and liquidations, Chapter 7 and Chapter 11 Trustees, bankruptcy litigation, State Court litigation, and creditors' committees. Mr. Friedman is admitted to practice before all the Courts of the State of California, the United States District Court, Central, Eastern, Northern and Southern Districts, the Ninth Circuit Court of Appeals and the United States Supreme Court. Mr. Friedman received his Juris Doctor degree from the University of La Verne School of Law in 1999 and his Bachelor of Arts degree from the University of California at San Diego in 1992. Prior to joining Levene, Neale, Bender, Yoo & Golubchik L.L.P., Mr. Friedman was a judicial extern for the Honorable Kathleen Thompson, United States Bankruptcy Judge, Central District of California. Mr. Friedman is also a member of the American Bankruptcy Institute, the Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the California Bankruptcy Forum, the Financial Lawyer's Conference, the James T. King Bankruptcy Inn of Court (current Board member and past president 2017–2018), and several Southern California Bar Associations. Mr. Friedman is also a volunteer in the Public Counsel Law Center Bankruptcy pro bono project.



**ANTHONY A. FRIEDMAN**
aaf@lnbyg.com



**ANTHONY A. FRIEDMAN** ATTORNEY AT LAW
EMAIL: AAF@LNBYG.COM DIRECT: 310.229.3396

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**KURT RAMLO**, a Los Angeles native, provides restructuring advice to business organizations facing financial distress. His practice includes guiding organizations through out-of-court and chapter 11 reorganizations, as well as related transactions and litigation. He routinely provides advice on structuring cutting-edge transactions on behalf of public and private debtors, foreign representatives, receivers, shareholders, plan sponsors, third-party acquirers, secured and unsecured creditors, creditors' committees and post-petition lenders, as well as other restructuring professionals. A former Assistant United States Attorney, Mr. Ramlo also has extensive trial and commercial litigation experience in bankruptcy and federal district courts.



**KURT RAMLO**
kr@lnbyg.com

His representative chapter 11 matters include advising the debtors in NexPrise, Inc.; Hingham Campus; Minor Family Hotels; Delphi Corporation; Refco; Blue Bird Body Company (prepackaged plan); Friedman's Jewelers; First Virtual Communications; Kmart Corporation; ZiLOG, Inc. (prepackaged plan); Stone & Webster; Wilshire Center Marketplace (Ambassador Hotel); Washington Group; and Furr's Supermarkets; the foreign representatives in Flightlease Holdings and SunCal; the receiver in private equity management group; equity stockholders or plan sponsors in Charter Communications; Crescent Jewelers; Oregon Arena Corporation; Old UGC; and Clift Holdings (The Clift Hotel); asset purchasers and bidders in Medical Capital Holdings; Variety Arts Theatre; Chef Solutions Holdings; People's Choice Financial Corporation; Sun World; The Walking Company; Centis; and iSyndicate; estate professionals in General Growth Properties and Leap Wireless; and creditors in Cocopah Nurseries; One Pelican Hill North, L.P.; McMonigle Residential Group; Contessa Premium Foods; LBREP/L-Lehman SunCal Master I, LLC; Phoenix Coyotes; GTS 900 F (Concerto); Cupertino Square; American Home Mortgage; Trump Casinos; Consolidated Freightways; Loral Space & Communications; Leap Wireless; DirecTV Latin American; Northwestern Corporation; Airwalk; Centis; Regal Cinemas; eToys; Excite/At Home Corporation; Paracelsus Healthcare; and the creditors' committee in Hamakua Sugar Company.

Litigation matters include CanAm Capital Holdings (Ponzi scheme fraudulent transfer action); Lyondell Chemical (New York LBO fraudulent transfer action); Linens N Things (preference); patent holder (obtaining stay pending appeal of $112 million judgment); S&W Bach (New York fraudulent transfer action); One Pelican Hill North

continued. . .



**KURT RAMLO** ATTORNEY AT LAW
EMAIL: KR@LNBYG.COM DIRECT: 310.229.3378
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**KURT RAMLO**

**PROFESSIONAL RÉSUMÉ**

continued from page 1

(California lender liability); Lost Lakes (Washington lender liability); satellite dish provider (piracy and dischargeability); Prium (lender liability); Spansion, Inc. (transfer pricing dispute); Delphi (Michigan state tax litigation; vendor litigation); Refco (Swiss securities litigation); Old UGC ($3.7 billion breach of merger action); Airwalk (debt recharacterization trial); various actions representing the United States (Medicare fraud and dischargeability; surety bond enforcement; loan and guaranty enforcement; wrongful foreclosure litigation; enforcement of criminal fines and restitution orders).

Published decisions issued in matters litigated by Mr. Ramlo include United States Pac. Ins. Co. v. United States Dep't of Interior, 70 F. Supp. 2d 1089 (C.D. Cal. 1999); Secretary of HUD v. Sky Meadow Assoc., 117 F. Supp. 2d 970 (C.D. Cal. 2000); Yunis v. United States, 118 F. Supp. 2d 1024 (C.D. Cal. 2000); and United States Dep't of Educ. v. Wallace (In re Wallace), 259 B.R. 170 (C.D. Cal. 2000).

