DAVID B. GOLUBCHIK (State Bar No. 185520)
TODD M. ARNOLD (State Bar No. 221868)
JOSEPH M. ROTHBERG (State Bar No. 286363)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyg.com; tma@lnbyg.com; jmr@lnbyg.com

Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 2:21-bk-18205-DS<br><br>Chapter 11 Case<br><br>**NOTICE OF HEARING ON SIXTH INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br><u>Hearing</u><br>Date: December 8, 2026<br>Time: 1:00 p.m.<br>Place: Courtroom 1639<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that a hearing will be held at the above-referenced date, time, and location for the Court to consider the concurrently filed *Sixth Interim Application Of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval Of Fees And Reimbursement Of Expenses* (the "Application") filed by Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), bankruptcy counsel to Crestlloyd LLC, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor").

Information regarding the Application is as follows:

| Applicant/Professional | Fees | Expenses | Total Request |
|---|---|---|---|
| **General Bankruptcy Counsel to the Debtor:**<br><br>Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br>Attn: David B. Golubchik, Esq.<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>Telephone: (310) 229-1234<br>Fax: (310) 229-1244<br>Email: dbg@lnbyg.com, tma@lnbyg.com, jmr@lnbyg.com<br><br>**Covered Period:**<br>11/16/2025 – 11/15/2026<br><br>**Interim or Final:**<br>Sixth Interim<br><br>**Amount to be Paid:** $150,600.11 | $143,095.50 | $7,504.61 | $150,600.11 |

**PLEASE TAKE FURTHER NOTICE** that the Application is on file with the Court and is available for inspection and copying at the office of the Clerk of the Bankruptcy Court. A copy of the Application can also be obtained by making a request in writing to LNBYG, whose contact information is set forth above.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 2016-1(a)(3), any objections to the Application must be (1) in the form required by LBR 9013-1(f) and (2) filed with the Clerk of the Bankruptcy Court and served on the Office of the United States Trustee and LNBYG not later than fourteen (14) days prior to the scheduled hearing date set forth above.

**PLEASE TAKE FURTHER NOTICE** that the failure to file and serve a timely written objection to the Application may be deemed by the Court to constitute consent to the granting and payment of the fees and expenses sought in the Application.

Dated: November 17, 2026

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By: *__/s/ Todd M. Arnold__*
DAVID B. GOLUBCHIK
TODD M. ARNOLD
Attorneys for Chapter 11 Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A True And Correct Copy Of The Foregoing Document Entitled **Notice Of Hearing On Sixth Interim Application Of Levene, Neale, Bender, Yoo & Golubchik L.L.P. For Approval Of Fees And Reimbursement Of Expenses** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 17, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Todd M Arnold tma@lnbyg.com
- Jerrold L Bregman jbregman@bg.law, ecf@bg.law
- Marguerite Lee DeVoll mdevoll@watttieder.com
- Karol K Denniston karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- Oscar Estrada oestrada@ttc.lacounty.gov
- Max Fabricant mfabricant@lavelysinger.com
- Danielle R Gabai dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com
- Thomas M Geher tgeher@jeffer.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- David B Golubchik dbg@lnbyg.com, dbg@lnbyg.com
- Andrew Goodman agoodman@tullylegal.com, Goodman.AndrewR102467@notify.bestcase.com
- Jonathan Gottlieb gottlieb@schonbuchhallissy.com
- Steven T Gubner sgubner@bg.law, ecf@bg.law
- Robert B. Kaplan rkaplan@jeffer.com, rbk@ecf.courtdrive.com
- Jane G Kearl jkearl@watttieder.com, lharake@watttieder.com
- Jennifer Larkin Kneeland jkneeland@watttieder.com, mlindau@watttieder.com
- Michael S Kogan mkogan@koganlawfirm.com
- Marc A Lieberman marc.lieberman@flpllp.com, addy@flpllp.com,ethan@flpllp.com
- John W Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Noreen A Madoyan Noreen.Madoyan@usdoj.gov
- John A Moe john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Nicholas David Moss nmoss@molinolawfirm.com
- Samuel A Newman snewman@debevoise.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- Ryan D O'Dea rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com;yrivera@shulmanbastian.com
- Sharon Oh-Kubisch sokubisch@kahanafeld.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- Hamid R Rafatjoo hrafatjoo@raineslaw.com, bclark@raineslaw.com,csantiago@raineslaw.com
- Ronald N Richards ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- Joseph M Rothberg jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