He is a co-author of "American Bankruptcy Reform and Creativity Prompt the In re Blue Bird Body Company One-Day Prepackaged Plan of Reorganization," International Corporate Rescue, Kluwer Law International (London) (December 2006), included in Expedited Debt Restructuring: An International Comparative Analysis, Rodrigo Olivares-Caminal ed., Kluwer Law International (The Netherlands) (2007).

In 1993, Mr. Ramlo obtained his law degree from the University of California, Davis and in 1990 a Bachelor of Music degree, with a concentration on music performance on bassoon, from California State University, Northridge.



**KURT RAMLO** ATTORNEY AT LAW
EMAIL: KR@LNBYG.COM DIRECT: 310.229.3378

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**MICHAEL G. D'ALBA** joined LNBYG in May 2024 as Senior Counsel. He represents Chapter 7 trustees in investigations and avoidance actions, including on appeal. His practice extends to representing partition referees, receivers, judgment creditors, and debtors in possession in litigation matters.



**MICHAEL G. D'ALBA**
mgd@lnbyg.com

Prior to joining LNBYG, Mr. D'Alba practiced at a bankruptcy law firm in Los Angeles for 14 years. His experience there included representing the receiver of a Ponzi scheme in avoiding and recovering transfers and liquidating other assets; prevailing for the trustee on appeal when a transferee argued that a one-year statute of limitations under state law should apply over a two-year statute of limitations under bankruptcy law; avoiding unequal property settlement agreements that were followed by bankruptcy; enforcing the discharge injunction on behalf of reorganized debtors, obtaining monetary sanctions; collecting judgments, including by judicial foreclosure; and selling by auction the intellectual property assets of a defunct media enterprise. During this time, he authored *Non-filing Spouses, Homestead Exemptions, and Voidable Transactions*, 34 CAL. BANKR. J. 77 (2017), and *Based on What? Trustee Compensation Scenarios Under Section 326 of the Bankruptcy Code*, 35 CAL. BANKR. J. 339 (2021) (Brad D. Krasnoff, co-author).

Mr. D'Alba is a member of the Financial Lawyers Conference, the Los Angeles Bankruptcy Forum, and the Century City Bar Association. He has participated in the James T. King Bankruptcy Inn of Court and volunteered for Public Counsel's bankruptcy pro bono program.

Upon graduating from Princeton University and Rutgers University School of Law, Mr. D'Alba practiced in the commercial litigation department of a New Jersey law firm, which included representing Chapter 11 debtors in the residential real estate development industry.

## EDUCATION

**Rutgers University School of Law · Newark, NJ**
J.D., May 2005
Academic Honors: Dean's Merit Scholarship, 2004-2005 and 2002-2003;
Aaron Lasser & Hon. Lawrence L. Lasser Scholarship, 2003-2004

**Johann Wolfgang Goethe-Universität · Frankfurt am Main, Germany**
Fellow, German Academic Exchange Service, 1998-1999

**Princeton University · Princeton, NJ**
A.B. History, 1998

continued. . .



**MICHAEL G. D'ALBA** ATTORNEY AT LAW
EMAIL: MGD@LNBYG.COM DIRECT: 310.229.3335

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**MICHAEL G. D'ALBA**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

## PROFESSIONAL EXPERIENCE

*Feb. 2010 to present*

**Danning, Gill, Diamond & Kollitz, LLP · Los Angeles, CA · Associate**

- Investigate and prosecute avoidance actions by Chapter 7 trustees; includes handling of appeals
- Investigate debtor disclosures, then prepare and conduct examinations at 341(a) meetings
- Judgment enforcement, including by judicial foreclosure actions in Superior Court Represent Superior Court Partition Referee
- Represented Chapter 11 debtor vehicle rental company, enforced discharge injunction post-confirmation
- Represented receiver of Ponzi scheme in district court action

*Sep. 2008 to Feb. 2010*

**Khalaf & Khalaf · Pasadena, CA · Paralegal, then California-licensed Attorney**

- Interviewed clients and investigated their claims
- Drafted complaints, demurrers, motions, ex parte applications, discovery requests, and notices of claim
- Defended depositions
- Attended court hearings of ex parte applications, case management conferences, and initial appearance, pursuant to Penal Code Section 977, on DUI claim

*Sep. 2006 to July 2008*

**Greenbaum, Rowe, Smith & Davis LLP · Iselin, NJ · Associate in Litigation Departmen**t

- Represented Chapter 11 debtor Kara Homes and related entities
- Researched whether method of soliciting political campaign contributions violated criminal statutes
- Represented Chapter 11 debtor Kara Homes and related entities
- Researched whether method of soliciting political campaign contributions violated criminal statutes
- Represented lumber supplier in construction defect litigation; represented party to title insurance litigation
- Took and defended depositions; interviewed witnesses; researched and drafted jury charges; attended and argued motion hearings

*Jan. 2008 to May 2008*

**Raritan Valley Community College · North Branch, NJ · Adjunct Professor**

Designed and taught semester-long undergraduate course on basic litigation procedure in paralegal certification program

continued. . .