- Victor A Sahn victor.sahn@gmlaw.com, vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com
- William Schumacher wschumacher@winthrop.com, mfinley@winthrop.com;breznecheck@winthrop.com
- David Seror dseror@bg.law, ecf@bg.law
- Zev Shechtman Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- Lindsey L Smith lls@lnbyb.com, lls@ecf.inforuptcy.com
- Howard Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Daniel Wall dwall@wallinrussell.com
- Genevieve G Weiner genevieve.weiner@katten.com, courtalertlax@katten.com
- Sharon Z. Weiss sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- Jessica Wellington jwellington@bg.law, ecf@bg.law

**2. SERVED BY UNITED STATES MAIL**: On **November 17, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Crestlloyd, LLC
c/o SierraConstellation Partners LLC
355 S. Grand Avenue Suite 1450
Los Angeles, CA 90071

☒Service list attached

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 17, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐Email Service list attached

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 17, 2026 | Vanina Ivanova | */s/ Vanina Ivanova* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

In re Crestlloyd, LLC
RSN
File No. 9562

*Request for Special Notice*
Samuel A. Newman, Esq.
Genevieve G. Weiner, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

*Request for Special Notice*
Richard M. Pachulski
John W. Lucas
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

*Request for Special Notice*
Amy P. Lally, Esq.
Sidley Austin LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067

*Request for Special Notice*
Andre Mario Smith
7938 Broadway #1263
Lemon Grove, CA 91946

Label Matrix for local noticing
0973-2
Case 2:21-bk-18205-DS
Central District of California
Los Angeles
Tue Nov 17 09:19:18 PST 2026

Crestlloyd, LLC
c/o SierraConstellation Partners LLC
355 S. Grand Avenue Suite 1450
Los Angeles, CA 90071-3152

Goodman Law Offices, A Professional Corporat
30700 Russell Ranch Rd
Ste 250
Westlake Village, CA 91362-9507

Interno Investment, Inc.
4-95 Kandaher,
Mont Tremblant
Quebec Canada

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Levene, Neale, Bender, Yoo & Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Plante Lebovic LLP c/o Wallin & Russell LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, CA 92610-3444

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Alvandi Law Group, P.C.
Gil Alvandi
2955 Main St. Suite 110
Irvine, CA 92614-2527

American Truck & Tool Rentals Inc.
Tom Murray, CEO and President
88 W. Victoria St.
Long Beach, CA 90805-2157

Amy P. Lally, Esq.
Sidley Austin LLP
1999 Avenue of the Stars
17th Floor
Los Angeles, CA 90067-4622

BMC West LLC
3250 N. San Fernando Rd.
Los Angeles, CA 90065-1415

BMC West LLC
David Filtman, CEO
4800 Falls of Neuse Rd., Ste. 400
Raleigh, NC 27609-8142

Biabani & Associates, Inc.
1600 Sawtelle Bl #104
Los Angeles, CA 90025-3197

Bradford Sheet Metal
4164 Sopp Road
Mojave, CA 93501-7196

Branden Williams
257 N. Cannon Dr., 2nd Fl.
Beverly Hills, CA 90210-4361

Brunswick Corp.
26125 N. Riverwoods Blvd.
Ste 500
Lake Forest, IL 60045-3422

Brutzkus Gubner
David Seror
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911