**MICHAEL G. D'ALBA** ATTORNEY AT LAW
EMAIL: MGD@LNBYG.COM DIRECT: 310.229.3335
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**MICHAEL G. D'ALBA**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

## PROFESSIONAL EXPERIENCE *continued*

*Sep. 2005 to Sep. 2006*

**Honorable Allison E. Accurso, Superior Court of New Jersey · Trenton, NJ · Law Clerk**
- Conducted case management conferences involving pro se litigants in family court
- Researched and drafted tentative decisions of motions, orders, and statements of reasons
- Assisted court in interviewing children in connection with custody disputes

*Jan. 2000 to Aug. 2002*

**Bloomberg LP · Princeton, NJ · Research Analyst**
Maintained pricing content from over fifty European banks; provided customer service to clients worldwide, including German-speaking clients; mentored new employees

*June to Aug.1997*

**Deutsche Bank AG · Cologne, Germany**
Assisted officials of bank's Foreign Department handling transactions between German exporters and buyers in developing economies

*June to Aug. 1997*

**Bayerische Versicherungsbank AG · Munich, Germany**
Worked as a consultant to the personnel department executive evaluating employees

*June to Aug.1994*

**Chicago Board of Trade · Chicago, IL**
Served as floor clerk to trader in open-outcry trading pit in which 30-year U.S. Treasury Bond Futures contracts were traded; reviewed trades and confirmed trades with other parties

## LEGAL INTERNSHIPS

*Jan. to May 2005*

**Honorable William G. Bassler, United States District Court · Newark, NJ**
Prepared orders on habeas corpus petitions filed by New Jersey prisoners

*Aug. 2004 to May 2005*

**Rutgers Urban Legal Clinic · Newark, NJ**
- Successfully argued for dismissal of domestic violence restraining order used to evict tenant
- Represented apartment building tenants in dispute with landlord over conditions; inspected conditions; met with tenants to discuss strategy; held meeting with landlord and tenants to try to reach settlement

*May to Aug. 2004; Aug. to Dec. 2003*

**State of New Jersey, Office of the Attorney General · Newark, NJ**
*Researched New Jersey Board of Public Utilities' regulatory power over telecommunications; translated complaint into German for international service of process; digested deposition transcripts*

*June to Aug. 2003*

**Honorable Neil H. Shuster, New Jersey Superior Court · Trenton, NJ**
*Researched procedural issues and drafted bench memoranda in chancery court*

continued. . .


**MICHAEL G. D'ALBA** ATTORNEY AT LAW
EMAIL: MGD@LNBYG.COM DIRECT: 310.229.3335
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**MICHAEL G. D'ALBA**
**PROFESSIONAL RÉSUMÉ**
continued from page 3

## ADMISSIONS

*State Bar California, 2009*
*State Bar of New Jersey, 2005 (lapsed)*

## PUBLICATIONS

Michael G. D'Alba, *Non-filing Spouses, Homestead Exemptions, and Voidable Transactions,* 34 CAL. BANKR. J. 77 (2017).

Brad D. Krasnoff, Michael G. D'Alba, *Based on What? Trustee Compensation Scenarios Under Section 326 of the Bankruptcy Code,* 35 CAL. BANKR. J. 339 (2021).

*Third Circuit Addresses the Fiduciary Obligations of Future Representatives Under 11 U.S.C. § 524(g): In re Imerys Talc America, Inc., 38 F.4th 361 (3d Cir. 2022)* (October 5, 2022), Danning, Gill, Israel & Krasnoff, LLP Insights Blog.

*Ninth Circuit to Consider Whether Mechanic's Lien is Enforceable in Bankruptcy Case* (Oct. 27, 2022), Danning, Gill, Israel & Krasnoff, LLP Insights Blog.

*Fraudulent Transfer Claim Defendant Obtains Insurance Coverage for Defending Claim* (Dec. 16, 2022), Danning, Gill, Israel & Krasnoff, LLP Insights Blog.

*Chicago District Court Considered Non-Debtor's Attempt to Extend Protection of Automatic Stay from the Los Angeles Bankruptcy Cases of Girardi and Girardi & Keese* (Jan. 20, 2023), Danning, Gill, Israel & Krasnoff, LLP Insights Blog.

## PROFESSIONAL ASSOCIATIONS

*Member, Financial Lawyers Conference*
*Member, Century City Bar Association*



**MICHAEL G. D'ALBA** ATTORNEY AT LAW
EMAIL: MGD@LNBYG.COM DIRECT: 310.229.3335

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**EVE H. KARASIK** is a business restructuring and bankruptcy attorney who focuses her practice on the representation of business entities in a variety of industries. In addition to representing corporate debtors, Ms. Karasik has represented creditors' committees, equity committees, post-confirmation liquidating trusts and Bankruptcy Code section 524(g) trusts, assignees and assignors for assignments for the benefit of creditors, receivers and creditors in state and federal receiverships, and significant creditors and litigation parties in cases pending around the country. She began her legal career at Stutman, Treister & Glatt P.C., a nationally recognized bankruptcy boutique where she practiced until May 1, 2014 when the firm had to close its doors.