Buchalter, APC
Jeffrey S. Wruble
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

C.G.S. Custom Glass Specialists
4536 Ish Drive
Simi Valley, CA 93063-7666

CAD Stone Works Inc.
4533 Van Nuys Bl. #201
Sherman Oaks, CA 91403-2950

Calgrove Rentals Inc.
21627 Roscoe Bl.
Canoga Park, CA 91304-4159

Calgrove Rentals Inc.
Guadalupe Gomez, President
456 Glenoaks Blvd.
San Fernando, CA 91340-1833

Caprenos Inc.
Cindee Wood Authorized Agent
4345 Murphy Canyon Road #200
San Diego, CA 92123-4362

Carcassone Fine Homes, LLC
c/o Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067-4201

Centurion Air, LLC
13932 Arrow Creek Road
Draper, UT 84020-9295

City of Los Angeles
Mike Feuer, City Attorney
City Hall East, Suite 800
Los Angeles, CA 90012

Clerk of the Governing Board,
Mount. Rec. & Cons. Auth.
5750 Ramirez Canyon
Malibu, CA 90265-4474

Compass
Aaron Kirman
9378 Wilshire Blvd. #200
Beverly Hills, CA 90212-3167

Conejo Recreation and Park District
403 W. Hillcrest Drive
Thousand Oaks, CA 91360-4223

County of Los Angeles
Local Fire Prevention Measure
4745 Mangels Blvd.
Fairfield, CA 94534-4175

County of Los Angeles
MRCA-Brush Fire Clear g Dist #1
200 North Main Street, 16th Fl
Los Angeles, CA 90012-4110

County of Los Angeles
Wildlife Corridor and Protection
4745 Mangels Blvd.
Fairfield, CA 94534-4175

Creative Art Partners
6542 Hayes Dr.
Los Angeles, CA 90048-5320

Crest Real Estate
11150 Olympic Bl. #700
Los Angeles, CA 90064-1825

Daniel Wiesel, Esq.
Wolf, Rifkin, Shapiro, et al.
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064-1550

Davidson Accountancy Corp.
William N. Davidson, CPA
14011 Ventura Blvd., Ste. 302
Sherman Oaks, CA 91423-5226

Dennis Palma
146 Beach Way
Monterey, CA 93940-3436

Department of Water and Power,
City of Los Angeles
Attn: Bankruptcy
P. O. Box 51111
Los Angeles, CA 90051-5700

Draken Private Security
Jaime Salanga
633 West 5th St.
Los Angeles, CA 90071-2005

Draken Security
8225 Encino Ave
Northridge, CA 91325-4313

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Frontier Communications Corporation
401 Merritt 7
Norwalk, CT 06851-1069

Hankey Capital, LLC
Attn: Eugene M. Leydiker
4751 Wilshire Blvd. #110
Los Angeles, CA 90010-3838

Hilldun Corporation
Jeffrey D. Kapelman, CEO
225 West 35th St.
New York, NY 10001-1904

Hilldun Corporation
c/o Brutzkus Gubner
Attn: Jerrold L Bregman
5445 DTC Parkway Ste 825
Denver CO 80111-3190

Hilton & Hyland Real Estate
257 North Ca on Drive
Beverly Hills, CA 90210-4361

Inferno Investment Inc.
Julien Remillard, President
4-95 Kandahar, Mont Tremblant
Quebec J8E 1E2 Canada

Inferno Investment, Inc.
c/o Smiley Wang-Ekvall, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626-7234

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Italian Luxury Design
4 NE 39 St.
Miami, FL 33137-3630

Italian Luxury Group, LLC
c/o Gregory J. Morrow, Esq.
10401 Wilshire Boulevard, Suite 1102
Los Angeles, CA 90024-4609

J&E Texture, Inc.
Francisco Gonzalez, CEO
181 Exeter Way
Corona, CA 92882-8502

JMBM LLP
Neil C. Erickson
1900 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-4301