**EVE H. KARASIK**
ehk@lnbyg.com

Ms. Karasik has a breadth of experience representing entities in wide variety of industries,. Some of her debtor representations of note include: Valley Economic Development Corporation (Los Angeles, CA, *Loan Origination and Servicing*), Marshall Broadcasting, Inc. (Houston, TX, *Media*), Cornerstone Apparel, Inc. (Los Angeles, CA, *Retail*), Anna's Linens, Inc. (Los Angeles, CA, *Retail*), Associated Third Party Administrators and Allied Fund Administrators LLC (Los Angeles, CA, *Benefits Administration*), Imperial Capital Bancorp, Inc. (San Diego, CA, *Bank Holding Company*), Utah 7000, LLC, et al (Salt Lake City, UT, *Luxury Real Estate Development*), Resort at Summerlin, et al (Las Vegas Nevada, *Gaming*); Gold River Hotel & Casino, et al (Las Vegas, Nevada, *Gaming*), Falcon Products, Inc., et al (St. Louis, MO, *Furniture Manufacturer*), Clark Retail Group, et al (Chicago, IL, *Gas Station and Convenience Stores*), MJ Research, Inc. (Reno, NV, *Bio Tech*), Cell Pro, (Seattle, Washington, *Bio Tech*); and U.S. Aggregates, Inc., et al (Reno, NV, *Mining*). Her creditor and equity committee representations include PHI, Inc. (Dallas, TX, *Oil and Gas Logistics*), New Meatco Provisions, LLC (Los Angeles, CA, *Food Distribution*), Circus and Eldorado Joint Venture, et al. (Reno, NV, *Gaming*), Riviera Holdings Corporation, et al. (Las Vegas, NV. *Gaming*), Eurofresh, Inc., et al (Phoenix, AZ, *Food Producer and Distributor*), USA Capital First Trust Deed Fund (Las Vegas, NV, *Real Estate Investment Fund*), Aladdin Gaming, Inc. (Las Vegas, NV, *Gaming*), and Amerco (Reno, NV, *Retail/Trucking*).

Ms. Karasik has also served as counsel to the Trustee in the Securities Investor Protection Corporation liquidation proceeding of W.S. Clearing, Inc. (Los Angeles, CA, *Securities Clearinghouse*), counsel to the Examiner in the Fontainebleau Las Vegas Holdings, LLC., et al. (Miami, FL, *Gaming*), and counsel to the J.T. Thorpe

continued. . .



**EVE H. KARASIK** ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM DIRECT: 310.229.3350
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

Settlement Trust, the Thorpe Insulation Company Settlement Trust, Plant Insulation Settlement Trust, and the Western Asbestos Settlement Trust (Reno, NV, Section 524(g) *Bankruptcy Trusts*).

Ms. Karasik is a fellow in the American College of Bankruptcy. She has been ranked in Chambers USA, Band 3, Bankruptcy and Restructuring, California 2020. Ms. Karasik has received several awards in her field, including the Century City Bar Association Bankruptcy Attorney of the Year for 2015, and the Turnaround Managers Association "2007 Large Company Transaction of the Year" award for her work on the U.S.A. Commercial Mortgage Company Chapter 11 Cases. She is also been named a Southern California States Super Lawyers®, 2012–2020 for Bankruptcy & Creditor/Debtor Rights; Best Lawyers in America®, Bankruptcy and Creditor-Debtor Rights Law, 2007– 2020; and AV/Preeminent Attorney® as rated by Martindale-Hubbell®, 5.0 out of 5.0.

**Ms. Karasik has appeared as a speaker on the following topics before the following organizations:**

- American Bankruptcy Institute, Annual Spring Meeting, 2019, The Continuing Vitality of the Jay Alix Protocol, and other Issues Related to the Retention of Distressed Management Consultant
- American Bankruptcy Institute, Bankruptcy Battleground West, 2019, Crossfire Panel: Jevic Debate
- American Bankruptcy Institute, Annual Spring Meeting, 2018, Life After Jevic: How Will the Supreme Court's Decision Affect Chapter 11 Practice
- California Bankruptcy Forum 2016, Mo Fees Mo Objections – Notoriously B.I.G. Problems for Professionals Seeking to be Employed and Paid
- American Bankruptcy Institute, Winter Leadership Conference 2015, Perfecting the Pitch
- Turnaround Managers Association, 7th Annual Western Regional Conference July 16, 2015: "Successor Liability & Section 363 Sales: Everything You Always Wanted to Know, But Were Afraid Someone Would Tell You"
- American Bankruptcy Institute, Spring Meeting 2015: "Trustee Selection in Commercial Bankruptcy Cases: Who Wins the Battle to Control the Estate?"
- Los Angeles Bankruptcy Forum: "LLCs in Bankruptcy: Tricks and Traps (or Points of Leverage and Lurking Dangers)," April 20, 2015

continued. . .


**EVE H. KARASIK** ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM DIRECT: 310.229.3350
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

- American Bankruptcy Institute, Spring Meeting 2014: "The Ever-Changing Roles of Committees"
- American Bankruptcy Institute, Webinar July 15, 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Spring Meeting 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2011: "Great Debates – Third Party Injunctions in Chapter 11 Plans"
- American Bankruptcy Institute, Spring Meeting 2011: "Ethics and Professional Compensation: Actions to Avoid and Recover Fees"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2009: "Great Debates – Administration of Administratively Insolvent Estate for the Benefit of a Secured Creditor"
- American Bankruptcy Institute, Spring Meeting 2009: "Great Debates – Sale of Assets Free and Clear of Liens Over the Objection of the Secured Creditor"
- CRG Winter Conference, 2009: "Panel Discussion – Guide for Operating in the Zone of Insolvency"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2008: "Claims Trading, Fiduciary Duties and Other Pesky Committee Issues"
- American Bankruptcy Institute, Winter Leadership Meeting, 2006: "Fibermark – New Duties and Beyond – Ethical Problems of Committee Membership and Representation in a Hedge Fund World"
- American Bankruptcy Institute, Spring Meeting 2004: "Successor Liability Revisited – Recent Developments and Trends"