JMS Air Conditioning
and Appliance Services, Inc.
7640 Burnet Ave.
Van Nuys, CA 91405-1005

JOHN A. BELCHER
150 E. COLORADO BLVD., SUITE 215
PASADENA, CA 91105-3758

Jabs Pools and Spas, LLC
8055 Matilija Ave.
Panorma City, CA 91402-6126

Jesus Agudelo
aka Jesus Columbia
944 Airole Way
Los Angeles, CA 90077-2602

Jose Napoleon Garcia
1525 N. Detroit St., #5
Los Angeles, CA 90046-3233

KN Coating
201 E. Tamarack Ave
Inglewood, CA 90301-2714

Kazemi & Associates Constructors
11901 Santa Monica Blvd #800
Los Angeles, CA 90025-2767

Kennco Plumbing, Inc.
Robert L. Kennedy, Jr., CEO
21366 Placerita Canyon Rd.
Newhall, CA 91321-1846

Kennco Plumbing, Inc.
Robert L. Kennedy, Jr., CEO
26575 Ruether Ave.
Santa Clarita, CA 91350-2622

LA DWP
P.O. Box. 30808
Los Angeles, CA 90030-0808

Lanes Management Services
Theodore Lanes
655 Deep Valley Drive 125-P
Palos Verdes Peninsula, CA 90274-3615

MICHAEL WALLIN
DANIEL WALL
WALLIN & RUSSELL LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, California 92610-3444

Made by TSI, Inc.
1840 Jefferson Ave., Apt 303
Miami Beach, FL 33139-2461

Made by TSI, Inc.
888 Biscayne Blvd #209
Miami, FL 33132-1588

Martin Aguirre
112 1/2 North 20th St.
Montebello, CA 90640-4041

Martin Aguirre
c/o Nathan D. McMurry
8050 N. Palm Ave. Ste. 300
Fresno, CA 93711-5510

Michael Pyle LLC dba Centurion LV
13932 Arrow Creek Rd
Draper, UT 84020-9295

Midland Contractors, Inc.
Po Box 8312
Van Nuys, CA 91409-8312

Mike Fields Bronzes LLC
2715 E 36th Ave Apt 6203
Spokane, WA 99223-4593

Moises Lopez
141 S. Ave. 55 Apt. 40
Los Angeles, CA 90042-4635

Nile Niami
c/o Hamid R. Rafatjoo
1800 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067-4201

Parker Resnik
Structural Engineering
1927 Pontius Ave
Los Angeles, CA 90025-5611

Parquet by Dian
Dima Efros, CEO
16601 S. Main Street
Gardena, CA 90248-2722

Plante Lebovic LLP
c/o Wallin & Russell LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, CA 92610-3444

Plus Development Group
743 Seward St.
Los Angeles, CA 90038-3565

Powertek Electric Inc.
Mike Moshrefi, CEO
28364 S. Western Ave. # 414
Rancho Palos Verdes, CA 90275-1434

Powertek Electric, Inc.
Hart Kienle Pentecost
4 Hutton Centre Drive, Suite 900
Santa Ana, CA 92707
Santa Ana, CA 92707-8713

Pro-Pest, Inc.
P.O. Box 3868
Valley Village, CA 91617-3868

Public Insurance Agency Inc.
10941 W. Pico Bl.
Los Angeles, CA 90064-2117

Public Occurrences, LLC
15821 Ventura Blvd. #265
Encino, CA 91436-2941

Rolls Scaffold, Inc.
Michael Rolls, CEO
11351 County Dr. Ste B
Ventura, CA 93004-3559

SHULMAN BASTIAN FRIEDMAN & BUI LLP
Ryan D. O'Dea
100 Spectrum Center Drive, Ste. 600
Irvine, CA 92618-4969

Samuel A. Newman, Esq.
Genevieve G. Weiner, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-3000