Ms. Karasik received her B.A., with High Honors in History, from the University of California, Berkeley in 1984, and her J.D. from the University of Southern California Law School (Gould School of Law), Order of the Coif, 1991. She was admitted to the California Bar in 1991. She was admitted to the Ninth Circuit Court of Appeals in 1991, the United States District Court for the Central and Northern Districts of California in 1991 and 1992, and the Southern and Eastern Districts of California in 1994. She has also practiced extensively in federal courts throughout the country including in Nevada, Arizona, Utah, Delaware, Washington, Illinois, Missouri, Arizona, Florida and Texas.

continued. . .



**EVE H. KARASIK** ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM DIRECT: 310.229.3350
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

**EVE H. KARASIK**

**PROFESSIONAL RÉSUMÉ**

continued from page 3

**Ms. Karasik is active in various organizations, including:**

- American College of Bankruptcy, (2019–present)
- American Bankruptcy Institute: Executive Committee of Board of Directors (2019–present), Board of Directors 2015–2019), Bankruptcy Battleground West Conference, Co-Chair, 2012–2015, Ethics and Compensation Subcommittee, Education Director, 2014–15, Newsletter Editor, 2012–2014
- Ninth Circuit Judicial Conference Lawyer Representative, 2015–2018
- Los Angeles Bankruptcy Forum, Incoming President (2020–2021), Executive Committee Member 2017 to 2020, Board Member 2014
- Credit Abuse Resistance Education (CARE), Southern California Chapter, Advisory Committee Member and Volunteer 2018–present
- State Bar of California, Business Law Section, Member
- State Bar of California, Insolvency Law Committee, Member, 2005–2006
- LA County Bar Association, Commercial Law and Bankruptcy Section, Member
- Women Lawyers Association of Los Angeles, Former Executive Committee Member
- Turnaround Managers Association (“TMA”) Awards Committee, Member, 2009–2011
- TMA Distressed Investing Conference Planning Committee, Member, 2013–2014



**EVE H. KARASIK** ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM DIRECT: 310.229.3350
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**CARMELA T. PAGAY**, a partner at LNBY&G, specializes in representation of debtors in reorganizations and liquidations, creditor committees, and Chapter 7 and Chapter 11 trustees, and bankruptcy litigation.

Ms. Pagay received her Bachelor of Arts Degree in Political Science from the University of California, Los Angeles in 1994, and her Juris Doctor from Loyola Law School, Los Angeles in 1997, where she was Senior Production Editor of the *Loyola of Los Angeles International and Comparative Law Journal.* Ms. Pagay is admitted to practice before the United States District Court, Central, Eastern, Northern, and Southern Districts, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

She currently sits on the Women Lawyers Association of Los Angeles Foundation Board of Governors, and is a member of the Los Angeles County Bar Association and the Asian Pacific American Bar Association of Los Angeles County. Ms. Pagay is also a longstanding editorial board member of the *Los Angeles Lawyer* magazine and was its Chair for 2020–2021.



**CARMELA T. PAGAY**
ctp@lnbyg.com



**CARMELA T. PAGAY** ATTORNEY AT LAW
EMAIL: CTP@LNBYG.COM DIRECT: 310.229.3362
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**JOHN-PATRICK M. FRITZ**
jpf@lnbyg.com

**JOHN-PATRICK M. FRITZ** was named a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. in January 2016. Mr. Fritz advises clients as chapter 11 debtors in possession, purchasers, post-petition lenders, creditors, committees, and litigants in bankruptcy related matters. Mr. Fritz is also a Subchapter V Trustee for Chapter 11 Small Business Reorganizations.

Mr. Fritz represents clients in all industries, including start-ups, intellectual property-based companies, hotels and hospitality, commercial real estate, food production, restaurants, retail, manufacturing, construction, and entertainment and film. Combining multi-faceted experience with innovation, Mr. Fritz employs a goal-oriented approach to achieve successful results, whether as counsel to a company reorganizing its affairs, a creditor navigating its best recovery, or as Trustee mediating a reorganization between debtor and creditor parties.

For many years, Mr. Fritz has served on the board of directors for the Los Angeles Bankruptcy Forum, the board of governors and executive committee of the Financial Lawyers Conference, and the advisory board for the American Bankruptcy Institute's annual Bankruptcy Battleground West program. Mr. Fritz is a regular panel speaker on bankruptcy and restructuring issues for various professional and business organizations, and he has received the honor of being named a "Super Lawyer" and "Rising Star" by *Super Lawyers* magazine.

Mr. Fritz served as a judicial law clerk to the Hon. Maureen A. Tighe for two years, from 2007 to 2009, before joining the firm as an associate in 2009. Mr. Fritz graduated Tufts University, *cum laude,* with honors, and Southwestern Law School, *magna cum laude,* in the top 5% of his class. Mr. Fritz studied abroad for one year in Kyoto, worked for the Japanese government in Japan for two years, and is proficient in Japanese.