Santos Gerardina Garcia
509 Union Drive Apt. #206
Los Angeles, CA 90017-1526

Showroom Interiors LLC
8905 Rex Road
Pico Rivera, CA 90660-3799

SierraConstellation Partners LLC
355 S. Grand Avenue, Suite 1450
Los Angeles, CA 90071-3152

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

The Beverly Hills Estates, Inc.
Branden Williams
8878 Sunset Blvd., West
West Hollywood, CA 90069-2108

The Vertex Companies, Inc.
12100 Wilshire Blvd 8th floor
Los Angeles, CA 90025-7120

The Vertex Companies, Inc.
147 W. 35th St., 19th Fl.
Long Island City, NY 11101

The Vertex Companies, Inc.
400 Libbey Parkway
Weymouth MA 02189-3134

Toni Maier-On Location Inc.
8033 West Sunset Blvd. #569
Los Angeles, CA 90046-2401

United Specialty Insurance Co.
1900 L Don Dodson Drive
Bedford, TX 76021-5990

Universal Television, LLC
100 Universal City Plaza
Universal City, CA 91608-1002

Vesta aka Showroom Interiors, LLC
8905 Rex Road
Pico Rivera, CA 90660-3799

Vista Sotheby’s Int’l. Realty
Chris Adlam
16 Malaga Cove Plaza
Palos Verdes Peninsula, CA 90274-1306

West Coast Gates
339 Isis Ave.
Inglewood, CA 90301-2007

West Valley Green Landscaping, Inc.
14761 Tupper St.
Panorama City, CA 91402-1222

Westcoast Gate & Entry Systems, LLC
339 Isis Ave
Inglewood CA 90301-2007

Westside Estate Agency
Kurt Rappaport
210 North Canon Dr.
Beverly Hills, CA 90210-5302

YOGI Securities Holdings, LLC
Steve Oshins, Auth. Agent
1645 Village Center Cir., Ste. 170
Las Vegas, NV 89134-6371

Yaly Martinez Arrazola
11804 Kiowa Avenue
Apt 4
Los Angeles, CA 90049-6024

Yvonne Niami
301 Copa de Oro Road
Los Angeles, CA 90077-3822

Andre Mario Smith
7938 Broadway #1263
Lemon Grove, CA 91946-7052

David B Golubchik
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Jonathan Gottlieb
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Joseph M Rothberg
Levene Neale Bender Yoo and Golubchick L
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Lindsey L Smith
Levene, Neale, Bender, Yoo & Golubchik
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Nile Niami
c/o Hamid R. Rafatjoo
Raines Feldman LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067-4201

Todd M Arnold
Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
PO BOX 54110
LOS ANGELES, CA 90054-0110

(d)Los Angeles County Tax Collector
225 N. Hill Street # 1
Los Angeles, CA 90012

(d)Los Angeles County Treasurer and Tax Colle
Attn: Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0110

State Board of Equalization
Acct. Analysis & Control MIC 29
POB 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Truck and Tool Rental

(u)Concierge Auctions, LLC

(u)Courtesy NEF

(u)Hankey Capital, LLC, a California limited

(u)Hilldun Corporation

(u)Inferno Investment, Inc.

(u)Italian Luxury Group, LLC

(u)Italian Luxury Group, LLC and Italian Luxu

(u)J&E Texture, Inc.

(u)Pacific Union International dba Compass

(u)Showroom Interiors, LLC dba Vesta

(u)The Beverly Hills Estate and Compass

(u)Yogi Securities Holdings, LLC

(u)Simone Giovanni Cenedese
Murano s.a.s
Calle Bertolini, 6, Murano, Venezia

(u)Edward Roark Schwagerl

(u)Richard Saghian

(u)Theodore Lanes

(u)Yvonne Niami

End of Label Matrix
Mailable recipients 116
Bypassed recipients 18
Total 134