**JOHN-PATRICK M. FRITZ** ATTORNEY AT LAW
EMAIL: JPF@LNBYG.COM DIRECT: 310.229.3395

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**KRIKOR MESHEFEJIAN** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. He represents clients in all aspects of financial reorganization, corporate restructuring, insolvency and commercial litigation. He has helped businesses and individuals successfully and efficiently confirm chapter 11 plans of reorganization, sell assets, negotiate settlements, and litigate complex legal disputes in bankruptcy courts. His clients include financially distressed technology, healthcare, natural resource, restaurant, food processing, real estate investment and other retail, wholesale and service businesses, and all types of individuals seeking appropriate debt relief. He also represents creditors seeking to protect their rights and interests in bankruptcy cases, and trustees in connection with administering bankruptcy cases. He applies a "hands-on" approach to all of his cases and provides his clients with personal attention to all aspects of their case, from inception to conclusion, while focusing on obtaining outstanding results in a cost-effective manner. His creative solutions to complex legal and financial problems have helped his clients preserve their assets and businesses, and protect and enforce their legal rights and claims. He has been selected to the "Rising Star" list every year since 2013, an honor reserved for those lawyers who exhibit excellence in practice.

Prior to joining the firm in 2008, Mr. Meshefejian clerked for the Honorable Geraldine Mund and the Honorable Victoria S. Kaufman, United States Bankruptcy Judges. Mr. Meshefejian obtained his J.D. in 2007, *magna cum laude,* from the University of Illinois College of Law, where he served as senior editor for the Illinois Business Law Journal and received the Rickert Award for excellence in legal writing.



**KRIKOR J. MESHEFEJIAN**
kjm@lnbyg.com



**KRIKOR J. MESHEFEJIAN** ATTORNEY AT LAW
EMAIL: KJM@LNBYG.COM DIRECT: 310.229.3380

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**LINDSEY L. SMITH** joined LNBYG in February 2010. Ms. Smith obtained her law degree *cum laude* from Loyola Law School, where she was a member of the Alpha Sigma Nu and the St. Thomas More Honor Society, and recipient of the First Honors Award in Election Law. Ms. Smith obtained a B.A. in political science with an emphasis in American Politics from Boston University. Ms. Smith has been named a Super Lawyers Rising Star each year since 2013.

Ms. Smith focuses her practice on the representation of Chapter 11 debtors in possession and Chapter 7 trustees. Ms. Smith has significant experience in successfully representing Chapter 11 debtors from the beginning of a case filing through plan confirmation. Ms. Smith has also represented several Chapter 11 debtors in connection with Section 363 sales of substantially all of their assets.



**LINDSEY L. SMITH**
lls@lnbyg.com



**LINDSEY L. SMITH** ATTORNEY AT LAW
EMAIL: LLS@LNBYG.COM DIRECT: 310.229.3369

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JEFFREY S. KWONG (鄺世傑)** joined LNBYG as an associate in 2014. Mr. Kwongrepresents Chapter 11 debtors, unsecured creditor committees, secured and unsecured creditors, and parties in bankruptcy litigation and appeals from a variety of industries, including hotels and hospitality, lending and banking, commercial real estate, restaurants, retail, and healthcare. Mr. Kwong's prior Chapter 11 debtor engagements include Cornerstone Apparel, Inc., Anna's Linens, Tala Jewelers, Inc., and Green Fleet Systems, LLC. Further, he has represented commercial landlords in some of the largest retail bankruptcy cases filed across the country in recent years.



**JEFFREY S. KWONG**
jsk@lnbyg.com

Prior to joining the firm, Mr. Kwong served for two years as law clerk to the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California. Mr. Kwong obtained his J.D. in 2012 from the University of California, Berkeley, School of Law, where he served as an editor for the Berkeley Journal of International Law and a Senior Articles Editor for the Asian American Law Journal. He received his undergraduate degree, summa cum laude, from the University of California, San Diego.

Mr. Kwong is a board member of the Asian Pacific CPA Association, a legal advisor to the Soo Yuen Fraternal Association of Southern California, a member of the executive committee of the bankruptcy section of the Beverly Hills Bar Association, a member of the Los Angeles Bankruptcy Forum, and a member of the Turnaround Management Association. He also is a member of the Board of Governors of the Southern California Chinese Lawyers Association (SCCLA), for which he serves on its Legal Clinic and Networking Committees.

Recognitions

- 2022 Recipient of the Hon. Cornelius Blackshear Presidential Fellowship presented by the National Conference of Bankruptcy Judges program
- Recognized in 2021 by the American Bankruptcy Institute as one of the "40 Under 40," Emerging Leaders in Insolvency Practice
- Selected in 2020 as one of 40 "up-and-coming bankruptcy practitioners" to attend the National Conference of Bankruptcy Judges' NextGen program

Speaking Engagements

- "Recent Ethics Developments In Bankruptcy And Litigation," Asian American Bar Association and Asian American Bar Association of New York Program (2023)
- "End Of A Corporate Cycle: Difficult Decisions And Options For Businesses In Financial Distress," Asian Pacific CPA Association, Annual Symposium (2021)
- "Bankruptcy And Alternatives For Businesses During The COVID-19 Era," Asian Pacific CPA Association, Annual Symposium (2020)



**JEFFREY S. KWONG** ATTORNEY AT LAW
EMAIL: JSK@LNBYG.COM DIRECT: 310.229.3337
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

- “Bumps on the Yellow Brick Road: Entertainment and Intellectual Property Issues in Bankruptcy,” Beverly Hills Bar Association, Luncheon Program (2015)
- “Transitioning to Private Practice,” U.S. Bankruptcy Court, Law Clerk Training (2015)
- “Chambers Survival Tips,” U.S. Bankruptcy Court, Law Clerk Training (2013-2014)

Publications

- Jeffrey S. Kwong, Cortlandt May Signal Acceptance of the “Time Approach” on Landlord Future Rent Claims, Am. Bank. L.J. (June 2023)



JEFFREY S. KWONG ATTORNEY AT LAW
EMAIL: JSK@LNBYG.COM DIRECT: 310.229.3337
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**JOE ROTHBERG** joined LNBYG as a partner in 2021. Mr. Rothberg has broad experience across a variety of commercial litigation matters, including in state courts, federal courts, bankruptcy courts, and in private arbitrations. Mr. Rothberg has conducted litigation across a wide assortment of industries, including the textile and apparel industries, the aerospace industry, tech industry, the lending and banking industries, the vending and laundromat industries, the publishing industry, and in the commercial and residential real estate industries. In addition, Mr. Rothberg serves as outside general counsel for a number of small to medium-sized businesses in California and the New York City area.



**JOSEPH M. ROTHBERG**
jmr@lnbyg.com

Before joining the firm, Mr. Rothberg was an attorney at Brutzkus Gubner LLP for nine years. Prior to that, he served as a judicial extern to the Honorable Maureen A. Tighe, United States Bankruptcy Judge for the Central District of California. Mr. Rothberg obtained his J.D. in 2012 from the University of California, Los Angeles, where he served as the managing editor for the UCLA Journal of International Law and Foreign Affairs. He received a Bachelor of Arts in 2008 from the University of California, Berkeley with High Honors in history and a minor in music.

Mr. Rothberg has authored several legal analysis articles for Forbes online, regarding various commercial and intellectual property issues. Mr. Rothberg is licensed to practice in both California and New York. He is a member of the New York State Bar Association. Mr. Rothberg has been named a “Rising Star” by Southern California Super Lawyers each year since 2016, and has been named to the “Up and Coming 100” each year since 2019.



**JOSEPH M. ROTHBERG** ATTORNEY AT LAW
EMAIL: JMR@LNBYG.COM DIRECT: 310.229.3373
2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 **LNBYG.COM**

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RESUME



ROBERT M. CARRASCO joined LNBYG as an associate attorney in May 2023. Before joining LNBYG, Mr. Carrasco was a judicial law clerk for the Hon. Martin R. Barash in the Central District of California-Bankruptcy Court. Prior to that, Mr. Carrasco served as a judicial law clerk for the Hon. Cecelia G. Morris in the Southern District of New York – Bankruptcy Court. Mr. Carrasco also externed and clerked for the Hon. Maureen Tighe in the Central District of California – Bankruptcy Court.

Mr. Carrasco obtained his J.D. from Southwestern Law School. There, Mr. Carrasco served as a lead articles editor for the *Southwestern Law Review*. Mr. Carrasco obtained his B.A from California State University, Long Beach.

Memberships: American Bankruptcy Institute; Mexican American Bar Association; Los Angeles Bankruptcy Forum.

PARAPROFESSIONALS

JASON KLASSI received his Bachelors of Arts degree from the University of California at Los Angeles graduating Magna Cum Laude in 1979. He has over 20 years of paralegal experience within the State of California currently working at the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. since its inception in 1995. Mr. Klassi maintains compliance for paralegal qualification under Business & Professions Code 6450(c)(3) and (d). He also is an active member of the Los Angeles Paralegal Association.

CONNIE RAY is a Trustee Administrator/Paralegal who received her Paralegal Certificate from the UCR Extension Paralegal Training Program. She received her bachelor's degree from the University of California, Santa Barbara in 1997. Prior to joining the Firm, she worked for the U.S. Bankruptcy Court, Central District of California, for 12 years, including working as Judicial Assistant to the Honorable Peter H. Carroll from 2002 to 2010.

DAMON WOO is a bankruptcy paralegal/legal assistant who received his Legal Assistant Training from the Beverly Hills Bar Association. Mr. Woo has been working for Levene, Neale, Bender, Yoo & Golubchik, L.L.P. since November 1999. Mr. Woo continues his paralegal education by staying in compliance with MCLE requirements under Business and Professions Code 6450(c)(4) and (d).

REBECKA MERRITT received her Bachelor of Science Degree in Integrative Studies at Kennesaw State University. Ms. Merritt has been working with law firms for the past six years. She was employed by The Zagoria Law Firm, a Personal Injury firm in Atlanta, Georgia, as a legal assistant/paralegal from January 2018 until February 2022. Ms. Merritt was also employed as a legal secretary at Moray & Agnew Law Firm in Newcastle, Australia, in Property Law, from July 2022 until January 2023. In January 2023, she joined the firm of Levene, Neale, Bender, Yoo & Golubchik, L.L.P. Ms. Merritt continues her paralegal education by maintaining MCLE compliance.

VANINA IVANOVA is a paralegal with a strong academic foundation in political science and legal studies. She holds a Bachelor's degree in Political Science with a concentration in Law and Society from California State University, Northridge, where she focused on the structure and function of the United States government and the development of its laws and regulations. Vanina went on to earn her Master's degree in Studies of Law from the University of Southern California. During her time at USC, she gained broad exposure to foundational areas of the legal field, including business law , and corporate litigation. In May 2025, she joined the firm of Levene, Neale, Bender, Yoo & Golubchik, L.L.P. Ms. Ivanova continues her paralegal education by maintaining MCLE compliance.

LNBY&G
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

LAW OFFICES
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone No. (310) 229-1234
Telecopier No. (310) 229-1244

SCHEDULE OF HOURLY BILLING RATES
(Effective January 1, 2026)

| ATTORNEYS | 2026 Rates |
|---|---|
| DAVID L. NEALE | 795 |
| RON BENDER | 795 |
| TIMOTHY J. YOO | 795 |
| DAVID B. GOLUBCHIK | 795 |
| EVE H. KARASIK | 795 |
| GARY E. KLAUSNER | 795 |
| ERIC P. ISRAEL | 795 |
| BRAD D. KRASNOFF | 795 |
| EDWARD M. WOLKOWITZ | 795 |
| BETH ANN R. YOUNG | 795 |
| MONICA Y. KIM | 775 |
| PHILIP A. GASTEIER | 775 |
| JOHN N. TEDFORD, IV | 775 |
| DANIEL H. REISS | 775 |
| TODD A. FREALY | 775 |
| KRIKOR J. MESHEFEJIAN | 775 |
| JOHN-PATRICK M. FRITZ | 775 |

LNBY&G



| | |
|---|---|
| RICHARD P. STEELMAN, JR. | 750 |
| JULIET Y. OH | 750 |
| TODD M. ARNOLD | 750 |
| JOSEPH M. ROTHBERG | 750 |
| JEFFREY KWONG | 750 |
| MICHAEL D'ALBA | 750 |
| CARMELA T. PAGAY | 725 |
| ANTHONY A. FRIEDMAN | 725 |
| ROBERT CARRASCO | 595 |
| PARAPROFESSIONALS | 300 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A True And Correct Copy Of The Foregoing Document Entitled **Sixth Interim Application Of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval Of Fees And Reimbursement Of Expenses; Declaration Of Todd M. Arnold In Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 17, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Todd M Arnold tma@lnbyg.com
- Jerrold L Bregman jbregman@bg.law, ecf@bg.law
- Marguerite Lee DeVoll mdevoll@watttieder.com
- Karol K Denniston karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Oscar Estrada oestrada@ttc.lacounty.gov
- Max Fabricant mfabricant@lavelysinger.com
- Danielle R Gabai dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com
- Thomas M Geher tgeher@jeffer.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
- Andrew Goodman agoodman@tullylegal.com, Goodman.AndrewR102467@notify.bestcase.com
- Jonathan Gottlieb gottlieb@schonbuchhallissy.com
- Steven T Gubner sgubner@bg.law, ecf@bg.law
- Robert B. Kaplan rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- Jane G Kearl jkearl@watttieder.com, lharake@watttieder.com
- Jennifer Larkin Kneeland jkneeland@watttieder.com, mlindau@watttieder.com
- Michael S Kogan mkogan@koganlawfirm.com
- Marc A Lieberman marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- John W Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Noreen A Madoyan Noreen.Madoyan@usdoj.gov
- John A Moe john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Nicholas David Moss nmoss@molinolawfirm.com
- Samuel A Newman snewman@debevoise.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com;yrivera@shulmanbastian.com
- Sharon Oh-Kubisch sokubisch@kahanafeld.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Hamid R Rafatjoo hrafatjoo@raineslaw.com, bclark@raineslaw.com,csantiago@raineslaw.com
- Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Joseph M Rothberg jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

- Victor A Sahn victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com
- William Schumacher wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- David Seror dseror@bg.law, ecf@bg.law
- Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Lindsey L Smith lls@lnbyb.com, lls@ecf.inforuptcy.com
- Howard Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Daniel Wall dwall@wallinrussell.com
- Genevieve G Weiner genevieve.weiner@katten.com, courtalertlax@katten.com
- Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- Jessica Wellington jwellington@bg.law, ecf@bg.law

**2. SERVED BY UNITED STATES MAIL**: On **November 17, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Crestlloyd, LLC
c/o SierraConstellation Partners LLC
355 S. Grand Avenue Suite 1450
Los Angeles, CA 90071

☒Service list attached

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 17, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐Email Service list attached

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| November 17, 2026 | Vanina Ivanova | */s/ Vanina Ivanova* |
| *Date* | *Type Name* | *Signature* |

In re Crestlloyd, LLC
RSN
File No. 9562

*Request for Special Notice*
Samuel A. Newman, Esq.
Genevieve G. Weiner, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

*Request for Special Notice*
Richard M. Pachulski
John W. Lucas
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

*Request for Special Notice*
Amy P. Lally, Esq.
Sidley Austin LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067

*Request for Special Notice*
Andre Mario Smith
7938 Broadway #1263
Lemon Grove, CA 91946